The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| STATE OF WASHINGTON; et al., | NO. 2:20-cv-00111-RAJ |
|---|---|
| Plaintiffs, | NOTICE OF RELATED CASE |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; et al., | |
| Defendants. | |

Pursuant to LCR 3(g), the State of Washington hereby submits this notice of a related case in the Western District of Washington. The related case is *State of Washington, et al. v. U.S. Department of State, et al.*, No. 2:18-cv-01115, assigned to Judge Robert S. Lasnik. The current status of that case is closed as of November 15, 2019. Appeals are pending in the Ninth Circuit, Nos. 20-35030 and 20-35064.

That case and the instant case challenge closely related federal agency actions, which arise from and are related to the same agency course of conduct and rulemaking procedure. The administrative record is the same or substantially the same for both cases. The two cases involve substantially the same plaintiff States and the same State Department agency and officer defendants. While the parties, claims, and remedies are not coextensive between the two cases, it

NOTICE OF RELATED CASE –
NO. 2:20-CV-00111-RAJ

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

is likely that there will be significant overlap in legal argument and similar evidence across the two actions. It appears likely that there would be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases were conducted before different judges.

DATED this 29th day of January, 2020.

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
Assistant Attorney General

*s/Jeffrey Rupert*
JEFFREY RUPERT, WSBA #45037
Division Chief

*s/Brendan Selby*
BRENDAN SELBY, WSBA #55325
Assistant Attorney General
kristin.beneski@atg.wa.gov
jeffrey.rupert@atg.wa.gov
brendan.selby@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

NOTICE OF RELATED CASE –
NO.  2:20-CV-00111-RAJ

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744