The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON; et al., | NO. 2:20-cv-00111-RAJ |
| Plaintiffs, | DECLARATION OF SERVICE |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; et al., | |
| Defendants. | |

I, Morgan Mills, declare under penalty of perjury under the laws of the State of Washington and of the United States of America as follows:

I am a resident of the State of Washington, over 18 years of age, and competent to be a witness herein.

On January 24, 2020 at approximately 8:14 a.m., I served the following documents via hand delivery to Tonya Montesano at the United States Attorney's Office at 700 Stewart Street, Suite 5220, Seattle, Washington:

- Complaint for Declaratory and Injunctive Relief with Attachments 1-3;
- Civil Case Cover Sheet;

- Summons to United States Department of State;
- Summons to Mike Pompeo;
- Summons the Directorate of Defense Trade Controls;
- Summons to Mike Miller;
- Summons to Sarah Heidema;
- Summons to United States Department of Commerce;
- Summons to Wilbur Ross;
- Summons to the Bureau of Industry and Security;
- Summons to Nazak Nikakhtar; and
- Summons to Rich Ashooh.

On January 23, 2020, I caused copies of all of the above documents to be served via Certified Mail upon:

- United States Department of State;
- Mike Pompeo;
- Directorate of Defense Trade Controls;
- Mike Miller;
- Sarah Heidema;
- United States Department of Commerce;
- Wilbur Ross;
- Bureau of Industry and Security;
- Nazak Nikakhtar; and
- Rich Ashooh.

DATED this 29th day of January, 2020, at Seattle, Washington.

MORGAN MILLS
Legal Assistant