The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 2:20-cv-00111-RAJ |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Federal Defendants. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Eric J. Soskin, Senior Trial Counsel with the U.S. Department of Justice, hereby enters his appearance on behalf of Defendants United States Department of State; Michael R. Pompeo, in his official capacity as Secretary of State; Directorate of Defense Trade Controls; Mike Miller, in his official capacity as Acting Deputy Assistant Secretary; Sarah Heidema, in her official capacity as Director of Policy; United States Department of Commerce; Wilbur L. Ross, in his official capacity as Secretary of Commerce; Bureau of Industry and Security; Nazak Nikakhtar, in her official capacity as Assistant Secretary; and Rich Ashool, in his official capacity as Assistant Secretary (collectively, "Federal Defendants").

Correspondence may be addressed to Mr. Soskin as follows:

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 1

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**

| | | |
|---|---|---|
| By Courier: (preferred) | Eric Soskin<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St., NW, Room 12002<br>Washington, DC 20003 | |
| By U.S. Mail: (likely to incur delay) | Eric Soskin<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Post Office Box 883<br>Washington, DC 20044 | |

Mr. Soskin may be reached by phone at (202) 353-0533 or by electronic mail at Eric.Soskin@usdoj.gov. Faxes for Mr. Soskin should be sent to (202) 616-8470.

Dated: February 5, 2020                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

 */s/ Eric J. Soskin*
ERIC J. SOSKIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 353-0533 (telephone)
(202) 616-8470 (facsimile)
eric.soskin@usdoj.gov

*Attorneys for Federal Defendants*

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 2

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 5th day of February, the forgoing Notice of Appearance will be served electronically on all counsel who have appeared in this action by means of the Court's CM/ECF software.

Dated: February 5, 2020            */s/ Eric J. Soskin*
                                                   ERIC J. SOSKIN

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 3

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-0533