1

2

3

4

5

6

7

8

9

10

The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

11

12

13

14

15

16

| | |
|---|---|
| STATE OF WASHINGTON; et al., | NO.  2:20-cv-00111-RAJ |
| Plaintiffs, | ORDER GRANTING PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; et al., | [PROPOSED] |
| Defendants. | NOTING DATE: FEBRUARY 28, 2020 |

17      This matter came before the Court on the Plaintiff States' Motion for Preliminary

18  Injunction. The Court has considered all of the following:

19      1.      The Plaintiff States' Motion for Preliminary Injunction with supporting

20  declarations and exhibits;

21      2.      Defendants' Response to Plaintiff States' Motion for Preliminary Injunction with

22  supporting declarations;

23      3.      Plaintiff States' Reply in Support of Motion for Preliminary Injunction; and

24      4.      The entire record in the above-captioned matter.

25      Being fully apprised of the matter, now, therefore, it is hereby ORDERED, ADJUDGED,

26  and DECREED that the Plaintiff States' Motion for Preliminary Junction is GRANTED.

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION  --
NO.  2:20-CV-00111-RAJ

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1        The Court finds that the Plaintiff States have established a likelihood of success on the

2   merits of their claims under the Administrative Procedure Act, that they would suffer irreparable

3   harm absent preliminary injunctive relief, and that the balance of equities and public interest

4   weigh in favor of an injunction.

5        Defendants and their respective officers, agents, servants, employees, and attorneys, and

6   any persons in active concern or participation with them, are ENJOINED from implementing or

7   enforcing the Final Rules entitled *International Traffic In Arms Regulations: U.S. Munitions List*

8   *Categories I, II, and* III, 85 Fed. Reg. 3819 (Jan. 23, 2020) and *Control of Firearms, Guns,*

9   *Ammunition and Related Articles the President Determines No Longer Warrant Control Under*

10  *the United States Munitions List (USML)*, 85 Fed. Reg. 4136 (Jan. 23, 2020), in any manner or

11  in any respect, and shall preserve the status quo under which the Final Rules are not in effect,

12  until further order of the Court.

13       This preliminary injunction shall take effect immediately and shall remain in effect

14  pending trial in this action or further order of the Court.

15       No bond shall be required.

16       It is SO ORDERED.

17       ISSUED this _____ day of _____, 2020.

18

19                                           _____

20                                           THE HONORABLE RICHARD A. JONES

21  Presented by:

22  ROBERT W. FERGUSON

23  Attorney General

24

25  */s/ Kristin Beneski*
    KRISTIN BENESKI, WSBA #45478

26  Assistant Attorney General

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION  --
NO.  2:20-CV-00111-RAJ

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1  JEFFREY RUPERT, WSBA #45037
   Division Chief
2  BRENDAN SELBY, WSBA #55325
3  Assistant Attorney General

4  *Attorneys for Plaintiff State of Washington*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING              3
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION  --
NO.  2:20-CV-00111-RAJ

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744