# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNETICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; and COMMONWEALTH OF VIRGINIA<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORAOF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; UNITED STATES DEPARTMENT OF COMMERCE; WILBUR L. ROSS, in his official capacity as Secretary of Commerce; BUREAU OF INDUSTRY AND SECURITY; NAZAK NIKAKHTAR, in her official capacity as Assistant Secretary of Industry and Analysis, performing the non-exclusive duties | Case No. 2:20-cv-0111-RAJ<br><br>NOTICE OF ASSOCTIATION OF COUNSEL<br><br>**ORS 20.140 - State fees deferred at filing** |

Page 1 -   NOTICE OF ASSOCTIATION OF COUNSEL
  CAS/sv3/JUSTICE-#10074213-v1-3D_Guns_0111_PLD_Notice_of_Association_of_Counsel

of the Under Secretary for Industry and Security, RICH ASHOOH, in his official capacity as Assistant Secretary of Commerce for Export Administration,

Defendants.

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff State of Oregon in this case.

DATED February  10 , 2020.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


   *s/ Carla A. Scott*
CARLA A. SCOTT #054725
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.state.or.us
Of Attorneys for Plaintiff State of Oregon

Page 2 -   NOTICE OF ASSOCTIATION OF COUNSEL
CAS/sv3/JUSTICE-#10074213-v1-3D_Guns_0111_PLD_Notice_of_Association_of_Counsel
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**CERTIFICATE OF SERVICE**

I certify that on February __10__, 2020, I electronically served the foregoing NOTICE OF ASSOCIATION OF COUNSEL upon all counsel who have appeared in this action by means of the Court's CM/ECF software.

_s/ Carla A. Scott_
CARLA A. SCOTT #054725
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.state.or.us
Of Attorneys for Plaintiff State of Oregon

Page 1 -   CERTIFICATE OF SERVICE
CAS/sv3/10090970-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000