HONORABLE RICHARD A. JONES

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, *et al.*,

    Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF STATE, *et al.*,

    Federal Defendants.

No. 2:20-cv-00111-RAJ

**DECLARATION OF MARC STAIRET**

**IN SUPPORT OF MOTION TO INTERVENE BY THE NATIONAL SHOOTING SPORTS FOUNDATION, INC. AND FREDRIC'S ARMS & SMITHS, LLC**

I, MARC STAIRET, declare as follows:

1. I am over 18 years of age and make this declaration based on my personal knowledge.

2. I am the co-owner, with my wife Linda Stairet, of Fredric's Arms & Smiths, LLC ("Fredric's Arms"), a gunsmith shop located in the city of Richland, in southeast Washington State. Fredric's Arms has no other employees. The business offers services including high-quality repair, restoration, cleaning, finishing, customization, and building of firearms.

3. I started Fredric's Arms in 2012. My own experience with gunsmithing stretches

DECLARATION OF MARC STAIRET
Case No. 2:20-cv-00111

1

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000

back much longer.  Since I was eight years old, I have been reloading, cleaning, and maintaining my family's firearms.  I learned the craft of gunsmithing under the tutelage of my grandfather and local master gunsmiths, and I have cared for the firearms of family and friends for over 40 years.

4. Fredric's Arms has been a member of National Shooting Sports Foundation, Inc. ("NSSF") since 2015.

5. Fredric's Arms does not export firearms to any countries outside the United States.

6. Nonetheless, under the current federal regulatory regime, Fredric's Arms is required to register with the State Department's Directorate of Defense Trade Controls ("DDTC") and to pay a $2,250 annual registration fee.

7. The $2,250 annual fee is a significant cost for a small business like mine, with total annual revenues well under six figures.  Fredric's Arms has had to raise its hourly rates to cover the costs of paying this fee.

8. NSSF provides useful information to its members, including Fredric's Arms, regarding applicable regulatory requirements.  Through review of this information and other sources, I learned about rules concerning the regulation of exports that the State Department and the Department of Commerce have issued.  These rules (the "Rules") will transfer regulatory jurisdiction over certain firearms and related items from the State Department to the Department of Commerce.

9. As a consequence of the Rules, which are scheduled to go into effect on March 9, 2020, my understanding is that Fredric's Arms will no longer be required to pay the $2,250 annual fee to register with the State Department's DDTC.  I am thus no longer planning to register, and this change will remove a significant burden from my business.

10. The current lawsuit challenging the Rules, brought by the Attorneys General of my state and several others, has created uncertainty about whether Fredric's Arms will need to pay the $2,250 fee for the upcoming year.  If the lawsuit were successful in stopping

DECLARATION OF MARC STAIRET
Case No. 2:20-cv-00111

2

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000

implementation of the new Rules in their entirety, on either a temporary or permanent basis, it would re-impose a significant economic burden on my business.

11. Fredric's Arms has never been involved with the 3D-printing of firearms.

DECLARATION OF MARC STAIRET
Case No. 2:20-cv-00111

3

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED at Richland, Washington, on February 9, 2020.

By: *Marc F. Stairet*

Marc Stairet, Fredric's Arms & Smiths, LLC

DECLARATION OF MARC STAIRET
Case No. 2:20-cv-00111

4

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000

# CERTIFICATE OF SERVICE

I hereby certify that on February 11th, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of filing to all parties registered in the CM/ECF system for this matter.

DATED: February 11th, 2020

*/s/ Ross Siler*
Ross Siler

DECLARATION OF MARC STAIRET
Case No. 2:20-cv-00111

5

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000