HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON, *et al.*,

    Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF STATE, *et al.*,

    Defendants.

No. 2:20-cv-00111-RAJ

**CORPORATE DISCLOSURE STATEMENT OF NATIONAL SHOOTING SPORTS FOUNDATION, INC.**

CORPORATE DISCLOSURE STATEMENT OF NATIONAL SHOOTING SPORTS FOUNDATION, INC. - 1
Case No. 2:20-cv-00111-RAJ

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, National Shooting Sports

2 | Foundation, Inc. makes the following disclosure:

3 |     1. National Shooting Sports Foundation, Inc. has no parent corporation.

4 |     2. No publicly held corporation owns 10% or more of the stock of National

5 |        Shooting Sports Foundation, Inc.

6 | DATED this 11th day of February, 2020.

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Pratik A. Shah*
Pratik A. Shah, D.C. Bar No. 497108
(*pro hac vice* application forthcoming)

*/s/ James E. Tysse*
James E. Tysse, D.C. Bar No. 978722
(*pro hac vice* application forthcoming)

*/s/ Rachel Bayefsky*
Rachel Bayefsky, N.Y. Bar No. 5426481
(*pro hac vice* application forthcoming)*

2001 K Street, N.W.
Washington, D.C. 20006
Telephone:  202-887-4000
Fax:  202-887-4288
E-mail: pshah@akingump.com

* Licensed to practice in New York only and under the direct supervision of a partner of Akin Gump Strauss Hauer & Feld LLP who is an enrolled, active member of the District of Columbia Bar; application for admission to the D.C. Bar pending.

DAVIS WRIGHT TREMAINE LLP

By: */s/ Ross Siler*
    Ross Siler, WSBA # 46486
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Phone: (206) 757-8120
    Fax: (206) 757-7120
    E-mail: ross.siler@dwt.com

*Attorneys for Defendant-Intervenors*

CORPORATE DISCLOSURE STATEMENT OF
NATIONAL SHOOTING SPORTS
FOUNDATION, INC. - 2
Case No. 2:20-cv-00111-RAJ

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11th, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of filing to all parties registered in the CM/ECF system for this matter.

DATED:  February 11th, 2020

*/s/ Ross Siler*
Ross Siler

CORPORATE DISCLOSURE STATEMENT OF
NATIONAL SHOOTING SPORTS
FOUNDATION, INC. - 3
Case No. 2:20-cv-00111-RAJ

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000