HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>    Federal Defendants. | No. 2:20-cv-00111-RAJ<br><br>**CORPORATE DISCLOSURE STATEMENT OF FREDRIC'S ARMS & SMITHS, LLC** |

CORPORATE DISCLOSURE STATEMENT OF
FREDRIC'S ARMS & SMITHS, LLC - 1
Case No. 2:20-cv-00111-RAJ

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Fredric's Arms & Smiths, LLC makes the following disclosure:

1. Fredric's Arms & Smiths, LLC has no parent corporation.
2. The owners of Fredric's Arms & Smiths, LLC are Marc Stairet and Linda Stairet.
3. No publicly held corporation owns 10% or more of the stock of Fredric's Arms & Smiths, LLC.

DATED this 11th day of February, 2020.

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | DAVIS WRIGHT TREMAINE LLP |
| */s/ Pratik A. Shah*<br>Pratik A. Shah, D.C. Bar No. 497108<br>(*pro hac vice* application forthcoming)<br><br>*/s/ James E. Tysse*<br>James E. Tysse, D.C. Bar No. 978722<br>(*pro hac vice* application forthcoming)<br><br>*/s/ Rachel Bayefsky*<br>Rachel Bayefsky, N.Y. Bar No. 5426481<br>(*pro hac vice* application forthcoming)*<br><br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone:  202-887-4000<br>Fax:  202-887-4288<br>E-mail: pshah@akingump.com | By: */s/ Ross Siler*<br>Ross Siler, WSBA # 46486<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Phone: (206) 757-8120<br>Fax: (206) 757-7120<br>E-mail: ross.siler@dwt.com |

* Licensed to practice in New York only and under the direct supervision of a partner of Akin Gump Strauss Hauer & Feld LLP who is an enrolled, active member of the District of Columbia Bar; application for admission to the D.C. Bar pending.

*Attorneys for Defendant-Intervenors*

CORPORATE DISCLOSURE STATEMENT OF
FREDRIC'S ARMS & SMITHS, LLC - 2
Case No. 2:20-cv-00111-RAJ

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11th, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of filing to all parties registered in the CM/ECF system for this matter.

DATED:  February 11th, 2020

*/s/ Ross Siler*
Ross Siler

CORPORATE DISCLOSURE STATEMENT OF
FREDRIC'S ARMS & SMITHS, LLC - 3
Case No. 2:20-cv-00111-RAJ

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000