The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; and STATE OF WISCONSIN,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; UNITED STATES DEPARTMENT OF COMMERCE; WILBUR L. ROSS, in his official capacity as Secretary | No. 2:20-cv-00111-RAJ<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
*Case No. 2:20-cv-00111-RAJ*

FRIEDMAN RUBIN PLLP
1109 1ST AVENUE, SUITE 50
SEATTLE, WA 98101
(206) 501-4446

of Commerce; BUREAU OF INDUSTRY AND SECURITY; CORDELL HULL, in his official capacity as Acting Undersecretary for Industry and Security; RICH ASHOOH, in his official capacity as Assistant Secretary of Commerce for Export Administration,

Defendants.

TO: Clerk of the Court.

AND TO: Plaintiff.

AND TO: Defendants.

AND TO: All Counsel of Record.

PLEASE TAKE NOTICE that *amicus curiae* The Brady Center to Prevent Gun Violence hereby make and enter their appearance in this action by their undersigned attorney, and request that all future papers or pleadings, except original process, be served upon its attorney at the addresses stated below.

DATED this 13th day of February, 2020.

By: s/ Ronald J Park
Ronald J. Park
FRIEDMAN RUBIN PLLP
WSBA #54372
1109 1st Avenue, Suite 501
Seattle, WA 98101
Phone: (206) 501-4446
rpark@friedmanrubin.com

NOTICE OF APPEARANCE
*Case No. 2:20-cv-00111-RAJ*

FRIEDMAN RUBIN PLLP
1109 1ST AVENUE, SUITE 50
SEATTLE, WA 98101
(206) 501-4446

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED February 13, 2020.

FRIEDMAN RUBIN PLLP

By: s/ Ronald J Park
Ronald J. Park
FRIEDMAN RUBIN PLLP
WSBA #54372
1109 1st Avenue, Suite 501
Seattle, WA 98101
Phone: (206) 501-4446
rpark@friedmanrubin.com

Attorney for *Amici Curiae*

NOTICE OF APPEARANCE
*Case No. 2:20-cv-00111-RAJ*

FRIEDMAN RUBIN PLLP
1109 1ST AVENUE, SUITE 50
SEATTLE, WA 98101
(206) 501-4446