Exhibit 2

The Honorable Richard A. Jones

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10

11

12

13

14

15

16

17

18

STATE OF WASHINGTON; STATE OF
CALIFORNIA; STATE OF COLORADO;
STATE OF CONNECTICUT; STATE OF
DELAWARE; DISTRICT OF COLUMBIA;
STATE OF HAWAII; STATE OF ILLINOIS;
STATE OF MAINE; STATE OF
MARYLAND; COMMONWEALTH OF
MASSACHUSETTS; STATE OF
MICHIGAN; STATE OF MINNESOTA;
STATE OF NEW JERSEY; STATE OF NEW
MEXICO; STATE OF NEW YORK; STATE
OF NORTH CAROLINA; STATE OF
OREGON; COMMONWEALTH OF
PENNSYLVANIA; STATE OF RHODE
ISLAND; STATE OF VERMONT;
COMMONWEALTH OF VIRGINIA; and
STATE OF WISCONSIN,

No. 2:20-cv-00111-RAJ

**DECLARATION OF KELLY SAMPSON IN
SUPPORT OF MOTION OF BRADY FOR
LEAVE TO PARTICIPATE AS AMICUS
CURIAE IN SUPPORT OF PLAINTIFFS**

19

                        Plaintiffs,

20

vs.

21

22

23

24

25

26

27

28

UNITED STATES DEPARTMENT OF
STATE; MICHAEL R. POMPEO, in his
official capacity as Secretary of State;
DIRECTORATE OF DEFENSE TRADE
CONTROLS; MIKE MILLER, in his official
capacity as Acting Deputy Assistant Secretary
of Defense Trade Controls; SARAH
HEIDEMA, in her official capacity as Director
of Policy, Office of Defense Trade Controls
Policy; UNITED STATES DEPARTMENT
OF COMMERCE; WILBUR L. ROSS, in his
official capacity as Secretary of Commerce;

DECLARATION OF KELLY SAMPSON
*Case No. 2:20-cv-00111-RAJ*

HOGAN LOVELLS US LLP
555 THIRTEENTH STREET, N.W.
WASHINGTON, D.C. 20004
(202) 627-5600 FAX: (202) 637-5910

1
2
3
4
5

BUREAU OF INDUSTRY AND SECURITY;
CORDELL HULL, in his official capacity as
Acting Undersecretary for Industry and
Security; RICH ASHOOH, in his official
capacity as Assistant Secretary of Commerce
for Export Administration,

Defendants.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF KELLY SAMPSON - ii
*Case No. 2:20-cv-00111-RAJ*

HOGAN LOVELLS US LLP
555 THIRTEENTH STREET, N.W.
WASHINGTON, D.C. 20004
(202) 637-5600 FAX: (202) 637-5910

1    I, Kelly Sampson, declare as follows:

2    1.    I am over the age of 18 and have personal knowledge of all the facts stated herein.

3    2.    I am the Counsel on Constitutional Litigation at Brady.

4    3.    Brady filed comments on the Department of State's Proposed Rule to Amend the
5    International Traffic in Arms Regulations; U.S. Munitions List Categories I, II, and III, and the
6    Department of Commerce's Proposed Rule Regarding Control of Firearms, Guns, Ammunition
7    and Related Articles the President Determines No Longer Warrant Control Under the United
8    States Munitions List.  *See* Exhibit 3 to Brady's Motion for Leave to Participate at Amicus
9    Curiae in Support of Plaintiffs.

10    4.    Brady's comments on the Department of State's and the Department of
11    Commerce's Proposed Rules discussed the risk that the Proposed Rules would deregulate the
12    technical information needed to manufacture 3D printed guns.  *See id*. at 8.

13    5.    If the Department of State and the Department of Commerce's Proposed Rules
14    had included the Department of Commerce Rule to be codified at 15 C.F.R. § 734.7(c), Brady's
15    comments on the Proposed Rules would have discussed that proposed regulation.

16    I declare under penalty of perjury under the laws of the State of Washington and the
17    United States of America that the foregoing is true and correct.

18

19    DATED this 13th day of February, 2020, in Washington, District of Columbia.

20    /s/ Kelly Sampson

21    Kelly Sampson

22

23

24

25

26

27

28

DECLARATION OF KELLY SAMPSON  - 1
*Case No. 2:20-cv-00111-RAJ*