The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; UNITED STATES DEPARTMENT OF COMMERCE; WILBUR L. ROSS, in his official capacity as Secretary of Commerce; | No. 2:20-cv-00111-RAJ<br><br>**[PROPOSED] ORDER GRANTING MOTION OF BRADY FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS**<br><br>**Noted on Motion Calendar: February 13, 2020** |

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE
*Case No. 2:16-cv-00538-JLR*

HOGAN LOVELLS US LLP
555 THIRTEENTH STREET, N.W.
WASHINGTON, DC 20004
(202) 637-5600 FAX: (202) 637-5910

BUREAU OF INDUSTRY AND SECURITY; CORDELL HULL, in his official capacity as Acting Undersecretary for Industry and Security; RICH ASHOOH, in his official capacity as Assistant Secretary of Commerce for Export Administration,

                    Defendants.

## ORDER

The Court has reviewed the unopposed Motion of Brady for Leave to Participate as Amicus Curiae in Support of Plaintiffs.

The Court hereby GRANTS the Motion and ORDERS that the proposed amicus may file the brief attached to the Motion.

Dated this __ day of February, 2020.

_____

HON. RICHARD A. JONES
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE
*Case No. 2: 20-cv-00111-RAJ*

HOGAN LOVELLS US LLP
555 THIRTEENTH STREET, N.W.
WASHINGTON, DC 20004
(202) 637-5600 FAX: (202) 637-5910

1  **Presented by:**

2  HOGAN LOVELLS US LLP

3  By: s/ Neal Kumar Katyal
   Neal Kumar Katyal
4  HOGAN LOVELLS US LLP
   555 Thirteenth Street, N.W.
5  Washington, D.C. 20004
   Tel: (202) 637-5528
6  Fax: (202) 637-5910
   neal.katyal@hoganlovells.com
7
   FRIEDMAN | RUBIN PLLP
8
   By: s/ Ronald J Park
9  Ronald J. Park
   FRIEDMAN RUBIN PLLP
10 WSBA #54372
   1109 1st Avenue, Suite 501
11 Seattle, WA 98101
   Phone: (206) 501-4446
12 rpark@friedmanrubin.com

13 Attorneys for *Amicus Curiae*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE
*Case No. 2: 20-cv-00111-RAJ*

HOGAN LOVELLS US LLP
555 THIRTEENTH STREET, N.W.
WASHINGTON, DC 20004
(202) 637-5600 FAX: (202) 637-5910

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED February 13, 2020.

                    HOGAN LOVELLS US LLP

                    By   s/ Neal Kumar Katyal
                        Neal Kumar Katyal
                        555 Thirteenth Street, N.W.
                        Washington, D.C. 20004
                        Tel:  (202) 637-5528
                        Fax:  (202) 637-5910
                        neal.katyal@hoganlovells.com

                        Attorney for *Amici Curiae*

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE
*Case No. 2: 20-cv-00111-RAJ*

HOGAN LOVELLS US LLP
555 THIRTEENTH STREET, N.W.
WASHINGTON, DC 20004
(202) 637-5600 FAX: (202) 637-5910