The Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. 2:20-cv-0111-RAJ <br><br> **PROPOSED ORDER GRANTING MOTION TO FILE OVER-LENGTH BRIEF** |

Upon consideration of Defendants' Motion To File an Over-Length Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction, that Motion is **HEREBY GRANTED**. Defendants shall file a Brief in Opposition that does not exceed 34 pages in length.

**SO ORDERED.**

_____          _____
(DATED)                                                   United States District Judge