Exhibit 1

The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; and STATE OF WISCONSIN, <br><br>          Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy; UNITED STATES DEPARTMENT OF COMMERCE; WILBUR L. ROSS, in his official capacity as Secretary of Commerce; | No. 2:20-cv-00111-RAJ<br><br>**DECLARATION OF KELLY SAMPSON IN SUPPORT OF MOTION OF BRADY FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS** |

DECLARATION OF KELLY SAMPSON
*Case No. 2:20-cv-00111-RAJ*

HOGAN LOVELLS US LLP
555 THIRTEENTH STREET, N.W.
WASHINGTON, D.C. 20004
(202) 627-5600 FAX: (202) 637-5910

| | |
|---|---|
| 1 | BUREAU OF INDUSTRY AND SECURITY; CORDELL HULL, in his official capacity as Acting Undersecretary for Industry and Security; RICH ASHOOH, in his official capacity as Assistant Secretary of Commerce for Export Administration, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

DECLARATION OF KELLY SAMPSON - ii
*Case No. 2:20-cv-00111-RAJ*

HOGAN LOVELLS US LLP
555 THIRTEENTH STREET, N.W.
WASHINGTON, D.C. 20004
(202) 637-5600 FAX: (202) 637-5910

I, Kelly Sampson, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein.

2. I am the Counsel on Constitutional Litigation at Brady.

3. Brady filed comments on the Department of State's Proposed Rule to Amend the International Traffic in Arms Regulations; U.S. Munitions List Categories I, II, and III, and the Department of Commerce's Proposed Rule Regarding Control of Firearms, Guns, Ammunition and Related Articles the President Determines No Longer Warrant Control Under the United States Munitions List. *See* Exhibit 2.

4. Brady's comments on the Department of State's and the Department of Commerce's Proposed Rules discussed the risk that the Proposed Rules would deregulate the technical information needed to manufacture 3D printed guns. *See id*. at 8.

5. If the Department of State and the Department of Commerce's Proposed Rules had included the Department of Commerce Rule to be codified at 15 C.F.R. § 734.7(c), Brady's comments on the Proposed Rules would have discussed that proposed regulation.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 13th day of February, 2020, in Washington, District of Columbia.

/s/ Kelly Sampson
Kelly Sampson

DECLARATION OF KELLY SAMPSON - 1
*Case No. 2:20-cv-00111-RAJ*

HOGAN LOVELLS US LLP
555 THIRTEENTH STREET, N.W.
WASHINGTON, D.C. 20004
(202) 637-5600 FAX: (202) 637-5910