The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 2:20-cv-00111-RAJ |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Federal Defendants. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Eric J. Soskin, Senior Trial Counsel with the U.S. Department of Justice, hereby enters his appearance on behalf of Defendant Cordell Hull, in his official capacity as Acting Undersecretary of the Department of Commerce, who was added as a Defendant in the First Amended Complaint, ECF No. 54.

As stated in Mr. Soskin's prior entry of appearance, correspondence may be addressed to him as follows:

By Courier:           Eric Soskin
(preferred)           United States Department of Justice
                      Civil Division, Federal Programs Branch
                      1100 L St., NW, Room 12002
                      Washington, DC 20003

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 1

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**

| | | |
|---|---|---|
| By U.S. Mail: (likely to incur delay) | Eric Soskin<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Post Office Box 883<br>Washington, DC 20044 | |

Mr. Soskin may be reached by phone at (202) 353-0533 or by electronic mail at Eric.Soskin@usdoj.gov.  Faxes for Mr. Soskin should be sent to (202) 616-8470.

Dated:  February 20, 2020               Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

 _/s/ Eric J. Soskin_
ERIC J. SOSKIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 353-0533 (telephone)
(202) 616-8470 (facsimile)
eric.soskin@usdoj.gov

*Attorneys for Federal Defendants*

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 2

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 20th day of February, the forgoing Notice of Appearance will be served electronically on all counsel who have appeared in this action by means of the Court's CM/ECF software.

Dated: February 5, 2020                             */s/ Eric J. Soskin*
                                                    ERIC J. SOSKIN

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 3

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**