HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> NATIONAL SHOOTING SPORTS FOUNDATION, INC., FREDRIC'S ARMS & SMITHS, LLC, <br><br> Intervenor-Defendants. | No. 2:20-cv-00111-RAJ <br><br> **[PROPOSED] ORDER SUBMITTED BY INTERVENOR-DEFENDANTS NATIONAL SHOOTING SPORTS FOUNDATION, INC. AND FREDRIC'S ARMS & SMITHS, LLC** <br><br> NOTE ON MOTION CALENDAR: <br> February 28, 2020 |

[PROPOSED] ORDER SUBMITTED BY INTERVENOR-DEFENDANTS NATIONAL SHOOTING SPORTS FOUNDATION, INC. AND FREDRIC'S ARMS & SMITHS, LLC - 1
Case No. 2:20-cv-00111-RAJ

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000

1   [*This proposed order applies only in the event the Court determines that the Plaintiff States*
2   *are entitled to any preliminary injunctive relief on their claims.*]
3         This matter came before the Court on the Plaintiff States' Motion for Preliminary
4   Injunction. The Court has considered all papers and pleadings on file in this matter. Being fully
5   advised, the Court now ORDERS that the Motion for Preliminary Injunction is GRANTED IN
6   PART and DENIED IN PART. The State Department and the Commerce Department shall
7   maintain the status quo with respect to regulatory restrictions on 3D-Firearm Files (as defined
8   by the Plaintiff States). The Rules at issue shall otherwise go into effect as scheduled.
9
10       IT IS SO ORDERED.
11
12       DATED this ___ day of _____, 2020
13
14                                       _____
15                                       THE HONORABLE RICHARD A. JONES
                                        UNITED STATES DISTRICT COURT JUDGE
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER SUBMITTED BY
INTERVENOR-DEFENDANTS NATIONAL
SHOOTING SPORTS FOUNDATION, INC.
AND FREDRIC'S ARMS & SMITHS, LLC - 2
Case No. 2:20-cv-00111-RAJ

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000

Presented by:

| AKIN GUMP STRAUSS HAUER & FELD LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| */s/ Pratik A. Shah*<br>Pratik A. Shah, D.C. Bar No. 497108<br>(*pro hac vice*) | By: */s/ Ross Siler*<br>Ross Siler, WSBA # 46486<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 757-8120<br>Fax: (206) 757-7120<br>E-mail: ross.siler@dwt.com |
| */s/ James E. Tysse*<br>James E. Tysse, D.C. Bar No. 978722<br>(*pro hac vice*) | |
| */s/ Rachel Bayefsky*<br>Rachel Bayefsky, N.Y. Bar No. 5426481<br>(*pro hac vice*)* | |

2001 K Street, N.W.
Washington, D.C. 20006
Telephone:  202-887-4000
Fax:  202-887-4288
E-mail: pshah@akingump.com

* Licensed to practice in New York only and under the direct supervision of a partner of Akin Gump Strauss Hauer & Feld LLP who is an enrolled, active member of the District of Columbia Bar; application for admission to the D.C. Bar pending.

*Attorneys for Intervenor-Defendants*

[PROPOSED] ORDER SUBMITTED BY
INTERVENOR-DEFENDANTS NATIONAL
SHOOTING SPORTS FOUNDATION, INC.
AND FREDRIC'S ARMS & SMITHS, LLC - 3
Case No. 2:20-cv-00111-RAJ

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000