The Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. 2:20-cv-0111-RAJ <br><br> **DECLARATION OF ERIC SOSKIN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND ATTACHING SUPPORTING DECLARATIONS** <br><br> **NOTED FOR: FEB. 28, 2020** |

I, Eric Soskin, declare as follows:

1. I have personal knowledge of all of the facts stated below, and I am over the age of 18 years old.

2. I am an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, Washington, D.C. I have the title of Senior Trial Counsel, and I am the counsel of record for the Defendants in this matter.

3. This declaration attaches the three declarations by Defendants' officials that are cited in Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, being filed contemporaneously.

4. Attached as Exhibit A to this declaration is a true and correct copy of the Declaration of

Declaration in Support of Opposition to Motion for Preliminary Injunction and attaching supporting declarations (No. 2:20-cv-111-RAJ) – 1

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20530
202-353-0533

Michael F. Miller, Deputy Assistant Secretary of State for Defense Trade Controls in the Bureau of Political-Military Affairs at the United States Department of State.

5. Attached as Exhibit B to this declaration is a true and correct copy of the Declaration of Matthew S. Borman, Deputy Assistant Secretary for Export Administration, at the United States Department of Commerce.

6. Attached as Exhibit C to this declaration is a true and correct copy of the Declaration of Douglas R. Hassebrock, Deputy Assistant Secretary for Export Enforcement, United States Department of Commerce.

I declare under penalty of perjury that the foregoing is a true and correct statement.

   Feb. 24, 2020                                      */s/ Eric J. Soskin*
(DATED)                                              Eric J. Soskin

Declaration in Support of Opposition to Motion for Preliminary Injunction and attaching supporting declarations (No. 2:20-cv-111-RAJ) – 2

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20530
202-353-0533