The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Federal Defendants. | No. 2:20-cv-00111-RAJ <br><br> **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew J. Glover, Counsel with the U.S. Department of Justice, hereby enters his appearance on behalf of Defendants United States Department of State; Michael R. Pompeo, in his official capacity as Secretary of State; Directorate of Defense Trade Controls; Mike Miller, in his official capacity as Acting Deputy Assistant Secretary; Sarah Heidema, in her official capacity as Director of Policy; United States Department of Commerce; Wilbur L. Ross, in his official capacity as Secretary of Commerce; Cordell Hull, in his official capacity as Acting Undersecretary of the Department of Commerce; the Bureau of Industry and Security; Nazak Nikakhtar, in her official capacity as Assistant Secretary; and Rich Ashool, in his official capacity as Assistant Secretary (collectively, "Federal Defendants"). Mr. Eric Soskin will continue to serve as lead counsel for all defendants.

Correspondence may be addressed to Mr. Glover as follows:

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 1

U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
Tel: (202) 307-1697

Matthew J. Glover
Counsel
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530

Mr. Glover may be reached by phone at (202) 307-1697 or by electronic mail at matthew.j.glover@usdoj.gov.  Faxes for Mr. Glover should be sent to (202) 514-8071.

Dated:  February 26, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

ERIC J. SOSKIN
Senior Trial Counsel
Civil Division, Federal Programs Branch

<u>s/ Matthew J. Glover</u>
MATTHEW J. GLOVER
Counsel
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530
(202) 307-1697
matthew.j.glover@usdoj.gov

*Attorneys for Federal Defendants*

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 2

U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
Tel: (202) 307-1697

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of February, the forgoing Notice of Appearance will be served electronically on all counsel who have appeared in this action by means of the Court's CM/ECF software.

Dated: February 26, 2020                             s/ Matthew J. Glover
                                                     MATTHEW J. GLOVER

Notice of Appearance
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 3

**U.S. DEPARTMENT OF JUSTICE**
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
Tel: (202) 307-1697