The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE; et al.,<br><br>    Defendants. | NO.  2:20-cv-00111-RAJ<br><br>PLAINTIFF STATES' POST-HEARING NOTICE |

The Plaintiff States respectfully submit this notice following the hearing held on February 28, 2020, on their Motion for Preliminary Injunction. *See* Dkt. # 88 (Minute Entry).

At the conclusion of the hearing, the Court encouraged the parties to attempt to resolve their disagreement as to the export-control regulation of technical data related to 3D-printed firearms, including software and technology for the production of a firearm or firearm parts ("Firearm Files"). Accordingly, the parties conferred several times during the week of March 1, 2020, via telephone and email, as described in the Declaration of Kristin Beneski filed herewith.

Although the parties have not been able to reach an agreement and appear to be at an impasse, the Plaintiff States are now confident in light of the parties' discussions that a narrower injunction than the one initially requested could be feasible, appropriate, and sufficient to prevent

PLAINTIFF STATES' POST-HEARING
NOTICE -- NO. 2:20-CV-00111-RAJ

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

irreparable harm and preserve the status quo with respect to Firearm Files. Accordingly, the Plaintiff States are submitting, for the Court's consideration, a proposed order exclusively focused on the Munitions List items at issue in this case.

Going forward, the Plaintiff States remain open to mediation or other methods for reaching a long-term resolution of this matter, as all parties appear to agree that effective export-control regulation of Firearm Files is warranted (but disagree as to whether the Final Rules are consistent with that objective).

DATED this 4th day of March, 2020.

ROBERT W. FERGUSON
Attorney General of Washington

*s/ Kristin Beneski*
KRISTIN BENESKI, WSBA #45478
Assistant Attorney General
JEFFREY RUPERT, WSBA #45037
Division Chief
BRENDAN SELBY, WSBA #55325
Assistant Attorney General
(206) 474-7744
kristin.beneski@atg.wa.gov
jeffrey.rupert@atg.wa.gov
brendan.selby@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

PLAINTIFF STATES' POST-HEARING NOTICE -- NO. 2:20-CV-00111-RAJ

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744