HONORABLE RICHARD A. JONES

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF STATE, *et al.*,

    Federal Defendants.

No. 2:20-cv-00111-RAJ

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY NATIONAL SHOOTING SPORTS FOUNDATION, INC. AND FREDRIC'S ARMS & SMITHS, LLC**

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY NATIONAL SHOOTING SPORTS FOUNDATION, INC. AND FREDRIC'S ARMS & SMITHS, LLC - 1
Case No. 2:20-cv-00111-RAJ

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000

1  This matter came before the Court on the Motion to Intervene pursuant to Federal Rule of Civil Procedure 24 brought by the National Shooting Sports Foundation, Inc. and Fredric's Arms & Smiths, LLC.  The Court has considered all papers and pleadings on file in this matter.  Being fully advised, the Court now ORDERS that the Motion to Intervene is GRANTED.  National Shooting Sports Foundation, Inc. and Fredric's Arms & Smiths, LLC shall be made Defendant-Intervenors in this action.

IT IS SO ORDERED.

DATED this 6th day of March, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING MOTION
TO INTERVENE BY NATIONAL SHOOTING
SPORTS FOUNDATION, INC. AND
FREDRIC'S ARMS & SMITHS, LLC - 2
Case No. 2:20-cv-00111-RAJ

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000