The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 2:20-cv-00111-RAJ |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Federal Defendants. | |

## NOTICE OF APPEAL

NOTICE is hereby given that the United States Department of State and the other Federal Defendants[1] hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order dated March 6, 2020 (docket no. 94), granting in part Plaintiff States' Motion for Preliminary Injunction (docket no. 55).

Dated: May 5, 2020                                                      Respectfully submitted,

---

[1] The other Federal Defendants comprise Michael R. Pompeo, in his official capacity as Secretary of State; the Directorate of Defense Trade Controls; Mike Miller, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; Sarah Heidema, in her official capacity as Director of Policy, Office of Defense Trade Controls; the United States Department of Commerce; Wilbur L. Ross, in his official capacity as Secretary of Commerce; the Bureau of Industry and Security; Cordell Hull, in his official capacity as Acting Undersecretary for Industry and Security; and Rich Ashooh, in his official capacity as Assistant Secretary of Commerce for Export Administration.

Notice of Appeal
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 1

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

MATTHEW J. GLOVER
Counsel

 /s/ Eric J. Soskin
ERIC J. SOSKIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 353-0533 (telephone)
(202) 616-8470 (facsimile)
eric.soskin@usdoj.gov

*Attorneys for Federal Defendants*

Notice of Appeal
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 2

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of May, the forgoing Notice of Appeal will be served electronically on all counsel who have appeared in this action by means of the Court's CM/ECF software.

Dated: May 5, 2020                                    */s/ Eric J. Soskin*
                                                                 ERIC J. SOSKIN

Notice of Appeal
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 3

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**