The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|   |   |
|---|---|
| STATE OF WASHINGTON, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> STATE, et al., ) <br> ) <br> Federal Defendants. ) <br> ) | No. 2:20-cv-00111-RAJ <br><br> **UNOPPOSED MOTION TO CONSOLIDATE RULE 12 BRIEFING AND ANSWER WITH SUMMARY JUDGMENT** <br><br> Noted for May 14, 2020 |

Pursuant to this Court's March 24, 2020 Order, ECF No. 96, the parties set forth their agreed suggestion for the prompt and efficient resolution of this case via production of an administrative record and cross-dispositive motions. *See* ECF No. 97. The Court then adopted that proposal. *See* unnumbered docket entry (Apr. 22, 2020).

Consistent with that plan, Defendants hereby move to consolidate Rule 12 briefing and the associated requirement of a responsive pleading with the proposed schedule for briefing dispositive motions. Plaintiffs have indicated they do not oppose this motion.

Dated: May 14, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO

Motion to Consolidate Briefing
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 1

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-0533

Deputy Director, Federal Programs Branch

  /s/ Eric J. Soskin
ERIC J. SOSKIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 353-0533 (telephone)
(202) 616-8470 (facsimile)
eric.soskin@usdoj.gov

*Attorneys for Federal Defendants*

Motion to Consolidate Briefing
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 2

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**

### CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of May, the forgoing Motion to Consolidate will be served electronically on all counsel who have appeared in this action by means of the Court's CM/ECF software.

Dated: May 14, 2020                                          */s/ Eric J. Soskin*
                                                             ERIC J. SOSKIN

Motion to Consolidate Briefing
*State of Washington, et al. v. Dep't of State, et al.*,
2:20-cv-00111-RAJ – 3

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0533**