The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>  Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>  Federal Defendants. | No. 2:20-cv-00111-RAJ<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE RULE 12 BRIEFING AND ANSWER WITH SUMMARY JUDGMENT**<br><br>[PROPOSED] |

Consistent with this Court's April 22, 2020 Order setting a schedule for production of the administrative record and cross-dispositive motions, it is HEREBY ORDERED that Defendants' Motion to Consolidate Rule 12 Briefing and Answer With Summary Judgment is GRANTED.  Defendants' date to plead or respond pursuant to Fed. R. Civ. P. 12 is hereby reset to coincide with the date of Defendants' cross-dispositive motion.

IT IS SO ORDERED.

ISSUED this _____ day of _____, 2020.

_____
THE HONORABLE RICHARD A. JONES

PRESENTED BY:

1     */s/  Eric J. Soskin*
   ERIC J. SOSKIN
2     Counsel for Federal Defendants