The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; *et al.*, | NO. 2:20-cv-00111-RAJ |
| Plaintiffs, | STIPULATED MOTION TO EXTEND ADMINISTRATIVE RECORD DEADLINE AND PROPOSED ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; *et al.*, | NOTE ON MOTION CALENDAR: SEPTEMBER 23, 2020 |
| Defendants. | |

## I.   STIPULATED MOTION

Pursuant to LCR 7(j) and 10(g), the Plaintiffs and the Federal Defendants submit this stipulated motion to modify the deadline for production of the administrative record ("AR") from the Department of Commerce in this matter. The Private Defendants do not oppose the relief requested in this motion.

The parties previously stipulated to the current deadline of September 23, 2020 on July 24, 2020. *See* ECF No. 103. The administrative record from the Department of State in this matter is prepared for production. However, the Federal Defendants have informed Plaintiffs that an extension of two additional days, to September 25, 2020, for a final review prior to production of the administrative record from the Department of Commerce will assist in ensuring that the Department of Commerce administrative record in this matter is produced

STIPULATED MOTION TO EXTEND
ADMINISTRATIVE RECORD
DEADLINE -- NO. 2:20-CV-00111-RAJ

1

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L St. NW, Washington, DC
(202) 353-0533

1  accurately and reduce the risk that the Department of Commerce would need to make a
2  substitute production of the administrative record in the future.  The two day extension is
3  therefore warranted by the interests of the parties and the Court in efficient litigation.
4
5  The States and the Federal Defendants therefore request that the Court modify the
6  deadline as follows:
7
8  The Administrative Record for the Department of Commerce shall be produced by
9  September 25, 2020.
10
11  DATED this 23rd day of September, 2020.

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Kristin Beneski (with authorization)*
KRISTIN BENESKI, WSBA #45478
Assistant Attorney General
JEFFREY RUPERT, WSBA #45037
Division Chief
BRENDAN SELBY, WSBA #55325
Assistant Attorney General
(206) 474-7744
kristin.beneski@atg.wa.gov
jeffrey.rupert@atg.wa.gov
brendan.selby@atg.wa.gov
*Attorneys for Plaintiff State of Washington*


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

MATTHEW J. GLOVER
Counsel

STIPULATED MOTION TO EXTEND
ADMINISTRATIVE RECORD
DEADLINE -- NO.  2:20-CV-00111-RAJ

2

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L St. NW, Washington, DC
(202) 353-0533

| | |
|---|---|
| 1 | |
| 2 | /s/ Eric J. Soskin |
| | ERIC J. SOSKIN |
| 3 | Senior Trial Counsel |
| | U.S. Department of Justice |
| 4 | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| 5 | Washington, D.C. 20530 |
| | (202) 353-0533 (telephone) |
| 6 | (202) 616-8470 (facsimile) |
| | eric.soskin@usdoj.gov |

STIPULATED MOTION TO EXTEND
ADMINISTRATIVE RECORD
DEADLINE -- NO. 2:20-CV-00111-RAJ

3

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L St. NW, Washington, DC
(202) 353-0533

## II. ORDER

Pursuant to the above stipulation, it is so ordered.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
ADMINISTRATIVE RECORD
DEADLINE -- NO. 2:20-CV-00111-RAJ

4

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L St. NW, Washington, DC
(202) 353-0533