The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON; *et al.*, | NO. 2:20-cv-00111-RAJ |
| Plaintiffs, | ADMINISTRATIVE RECORD OF DEPARTMENT OF STATE |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; *et al.*, | FILED PURSUANT TO LOCAL CIVIL RULE 79(h) |
| Defendants. | |

As set forth in the parties' Joint Status Report of April 21, 2020 (ECF No. 97), the parties have agreed that the administrative record for purposes of this case is not the complete administrative record of the final rules at issue in this case, but instead, the portion of that record pertaining to 3-D gun files (defined as "technical data and software directly related to the production of firearms or firearm parts using a 3D-printer or similar equipment"), as well as the record produced in Case No. 18-1115.

Consistent with the parties' agreement, Federal Defendants hereby produce the Department of State's administrative record for purposes of this case.

ADMINISTRATIVE RECORD –
U.S. DEPARTMENT OF STATE

1

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L St. NW, Washington, DC
(202) 353-0533

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

MATTHEW J. GLOVER
Counsel

 _/s/ Eric J. Soskin_
ERIC J. SOSKIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 353-0533 (telephone)
(202) 616-8470 (facsimile)
eric.soskin@usdoj.gov

ADMINISTRATIVE RECORD –
U.S. DEPARTMENT OF STATE

2

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L St. NW, Washington, DC
(202) 353-0533

The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; *et al.*, | NO. 2:20-cv-00111-RAJ |
| Plaintiffs, | CERTIFICATION OF ADMINISTRATIVE RECORD |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; *et al.*, | |
| Defendants. | |

I, Joseph N. Khawam, pursuant to 28 U.S.C. § 1746, declare and say the following:

1. I am currently an Attorney-Adviser in the Office of the Legal Adviser within the U.S. Department of State. I have held this position since October 2012. In my current role, in which I have served since May 2019, I provide legal counsel to the Directorate of Defense Trade Controls within the Department of State's Bureau of Political-Military Affairs. In this role, I have assisted in compiling the Department of State's administrative record for the purposes of the above-captioned litigation related to the Department of State's January 23, 2020 Rule entitled *International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III* ("Rule"). The information in this certification is based upon my personal knowledge or on information provided to me in the course of my official duties.

2. Consistent with the Joint Status Report and Discovery Plan (Dkt. 97), the Department has compiled the following Bates number ranges as the materials related to the Rule that "pertain to 3-D gun files":

   WASHSTATEA001 to WASHSTATEA12901;
   WASHSTATEB000001 to WASHSTATEB013097;

WASHSTATEC000001 to WASHSTATEC023747;
DOSWASHINGTON000001 to DOSWASHINGTON006687;
DOSWASHINGTONSUP00001 to DOSWASHINGTONSUP04933;
WASHAR0000001 to WASHAR0037074; and
CWASHAR0000001 to CWASHAR0002409.

3. To the best of my knowledge, the non-privileged materials contained within the Bates number ranges set forth in ¶ 2 constitute a true and complete copy of the Department of State's administrative record for the purposes of the above-captioned litigation.

4. The parties also agreed in the Joint Status Report and Discovery Plan that the administrative record for the purposes of this litigation includes the record previously produced in this District's Case No. 18-1115. The Department of State is producing these materials again as part of the current production. These materials retain the same Bates numbers previously assigned.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of September, 2020.

*[signature]*

Joseph N. Khawam
Attorney-Adviser
Office of the Legal Adviser
U.S. Department of State