**From:**       Hart, Robert L
**Sent:**       Fri, 9 Nov 2018 14:44:54 -0500
**To:**         Miller, Michael F
**Cc:**         Heidema, Sarah J
**Subject:**    TWAR draft re: Cats I-III

Mike, Ed asked Sarah for a TWAR on Cats I-III at the senior staff meeting today. Are you comfortable us sending up the below?

Thanks,
Rob



**Official**
**UNCLASSIFIED**

**From:** Dearth, Anthony M
**Sent:** Fri, 9 Nov 2018 15:33:39 -0500
**To:** Miller, Michael F
**Cc:** Chandler, Karen R;Hamilton, Catherine E
**Subject:** FW: ISN Export Control FTE Request
**Attachments:** AM to T on FTEs for ISN v.1.docx

v/r, Tony

Anthony M. Dearth
DDTC Chief of Staff

**Official - SBU (Deliberative Process)**
**UNCLASSIFIED**

**From:** Krueger, Thomas G
**Sent:** Friday, November 09, 2018 12:29 PM
**To:** Dearth, Anthony M; Fong, Isaac JY; Urena, Michael A; Shufflebarger, Jamie L; Eggleston, Brett A;
Ravi, Sunil K; Nagy, Nathan
**Cc:** Gamble, David (Chip) H; McClung, Gailyn W
**Subject:** ISN Export Control FTE Request

All,



Please provide your comments, edits and clearances by Friday November 16th.

Respectfully,

Thomas Krueger
Foreign Affairs Officer
Department of State
Bureau of International Security & Nonproliferation
Office of Conventional Arms Threat Reduction (CATR)
(202) 647-1837

**Official - SBU (Deliberative Process)**
**UNCLASSIFIED**

**From:**          Miller, Michael F
**Sent:**          Fri, 9 Nov 2018 16:00:29 -0500
**To:**            Hart, Robert L
**Cc:**            Heidema, Sarah J
**Subject:**       RE: TWAR draft re: Cats I-III

Couple suggestions – thanks Rob

**Official**
**UNCLASSIFIED**

**From:** Hart, Robert L
**Sent:** Friday, November 09, 2018 2:45 PM
**To:** Miller, Michael F
**Cc:** Heidema, Sarah J
**Subject:** TWAR draft re: Cats I-III

Mike, Ed asked Sarah for a TWAR on Cats I-III at the senior staff meeting today. Are you comfortable us sending up the below?

Thanks,
Rob



**Official**
**UNCLASSIFIED**

**From:**      Hart, Robert L
**Sent:**      Fri, 9 Nov 2018 16:57:21 -0500
**To:**        Abisellan, Eduardo
**Cc:**        Miller, Michael F;Heidema, Sarah J
**Subject:**   TWAR entry

Ed, please find a TWAR entry below per your request to Sarah this morning.

Thanks,
Rob



**Official**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Williams, Veronica X |
| **Sent:** | Tue, 20 Nov 2018 08:42:21 -0500 |
| **To:** | Newstead, Jennifer G;Dorosin, Joshua L;Kottmyer, Alice M;Johnson, Clifton M |
| **Cc:** | Legal-M-DL |
| **Subject:** | FW: Final: L/AM/D - Compliance Plan under Executive Order 13771 201827454 |

UNCLASSIFIED

**Attachments:**    (F  489166) 201827454-FD.pdf, (FT  489167) 201827454-FD Tab-1.pdf,
(FT  489169) 201827454-FD Tab-2.pdf, (FT  489170) 201827454-FD Tab-3.pdf, (FT  489171) 201827454-
FD Tab-4.pdf

**Importance:**    High

FINAL ACTION has been taken on Package 201827454 Compliance Plan under Executive
Order 13771

**From:** EverestMail
**Sent:** Monday, November 19, 2018 5:12 PM
**To:** Everest BP; Everest C; Everest D; Everest E; Everest ECA; Everest H; Everest INR; Everest J;
Everest L; Everest M; Everest P; Everest PA; Everest PM; Everest R; Everest S; SES FrontOfficeOnly;
SES-Line Only; Everest SP; Everest T; SES FrontOfficeOnly; PF-EverestE-Mail
**Subject:** Final: L/AM/D - Compliance Plan under Executive Order 13771 201827454 UNCLASSIFIED

FINAL ACTION has been taken on Package 201827454 Compliance Plan under Executive
Order 13771

**FOR:** D
**ORGANIZATION:** L
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:**  Compliance Plan under Executive Order 13771
**DOCTYPE:**  Action Memo


## Presidential Documents

Executive Order 13771 of January 30, 2017

### Reducing Regulation and Controlling Regulatory Costs

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the Budget and Accounting Act of 1921, as amended (31 U.S.C. 1101 *et seq.*), section 1105 of title 31, United States Code, and section 301 of title 3, United States Code, it is hereby ordered as follows:

**Section 1**. *Purpose.* It is the policy of the executive branch to be prudent and financially responsible in the expenditure of funds, from both public and private sources. In addition to the management of the direct expenditure of taxpayer dollars through the budgeting process, it is essential to manage the costs associated with the governmental imposition of private expenditures required to comply with Federal regulations. Toward that end, it is important that for every one new regulation issued, at least two prior regulations be identified for elimination, and that the cost of planned regulations be prudently managed and controlled through a budgeting process.

**Sec. 2**. *Regulatory Cap for Fiscal Year 2017.* (a) Unless prohibited by law, whenever an executive department or agency (agency) publicly proposes for notice and comment or otherwise promulgates a new regulation, it shall identify at least two existing regulations to be repealed.

(b) For fiscal year 2017, which is in progress, the heads of all agencies are directed that the total incremental cost of all new regulations, including repealed regulations, to be finalized this year shall be no greater than zero, unless otherwise required by law or consistent with advice provided in writing by the Director of the Office of Management and Budget (Director).

(c) In furtherance of the requirement of subsection (a) of this section, any new incremental costs associated with new regulations shall, to the extent permitted by law, be offset by the elimination of existing costs associated with at least two prior regulations. Any agency eliminating existing costs associated with prior regulations under this subsection shall do so in accordance with the Administrative Procedure Act and other applicable law.

(d) The Director shall provide the heads of agencies with guidance on the implementation of this section. Such guidance shall address, among other things, processes for standardizing the measurement and estimation of regulatory costs; standards for determining what qualifies as new and offsetting regulations; standards for determining the costs of existing regulations that are considered for elimination; processes for accounting for costs in different fiscal years; methods to oversee the issuance of rules with costs offset by savings at different times or different agencies; and emergencies and other circumstances that might justify individual waivers of the requirements of this section. The Director shall consider phasing in and updating these requirements.

**Sec. 3**. *Annual Regulatory Cost Submissions to the Office of Management and Budget.* (a) Beginning with the Regulatory Plans (required under Executive Order 12866 of September 30, 1993, as amended, or any successor order) for fiscal year 2018, and for each fiscal year thereafter, the head of each agency shall identify, for each regulation that increases incremental cost, the offsetting regulations described in section 2(c) of this order, and provide the agency's best approximation of the total costs or savings associated with each new regulation or repealed regulation.

(b) Each regulation approved by the Director during the Presidential budget process shall be included in the Unified Regulatory Agenda required under Executive Order 12866, as amended, or any successor order.

(c) Unless otherwise required by law, no regulation shall be issued by an agency if it was not included on the most recent version or update of the published Unified Regulatory Agenda as required under Executive Order 12866, as amended, or any successor order, unless the issuance of such regulation was approved in advance in writing by the Director.

(d) During the Presidential budget process, the Director shall identify to agencies a total amount of incremental costs that will be allowed for each agency in issuing new regulations and repealing regulations for the next fiscal year. No regulations exceeding the agency's total incremental cost allowance will be permitted in that fiscal year, unless required by law or approved in writing by the Director. The total incremental cost allowance may allow an increase or require a reduction in total regulatory cost.

(e) The Director shall provide the heads of agencies with guidance on the implementation of the requirements in this section.

**Sec. 4.** *Definition.* For purposes of this order the term ''regulation'' or ''rule'' means an agency statement of general or particular applicability and future effect designed to implement, interpret, or prescribe law or policy or to describe the procedure or practice requirements of an agency, but does not include:

(a) regulations issued with respect to a military, national security, or foreign affairs function of the United States;

(b) regulations related to agency organization, management, or personnel; or

(c) any other category of regulations exempted by the Director.

**Sec. 5.** *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

WASHSTATEB009714

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 30, 2017.*

[FR Doc. 2017–02451
Filed 2–2–17; 11:15 am]
Billing code 3295–F7–P



**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

April 5, 2017

M-17-21

MEMORANDUM FOR: REGULATORY POLICY OFFICERS AT EXECUTIVE
DEPARTMENTS AND AGENCIES AND MANAGING
AND EXECUTIVE DIRECTORS OF CERTAIN AGENCIES
AND COMMISSIONS

FROM:            Dominic J. Mancini, Acting Administrator
                 Office of Information and Regulatory Affairs

SUBJECT:         Guidance Implementing Executive Order 13771, Titled "Reducing
                 Regulation and Controlling Regulatory Costs"

## I.   Introduction

This guidance, in the form of Questions and Answers (Q&As), addresses the requirements of
Executive Order (EO) 13771, titled "Reducing Regulation and Controlling Regulatory Costs." It
applies to Fiscal Years (FY) 2017 and beyond. This guidance supplements the Office of
Management and Budget (OMB) interim guidance issued on February 2, 2017, titled "Interim
Guidance Implementing Section 2 of the EO of January 30, 2017, Titled 'Reducing Regulation
and Controlling Regulatory Costs.'" While OMB's Office of Information and Regulatory Affairs
(OIRA) believes this guidance largely treats the subjects covered in the February 2, 2017 interim
guidance in a consistent manner, where these two memoranda are in conflict, this guidance
supersedes the previous guidance. It reflects OIRA's consideration of the comments received in
response to the February 2, 2017, interim guidance. Comments sent by members of the public are
available on Regulations.gov in docket ID OMB-2017-0002.

## II.   General Requirements

The guidance explains, for purposes of implementing Section 2, the following requirements:

- "Unless prohibited by law, whenever an executive department or agency . . . publicly
  proposes for notice and comment or otherwise promulgates a new regulation, it shall
  identify at least two existing regulations to be repealed." Sec. 2(a).
- "For fiscal year 2017 . . . the heads of all agencies are directed that the total incremental
  cost of all new regulations, including repealed regulations, to be finalized this year shall be
  no greater than zero, unless otherwise required by law or consistent with advice provided in
  writing by the Director of the Office of Management and Budget . . . ." Sec. 2(b).
- "In furtherance of the requirement of subsection (a) of this section, any new incremental
  costs associated with new regulations shall, to the extent permitted by law, be offset by the
  elimination of existing costs associated with at least two prior regulations." Sec. 2(c).

WASHSTATEB009716

In general, executive departments or agencies ("agencies") may comply with those requirements by issuing two EO 13771 deregulatory actions (described below) for each EO 13771 regulatory action (described below). The incremental costs associated with EO 13771 regulatory actions must be fully offset by the savings of EO 13771 deregulatory actions.

In addition, agencies planning to issue one or more EO 13771 regulatory actions on or before September 30, 2017, should for each such EO 13771 regulatory action:

- Identify two existing regulatory actions the agency plans to eliminate or propose for elimination on or before September 30, 2017 in a reasonable period of time before the agency issues the EO 13771 regulatory action; and
- Fully offset the total incremental cost of such EO 13771 regulatory action as of September 30, 2017.

Guidance on the requirements of Section 3(a) is forthcoming.

Beginning with FY 2018, Section 3(d) requires the Director of OMB to identify to agencies a total amount of incremental costs (or "regulatory cap" as stated in Section 2) for all EO 13771 deregulatory and EO 13771 regulatory actions finalized during the fiscal year. The total incremental cost imposed by each agency should not exceed the agency's allowance for that fiscal year, unless required by law or approved by the Director. The total incremental cost allowance may be an increase or reduction in total regulatory cost, and will be informed by agencies' draft submissions for the *Regulatory Plan*.

Please consult with OIRA if you have any particular questions regarding the applicability or interpretation of EO 13771 not addressed in these Q&As.

Agencies should continue to comply with all applicable laws and requirements. In addition, EO 12866 remains the primary governing EO regarding regulatory planning and review. Accordingly, among other requirements, except where prohibited by law, agencies must continue to assess and consider both the benefits and costs of regulatory actions, including deregulatory actions, when making regulatory decisions, and issue regulations only upon a reasoned determination that benefits justify costs.

## III.    Definitions

This section provides definitions for terms used in this guidance. The definitions should not necessarily be applied to other sections of EO 13771 that this guidance does not cover, and do not replace definitions used in other EOs or statutes.

WASHSTATEB009717

***Q1.    What is an "agency"?***

A: An "agency," unless otherwise indicated, means any authority of the United States that is an "agency" under 44 U.S.C. 3502(1), other than those considered to be independent regulatory agencies, as defined in 44 U.S.C. 3502(5). A cabinet department is considered a single agency for purposes of EO 13771 compliance.

***Q2.    What is an "EO 13771 regulatory action"?***

A: An "EO 13771 regulatory action" is:

(i) A significant regulatory action as defined in Section 3(f) of EO 12866 that has been finalized and that imposes total costs greater than zero; or

(ii) A significant guidance document (*e.g.,* significant interpretive guidance) reviewed by OIRA under the procedures of EO 12866 that has been finalized and that imposes total costs greater than zero.

For example, EO 13771 regulatory actions include negotiated rulemakings that are significant as defined in Section 3(f) of EO 12866, that have been finalized, and that impose total costs greater than zero.

***Q3.    What is a "significant guidance document"?***

A: As defined in OMB's *Final Bulletin for Agency Good Guidance Practices,* a "significant guidance document" is a guidance document disseminated to regulated entities or the general public that may reasonably be anticipated to:

(i) Lead to an annual effect on the economy of $100 million or more or adversely affect in a material way the economy, a sector of the economy, productivity, competition, jobs, the environment, public health or safety, or State, local, or tribal governments or communities;

(ii) Create a serious inconsistency or otherwise interfere with an action taken or planned by another agency;

(iii)Materially alter the budgetary impact of entitlements, grants, user fees, or loan programs or the rights and obligations of recipients thereof; or

(iv)Raise novel legal or policy issues arising out of legal mandates, the President's priorities, or the principles set forth in EO 12866, as further amended.

A significant guidance document does not include legal advisory opinions for internal Executive Branch use and not for release (such as Department of Justice Office of Legal Counsel opinions); briefs and other positions taken by agencies in investigations, pre-litigation, litigation, or other enforcement proceedings; speeches; editorials; media interviews; press materials; Congressional correspondence; guidance documents that pertain to a military or foreign affairs function of the United States (other than guidance on procurement or the import or export of non-defense articles and services); grant solicitations;

3

warning letters; case or investigatory letters responding to complaints involving fact-specific determinations; purely internal agency policies guidance documents that pertain to the use, operation or control of a government facility; internal guidance documents directed solely to other Federal agencies; and any other category of significant guidance documents exempted by an agency in consultation and concurrence with the OIRA Administrator. In the list above, "internal" policies and guidance documents do not include those that materially affect an agency's interactions with non-Federal entities, even if nominally directed only to agency personnel. For example, an internal directive to field staff on how to implement a regulatory requirement could be a significant guidance document if it satisfied any of (i) through (iv) above.

If they satisfy the definition above, modifications to existing guidance and interpretative documents would be considered significant guidance documents.

**Q4.** **What is an "EO 13771 deregulatory action"?**

A: An "EO 13771 deregulatory action" is an action that has been finalized and has total costs less than zero. An EO 13771 deregulatory action qualifies as both: (1) one of the actions used to satisfy the provision to repeal or revise at least two existing regulations for each regulation issued, and (2) a cost savings for purposes of the total incremental cost allowance. EO 13771 deregulatory actions are not limited to those defined as significant under EO 12866 or OMB's *Final Bulletin on Good Guidance Practices.*

An EO 13771 deregulatory action may be issued in the form of an action in a wide range of categories of actions, including, but not limited to:

- Informal, formal, and negotiated rulemaking;
- Guidance and interpretative documents;
- Some actions related to international regulatory cooperation; and
- Information collection requests that repeal or streamline recordkeeping, reporting, or disclosure requirements.

Significant proposed rules issued before noon on January 20, 2017, that are formally withdrawn by notice in the *Federal Register* and removed from the *Unified Agenda of Regulatory and Deregulatory Actions* may qualify as repeal actions, but do not qualify for cost savings.

Please consult with OIRA regarding other actions your agency believes should qualify as an EO 13771 deregulatory action.

**Q5.** **What does "offset" mean?**

A: The term "offset" means at least two EO 13771 deregulatory actions have been taken per EO 13771 regulatory action and that the incremental cost of the EO 13771 regulatory action has been appropriately counterbalanced by incremental cost savings from EO 13771 deregulatory actions, consistent with the agency's total incremental cost allowance.

4

WASHSTATEB009719

**Q6.    What is a "statutorily or judicially required" rulemaking?**

A: A statutorily required rulemaking is one for which Congress has provided by statute an explicit requirement and explicit timeframe for rulemaking. For example, a statute that states, an agency "shall issue nutrition labeling requirements within 10 years" of the statute's enactment date would be considered a statutorily required rule.

A judicially required rulemaking is one for which there is a judicially established binding deadline for rulemaking, including deadlines established by settlement agreement or consent decree.

Agencies should consult with OIRA to determine whether a rule falls within the definition of a statutorily or judicially required rulemaking.

**Q7.    What is a rule issued with respect to a "national security function" of the United States?**

A: For the purposes of EO 13771, a regulation issued with respect to a national security function is a regulation that satisfies the two following requirements:

     (1) The benefit-cost analysis demonstrates that the regulation is anticipated to improve national security as its primary direct benefit; and

     (2) (A) For regulations the agency considers legislative rules: OIRA and the agency agree the regulation qualifies for a "good cause" exception under 5 U.S.C. 553(b)(3)(B); or (B) For other regulations (including significant guidance) the agency and OIRA agree that applying the requirements of EO 13771 to the regulation would be impracticable or contrary to public interest.

**Q8.    What is "total incremental cost"?**

A: The term "total incremental cost" means the sum of all costs from EO 13771 regulatory actions minus the cost savings from EO 13771 deregulatory actions.

**IV.    Scope Questions**

**Q9.    Which new regulations as defined in EO 13771 must be offset?**

A: Agencies are required to offset EO 13771 regulatory actions issued after noon on January 20, 2017. This includes those EO 13771 regulatory actions that are rules finalizing a Notice of Proposed Rulemaking (or in certain instances an interim final rule; see Question 11 for a further discussion) issued before noon on January 20, 2017.

Agencies should use the existing significance determination process outlined in EO 12866 for determining whether an action is an EO 13771 regulatory action. Agencies should not assume that actions that appear, or have appeared, in the *Unified Agenda of Regulatory and*

5

*Deregulatory Actions* as nonsignificant have been determined by OIRA to be nonsignificant. Agencies should obtain an affirmative significance determination from OIRA before publishing regulatory actions.

### *Q10. How are interim and direct final rules treated?*

A: In general, significant interim and direct final rules must be offset. However, a significant interim final rule or direct final rule may qualify for an exemption with respect to the timing for identifying and issuing the EO 13771 deregulatory actions.

### *Q11. How are significant rules that finalize interim final rules (IFR) treated?*

A: If the final rule neither increases nor decreases the cost of the IFR, then the action does not need to be offset nor does it qualify as an EO 13771 deregulatory action. If the final rule includes changes that increase the cost of the IFR, then the final rule must be offset (however, if the final rule imposes only *de minimis* costs relative to the IFR, the final rule may qualify for an exemption). If the final rule reduces the cost of the IFR, then the rule and the cost savings relative to the IFR may qualify as an EO 13771 deregulatory action.

### *Q12. Must agencies identify EO 13771 deregulatory actions for significant advance notices of proposed rulemaking (ANPRM)?*

A: No. With respect to rulemaking, the requirements of EO 13771 do not apply to pre-notice of proposed rulemaking activities such as ANPRMs.

### *Q13. How are regulatory actions that implement Federal spending programs or establish fees and penalties treated?*

A: In general, Federal spending regulatory actions that cause only income transfers between taxpayers and program beneficiaries (*e.g.*, regulations associated with Pell grants and Medicare spending) are considered "transfer rules" and are not covered by EO 13771. Additionally, an action that establishes a new fee or changes the existing fee for a service, without imposing any new costs, does not need to be offset; nor does an action that establishes new penalties or fines or changes those already in existence.

However, in some cases, such regulatory actions may impose requirements apart from transfers, or transfers may distort markets causing inefficiencies. In those cases, the actions would need to be offset to the extent they impose more than *de minimis* costs. Examples of ancillary requirements that may require offsets include new reporting or recordkeeping requirements or new conditions, other than user fees, for receiving a grant, a loan, or a permit. Analogously, if an action reduces the stringency of requirements or conditions for transfer recipients or permit holders, the action may qualify as an EO 13771 deregulatory action. Also, an action that causes transfers that, for example, induce moral hazard or other inefficient behavior may need to be offset and an action that reduces such transfers may qualify as an EO 13771 deregulatory action.

6

Please consult with OIRA on these actions, especially with regards to potential distortionary costs due to transfers. See OMB Circular A-4 for a discussion of the distinction between transfers and costs generally.

**Q14.** *How are activities treated that are associated with regulatory cooperation or international standards?*

A: Regulatory activities associated with regulatory cooperation with foreign governments that reduce costs to entities or individuals within the United States, including at the border, or otherwise lower the cost of regulations on the United States economy, may qualify as EO 13771 deregulatory actions. Activities associated with standard-setting that reduce costs to entities or individuals within the United States may also qualify as EO 13771 deregulatory actions. However, agency actions to harmonize with the standards of an international body or foreign government that increase costs on United States entities or individuals may need to be offset. OIRA recognizes such harmonization could also lead to operating efficiencies for businesses that agencies may be able to capture in their analysis of the benefits and costs of EO 13771 actions.

Agencies should consult OIRA on how to treat specific regulatory activities related to regulatory cooperation or international standard-setting.

**Q15.** *Do regulatory actions overturned by subsequently enacted laws qualify for savings?*

A: Generally, yes. OIRA considers Acts of Congress that overturn final regulatory actions, such as disapprovals of rules under the Congressional Review Act, to operate in a similar manner as agency EO 13771 deregulatory actions.

**Q16.** *Do regulatory actions that are vacated or remanded by a court qualify as EO 13771 deregulatory actions?*

A: If a regulatory action issued before noon on January 20, 2017, is vacated by a judicial order for which all appeals have been resolved, OIRA will consider on a case-by-case basis whether the regulatory action being vacated qualifies as an EO 13771 deregulatory action.

If an EO 13771 regulatory action was issued on or after noon on January 20, 2017, any judicial order for which all appeals have been resolved vacating the regulatory action, and any related subsequent agency action (such as a withdrawal of a vacated regulation from the Code of Federal Regulations in order to comply with the order), will not qualify as an EO 13771 deregulatory action. Any EO 13771 deregulatory actions used to offset a vacated EO 13771 regulatory action, however, would be available to offset other EO 13771 regulatory actions (after accounting for any sunk costs incurred in complying with the vacated action).

If a court permits a regulatory action to remain in effect after a judicial remand for further agency proceedings, such as through remand without vacatur, the remanded action remains in effect. Therefore, there is no action at the time of remand that could qualify as an EO 13771

7

deregulatory action. In the same way that an agency complies with EO 12866 when issuing a subsequent agency action to revise a remanded regulatory action, an agency will similarly need to comply with EO 13771. A subsequent agency action may qualify as an EO 13771 deregulatory action if the subsequent agency action is deregulatory in nature, or may need to be offset if the action is a significant regulatory action that is final and that imposes costs (*i.e.,* an EO 13771 regulatory action).

Agencies should notify OIRA of any judicial decisions that affect regulatory actions subject to EO 13771.

### *Q17.* *What happens if an EO 13771 deregulatory action is remanded or vacated by a court?*

A: As in the answer to the previous question, OIRA recognizes the inherent case-by-case nature of the issues raised by the potential remand or vacatur of an EO 13771 deregulatory action. For example, such decisions may happen years after a rule is finalized, and may affect compliance with both the cost allowances and the repeal provisions established pursuant to EO 13771. The agency should contact OIRA to determine how a remand or vacatur of an EO 13771 deregulatory action affects the agency's obligations under EO 13771.

### *Q18.* *Does EO 13771 apply to significant regulatory actions in which the law prohibits the consideration of costs in determining a statutorily required standard?*

A: Because EO 13771 applies only to the extent permitted by law, agencies are still required to comply with their statutory obligations. Accordingly, if a statute prohibits consideration of cost in taking a particular regulatory action, EO 13771 does not change the agency's obligations under that statute. However, agencies will generally be required to offset the costs of such regulatory actions through other deregulatory actions taken pursuant to statutes that do not prohibit consideration of costs. Because each agency's obligations will differ depending on the particular statutory language at issue, these issues must be addressed on a case-by-case basis.

Please consult with OIRA regarding questions about particular statutory language and its relationship to EO 13771.

### *Q19.* *How do the requirements of EO 13771 apply to significant regulatory actions issued by one agency that do not have the force and effect of law until adopted, with or without change, by another agency?*

A: Because the agency authorities that establish such sequential or otherwise overlapping regulatory responsibilities differ by program, these actions will need to be handled on a case-by-case basis. However, agencies in these circumstances should always work together to avoid double-counting costs and cost savings; they should also work together as closely as possible when developing regulatory approaches for such programs. In cases where one agency's action does not qualify as an EO 13771 regulatory action because it is not a significant regulatory action under EO 12866, associated actions by other agencies may still be covered by EO 13771.

8

*Q20.   Does EO 13771 apply to regulatory actions of independent regulatory agencies?*

A: No. EO 13771 applies only to those agencies that meet the definition of "agency" in this guidance. Nevertheless, independent regulatory agencies are encouraged to identify existing regulations that, if repealed or revised, would achieve cost savings that would fully offset the costs of significant regulatory actions while continuing to meet the agency's statutory obligations.

## V.   Accounting Questions

*Q21.   How should costs and cost savings be measured?*

A: Except where noted in other portions of this guidance, costs should be estimated using the methods and concepts appearing in OMB Circular A-4. There are several types of impacts that, under OMB Circular A-4, could be reasonably categorized as either benefits or costs, with the only difference being the sign (positive or negative) on the estimates. In most cases where there is ambiguity in the categorization of impacts, agencies should conform to the accounting conventions they have followed in past analyses. For example, if medical cost savings due to safety regulations have historically been categorized as benefits rather than reduced costs, they should continue to be categorized as benefits for EO 13771 regulatory actions. Identifying cost savings, such as fuel savings associated with energy efficiency investments, as benefits is a common accounting convention followed in OIRA's reports to Congress on the benefits and costs of Federal regulations.

Cost savings estimates for EO 13771 deregulatory actions should follow the same conventions, but in reverse. Only those impacts that have been traditionally estimated as costs when taking a regulatory action should be counted as cost savings when taking an EO 13771 deregulatory action. For example, the medical cost savings described above as historically being counted as benefits when regulating should not then be counted as "negative cost savings" when deregulating.

An agency that has used different accounting conventions across different past analyses should consult with OIRA regarding the categorization of ambiguous impacts. In general, when faced with ambiguity, OIRA will attempt to achieve greater consistency in the categorization of similar types of costs and benefits across different agencies.

OIRA notes that rules that cause an increase in the resources used by Federal agencies to accomplish their programmatic goals may need to be offset, and rules that reduce the real resources used by Federal agencies to accomplish their goals may qualify as EO 13771 deregulatory actions. These types of impacts have long been considered regulatory costs under OMB Circular A-4, and are a component of the costs OIRA includes in its reports to Congress on the benefits and costs of Federal regulations.

For EO 13771 deregulatory actions that revise or repeal recently issued rules, agencies generally should not estimate cost savings that exceed the costs previously projected for the

9

relevant requirements, unless credible new evidence show that costs were previously underestimated. On the other hand, a less recent regulatory impact analysis (RIA) may need revision to reflect, among other things, the fact that only costs occurring after the effective date of the regulatory repeal should be the basis for the cost savings estimate (*i.e.,* agencies should not count sunk costs). Where an agency believes it can significantly improve upon a prior cost estimate, especially a recent one, through methodological enhancements, the agency should first discuss those methodologies with OIRA.

### *Q22. How should cost savings be determined for regulatory actions that expand consumption and/or production options?*

A: For regulatory actions that expand consumption and/or production options—sometimes referred to as "enabling" regulatory actions or regulations—cost savings should include the full opportunity cost of the previously forgone activities. Opportunity cost in this context would equal the sum of consumer and producer surplus, minus any fixed costs. See OMB Circular A-4 for a more detailed discussion of these concepts.

Generally, "one-time" regulatory actions (*i.e.,* those actions that are not periodic in nature) that expand consumption and/or production options would qualify as EO 13771 deregulatory actions.

There may be situations where this approach for determining the cost offsets generated by an enabling regulatory action is inappropriate. For instance, this approach may not be appropriate in certain circumstances where, if an agency were to fail to issue a regulatory action, a significant existing and ongoing economic activity would be prohibited. See Question 26. Cost offsets for such regulatory actions will be determined on a case-by-case basis.

Please consult with OIRA on all such non-routine regulations.

### *Q23. How does Executive Order 13771 apply to routine hunting and fishing regulatory actions?*

A. Routine hunting and fishing regulatory actions that establish annual harvest limits are not required to be offset, and are not eligible to be used as cost savings. This includes migratory bird hunting frameworks under the Migratory Bird Treaty Act and fishery management plans and amendments under the Magnuson-Stevens Fishery Conservation and Management Act. This exemption does not apply to regulatory actions that affect hunting and fishing activity that are not routine regulatory actions.

### *Q24. What base year should agencies use?*

A: Agencies should adjust all estimates to 2016 dollars using the GDP deflator, as released on March 30, 2017, until further guidance is provided by OIRA.

WASHSTATEB009725

***Q25. How should agencies calculate cost and cost savings for the purpose of EO 13771 accounting?***

A: Agencies should calculate the present value (as of 2016) of costs for EO 13771 regulatory actions and cost savings for EO 13771 deregulatory actions over the full duration of the expected effects of the actions using both 7 percent and 3 percent end-of-period discount rates.

***Q26. In determining costs and cost savings under EO 13771, how should regulatory baselines be determined?***

A: For the most part, agencies should follow the guidance about regulatory baselines provided in OMB Circular A-4. However, there can be uncertainty, which is recognized in OMB Circular A-4, regarding how best to capture the directive to assess impacts against the state of the world in the absence of the regulation. Provided below are two cases in which this uncertainty, or other challenges arising in the context of OMB Circular A-4, have often been addressed by performing analyses with multiple baselines. In each of these cases, OIRA has also provided guidance about how to determine costs or cost savings for the purposes of EO 13771:

(1) When a regulatory action finalizes an interim final rule (IFR), agencies are typically encouraged to present two sets of estimates: the overall regulatory impacts and the incremental impacts relative to the IFR. For purposes of determining costs or available cost savings under EO 13771, agencies finalizing an IFR should include only the incremental impacts of the final rule, relative to the IFR.

(2) There are multiple Federal programs and policies—such as discharge general permitting under the Clean Water Act or Medicare quality performance tracking—that are updated or renewed at regular intervals via rulemaking. Because these updates reliably occur, an assessment of the incremental changes between the previous and updated programs is often much more informative than a comparison of the updated programs against hypothetical discontinuance. Although multiple-baseline analysis is likely to continue to be encouraged in such cases for analysis conducted under EO 12866, for purposes of EO 13771, costs or cost savings should be determined by the incremental changes between previous and updated programs. For example, if an agency is statutorily or judicially required to issue a regulation every five years to permit or prohibit an activity, and the agency previously issued a regulation to address the requirement, the appropriate baseline to use for estimating the costs or cost savings of the new regulation under EO 13771 is likely the existing regulation (or interim operating conditions if there is temporarily no regulation in effect).

Please consult with OIRA if you have questions regarding the appropriate baseline upon which to calculate costs or cost savings.

11

*Q27.   How should agencies treat unquantified costs and cost savings?*

A: As stated in OMB Circular A-4, agencies should use their best efforts to monetize the effects of both regulatory actions and deregulatory actions and, in some cases, significant guidance documents. Depending on the likely magnitude of the effects, such efforts may include conducting or sponsoring studies to develop monetized estimates. In proposed/draft regulatory actions expected to lead to EO 13771 regulatory actions or EO 13771 deregulatory actions agencies should, at a minimum, clearly identify any non-monetized costs or cost savings, explain the key reason(s) why monetization is not possible, discuss any information the agency has that is relevant to estimating such costs, and request information from the public to monetize such costs at the final stage.

The weight assigned to unquantified effects will depend on their significance and degree of certainty, and will be handled on a case-by-case basis. See OMB Circular A-4 for more information on unquantified costs.

*Q28.   How should agencies treat EO 13771 regulatory actions and EO 13771 deregulatory actions published by multiple agencies?*

A: These will be handled on a case-by-case basis. Agencies should consult OIRA as early as possible to determine the appropriate treatment of the action.

*Q29.   Can agencies "bank" cost savings and deregulatory actions?*

A: Yes. Agencies may bank both EO 13771 deregulatory actions and the associated cost savings for use in the same or a subsequent fiscal year towards EO 13771's requirement to identify at least two existing regulations to be repealed (unless prohibited by law) and, separately, to comply with the total incremental cost allowance. Surplus EO 13771 deregulatory actions and cost savings do not expire at the end of a fiscal year and can be used in subsequent fiscal years.

For example, if an agency issues four EO 13771 deregulatory actions, the agency may apply them to up to two subsequent EO 13771 regulatory actions, including those occurring in a future fiscal year. Regardless, at the end of each fiscal year, an agency must be able to identify, and should have finalized, twice as many EO 13771 deregulatory actions as EO 13771 regulatory actions.

Similarly, if an agency issues two EO 13771 deregulatory actions with total cost savings of $200 million to offset the cost of an EO 13771 regulatory action with a cost of $150 million, the agency may bank the surplus cost savings of $50 million to offset the cost of another EO 13771 regulatory action, regardless of when the latter action is issued. See Questions 24 and 25 for accounting conventions that allow for appropriate comparison of costs and cost savings experienced at different time periods.

WASHSTATEB009727

*Q30.   Can EO 13771 deregulatory actions (and associated cost savings) be transferred within an agency?*

A: Yes. The requirements of EO 13771 apply agency-wide. An EO 13771 deregulatory action issued by a component in one agency can be used to offset an EO 13771 regulatory action issued by a different component in that same agency.

*Q31.   Can EO 13771 deregulatory actions (and associated cost savings) be transferred between agencies?*

A: An agency that is not able to identify sufficient EO 13771 deregulatory actions for an EO 13771 regulatory action it intends to issue may submit a written request to the Director of OMB to assess whether the transfer of EO 13771 deregulatory action credits (after consultation with the supplying agency) would be appropriate before submitting the EO 13771 regulatory action to OMB for review under EO 12866. However, if the transfer is not appropriate, the agency must identify adequate offsets absent an exemption.

**VI.      Process Questions**

*Q32.   How does EO 13771 affect the consideration of regulatory benefits or other requirements under EO 12866?*

A: EO 13771 does not change the requirements of EO 12866, which remains the primary governing EO regarding regulatory review and planning. In particular, EO 13771 has no effect on the consideration of benefits in informing any regulatory decisions. For all EO 13771 regulatory actions and EO 13771 deregulatory actions, except where prohibited by law, agencies must continue to assess and consider both benefits and costs and comply with all existing requirements and guidance, including but not limited to those in EO 12866 and OMB Circular A-4.

*Q33.   Which EO 13771 regulatory actions might qualify for a full or partial exemption from EO 13771 requirements?*

A: The following categories of EO 13771 regulatory actions may qualify for a full or partial exemption from EO 13771's requirements: 1) expressly exempt actions; 2) emergency actions; 3) statutorily or judicially required actions; and 4) *de minimis* actions. These categories are not exhaustive. For any EO 13771 regulatory action an agency believes qualifies for an exemption under any of the circumstances provided below, agencies should submit exemption requests to OIRA prior to submitting the action to OMB for review under EO 12866 or prior to publication of the EO 13771 regulatory action if it was not subject to EO 12866 review.

- Expressly exempt – EO 13771 expressly exempts regulations issued with respect to a military, national security (see Question 7 above), or foreign affairs function, and regulations related to agency organization, management, or personnel. These actions qualify for a full exemption. See 5 USC 553.

13

WASHSTATEB009728

- <u>Emergencies</u> – EO 13771 regulatory actions addressing emergencies such as critical health, safety, financial, non-exempt national security matters, or for some other compelling reason, may qualify for an exemption. In most cases, exemptions for such rules will be granted with respect to the timing of required offsets, allowing the agency to address the emergency before identifying and issuing EO 13771 deregulatory actions. Agencies will generally still be required to offset such actions. If necessary, the costs of such actions, and the requirement to identify for repeal at least two existing regulations, will be moved to the subsequent fiscal year for purposes of determining EO 13771 compliance.
- <u>Statutorily or judicially required</u> – EO 13771 does not prevent agencies from issuing regulatory actions in order to comply with an imminent statutory or judicial deadline, even if they are not able to satisfy EO 13771's requirements by the time of issuance. However, agencies will be required to offset any such EO 13771 regulatory actions as soon as practicable thereafter. In addition, this flexibility may not apply to discretionary provisions attached to EO 13771 regulatory actions required to comply with statutory or judicial deadlines.
- <u>*De minimis*</u> – EO 13771 regulatory actions with *de minimis* costs may qualify for an exemption. For example, if OIRA designates a proposed rule as significant under EO 12866 because it raises novel legal or policy issues, and the agency estimates the action would have present value costs of $50,000 spread over a large number of persons and/or entities, OIRA may exempt the action from some or all of the requirements of EO 13771.

### *Q34. Is a significant final regulatory action exempt from the requirements of EO 13771 if the action was designated not significant at a prior stage?*

A: Generally, no. Any regulatory action that is identified as significant at the final rule stage that imposes total costs greater than zero would need to be offset to comply with EO 13771, regardless of the determination in an earlier phase. Therefore, the agency should consult OIRA as soon as possible if it believes an action that was not determined to be significant at the draft or proposed rule stage may now be determined to be significant, perhaps due to substantive issues identified through public comment or further agency analysis.

### *Q35. How should agencies prioritize existing requirements to repeal or revise?*

A: Agencies should follow the requirements in EO 13777 for prioritizing existing requirements to repeal or revise. EO 13777 establishes Regulatory Reform Task Forces in agencies, and directs those task forces to evaluate existing regulations and make recommendations to the agency head regarding their repeal, replacement, or modification, consistent with applicable law. EO 13777 directs each Regulatory Reform Task Force to identify regulations that:

- Eliminate jobs, or inhibit job creation;
- Are outdated, unnecessary, or ineffective;
- Impose costs that exceed benefits;
- Create a serious inconsistency or otherwise interfere with regulatory reform initiatives and policies;

14

- Are inconsistent with the requirements of section 515 of the Treasury and General Government Appropriations Act, 2001 (44 U.S.C. 3516 note), or the guidance issued pursuant to that provision, in particular those regulations that rely in whole or in part on data, information, or methods that are not publicly available or that are insufficiently transparent to meet the standard for reproducibility; or
- Derive from or implement EOs or other Presidential directives that have been subsequently rescinded or substantially modified.

EO 13777 further directs each Regulatory Reform Task Force to seek input and other assistance, as permitted by law, from entities significantly affected by Federal regulations, including State, local, and tribal governments, small businesses, consumers, non-governmental organizations, and trade associations. Input from such public engagement may be used to prioritize recommendations to repeal or revise.

Finally, where the costs of an EO 13771 regulatory action will be incurred entirely or to a large degree by a certain sector or geographic area, the agency should prioritize EO 13771 deregulatory actions that affect the same sector or geographic area, to the extent feasible and permitted by law.

### Q36.   *Can regulatory and deregulatory actions be bundled in the same action?*

A:   Yes, under certain circumstances. Many actions submitted to OIRA for review under EO 12866 consist of logically connected changes to multiple but related sections of the Code of Federal Regulations. For example, a rule exempting some categories of regulated entities from compliance with a previously issued regulation may also require eligible entities to submit additional documentation to demonstrate eligibility for the exemption. In these cases, it may be legitimate and appropriate to pursue such changes through a single "bundled" action, and this guidance is not meant to materially change agency decision making in this area. Where an agency combines such provisions, the cost impact (the difference between costs imposed and cost savings, per Question 21) of such rules will generally determine whether such actions are EO 13771 regulatory actions that need to be offset, or EO 13771 deregulatory actions. Agencies, however, should avoid artificially bundling provisions that are not logically connected in a single regulatory action. OIRA may determine that the regulatory and deregulatory portions of the rule should be considered separately for purposes of EO 13771 compliance.

Agencies should consult with OIRA when considering bundling regulatory and deregulatory actions.

### Q37.   *When and how should agencies identify EO 13771 deregulatory actions?*

A:   The agency's *Unified Agenda of Regulatory and Deregulatory Actions* should reflect compliance with the requirements of EO 13771, and should include, to the extent practicable, EO 13771 deregulatory actions that, when combined with EO 13771 deregulatory actions that are not regulations (such as Paperwork Reduction Act information collection reforms), are sufficient to offset those actions appearing in the Agenda that are or are expected to result

WASHSTATEB009730

in EO 13771 regulatory actions. At a minimum, the agency should identify all EO 13771 deregulatory actions, along with cost savings estimates, by the time it submits to OMB for review under EO 12866 the corresponding EO 13771 regulatory action. In the rare event that an agency is unable to identify sufficient EO 13771 deregulatory actions, OIRA will address such a situation on a case-by-case basis.

While each *Federal Register* notice should identify whether the regulation is an EO 13771 regulatory action, there is no need to discuss specific offsetting EO 13771 deregulatory actions within the same *Federal Register* entry. Additionally, offsetting the costs of regulatory actions to comply with the requirements of EO 13771 should not serve as the basis or rationale, in whole or in part, for issuing an EO 13771 deregulatory action.

**Q38.** **When must identified EO 13771 deregulatory actions be finalized?**

A: To the extent practicable, agencies should issue EO 13771 deregulatory actions before or concurrently with the EO 13771 regulatory actions they are intended to offset. By the end of each fiscal year, including any carryover from previous fiscal years, agencies should have: (1) issued at least twice the number of EO 13771 deregulatory actions as EO 13771 regulatory actions; and (2) appropriately offset the cost of all final EO 13771 regulatory actions issued. The offset should be consistent with their respective total incremental cost allowance for future fiscal years, and agencies are expected to maintain compliance, to the extent practicable, throughout the year. These requirements exclude those EO 13771 regulatory actions issued during the year for which either law prohibits compliance with EO 13771 or the agency received an exemption from OIRA. When an agency receives a partial exemption from OIRA (*e.g.,* with respect to the timing of EO 13771 deregulatory actions), the requirements should be addressed as soon as practicable. Agencies should plan in advance and leave sufficient time, if necessary, for OIRA to complete its review under EO 12866 or the Paperwork Reduction Act, and for agencies to publish in the *Federal Register* any EO 13771 deregulatory actions needed to comply with EO 13771 before the end of each fiscal year.

**Q39.** **What happens if an agency is not in full compliance with the requirements of EO 13771 at the end of a fiscal year?**

A: If, by the end of a fiscal year, an agency does not finalize at least twice as many EO 13771 deregulatory actions as EO 13771 regulatory actions issued during the fiscal year, or has not met its total incremental cost allowance for that fiscal year, the agency must, within 30 days of the end of the fiscal year, submit for the OMB Director's approval, a plan for coming into full compliance with EO 13771 that addresses each of the following:

  (1) The reasons for, and magnitude of, non-compliance;
  (2) How and when the agency will come into full compliance; and
  (3) Any other relevant information requested by the Director.

This excludes EO 13771 regulatory actions that are exempt or where compliance with EO 13771 is prohibited by law.

16

OMB may recommend that an agency take additional steps to achieve compliance, such as publishing a notice in the *Federal Register* requesting ideas from the public on EO 13771 deregulatory actions to pursue. OMB may also request that agencies post plans approved by the Director.

This guidance is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

17

**From:**      Sundlof, Meredith E
**Sent:**      Tue, 20 Nov 2018 14:57:35 -0500
**To:**      Heidema, Sarah J
**Cc:**      Davidson-Hood, Simon;Hart, Robert L;Monjay, Robert
**Subject:**      2.1, 2.2, 2.4 Update

Hi Sarah-
Laura asked me to update the tracker on State's items.  Could you please update the next steps/timeline below?

Thanks,

Meredith



**Meredith Sundlof**
Strategic Coordinator
Bureau of Political-Military Affairs
Department of State

sundlofm@state.gov
202-647-3214

**Official**
UNCLASSIFIED

| | |
|---|---|
| **From:** | Hart, Robert L |
| **Sent:** | Wed, 21 Nov 2018 08:25:31 -0500 |
| **To:** | Sundlof, Meredith E;Heidema, Sarah J |
| **Cc:** | Davidson-Hood, Simon;Monjay, Robert |
| **Subject:** | RE: 2.1, 2.2, 2.4 Update |

Hi Meredith,

Thanks,
Rob

**Official**
**UNCLASSIFIED**

**From:** Sundlof, Meredith E
**Sent:** Tuesday, November 20, 2018 2:58 PM
**To:** Heidema, Sarah J
**Cc:** Davidson-Hood, Simon; Hart, Robert L; Monjay, Robert
**Subject:** 2.1, 2.2, 2.4 Update

Hi Sarah-
Laura asked me to update the tracker on State's items.  Could you please update the next steps/timeline below?

Thanks,

Meredith



**Meredith Sundlof**
Strategic Coordinator
Bureau of Political-Military Affairs
Department of State

sundlofm@state.gov
202-647-3214

**Official**
UNCLASSIFIED

| | |
|---|---|
| **From:** | Sundlof, Meredith E |
| **Sent:** | Mon, 26 Nov 2018 10:19:51 -0500 |
| **To:** | Hart, Robert L;Heidema, Sarah J |
| **Cc:** | Davidson-Hood, Simon;Monjay, Robert |
| **Subject:** | RE: 2.1, 2.2, 2.4 Update |

Thanks Rob. ███████████████████████████████

**Meredith Sundlof**
**Strategic Coordinator**
**Bureau of Political-Military Affairs**
**Department of State**

████████████████████

sundlofm@state.gov
202-647-3214

**Official**
**UNCLASSIFIED**

**From:** Hart, Robert L
**Sent:** Wednesday, November 21, 2018 8:26 AM
**To:** Sundlof, Meredith E; Heidema, Sarah J
**Cc:** Davidson-Hood, Simon; Monjay, Robert
**Subject:** RE: 2.1, 2.2, 2.4 Update

Hi Meredith,

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████

Thanks,
Rob

**Official**
**UNCLASSIFIED**

**From:** Sundlof, Meredith E
**Sent:** Tuesday, November 20, 2018 2:58 PM
**To:** Heidema, Sarah J
**Cc:** Davidson-Hood, Simon; Hart, Robert L; Monjay, Robert
**Subject:** 2.1, 2.2, 2.4 Update

Hi Sarah-

Laura asked me to update the tracker on State's items.  Could you please update the next steps/timeline below?

Thanks,



**Meredith Sundlof**
Strategic Coordinator

Bureau of Political-Military Affairs
Department of State
█████████████████
sundlofm@state.gov
202-647-3214


**Official**
<span style="color:green">**UNCLASSIFIED**</span>

| | |
|---|---|
| **From:** | Sundlof, Meredith E |
| **Sent:** | Mon, 26 Nov 2018 10:26:39 -0500 |
| **To:** | Hart, Robert L;Heidema, Sarah J |
| **Cc:** | Davidson-Hood, Simon;Monjay, Robert |
| **Subject:** | RE: 2.1, 2.2, 2.4 Update |

Thanks Rob. ███████████████████████████



**Meredith Sundlof**
Strategic Coordinator
Bureau of Political-Military Affairs
Department of State
████████████████████
sundlofm@state.gov
202-647-3214

**Official**
**UNCLASSIFIED**

**From:** Hart, Robert L
**Sent:** Wednesday, November 21, 2018 8:26 AM
**To:** Sundlof, Meredith E; Heidema, Sarah J
**Cc:** Davidson-Hood, Simon; Monjay, Robert
**Subject:** RE: 2.1, 2.2, 2.4 Update

Hi Meredith,

Thanks,
Rob

**Official**
**UNCLASSIFIED**

**From:** Sundlof, Meredith E
**Sent:** Tuesday, November 20, 2018 2:58 PM
**To:** Heidema, Sarah J
**Cc:** Davidson-Hood, Simon; Hart, Robert L; Monjay, Robert
**Subject:** 2.1, 2.2, 2.4 Update

Hi Sarah-
Laura asked me to update the tracker on State's items.  Could you please update the next steps/timeline below?

Thanks,

Meredith



**Meredith Sundlof**
Strategic Coordinator
Bureau of Political-Military Affairs
Department of State

sundlofm@state.gov
202-647-3214

**Official**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Heidema, Sarah J |
| **Sent:** | Mon, 3 Dec 2018 09:33:46 -0500 |
| **To:** | Sundlof, Meredith E |
| **Subject:** | 20181203 AA - DAS String's Participation in CAT Policy PCC on Dec. 3 - 11.30 |
| **Attachments:** | 20181203 AA - DAS String's Participation in CAT Policy PCC on Dec. 3 - |

11.30.docx


Here you go…
**Official**
This message is **UNCLASSIFIED** when separated from **SECRET** attachment(s)
Classified By: ert - rtert, Office:ert, Agency:U.S. Department of State
Declassify On: 12/3/2043
Reasons: (Derived) ert

**From:**          PM-Staffers Mailbox
**Sent:**          Mon, 3 Dec 2018 16:36:38 -0500
**To:**            String, Marik A
**Cc:**            PM-Staffers Mailbox;Carter, Rachel
**Subject:**       For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List


Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel


**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
Importance: High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604


**Official**
**UNCLASSIFIED**

---

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM

**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John


John A. Foster
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,
Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL.



Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ▮▮▮▮▮▮
*Email:* *MonjayR@state.gov*
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Official - SBU**
**UNCLASSIFIED**

**From:**         String, Marik A
**Sent:**         Mon, 3 Dec 2018 19:49:27 -0500
**To:**           PM-Staffers Mailbox
**Cc:**           Carter, Rachel
**Subject:**      RE: For Marik: AM for T: Notification to Congress of the Removal of Certain
Items from the U.S. Munitions List


Thanks, a few edits and questions in the AM for DDTC.
Marik


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from
the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the
U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them
to the clearance page as Info?

Thanks,

Rachel

**Official**
**UNCLASSIFIED**

---

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
Importance: High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604

**Official**
**UNCLASSIFIED**

---

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to

be done, then this is the place to explain that.] ███████████████████
██████████████████████

3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ███████████████

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John

John A. Foster
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>;

Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,
Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL.

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:**           String, Marik A
**Sent:**           Mon, 3 Dec 2018 19:49:47 -0500
**To:**             PM-Staffers Mailbox
**Cc:**             Carter, Rachel
**Subject:**        RE: For Marik: AM for T: Notification to Congress of the Removal of Certain
Items from the U.S. Munitions List


Also, we should include the roll out plan as an attachment, as noted.


**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from
the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the
U.S. Munitions List

Peyton,
Clear, and you can send to DAS String. Would you please send PM-Strategy an info copy and add them
to the clearance page as Info?

Thanks,
Rachel

**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
Importance: High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604

**Official**
**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a
   final due date farther out, but once FO has cleared there is still a great deal of staffing work to

be done, then this is the place to explain that.] ████████████████████
████████████

3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the
Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context ██████████████

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML
Cats I-III
**Importance:** High

Staff Assistants,



Best,
John

**John A. Foster**
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E
<HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A
<RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>;

Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,
Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL. █████████████████████████

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████
*Email:* MonjayR@state.gov

**Official - SBU**
**UNCLASSIFIED**

**From:**          PM-Staffers Mailbox
**Sent:**          Tue, 4 Dec 2018 08:05:37 -0500
**To:**            Monjay, Robert;DDTC Tasker DL
**Cc:**            PM-Staffers Mailbox;Carter, Rachel
**Subject:**       FW: For Marik: AM for T: Notification to Congress of the Removal of Certain
Items from the U.S. Munitions List
**Attachments:**   AM to T - USML Cat I-III 38(f).docx


Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh


**Official - SBU**
**UNCLASSIFIED**

From: String, Marik A
Sent: Monday, December 03, 2018 7:49 PM
To: PM-Staffers Mailbox
Cc: Carter, Rachel
Subject: RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from
the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official**
**UNCLASSIFIED**

---

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel


**Official**
**UNCLASSIFIED**

---

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
Importance: High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604


**Official**

**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.] ███████████████████████
3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ███████████████

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John


John A. Foster
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,
Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL.

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*

*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* █████████
*Email: MonjayR@state.gov*
████████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:**          Foster, John A
**Sent:**          Tue, 4 Dec 2018 10:50:31 -0500
**To:**            Heidema, Sarah J
**Subject:**       FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
**Attachments:**   AM to T - USML Cat I-III 38(f).docx, AM to T - USML Cat I-III 38(f) + RMA Edits.docx


Sarah,

I accepted the stylistic edits and then drafted suggested language in response to DAS String's comments in Track changes.  Please let me know your thoughts.

Thanks,
John


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, December 04, 2018 8:06 AM
To: Monjay, Robert; DDTC Tasker Mailbox; Dearth, Anthony M; Hughes, Barbara L; PM-DDTC-Staff-Assistants-DL; PM-DTCC-Tasking-DL; PM-DTCL-Mgt; PM-DTCP-RAA-DL; PM-DTCP-Tasking-DL
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh


**Official - SBU**
**UNCLASSIFIED**

From: String, Marik A
Sent: Monday, December 03, 2018 7:49 PM
To: PM-Staffers Mailbox
Cc: Carter, Rachel
Subject: RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel


**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM

**To:** Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
**Importance:** High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
**PM/FO SharePoint**
202-647-6604

**Official**
**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.] ████████████████████████████████████
████████████████████████████████████████████████
3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS

8. Important context: voluntary or tasked; controversial or sensitive context: ██████████

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John


John A. Foster
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>

**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,
Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL. █████████████████████████
████████████████████████████████████████████████

███████████████████████████████████████████████████
███████████████

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████
*Email: MonjayR@state.gov*
████████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:**             Heidema, Sarah J
**Sent:**              Tue, 4 Dec 2018 11:19:17 -0500
**To:**                Foster, John A
**Subject:**          AM to T - USML Cat I-III 38(f) + RMA Edits
**Attachments:**     AM to T - USML Cat I-III 38(f) + RMA Edits.docx

**Official**
<span style="color:green">**UNCLASSIFIED**</span>

| | |
|---|---|
| **From:** | Foster, John A |
| **Sent:** | Tue, 4 Dec 2018 11:35:33 -0500 |
| **To:** | PM-Staffers Mailbox |
| **Cc:** | Heidema, Sarah J |
| **Subject:** | RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List |
| **Attachments:** | AM to T - USML Cat I-III 38(f) + RMA Edits Track Changes.docx |

Staff Assistants,

We attempted to address DAS String's questions about the AM in the attached updated version.  Please let us know if the FO has any questions about our suggested revisions.



Thanks again for your assistance moving this through the FO quickly.

Best,
John


**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 8:06 AM
**To:** Monjay, Robert; DDTC Tasker Mailbox; Dearth, Anthony M; Hughes, Barbara L; PM-DDTC-Staff-Assistants-DL; PM-DTCC-Tasking-DL; PM-DTCL-Mgt; PM-DTCP-RAA-DL; PM-DTCP-Tasking-DL
**Cc:** PM-Staffers Mailbox; Carter, Rachel
**Subject:** FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh


**Official - SBU**

**UNCLASSIFIED**

From: String, Marik A
Sent: Monday, December 03, 2018 7:49 PM
To: PM-Staffers Mailbox
Cc: Carter, Rachel
Subject: RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,

Rachel

**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
Importance: High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604

**Official**
**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to

be done, then this is the place to explain that.] ██████████████████████████
████████████████████████

3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: █████████████████

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████

Best,
John

**John A. Foster**
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>;

Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,
Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL. ███████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████████

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ███████████
*Email: MonjayR@state.gov*
████████████████████

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | PM-Staffers Mailbox |
| **Sent:** | Tue, 4 Dec 2018 11:43:22 -0500 |
| **To:** | String, Marik A |
| **Cc:** | Carter, Rachel;PM-Staffers Mailbox |
| **Subject:** | For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List |

Dear Marik,

Please find here the updated AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your re-review.

Please advise how you would like to proceed.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Tuesday, December 04, 2018 11:36 AM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Staff Assistants,

We attempted to address DAS String's questions about the AM in the attached updated version.  Please let us know if the FO has any questions about our suggested revisions.



Thanks again for your assistance moving this through the FO quickly.

Best,
John


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, December 04, 2018 8:06 AM
To: Monjay, Robert; DDTC Tasker Mailbox; Dearth, Anthony M; Hughes, Barbara L; PM-DDTC-Staff-Assistants-DL; PM-DTCC-Tasking-DL; PM-DTCL-Mgt; PM-DTCP-RAA-DL; PM-DTCP-Tasking-DL
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh


**Official - SBU**
**UNCLASSIFIED**

From: String, Marik A
Sent: Monday, December 03, 2018 7:49 PM
To: PM-Staffers Mailbox
Cc: Carter, Rachel
Subject: RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

WASHSTATEB010230

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official**
**UNCLASSIFIED**

---

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel


**Official**
**UNCLASSIFIED**

---

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
Importance: High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604


**Official**
**UNCLASSIFIED**

---

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High


Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.] ███████████████████████████████
3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: █████████████

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High


Staff Assistants,



Best,
John

**John A. Foster**
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,
Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL.

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* █████████
*Email: MonjayR@state.gov*
████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:**          String, Marik A
**Sent:**          Tue, 4 Dec 2018 12:30:52 -0500
**To:**            PM-Staffers Mailbox
**Cc:**            Carter, Rachel;Heidema, Sarah J;McKeeby, David I
**Subject:**       RE: For Marik: AM for T: Notification to Congress of the Removal of Certain
Items from the U.S. Munitions List

Some edits included.  Waiting on L / H to clear one para, then ready to go forward.

Marik

**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 11:43 AM
**To:** String, Marik A
**Cc:** Carter, Rachel; PM-Staffers Mailbox
**Subject:** For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Marik,

Please find here the updated AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your re-review.

Please advise how you would like to proceed.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Tuesday, December 04, 2018 11:36 AM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Staff Assistants,

We attempted to address DAS String's questions about the AM in the attached updated version.  Please let us know if the FO has any questions about our suggested revisions.



Thanks again for your assistance moving this through the FO quickly.

Best,
John


**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 8:06 AM
**To:** Monjay, Robert; DDTC Tasker Mailbox; Dearth, Anthony M; Hughes, Barbara L; PM-DDTC-Staff-Assistants-DL; PM-DTCC-Tasking-DL; PM-DTCL-Mgt; PM-DTCP-RAA-DL; PM-DTCP-Tasking-DL
**Cc:** PM-Staffers Mailbox; Carter, Rachel
**Subject:** FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh


**Official - SBU**
**UNCLASSIFIED**

From: String, Marik A
Sent: Monday, December 03, 2018 7:49 PM
To: PM-Staffers Mailbox
Cc: Carter, Rachel
Subject: RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel

**Official**
**UNCLASSIFIED**

---

**From:** PM-Staffers Mailbox
**Sent:** Monday, December 03, 2018 2:49 PM
**To:** Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
**Importance:** High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604

**Official**
**UNCLASSIFIED**

---

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.] █████████████████████████
███████████████████████████████████████████████████

3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ▮▮▮▮▮▮▮▮▮

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John


John A. Foster
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena,

Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O
<BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A
<BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>;
Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G
<MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,

Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for
the movement of items in USML Categories I-III to the CCL.

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:**             PM-Staffers Mailbox
**Sent:**             Tue, 4 Dec 2018 12:36:58 -0500
**To:**               Foster, John A
**Subject:**          FW: For John FYSA: AM for T: Notification to Congress of the Removal of Certain
Items from the U.S. Munitions List

John,

████████████████████████████████████████████████████████

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official - SBU**
**UNCLASSIFIED**

**From:** String, Marik A
**Sent:** Tuesday, December 04, 2018 12:31 PM
**To:** PM-Staffers Mailbox
**Cc:** Carter, Rachel; Heidema, Sarah J; McKeeby, David I
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List

Some edits included.  Waiting on L / H to clear one para, then ready to go forward.

████████████████████████████████████████████████████████

Marik


**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 11:43 AM
**To:** String, Marik A
**Cc:** Carter, Rachel; PM-Staffers Mailbox
**Subject:** For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List

Dear Marik,

Please find here the updated AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your re-review.



Please advise how you would like to proceed.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104


**Official - SBU**
**UNCLASSIFIED**

---

**From:** Foster, John A
**Sent:** Tuesday, December 04, 2018 11:36 AM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Staff Assistants,

We attempted to address DAS String's questions about the AM in the attached updated version.  Please let us know if the FO has any questions about our suggested revisions.

Thanks again for your assistance moving this through the FO quickly.

Best,
John


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, December 04, 2018 8:06 AM
To: Monjay, Robert; DDTC Tasker Mailbox; Dearth, Anthony M; Hughes, Barbara L; PM-DDTC-Staff-Assistants-DL; PM-DTCC-Tasking-DL; PM-DTCL-Mgt; PM-DTCP-RAA-DL; PM-DTCP-Tasking-DL
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh

**Official - SBU**
**UNCLASSIFIED**

From: String, Marik A
Sent: Monday, December 03, 2018 7:49 PM
To: PM-Staffers Mailbox
Cc: Carter, Rachel
Subject: RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison

PM/FO SharePoint
X70561


**Official**
**UNCLASSIFIED**

---

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the
U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them
to the clearance page as Info?

Thanks,
Rachel


**Official**
**UNCLASSIFIED**

---

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List
Importance: High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms
Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604


**Official**
**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.] ███████████████████████

3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ██████████████

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



[redacted]

Best,
John


**John A. Foster**
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,
Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL. [redacted]

[redacted]

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*

*Phone: 202.663.2817*
*Mobile:* ██████████
*Email: MonjayR@state.gov*
████████████████████

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Carter, Rachel |
| **Sent:** | Tue, 4 Dec 2018 12:40:04 -0500 |
| **To:** | String, Marik A;PM-Staffers Mailbox |
| **Cc:** | Heidema, Sarah J;McKeeby, David I |
| **Subject:** | RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List |

DAS String,
Good copy. Staffers and I will stand by for L/H's response on the one para.

█████████████████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:** String, Marik A
**Sent:** Tuesday, December 04, 2018 12:31 PM
**To:** PM-Staffers Mailbox
**Cc:** Carter, Rachel; Heidema, Sarah J; McKeeby, David I
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Some edits included.  Waiting on L / H to clear one para, then ready to go forward.

████████████████████████████████████

Marik

**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 11:43 AM
**To:** String, Marik A
**Cc:** Carter, Rachel; PM-Staffers Mailbox
**Subject:** For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Marik,

Please find here the updated AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your re-review.



Please advise how you would like to proceed.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104


**Official - SBU**
**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Tuesday, December 04, 2018 11:36 AM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Staff Assistants,

We attempted to address DAS String's questions about the AM in the attached updated version.  Please let us know if the FO has any questions about our suggested revisions.

Thanks again for your assistance moving this through the FO quickly.

Best,
John


**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 8:06 AM
**To:** Monjay, Robert; DDTC Tasker Mailbox; Dearth, Anthony M; Hughes, Barbara L; PM-DDTC-Staff-Assistants-DL; PM-DTCC-Tasking-DL; PM-DTCL-Mgt; PM-DTCP-RAA-DL; PM-DTCP-Tasking-DL

Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the
U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh


**Official - SBU**
**UNCLASSIFIED**

From: String, Marik A
Sent: Monday, December 03, 2018 7:49 PM
To: PM-Staffers Mailbox
Cc: Carter, Rachel
Subject: RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from
the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561

**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel

**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
Importance: High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604

**Official**
**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L

**Subject: PM FO Clearance Request - 38(f) Package on USML Cats I-III**
**Importance: High**

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.] ████████████████████████████████

3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ██████████████████

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John

John A. Foster
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,
Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL. ████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████
*Email: MonjayR@state.gov*
████████████████████████

**Official - SBU**
UNCLASSIFIED

WASHSTATEB010259

**From:**               String, Marik A
**Sent:**               Tue, 4 Dec 2018 12:43:31 -0500
**To:**                   Carter, Rachel;PM-Staffers Mailbox
**Cc:**                   Heidema, Sarah J;McKeeby, David I
**Subject:**         RE: For Marik: AM for T: Notification to Congress of the Removal of Certain
Items from the U.S. Munitions List

Just added you the chain.  You can move it forward to Lee once we get confirmation. Thanks, Marik

**Official - SBU**
**UNCLASSIFIED**

**From:** Carter, Rachel
**Sent:** Tuesday, December 04, 2018 12:40 PM
**To:** String, Marik A; PM-Staffers Mailbox
**Cc:** Heidema, Sarah J; McKeeby, David I
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List

DAS String,
Good copy. Staffers and I will stand by for L/H's response on the one para.

███████████████████████████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:** String, Marik A
**Sent:** Tuesday, December 04, 2018 12:31 PM
**To:** PM-Staffers Mailbox
**Cc:** Carter, Rachel; Heidema, Sarah J; McKeeby, David I
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List

Some edits included.  Waiting on L / H to clear one para, then ready to go forward.

███████████████████████████████████████████

Marik

**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 11:43 AM
**To:** String, Marik A
**Cc:** Carter, Rachel; PM-Staffers Mailbox
**Subject:** For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Marik,

Please find here the updated AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your re-review.



Please advise how you would like to proceed.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Tuesday, December 04, 2018 11:36 AM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Staff Assistants,

We attempted to address DAS String's questions about the AM in the attached updated version.  Please let us know if the FO has any questions about our suggested revisions.



Thanks again for your assistance moving this through the FO quickly.

Best,
John

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, December 04, 2018 8:06 AM
To: Monjay, Robert; DDTC Tasker Mailbox; Dearth, Anthony M; Hughes, Barbara L; PM-DDTC-Staff-Assistants-DL; PM-DTCC-Tasking-DL; PM-DTCL-Mgt; PM-DTCP-RAA-DL; PM-DTCP-Tasking-DL
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh

**Official - SBU**
**UNCLASSIFIED**

From: String, Marik A
Sent: Monday, December 03, 2018 7:49 PM
To: PM-Staffers Mailbox
Cc: Carter, Rachel
Subject: RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel


**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
Importance: High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde

Staff Assistant
**PM/FO SharePoint**
202-647-6604

**Official**
**UNCLASSIFIED**

---

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.]
███████████████████████████████████████████████████████

3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ████████████████

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John

**John A. Foster**
**Office of Defense Trade Control Policy**
**Bureau of Political-Military Affairs**
**U.S. Department of State**
**Tel: 202-663-2816**
**Email:** FosterJA2@state.gov

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E
<HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A
<RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>;
Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan,
Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena,
Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O
<BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A
<BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>;
Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G
<MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,
Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for
the movement of items in USML Categories I-III to the CCL.

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* █████████
*Email:* *MonjayR@state.gov*
████████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:**          Foster, John A
**Sent:**          Tue, 4 Dec 2018 12:44:20 -0500
**To:**            Heidema, Sarah J
**Subject:**       FW: For John FYSA: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Sarah,

Let's discuss when convenient.

Best,
John


**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 12:37 PM
**To:** Foster, John A
**Subject:** FW: For John FYSA: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

John,

█████████████████████████████████████████████

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official - SBU**
**UNCLASSIFIED**

**From:** String, Marik A
**Sent:** Tuesday, December 04, 2018 12:31 PM
**To:** PM-Staffers Mailbox
**Cc:** Carter, Rachel; Heidema, Sarah J; McKeeby, David I
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Some edits included.  Waiting on L / H to clear one para, then ready to go forward.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Marik

**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 11:43 AM
**To:** String, Marik A
**Cc:** Carter, Rachel; PM-Staffers Mailbox
**Subject:** For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Marik,

Please find here the updated AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your re-review.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please advise how you would like to proceed.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Tuesday, December 04, 2018 11:36 AM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Staff Assistants,

We attempted to address DAS String's questions about the AM in the attached updated version.  Please let us know if the FO has any questions about our suggested revisions.



Thanks again for your assistance moving this through the FO quickly.

Best,
John

**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 8:06 AM
**To:** Monjay, Robert; DDTC Tasker Mailbox; Dearth, Anthony M; Hughes, Barbara L; PM-DDTC-Staff-Assistants-DL; PM-DTCC-Tasking-DL; PM-DTCL-Mgt; PM-DTCP-RAA-DL; PM-DTCP-Tasking-DL
**Cc:** PM-Staffers Mailbox; Carter, Rachel
**Subject:** FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh

**Official - SBU**
**UNCLASSIFIED**

**From:** String, Marik A
**Sent:** Monday, December 03, 2018 7:49 PM
**To:** PM-Staffers Mailbox
**Cc:** Carter, Rachel
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561

**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel

**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
Importance: High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604

**Official**
**UNCLASSIFIED**

---

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.] ██████████████████████
3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ██████████

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John


John A. Foster
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,

Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL. ████████████████████████████

████████████████████████████

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ███████████
*Email: MonjayR@state.gov*
████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:**          Foster, John A
**Sent:**          Tue, 4 Dec 2018 12:48:42 -0500
**To:**          PM-Staffers Mailbox
**Subject:**        RE: For John FYSA: AM for T: Notification to Congress of the Removal of Certain
Items from the U.S. Munitions List

Samantha,

Thanks for letting me know.  I appreciate it.

Best,
John

**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 12:37 PM
**To:** Foster, John A
**Subject:** FW: For John FYSA: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

John,

Best,

Samantha Sison
PM/FO SharePoint
X70561

**Official - SBU**
**UNCLASSIFIED**

**From:** String, Marik A
**Sent:** Tuesday, December 04, 2018 12:31 PM
**To:** PM-Staffers Mailbox
**Cc:** Carter, Rachel; Heidema, Sarah J; McKeeby, David I
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Some edits included.  Waiting on L / H to clear one para, then ready to go forward.

[REDACTED]

Marik

**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 11:43 AM
**To:** String, Marik A
**Cc:** Carter, Rachel; PM-Staffers Mailbox
**Subject:** For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Marik,

Please find here the updated AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your re-review.

[REDACTED]

Please advise how you would like to proceed.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:** Foster, John A
**Sent:** Tuesday, December 04, 2018 11:36 AM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Staff Assistants,

We attempted to address DAS String's questions about the AM in the attached updated version.  Please let us know if the FO has any questions about our suggested revisions.



Thanks again for your assistance moving this through the FO quickly.

Best,
John


**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 8:06 AM
**To:** Monjay, Robert; DDTC Tasker Mailbox; Dearth, Anthony M; Hughes, Barbara L; PM-DDTC-Staff-Assistants-DL; PM-DTCC-Tasking-DL; PM-DTCL-Mgt; PM-DTCP-RAA-DL; PM-DTCP-Tasking-DL
**Cc:** PM-Staffers Mailbox; Carter, Rachel
**Subject:** FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh


**Official - SBU**
**UNCLASSIFIED**

**From:** String, Marik A
**Sent:** Monday, December 03, 2018 7:49 PM
**To:** PM-Staffers Mailbox
**Cc:** Carter, Rachel
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561

**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel

**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
Importance: High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604


**Official**
**UNCLASSIFIED**

---

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.] ███████████████████████████

3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ██████████

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John

John A. Foster
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,

Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL. █████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ██████████
*Email:* [MonjayR@state.gov](mailto:MonjayR@state.gov)
███████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:**      Monjay, Robert
**Sent:**      Thu, 6 Dec 2018 10:44:38 -0500
**To:**        Rogers, Shana A
**Subject:**   FW: For Marik: AM for T: Notification to Congress of the Removal of Certain
Items from the U.S. Munitions List
**Attachments:**   AM to T - USML Cat I-III 38(f) (DTCP).docx

Shana,

███████████████████████████████████████████████████████
███████████████████████████████████████

Thanks
Rob

**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 8:06 AM
**To:** Monjay, Robert; DDTC Tasker DL
**Cc:** PM-Staffers Mailbox; Carter, Rachel
**Subject:** FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the
U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh

**Official - SBU**
**UNCLASSIFIED**

**From:** String, Marik A
**Sent:** Monday, December 03, 2018 7:49 PM
**To:** PM-Staffers Mailbox
**Cc:** Carter, Rachel
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S.
Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561

**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel

**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 2:49 PM
To: Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
Importance: High

WASHSTATEB010318

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604


**Official**
**UNCLASSIFIED**

---

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.] ██████████████████████

3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ██████████

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John

John A. Foster
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A <BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>; Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G <MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,

Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for the movement of items in USML Categories I-III to the CCL. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* █████████
*Email:* [MonjayR@state.gov](mailto:MonjayR@state.gov)
███████████████████

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Monjay, Robert |
| **Sent:** | Thu, 6 Dec 2018 11:24:41 -0500 |
| **To:** | Monjay, Robert |
| **Subject:** | RE: For Marik: AM for T: Notification to Congress of the Removal of Certain |

Items from the U.S. Munitions List

This got done. Please disregard.

**Official - SBU**
**UNCLASSIFIED**

**From:** Monjay, Robert
**Sent:** Thursday, December 06, 2018 10:45 AM
**To:** Rogers, Shana A
**Subject:** FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Shana,

████████████████████████████████████████████

Thanks
Rob

**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 8:06 AM
**To:** Monjay, Robert; DDTC Tasker DL
**Cc:** PM-Staffers Mailbox; Carter, Rachel
**Subject:** FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh

**Official - SBU**
**UNCLASSIFIED**

From: String, Marik A
Sent: Monday, December 03, 2018 7:49 PM
To: PM-Staffers Mailbox
Cc: Carter, Rachel
Subject: RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561

**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel

**Official**
**UNCLASSIFIED**

---

**From:** PM-Staffers Mailbox
**Sent:** Monday, December 03, 2018 2:49 PM
**To:** Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
**Importance:** High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604

**Official**
**UNCLASSIFIED**

---

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.] ████████████
████████████████████████████████

3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ███████████

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John


John A. Foster
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena,

Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O
<BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A
<BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>;
Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G
<MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,

Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for
the movement of items in USML Categories I-III to the CCL.

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:** Monjay, Robert
**Sent:** Thu, 6 Dec 2018 11:25:13 -0500
**To:** Rogers, Shana A
**Subject:** RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

This got done on Tuesday. Please disregard.


**Official - SBU**
**UNCLASSIFIED**

**From:** Monjay, Robert
**Sent:** Thursday, December 06, 2018 10:45 AM
**To:** Rogers, Shana A
**Subject:** FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Shana,

Thanks
Rob


**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, December 04, 2018 8:06 AM
**To:** Monjay, Robert; DDTC Tasker DL
**Cc:** PM-Staffers Mailbox; Carter, Rachel
**Subject:** FW: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Dear Colleagues,

Please address DAS String's questions in the attached and re-submit ASAP with the changes tracked.

All the Best,

Kurosh


**Official - SBU**
**UNCLASSIFIED**

From: String, Marik A
Sent: Monday, December 03, 2018 7:49 PM
To: PM-Staffers Mailbox
Cc: Carter, Rachel
Subject: RE: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Thanks, a few edits and questions in the AM for DDTC.
Marik


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, December 03, 2018 4:37 PM
To: String, Marik A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: For Marik: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Marik,

Please find here an AM for T regarding the notification to Congress on the removal of certain items from the U.S. Munitions List for your review.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 03, 2018 4:28 PM
To: PM-Staffers Mailbox
Subject: RE: For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List

Peyton,
Clear, and you can send to DAS String.  Would you please send PM-Strategy an info copy and add them to the clearance page as Info?

Thanks,
Rachel

WASHSTATEB010341

**Official**
**UNCLASSIFIED**

---

**From:** PM-Staffers Mailbox
**Sent:** Monday, December 03, 2018 2:49 PM
**To:** Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** For Rachel: AM for T: Notification to Congress of the Removal of Certain Items from the U.S. Munitions List
**Importance:** High

Rachel,

Please find here an AM for T regarding Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List for your review.

Best,

Peyton Wilde
Staff Assistant
PM/FO SharePoint
202-647-6604

**Official**
**UNCLASSIFIED**

---

**From:** Foster, John A
**Sent:** Monday, December 03, 2018 12:37 PM
**To:** PM-Staffers Mailbox
**Cc:** Heidema, Sarah J ; Hart, Robert L
**Subject:** PM FO Clearance Request - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,

Following up on the email below I sent you earlier, attached is the fully cleared 38(f) package re: USML Cats I-III. Please let us know if you have any questions about these documents.

Below are the 8 points for this clearance request:

1. Final due date, including justification [who is it due to and why (if applicable)]: PM FO clearance by 12/04/18 or earlier,
2. Urgency: Routine or Immediate and why (Due date alone does not connote urgency. If a paper has a final due date farther out, but once FO has cleared there is still a great deal of staffing work to be done, then this is the place to explain that.]

3. Paper type [e.g., IM, BCL]: Action Memo
4. Which Principal needs to be the final approver (SBO, P, S): SBO Litzenberger
5. Subject [memo subject is preferred]: Notification to the Congress, Pursuant to Section 38(f)(1) of the Arms Export Control Act, of the Removal of Certain Items from the U.S. Munitions List
6. Type of clearance requested [pre-clearance/clearance/final approval]: Final approval
7. Highest level of clearance that was obtained before submitting to the FO [e.g., DAS]: ADAS
8. Important context: voluntary or tasked; controversial or sensitive context: ███████████

---

**From:** Foster, John A
**Sent:** Monday, December 3, 2018 11:08 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Flagging Incoming Quick-Turn FO Clearance Request Today - AM to T - 38(f) Package on USML Cats I-III
**Importance:** High

Staff Assistants,



Best,
John


John A. Foster
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
U.S. Department of State
Tel: 202-663-2816
Email: FosterJA2@state.gov

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, November 29, 2018 9:09 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; PM-CPA <PM-CPA@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Urena,

Michael A <UrenaMA@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; Blaha, Charles O
<BlahaCO@state.gov>; Young, LaToya M <YoungLM2@state.gov>; Barron, Benjamin A
<BarronBA@state.gov>; Cloutier, Marissa <CloutierM@state.gov>; Davis, Terry L <DavisTL@state.gov>;
Gordon, Angela J <GordonAJ@state.gov>; Lorman, Amanda L <LormanAL@state.gov>; Miller, Asa G
<MillerAG4@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>
**Cc:** PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
**Subject:** Clearance for 38(f) Package on USML Cats I-III

All,

Attached please find the AM to T and attachments to begin the AECA 38(f) notification to congress for
the movement of items in USML Categories I-III to the CCL.

Please provide clearance by COB, Wednesday, December 5th.

If you have any questions or concerns, you can contact me or Rob Hart
Thank you
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:**          Heidema, Sarah J
**Sent:**          Thu, 6 Dec 2018 12:41:33 -0500
**To:**            Foster, John A
**Cc:**            Monjay, Robert;Hart, Robert L
**Subject:**       AM to T - USML Cat I-III 38(f) + RMA Edits Track Changes
**Attachments:**   AM to T - USML Cat I-III 38(f) + RMA Edits Track Changes.docx


**Official**
**UNCLASSIFIED**

**From:**        Heidema, Sarah J
**Sent:**        Thu, 6 Dec 2018 15:00:56 -0500
**To:**          Foster, John A
**Subject:**     AM to T - USML Cat I-III 38(f) + RMA Edits Track Changes (2)
**Attachments:** AM to T - USML Cat I-III 38(f) + RMA Edits Track Changes (2).docx

**Official**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Heidema, Sarah J |
| **Sent:** | Thu, 6 Dec 2018 15:25:28 -0500 |
| **To:** | PM-Staffers Mailbox |
| **Cc:** | PM-CPA-DL;Monjay, Robert;Hart, Robert L |
| **Subject:** | WAR on the Gun rules |

Staffers-

Per Lee's request, I've pulled together a WAR on the firearms rules.  I'm personally unfamiliar with the process and understaffed at the moment so people let me know if I need to do something differently.



Sarah Heidema
Director
Office of Defense Trade Controls Policy
202-663-2809

**Official**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | PM-Staffers Mailbox |
| **Sent:** | Thu, 6 Dec 2018 15:49:37 -0500 |
| **To:** | Heidema, Sarah J |
| **Cc:** | PM-Staffers Mailbox |
| **Subject:** | WAR on the Gun rules |

Sarah,

Please limit entries to 5 lines or fewer and resubmit.

Best,

Peyton Wilde
PM/FO SharePoint
Staff Assistant
202-647-6604


**Official - SBU**
**UNCLASSIFIED**

---

**From:** Heidema, Sarah J
**Sent:** Thursday, December 06, 2018 3:25 PM
**To:** PM-Staffers Mailbox
**Cc:** PM-CPA-DL; Monjay, Robert; Hart, Robert L
**Subject:** WAR on the Gun rules

Staffers-
Per Lee's request, I've pulled together a WAR on the firearms rules.  I'm personally unfamiliar with the process and understaffed at the moment so people let me know if I need to do something differently.



**Sarah Heidema**

Director
Office of Defense Trade Controls Policy
202-663-2809


**Official**
**UNCLASSIFIED**

**From:**          Heidema, Sarah J
**Sent:**          Thu, 6 Dec 2018 15:56:35 -0500
**To:**            PM-Staffers Mailbox
**Subject:**       RE: WAR on the Gun rules

I cannot cover the topics Lee wanted covered in 5 line.

Rachel-

Is there another means to address what Lee would like communicate up?

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Thursday, December 06, 2018 3:50 PM
To: Heidema, Sarah J
Cc: PM-Staffers Mailbox
Subject: WAR on the Gun rules

Sarah,

Please limit entries to 5 lines or fewer and resubmit.

Best,

Peyton Wilde
PM/FO SharePoint
Staff Assistant
202-647-6604

**Official - SBU**
**UNCLASSIFIED**

From: Heidema, Sarah J
Sent: Thursday, December 06, 2018 3:25 PM
To: PM-Staffers Mailbox
Cc: PM-CPA-DL; Monjay, Robert; Hart, Robert L
Subject: WAR on the Gun rules

Staffers-
Per Lee's request, I've pulled together a WAR on the firearms rules.  I'm personally unfamiliar with the process and understaffed at the moment so people let me know if I need to do something differently.

WASHSTATEB010413



Sarah Heidema
Director
Office of Defense Trade Controls Policy
202-663-2809

**Official**
**UNCLASSIFIED**

**From:**          Monjay, Robert
**Sent:**          Fri, 7 Dec 2018 11:18:31 -0500
**To:**            Abisellan, Eduardo
**Subject:**       Bootleg Copy of AM to T with PM/FO edits accepted
**Attachments:**   AM to T - USML Cat I-III 38(f) (FINAL).docx

Ed,
Attached is the final version of the AM to T that the PM/FO will upload into Everest once OMB has
cleared the rules. Please let me know if you have any questions or concerns.
Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

███████████████████
███████████

**Official - SBU**
**UNCLASSIFIED**

**From:**        Monjay, Robert
**Sent:**        Fri, 7 Dec 2018 12:23:51 -0500
**To:**          PM-CPA-DL
**Subject:**     Cat I-III Roll Out Plan


Can you please send me the roll out plan and let me know where it is in the clearance process?
Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

████████████████████
████████████████████

**Official**
**UNCLASSIFIED**

**From:**        Foster, John A
**Sent:**        Wed, 12 Dec 2018 14:38:40 -0500
**To:**          Hart, Robert L;Foster, John A
**Subject:**     AM to T - USML Cat I-III 38(f) + RMA Edits Track Changes (PMFO) v2
**Attachments:** AM to T - USML Cat I-III 38(f) + RMA Edits Track Changes (PMFO) v2.docx


**Official**
**UNCLASSIFIED**

**From:**          PM-Staffers Mailbox
**Sent:**          Thu, 13 Dec 2018 10:19:47 -0500
**To:**            Heidema, Sarah J;Paul, Joshua M;String, Marik A;Miller, Michael F;Windecker, Melissa A;Carter, Rachel
**Cc:**             PM-Staffers Mailbox
**Subject:**        Latest Version of CAT I-III Package
**Attachments:**    AM to T - USML Cat I-III 38(f) + RMA Edits Track Changes (2).docx, Tab 1 (Notification Letters).docx, Tab 2 (Revised Control Text).docx, Tab 3 (Line-in Line-out Comparison).docx, Tab 4 (DRAFT Commerce control text).docx, Tab 5 (Summary).docx, Tab 6 (MDE List).docx, Tab 7 - 1119 Roll out Plan USML Cats I-III FINAL RULES.docx

Dear Colleagues,

Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Thu, 13 Dec 2018 10:39:36 -0500
**To:** PM-Staffers Mailbox;Paul, Joshua M;String, Marik A;Miller, Michael F;Windecker, Melissa A;Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package
**Attachments:** AM to T - USML Cat I-III 38(f) +SJH Edits Track Changes (2).docx



**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Thursday, December 13, 2018 10:20 AM
**To:** Heidema, Sarah J; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** Latest Version of CAT I-III Package

Dear Colleagues,

Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Paul, Joshua M |
| **Sent:** | Thu, 13 Dec 2018 11:55:07 -0500 |
| **To:** | Heidema, Sarah J;PM-Staffers Mailbox;String, Marik A;Miller, Michael F;Windecker, Melissa A;Carter, Rachel |
| **Cc:** | PM-DTCP-RMA;Rogers, Shana A |
| **Subject:** | RE: Latest Version of CAT I-III Package |
| **Attachments:** | AM to T - USML Cat I-III 38(f) +SJH Edits Track Changes (2).docx |

███████████████████████████████████████ Cc'ing Shana with whom I just discussed this.

Sensitive
This email is UNCLASSIFIED.

**From:** Heidema, Sarah J
**Sent:** Thursday, December 13, 2018 10:40 AM
**To:** PM-Staffers Mailbox; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package



**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Thursday, December 13, 2018 10:20 AM
**To:** Heidema, Sarah J; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** Latest Version of CAT I-III Package

Dear Colleagues,

Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:**          Rogers, Shana A
**Sent:**          Thu, 13 Dec 2018 14:14:50 -0500
**To:**            Paul, Joshua M;Heidema, Sarah J;PM-Staffers Mailbox;String, Marik A;Miller, Michael F;Windecker, Melissa A;Carter, Rachel
**Cc:**            PM-DTCP-RMA
**Subject:**       RE: Latest Version of CAT I-III Package
**Attachments:**   AM to T - USML Cat I-III 38(f) +SJH Edits Track Changes (2).docx

Josh,

███████████████████████████████████████████████████

Thanks,
Shana

Sensitive
This email is UNCLASSIFIED.

---

**From:** Paul, Joshua M
**Sent:** Thursday, December 13, 2018 11:55 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA; Rogers, Shana A
**Subject:** RE: Latest Version of CAT I-III Package

███████████████████████████████████████ Cc'ing Shana with whom I just discussed this.

Sensitive
This email is UNCLASSIFIED.

---

**From:** Heidema, Sarah J
**Sent:** Thursday, December 13, 2018 10:40 AM
**To:** PM-Staffers Mailbox; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

███████████████████████████████████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Thursday, December 13, 2018 10:20 AM
**To:** Heidema, Sarah J; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** Latest Version of CAT I-III Package

Dear Colleagues,

Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:**          Rogers, Shana A
**Sent:**          Thu, 13 Dec 2018 15:40:20 -0500
**To:**            Paul, Joshua M;Heidema, Sarah J
**Subject:**       RE: Latest Version of CAT I-III Package

████████████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████

Thanks,
Shana


Sensitive
This email is UNCLASSIFIED.


**From:** Paul, Joshua M
**Sent:** Thursday, December 13, 2018 11:55 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A;
Carter, Rachel
**Cc:** PM-DTCP-RMA; Rogers, Shana A
**Subject:** RE: Latest Version of CAT I-III Package

████████████████████████████████████████████  Cc'ing Shana with
whom I just discussed this.


Sensitive
This email is UNCLASSIFIED.


**From:** Heidema, Sarah J
**Sent:** Thursday, December 13, 2018 10:40 AM
**To:** PM-Staffers Mailbox; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter,
Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████

**Official - SBU**
**UNCLASSIFIED**

---

From: PM-Staffers Mailbox
Sent: Thursday, December 13, 2018 10:20 AM
To: Heidema, Sarah J; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: Latest Version of CAT I-III Package

Dear Colleagues,

Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | PM-Staffers Mailbox |
| **Sent:** | Fri, 14 Dec 2018 13:08:13 -0500 |
| **To:** | String, Marik A |
| **Cc:** | PM-Staffers Mailbox;Carter, Rachel;Windecker, Melissa A |
| **Subject:** | For Marik: Latest Version of CAT I-III Package |

Marik,

Latest here.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official - SBU**
**UNCLASSIFIED**

**From:** Rogers, Shana A
**Sent:** Thursday, December 13, 2018 2:15 PM
**To:** Paul, Joshua M; Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

Josh,

███████████████████████████████████████████
███████████████████████

Thanks,
Shana


Sensitive
This email is UNCLASSIFIED.


**From:** Paul, Joshua M
**Sent:** Thursday, December 13, 2018 11:55 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA; Rogers, Shana A
**Subject:** RE: Latest Version of CAT I-III Package

██████████████████████████████████████████ Cc'ing Shana with
whom I just discussed this.

Sensitive
This email is UNCLASSIFIED.

**From:** Heidema, Sarah J
**Sent:** Thursday, December 13, 2018 10:40 AM
**To:** PM-Staffers Mailbox; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package



**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Thursday, December 13, 2018 10:20 AM
**To:** Heidema, Sarah J; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** Latest Version of CAT I-III Package

Dear Colleagues,

Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | String, Marik A |
| **Sent:** | Fri, 14 Dec 2018 15:23:24 -0500 |
| **To:** | PM-Staffers Mailbox |
| **Cc:** | Carter, Rachel;Windecker, Melissa A;Paul, Joshua M |
| **Subject:** | RE: For Marik: Latest Version of CAT I-III Package |

Thanks, we should be good on the AM (we can keep it as coming from Lee as he reviewed and signed it out before he went on leave). Josh's team is tweaking the engagement plan given the current calendar. We will let you know when we can send forward to T.


**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Friday, December 14, 2018 1:08 PM
**To:** String, Marik A
**Cc:** PM-Staffers Mailbox; Carter, Rachel; Windecker, Melissa A
**Subject:** For Marik: Latest Version of CAT I-III Package

Marik,

Latest here.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official - SBU**
**UNCLASSIFIED**

**From:** Rogers, Shana A
**Sent:** Thursday, December 13, 2018 2:15 PM
**To:** Paul, Joshua M; Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

Josh,

Thanks,
Shana

Sensitive
This email is UNCLASSIFIED.

**From:** Paul, Joshua M
**Sent:** Thursday, December 13, 2018 11:55 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA; Rogers, Shana A
**Subject:** RE: Latest Version of CAT I-III Package

 Cc'ing Shana with whom I just discussed this.

Sensitive
This email is UNCLASSIFIED.

**From:** Heidema, Sarah J
**Sent:** Thursday, December 13, 2018 10:40 AM
**To:** PM-Staffers Mailbox; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Thursday, December 13, 2018 10:20 AM
**To:** Heidema, Sarah J; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** Latest Version of CAT I-III Package

**Dear Colleagues,**



Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104


**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Windecker, Melissa A |
| **Sent:** | Mon, 17 Dec 2018 10:57:23 -0500 |
| **To:** | Rogers, Shana A;Paul, Joshua M;Heidema, Sarah J;PM-Staffers Mailbox;Miller, Michael F;Carter, Rachel |
| **Cc:** | PM-DTCP-RMA |
| **Subject:** | RE: Latest Version of CAT I-III Package |

All,

After discussing this in the huddle and with the T Staffers, we're going to send this up to T tomorrow night for Wednesday clearance.

Thanks!
Mel


**Official**
**UNCLASSIFIED**

**From:** Rogers, Shana A
**Sent:** Thursday, December 13, 2018 2:15 PM
**To:** Paul, Joshua M; Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

Josh,

███████████████████████████████████████████████

Thanks,
Shana


Sensitive
This email is UNCLASSIFIED.


**From:** Paul, Joshua M
**Sent:** Thursday, December 13, 2018 11:55 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA; Rogers, Shana A
**Subject:** RE: Latest Version of CAT I-III Package

████████████████████████████████████████████ Cc'ing Shana with whom I just discussed this.

Sensitive
This email is UNCLASSIFIED.

**From:** Heidema, Sarah J
**Sent:** Thursday, December 13, 2018 10:40 AM
**To:** PM-Staffers Mailbox; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package



**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Thursday, December 13, 2018 10:20 AM
**To:** Heidema, Sarah J; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** Latest Version of CAT I-III Package

Dear Colleagues,

Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Carter, Rachel |
| **Sent:** | Mon, 17 Dec 2018 13:27:32 -0500 |
| **To:** | String, Marik A |
| **Cc:** | Windecker, Melissa A |
| **Subject:** | FW: Latest Version of CAT I-III Package |

DAS String:  T specials advise sending this up on Tuesday evening.


**Official**
**UNCLASSIFIED**

**From:** Windecker, Melissa A
**Sent:** Monday, December 17, 2018 10:57 AM
**To:** Rogers, Shana A; Paul, Joshua M; Heidema, Sarah J; PM-Staffers Mailbox; Miller, Michael F; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

All,

After discussing this in the huddle and with the T Staffers, we're going to send this up to T tomorrow night for Wednesday clearance.

Thanks!
Mel


**Official**
**UNCLASSIFIED**

**From:** Rogers, Shana A
**Sent:** Thursday, December 13, 2018 2:15 PM
**To:** Paul, Joshua M; Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

Josh,

████████████████████████████████████████

Thanks,
Shana


Sensitive

This email is UNCLASSIFIED.

---

**From:** Paul, Joshua M
**Sent:** Thursday, December 13, 2018 11:55 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA; Rogers, Shana A
**Subject:** RE: Latest Version of CAT I-III Package

 Cc'ing Shana with whom I just discussed this.

Sensitive
This email is UNCLASSIFIED.

---

**From:** Heidema, Sarah J
**Sent:** Thursday, December 13, 2018 10:40 AM
**To:** PM-Staffers Mailbox; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

**Official - SBU**
**UNCLASSIFIED**

---

**From:** PM-Staffers Mailbox
**Sent:** Thursday, December 13, 2018 10:20 AM
**To:** Heidema, Sarah J; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** Latest Version of CAT I-III Package

Dear Colleagues,

Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:**      String, Marik A
**Sent:**      Mon, 17 Dec 2018 13:28:02 -0500
**To:**        Carter, Rachel
**Cc:**        Windecker, Melissa A
**Subject:**   RE: Latest Version of CAT I-III Package

Ok, thanks.

**Official**
**UNCLASSIFIED**

From: Carter, Rachel
Sent: Monday, December 17, 2018 1:28 PM
To: String, Marik A
Cc: Windecker, Melissa A
Subject: FW: Latest Version of CAT I-III Package

DAS String:  T specials advise sending this up on Tuesday evening.

**Official**
**UNCLASSIFIED**

From: Windecker, Melissa A
Sent: Monday, December 17, 2018 10:57 AM
To: Rogers, Shana A; Paul, Joshua M; Heidema, Sarah J; PM-Staffers Mailbox; Miller, Michael F; Carter, Rachel
Cc: PM-DTCP-RMA
Subject: RE: Latest Version of CAT I-III Package

All,

After discussing this in the huddle and with the T Staffers, we're going to send this up to T tomorrow night for Wednesday clearance.

Thanks!
Mel

**Official**
**UNCLASSIFIED**

From: Rogers, Shana A
Sent: Thursday, December 13, 2018 2:15 PM
To: Paul, Joshua M; Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel

**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

Josh,

█████████████████████████████████████████

Thanks,
Shana

Sensitive
This email is UNCLASSIFIED.

**From:** Paul, Joshua M
**Sent:** Thursday, December 13, 2018 11:55 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA; Rogers, Shana A
**Subject:** RE: Latest Version of CAT I-III Package

███████████████████████████████████████ Cc'ing Shana with whom I just discussed this.

Sensitive
This email is UNCLASSIFIED.

**From:** Heidema, Sarah J
**Sent:** Thursday, December 13, 2018 10:40 AM
**To:** PM-Staffers Mailbox; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package



**Official - SBU**
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Thursday, December 13, 2018 10:20 AM
To: Heidema, Sarah J; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: Latest Version of CAT I-III Package

Dear Colleagues,

Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104


**Official - SBU**
**UNCLASSIFIED**

**From:**                 Windecker, Melissa A
**Sent:**                  Tue, 18 Dec 2018 16:17:45 -0500
**To:**                     Davidson-Hood, Simon;Foster, John A;Hart, Robert L;Heidema, Sarah J;Hess, Rachel;Monjay, Robert
**Cc:**                     Miller, Michael F;PM-Staffers Mailbox;Paul, Joshua M;String, Marik A
**Subject:**            FW: Latest Version of CAT I-III Package
**Attachments:**      AM to T - USML Cat I-III 38(f) +SJH Edits Track Changes (2).docx, Tab 1 (Notification Letters).docx, Tab 3 (Line-in Line-out Comparison).docx, Tab 4 (DRAFT Commerce control text).docx, Tab 5 (Summary).docx, Tab 6 (MDE List).docx, Tab 7 - 1119 Roll out Plan USML Cats I-III FINAL RULES.docx

Hi Everyone,

These are the latest versions of these documents, but they still contain a lot of tracked changes. Could DTCP policy reflect the final versions and get them to the staffers for submission in Everest this afternoon? The FO was tracking this as complete but we want to ensure this is actually the latest version given the tracked changes.

Thanks,
Mel

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, December 18, 2018 4:11 PM
To: Windecker, Melissa A
Cc: Carter, Rachel; PM-Staffers Mailbox
Subject: RE: Latest Version of CAT I-III Package

Dear Mel,

Per your request, please see latest versions attached.

All the Best,
Kurosh

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, December 18, 2018 3:36 PM
To: Windecker, Melissa A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: FW: Latest Version of CAT I-III Package

Dear Mel,

Just checking-in on if we are still sending this up to T this evening.

All the Best,

Kurosh

**Official**
**UNCLASSIFIED**

**From:** Windecker, Melissa A
**Sent:** Monday, December 17, 2018 10:57 AM
**To:** Rogers, Shana A; Paul, Joshua M; Heidema, Sarah J; PM-Staffers Mailbox; Miller, Michael F; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

All,

After discussing this in the huddle and with the T Staffers, we're going to send this up to T tomorrow night for Wednesday clearance.

Thanks!
Mel

**Official**
**UNCLASSIFIED**

**From:** Rogers, Shana A
**Sent:** Thursday, December 13, 2018 2:15 PM
**To:** Paul, Joshua M; Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

Josh,

Thanks,
Shana

Sensitive
This email is UNCLASSIFIED.

**From:** Paul, Joshua M
**Sent:** Thursday, December 13, 2018 11:55 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA; Rogers, Shana A
**Subject:** RE: Latest Version of CAT I-III Package

████████████████████████████████████ Cc'ing Shana with whom I just discussed this.


Sensitive
This email is UNCLASSIFIED.


**From:** Heidema, Sarah J
**Sent:** Thursday, December 13, 2018 10:40 AM
**To:** PM-Staffers Mailbox; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package



**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Thursday, December 13, 2018 10:20 AM
**To:** Heidema, Sarah J; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-Staffers Mailbox
**Subject:** Latest Version of CAT I-III Package

Dear Colleagues,

Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari

Staff Assistant
[PM/FO SharePoint](PM/FO SharePoint)
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:**    Hart, Robert L
**Sent:**    Tue, 18 Dec 2018 17:06:42 -0500
**To:**    Windecker, Melissa A;Davidson-Hood, Simon;Foster, John A;Heidema, Sarah J;Hess, Rachel;Monjay, Robert
**Cc:**    Miller, Michael F;PM-Staffers Mailbox;Paul, Joshua M;String, Marik A
**Subject:**    RE: Latest Version of CAT I-III Package
**Attachments:**    Tab 7 - 1119 Roll out Plan USML Cats I-III FINAL RULES.docx, AM to T - USML Cat I-III 38(f) clean.docx, Tab 1 (Notification Letters).docx, Tab 3 (Line-in Line-out Comparison).docx, Tab 4 (DRAFT Commerce control text).docx, Tab 5 (Summary).docx, Tab 6 (MDE List).docx

Hi Mel, this is now in final as discussed by phone. Also noting for others on the email chain that Mel has Tab 2 and will add it to the package when it goes into Everest.

Thanks,
Rob

**Official - SBU**
**UNCLASSIFIED**

From: Windecker, Melissa A
Sent: Tuesday, December 18, 2018 4:18 PM
To: Davidson-Hood, Simon; Foster, John A; Hart, Robert L; Heidema, Sarah J; Hess, Rachel; Monjay, Robert
Cc: Miller, Michael F; PM-Staffers Mailbox; Paul, Joshua M; String, Marik A
Subject: FW: Latest Version of CAT I-III Package

Hi Everyone,

These are the latest versions of these documents, but they still contain a lot of tracked changes. Could DTCP policy reflect the final versions and get them to the staffers for submission in Everest this afternoon? The FO was tracking this as complete but we want to ensure this is actually the latest version given the tracked changes.

Thanks,
Mel

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, December 18, 2018 4:11 PM
To: Windecker, Melissa A
Cc: Carter, Rachel; PM-Staffers Mailbox
Subject: RE: Latest Version of CAT I-III Package

Dear Mel,

Per your request, please see latest versions attached.

All the Best,
Kurosh


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, December 18, 2018 3:36 PM
To: Windecker, Melissa A
Cc: PM-Staffers Mailbox; Carter, Rachel
Subject: FW: Latest Version of CAT I-III Package

Dear Mel,

Just checking-in on if we are still sending this up to T this evening.

All the Best,

Kurosh


**Official**
**UNCLASSIFIED**

From: Windecker, Melissa A
Sent: Monday, December 17, 2018 10:57 AM
To: Rogers, Shana A; Paul, Joshua M; Heidema, Sarah J; PM-Staffers Mailbox; Miller, Michael F; Carter, Rachel
Cc: PM-DTCP-RMA
Subject: RE: Latest Version of CAT I-III Package

All,

After discussing this in the huddle and with the T Staffers, we're going to send this up to T tomorrow night for Wednesday clearance.

Thanks!
Mel


**Official**
**UNCLASSIFIED**

WASHSTATEB010947

**From:** Rogers, Shana A
**Sent:** Thursday, December 13, 2018 2:15 PM
**To:** Paul, Joshua M; Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

Josh,

████████████████████████████████

Thanks,
Shana

Sensitive
This email is UNCLASSIFIED.

**From:** Paul, Joshua M
**Sent:** Thursday, December 13, 2018 11:55 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA; Rogers, Shana A
**Subject:** RE: Latest Version of CAT I-III Package

████████████████████████████████ Cc'ing Shana with
whom I just discussed this.

Sensitive
This email is UNCLASSIFIED.

**From:** Heidema, Sarah J
**Sent:** Thursday, December 13, 2018 10:40 AM
**To:** PM-Staffers Mailbox; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
**Cc:** PM-DTCP-RMA
**Subject:** RE: Latest Version of CAT I-III Package

████████████████████████████████████████

**Official - SBU**
**UNCLASSIFIED**

---

From: PM-Staffers Mailbox
Sent: Thursday, December 13, 2018 10:20 AM
To: Heidema, Sarah J; Paul, Joshua M; String, Marik A; Miller, Michael F; Windecker, Melissa A; Carter, Rachel
Cc: PM-Staffers Mailbox
Subject: Latest Version of CAT I-III Package

Dear Colleagues,

Please see attached the latest version we have for the CAT I-III package as was requested via OPENNET.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:**      Monjay, Robert
**Sent:**      Wed, 9 Jan 2019 11:18:39 -0500
**To:**        PM-Staffers Mailbox
**Cc:**        Hart, Robert L;PM-CPA-DL;Miller, Michael F
**Subject:**   DTCP WAR on Rule Status
**Attachments:** DTCP WAR on Rules Status 1-9-18.docx

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

DTCP/RMA War on Rule Status

**Status of ITAR Rules**



**From:**          Monjay, Robert
**Sent:**          Thu, 31 Jan 2019 12:54:53 -0500
**To:**            Heidema, Sarah J
**Subject:**       38(f) approved by T for I-III
**Attachments:**   (F_496764) 201837662-FD.PDF


Approved 1/3/19
Number 201837662
Recommendations
(SBU) That you:
(1) Approve the PM/DTCP Office Director to electronically transmit to House Foreign Affairs and Senate
Foreign Relations Committees the draft attached letters to initiate informal notification of a removal
from the USML, pursuant to the Department's arrangement with the Congress. (Approve/Disapprove by
12/19/18)
(2) Approve H, upon notice from PM/DTCP that the informal period initiated in paragraph (1) is
concluded, to transmit the signed copies of the attached letters to the Congress in order to provide
formal notification, as required by Section 38(f)(1) of the Arms Export Control Act, of the State
Department's intent to remove certain items from the USML that no longer warrant control under this
Act. (Approve/Disapprove by 12/19/18)

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

REC1|APPROVE|1-3-2019
REC2|APPROVE|1-3-2019



201837662
**United States Department of State**



*Washington, D.C.   20520*

<u>SENSITIVE BUT UNCLASSIFIED</u>                    December 18, 2018

**ACTION MEMO FOR UNDER SECRETARY THOMPSON (T)**

FROM:        PM – Marik String, Senior Bureau Official

SUBJECT:    (SBU) Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export
             Control Act, of the Removal of Certain Items from the U.S. Munitions List.

BLUF:        (SBU) PM seeks to notify Congress of removals from the United States Munitions
             List (USML) as part of the on-going effort to ensure the USML includes only
             items that merit the most stringent export control.  Notification will consist of an
             informal 30 calendar-day period initiated by the PM/DTCP Office Director,
             followed by a 30 calendar-day period formally notified by H.

**Recommendations**
(SBU) That you:
   (1) Approve the PM/DTCP Office Director to electronically transmit to House Foreign
       Affairs and Senate Foreign Relations Committees the draft attached letters to initiate
       informal notification of a removal from the USML, pursuant to the Department's
       arrangement with the Congress.  (Approve/Disapprove by 12/19/18)

   (2) Approve H, upon notice from PM/DTCP that the informal period initiated in paragraph
       (1) is concluded, to transmit the signed copies of the attached letters to the Congress in
       order to provide formal notification, as required by Section 38(f)(1) of the Arms Export
       Control Act, of the State Department's intent to remove certain items from the USML
       that no longer warrant control under this Act.  (Approve/Disapprove by 12/19/18)


**Background**
(U) Since 2009, the Department has been engaged in an effort to review the U.S. export control
system and revise the USML into a "positive" list that describes controlled items using objective
criteria, rather than broad, open-ended, subjective, or design intent-based criteria.  As part of this
effort, items determined to no longer warrant control on the USML are being transferred to the
Department of Commerce's Commerce Control List (CCL).  Those non-objective criteria are
still found in three of the 21 categories of the USML, the only remaining tranche of USML
reforms that have been delayed for years due to political sensitivities surrounding firearms.

(U) After consultation with the Departments of Defense and Commerce, solicitation and review
of public comments, and interagency review, the Department of State has drafted a final rule to
revise the three USML Categories that have yet to be reformed:  I (firearms and related articles),
II (guns and armaments), and III (ammunition and ordnance).  Through this review, the

SENSITIVE BUT UNCLASSIFIED
-2-

Department identified and will continue to control on the USML those items that provide the United States with a critical military or intelligence advantage or, in the case of weapons, perform an inherently military function and thus warrant control on the USML. The result of the review is that certain items currently on the USML not meeting this standard will transition to the CCL. This reform has also been a key element of the President's Conventional Arms Transfer Policy Implementation Plan. ████████████████████████████████████████
████

(U) The items that will transition to the CCL include: 1) most semi-automatic and non-automatic firearms; 2) most firearm parts and components, other than silencers, magazines greater than 50 rounds, parts and components to convert a semi-automatic to a fully automatic firearm, and accessories or attachments for automatic targeting or stabilization; 3) most firearm ammunition, unless belted or linked; and 4) many of the minor parts and components of large guns, such as howitzers and artillery pieces. Section 38(f)(1) of the Arms Export Control Act provides that the President may not remove items from the USML until 30 days after the date on which notice of the proposed removal is provided to the House Committee on Foreign Affairs and the Senate Foreign Relations Committee.

(SBU) Pursuant to a process communicated to Congress in 2011, the Department provides the draft final rules and a summary of the resulting removals to the Committees for a 30-day informal review period. Congress has not attempted to stop or slow down previous removals from the USML through the Congressional notification process, unlike the Congressional holds that are commonly placed on arms sale notifications. However, a Member could request that State not proceed with the formal notification or publication of this rule removing items from the USML. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

(SBU) Our oversight committees were previously briefed on the proposed State and Commerce rules to revise USML Categories I-III and move certain items to the CCL, and additional briefings will be offered upon the start of informal Congressional Notification of the rule change. We expect the principal objections to be (1) lack of Congressional notification of firearms sales under Commerce Department rules (Commerce has considered, and rejected, the notion of including such notification requirements in its rules) and (2) the decontrol of technical data associated with firearms (e.g., 3-D gun data) under Commerce rules. The Department continues to defend a legal challenge to the public release of technical data to enable 3-D printing of firearms and has sought a stay of the litigation, pending completion of this rulemaking process. This rule would transition certain technical data, including the data for semi-automatic and non-automatic firearms, to the CCL, where it can be publically released without authorization under Commerce rules. The lawsuit and the movement of firearms and ammunition from the USML to the CCL have generated substantial public and congressional interest, which may result in additional scrutiny of this notification.

(U) 

(U) Once these items are removed from the USML, they will be controlled by the Department of Commerce in new Export Control Classification Numbers (ECCNs) on the CCL in the Export Administration Regulations (EAR).  Most of the physical items that are removed, including all of the firearms (with the exception of firearms manufactured prior to 1898), will have a world-wide Commerce Department license requirement, and the State Department will continue to review all export license applications for firearms for policy concerns.

(U) One defense article to be removed from the USML is designated as Major Defense Equipment (which requires separate notification and higher scrutiny under the ITAR), the M855A1 cartridge, the lead-free replacement for the 5.56x45 mm NATO, M855 standard ball cartridge.  Therefore, the notification package will include a table delineating the proposed controls of Major Defense Equipment.

(U) Section 38(a)(1) of the AECA authorizes the President to designate the defense articles and defense services which constitute the USML.  The President delegated this authority to the Secretary of State in Executive Order 13637.  This authority may be exercised by the Undersecretary of State for Arms Control and International Security Affairs pursuant to Delegation of Authority 293-2.

Attachments:
        Tab 1:  Notification Letters to the Congress
        Tab 2:  Revised USML Categories I, II, and III
        Tab 3:  Line-in/Line-out Comparison of Current USML Categories I, II, and III with
             these USML Categories as Revised;
        Tab 4:  Revised Department of Commerce Companion Control Text;
        Tab 5:  Summary of Revisions to USML Categories I, II, and III; and
        Tab 6:  Proposed Controls for Major Defense Equipment in Category III
        Tab 7:  Roll-Out Plan

WASHSTATEB011136

Approved:     PM – Marik String, SBO     MS

Drafted:     PM/DTCP:  Rob Monjay, ext. 3-2817 and cell: ███████

Clearances:

| | | |
|---|---|---|
| D | Jamie Shufflebarger – OK | |
| P | Jamie Gusack – OK | |
| S/P | Michael Urena – OK | |
| PM/DDTC | Michael Miller – OK | |
| PM/DTCP | Sarah Heidema – OK | |
| PM/DTCC | Jae Shin – OK | |
| PM/DTCL | Catherine Hamilton – OK | |
| PM/DTCM | Anthony Dearth – OK | |
| L/PM | Shana Rogers – OK | |
| L/M | Alice Kottmyer – OK | |
| PM/CPA | Dave McKeeby – OK | |
| ISN/CATR | Thomas Kruger – OK | |
| T | Ed Abisellan – OK | |
| H | Collin Christopherson – OK | |

| | |
|---|---|
| **From:** | PM-Staffers Mailbox |
| **Sent:** | Thu, 14 Feb 2019 17:55:17 -0500 |
| **To:** | PM-DTCP-Tasking-DL |
| **Subject:** | FW: For DTCP: CLEARANCE REQUEST: 201908421: OIRA Response |
| **Attachments:** | (R_504979) AM from L to D - response to OIRA 2-2019 reg reform (002).docx, (S_504980) Tab 1 - Dereg Activity Reporting Template for DOS 2-12-2019 (007).docx, (S_504981) Tab 2-Original template from OIRA.pdf, (S_505004) Tab 3 -- OIRA request of February 6 2019.pdf |

Hello,

The attached arrived on the line without PM clearance.  Please clear NLT 10 am, Feb 15, ==sending your clearance to **SES-Line_Only** and CCing the PM-Staffers Mailbox.==

Best,

Samantha Sison
PM/FO SharePoint
X70561

**Official**
**UNCLASSIFIED**

---

From: Holmes, Kirsten F
Sent: Thursday, February 14, 2019 5:49 PM
To: Frideres, Taryn F; ca-staffers-mailbox; PM-Staffers Mailbox; ECA_Staffers
Cc: SES-Line_Only; D_Specials
Subject: CLEARANCE REQUEST: 201908421: OIRA Response

**UNCLASSIFIED**

Colleagues,

The attached paper reached the Line without your clearance.  Please review and direct your clearance to *SES-Line_Only* by **Friday, February 15 at 10:00 am.**

Please retain all Line edits.

Thanks,

Kirsten Holmes
Executive Secretariat Staff, S/ES-S
Office: 202-647-8879│Direct Line: 202-647-7977

**Official**
**UNCLASSIFIED**

WASHSTATEB011185

**From:**            Frideres, Taryn F
**Sent:**            Thu, 14 Feb 2019 18:36:06 -0500
**To:**                Dorosin, Joshua L;Hooke, Kathleen H;Kottmyer, Alice M
**Subject:**      FW: CLEARANCE REQUEST: 201908421: OIRA Response
**Attachments:**   (R_504979) AM from L to D - response to OIRA 2-2019 reg reform (002).docx, (S_504980) Tab 1 - Dereg Activity Reporting Template for DOS 2-12-2019 (007).docx, (S_504981) Tab 2- Original template from OIRA.pdf, (S_505004) Tab 3 -- OIRA request of February 6 2019.pdf

Do one of you by chance have a few minutes to talk about this tomorrow? ███████████
████████████████████████████████████████

**Official**
**UNCLASSIFIED**

From: Holmes, Kirsten F
Sent: Thursday, February 14, 2019 5:49 PM
To: Frideres, Taryn F; ca-staffers-mailbox; PM-Staffers Mailbox; ECA_Staffers
Cc: SES-Line_Only; D_Specials
Subject: CLEARANCE REQUEST: 201908421: OIRA Response

<span style="color:red">**UNCLASSIFIED**</span>

Colleagues,

The attached paper reached the Line without your clearance.  Please review and direct your clearance to
*SES-Line_Only* by **Friday, February 15 at 10:00 am.**

Please retain all Line edits.

Thanks,

Kirsten Holmes
Executive Secretariat Staff, S/ES-S
Office: 202-647-8879|Direct Line: 202-647-7977

**Official**
**UNCLASSIFIED**

**From:** Monjay, Robert
**Sent:** Fri, 15 Feb 2019 09:58:57 -0500
**To:** SES-Line_Only
**Cc:** PM-Staffers Mailbox;PM-DTCP-Tasking-DL
**Subject:** FW: For DTCP: CLEARANCE REQUEST: 201908421: OIRA Response
**Attachments:** (R_504979) AM from L to D - response to OIRA 2-2019 reg reform (002).docx, (S_504980) Tab 1 - Dereg Activity Reporting Template for DOS 2-12-2019 (007).docx, (S_504981) Tab 2-Original template from OIRA.pdf, (S_505004) Tab 3 -- OIRA request of February 6 2019.pdf

Clear for PM
Thanks
Rob
*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email:* MonjayR@state.gov

███████████████████████

**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Thursday, February 14, 2019 5:55 PM
To: PM-DTCP-Tasking-DL
Subject: FW: For DTCP: CLEARANCE REQUEST: 201908421: OIRA Response

Hello,

The attached arrived on the line without PM clearance.  Please clear NLT 10 am, Feb 15, ==sending your clearance to **SES-Line_Only** and CCing the PM-Staffers Mailbox.==

Best,

Samantha Sison
PM/FO SharePoint
X70561

**Official**
**UNCLASSIFIED**

From: Holmes, Kirsten F
Sent: Thursday, February 14, 2019 5:49 PM
To: Frideres, Taryn F; ca-staffers-mailbox; PM-Staffers Mailbox; ECA_Staffers
Cc: SES-Line_Only; D_Specials
Subject: CLEARANCE REQUEST: 201908421: OIRA Response

<span style="color:red">**UNCLASSIFIED**</span>

Colleagues,

The attached paper reached the Line without your clearance.  Please review and direct your clearance to *SES-Line_Only* by <span style="color:red">**Friday, February 15 at 10:00 am.**</span>

Please retain all Line edits.

Thanks,

Kirsten Holmes
Executive Secretariat Staff, S/ES-S
Office: 202-647-8879│Direct Line: 202-647-7977

**Official**
<span style="color:green">**UNCLASSIFIED**</span>

**From:**          Williams, Veronica X
**Sent:**          Tue, 19 Feb 2019 10:35:07 -0500
**To:**            Kottmyer, Alice M;Hooke, Kathleen H;Newstead, Jennifer G;Nierenberg, Lorie J;Joyce, Anne;Kovar, Jeffrey D;Johnson, Clifton M
**Cc:**            Legal-M-DL;Legal-PD-DL;Legal-CA-DL;Legal-PM-DL
**Subject:**       FW: Final: L/AM/D - OIRA Response 201908421 UNCLASSIFIED
**Attachments:**   (F_505607) 201908421-FD.pdf, (FT_505608) 201908421-FD_Tab-1.pdf, (FT_505609) 201908421-FD_Tab-2.pdf, (FT_505610) 201908421-FD_Tab-3.pdf


FINAL ACTION has been taken on Package 201908421 OIRA Response

From: EverestMail
Sent: Tuesday, February 19, 2019 8:59 AM
To: Everest_BP; Everest_C; Everest_CA; Everest_D; Everest_E; Everest_ECA; Everest_INR; Everest_J; Everest_L; Everest_M; Everest_P; Everest_PA; Everest_PM; Everest_R; Everest_S; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP; Everest_T; SES_FrontOfficeOnly; PF-EverestE-Mai█████████████
Subject: Final: L/AM/D - OIRA Response 201908421 UNCLASSIFIED


**FOR:** D
**ORGANIZATION:** L
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:** OIRA Response
**DOCTYPE:** Action Memo

**From:**      String, Marik A
**Sent:**      Fri, 22 Feb 2019 10:54:08 -0500
**To:**        Paul, Joshua M;Miller, Michael F;Heidema, Sarah J
**Cc:**        Windecker, Melissa A
**Subject:**   1, 2, 3



Marik
**Official - SBU**
UNCLASSIFIED

**From:**       Paul, Joshua M
**Sent:**       Fri, 22 Feb 2019 10:56:00 -0500
**To:**         String, Marik A;Miller, Michael F;Heidema, Sarah J
**Cc:**          Windecker, Melissa A
**Subject:**    RE: 1, 2, 3



Sensitive
This email is UNCLASSIFIED.

---

**From:** String, Marik A
**Sent:** Friday, February 22, 2019 10:54 AM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Windecker, Melissa A
**Subject:** 1, 2, 3

Marik

**Official - SBU**
**UNCLASSIFIED**

**From:** Miller, Michael F
**Sent:** Fri, 22 Feb 2019 11:12:03 -0500
**To:** Paul, Joshua M;String, Marik A;Heidema, Sarah J
**Cc:** Windecker, Melissa A;Miller, Michael F
**Subject:** RE: 1, 2, 3



MM

**Official - SBU**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Friday, February 22, 2019 10:56 AM
**To:** String, Marik A; Miller, Michael F; Heidema, Sarah J
**Cc:** Windecker, Melissa A
**Subject:** RE: 1, 2, 3



Sensitive
This email is UNCLASSIFIED.

**From:** String, Marik A
**Sent:** Friday, February 22, 2019 10:54 AM

**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Windecker, Melissa A
**Subject:** 1, 2, 3



Marik

**Official - SBU**
**UNCLASSIFIED**

**From:**         IT Service Center
**Sent:**         Fri, 1 Mar 2019 12:21:59 -0500
**To:**           Monjay, Robert
**Subject:**      Doc Transfer
**Attachments:**  USML+Cat+I-III+Final+FRN+-+AM+to+T.zip

**Official**
**UNCLASSIFIED**

JAMES E. RISCH, IDAHO, CHAIRMAN

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

# United States Senate

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) <u>Removal of Firearms Exports from Congressional Information and Review</u>
The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons.  Congressional oversight must be retained.

2)  <u>Proliferation of 3D Gun Printing Technical Information</u>
There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests.  The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally.  This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law.  Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950.  3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily.  Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control.  Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

                                   Sincerely,

                                   Robert Menendez
                                   Ranking Member

CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

**From:**          Monjay, Robert
**Sent:**          Fri, 1 Mar 2019 12:30:17 -0500
**To:**            PM-Staffers Mailbox
**Cc:**            Heidema, Sarah J;PM-DDTC-Staff-Assistants-DL;Miller, Michael F
**Subject:**       Cats I-III AM to T
**Attachments:**   Tab 2 - Rule Statement on Cat I-III Final FRN.pdf, USML Cat I-III Final FRN - AM to
T.docx, Tab 3 - 02-22-19 Menendez Letter on Hold on CAT I-III Transfer.pdf, Tab 1 - Cat I-III Final
FRN.docx


See attached AM to T on Cats I-III and Tabs 1-3 for the same.
Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

██████████████████████

**Official - SBU**
<span style="color:green">**UNCLASSIFIED**</span>

JAMES E. RISCH, IDAHO, CHAIRMAN

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

**United States Senate**

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) Removal of Firearms Exports from Congressional Information and Review

The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons.  Congressional oversight must be retained.


2) Proliferation of 3D Gun Printing Technical Information

There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests.  The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally.  This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law.  Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950.  3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily.  Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control.  Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

Sincerely,

Robert Menendez
Ranking Member


CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

**From:**          PM-Staffers Mailbox
**Sent:**          Fri, 1 Mar 2019 12:31:22 -0500
**To:**            Monjay, Robert
**Subject:**       RE: Cats I-III AM to T


Thank you! Quicker than our IT team…

Samantha Sison
PM/FO SharePoint
X70561


**Official - SBU**
**UNCLASSIFIED**

---

From: Monjay, Robert
Sent: Friday, March 01, 2019 12:30 PM
To: PM-Staffers Mailbox
Cc: Heidema, Sarah J; PM-DDTC-Staff-Assistants-DL; Miller, Michael F
Subject: Cats I-III AM to T

See attached AM to T on Cats I-III and Tabs 1-3 for the same.
Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

██████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:**          PM-Staffers Mailbox
**Sent:**          Fri, 1 Mar 2019 13:23:31 -0500
**To:**            String, Marik A
**Cc:**            PM-Staffers Mailbox;Windecker, Melissa A
**Subject:**       For Marik: Cats I-III AM to T
**Importance:**    High


Marik,

Please see AM for T on Cats I-III for your review. The page limit on AM exceeds 2 pages due to L insisting their edits were substantive and needed to be included.

Best,

Samantha Sison
PM/FO SharePoint
X70561


**Official - SBU**
**UNCLASSIFIED**

From: Windecker, Melissa A
Sent: Friday, March 01, 2019 1:10 PM
To: PM-Staffers Mailbox
Subject: RE: For Mel: Cats I-III AM to T

Clear; please send to Marik noting that the page limit is exceeded due to edits that L insisted were substantive.


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Friday, March 01, 2019 12:50 PM
To: Windecker, Melissa A
Cc: PM-Staffers Mailbox
Subject: For Mel: Cats I-III AM to T

Mel,

See AM for T on Cats I-III for your review. Tab 1 is 85 pages. Ran a spell check though.

Best,

Samantha Sison

PM/FO SharePoint
X70561

**Official - SBU**
**UNCLASSIFIED**

From: Monjay, Robert
Sent: Friday, March 01, 2019 12:30 PM
To: PM-Staffers Mailbox
Cc: Heidema, Sarah J; PM-DDTC-Staff-Assistants-DL; Miller, Michael F
Subject: Cats I-III AM to T

See attached AM to T on Cats I-III and Tabs 1-3 for the same.
Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

█████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:**              PM-Staffers Mailbox
**Sent:**              Mon, 4 Mar 2019 07:30:38 -0500
**To:**                DDTC Tasker DL
**Cc:**                PM-Staffers Mailbox;Windecker, Melissa A;String, Marik A;Brown, Stanley L
**Subject:**           PM Final: AM for T: Amendment to the International Traffic in Arms Regulations
(ITAR): Revision of U.S. Munitions List (USML) Categories I, II and III

Dear Colleagues,

The Action Memo at this link has been approved by SBO String and has been uploaded into Everest for
further processing by T staff.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104
From: EverestMail
Sent: Monday, March 04, 2019 7:29 AM
To: Everest_PM
Subject: New S/ES 201910027 Voluntary Package for T delivered on 04-Mar-2019 07:30:00 AM

A new PM Package has been submitted.

**CLASSIFICATION:** U – Unclassified
**FOR:** T
**ORGANIZATION:**  PM
**CO-DRAFTER BUREAU:**
**SUBJECT:**  Amendment to the International Traffic in Arms Regulations (ITAR): Revision of
U.S. Munitions List (USML) Categories I, II and III
**DOCTYPE:**  Action Memo
**DELIVERY DATE:**  04-Mar-2019 07:30:00 AM
**EVENT DATE:**
**NOTES:**
**DESCRIPTION:**  PM seeks to publish a final rule in the Federal Register that revises
Categories I, II and III of the USML to ensure the USML only includes items meriting the most
stringent export control. Commerce will publish a companion rule describing control under the
Export Administration Regulations (EAR).

**CREATED BY:**  PM

**Official**
**UNCLASSIFIED**

**From:**            Abisellan, Eduardo
**Sent:**            Tue, 5 Mar 2019 11:22:11 -0500
**To:**              Rogers, Shana A
**Cc:**              Windecker, Melissa A;Brechwald, Matthew J (T);Paul, Joshua M;Monjay, Robert
**Subject:**         FW: 201910027: Amendment to the International Traffic in Arms Regulations
(ITAR): Revision of U.S. Munitions List (USML) Categories I, II and III
**Attachments:**     (R_508478) USML Cat I-III Final FRN - AM to T.docx, (S_508480) Tab 1 - Cat I-III
Final FRN.docx, (S_508481) Tab 2 - Rule Statement on Cat I-III Final FRN.pdf, (S_508483) Tab 3 - 02-22-19
Menendez Letter on Hold on CAT I-III Transfer.pdf


Shana,

This is the package that went up to T and that we are holding until we get the green light.

Vr/Ed

From: Wilson, Ruth C
Sent: Tuesday, March 05, 2019 11:18 AM
To: Abisellan, Eduardo
Subject: 201910027: Amendment to the International Traffic in Arms Regulations (ITAR): Revision of
U.S. Munitions List (USML) Categories I, II and III

<span style="color:red">**UNCLASSIFIED**</span>


**Official**
<span style="color:green">**UNCLASSIFIED**</span>

JAMES E. RISCH, IDAHO, CHAIRMAN

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

## United States Senate

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) <u>Removal of Firearms Exports from Congressional Information and Review</u>
The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons.  Congressional oversight must be retained.

2) Proliferation of 3D Gun Printing Technical Information

There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests.  The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally.  This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law.  Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950.  3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily.  Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control.  Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

Sincerely,

Robert Menendez
Ranking Member

CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

**From:**     O'MealiaJP ███████████

**Sent:**     Fri, 15 Mar 2019 10:00:42 -0400

**To:**

StringMA ███████████ ;MillerMF ███████████ ;HeidemaSJ ███████████

**Cc:**

S_SpecialAssistants ███████████ ;SES_4 ███████████ ;BuanganRL ███████████ ;NewsteadJG ███████████ ███████████

**Subject:**     201910480: Indefinite Delay in the Publication of Rules Transferring Controls for Exports of Certain Firearms and Ammunition from State to Commerce

**Attachments:**     (R_510894) Information Memo to S on firearms rules DRAFT (006).docx

**UNCLASSIFIED**

Colleagues,

████████████████████████████

████████████████████████████

████████████

Please provide an answer by email COB Monday. If a more robust response is needed, please submit a Note or Information Memo.

Many thanks!

Best regards,

Jamie

**From:**       Newstead, Jennifer G
**Sent:**       Fri, 15 Mar 2019 11:06:57 -0400
**To:**         Dorosin, Joshua L;Kovar, Jeffrey D;Fabry, Steven F;Nightingale, Robert L
**Subject:**    FW: 201910480: Indefinite Delay in the Publication of Rules Transferring
Controls for Exports of Certain Firearms and Ammunition from State to Commerce
**Attachments:**    (R_510894) Information Memo to S on firearms rules DRAFT (006).docx

Hi – appreciate your help in providing a robust answer to this question.  Let's also have a quick
discussion on Monday.  Thanks

From: O'Mealia, James P
Sent: Friday, March 15, 2019 10:01 AM
To: String, Marik A; Miller, Michael F; Heidema, Sarah J
Cc: S_SpecialAssistants; SES_4; Buangan, Richard L; Newstead, Jennifer G
Subject: 201910480: Indefinite Delay in the Publication of Rules Transferring Controls for Exports of
Certain Firearms and Ammunition from State to Commerce

<strong><span style="color:red">UNCLASSIFIED</span></strong>

Colleagues,

████████████████████████████████████

████████████████████████████████████████

██████████████████████████

Please provide an answer by email COB Monday. If a more robust response is needed, please
submit a Note or Information Memo.

Many thanks!

Best regards,

Jamie

**Official - SBU**
**<span style="color:green">UNCLASSIFIED</span>**

**From:** Morimoto, Sho J
**Sent:** Fri, 15 Mar 2019 16:34:11 -0400
**To:** Monjay, Robert;Koelling, Richard W
**Subject:** RE: REVIEW/CLEARANCE by COB March 15: Draft Tasker for Germany Export Control Bilats

Dear Rob, thank you.  Does anyone else need to clear this talking point?  L/PM maybe?

Thanks again,

Sho J. Morimoto
U.S. Department of State
202-663-1158
███████████████████████
Unclassified: MorimotoSJ@state.gov

**Official - SBU**
**UNCLASSIFIED**

From: Monjay, Robert
Sent: Friday, March 15, 2019 3:29 PM
To: Morimoto, Sho J; Koelling, Richard W
Subject: RE: REVIEW/CLEARANCE by COB March 15: Draft Tasker for Germany Export Control Bilats

Sho,
No off the shelf points, but I added in an if asked.
Thanks
Rob

**Official - SBU**
**UNCLASSIFIED**

From: Morimoto, Sho J
Sent: Friday, March 15, 2019 11:17 AM
To: Koelling, Richard W; Monjay, Robert
Subject: FW: REVIEW/CLEARANCE by COB March 15: Draft Tasker for Germany Export Control Bilats

Dear Rick and Rob,

Not surprisingly ISN has asked for an "if raised" point on CAT I-III transfer for ISN PDAS Kang's briefing paper on firearms reexport controls (see attachment for latest draft).  This paper is for ISN's use at the U.S.-German Export Control Dialogues at the end of the month.  Is there anything off-the-shelf we can add to the attached paper?

Thank you,

Sho J. Morimoto
U.S. Department of State
202-663-1158

Unclassified: MorimotoSJ@state.gov

**Official - SBU**
**UNCLASSIFIED**

From: Mitchell, Margaret T
Sent: Thursday, March 14, 2019 4:52 PM
To: Sheffler, Adam H; Geisinger, Narra N; Minarich, Christine M
Cc: Braswell, Michael J; Morimoto, Sho J; Krueger, Thomas G
Subject: RE: REVIEW/CLEARANCE by COB March 15: Draft Tasker for Germany Export Control Bilats

Adam,

It would be useful to also have an "if raised" point on the planned transfer of firearms to Commerce. Otherwise, this is fine.

Regards,
Meg

**Official - SBU**
**UNCLASSIFIED**

From: Sheffler, Adam H
Sent: Thursday, March 14, 2019 4:39 PM
To: Geisinger, Narra N; Minarich, Christine M; Mitchell, Margaret T
Cc: Braswell, Michael J; Morimoto, Sho J; Sheffler, Adam H
Subject: REVIEW/CLEARANCE by COB March 15: Draft Tasker for Germany Export Control Bilats

Hello everyone,

Please see the attached draft of the "Firearms Re-export Background Paper for PDAS Kang" for your review and clearance by COB FRIDAY MARCH 15. Thank you in advance for the quick turnaround on this review.

Best,

Adam Sheffler
PM/DTCP/CEA
202-663-1508

WASHSTATEB011738

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Fri, 15 Mar 2019 17:33:56 -0400
**To:** Morimoto, Sho J;Koelling, Richard W
**Subject:** RE: REVIEW/CLEARANCE by COB March 15: Draft Tasker for Germany Export Control Bilats

L/PM should clear

**Official - SBU**
**UNCLASSIFIED**

From: Morimoto, Sho J
Sent: Friday, March 15, 2019 4:34 PM
To: Monjay, Robert; Koelling, Richard W
Subject: RE: REVIEW/CLEARANCE by COB March 15: Draft Tasker for Germany Export Control Bilats

Dear Rob, thank you.  Does anyone else need to clear this talking point?  L/PM maybe?

Thanks again,

Sho J. Morimoto
U.S. Department of State
202-663-1158
████████████████████
Unclassified:  MorimotoSJ@state.gov

**Official - SBU**
**UNCLASSIFIED**

From: Monjay, Robert
Sent: Friday, March 15, 2019 3:29 PM
To: Morimoto, Sho J; Koelling, Richard W
Subject: RE: REVIEW/CLEARANCE by COB March 15: Draft Tasker for Germany Export Control Bilats

Sho,
No off the shelf points, but I added in an if asked.
Thanks
Rob

**Official - SBU**
**UNCLASSIFIED**

From: Morimoto, Sho J
Sent: Friday, March 15, 2019 11:17 AM

To: Koelling, Richard W; Monjay, Robert
Subject: FW: REVIEW/CLEARANCE by COB March 15: Draft Tasker for Germany Export Control Bilats

Dear Rick and Rob,

Not surprisingly ISN has asked for an "if raised" point on CAT I-III transfer for ISN PDAS Kang's briefing paper on firearms reexport controls (see attachment for latest draft).  This paper is for ISN's use at the U.S.-German Export Control Dialogues at the end of the month.  Is there anything off-the-shelf we can add to the attached paper?

Thank you,

Sho J. Morimoto
U.S. Department of State
202-663-1158
████████████████████████
Unclassified: MorimotoSJ@state.gov


**Official - SBU**
**UNCLASSIFIED**

---

From: Mitchell, Margaret T
Sent: Thursday, March 14, 2019 4:52 PM
To: Sheffler, Adam H; Geisinger, Narra N; Minarich, Christine M
Cc: Braswell, Michael J; Morimoto, Sho J; Krueger, Thomas G
Subject: RE: REVIEW/CLEARANCE by COB March 15: Draft Tasker for Germany Export Control Bilats

Adam,

It would be useful to also have an "if raised" point on the planned transfer of firearms to Commerce.  Otherwise, this is fine.

Regards,
Meg


**Official - SBU**
**UNCLASSIFIED**

---

From: Sheffler, Adam H
Sent: Thursday, March 14, 2019 4:39 PM
To: Geisinger, Narra N; Minarich, Christine M; Mitchell, Margaret T
Cc: Braswell, Michael J; Morimoto, Sho J; Sheffler, Adam H
Subject: REVIEW/CLEARANCE by COB March 15: Draft Tasker for Germany Export Control Bilats

Hello everyone,

Please see the attached draft of the "Firearms Re-export Background Paper for PDAS Kang"  for your review and clearance by <mark>COB FRIDAY MARCH 15.</mark>  Thank you in advance for the quick turnaround on this review.

Best,

Adam Sheffler
PM/DTCP/CEA
202-663-1508


**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tue, 19 Mar 2019 08:43:24 -0400
**To:** Sundlof, Meredith E
**Subject:** Key Accomplishments - Conventional Arms Transfer Implementation Plan v2
**Attachments:** Key Accomplishments - Conventional Arms Transfer Implementation Plan v2.docx

My edits in the attached. ███████████████████████████████████████████
███████████
**Official**
**UNCLASSIFIED**

**From:**         Foster, John A
**Sent:**         Tue, 19 Mar 2019 12:29:36 -0400
**To:**         Garcia, Mariel C
**Subject:**         IM
**Attachments:**         (R_510894) Information Memo to S on firearms rules DRAFT (006).docx

**John A. Foster**
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
████████████████
202-663-2816

**Official - SBU**
**<span style="color:green">UNCLASSIFIED</span>**

UNCLASSIFIED

| | |
|---|---|
| **From:** | Miller, Michael F |
| **Sent:** | Wed, 27 Mar 2019 20:53:51 +0000 |
| **To:** | svcSMARTCrossL |
| **Subject:** | Senator Menendez Letter to SecState on Hold on CAT I-III Transfer |
| **Attachments:** | 02-22-19 Menendez Letter on Hold on CAT I-III Transfer.pdf |

WASHSTATEB011833

UNCLASSIFIED
02-22-19 Menendez Letter on Hold on CAT I-III Transfer.pdf

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY



## United States Senate

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) <u>Removal of Firearms Exports from Congressional Information and Review</u>
The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

UNCLASSIFIED
02-22-19 Menendez Letter on Hold on CAT I-III Transfer.pdf

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons. Congressional oversight must be retained.

2) Proliferation of 3D Gun Printing Technical Information

There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests. The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally. This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law. Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950. 3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily. Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

WASHSTATEB011835

UNCLASSIFIED
02-22-19 Menendez Letter on Hold on CAT I-III Transfer.pdf

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control.  Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

Sincerely,

Robert Menendez
Ranking Member

CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

WASHSTATEB011836

**From:**          Miller, Michael F
**Sent:**          Tue, 23 Apr 2019 10:13:06 -0400
**To:**            Windecker, Melissa A
**Cc:**            Heidema, Sarah J
**Subject:**       RE: Focus Issues, 30 and 90 Days
**Importance:**    High



Sorry to be slow on this.

MM


**Official - SBU**
**UNCLASSIFIED**

**From:** Jost, Aaron W
**Sent:** Thursday, April 18, 2019 5:24 PM
**To:** Windecker, Melissa A; Heidema, Sarah J
**Subject:** RE: Focus Issues, 30 and 90 Days

In the first 30 days what meetings do you recommend a new A/S take to include:
- Internal to the building
- Interagency
- Congressional
- Industry



In the first 90 days:
- Where do you recommend a new A/S travel



- What are the areas/issues we expect a new A/S to need to spend the most time on and focus his attention on the most.  Please no more than two per response.



Regards,
Aaron


Sensitive
This email is UNCLASSIFIED.


**From:** Windecker, Melissa A
**Sent:** Thursday, April 18, 2019 12:23 PM
**To:** Jost, Aaron W; Heidema, Sarah J
**Subject:** FW: Focus Issues, 30 and 90 Days
**Importance:** High

Hi Both,

Please respond to the below as if you guys were the DAS; Marik can adjudicate to reach the "top two" priorities in the issue areas section. Please note this does not imply presumption of a confirmed A/S and please do not otherwise forward.

Thanks!
Mel


**Official - SBU**
**UNCLASSIFIED**

**From:** Windecker, Melissa A
**Sent:** Thursday, April 18, 2019 12:21 PM
**To:** Betts, Timothy A; Brown, Stanley L; Chandler, Karen R; Davids, Yvette M; Miller, Michael F; O'Keefe, Kevin P; Paul, Joshua M; Windecker, Melissa A; Paul, Joshua M
**Subject:** Focus Issues, 30 and 90 Days
**Importance:** High

The below does not imply presumption of a confirmed A/S for PM but rather preparatory material

Noting Mikes absence I will be reaching out to Sarah and Aaron, please do not otherwise forward

Dear All,

As there is a greater probability of our having a confirmed A/S, Marik has asked that we look ahead to compile some priorities for the first 30, and then first 90 days. Specifically:

In the first 30 days what meetings do you recommend a new A/S take to include:
-   Internal to the building
-   Interagency
-   Congressional
-   Industry

In the first 90 days:
-   Where do you recommend a new A/S travel
-   What are the areas/issues we expect a new A/S to need to spend the most time on and focus his attention on the most.  Please no more than two per response.

To support the above query, please update the long-term travel outlook calendar with all A/S level events no later than Friday COB.  Responses to the other above questions should be sent to me via email no later than Friday OOB.

Thanks!
Mel


**Official - SBU**
**UNCLASSIFIED**

**From:**          PM-Staffers Mailbox
**Sent:**          Thu, 25 Apr 2019 14:05:46 -0400
**To:**            Hong, Jesse J
**Cc:**            Heidema, Sarah J;Windecker, Melissa A
**Subject:**       Requested Paper IM for S: Inifintie Delay in the Publication......
**Attachments:**   (F_511472) 201910480-FD.pdf


Dear Colleagues,

Requested paper per your OPENNET request attached.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official**
**UNCLASSIFIED**

REVIEWED|3-15-2019|S reviewed.

201910480
**United States Department of State**

*Washington, D.C.   20520*

SENSITIVE BUT UNCLASSIFIED
DELIBERATIVE PROCESS/PRE-DECISIONAL

March 13, 2019

☐ Read by _____

**INFORMATION MEMO FOR THE SECRETARY**

FROM:      PM – Marik String, Senior Bureau Official

SUBJECT:   (SBU) Indefinite Delay in the Publication of Rules Transferring Controls for
           Exports of Certain Firearms and Ammunition from State to Commerce

**BLUF:**

SENSITIVE BUT UNCLASSIFIED
DELIBERATIVE PROCESS/PRE-DECISIONAL
-2-



SENSITIVE BUT UNCLASSIFIED
DELIBERATIVE PROCESS/PRE-DECISIONAL
WASHSTATEB011848

SENSITIVE BUT UNCLASSIFIED
DELIBERATIVE PROCESS/PRE-DECISIONAL
-3-

Approved:     PM – Marik String                    MS

Drafted:      PM/DTCP: Sarah Heidema, ext. 3-2809 and cell: ███████

Cleared:      D           Jamie Shufflebarger     ok
              P           Sunil Ravi              ok
              S/P         Michael Urena           ok
              PM/DDTC     Michael Miller          ok
              L/PM        Jeffrey Kovar           ok
              PM/CPA      Josh Paul               ok
              T           Maureen Tucker          ok
              H           Colleen Donnelly        ok
              PA          Mary Fanous             ok
              R           Elijah Waterman         ok

SENSITIVE BUT UNCLASSIFIED
DELIBERATIVE PROCESS/PRE-DECISIONAL
WASHSTATEB011849

**From:**          Windecker, Melissa A
**Sent:**          Fri, 26 Apr 2019 17:21:11 -0400
**To:**            String, Marik A
**Subject:**       DRAFT_30 and 90 Day Assistant Secretary Priorities
**Attachments:**   DRAFT_30 and 90 Day Assistant Secretary Priorities.docx


Marik,

Please see the compiled list of 30 and 90 day meetings and priority areas. This remains "draft" as you have not yet seen the 90 day options and might wish to make changes.

Thanks,
Mel
**Official - SBU**
**UNCLASSIFIED**

**From:**          String, Marik A
**Sent:**          Sun, 28 Apr 2019 12:39:49 -0400
**To:**            'cooperre@███████
**Subject:**      DRAFT_30 and 90 Day Assistant Secretary Priorities
**Attachments:**  DRAFT_30 and 90 Day Assistant Secretary Priorities.docx

Clarke,
As discussed, attached are our 30/90 day priority issues for your consideration.  I'd be happy to answer any questions.

Marik

**Official - SBU**
**UNCLASSIFIED**

**From:**       String, Marik A
**Sent:**       Thu, 16 May 2019 09:52:01 -0400
**To:**         Heidema, Sarah J;Monjay, Robert
**Cc:**         Miller, Michael F;Windecker, Melissa A
**Subject:**    Cats I-III CNs

Thanks,
Marik


**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Mon, 20 May 2019 10:19:10 -0400
**To:** String, Marik A;Monjay, Robert
**Cc:** Miller, Michael F;Windecker, Melissa A
**Subject:** RE: Cats I-III CNs



**Official - SBU**
**UNCLASSIFIED**

**From: String, Marik A**
**Sent: Thursday, May 16, 2019 9:52 AM**
**To: Heidema, Sarah J; Monjay, Ro**bert
**Cc:** Miller, Michael F; Windecker, Melissa A
**Subject:** Cats I-III CNs



Thanks,
Marik

**Official - SBU**
UNCLASSIFIED

| | |
|---|---|
| **From:** | Young, Nathaniel H |
| **Sent:** | Mon, 15 Jul 2019 08:02:29 -0400 |
| **To:** | Hamilton, Catherine E;Shin, Jae E;Heidema, Sarah J;Wrege, Karen M |
| **Subject:** | Propsoed WAR item |

**For your consideration, thanks:**



Nate Young
Senior Analyst
PM/DDTC
202-663-2865

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Young, Nathaniel H |
| **Sent:** | Tue, 16 Jul 2019 10:55:28 -0400 |
| **To:** | Hamilton, Catherine E;Shin, Jae E;Heidema, Sarah J;Wrege, Karen M |
| **Subject:** | FW: Propsoed WAR item |

Friendly reminder for your feedback on proposed WAR item due tomorrow.  Thanks,

Nate


**Official - SBU**
**UNCLASSIFIED**

**From:** Young, Nathaniel H
**Sent:** Monday, July 15, 2019 8:02 AM
**To:** Hamilton, Catherine E; Shin, Jae E; Heidema, Sarah J; Wrege, Karen M
**Subject:** Propsoed WAR item

**For your consideration, thanks:**



Nate Young
Senior Analyst
PM/DDTC
202-663-2865


**Official - SBU**
**UNCLASSIFIED**

| From: | Young, Nathaniel H |
|-------|---------------------|
| Sent: | Wed, 17 Jul 2019 11:24:21 -0400 |
| To: | Hamilton, Catherine E;Shin, Jae E;Heidema, Sarah J;Wrege, Karen M |
| Subject: | RE: Propsoed WAR item |

Does anyone have objections to this WAR item due today?

**Official - SBU**
**UNCLASSIFIED**

**From:** Young, Nathaniel H
**Sent:** Tuesday, July 16, 2019 10:55 AM
**To:** Hamilton, Catherine E; Shin, Jae E; Heidema, Sarah J; Wrege, Karen M
**Subject:** FW: Propsoed WAR item

Friendly reminder for your feedback on proposed WAR item due tomorrow.  Thanks,

Nate

**Official - SBU**
**UNCLASSIFIED**

**From:** Young, Nathaniel H
**Sent:** Monday, July 15, 2019 8:02 AM
**To:** Hamilton, Catherine E; Shin, Jae E; Heidema, Sarah J; Wrege, Karen M
**Subject:** Propsoed WAR item

**For your consideration, thanks:**



Nate Young
Senior Analyst
PM/DDTC
202-663-2865

**Official - SBU**
UNCLASSIFIED

**From:**       Khawam, Joseph N
**Sent:**       Mon, 5 Aug 2019 17:06:56 -0400
**To:**         Kovar, Jeffrey D
**Cc:**         Minarich, Christine M
**Subject:**    Transfer of Cats I-III to Commerce
**Importance:** High

Jeff—

Thanks,
Joe
**Official - SBU**
<span style="color:green">**UNCLASSIFIED**</span>

**From:**         Kovar, Jeffrey D
**Sent:**         Mon, 5 Aug 2019 18:11:22 -0400
**To:**            Khawam, Joseph N
**Cc:**            Minarich, Christine M
**Subject:**     RE: Transfer of Cats I-III to Commerce



Sensitive
This email is UNCLASSIFIED.

---

**From:** Khawam, Joseph N
**Sent:** Monday, August 05, 2019 5:07 PM
**To:** Kovar, Jeffrey D
**Cc:** Minarich, Christine M
**Subject:** Transfer of Cats I-III to Commerce
**Importance:** High

Jeff—



Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

**From:**      Monjay, Robert
**Sent:**      Mon, 5 Aug 2019 18:12:51 -0400
**To:**        Miller, Michael F;Windecker, Melissa A;Hart, Robert L;Koelling, Richard
W;Tucker, Maureen E;Khawam, Joseph N;Kovar, Jeffrey D;Darrach, Tamara A;Paul, Joshua M;Hamilton,
Catherine E;Davis, Terry L;Kottmyer, Alice M
**Subject:**   USML Cats I-III Rule

All,



Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:** Khawam, Joseph N
**Sent:** Mon, 5 Aug 2019 18:17:24 -0400
**To:** Minarich, Christine M
**Subject:** FW: USML Cats I-III Rule

FYI

**Official - SBU**
**UNCLASSIFIED**

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,



Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
UNCLASSIFIED

| | |
|---|---|
| **From:** | Kovar, Jeffrey D |
| **Sent:** | Mon, 5 Aug 2019 18:56:20 -0400 |
| **To:** | Minarich, Christine M |
| **Subject:** | FW: USML Cats I-III Rule |

Sensitive
This email is UNCLASSIFIED.

---

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,



Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
UNCLASSIFIED

**From:**           Kovar, Jeffrey D
**Sent:**           Mon, 5 Aug 2019 18:58:58 -0400
**To:**             Monjay, Robert;Miller, Michael F;Windecker, Melissa A;Hart, Robert L;Koelling,
Richard W;Tucker, Maureen E;Khawam, Joseph N;Darrach, Tamara A;Paul, Joshua M;Hamilton,
Catherine E;Davis, Terry L;Kottmyer, Alice M;Minarich, Christine M
**Subject:**        RE: USML Cats I-III Rule

Rob –

                                                                    - Jeff

Sensitive
This email is UNCLASSIFIED.

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E;
Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis,
Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,





Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*

*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:**       Kovar, Jeffrey D
**Sent:**       Mon, 5 Aug 2019 19:04:25 -0400
**To:**         String, Marik A;Dorosin, Joshua L
**Cc:**         Khawam, Joseph N;Minarich, Christine M
**Subject:**    FW: USML Cats I-III Rule

Marik and Josh:  - Jeff

Sensitive
This email is UNCLASSIFIED.

---

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,



Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: [MonjayR@state.gov](mailto:MonjayR@state.gov)*

███████████████████
███████████████

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Khawam, Joseph N |
| **Sent:** | Tue, 6 Aug 2019 09:01:28 -0400 |
| **To:** | Minarich, Christine M |
| **Subject:** | RE: USML Cats I-III Rule |

Would you have our rule and Commerce's rule by chance?  I haven't reviewed them, and I'm having some trouble locating them in Shana's files.  Thanks!


**Official**
**UNCLASSIFIED**

---

**From:** Kovar, Jeffrey D
**Sent:** Monday, August 05, 2019 7:04 PM
**To:** String, Marik A; Dorosin, Joshua L
**Cc:** Khawam, Joseph N; Minarich, Christine M
**Subject:** FW: USML Cats I-III Rule

Marik and Josh: 

- Jeff


Sensitive
This email is UNCLASSIFIED.

---

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,





Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: [MonjayR@state.gov](mailto:MonjayR@state.gov)*

**Official - SBU**
**UNCLASSIFIED**

**From:**          Koelling, Richard W
**Sent:**          Tue, 6 Aug 2019 13:37:04 -0400
**To:**            Foster, John A
**Subject:**       FW: USML Cats I-III Rule

Richard W. Koelling, Jr.
Chief, Country and End-user Analysis Division
Office of Defense Trade Controls Policy
Department of State
202-663-2828

**Official**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Monday, August 05, 2019 6:59 PM
**To:** Monjay, Robert; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule

Rob –                                                                                            - Jeff

Sensitive
This email is UNCLASSIFIED.

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,



Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email:* [MonjayR@state.gov](mailto:MonjayR@state.gov)

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Russell, Caroline R (T) |
| **Sent:** | Tue, 6 Aug 2019 17:09:53 -0400 |
| **To:** | Monjay, Robert |
| **Subject:** | FW: USML Cats I-III Rule |

Rob – any updates on this?  Tks, Caroline

Caroline Russell
Senior Advisor
Office of the Under Secretary for Arms Control and International Security
U.S. Department of State
202-736-7960


**Official - SBU**
**UNCLASSIFIED**

**From:** Tucker, Maureen E
**Sent:** Tuesday, August 06, 2019 9:44 AM
**To:** Russell, Caroline R (T); Fong, Isaac JY; Abisellan, Eduardo; Brechwald, Matthew J (T)
**Subject:** FW: USML Cats I-III Rule

Please stay synched on this as it moves forward, ensure we review any rollout plans, including coordination with H, and update T as appropriate.


**Official - SBU**
**UNCLASSIFIED**

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,





Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:** Kottmyer, Alice M
**Sent:** Wed, 7 Aug 2019 06:50:49 -0400
**To:** Frideres, Taryn F
**Cc:** Johnson, Clifton M;Dorosin, Joshua L;Kottmyer, Alice M
**Subject:** FW: USML Cats I-III Rule

Taryn,

This is new information regarding one of the rules mentioned in the *Unified Agenda* Action Memo (the firearms rule).

Thanks
Alice

**Official - SBU**
**UNCLASSIFIED**

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,



Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

██████████████████████
██████████████████████

**Official - SBU**
**UNCLASSIFIED**

**From:** Monjay, Robert
**Sent:** Wed, 7 Aug 2019 18:02:04 -0400
**To:** Russell, Caroline R (T)
**Subject:** RE: USML Cats I-III Rule

Not yet. I will make sure to keep you and the other T staff looped in as soon as we know more.

**Official - SBU**
**UNCLASSIFIED**

From: Russell, Caroline R (T)
Sent: Tuesday, August 06, 2019 5:10 PM
To: Monjay, Robert
Subject: FW: USML Cats I-III Rule

Rob – any updates on this?  Tks, Caroline

Caroline Russell
Senior Advisor
Office of the Under Secretary for Arms Control and International Security
U.S. Department of State
202-736-7960

**Official - SBU**
**UNCLASSIFIED**

From: Tucker, Maureen E
Sent: Tuesday, August 06, 2019 9:44 AM
To: Russell, Caroline R (T); Fong, Isaac JY; Abisellan, Eduardo; Brechwald, Matthew J (T)
Subject: FW: USML Cats I-III Rule

Please stay synched on this as it moves forward, ensure we review any rollout plans, including coordination with H, and update T as appropriate.

**Official - SBU**
**UNCLASSIFIED**

From: Monjay, Robert
Sent: Monday, August 05, 2019 6:13 PM
To: Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
Subject: USML Cats I-III Rule

All,



Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Williams, Veronica X |
| **Sent:** | Fri, 9 Aug 2019 09:32:49 -0400 |
| **To:** | Kottmyer, Alice M;Johnson, Clifton M;Dorosin, Joshua L |
| **Cc:** | Nightingale, Robert L;Legal-M-DL |
| **Subject:** | FW: Final: L/AM/D - The Department's Fall 2019 Unified Agenda Submission 201918955 UNCLASSIFIED |
| **Attachments:** | (F_545992) 201918955-FD.pdf, (FT_545993) 201918955-FD_Tab-1.pdf, (FT_545994) 201918955-FD_Tab-2.pdf, (FT_545995) 201918955-FD_Tab-3.pdf |

FINAL ACTION has been taken on Package 201918955 The Department's Fall 2019 Unified Agenda Submission

From: EverestMail
Sent: Friday, August 09, 2019 9:15 AM
To: Everest_C; Everest_CA; Everest_D; Everest_E; Everest_GPA; Everest_INR; Everest_J; Everest_L; Everest_M; Everest_P; Everest_PM; Everest_R; Everest_S; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP; Everest_T; SES_FrontOfficeOnly; PF-EverestE-Mai███████████
Subject: Final: L/AM/D - The Department's Fall 2019 Unified Agenda Submission 201918955 UNCLASSIFIED

**FOR:** D
**ORGANIZATION:** L
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:** The Department's Fall 2019 Unified Agenda Submission
**DOCTYPE:** Action Memo

**DEPARTMENT OF STATE**

**22 CFR Ch. I**

**Unified Agenda of Federal Regulatory and Deregulatory Actions**

**AGENCY:** Department of State.

**ACTION**: Semiannual regulatory agenda.

Consistent with the Regulatory Flexibility Act of 1980, 5 U.S.C. section 602, and OMB guidance to the Department of State pursuant to Executive Order 12866, the fall 2019 regulatory agenda is submitted. The purpose of the Agenda is to provide information to the public on the Department's regulatory plans.

The fall 2019 Agenda of the Department of State can be accessed by visiting www.reginfo.gov.

**FOR FURTHER INFORMATION**: Contact Alice Kottmyer, Office of the Legal Adviser, Office of Management, Department of State, Room 4325, 2201 C Street NW., Washington, DC 20520. Telephone (202) 647-2199.

**NAME:  Clifton Johnson,**

*Assistant Legal Adviser,*

*Office of the Legal Adviser,*

*Department of State.*

**Dated:**

Department of State
Delegation of Authority No. 401

## Delegation of Authority
## Submission of the Semi-Annual Unified Agenda

By virtue of the authority vested in the Secretary of State by the laws of the United States, including 22 U.S.C. §2651a, and delegated pursuant to Delegation of Authority 198, dated September 16, 1992, I hereby delegate to the Assistant Legal Adviser for Management, to the extent authorized by law, the authority to approve, and submit for publication in the *Federal Register*, the Department's semi-annual submission to the Unified Agenda of Regulatory and Deregulatory Actions.

Prior to submission of the Unified Agenda, the Assistant Legal Adviser shall ensure that the Office of the Under Secretary for Management and all other relevant offices have approved such submission.

Notwithstanding this delegation of authority, the authority delegated herein may be exercised by the Secretary, the Deputy Secretary, the Deputy Secretary for Management and Resources, and the Under Secretary for Management.

This document shall be published in the *Federal Register*.

August 2, 2016                                    [signed]
_____                    _____
Date                                                Patrick F. Kennedy,
                                                        Under Secretary for Management,
                                                        Department of State.

WASHSTATEB011945

**From:**              Monjay, Robert
**Sent:**              Tue, 13 Aug 2019 14:10:32 -0400
**To:**                  Kovar, Jeffrey D;Miller, Michael F;Windecker, Melissa A;Hart, Robert L;Koelling, Richard W;Tucker, Maureen E;Khawam, Joseph N;Darrach, Tamara A;Paul, Joshua M;Hamilton, Catherine E;Davis, Terry L;Kottmyer, Alice M;Russell, Caroline R (T);Minarich, Christine M;Abisellan, Eduardo;Schiller, Rachel C
**Cc:**                Foster, John A
**Subject:**        RE: USML Cats I-III Rule

All,



I am cc'ing John Foster who will be picking up the day to day on these rules after my departure from the Department next Thursday.

Thanks
Rob


**Official - SBU**
**UNCLASSIFIED**

---

**From:** Kovar, Jeffrey D
**Sent:** Monday, August 05, 2019 6:59 PM
**To:** Monjay, Robert; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule

Rob – 
- Jeff

Sensitive
This email is UNCLASSIFIED.

---

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,



Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*



**Official - SBU**
**UNCLASSIFIED**

WASHSTATEB011948

**From:** Kovar, Jeffrey D
**Sent:** Wed, 14 Aug 2019 09:40:04 -0400
**To:** Minarich, Christine M;Khawam, Joseph N
**Subject:** RE: USML Cats I-III Rule



Sensitive
This email is UNCLASSIFIED.

**From:** Monjay, Robert
**Sent:** Tuesday, August 13, 2019 2:11 PM
**To:** Kovar, Jeffrey D; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W;
Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E;
Davis, Terry L; Kottmyer, Alice M; Russell, Caroline R (T); Minarich, Christine M; Abisellan, Eduardo;
Schiller, Rachel C
**Cc:** Foster, John A
**Subject:** RE: USML Cats I-III Rule

All,



I am cc'ing John Foster who will be picking up the day to day on these rules after my departure from the Department next Thursday.

Thanks
Rob

**Official - SBU**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Monday, August 05, 2019 6:59 PM
**To:** Monjay, Robert; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule

Rob –

- Jeff

Sensitive
This email is UNCLASSIFIED.

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:**        Kovar, Jeffrey D
**Sent:**        Wed, 14 Aug 2019 09:44:16 -0400
**To:**          Monjay, Robert;Miller, Michael F;Windecker, Melissa A;Hart, Robert L;Koelling, Richard W;Tucker, Maureen E;Khawam, Joseph N;Darrach, Tamara A;Paul, Joshua M;Hamilton, Catherine E;Davis, Terry L;Kottmyer, Alice M;Russell, Caroline R (T);Minarich, Christine M;Abisellan, Eduardo;Schiller, Rachel C
**Cc:**          Foster, John A
**Subject:**     RE: USML Cats I-III Rule

Rob – 

          - Jeff


Sensitive
This email is UNCLASSIFIED.

---

**From:** Monjay, Robert
**Sent:** Tuesday, August 13, 2019 2:11 PM
**To:** Kovar, Jeffrey D; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Russell, Caroline R (T); Minarich, Christine M; Abisellan, Eduardo; Schiller, Rachel C
**Cc:** Foster, John A
**Subject:** RE: USML Cats I-III Rule

All,



I am cc'ing John Foster who will be picking up the day to day on these rules after my departure from the Department next Thursday.

Thanks
Rob

**Official - SBU**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Monday, August 05, 2019 6:59 PM
**To:** Monjay, Robert; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule

Rob – ███████████████████████████████████████████████████
█████████████████████████████ - Jeff

Sensitive
This email is UNCLASSIFIED.

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,





Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:**       Khawam, Joseph N
**Sent:**       Wed, 14 Aug 2019 15:32:19 -0400
**To:**         Kovar, Jeffrey D;Minarich, Christine M
**Subject:**    RE: USML Cats I-III Rule



**Official - SBU**
<span style="color:green">UNCLASSIFIED</span>

**From:** Kovar, Jeffrey D
**Sent:** Wednesday, August 14, 2019 9:40 AM
**To:** Minarich, Christine M; Khawam, Joseph N
**Subject:** RE: USML Cats I-III Rule



Sensitive
This email is UNCLASSIFIED.

**From:** Monjay, Robert
**Sent:** Tuesday, August 13, 2019 2:11 PM
**To:** Kovar, Jeffrey D; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Russell, Caroline R (T); Minarich, Christine M; Abisellan, Eduardo; Schiller, Rachel C
**Cc:** Foster, John A
**Subject:** RE: USML Cats I-III Rule

All,



I am cc'ing John Foster who will be picking up the day to day on these rules after my departure from the Department next Thursday.

Thanks
Rob


**Official - SBU**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Monday, August 05, 2019 6:59 PM
**To:** Monjay, Robert; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule

Rob —                                                                                    - Jeff


Sensitive
This email is UNCLASSIFIED.

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,



Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Wed, 14 Aug 2019 16:17:36 -0400
**To:** Khawam, Joseph N;Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule

Very helpful.  Thanks.

Sensitive
This email is UNCLASSIFIED.

---

**From:** Khawam, Joseph N
**Sent:** Wednesday, August 14, 2019 3:32 PM
**To:** Kovar, Jeffrey D; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule



**Official - SBU**
**UNCLASSIFIED**

---

**From:** Kovar, Jeffrey D
**Sent:** Wednesday, August 14, 2019 9:40 AM
**To:** Minarich, Christine M; Khawam, Joseph N
**Subject:** RE: USML Cats I-III Rule

Sensitive
This email is UNCLASSIFIED.

---

**From:** Monjay, Robert
**Sent:** Tuesday, August 13, 2019 2:11 PM
**To:** Kovar, Jeffrey D; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Russell, Caroline R (T); Minarich, Christine M; Abisellan, Eduardo; Schiller, Rachel C
**Cc:** Foster, John A
**Subject:** RE: USML Cats I-III Rule

All,



I am cc'ing John Foster who will be picking up the day to day on these rules after my departure from the Department next Thursday.

Thanks
Rob

**Official - SBU**
**UNCLASSIFIED**

---

**From:** Kovar, Jeffrey D
**Sent:** Monday, August 05, 2019 6:59 PM
**To:** Monjay, Robert; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry

L; Kottmyer, Alice M; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule

Rob –  - Jeff

Sensitive
This email is UNCLASSIFIED.

---

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
Phone: 202.663.2817
Email: MonjayR@state.gov

**Official - SBU**
**UNCLASSIFIED**

**From:**      Minarich, Christine M
**Sent:**      Mon, 19 Aug 2019 11:21:57 -0400
**To:**        Kovar, Jeffrey D;Khawam, Joseph N
**Subject:**   RE: USML Cats I-III Rule



Christine


**Official**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Wednesday, August 14, 2019 4:18 PM
**To:** Khawam, Joseph N; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule

Very helpful.  Thanks.


Sensitive
This email is UNCLASSIFIED.


**From:** Khawam, Joseph N
**Sent:** Wednesday, August 14, 2019 3:32 PM
**To:** Kovar, Jeffrey D; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule





**Official - SBU**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Wednesday, August 14, 2019 9:40 AM
**To:** Minarich, Christine M; Khawam, Joseph N
**Subject:** RE: USML Cats I-III Rule



Sensitive
This email is UNCLASSIFIED.

**From:** Monjay, Robert
**Sent:** Tuesday, August 13, 2019 2:11 PM
**To:** Kovar, Jeffrey D; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Russell, Caroline R (T); Minarich, Christine M; Abisellan, Eduardo; Schiller, Rachel C
**Cc:** Foster, John A
**Subject:** RE: USML Cats I-III Rule

All,





I am cc'ing John Foster who will be picking up the day to day on these rules after my departure from the Department next Thursday.

Thanks
Rob


**Official - SBU**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Monday, August 05, 2019 6:59 PM
**To:** Monjay, Robert; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule

Rob –                                                                                        Jeff


Sensitive
This email is UNCLASSIFIED.


**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,



Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:**      Kovar, Jeffrey D
**Sent:**      Mon, 19 Aug 2019 12:34:39 -0400
**To:**        Minarich, Christine M;Khawam, Joseph N
**Subject:**   RE: USML Cats I-III Rule



Sensitive
This email is UNCLASSIFIED.

**From:** Minarich, Christine M
**Sent:** Monday, August 19, 2019 11:22 AM
**To:** Kovar, Jeffrey D; Khawam, Joseph N
**Subject:** RE: USML Cats I-III Rule

Christine

**Official**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Wednesday, August 14, 2019 4:18 PM
**To:** Khawam, Joseph N; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule

Very helpful.  Thanks.

Sensitive

This email is UNCLASSIFIED.

---

**From:** Khawam, Joseph N
**Sent:** Wednesday, August 14, 2019 3:32 PM
**To:** Kovar, Jeffrey D; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule



**Official - SBU**
**UNCLASSIFIED**

---

**From:** Kovar, Jeffrey D
**Sent:** Wednesday, August 14, 2019 9:40 AM
**To:** Minarich, Christine M; Khawam, Joseph N
**Subject:** RE: USML Cats I-III Rule



Sensitive
This email is UNCLASSIFIED.

---

**From:** Monjay, Robert
**Sent:** Tuesday, August 13, 2019 2:11 PM
**To:** Kovar, Jeffrey D; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Russell, Caroline R (T); Minarich, Christine M; Abisellan, Eduardo; Schiller, Rachel C

**Cc:** Foster, John A
**Subject:** RE: USML Cats I-III Rule

All,



I am cc'ing John Foster who will be picking up the day to day on these rules after my departure from the Department next Thursday.

Thanks
Rob


**Official - SBU**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Monday, August 05, 2019 6:59 PM
**To:** Monjay, Robert; Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M; Minarich, Christine M
**Subject:** RE: USML Cats I-III Rule

Rob —                                                                                          - Jeff


Sensitive
This email is UNCLASSIFIED.

**From:** Monjay, Robert
**Sent:** Monday, August 05, 2019 6:13 PM
**To:** Miller, Michael F; Windecker, Melissa A; Hart, Robert L; Koelling, Richard W; Tucker, Maureen E; Khawam, Joseph N; Kovar, Jeffrey D; Darrach, Tamara A; Paul, Joshua M; Hamilton, Catherine E; Davis, Terry L; Kottmyer, Alice M
**Subject:** USML Cats I-III Rule

All,



Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Email: MonjayR@state.gov*

**Official - SBU**
**UNCLASSIFIED**

**From:**          Koelling, Richard W
**Sent:**          Fri, 13 Sep 2019 11:56:49 -0400
**To:**            Foster, John A
**Subject:**       FW: PM Final: AM for T: Amendment to the International Traffic in Arms
Regulations (ITAR): Revision of U.S. Munitions List (USML) Categories I, II and III
**Attachments:**   Tab 1 - Cat I-III Final FRN.docx, Tab 2 - Rule Statement on Cat I-III Final FRN.pdf,
Tab 3 - 02-22-19 Menendez Letter on Hold on CAT I-III Transfer.pdf, USML Cat I-III Final FRN - AM to
T.docx

Richard W. Koelling, Jr.
Chief, Country and End-user Analysis Division
Office of Defense Trade Controls Policy
Department of State
202-663-2828

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Friday, September 13, 2019 11:52 AM
To: Koelling, Richard W
Subject: FW: PM Final: AM for T: Amendment to the International Traffic in Arms Regulations (ITAR):
Revision of U.S. Munitions List (USML) Categories I, II and III

Dear Rick,

Just found it!

See attached.

Thanks,
Ashley

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, March 04, 2019 7:31 AM
To: DDTC Tasker DL
Cc: PM-Staffers Mailbox; Windecker, Melissa A; String, Marik A; Brown, Stanley L
Subject: PM Final: AM for T: Amendment to the International Traffic in Arms Regulations (ITAR):
Revision of U.S. Munitions List (USML) Categories I, II and III

Dear Colleagues,

The Action Memo at this link has been approved by SBO String and has been uploaded into Everest for further processing by T staff.

All the Best,

Kurosh Massoud Ansari
Staff Assistant
PM/FO SharePoint
202-647-5104
From: EverestMail
Sent: Monday, March 04, 2019 7:29 AM
To: Everest_PM
Subject: New S/ES 201910027 Voluntary Package for T delivered on 04-Mar-2019 07:30:00 AM

A new PM Package has been submitted.

**CLASSIFICATION:** U – Unclassified
**FOR:** T
**ORGANIZATION:**  PM
**CO-DRAFTER BUREAU:**
**SUBJECT:**  Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List (USML) Categories I, II and III
**DOCTYPE:**  Action Memo
**DELIVERY DATE:**  04-Mar-2019 07:30:00 AM
**EVENT DATE:**
**NOTES:**
**DESCRIPTION:**  PM seeks to publish a final rule in the Federal Register that revises Categories I, II and III of the USML to ensure the USML only includes items meriting the most stringent export control. Commerce will publish a companion rule describing control under the Export Administration Regulations (EAR).

**CREATED BY:**  PM


**Official**
**UNCLASSIFIED**

JAMES E. RISCH, IDAHO, CHAIRMAN

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

**United States Senate**

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) Removal of Firearms Exports from Congressional Information and Review
The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons. Congressional oversight must be retained.

2) Proliferation of 3D Gun Printing Technical Information

There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests. The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally. This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law. Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950. 3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily. Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control.  Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

Sincerely,

Robert Menendez
Ranking Member

CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

| | |
|---|---|
| **From:** | Paul, Joshua M |
| **Sent:** | Thu, 19 Sep 2019 08:38:13 -0400 |
| **To:** | Miller, Michael F;Koelling, Richard W |
| **Cc:** | PM-CPA-DL;Windecker, Melissa A |
| **Subject:** | Draft IM to S |
| **Attachments:** | IM to S on Rule Publicationv.1.1.docx |

**INTERNAL PREDECISIONAL – DRAFT**

Attached for your review. ███████████████████████████████
████████████████████████████████████████████████████

Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878


Sensitive
This email is UNCLASSIFIED.

| | |
|---|---|
| **From:** | Paul, Joshua M |
| **Sent:** | Mon, 23 Sep 2019 10:37:12 -0400 |
| **To:** | Miller, Michael F |
| **Subject:** | FW: Draft IM to S |
| **Attachments:** | IM to S on Rule Publicationv.1.1.docx |

██████████████████████████████████████████
██

Sensitive
This email is UNCLASSIFIED.

---

**From:** Paul, Joshua M
**Sent:** Thursday, September 19, 2019 8:38 AM
**To:** Miller, Michael F; Koelling, Richard W
**Cc:** PM-CPA-DL; Windecker, Melissa A
**Subject:** Draft IM to S

INTERNAL PREDECISIONAL – DRAFT

Attached for your review. ████████████████████████
██████████████████████████████████████████

Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878


Sensitive
This email is UNCLASSIFIED.

**From:**        Paul, Joshua M
**Sent:**        Tue, 24 Sep 2019 11:50:57 -0400
**To:**          Kovar, Jeffrey D;Minarich, Christine M;Ricci, Anthony;Khawam, Joseph N
**Cc:**          PM-CPA-DL;Miller, Michael F;Koelling, Richard W
**Subject:**     Initial Review: IM to S on Rule Publication
**Attachments:** IM to S on Rule Publicationv.1.1.docx

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition; ██████████

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

**From:**          Kovar, Jeffrey D
**Sent:**          Tue, 24 Sep 2019 15:32:56 -0400
**To:**            Khawam, Joseph N
**Subject:**       RE: Initial Review: IM to S on Rule Publication

Joe – have you had a chance to review and comment yet?

Sensitive
This email is UNCLASSIFIED.

---

**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition;

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

| | |
|---|---|
| **From:** | Khawam, Joseph N |
| **Sent:** | Tue, 24 Sep 2019 15:33:56 -0400 |
| **To:** | Kovar, Jeffrey D |
| **Subject:** | RE: Initial Review: IM to S on Rule Publication |

I am reviewing now and should have this to you shortly.

**Official - SBU**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Tuesday, September 24, 2019 3:33 PM
**To:** Khawam, Joseph N
**Subject:** RE: Initial Review: IM to S on Rule Publication

Joe – have you had a chance to review and comment yet?

Sensitive
This email is UNCLASSIFIED.

**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition; ███████

███████████████████████████████████████████████

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

| | |
|---|---|
| **From:** | Khawam, Joseph N |
| **Sent:** | Tue, 24 Sep 2019 17:44:44 -0400 |
| **To:** | Kovar, Jeffrey D |
| **Subject:** | RE: Initial Review: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.1.1.docx |

Hi Jeff:  Attached please find my proposed edits.

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Tuesday, September 24, 2019 3:33 PM
**To:** Khawam, Joseph N
**Subject:** RE: Initial Review: IM to S on Rule Publication

Joe – have you had a chance to review and comment yet?


Sensitive
This email is UNCLASSIFIED.


**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition; ████████

██████████████████████████████████████████

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

WASHSTATEB012082

| | |
|---|---|
| **From:** | Kovar, Jeffrey D |
| **Sent:** | Wed, 25 Sep 2019 09:42:58 -0400 |
| **To:** | Khawam, Joseph N |
| **Subject:** | RE: Initial Review: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.1.1.docx |

Joe – I've added some additional edits.  Take a look and let me know if you want to discuss.  We should also get Shawn Pompian to review – ███████████████████.  When you send it back let Josh P know that we will also need to get Josh D and  Marik to review.  Thanks - Jeff

Sensitive
This email is UNCLASSIFIED.

From: Khawam, Joseph N
Sent: Tuesday, September 24, 2019 5:45 PM
To: Kovar, Jeffrey D
Subject: RE: Initial Review: IM to S on Rule Publication

Hi Jeff:  Attached please find my proposed edits.

Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

From: Kovar, Jeffrey D
Sent: Tuesday, September 24, 2019 3:33 PM
To: Khawam, Joseph N
Subject: RE: Initial Review: IM to S on Rule Publication

Joe – have you had a chance to review and comment yet?

Sensitive
This email is UNCLASSIFIED.

From: Paul, Joshua M
Sent: Tuesday, September 24, 2019 11:51 AM
To: Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
Cc: PM-CPA-DL; Miller, Michael F; Koelling, Richard W
Subject: Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

**Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition;**

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

**From:**       Khawam, Joseph N
**Sent:**       Wed, 25 Sep 2019 10:44:08 -0400
**To:**         Kovar, Jeffrey D
**Subject:**    RE: Initial Review: IM to S on Rule Publication

Thanks, Jeff.  Will do.

**Official - SBU**
**UNCLASSIFIED**

From: Kovar, Jeffrey D
Sent: Wednesday, September 25, 2019 9:43 AM
To: Khawam, Joseph N
Subject: RE: Initial Review: IM to S on Rule Publication

Joe – I've added some additional edits.  Take a look and let me know if you want to discuss.  We should also get Shawn Pompian to review – ███████████████████████  When you send it back let Josh P know that we will also need to get Josh D and  Marik to review.  Thanks - Jeff

Sensitive
This email is UNCLASSIFIED.

From: Khawam, Joseph N
Sent: Tuesday, September 24, 2019 5:45 PM
To: Kovar, Jeffrey D
Subject: RE: Initial Review: IM to S on Rule Publication

Hi Jeff:  Attached please find my proposed edits.

Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

From: Kovar, Jeffrey D
Sent: Tuesday, September 24, 2019 3:33 PM
To: Khawam, Joseph N
Subject: RE: Initial Review: IM to S on Rule Publication

Joe – have you had a chance to review and comment yet?

Sensitive
This email is UNCLASSIFIED.

---

**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition; ████████
████████████████████████████████████████████████████████
████████████████████████████████████████

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

**From:** Khawam, Joseph N
**Sent:** Wed, 25 Sep 2019 10:45:31 -0400
**To:** Pompian, Shawn M
**Subject:** FW: Initial Review: IM to S on Rule Publication
**Attachments:** IM to S on Rule Publicationv.1.1.docx


Hi Shawn:  Jeff suggested that you may want to review this IM for S.  If you'd like more background on this issue, please feel free to give me a call.  There has been some movement over the last few weeks.

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

From: Kovar, Jeffrey D
Sent: Wednesday, September 25, 2019 9:43 AM
To: Khawam, Joseph N
Subject: RE: Initial Review: IM to S on Rule Publication

Joe – I've added some additional edits.  Take a look and let me know if you want to discuss.  We should also get Shawn Pompian to review – ███████████████████████.  When you send it back let Josh P know that we will also need to get Josh D and  Marik to review.  Thanks - Jeff


Sensitive
This email is UNCLASSIFIED.


From: Khawam, Joseph N
Sent: Tuesday, September 24, 2019 5:45 PM
To: Kovar, Jeffrey D
Subject: RE: Initial Review: IM to S on Rule Publication

Hi Jeff:  Attached please find my proposed edits.

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

From: Kovar, Jeffrey D
Sent: Tuesday, September 24, 2019 3:33 PM

**To:** Khawam, Joseph N
**Subject:** RE: Initial Review: IM to S on Rule Publication

Joe – have you had a chance to review and comment yet?

Sensitive
This email is UNCLASSIFIED.

---

**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition;

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

| | |
|---|---|
| **From:** | Khawam, Joseph N |
| **Sent:** | Wed, 25 Sep 2019 10:48:46 -0400 |
| **To:** | Paul, Joshua M |
| **Subject:** | RE: Initial Review: IM to S on Rule Publication |

Hi Josh: ███████████████████████████████ Would you have a copy of the Implementation Plan that you could share with us (either on the low or on the high side)?  I tried looking for it online, but couldn't find it.

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

---

**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition ███████████████████
███████████████████████████████████████████████
███████████████████████████████

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

**From:**        Paul, Joshua M
**Sent:**        Wed, 25 Sep 2019 11:19:11 -0400
**To:**          Khawam, Joseph N
**Subject:**     RE: Initial Review: IM to S on Rule Publication
**Attachments:**  20180711 - CAT Policy Implementation Plan.pdf, PCC adjudicated Task 2.14
FINAL.PDF

Certainly, here you go-

This document is UNCLASSIFIED when separated from SECRET attachment(s).
**Sensitivity:**       Sensitive
**Classification:**    SECRET
**Classified By:**     Joshua Paul, Director, CPA, PM/CPA, Dept of State
**Derived From:**      DSCG 11-01
**Declassify On:**     2029/09/25

**From:** Khawam, Joseph N
**Sent:** Wednesday, September 25, 2019 10:49 AM
**To:** Paul, Joshua M
**Subject:** RE: Initial Review: IM to S on Rule Publication

Hi Josh: ████████████████████████████  Would you have a copy of
the Implementation Plan that you could share with us (either on the low or on the high side)?  I tried
looking for it online, but couldn't find it.

Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition; ██████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

WASHSTATEB012103

**From:** Khawam, Joseph N
**Sent:** Thu, 26 Sep 2019 17:00:36 -0400
**To:** Pompian, Shawn M
**Subject:** RE: Initial Review: IM to S on Rule Publication
**Attachments:** IM to S on Rule Publicationv.1.1.docx

Hi Shawn: Just a reminder about this document.  If this is a bad time for you, I can return L/PM's edits to Josh and let him know you'd like to clear when circulated more broadly for clearance.  Just let me know.

Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

From: Khawam, Joseph N
Sent: Wednesday, September 25, 2019 10:46 AM
To: Pompian, Shawn M
Subject: FW: Initial Review: IM to S on Rule Publication

Hi Shawn:  Jeff suggested that you may want to review this IM for S.  If you'd like more background on this issue, please feel free to give me a call.  There has been some movement over the last few weeks.

Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

From: Kovar, Jeffrey D
Sent: Wednesday, September 25, 2019 9:43 AM
To: Khawam, Joseph N
Subject: RE: Initial Review: IM to S on Rule Publication

Joe – I've added some additional edits.  Take a look and let me know if you want to discuss.  We should also get Shawn Pompian to review – ████████████████████████.  When you send it back let Josh P know that we will also need to get Josh D and  Marik to review.  Thanks - Jeff

Sensitive
This email is UNCLASSIFIED.

**From:** Khawam, Joseph N
**Sent:** Tuesday, September 24, 2019 5:45 PM
**To:** Kovar, Jeffrey D
**Subject:** RE: Initial Review: IM to S on Rule Publication

Hi Jeff:  Attached please find my proposed edits.

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

**From:** Kovar, Jeffrey D
**Sent:** Tuesday, September 24, 2019 3:33 PM
**To:** Khawam, Joseph N
**Subject:** RE: Initial Review: IM to S on Rule Publication

Joe – have you had a chance to review and comment yet?


Sensitive
This email is UNCLASSIFIED.


**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition;

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

| | |
|---|---|
| **From:** | Pompian, Shawn M |
| **Sent:** | Thu, 26 Sep 2019 20:34:13 -0400 |
| **To:** | Khawam, Joseph N |
| **Cc:** | Padgett, Katherine |
| **Subject:** | RE: Initial Review: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.1.1 LLFA.DOCX |

With apologies for the delay in responding, comments from Kat and me are noted in the attached version. We suggested some potential additions and clarifications, but it is still likely to be a bit difficult to follow for the uninitiated.



In any event, please let us know if you would like to discuss.  Thanks,

Shawn


**Official - SBU**
**UNCLASSIFIED**

**From:** Khawam, Joseph N
**Sent:** Thursday, September 26, 2019 5:01 PM
**To:** Pompian, Shawn M
**Subject:** RE: Initial Review: IM to S on Rule Publication

Hi Shawn: Just a reminder about this document.  If this is a bad time for you, I can return L/PM's edits to Josh and let him know you'd like to clear when circulated more broadly for clearance.  Just let me know.

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

**From:** Khawam, Joseph N
**Sent:** Wednesday, September 25, 2019 10:46 AM
**To:** Pompian, Shawn M
**Subject:** FW: Initial Review: IM to S on Rule Publication

Hi Shawn:  Jeff suggested that you may want to review this IM for S.  If you'd like more background on this issue, please feel free to give me a call.  There has been some movement over the last few weeks.

Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

From: Kovar, Jeffrey D
Sent: Wednesday, September 25, 2019 9:43 AM
To: Khawam, Joseph N
Subject: RE: Initial Review: IM to S on Rule Publication

Joe – I've added some additional edits.  Take a look and let me know if you want to discuss.  We should also get Shawn Pompian to review – ███████████████████.  When you send it back let Josh P know that we will also need to get Josh D and  Marik to review.  Thanks - Jeff

Sensitive
This email is UNCLASSIFIED.

From: Khawam, Joseph N
Sent: Tuesday, September 24, 2019 5:45 PM
To: Kovar, Jeffrey D
Subject: RE: Initial Review: IM to S on Rule Publication

Hi Jeff:  Attached please find my proposed edits.

Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

From: Kovar, Jeffrey D
Sent: Tuesday, September 24, 2019 3:33 PM
To: Khawam, Joseph N
Subject: RE: Initial Review: IM to S on Rule Publication

Joe – have you had a chance to review and comment yet?

Sensitive
This email is UNCLASSIFIED.

**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition;

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

**From:** Khawam, Joseph N
**Sent:** Fri, 27 Sep 2019 12:26:40 -0400
**To:** Paul, Joshua M
**Subject:** RE: Initial Review: IM to S on Rule Publication
**Attachments:** IM to S on Rule Publicationv.1.1 LLFA.DOCX

Josh—As discussed, attached is the draft IM with L/PM's and L/LFA's comments and edits.  Please note that this doesn't reflect the updates from today.  We'd be happy to take another look after you've added the updates needed.  (We'll need to clear this through the L/FO when this comes around for clearance as well.)

Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition;

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

**From:**            Paul, Joshua M
**Sent:**            Fri, 27 Sep 2019 14:07:03 -0400
**To:**              Khawam, Joseph N
**Cc:**              Miller, Michael F
**Subject:**         RE: Initial Review: IM to S on Rule Publication
**Attachments:**     IM to S on Rule Publicationv.1.2.docx


Joe,

Thank you for your edits, 99% of which I have taken (I am wedded to the editorial comment with which the IM closes, at least for now).  I have amended the IM to reflect the current proposed path forward; kindly review and provide any further edits by COB in order that I may circulate this more broadly by OOB on Monday morning.

Thanks,

Josh


Sensitive
This email is UNCLASSIFIED.


From: Khawam, Joseph N
Sent: Friday, September 27, 2019 12:27 PM
To: Paul, Joshua M
Subject: RE: Initial Review: IM to S on Rule Publication

Josh—As discussed, attached is the draft IM with L/PM's and L/LFA's comments and edits.  Please note that this doesn't reflect the updates from today.  We'd be happy to take another look after you've added the updates needed.  (We'll need to clear this through the L/FO when this comes around for clearance as well.)

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

From: Paul, Joshua M
Sent: Tuesday, September 24, 2019 11:51 AM
To: Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
Cc: PM-CPA-DL; Miller, Michael F; Koelling, Richard W
Subject: Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition;

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

**From:** Khawam, Joseph N
**Sent:** Fri, 27 Sep 2019 16:28:18 -0400
**To:** Paul, Joshua M
**Subject:** RE: Initial Review: IM to S on Rule Publication

Will get you my edits in the next half hour.  I can send to Jeff and L/LFA when you circulate on Monday.

**Official - SBU**
**UNCLASSIFIED**

From: Paul, Joshua M
Sent: Friday, September 27, 2019 2:07 PM
To: Khawam, Joseph N
Cc: Miller, Michael F
Subject: RE: Initial Review: IM to S on Rule Publication

Joe,

Thank you for your edits, 99% of which I have taken (I am wedded to the editorial comment with which the IM closes, at least for now).  I have amended the IM to reflect the current proposed path forward; kindly review and provide any further edits by COB in order that I may circulate this more broadly by OOB on Monday morning.

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

From: Khawam, Joseph N
Sent: Friday, September 27, 2019 12:27 PM
To: Paul, Joshua M
Subject: RE: Initial Review: IM to S on Rule Publication

Josh—As discussed, attached is the draft IM with L/PM's and L/LFA's comments and edits.  Please note that this doesn't reflect the updates from today.  We'd be happy to take another look after you've added the updates needed.  (We'll need to clear this through the L/FO when this comes around for clearance as well.)

Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition; █████████

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

**From:**      Khawam, Joseph N
**Sent:**      Fri, 27 Sep 2019 16:52:51 -0400
**To:**        Paul, Joshua M
**Cc:**         Miller, Michael F
**Subject:**   RE: Initial Review: IM to S on Rule Publication
**Attachments:**   IM to S on Rule Publicationv.1.2.docx


Thanks, Josh.  Looks good.  I filled in the outstanding holes and had only minor additional edits.  As mentioned, I'll circulate to Jeff, L/LFA, and L/FO when you send around for broader clearance.  Please keep me on your email for broader clearance so that I can ensure we get all L clearances in a timely manner.


**Official - SBU**
**UNCLASSIFIED**

From: Paul, Joshua M
Sent: Friday, September 27, 2019 2:07 PM
To: Khawam, Joseph N
Cc: Miller, Michael F
Subject: RE: Initial Review: IM to S on Rule Publication

Joe,

Thank you for your edits, 99% of which I have taken (I am wedded to the editorial comment with which the IM closes, at least for now).  I have amended the IM to reflect the current proposed path forward; kindly review and provide any further edits by COB in order that I may circulate this more broadly by OOB on Monday morning.

Thanks,

Josh


Sensitive
This email is UNCLASSIFIED.


From: Khawam, Joseph N
Sent: Friday, September 27, 2019 12:27 PM
To: Paul, Joshua M
Subject: RE: Initial Review: IM to S on Rule Publication

Josh—As discussed, attached is the draft IM with L/PM's and L/LFA's comments and edits.  Please note that this doesn't reflect the updates from today.  We'd be happy to take another look after you've

added the updates needed.  (We'll need to clear this through the L/FO when this comes around for clearance as well.)

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

---

**From:** Paul, Joshua M
**Sent:** Tuesday, September 24, 2019 11:51 AM
**To:** Kovar, Jeffrey D; Minarich, Christine M; Ricci, Anthony; Khawam, Joseph N
**Cc:** PM-CPA-DL; Miller, Michael F; Koelling, Richard W
**Subject:** Initial Review: IM to S on Rule Publication

Dear L/PM Colleagues,

Attaching for your review and comments a draft IM to S on the pending Cats 1-3 transition;

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

**From:**         Khawam, Joseph N
**Sent:**         Mon, 30 Sep 2019 13:08:53 -0400
**To:**           Khawam, Joseph N
**Attachments:**  IM to S on Rule Publicationv.2.1 LLFA.docx


**Official - SBU**
**UNCLASSIFIED**

**From:**          Paul, Joshua M
**Sent:**          Fri, 4 Oct 2019 12:32:09 -0400
**To:**            Darrach, Tamara A
**Cc:**            Khawam, Joseph N;Minarich, Christine M
**Subject:**       RE: IM to S on Rule Publicationv.2.3 (1)
**Attachments:**   IM to S on Rule Publicationv.2.3 (1).docx

Hi,



Josh

Sensitive
This email is UNCLASSIFIED.

---

**From:** Darrach, Tamara A
**Sent:** Friday, October 04, 2019 8:46 AM
**To:** Paul, Joshua M
**Subject:** RE: IM to S on Rule Publicationv.2.3 (1)

Josh – Are you okay with this before I send to the FO?

Thanks,
Tamara

**Official**
**UNCLASSIFIED**

---

**From:** Paul, Joshua M
**Sent:** Wednesday, October 02, 2019 11:47 AM
**To:** Darrach, Tamara A
**Subject:** IM to S on Rule Publicationv.2.3 (1)

Tamara,

Here's the final as cleared by A/S Cooper for H to upload into Everest, as discussed.

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

WASHSTATEB012219

**From:** Minarich, Christine M
**Sent:** Fri, 4 Oct 2019 14:15:00 -0400
**To:** Paul, Joshua M;Darrach, Tamara A
**Cc:** Khawam, Joseph N
**Subject:** RE: IM to S on Rule Publicationv.2.3 (1)
**Attachments:** IM to S on Rule Publicationv.2.3 (1).docx

Tamara,
Since Joe is on A/L through Monday, ███████████████████████████
███████████████████████

Christine

**Official**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Friday, October 04, 2019 12:32 PM
**To:** Darrach, Tamara A
**Cc:** Khawam, Joseph N; Minarich, Christine M
**Subject:** RE: IM to S on Rule Publicationv.2.3 (1)

Hi,



Josh

Sensitive
This email is UNCLASSIFIED.

**From:** Darrach, Tamara A
**Sent:** Friday, October 04, 2019 8:46 AM
**To:** Paul, Joshua M
**Subject:** RE: IM to S on Rule Publicationv.2.3 (1)

Josh – Are you okay with this before I send to the FO? ██████████████
██████████████████████████

Thanks,
Tamara

**Official**
**UNCLASSIFIED**

From: Paul, Joshua M
Sent: Wednesday, October 02, 2019 11:47 AM
To: Darrach, Tamara A
Subject: IM to S on Rule Publicationv.2.3 (1)

Tamara,

Here's the final as cleared by A/S Cooper for H to upload into Everest, as discussed.

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

**From:**        Minarich, Christine M
**Sent:**        Tue, 8 Oct 2019 17:03:47 -0400
**To:**          Dorosin, Joshua L;Khawam, Joseph N
**Subject:**     FW: IM to S on Rule Publicationv.2.3 (1)
**Attachments:** IM to S on Rule Publicationv.2.3 (1).docx

As discussed today, this is the latest draft to the IM to S that I've seen.
Christine

**Official**
**UNCLASSIFIED**

**From:** Minarich, Christine M
**Sent:** Friday, October 04, 2019 2:15 PM
**To:** Paul, Joshua M; Darrach, Tamara A
**Cc:** Khawam, Joseph N
**Subject:** RE: IM to S on Rule Publicationv.2.3 (1)

Tamara,
Since Joe is on A/L through Monday,

Christine

**Official**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Friday, October 04, 2019 12:32 PM
**To:** Darrach, Tamara A
**Cc:** Khawam, Joseph N; Minarich, Christine M
**Subject:** RE: IM to S on Rule Publicationv.2.3 (1)

Hi,



Josh

Sensitive

This email is UNCLASSIFIED.

---

**From:** Darrach, Tamara A
**Sent:** Friday, October 04, 2019 8:46 AM
**To:** Paul, Joshua M
**Subject:** RE: IM to S on Rule Publicationv.2.3 (1)

Josh – Are you okay with this before I send to the FO? ███████████████
████████████████████████████████████████████

Thanks,
Tamara


**Official**
**UNCLASSIFIED**

---

**From:** Paul, Joshua M
**Sent:** Wednesday, October 02, 2019 11:47 AM
**To:** Darrach, Tamara A
**Subject:** IM to S on Rule Publicationv.2.3 (1)

Tamara,

Here's the final as cleared by A/S Cooper for H to upload into Everest, as discussed.

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

| From: | Minarich, Christine M |
|---|---|
| Sent: | Tue, 15 Oct 2019 09:57:06 -0400 |
| To: | Nightingale, Robert L |
| Cc: | Khawam, Joseph N;Kovar, Jeffrey D |
| Subject: | FW: IM to S on Rule Publicationv.2.3 (1) |
| Attachments: | IM to S on Rule Publicationv.2.3 (1).docx |

Robby,
This is the latest draft we've seen of the IM to S that Joe mentioned on the low side.
Christine

**Official**
**UNCLASSIFIED**

**From:** Minarich, Christine M
**Sent:** Tuesday, October 08, 2019 5:04 PM
**To:** Dorosin, Joshua L; Khawam, Joseph N
**Subject:** FW: IM to S on Rule Publicationv.2.3 (1)

As discussed today, this is the latest draft to the IM to S that I've seen.
Christine

**Official**
**UNCLASSIFIED**

**From:** Minarich, Christine M
**Sent:** Friday, October 04, 2019 2:15 PM
**To:** Paul, Joshua M; Darrach, Tamara A
**Cc:** Khawam, Joseph N
**Subject:** RE: IM to S on Rule Publicationv.2.3 (1)

Tamara,
Since Joe is on A/L through Monday, ███████████████████████
███████████████████████████████████

Christine

**Official**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Friday, October 04, 2019 12:32 PM
**To:** Darrach, Tamara A
**Cc:** Khawam, Joseph N; Minarich, Christine M
**Subject:** RE: IM to S on Rule Publicationv.2.3 (1)

Hi,



Josh

Sensitive
This email is UNCLASSIFIED.

**From:** Darrach, Tamara A
**Sent:** Friday, October 04, 2019 8:46 AM
**To:** Paul, Joshua M
**Subject:** RE: IM to S on Rule Publicationv.2.3 (1)

Josh – Are you okay with this before I send to the FO?

Thanks,
Tamara

**Official**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Wednesday, October 02, 2019 11:47 AM
**To:** Darrach, Tamara A
**Subject:** IM to S on Rule Publicationv.2.3 (1)

Tamara,

Here's the final as cleared by A/S Cooper for H to upload into Everest, as discussed.

Thanks,

Josh

Sensitive
This email is UNCLASSIFIED.

WASHSTATEB012250

| | |
|---|---|
| **From:** | Nightingale, Robert L |
| **Sent:** | Tue, 15 Oct 2019 11:42:52 -0400 |
| **To:** | Khawam, Joseph N;Minarich, Christine M |
| **Cc:** | Kovar, Jeffrey D |
| **Subject:** | FW: IM to S on Rule Publication - status? |
| **Attachments:** | IM to S on Rule Publicationv.2.3 (1).docx |

FYI

From: H-Staffers
Sent: Tuesday, October 15, 2019 11:36 AM
To: Nightingale, Robert L
Cc: Paul, Joshua M; Darrach, Tamara A; H-Staffers; PM-Staffers Mailbox
Subject: RE: IM to S on Rule Publication - status?

Hi Robby, latest version attached.

Thanks,

Mike

Michael A. Sanchez
Special Assistant, Bureau of Legislative Affairs (H)
HST 7805  Office: 202-647-9379   SanchezMA4@state.gov

**Official - SBU**
**UNCLASSIFIED**

From: Nightingale, Robert L
Sent: Tuesday, October 15, 2019 10:34 AM
To: H-Staffers; PM-Staffers Mailbox
Cc: Paul, Joshua M; Darrach, Tamara A
Subject: RE: IM to S on Rule Publication - status?

Thanks!  For our awareness, would you mind sending a copy of the latest draft?  Best, Robby

From: H-Staffers
Sent: Tuesday, October 15, 2019 10:27 AM
To: PM-Staffers Mailbox
Cc: Paul, Joshua M; Nightingale, Robert L; H-Staffers; Darrach, Tamara A
Subject: RE: IM to S on Rule Publication - status?

PM Colleagues-

This is with our PDAS.

Thanks,

Mike

Michael A. Sanchez
Special Assistant, Bureau of Legislative Affairs (H)
HST 7805  Office: 202-647-9379   SanchezMA4@state.gov


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, October 15, 2019 10:13 AM
To: Nightingale, Robert L; H-Staffers
Cc: Paul, Joshua M
Subject: RE: IM to S on Rule Publication - status?

Hi Robert,

This item was sent to H Staffers for H review. H Staffers – can you let us know the status?

Thanks,
Ashley


**Official - SBU**
**UNCLASSIFIED**

From: Nightingale, Robert L
Sent: Tuesday, October 15, 2019 10:08 AM
To: PM-Staffers Mailbox
Subject: IM to S on Rule Publication - status?

Hi all,

I was wondering if the attached IM has gone up to S yet?  Thanks!

Best,
Robby

Robert Nightingale
Special Assistant
Office of the Legal Adviser

Department of State

WASHSTATEB012257

| From: | Nightingale, Robert L |
|---|---|
| Sent: | Tue, 15 Oct 2019 11:44:06 -0400 |
| To: | Dorosin, Joshua L |
| Subject: | FW: IM to S on Rule Publication - status? |
| Attachments: | IM to S on Rule Publicationv.2.3 (1).docx |

Josh, for your awareness as well.

From: Nightingale, Robert L
Sent: Tuesday, October 15, 2019 11:43 AM
To: Khawam, Joseph N; Minarich, Christine M
Cc: Kovar, Jeffrey D
Subject: FW: IM to S on Rule Publication - status?

FYI

From: H-Staffers
Sent: Tuesday, October 15, 2019 11:36 AM
To: Nightingale, Robert L
Cc: Paul, Joshua M; Darrach, Tamara A; H-Staffers; PM-Staffers Mailbox
Subject: RE: IM to S on Rule Publication - status?

Hi Robby, latest version attached.

Thanks,

Mike

Michael A. Sanchez
Special Assistant, Bureau of Legislative Affairs (H)
HST 7805  Office: 202-647-9379   SanchezMA4@state.gov

**Official - SBU**
**UNCLASSIFIED**

From: Nightingale, Robert L
Sent: Tuesday, October 15, 2019 10:34 AM
To: H-Staffers; PM-Staffers Mailbox
Cc: Paul, Joshua M; Darrach, Tamara A
Subject: RE: IM to S on Rule Publication - status?

Thanks!  For our awareness, would you mind sending a copy of the latest draft?  Best, Robby

From: H-Staffers
Sent: Tuesday, October 15, 2019 10:27 AM
To: PM-Staffers Mailbox
Cc: Paul, Joshua M; Nightingale, Robert L; H-Staffers; Darrach, Tamara A
Subject: RE: IM to S on Rule Publication - status?

PM Colleagues-

This is with our PDAS.

Thanks,

Mike

Michael A. Sanchez
Special Assistant, Bureau of Legislative Affairs (H)
HST 7805  Office: 202-647-9379   SanchezMA4@state.gov

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, October 15, 2019 10:13 AM
To: Nightingale, Robert L; H-Staffers
Cc: Paul, Joshua M
Subject: RE: IM to S on Rule Publication - status?

Hi Robert,

This item was sent to H Staffers for H review. H Staffers – can you let us know the status?

Thanks,
Ashley

**Official - SBU**
**UNCLASSIFIED**

From: Nightingale, Robert L
Sent: Tuesday, October 15, 2019 10:08 AM
To: PM-Staffers Mailbox
Subject: IM to S on Rule Publication - status?

Hi all,

I was wondering if the attached IM has gone up to S yet?  Thanks!

Best,
Robby

Robert Nightingale
Special Assistant
Office of the Legal Adviser
Department of State

| From: | Kovar, Jeffrey D |
|---|---|
| Sent: | Tue, 15 Oct 2019 14:45:09 -0400 |
| To: | Nightingale, Robert L;Khawam, Joseph N;Minarich, Christine M |
| Subject: | RE: IM to S on Rule Publication - status? |
| Attachments: | IM to S on Rule Publicationv.2.3 (1).docx |

There are a couple of typos ████████████████████████████████
████████████████████████████████

Sensitive
This email is UNCLASSIFIED.

**From:** Nightingale, Robert L
**Sent:** Tuesday, October 15, 2019 11:43 AM
**To:** Khawam, Joseph N; Minarich, Christine M
**Cc:** Kovar, Jeffrey D
**Subject:** FW: IM to S on Rule Publication - status?

FYI

**From:** H-Staffers
**Sent:** Tuesday, October 15, 2019 11:36 AM
**To:** Nightingale, Robert L
**Cc:** Paul, Joshua M; Darrach, Tamara A; H-Staffers; PM-Staffers Mailbox
**Subject:** RE: IM to S on Rule Publication - status?

Hi Robby, latest version attached.

Thanks,

Mike

Michael A. Sanchez
Special Assistant, Bureau of Legislative Affairs (H)
HST 7805  Office: 202-647-9379   SanchezMA4@state.gov

**Official - SBU**
**UNCLASSIFIED**

**From:** Nightingale, Robert L
**Sent:** Tuesday, October 15, 2019 10:34 AM

To: H-Staffers; PM-Staffers Mailbox
Cc: Paul, Joshua M; Darrach, Tamara A
Subject: RE: IM to S on Rule Publication - status?

Thanks!  For our awareness, would you mind sending a copy of the latest draft?  Best, Robby

---

From: H-Staffers
Sent: Tuesday, October 15, 2019 10:27 AM
To: PM-Staffers Mailbox
Cc: Paul, Joshua M; Nightingale, Robert L; H-Staffers; Darrach, Tamara A
Subject: RE: IM to S on Rule Publication - status?

PM Colleagues-

This is with our PDAS.

Thanks,

Mike

Michael A. Sanchez
Special Assistant, Bureau of Legislative Affairs (H)
HST 7805  Office: 202-647-9379  SanchezMA4@state.gov


**Official - SBU**
**UNCLASSIFIED**

---

From: PM-Staffers Mailbox
Sent: Tuesday, October 15, 2019 10:13 AM
To: Nightingale, Robert L; H-Staffers
Cc: Paul, Joshua M
Subject: RE: IM to S on Rule Publication - status?

Hi Robert,

This item was sent to H Staffers for H review. H Staffers – can you let us know the status?

Thanks,
Ashley


**Official - SBU**
**UNCLASSIFIED**

From: Nightingale, Robert L
Sent: Tuesday, October 15, 2019 10:08 AM
To: PM-Staffers Mailbox
Subject: IM to S on Rule Publication - status?

Hi all,

I was wondering if the attached IM has gone up to S yet?  Thanks!

Best,
Robby

Robert Nightingale
Special Assistant
Office of the Legal Adviser
Department of State

**From:**          Paul, Joshua M
**Sent:**          Thu, 17 Oct 2019 14:56:23 -0400
**To:**            Darrach, Tamara A
**Cc:**            Kovar, Jeffrey D;Minarich, Christine M;Khawam, Joseph N
**Subject:**       RE: FYSA re 1-3
**Attachments:**   IM to S on Rule Publicationv.2.3 (1) (3) (2).docx

███████████████████████████████████████████████████ Cc'ing L.

Sensitive
This email is UNCLASSIFIED.

**From:** Darrach, Tamara A
**Sent:** Thursday, October 17, 2019 1:47 PM
**To:** Paul, Joshua M
**Subject:** RE: FYSA re 1-3

Josh – Happy to chat.  Are you okay with these edits?  Thanks!

**Official**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Thursday, October 17, 2019 9:26 AM
**To:** Darrach, Tamara A
**Subject:** FYSA re 1-3

Advised him to call as well.

Sensitive
This email is UNCLASSIFIED.

| | |
|---|---|
| **From:** | Kovar, Jeffrey D |
| **Sent:** | Thu, 17 Oct 2019 15:43:59 -0400 |
| **To:** | Paul, Joshua M;Darrach, Tamara A |
| **Cc:** | Minarich, Christine M;Khawam, Joseph N |
| **Subject:** | RE: FYSA re 1-3 |
| **Attachments:** | IM to S on Rule Publicationv.2.3 (1) (3) (2).docx |

Josh – a few last legal tweaks noted.  Thanks - Jeff

Sensitive
This email is UNCLASSIFIED.

**From:** Paul, Joshua M
**Sent:** Thursday, October 17, 2019 2:56 PM
**To:** Darrach, Tamara A
**Cc:** Kovar, Jeffrey D; Minarich, Christine M; Khawam, Joseph N
**Subject:** RE: FYSA re 1-3

Cc'ing L.

Sensitive
This email is UNCLASSIFIED.

**From:** Darrach, Tamara A
**Sent:** Thursday, October 17, 2019 1:47 PM
**To:** Paul, Joshua M
**Subject:** RE: FYSA re 1-3

Josh – Happy to chat.  Are you okay with these edits?  Thanks!

Official
UNCLASSIFIED

**From:** Paul, Joshua M
**Sent:** Thursday, October 17, 2019 9:26 AM
**To:** Darrach, Tamara A
**Subject:** FYSA re 1-3

Advised him to call as well.

Sensitive
This email is UNCLASSIFIED.

WASHSTATEB012288

**From:**          PM-Staffers Mailbox
**Sent:**          Fri, 8 Nov 2019 11:35:21 -0500
**To:**            Cooper, R. Clarke
**Cc:**             PM-Staffers Mailbox;Windecker, Melissa A
**Subject:**       URGENT for Cooper: 1-3 USML AM for S
**Importance:**    High


Dear Sir,

Please see here the AM to S. Tab 1 and the Reuters article are flipping to the high side.  If we don't receive by 11:30, we will ask H to send a high side copy and we will scan the article on the high side.

All the Best,

Janet Alexander
Staff Assistant
PM/FO SharePoint
202-647-8089


**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Friday, November 08, 2019 11:23 AM
To: Betts, Timothy A
Cc: PM-Staffers Mailbox; Windecker, Melissa A
Subject: Urgent for Tim: 1-3 USML AM for S
Importance: High

Dear Tim

Please see here the AM to S. Tab 1 and the Reuters article are flipping to the high side.  If we don't receive by 11:30, we will ask H to send a high side copy and we will scan the article on the high side.

Thanks,
Erica


**Official - SBU**
**UNCLASSIFIED**

From: Windecker, Melissa A
Sent: Friday, November 08, 2019 11:19 AM
To: PM-Staffers Mailbox
Subject: RE: Urgent for Mel: 1-3 USML AM for S

This is clear—please annex the reuters article I sent at S Staff's request, please flip and include the letters with H's amendments, if that is not possible in the next 12 minutes please call H special Barz and ask for a high side copy.


**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Friday, November 08, 2019 11:09 AM
To: Windecker, Melissa A
Cc: PM-Staffers Mailbox
Subject: Urgent for Mel: 1-3 USML AM for S
Importance: High


Mel,

Please see here the AM to S. The other tab you requested is flipping.

Thanks,
Ashley


**Official**
**UNCLASSIFIED**

From: Wright, Markie A
Sent: Friday, November 08, 2019 10:58 AM
To: PM-Staffers Mailbox
Subject: FW: URGENT FLIP: 1-3 USML AM for S
Importance: High


**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, November 8, 2019 10:46 AM
**To:** IT Service Center <ITServiceCenter@state.gov>
**Cc:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Subject:** URGENT FLIP: 1-3 USML AM for S
**Importance:** High

Please flip to the PM-StaffersMailbox

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, November 8, 2019 10:41 AM

**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>; Hart, Robert L <HartRL@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** 1-3 USML AM for S
**Importance:** High

Attached please find the package for S to approve Congressional notification of changes to USML Categories 1-3.  Please let us know if there are any questions.

Have a good weekend-
Sarah

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

SENSITIVE BUT UNCLASSIFIED

Privacy/PII
This email is UNCLASSIFIED.

| | |
|---|---|
| **From:** | PM-Staffers Mailbox |
| **Sent:** | Fri, 8 Nov 2019 11:39:09 -0500 |
| **To:** | Cooper, R. Clarke |
| **Cc:** | Windecker, Melissa A;PM-Staffers Mailbox |
| **Subject:** | RE: URGENT for Cooper: 1-3 USML AM for S |

Dear Sir

FYI Tab 1 is correct and is the H version of the letters.  Tab 10 is the Reuters article.

Best,
Erica

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Friday, November 08, 2019 11:35 AM
To: Cooper, R. Clarke
Cc: PM-Staffers Mailbox; Windecker, Melissa A
Subject: URGENT for Cooper: 1-3 USML AM for S
Importance: High

Dear Sir,

Please see here the AM to S. Tab 1 and the Reuters article are flipping to the high side.  If we don't receive by 11:30, we will ask H to send a high side copy and we will scan the article on the high side.

All the Best,

Janet Alexander
Staff Assistant
PM/FO SharePoint
202-647-8089

**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Friday, November 08, 2019 11:23 AM
To: Betts, Timothy A
Cc: PM-Staffers Mailbox; Windecker, Melissa A
Subject: Urgent for Tim: 1-3 USML AM for S
Importance: High

Dear Tim

Please see here the AM to S. Tab 1 and the Reuters article are flipping to the high side.  If we don't receive by 11:30, we will ask H to send a high side copy and we will scan the article on the high side.

Thanks,
Erica


**Official - SBU**
**UNCLASSIFIED**

From: Windecker, Melissa A
Sent: Friday, November 08, 2019 11:19 AM
To: PM-Staffers Mailbox
Subject: RE: Urgent for Mel: 1-3 USML AM for S

This is clear—please annex the reuters article I sent at S Staff's request, please flip and include the letters with H's amendments, if that is not possible in the next 12 minutes please call H special Barz and ask for a high side copy.


**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Friday, November 08, 2019 11:09 AM
To: Windecker, Melissa A
Cc: PM-Staffers Mailbox
Subject: Urgent for Mel: 1-3 USML AM for S
Importance: High

Mel,

Please see here the AM to S. The other tab you requested is flipping.

Thanks,
Ashley


**Official**
**UNCLASSIFIED**

From: Wright, Markie A
Sent: Friday, November 08, 2019 10:58 AM
To: PM-Staffers Mailbox

WASHSTATEB012341

Subject: FW: URGENT FLIP: 1-3 USML AM for S
Importance: High

---

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, November 8, 2019 10:46 AM
**To:** IT Service Center <ITServiceCenter@state.gov>
**Cc:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Subject:** URGENT FLIP: 1-3 USML AM for S
**Importance:** High

Please flip to the PM-StaffersMailbox

---

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, November 8, 2019 10:41 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>; Hart, Robert L <HartRL@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** 1-3 USML AM for S
**Importance:** High

Attached please find the package for S to approve Congressional notification of changes to USML Categories 1-3.  Please let us know if there are any questions.

Have a good weekend-
Sarah

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

SENSITIVE BUT UNCLASSIFIED

Privacy/PII
This email is UNCLASSIFIED.

**From:**          Cooper, R. Clarke
**Sent:**          Fri, 8 Nov 2019 12:07:45 -0500
**To:**            PM-Staffers Mailbox;Heidema, Sarah J
**Cc:**            Windecker, Melissa A
**Subject:**       RE: URGENT for Cooper: 1-3 USML AM for S


Clear AM w/edits.

Regards,

**R. Clarke Cooper**
Assistant Secretary
Bureau of Political Military Affairs

COMM: 202.647.9022
SECRET: 648.4550

ENGAGE. ENHANCE. ENABLE.



**Official**
**UNCLASSIFIED**

---

From: PM-Staffers Mailbox
Sent: Friday, November 08, 2019 11:35 AM
To: Cooper, R. Clarke
Cc: PM-Staffers Mailbox; Windecker, Melissa A
Subject: URGENT for Cooper: 1-3 USML AM for S
Importance: High

Dear Sir,

Please see here the AM to S. Tab 1 and the Reuters article are flipping to the high side.  If we don't receive by 11:30, we will ask H to send a high side copy and we will scan the article on the high side.

All the Best,

Janet Alexander
Staff Assistant
PM/FO SharePoint
202-647-8089


**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Friday, November 08, 2019 11:23 AM
To: Betts, Timothy A
Cc: PM-Staffers Mailbox; Windecker, Melissa A
Subject: Urgent for Tim: 1-3 USML AM for S
Importance: High

Dear Tim

Please see here the AM to S. Tab 1 and the Reuters article are flipping to the high side.  If we don't receive by 11:30, we will ask H to send a high side copy and we will scan the article on the high side.

Thanks,
Erica


**Official - SBU**
**UNCLASSIFIED**

From: Windecker, Melissa A
Sent: Friday, November 08, 2019 11:19 AM
To: PM-Staffers Mailbox
Subject: RE: Urgent for Mel: 1-3 USML AM for S

This is clear—please annex the reuters article I sent at S Staff's request, please flip and include the letters with H's amendments, if that is not possible in the next 12 minutes please call H special Barz and ask for a high side copy.


**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Friday, November 08, 2019 11:09 AM
To: Windecker, Melissa A
Cc: PM-Staffers Mailbox
Subject: Urgent for Mel: 1-3 USML AM for S
Importance: High

Mel,

Please see here the AM to S. The other tab you requested is flipping.

Thanks,
Ashley

**Official**
**UNCLASSIFIED**

From: Wright, Markie A
Sent: Friday, November 08, 2019 10:58 AM
To: PM-Staffers Mailbox
Subject: FW: URGENT FLIP: 1-3 USML AM for S
Importance: High

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, November 8, 2019 10:46 AM
**To:** IT Service Center <ITServiceCenter@state.gov>
**Cc:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Subject:** URGENT FLIP: 1-3 USML AM for S
**Importance:** High

Please flip to the PM-StaffersMailbox

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, November 8, 2019 10:41 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>; Hart, Robert L <HartRL@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** 1-3 USML AM for S
**Importance:** High

Attached please find the package for S to approve Congressional notification of changes to USML Categories 1-3.  Please let us know if there are any questions.

Have a good weekend-
Sarah

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

SENSITIVE BUT UNCLASSIFIED

Privacy/PII
This email is UNCLASSIFIED.

WASHSTATEB012346

**From:**         PM-Staffers Mailbox
**Sent:**         Tue, 12 Nov 2019 12:37:06 -0500
**To:**           PM-DTCP-Tasking-DL
**Cc:**           PM-Staffers Mailbox
**Subject:**      PM FINAL : Notification to Congress of the Transfer of Certain Items from the
U.S. Munitions List (USML)
**Attachments:**  (F_566359) 201922930-FD.pdf


FYSA on FINAL.  S Approved.

All the Best,

Janet Alexander
Staff Assistant
PM/FO SharePoint
202-647-8089

From: EverestMail
Sent: Tuesday, November 12, 2019 12:08 PM
To: Everest_C; Everest_D; Everest_E; Everest_GPA; Everest_INR; Everest_J; Everest_M; Everest_P;
Everest_R; Everest_S; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP; Everest_T; Everest_PM;
Everest_L; Everest_ISN; Everest_H; SES_FrontOfficeOnly; PF-EverestE-Mai███████████
Subject: Final: PM/AM/S - Notification to Congress of the Transfer of Certain Items from the U.S.
Munitions List (USML) 201922930 UNCLASSIFIED

FINAL ACTION has been taken on Package 201922930 Notification to Congress of the Transfer
of Certain Items from the U.S. Munitions List (USML)

**FOR:** S
**ORGANIZATION:**  PM
**CO-DRAFTER BUREAU:**  H
**PACKAGE SUBJECT:**  Notification to Congress of the Transfer of Certain Items from the
U.S. Munitions List (USML)
**DOCTYPE:**  Action Memo

**LINK:**  201922930 FINAL DOCUMENT (READ-ONLY)

**Official**
**UNCLASSIFIED**

REC1|APPROVE|11-12-2019|S approved



201922930
**United States Department of State**

*Washington, D.C.   20520*

<u>UNCLASSIFIED</u>

November 8, 2019

## ACTION MEMO FOR THE SECRETARY

FROM:     PM – R. Clarke Cooper
          H – Mary Elizabeth Taylor

SUBJECT:  (SBU) Notification to Congress, Pursuant to Section 38(f)(1) of the Arms Export
          Control Act (AECA), of the Transfer of Certain Items from the U.S. Munitions
          List (USML)

BLUF:     (SBU) PM seeks to notify Congress of changes in the nature of controls over
          technical data being removed from the USML and transferred to control on the
          Commerce Control List (CCL).

### Recommendations
(SBU) That you authorize H to transmit the attached letters to Congress to provide a new
notification, pursuant to Section 38(f)(1) of the AECA, of the Department's intent to remove
certain items from the USML that no longer warrant State control under this Act.
(Approve/Disapprove by 11/19/19)


### Background
(U) Since 2010, the Department engaged in revising the USML into a "positive" list that
describes export controlled items using objective criteria, rather than broad, open-ended,
subjective, or design intent-based criteria.  Items not providing the United States with critical
military advantage and determined to no longer warrant USML control are being transferred to
the Department of Commerce.  As the most recent step in this effort, PM seeks your approval to
formally re-notify Congress of the proposed transfer of certain items from Categories I
(Firearms, Close Assault Weapons and Combat Shotguns), II (Guns and Armaments), and III
(Ammunition/Ordnance) from the USML to the CCL.  Section 38(f) of the AECA requires the
Department, as delegated from the President, to report to the Speaker of the House of
Representatives and to the Committee of Foreign Relations and the Committee on Banking,
Housing, and Urban Affairs of the Senate, items that no longer warrant State continued control
under the International Traffic in Arms Regulation (ITAR), including a description of the nature
of any controls to be imposed on such items under any other provision of law.  After the
Congressional Notification (CN) is complete, we will seek approval to publish the final rule, to
be effective 45 days after publication.  Commerce would publish their final rule simultaneously.

(SBU) PM previously notified Congress of the Department's intent to transfer jurisdictional
control over these items on February 4.  We are submitting a new notification because the
Commerce amended its draft companion rule to provide controls over 3-D printing technology
and software for certain items.  AECA Section 38(f)(1) requires that CNs regarding the removal

UNCLASSIFIED
-2-

of items from the USML "describe the nature of any controls to be imposed on that item under any other provision of law."

██████████████████████████████████████████████████████

(U) Section 38(a)(1) of the AECA authorizes the President to designate the defense articles and defense services which constitute the USML.  The President delegated this authority to the Secretary of State in E.O. 13637.

Attachments:

Tab 2:  Revised USML Categories I, II, and III
Tab 3:  Line-in/Line-out Comparison of Current USML Categories I, II, and III with these USML Categories as Revised
Tab 4:  Revised Commerce Companion Control Text
Tab 5:  Summary of Revisions to USML Categories I, II, and III
Tab 6:  Proposed Controls for Major Defense Equipment in Category III
Tab 7:  AM to T, Notification to Congress, dated 4 February 2019
Tab 8:  Summary of Conclusions for Small Group Meeting on Transfer of Categories I-III, 18 September 2019
Tab 9:  Summary of Conclusions for Small Group Meeting on Transfer of Categories I-III, 27 September 2019
Tab 10: Reuters Article on Gun Exports

Approved:      PM – R. Clarke Cooper

Drafted:       PM/DTCP:  Rick Koelling, ext. 3-2828 and cell: █████████

Clearances:    D              Brett Eggleston – OK
               P              Melanie Carter – OK
               S/P            Michael Urena – OK
               PM/DDTC        Michael Miller – OK
               PM/DTCP        Sarah Heidema – OK
               PM/DTCC        Julia Tulino – OK
               PM/DTCL        Catherine Hamilton – OK
               L/PM           Joe Khawam – OK
               L/M            Alice Kottmyer – OK
               PM/CPA         Josh Paul – OK
               ISN/CATR       Thomas Krueger – OK
               T              Maureen Tucker – OK
               H              Tamara Darrach – OK

**From:**       Abisellan, Eduardo
**Sent:**       Tue, 12 Nov 2019 17:49:51 -0500
**To:**         Ford, Christopher A
**Cc:**         Robbins, Hailey R (T);Brechwald, Matthew J (T)
**Subject:**    FYSA - Notification to Congress of the Transfer of Certain Items from the U.S. Munitions List (USML)
**Attachments:**   (R_565859) AM - USML Cat I-III 38(f) - AM to S v8 FINAL.DOCX, (S_565863) Tab 1 - Notification Letters to Congress v7 - G.DOCX, (S_565864) Tab 2 - Revised USML Categories I II and III - G.DOCX, (S_565872) Tab 3 - Line-inLine-out Comparison of Current USML Categories....docx, (S_565873) Tab 4 - Revised Department of Commerce Companion Control Text....docx, (S_565876) Tab 5 - Summary of Revisions to USML Categories I II and IIIv....docx, (S_565877) Tab 6 - Proposed Controls for Major Defense Equipment in Cate....docx, (S_565878) Tab 7 - AM to T Notification to Congress 20190204 - G.DOCX, (S_565880) Tab 8 - SOC for Small Group Meeting on Transfer of Categories....pdf, (S_565883) Tab 9 - SOC for Small Group Meeting on Transfer of Categories....pdf, (S_565884) Tab 10 article.pdf

Sir,

Vr/Ed

-----------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------



WASHSTATEB012352

**Official**
**UNCLASSIFIED**

# Exclusive: Trump administration moves closer to easing gun exports

WASHINGTON (Reuters) - The Trump administration has passed a key milestone in a long-delayed rule change that would make it easier to sell U.S. firearms outside the United States, including assault rifles and ammunition, people briefed on the matter told Reuters.

FILE PHOTO: AR-15 rifles are displayed for sale at the Guntoberfest gun show in Oaks, Pennsylvania, U.S., October 6, 2017. REUTERS/Joshua Roberts/File Photo

The proposed rule changes, which would move oversight of commercial firearm exports from the U.S. Department of State to the Department of Commerce, could be enacted as soon as the end of this year, the sources said late on Wednesday.

The move by President Donald Trump's administration may generate business for gun makers such as American Outdoor Brands (AOBC.O) and Sturm Ruger & Company (RGR.N) while increasing the sale of deadly weapons abroad. A relaxing of rules could increase foreign gun sales by as much as 20%, the National Shooting Sports Foundation (NSSF) has estimated.

While the State Department is primarily concerned with international threats to stability and maintains tight restrictions on weapons deals, the Commerce Department typically focuses on making it easier for U.S. companies to sell products overseas.

Since taking office, Trump has been a far more outspoken booster of U.S. weapons sales abroad than his recent predecessors, acting almost as a salesman for the U.S. defense industry, analysts have said. Any move that would boost arms sales is also likely to earn enthusiastic support from the influential National Rifle Association as Trump's re-election campaign heats up.

Critics, including some lawmakers and arms control advocates, have expressed concern that any easing of export rules could make powerful weapons of the type often used in U.S. mass shootings more accessible to criminal gangs and militant groups that Trump has vowed to fight.

"This change will undermine congressional oversight, exacerbate the risk of international gun violence, human rights abuses, and armed conflict, and put U.S. servicemen and women at risk from U.S. weapons that have fallen into the wrong hands," Rachel Stohl, a managing director at the Washington think tank the Stimson Center, said in a statement.

A review of the rules by multiple U.S. agencies including the Pentagon and the Department of Homeland Security concluded this week, the people said. Government records show the final rule was formally transmitted to the White House Office of Management and Budget on Oct. 23.

This week's close of the interagency comment period was a key milestone that enables the Trump administration to put lawmakers on notice of the intent to transfer formal oversight to the weapons sales from State to Commerce. Top officials at both departments still need to sign off on the issue before legislators can be notified.

Reuters first reported on the Trump administration's interest in the oversight shift in 2017 here The action is part of a broader Trump administration overhaul of weapons export policy here

The effort to streamline U.S. small arms export controls dates back to an Obama administration initiative begun in 2009 that was never translated into policy.

"The move would reduce the regulatory burden and make industry members more competitive in the global marketplace with out reducing oversight," said Lawrence Keane, head of government and public affairs for the NSSF trade group, adding "there is more oversight at the Commerce Department."

Representatives from the Commerce Department and budget office declined to comment.

## BEAT THE CLOCK

"The Administration continues to work through the interagency process with the Departments of State, Commerce, Homeland Security, Justice, and other stakeholders to reexamine longstanding polices and regulations to ensure that U.S. industries have every advantage in the global marketplace," a State Department spokesman said.

The U.S. House of Representatives has passed legislation that would prohibit the transfer of firearms export oversight to the Department of Commerce. But the bill containing the language, an annual defense policy bill called the National Defense Authorization (NDAA), has not passed the Senate and is not yet law.

If the Trump administration moves to notify legislators of the planned change in the coming weeks, it could be enacted before passage of the NDAA, one of the people said.

The Senate's version of the NDAA does not contain the same language as the House bill. The measure is being discussed by legislative staffs, the person said.

Domestic gun sales have risen in the past three months, according to estimates released on Tuesday by research consultancy Small Arms Analytics & Forecasting. Sales are flat at 10.8 million units when compared to the same period a year earlier, SAAF said in the estimate.

Reporting by Mike Stone and David Shapardson in Washington, D.C.; Editing by Chris Sanders and Bill Berkrot

Our Standards:The Thomson Reuters Trust Principles.

**From:**           PM-Staffers Mailbox
**Sent:**           Fri, 15 Nov 2019 11:33:52 -0500
**To:**             Heidema, Sarah J;Paul, Joshua M;Darrach, Tamara A;Khawam, Joseph N;PM-
CPA-DL;Kovar, Jeffrey D;Hart, Robert L
**Cc:**             PM-Staffers Mailbox
**Subject:**        FW: Notification to Congress of the Transfer of Certain Items from the U.S.
Munitions List (USML)
**Attachments:**    (R_565859) AM - USML Cat I-III 38(f) - AM to S v8 FINAL.DOCX, (S_565863) Tab 1
- Notification Letters to Congress v7 - G.DOCX, FW: URGENT: Please Flip to ClassNet

Colleagues,

In answer to your question on the low side, attached are the documents as sent to S_Specials and
uploaded to Everest.  The attached email is the Notification Letter as edited by H.  They cut some text
from the PM draft.


**Official - SBU**
**UNCLASSIFIED**

---

From: Lederman, Andrew R
Sent: Friday, November 08, 2019 12:57 PM
To: PM-Staffers Mailbox
Cc: Windecker, Melissa A; S_SpecialAssistants
Subject: RE: Notification to Congress of the Transfer of Certain Items from the U.S. Munitions List
(USML)


**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822



**Official - SBU**
This message is **UNCLASSIFIED** when separated from **SECRET** attachment(s)
Classified By: Andrew Lederman - Special Assistant , Office:S, Agency:U.S. Department of State
Declassify On: 11/8/2044
Reasons: Derived Per DSCG.

---

From: PM-Staffers Mailbox
Sent: Friday, November 08, 2019 12:47 PM
To: Lederman, Andrew R

Cc: Windecker, Melissa A; PM-Staffers Mailbox
Subject: Notification to Congress of the Transfer of Certain Items from the U.S. Munitions List (USML)

Andrew,

Please see attached for the AM to S: Notification to Congress of the Transfer of Certain Items from the U.S. Munitions List (USML) package.

All the Best,

Ashley MacPherson
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | PM-Staffers Mailbox |
| **Sent:** | Thu, 2 Jan 2020 12:27:29 -0500 |
| **To:** | Cooper, R. Clarke |
| **Cc:** | PM-Staffers Mailbox;Windecker, Melissa A |
| **Subject:** | For Cooper: AM to S: Cats I-III |

Sir,

Please see here an AM to S for your review and clearance. ███████████████████
███

Thanks,
Ashley


**Official**
**UNCLASSIFIED**

---

**From:** Windecker, Melissa A
**Sent:** Thursday, January 02, 2020 12:25 PM
**To:** PM-Staffers Mailbox
**Subject:** RE: For Mel: AM to S: Cats I-III

This is clear.

███████████████████████████████████████████████████
██████████████████████████████

**Official**
**UNCLASSIFIED**

---

**From:** PM-Staffers Mailbox
**Sent:** Thursday, January 02, 2020 12:14 PM
**To:** Windecker, Melissa A
**Cc:** PM-Staffers Mailbox
**Subject:** For Mel: AM to S: Cats I-III

Dear Mel,

Please see here an AM to S for your review and clearance. *20 attachments

All the Best,

Janet Alexander
Staff Assistant
PM/FO SharePoint

202-647-8089

**Official**
**UNCLASSIFIED**

---

From: Alston Jr. Reginald L
Sent: Thursday, January 02, 2020 12:02 PM
To: PM-Staffers Mailbox
Subject: Document Transfer INC000007454312

Dear Valued Customer,

Document Transfer Completed

Reginald Alston
ITSC/SDA

**Official**
**UNCLASSIFIED**


**Official**
**UNCLASSIFIED**

**From:**       Cooper, R. Clarke
**Sent:**       Thu, 2 Jan 2020 13:04:02 -0500
**To:**         PM-Staffers Mailbox
**Cc:**         Windecker, Melissa A
**Subject:**    RE: For Cooper: AM to S: Cats I-III


Clear AM with edits.  Presume Line aware of the volume of L submitted/available tabs?

*R. Clarke Cooper*
Assistant Secretary
Bureau of Political Military Affairs

COMM: 202.647.9022
SECRET: ██████

*ENGAGE, ENHANCE, ENABLE*


**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Thursday, January 02, 2020 12:27 PM
To: Cooper, R. Clarke
Cc: PM-Staffers Mailbox; Windecker, Melissa A
Subject: For Cooper: AM to S: Cats I-III

Sir,

Please see here an AM to S for your review and clearance. ███████████████████████
████

Thanks,
Ashley


**Official**
**UNCLASSIFIED**

From: Windecker, Melissa A
Sent: Thursday, January 02, 2020 12:25 PM
To: PM-Staffers Mailbox
Subject: RE: For Mel: AM to S: Cats I-III

This is clear.

**Official**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Thursday, January 02, 2020 12:14 PM
**To:** Windecker, Melissa A
**Cc:** PM-Staffers Mailbox
**Subject:** For Mel: AM to S: Cats I-III

Dear Mel,

Please see here an AM to S for your review and clearance. *20 attachments

All the Best,

Janet Alexander
Staff Assistant
PM/FO SharePoint
202-647-8089

**Official**
**UNCLASSIFIED**

**From:** Alston Jr. Reginald L
**Sent:** Thursday, January 02, 2020 12:02 PM
**To:** PM-Staffers Mailbox
**Subject:** Document Transfer INC000007454312

Dear Valued Customer,

Document Transfer Completed

Reginald Alston
ITSC/SDA

**Official**
**UNCLASSIFIED**

**Official**
**UNCLASSIFIED**

**From:** Windecker, Melissa A
**Sent:** Thu, 2 Jan 2020 15:52:03 -0500
**To:** Heidema, Sarah J
**Subject:** FW: PM FINAL: Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III

**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Thursday, January 02, 2020 2:27 PM
To: PM-DTCL-DL
Cc: PM-DTCL-Mgt; PM-Staffers Mailbox; Windecker, Melissa A
Subject: PM FINAL: Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III

Dear Colleagues,

The Action Memo at this link has been approved by A/S Cooper and has been uploaded into Everest for further processing by S staff.

All the Best,

Janet Alexander
Staff Assistant
PM/FO SharePoint
202-647-8089

From: EverestMail███████████ [mailto:EverestMail███████████]
Sent: Thursday, January 02, 2020 2:23 PM
To: Everest_PM
Cc: SES-Line_Only; PF-EverestE-Mail███████████
Subject: Package S/ES 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been received

Package S/ES 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been received by the Line at 02-Jan-2020 02:22:56 PM.

**CLASSIFICATION:** U – Unclassified
**FOR:** S
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**COPY TO:**

**SUBJECT:**  Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III
**REQUESTED ACTION:**  Action Memo
**CLEARANCES:**
**DELIVERY DATE:**  02-Jan-2020 01:40:00 PM
**EVENT DATE:**
**NOTES:**
**DESCRIPTION:**  PM seeks your approval to publish a final rule revising U.S. Munitions List (USML) Categories I, II and III (i.e., controls on firearms and related items). We also seek your approval on a way forward given ████████████████████████████████ Sen. Menendez's hold on the action until his last concern is addressed.

**CREATED BY:**  PM

**LINK:**  202000035 Package

*Please note that this link will expire 2 weeks after the e-mail is sent, for security reasons.  If this link is expired, please use the **Advanced Search** to find the package by typing in the S/ES ID number.*

**Official**
**UNCLASSIFIED**

**From:**          PM-Staffers Mailbox
**Sent:**          Fri, 3 Jan 2020 08:01:32 -0500
**To:**            Heidema, Sarah J;Hart, Robert L;Noonan, Michael J
**Cc:**             PM-Staffers Mailbox;Windecker, Melissa A;Paul, Joshua M
**Subject:**        Please obtain T, R, GPA clearance
**Attachments:**    (R_576397) AM for S - USML Cat I-III Final FRN v9 010220.docx

DDTC colleagues,

Attached is the AM that was bounced from the Line. They made significant cuts to reduce it to two pages. As such – please work with T, R, and GPA to get clearance on this version of the document. It must stay at 2 pages.

All the Best,

Ashley MacPherson
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Paul, Joshua M |
| **Sent:** | Fri, 3 Jan 2020 08:04:31 -0500 |
| **To:** | R_Clearances;R_Special Assistants;GPA_Clearances |
| **Cc:** | Heidema, Sarah J;Noonan, Michael J;Hart, Robert L;PM-CPA-DL |
| **Subject:** | FW: Please obtain T, R, GPA clearance |
| **Attachments:** | (R_576397) AM for S - USML Cat I-III Final FRN v9 010220.docx |
| **Importance:** | High |

R and GPA colleagues,

Kindly clear on the attached AM to S, per the Line's request, at your earliest opportunity.

Thanks,

Josh

---

From: PM-Staffers Mailbox
Sent: Friday, January 03, 2020 8:02 AM
To: Heidema, Sarah J; Hart, Robert L; Noonan, Michael J
Cc: PM-Staffers Mailbox; Windecker, Melissa A; Paul, Joshua M
Subject: Please obtain T, R, GPA clearance

DDTC colleagues,

Attached is the AM that was bounced from the Line. They made significant cuts to reduce it to two pages. As such – please work with T, R, and GPA to get clearance on this version of the document. It must stay at 2 pages.

All the Best,

Ashley MacPherson
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

**From:**        Paul, Joshua M
**Sent:**        Fri, 3 Jan 2020 08:20:28 -0500
**To:**          Abisellan, Eduardo;Tucker, Maureen E;Brechwald, Matthew J (T)
**Cc:**          Heidema, Sarah J;Hart, Robert L;Noonan, Michael J;PM-CPA-DL
**Subject:**     FW: Please obtain T, R, GPA clearance
**Attachments:** (R_576397) AM for S - USML Cat I-III Final FRN v9 010220.docx
**Importance:**  High


Seeking T re-clearance on the attached, which the Line has cut down to fit within 2 pages.

From: Paul, Joshua M
Sent: Friday, January 03, 2020 8:05 AM
To: R_Clearances; R_Special Assistants; GPA_Clearances
Cc: Heidema, Sarah J; Noonan, Michael J; Hart, Robert L; PM-CPA-DL
Subject: FW: Please obtain T, R, GPA clearance
Importance: High

R and GPA colleagues,

Kindly clear on the attached AM to S, per the Line's request, at your earliest opportunity.

Thanks,

Josh

From: PM-Staffers Mailbox
Sent: Friday, January 03, 2020 8:02 AM
To: Heidema, Sarah J; Hart, Robert L; Noonan, Michael J
Cc: PM-Staffers Mailbox; Windecker, Melissa A; Paul, Joshua M
Subject: Please obtain T, R, GPA clearance

DDTC colleagues,

Attached is the AM that was bounced from the Line. They made significant cuts to reduce it to two pages. As such – please work with T, R, and GPA to get clearance on this version of the document. It must stay at 2 pages.

All the Best,

Ashley MacPherson
Staff Assistant
PM/FO SharePoint
202-647-5104


**Official - SBU**
**UNCLASSIFIED**

WASHSTATEB012646

**From:**       Abisellan, Eduardo
**Sent:**       Fri, 3 Jan 2020 09:14:27 -0500
**To:**         Paul, Joshua M;Tucker, Maureen E;Brechwald, Matthew J (T)
**Cc:**         Heidema, Sarah J;Hart, Robert L;Noonan, Michael J;PM-CPA-DL;Robbins, Hailey
R (T);Windecker, Melissa A
**Subject:**    RE: Please obtain T, R, GPA clearance
**Attachments:** (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx


Josh,

The attached contains A/S Ford's edits—one paragraph over two pages, but please convey to the line
that T wants the edits included.

Clear for T as edited.

Vr/Ed


**Official - SBU**
**UNCLASSIFIED**

From: Paul, Joshua M
Sent: Friday, January 03, 2020 8:20 AM
To: Abisellan, Eduardo; Tucker, Maureen E; Brechwald, Matthew J (T)
Cc: Heidema, Sarah J; Hart, Robert L; Noonan, Michael J; PM-CPA-DL
Subject: FW: Please obtain T, R, GPA clearance
Importance: High

Seeking T re-clearance on the attached, which the Line has cut down to fit within 2 pages.

From: Paul, Joshua M
Sent: Friday, January 03, 2020 8:05 AM
To: R_Clearances; R_Special Assistants; GPA_Clearances
Cc: Heidema, Sarah J; Noonan, Michael J; Hart, Robert L; PM-CPA-DL
Subject: FW: Please obtain T, R, GPA clearance
Importance: High

R and GPA colleagues,

Kindly clear on the attached AM to S, per the Line's request, at your earliest opportunity.

Thanks,

Josh

From: PM-Staffers Mailbox
Sent: Friday, January 03, 2020 8:02 AM

To: Heidema, Sarah J; Hart, Robert L; Noonan, Michael J
Cc: PM-Staffers Mailbox; Windecker, Melissa A; Paul, Joshua M
Subject: Please obtain T, R, GPA clearance

DDTC colleagues,

Attached is the AM that was bounced from the Line. They made significant cuts to reduce it to two pages. As such – please work with T, R, and GPA to get clearance on this version of the document. It must stay at 2 pages.

All the Best,

Ashley MacPherson
Staff Assistant
PM/FO SharePoint
202-647-5104


**Official - SBU**
**UNCLASSIFIED**

**From:**         Paul, Joshua M
**Sent:**         Fri, 3 Jan 2020 10:03:57 -0500
**To:**           PM-Staffers Mailbox
**Cc:**           Heidema, Sarah J;Hart, Robert L;Noonan, Michael J;Windecker, Melissa A;PM-
CPA-DL;Miller, Michael F
**Subject:**      FW: Please obtain T, R, GPA clearance
**Attachments:**  (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

T re-clears, but with the below insistence that this be allowed to exceed 2 pages. Defer to PM Staffers on how to handle; waiting for GPA only now. My minor grammatical edit on top of T edits reflected in the attached.

From: Abisellan, Eduardo
Sent: Friday, January 03, 2020 9:14 AM
To: Paul, Joshua M; Tucker, Maureen E; Brechwald, Matthew J (T)
Cc: Heidema, Sarah J; Hart, Robert L; Noonan, Michael J; PM-CPA-DL; Robbins, Hailey R (T); Windecker, Melissa A
Subject: RE: Please obtain T, R, GPA clearance

Josh,

The attached contains A/S Ford's edits—one paragraph over two pages, but please convey to the line that T wants the edits included.

Clear for T as edited.

Vr/Ed

**Official - SBU**
**UNCLASSIFIED**

From: Paul, Joshua M
Sent: Friday, January 03, 2020 8:20 AM
To: Abisellan, Eduardo; Tucker, Maureen E; Brechwald, Matthew J (T)
Cc: Heidema, Sarah J; Hart, Robert L; Noonan, Michael J; PM-CPA-DL
Subject: FW: Please obtain T, R, GPA clearance
Importance: High

Seeking T re-clearance on the attached, which the Line has cut down to fit within 2 pages.

From: Paul, Joshua M
Sent: Friday, January 03, 2020 8:05 AM
To: R_Clearances; R_Special Assistants; GPA_Clearances
Cc: Heidema, Sarah J; Noonan, Michael J; Hart, Robert L; PM-CPA-DL
Subject: FW: Please obtain T, R, GPA clearance
Importance: High

WASHSTATEB012656

R and GPA colleagues,

Kindly clear on the attached AM to S, per the Line's request, at your earliest opportunity.

Thanks,

Josh

From: PM-Staffers Mailbox
Sent: Friday, January 03, 2020 8:02 AM
To: Heidema, Sarah J; Hart, Robert L; Noonan, Michael J
Cc: PM-Staffers Mailbox; Windecker, Melissa A; Paul, Joshua M
Subject: Please obtain T, R, GPA clearance

DDTC colleagues,

Attached is the AM that was bounced from the Line. They made significant cuts to reduce it to two pages. As such – please work with T, R, and GPA to get clearance on this version of the document. It must stay at 2 pages.

All the Best,

Ashley MacPherson
Staff Assistant
PM/FO SharePoint
202-647-5104

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | PM-Staffers Mailbox |
| **Sent:** | Fri, 3 Jan 2020 16:04:00 -0500 |
| **To:** | PM-DTCP-Tasking-DL |
| **Cc:** | Windecker, Melissa A;PM-Staffers Mailbox;Abisellan, Eduardo |
| **Subject:** | PACKAGE RETURNED: Package 202000035 Amendment to the International |

Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been
returned for revision

**Attachments:**        (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx


Dear Colleagues,

Please see the below. S/ES has returned the package due to it having too many tabs. They ask that it is
reduced to 3 tabs max.

I have attached the AM that was uploaded into EV.

All the Best,

Janet Alexander
Staff Assistant
PM/FO SharePoint
202-647-8089

From: SES-Line_Only███████████ [mailto:SES-Line_Only███████████]
Sent: Friday, January 03, 2020 3:54 PM
To: Everest_PM
Cc: SES-Line_Only
Subject: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR):
Revision of U.S. Munitions List Categories I, II and III has been returned for revision

S/ES is returning this package to your bureau. If your bureau would like to, it may revise this
paper for resubmission through Everest. If your bureau does not wish to resubmit this package,
you may remove it from your workspace by opening the package and clicking the 'OBE/Save'
button. Please contact us at 7-8879 with any questions.

**NOTES:** 1/3/2020: <mark>Package arrived with 39 tabs. Please reduce to 3 tabs max.</mark>
**CLASSIFICATION:** U – Unclassified
**FOR:** S
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**COPY TO:**
**SUBJECT:**  Amendment to the International Traffic in Arms Regulations (ITAR): Revision of
U.S. Munitions List Categories I, II and III
**REQUESTED ACTION:**  Action Memo
**CLEARANCES:**
**DELIVERY DATE:**  02-Jan-2020 01:40:00 PM
**EVENT DATE:**

**DESCRIPTION:**  PM seeks your approval to publish a final rule revising U.S. Munitions List (USML) Categories I, II and III (i.e., controls on firearms and related items). We also seek your approval on a way forward given ███████████████████████████████████ Sen. Menendez's hold on the action until his last concern is addressed.

**CREATED BY:**  PM

**LINK:**  [202000035 Package](#)

*Please note that this link will expire 2 weeks after the e-mail is sent, for security reasons.  If this link is expired, please use the **Advanced Search** to find the package by typing in the S/ES ID number.*

**Official**
**UNCLASSIFIED**

**From:**            Windecker, Melissa A
**Sent:**            Fri, 3 Jan 2020 16:54:08 -0500
**To:**              PM-Staffers Mailbox;PM-DTCP-Tasking-DL
**Cc:**              Abisellan, Eduardo
**Subject:**         RE: PACKAGE RETURNED: Package 202000035 Amendment to the International
Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been
returned for revision


Colleagues, I have reached out to L on the low side to forward us the email where the size and number
of attachments was approved. Please take no action at this time.


**Official**
**UNCLASSIFIED**
─────────────────────────────────────────────────────────
From: PM-Staffers Mailbox
Sent: Friday, January 03, 2020 4:04 PM
To: PM-DTCP-Tasking-DL
Cc: Windecker, Melissa A; PM-Staffers Mailbox; Abisellan, Eduardo
Subject: PACKAGE RETURNED: Package 202000035 Amendment to the International Traffic in Arms
Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been returned for revision

Dear Colleagues,

Please see the below. S/ES has returned the package due to it having too many tabs. They ask that it is
reduced to 3 tabs max.

I have attached the AM that was uploaded into EV.

All the Best,

Janet Alexander
Staff Assistant
PM/FO SharePoint
202-647-8089

From: SES-Line_Only███████████  [mailto:SES-Line_Only███████████]
Sent: Friday, January 03, 2020 3:54 PM
To: Everest_PM
Cc: SES-Line_Only
Subject: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR):
Revision of U.S. Munitions List Categories I, II and III has been returned for revision

S/ES is returning this package to your bureau. If your bureau would like to, it may revise this
paper for resubmission through Everest. If your bureau does not wish to resubmit this package,
you may remove it from your workspace by opening the package and clicking the 'OBE/Save'
button. Please contact us at 7-8879 with any questions.

**NOTES:** 1/3/2020: <mark>Package arrived with 39 tabs. Please reduce to 3 tabs max.</mark>
**CLASSIFICATION:** U – Unclassified
**FOR:** S
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**COPY TO:**
**SUBJECT:**  Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III
**REQUESTED ACTION:**  Action Memo
**CLEARANCES:**
**DELIVERY DATE:**  02-Jan-2020 01:40:00 PM
**EVENT DATE:**
**DESCRIPTION:**  PM seeks your approval to publish a final rule revising U.S. Munitions List (USML) Categories I, II and III (i.e., controls on firearms and related items). We also seek your approval on a way forward given ██████████████████████████████ Sen. Menendez's hold on the action until his last concern is addressed.

**CREATED BY:**  PM

**LINK:**  202000035 Package

*Please note that this link will expire 2 weeks after the e-mail is sent, for security reasons.  If this link is expired, please use the **Advanced Search** to find the package by typing in the S/ES ID number.*

**Official**
**UNCLASSIFIED**

**From:**            Abisellan, Eduardo
**Sent:**            Fri, 3 Jan 2020 16:55:03 -0500
**To:**              Windecker, Melissa A;PM-Staffers Mailbox;PM-DTCP-Tasking-DL
**Subject:**         RE: PACKAGE RETURNED: Package 202000035 Amendment to the International
Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been
returned for revision


Thanks Mel.


**Official**
**UNCLASSIFIED**

---

From: Windecker, Melissa A
Sent: Friday, January 03, 2020 4:54 PM
To: PM-Staffers Mailbox; PM-DTCP-Tasking-DL
Cc: Abisellan, Eduardo
Subject: RE: PACKAGE RETURNED: Package 202000035 Amendment to the International Traffic in Arms
Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been returned for revision

Colleagues, I have reached out to L on the low side to forward us the email where the size and number
of attachments was approved. Please take no action at this time.


**Official**
**UNCLASSIFIED**

---

From: PM-Staffers Mailbox
Sent: Friday, January 03, 2020 4:04 PM
To: PM-DTCP-Tasking-DL
Cc: Windecker, Melissa A; PM-Staffers Mailbox; Abisellan, Eduardo
Subject: PACKAGE RETURNED: Package 202000035 Amendment to the International Traffic in Arms
Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been returned for revision

Dear Colleagues,

Please see the below. S/ES has returned the package due to it having too many tabs. They ask that it is
reduced to 3 tabs max.

I have attached the AM that was uploaded into EV.

All the Best,

Janet Alexander
Staff Assistant
PM/FO SharePoint
202-647-8089

From: SES-Line_Only ███████████ [mailto:SES-Line_Only ███████████]
Sent: Friday, January 03, 2020 3:54 PM
To: Everest_PM
Cc: SES-Line_Only
Subject: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been returned for revision

S/ES is returning this package to your bureau. If your bureau would like to, it may revise this paper for resubmission through Everest. If your bureau does not wish to resubmit this package, you may remove it from your workspace by opening the package and clicking the 'OBE/Save' button. Please contact us at 7-8879 with any questions.

**NOTES:** 1/3/2020: <mark>Package arrived with 39 tabs. Please reduce to 3 tabs max.</mark>
**CLASSIFICATION:** U – Unclassified
**FOR:** S
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**COPY TO:**
**SUBJECT:** Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III
**REQUESTED ACTION:** Action Memo
**CLEARANCES:**
**DELIVERY DATE:** 02-Jan-2020 01:40:00 PM
**EVENT DATE:**
**DESCRIPTION:** PM seeks your approval to publish a final rule revising U.S. Munitions List (USML) Categories I, II and III (i.e., controls on firearms and related items). We also seek your approval on a way forward given ████████████████████████████ Sen. Menendez's hold on the action until his last concern is addressed.

**CREATED BY:** PM

**LINK:** 202000035 Package

*Please note that this link will expire 2 weeks after the e-mail is sent, for security reasons. If this link is expired, please use the **Advanced Search** to find the package by typing in the S/ES ID number.*

**Official**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Harrison, Paula C |
| **Sent:** | Mon, 6 Jan 2020 13:12:16 -0500 |
| **To:** | Heidema, Sarah J;Koelling, Richard W;Hart, Robert L |
| **Cc:** | PM-DDTC-FrontOffice-Staff |
| **Subject:** | FW: New PM Tasker: ███████████████████ |

Hi DTCP.  The tasker says the topic is Cats I-III, which I assume is you.  Let me know.  Thanks!

**Official**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Monday, January 06, 2020 11:35 AM
To: PM-DDTC-FrontOffice-Staff
Cc: PM-Staffers Mailbox; Windecker, Melissa A
Subject: New PM Tasker: ████████████████

Dear Colleagues:

Please see new PM tasker for a ████████████████████████████████.

Please submit to PM-Staffers Mailbox by COB Tuesday, January 7.

Please follow instructions in the tasker and use proper templates.

All ClassNet taskers can be found here.

Please notify staffers if you have any questions or concerns.

Best,

Ashley MacPherson
Staff Assistant
PM/FO SharePoint
202-647-0561

**Official**
**UNCLASSIFIED**

**From:**         Nightingale, Robert L
**Sent:**         Mon, 6 Jan 2020 15:08:10 -0500
**To:**           Khawam, Joseph N
**Cc:**           Kovar, Jeffrey D
**Subject:**      FW: Package 202000035 Amendment to the International Traffic in Arms
Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Joe, FYSA.  There are 39 tabs for this package in Everest, so hopefully that should memorialize everything we'd wanted in the record.  Best, Robby

From: EverestMai███████████ [mailto:EverestMai███████████]
Sent: Monday, January 06, 2020 1:22 PM
To: Everest_PM
Cc: Everest_A; Everest_C; Everest_CGFS; Everest_DRL; Everest_GPA; Everest_H; Everest_INR;
Everest_ISN; Everest_L; Everest_P; Everest_PM; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP;
SES_FrontOfficeOnly; PF-EverestE-Mai███████████
Subject: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR):
Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR):
Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S on 06-Jan-
2020 01:22:09 PM.

**FOR:** S
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:** Amendment to the International Traffic in Arms Regulations (ITAR):
Revision of U.S. Munitions List Categories I, II and III
**DOCTYPE:** Action Memo

**LINK:** 202000035 Package

*Please note that the package link will expire 2 weeks after the e-mail is sent, for security
reasons.  If this link is expired, please use the* **Advanced Search** *to find the package by typing in
the S/ES ID number.*

| From: | Noonan, Michael J |
|---|---|
| Sent: | Mon, 6 Jan 2020 15:29:44 -0500 |
| To: | Heidema, Sarah J;Hart, Robert L |
| Cc: | Garcia, Mariel C |
| Subject: | FW: New PM Tasker: ██████████████████ |
| Attachments: | ███████████████  01 08 2019.docx |

First crack at I-III section for ████████████

Official - SBU
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Monday, January 06, 2020 12:34 PM
**To:** Garcia, Mariel C; Noonan, Michael J
**Subject:** FW: New PM Tasker: ██████████████████

Official
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Monday, January 06, 2020 11:35 AM
**To:** PM-DDTC-FrontOffice-Staff
**Cc:** PM-Staffers Mailbox; Windecker, Melissa A
**Subject:** New PM Tasker: ███████████████████

Dear Colleagues:

Please see new PM tasker for a ██████████████████████

Please submit to PM-Staffers Mailbox by COB Tuesday, January 7.

Please follow instructions in the tasker and use proper templates.

All ClassNet taskers can be found here.

Please notify staffers if you have any questions or concerns.

Best,

Ashley MacPherson
Staff Assistant
PM/FO SharePoint

202-647-0561

**Official**
**UNCLASSIFIED**

**From:** Khawam, Joseph N
**Sent:** Mon, 6 Jan 2020 18:14:56 -0500
**To:** Nightingale, Robert L
**Cc:** Kovar, Jeffrey D
**Subject:** RE: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Thanks, Robby.  That's probably right.  That's larger than the number of tabs and attachment to tabs, but we worked with PM to break up a few of the PDFs due to their file size, and I'm guessing the 39 number includes the broken up PDFs.

**Official - SBU**
**UNCLASSIFIED**

From: Nightingale, Robert L
Sent: Monday, January 06, 2020 3:08 PM
To: Khawam, Joseph N
Cc: Kovar, Jeffrey D
Subject: FW: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Joe, FYSA.  There are 39 tabs for this package in Everest, so hopefully that should memorialize everything we'd wanted in the record.  Best, Robby

From: EverestMai███████████ [mailto:EverestMai███████████]
Sent: Monday, January 06, 2020 1:22 PM
To: Everest_PM
Cc: Everest_A; Everest_C; Everest_CGFS; Everest_DRL; Everest_GPA; Everest_H; Everest_INR; Everest_ISN; Everest_L; Everest_P; Everest_PM; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP; SES_FrontOfficeOnly; PF-EverestE-Mail███████████
Subject: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S on 06-Jan-2020 01:22:09 PM.

**FOR:** S
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:** Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III
**DOCTYPE:** Action Memo

**LINK:** 202000035 Package

*Please note that the package link will expire 2 weeks after the e-mail is sent, for security reasons.  If this link is expired, please use the **Advanced Search** to find the package by typing in the S/ES ID number.*

| | |
|---|---|
| **From:** | Kovar, Jeffrey D |
| **Sent:** | Mon, 6 Jan 2020 19:24:04 -0500 |
| **To:** | Khawam, Joseph N |
| **Subject:** | RE: Package 202000035 Amendment to the International Traffic in Arms |

Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Probably worthwhile double checking it.  I can't use the link.

Sensitive
This email is UNCLASSIFIED.

From: Khawam, Joseph N
Sent: Monday, January 06, 2020 6:15 PM
To: Nightingale, Robert L
Cc: Kovar, Jeffrey D
Subject: RE: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR):
Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Thanks, Robby.  That's probably right.  That's larger than the number of tabs and attachment to tabs,
but we worked with PM to break up a few of the PDFs due to their file size, and I'm guessing the 39
number includes the broken up PDFs.

**Official - SBU**
**UNCLASSIFIED**

From: Nightingale, Robert L
Sent: Monday, January 06, 2020 3:08 PM
To: Khawam, Joseph N
Cc: Kovar, Jeffrey D
Subject: FW: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR):
Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Joe, FYSA.  There are 39 tabs for this package in Everest, so hopefully that should memorialize
everything we'd wanted in the record.  Best, Robby

From: EverestMai███████████  [mailto:EverestMai███████████]
Sent: Monday, January 06, 2020 1:22 PM
To: Everest_PM
Cc: Everest_A; Everest_C; Everest_CGFS; Everest_DRL; Everest_GPA; Everest_H; Everest_INR;
Everest_ISN; Everest_L; Everest_P; Everest_PM; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP;
SES_FrontOfficeOnly; PF-EverestE-Mai███████████
Subject: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR):
Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S on 06-Jan-2020 01:22:09 PM.

**FOR:** S
**ORGANIZATION:** PM
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:** Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III
**DOCTYPE:** Action Memo

**LINK:** 202000035 Package

*Please note that the package link will expire 2 weeks after the e-mail is sent, for security reasons. If this link is expired, please use the **Advanced Search** to find the package by typing in the S/ES ID number.*

**From:**       Lederman, Andrew R
**Sent:**       Tue, 7 Jan 2020 10:39:44 -0500
**To:**         Heidema, Sarah J;PM-Staffers Mailbox
**Cc:**         S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T
**Subject:**    (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx
**Attachments:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

███████████████████████████████████████████████████████

Thanks!

Drew
**Official - SBU**
<span style="color:green">**UNCLASSIFIED**</span>

**From:** Heidema, Sarah J
**Sent:** Tue, 7 Jan 2020 11:55:15 -0500
**To:** Lederman, Andrew R;PM-Staffers Mailbox
**Cc:** S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

██████████████████████████████████████████████████████

---

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 10:40 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

██████████████████████████████████████████████████████

Thanks!

Drew

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Lederman, Andrew R |
| **Sent:** | Tue, 7 Jan 2020 11:56:10 -0500 |
| **To:** | Heidema, Sarah J;PM-Staffers Mailbox |
| **Cc:** | S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T |
| **Subject:** | RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:55 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 10:40 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thanks!

Drew

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Heidema, Sarah J |
| **Sent:** | Tue, 7 Jan 2020 11:58:43 -0500 |
| **To:** | Lederman, Andrew R;PM-Staffers Mailbox |
| **Cc:** | S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T |
| **Subject:** | RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx |

███████████████████████████████████████████████████████

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 11:56 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

███████████████████████████████████

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:55 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

████████████████████████████████████████

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 10:40 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

Thanks!

Drew

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Lederman, Andrew R |
| **Sent:** | Tue, 7 Jan 2020 12:01:25 -0500 |
| **To:** | Heidema, Sarah J;PM-Staffers Mailbox |
| **Cc:** | S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T |
| **Subject:** | RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 |
| 010220.docx | |

Thanks.

Drew

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:59 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 11:56 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:55 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 10:40 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

Thanks!

Drew

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | PM-Staffers Mailbox |
| **Sent:** | Tue, 7 Jan 2020 12:15:55 -0500 |
| **To:** | Lederman, Andrew R;Heidema, Sarah J;Windecker, Melissa A |
| **Cc:** | S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T |
| **Subject:** | RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx |

+ Mel

**Official - SBU**
**UNCLASSIFIED**

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 12:01 PM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks.

Drew

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:59 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 11:56 AM

**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

████████████████████████████████████

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822


**Official - SBU**
UNCLASSIFIED

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:55 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

████████████████████████████████████

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 10:40 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

████████████████████████████████████

Thanks!

Drew

**Official - SBU**
UNCLASSIFIED

| | |
|---|---|
| **From:** | Lederman, Andrew R |
| **Sent:** | Tue, 7 Jan 2020 12:19:47 -0500 |
| **To:** | PM-Staffers Mailbox;Heidema, Sarah J;Windecker, Melissa A |
| **Cc:** | S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T |
| **Subject:** | RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx |

Thanks all, we have what we need.

Andrew R. Lederman
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

_____

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, January 07, 2020 12:16 PM
**To:** Lederman, Andrew R; Heidema, Sarah J; Windecker, Melissa A
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

+ Mel

**Official - SBU**
**UNCLASSIFIED**

_____

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 12:01 PM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

███████████████████████████████████████████████

Thanks.

Drew

Andrew R. Lederman
Special Assistant
Office of the Secretary

U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:59 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 11:56 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:55 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 10:40 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

Thanks!

Drew

**Official - SBU**
**UNCLASSIFIED**

| From: | Lederman, Andrew R |
| Sent: | Tue, 7 Jan 2020 13:18:56 -0500 |
| To: | PM-Staffers Mailbox;Heidema, Sarah J;Windecker, Melissa A |
| Cc: | S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T |
| Subject: | RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx |

███████████████████████████████████

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

From: Lederman, Andrew R
Sent: Tuesday, January 07, 2020 12:20 PM
To: PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A
Cc: S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
Subject: RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks all, we have what we need.

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, January 07, 2020 12:16 PM
To: Lederman, Andrew R; Heidema, Sarah J; Windecker, Melissa A
Cc: S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
Subject: RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

+ Mel

**Official - SBU**

**UNCLASSIFIED**

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 12:01 PM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks.

Drew

Andrew R. Lederman
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:59 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 11:56 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Andrew R. Lederman
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

---

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:55 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

---

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 10:40 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

Thanks!

Drew

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Khawam, Joseph N |
| **Sent:** | Wed, 8 Jan 2020 09:59:04 -0500 |
| **To:** | Nightingale, Robert L |
| **Subject:** | RE: Package 202000035 Amendment to the International Traffic in Arms |

Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Hi Robby:  Jeff asked me to double check that the correct attachments have been uploaded.  Is there a time I can swing by to check?

Thanks,
Joe

**From:** Kovar, Jeffrey D <KovarJD███████████>
**Sent:** Monday, January 6, 2020 7:24 PM
**To:** Khawam, Joseph N <KhawamJN███████████>
**Subject:** RE: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Probably worthwhile double checking it.  I can't use the link.

Sensitive
This email is UNCLASSIFIED.

From: Khawam, Joseph N
Sent: Monday, January 06, 2020 6:15 PM
To: Nightingale, Robert L
Cc: Kovar, Jeffrey D
Subject: RE: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Thanks, Robby.  That's probably right.  That's larger than the number of tabs and attachment to tabs, but we worked with PM to break up a few of the PDFs due to their file size, and I'm guessing the 39 number includes the broken up PDFs.

**Official - SBU**
**UNCLASSIFIED**

From: Nightingale, Robert L
Sent: Monday, January 06, 2020 3:08 PM
To: Khawam, Joseph N
Cc: Kovar, Jeffrey D
Subject: FW: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Joe, FYSA.  There are 39 tabs for this package in Everest, so hopefully that should memorialize everything we'd wanted in the record.  Best, Robby

From: EverestMail████████████ [mailto:EverestMail████████████]
Sent: Monday, January 06, 2020 1:22 PM
To: Everest_PM
Cc: Everest_A; Everest_C; Everest_CGFS; Everest_DRL; Everest_GPA; Everest_H; Everest_INR; Everest_ISN; Everest_L; Everest_P; Everest_PM; SES_FrontOfficeOnly; SES-Line_Only; Everest_SP; SES_FrontOfficeOnly; PF-EverestE-Mail████████████
Subject: Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S

Package 202000035 Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III has been forwarded on to S on 06-Jan-2020 01:22:09 PM.

**FOR:** S
**ORGANIZATION:**  PM
**CO-DRAFTER BUREAU:**
**PACKAGE SUBJECT:**  Amendment to the International Traffic in Arms Regulations (ITAR): Revision of U.S. Munitions List Categories I, II and III
**DOCTYPE:**  Action Memo

**LINK:**  202000035 Package

*Please note that the package link will expire 2 weeks after the e-mail is sent, for security reasons.  If this link is expired, please use the **Advanced Search** to find the package by typing in the S/ES ID number.*

| | |
|---|---|
| **From:** | Lederman, Andrew R |
| **Sent:** | Wed, 8 Jan 2020 11:38:14 -0500 |
| **To:** | PM-Staffers Mailbox;Heidema, Sarah J;Windecker, Melissa A |
| **Cc:** | S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T |
| **Subject:** | RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 |

010220.docx

Hi all,

Re-upping this for the group. Please let us know.

Thanks!

Drew

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
UNCLASSIFIED

From: Lederman, Andrew R
Sent: Tuesday, January 07, 2020 1:19 PM
To: PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A
Cc: S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
Subject: RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

████████████████████████████████████

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
UNCLASSIFIED

From: Lederman, Andrew R
Sent: Tuesday, January 07, 2020 12:20 PM
To: PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A

**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks all, we have what we need.

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822


**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, January 07, 2020 12:16 PM
**To:** Lederman, Andrew R; Heidema, Sarah J; Windecker, Melissa A
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

+ Mel


**Official - SBU**
**UNCLASSIFIED**

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 12:01 PM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks.

Drew

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822


**Official - SBU**

UNCLASSIFIED

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:59 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 11:56 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Andrew R. Lederman
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

Official - SBU
UNCLASSIFIED

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:55 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 10:40 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

Thanks!

Drew

**Official - SBU**
**UNCLASSIFIED**

| | |
|---|---|
| **From:** | Heidema, Sarah J |
| **Sent:** | Wed, 8 Jan 2020 12:00:54 -0500 |
| **To:** | Lederman, Andrew R;PM-Staffers Mailbox;Windecker, Melissa A |
| **Cc:** | S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T;Miller, Michael F |
| **Subject:** | RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 |

010220.docx



Copying DAS Miller here for anything else he has to add...

---

**From:** Lederman, Andrew R
**Sent:** Wednesday, January 08, 2020 11:38 AM
**To:** PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Hi all,

Re-upping this for the group. Please let us know.

Thanks!

Drew

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

---

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 1:19 PM
**To:** PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx



**Andrew R. Lederman**

Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

---

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 12:20 PM
**To:** PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks all, we have what we need.

Andrew R. Lederman
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

---

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, January 07, 2020 12:16 PM
**To:** Lederman, Andrew R; Heidema, Sarah J; Windecker, Melissa A
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

+ Mel

**Official - SBU**
**UNCLASSIFIED**

---

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 12:01 PM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks.

Drew

Andrew R. Lederman
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822


**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:59 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

███████████████████████████████████████████████████████

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 11:56 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

████████████████████████████████████████

Andrew R. Lederman
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822


**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:55 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

████████████████████████████████████████████████

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 10:40 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

Thanks!

Drew

**Official - SBU**
**UNCLASSIFIED**

**From:** Miller, Michael F
**Sent:** Wed, 8 Jan 2020 12:16:13 -0500
**To:** Heidema, Sarah J;Lederman, Andrew R;PM-Staffers Mailbox;Windecker, Melissa A
**Cc:** S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks Sarah, nothing to add for my part.


**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Wednesday, January 08, 2020 12:01 PM
**To:** Lederman, Andrew R; PM-Staffers Mailbox; Windecker, Melissa A
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T; Miller, Michael F
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Copying DAS Miller here for anything else he has to add...


**From:** Lederman, Andrew R
**Sent:** Wednesday, January 08, 2020 11:38 AM
**To:** PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Hi all,

Re-upping this for the group. Please let us know.

Thanks!

Drew

Andrew R. Lederman
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

From: Lederman, Andrew R
Sent: Tuesday, January 07, 2020 1:19 PM
To: PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A
Cc: S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
Subject: RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

███████████████████████████████████████

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

From: Lederman, Andrew R
Sent: Tuesday, January 07, 2020 12:20 PM
To: PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A
Cc: S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
Subject: RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks all, we have what we need.

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

From: PM-Staffers Mailbox
Sent: Tuesday, January 07, 2020 12:16 PM
To: Lederman, Andrew R; Heidema, Sarah J; Windecker, Melissa A
Cc: S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
Subject: RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

+ Mel

**Official - SBU**
**UNCLASSIFIED**

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 12:01 PM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

█████████████████████████████████████████████████████
███████

Thanks.

Drew

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822


**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:59 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

███████████████████████████████████████████████████
███████████████████████████████████        ██████

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 11:56 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

██████████████████████████████████████████

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State

202-647-6822

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:55 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 10:40 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

Thanks!

Drew

**Official - SBU**
**UNCLASSIFIED**

**From:** Lederman, Andrew R
**Sent:** Wed, 8 Jan 2020 12:22:39 -0500
**To:** Miller, Michael F;Heidema, Sarah J;PM-Staffers Mailbox;Windecker, Melissa A
**Cc:** S_SpecialAssistants;Buangan, Richard L;Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

DAS Miller and Sarah,

Thank you!

Drew

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

**Official - SBU**
**UNCLASSIFIED**

**From:** Miller, Michael F
**Sent:** Wednesday, January 08, 2020 12:16 PM
**To:** Heidema, Sarah J; Lederman, Andrew R; PM-Staffers Mailbox; Windecker, Melissa A
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks Sarah, nothing to add for my part.

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Wednesday, January 08, 2020 12:01 PM
**To:** Lederman, Andrew R; PM-Staffers Mailbox; Windecker, Melissa A
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T; Miller, Michael F
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Copying DAS Miller here for anything else he has to add...

From: Lederman, Andrew R
Sent: Wednesday, January 08, 2020 11:38 AM
To: PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A
Cc: S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
Subject: RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Hi all,

Re-upping this for the group. Please let us know.

Thanks!

Drew

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822


**Official - SBU**
UNCLASSIFIED

From: Lederman, Andrew R
Sent: Tuesday, January 07, 2020 1:19 PM
To: PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A
Cc: S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
Subject: RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822


**Official - SBU**
UNCLASSIFIED

From: Lederman, Andrew R
Sent: Tuesday, January 07, 2020 12:20 PM
To: PM-Staffers Mailbox; Heidema, Sarah J; Windecker, Melissa A
Cc: S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
Subject: RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks all, we have what we need.

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822


**Official - SBU**
**UNCLASSIFIED**

**From:** PM-Staffers Mailbox
**Sent:** Tuesday, January 07, 2020 12:16 PM
**To:** Lederman, Andrew R; Heidema, Sarah J; Windecker, Melissa A
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

+ Mel


**Official - SBU**
**UNCLASSIFIED**

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 12:01 PM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Thanks.

Drew

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822


**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:59 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 11:56 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Andrew R. Lederman
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

Official - SBU
UNCLASSIFIED

**From:** Heidema, Sarah J
**Sent:** Tuesday, January 07, 2020 11:55 AM
**To:** Lederman, Andrew R; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** RE: (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

**From:** Lederman, Andrew R
**Sent:** Tuesday, January 07, 2020 10:40 AM
**To:** Heidema, Sarah J; PM-Staffers Mailbox
**Cc:** S_SpecialAssistants; Buangan, Richard L; Scharpf, Norman T
**Subject:** (R_576644) (R_576397) AM for S - USML Cat I-III Final CF Edits v10 010220.docx

Sarah/PM Colleagues,

Thanks!

Drew

**Official - SBU**
<span style="color:green">**UNCLASSIFIED**</span>

**From:**           Garcia, Mariel C
**Sent:**           Mon, 13 Jan 2020 10:14:16 -0500
**To:**             Heidema, Sarah J
**Cc:**             Hart, Robert L
**Subject:**        DDTC - WAR Entry CATs I-III 20190113
**Attachments:**    WAR - DDTC 20190113.docx


Attached for your review and input.

Best,
Mariel

Mariel C. Garcia
Regulatory and Multilateral Affairs Division (DTCP/RMA)
Directorate of Defense Trade Controls (DDTC)
Bureau of Political Military Affairs (PM)
(202)663-2787

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Wed, 15 Jan 2020 10:13:16 -0500
**To:** Harrison, Paula C;Booker-Francis, Karen
**Cc:** Kringel, Neal F;Miller, Michael F
**Subject:** DTCP WAR



Sarah Heidema
Director
Office of Defense Trade Controls Policy
202-663-2809

**From:** Miller, Michael F
**Sent:** Wed, 15 Jan 2020 12:15:26 -0500
**To:** Heidema, Sarah J;Harrison, Paula C;Booker-Francis, Karen
**Cc:** Kringel, Neal F
**Subject:** RE: DTCP WAR

Thanks

**Official - SBU**
**UNCLASSIFIED**

**From:** Heidema, Sarah J
**Sent:** Wednesday, January 15, 2020 10:13 AM
**To:** Harrison, Paula C; Booker-Francis, Karen
**Cc:** Kringel, Neal F; Miller, Michael F
**Subject:** DTCP WAR



Sarah Heidema
Director
Office of Defense Trade Controls Policy
202-663-2809

## Heifferon, Christina M

| | |
|---|---|
| **From:** | Khawam, Joseph N ████████████████ |
| **Sent:** | Monday, September 30, 2019 4:11 PM |
| **To:** | Dorosin, Joshua L |
| **Cc:** | Kovar, Jeffrey D |
| **Subject:** | FW: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.2.1 LLFA.docx |

Josh:  Attached please find an IM for S for your review.  This relates to the removal of firearms and other items from Categories I-III of the USML and their transfer to the CCL. ████████████████ The IM has been reviewed by L/PM, L/LFA, and L/M.  PM has requested clearance by cob today, but please let me know if I should request more time.

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Monday, September 30, 2019 9:59 AM
**To:** Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter, Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL
**Subject:** IM to S on Rule Publication

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I am happy to answer any questions you may have.

Josh


Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878



Sensitive
This email is UNCLASSIFIED.

**Heiffernon, Christina M**

| | |
|---|---|
| **From:** | Khawam, Joseph N ███████████████ |
| **Sent:** | Monday, September 30, 2019 10:29 AM |
| **To:** | Foster, John A |
| **Subject:** | FW: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.2.1.docx |

Wanted to make sure you received this too.

**Official - SBU**
**UNCLASSIFIED**

---

**From:** Paul, Joshua M
**Sent:** Monday, September 30, 2019 9:59 AM
**To:** Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter, Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL
**Subject:** IM to S on Rule Publication

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I am happy to answer any questions you may have.

Josh

Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878

Sensitive
This email is UNCLASSIFIED.

**Heifferon, Christina M**

| | |
|---|---|
| **From:** | Khawam, Joseph N ▇▇▇▇▇▇▇ |
| **Sent:** | Monday, September 30, 2019 10:16 AM |
| **To:** | Kovar, Jeffrey D; Padgett, Katherine; Kottmyer, Alice M |
| **Cc:** | Pompian, Shawn M; Minarich, Christine M |
| **Subject:** | FW: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.2.1.docx |

Jeff, Kat, Alice:  Attached please find the draft IM for S on Cats I-III that I mentioned to all of you.  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ If possible, please send to me any edits by the early afternoon because I assume we'll need to run this by the L/FO.

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Monday, September 30, 2019 9:59 AM
**To:** Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter, Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL
**Subject:** IM to S on Rule Publication

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I am happy to answer any questions you may have.

Josh


Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878



Sensitive
This email is UNCLASSIFIED.

## Heifferon, Christina M

| | |
|---|---|
| **From:** | Miller, Michael F ████████████████████ |
| **Sent:** | Tuesday, October 1, 2019 1:50 PM |
| **To:** | Paul, Joshua M |
| **Cc:** | Heidema, Sarah J; Hart, Robert L; Koelling, Richard W |
| **Subject:** | FW: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.2.2.docx |

PRE-DECISIONAL

Thanks Josh – a few minor edits from me; thanks for taking this on.

MM

**Official - SBU**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Tuesday, October 01, 2019 10:38 AM
**To:** Eggleston, Brett A; Carter, Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; PM-CPA-DL
**Subject:** RE: IM to S on Rule Publication

D, M, P – kindly clear at your earliest convenience; latest version attached with clearances as noted.

Rick, can you kindly provide a number for this sentence? Thank you.

████████████████████████████████████████████████████████
████████████████████████████████████████████████

Sensitive
This email is UNCLASSIFIED.

**From:** Paul, Joshua M
**Sent:** Monday, September 30, 2019 9:59 AM
**To:** Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter, Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL
**Subject:** IM to S on Rule Publication

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I am happy to answer any questions you may have.

Josh


Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878


Sensitive
This email is UNCLASSIFIED.

**Heifferon, Christina M**

| | |
|---|---|
| **From:** | Paul, Joshua M ███████████████ |
| **Sent:** | Monday, September 30, 2019 9:59 AM |
| **To:** | Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter, Melanie R; M_Clearance |
| **Cc:** | Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL |
| **Subject:** | IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.2.1.docx |

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I am happy to answer any questions you may have.

Josh


Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878



Sensitive
This email is UNCLASSIFIED.

## Heifferon, Christina M

| | |
|---|---|
| **From:** | Khawam, Joseph N ███████████████ |
| **Sent:** | Monday, September 30, 2019 6:36 PM |
| **To:** | Paul, Joshua M |
| **Cc:** | Koelling, Richard W; Miller, Michael F; PM-CPA-DL |
| **Subject:** | RE: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.2.1 L Consolidated.docx |

Clear for L with attached edits.  This has been cleared through L/FO (Josh Dorosin), L/PM (Jeff Kovar), L/LFA (Shawn Pompian), and L/M (Alice Kottmyer).  Thanks.


**Official - SBU**
**UNCLASSIFIED**

---

**From:** Paul, Joshua M
**Sent:** Monday, September 30, 2019 9:59 AM
**To:** Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter, Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL
**Subject:** IM to S on Rule Publication

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I am happy to answer any questions you may have.

Josh


Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878



Sensitive
This email is UNCLASSIFIED.

**Heifferon, Christina M**

| | |
|---|---|
| **From:** | Dorosin, Joshua L ███████████████ |
| **Sent:** | Monday, September 30, 2019 5:35 PM |
| **To:** | Khawam, Joseph N |
| **Cc:** | Kovar, Jeffrey D |
| **Subject:** | RE: IM to S on Rule Publication |

Thanks Joe. ████████████████████████████████████████████████████████
████████████████████████████████████████ Otherwise looks good and I clear.  Best, Josh


Sensitive
This email is UNCLASSIFIED.


**From:** Khawam, Joseph N
**Sent:** Monday, September 30, 2019 4:11 PM
**To:** Dorosin, Joshua L
**Cc:** Kovar, Jeffrey D
**Subject:** FW: IM to S on Rule Publication

Josh:  Attached please find an IM for S for your review.  This relates to the removal of firearms and other items from
Categories I-III of the USML and their transfer to the CCL. ████████████████████████████████████████
████████████████████████████████████████ The IM has been reviewed by L/PM, L/LFA, and L/M.  PM
has requested clearance by cob today, but please let me know if I should request more time.

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Monday, September 30, 2019 9:59 AM
**To:** Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter,
Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL
**Subject:** IM to S on Rule Publication

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I
am happy to answer any questions you may have.

Josh


Josh Paul

Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878

Sensitive
This email is UNCLASSIFIED.

2

**Heifferon, Christina M**

| | |
|---|---|
| **From:** | Kovar, Jeffrey D ████████████ |
| **Sent:** | Monday, September 30, 2019 2:31 PM |
| **To:** | Kottmyer, Alice M; Khawam, Joseph N; Padgett, Katherine |
| **Cc:** | Pompian, Shawn M; Minarich, Christine M; Johnson, Clifton M |
| **Subject:** | RE: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.2.1 (3).docx |

A few additional edits marked.  Looks good.  Thanks.


Sensitive
This email is UNCLASSIFIED.


**From:** Kottmyer, Alice M
**Sent:** Monday, September 30, 2019 11:15 AM
**To:** Khawam, Joseph N; Kovar, Jeffrey D; Padgett, Katherine
**Cc:** Pompian, Shawn M; Minarich, Christine M; Johnson, Clifton M; Kottmyer, Alice M
**Subject:** RE: IM to S on Rule Publication

Joe,

I had an edit near the end.

Thanks


Alice Kottmyer
Attorney-Adviser | Office of Management
Office of the Legal Adviser
Department of State
202-647-2199 | *BB* ████████████




**Official - SBU**
**UNCLASSIFIED**

**From:** Khawam, Joseph N
**Sent:** Monday, September 30, 2019 10:16 AM
**To:** Kovar, Jeffrey D; Padgett, Katherine; Kottmyer, Alice M
**Cc:** Pompian, Shawn M; Minarich, Christine M
**Subject:** FW: IM to S on Rule Publication

Jeff, Kat, Alice:  Attached please find the draft IM for S on Cats I-III that I mentioned to all of you.  ████████████
████████████████████████████████████████████████████ If possible, please send to
me any edits by the early afternoon because I assume we'll need to run this by the L/FO.

Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

---

**From:** Paul, Joshua M
**Sent:** Monday, September 30, 2019 9:59 AM
**To:** Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter, Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL
**Subject:** IM to S on Rule Publication

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I am happy to answer any questions you may have.

Josh

Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878

Sensitive
This email is UNCLASSIFIED.

**Heifferon, Christina M**

| | |
|---|---|
| **From:** | Padgett, Katherine ████████████ |
| **Sent:** | Monday, September 30, 2019 11:51 AM |
| **To:** | Kottmyer, Alice M; Khawam, Joseph N; Kovar, Jeffrey D |
| **Cc:** | Pompian, Shawn M; Minarich, Christine M; Johnson, Clifton M |
| **Subject:** | RE: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.2.1 LLFA.docx |

Joe,

Please see L/LFA edits attached.

Thanks,
Kat

**Official - SBU**
**UNCLASSIFIED**

**From:** Kottmyer, Alice M
**Sent:** Monday, September 30, 2019 11:15 AM
**To:** Khawam, Joseph N; Kovar, Jeffrey D; Padgett, Katherine
**Cc:** Pompian, Shawn M; Minarich, Christine M; Johnson, Clifton M; Kottmyer, Alice M
**Subject:** RE: IM to S on Rule Publication

Joe,

I had an edit near the end.

Thanks

Alice Kottmyer
Attorney-Adviser | Office of Management
Office of the Legal Adviser
Department of State
202-647-2199 | *BB* ██████████

**Official - SBU**
**UNCLASSIFIED**

**From:** Khawam, Joseph N
**Sent:** Monday, September 30, 2019 10:16 AM
**To:** Kovar, Jeffrey D; Padgett, Katherine; Kottmyer, Alice M
**Cc:** Pompian, Shawn M; Minarich, Christine M
**Subject:** FW: IM to S on Rule Publication

WASHSTATEB013079

Jeff, Kat, Alice:  Attached please find the draft IM for S on Cats I-III that I mentioned to all of you. ███████████ If possible, please send to me any edits by the early afternoon because I assume we'll need to run this by the L/FO.

Thanks,
Joe


**Official - SBU**
**UNCLASSIFIED**

---

**From:** Paul, Joshua M
**Sent:** Monday, September 30, 2019 9:59 AM
**To:** Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter, Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL
**Subject:** IM to S on Rule Publication

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I am happy to answer any questions you may have.

Josh


Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878



Sensitive
This email is UNCLASSIFIED.

**Heifferon, Christina M**

| | |
|---|---|
| **From:** | Kottmyer, Alice M ███████████████████ |
| **Sent:** | Monday, September 30, 2019 11:22 AM |
| **To:** | Khawam, Joseph N; Kovar, Jeffrey D; Padgett, Katherine |
| **Cc:** | Pompian, Shawn M; Minarich, Christine M; Johnson, Clifton M; Kottmyer, Alice M |
| **Subject:** | RE: IM to S on Rule Publication |

Also, don't forget to fill in the "X"s in the paragraph near the bottom of the first page.

**Official - SBU**
**UNCLASSIFIED**

**From:** Kottmyer, Alice M
**Sent:** Monday, September 30, 2019 11:15 AM
**To:** Khawam, Joseph N; Kovar, Jeffrey D; Padgett, Katherine
**Cc:** Pompian, Shawn M; Minarich, Christine M; Johnson, Clifton M; Kottmyer, Alice M
**Subject:** RE: IM to S on Rule Publication

Joe,

I had an edit near the end.

Thanks

Alice Kottmyer
Attorney-Adviser | Office of Management
Office of the Legal Adviser
Department of State
202-647-2199 | *BB* ██████████████

**Official - SBU**
**UNCLASSIFIED**

**From:** Khawam, Joseph N
**Sent:** Monday, September 30, 2019 10:16 AM
**To:** Kovar, Jeffrey D; Padgett, Katherine; Kottmyer, Alice M
**Cc:** Pompian, Shawn M; Minarich, Christine M
**Subject:** FW: IM to S on Rule Publication

Jeff, Kat, Alice:  Attached please find the draft IM for S on Cats I-III that I mentioned to all of you. ███████████
████████████████████████████████████████████████████████ If possible, please send to
me any edits by the early afternoon because I assume we'll need to run this by the L/FO.

Thanks,

Joe

**Official - SBU**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Monday, September 30, 2019 9:59 AM
**To:** Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter, Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL
**Subject:** IM to S on Rule Publication

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I am happy to answer any questions you may have.

Josh


Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878


Sensitive
This email is UNCLASSIFIED.

## Heifferon, Christina M

| | |
|---|---|
| **From:** | Kottmyer, Alice M ████████████████████ |
| **Sent:** | Monday, September 30, 2019 11:15 AM |
| **To:** | Khawam, Joseph N; Kovar, Jeffrey D; Padgett, Katherine |
| **Cc:** | Pompian, Shawn M; Minarich, Christine M; Johnson, Clifton M; Kottmyer, Alice M |
| **Subject:** | RE: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.2.1.docx |

Joe,

I had an edit near the end.

Thanks

Alice Kottmyer
Attorney-Adviser | Office of Management
Office of the Legal Adviser
Department of State
202-647-2199 | *BB* ██████████████

**Official - SBU**
**UNCLASSIFIED**

**From:** Khawam, Joseph N
**Sent:** Monday, September 30, 2019 10:16 AM
**To:** Kovar, Jeffrey D; Padgett, Katherine; Kottmyer, Alice M
**Cc:** Pompian, Shawn M; Minarich, Christine M
**Subject:** FW: IM to S on Rule Publication

Jeff, Kat, Alice:  Attached please find the draft IM for S on Cats I-III that I mentioned to all of you.  ████████████████████ ████████████████████████████████████████████████ If possible, please send to me any edits by the early afternoon because I assume we'll need to run this by the L/FO.

Thanks,
Joe

**Official - SBU**
**UNCLASSIFIED**

**From:** Paul, Joshua M
**Sent:** Monday, September 30, 2019 9:59 AM
**To:** Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter, Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL
**Subject:** IM to S on Rule Publication

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I am happy to answer any questions you may have.

Josh


Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878



Sensitive
This email is UNCLASSIFIED.

**Heifferon, Christina M**

| | |
|---|---|
| **From:** | Paul, Joshua M ████████████████ |
| **Sent:** | Tuesday, October 1, 2019 10:38 AM |
| **To:** | Eggleston, Brett A; Carter, Melanie R; M_Clearance |
| **Cc:** | Koelling, Richard W; Miller, Michael F; PM-CPA-DL |
| **Subject:** | RE: IM to S on Rule Publication |
| **Attachments:** | IM to S on Rule Publicationv.2.2.docx |

D, M, P – kindly clear at your earliest convenience; latest version attached with clearances as noted.

Rick, can you kindly provide a number for this sentence? Thank you.

████████████████████████████████████████████████████

Sensitive
This email is UNCLASSIFIED.

---

**From:** Paul, Joshua M
**Sent:** Monday, September 30, 2019 9:59 AM
**To:** Darrach, Tamara A; Urena, Michael A; Abisellan, Eduardo; Brechwald, Matthew J (T); Eggleston, Brett A; Carter, Melanie R; M_Clearance
**Cc:** Koelling, Richard W; Miller, Michael F; Khawam, Joseph N; PM-CPA-DL
**Subject:** IM to S on Rule Publication

Dear all,

Kindly review the attached and provide clearance by COB today.  Would note that L has provided an initial review, and I am happy to answer any questions you may have.

Josh


Josh Paul
Director, Congressional & Public Affairs
Bureau of Political Military Affairs
(202) 647-7878


Sensitive
This email is UNCLASSIFIED.