Message

---

**From:** Monjay, Robert [MonjayR@state.gov]
**Sent:** 2/26/2019 8:56:33 PM
**To:** Minarich, Christine M [MinarichCM@state.gov]
**CC:** Kottmyer, Alice M [KottmyerAM@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; Rogers, Shana A [RogersSA2@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III
**Attachments:** USML Cat I-III FInal FRN - AM to T Revised LPM cmts RJM.docx

---

Christine,

████████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne

<ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ███████

███████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ███████████
*Email: MonjayR@state.gov*
████████████████████████████

**Official - SBU**
UNCLASSIFIED

Message

---

**From:** Kottmyer, Alice M [KottmyerAM@state.gov]
**Sent:** 2/26/2019 9:12:45 PM
**To:** Johnson, Clifton M [JohnsonCM5@state.gov]
**CC:** Dorosin, Joshua L [DorosinJL@state.gov]; Kottmyer, Alice M [KottmyerAM@state.gov]
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III
**Attachments:** USML Cat I-III FInal FRN - AM to T Revised LPM cmts RJM.docx; 02-22-19 Menendez Letter on Hold on CAT I-III Transfer.pdf

FYSA.

█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████

Alice

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ████████████
███████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ███████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* █████████
*Email: MonjayR@state.gov*

████████████████████

**Official - SBU**
UNCLASSIFIED

JAMES E. RISCH, IDAHO, CHAIRMAN

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

# United States Senate

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) <u>Removal of Firearms Exports from Congressional Information and Review</u>
The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

WASHSTATEC001708

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons. Congressional oversight must be retained.

2) <u>Proliferation of 3D Gun Printing Technical Information</u>
There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests. The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally. This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law. Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950. 3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily. Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control. Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

Sincerely,

Robert Menendez
Ranking Member

CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

Message

| | |
|---|---|
| **From**: | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent**: | 2/26/2019 9:29:30 PM |
| **To**: | Kovar, Jeffrey D [KovarJD@state.gov] |
| **CC**: | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject**: | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |

███████████████████████████████████████

**Official**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 4:27 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████████████████████

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd █████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T █████████

Thanks
Rob

*Robert J. Monjay*

*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ███████████
*Email: MonjayR@state.gov*
███████████████████

**Official - SBU**
UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Marquis, Matthew R [MarquisMR@state.gov] |
| **Sent:** | 2/26/2019 9:46:09 PM |
| **To:** | Windecker, Melissa A [WindeckerMA@state.gov]; PM-Strategy [PM-Strategy@state.gov] |
| **CC:** | PM-CPA [PM-CPA@state.gov]; Brown, Stanley L [BrownSL@state.gov]; O'Keefe, Kevin P [OKeefeKP@state.gov]; Miller, Michael F [Millermf@state.gov]; Mak, Daniella [MakD@state.gov]; Martin, Davette T [MartinDT@state.gov]; Dudding, Maria [DuddingM@state.gov]; Litzenberger,Earle D (Lee) [LitzenbergerED@state.gov]; Nute, Kathryn M [NuteKM3@state.gov]; McVerry, James [James.Mcverry.ctr@dla.mil]; String,Marik A [StringMA@state.gov]; Phalen, Susan A [PhalenSA@state.gov]; chandrawhalenlaw@gmail.com |
| **Subject:** | CPA MEDIA MONITORING: 26 February 2019 |



## Alerts for 26 February 2019

"3 ways Trump administration could show US cares about South Sudan", The United States and its allies — the United Kingdom and Norway — have expressed alarm at the escalating conflict but, for justifiable reasons, have refused to support a peace agreement that had no chance of succeeding. But naming the perpetrators of the conflict, labeling them as morally bankrupt, and withholding funding are not tantamount to an effective policy in the long term. In fact, the U.S. disengagement heightens suffering for the people of South Sudan.

"Bell out to win Australia's bid for special ops helicopters", The helicopters being offered for Australia's Land 2097 Phase 4 requirement will be commercial off the shelf, with kits developed to meet the majority of mission requirements spelled out in the RFI. These include air assault, intelligence-gathering, and troop transport. There is also a potential requirement for the helicopter to be weaponized in the future.

"Is the next Arab uprising happening in plain sight?", The simultaneous eruption and gathering momentum of the Algerian and Sudanese protests inevitably bring comparisons with the 2011 Arab uprisings. Could Algeria and Sudan be the trigger for a regionwide protest wave comparable to the one ignited by Tunisia's revolution? That may be the wrong question.

"I have no doubts US will step up military presence in Poland: defence minister", "We are not talking [with the United States] about whether the presence of the American army will be increased, only about how," Błaszczak said.

"Russia's Soft Strategy to Hostile Measures in Europe", Russia's soft strategy with hostile measures may also point to what the United States and its European allies could do to counter these measures. One broad solution to Russian hostile measures could be to address the vulnerabilities they target, such as measures by a range of U.S. government agencies to strengthen the rule of law, diminish ethnic tension, enhance cyber security, and create resilience to information campaigns.

"Ukraine begins Poroshenko impeachment process", Members of Ukraine's parliament have begun the process to impeach President Petro Poroshenko amid the fallout of an explosive report linking high-ranking defence officials to a corruption scandal.

"Vietnam eyes closer collaboration with U.S. in bomb, mine clearance", Vietnamese Deputy Prime Minister and Foreign Minister Pham Binh Minh said Tuesday that Vietnam and the United States should strengthen collaboration in bomb and mine clearance and in support for Agent Orange victims.

"The Latest: Mauritius ruling a 'tool' for Cyprus on UK bases", Cyprus' attorney general says a United Nations top court ruling on Mauritius is a "legal tool" the Cypriot government could use to negotiate the status of two British military bases on the east Mediterranean island nation.

"Saudi Arabia And The Dark Side Of Trump's Manufacturing Plan", "The president said ramping up arms sales was part of his plan to boost U.S. manufacturing jobs," Alexia Campbell wrote, "and it no longer seemed to matter what foreign militaries were doing with the weapons."

"African Women Surmount Obstacles to Redefine Their Countries' Militaries", As more women take on leadership roles across Africa's military, the prospects for representation appear to be growing. Fatuma Ahmed, Kenya's recently appointed major general, told Kenya CitizenTV that women in her country have accomplished a lot, but they're just getting started.

"Official: China Will Step Up Military, Diplomatic Pressure Against Taiwan", Taiwan will look to the United States, for help in standing up against China, Chiu said. The United States has announced two arms sales to Taiwan under U.S. President Donald Trump, and it regularly passes its naval ships in waters claimed by China. The White House last year condemned other countries for switching diplomatic allegiance from Taipei to Beijing.

"US weighs sending drones, military advisers to Burkina Faso after terror uptick", A defense official familiar with the figures tells CNN the assistance to the country grew from less than $5 million in fiscal year 2015 to about $30 million in fiscal year 2018. There are fewer than 50 US military personnel stationed in Burkina Faso

"Pakistan vows retaliation after Indian airstrikes, as hostilities rise between nuclear powers", Pakistan's Prime Minister Imran Khan has promised to retaliate against India after it conducted airstrikes on an alleged terrorist training camp across the Line of Control (LoC), the de facto border between India and Pakistan in the disputed Kashmir region, in a significant escalation of hostilities between the two nuclear armed powers.

"Shift in Small-Arms Export Approvals Opposed by a Top Democrat", The top Democrat on the Senate Foreign Relations Committee says he's intent on blocking the State Department from shifting regulation to the Commerce Department for exports of military-style firearms including certain pistols, semi-automatic rifles and related ammunition.

"US flying more reconnaissance flights off Venezuela, military sources say", Several US military officials continue to emphasize there are no military options actively being considered for the Venezuela crisis. For now, the US military would only contemplate a response if US assets, personnel or the embassy were attacked.

"ANALYSIS: China and South Korea's THAAD Dispute May Be Set to Reignite", For the time being, it seems that the contention over the THAAD deployment will not go away. Besides, South Korea will be under pressure to strengthen its military cooperation with the United States to counter China's rise in the region, at a time when Seoul may be considering integrating the alliance with the broader U.S. strategy in Northeast Asia beyond deterring North Korea.

"Avalon 2019: US increases industrial presence at Australian airshow", Australia's biggest US procurements during 2010 and 2017 include orders of Lockheed Martin F-35 fighter aircraft, Sikorsky-Lockheed Martin MH-60R Seahawk Romeo helicopters, Boeing E-7A Wedgetail airborne early warning and control aircraft, Boeing P-8A Poseidon maritime multi-mission aircraft, and Boeing CH-47F Chinook transport helicopters.

"Nepal a vital security partner: US", He also made it clear that the Indo-Pacific Strategy was in no way an alliance of countries or about asking Nepal to choose sides. "It is a strategy aimed at building capacity of Nepal to defend its own sovereignty. We want independent, prosperous and security-independent Nepal. That's our interest. That's your interest. That's our shared interest," he said.

WASHSTATEC001715

"America should not give aid to Pakistan until it stops harbouring terrorists: Nikki Haley", Haley, who has founded a new policy group 'Stand America Now' that will focus on how to keep the US safe, strong, and prosperous, wrote in an op-ed that when the US provides aid to nations, "it is more than fair to ask what the US gets in return for our generosity" but instead Pakistan routinely opposed the US position at the UN on several issues.

"INEC officials accuse Nigerian Army of disrupting elections in Rivers", Journalists, domestic and foreign observers were shocked on Monday at the Rivers East Senatorial District Collation Centre when INEC Officials narrated how soldiers of the 6 Division of the Nigerian Army invaded Collation Centre of Emohua Local Government Area and Ikwerre Local Government Area to snatch Presidential and National Assembly result sheets.

"Turkey says Russian S-400 defense system purchase done deal", Ankara's purchase of Russia's S-400 missile defense system is a done deal, Turkish Foreign Minister Mevlut Cavusoglu said on Tuesday, despite Washington's efforts to persuade Turkey to buy the U.S. Patriot system instead.

"Push to end U.S. support for Saudi war hits Senate setback", The Senate parliamentarian has ruled that the House resolution is not "privileged" in the Senate—a status that was expected to allow supporters to force a vote and pass it with only a simple majority despite steep objections from GOP leadership.

"Institutionalising India-US defence ties in American legislative precedents", Furthermore, as the Democrat-majority House of Representatives appropriates a stronger role in foreign policymaking, there will likely be stricter oversight on the US' global arms trade and a tightening of technology transfer processes. The brief offers recommendations for India's diplomatic engagement with the US in this climate.

"Precision AR-15 CAD Files for 3D Printing Released Via Twitter In Defiance Of New Jersey Threats", New Jersey's Attorney General, Gurbir Grewal, also went after codeisfreespeech.com and they've since stopped making their 3D files available as well while the suit is pending. In the mean time IvanTheTroll and his partner had a perfectly good set of precise CAD plans for every part of an AR-15 rifle. And on February 23 — yes, 223 — they released them.

"U.S. senators unconvinced by Saudi briefing, see Yemen war vote next week", U.S. senators said on Monday a Trump administration briefing had not changed opinions on the need to push back at Saudi Arabia over the murder of journalist Jamal Khashoggi and its conduct in the war in Yemen, and predicted a Senate vote on whether to end U.S. involvement in Yemen as soon as next week.

"Indian fighter jets cross into Pakistani territory, launch targeted airstrike", India's foreign secretary, Vijay Gokhale, told reporters that the strike targeted a training camp run by Jaish-e-Muhammad, the Pakistan-based militant group that claimed responsibility for the attack this month. He said a "large number" of militants were "eliminated" in the operation.

---

**Matthew Marquis**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

Phone:      202.647.6968
e-mail:     *MarquisMR@state.gov* |   Web: *www.state.gov/t/pm /* |Twitter: *@StateDeptPM*

Stay connected with *State.gov*:

WASHSTATEC001716



**Official**
UNCLASSIFIED

WASHSTATEC001717

Message

| | |
|---|---|
| **From**: | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent**: | 2/26/2019 10:10:44 PM |
| **To**: | Kovar, Jeffrey D [KovarJD@state.gov] |
| **CC**: | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject**: | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |
| **Attachments**: | USML Cat I-III FInal FRN - AM to T Revised LPM cmts RJM.docx |

Jeff,



Christine

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Rob,



Christine

**Official**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 4:27 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III



**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A

<RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

████████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ███████████
████████████████████████████████████████████████

Thank you
Rob

WASHSTATEC001719

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T █████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* █████████████
*Email: MonjayR@state.gov*
████████████████████████████

**Official - SBU**
UNCLASSIFIED

Message

**From:** Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:** 2/26/2019 10:31:12 PM
**To:** Rogers, Shana A [RogersSA2@state.gov]; Minarich, Christine M [MinarichCM@state.gov]
**Subject:** FW: CPA Media Monitoring: SEN Menendez: The Stopping the Traffic in Overseas Proliferation of Ghost Guns Act

███████

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, February 21, 2019 9:06 AM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: CPA Media Monitoring: SEN Menendez: The Stopping the Traffic in Overseas Proliferation of Ghost Guns Act

████████████████████████████████████████

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Wednesday, February 13, 2019 1:50 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>
**Subject:** RE: CPA Media Monitoring: SEN Menendez: The Stopping the Traffic in Overseas Proliferation of Ghost Guns Act

██████

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Wednesday, February 13, 2019 1:38 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>
**Subject:** RE: CPA Media Monitoring: SEN Menendez: The Stopping the Traffic in Overseas Proliferation of Ghost Guns Act

████████████████████████████████████████

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Wednesday, February 13, 2019 1:15 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>
**Subject:** RE: CPA Media Monitoring: SEN Menendez: The Stopping the Traffic in Overseas Proliferation of Ghost Guns Act

████████

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Wednesday, February 13, 2019 1:14 PM

**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>
**Subject:** RE: CPA Media Monitoring: SEN Menendez: The Stopping the Traffic in Overseas Proliferation of Ghost Guns Act

███████████

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Wednesday, February 13, 2019 1:12 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>
**Subject:** RE: CPA Media Monitoring: SEN Menendez: The Stopping the Traffic in Overseas Proliferation of Ghost Guns Act

████████████████████████████

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Wednesday, February 13, 2019 1:08 PM
**To:** Paul, Joshua M <PaulJM@state.gov>; PM-DTCP-Tasking-DL <PM-DTCP-Tasking-DL@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Miller, Michael F <Millermf@state.gov>; PM-DAS's <PM-DASs@state.gov>; Legal-PM-DL <Legal-PM-DL@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Schwab, Carol M <SchwabCM@state.gov>
**Subject:** RE: CPA Media Monitoring: SEN Menendez: The Stopping the Traffic in Overseas Proliferation of Ghost Guns Act

████████████████████████████

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 13, 2019 12:35 PM
**To:** PM-DTCP-Tasking-DL <PM-DTCP-Tasking-DL@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Miller, Michael F <Millermf@state.gov>; PM-DAS's <PM-DASs@state.gov>; Legal-PM-DL <Legal-PM-DL@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Schwab, Carol M <SchwabCM@state.gov>
**Subject:** RE: CPA Media Monitoring: SEN Menendez: The Stopping the Traffic in Overseas Proliferation of Ghost Guns Act

+L/PM & H – Bill text attached.

**From:** Paul, Joshua M
**Sent:** Wednesday, February 13, 2019 10:45 AM
**To:** PM-DTCP-Tasking-DL <PM-DTCP-Tasking-DL@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Miller, Michael F <Millermf@state.gov>; PM-DAS's <PM-DASs@state.gov>
**Subject:** CPA Media Monitoring: SEN Menendez: The Stopping the Traffic in Overseas Proliferation of Ghost Guns Act



CPA Note: Text of this bill is not yet available.

Menendez, Colleagues Introduce Bill to Block Trump Admin Push to Allow Unfettered Proliferation of Untraceable, 3D Printable Guns, Weaken Controls over Foreign Arms Sales

Tuesday, February 12, 2019

**WASHINGTON– U.S. Senator Bob Menendez (D-N.J.), Ranking Member of the Senate Foreign Relations Committee**, was joined today by **Senators Chris Murphy (D-Conn.), Ed Markey (D-Mass.), Ben Cardin (D-Md.), Dianne Feinstein (D-Ca.)** in introducing legislation to block the Trump Administration's efforts to weaken controls over foreign arms sales and allow for the unfettered proliferation of untraceable, virtually undetectable, 3D printable guns that threaten public safety.

The Trump Administration announced earlier this month that it has taken steps to transfer control of the export of semi-automatic pistols, assault-style rifles, sniper rifles and ammunition from the United States Munition List under the authority of the Department of State to the less-stringent controls of the Department of Commerce.  It would also transfer the control of the technical information and blueprints for 3D printing of nearly undetectable firearms to Commerce, where the lax regulations will facilitate the Internet publication worldwide.  These moves are also designed to strangle Congressional oversight.

"These changes defy common sense, undermine public safety and undercut our national security.  The only ones cheering these ill-advised moves are the NRA and U.S. gunmakers," **said Sen. Menendez**.  "Small arms and associated ammunition are uniquely lethal.  They are easily spread and easily modified, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world.  Every terrorist and criminal that wants to hijack an airplane with Americans onboard will more easily be able to smuggle 3D printed, virtually undetectable guns aboard.  Every school, every government facility, every hospital, here and abroad, will become even more vulnerable to gun violence through this change.  This is madness."

"Our laws have not kept up with the pace of technology, especially when it comes to the manufacturing of firearms," **said Sen. Murphy.** "The Trump administration basically gave anyone – including criminals and murderers – a green light to 3D print and sell untraceable 'ghost guns.' Thankfully, the courts have blocked this for now, but Congress needs to act to close this glaring loophole before anyone gets killed."

"We now live in a world where a 3D printer cartridge can become as deadly as a gun cartridge," **said Sen. Markey.** "These homemade 3D firearms are the ultimate gun show loophole -- they are untraceable and in some instances, undetectable. We need to stop the spread of these firearms before they become a public health crisis and the latest addition to the terrible scourge of gun violence that is already plaguing our country."

"A firearm is a firearm, period. It is illogical and dangerous to make blueprints widely available so that anyone can build their own gun. Gun kit manufacturers and distributors must be held to the same regulatory standards for similar firearms," **said Cardin. "Small arms and light weapons are among the most lethal weapons that we and other countries export because these are the weapons that are most likely to be used to commit atrocities and suppress human rights, either by individuals, non-state groups, or governmental security and para-military forces. The threat of untraceable 3D weapons increases the dangers exponentially. The United States should never make it easier for foreign despots, paramilitary or terrorist groups to slaughter or threaten people."**

The Stopping the Traffic in Overseas Proliferation of Ghost Guns Act would outright prevent this transfer, and therefore maintain the strict controls over firearms and 3D printed "ghost gun" information that currently exist on the United States Munitions List.  It would also keep Congressional oversight and legislative disapproval of such sales, which the Trump Administration is also trying to circumvent.

Specifically, the legislation would:

WASHSTATEC001723

- Prohibit the transfer of small arms/light weapons, and the technical manufacturing information related to them (including 3D Printed guns), to the Department of Commerce;

- Maintain the statutory restriction on publishing 3D Printing gun information, including via the Internet;

- Prohibit the ability of the State Department to suspend the International Trafficking in Arms Regulations without 30-day prior notice to Congress.


Sen. Menendez was an outspoken opponent of the Trump Administration's action last year allowing a Texas company to publish the downloadable designs for 3D printable firearms, which was later blocks by the courts, and has taken a series of additional actions to prevent the proliferation of untraceable, undetectable 3D printed guns. He called on Secretary of State Mike Pompeo to intervene and reverse his department's decision and spoke out about his decision at a hearing of the Senate Foreign Relations Committee

Senators Menendez  and Markey also co-authored two pieces of legislation in the last Congress to combat the threat posed from the spread of 3D printable guns. The 3D Printing Safety Act and the Untraceable Firearms Act of 2018.  Sen. Menendez went to the Senate floor to try and unanimously pass this emergency bill, but Republicans blocked the vote.  He also held a press conference in Cliffside Park, N.J., with local officials and Moms Demand Action to rail against 3D guns.

In August, Senators Menendez, Markey and Feinstein called on the CEO's of Facebook, Microsoft, Yahoo, Google, Craigslist, Reddit and Twitter to proactively block any distribution of 3D gun blueprints on their platforms.

WASHSTATEC001724

Message

| | |
|---|---|
| **From:** | Monjay, Robert [MonjayR@state.gov] |
| **Sent:** | 2/26/2019 10:46:08 PM |
| **To:** | PM-CPA [PM-CPA@state.gov] |
| **Subject:** | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |
| **Attachments:** | USML Cat I-III Final FRN - AM to T.docx |

████████████████████████████████████

**Official - SBU**
~~UNCLASSIFIED~~

**From:** Monjay, Robert
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd, ████████████
████████████████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
~~UNCLASSIFIED~~

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ████████████████████████████████
████████████████████████████████████████████████████████████

████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████
*Email: MonjayR@state.gov*
██████████████████████

**Official - SBU**
UNCLASSIFIED

Message

---

**From:** Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:** 2/26/2019 10:55:10 PM
**To:** Minarich, Christine M [MinarichCM@state.gov]
**CC:** Rogers, Shana A [RogersSA2@state.gov]
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III
**Attachments:** USML Cat I-III FInal FRN - AM to T Revised LPM cmts RJM.docx



**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 5:11 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

Christine

* * * * * * * * * * * * * * * * * *

Christine

**Official**
UNCLASSIFIED

WASHSTATEC001727

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 4:27 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

███████████████████████████

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>;

Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd, ███████████
███████████████████████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ████████████████████████████████████
█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████
*Email: MonjayR@state.gov*
████████████████████████████████

**Official - SBU**
UNCLASSIFIED

Message

**From**: Monjay, Robert [MonjayR@state.gov]
**Sent**: 2/27/2019 12:35:51 AM
**To**: Heidema, Sarah J [HeidemaSJ@state.gov]
**Subject**: DRAFT Document
**Attachments**: DRAFT AM.docx

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* █████████
*Email: MonjayR@state.gov*
███████████████

**Official - SBU**
UNCLASSIFIED

Message

| From: | Sabatini, Peter J [SabatiniPJ@state.gov] |
|---|---|
| Sent: | 2/27/2019 11:59:14 AM |
| To: | PM-DTCP-RAA [PM-DTCP-RAA@state.gov] |
| Subject: | Shift In Small-Arms Export Approvals Opposed By A Top Democrat |

**Shift In Small-Arms Export Approvals Opposed By A Top Democrat**
    By Anthony Capaccio
    Bloomberg, February 26, 2019
    The top Democrat on the Senate Foreign Relations Committee says he's intent on blocking the State Department from shifting regulation to the Commerce Department for exports of military-style firearms including certain pistols, semi-automatic rifles and related ammunition.
    Senator Robert Menendez said in letters to Secretary of State Michael Pompeo and Commerce Secretary Wilbur Ross that he's placing a hold on the move under a provision in the Arms Export Control Act until his concerns are addressed.
    Menendez said "combat rifles, including those commonly known as 'sniper rifles,'" shouldn't be removed from the State Department's munitions list. He added that "firearms and ammunition – especially those derived from military models and widely used by military services – are uniquely dangerous."
    Looser regulation also could "open the floodgates of information" for 3D printing of firearms that would be available to terrorists and criminals, the New Jersey senator said.
    The State Department notified relevant congressional oversight committees on Feb. 4 that it would transfer jurisdiction over such weapons effective March 4 unless lawmakers moved to block the change.
    Traditionally, State has honored congressional objections, at least long enough to hear out lawmakers' concerns. Menendez has also introduced legislation to block the transfer, as have House Foreign Affairs Committee Chairman Eliot Engel of New York and Representative Norma Torres of California.
    'Extensive Consultation'
    A State Department spokesman declined to comment on Menendez's effort to block the move.
    Republican Senator Jim Risch of Idaho, the Foreign Relations panel's chairman, said in a statement that the State Department's "formal notification on February 4 came after extensive consultation. This rule will complete a scrub of the U.S. Munitions List that began in 2010, which is long overdue. I do not support any further delays in the process."
    Under Commerce Department regulations, sales of the weapons involved to overseas customers wouldn't be reported to Congress for approval as they are under State Department regulation currently.
    Public Comment
    During a public comment period, the transfer proposal drew criticism from arms control advocates such as the Center for International Policy and praise from the National Rifle Association's legislative arm and the National Shooting Sports Foundation, a trade association representing the firearms and ammunition industry.
    The NRA Institute for Legislative Action said it "charts a positive course that will contribute to national security, enhance the competitiveness of U.S. businesses and benefit ordinary gun owners." The State Department didn't adopt the NRA Institute's proposal that Commerce also take over approval for exports of weapons silencers.
    The transfer was initially planned by the Obama administration as part of an overhaul of the arms export licensing process that moved many categories of technology to the Commerce Department. The department is generally viewed by the defense and aerospace industry as having a less onerous process than the State Department.
    That effort was abandoned in 2016 by then-Secretary of State John Kerry after opposition from some Senate Democrats.

**Official**
UNCLASSIFIED

WASHSTATEC001731

## Message

**From:** Paul, Joshua M [PaulJM@state.gov]
**Sent:** 2/27/2019 12:43:21 PM
**To:** Monjay, Robert [MonjayR@state.gov]
**Subject:** FW: First Draft
**Attachments:** AM S Menendez Hold 38f.v1.docx

Did you get this?

**From:** Paul, Joshua M
**Sent:** Tuesday, February 26, 2019 5:46 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; String, Marik A <StringMA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; PM-CPA <PM-CPA@state.gov>
**Subject:** First Draft
**Importance:** High

███████████████████████████████████████



**Josh Paul**
Director, Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☎ Phone:     202.647.7878 | 🖥  BlackBerry: ██████ | 🖨  Fax: 202.647.4055
✉ e-mail:     *PaulJM@State.Gov* | 🖱 Web: *www.state.gov/t/pm/*

🐦 http://twitter.com/StateDeptPM

Stay connected with *State.gov*:

🐦 🇹 📶 📘 ⚫ ▶ 🌐

This message is *UNCLASSIFIED*, per E.O. 12958

Message

---

**From:**      Rogers, Shana A [RogersSA2@state.gov]
**Sent:**      2/27/2019 12:58:17 PM
**To:**        Minarich, Christine M [MinarichCM@state.gov]
**Subject:**   RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III
**Attachments:** USML Cat I-III FInal FRN - AM to T Revised LPM cmts RJM.docx

**Official - SBU**
UNCLASSIFIED

**From:** Rogers, Shana A
**Sent:** Wednesday, February 27, 2019 7:58 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

███████████████████████████████████████

**Official - SBU**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 9:47 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shana,

███████████████████████████████████████

Thanks,
Christine

**Official**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 5:55 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

███████████████████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 5:11 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,



Christine

* * * * * * * * * * * * * * * * *



Christine

**Official**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 4:27 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

████████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd, ████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**

UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T █████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████████
*Email: MonjayR@state.gov*
████████████████████████████████

**Official - SBU**
UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent**: | 2/27/2019 2:01:43 PM |
| **To**: | String, Marik A [StringMA@state.gov] |
| **CC**: | Miller, Michael F [Millermf@state.gov]; Monjay, Robert [MonjayR@state.gov]; Paul, Joshua M [PaulJM@state.gov] |
| **Subject**: | DRAFT AM for S on Firearms rules |
| **Attachments**: | DRAFT AM.docx |

Marik-

Here is the action memo for S. ████████████████████████████████
████████

Message

| | |
|---|---|
| **From:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent:** | 2/27/2019 2:43:37 PM |
| **To:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |
| **Attachments:** | USML Cat I-III FInal FRN - AM to T Revised 2.27.docx |

What do you think about this?

**Official - SBU (Deliberative Process, Attorney Work Product)**
UNCLASSIFIED

**From:** Rogers, Shana A <RogersSA2@state.gov>
**Sent:** Wednesday, February 27, 2019 7:58 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**Official - SBU**
UNCLASSIFIED

**From:** Rogers, Shana A
**Sent:** Wednesday, February 27, 2019 7:58 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**Official - SBU**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 9:47 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**Official**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 5:55 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>

**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

███████████████████████████████████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 5:11 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

███████████████████████████████████████████████████████

Christine

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

███████████████████████████████████████████████████████

Christine

**Official**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 4:27 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████████████████████████████

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III



Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,



Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

WASHSTATEC001740

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd, ███████████████████████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ███████████████████████████████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ███████████████
*Email: MonjayR@state.gov*
████████████████████████████████

**Official - SBU**
UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Hart, Robert L [HartRL@state.gov] |
| **Sent**: | 2/27/2019 2:53:05 PM |
| **To**: | Noonan, Michael J [NoonanMJ@state.gov] |
| **Subject**: | FW: Senator Menendez Letter to SecState on Hold on CAT I-III Transfer |
| **Attachments**: | 02-22-19 Menendez Letter on Hold on CAT I-III Transfer.pdf |

████████████████████████████████████████

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Hart, Robert L
**Sent:** Monday, February 25, 2019 12:40 PM
**To:** Noonan, Michael J (NoonanMJ@state.gov) <NoonanMJ@state.gov>
**Subject:** FW: Senator Menendez Letter to SecState on Hold on CAT I-III Transfer

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Monday, February 25, 2019 7:28 AM
**To:** PM-DAS's <PM-DASs@state.gov>; PM-DTCP-Tasking-DL <PM-DTCP-Tasking-DL@state.gov>; Miller, Michael F
<Millermf@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>
**Subject:** FW: Senator Menendez Letter to SecState on Hold on CAT I-III Transfer

████████████████████████████████████████

Josh

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Friday, February 22, 2019 7:03 PM
**To:** Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
**Cc:** Edmund.Rice@mail.house.gov (edmund.rice@mail.house.gov) <edmund.rice@mail.house.gov>; Silberman, Zach
<Zach.Silberman@mail.house.gov>; Callahan, Tom (Foreign Relations) <Tom_Callahan@foreign.senate.gov>
**Subject:** Senator Menendez Letter to SecState on Hold on CAT I-III Transfer

FYI.  In the mail.

WASHSTATEC001743

JAMES E. RISCH, IDAHO, CHAIRMAN

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

# United States Senate

COMMITTEE ON FOREIGN RELATIONS

Washington, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) Removal of Firearms Exports from Congressional Information and Review
The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

WASHSTATEC001744

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons. Congressional oversight must be retained.

2) <u>Proliferation of 3D Gun Printing Technical Information</u>

There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests. The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally. This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law. Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950. 3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily. Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control. Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

Sincerely,

Robert Menendez
Ranking Member

CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

WASHSTATEC001746

Message

| | |
|---|---|
| **From**: | Noonan, Michael J [NoonanMJ@state.gov] |
| **Sent**: | 2/27/2019 2:54:03 PM |
| **To**: | Hart, Robert L [HartRL@state.gov] |
| **Subject**: | RE: Senator Menendez Letter to SecState on Hold on CAT I-III Transfer |

███████████████████████████████████

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 9:53 AM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** FW: Senator Menendez Letter to SecState on Hold on CAT I-III Transfer

███████████████████████████████████

Rob Hart
202.736.9221 | hartrl@state.gov


**Official**
UNCLASSIFIED

**From:** Hart, Robert L
**Sent:** Monday, February 25, 2019 12:40 PM
**To:** Noonan, Michael J (NoonanMJ@state.gov) <NoonanMJ@state.gov>
**Subject:** FW: Senator Menendez Letter to SecState on Hold on CAT I-III Transfer


Rob Hart
202.736.9221 | hartrl@state.gov


**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Monday, February 25, 2019 7:28 AM
**To:** PM-DAS's <PM-DASs@state.gov>; PM-DTCP-Tasking-DL <PM-DTCP-Tasking-DL@state.gov>; Miller, Michael F <Millermf@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>
**Subject:** FW: Senator Menendez Letter to SecState on Hold on CAT I-III Transfer

███████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Friday, February 22, 2019 7:03 PM

**To:** Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
**Cc:** Edmund.Rice@mail.house.gov (edmund.rice@mail.house.gov) <edmund.rice@mail.house.gov>; Silberman, Zach <Zach.Silberman@mail.house.gov>; Callahan, Tom (Foreign Relations) <Tom_Callahan@foreign.senate.gov>
**Subject:** Senator Menendez Letter to SecState on Hold on CAT I-III Transfer

FYI.  In the mail.

Message

---

**From**:      Paul, Joshua M [PaulJM@state.gov]
**Sent**:      2/27/2019 3:02:07 PM
**To**:      Heidema, Sarah J [HeidemaSJ@state.gov]; String, Marik A [StringMA@state.gov]
**CC**:      Miller, Michael F [Millermf@state.gov]; Monjay, Robert [MonjayR@state.gov]
**Subject**:      RE: DRAFT AM for S on Firearms rules
**Attachments**:      DRAFT AM.docx

One additional edit from here ███████████████████████████████████

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Wednesday, February 27, 2019 9:02 AM
**To:** String, Marik A <StringMA@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Monjay, Robert <MonjayR@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** DRAFT AM for S on Firearms rules

Marik-

Here is the action memo for S. I took from your email that you want to review this before it goes into clearance.  Is that correct?

**Message**

| | |
|---|---|
| **From:** | Hart, Robert L [HartRL@state.gov] |
| **Sent:** | 2/27/2019 3:02:19 PM |
| **To:** | Paul, Joshua M [PaulJM@state.gov]; McKeeby, David I [McKeebyDI@state.gov] |
| **Subject:** | FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget |
| **Attachments:** | Briefing Materials for the Secretary FY2020 Hearing FINAL.docx; RE: FLASH CLEARANCE - Status of Questions |

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Hart, Robert L
**Sent:** Monday, February 25, 2019 12:20 PM
**To:** Noonan, Michael J (NoonanMJ@state.gov) <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office <PMSASecurityAssistanceOffice@state.gov>; PM/RSAT Team Leaders <PM_RSATTeamLeaders@state.gov>; PM/RSAT EUR Team <PM_RSATEURTeam@state.gov>; DDTC Tasker DL <DDTCTaskerDL@state.gov>
**Cc:** PM-Directors <PM-Directors@state.gov>; PM-Deputy-Directors <PM-Deputy-Directors@state.gov>; PM-CPA <PM-CPA@state.gov>
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| | **Ukraine** | | |
| | ████████████████████████████████ | | |
| | **THAILAND** | | |
| | ████████████████████████████████ | | |
| | **POLITICAL MILITARY** | | |
| | ████████████████████████████████ | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| | ████████████████████████████████ | | |

PM is a required clearer on the following:

| **ISRAEL-PALESTINIANS** |
|---|
| ████████████████████████████████ |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ███████████████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

---

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-

Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ███████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

WASHSTATEC001753

Message

| | |
|---|---|
| **From**: | Paul, Joshua M [PaulJM@state.gov] |
| **Sent**: | 8/27/2018 2:56:54 PM |
| **To**: | Miller, Michael F [Millermf@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Hart, Robert L [HartRL@state.gov]; Monjay, Robert [MonjayR@state.gov]; Rogers, Shana A [RogersSA2@state.gov]; McKeeby, DavidI [McKeebyDI@state.gov]; Davidson-Hood, Simon [DavidsonHoodS@state.gov]; Fabry, Steven F [FabrySF@state.gov] |
| **CC**: | PM-CPA [PM-CPA@state.gov] |
| **Subject**: | RE: FLASH CLEARANCE - Status of Questions |

Hi everyone,









**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Davidson-Hood, Simon
**Sent:** Friday, August 03, 2018 4:01 PM
**To:** Paul, Joshua M <PaulJM@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

Hi Josh,

Yes, that works well.

Best,
*SDH*

Regulatory and Multilateral Affairs
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
Department of State
Tel: ███████

███████████

Email: davidsonhoodS@state.gov

███████████████████████

**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Paul, Joshua M
**Sent:** Friday, August 3, 2018 3:30 PM
**To:** Davidson-Hood, Simon <DavidsonHoodS@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

Also, this is a bit glib:



**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Paul, Joshua M
**Sent:** Friday, August 03, 2018 3:29 PM
**To:** Davidson-Hood, Simon <DavidsonHoodS@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions



**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Davidson-Hood, Simon
**Sent:** Friday, August 03, 2018 3:20 PM
**To:** Paul, Joshua M <<u>PaulJM@state.gov</u>>
**Cc:** Miller, Michael F <<u>Millermf@state.gov</u>>; Heidema, Sarah J <<u>HeidemaSJ@state.gov</u>>; Hart, Robert L
<<u>HartRL@state.gov</u>>; Monjay, Robert <<u>MonjayR@state.gov</u>>; Rogers, Shana A <<u>RogersSA2@state.gov</u>>; Kottmyer, Alice
M <<u>KottmyerAM@state.gov</u>>; McKeeby, David I <<u>McKeebyDI@state.gov</u>>; Foster, John A <<u>FosterJA2@state.gov</u>>;
Loucks, Alicia N <<u>loucksan@state.gov</u>>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

Hi Josh,

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

Best,
*SDH*

Regulatory and Multilateral Affairs
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
Department of State
Tel: 202-663-2811
Mobile: ███████████
Email: <u>davidsonhoodS@state.gov</u>
███████████████████

**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Paul, Joshua M
**Sent:** Friday, August 3, 2018 3:13 PM
**To:** Davidson-Hood, Simon <<u>DavidsonHoodS@state.gov</u>>
**Cc:** Miller, Michael F <<u>Millermf@state.gov</u>>; Heidema, Sarah J <<u>HeidemaSJ@state.gov</u>>; Hart, Robert L
<<u>HartRL@state.gov</u>>; Monjay, Robert <<u>MonjayR@state.gov</u>>; Rogers, Shana A <<u>RogersSA2@state.gov</u>>; Kottmyer, Alice
M <<u>KottmyerAM@state.gov</u>>; McKeeby, David I <<u>McKeebyDI@state.gov</u>>; Foster, John A <<u>FosterJA2@state.gov</u>>;
Loucks, Alicia N <<u>loucksan@state.gov</u>>
**Subject:** RE: FLASH CLEARANCE - Status of Questions



**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Davidson-Hood, Simon
**Sent:** Friday, August 03, 2018 2:48 PM
**To:** Paul, Joshua M <PaulJM@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

Hi Josh,

███████████████████████████████████████████████████████████████████████

Best,
*SDH*

Regulatory and Multilateral Affairs
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
Department of State
Tel: 202-663-2811
Mobile: ████████████
Email: davidsonhoodS@state.gov
████████████████████████████

**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Paul, Joshua M
**Sent:** Friday, August 3, 2018 11:43 AM
**To:** Rogers, Shana A <RogersSA2@state.gov>; Davidson-Hood, Simon <DavidsonHoodS@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Monjay, Robert <MonjayR@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

DDTC – if these are good with you, I'll run the Hill Q&As through H and move them forward – please let me know.

**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Rogers, Shana A
**Sent:** Friday, August 03, 2018 10:45 AM
**To:** Davidson-Hood, Simon <DavidsonHoodS@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Monjay, Robert <MonjayR@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

Simon, Sarah, Josh,
The attached are edited responses to questions sent our way yesterday in several different emails.

Thanks,
Shana

**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Davidson-Hood, Simon
**Sent:** Thursday, August 02, 2018 6:05 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Monjay, Robert <MonjayR@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>
**Subject:** FLASH CLEARANCE - Status of Questions

Hi Shana,



Refer this question to L.

Refer this question to L.

Refer this question to L.

WASHSTATEC001760

Refer this question to L.

Refer this question to L.

Refer this question to L.

Refer this question to L.



Refer this question to L.


Best,
*SDH*

Regulatory and Multilateral Affairs
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
Department of State
Tel: 202-663-2811
Mobile: ███████████
Email: davidsonhoodS@state.gov


**Official - SBU**
UNCLASSIFIED

Message

_____

**From:**          Rogers, Shana A [RogersSA2@state.gov]
**Sent:**          2/27/2019 3:33:59 PM
**To:**            Minarich, Christine M [MinarichCM@state.gov]
**Subject:**       RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III
**Attachments:**   USML Cat I-III FInal FRN - AM to T Revised 2.27 (LPM).docx


Some more edits ███████████████████████████████ Let's discuss.

**Official - SBU (Deliberative Process, Attorney Work Product)**
UNCLASSIFIED


**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Wednesday, February 27, 2019 9:44 AM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III


What do you think about this?

**Official - SBU (Deliberative Process, Attorney Work Product)**
UNCLASSIFIED


**From:** Rogers, Shana A <RogersSA2@state.gov>
**Sent:** Wednesday, February 27, 2019 7:58 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III



**Official - SBU**
UNCLASSIFIED


**From:** Rogers, Shana A
**Sent:** Wednesday, February 27, 2019 7:58 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

███████████████████████████████████████████████

**Official - SBU**
UNCLASSIFIED


**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 9:47 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III


Shana,

Thanks,
Christine

**Official**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 5:55 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 5:11 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

Christine

*****************



Christine

**Official**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 4:27 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

███████████████████████████████

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

L/PM is providing some recommended edits in the attached. ████████████████████
████████████████████████████████████████████

Please let me know if you have any questions or if it would be helpful to discuss further.

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd, ████████████
████████████████████████████████████████████████████████

Thank you
Rob

Official - SBU
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████
*Email: MonjayR@state.gov*
████████████████████

**Official - SBU**
UNCLASSIFIED

WASHSTATEC001767

Message

| | |
|---|---|
| **From:** | Noonan, Michael J [NoonanMJ@state.gov] |
| **Sent:** | 2/27/2019 3:36:29 PM |
| **To:** | Hart, Robert L [HartRL@state.gov] |
| **Subject:** | RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget |



**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:34 AM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget


Rob Hart
202.736.9221 | hartrl@state.gov


**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:32 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:18 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget



Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:12 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:02 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget



Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

---

**From:** Hart, Robert L
**Sent:** Monday, February 25, 2019 12:20 PM
**To:** Noonan, Michael J (NoonanMJ@state.gov) <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

---

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office <PMSASecurityAssistanceOffice@state.gov>; PM/RSAT Team Leaders <PM_RSATTeamLeaders@state.gov>; PM/RSAT EUR Team <PM_RSATEURTeam@state.gov>; DDTC Tasker DL <DDTCTaskerDL@state.gov>
**Cc:** PM-Directors <PM-Directors@state.gov>; PM-Deputy-Directors <PM-Deputy-Directors@state.gov>; PM-CPA <PM-CPA@state.gov>
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| Question | Drafter | Clearing Offices |
|---|---|---|
| Ukraine | | |

| THAILAND | | |
| --- | --- | --- |
| ████████████████████████████████████████ | | |

| POLITICAL MILITARY | | |
| --- | --- | --- |
| ████████████████████████████████████████ | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| ████████████████████████████████████████ | | |

PM is a required clearer on the following:

| ISRAEL-PALESTINIANS |
| --- |
| ████████████████████████████████████████ |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ████████████████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID)

<aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ███████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is only for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau directly.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379


**Official**
UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Hart, Robert L [HartRL@state.gov] |
| **Sent:** | 2/27/2019 3:42:07 PM |
| **To:** | Noonan, Michael J [NoonanMJ@state.gov] |
| **Subject:** | Fwd: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget |
| **Attachments:** | RE: FLASH CLEARANCE - Status of Questions |



Rob Hart

202.736.9221 | hartrl@state.gov

---

**From:** Hart, Robert L <hartrl@state.gov>

**Sent:** Wednesday, February 27, 2019 10:02 AM

**To:** Paul, Joshua M; McKeeby, David I

**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Thanks,

Rob Hart

202.736.9221 | hartrl@state.gov

**Official**

UNCLASSIFIED

**From:** Hart, Robert L

**Sent:** Monday, February 25, 2019 12:20 PM

**To:** Noonan, Michael J (NoonanMJ@state.gov) <NoonanMJ@state.gov>

**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Rob Hart

202.736.9221 | hartrl@state.gov

**Official**

UNCLASSIFIED

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>

**Sent:** Friday, February 22, 2019 4:42 PM

**To:** PM/SA Security Assistance Office <PMSASecurityAssistanceOffice@state.gov>; PM/RSAT Team Leaders <PM_RSATTeamLeaders@state.gov>; PM/RSAT EUR Team <PM_RSATEURTeam@state.gov>; DDTC Tasker DL <DDTCTaskerDL@state.gov>

**Cc:** PM-Directors <PM-Directors@state.gov>; PM-Deputy-Directors <PM-Deputy-Directors@state.gov>; PM-CPA <PM-CPA@state.gov>

**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| Question | Drafter | Clearing Offices |
|---|---|---|
| **Ukraine** | | |
| | | |

| THAILAND | | |
|---|---|---|
| ███████████████████████████████████████ | | |

| POLITICAL MILITARY | | |
|---|---|---|
| ███████████████████████████████████████ | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| ███████████████████████████████████████ | | |

PM is a required clearer on the following:

| ISRAEL-PALESTINIANS | | |
|---|---|---|
| ███████████████████████████████████████ | | |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ████████████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

**From:** Tillou, Patrick A <TillouPA@state.gov>

**Sent:** Friday, February 22, 2019 2:48 PM

**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>

**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>

**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at
███████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use
the attached Q&A template for the proper format for their submissions. [Note that the budget
paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of
budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have
equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau
<u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Paul, Joshua M [PaulJM@state.gov] |
| **To**: | Miller, Michael F [Millermf@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Hart, Robert L [HartRL@state.gov]; Monjay, Robert [MonjayR@state.gov]; Rogers, Shana A [RogersSA2@state.gov]; McKeeby, DavidI [McKeebyDI@state.gov]; Davidson-Hood, Simon [DavidsonHoodS@state.gov]; Fabry, Steven F [FabrySF@state.gov] |
| **CC**: | PM-CPA [PM-CPA@state.gov] |
| **Subject**: | RE: FLASH CLEARANCE - Status of Questions |

Hi everyone,



**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

---

**From:** Davidson-Hood, Simon
**Sent:** Friday, August 03, 2018 4:01 PM
**To:** Paul, Joshua M <PaulJM@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

Hi Josh,

Yes, that works well.

Best,
*SDH*


Regulatory and Multilateral Affairs
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
Department of State
Tel: 202-663-2811
Mobile: <span style="background:black">    </span>
Email: davidsonhoodS@state.gov

**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

---

**From:** Paul, Joshua M
**Sent:** Friday, August 3, 2018 3:30 PM
**To:** Davidson-Hood, Simon <DavidsonHoodS@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions



**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

---

**From:** Paul, Joshua M
**Sent:** Friday, August 03, 2018 3:29 PM
**To:** Davidson-Hood, Simon <DavidsonHoodS@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

Ok. Question on this one –



**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Davidson-Hood, Simon
**Sent:** Friday, August 03, 2018 3:20 PM
**To:** Paul, Joshua M <PaulJM@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

Hi Josh,

████████████████████████████████████████████████████████

Best,
*SDH*

Regulatory and Multilateral Affairs
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
Department of State
Tel: 202-663-2811
Mobile: ██████████████
Email: davidsonhoodS@state.gov
████████████████████████████████

**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Paul, Joshua M
**Sent:** Friday, August 3, 2018 3:13 PM
**To:** Davidson-Hood, Simon <DavidsonHoodS@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

████████████████████████████████

I don't see a specific reference to ██████ in the email you attached, but based on the attached it looks like we ended up responding in a briefing rather than via email.

████████████████████████████████████████████████████████

**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Davidson-Hood, Simon
**Sent:** Friday, August 03, 2018 2:48 PM

**To:** Paul, Joshua M <PaulJM@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

Hi Josh,

███████████████████████████████████████████████████████████████████████

Best,
*SDH*

Regulatory and Multilateral Affairs
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
Department of State
Tel: 202-663-2811
Mobile: ██████████
Email: davidsonhoodS@state.gov
████████████████████████

**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Paul, Joshua M
**Sent:** Friday, August 3, 2018 11:43 AM
**To:** Rogers, Shana A <RogersSA2@state.gov>; Davidson-Hood, Simon <DavidsonHoodS@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Monjay, Robert <MonjayR@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

████████████████████████████████████████████████████████████████████

**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Rogers, Shana A
**Sent:** Friday, August 03, 2018 10:45 AM
**To:** Davidson-Hood, Simon <DavidsonHoodS@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>; Monjay, Robert <MonjayR@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia N <loucksan@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Subject:** RE: FLASH CLEARANCE - Status of Questions

Simon, Sarah, Josh,
The attached are edited responses to questions sent our way yesterday in several different emails.

Thanks,

Shana

**Official - SBU (Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Davidson-Hood, Simon
**Sent:** Thursday, August 02, 2018 6:05 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I
<McKeebyDI@state.gov>; Monjay, Robert <MonjayR@state.gov>; Foster, John A <FosterJA2@state.gov>; Loucks, Alicia
N <louksan@state.gov>
**Subject:** FLASH CLEARANCE - Status of Questions

Hi Shana,

I have set out responses to the emails below. Could you please review those responses and advise accordingly.

WASHSTATEC001784

WASHSTATEC001785



Best,
*SDH*

Regulatory and Multilateral Affairs
Office of Defense Trade Control Policy
Bureau of Political-Military Affairs
Department of State
Tel: 202-663-2811
Mobile: ███████████
Email: davidsonhoodS@state.gov
████████████████████████████████

**Official - SBU**
UNCLASSIFIED

**Message**

| | |
|---|---|
| **From:** | Noonan, Michael J [NoonanMJ@state.gov] |
| **Sent:** | 2/27/2019 4:59:36 PM |
| **To:** | Hart, Robert L [HartRL@state.gov] |
| **Subject:** | RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget |
| **Attachments:** | Q A 96 3D Gun Information - DTCP.docx |

Give me a call if you wish to discuss.  First effort attached.

---

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:34 AM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget


Rob Hart
202.736.9221 | hartrl@state.gov


**Official**
UNCLASSIFIED

---

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:32 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

█████████████████████████████████████████████████

---

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:18 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

█████████████████████████████████████████████████

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:12 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget



**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:02 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Hart, Robert L
**Sent:** Monday, February 25, 2019 12:20 PM
**To:** Noonan, Michael J (NoonanMJ@state.gov) <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office <PMSASecurityAssistanceOffice@state.gov>; PM/RSAT Team Leaders <PM_RSATTeamLeaders@state.gov>; PM/RSAT EUR Team <PM_RSATEURTeam@state.gov>; DDTC Tasker DL <DDTCTaskerDL@state.gov>
**Cc:** PM-Directors <PM-Directors@state.gov>; PM-Deputy-Directors <PM-Deputy-Directors@state.gov>; PM-CPA <PM-CPA@state.gov>
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| **Ukraine** | | | |
| | | | |
| **THAILAND** | | | |
| | | | |

WASHSTATEC001789

| POLITICAL MILITARY | | | |
| --- | --- | --- | --- |
| | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| | | | |

PM is a required clearer on the following:

| ISRAEL-PALESTINIANS |
| --- |
| |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-

StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ███████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379


**Official**
UNCLASSIFIED

WASHSTATEC001792

**Message**

| | |
|---|---|
| **From:** | Hart, Robert L [HartRL@state.gov] |
| **Sent:** | 2/27/2019 6:03:40 PM |
| **To:** | Noonan, Michael J [NoonanMJ@state.gov] |
| **Subject:** | RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget |
| **Attachments:** | Q A 96 3D Gun Information - DTCP RLH.docx |



Rob Hart
202.736.9221 | hartrl@state.gov


**Official**
UNCLASSIFIED

---

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 12:00 PM
**To:** Hart, Robert L <HartRL@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Give me a call if you wish to discuss.  First effort attached.

---

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:34 AM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget


Rob Hart
202.736.9221 | hartrl@state.gov


**Official**
UNCLASSIFIED

---

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:32 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:18 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov


**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:12 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:02 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Hart, Robert L
**Sent:** Monday, February 25, 2019 12:20 PM
**To:** Noonan, Michael J (NoonanMJ@state.gov) <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office <PMSASecurityAssistanceOffice@state.gov>; PM/RSAT Team Leaders <PM_RSATTeamLeaders@state.gov>; PM/RSAT EUR Team <PM_RSATEURTeam@state.gov>; DDTC Tasker DL <DDTCTaskerDL@state.gov>
**Cc:** PM-Directors <PM-Directors@state.gov>; PM-Deputy-Directors <PM-Deputy-Directors@state.gov>; PM-CPA <PM-CPA@state.gov>
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| Ukraine | | | |
| | | | |
| THAILAND | | | |
| | | | |
| POLITICAL MILITARY | | | |
| | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| | | | |

PM is a required clearer on the following:

| ISRAEL-PALESTINIANS |
|---|
| |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with █████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ████████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

WASHSTATEC001798

---

Message

| | |
|---|---|
| **From**: | Noonan, Michael J [NoonanMJ@state.gov] |
| **Sent**: | 2/27/2019 6:19:46 PM |
| **To**: | Hart, Robert L [HartRL@state.gov] |
| **Subject**: | RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget |
| **Attachments**: | Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 1:14 PM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget



Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 1:11 PM
**To:** Hart, Robert L <HartRL@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget



**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 1:04 PM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

████████████████████████████████████████████████

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 12:00 PM
**To:** Hart, Robert L <HartRL@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

████████████████████████████████

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:34 AM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:32 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

████████████████████████████████████████████████

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:18 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget



Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:12 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:02 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

█████████████████████████████████████████████████████

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Hart, Robert L
**Sent:** Monday, February 25, 2019 12:20 PM
**To:** Noonan, Michael J (NoonanMJ@state.gov) <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office <PMSASecurityAssistanceOffice@state.gov>; PM/RSAT Team Leaders <PM_RSATTeamLeaders@state.gov>; PM/RSAT EUR Team <PM_RSATEURTeam@state.gov>; DDTC Tasker DL <DDTCTaskerDL@state.gov>
**Cc:** PM-Directors <PM-Directors@state.gov>; PM-Deputy-Directors <PM-Deputy-Directors@state.gov>; PM-CPA <PM-CPA@state.gov>
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| **Ukraine** | | | |
| ███████████████████████████████████████████████ | | | |
| **THAILAND** | | | |
| ███████████████████████████████████████████████ | | | |
| **POLITICAL MILITARY** | | | |
| ███████████████████████████████████████████████ | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| ███████████████████████████████████████████████ | | | |

PM is a required clearer on the following:

| | | | |
|---|---|---|---|
| **ISRAEL-PALESTINIANS** | | | |
| ███████████████████████████████████████████████ | | | |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ███████████████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ███████████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

**Message**

| To: | Shufflebarger, Jamie [ShufflebargerJ@state.gov]; Paul, Joshua M [PaulJM@state.gov]; Abisellan, Eduardo [AbisellanE@state.gov]; Ravi, SunilK [RaviSK@state.gov]; P/EUR Duty Officer [P-EURDuty@state.gov]; Urena,Michael A [UrenaMA@state.gov]; Christopherson, Collin C [ChristophersonCC@state.gov]; Darrach, Tamara A [DarrachTA@state.gov] |
|---|---|
| CC: | Nanavatty, Katharine B [NanavattyKB@state.gov]; Brechwald, Matthew J(T) [BrechwaldMJ2@state.gov]; T_SpecAssts [T_SpecAssts@state.gov]; SP_Staff Assistants [SP_StaffAssistants@state.gov] |
| Subject: | Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |

Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ███████████████████████████████████████████████████ Please note further that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan

_____

Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)
(202) 632-2788

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL
**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| | | | |

| | Ukraine | | |
|---|---|---|---|
| | | | |
| | **THAILAND** | | |
| | | | |
| | **POLITICAL MILITARY** | | |
| | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| | | | |

PM is a required clearer on the following:

| **ISRAEL-PALESTINIANS** |
|---|
| |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ████████████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington,

Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ███████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau directly.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

WASHSTATEC001809

Message

| | |
|---|---|
| **From:** | Noonan, Michael J [NoonanMJ@state.gov] |
| **Sent:** | 2/27/2019 6:26:53 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **CC:** | Hart, Robert L [HartRL@state.gov] |
| **Subject:** | FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget |
| **Attachments:** | Q A 96 3D Gun Information - DTCP v.2.docx |

Sarah,

Attached for your review is our proposed response to Q & A for Secy's hearing on budget. ██████████████

███████████████████████████████████████████████████████

███████████████████████████████

MJN

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:34 AM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:32 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

███████████████████████████████████████████████████████

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:18 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

[REDACTED]

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:12 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

[REDACTED]

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:02 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

████████████████████████████████████████████████████████

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Hart, Robert L
**Sent:** Monday, February 25, 2019 12:20 PM
**To:** Noonan, Michael J (NoonanMJ@state.gov) <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office <PMSASecurityAssistanceOffice@state.gov>; PM/RSAT Team Leaders <PM_RSATTeamLeaders@state.gov>; PM/RSAT EUR Team <PM_RSATEURTeam@state.gov>; DDTC Tasker DL <DDTCTaskerDL@state.gov>
**Cc:** PM-Directors <PM-Directors@state.gov>; PM-Deputy-Directors <PM-Deputy-Directors@state.gov>; PM-CPA <PM-CPA@state.gov>
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| **Ukraine** | | | |
| ████████████████████████████████ | | | |
| **THAILAND** | | | |
| ████████████████████████████████ | | | |
| **POLITICAL MILITARY** | | | |
| ████████████████████████████████ | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| ████████████████████████████████ | | | |

PM is a required clearer on the following:

| **ISRAEL-PALESTINIANS** |
|---|
| ████████████████████████████████ |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ████████████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ████████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

WASHSTATEC001815

Message

**From**:          Heidema, Sarah J [HeidemaSJ@state.gov]
**Sent**:          2/27/2019 6:40:24 PM
**To**:            Noonan, Michael J [NoonanMJ@state.gov]
**CC**:            Hart, Robert L [HartRL@state.gov]
**Subject**:       Q A 96 3D Gun Information - DTCP v.2
**Attachments**:   Q A 96 3D Gun Information - DTCP v.2.docx

See attached

WASHSTATEC001816

Message

| | |
|---|---|
| **From:** | Paul, Joshua M [PaulJM@state.gov] |
| **Sent:** | 2/27/2019 7:10:45 PM |
| **To:** | Noonan, Michael J [NoonanMJ@state.gov]; Hart, Robert L [HartRL@state.gov] |
| **Subject:** | RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget |



**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 2:08 PM
**To:** Hart, Robert L <HartRL@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Gentlemen,

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:34 AM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:32 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

███████████████████████████████████████████████

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Wednesday, February 27, 2019 10:18 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

███████████████████████████████████████████████

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov

**Official**
UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Wednesday, February 27, 2019 10:12 AM
**To:** Hart, Robert L <HartRL@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Cc:** Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

███████████████████████████████████████████████



**From:** Hart, Robert L <<u>HartRL@state.gov</u>>
**Sent:** Wednesday, February 27, 2019 10:02 AM
**To:** Paul, Joshua M <<u>PaulJM@state.gov</u>>; McKeeby, David I <<u>McKeebyDI@state.gov</u>>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget



Thanks,

Rob Hart
202.736.9221 | <u>hartrl@state.gov</u>

**Official**
UNCLASSIFIED

**From:** Hart, Robert L
**Sent:** Monday, February 25, 2019 12:20 PM
**To:** Noonan, Michael J (<u>NoonanMJ@state.gov</u>) <<u>NoonanMJ@state.gov</u>>
**Subject:** FW: New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Rob Hart
202.736.9221 | <u>hartrl@state.gov</u>

**Official**
UNCLASSIFIED

**From:** PM-Staffers Mailbox <<u>PM-StaffersMailbox@state.gov</u>>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office <<u>PMSASecurityAssistanceOffice@state.gov</u>>; PM/RSAT Team Leaders

<PM_RSATTeamLeaders@state.gov>; PM/RSAT EUR Team <PM_RSATEURTeam@state.gov>; DDTC Tasker DL <DDTCTaskerDL@state.gov>
**Cc:** PM-Directors <PM-Directors@state.gov>; PM-Deputy-Directors <PM-Deputy-Directors@state.gov>; PM-CPA <PM-CPA@state.gov>
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

|  | Question | Drafter | Clearing Offices |
|---|---|---|---|
| **Ukraine** | | | |
| ███████ | | | |
| **THAILAND** | | | |
| ███████ | | | |
| **POLITICAL MILITARY** | | | |
| ███████ | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| ███████ | | | |

PM is a required clearer on the following:

| **ISRAEL-PALESTINIANS** |
|---|
| ███████ |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ███████████████████████

All OpenNet taskers can be found <u>here</u>.

Please let us know if you have any questions.

Best,

Samantha Sison
<u>PM/FO SharePoint</u>
202-647-0561

**Official**
UNCLASSIFIED

**From:** Tillou, Patrick A <<u>TillouPA@state.gov</u>>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <<u>F_Staff_Assistant@state.gov</u>>; BP_Staffers <<u>BPStaffers@state.gov</u>>; AF-FO STAFFERS-DL <<u>AF-FOSTAFFERS-DL@state.gov</u>>; EAP-Staffers Mailbox <<u>EAP-StaffersMailbox@state.gov</u>>; NEA-Staff-Assistants-DL <<u>NEA-Staff-Assistants-DL@state.gov</u>>; SCA-Staff-Assistants-DL <<u>SCA-Staff-Assistants-DL@state.gov</u>>; WHAStaffers <<u>WHAStaffers@state.gov</u>>; ECA_Staffers <<u>ECA_Staffers@state.gov</u>>; Harley, Joyce E <<u>HarleyJ@state.gov</u>>; Washington, Adrienne M <<u>WashingtonAM@state.gov</u>>; DRL-FO-Staff Assistants <<u>DRL-FO-StaffAssistants@state.gov</u>>; EB-A-Staff-Assistants-DL <<u>EB-A-Staff-Assistants-DL@state.gov</u>>; SDPRK-DL <<u>SDPRK-DL@state.gov</u>>; ISN-FO-DL <<u>ISN-FO-DL@state.gov</u>>; AVC-Staff-Assistants-DL <<u>AVC-Staff-Assistants@state.gov</u>>; CT_StaffAssistants <<u>CT_StaffAssistants@state.gov</u>>; IO Front Office users-DL <<u>IOFrontOffice@state.gov</u>>; PM-Staffers Mailbox <<u>PM-StaffersMailbox@state.gov</u>>; T_Staff <<u>T_Staff@groups.state.gov</u>>; CSO FO Staff <<u>CSOFOStaff@state.gov</u>>; DS Staffers <<u>DSStaffers@state.gov</u>>; PRM-Staff Assistant <<u>PRM-StaffAssistant@state.gov</u>>; SES-O_CMS <<u>SES-O_CMS@state.gov</u>>; Roy, Carlene A <<u>RoyC@state.gov</u>>; GEC Staff Assistants <<u>GECStaffAssistants@state.gov</u>>; INL-Staffers-DL <<u>INL-Staffers-DL@state.gov</u>>; CA-Staffers-Mailbox <<u>CA-Staffers-Mailbox@state.gov</u>>; S-SPEHA <<u>S_SPEHA@groups.state.gov</u>>; J-TIP Staff Assistants <<u>J-TIPStaffAssistants@state.gov</u>>; C_Special Assistants <<u>C_SpecialAssistants@state.gov</u>>; M_Staff <<u>M_Staff@state.gov</u>>; Legal-FO-DL <<u>Legal-FO-DL@state.gov</u>>; AID.ES Tasker Mail List (USAID) <<u>aid.estaskermaillistusaid@usaid.gov</u>>; SCCI <<u>SCCI@state.gov</u>>; SGAC-Staff <<u>SGAC-Staff@state.gov</u>>
**Cc:** SES-Line_Only <<u>SES-Line_Only@state.gov</u>>; H_Staffers <<u>H_Staffers@state.gov</u>>; Harris, Katherine A <<u>HarrisKA2@state.gov</u>>; Rademacher, Paul R <<u>Rademachpr@state.gov</u>>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ███████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Noonan, Michael J [NoonanMJ@state.gov] |
| **Sent**: | 2/27/2019 7:43:31 PM |
| **To**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **CC**: | Hart, Robert L [HartRL@state.gov] |
| **Subject**: | RE: Q A 96 3D Gun Information - DTCP v.2 |
| **Attachments**: | Q A 96 3D Gun Information - DTCP v.2 (SH + MJN).docx |

<div style="background:black; height:40px;"></div>

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Wednesday, February 27, 2019 1:40 PM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** Q A 96 3D Gun Information - DTCP v.2

See attached

Message

| | |
|---|---|
| **From**: | Thomas, Kenneth A [ThomasKA@state.gov] |
| **Sent**: | 2/27/2019 8:31:49 PM |
| **To**: | Johnson, Clifton M [JohnsonCM5@state.gov]; Dorosin, Joshua L [DorosinJL@state.gov]; Swabb, Erik [SwabbE@state.gov] |
| **CC**: | Nightingale, Robert L [NightingaleRL@state.gov] |
| **Subject**: | DELIBERATIVE: New and Renewed Interest of Sen. Menendez in Small Arms Exports/3d Printing |
| **Attachments**: | ThomasKA_022719_151114.pdf |

Attached is a new letter, ███████████████████ Menendez, and others, made formal inquiries and requests last year on the 3D gun printing issue. This letter also purports to place an indefinite hold on the transfer of DOS responsibility relating to foreign small arms sales to Commerce. ████████████████████████████████ ████████████████████████████

KAT

JAMES E. RISCH, IDAHO, CHAIRMAN

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

# United States Senate

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) Removal of Firearms Exports from Congressional Information and Review
The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

WASHSTATEC001825

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons.  Congressional oversight must be retained.

2) Proliferation of 3D Gun Printing Technical Information

There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests.  The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally.  This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law.  Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950.  3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily.  Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control. Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

Sincerely,

Robert Menendez
Ranking Member

CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

WASHSTATEC001827

Message

| | |
|---|---|
| **From:** | Thomas, Kenneth A [ThomasKA@state.gov] |
| **Sent:** | 2/27/2019 9:02:47 PM |
| **To:** | Dorosin, Joshua L [DorosinJL@state.gov]; Johnson, Clifton M [JohnsonCM5@state.gov]; Swabb, Erik [SwabbE@state.gov] |
| **CC:** | Nightingale, Robert L [NightingaleRL@state.gov] |
| **Subject:** | RE: DELIBERATIVE: New and Renewed Interest of Sen. Menendez in Small Arms Exports/3d Printing |
| **Attachments:** | IM to PM on CN Process 2.14 FINAL.docx |

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

KAT

---

**From:** Dorosin, Joshua L <DorosinJL@state.gov>
**Sent:** Wednesday, February 27, 2019 3:43 PM
**To:** Thomas, Kenneth A <ThomasKA@state.gov>; Johnson, Clifton M <JohnsonCM5@state.gov>; Swabb, Erik <SwabbE@state.gov>
**Cc:** Nightingale, Robert L <NightingaleRL@state.gov>
**Subject:** RE: DELIBERATIVE: New and Renewed Interest of Sen. Menendez in Small Arms Exports/3d Printing

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

---

**From:** Thomas, Kenneth A <ThomasKA@state.gov>
**Sent:** Wednesday, February 27, 2019 3:32 PM
**To:** Johnson, Clifton M <JohnsonCM5@state.gov>; Dorosin, Joshua L <DorosinJL@state.gov>; Swabb, Erik <SwabbE@state.gov>
**Cc:** Nightingale, Robert L <NightingaleRL@state.gov>
**Subject:** DELIBERATIVE: New and Renewed Interest of Sen. Menendez in Small Arms Exports/3d Printing

Attached is a new letter,████████████████████ Menendez, and others, made formal inquiries and requests last year on the 3D gun printing issue. This letter also purports to place an indefinite hold on the transfer of DOS responsibility relating to foreign small arms sales to Commerce. ██████████████████████████████
████████████████████████████

KAT

Message

| | |
|---|---|
| **From:** | Noonan, Michael J [NoonanMJ@state.gov] |
| **Sent:** | 2/27/2019 9:25:17 PM |
| **To:** | Shufflebarger, Jamie [ShufflebargerJ@state.gov]; Paul, Joshua M [PaulJM@state.gov]; Abisellan, Eduardo [AbisellanE@state.gov]; Ravi, SunilK [RaviSK@state.gov]; P/EUR Duty Officer [P-EURDuty@state.gov]; Urena,Michael A [UrenaMA@state.gov]; Christopherson, Collin C [ChristophersonCC@state.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Shin, Jae E [ShinJE@state.gov]; Hamilton, Catherine E [HamiltonCE@state.gov]; Minarich, Christine M [MinarichCM@state.gov] |
| **CC:** | Nanavatty, Katharine B [NanavattyKB@state.gov]; Brechwald, Matthew J(T) [BrechwaldMJ2@state.gov]; T_SpecAssts [T_SpecAssts@state.gov]; SP_StaffAssistants [SP_StaffAssistants@state.gov]; Hart, Robert L [HartRL@state.gov] |
| **Subject:** | Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |
| **Attachments:** | Q A 96 3D Gun Information - DTCP v.3.docx |

Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ████████████████████████████████████████████████ Further, note that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Finally, this response will require revision to address future events.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan

---

Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)
(202) 632-2788

---

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL
**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| | **Ukraine** | | |
| | | | |
| | **THAILAND** | | |
| | | | |
| | **POLITICAL MILITARY** | | |
| | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| | | | |

PM is a required clearer on the following:

| ISRAEL-PALESTINIANS |
|---|
| |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ███████████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ███████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

Message
| | |
|---|---|
| **From:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent:** | 2/27/2019 9:57:50 PM |
| **To:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **CC:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |
| **Attachments:** | USML Cat I-III FInal FRN - AM to T Revised 2.27 (LPM).docx |

Jeff,

Here is the updated draft of the AM to T ███████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 5:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

███████████████████████████████████████████████████

---

**From:** Kovar, Jeffrey D
**Sent:** Tuesday, February 26, 2019 5:55 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

███████████████████████████████████████████████████

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 5:11 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

[REDACTED]

Christine

* * * * * * * * * * * * * * * * *

Rob,

[REDACTED]

Christine

**Official**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 4:27 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

[REDACTED]

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,



Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,



Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>;

Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ███████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ███████████████
*Email: MonjayR@state.gov*
████████████████████████████

**Official - SBU**
UNCLASSIFIED

WASHSTATEC001836

Message
| | |
|---|---|
| **From**: | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent**: | 2/27/2019 10:17:44 PM |
| **To**: | Minarich, Christine M [MinarichCM@state.gov] |
| **Subject**: | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |

thx

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Wednesday, February 27, 2019 4:58 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
~~UNCLASSIFIED~~

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 5:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**From:** Kovar, Jeffrey D
**Sent:** Tuesday, February 26, 2019 5:55 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 5:11 PM

WASHSTATEC001837

**To:** Kovar, Jeffrey D <<u>KovarJD@state.gov</u>>
**Cc:** Rogers, Shana A <<u>RogersSA2@state.gov</u>>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,



Christine

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Rob,



Christine

**Official**
UNCLASSIFIED

---

**From:** Kovar, Jeffrey D <<u>KovarJD@state.gov</u>>
**Sent:** Tuesday, February 26, 2019 4:27 PM
**To:** Minarich, Christine M <<u>MinarichCM@state.gov</u>>
**Cc:** Rogers, Shana A <<u>RogersSA2@state.gov</u>>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

███████████████████████████████

---

**From:** Monjay, Robert <<u>MonjayR@state.gov</u>>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <<u>MinarichCM@state.gov</u>>
**Cc:** Kottmyer, Alice M <<u>KottmyerAM@state.gov</u>>; Kovar, Jeffrey D <<u>KovarJD@state.gov</u>>; Rogers, Shana A <<u>RogersSA2@state.gov</u>>; Heidema, Sarah J <<u>HeidemaSJ@state.gov</u>>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

[black redaction box]

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

[black redaction box]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd [black redaction box]

Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T █████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ██████████
*Email: MonjayR@state.gov*
████████████████████████████████

**Official - SBU**
UNCLASSIFIED

Message
___

**From:** Minarich, Christine M [MinarichCM@state.gov]
**Sent:** 2/27/2019 11:02:12 PM
**To:** Kovar, Jeffrey D [KovarJD@state.gov]
**CC:** Rogers, Shana A [RogersSA2@state.gov]
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III
**Attachments:** USML Cat I-III FInal FRN - AM to T Revised 2.27 (LPM).docx

██████████████████████████████████████████

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Wednesday, February 27, 2019 5:26 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

██████████████████████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Wednesday, February 27, 2019 4:58 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 5:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

██████████████████████████████████████████

**From:** Kovar, Jeffrey D
**Sent:** Tuesday, February 26, 2019 5:55 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 5:11 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

Christine

* * * * * * * * * * * * * * * * *
Rob,

Christine

**Official**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 4:27 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████████████████████████

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM

WASHSTATEC001843

**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd, ███████████████

████████████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ███████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████
*Email: MonjayR@state.gov*
████████████████████████

**Official - SBU**

UNCLASSIFIED

WASHSTATEC001845

## Message

| | |
|---|---|
| **From**: | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent**: | 2/27/2019 11:06:09 PM |
| **To**: | Minarich, Christine M [MinarichCM@state.gov] |
| **Subject**: | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |

thanks

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Wednesday, February 27, 2019 6:02 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████████████████████████████████

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Wednesday, February 27, 2019 5:26 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████████████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Wednesday, February 27, 2019 4:58 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

Here is the updated draft of the AM to T ████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 5:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>

**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**From:** Kovar, Jeffrey D
**Sent:** Tuesday, February 26, 2019 5:55 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 5:11 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

Christine

* * * * * * * * * * * * * * * * * *

Rob,

[REDACTED]

Christine

**Official**
UNCLASSIFIED

---

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, February 26, 2019 4:27 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

[REDACTED]

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

[REDACTED]

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

[REDACTED]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd █████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T █████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*

*Mobile:* ███████████
*Email: MonjayR@state.gov*
████████████████████████

**Official - SBU**
UNCLASSIFIED

## Message

| | |
|---|---|
| **From:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent:** | 2/28/2019 2:34:52 PM |
| **To:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | FW: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |
| **Attachments:** | Q A 96 3D Gun Information - DTCP v.3 LPM cmts.docx |

Shana,



Christine

**Official**

UNCLASSIFIED

---

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 4:25 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Nanavatty, Katharine B <NanavattyKB@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; SP_Staff Assistants <SP_StaffAssistants@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ███████████████████████████████████████ Further, note that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Finally, this response will require revision to address future events.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan

---

Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)

(202) 632-2788

---

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL
**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| | **Ukraine** | | |
| | | | |
| | **THAILAND** | | |
| | | | |
| | **POLITICAL MILITARY** | | |
| | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| | | | |

PM is a required clearer on the following:

| | |
|---|---|
| **ISRAEL-PALESTINIANS** | |

████████████████████████████████████████████████

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ███████████████████

All OpenNet taskers can be found <u>here</u>.

Please let us know if you have any questions.

Best,

Samantha Sison
<u>PM/FO SharePoint</u>
202-647-0561

**Official**
UNCLASSIFIED

**From:** Tillou, Patrick A <<u>TillouPA@state.gov</u>>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <<u>F_Staff_Assistant@state.gov</u>>; BP_Staffers <<u>BPStaffers@state.gov</u>>; AF-FO STAFFERS-DL <<u>AF-FOSTAFFERS-DL@state.gov</u>>; EAP-Staffers Mailbox <<u>EAP-StaffersMailbox@state.gov</u>>; NEA-Staff-Assistants-DL <<u>NEA-Staff-Assistants-DL@state.gov</u>>; SCA-Staff-Assistants-DL <<u>SCA-Staff-Assistants-DL@state.gov</u>>; WHAStaffers <<u>WHAStaffers@state.gov</u>>; ECA_Staffers <<u>ECA_Staffers@state.gov</u>>; Harley, Joyce E <<u>HarleyJ@state.gov</u>>; Washington, Adrienne M <<u>WashingtonAM@state.gov</u>>; DRL-FO-Staff Assistants <<u>DRL-FO-StaffAssistants@state.gov</u>>; EB-A-Staff-Assistants-DL <<u>EB-A-Staff-Assistants-DL@state.gov</u>>; SDPRK-DL <<u>SDPRK-DL@state.gov</u>>; ISN-FO-DL <<u>ISN-FO-DL@state.gov</u>>; AVC-Staff-Assistants-DL <<u>AVC-Staff-Assistants@state.gov</u>>; CT_StaffAssistants <<u>CT_StaffAssistants@state.gov</u>>; IO Front Office users-DL <<u>IOFrontOffice@state.gov</u>>; PM-Staffers Mailbox <<u>PM-StaffersMailbox@state.gov</u>>; T_Staff <<u>T_Staff@groups.state.gov</u>>; CSO FO Staff <<u>CSOFOStaff@state.gov</u>>; DS Staffers <<u>DSStaffers@state.gov</u>>; PRM-Staff Assistant <<u>PRM-StaffAssistant@state.gov</u>>; SES-O_CMS <<u>SES-O_CMS@state.gov</u>>; Roy, Carlene A <<u>RoyC@state.gov</u>>; GEC Staff Assistants <<u>GECStaffAssistants@state.gov</u>>; INL-Staffers-DL <<u>INL-Staffers-DL@state.gov</u>>; CA-Staffers-Mailbox <<u>CA-Staffers-Mailbox@state.gov</u>>; S-SPEHA <<u>S_SPEHA@groups.state.gov</u>>; J-TIP Staff Assistants <<u>J-TIPStaffAssistants@state.gov</u>>; C_Special Assistants <<u>C_SpecialAssistants@state.gov</u>>; M_Staff <<u>M_Staff@state.gov</u>>; Legal-FO-DL <<u>Legal-FO-DL@state.gov</u>>; AID.ES Tasker Mail List (USAID) <<u>aid.estaskermaillistusaid@usaid.gov</u>>; SCCI <<u>SCCI@state.gov</u>>; SGAC-Staff <<u>SGAC-Staff@state.gov</u>>
**Cc:** SES-Line_Only <<u>SES-Line_Only@state.gov</u>>; H_Staffers <<u>H_Staffers@state.gov</u>>; Harris, Katherine A <<u>HarrisKA2@state.gov</u>>; Rademacher, Paul R <<u>Rademachpr@state.gov</u>>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020

budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **<u>unclassified</u>** email at ██████████████████████ no later than **<u>12:00 pm on Monday, March 4.</u>** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Sent:** | 2/28/2019 2:53:58 PM |
| **To:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Subject:** | RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |
| **Attachments:** | Q A 96 3D Gun Information - DTCP v.3 LPM cmts.docx |

███████████████████████████████████████████████████████████

**Official - SBU**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 9:35 AM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Shana,

███████████████████████████████████████████████████████████

Christine

**Official**
UNCLASSIFIED

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 4:25 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Nanavatty, Katharine B <NanavattyKB@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; SP_Staff Assistants <SP_StaffAssistants@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ████████████████████████████████████████████████ Further, note that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Finally, this response will require revision to address future events.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan

---

Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)
(202) 632-2788

---

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL
**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| Question | Drafter | Clearing Offices |
|---|---|---|
| **Ukraine** | | |
| | | |
| **THAILAND** | | |
| | | |
| **POLITICAL MILITARY** | | |
| | | |

| | | | |
|---|---|---|---|
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |



PM is a required clearer on the following:

| ISRAEL-PALESTINIANS |
|---|

Please review the attached to see if there are other PM equities. Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ██████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

---

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP

Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent**: | 2/28/2019 5:07:31 PM |
| **To**: | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject**: | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |

[redacted]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Rob,

[redacted]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Wednesday, February 27, 2019 9:36 AM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

[redacted]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

[redacted]

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

███████████████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,

We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ███████████
███████████████████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A

<RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ███████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████
*Email: MonjayR@state.gov*
████████████████████████████

**Official - SBU**
UNCLASSIFIED

Message

**From:**        Minarich, Christine M [MinarichCM@state.gov]
**Sent:**         2/28/2019 5:19:56 PM
**To:**            Noonan, Michael J [NoonanMJ@state.gov]
**Subject:**     RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns
**Attachments:**  Q A 96 3D Gun Information - DTCP v.3 LPM cmts.docx

Michael,
Please find some proposed edits from L/PM attached. ████████████████████████
████████████████████████████████████

Christine

**Official - SBU (Deliberative Process, Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 4:25 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Nanavatty, Katharine B <NanavattyKB@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; SP_Staff Assistants <SP_StaffAssistants@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ████████████████████████████████████████████
████████████████████████████████████████████ Further, note that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Finally, this response will require revision to address future events.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan

---

Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)
(202) 632-2788

---

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>

**Sent:** Friday, February 22, 2019 4:42 PM

**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL

**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA

**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| | **Ukraine** | | |
| | | | |
| | **THAILAND** | | |
| | | | |
| | **POLITICAL MILITARY** | | |
| | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| | | | |

PM is a required clearer on the following:

| |
|---|
| **ISRAEL-PALESTINIANS** |
| |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ██████████████████████

All OpenNet taskers can be found <u>here</u>.

Please let us know if you have any questions.

Best,

Samantha Sison
<u>PM/FO SharePoint</u>
202-647-0561

**Official**
UNCLASSIFIED

---

**From:** Tillou, Patrick A <<u>TillouPA@state.gov</u>>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <<u>F_Staff_Assistant@state.gov</u>>; BP_Staffers <<u>BPStaffers@state.gov</u>>; AF-FO STAFFERS-DL <<u>AF-FOSTAFFERS-DL@state.gov</u>>; EAP-Staffers Mailbox <<u>EAP-StaffersMailbox@state.gov</u>>; NEA-Staff-Assistants-DL <<u>NEA-Staff-Assistants-DL@state.gov</u>>; SCA-Staff-Assistants-DL <<u>SCA-Staff-Assistants-DL@state.gov</u>>; WHAStaffers <<u>WHAStaffers@state.gov</u>>; ECA_Staffers <<u>ECA_Staffers@state.gov</u>>; Harley, Joyce E <<u>HarleyJ@state.gov</u>>; Washington, Adrienne M <<u>WashingtonAM@state.gov</u>>; DRL-FO-Staff Assistants <<u>DRL-FO-StaffAssistants@state.gov</u>>; EB-A-Staff-Assistants-DL <<u>EB-A-Staff-Assistants-DL@state.gov</u>>; SDPRK-DL <<u>SDPRK-DL@state.gov</u>>; ISN-FO-DL <<u>ISN-FO-DL@state.gov</u>>; AVC-Staff-Assistants-DL <<u>AVC-Staff-Assistants@state.gov</u>>; CT_StaffAssistants <<u>CT_StaffAssistants@state.gov</u>>; IO Front Office users-DL <<u>IOFrontOffice@state.gov</u>>; PM-Staffers Mailbox <<u>PM-StaffersMailbox@state.gov</u>>; T_Staff <<u>T_Staff@groups.state.gov</u>>; CSO FO Staff <<u>CSOFOStaff@state.gov</u>>; DS Staffers <<u>DSStaffers@state.gov</u>>; PRM-Staff Assistant <<u>PRM-StaffAssistant@state.gov</u>>; SES-O_CMS <<u>SES-O_CMS@state.gov</u>>; Roy, Carlene A <<u>RoyC@state.gov</u>>; GEC Staff Assistants <<u>GECStaffAssistants@state.gov</u>>; INL-Staffers-DL <<u>INL-Staffers-DL@state.gov</u>>; CA-Staffers-Mailbox <<u>CA-Staffers-Mailbox@state.gov</u>>; S-SPEHA <<u>S_SPEHA@groups.state.gov</u>>; J-TIP Staff Assistants <<u>J-TIPStaffAssistants@state.gov</u>>; C_Special Assistants <<u>C_SpecialAssistants@state.gov</u>>; M_Staff <<u>M_Staff@state.gov</u>>; Legal-FO-DL <<u>Legal-FO-DL@state.gov</u>>; AID.ES Tasker Mail List (USAID) <<u>aid.estaskermaillistusaid@usaid.gov</u>>; SCCI <<u>SCCI@state.gov</u>>; SGAC-Staff <<u>SGAC-Staff@state.gov</u>>
**Cc:** SES-Line_Only <<u>SES-Line_Only@state.gov</u>>; H_Staffers <<u>H_Staffers@state.gov</u>>; Harris, Katherine A <<u>HarrisKA2@state.gov</u>>; Rademacher, Paul R <<u>Rademachpr@state.gov</u>>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at
██████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use
the attached Q&A template for the proper format for their submissions. [Note that the budget
paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of
budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have
equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau
<u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379


**Official**
UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent**: | 2/28/2019 5:26:11 PM |
| **To**: | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject**: | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |

███████████████████████████████████████████████████████

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Rogers, Shana A <RogersSA2@state.gov>
**Sent:** Thursday, February 28, 2019 12:20 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

███████████████████████████████████████████████████████

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 12:08 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

How does this look as a response to Rob?  I'm also happy to let you send an email since you and Sarah had the discussion.

*************************

Rob,

███████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Wednesday, February 27, 2019 9:36 AM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A

<RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM

To: Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ██████████

██████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ██████████████████████

██████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████
*Email: MonjayR@state.gov*

██████████████████████

**Official - SBU**

UNCLASSIFIED

WASHSTATEC001869

Message

| | |
|---|---|
| **From:** | Kottmyer, Alice M [KottmyerAM@state.gov] |
| **Sent:** | 2/28/2019 6:02:23 PM |
| **To:** | Minarich, Christine M [MinarichCM@state.gov]; Rogers, Shana A [RogersSA2@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov] |
| **CC:** | Kottmyer, Alice M [KottmyerAM@state.gov] |
| **Subject:** | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |

████████████████████████████████████████████████████

**Official - SBU**
UNCLASSIFIED

**From:** Kottmyer, Alice M <KottmyerAM@state.gov>
**Sent:** Thursday, February 28, 2019 1:00 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

███████████████████████████████████████████████████████

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, February 28, 2019 12:52 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

████████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

[black redaction box]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

[black redaction box]

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

[black redaction box]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,

[text redacted]

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T [text redacted]

[text redacted]

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*

*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* █████████
*Email: MonjayR@state.gov*
████████████████████

**Official - SBU**
UNCLASSIFIED

**Message**

| | |
|---|---|
| **From:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent:** | 2/28/2019 6:27:50 PM |
| **To:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | FW: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |
| **Attachments:** | Q A 96 3D Gun Information - DTCP v.3 LPM cmts (MJN).docx |

███████████████████████████████████████████████████████████████

**Official - SBU (Deliberative Process, Attorney Work Product)**
UNCLASSIFIED

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Thursday, February 28, 2019 1:24 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Christine,

███████████████████████████████████████████████████████████████

Thanks.

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 12:20 PM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Michael,

███████████████████████████████████████████████████████████████

Christine

**Official - SBU (Deliberative Process, Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 4:25 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Nanavatty, Katharine B <NanavattyKB@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; SP_Staff Assistants <SP_StaffAssistants@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ███████████████████████████████████████████████████████████████████ Further, note that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Finally, this response will require revision to address future events.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan

---

Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)
(202) 632-2788

---

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL
**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| | **Ukraine** | | |
| ███████████ | ████████████████████████████████████████████ | ███████ | ███████ |
| | **THAILAND** | | |

| | POLITICAL MILITARY | | |
|---|---|---|---|
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |

PM is a required clearer on the following:

| ISRAEL-PALESTINIANS |
|---|

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ████████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

_____

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-

Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ██████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is only for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau directly.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

WASHSTATEC001878

Message

| | |
|---|---|
| **From:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent:** | 2/28/2019 7:07:57 PM |
| **To:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Cc:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |

███████████████████████████████████

**Official**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, February 28, 2019 1:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████████████████████████

**From:** Kottmyer, Alice M <KottmyerAM@state.gov>
**Sent:** Thursday, February 28, 2019 1:00 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III



**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, February 28, 2019 12:52 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

████████████████████████████████████████

WASHSTATEC001879

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

███████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ██████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

Thanks

Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* █████████
*Email: MonjayR@state.gov*
████████████████████

**Official - SBU**
~~UNCLASSIFIED~~

Message

| | |
|---|---|
| **From:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent:** | 2/28/2019 8:16:29 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov]; Monjay, Robert [MonjayR@state.gov]; Minarich, Christine M [MinarichCM@state.gov] |
| **CC:** | Kottmyer, Alice M [KottmyerAM@state.gov]; Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |

███████████████████████████████████████

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, February 28, 2019 2:12 PM
**To:** Monjay, Robert <MonjayR@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████████████████████████████████████████████████

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, February 28, 2019 12:52 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

███████████████████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

████████████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

██████████████████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

██████████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne

<ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ████████████
████████████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████
*Email: MonjayR@state.gov*
████████████████████████

**Official - SBU**
UNCLASSIFIED

Message

---

**From:**       Minarich, Christine M [MinarichCM@state.gov]
**Sent:**        2/28/2019 8:24:45 PM
**To:**           Kovar, Jeffrey D [KovarJD@state.gov]
**CC:**           Rogers, Shana A [RogersSA2@state.gov]
**Subject:**    FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III
**Attachments:**  USML Cat I-III FInal FRN - AM to T Revised 2.28 (LPM).docx; USML Cat I-III FInal FRN - AM to T Revised 2.28 (LPM) V.2.docx

Jeff,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 3:22 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

[BLACK REDACTION BOX]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

[BLACK REDACTION BOX]

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

[BLACK REDACTION BOX]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>;

Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ████████████
████████████████████████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ██████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone:* 202.663.2817
*Mobile:* ████████████
*Email: MonjayR@state.gov*
████████████████████████

**Official - SBU**
UNCLASSIFIED

**Message**

| | |
|---|---|
| **From:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent:** | 2/28/2019 9:07:46 PM |
| **To:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | FW: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |
| **Attachments:** | Q A 96 3D Gun Information - DTCP v.4.docx |

███████████████████

**Official - SBU (Attorney Work Product, Deliberative Process, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 4:07 PM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

███████████████████████████████████████

**Official - SBU (Attorney Work Product, Deliberative Process, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Thursday, February 28, 2019 1:25 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

███████████████████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 12:20 PM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Michael,

███████████████████████████████████████

Christine

**Official - SBU (Deliberative Process, Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 4:25 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Darrach, Tamara A

<DarrachTA@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Minarich, Christine M <MinarichCM@state.gov>;
**Cc:** Nanavatty, Katharine B <NanavattyKB@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; SP_Staff Assistants <SP_StaffAssistants@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ███████████████████████████████████████████████████ Further, note that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Finally, this response will require revision to address future events.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan

---

Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)
(202) 632-2788

---

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL
**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|

| | Ukraine | | |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

| | THAILAND | | |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

| | POLITICAL MILITARY | | |
|---|---|---|---|
| ████ | ████ | ████ | ████ |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| ████ | ████ | ████ | ████ |

PM is a required clearer on the following:

| ISRAEL-PALESTINIANS |
|---|
| ████████████████████ |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>; Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ████████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

WASHSTATEC001893

Message

| | |
|---|---|
| **From:** | P/EUR Duty Officer [P-EURDuty@state.gov] |
| **Sent:** | 2/28/2019 9:13:50 PM |
| **To:** | Shufflebarger, Jamie [ShufflebargerJ@state.gov]; Noonan, Michael J [NoonanMJ@state.gov]; Paul, Joshua M [PaulJM@state.gov]; Abisellan, Eduardo [AbisellanE@state.gov]; Ravi, Sunil K [RaviSK@state.gov]; Urena, Michael A [UrenaMA@state.gov]; Christopherson, Collin C [ChristophersonCC@state.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Shin, Jae E [ShinJE@state.gov]; Hamilton, Catherine E [HamiltonCE@state.gov]; Minarich, Christine M [MinarichCM@state.gov] |
| **Subject:** | RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |

████████████████

Melanie Carter
P EUR Duty Officer
X7-5269

**Official**
UNCLASSIFIED

**From:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>
**Sent:** Thursday, February 28, 2019 10:15 AM
**To:** Noonan, Michael J <NoonanMJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

████████████████████

**Jamie Shufflebarger**
Special Assistant
Office of the Deputy Secretary of State
(202)-647-6237
shufflebargerj@state.gov

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 4:25 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Nanavatty, Katharine B <NanavattyKB@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; SP_Staff Assistants <SP_StaffAssistants@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ████████████████████████████████████████████████████████ Further, note that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Finally, this response will require revision to address future events.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan

---

Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)
(202) 632-2788

---

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL
**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| Question | Drafter | Clearing Offices |
|---|---|---|
| **Ukraine** | | |
| ███████████████████████████ | | |
| **THAILAND** | | |
| ███████████████████████████ | | |
| **POLITICAL MILITARY** | | |
| ███████████████████████████ | | |



| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |

PM is a required clearer on the following:

| ISRAEL-PALESTINIANS |
| --- |
| |

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ██████████████████

All OpenNet taskers can be found here.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint
202-647-0561

**Official**
UNCLASSIFIED

---

**From:** Tillou, Patrick A <TillouPA@state.gov>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <F_Staff_Assistant@state.gov>; BP_Staffers <BPStaffers@state.gov>; AF-FO STAFFERS-DL <AF-FOSTAFFERS-DL@state.gov>; EAP-Staffers Mailbox <EAP-StaffersMailbox@state.gov>; NEA-Staff-Assistants-DL <NEA-Staff-Assistants-DL@state.gov>; SCA-Staff-Assistants-DL <SCA-Staff-Assistants-DL@state.gov>; WHAStaffers <WHAStaffers@state.gov>; ECA_Staffers <ECA_Staffers@state.gov>; Harley, Joyce E <HarleyJ@state.gov>; Washington, Adrienne M <WashingtonAM@state.gov>; DRL-FO-Staff Assistants <DRL-FO-StaffAssistants@state.gov>; EB-A-Staff-Assistants-DL <EB-A-Staff-Assistants-DL@state.gov>; SDPRK-DL <SDPRK-DL@state.gov>; ISN-FO-DL <ISN-FO-DL@state.gov>; AVC-Staff-Assistants-DL <AVC-Staff-Assistants@state.gov>; CT_StaffAssistants <CT_StaffAssistants@state.gov>; IO Front Office users-DL <IOFrontOffice@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; T_Staff <T_Staff@groups.state.gov>; CSO FO Staff <CSOFOStaff@state.gov>; DS Staffers <DSStaffers@state.gov>; PRM-Staff Assistant <PRM-StaffAssistant@state.gov>; SES-O_CMS <SES-O_CMS@state.gov>;

Roy, Carlene A <RoyC@state.gov>; GEC Staff Assistants <GECStaffAssistants@state.gov>; INL-Staffers-DL <INL-Staffers-DL@state.gov>; CA-Staffers-Mailbox <CA-Staffers-Mailbox@state.gov>; S-SPEHA <S_SPEHA@groups.state.gov>; J-TIP Staff Assistants <J-TIPStaffAssistants@state.gov>; C_Special Assistants <C_SpecialAssistants@state.gov>; M_Staff <M_Staff@state.gov>; Legal-FO-DL <Legal-FO-DL@state.gov>; AID.ES Tasker Mail List (USAID) <aid.estaskermaillistusaid@usaid.gov>; SCCI <SCCI@state.gov>; SGAC-Staff <SGAC-Staff@state.gov>
**Cc:** SES-Line_Only <SES-Line_Only@state.gov>; H_Staffers <H_Staffers@state.gov>; Harris, Katherine A <HarrisKA2@state.gov>; Rademacher, Paul R <Rademachpr@state.gov>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ██████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is only for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau directly.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379


**Official**
UNCLASSIFIED

WASHSTATEC001897

Message

---

**From**: Minarich, Christine M [MinarichCM@state.gov]
**Sent**: 2/28/2019 10:18:11 PM
**To**: Kovar, Jeffrey D [KovarJD@state.gov]; Pompian, Shawn M [PompianSM@state.gov]
**CC**: Rogers, Shana A [RogersSA2@state.gov]
**Subject**: RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III
**Attachments**: USML Cat I-III FInal FRN - AM to T Revised 2.28 (LPM) V.2.docx

Shawn,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, February 28, 2019 4:12 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 3:22 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,



Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM

**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd,

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,

Attached, please find the AM to T ██████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

Thanks

Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████
*Email: MonjayR@state.gov*
████████████████████████

**Official - SBU**
UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent:** | 2/28/2019 10:19:20 PM |
| **To:** | Dorosin, Joshua L [DorosinJL@state.gov] |
| **Subject:** | FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |
| **Attachments:** | USML Cat I-III FInal FRN - AM to T Revised 2.28 (LPM) V.2.docx |

███████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 5:18 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, February 28, 2019 4:12 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 3:22 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>

**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,



Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,



Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd,

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>;

Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ██████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████████
*Email: MonjayR@state.gov*
████████████████████████████

**Official - SBU**
UNCLASSIFIED

**Message**

| | |
|---|---|
| **From:** | Hart, Robert L [HartRL@state.gov] |
| **Sent:** | 2/28/2019 10:34:25 PM |
| **To:** | Noonan, Michael J [NoonanMJ@state.gov] |
| **Subject:** | Re: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |

██████████████████████████████████████████████

Rob Hart
202.736.9221 | hartrl@state.gov

**From:** Noonan, Michael J <noonanmj@state.gov>
**Sent:** Thursday, February 28, 2019 4:56 PM
**To:** Hart, Robert L
**Subject:** FW: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Rob,

██████████████████████████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 4:07 PM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

██████████████████████████████████████████████

**Official - SBU (Attorney Work Product, Deliberative Process, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Thursday, February 28, 2019 1:25 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

██████████████████████████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 12:20 PM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Michael,

██████████████████████████████████████████████

Christine

**Official - SBU (Deliberative Process, Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Noonan, Michael J <<u>NoonanMJ@state.gov</u>>
**Sent:** Wednesday, February 27, 2019 4:25 PM
**To:** Shufflebarger, Jamie <<u>ShufflebargerJ@state.gov</u>>; Paul, Joshua M <<u>PaulJM@state.gov</u>>; Abisellan, Eduardo <<u>AbisellanE@state.gov</u>>; Ravi, Sunil K <<u>RaviSK@state.gov</u>>; P/EUR Duty Officer <<u>P-EURDuty@state.gov</u>>; Urena, Michael A <<u>UrenaMA@state.gov</u>>; Christopherson, Collin C <<u>ChristophersonCC@state.gov</u>>; Darrach, Tamara A <<u>DarrachTA@state.gov</u>>; Shin, Jae E <<u>ShinJE@state.gov</u>>; Hamilton, Catherine E <<u>HamiltonCE@state.gov</u>>; Minarich, Christine M <<u>MinarichCM@state.gov</u>>
**Cc:** Nanavatty, Katharine B <<u>NanavattyKB@state.gov</u>>; Brechwald, Matthew J (T) <<u>BrechwaldMJ2@state.gov</u>>; T_SpecAssts <<u>T_SpecAssts@state.gov</u>>; SP_Staff Assistants <<u>SP_StaffAssistants@state.gov</u>>; Hart, Robert L <<u>HartRL@state.gov</u>>
**Subject:** Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ███████████████████████████████████████████████████████████ Further, note that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Finally, this response will require revision to address future events.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan
_____


Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)
(202) 632-2788




**From:** PM-Staffers Mailbox <<u>PM-StaffersMailbox@state.gov</u>>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL
**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see <u>new PM tasker</u> for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| **Ukraine** | | | |
| ████████████████████████████████████ | | | |
| **THAILAND** | | | |
| ████████████████████████████████████ | | | |
| **POLITICAL MILITARY** | | | |
| ████████████████████████████████████ | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| ████████████████████████████████████ | | | |

PM is a required clearer on the following:

| |
|---|
| **ISRAEL-PALESTINIANS** |
| ████████████████████████████████████ |

████████████████████████████████████████████████████████

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ██████████████████████████

All OpenNet taskers can be found <u>here</u>.

Please let us know if you have any questions.

Best,

Samantha Sison
<u>PM/FO SharePoint</u>
202-647-0561

**Official**
UNCLASSIFIED

---

**From:** Tillou, Patrick A <<u>TillouPA@state.gov</u>>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <<u>F_Staff_Assistant@state.gov</u>>; BP_Staffers <<u>BPStaffers@state.gov</u>>; AF-FO STAFFERS-DL <<u>AF-FOSTAFFERS-DL@state.gov</u>>; EAP-Staffers Mailbox <<u>EAP-StaffersMailbox@state.gov</u>>; NEA-Staff-Assistants-DL <<u>NEA-Staff-Assistants-DL@state.gov</u>>; SCA-Staff-Assistants-DL <<u>SCA-Staff-Assistants-DL@state.gov</u>>; WHAStaffers <<u>WHAStaffers@state.gov</u>>; ECA_Staffers <<u>ECA_Staffers@state.gov</u>>; Harley, Joyce E <<u>HarleyJ@state.gov</u>>; Washington, Adrienne M <<u>WashingtonAM@state.gov</u>>; DRL-FO-Staff Assistants <<u>DRL-FO-StaffAssistants@state.gov</u>>; EB-A-Staff-Assistants-DL <<u>EB-A-Staff-Assistants-DL@state.gov</u>>; SDPRK-DL <<u>SDPRK-DL@state.gov</u>>; ISN-FO-DL <<u>ISN-FO-DL@state.gov</u>>; AVC-Staff-Assistants-DL <<u>AVC-Staff-Assistants@state.gov</u>>; CT_StaffAssistants <<u>CT_StaffAssistants@state.gov</u>>; IO Front Office users-DL <<u>IOFrontOffice@state.gov</u>>; PM-Staffers Mailbox <<u>PM-StaffersMailbox@state.gov</u>>; T_Staff <<u>T_Staff@groups.state.gov</u>>; CSO FO Staff <<u>CSOFOStaff@state.gov</u>>; DS Staffers <<u>DSStaffers@state.gov</u>>; PRM-Staff Assistant <<u>PRM-StaffAssistant@state.gov</u>>; SES-O_CMS <<u>SES-O_CMS@state.gov</u>>; Roy, Carlene A <<u>RoyC@state.gov</u>>; GEC Staff Assistants <<u>GECStaffAssistants@state.gov</u>>; INL-Staffers-DL <<u>INL-Staffers-DL@state.gov</u>>; CA-Staffers-Mailbox <<u>CA-Staffers-Mailbox@state.gov</u>>; S-SPEHA <<u>S_SPEHA@groups.state.gov</u>>; J-TIP Staff Assistants <<u>J-TIPStaffAssistants@state.gov</u>>; C_Special Assistants <<u>C_SpecialAssistants@state.gov</u>>; M_Staff <<u>M_Staff@state.gov</u>>; Legal-FO-DL <<u>Legal-FO-DL@state.gov</u>>; AID.ES Tasker Mail List (USAID) <<u>aid.estaskermaillistusaid@usaid.gov</u>>; SCCI <<u>SCCI@state.gov</u>>; SGAC-Staff <<u>SGAC-Staff@state.gov</u>>
**Cc:** SES-Line_Only <<u>SES-Line_Only@state.gov</u>>; H_Staffers <<u>H_Staffers@state.gov</u>>; Harris, Katherine A <<u>HarrisKA2@state.gov</u>>; Rademacher, Paul R <<u>Rademachpr@state.gov</u>>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on

State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **<u>unclassified</u>** email at ████████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379


**Official**
UNCLASSIFIED

WASHSTATEC001910

**Message**

| | |
|---|---|
| **From:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent:** | 2/28/2019 11:35:47 PM |
| **To:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |
| **Attachments:** | USML Cat I-III FInal FRN - AM to T Revised 2.28 (LPM) V.2.docx |

Sorry I left you off

**From:** Kovar, Jeffrey D
**Sent:** Thursday, February 28, 2019 5:49 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Pompian, Shawn M <PompianSM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████████████████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 5:20 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 5:18 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,

████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, February 28, 2019 4:12 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Pompian, Shawn M <PompianSM@state.gov>

**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III



**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 3:22 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,



Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>;

Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22ⁿᵈ ▆▆▆▆▆▆

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ▆▆▆▆▆▆

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ▆▆▆▆▆
*Email: MonjayR@state.gov*
▆▆▆▆▆▆

**Official - SBU**
UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent:** | 3/1/2019 12:03:44 AM |
| **To:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Subject:** | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |

Sorry - I left a few minutes before you sent this email.  I could chat this evening if that makes sense.

---

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Date:** February 28, 2019 at 6:05:51 PM EST
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Are you around for a quick call?

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 5:20 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

███████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 5:18 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,

███████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, February 28, 2019 4:12 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Pompian, Shawn M <PompianSM@state.gov>

**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III



**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 3:22 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

[black redaction box]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

[black redaction box]

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

[black redaction box]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>;

Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone:* 202.663.2817
*Mobile:* ████████
*Email: MonjayR@state.gov*
████████

**Official - SBU**
UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent:** | 3/1/2019 12:14:46 AM |
| **To:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Subject:** | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |

████████████████████████████████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 7:04 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Sorry - I left a few minutes before you sent this email.  I could chat this evening if that makes sense.

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Date:** February 28, 2019 at 6:05:51 PM EST
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 5:20 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 5:18 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,

████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, February 28, 2019 4:12 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III



**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 3:22 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A

<RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,



Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ▮▮▮▮▮▮▮▮▮▮
*Email: MonjayR@state.gov*
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Official - SBU**
UNCLASSIFIED

WASHSTATEC001923

Message

| | |
|---|---|
| **From:** | Pompian, Shawn M [PompianSM@state.gov] |
| **Sent:** | 3/1/2019 12:21:51 AM |
| **To:** | Kovar, Jeffrey D [KovarJD@state.gov]; Minarich, Christine M [MinarichCM@state.gov] |
| **Subject:** | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |
| **Attachments:** | USML Cat I-III FInal FRN - AM to T Revised 2.28 (LPM) V.2.docx |

Shawn

**Official - SBU**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, February 28, 2019 5:49 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Pompian, Shawn M <PompianSM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 5:20 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 5:18 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, February 28, 2019 4:12 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III



**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 3:22 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>

Cc: Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
Subject: RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

[redacted]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

From: Monjay, Robert <MonjayR@state.gov>
Sent: Tuesday, February 26, 2019 3:57 PM
To: Minarich, Christine M <MinarichCM@state.gov>
Cc: Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
Subject: RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

[redacted]

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

From: Minarich, Christine M <MinarichCM@state.gov>
Sent: Tuesday, February 26, 2019 2:30 PM
To: Monjay, Robert <MonjayR@state.gov>
Cc: Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
Subject: RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

[redacted]

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ▮▮▮▮▮▮▮▮
*Email: MonjayR@state.gov*
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Official - SBU**
UNCLASSIFIED

WASHSTATEC001928

**Message**

| | |
|---|---|
| **From**: | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent**: | 3/1/2019 12:35:47 AM |
| **To**: | Monjay, Robert [MonjayR@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov] |
| **CC**: | Kottmyer, Alice M [KottmyerAM@state.gov]; Rogers, Shana A [RogersSA2@state.gov]; Minarich, Christine M [MinarichCM@state.gov] |
| **Subject**: | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |
| **Attachments**: | USML Cat I-III FInal FRN - AM to T Revised 2.28 (LPM) V.2.docx |

Rob and Sarah:

████████████████████████████████████████████████████

Jeff

**From:** Kovar, Jeffrey D
**Sent:** Thursday, February 28, 2019 6:35 PM
**To:** Monjay, Robert <MonjayR@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob and Sarah:

████████████████████████████████████████████████████

Jeff

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, February 28, 2019 12:52 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

████████████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 12:30 PM

**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ███████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ██████████
*Email:* MonjayR@state.gov

**Official - SBU**
UNCLASSIFIED

WASHSTATEC001932

## Message

**From:** Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:** 3/1/2019 12:37:06 AM
**To:** Pompian, Shawn M [PompianSM@state.gov]; Minarich, Christine M [MinarichCM@state.gov]
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Thursday, February 28, 2019 7:22 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████

Shawn

**Official - SBU**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, February 28, 2019 5:49 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Pompian, Shawn M <PompianSM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 5:20 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Jeff,

████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 5:18 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, February 28, 2019 4:12 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III



**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 3:22 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Shawn,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

████████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd ███████

████████████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ███████████████████████████
████████████████████████████████████████████████████████

Thanks

Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* █████████████
*Email: MonjayR@state.gov*

███████████████████████

**Official - SBU**
UNCLASSIFIED

WASHSTATEC001937

---

Message

| | |
|---|---|
| **From:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent:** | 3/1/2019 12:52:00 PM |
| **To:** | Kovar, Jeffrey D [KovarJD@state.gov]; Monjay, Robert [MonjayR@state.gov] |
| **CC:** | Kottmyer, Alice M [KottmyerAM@state.gov]; Rogers, Shana A [RogersSA2@state.gov]; Minarich, Christine M [MinarichCM@state.gov] |
| **Subject:** | RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III |

Thank you Jeff.  We'll take look. ██████████████████████████████ Have a good weekend everyone.

---

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, February 28, 2019 7:36 PM
**To:** Monjay, Robert <MonjayR@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob and Sarah:

████████████████████████████████████████████████████████████████

Jeff

---

**From:** Kovar, Jeffrey D
**Sent:** Thursday, February 28, 2019 6:35 PM
**To:** Monjay, Robert <MonjayR@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob and Sarah:

████████████████████████████████████████████████████████████████

Jeff

---

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Thursday, February 28, 2019 12:52 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

████████████████████████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 12:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

███████████████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, February 26, 2019 3:57 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Christine,

███████████████████████████████████████████████████████████████

Thanks
Rob

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, February 26, 2019 2:30 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Kottmyer, Alice M <KottmyerAM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

Rob,

█████████████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, February 25, 2019 4:29 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising USML Categories I - III

All,
We have updated the AM to reflect the letter received from Senator Menendez dated February 22nd, ████████████████████
█████████████████████████████████████████████████████████████

Thank you
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert
**Sent:** Thursday, February 21, 2019 4:49 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; PM-CPA <PM-CPA@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; McClung, Gailyn W <McClungGW@state.gov>; Peckham, Yvonne M <PeckhamYM@state.gov>; Thompson, Zainab B <ThompsonZB@state.gov>; Shinnick, Julianne <ShinnickJ@state.gov>; Blaha, Charles O <BlahaCO@state.gov>
**Subject:** CLEARANCE REQUEST AM to T for Final Rule revising ITAR 126.4

All,
Attached, please find the AM to T ██████████████████████████████
█████████████████████████████████████████████████████████████

Thanks

Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ██████████
*Email: MonjayR@state.gov*
████████████████████

**Official - SBU**
UNCLASSIFIED

WASHSTATEC001941

Message

**From:** Marquis, Matthew R [MarquisMR@state.gov]
**Sent:** 3/1/2019 2:40:46 PM
**To:** PM-DTCP-Tasking-DL [PM-DTCP-Tasking-DL@state.gov]
**CC:** PM-CPA [PM-CPA@state.gov]; String, Marik A [StringMA@state.gov]; Miller, Michael F [Millermf@state.gov]
**Subject:** CPA Media Monitoring: Roll Call: Menendez blocks firearm export rule, citing oversight concerns



**Menendez blocks firearm export rule, citing oversight concerns**
**By Rachel Oswald**
**28 February 2019**

A senior Democratic senator has blocked a Trump administration proposed rule to switch oversight authority of firearm sales abroad from the State Department to the Commerce Department, arguing the move would significantly weaken congressional oversight and increase the risk of terrorists and criminals getting their hands on powerful military-grade weapons.

Sen. Robert Menendez, ranking member on the Foreign Relations Committee, placed the hold last week after he was notified earlier this month about the proposed change by the State Department. Menendez is objecting to the final language of the rule.

"Firearms and ammunition — especially those derived from military models ... are uniquely dangerous," the New Jersey Democrat wrote in a Feb. 22 letter to Secretary of State Mike Pompeo announcing his hold. "They should be subject to more, not less, rigorous export controls and oversight."

Hill staffers and outside experts are concerned President Donald Trump will disregard Menendez's hold, which is not legally binding but is based on decades of bipartisan tradition. The development of the rule change started under the Obama administration, and the Trump administration is now proposing it.

The proposed rule change would switch oversight responsibility on exports of firearms, including semi-automatic pistols, sniper rifles and AK-47-type assault weapons from Foggy Bottom to the Commerce Department. Critics of the move say that human rights, terrorism and rule of law concerns would take a back seat when considering an export request. It would also, they say, make it more difficult for lawmakers to learn about and stop firearm sales they disagree with.

Menendez has halted — for now — the regulatory change process, which would otherwise next move to a formal congressional notification period before the rule change would go into effect. The final rule has not been shared but an earlier version was published in May 2018 in the Federal Register.

Supporters of the rule argue it will bring more efficiency to the firearm export control process and make it easier to investigate potential export violations as Commerce has more resources to commit to the matter than the State Department.

"At the time, I liked the fact that Commerce has 105 special agents whose sole purpose is to investigate and enforce export control violations," Kevin Wolf, a former assistant secretary of Commerce for export administration in the Obama administration, said in an interview. "That was actually part of my motive for supporting this, because of the added enforcement resources that would be provided to this. Commerce is better able to deal with non-military customers."

WASHSTATEC001942

Wolf, now a partner with the law firm Akin Gump, said the Obama administration developed but never put forth the rule change because it occurred so close to the 2012 gun massacre at Sandy Hook Elementary School, and the political climate for it never improved. But the core motive of the rule change, which was part of a broader regulatory overhaul of defense industry exports, "was for State to do what it did best and for Commerce to do what it did best," he said.

Also at issue is whether the State Department and other government agencies like the Pentagon will be able to block Commerce from approving an export request if the other agencies determine it is not in U.S. foreign policy or national security interests.

"They will send possible license exports over to State for comment but they will be the ones making the final decision," said a congressional aide, referring to the Commerce Department. "One of the reasons for doing this is fundamentally for export promotion, to make it easier to traffic in these arms abroad." The staffer opposes the rule change and is not authorized to be quoted.

But Wolf insisted that under the proposed rule, "Commerce must get consensus from the other agencies and any one agency can object."

If there is interagency disagreement about a proposed gun sale, the matter would be brought up the chain to higher agency officials, but how disputes ultimately would be settled is still unclear.

"I'm an Obama appointee and I'm a gun-control Democrat," Wolf said. "I am also just an export control person, who wanted a more efficient regulatory system to more properly [monitor] these dangerous items."

**Congress in the Dark**

But rule opponents and supporters agree that Congress would be left in the dark on the majority of firearm exports.

Under the Arms Export Control Act, the State Department is required to notify Congress about any proposed exports of lethal weapons worth $1 million or more that fall under the United States Munitions List.

But the rule change would take firearms off the Munitions List and place them on the Commerce Control List, where they would be subject to much less congressional oversight including the pre-sale notification requirements contained in the export control law.

Furthermore, the Commerce Department is not required to notify Congress, as the State Department is, when there is evidence that U.S. defense exports have been misused, according to a July 2018 report by the liberal Center for International Policy. The Center objects to the proposed rule change.

In the past, lawmakers have used the notification period provided by the export control law to stop the proposed sale of guns to a number of problematic foreign governments that the State Department would otherwise have approved. In 2016 and 2017, lawmakers blocked separate Foggy Bottom proposals to export assault rifles and semi-automatic handguns to security services in the Philippines and Turkey due to human rights and rule of law concerns.

Without that final backstop of congressional notification, human rights advocates argue that even the State Department will be more likely to give the go-ahead to exporting military-grade weapons to buyers who could use them against civilians.

WASHSTATEC001943

"It's definitely the most dramatic reduction in export control since the creation of the Arms Export Control Act," said Colby Goodman, an independent arms control analyst, who co-authored the Center for International Policy report. In the past few years, he said, "we know that Congress has played a pretty important role in reviewing arms control and human rights cases."

Among other things, Goodman's report recommends the rule change not go forward until Congress' internal watchdog, the Government Accountability Office, has completed an analysis on the risks of moving firearms from State's Munitions List to the Commerce Control List.

For his part, Menendez has said he will not lift his hold until his concerns are addressed about how congressional oversight over foreign firearms sales will be maintained.

Menendez is also demanding Commerce make a final legal determination on whether 3D-printed firearms, which are difficult for metal detectors to uncover, constitute an "emerging" technology. Such a determination would make it illegal for someone in America to upload to the Internet the blueprints for a 3D-printable firearm. The State Department until recently barred the posting online of 3D-printed gun designs, though a lawsuit has thrown the matter to the courts.

Link: https://www.rollcall.com/news/congress/menendez-blocks-firearm-export-rule-citing-oversight-concerns

---

**Matthew Marquis**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

Phone:        202.647.6968
e-mail:        *MarquisMR@state.gov* |   Web: *www.state.gov/t/pm /* |Twitter: *@StateDeptPM*

Stay connected with *State.gov*:



**Official**
UNCLASSIFIED

**Message**

| | |
|---|---|
| **From:** | Noonan, Michael J [NoonanMJ@state.gov] |
| **Sent:** | 3/1/2019 2:52:14 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Subject:** | FW: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |
| **Attachments:** | Q A 96 3D Gun Information - DTCP v.4.docx |

So you know.

**From:** Noonan, Michael J
**Sent:** Friday, March 1, 2019 9:42 AM
**To:** Paul, Joshua M <PaulJM@state.gov>
**Subject:** FW: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Josh,

███████████████████████████████████████████████████████████

Thanks,

Noonan

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 4:07 PM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

███████████████████████████████████████████████████████████

**Official - SBU (Attorney Work Product, Deliberative Process, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Thursday, February 28, 2019 1:25 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

███████████████████████████████████████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Thursday, February 28, 2019 12:20 PM
**To:** Noonan, Michael J <NoonanMJ@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Michael,

████████████████████████████████████████████████

Christine

**Official - SBU (Deliberative Process, Attorney Work Product, Attorney-Client Privilege)**
UNCLASSIFIED

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 4:25 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Nanavatty, Katharine B <NanavattyKB@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; SP_Staff Assistants <SP_StaffAssistants@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ████████████████████████████████████████████████████ Further, note that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Finally, this response will require revision to address future events.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan

---------------------------------------------------------------
Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)
(202) 632-2788

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL
**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| Ukraine | | | |
| | | | |
| THAILAND | | | |
| | | | |
| POLITICAL MILITARY | | | |
| | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| | | | |

PM is a required clearer on the following:

| ISRAEL-PALESTINIANS |
|---|
| |

███████████████████████████████████████████████████████████████████

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ███████████████████████████

All OpenNet taskers can be found <u>here</u>.

Please let us know if you have any questions.

Best,

Samantha Sison
<u>PM/FO SharePoint</u>
202-647-0561

**Official**
UNCLASSIFIED

---

**From:** Tillou, Patrick A <<u>TillouPA@state.gov</u>>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <<u>F_Staff_Assistant@state.gov</u>>; BP_Staffers <<u>BPStaffers@state.gov</u>>; AF-FO STAFFERS-DL <<u>AF-FOSTAFFERS-DL@state.gov</u>>; EAP-Staffers Mailbox <<u>EAP-StaffersMailbox@state.gov</u>>; NEA-Staff-Assistants-DL <<u>NEA-Staff-Assistants-DL@state.gov</u>>; SCA-Staff-Assistants-DL <<u>SCA-Staff-Assistants-DL@state.gov</u>>; WHAStaffers <<u>WHAStaffers@state.gov</u>>; ECA_Staffers <<u>ECA_Staffers@state.gov</u>>; Harley, Joyce E <<u>HarleyJ@state.gov</u>>; Washington, Adrienne M <<u>WashingtonAM@state.gov</u>>; DRL-FO-Staff Assistants <<u>DRL-FO-StaffAssistants@state.gov</u>>; EB-A-Staff-Assistants-DL <<u>EB-A-Staff-Assistants-DL@state.gov</u>>; SDPRK-DL <<u>SDPRK-DL@state.gov</u>>; ISN-FO-DL <<u>ISN-FO-DL@state.gov</u>>; AVC-Staff-Assistants-DL <<u>AVC-Staff-Assistants@state.gov</u>>; CT_StaffAssistants <<u>CT_StaffAssistants@state.gov</u>>; IO Front Office users-DL <<u>IOFrontOffice@state.gov</u>>; PM-Staffers Mailbox <<u>PM-StaffersMailbox@state.gov</u>>; T_Staff <<u>T_Staff@groups.state.gov</u>>; CSO FO Staff <<u>CSOFOStaff@state.gov</u>>; DS Staffers <<u>DSStaffers@state.gov</u>>; PRM-Staff Assistant <<u>PRM-StaffAssistant@state.gov</u>>; SES-O_CMS <<u>SES-O_CMS@state.gov</u>>; Roy, Carlene A <<u>RoyC@state.gov</u>>; GEC Staff Assistants <<u>GECStaffAssistants@state.gov</u>>; INL-Staffers-DL <<u>INL-Staffers-DL@state.gov</u>>; CA-Staffers-Mailbox <<u>CA-Staffers-Mailbox@state.gov</u>>; S-SPEHA <<u>S_SPEHA@groups.state.gov</u>>; J-TIP Staff Assistants <<u>J-TIPStaffAssistants@state.gov</u>>; C_Special Assistants <<u>C_SpecialAssistants@state.gov</u>>; M_Staff <<u>M_Staff@state.gov</u>>; Legal-FO-DL <<u>Legal-FO-DL@state.gov</u>>; AID.ES Tasker Mail List (USAID) <<u>aid.estaskermaillistusaid@usaid.gov</u>>; SCCI <<u>SCCI@state.gov</u>>; SGAC-Staff <<u>SGAC-Staff@state.gov</u>>
**Cc:** SES-Line_Only <<u>SES-Line_Only@state.gov</u>>; H_Staffers <<u>H_Staffers@state.gov</u>>; Harris, Katherine A <<u>HarrisKA2@state.gov</u>>; Rademacher, Paul R <<u>Rademachpr@state.gov</u>>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020

budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **<u>unclassified</u>** email at ████████████████████ no later than **<u>12:00 pm on Monday, March 4</u>.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379

**Official**
UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Abisellan, Eduardo [AbisellanE@state.gov] |
| **Sent:** | 3/1/2019 2:56:56 PM |
| **To:** | Hamilton, Catherine E [HamiltonCE@state.gov]; Noonan, Michael J [NoonanMJ@state.gov]; Shufflebarger, Jamie [ShufflebargerJ@state.gov]; Paul, Joshua M [PaulJM@state.gov]; Ravi, Sunil K [RaviSK@state.gov]; P/EUR Duty Officer [P-EURDuty@state.gov]; Urena, Michael A [UrenaMA@state.gov]; Christopherson, Collin C [ChristophersonCC@state.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Shin, Jae E [ShinJE@state.gov]; Minarich, Christine M [MinarichCM@state.gov] |
| **CC:** | Nanavatty, Katharine B [NanavattyKB@state.gov]; Brechwald, Matthew J(T) [BrechwaldMJ2@state.gov]; T_SpecAssts [T_SpecAssts@state.gov]; SP_StaffAssistants [SP_StaffAssistants@state.gov]; Hart, Robert L [HartRL@state.gov] |
| **Subject:** | RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |

Clear for T

**Official**
UNCLASSIFIED

---

**From:** Hamilton, Catherine E <HamiltonCE@state.gov>
**Sent:** Wednesday, February 27, 2019 5:08 PM
**To:** Noonan, Michael J <NoonanMJ@state.gov>; Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Shin, Jae E <ShinJE@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Nanavatty, Katharine B <NanavattyKB@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; SP_Staff Assistants <SP_StaffAssistants@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Clear for DTCL.

---

**From:** Noonan, Michael J <NoonanMJ@state.gov>
**Sent:** Wednesday, February 27, 2019 4:25 PM
**To:** Shufflebarger, Jamie <ShufflebargerJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Christopherson, Collin C <ChristophersonCC@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Nanavatty, Katharine B <NanavattyKB@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; SP_Staff Assistants <SP_StaffAssistants@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ███████████████████████████████████████████████████ Further, note that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Finally, this response will require revision to address future events.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan

---

Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)
(202) 632-2788

---

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL
**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| | **Ukraine** | | |
| | ███████████████████████ | | |
| | **THAILAND** | | |
| | ███████████████████████ | | |
| | **POLITICAL MILITARY** | | |
| | ███████████████████████ | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |

WASHSTATEC001951

[black redaction box]

PM is a required clearer on the following:

| ISRAEL-PALESTINIANS |
|---|

[black redaction box]

Please review the attached to see if there are other PM equities. Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ▮▮▮▮▮▮▮▮▮▮

All OpenNet taskers can be found <u>here</u>.

Please let us know if you have any questions.

Best,

Samantha Sison
<u>PM/FO SharePoint</u>
202-647-0561

**Official**
UNCLASSIFIED

---

**From:** Tillou, Patrick A <<u>TillouPA@state.gov</u>>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <<u>F_Staff_Assistant@state.gov</u>>; BP_Staffers <<u>BPStaffers@state.gov</u>>; AF-FO STAFFERS-DL <<u>AF-FOSTAFFERS-DL@state.gov</u>>; EAP-Staffers Mailbox <<u>EAP-StaffersMailbox@state.gov</u>>; NEA-Staff-Assistants-DL <<u>NEA-Staff-Assistants-DL@state.gov</u>>; SCA-Staff-Assistants-DL <<u>SCA-Staff-Assistants-DL@state.gov</u>>; WHAStaffers <<u>WHAStaffers@state.gov</u>>; ECA_Staffers <<u>ECA_Staffers@state.gov</u>>; Harley, Joyce E <<u>HarleyJ@state.gov</u>>; Washington, Adrienne M <<u>WashingtonAM@state.gov</u>>; DRL-FO-Staff Assistants <<u>DRL-FO-StaffAssistants@state.gov</u>>; EB-A-Staff-Assistants-DL <<u>EB-A-Staff-Assistants-DL@state.gov</u>>; SDPRK-DL <<u>SDPRK-DL@state.gov</u>>; ISN-FO-DL <<u>ISN-FO-DL@state.gov</u>>; AVC-Staff-Assistants-DL <<u>AVC-Staff-Assistants@state.gov</u>>; CT_StaffAssistants <<u>CT_StaffAssistants@state.gov</u>>; IO Front Office users-DL <<u>IOFrontOffice@state.gov</u>>; PM-Staffers Mailbox <<u>PM-StaffersMailbox@state.gov</u>>; T_Staff <<u>T_Staff@groups.state.gov</u>>; CSO FO Staff <<u>CSOFOStaff@state.gov</u>>; DS Staffers <<u>DSStaffers@state.gov</u>>; PRM-Staff Assistant <<u>PRM-StaffAssistant@state.gov</u>>; SES-O_CMS <<u>SES-O_CMS@state.gov</u>>; Roy, Carlene A <<u>RoyC@state.gov</u>>; GEC Staff Assistants <<u>GECStaffAssistants@state.gov</u>>; INL-Staffers-DL <<u>INL-Staffers-DL@state.gov</u>>; CA-Staffers-Mailbox <<u>CA-Staffers-Mailbox@state.gov</u>>; S-SPEHA <<u>S_SPEHA@groups.state.gov</u>>; J-TIP Staff Assistants <<u>J-TIPStaffAssistants@state.gov</u>>; C_Special Assistants <<u>C_SpecialAssistants@state.gov</u>>; M_Staff <<u>M_Staff@state.gov</u>>; Legal-FO-DL <<u>Legal-FO-DL@state.gov</u>>; AID.ES Tasker Mail List (USAID) <<u>aid.estaskermaillistusaid@usaid.gov</u>>; SCCI <<u>SCCI@state.gov</u>>; SGAC-Staff <<u>SGAC-Staff@state.gov</u>>
**Cc:** SES-Line_Only <<u>SES-Line_Only@state.gov</u>>; H_Staffers <<u>H_Staffers@state.gov</u>>; Harris, Katherine A <<u>HarrisKA2@state.gov</u>>; Rademacher, Paul R <<u>Rademachpr@state.gov</u>>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ████████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379


**Official**
UNCLASSIFIED

Message
_____

**From**:        Rogers, Shana A [RogersSA2@state.gov]
**Sent**:        3/1/2019 3:21:14 PM
**To**:          Minarich, Christine M [MinarichCM@state.gov]
**Subject**:     RE: Lookaheads


Looks good!

**Official - Transitory**
UNCLASSIFIED
_____

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Friday, March 01, 2019 10:15 AM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Lookaheads

Shana,
What do you think about proposing this bullet for the lookaheads?
Christine

******



**Official**
UNCLASSIFIED
_____

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Friday, March 1, 2019 9:58 AM
**To:** Legal-PM-DL <Legal-PM-DL@state.gov>
**Subject:** FW: Lookaheads

All – please send me your blurbs by 2pm.  Thanks.
_____

**From:** Nightingale, Robert L <NightingaleRL@state.gov>
**Sent:** Friday, March 1, 2019 9:31 AM
**To:** Legal-ALAs-DL <Legal-ALAs-DL@state.gov>
**Subject:** Lookaheads

Reminder to send lookaheads by COB.  Thanks!

Best,
Robby


**Official**
UNCLASSIFIED

WASHSTATEC001955

Message
_____

**From:**      Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:**      3/1/2019 3:47:18 PM
**To:**        Minarich, Christine M [MinarichCM@state.gov]
**Subject:**   RE: Lookaheads


thx

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Friday, March 1, 2019 10:41 AM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Lookaheads

Jeff,
Here's a proposed bullet on Cats I-III for the lookahead.
Christine


******

[REDACTED]


**Official**
UNCLASSIFIED

**Official**
UNCLASSIFIED

---

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Friday, March 1, 2019 9:58 AM
**To:** Legal-PM-DL <Legal-PM-DL@state.gov>
**Subject:** FW: Lookaheads

All – please send me your blurbs by 2pm.  Thanks.

---

**From:** Nightingale, Robert L <NightingaleRL@state.gov>
**Sent:** Friday, March 1, 2019 9:31 AM
**To:** Legal-ALAs-DL <Legal-ALAs-DL@state.gov>
**Subject:** Lookaheads

Reminder to send lookaheads by COB.  Thanks!

Best,
Robby


**Official**
UNCLASSIFIED

WASHSTATEC001957

Message

---

**From:** Monjay, Robert [MonjayR@state.gov]
**Sent:** 3/1/2019 4:54:09 PM
**To:** PM-Staffers Mailbox [PM-StaffersMailbox@state.gov]
**CC:** Heidema, Sarah J [HeidemaSJ@state.gov]; Miller, Michael F [Millermf@state.gov]; Windecker, Melissa A [WindeckerMA@state.gov]; PM-DDTC-Staff-Assistants-DL [PM-DDTC-Staff-Assistants@state.gov]
**Subject:** AM to T on Cats I-IIII
**Attachments:** Tab 1 - Cat I-III Final FRN.docx; Tab 2 - Rule Statement on Cat I-III Final FRN.pdf; Tab 3 - 02-22-19 Menendez Letter on Hold on CAT I-III Transfer.pdf; USML Cat I-III Final FRN - AM to T.docx

Staffers,
Attached is the AM to T on the Cats I-III rule ████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████
*Email: MonjayR@state.gov*
████████████████████████

**Official - SBU**
UNCLASSIFIED

JAMES E. RISCH, IDAHO, CHAIRMAN

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

# United States Senate

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) <u>Removal of Firearms Exports from Congressional Information and Review</u>
The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

WASHSTATEC001959

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons. Congressional oversight must be retained.

2) Proliferation of 3D Gun Printing Technical Information

There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests. The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally. This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law. Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950. 3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily. Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

WASHSTATEC001960

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control. Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

Sincerely,

Robert Menendez
Ranking Member

CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

Message

**From:**  Monjay, Robert [MonjayR@state.gov]
**Sent:**  3/1/2019 5:08:57 PM
**To:**  svcSMARTCrossLow_SMG [svcSMARTCrossLowAA@smg.state.gov]
**Attachments:**  Tab 3 - 02-22-19 Menendez Letter on Hold on CAT I-III Transfer.pdf; USML Cat I-III Final FRN - AM to T.docx; Tab 1 - Cat I-III Final FRN.docx; Tab 2 - Rule Statement on Cat I-III Final FRN.pdf

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ███████████
*Email: MonjayR@state.gov*
███████████████████████

JAMES E. RISCH, IDAHO, CHAIRMAN

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

# United States Senate

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) <u>Removal of Firearms Exports from Congressional Information and Review</u>
The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

WASHSTATEC001963

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons. Congressional oversight must be retained.

2) Proliferation of 3D Gun Printing Technical Information

There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests. The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally. This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law. Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950. 3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily. Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control. Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

Sincerely,

Robert Menendez
Ranking Member

CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

WASHSTATEC001965

Message

**From**:      Monjay, Robert [MonjayR@state.gov]
**Sent**:      3/1/2019 5:11:59 PM
**To**:        svcSMARTCrossLow_SMG [svcSMARTCrossLowAA@smg.state.gov]
**Attachments**:   USML Cat I-III Final FRN - AM to T.zip

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████
*Email: MonjayR@state.gov*
████████████████

JAMES E. RISCH, IDAHO, CHAIRMAN

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

# United States Senate

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) <u>Removal of Firearms Exports from Congressional Information and Review</u>
The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

WASHSTATEC001967

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons. Congressional oversight must be retained.

2) Proliferation of 3D Gun Printing Technical Information

There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests. The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally. This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law. Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950. 3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily. Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

WASHSTATEC001968

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control.  Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

Sincerely,

Robert Menendez
Ranking Member

CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

Message

---

**From**:         Monjay, Robert [MonjayR@state.gov]
**Sent**:         3/1/2019 5:21:29 PM
**To**:           svcSMARTCrossLow_SMG [svcSMARTCrossLowAA@smg.state.gov]
**Attachments**:  Tab 3 - 02-22-19 Menendez Letter on Hold on CAT I-III Transfer.pdf


*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ███████████
*Email: MonjayR@state.gov*
██████████████████████

JAMES E. RISCH, IDAHO, CHAIRMAN

MARCO RUBIO, FLORIDA
RON JOHNSON, WISCONSIN
CORY GARDNER, COLORADO
MITT ROMNEY, UTAH
LINDSEY GRAHAM, SOUTH CAROLINA
JOHNNY ISAKSON, GEORGIA
JOHN BARRASSO, WYOMING
ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
TODD YOUNG, INDIANA
TED CRUZ, TEXAS

ROBERT MENENDEZ, NEW JERSEY
BENJAMIN L. CARDIN, MARYLAND
JEANNE SHAHEEN, NEW HAMPSHIRE
CHRISTOPHER A. COONS, DELAWARE
TOM UDALL, NEW MEXICO
CHRISTOPHER MURPHY, CONNECTICUT
TIM KAINE, VIRGINIA
EDWARD J. MARKEY, MASSACHUSETTS
JEFF MERKLEY, OREGON
CORY A. BOOKER, NEW JERSEY

# United States Senate

COMMITTEE ON FOREIGN RELATIONS

WASHINGTON, DC 20510–6225

February 22, 2019

The Honorable Mike Pompeo
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Secretary Pompeo:

On February 4, 2019, I received a congressional notification from the Department for a proposal to transfer responsibility for the export control of firearms and ammunition from the United States Munitions list (USML) to the Commerce Control List (CCL). I write to inform you that I am placing a hold on the congressional notification, pursuant to the authority of Section 38(f) of the Arms Export Control Act (AECA).

I am deeply concerned about this proposed transfer. As you no doubt are aware, firearms and ammunition – especially those derived from military models and widely used by military and security services – are uniquely dangerous. They are easily modified, diverted, and proliferated, and are the primary means of injury, death, and destruction in civil and military conflicts throughout the world. As such, they should be subject to more, not less, rigorous export controls and oversight.

Combat rifles, including those commonly known as "sniper rifles," should not be removed from the USML, nor should rifles of any type that are U.S. military-standard 5.56 (and especially .50 caliber). Semi-automatic firearms should also not be removed, and neither should related equipment, ammunition, or associated manufacturing equipment, technology, or technical data.

Consequently, my hold will remain in place until such time as the issues identified below are sufficiently addressed.

1) Removal of Firearms Exports from Congressional Information and Review
The AECA enables congressional review of exports of lethal weapons to ensure that they comport with U.S. foreign policy interests. Congress took action in 2002 to ensure that the sale and export of these weapons would receive stringent oversight, including by amending the AECA to set a lower reporting threshold (from $14 million to $1 million) specifically for firearms on the USML. Moving such firearms from the USML to the CCL would directly

contradict congressional intent and effectively eliminate congressional oversight and potential disapproval of exports of these weapons. Congressional oversight must be retained.

## 2) Proliferation of 3D Gun Printing Technical Information

There is a serious risk that this transfer will open the floodgates of information for the 3D printing of nearly-undetectable firearms and components by foreign persons and terrorists that intend to harm U.S. citizens and interests. The Department of Commerce claims that it cannot, by its own regulations, prevent the publication, including on the Internet for global consumption, of technical information and blueprint files that would enable this 3D production, if such information has once been published, even illegally. This is outrageous and simply unacceptable given the dangers it poses to U.S. citizens and interests.

Moreover, it may also be at variance with recent law. Section 1758 of the Export Control Reform Act of 2018 authorizes the Secretary of Commerce to control "emerging and foundational technologies" that (A) are essential to the national security of the United States; and (B) are not critical technologies described in clauses (i) through (v) of section 721(a)(6)(A) of the Defense Production Act of 1950. 3D printing has been identified by this Administration as an emerging technology of concern, and the Department of Commerce itself used 3D printing as an example of "emerging technology" in its November 19, 2018 Federal Register notice seeking public comment on what constitutes emerging technologies pursuant to this new statutory charge. Then-Secretary of Defense Mattis twice mentioned the challenges of 3D printing in congressional testimony, and Director of National Intelligence Coats, in his 2018 Worldwide Threat Assessment of the U.S. Intelligence Community, stated that, "[a]dvances in manufacturing, particularly the development of 3D printing, almost certainly will become even more accessible to a variety of state and non-state actors and be used in ways contrary to our interests."

It would seem axiomatic that the capability to 3D-print lethal weaponry that cannot easily or reliably be detected by metal detectors at airports, schools, governmental or other facilities (including the U.S. Capitol and the Department of State) would qualify as an emerging technology in need of regulatory control. Yet, the Commerce Department has told my staff that the interagency process to identify emerging and foundational technologies to be controlled has not been completed, and is unlikely to be completed for months. By proceeding with the transfer of firearms, including 3D printing technical information, to Commerce, the Administration is acting recklessly and endangering innocent lives. It should go without saying that we collectively need to understand the threat and have a plan to address this issue before making the regulatory change.

Moreover, the Department of Commerce would seem to have adequate additional regulatory authority to control 3D gun printing information, at least temporarily. Commerce can control any item for foreign policy reasons under the miscellaneous category of 0Y521, according to a final rule issued by Commerce in 2012. Preventing foreign terrorists and thugs from acquiring

the means to print undetectable guns to use against U.S. citizens is a sufficient foreign policy justification to control this technology from public release.

Ultimately, the specific provision of the Export Administration Regulations is cited as preventing Commerce from controlling the publication of 3D Printed guns in the longer term needs to be rewritten to permit this control. Until that occurs, or until Commerce determines that such technical information can and will be controlled, this technical information cannot and should not be transferred from USML to the CCL.

I look forward to your prompt response to my concerns.

Sincerely,

Robert Menendez
Ranking Member

CC: The Honorable Wilbur Ross, U.S. Secretary of Commerce

WASHSTATEC001973

Message

**From:**  Monjay, Robert [MonjayR@state.gov]
**Sent:**  3/1/2019 5:21:03 PM
**To:**  svcSMARTCrossLow_SMG [svcSMARTCrossLowAA@smg.state.gov]
**Attachments:**  USML Cat I-III Final FRN - AM to T.docx

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ███████████
*Email: MonjayR@state.gov*
███████████████████████

Message

**From:** Monjay, Robert [MonjayR@state.gov]
**Sent:** 3/1/2019 5:21:11 PM
**To:** svcSMARTCrossLow_SMG [svcSMARTCrossLowAA@smg.state.gov]
**Attachments:** Tab 1 - Cat I-III Final FRN.docx

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ███████████
*Email:* *MonjayR@state.gov*
███████████████████████

**Message**

| | |
|---|---|
| **From:** | Noonan, Michael J [NoonanMJ@state.gov] |
| **Sent:** | 3/1/2019 5:45:08 PM |
| **To:** | Miller, Michael F [Millermf@state.gov] |
| **CC:** | Heidema, Sarah J [HeidemaSJ@state.gov]; Hart, Robert L [HartRL@state.gov] |
| **Subject:** | FW: Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns |
| **Attachments:** | Q A 96 3D Gun Information - DTCP v.5.docx |

Attached for review and clearance is DTCP's proposed Q & A response on 3D guns for Secretary's Mar. 27 budget hearings.

Note that the response is based on previously cleared language and that it contains a placeholder comment for revision by H prior to the hearing.


Noonan

---

**From:** Noonan, Michael J
**Sent:** Thursday, February 28, 2019 3:37 PM
**To:** Paul, Joshua M <PaulJM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Ravi, Sunil K <RaviSK@state.gov>; P/EUR Duty Officer <P-EURDuty@state.gov>; Urena, Michael A <UrenaMA@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; T_SpecAssts <T_SpecAssts@state.gov>; SP_Staff Assistants <SP_StaffAssistants@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Briefing Materials for the Secretary's Hearing FY 2020 Budget - Q A 96 - Information on 3D Guns

Following up on yesterday's request for clearance on the attached.

Thank you,

MJN



Attached for your review and clearance is Q & A no. 96 (Information on 3D guns) for the Secretary's Hearing on FY 2020 Budget. ███████████████████████████████████████████████ Further, note that we have pre-coordinated with PM/CPA on this response, which includes minor revisions from previously cleared language on the topic.

Finally, this response will require revision to address future events.

Request clearance by COB, Thursday 2/28.

Regards,

Michael Noonan

··········································································

Department of State
Directorate of Defense Trade Controls (PM/DDTC/DTCC)
Compliance Specialist (Henderson Group Contractor)
(202) 632-2788

WASHSTATEC001976

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, February 22, 2019 4:42 PM
**To:** PM/SA Security Assistance Office; PM/RSAT Team Leaders; PM/RSAT EUR Team; DDTC Tasker DL
**Cc:** PM-Directors; PM-Deputy-Directors; PM-CPA
**Subject:** New PM Tasker: Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget

Dear all:

Please see new PM tasker for Briefing Materials for the Secretary's Hearings before the State Department Oversight Committees regarding the FY 2020 Budget.

Please submit to PM Staffers by Friday, March 1 at noon.

Please follow instructions in tasker and use proper Q&A template attached.

PM is responsible for drafting the following (and clearing with other PM offices):

| | Question | Drafter | Clearing Offices |
|---|---|---|---|
| | **Ukraine** | | |
| | | | |
| | **THAILAND** | | |
| | | | |
| | **POLITICAL MILITARY** | | |
| | | | |
| 96 | Why does the Department provide information on 3D guns? | PM/DDTC | |
| | | | |

PM is a required clearer on the following:

| | | | |
|---|---|---|---|
| | **ISRAEL-PALESTINIANS** | | |
| | | | |

███████████████████████████████████████████████████████████████

Please review the attached to see if there are other PM equities.  Offices wishing to clear on any of the papers listed in the attached should make those requests directly to the drafting bureau.

Please clear Q&As with ███████████████████████████

All OpenNet taskers can be found <u>here</u>.

Please let us know if you have any questions.

Best,

Samantha Sison
<u>PM/FO SharePoint</u>
202-647-0561

**Official**
UNCLASSIFIED

---

**From:** Tillou, Patrick A <<u>TillouPA@state.gov</u>>
**Sent:** Friday, February 22, 2019 2:48 PM
**To:** F_Staff_Assistant <<u>F_Staff_Assistant@state.gov</u>>; BP_Staffers <<u>BPStaffers@state.gov</u>>; AF-FO STAFFERS-DL <<u>AF-FOSTAFFERS-DL@state.gov</u>>; EAP-Staffers Mailbox <<u>EAP-StaffersMailbox@state.gov</u>>; NEA-Staff-Assistants-DL <<u>NEA-Staff-Assistants-DL@state.gov</u>>; SCA-Staff-Assistants-DL <<u>SCA-Staff-Assistants-DL@state.gov</u>>; WHAStaffers <<u>WHAStaffers@state.gov</u>>; ECA_Staffers <<u>ECA_Staffers@state.gov</u>>; Harley, Joyce E <<u>HarleyJ@state.gov</u>>; Washington, Adrienne M <<u>WashingtonAM@state.gov</u>>; DRL-FO-Staff Assistants <<u>DRL-FO-StaffAssistants@state.gov</u>>; EB-A-Staff-Assistants-DL <<u>EB-A-Staff-Assistants-DL@state.gov</u>>; SDPRK-DL <<u>SDPRK-DL@state.gov</u>>; ISN-FO-DL <<u>ISN-FO-DL@state.gov</u>>; AVC-Staff-Assistants-DL <<u>AVC-Staff-Assistants@state.gov</u>>; CT_StaffAssistants <<u>CT_StaffAssistants@state.gov</u>>; IO Front Office users-DL <<u>IOFrontOffice@state.gov</u>>; PM-Staffers Mailbox <<u>PM-StaffersMailbox@state.gov</u>>; T_Staff <<u>T_Staff@groups.state.gov</u>>; CSO FO Staff <<u>CSOFOStaff@state.gov</u>>; DS Staffers <<u>DSStaffers@state.gov</u>>; PRM-Staff Assistant <<u>PRM-StaffAssistant@state.gov</u>>; SES-O_CMS <<u>SES-O_CMS@state.gov</u>>; Roy, Carlene A <<u>RoyC@state.gov</u>>; GEC Staff Assistants <<u>GECStaffAssistants@state.gov</u>>; INL-Staffers-DL <<u>INL-Staffers-DL@state.gov</u>>; CA-Staffers-Mailbox <<u>CA-Staffers-Mailbox@state.gov</u>>; S-SPEHA <<u>S_SPEHA@groups.state.gov</u>>; J-TIP Staff Assistants <<u>J-TIPStaffAssistants@state.gov</u>>; C_Special Assistants <<u>C_SpecialAssistants@state.gov</u>>; M_Staff <<u>M_Staff@state.gov</u>>; Legal-FO-DL <<u>Legal-FO-DL@state.gov</u>>; AID.ES Tasker Mail List (USAID) <<u>aid.estaskermaillistusaid@usaid.gov</u>>; SCCI <<u>SCCI@state.gov</u>>; SGAC-Staff <<u>SGAC-Staff@state.gov</u>>
**Cc:** SES-Line_Only <<u>SES-Line_Only@state.gov</u>>; H_Staffers <<u>H_Staffers@state.gov</u>>; Harris, Katherine A <<u>HarrisKA2@state.gov</u>>; Rademacher, Paul R <<u>Rademachpr@state.gov</u>>
**Subject:** Tasker for Briefing Materials for the Secretary's FY 2020 Budget Hearings

Dear Colleagues,

The attached tasker assigns responsibilities for the preparation of briefing materials for the Secretary's FY 2020 budget hearings in March with the Senate Foreign Relations Committee (SFRC), House Foreign Affairs Committee (HFAC), the Senate Appropriations Subcommittee on State and Foreign Operations (SACFO), and the House Appropriations Subcommittee on State and Foreign Operations (HACFO). The Secretary will be asked to justify the FY 2020 budget request at these hearings, as well as answer questions on the full range of policy matters

by members of the oversight committees. **The preparation materials are critical to ensuring a successful round of hearings.**

Fully cleared papers are due to H paper coordinators via **unclassified** email at ████████████████ no later than **12:00 pm on Monday, March 4.** Bureaus need to use the attached Q&A template for the proper format for their submissions. [Note that the budget paper template is <u>only</u> for use by those bureaus (BP and F) tasked with the separate set of budget papers listed at the very end of the tasker.]

As usual, bureaus should clear Q&As with other respective offices/bureaus that have equities.  Bureaus wishing to clear on any Q&A should contact the drafter/drafting bureau <u>directly</u>.

Please contact the H Coordinators if you have any questions:

Katherine Harris, 7-2233
Paul Rademacher, 7-1963

Thank you!

Patrick Tillou
Special Assistant
Bureau of Legislative Affairs
Office: 202-647-9379


**Official**
UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Dearth, Anthony M [DearthAM@state.gov] |
| **Sent:** | 3/1/2019 8:14:17 PM |
| **To:** | Miller, Michael F [Millermf@state.gov] |
| **Subject:** | FW: GAO Final Report Issued: "EXPORT CONTROLS: State and Commerce Should Share Watch List Information If Proposed Rules to Transfer Firearms Are Finalized" |
| **Attachments:** | 697202.pdf |

FYI, final report released.

v/r, Tony

Anthony M. Dearth
Chief of Staff
Directorate of Defense Trade Controls
Bureau of Political Military Affairs
United States Department of State
Office: 202-663-2836

**Official**
UNCLASSIFIED

**From:** Carroll, Christienne <CarrollC@state.gov>
**Sent:** Friday, March 01, 2019 2:36 PM
**To:** Dearth, Anthony M <DearthAM@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Shin, Jae E <ShinJE@state.gov>; Monjay, Robert <MonjayR@state.gov>; Hart, Robert L <HartRL@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Krueger, Thomas G <KruegerTG@state.gov>; Willbrand, Ryan T <WillbrandRT@state.gov>; Davis, Terry L <DavisTL@state.gov>; Cressey, Laura E <CresseyLE@state.gov>; Smagula, Nicholas <SmagulaN@state.gov>; Sizemore, Jeffrey A <SizemoreJA@state.gov>; PM-Strategy <PM-Strategy@state.gov>
**Cc:** Paul, Joshua M <PaulJM@state.gov>; PM-CPA <PM-CPA@state.gov>
**Subject:** GAO Final Report Issued: "EXPORT CONTROLS: State and Commerce Should Share Watch List Information If Proposed Rules to Transfer Firearms Are Finalized"

Good afternoon,

Today, GAO released their final report, *EXPORT CONTROLS: State and Commerce Should Share Watch List Information If Proposed Rules to Transfer Firearms Are Finalized*.  A copy is attached, and it can also be viewed on GAO's website by following this link:  https://www.gao.gov/products/GAO-19-307.

Best regards,
Christienne

**Christienne Carroll**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

**Official**
UNCLASSIFIED



United States Government Accountability Office

## Report to Congressional Requesters

March 2019

# EXPORT CONTROLS

# State and Commerce Should Share Watch List Information If Proposed Rules to Transfer Firearms are Finalized

WASHSTATEC001981



## GAO Highlights

Highlights of GAO-19-307, a report to congressional requesters

**March 2019**

# EXPORT CONTROLS

## State and Commerce Should Share Watch List Information If Proposed Rules to Transfer Firearms Are Finalized

### Why GAO Did This Study

The U.S. government implements an export control system to manage risks associated with exporting sensitive items while facilitating legitimate trade. State currently controls the export of most firearms, artillery, and ammunition. Regulatory changes proposed by State and Commerce would transfer this responsibility for many of these items to Commerce, which implements export controls under different legal and regulatory authorities. The proposed changes are part of a larger export control reform effort since 2010 to transfer control of less sensitive items from State to Commerce.

GAO was asked to review the proposed changes to export controls of firearms, artillery, and ammunition. This report assesses (1) the volume and value of commercial export license applications State reviewed for these items in fiscal years 2013-2017, (2) how certain export controls differ between State and Commerce, and (3) what is known about the resource implications for State and Commerce due to the proposed transfer. GAO reviewed the proposed rules and related laws and regulations; analyzed data and documents related to licensing, end-use monitoring, and staff resources; and interviewed agency officials.

### What GAO Recommends

GAO recommends that if the proposed regulatory changes become final, State and Commerce develop a process for sharing State's internal watch list with Commerce to enhance oversight of firearms, artillery, and ammunition exports. State and Commerce agreed with GAO's recommendations.

View GAO-19-307. For more information, contact Kimberly Gianopoulos at (202) 512-8612 or GianopoulosK@gao.gov.

### What GAO Found

The Department of State (State) reviewed approximately 69,000 commercial export license applications for firearms, artillery, and ammunition valued at up to $45.4 billion during fiscal years 2013 to 2017. About two-thirds of these applications were for firearms, and the majority involved the export of non-automatic and semi-automatic firearms, which are among the items proposed for transfer from State to Department of Commerce (Commerce) control.

**Examples of Firearms and Ammunition Proposed to Transfer from Department of State to Department of Commerce Control**



Source: Bureau of Alcohol, Tobacco, Firearms and Explosives  |  GAO-19-307

GAO identified several differences in Commerce's and State's export controls including those related to registration, licensing, end-use monitoring, and congressional notification that, according to the agencies, would apply to firearms, artillery, and ammunition proposed for transfer. Some of these differences are due to varying requirements in applicable laws and regulations. For example, the law requires manufacturers, exporters, and brokers to register with State for items controlled by State but not for items controlled by Commerce. Additionally, while Commerce and State both screen parties to licenses against relevant watch lists, Commerce officials said they do not have direct access to State's internal watch list, which contains derogatory information from past screening of licenses for firearms, artillery, and ammunition exports. State and Commerce officials stated that, while they have held some discussions, they have not established a process for sharing watch list information. Without access to State's watch list, Commerce may lack critical information to effectively screen parties to exports of firearms and related items. State and Commerce also both have end-use monitoring programs to confirm the legitimacy of end-users but some differences exist. For example, State relies on embassy staff to conduct end-use monitoring whereas Commerce relies primarily on several officers positioned overseas specifically for this purpose. In addition, a statutory requirement to notify Congress of proposed firearms exports over $1 million would no longer apply to firearms that transfer from State to Commerce, according to Commerce officials.

According to the proposed rules and agency officials, the proposed transfer, if finalized, would result in a decline in licenses and revenues for State and an increase in licenses for Commerce, but the precise extent of these changes is unknown. State estimates that the transfer would result in a decline in revenue from registration fees but officials stated it is difficult to predict the extent of this decline. Commerce officials stated that they expected their licensing and enforcement workload to increase as a result of the transfer, if finalized, but they believe they have sufficient staff resources available to absorb the increase.

_____ **United States Government Accountability Office**

WASHSTATEC001982

# Contents

| Letter | | 1 |
|---|---|---|
| | Background | 2 |
| | State Reviewed about 69,000 Export License Applications Valued at up to $45.4 Billion for Firearms, Artillery, and Ammunition in Fiscal Years 2013-2017 | 7 |
| | State and Commerce Export Controls Have Several Different Requirements, Including for Registration, Licensing, End-Use Monitoring, and Congressional Notification | 13 |
| | Proposed Rules, If Finalized, Would Reduce State's and Increase Commerce's Licensing Volume, but Extent of the Resource Impact on These Agencies Is Unknown | 32 |
| | Conclusions | 34 |
| | Recommendations for Executive Action | 34 |
| | Agency Comments | 35 |
| Appendix I | Objectives, Scope, and Methodology | 37 |
| Appendix II | The U.S. Munitions List and the Commerce Control List | 40 |
| Appendix III | Comments from the Department of State | 42 |
| Appendix IV | Comments from the Department of Commerce | 44 |
| Appendix V | GAO Contacts and Staff Acknowledgments | 46 |
| Tables | | |
| | Table 1: The U.S. Munitions List (USML) Categories I, II, and III | 4 |
| | Table 2: State Department and Commerce Department Export Control Systems' Legal and Regulatory Frameworks | 5 |
| | Table 3: United States Munitions List and Dates of Rule Changes under Export Control Reform | 40 |
| | Table 4: Commerce Control List Categories and Groups | 41 |

WASHSTATEC001983

Figures

Figure 1: Volume of Export License Applications Reviewed by the Department of State for All U.S. Munitions List (USML) Categories and for Firearms, Artillery, and Ammunition (Categories I-III) Only, Fiscal Years 2013-2017       8

Figure 2: Percentage of Export License Applications for Firearms, Artillery, and Ammunition (U.S. Munitions List Categories I-III), Fiscal Years 2013-2017       10

Figure 3: Firearms, Artillery, and Ammunition Export License Applications by Geographic Region, Fiscal Years 2013-2017       12

Figure 4: Top 20 Countries of Export License Applications for Firearms, Artillery, and Ammunition, Fiscal Years 2013 to 2017       13

Figure 5: Locations of Commerce Department Export Control Officer Positions and Area of Responsibility       26

Figure 6: Percentage of State Department's End-use Checks on Firearms, Artillery, and Ammunition by Region, Fiscal Years 2013-2017       27

Figure 7: Percentage of Pre-License and Post-Shipment End-Use Checks by State for U.S. Munitions List Categories I-III and by Commerce for Commerce Control List, All Items, Fiscal Years 2013-2017       28

WASHSTATEC001984

## Abbreviations

| | |
|---|---|
| AECA | Arms Export Control Act of 1976, as amended |
| BIS | Bureau of Industry and Security |
| CAD | Computer Aided Design |
| CCL | Commerce Control List |
| Commerce | Department of Commerce |
| DDTC | Directorate of Defense Trade Controls |
| DHS | Department of Homeland Security |
| DRL | Bureau of Democracy, Human Rights, and Labor |
| DOD | Department of Defense |
| DOJ | Department of Justice |
| EAA | Export Administration Act of 1979, as amended |
| EAR | Export Administration Regulations |
| ECO | Export Control Officer |
| ECRA | Export Control Reform Act of 2018 |
| FBI | Federal Bureau of Investigation |
| ICE | Immigration and Customs Enforcement |
| ISN | Bureau of International Security and Nonproliferation |
| ITAR | International Traffic in Arms Regulations |
| STA | Strategic Trade Authorization |
| State | Department of State |
| USML | U.S. Munitions List |

This is a work of the U.S. government and is not subject to copyright protection in the United States. The published product may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.

WASHSTATEC001985


U.S. GOVERNMENT ACCOUNTABILITY OFFICE

**441 G St. N.W.**
**Washington, DC 20548**

March 1, 2019

Congressional Requesters,

The U.S. government implements an export control system to manage risks associated with exporting sensitive items while facilitating legitimate trade. The Department of State (State) currently controls the commercial export of firearms, artillery, and ammunition, which represented approximately $7.5 billion in U.S. exports over fiscal years 2013 to 2017.[1] As part of its export controls, State, among other things, registers manufacturers, exporters, and brokers of controlled items, licenses and monitors export transactions, and notifies Congress of high value exports. Regulatory changes proposed by State and Commerce, if finalized, would transfer responsibility for controlling certain firearms, artillery, and ammunition to Commerce, which implements export controls under different legal and regulatory authorities. Under the proposed rules, the items to be transferred to Commerce control include non-automatic and semi-automatic firearms, various firearms parts and components, artillery manufactured between 1890 and 1919, and certain types of ammunition. State would maintain export controls on fully-automatic firearms and modern artillery, as well as ammunition and some of the parts and components for such items.

The proposed rules are part of a larger effort since 2010 to modernize the U.S. export control system and transfer less sensitive items from State to Commerce control. According to State's and Commerce's proposed rules, the purpose of the transfer is to limit the items that State controls to those items that provide the United States with a critical military or intelligence advantage or are inherently for military use. The State proposed rule notes that the items planned for transfer to Commerce do not meet this standard, including many items which are widely available in retail outlets in the United States and abroad.

You asked us to review the proposed changes to export controls of firearms, artillery, and ammunition. This report assesses (1) the volume and value of commercial export license applications State reviewed for these items in fiscal years 2013-2017, (2) how certain export controls differ between State and Commerce, and (3) what is known about the

---

[1]This figure represents the actual export value as reported by the Census Bureau.

GAO-19-307  Export Controls

WASHSTATEC001986

resource implications for State and Commerce due to the proposed transfer.

To assess the volume of export license applications for firearms, artillery, and ammunition that State reviewed during fiscal years 2013 to 2017, we obtained data from the interagency export licensing database, USXPORTS, and interviewed State officials. We analyzed the data to describe the number and reported value of export license applications, the items to be exported, and the destination country, among other characteristics. We assessed these data and found them to be sufficiently reliable for the purpose of conducting these analyses. To analyze how certain export controls differ between State and Commerce, we reviewed the departments' proposed rules, relevant laws and regulations, agency guidance, and annual reports related to State's and Commerce's export controls. We also interviewed officials from Commerce, State, the Department of Homeland Security (DHS), and the Department of Defense (DOD). In addition, we analyzed State's end-use monitoring data, which we assessed and found to be sufficiently reliable for characterizing State's end-use checks of licenses for firearms, artillery, and ammunition. To assess what is known about the resource implications for State and Commerce due to the proposed transfer, we held discussions with State and Commerce officials, and reviewed State's export license data, annual budget documents, and other agency reports. For more details on our scope and methodology, see appendix I.

We conducted this performance audit from February 2018 to March 2019 in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that the evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives.

# Background

## U.S. Export Control System

The U.S. government implements an export control system to manage risks associated with exporting sensitive items and ensure that legitimate trade can still occur. The export control system is governed by a complex set of laws, regulations, and processes that multiple federal agencies administer to ensure compliance. State and Commerce each play a role in the U.S. export control system. Historically, State has controlled the

WASHSTATEC001987

export of military items, known as defense articles and services, while Commerce has controlled the export of less sensitive items with both military and commercial applications, known as dual-use items.[2] In addition to firearms, artillery, and ammunition, State controls the export of items such as tanks, fighter aircraft, missiles, and military training, which it lists on the U.S. Munitions List (USML). Commerce controls the export of dual-use items such as computers, radars, and telecommunications equipment, which it lists on the Commerce Control List (CCL).[3]

State and Commerce both control the export of items within their jurisdictions by requiring a license or other authorization to export a controlled item; vetting the parties associated with export transactions; monitoring the end-use of exports and other compliance activities; and supporting law enforcement agencies' investigations of possible violations of export control laws and regulations. Generally, unless a license exemption[4] applies, exporters submit a license application to State if their items are controlled on the USML or to Commerce if they are controlled on the CCL to receive export approval.[5] As part of the application review process, State and Commerce consult with other agencies, including DOD. Additionally, offices within Commerce, DHS, and the Department of Justice (DOJ) investigate potential violations of export control laws and regulations, and conduct enforcement activities.

## State and Commerce Export Control Lists

Items identified on the State and Commerce export control lists are subject to different laws and regulations. The Arms Export Control Act of 1976, as amended, (AECA) provides the statutory authority to control the export of defense articles and services, which the President delegated to the Secretary of State.[6] State's International Traffic in Arms Regulations

[2]State uses the term "defense articles and services" to refer to the items it controls, while Commerce uses the term "items." For purposes of this report we sometimes refer to both as "items."

[3]Commerce's export control jurisdiction also includes basic commercial items that generally do not require a U.S. Government authorization unless destined to a prohibited end use, end-user, or to an embargoed or sanctioned destination. Commerce controls also include a small number of military items.

[4]State uses license "exemption" and Commerce uses license "exception" in instances in which a controlled item may be exported without the need for an approved license.

[5]Exporters may also require a license from Commerce for exports involving prohibited end uses, end-users, and embargoed or sanctioned destinations.

[6]See 22 U.S.C. § 2778 and Exec. Order 13,637 (Mar. 8, 2013).

WASHSTATEC001988

(ITAR) implement this authority and identify the specific types of items subject to control in the USML.[7] The USML is comprised of 21 categories of items, each with multiple sub-categories, encompassing defense items such as firearms, missiles, and aircraft.[8] Firearms, artillery, and ammunition represent the first three categories of the USML (see table 1).[9] Additional information on the 21 categories of the USML is presented in appendix II. Within State, the Directorate of Defense Trade Controls (DDTC) is responsible for implementing controls on the commercial export of these items.

**Table 1: The U.S. Munitions List (USML) Categories I, II, and III**

| USML Category | Category title | Examples of items controlled |
|---|---|---|
| I | Firearms, Close Assault Weapons, and Combat Shotguns | Small arms up to .50 caliber, including non-automatic, semi-automatic, and fully automatic firearms. Silencers, mufflers, sound and flash suppressors, military-grade riflescopes, parts and components, and technical data and defense services related to the above items. |
| II | Guns and Armament | Larger guns over .50 caliber, whether towed, airborne, self-propelled, or fixed, including, but not limited to, howitzers, mortars, cannons, recoilless rifles, and grenade launchers. Related engines, tooling, test, and evaluation equipment, components, parts, accessories, and technical data and defense services for the above items. |
| III | Ammunition/Ordnance | Ammunition/ordnance for the articles in Categories I and II of this section. Handling equipment, tooling equipment, components, parts, accessories, attachments, and technical data and defense services for the above items. |

Source: GAO analysis of 22 C.F.R. § 121.1. | GAO-19-307

Note: We refer to U.S. Munitions List Categories I, II, and III as "firearms, artillery, and ammunition."

The Export Control Reform Act of 2018 (ECRA) provides the statutory authority for Commerce to control the export of less sensitive military items, dual-use items, and basic commercial items.[10] Commerce's Export Administration Regulations (EAR), which contain the CCL, implement this authority.[11] The CCL classifies less sensitive military items, dual-use

---

[7]22 C.F.R. Parts 120–130 contain the International Traffic in Arms Regulations.

[8]22 C.F.R. § 121.1, *The United States Munitions List*.

[9]Throughout this report we refer to USML Categories I-III as "firearms, artillery, and ammunition."

[10]The Export Control Reform Act of 2018 was enacted on August 13, 2018, as part of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, and replaced the lapsed Export Administration Act of 1979 (EAA), as amended, as the principal legal authority for the Export Administration Regulations. See Pub. L. No. 115-232, Title XVII, Subtitle B, Aug. 13, 2018, classified at 50 U.S.C. § 4801 et seq.

[11]See 15 C.F.R. Part 774.

WASHSTATEC001989

items, and basic commercial items in 10 categories, such as Nuclear & Miscellaneous, Electronics, and Telecommunications, and in 5 product groups. Appendix II shows the 10 categories and five groups of the CCL. Commerce's Bureau of Industry and Security (BIS) is responsible for implementing these export controls (see table 2 for a summary of the legal and regulatory frameworks for State's and Commerce's export controls).

**Table 2: State Department and Commerce Department Export Control Systems' Legal and Regulatory Frameworks**

| Agency/office | Mission | Legal authority | Implementing regulations | Control list |
|---|---|---|---|---|
| State Department's Directorate of Defense Trade Controls | Regulates and enforces controls on the export of defense articles and services | Arms Export Control Act, as amended | International Traffic in Arms Regulations | United States Munitions List |
| Commerce Department's Bureau of Industry and Security | Regulates and enforces controls on the export of dual-use items | Export Control Reform Act of 2018[a] | Export Administration Regulations | Commerce Control List |

Source: GAO. | GAO-19-307

[a]The Export Control Reform Act of 2018 was enacted on August 13, 2018, as part of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, and replaced the lapsed Export Administration Act of 1979 (EAA), as amended, as the principal legal authority for the Export Administration Regulations. See Pub. L. No. 115-232, Title XVII, Subtitle B, Aug. 13, 2018, classified at 50 U.S.C. § 4801 et seq.

## Proposed Transfer of Certain Firearms from State to Commerce Jurisdiction

In May 2018, State and Commerce published proposed rules in the Federal Register to request public comments on the proposed transfer of certain items in USML Categories I, II, and III (firearms, artillery, and ammunition) to the CCL.[12] According to State and Commerce's proposed rules, the purpose of the transfer is to limit the items that State controls to those that provide the United States with a critical military or intelligence advantage or, in the case of weapons, are inherently for military end use. According to the proposed rules, items that do not meet these criteria would be removed from State's export control jurisdiction and moved to Commerce's jurisdiction. The proposed rules state that some, but not all, of the firearms, artillery, and ammunition currently controlled for export by State would transfer to Commerce control. The items proposed for

[12]For the State Department's proposed rule, see *International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III*, 83 Fed. Reg. 24,198 (May 24, 2018). For the Commerce Department's proposed rule, see *Control of Firearms, Guns, Ammunition and Related Articles the President Determines No Longer Warrant Control under the United States Munitions List (USML)*, 83 Fed. Reg. 24,166 (May 24, 2018).

WASHSTATEC001990

transfer to the CCL include non-automatic and semi-automatic firearms up to .50 caliber, and non-automatic shotguns with a barrel length less than 18 inches; as well as parts, components, accessories, attachments, and ammunition for these firearms and shotguns, among other items.[13] According to the proposed rules, if finalized, State would continue to control fully-automatic firearms, shotguns, and modern artillery; silencers, components, parts, and accessories specially designed for automatic firearms and shotguns; and specific types of ammunition, including ammunition for automatic firearms.[14] The proposed rules would also make a variety of conforming changes to the USML and CCL to accommodate the transferred items.[15]

The proposed transfer of firearms, artillery, and ammunition is part of an ongoing effort to reform the export control lists by reviewing the USML categories and transferring certain items considered less sensitive to the CCL.[16] Since the export control reform initiative was first announced in 2010 with the objective of modernizing the export control system, State and Commerce have finalized various rulemakings that transferred certain items from USML Categories IV through XXI to Commerce's control.[17] Firearms, artillery, and ammunition are the last three USML

---

[13]Under the proposed rules, parts and components that are common to both semi-automatic and fully-automatic firearms would transfer to Commerce, while those that are used only in fully-automatic firearms would remain with State.

[14]As defined in 22 C.F.R. § 121.1, a firearm is a weapon not over .50 caliber (12.7 mm), which is designed to expel a projectile by the action of an explosive or which may be readily converted to do so. State's proposed rule would incorporate a definition of a fully automatic firearm or shotgun, which is any firearm or shotgun which shoots, is designed to shoot, or can readily be restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. See 83 Fed. Reg. 24,198 at 24,202 (May 24, 2018).

[15]For example, if finalized, the proposed rules would renumber and eliminate certain CCL numbers to align with the transferred items.

[16]State's proposed rule notes that all references to the USML are to the list of AECA defense articles that are controlled for purposes of export or temporary import pursuant to the ITAR, and not to the list of AECA defense articles on the United States Munitions Import List that are controlled by the Bureau of Alcohol, Tobacco, Firearms and Explosives for purposes of permanent import under its regulations at 27 C.F.R. § 447.

[17]Commerce labeled these transferred items as the "600 series" of the CCL.

WASHSTATEC001991

categories proposed to undergo regulatory changes under export control reform.[18]

In accordance with the AECA, the President must notify Congress of items proposed for removal from the USML and describe the nature of any controls to be imposed on the items, and may not remove the items until 30 days after providing such notice.[19] State and Commerce published the proposed rules in the Federal Register on May 24, 2018, opening a 45-day public comment period that ended on July 9, 2018. After reviewing public comments, State and Commerce submitted final rules to the Office of Management and Budget for regulatory review on November 7, 2018. The required 30-day congressional notification period pursuant to the AECA began on February 4, 2019, according to a State official.

## State Reviewed about 69,000 Export License Applications Valued at up to $45.4 Billion for Firearms, Artillery, and Ammunition in Fiscal Years 2013-2017

State reviewed 68,690 export license applications for firearms, artillery, and ammunition with a potential value of up to $45.4 billion during fiscal years 2013 to 2017.[20] The number of export license applications for firearms, artillery, and ammunition remained relatively constant from fiscal years 2013 to 2017, averaging 13,738 annually, even as the total number of licenses reviewed by State declined as the export control reform process transferred items from State to Commerce control (see fig. 1). Firearms, artillery, and ammunition increased from about 16 percent of all license applications reviewed by State in fiscal year 2013 to about 36 percent in 2017.

---

[18]GAO reported in 2012 on the potential impacts of these reforms on export control compliance and enforcement. See GAO, *Export Controls: U.S. Agencies Need to Assess Control List Reform's Impact on Compliance Activities,* GAO-12-613 (Washington, D.C.: April 23, 2012); and GAO, *Export Controls: Proposed Reforms Create Opportunities to Address Enforcement Challenges,* GAO-12-246 (Washington, D.C.: Mar. 27, 2012).

[19]22 U.S.C. § 2778(f)(1).

[20]$45.4 billion reflects the total value of export license applications for firearms, artillery, and ammunition reviewed by State over fiscal years 2013 to 2017 and does not reflect the actual export value for this time period. According to State officials, State does not approve all applications and, of those it does approve, exporters may use the export license over multiple years and may not fully utilize the potential value of the export license.

WASHSTATEC001992

**Figure 1: Volume of Export License Applications Reviewed by the Department of State for All U.S. Munitions List (USML) Categories and for Firearms, Artillery, and Ammunition (Categories I-III) Only, Fiscal Years 2013-2017**



Number (in thousands)

- ·····  All USML categories
- ▬▬▬  Firearms, artillery, and ammunition

Source: GAO analysis of State Department data.  |  GAO-19-307

Note: All USML categories reflect the total number of export license applications publicly reported by the Department of State, and include certain license types that were not applicable to GAO's analysis of the number of export license applications for firearms, artillery, and ammunition.

State processes export license applications for permanent exports, temporary exports and imports, and certain types of agreements.[21] During fiscal years 2013 to 2017, about 91 percent of export license applications for firearms, artillery, and ammunition were for permanent exports, about

---

[21]An example of a temporary export is the export of a U.S. defense article to a foreign country for a trade show or for marketing purposes, which is then returned to the United States. An example of a temporary import is the import of a U.S. defense article to be repaired by a U.S. company and then returned to the foreign owner. Examples of agreements include licenses to manufacture U.S. firearms overseas or to provide certain types of technical assistance to foreign militaries in the use of firearms.

WASHSTATEC001993

8 percent for temporary exports and imports, and about 2 percent for agreements.[22]

State can take various actions on the export license applications it receives, including approving the license, approving with conditions, returning without action,[23] and denying the license. For fiscal years 2013-2017, State approved 87 percent of the number of export license applications for firearms, artillery, and ammunition, returned without action 12 percent, and denied 1 percent.[24] State can approve an application but place conditions on the export license, such as limiting the validity period or prohibiting certain types of intermediaries in the export transaction. State can also return without action export license applications that are missing information or that it is otherwise unable to review, and can deny, revoke, suspend, or amend a license for foreign policy or national security reasons.[25]

## About Two-Thirds of Category I-III Export License Applications Were for Firearms in Fiscal Years 2013-2017

About two-thirds of the export license applications for firearms, artillery, and ammunition that State reviewed during fiscal years 2013-2017 were for firearms and related items controlled under Category I of the USML (see fig. 2). Of the applications for these items, about 57 percent involved non-automatic or semi-automatic firearms—most of which are proposed to transfer to the CCL under Commerce control—and about 4 percent involved fully-automatic firearms—which would remain on the USML

---

[22]These percentages include both original applications and amendments to each type of export license, and may not sum to 100 percent due to rounding. ITAR requires amendments for administrative changes or corrections for typographical errors. During fiscal years 2013 to 2017, about 6 percent of the export license applications for firearms, artillery, and ammunition were amendments.

[23]According to State, "return without action" is a denial without prejudice, typically due to missing information or documentation, or because State does not have confidence in some aspect of the transaction.

[24]In terms of license value, State approved about $25.4 billion, or approximately 56 percent, of the $45.4 billion in export license applications for firearms, artillery, and ammunition over fiscal years 2013 to 2017.

[25]Per 22 C.F.R. § 126.7, additional grounds for denying a license to applicants include violations of regulations or export agreements, ineligibility to contract with the U.S. government, being the subject of a complaint or having been convicted of violating certain criminal statutes, debarment or suspension from a U.S. government agency, failure to include information expressly required on a license application, and being subject to sanctions under other relevant U.S. laws.

WASHSTATEC001994

under State control.[26] The remainder of export license applications for Category I items included other types of firearms such as combat shotguns, firearm attachments such as silencers and riflescopes, firearm parts and components, and technical data and defense services related to these items. The proposed rules state that some of these items would transfer to Commerce control while others would remain under State control.[27]

**Figure 2: Percentage of Export License Applications for Firearms, Artillery, and Ammunition (U.S. Munitions List Categories I-III), Fiscal Years 2013-2017**



5%
Artillery

8%
Multiple

21%
Ammunition

66%
Firearms

N = 68,690

Source: GAO analysis of State Department data   |   GAO-19-307

Note: The category "Multiple" includes export license applications for items controlled in more than one category of United States Munitions List Categories I, II, and III.

---

[26]Non-automatic and semi-automatic firearms are controlled in USML Sub-Category I(a) and fully-automatic firearms are controlled in USML Sub-Category I(b). Our analysis of State's export license applications data excludes amendments to export license applications as they are not associated with a USML Sub-Category in State's licensing data since an amendment cannot change the type of item specified for export in the original application. Of the 57 percent of Category I export license applications that involved non-automatic or semi-automatic firearms and the 4 percent that involved fully-automatic firearms, about 1 percent involved both types of firearms.

[27]Due to limitations with the level of detail included in the licensing data we analyzed, we were unable to estimate the exact number of export license applications for firearms, artillery, and ammunition that will transfer from State to Commerce control if the proposed rules are finalized.

WASHSTATEC001995

As shown in figure 2, export license applications for Category II artillery were about 5 percent of all Category I-III license applications from fiscal years 2013 through 2017. According to State, under the proposed rules, modern artillery, their ammunition, and certain related parts and components would remain under State's control.[28] Category III ammunition represented about 21 percent of the Category I-III export license applications. As stated in the State and Commerce proposed rules, USML Category III would be revised to specifically list the ammunition that it controls, which would include ammunition that has only or primarily military applications. Generally, ammunition used in the non-automatic and semi-automatic firearms that are proposed to transfer to Commerce control would also transfer.[29] About 8 percent of the export license applications involved items controlled in more than one category of USML Categories I, II, and III, which are shown as "Multiple" in figure 2.

## Volume of Category I-III Export License Applications Varied by Geographic Region of End-User in Fiscal Years 2013-2017

In fiscal years 2013 to 2017, 32 percent of license applications for the export of firearms, artillery, and ammunition were intended for end-users in countries in Europe and Eurasia, 29 percent to the Western Hemisphere, 24 percent to East Asia and the Pacific, 7 percent to the Near East, 3 percent to Africa, 3 percent to South and Central Asia, and 2 percent to multiple countries (see fig. 3). Export license applications for firearms, artillery, and ammunition during fiscal years 2013 to 2017 included applications for end-users spanning 189 countries and territories, yet the top 20 countries represented about 70 percent of the total number of applications (see fig. 4).

---

[28]Under the proposed rules, artillery manufactured between 1890 and 1919 and military flame throwers with an effective range less than 20 meters, both of which are currently controlled under USML Category II, would transfer to Commerce.

[29]According to State, ammunition otherwise controlled by Commerce would be State controlled when it is belted or linked.

WASHSTATEC001996

**Figure 3: Firearms, Artillery, and Ammunition Export License Applications by Geographic Region, Fiscal Years 2013-2017**

2%
Multiple

3%
South and Central Asia

3%
Africa

7%
Near East

24%
East Asia and Pacific

29%
Western Hemisphere

32%
Europe and Eurasia

N = 64,226

Source: GAO analysis of State Department data.  |  GAO-19-307

Note: This analysis excludes amendments to export license applications. Amendments are not associated with a destination country in State's licensing data since an amendment cannot change the destination country or countries specified in the original application. The category "Multiple" includes export license applications for end-users in multiple countries, which may be located in one or more geographic regions.

WASHSTATEC001997

**Figure 4: Top 20 Countries of Export License Applications for Firearms, Artillery, and Ammunition, Fiscal Years 2013 to 2017**



Number (in thousands)

N = 43,991

Source: GAO analysis of State Department data.  |  GAO-19-307

Note: This analysis excludes amendments to license applications as amendments are not associated with a destination country. It also excludes license applications where the destination country includes more than one country.

# State and Commerce Export Controls Have Several Different Requirements, Including for Registration, Licensing, End-Use Monitoring, and Congressional Notification

State's and Commerce's export controls are guided by different laws, regulations, or policies that have several different requirements for registration, licensing, end-use monitoring, congressional notification, public reporting, and enforcement. The AECA requires manufacturers, exporters, and brokers of items on the USML to register with State whereas there is no registration requirement in the law for manufacturers, exporters, and brokers of items on the CCL under Commerce's jurisdiction. Differences also exist in how State and Commerce screen export license applications and in their license requirements. For example, State and Commerce rely on different internal watch lists to screen applicants. In addition, according to Commerce, certain exports that currently require a State license would not require a Commerce license once transferred to Commerce's jurisdiction. State and Commerce also conduct end-use monitoring of selected controlled exports differently. For example, State relies primarily on embassy staff to conduct end-use checks and Commerce relies primarily on several export control officers based overseas for this responsibility. In addition, congressional

WASHSTATEC001998

notification and public reporting requirements that under current law apply to firearms on the USML would not be applicable if they are transferred to the CCL. Finally, there are some differences in enforcement of export control laws, such as different maximum fines for civil violations, depending on whether the item is controlled by the ITAR under State's jurisdiction or controlled by the EAR under Commerce's jurisdiction.

## The Law Requires Registration for Items on the USML but Not for Items on the CCL

The AECA requires manufacturers, exporters, and brokers of defense articles or services listed on the USML to register annually with State's Directorate of Defense Trade Controls (DDTC) whereas there is no requirement in the law for registration for manufacturers, exporters, and brokers of items on the CCL.[30] State reported having 13,083 registrants across all 21 USML categories in fiscal year 2017. Registration, which requires a fee payment of at least $2,250 per year,[31] is generally a precondition for obtaining a State export license, unless State grants an exception to a manufacturer or exporter, or a broker is eligible for an exemption. According to a State document, registration provides important information on the identity and location of defense companies and conveys management responsibility for compliance with export control laws. Those registering must disclose any foreign ownership or affiliations and certify that they have not been indicted, otherwise charged with, or convicted of export control violations and other crimes.[32] Manufacturers and exporters whose entire product line transfers to the CCL would no longer have to register, according to Commerce's

---

[30]22 U.S.C. § 2778(b)(1)(A). See also State regulations 22 C.F.R. Part 122 regarding the registration requirement for manufacturers and exporters and 22 C.F.R. Part 129 regarding the registration requirement for brokers. Brokering activities are defined in 22 C.F.R. § 129.2 as "any action on behalf of another to facilitate the manufacture, export, permanent import, transfer, re-export, or retransfer of a U.S. or foreign defense article or defense service, regardless of its origin."

[31]The fee increases depending on the number of licenses registrants have submitted to State.

[32]See 22 C.F.R. § 120.27 for a list of the applicable criminal statutes.

WASHSTATEC001999

proposed rule, while those that manufacture or export any items that remain on the USML, would continue to register with DDTC.[33]

## Differences Exist in State and Commerce Applicant Screening Processes and License Requirements

### Both Agencies Review Export License Applications Using an Interagency Process

State's and Commerce's processes for reviewing export license applications involve opportunities for other Departments to review applications. While DDTC has primary responsibility for reviewing State's commercial export license applications, other bureaus within State, as well as DOD, also review certain applications, depending on the defense article, defense service, or the destination country. Commerce export license applications also involve an interagency review that includes State, DOD, and the Department of Energy, depending on the item to be exported.[34] Both departments have a process for resolving disagreements among the reviewing bureaus or agencies on the disposition of the application.[35] According to State officials, as part of the interagency review process for Commerce licenses, State has generally reviewed applications for items that have previously moved from the USML to the

[33]According to State officials, State will continue to require brokers to register with DDTC for certain items moving to Commerce, including non-automatic and semi-automatic firearms. All items on the United States Munitions Import List are defense articles under the AECA, and the permanent import control of these items has been delegated to the Attorney General. See 22 U.S.C. 2778(a)(1); Exec. Order 13,637 (2013); 27 C.F.R. § 447.21.

[34]According to State and Commerce officials, the Department of Energy is not involved in reviewing State's license applications for firearms, artillery, and ammunition and would not be part of initial reviews of Commerce license applications for such items if the proposed transfer is finalized. However, Energy would be part of Commerce's interagency review process when departments involved in the initial application reviews disagree.

[35]For example, Executive Order 12981 established an interagency review process for reaching a decision on Commerce license applications in which reviewing departments disagree. An Operating Committee with representatives of the Departments of Commerce, State, Defense, and Energy and non-voting representatives of the Joint Chiefs of Staff and the Nonproliferation Center of the Central Intelligence Agency reviews all such license applications. A dissenting department can escalate a license decision to an Advisory Committee on Export Policy at the Assistant Secretary level, followed by an Export Administration Review Board at the Secretary level and, ultimately, to the President for a final decision to approve or deny the license. Exec. Order 12,981 (1995).

WASHSTATEC002000

CCL and would continue to do so for items that would transfer to the CCL under the proposed rules.[36]

Moreover, DOD officials told us that DOD intends to review Commerce export license applications for these items during the interagency review process, if the proposed transfer is implemented. This would represent a change from DOD's current practice to generally not review State's firearms license applications. DOD officials told us that if the proposed rules are finalized, they believed it is prudent to begin reviewing Commerce license applications for items that would transfer under the proposed rules, at least initially.

**State and Commerce Use Different Watch Lists to Screen Parties to the Export Transaction**

State and Commerce each maintain their own internal watch lists to screen all parties identified on license applications. A watch list match would trigger further review of the license and ultimately can result in a denial of the license in some cases. State and Commerce also use watch lists as a means of targeting transactions for possible end-use checks to verify legitimacy of end-users of controlled exports. Both departments' watch lists include any derogatory information they collect internally from their past screening and end-use monitoring of licenses. For example, if information is identified raising questions about the legitimacy of a party to a license during the application review, that information would be used to update the watch list to inform future license application reviews. State's and Commerce's watch lists also include information from automated databases maintained by other U.S. agencies as well as information from law enforcement agencies and the intelligence community.[37] State's watch list contains over 200,000 entries, including sensitive details related to ongoing and previous law enforcement activities, according to State officials.

---

[36]The Bureau of International Security and Nonproliferation would have lead responsibility at State for reviewing Commerce licenses for items the proposed rules identify for transfer from the USML to the CCL, as it currently does for items previously transferred from the USML to the CCL, according to State officials.

[37]State and Commerce also rely on the "Consolidated Screening List," a publicly available file that consolidates other screening lists including: State's "Debarred List," which identifies parties denied export privileges; State's "Nonproliferation Sanctions List," which identifies parties that have been sanctioned under various statutes; multiple Department of the Treasury lists related to sanctions; and Commerce's "Parties of Concern" lists. Parties of Concern lists include: Commerce's "Denied Persons List," which identifies parties denied export privileges; Commerce's "Unverified List," which identifies end-users who Commerce has been unable to verify in prior transactions; and Commerce's "Entity List," which identifies foreign parties that are prohibited from receiving some or all controlled items unless the exporter first receives a license.

WASHSTATEC002001

According to Commerce officials, because State has been responsible for export controls of firearms, artillery, and ammunition, its internal watch list is also more likely than Commerce's to include derogatory information collected from past screening and end-use monitoring related to exports of these items. However, Commerce does not have access to State's watch list, according to State and Commerce officials. These officials noted that a Commerce licensing officer can ask State to screen an applicant with State's watch list on a case-by-case basis, although such checks are not done routinely.

State and Commerce officials told us that, in anticipation of the transfer of firearms, artillery, and ammunition to Commerce's responsibility, the two departments are engaged in ongoing discussions to potentially share State's watch list with Commerce.[38] According to State officials, these discussions involve determining which specific watch list information Commerce would need and State is able to share, depending on the source of the information. State and Commerce also have to resolve the sharing and updating of information using different information technology infrastructures, according to department officials. As of February 2019, the departments had not reached agreement or established a documented process to achieve the goal of sharing watch list information before implementation of the proposed transfer would occur, according to State and Commerce officials.

Information sharing is supported by a policy statement included in the ECRA. The statement says that among other factors, the "export control system must ensure that it is transparent, predictable, and timely, has the flexibility to be adapted to address new threats in the future, and allows seamless access to and sharing of export control information among all relevant United States national security and foreign policy agencies."[39] Without access to State's watch list, if the proposed rules are finalized, Commerce may lack critical information needed to effectively screen license applicants for firearms and related exports and target possible cases for end-use monitoring to ensure that these exports are used as intended and by legitimate end-users.

---

[38]Discussions also involve the possibility of sharing information from Commerce's watch list with State, according to State officials.

[39]50 U.S.C. § 4811(8).

WASHSTATEC002002

**Both Agencies Screen License Applications for Human Rights Concerns but Statutory Prohibition Applies Differently**

Both State and Commerce screen license applications for human rights concerns, but the federal law that prohibits exports to the governments of certain foreign countries on human rights grounds applies differently to items under State's jurisdiction than under Commerce's. Under Section 502B of the Foreign Assistance Act of 1961, as amended, in general, "no security assistance may be provided to any country the government of which engages in a consistent pattern of gross violations of internationally recognized human rights."[40] For this provision, "security assistance" is defined in part as any license in effect with respect to the export to or for the armed forces, police, intelligence, or other internal security forces of a foreign country of (1) any defense articles or defense services licensed for export under section 38 of the AECA, or (2) items listed under the 600 series of the CCL.[41] Licenses under Commerce's jurisdiction generally may not be issued for items defined as "crime control and detection instruments and equipment" to a country, the government of which engages in a consistent pattern of gross violations of internationally recognized human rights.[42] For items under Commerce's jurisdiction, the Commerce proposed rule specifies that concern for human rights is a regulatory reason for denying a license for firearms and ammunition under Commerce's Export Administration Regulations (EAR).[43]

Within State, the Bureau of Democracy, Human Rights and Labor (DRL) is primarily responsible for screening export license applications to ensure that exports do not involve parties with human rights concerns. According to DRL officials, the bureau reviews applications for exports to specific countries where human rights concerns exist and prioritizes applications for firearms exports because they are often associated with human rights

---

[40]22 U.S.C. § 2304(a)(2).

[41]22 U.S.C. § 2304(d)(2)(C).

[42]22 U.S.C. § 2304(a)(2). In addition, the United States Conventional Arms Transfer Policy, updated in a Presidential Memorandum on April 19, 2018, also provides a basis for screening applications based on human rights. The policy states that it will "continue to meet the requirements of all applicable statutes, including … the Foreign Assistance Act." The policy also includes human rights among the considerations to be accounted for in arms transfer decisions.

[43]This proposed rule states that it would apply the regional stability licensing policy set forth in 15 C.F.R. § 742.6(b)(1)(i) to the items, including firearms and ammunition, controlled for regional stability reasons. The regulation states that licenses will be reviewed on a case-by-case basis to determine whether the transaction is contrary to the national security or foreign policy interests of the United States, including the foreign policy interest of promoting the observance of human rights throughout the world.

WASHSTATEC002003

abuses committed by government police and military units. The officials noted, however, that State rarely denies an export license based solely on human rights concerns. If firearms are transferred to Commerce's responsibility, DRL will continue to have the primary role in screening license applications for human rights as part of the Commerce-led interagency review process, according to DRL officials. For Commerce license applications, however, State's position would be weighed together with the positions of Commerce, DOD, and Energy, according to Commerce officials.[44] By contrast, for State export license applications, State alone makes the final determination, according to State officials.

## State Has Different Requirements than Commerce for End-Users to Certify They Will Not Re-Export Certain Licensed Exports

State and Commerce have different end-user certification requirements. State's export control regulations require that for certain items, applicants provide a written certification from end-users that they will not re-export, resell, or otherwise dispose of the commodity outside of the country listed on the license.[45] This requirement generally applies to all items on the USML that are designated as Significant Military Equipment, including firearms, and ammunition.[46] In contrast, Commerce generally does not require end-user certification for items on the CCL but does require it when it has not verified the legitimacy of end-users and may also impose this requirement on a case-by-case basis.[47] Written end-user certification provides additional assurance and accountability that end-users will comply with the terms and conditions of the license, according to State

[44]These officials further explained that Commerce's interagency review process would then apply if there is disagreement among the departments' positions. While Energy would not be involved in the initial review of firearms licenses, it is one of the agencies involved in the interagency review.

[45]22 C.F.R. § 123.10.

[46]In most instances, State has waived this requirement for applications with a quantity of less than 50 of certain types of firearms and less than 100,000 rounds of ammunition.

[47]See 15 C.F.R. § 748.11. In addition, pursuant to 15 C.F.R. § 750.7(d), for all Commerce licenses, it is the licensee's responsibility to communicate in writing the specific license conditions to the parties to whom those conditions apply, and this is an export control record that must be retained under the EAR as specified in 15 C.F.R. § 762.2(b )(27). Commerce licenses also include the following standard condition to help keep licensed transactions within their authorized scope: "Unless limited by a condition set forth below, the export, reexport or transfer (in-country) authorized by this license is for the item(s), end-use(s), and parties described in the license application and any letters of explanation. The applicant is responsible for informing the other parties identified on the license, such as ultimate consignees and end-users, of the license's scope and of the specific conditions applicable to them. BIS has granted this license in reliance on representations the applicant made in the license application, letters of explanation, and other documents submitted."

WASHSTATEC002004

officials. It also is a deterrent and provides documentary evidence that can be later used in court, if necessary, according to an official from Immigration and Customs Enforcement (ICE).

**The Law Requires Disclosure of Political Contributions, Fees and Commissions for Items on the USML but Not for Items on the CCL**

The AECA states that the Secretary of State shall require reporting on political contributions, gifts, commissions, and fees paid or offered, or agreed to be paid by any person in connection with a commercial sale of an item listed on the USML to or for the armed forces of a foreign country or an international organization.[48] State's export control regulations also require license applicants to disclose certain payment of political contributions, fees, and commissions for certain sales of defense articles and defense services.[49] This requirement applies to exports of $500,000 or more. Applicants must report political contributions in an aggregate amount of $5,000 or more and paid fees or commissions in an aggregate amount of $100,000 or more. Applicants must provide a letter to DDTC containing specific information about the sale, including the amounts of political contributions, fees, or commissions paid, and the name and nationality of each recipient. The disclosures are intended to ensure that purchases made by foreign governments of U.S. defense articles are based on merit without improper influence. Failure of applicants to comply with these disclosure requirements can result in additional oversight measures and civil penalties.[50] According to an ICE official, this disclosure information may provide valuable information in criminal or civil matters. There is no requirement in the law for these disclosures for items listed on the CCL and Commerce licenses do not require these disclosures. Therefore, this information would no longer be collected as part of the licensing process for firearms, artillery, and ammunition that are proposed for transfer to the CCL, according to Commerce officials.

---

[48]22 U.S.C. § 2779(a)(2).

[49]These regulations (22 C.F.R. Part 130) implement Section 39(a) of the AECA (22 U.S.C. § 2779), which requires the U.S. Secretary of State to report on political contributions, gifts, commissions, and fees paid, offered, or agreed to be paid by any person in connection with a sale of defense articles or defense services to or for the armed forces of a foreign country or international organization in order to solicit, promote, or otherwise to secure the conclusion of such sale.

[50]For example, in 2011 DDTC entered into a consent agreement with BAE systems for 2,591 violations of the AECA and ITAR, including failure to report the payment of fees or commissions.

WASHSTATEC002005

According to Commerce, Certain Exports That Require a State License Would Not Require a Commerce License if Transferred to the CCL

Consistent with export control regulations, there are several circumstances in which some exports proposed for transfer that currently require State licenses would either require fewer or no Commerce licenses if the proposed rules are finalized, according to Commerce.

**Multiple end-users on one license.** State requires licenses to be limited to only one end-user, while Commerce allows multiple end-users on a single license. The applicant for a State export license must provide a purchase order documenting the proposed export to a single end-user and an additional license would be required for each additional end-user. According to Commerce officials, a Commerce license can have multiple end-users associated with a particular consignee, reducing the total number of licenses for which the applicant must apply.[51]

**Technical data and defense services.** State requires licenses for defense services and technical data whereas Commerce's export controls do not generally apply to defense services and apply to technical data more narrowly than State. State's regulations define defense services as "the furnishing of assistance (including training) to foreign persons … in the design, development, engineering, manufacture, production, assembly, testing, repair, maintenance, modification, operation, demilitarization, destruction, processing or use of defense articles." State's definition of defense services also includes military training of foreign units and forces including publications, training exercises, and military advice.[52] State's definition of technical data includes information, such as blueprints, drawings, or instructions.[53] Commerce's export control regulations generally do not apply to services.[54] For example, training in the basic operation of a firearm controlled by Commerce would not be subject to export controls, according to State officials. In addition, Commerce's regulations do not control technology or software, if it is "available to the public without restrictions."[55] For example, Commerce

---

[51]State and Commerce export licenses are generally valid for up to 4 years.

[52]See 22 C.F.R. § 120.9.

[53]22 C.F.R. § 120.10 defines technical data and 22 C.F.R. § 120.6 includes technical data in the definition of a defense article.

[54]See 15 C.F.R. § 734.3. Services are generally not included among items subject to Commerce's export controls. However, according to Commerce officials, there can be circumstances where providing a service involves the release of technology that is subject to Commerce's export controls.

[55]See 15 C.F.R. § 734.7.

WASHSTATEC002006

officials told us that Commerce would not require an export license for the posting of instructions for 3D printing of firearms on the internet, if they were publicly available without restrictions.[56]

**Minimum level of U.S.-origin content.** Items subject to State's controls require a license when they are incorporated into a foreign-made product regardless of the percentage of controlled U.S. content in that product. Commerce does not require a license for items when they are incorporated into foreign-made items unless the controlled U.S.-origin content of a foreign-made product exceeds the applicable minimum percentage which, according to Commerce officials, may be 10 or 25 percent, depending on the destination. This minimum level of U.S.-origin content is referred to as "de minimis treatment."[57] Commerce's proposed rule states that de minimis treatment in Commerce's regulations would apply for all foreign-made items proposed for transfer to the CCL, unless they are being exported to a country that is subject to a United States arms embargo, in which case there would be no minimum threshold for U.S.-origin content.

**License exceptions.** State regulations contain some country-based license exceptions, including for exports to Canada[58] and, more narrowly, to Australia and the United Kingdom[59] whereas Commerce has several different license exceptions under its regulations.[60] For example, Commerce regulations have the "Strategic Trade Authorization" (STA)

---

[56]Prior to June 2018, State restricted the distribution of computer aided design ("CAD") files for the automated production of 3D printed weapons by a private company based on its authority under 22 C.F.R. § 120.6 and 22 C.F.R. § 120.10 to control the export of technical data. State's position was that posting instructions for 3D printing certain firearms "could cause serious harm to U.S. national security and foreign policy interests." However, on June 29, 2018, State reached a settlement agreement in a case with the private company to reverse this restriction with respect to those files described in the settlement agreement. On July 31, 2018, a U.S. District Court granted a temporary restraining order to keep the restriction in place on the distribution of the CAD files described in the settlement agreement for the production of 3D printed weapons.

[57]See 15 C.F.R. § 734.4.

[58]See 22 C.F.R. § 126.5. State uses the term, "license exemption," and Commerce uses the term, "license exception," for circumstances in which a license is not required to export controlled items.

[59]See 22 C.F.R. § 126.16 regarding exemptions for Australia and 22 C.F.R. § 126.17 regarding the United Kingdom.

[60]15 C.F.R. Part 740 describes the different license exceptions available under Commerce's export control regulations.

WASHSTATEC002007

exception that permits exports of certain items to countries determined to be low risk, which includes NATO partners and other close allies, of which 37 are eligible for a broader STA authorization and seven are eligible for a much narrower STA authorization.[61] Commerce's proposed rule specifies that it would revise Commerce's regulations to make firearms and most parts, components, accessories, and attachments ineligible for the STA license exception. However, Commerce estimates that 450 to 650 license applications per year involving certain eligible items would still be authorized under STA exceptions if the proposed rules are finalized.

Commerce also has a "Limited Value Shipment" exception, which is available for proposed exports of certain less sensitive firearms parts and components with a value of $500 or less per shipment based on the actual selling price or fair market value.[62] Commerce's proposed rule specifies that this exception would only be available for certain parts, components, and accessories and attachments for firearms; complete firearms would be ineligible for this exception. State offers a similar exemption but only for licenses with a value of $100 or less, based on the wholesale price.[63]

## State and Commerce Both Conduct End-Use Monitoring of Selected Controlled Exports but Differences Exist

### State and Commerce Both Implement End-Use Monitoring Programs

State and Commerce both conduct end-use monitoring to verify the reliability of foreign end-users and legitimacy of proposed transactions and to provide reasonable assurance of compliance with the terms of the license and proper use of the licensed items. State recommends that end-

---

[61]See 15 C.F.R. § 740.20. To be eligible for this license exception, exporters must provide Commerce with a "destination control statement" notifying the foreign consignee of certain requirements; exporters must also obtain from the foreign consignee a statement acknowledging their understanding and willingness to comply with these requirements, including a prohibition against re-exporting the items without a license or re-exporting to destinations outside the STA-eligible countries.

[62]See 15 C.F.R. § 740.3.

[63]See 22 C.F.R. § 123.17(a).

WASHSTATEC002008

use checks involve a site visit whenever possible, while Commerce policy requires that the end-use check include a physical verification on-site with a party to the transaction, according to Commerce officials. State and Commerce also apply their own means of risk-based targeting to select the licenses or exports that will undergo end-use monitoring, however, similarities exist involving selection criteria. For example, State and Commerce may target transactions that involve unfamiliar foreign parties, unusual shipping routes, or derogatory information from watch lists, according to the departments. The number of end-use checks conducted by State averaged about 1.3 percent of its license applications, and those conducted by Commerce averaged about 3.3 percent of its applications from fiscal years 2013-2017.

State and Commerce end-use checks may result in either "favorable" or "unfavorable" findings. Commerce may also categorize an end-use check as "unverified." An "unfavorable" or "unverified" result occurs if the end-use check cannot verify information in the license or reveals facts that are inconsistent with the license. For either State or Commerce, an unfavorable end-use check can lead to denying applications, revoking licenses, removing parties from licenses, updating the watch list, or making referrals to U.S. law enforcement agencies for investigation, according to a State report and Commerce officials. State closed 166 of 766, or 22 percent, of end-use monitoring cases as "unfavorable" in fiscal years 2013-2017 for firearms, artillery, and ammunition licenses.[64] State's three most common reasons for an unfavorable finding for end-use checks for firearms, artillery, and ammunition were derogatory information on a foreign party, inability to confirm order or receipt of goods, and involvement of an unlicensed party.[65]

State relies on U.S. embassy or consulate staff in the country or countries involved in the transaction to conduct its end-use checks. Commerce relies primarily on Export Control Officers (ECOs) positioned overseas to conduct end-use checks. ECOs conducted an average of about 60 percent of Commerce's end-use checks per year from fiscal years 2013 to 2017. According to Commerce officials, Commerce had a total of nine

---

[64]State noted that because of the risk-based selection process, transactions targeted for end-use checks are more likely to result in unfavorable findings than a random sampling of license applications.

[65]In the State end-use data we analyzed, State can assign multiple reasons for each unfavorable end-use check. In its public reporting, however, State assigns one primary reason for each unfavorable end-use check.

WASHSTATEC002009

ECO positions in Beijing, Dubai, Frankfurt, Hong Kong, Istanbul, New Delhi, and Singapore, as of October 2018 (see fig. 5). Six of these nine positions were filled as of this date.[66] The ECOs have areas of responsibility covering multiple countries within their geographic region. For the remaining 40 percent of end-use checks, Commerce relied primarily on its "Sentinel Program" in which BIS special agents based in domestic field offices, along with other responsibilities, travel to destination countries not covered by ECOs to conduct end-use checks.[67] In addition, a small percentage of Commerce's end-use checks are conducted by Foreign Commercial Service officers or other personnel stationed at U.S. embassies, according to Commerce officials.

---

[66]As of October 18, 2018, the three vacant overseas ECO positions were in Beijing (one of the two positions based there), Frankfurt (one of the two positions based there), and New Delhi.

[67]According to Commerce officials, each year, the Sentinel program selects countries for visits to conduct end-use checks based on a variety of factors. Among those factors considered are the previous year's end-use check locations, volume of licensed exports to a country, past unfavorable end-use monitoring results, and the number of open investigative cases and leads connected to entities in each country. Typically, these visits are done by two-person teams for 2 weeks.

WASHSTATEC002010

**Figure 5: Locations of Commerce Department Export Control Officer Positions and Area of Responsibility**



Sources: GAO analysis of Commerce Department data; Map Resources (map).   |   GAO-19-307

Note: As of October 18, 2018, there were 9 Export Control Officer (ECO) positions: Beijing, China (2); Dubai, United Arab Emirates; Frankfurt, Germany (2); Hong Kong; Istanbul, Turkey; New Delhi, India; and Singapore. Three of the positions were vacant: Beijing, China (1); Frankfurt, Germany (1); and New Delhi, India.

## State Conducted Many of its End-Use Checks in the Western Hemisphere Where Commerce Currently Has No Export Control Officers

State conducted 766 end-use checks for firearms, artillery, and ammunition in fiscal years 2013-2017 with the largest share, over 40 percent, in the Western Hemisphere (see fig. 6). None of Commerce's overseas ECO positions are located in this region nor do any cover it within their areas of responsibility. According to Commerce officials, the number and locations of end-use checks for firearms, artillery, and ammunition, if these items are transferred to the CCL, will depend on how exports of these items factor into the department's existing targeting criteria. To the extent that Commerce needs to conduct end-use checks for these items in the Western Hemisphere, Commerce officials told us

WASHSTATEC002011

that they plan to cover these checks via the Sentinel Program and, where necessary, through checks by Foreign Commercial Service Officers. The officials noted that they plan to reassess their end-use monitoring efforts after items are transferred to the CCL if the proposed rules are finalized.

**Figure 6: Percentage of State Department's End-use Checks on Firearms, Artillery, and Ammunition by Region, Fiscal Years 2013-2017**



Source: GAO analysis of State Department data. | GAO-19-307

## State Conducted More than Half of Its End-Use Checks before Issuing Licenses, While Commerce Conducted Most after Shipment

End-use checks include pre-license checks in support of the license application review or post-shipment verifications after the license has been approved and items have shipped.[68] As shown in figure 7, more than 50 percent of State's end-use checks specifically for firearms, artillery, and ammunition licenses from fiscal years 2013 to 2017 were pre-license checks. Conversely, about 90 percent of Commerce's end-use checks for all items subject to the EAR for this period were post-shipment verifications. Commerce noted that it conducts mostly post-

[68]Commerce may also conduct end-use checks for unlicensed exports of controlled items, such as those that qualified for a license exception. State conducts some checks after licenses are issued but before shipments are made, although such checks are relatively rare, according to State officials.

WASHSTATEC002012

shipment verifications because it controls a higher share than State of items that are exported without a license.

**Figure 7: Percentage of Pre-License and Post-Shipment End-Use Checks by State for U.S. Munitions List Categories I-III and by Commerce for Commerce Control List, All Items, Fiscal Years 2013-2017**



Source: GAO analysis of State Department and Commerce Department data.  |  GAO-19-307

Note: State conducts some checks, known as post-license/pre-shipment checks, after licenses are issued but before shipments are made. We were unable to determine if any end-use checks included in the data provided by State fell into this category. Such checks are relatively rare, according to State officials.

## State Is Required by Law to Notify Congress of Certain Export License Applications for Firearms, Artillery, and Ammunition While Commerce Is Not

The AECA requires State to notify Congress before State can approve certain export licenses for firearms, artillery, and ammunition. These notification requirements depend on the proposed export value and type of export, among other factors. For example, the AECA requires State to notify Congress of proposed licenses for the export of USML Category I firearms in the amount of $1 million or more. Additionally, State must notify Congress of proposed licenses for commercial agreements that involve the overseas manufacture of certain USML items, including many

WASHSTATEC002013

firearms, artillery, and ammunition items, regardless of the proposed value.[69]

During fiscal years 2013 to 2017, State identified 240 export license applications involving firearms, artillery, and ammunition that required congressional notification, totaling approximately $2.5 billion. Additionally, State identified 41 license applications for commercial technical assistance or manufacturing license agreements involving the overseas manufacture of firearms, artillery, and ammunition that required congressional notification, totaling approximately $5.7 billion.

According to State and Commerce officials, these congressional notification requirements would no longer apply to firearms, artillery, and ammunition that move from State's to Commerce's export control responsibility because the requirements apply specifically to USML controlled items.[70] The proposed rule transferring firearms to Commerce's responsibility does not revise Commerce's export control regulations to add a congressional notification requirement for firearms, according to Commerce officials.

## State Is Required by Law to Publicly Report More Details on Controlled Exports than Commerce

The Foreign Assistance Act, as amended, requires State to report to Congress annually on military assistance and military exports to the governments of each foreign country and international organization and specifies that the report include "a statement of the aggregate dollar value and quantity of semiautomatic assault weapons, or spare parts for such weapons."[71] The Act also requires that State post all unclassified

---

[69]22 U.S.C. § 2776 subsections (c) and (d) specify the notification requirements for Category I firearms and commercial agreements involving overseas manufacture, respectively. 22 U.S.C. § 2776 also establishes other congressional notification requirements that depend on the proposed export value, type of USML items, and the destination country.

[70]22 U.S.C. § 2776(c) also applies to major defense equipment listed on the 600 series of the CCL, as required by 22 U.S.C. § 2778(f)(6). Also, 50 U.S.C. § 4813(c) requires Commerce to notify Congress at least 30 days before issuing a license to export, re-export, or transfer in-country controlled items if they are destined for a designated state sponsor of terrorism or could make a significant contribution to the military potential of the government of a country that has repeatedly provided support for acts of international terrorism or could enhance the ability of such country to support acts of international terrorism. This requirement applies to State licenses as well. This is a continuation of notification requirements previously found in Section 6(j) of the EAA.

[71]22 U.S.C. § 2415.

WASHSTATEC002014

information from this report on the internet. To comply with this requirement, State posts an annual report that includes the aggregate dollar value and quantity of defense articles and services, by USML category, licensed to each foreign country and international organization, as well as data on the actual shipments occurring during the fiscal year. The report also includes an appendix that breaks out exports specifically for the USML sub-category I(a), which includes non-automatic and semi-automatic firearms, and sub category I(h), which includes firearms components, parts, accessories, and attachments.

This reporting requirement only applies to exports of items on the USML, which are licensed by State under the AECA, but does not apply to exports controlled by Commerce. This information on exports, by country, would no longer be available for firearms and other items from Categories I-III of the USML after they are transferred to the CCL if the proposed rules are finalized, according to Commerce officials.

## Some Differences Exist between Export Control Enforcement of Items Controlled by State and Commerce

The statutory penalties available for criminal violations of export control laws are the same regardless of whether the items are on the USML and controlled by State or on the CCL and controlled by Commerce. Criminal violations may result in fines up to $1 million and prison terms up to 20 years, or both.[72]

Under the AECA, civil violations of State's export controls may result in a fine of up to $500,000[73] but, according to State officials, can be much higher based on inflation under the Federal Civil Penalties Inflation Adjustment Act of 1990, as amended.[74] State told us that actual civil penalties for civil violations in 2018 ranged from $824,959 to $1,134,602. By contrast, the ECRA set the penalty for civil violations of Commerce's export controls at up to $300,000 or twice the value of the transaction that is the basis of the violation, whichever is of greater value.[75] According to

---

[72]See 22 U.S.C. § 2778(c) regarding violations of State's export controls and U.S.C. § 4819(b) regarding violations of Commerce's export controls.

[73]See 22 U.S.C. § 2778(e).

[74]See 28 U.S.C. § 2461 note for requirements for federal agencies to adjust civil monetary penalties.

[75]28 U.S.C. § 4819(c)(1).

WASHSTATEC002015

Commerce officials, this can substantially increase the monetary penalty for civil violations.

Criminal violations of either State's or Commerce's export control laws may result in prohibiting the violator from involvement in future exports of controlled items.[76] The AECA also precludes the issuance of State licenses to persons convicted of violating certain federal laws, such as the Foreign Corrupt Practices Act.[77] Similarly, Commerce can deny the export privileges, including the ability to obtain a license, of companies and individuals for a period of 10 years from the date of conviction for violating certain federal laws.[78] This prohibition can be expanded to include other related parties, such as those connected with the denied person by virtue of affiliation, ownership, or control.

Agencies with responsibility for export control enforcement can vary depending on whether items are controlled by State or Commerce. According to DHS officials, ICE has jurisdiction to investigate potential export control violations and U.S. Customs and Border Protection has primary enforcement responsibility for export control violations at the border, seaports, and airports. The Federal Bureau of Investigation (FBI) can also investigate these cases involving items controlled by either State or Commerce. According to Commerce, the Office of Export Enforcement in BIS has over 100 special agents in U.S.-based field offices authorized to investigate potential violations of Commerce's export control laws. These investigative resources would be available, in addition to DHS and FBI, to address illegal firearms trafficking if the proposed transfer is implemented, according to Commerce officials.

---

[76]See 22 U.S.C. § 2778(g) and 22 C.F.R. § 127.11 for the effect of past ITAR violations and 50 U.S.C. § 4819(e) and 15 C.F.R. § 766.25 for the effect of past EAR violations.

[77]22 U.S.C. § 2778(g)(4). In addition to the statutory bar to issuance of a license, State has also stated a policy against issuing licenses to persons convicted of violating certain additional export control or national security related statutes (see 22 C.F.R. §§ 127.11 and 120.27).

[78]50 U.S.C. § 4819(e).

WASHSTATEC002016

# Proposed Rules, If Finalized, Would Reduce State's and Increase Commerce's Licensing Volume, but Extent of the Resource Impact on These Agencies Is Unknown

## According to State, the Proposed Transfer Would Impact Resources from State Fee Collections to an Uncertain Extent

State expects to lose revenue from registration fees if the proposed transfer of firearms, artillery, and ammunition to Commerce is implemented. State estimates in its proposed rule that the transfer would result in about 10,000 fewer license applications per year for Category I-III items—a reduction of about 26 percent from the 38,862 applications that State processed in fiscal year 2017.[79] State estimates a recurring annual registration fee revenue loss of about $2.5 million, according to its proposed rule.[80] State officials told us, if the proposed rules become final, there would be additional revenue declines from an uncertain drop in the number of registrants that State cannot estimate. They explained that because many manufacturers and exporters would likely be involved in items controlled by State as well as Commerce, they would still need to register with State. Others involved only in items moving to Commerce would no longer have to register with State. For example, according to State officials, a manufacturer of both semi-automatic weapons that the proposed rules identify for transfer to the CCL and fully automatic weapons that would stay on the USML would still be required to register with State, if the proposed rules are finalized. State officials noted that the decline in the number of license applications resulting from previous transfers of items from the USML to the CCL has not produced a

---

[79]We could not independently assess the accuracy of State's estimated reduction in licenses resulting from the proposed transfer. For additional information, see appendix I.

[80]State charges a tiered registration fee, the amount of which is based on the number of license applications the registrant submitted in the prior year. The fee for registrants in the third, and highest, tier is generally $2,750 plus $250 times the total number of applications over ten. Commerce does not charge any fees.

WASHSTATEC002017

proportional decline in registration revenue. According to data provided by State, registration revenue has dropped less than 25 percent from about $47 million in fiscal year 2013 to about $36 million in fiscal year 2017, while the number of export license applications has dropped more than 50 percent from about 83,000 to almost 39,000.

With the decline in license workload that State expects would result if the proposed rules are finalized, State officials told us that four contractors currently responsible for reviewing licenses for firearms and ammunition in DDTC could be moved to other teams with vacancies in order to review licenses for other controlled items. On the other hand, State's Bureau of International Security and Nonproliferation (ISN), which has lead responsibility at State for reviewing Commerce licenses for items transferring from the USML to the CCL, expects to see an increase in its workload. An ISN official told us his bureau could potentially need an additional 2.5 full-time equivalent staff to review items transferred to the CCL as part of Commerce's interagency review process.

## Commerce Officials Believe They Have Sufficient Resources to Handle an Increase in Workload Resulting from the Proposed Transfer

Commerce estimates in its proposed rule that it would gain 6,000 additional license applications from the proposed transfer—an increase of about 18 percent above the 34,142 license applications it reviewed in fiscal year 2017.[81] Commerce officials told us that the increased workload to review license applications will also create more work for some related activities. For example, Commerce expects the number of investigative leads and export enforcement investigations to include more firearms-related actions.[82] However, Commerce officials told us they have not estimated the magnitude of these changes.

---

[81]According to Commerce officials, Commerce's estimate of 6,000 additional export license applications that would result from the proposed transfer is smaller than State's estimated reduction in licenses due to differences in licensing requirements, which we describe earlier in this report. For example, Commerce does not require licenses for defense services and offers license exceptions under certain circumstances. We could not independently assess the accuracy of Commerce's estimated gain in licenses that would result if the proposed rules become final. For additional information, see appendix I.

[82]Commerce does not plan to increase the number of end-use checks it conducts annually in response to expected increases in the number of license applications that would result from the transfer. Commerce officials told us they will continue to select high-risk transactions based on their targeting strategy and priorities. The target number of end-use checks has been 850 per year for the past several years, but increased to 1,020 beginning in fiscal year 2019 to account for the addition of ECOs in Germany and Turkey, according to Commerce officials.

WASHSTATEC002018

Commerce officials told us they believe they have enough resources to absorb the increase in workload.[83] They noted that they have flexibility to shift license review staff to meet demand created by the additional licenses, if necessary. In addition, BIS received an 18 percent increase in full-time equivalent staff positions, from 367 to 432, in fiscal year 2018. This increase was in response to workload demands created by previous transfers of items from the USML to the CCL, according to Commerce officials. Commerce officials told us that they will continue to assess workload data after the proposed transfer is implemented to determine whether they have adequate staff levels to meet increased workload demands.

## Conclusions

If finalized, the proposed rules to transfer certain firearms, artillery, and ammunition from Categories I-III of the USML to the CCL would apply Commerce's export control system to these items instead of State's. However, critical information needed to effectively screen applicants and target licenses for end-use monitoring may be unavailable to Commerce unless State shares its watch list data. Further, because State has been responsible for export controls of firearms, artillery, and ammunition, its watch list is more likely than Commerce's to include derogatory information collected from past screening and end-use monitoring related to exports of these items, according to Commerce officials. While State and Commerce officials said that they have held discussions regarding how to share relevant information from their internal watch lists, as of February 2019, they had not reached any agreement on how to share watch lists if the proposed rules are finalized. Without such an agreement or process to share State's watch list, Commerce may lack critical information needed to ensure that items proposed for transfer are used as intended and by legitimate end-users.

## Recommendations for Executive Action

We are making a total of two recommendations, including one to State and one to Commerce.

If responsibility for controlling the exports of certain firearms, artillery, and ammunition is transferred from State to Commerce, the Secretary of State should ensure that the Under Secretary of State for Arms Control and

---

[83]In 2012, we recommended that State and Commerce assess the potential impact of export control list reforms on the resource needs of their compliance activities. Both departments implemented this recommendation. See GAO-12-613.

WASHSTATEC002019

International Security Affairs develops a process for sharing State's internal watch list with Commerce to enhance oversight of these items. (Recommendation 1)

If responsibility for controlling the exports of certain firearms, artillery, and ammunition is transferred from State to Commerce, the Secretary of Commerce should ensure that the Under Secretary of Commerce for Industry and Security develops a process for receiving State's internal watch list and integrating it into Commerce's licensing review process to enhance oversight of these items. (Recommendation 2)

## Agency Comments

We provided a draft of this report to State, Commerce, DOD, DHS, and DOJ for review and comment. In their written comments, reproduced in appendixes III and IV, State and Commerce agreed with our recommendations. Commerce provided some minor revisions to the recommendation, which we incorporated. DOD, DHS, and DOJ did not provide written comments. In addition, State, Commerce, and DOJ provided technical comments, which we incorporated as appropriate.

We are sending copies of this report to the appropriate congressional committees and the Secretaries of State, Commerce, Defense, and Homeland Security; and the Attorney General of the United States. In addition, the report is available at no charge on the GAO website at http://www.gao.gov.

If you or your staff have any questions about this report, please contact me at (202) 512-8612 or gianopoulosk@gao.gov. Contact points for our Offices of Congressional Relations and Public Affairs may be found on the last page of this report. GAO staff who made key contributions to this report are listed in appendix V.

Kimberly Gianopoulos
Director, International Affairs and Trade

WASHSTATEC002020

*List of Requesters*

The Honorable Robert Menendez
Ranking Member
Committee on Foreign Relations
United States Senate

The Honorable Dianne Feinstein
Ranking Member
Committee on the Judiciary
United States Senate

The Honorable Richard Blumenthal
United States Senate

The Honorable Benjamin Cardin
United States Senate

The Honorable Richard Durbin
United States Senate

The Honorable Patrick Leahy
United States Senate

GAO-19-307  Export Controls

WASHSTATEC002021

# Appendix I: Objectives, Scope, and Methodology

Our objectives were to assess (1) the volume and value of commercial export license applications State Department (State) reviewed for firearms, artillery, and ammunition—Categories I-III of the U.S. Munitions List (USML)—in fiscal years 2013-2017, (2) how certain export controls differ between State and Commerce, and (3) what is known about the resource implications for State and Commerce due to the proposed transfer.

To assess the volume and value of export license applications for USML Category I-III firearms, artillery, and ammunition that State reviewed during fiscal years 2013 to 2017, we obtained data from the interagency export licensing database, USXPORTS. USXPORTS is the system of record for all munitions and dual-use export license applications and adjudications, and is maintained by the Defense Technology Security Administration, within the Department of Defense (DOD). The data on USXPORTS originates from private companies applying for export licenses which, in the case of munitions, State is responsible for adjudicating. The agencies use this database to review and adjudicate applications, and also to report back to the applicants. We interviewed officials from State's Directorate of Defense Trade Controls (DDTC) in State's Bureau of Political and Military Affairs to understand the data and identify any limitations on how we use them. We analyzed the data to describe the number and reported value of export license applications, the USML items in the applications, and the reported destination country, among other characteristics. We assessed these data and found them to be sufficiently reliable for the purpose of conducting these analyses, but recognized that approved applications may not necessarily result in actual exports. We also noted some minor data limitations in our report, such as the fact that amendments to export license applications are not associated with destination countries. We did not independently audit the underlying data submitted to DDTC by private companies.

To analyze how certain export controls differ between State and Commerce, we reviewed the departments' proposed rules, relevant laws and regulations, agency guidance, and annual reports related to State's and Commerce's export controls. We also interviewed officials from Commerce's Bureau of Industry and Security; DDTC; State's Bureau of Democracy, Human Rights and Labor; State's Bureau of International Security and Nonproliferation; Immigration and Customs Enforcement and U.S. Customs and Border Protection in the Department of Homeland Security; and the Defense Technology Security Administration. We sought to present differences between State's and Commerce's export controls that are potentially relevant for items proposed for transfer from

WASHSTATEC002022

the USML to the CCL, rather than every possible distinction between the two departments' export control systems. To describe the number of export license applications for firearms, artillery, and ammunition that required congressional notification, we reviewed the licensing data from the USXPORTS database. To describe the end-use monitoring conducted on exports of firearms, artillery, and ammunition, we extracted data from State's Defense Trade Application database and interviewed agency officials to understand the data. We analyzed the data by the number of checks per year, the proportion of pre-license checks to post-shipment checks, the countries where the checks were conducted, and the outcome of the checks. We assessed these data and found them to be sufficiently reliable for these purposes.

To assess what is known about the resource implications for State and Commerce due to the proposed transfer, we held discussions with State and Commerce officials, and reviewed annual budget documents and other agency reports. To better understand State's estimated reduction of 10,000 license applications per year and Commerce's estimated gain of 6,000 licenses that would result from the proposed transfer of items from the USML to the CCL, we reviewed State's fiscal year 2013-2017 export license data and the proposed rules. We also discussed the estimates with agency officials. Commerce officials told us that their estimate was fairly broad, based on State's estimate and their knowledge and experience of differences between the two agencies' license requirements that account for the difference between the two estimates. We were not able to independently assess the accuracy of either estimate because the license data we collected from State were not disaggregated to identify which items on license applications would be transferring to the CCL under the proposed rules and which would be staying on the USML. Each State license application can involve multiple items across multiple USML Sub-Categories. We also reviewed the number of full-time equivalent staff responsible for export control activities and State's annual revenue from registration fees paid by manufacturers, exporters, and brokers involved in items on the USML. We discussed State's registration data with agency officials and while we assessed these data as sufficiently reliable for descriptive purposes, we also determined that these data could not be used to generate reliable estimates about the resource implications for the Department of State because there was no clear pattern in the relationship between applications, registrants, and revenue in the data provided.

We conducted this performance audit from February 2018 to March 2019 in accordance with generally accepted government auditing standards.

WASHSTATEC002023

**Appendix I: Objectives, Scope, and Methodology**

Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that the evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives.

WASHSTATEC002024

# Appendix II: The U.S. Munitions List and the Commerce Control List

Defense articles and services subject to export controls under the Department of State's jurisdiction are listed in the 21 categories of the United States Munitions List (USML). Table 3 shows the 21 USML categories and the dates of rule changes under export control reform that transferred certain items within these categories to the Commerce Control List (CCL).

**Table 3: United States Munitions List and Dates of Rule Changes under Export Control Reform**

| Category | Category title | Effective Date of Rule Change |
|---|---|---|
| I | Firearms | Proposed |
| II | Artillery | Proposed |
| III | Ammunition | Proposed |
| IV | Launch vehicles, guided missiles, ballistic missiles, rockets, torpedoes, bombs, and mines | July 1, 2014 |
| V | Explosives and energetic materials, propellants, incendiary agents, and their constituents | July 1, 2014 |
| VI | Surface vessels of war and special naval equipment | January 6, 2014 |
| VII | Ground vehicles | January 6, 2014 |
| VIII | Aircraft and related articles | October 15, 2013 |
| IX | Military training equipment | July 1, 2014 |
| X | Personal protective equipment | July 1, 2014 |
| XI | Military electronics | December 30, 2014 |
| XII. | Fire control/sensors/night vision | December 31, 2016 |
| XIII | Materials and miscellaneous articles | January 6, 2014 |
| XIV | Toxicological agents | December 31, 2016 |
| XV | Spacecraft and related articles | November 10, 2014 |
| XVI | Nuclear weapons related articles | July 1, 2014 |
| XVII | Classified articles, technical data, and defense services | October 15, 2013 |
| XVIII | Directed energy weapons | December 31, 2016 |
| XIX | Gas turbine engines and associated equipment | October 15, 2013 |
| XX | Submersible vessels and related articles | January 6, 2014 |
| XXI | Articles, technical data, and defense services otherwise not enumerated | October 15, 2013 |

Source: Department of State. | GAO-19-307

Note: Transfers of items from these U.S. Munitions List categories to the Commerce Control List under export control reform involved a transition period after the effective date of the rule change.

WASHSTATEC002025

**Appendix II: The U.S. Munitions List and the
Commerce Control List**

The CCL is divided into ten broad categories and each category is further
subdivided into five product groups (see table 4).

**Table 4: Commerce Control List Categories and Groups**

| Category | Category title |
| --- | --- |
| 0 | Nuclear & Miscellaneous |
| 1 | Materials, Chemicals, Microorganisms and Toxins |
| 2 | Materials Processing |
| 3 | Electronics |
| 4 | Computers |
| 5 (part 1) | Telecommunications |
| 5 (part 2) | Information Security |
| 6 | Sensors and Lasers |
| 7 | Navigation and Avionics |
| 8 | Marine |
| 9 | Aerospace and Propulsion |
| **Group** | **Group title** |
| A | Systems, Equipment and Components |
| B | Test, Inspection and Production Equipment |
| C | Material |
| D | Software |
| E | Technology |

Source: Department of Commerce. | GAO-19-307

WASHSTATEC002026

# Appendix III: Comments from the Department of State



**United States Department of State**

*Comptroller*

*Washington, D.C. 20520*

FEB 1 3 2019

Thomas Melito
Managing Director
International Affairs and Trade
Government Accountability Office
441 G Street, N.W.
Washington, D.C. 20548-0001

Dear Mr. Melito:

We appreciate the opportunity to review your draft report,
"EXPORT CONTROLS: State and Commerce Should Share Watch List
Information If Proposed Rules to Transfer Firearms are Finalized, GAO Job
Code 102600.

The enclosed Department of State comments are provided for
incorporation with this letter as an appendix to the final report.

If you have any questions concerning this response, please contact
Christienne Carroll, Public Diplomacy Officer, Office of Congressional and
Public Affairs, Bureau of Political-Military Affairs at (202) 736-4020.

Sincerely,

Jeffrey C. Mounts (Acting, Comptroller)

Enclosure:
    As stated

cc:   GAO – Kimberly Gianopoulos
      PM – Marik String
      OIG - Norman Brown

GAO-19-307 Export Controls

WASHSTATEC002027

**Department of State Comments on GAO Draft Report**

**EXPORT CONTROLS: State and Commerce Should Share Watch List
Information If Proposed Rules to Transfer Firearms Are Finalized
(GAO-19-307SU, GAO Code 102600)**

Thank you for the opportunity to comment on the GAO draft report, entitled
*"Export Controls: State and Commerce Should Share Watch List Information If
Proposed Rules to Transfer Firearms Are Finalized."*

**Recommendation 1:  If responsibility for controlling the export of certain
firearms, artillery, and ammunition is transferred from State to Commerce,
the Secretary of State should ensure that the Under Secretary of Commerce
for Industry and Security develop a process for sharing State's internal watch
list with Commerce to enhance oversight of these items.**

The Department of State agrees with this recommendation.  The Department is
already engaged in the process of coordinating approval of the required
Interagency Agreement (IAA) and Interconnect Security Agreement (ISA) to allow
for electronic transfer of this information to the Department of Commerce.

WASHSTATEC002028

# Appendix IV: Comments from the Department of Commerce



UNITED STATES DEPARTMENT OF COMMERCE
The Secretary of Commerce
Washington, D.C. 20230

February 14, 2019

Ms. Kimberly Gianopoulos
Director, International Affairs and Trade
U.S. Government Accountability Office
441 G Street, NW
Washington, DC  20548

Dear Ms. Gianopoulos:

Thank you for the opportunity to review and comment on the Government Accountability Office's (GAO) draft report: *"Export Controls: State and Commerce Should Share Watch List Information If Proposed Rules to Transfer Firearms are Finalized"* (GAO-19-307SU).

The Department of Commerce concurs with GAO's recommendation, as clarified in the attached document. The document also provides recommended technical clarifications to the underlying draft report. The edit to the recommendation clarifies that the recommendation is for the Department to develop a process for receiving and integrating State's internal watch list into Commerce's licensing review process.

If you have any questions on this response, please contact Frank Bray, Senior Advisor, Bureau of Industry and Security, Department of Commerce, at (202) 482-2087.

Sincerely,

Wilbur Ross

Enclosure

GAO-19-307  Export Controls

WASHSTATEC002029

02/14/19

**Subject:** Commerce technical edits on GAO report: *Export Controls: State and Commerce Should Share Watch List Information If Proposed Rules to Transfer Firearms are Finalized*

**Structure for Commerce technical edits:**

- Commerce has copied and pasted text from the draft report where we had technical edits for ease of reference.
- Commerce has included the draft report page number, when available, before its technical edits for ease of reference.

**GAO DRAFT Recommendations to Commerce:**

**GAO Recommendation 2 (page 33):** If responsibility for controlling the exports of certain firearms, artillery and ammunition is transferred from State to Commerce, the Secretary of Commerce should ensure that the Under Secretary of Commerce for Industry and Security develop a process for sharing State's internal watch list with Commerce to enhance oversight of these items. (Recommendation 2)

**Commerce response:** Commerce concurs with this Recommendation as revised below

If responsibility for controlling the exports of certain firearms, artillery and ammunition is transferred from State to Commerce, the Secretary of Commerce should ensure that the Under Secretary of Commerce for Industry and Security develop a process for ~~sharing~~ **receiving and integrating** State's internal watch list with Commerce**'s licensing review process** to enhance oversight of these items. (Recommendation 2)

1

WASHSTATEC002030

# Appendix V: GAO Contacts and Staff Acknowledgments

| | |
|---|---|
| **GAO Contact** | Kimberly Gianopoulos, (202) 512-8612 or gianopoulosk@gao.gov |
| **Staff Acknowledgements** | In addition to the individual named above, Drew Lindsey (Assistant Director), Howard Cott (Analyst in Charge), Ashley Alley, Martin de Alteriis, Neil Doherty, Adam Peterson, and Aldo Salerno made significant contributions to this report. |

WASHSTATEC002031

| | |
|---|---|
| **GAO's Mission** | The Government Accountability Office, the audit, evaluation, and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
| **Obtaining Copies of GAO Reports and Testimony** | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's website (https://www.gao.gov). Each weekday afternoon, GAO posts on its website newly released reports, testimony, and correspondence. To have GAO e-mail you a list of newly posted products, go to https://www.gao.gov and select "E-mail Updates." |
| **Order by Phone** | The price of each GAO publication reflects GAO's actual cost of production and distribution and depends on the number of pages in the publication and whether the publication is printed in color or black and white. Pricing and ordering information is posted on GAO's website, https://www.gao.gov/ordering.htm. Place orders by calling (202) 512-6000, toll free (866) 801-7077, or TDD (202) 512-2537. Orders may be paid for using American Express, Discover Card, MasterCard, Visa, check, or money order. Call for additional information. |
| **Connect with GAO** | Connect with GAO on Facebook, Flickr, Twitter, and YouTube. Subscribe to our RSS Feeds or E-mail Updates. Listen to our Podcasts. Visit GAO on the web at https://www.gao.gov. |
| **To Report Fraud, Waste, and Abuse in Federal Programs** | Contact FraudNet: Website: https://www.gao.gov/fraudnet/fraudnet.htm Automated answering system: (800) 424-5454 or (202) 512-7700 |
| **Congressional Relations** | Orice Williams Brown, Managing Director, WilliamsO@gao.gov, (202) 512-4400, U.S. Government Accountability Office, 441 G Street NW, Room 7125, Washington, DC 20548 |
| **Public Affairs** | Chuck Young, Managing Director, youngc1@gao.gov, (202) 512-4800 U.S. Government Accountability Office, 441 G Street NW, Room 7149 Washington, DC 20548 |
| **Strategic Planning and External Liaison** | James-Christian Blockwood, Managing Director, spel@gao.gov, (202) 512-4707 U.S. Government Accountability Office, 441 G Street NW, Room 7814, Washington, DC 20548 |



Please Print on Recycled Paper.

WASHSTATEC002032

Message

| | |
|---|---|
| **From:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent:** | 3/1/2019 10:52:42 PM |
| **To:** | Nightingale, Robert L [NightingaleRL@state.gov] |
| **CC:** | Legal-PM-DL [Legal-PM-DL@state.gov] |
| **Subject:** | L/PM Weekly |

**(SBU) ITAR Revision to Categories I-III (firearms)**: L/PM is supporting the Department's consideration of whether and when to proceed with publication of a final rule revising USML Categories I-III. The Department formally notified Congress of its intent to remove items from the USML on February 4, as required by section 38(f) of the Arms Export Control Act. The final rule could be delivered to OMB as early as March 7. The revisions have generated substantial public and congressional interest, especially in the area of controls over 3D printed guns and associated technical data. The Department continues to defend a legal challenge related to the public release of certain technical data to enable 3-D printing of firearms. This final rule will move the technical data at issue in that lawsuit from the USML to the CCL.



Message

**From**: Socha, Chris (Foreign Relations) [Socha@foreign.senate.gov]
**Sent**: 3/3/2019 6:10:45 PM
**To**: String, Marik A [StringMA@state.gov]
**Subject**: Re: Menendez usml letter

███████████████

-------- Original message --------
From: "String, Marik A" <StringMA@state.gov>
Date: 3/3/19 12:42 (GMT-05:00)
To: "Socha, Chris (Foreign Relations)" <Socha@foreign.senate.gov>
Subject: RE: Menendez usml letter

███████████████████████████████████

**Official**
**UNCLASSIFIED**

**From:** Socha, Chris (Foreign Relations) <Socha@foreign.senate.gov>
**Sent:** Sunday, March 3, 2019 11:07 AM
**To:** String, Marik A <StringMA@state.gov>
**Subject:** Re: Menendez usml letter

███████████████████████████████████████████████

-------- Original message --------
From: "String, Marik A" <StringMA@state.gov>
Date: 3/2/19 22:57 (GMT-05:00)
To: "Socha, Chris (Foreign Relations)" <Socha@foreign.senate.gov>
Subject: Re: Menendez usml letter

██████████████████████████

Marik

**From:** Socha, Chris (Foreign Relations) <Socha@foreign.senate.gov>
**Date:** March 2, 2019 at 7:37:33 PM EST
**To:** String, Marik A <StringMA@state.gov>
**Subject:** Menendez usml letter

████████████████████████████████████████

**Message**

| | |
|---|---|
| **From**: | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent**: | 3/3/2019 8:03:27 PM |
| **To**: | Minarich, Christine M [MinarichCM@state.gov]; Rogers, Shana A [RogersSA2@state.gov] |
| **CC**: | Dorosin, Joshua L [DorosinJL@state.gov] |
| **Subject**: | Fw: Rules -- SBU |
| **Attachments**: | DRAFT AM.docx |

Christine and Shana - Let's discuss first thing Monday. - Jeff

Sent from my BlackBerry 10 smartphone.

**From:** String, Marik A <StringMA@state.gov>
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ████████████████████████████
████████████████████████████ In the meantime, could the PM team:

1.   Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

<u>Please limit distribution of this email and attachment.</u>

Thanks,
Marik

**Official - SBU**
UNCLASSIFIED

**Message**

| | |
|---|---|
| **From**: | Paul, Joshua M [PaulJM@state.gov] |
| **Sent**: | 3/4/2019 4:20:31 PM |
| **To**: | Monjay, Robert [MonjayR@state.gov] |
| **Subject**: | FW: Rules -- SBU |
| **Attachments**: | DRAFT AM.docx |

As requested.  Will call you shortly.

---

**From:** String, Marik A <StringMA@state.gov>
**Sent:** Sunday, March 03, 2019 1:48 PM
**To:** Paul, Joshua M <PaulJM@state.gov>; Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ████████████████████████████ In the meantime, could the PM team:

    1.   Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,
Marik

**Official - SBU**
UNCLASSIFIED

Message
_____

**From:**        Minarich, Christine M [MinarichCM@state.gov]
**Sent:**        3/4/2019 4:23:09 PM
**To:**          Monjay, Robert [MonjayR@state.gov]
**Subject:**     FW: Rules -- SBU
**Attachments:** DRAFT AM.docx


Rob,
Here is the draft of the AM.  Shana and I will give you a call shortly.
Christine


**Official - SBU (Deliberative Process)**
UNCLASSIFIED
_____

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>

**Sent:** Sunday, March 3, 2019 8:44 PM

**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F

**Subject:** Re: Rules -- SBU


Rob Monjay will support this effort while I'm in NJ ███████████████████  However, I will check email and can be reached at ███████████

███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████

The AM looks good to me, █████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████

Josh-  can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).


Thanks,

Sarah


_____

**From:** Kovar, Jeffrey D <kovarjd@state.gov>

**Sent:** Sunday, March 3, 2019 3:02 PM

**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J

**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A

**Sent:** Sunday, March 3, 2019 1:47 PM

**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J

**Cc:** Kovar, Jeffrey D

**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ███████████████████████████████ ███████████████████████████████████  In the meantime, could the PM team:

1.   Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

Official - SBU

UNCLASSIFIED

WASHSTATEC002039

Message

| | |
|---|---|
| **From:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent:** | 3/4/2019 5:12:36 PM |
| **To:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | FW: Rules -- SBU |
| **Attachments:** | DRAFT AM to S.docx |

Here's my first cut of a mark-up of the AM to S. █████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 4, 2019 6:26 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** Fw: Rules -- SBU

Sent from my BlackBerry 10 smartphone.

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>

**Sent:** Sunday, March 3, 2019 8:44 PM

**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F

**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ███████████████ However, I will check email and can be reached at ██████████.

███████████████████████████████████████████████████████████

The AM looks good to me, ████████████████████████

███████████████████████████████████████████████████████████

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM.  In the meantime, could the PM team:

1. Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

WASHSTATEC002041

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

Message
_____

**From:**       Rogers, Shana A [RogersSA2@state.gov]
**Sent:**       3/4/2019 7:09:53 PM
**To:**         Minarich, Christine M [MinarichCM@state.gov]
**CC:**         Kovar, Jeffrey D [KovarJD@state.gov]
**Subject:**    RE: Rules -- SBU
**Attachments:** DRAFT AM to S.docx; 20190304_Note on Extension.docx

Christine and Jeff,
I've attached some edits to the S memo, ████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

Thanks,
Shana

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

_____

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 12:13 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Here's my first cut of a mark-up of the AM to S. ████████████████████████████
Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

_____

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 4, 2019 6:26 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** Fw: Rules -- SBU


Sent from my BlackBerry 10 smartphone.

_____

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU


Rob Monjay will support this effort while I'm in NJ ████████████████ However, I will check email and can be reached at ████████████

███████████████████████████████████████████████

The AM looks good to me. ████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

Josh-  can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ████████████████████████████████
████████████████████████████████████         In the meantime, could the PM team:

1.  Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

<u>Please limit distribution of this email and attachment.</u>

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

Message
_____

**From:**      Minarich, Christine M [MinarichCM@state.gov]
**Sent:**      3/4/2019 8:40:22 PM
**To:**        Rogers, Shana A [RogersSA2@state.gov]
**Subject:**   RE: Rules -- SBU

I'm still on 13.  Now we're talking Defense Services.  😊. I'm not sure if we'll finish before you leave at 4:30.

_____

**From:** Rogers, Shana A <RogersSA2@state.gov>
**Date:** March 4, 2019 at 3:29:57 PM EST
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Rules -- SBU

Are you still in SA1?  If so, stop by on your way out?

**Official - Transitory**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 3:29 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

FYI - Rob also believes that all action on this AM is with L and no one in PM has done anything further on this AM today....

_____

**From:** Rogers, Shana A <RogersSA2@state.gov>
**Date:** March 4, 2019 at 2:09:56 PM EST
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Rules -- SBU

Christine and Jeff,
I've attached some edits to the S memo, ████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Thanks,
Shana

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 12:13 PM

**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Here's my first cut of a mark-up of the AM to S. ███████████████████████████
Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 4, 2019 6:26 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** Fw: Rules -- SBU


Sent from my BlackBerry 10 smartphone.

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>

**Sent:** Sunday, March 3, 2019 8:44 PM

**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F

**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ████████████████. However, I will check email and can be
reached at ████████████.

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

The AM looks good to me, ████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

**From:** Kovar, Jeffrey D <<u>kovarjd@state.gov</u>>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ██████████████████████████████
████████████████████████████████████████████████

1. Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.



Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

<u>Please limit distribution of this email and attachment.</u>

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

WASHSTATEC002049

Message
_____

**From:**       Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:**       3/4/2019 9:21:44 PM
**To:**         Rogers, Shana A [RogersSA2@state.gov]; Minarich, Christine M [MinarichCM@state.gov]
**Subject:**    RE: Rules -- SBU
**Attachments:** DRAFT AM to S.docx


Here are my edits to the AM.  Please take a look. ███████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████

**From:** Rogers, Shana A <RogersSA2@state.gov>
**Sent:** Monday, March 4, 2019 2:10 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Rules -- SBU

Christine and Jeff,
I've attached some edits to the S memo, ██████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████

Thanks,
Shana

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 12:13 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

████████████████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 4, 2019 6:26 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** Fw: Rules -- SBU


Sent from my BlackBerry 10 smartphone.

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ███████████████ However, I will check email and can be reached at ████████.

████████████████████████████████████████████████████████████

The AM looks good to me, ███████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Josh-  can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,
Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D

**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ████████████████████████████████████
████████████████████████████████████ In the meantime, could the PM team:

1. Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.

███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent:** | 3/4/2019 9:24:56 PM |
| **To:** | Abisellan, Eduardo [AbisellanE@state.gov]; Windecker, Melissa A [WindeckerMA@state.gov]; Rogers, Shana A [RogersSA2@state.gov]; Monjay, Robert [MonjayR@state.gov]; Paul, Joshua M [PaulJM@state.gov] |
| **CC:** | Minarich, Christine M [MinarichCM@state.gov]; Brechwald, Matthew J (T) [BrechwaldMJ2@state.gov] |
| **Subject:** | RE: Cats I-III Rule, T AM |

Thank you

**From:** Abisellan, Eduardo <AbisellanE@state.gov>
**Sent:** Monday, March 4, 2019 4:17 PM
**To:** Windecker, Melissa A <WindeckerMA@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Monjay, Robert <MonjayR@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Cc:** Minarich, Christine M <MinarichCM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>
**Subject:** RE: Cats I-III Rule, T AM

We are holding on this end.

Vr/Ed

**Official**
UNCLASSIFIED

**From:** Windecker, Melissa A <WindeckerMA@state.gov>
**Sent:** Monday, March 4, 2019 4:16 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>; Monjay, Robert <MonjayR@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Cc:** Minarich, Christine M <MinarichCM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Cats I-III Rule, T AM

All,

███████████████████████████████████████████

Thanks,
Mel

**From:** Rogers, Shana A <RogersSA2@state.gov>
**Sent:** Monday, March 4, 2019 4:13 PM
**To:** Monjay, Robert <MonjayR@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Cc:** Windecker, Melissa A <WindeckerMA@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** Cats I-III Rule, T AM

Rob and Josh,

███████████████████████████████████████████

WASHSTATEC002053

Please reach out to Jeff, Christine, or me for further clarification.

Thanks,
Shana

**Official - SBU (Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Paul, Joshua M [PaulJM@state.gov] |
| **Sent:** | 3/4/2019 9:25:43 PM |
| **To:** | String, Marik A [StringMA@state.gov] |
| **CC:** | Miller, Michael F [Millermf@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Monjay, Robert [MonjayR@state.gov] |
| **Subject:** | RE: Rules |
| **Attachments:** | Draft 123 Letter.docx |

**From:** Paul, Joshua M
**Sent:** Monday, March 04, 2019 4:24 PM
**To:** String, Marik A <StringMA@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: Rules



**From:** Paul, Joshua M
**Sent:** Monday, March 04, 2019 11:28 AM
**To:** String, Marik A <StringMA@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: Rules

Minus non-PM, +Rob



████████████████████████████████████████████████████

████████████████████████████████████████████████████

Josh

---

**From:** String, Marik A <StringMA@state.gov>
**Sent:** Sunday, March 03, 2019 7:46 PM
**To:** Richard Ashooh <Richard.Ashooh@bis.doc.gov>
**Cc:** Taylor, Mary Elizabeth <TaylorME3@state.gov>; Miller, Michael F <Millermf@state.gov>; Matthew Borman <Matthew.Borman@bis.doc.gov>; Kimberly Ekmark <Kimberly.Ekmark@bis.doc.gov>; Faulkner, Charles S <FaulknerCS@state.gov>; Donnelly, Colleen G <DonnellyCG@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** Re: Rules

Rich, thanks, makes sense on both issues.

Marik

---

**From:** Richard Ashooh <Richard.Ashooh@bis.doc.gov>
**Date:** March 3, 2019 at 6:55:29 PM EST
**To:** String, Marik A <StringMA@state.gov>
**Cc:** Taylor, Mary Elizabeth <TaylorME3@state.gov>, Miller, Michael F <Millermf@state.gov>, Matthew Borman <Matthew.Borman@bis.doc.gov>, Kimberly Ekmark <Kimberly.Ekmark@bis.doc.gov>, Faulkner, Charles S <FaulknerCS@state.gov>, Donnelly, Colleen G <DonnellyCG@state.gov>, Paul, Joshua M <PaulJM@state.gov>, Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** Re: Rules



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This Message was sent from my Mobile Device.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On: 03 March 2019 17:52,
"String, Marik A" <StringMA@state.gov> wrote:

WASHSTATEC002056

Rich,
Thanks for chatting earlier.  As discussed, our teams will work on the following:



Let me know if I am missing anything.

Thanks
Marik

---

**From:** Richard Ashooh <Richard.Ashooh@bis.doc.gov>
**Date:** March 3, 2019 at 2:30:59 PM EST
**To:** String, Marik A <StringMA@state.gov>
**Cc:** Taylor, Mary Elizabeth <TaylorME3@state.gov>, Miller, Michael F <Millermf@state.gov>, Matthew Borman <Matthew.Borman@bis.doc.gov>, Kimberly Ekmark <Kimberly.Ekmark@bis.doc.gov>
**Subject:** Re: Rules

---

On: 03 March 2019 12:52,
"String, Marik A" <StringMA@state.gov> wrote:

Richard,

Thanks,
Marik
**Official - SBU**
UNCLASSIFIED

WASHSTATEC002057

Message

**From:** Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:** 3/4/2019 9:26:16 PM
**To:** Dorosin, Joshua L [DorosinJL@state.gov]
**Subject:** FW: Cats I-III Rule, T AM

<div style="background:black; height:60px"></div>

**From:** Abisellan, Eduardo <AbisellanE@state.gov>
**Sent:** Monday, March 4, 2019 4:17 PM
**To:** Windecker, Melissa A <WindeckerMA@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Monjay, Robert <MonjayR@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Cc:** Minarich, Christine M <MinarichCM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>
**Subject:** RE: Cats I-III Rule, T AM

We are holding on this end.

Vr/Ed

**Official**
UNCLASSIFIED

**From:** Windecker, Melissa A <WindeckerMA@state.gov>
**Sent:** Monday, March 4, 2019 4:16 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>; Monjay, Robert <MonjayR@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Cc:** Minarich, Christine M <MinarichCM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Cats I-III Rule, T AM

All,

<div style="background:black; height:40px"></div>

Thanks,
Mel

**From:** Rogers, Shana A <RogersSA2@state.gov>
**Sent:** Monday, March 4, 2019 4:13 PM
**To:** Monjay, Robert <MonjayR@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Cc:** Windecker, Melissa A <WindeckerMA@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Abisellan, Eduardo <AbisellanE@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** Cats I-III Rule, T AM

Rob and Josh,

<div style="background:black; height:80px"></div>

Please reach out to Jeff, Christine, or me for further clarification.

Thanks,
Shana


**Official - SBU (Attorney-Client Privilege, Deliberative Process)**
UNCLASSIFIED

WASHSTATEC002059

Message

| | |
|---|---|
| **From:** | Paul, Joshua M [PaulJM@state.gov] |
| **Sent:** | 3/4/2019 10:02:48 PM |
| **To:** | Monjay, Robert [MonjayR@state.gov] |
| **Subject:** | FW: USML Categories 1-3 Briefing |

███████████████████████████████████████████████████████████
███████████████████████████████████

-----Original Message-----
From: Kimberly Ekmark <Kimberly.Ekmark@bis.doc.gov>
Sent: Monday, March 04, 2019 4:57 PM
To: Tapia, Angela M Lt Col USAF OSD OASD LA (USA) <angela.m.tapia2.mil@mail.mil>; Blake, Victoria C CIV
DTSA PD (US) <victoria.c.blake.civ@mail.mil>; Nesterczuk, Oksana D CIV DTSA PD (US)
<oksana.d.nesterczuk.civ@mail.mil>; Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A
<DarrachTA@state.gov>
Cc: Laychak, Michael R SES DTSA EO (US) <michael.r.laychak.civ@mail.mil>
Subject: RE: USML Categories 1-3 Briefing

Colleagues- I very much apologize for the last minute change, but Commerce is requesting we postpone this
briefing. We hope to be able to support in the near future, but this week is likely not feasible. Again,
I'm very sorry.

Lt. Col. Tapia, happy to work with you on times to reschedule in the next few weeks.

-----Original Message-----
From: Tapia, Angela M Lt Col USAF OSD OASD LA (USA) <angela.m.tapia2.mil@mail.mil>
Sent: Monday, March 04, 2019 9:41 AM
To: Blake, Victoria C CIV DTSA PD (US) <victoria.c.blake.civ@mail.mil>; Nesterczuk, Oksana D CIV DTSA PD
(US) <oksana.d.nesterczuk.civ@mail.mil>; Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A
<DarrachTA@state.gov>; Kimberly Ekmark <Kimberly.Ekmark@bis.doc.gov>
Cc: Laychak, Michael R SES DTSA EO (US) <michael.r.laychak.civ@mail.mil>
Subject: RE: USML Categories 1-3 Briefing

Good morning,

Circling back to make sure we are good to go for tomorrow's briefing.  I've updated the invite below to
reflects briefers.  I also extended the invite to SASC PSMs but they have not confirmed attendance.  Did
HFAC PSMs confirm attendance?

Very respectfully,
ANGELA M. TAPIA, Lt Col, USAF
Special Assistant
Office of the Assistant Secretary of Defense, Legislative Affairs
703-614-8692 (office)
████████████ (mobile)
angela.m.tapia2.mil@mail.mil


-----Original Appointment-----
From: Tapia, Angela M Lt Col USAF OSD OASD LA (USA)
Sent: Thursday, February 28, 2019 11:43 AM
To: Tapia, Angela M Lt Col USAF OSD OASD LA (USA); Blake, Victoria C CIV DTSA PD (US); Nesterczuk, Oksana
D CIV DTSA PD (US)
Cc: Laychak, Michael R SES DTSA EO (US); Darrach, Tamara A; McKeeby, David I; PM-CPA; MPlatt@doc.gov;
Paul, Joshua M; 'Kimberly Ekmark'; Stringfield, Cynthia D CIV DTSA EO (USA); Oukrop, Kenneth Jeffrey
(Ken) CIV DTSA LD (US); Daoussi, Susan G CIV DTSA LD (US); Minnifield, Tracy J CIV DTSA LD (US); 'Strike,
Andrew P'
Subject: USML Categories 1-3 Briefing
When: Tuesday, March 5, 2019 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: RHOB 2212

WHO:   HASC PSMs: Mark Morehouse, Halimah Locke, Eric Snelgrove, Joshua Stiefel, Stephanie Halcrow
       HFAC PSMs:
       SASC PSMs Invited to Attend: Ozge Guzelsu and Dustin Walker
       Executive Branch Reps: Mike Laychak (DTSA), Rob Monjay (State), Steve Clagett (Commerce)

```
         OSD/LA: Lt Col Angela Tapia
WHAT:  FY2018  NDAA
WHERE:  RHOB 2212
WHEN:  5 Mar, 3-4 p.m.
CLEARANCE LEVEL: Unclassified
TRANSPORTATION:  Mr. Laychak will be driving. Lt Col Tapia will take the shuttle and wait outside Rayburn
Horseshoe (South Capitol) and can be reached at ██████████
```

Message

| | |
|---|---|
| **From:** | Monjay, Robert [MonjayR@state.gov] |
| **Sent:** | 3/4/2019 10:04:45 PM |
| **To:** | Paul, Joshua M [PaulJM@state.gov] |
| **Subject:** | RE: USML Categories 1-3 Briefing |

████████████████████████

-----Original Message-----
From: Paul, Joshua M <PaulJM@state.gov>
Sent: Monday, March 4, 2019 5:03 PM
To: Monjay, Robert <MonjayR@state.gov>
Subject: FW: USML Categories 1-3 Briefing

████████████████████████

-----Original Message-----
From: Kimberly Ekmark <Kimberly.Ekmark@bis.doc.gov>
Sent: Monday, March 04, 2019 4:57 PM
To: Tapia, Angela M Lt Col USAF OSD OASD LA (USA) <angela.m.tapia2.mil@mail.mil>; Blake, Victoria C CIV DTSA PD (US) <victoria.c.blake.civ@mail.mil>; Nesterczuk, Oksana D CIV DTSA PD (US) <oksana.d.nesterczuk.civ@mail.mil>; Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
Cc: Laychak, Michael R SES DTSA EO (US) <michael.r.laychak.civ@mail.mil>
Subject: RE: USML Categories 1-3 Briefing

Colleagues- I very much apologize for the last minute change, but Commerce is requesting we postpone this briefing. We hope to be able to support in the near future, but this week is likely not feasible. Again, I'm very sorry.

Lt. Col. Tapia, happy to work with you on times to reschedule in the next few weeks.

-----Original Message-----
From: Tapia, Angela M Lt Col USAF OSD OASD LA (USA) <angela.m.tapia2.mil@mail.mil>
Sent: Monday, March 04, 2019 9:41 AM
To: Blake, Victoria C CIV DTSA PD (US) <victoria.c.blake.civ@mail.mil>; Nesterczuk, Oksana D CIV DTSA PD (US) <oksana.d.nesterczuk.civ@mail.mil>; Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Kimberly Ekmark <Kimberly.Ekmark@bis.doc.gov>
Cc: Laychak, Michael R SES DTSA EO (US) <michael.r.laychak.civ@mail.mil>
Subject: RE: USML Categories 1-3 Briefing

Good morning,

Circling back to make sure we are good to go for tomorrow's briefing.  I've updated the invite below to reflects briefers.  I also extended the invite to SASC PSMs but they have not confirmed attendance.  Did HFAC PSMs confirm attendance?

Very respectfully,
ANGELA M. TAPIA, Lt Col, USAF
Special Assistant
Office of the Assistant Secretary of Defense, Legislative Affairs
703-614-8692 (office)
████████████(mobile)

angela.m.tapia2.mil@mail.mil

-----Original Appointment-----
From: Tapia, Angela M Lt Col USAF OSD OASD LA (USA)
Sent: Thursday, February 28, 2019 11:43 AM
To: Tapia, Angela M Lt Col USAF OSD OASD LA (USA); Blake, Victoria C CIV DTSA PD (US); Nesterczuk, Oksana D CIV

DTSA PD (US)
Cc: Laychak, Michael R SES DTSA EO (US); Darrach, Tamara A; McKeeby, David I; PM-CPA; MPlatt@doc.gov; Paul, Joshua M;
'Kimberly Ekmark'; Stringfield, Cynthia D CIV DTSA EO (USA); Oukrop, Kenneth Jeffrey (Ken) CIV DTSA LD (US); Daoussi,
Susan G CIV DTSA LD (US); Minnifield, Tracy J CIV DTSA LD (US); 'Strike, Andrew P'
Subject: USML Categories 1-3 Briefing
When: Tuesday, March 5, 2019 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: RHOB 2212


WHO:    HASC PSMs:  Mark Morehouse, Halimah Locke, Eric Snelgrove, Joshua Stiefel, Stephanie Halcrow
        HFAC PSMs:
        SASC PSMs Invited to Attend: Ozge Guzelsu and Dustin Walker
        Executive Branch Reps:  Mike Laychak (DTSA), Rob Monjay (State), Steve Clagett (Commerce)
        OSD/LA: Lt Col Angela Tapia
WHAT:  FY2018  NDAA
WHERE:  RHOB 2212
WHEN:  5 Mar, 3-4 p.m.
CLEARANCE LEVEL: Unclassified
TRANSPORTATION: Mr. Laychak will be driving. Lt Col Tapia will take the shuttle and wait outside Rayburn Horseshoe (South
Capitol) and can be reached at ██████████


**Official**


UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Paul, Joshua M [PaulJM@state.gov] |
| **Sent:** | 3/4/2019 10:05:56 PM |
| **To:** | Monjay, Robert [MonjayR@state.gov] |
| **Subject:** | RE: USML Categories 1-3 Briefing |

███████████████████████████████████████████████████
███████████████

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, March 04, 2019 5:05 PM
**To:** Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: USML Categories 1-3 Briefing

████████████████████████████████

-----Original Message-----
From: Paul, Joshua M <PaulJM@state.gov>
Sent: Monday, March 4, 2019 5:03 PM
To: Monjay, Robert <MonjayR@state.gov>
Subject: FW: USML Categories 1-3 Briefing

████████████████████████████████████████████████
███████████████████████

-----Original Message-----
From: Kimberly Ekmark <Kimberly.Ekmark@bis.doc.gov>
Sent: Monday, March 04, 2019 4:57 PM
To: Tapia, Angela M Lt Col USAF OSD OASD LA (USA) <angela.m.tapia2.mil@mail.mil>; Blake, Victoria C CIV DTSA PD (US) <victoria.c.blake.civ@mail.mil>; Nesterczuk, Oksana D CIV DTSA PD (US) <oksana.d.nesterczuk.civ@mail.mil>; Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
Cc: Laychak, Michael R SES DTSA EO (US) <michael.r.laychak.civ@mail.mil>
Subject: RE: USML Categories 1-3 Briefing

Colleagues- I very much apologize for the last minute change, but Commerce is requesting we postpone this briefing. We hope to be able to support in the near future, but this week is likely not feasible. Again, I'm very sorry.

Lt. Col. Tapia, happy to work with you on times to reschedule in the next few weeks.

-----Original Message-----
From: Tapia, Angela M Lt Col USAF OSD OASD LA (USA) <angela.m.tapia2.mil@mail.mil>
Sent: Monday, March 04, 2019 9:41 AM
To: Blake, Victoria C CIV DTSA PD (US) <victoria.c.blake.civ@mail.mil>; Nesterczuk, Oksana D CIV DTSA PD (US) <oksana.d.nesterczuk.civ@mail.mil>; Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Kimberly Ekmark <Kimberly.Ekmark@bis.doc.gov>
Cc: Laychak, Michael R SES DTSA EO (US) <michael.r.laychak.civ@mail.mil>
Subject: RE: USML Categories 1-3 Briefing

Good morning,

Circling back to make sure we are good to go for tomorrow's briefing.  I've updated the invite below to reflects briefers.  I also extended the invite to SASC PSMs but they have not confirmed attendance.  Did HFAC PSMs confirm attendance?

Very respectfully,
ANGELA M. TAPIA, Lt Col, USAF
Special Assistant
Office of the Assistant Secretary of Defense, Legislative Affairs

703-614-8692 (office)
███████████ (mobile)

angela.m.tapia2.mil@mail.mil

-----Original Appointment-----
From: Tapia, Angela M Lt Col USAF OSD OASD LA (USA)
Sent: Thursday, February 28, 2019 11:43 AM
To: Tapia, Angela M Lt Col USAF OSD OASD LA (USA); Blake, Victoria C CIV DTSA PD (US); Nesterczuk, Oksana D CIV DTSA PD (US)
Cc: Laychak, Michael R SES DTSA EO (US); Darrach, Tamara A; McKeeby, David I; PM-CPA; MPlatt@doc.gov; Paul, Joshua M; 'Kimberly Ekmark'; Stringfield, Cynthia D CIV DTSA EO (USA); Oukrop, Kenneth Jeffrey (Ken) CIV DTSA LD (US); Daoussi, Susan G CIV DTSA LD (US); Minnifield, Tracy J CIV DTSA LD (US); 'Strike, Andrew P'
Subject: USML Categories 1-3 Briefing
When: Tuesday, March 5, 2019 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: RHOB 2212

WHO:   HASC PSMs:  Mark Morehouse, Halimah Locke, Eric Snelgrove, Joshua Stiefel, Stephanie Halcrow
       HFAC PSMs:
       SASC PSMs Invited to Attend: Ozge Guzelsu and Dustin Walker
       Executive Branch Reps:  Mike Laychak (DTSA), Rob Monjay (State), Steve Clagett (Commerce)
       OSD/LA: Lt Col Angela Tapia
WHAT:  FY2018 NDAA
WHERE:  RHOB 2212
WHEN:  5 Mar, 3-4 p.m.
CLEARANCE LEVEL: Unclassified
TRANSPORTATION:  Mr. Laychak will be driving. Lt Col Tapia will take the shuttle and wait outside Rayburn Horseshoe (South Capitol) and can be reached at ██████████

**Official**

**UNCLASSIFIED**

WASHSTATEC002065

Message

| | |
|---|---|
| **From**: | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent**: | 3/4/2019 10:07:25 PM |
| **To**: | Kovar, Jeffrey D [KovarJD@state.gov]; Rogers, Shana A [RogersSA2@state.gov] |
| **Subject**: | RE: Rules -- SBU |
| **Attachments**: | DRAFT AM to S.docx |

Jeff,

These look good to me. ███████████████████████████████████
███████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 4, 2019 4:22 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Rules -- SBU

Here are my edits to the AM.  Please take a look. ███████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

**From:** Rogers, Shana A <RogersSA2@state.gov>
**Sent:** Monday, March 4, 2019 2:10 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Rules -- SBU

Christine and Jeff,
I've attached some edits to the S memo, ███████████████████████
███████████████████████████████████████████████

███████████████████████████████████████████████████████

Thanks,
Shana

**Official - SBU (Attorney Work Product, Deliberative Process)**

UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 12:13 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Here's my first cut of a mark-up of the AM to S.  I've deferred to you on the sections discussing the litigation.
Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 4, 2019 6:26 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** Fw: Rules -- SBU


Sent from my BlackBerry 10 smartphone.

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ █████████████  However, I will check email and can be reached at ████████

████████████████████████████████████████████████████████████████████████████

The AM looks good to me. ████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

---

**From:** Kovar, Jeffrey D <<u>kovarjd@state.gov</u>>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ██████████████████████████
████████████████████████████  In the meantime, could the PM team:

1. Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.



Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

<u>Please limit distribution of this email and attachment.</u>

WASHSTATEC002068

Thanks,

Marik


**Official - SBU**

UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent:** | 3/4/2019 10:11:27 PM |
| **To:** | Minarich, Christine M [MinarichCM@state.gov]; Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | RE: Rules -- SBU |

Thanks — ███████████

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 5:07 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

Jeff,



Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 4, 2019 4:22 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Rules -- SBU

Here are my edits to the AM.  Please take a look. ████████████████████████

---

**From:** Rogers, Shana A <RogersSA2@state.gov>
**Sent:** Monday, March 4, 2019 2:10 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Rules -- SBU

Christine and Jeff,

███████████████████████████████████████████████████████

Thanks,
Shana

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 12:13 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Here's my first cut of a mark-up of the AM to S.  I've deferred to you on the sections discussing the litigation.
Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 4, 2019 6:26 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** Fw: Rules -- SBU


Sent from my BlackBerry 10 smartphone.

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU


Rob Monjay will support this effort while I'm in NJ ███████████████ However, I will check email and can be reached at ██████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ███████████████████████████████████
████████████████████████████████ In the meantime, could the PM team:

1.  Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

WASHSTATEC002073

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Tapia, Angela M Lt Col USAF OSD OASD LA (USA) [angela.m.tapia2.mil@mail.mil] |
| **Sent:** | 3/4/2019 10:25:10 PM |
| **To:** | Morehouse, Mark [Mark.Morehouse@mail.house.gov]; Locke, Halimah [Halimah.Locke@mail.house.gov]; Snelgrove, Eric [Eric.Snelgrove@mail.house.gov]; Stiefel, Joshua [joshua.stiefel@mail.house.gov]; Halcrow, Stephanie [Stephanie.Halcrow@mail.house.gov]; Paul, Joshua M [PaulJM@state.gov]; Kimberly Ekmark [Kimberly.Ekmark@bis.doc.gov] |
| **CC:** | Monjay, Robert [MonjayR@state.gov] |
| **Subject:** | RE: USML Categories 1-3 Briefing |
| **Attachments:** | smime.p7s |

Good evening,

My apologies. We have a last minute scheduling issue and tomorrow's briefing will need to be postponed. I am working with State and Commerce colleagues to find an alternate date.  I will be sending a cancellation notice momentarily.

Very respectfully,
ANGELA M. TAPIA, Lt Col, USAF
Special Assistant
Office of the Assistant Secretary of Defense, Legislative Affairs
703-614-8692 (office)
███████ (mobile)

angela.m.tapia2.mil@mail.mil


-----Original Appointment-----
From: Tapia, Angela M Lt Col USAF OSD OASD LA (USA)
Sent: Wednesday, February 27, 2019 5:39 PM
To: Tapia, Angela M Lt Col USAF OSD OASD LA (USA); Morehouse, Mark; Locke, Halimah; Snelgrove, Eric; Stiefel, Joshua; Halcrow, Stephanie; Paul, Joshua M; Kimberly Ekmark
Cc: Monjay, Robert
Subject: USML Categories 1-3 Briefing
When: Tuesday, March 5, 2019 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: RHOB 2212

WHO:   HASC PSMs:  Mark Morehouse, Halimah Locke, Eric Snelgrove, Joshua Stiefel, Stephanie Halcrow
        SASC PSMs:  Ozge Guzelsu, Dustin Walker
        HFAC PSMs:
        Executive Branch Reps:  DTSA, State, Commerce
        OSD/LA: Lt Col Angela Tapia
WHAT:  FY2018  NDAA
WHERE:  RHOB 2212
WHEN:  5 Mar, 3-4 p.m.
CLEARANCE LEVEL: Unclassified

WASHSTATEC002074

Message

| | |
|---|---|
| **From**: | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent**: | 3/4/2019 10:44:20 PM |
| **To**: | Dorosin, Joshua L [DorosinJL@state.gov] |
| **CC**: | Nightingale, Robert L [NightingaleRL@state.gov]; Rogers, Shana A [RogersSA2@state.gov]; Minarich, Christine M [MinarichCM@state.gov] |
| **Subject**: | FW: Rules -- SBU |
| **Attachments**: | DRAFT AM to S.docx |

Josh -- here is the draft AM to S to approve sending the final rule for publication. ███████████
████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Please let us know if you have any edits to this package.  We will want to get it before Jennifer by tomorrow morning at the latest.

Thanks,

Jeff

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? ███████████████

███████████████████████████████████████████████████

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ███████████████ However, I will check email and can be reached at ████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

Josh-  can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,
Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks


Sent from my BlackBerry 10 smartphone.

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU


**SBU—DELIBERATIVE PROCESS/PRIVILEGED**


Attached is the latest draft AM. ███████████████████████
██████████████████████████████████ In the meantime, could the PM team:

1.   Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.



Again, I don't know where this is heading but we need to be prepared for all options.


Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.


<u>Please limit distribution of this email and attachment.</u>


Thanks,

Marik

Official - SBU

UNCLASSIFIED

WASHSTATEC002078

Message

| | |
|---|---|
| **From:** | Miller, Michael F [Millermf@state.gov] |
| **Sent:** | 3/4/2019 10:46:43 PM |
| **To:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Subject:** | RE: Rules -- SBU |

Thank you

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 4, 2019 5:39 PM
**To:** Miller, Michael F <Millermf@state.gov>; String, Marik A <StringMA@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: Rules -- SBU

Hi Mike —



Jeff

**From:** Miller, Michael F <Millermf@state.gov>
**Sent:** Monday, March 4, 2019 5:28 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; String, Marik A <StringMA@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: Rules -- SBU

Jeff/Shana/Christine,

[redacted]

Cheers,
Mike

[redacted]

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A <StringMA@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. [redacted] In the meantime, could the PM team:

1.   Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.
2. [redacted]

3.

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

<u>Please limit distribution of this email and attachment.</u>

Thanks,
Marik

**Official - SBU**
UNCLASSIFIED

WASHSTATEC002081

| | |
|---|---|
| **Message** | |
| **From:** | Monjay, Robert [MonjayR@state.gov] |
| **Sent:** | 3/4/2019 10:49:43 PM |
| **To:** | Miller, Michael F [Millermf@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; String, Marik A [StringMA@state.gov]; Paul, Joshua M [PaulJM@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Minarich, Christine M [MinarichCM@state.gov]; Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | RE: Rules -- SBU |
| **Attachments:** | Washington V State Department Scheduling Order.pdf |

█████████████████████████████████████████████████████

Thanks
Rob

**Official - SBU**
UNCLASSIFIED

**From:** Miller, Michael F <Millermf@state.gov>
**Sent:** Monday, March 4, 2019 5:28 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; String, Marik A <StringMA@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Monjay, Robert <MonjayR@state.gov>
**Subject:** RE: Rules -- SBU

Jeff/Shana/Christine,

█████████████████████████████████████████████████████

Cheers,
Mike

█████████████████████████████████████████████████████

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A <StringMA@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM

**To:** Paul, Joshua M; Miller, Michael E; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ████████████████████████████
████████████████████████████████████ In the meantime, could the PM team:

1.  Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

<u>Please limit distribution of this email and attachment.</u>

Thanks,
Marik

**Official - SBU**
UNCLASSIFIED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

                Plaintiffs,

       v.

UNITED STATES DEPARTMENT OF
STATE, *et al.*,

                Defendants.

Cause No. C18-1115RSL

CASE MANAGEMENT ORDER

      On July 30, 2018, plaintiffs filed a complaint seeking to prevent the federal defendants from modifying Category I of the United States Munitions List in such a way as to allow the publication to the internet of computer aided design files for the automatic production of firearms using a 3-D printer. The parties anticipate that the case will be resolved on cross-motions for summary judgment and that discovery, if necessary, will be limited. Having reviewed the Joint Status Report submitted by the parties, the Court orders as follows:

| | |
|---|---|
| Production of Administrative Record | October 19, 2018 |
| Deadline for amending pleadings | November 5, 2018 |
| Deadline for joining additional parties | November 5, 2018 |

CASE MANAGEMENT ORDER

| | |
|---|---|
| All motions related to the adequacy of the administrative record or discovery disputes must be filed by | November 15, 2018[1] |
| Settlement conference held no later than | January 15, 2019[2] |
| Plaintiffs shall file a motion for summary judgment of no more than 24 pages by | February 15, 2019 |
| Defendants shall file combined oppositions and cross-motions for summary judgment of no more than 24 pages by | March 15, 2019 |
| Plaintiffs shall file combined replies and oppositions of no more than 24 pages by | April 5, 2019 |
| Defendants shall file replies of no more than 15 pages by | April 19, 2019 |

The cross-motions for summary judgment shall be noted for consideration on the Court's calendar for **Friday, April 19, 2019.** These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

<div align="center">

ALTERATIONS TO ELECTRONIC FILING PROCEDURES
AND LOCAL RULES

</div>

Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. *Pro se* litigants may file either electronically or in paper form. The following alterations to the Electronic Filing Procedures apply in all cases

---

[1] Any such motions shall be noted on the Court's calendar for Friday, December 21, 2018, and briefed according to the schedule set forth in the Joint Status Report, Dkt. # 110 at 9.

[2] The settlement conference requires a face-to-face meeting or a telephone conference between persons with authority to settle the case. The settlement conference does not have to involve a third-party neutral.

CASE MANAGEMENT ORDER                    -2-

pending before Judge Lasnik:

      - Alteration to LCR 10(e)(9) -- Effective July 1, 2014, the Western District of Washington will no longer accept courtesy copies in 3-ring binders. All courtesy copies must be 3-hole punched, tabbed, and bound by rubber bands or clips. If any courtesy copies are delivered to the intake desk or chambers in 3-ring binders, the binders will be returned immediately. This policy does **NOT** apply to the submission of trial exhibits.

      - Alteration to Section III, Paragraph M -- Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

      - Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

<div align="center">PRIVACY POLICY</div>

      Parties are reminded that they must comply with the privacy requirements in Federal Rule of Civil Procedure 5.2 and LCR 5.2.

<div align="center">COOPERATION</div>

      As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.

//

//

CASE MANAGEMENT ORDER         -3-

WASHSTATEC002086

SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 12th day of October, 2018.

_/s/ Kerry Simonds_____
Kerry Simonds, Deputy Clerk to
the Honorable Robert S. Lasnik, Judge
(206) 370-8519

CASE MANAGEMENT ORDER                    -4-

WASHSTATEC002087

Message

---

**From**:        Monjay, Robert [MonjayR@state.gov]
**Sent**:        3/5/2019 12:01:57 AM
**To**:          PM-CPA [PM-CPA@state.gov]
**Subject**:     Background for Hill Brief
**Attachments**: Background for Hill Brief on 123.docx

Josh and Co,
Anything we need to add to this for Marik? He would like some off the shelf stuff. This is all from other briefings and memos, so we do not need to re-clear with the everyone, but I repackaged it so it is a bit more usable. I'd like to send it to him Tuesday morning.
Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* █████████
*Email: MonjayR@state.gov*
████████████████████

**Official - SBU**
UNCLASSIFIED

Message

**From:** Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:** 3/5/2019 12:04:52 AM
**To:** Rogers, Shana A [RogersSA2@state.gov]; Minarich, Christine M [MinarichCM@state.gov]
**Subject:** RE: Rules -- SBU

████████████████████████████████████████████████████████████████

**From:** Kovar, Jeffrey D
**Sent:** Monday, March 4, 2019 6:59 PM
**To:** Dorosin, Joshua L <DorosinJL@state.gov>
**Cc:** Nightingale, Robert L <NightingaleRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Rules -- SBU

████████████████████████████████████████████████████████████████

**From:** Dorosin, Joshua L <DorosinJL@state.gov>
**Sent:** Monday, March 4, 2019 6:55 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Nightingale, Robert L <NightingaleRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Rules -- SBU

Thanks Jeff ████████████████████ Best, Josh

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 04, 2019 6:46 PM
**To:** Dorosin, Joshua L <DorosinJL@state.gov>
**Cc:** Nightingale, Robert L <NightingaleRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Rules -- SBU

████████████████████████████████████████████████████████████████

**From:** Dorosin, Joshua L <DorosinJL@state.gov>
**Sent:** Monday, March 4, 2019 6:13 PM

**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Nightingale, Robert L <NightingaleRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Rules -- SBU

███████████████████████████████████████████████████████

---

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 04, 2019 5:44 PM
**To:** Dorosin, Joshua L <DorosinJL@state.gov>
**Cc:** Nightingale, Robert L <NightingaleRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** FW: Rules -- SBU

Josh — here is the draft AM to S to approve sending the final rule for publication. ███████████
████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

Please let us know if you have any edits to this package. ███████████████████
█████████

Thanks,

Jeff

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S █████████████████████████
█████████████████ ██████████████████████████████████████████Can you
please let us know ASAP if you have additional edits/comments?  We understand that the other AM that you have both
reviewed is still in play. █████████████████████████████████████████████
█████████

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ███████████████████ However, I will check email and can be
reached at ███████████

████████████████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Josh-  can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,
Sarah

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ███████████████████████████████
████████████████████████████ In the meantime, could the PM team:

1.   Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.



Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

WASHSTATEC002093

Message

**From:** Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:** 3/5/2019 12:46:45 AM
**To:** Dorosin, Joshua L [DorosinJL@state.gov]
**Subject:** RE: Rules -- SBU

███████████████████████████

**From:** Dorosin, Joshua L <DorosinJL@state.gov>
**Sent:** Monday, March 4, 2019 6:55 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Nightingale, Robert L <NightingaleRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Rules -- SBU

Thanks Jeff ██████████████████████ Best, Josh

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 04, 2019 6:46 PM
**To:** Dorosin, Joshua L <DorosinJL@state.gov>
**Cc:** Nightingale, Robert L <NightingaleRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Rules -- SBU

███████████████████████████████████████████████████████████████

**From:** Dorosin, Joshua L <DorosinJL@state.gov>
**Sent:** Monday, March 4, 2019 6:13 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Nightingale, Robert L <NightingaleRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Rules -- SBU

Thanks Jeff.  No specific editorial suggestions but a few questions. ████████████████
████████████████████████████████████████ Best, Josh

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Monday, March 04, 2019 5:44 PM
**To:** Dorosin, Joshua L <DorosinJL@state.gov>
**Cc:** Nightingale, Robert L <NightingaleRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M

<MinarichCM@state.gov>
**Subject:** FW: Rules -- SBU

Josh – here is the draft AM to S to approve sending the final rule for publication. [redacted]

Please let us know if you have any edits to this package. We will want to get it before Jennifer by tomorrow morning at the latest.

Thanks,

Jeff

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control. Jennifer is now tracking this issue and we expect to send her a draft of this AM. Can you please let us know ASAP if you have additional edits/comments? [redacted]

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ███████████████. However, I will check email and can be reached at ████████



Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,
Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ███████████████████████████████████████████
████████████████████████████████ In the meantime, could the PM team:

1. Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.
2. ████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
3. ████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

<u>Please limit distribution of this email and attachment.</u>

Thanks,

Marik

**Official - SBU**
UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Pompian, Shawn M [PompianSM@state.gov] |
| **Sent:** | 3/5/2019 2:05:16 AM |
| **To:** | Minarich, Christine M [MinarichCM@state.gov]; Kottmyer, Alice M [KottmyerAM@state.gov]; Rogers, Shana A [RogersSA2@state.gov] |
| **CC:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Subject:** | FW: Rules -- SBU |
| **Attachments:** | DRAFT AM to S.docx |

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? ███████████████████████████████
█████████████████████████████████████████████████████████████████████████

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ████████████████. However, I will check email and can be reached at ██████████

█████████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████████

WASHSTATEC002098

███████████████████████████████████████████

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

---

**From:** Kovar, Jeffrey D <<u>kovarjd@state.gov</u>>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ████████████████████████████
████████████████████████████████████  In the meantime, could the PM team:

1.  Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.
2.  ████████████████████████████████████████████████
    ████████████████████████████████████████████████

3. 

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent:** | 3/5/2019 2:46:12 AM |
| **To:** | Kovar, Jeffrey D [KovarJD@state.gov]; Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | FW: Rules -- SBU |
| **Attachments:** | DRAFT AM to S.docx |

[REDACTED]

[REDACTED]

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Monday, March 4, 2019 9:05 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: Rules -- SBU

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? [REDACTED]

[REDACTED]

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ▮▮▮▮▮▮▮▮▮▮ However, I will check email and can be reached at ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ██████████████████████████████████████
████████████████████████████████ In the meantime, could the PM team:

1.   Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.

2.   ██████████████████████████████████████████████████████████

3.   ██████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

Message

**From:**      Rogers, Shana A [RogersSA2@state.gov]
**Sent:**      3/5/2019 12:09:15 PM
**To:**      Minarich, Christine M [MinarichCM@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]
**Subject:**      RE: Rules -- SBU
**Attachments:**      20190305_DRAFT AM to S (LPM LLFA).docx

███████████████████████████████████

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 9:46 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

███████████████████████████████████

███████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Monday, March 4, 2019 9:05 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: Rules -- SBU

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>

**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? ███████████████

██████████████████████████████████████████████████████████████

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ████████████ However, I will check email and can be reached at ████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

Josh-  can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

**From:** Kovar, Jeffrey D <<u>kovarjd@state.gov</u>>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM ██████████████████████████████████████
████████████████████████████   In the meantime, could the PM team:



1. Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.
2. ████████████████████████████████████████████████████████████████

3. ████████████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

<u>Please limit distribution of this email and attachment.</u>

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

WASHSTATEC002107

Message

| | |
|---|---|
| **From**: | Kottmyer, Alice M [KottmyerAM@state.gov] |
| **Sent**: | 3/5/2019 2:07:48 PM |
| **To**: | Pompian, Shawn M [PompianSM@state.gov]; Minarich, Christine M [MinarichCM@state.gov]; Rogers, Shana A [RogersSA2@state.gov] |
| **CC**: | Kovar, Jeffrey D [KovarJD@state.gov]; Kottmyer, Alice M [KottmyerAM@state.gov] |
| **Subject**: | RE: Rules -- SBU |
| **Attachments**: | DRAFT AM to S.docx |

Christine:

I had a comment on the last page (highlighted in yellow), that we need to address.

<div style="background:black; height:3em;"></div>

<div style="background:black; height:2em;"></div>

Thanks
Alice

**Official - SBU**
UNCLASSIFIED

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Monday, March 4, 2019 9:05 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: Rules -- SBU

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments?

[REDACTED]

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ [REDACTED] However, I will check email and can be reached at [REDACTED].

[REDACTED]

The AM looks good to me. [REDACTED]

[REDACTED]

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,
Sarah

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

WASHSTATEC002109

Sent from my BlackBerry 10 smartphone.

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM.  In the meantime, could the PM team:

1.   Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.
2.
3.

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

**Message**

| | |
|---|---|
| **From:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Sent:** | 3/5/2019 2:12:22 PM |
| **To:** | Kottmyer, Alice M [KottmyerAM@state.gov]; Pompian, Shawn M [PompianSM@state.gov]; Minarich, Christine M [MinarichCM@state.gov] |
| **CC:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Subject:** | RE: Rules -- SBU |

Thanks, Alice.



**Official - SBU**
UNCLASSIFIED

**From:** Kottmyer, Alice M <KottmyerAM@state.gov>
**Sent:** Tuesday, March 05, 2019 9:08 AM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Subject:** RE: Rules -- SBU

Christine:

I had a comment on the last page (highlighted in yellow), that we need to address.



Thanks
Alice

**Official - SBU**
UNCLASSIFIED

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Monday, March 4, 2019 9:05 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: Rules -- SBU

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? ██████████████████████████
█████████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ██████████████████████However, I will check email and can be reached at ████████████

████████████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████████████

Josh-  can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>

**Sent:** Sunday, March 3, 2019 3:02 PM

**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J

**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A

**Sent:** Sunday, March 3, 2019 1:47 PM

**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J

**Cc:** Kovar, Jeffrey D

**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ███████████████████████████
████████████████████████████ In the meantime, could the PM team:



1. Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.
2. ██████████████████████████████████████████████
████████████████████████████████████████████████
3. ██████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

WASHSTATEC002113

<u>Please limit distribution of this email and attachment.</u>

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

WASHSTATEC002114

Message

| | |
|---|---|
| **From:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent:** | 3/5/2019 2:24:55 PM |
| **To:** | Minarich, Christine M [MinarichCM@state.gov]; Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | RE: Rules -- SBU |
| **Attachments:** | DRAFT AM to S.docx |

Final nits marked. ████████████████████████████████████████████████
████████████████████████████████████████████████████████████ Thanks.

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 9:46 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Monday, March 4, 2019 9:05 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: Rules -- SBU

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? ████████████████████████████████

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ████████████  However, I will check email and can be reached at ████████

████████████████████████████████████████████████

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,
Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM

**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J

**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A

**Sent:** Sunday, March 3, 2019 1:47 PM

**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J

**Cc:** Kovar, Jeffrey D

**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ████████████████████████████████████████
████████████████████████████████ In the meantime, could the PM team:

1. Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.
2. ████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████
3. ████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

Official - SBU

UNCLASSIFIED

WASHSTATEC002118

Message

| | |
|---|---|
| **From:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Sent:** | 3/5/2019 2:58:03 PM |
| **To:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Subject:** | RE: Rules -- SBU |
| **Attachments:** | 20190305_DRAFT AM to S (L edits).docx |

Christine,

███████████████████████████████████████████████████

Thanks,
Shana

**Official - SBU**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, March 05, 2019 9:25 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

Final nits marked ████████████████████████████████████
████████████████████████████████████  Thanks.

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 9:46 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

███████████████████████████████████████████████████

███████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Monday, March 4, 2019 9:05 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>

**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: Rules -- SBU

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? ███████████████████████████████
███████████████████████████████████████████████████████████████

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ████████████████████ However, I will check email and can be reached at ████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████████

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>

**Sent:** Sunday, March 3, 2019 3:02 PM

**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J

**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A

**Sent:** Sunday, March 3, 2019 1:47 PM

**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J

**Cc:** Kovar, Jeffrey D

**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ████████████████████████████ ████████████████████████████ In the meantime, could the PM team:

1. Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.

2. ███████████████████████████████████████████████

███████████████████████████████████████████████

3. ███████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent:** | 3/5/2019 3:16:32 PM |
| **To:** | Rogers, Shana A [RogersSA2@state.gov] |
| **Subject:** | RE: Rules -- SBU |
| **Attachments:** | 20190305_DRAFT AM to S (L edits).docx |

Shana,

I responded to Jeff's question in the attached. ████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████

I also was able to connect with Liz.  Give me a call and I can give you the update.

Chrstine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Rogers, Shana A <RogersSA2@state.gov>
**Sent:** Tuesday, March 5, 2019 9:58 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Rules -- SBU

Christine,

████████████████████████████████████████████████████
████████████████████████████████████████████████████

Thanks,
Shana

**Official - SBU**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, March 05, 2019 9:25 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

Final nits marked. ████████████████████████████████████
████████████████████████████████████████████████████

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 9:46 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

███████████████████████████████████████████

███████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Monday, March 4, 2019 9:05 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: Rules -- SBU

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

---

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? ███████████████████████
███████████████████████████████████████████████████████████

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in N█████████████████However, I will check email and can be reached at █████████

█████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████

Josh-  can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,
Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D

WASHSTATEC002125

**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ███████████████████████████████
████████████████████████████  In the meantime, could the PM team:

1.   Review the attached for accuracy and any other refinements.   Do not send out for clearances yet.

2. ████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
3. ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Minarich, Christine M [MinarichCM@state.gov] |
| **Sent**: | 3/5/2019 3:55:05 PM |
| **To**: | Kovar, Jeffrey D [KovarJD@state.gov]; Rogers, Shana A [RogersSA2@state.gov] |
| **Subject**: | RE: Rules -- SBU |
| **Attachments**: | 20190305_DRAFT AM to S (L edits).docx; 20190305_DRAFT AM to S (L edits) CLEAN.docx |

Tony,

Attached please find an updated redline and an updated clean version of the memo. ██████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, March 5, 2019 9:25 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

Final nits marked. ██████████████████████████
██████████████████████████████████ Thanks.

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 9:46 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Monday, March 4, 2019 9:05 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: Rules -- SBU

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? ███████████████████████████████
████████████████████████████████████████████████████████████████████████

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ██████████████████  However, I will check email and can be reached at ███████████

████████████████████████████████████████████████████████████████████████

WASHSTATEC002128

███████████████████████████████████████████████

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>

**Sent:** Sunday, March 3, 2019 3:02 PM

**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J

**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A

**Sent:** Sunday, March 3, 2019 1:47 PM

**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J

**Cc:** Kovar, Jeffrey D

**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM ████████████████████████████████████

████████████████████████████████ In the meantime, could the PM team:

1.  Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.

2.  ███████████████████████████████████████████████████████████

3.

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

<u>Please limit distribution of this email and attachment.</u>

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent**: | 3/5/2019 3:57:40 PM |
| **To**: | Minarich, Christine M [MinarichCM@state.gov]; Rogers, Shana A [RogersSA2@state.gov] |
| **Subject**: | RE: Rules -- SBU |

OK -- will try to get it to Jennifer.

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, March 5, 2019 10:55 AM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

Tony,

Attached please find an updated redline and an updated clean version of the memo. ███████
███████████████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, March 5, 2019 9:25 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

Final nits marked. ██████████████████████████████████████
████████████████████████████████████████  Thanks.

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 9:46 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Monday, March 4, 2019 9:05 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: Rules -- SBU

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? ██████████████████████████████████
████████████████████████████████████████████████████████████████

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ██████████ However, I will check email and can be reached at ██████

████████████████████████████████████████

████████████████████████████████████████

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ████████████████████████████████
████████████████████████████. In the meantime, could the PM team:

1.   Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.
2.   ███████████████████████████████████████████████████████████
     ███████████████████████████████████████████████████████████
3.   ███████████████████████████████████████████████████████████
     ███████████████████████████████████████████████████████████
     ███████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

<u>Please limit distribution of this email and attachment.</u>

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent**: | 3/5/2019 3:58:02 PM |
| **To**: | Minarich, Christine M [MinarichCM@state.gov] |
| **Subject**: | RE: Rules -- SBU |

It's ok!

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, March 5, 2019 10:56 AM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

Obviously I meant this for you Jeff -- not Tony.  My apologies!

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M
**Sent:** Tuesday, March 5, 2019 10:55 AM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

Tony,

Attached please find an updated redline and an updated clean version of the memo. ███████████████

██████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, March 5, 2019 9:25 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

Final nits marked. ████████████████████████████████. Thanks.

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 9:46 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

WASHSTATEC002135

[black redaction box]

[black redaction box]

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Monday, March 4, 2019 9:05 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: Rules -- SBU

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? [black redaction box]

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ ████████████ However, I will check email and can be reached at ████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,
Sarah


**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D

**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM. ███████████████████████████████████
████████████████████████████████  In the meantime, could the PM team:

1.  Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.
2.  ████████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████████
3.  ████████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

Message
_____

**From:**      Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:**      3/5/2019 3:59:40 PM
**To:**        Minarich, Christine M [MinarichCM@state.gov]; Rogers, Shana A [RogersSA2@state.gov]
**Subject:**   RE: Rules -- SBU


Can we also get the final version of the memo that went to T?  Jennifer may ask for that.

_____

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Tuesday, March 5, 2019 10:55 AM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

Tony,

Attached please find an updated redline and an updated clean version of the memo. ███████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

_____

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, March 5, 2019 9:25 AM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** RE: Rules -- SBU

Final nits marked. ██████████████████████████████████

███████████████████████████████████████████████████████████

_____

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 4, 2019 9:46 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Monday, March 4, 2019 9:05 PM
**To:** Minarich, Christine M <MinarichCM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** FW: Rules -- SBU

Thanks very much for sending this my way.  I noted a few comments in the attached version, but please let me know if there is anything you would like to discuss.  Thanks again,

Shawn

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Minarich, Christine M <MinarichCM@state.gov>
**Sent:** Monday, March 04, 2019 5:20 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Cc:** Kovar, Jeffrey D <KovarJD@state.gov>; Rogers, Shana A <RogersSA2@state.gov>
**Subject:** FW: Rules -- SBU

Shawn and Alice,

Attached please find a memo that PM prepared for S regarding the Menendez "hold" on the final rule transitioning Cats I-III to Commerce control.  Jennifer is now tracking this issue and we expect to send her a draft of this AM.  Can you please let us know ASAP if you have additional edits/comments? ████████████
████████████████████████████████████████████████████████████████

Please let me, Jeff, or Shana know if you have any questions.

Christine

**Official - SBU (Attorney Work Product, Deliberative Process)**
UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Sunday, March 3, 2019 8:44 PM
**To:** Kovar, Jeffrey D; String, Marik A; Paul, Joshua M; Miller, Michael F
**Subject:** Re: Rules -- SBU

Rob Monjay will support this effort while I'm in NJ taking care of my mother. However, I will check email and can be reached at ████████

████████████████████████████████

The AM looks good to me, but one thing to think about: ████████████████

████████████████████████████████

Josh- can you please touch base with Rob in the morning to figure out how to best devide this up (he's usually in by 930).

Thanks,

Sarah

---

**From:** Kovar, Jeffrey D <kovarjd@state.gov>
**Sent:** Sunday, March 3, 2019 3:02 PM
**To:** String, Marik A; Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Subject:** Re: Rules -- SBU

Got it. Thanks

Sent from my BlackBerry 10 smartphone.

---

**From:** String, Marik A
**Sent:** Sunday, March 3, 2019 1:47 PM
**To:** Paul, Joshua M; Miller, Michael F; Heidema, Sarah J
**Cc:** Kovar, Jeffrey D
**Subject:** Rules -- SBU

**SBU—DELIBERATIVE PROCESS/PRIVILEGED**

Attached is the latest draft AM ████████████████████████████████████
████████████████████████████████ In the meantime, could the PM team:

1.   Review the attached for accuracy and any other refinements.  Do not send out for clearances yet.
2.   ████████████████████████████████████████████████████████
3.   ████████████████████████████████████████████████████████
     ████████████████████████████████████████████████████████
     ████████████████████████████████████████████████████████

Again, I don't know where this is heading but we need to be prepared for all options.

Jeff, copying you for awareness.  We will probably need more time for policy bureaus to confer but then will of course need a thorough legal review.

Please limit distribution of this email and attachment.

Thanks,

Marik

**Official - SBU**

UNCLASSIFIED

Message
_____

**From:**        Monjay, Robert [MonjayR@state.gov]
**Sent:**        3/5/2019 4:33:18 PM
**To:**          String, Marik A [StringMA@state.gov]
**CC:**          Heidema, Sarah J [HeidemaSJ@state.gov]; Miller, Michael F [Millermf@state.gov]; PM-CPA [PM-CPA@state.gov]
**Subject:**     TPs and Background for 123
**Attachments:** Background for Hill Brief on 123.docx


Marik,

██████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████████
*Email:* *MonjayR@state.gov*
████████████████████████


**Official - SBU**
UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Rogers, Shana A [RogersSA2@state.gov] |
| **Sent**: | 3/5/2019 4:59:47 PM |
| **To**: | Kovar, Jeffrey D [KovarJD@state.gov]; Minarich, Christine M [MinarichCM@state.gov] |
| **Subject**: | Draft letter to Menendez |
| **Attachments**: | 20190305 Menendez Response v1 (LPM).docx |

Jeff,
I pulled the attached together as a starting point for the response ██████████████████
████████████████████████████████████████████████████████████████████████

Thanks,
Shana

**Official - SBU (Deliberative Process, Attorney Work Product)**
UNCLASSIFIED

Message

_____

**From**:     Paul, Joshua M [PaulJM@state.gov]
**Sent**:     3/5/2019 5:07:23 PM
**To**:       Monjay, Robert [MonjayR@state.gov]; PM-CPA [PM-CPA@state.gov]
**Subject**:  RE: TP on Emerging Tech


Please go ahead and send to Marik – he just called me and these issues came up.

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, March 05, 2019 11:49 AM
**To:** PM-CPA <PM-CPA@state.gov>
**Subject:** TP on Emerging Tech

Josh and Co,



These are both out of my head and have not been cleared with anyone.
Thoughts?
Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* <span style="background:black">    </span>
*Email: MonjayR@state.gov*

**Official - SBU**
UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Monjay, Robert [MonjayR@state.gov] |
| **Sent:** | 3/5/2019 5:28:07 PM |
| **To:** | String, Marik A [StringMA@state.gov] |
| **CC:** | Heidema, Sarah J [HeidemaSJ@state.gov]; Miller, Michael F [Millermf@state.gov]; PM-CPA [PM-CPA@state.gov] |
| **Subject:** | RE: TPs and Background for 123 |

Marik,
I am happy to. I'll come to your office about 3:30 to head over.



Thanks
Rob

**Official - SBU**
UNCLASSIFIED

**From:** String, Marik A <StringMA@state.gov>
**Sent:** Tuesday, March 5, 2019 12:09 PM
**To:** Monjay, Robert <MonjayR@state.gov>
**Cc:** Heidema, Sarah J <HeidemaSJ@state.gov>; Miller, Michael F <Millermf@state.gov>; PM-CPA <PM-CPA@state.gov>
**Subject:** RE: TPs and Background for 123

Rob,
Can you join me today at 4:00 for the SFRC staff meeting?  It won't really be a briefing -- just a discussion -- but you could help answer any rule-specific points that they raise.

Marik

**Official - SBU**
UNCLASSIFIED

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Tuesday, March 5, 2019 11:33 AM
**To:** String, Marik A <StringMA@state.gov>

**Cc:** Heidema, Sarah J <HeidemaSJ@state.gov>; Miller, Michael F <Millermf@state.gov>; PM-CPA <PM-CPA@state.gov>
**Subject:** TPs and Background for 123

Marik,

████████████████████████████████████████████████████████████

Thanks
Rob

*Robert J. Monjay*
*U.S. Department of State*
*Office of Defense Trade Controls Policy*
*Phone: 202.663.2817*
*Mobile:* ████████
*Email: MonjayR@state.gov*
████████████████

**Official - SBU**
UNCLASSIFIED

Message
_____

**From:**    Rogers, Shana A [RogersSA2@state.gov]
**Sent:**    3/5/2019 5:33:39 PM
**To:**    Kovar, Jeffrey D [KovarJD@state.gov]; Minarich, Christine M [MinarichCM@state.gov]
**Subject:**    RE: Draft letter to Menendez
**Attachments:**    20190305 Menendez Response v1 (LPM) (002).docx


Thanks, Jeff.

**Official - SBU (Deliberative Process, Attorney Work Product)**
UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, March 05, 2019 12:12 PM
**To:** Rogers, Shana A <RogersSA2@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** RE: Draft letter to Menendez

A few edits marked.

**From:** Rogers, Shana A <RogersSA2@state.gov>
**Sent:** Tuesday, March 5, 2019 12:00 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Minarich, Christine M <MinarichCM@state.gov>
**Subject:** Draft letter to Menendez

Jeff,
I pulled the attached together as a starting point for the response

Thanks,
Shana

**Official - SBU (Deliberative Process, Attorney Work Product)**
UNCLASSIFIED

WASHSTATEC002148