[December 20, 2018]

**Billing Code: 3510-33-P**

**DEPARTMENT OF COMMERCE**

**Bureau of Industry and Security**

**15 CFR Parts** 732, 734, 736, 740, 742, 743, 744, 746, 748, 758, 762, 772, and 774

**[Docket No.   191107-0079]**

**RIN 0694-AF47**

**Control of Firearms, Guns, Ammunition and Related Articles the President Determines No Longer Warrant Control under the United States Munitions List (USML)**

**AGENCY:**  Bureau of Industry and Security, Department of Commerce.

**ACTION:**  Final rule.

For the reasons stated in the preamble, parts 736, 740, 742, 743, 744, 746, 748, 758, 762, 772, and 774 of the Export Administration Regulations (15 CFR parts 730-774) are amended as follows:

1. The authority citation for 15 CFR part 732 is revised to read as follows:

Authority: 50 U.S.C. 4801-4852; 50 U.S.C. 4601 *et seq.*; 50 U.S.C. 1701 *et seq.*; E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018).

2. Section 732.2 is amended by adding one sentence to the end of the paragraph (b) introductory text to read as follows:

§ 732.2 Steps regarding scope of the EAR.

* * * * *

WASHSTATEC005216

*[December 20, 2018]*

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

(b) * * *   The following also remains subject to the EAR: "software" or "technology" for the production of a firearm, or firearm frame or receiver, controlled under ECCN 0A501, as referenced in § 734.7(c)).

* * * * *

PART 734 – SCOPE OF THE EXPORT ADMINISTRATION REGULATIONS

3. The authority citation for 15 CFR part 734 is revised to read as follows:

**Authority:** 50 U.S.C. 4801-4852; 50 U.S.C. 4601 *et seq.*; 50 U.S.C. 1701 *et seq.*; E.O. 12938, 59 FR 59099, 3 CFR, 1994 Comp., p. 950; E.O. 13020, 61 FR 54079, 3 CFR, 1996 Comp., p. 219; E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; E.O. 13637, 78 FR 16129, 3 CFR, 2014 Comp., p. 223; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018); Notice of November 8, 2018, 83 FR 56253 (November 9, 2018).

4. Section 734.7 is amended by:

a. Revising paragraph (a) introductory text; and

b. Adding paragraph (c) to read as follows:

§ 734.7 Published.

(a) Except as set forth in paragraph (b) and (c) of this section, unclassified "technology" or "software" is "published," and is thus not "technology" or "software" subject to the EAR, when it has been made available to the public without restrictions upon its further dissemination such as through any of the following:

**Formatted:** Centered

WASHSTATEC005217

[December 20, 2018]

*   *   *   *

(c) The following remains subject to the EAR: "software" or "technology" for the production of
a firearm, or firearm frame or receiver, controlled under ECCN 0A501, that is made available by
posting on the internet in an electronic format, such as AMF or G-code, and is ready for insertion
into a computer numerically controlled machine tool, additive manufacturing equipment, or any
other equipment that makes use of the "software" or "technology" to produce the firearm frame
or receiver or complete firearm.

*   *   *   *

## PART 736 – GENERAL PROHIBITIONS

15. The authority citation for 15 CFR part 736 is revised to read as follows:

**Authority:** Pub. L. 115-232, Title XVII, Subtitle B, 50 U.S.C. 4801-4852; 50 U.S.C.
4601 *et seq.*; 50 U.S.C. 1701 *et seq.*; 22 U.S.C. 2151 note; E.O. 12938, 59 FR 59099, 3 CFR,
1994 Comp., p. 950; E.O. 13020, 61 FR 54079, 3 CFR, 1996 Comp., p. 219; E.O. 13026, 61 FR
58767, 3 CFR, 1996 Comp., p. 228; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; E.O.
13338, 69 FR 26751, 3 CFR, 2004 Comp., p. 168; Notice of November 6, 2017, 82 FR 51971
(November 8, 2017); Notice of May 9, 2018, 83 FR 21839 (May 10, 2018); Notice of August 8,
2018, 83 FR 39871 (August 13, 2018); Notice of November 8, 2018, 83 FR 56253 (November 9,
2018); Notice of May 8, 2019, 84 FR 20537 (May 10, 2019).

26. Supplement No. 1 to part 736 is amended by revising paragraph (e)(3) to read as
follows:

WASHSTATEC005218

[December 20, 2018]

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

**Formatted:** Heading 1, Line spacing: Double

## SUPPLEMENT NO. 1 TO PART 736 - GENERAL ORDERS

\* \* \* \* \*

**Formatted:** Font: Times New Roman, 12 pt

(e) \* \* \*

(3) *Prior commodity jurisdiction determinations.* If the U.S. State Department has previously determined that an item is not subject to the jurisdiction of the ITAR and the item was not listed in a then existing "018" series ECCN (for purposes of the "600 series" ECCNs, or the 0x5zz ECCNs) or in a then existing ECCN 9A004.b or related software or technology ECCN (for purposes of the 9x515 ECCNs), then the item is per se not within the scope of a "600 series" ECCN, a 0x5zz ECCN, or a 9x515 ECCN.  If the item was not listed elsewhere on the CCL at the time of such determination (*i.e.*, the item was designated EAR99), the item shall remain designated as EAR99 unless specifically enumerated by BIS or DDTC in an amendment to the CCL or to the USML, respectively.

\* \* \* \* \*

**Formatted:** Line spacing: single

## PART 740 – LICENSE EXCEPTIONS

**Formatted:** Space Before: 12 pt, After: 12 pt, Line spacing: Double

37. The authority citation for 15 CFR part 740 is revised to read as follows:

**Authority:** Pub. L. 115-232, Title XVII, Subtitle B.50 U.S.C. 4801-4852; 50 U.S.C. 4601 *et seq.*; 50 U.S.C. 1701 *et seq.*;  22 U.S.C. 7201 *et seq.*; E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228;  E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018).

48. Section 740.2 is amended by adding paragraphs (a)(21) and (22) to read as follows:

**Formatted:** Centered

WASHSTATEC005219

§ 740.2 Restrictions on all license exceptions.

(a) *  *  *

(21)  The reexport or transfer (in-country) of firearms classified under ECCNs 0A501 or 0A502 if a part or component that is not "subject to the ITAR," but would otherwise meet the criteria in USML Category I(h)(2)(*i.e.*, parts and components specially designed for conversion of a semiautomatic firearm to a fully automatic firearm) is incorporated into the firearm or is to be reexported or transferred (in-country) with the firearm with "knowledge" the part or component will be subsequently incorporated into the firearm.  (*See* USML Category I(h)(2)).  In such instances, no license exceptions are available except for License Exception GOV (§ 740.11(b)(2)(ii)).

(22) The export, reexport, or transfer (in-country) of any item classified under a 0x5zz ECCN when a party to the transaction is designated on the Department of the Treasury, Office of Foreign Assets Control (OFAC), Specially Designated Nationals and Blocked Persons (SDN) list under the designation [SDNT], pursuant to the Narcotics Trafficking Sanctions Regulations, 31 CFR part 536, or under the designation [SDNTK], pursuant to the Foreign Narcotics Kingpin Sanctions Regulations, 31 CFR part 598.

5

9. Section 740.9 is amended by:

a.  Adding five sentences at the end of paragraph (a) introductory text;

b.  Adding one sentence at the end of paragraph (b)(1) introductory text;

5

WASHSTATEC005220

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

c.  Adding paragraph (b)(5); and

d.  Redesignating notes 1 through 3 to paragraph (b) as notes 2 through 4 to paragraph (b);

The additions read as follows:

**§ 740.9 Temporary imports, exports, reexports, and transfers (in-country) (TMP).**

*   *   *   *   *

(a)  *   *   *  This paragraph (a) does not authorize any export of a commodity controlled

Formatted: Font: Times New Roman, 12 pt

Formatted: Line spacing:  Double

under ECCNs 0A501.a or .b, or shotguns with a barrel length less than 18 inches controlled

under ECCN 0A502 to, or any export of such an item that was imported into the United States

from, a country in Country Group D:5 (Supplement No. 1 of this part), or from Russia, Georgia,

Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Ukraine, or Uzbekistan.  The only provisions

of this paragraph (a) that are eligible for use to export such items are paragraph (a)(5) of this

section ("Exhibition and demonstration") and paragraph (a)(6) of this section ("Inspection, test,

calibration, and repair").  In addition, this paragraph (a) may not be used to export more than 75

firearms per shipment.  In accordance with the requirements in § 758.1(b)(105) and (g)(4) of the

Formatted: Font: Times New Roman, 12 pt

EAR, the exporter or its agent must provide documentation that includes the serial number,

make, model, and caliber of each firearm being exported by filing these data elements in an EEI

filing in AES.  In accordance with the exclusions in License Exception TMP under paragraph

(b)(5) of this section, the entry clearance requirements in § 758.1(b)(109) do not permit the

Formatted: Font: Times New Roman, 12 pt

temporary import of firearms controlled in ECCN 0A501.a or .b that are shipped from or

Formatted: Font: Times New Roman, 12 pt

manufactured in a Country Group D:5 country, or that are shipped from or manufactured in

Formatted: Font: Times New Roman, 12 pt

Russia, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Ukraine, or Uzbekistan.

Formatted: Font: Times New Roman, 12 pt

Formatted: Centered

6

WASHSTATEC005221

[December 20, 2018]

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

(except for any firearm model designation (if assigned) controlled by 0A501 that is specified under Annex A in Supplement No. 4 to part 740(a)(1), or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502 that are shipped from or manufactured in a Country Group D:5 country, or from Russia, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Ukraine, or Uzbekistan, because of the exclusions in License Exception TMP under paragraph (b)(5) of this section.

**Formatted:** Font: Times New Roman, 12 pt

* * * * *

**Formatted:** Space Before:  12 pt, After:  12 pt, Line spacing: Double

 (b)  *  *  *

**Formatted:** Font: Times New Roman, 12 pt

 (1) *  *  * No provision of paragraph (b) of this section, other than paragraph (b)(3), (4), or (5), may be used to export firearms controlled by ECCN 0A501.a, .b, or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502.

* * * * *

 (5) *Exports of firearms and certain shotguns temporarily in the United States.*  This paragraph (b)(5) authorizes the export of no more than 75 end item firearms per shipment controlled by ECCN 0A501.a or .b, or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502 that are temporarily in the United States for a period not exceeding one year, provided that:

 (i) The firearms were not shipped from or manufactured in a U.S. arms embargoed country, *i.e.*, destination listed in Country Group D:5 in Supplement No. 1 to part 740 of the EAR;

**Formatted:** Centered

WASHSTATEC005222

*[December 20, 2018]*

> **Formatted:** Header, Left

> **Formatted:** Font: 11 pt, Not Italic

(ii) The firearms were not shipped from or manufactured in Russia, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Ukraine, or Uzbekistan, except for any firearm model controlled by 0A501 that is specified under Annex A in Supplement No. 4 to part 740; and

(iii) The firearms are not ultimately destined to a U.S. arms embargoed country, *i.e.*, destination listed in Country Group D:5 in Supplement No. 1 to part 740 of the EAR, or to Russia;

(iv) When the firearms entered the U.S. as a temporary import, the temporary importer or its agent:

(A) Provided the following statement to U.S. Customs and Border Protection: "This shipment will be exported in accordance with and under the authority of License ~~Exemption~~Exception TMP (15 CFR 740.9(b)(5))";

> **Formatted:** Font: Times New Roman, 12 pt

(B) Provided to U.S. Customs and Border Protection an invoice or other appropriate import-related documentation (or electronic equivalents) that includes a complete list and description of the firearms being temporarily imported, including their model, make, caliber, serial numbers, quantity, and U.S. dollar value; and

(C) Provided (if temporarily imported for a trade show, exhibition, demonstration, or testing) to U.S. Customs and Border Protection the relevant invitation or registration documentation for the event and an accompanying letter that details the arrangements to maintain effective control of the firearms while they are in the United States.

> **Formatted:** Centered

8

WASHSTATEC005223

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

(v) In addition to the export clearance requirements of part 758 of the EAR, the exporter or its agent must provide the import documentation related to paragraph (b)(5)(iv)(B) of this section to U.S. Customs and Border Protection at the time of export.

*Note 1 to paragraph (b)(5): In addition to complying with all applicable EAR requirements for the export of commodities described in paragraph (b)(5), exporters and temporary importers should contact U.S. Customs and Border Protection (CBP) at the port of temporary import or export, or at the CBP website, for the proper procedures for temporarily importing or exporting firearms controlled in ECCN 0A501.a or .b or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502, including regarding how to provide any data or documentation required by BIS.*

\*   \*   \*   \*   \*

~~9~~10. Section 740.10 is amended by:

a.  Adding one sentence at the end of paragraph (b)(1); and

b.  Adding paragraph (b)(4).

The additions read as follows:

**§ 740.10 Servicing and replacement of parts and equipment (RPL)**

**Formatted:** Line spacing:  Double

\*   \*   \*   \*   \*

*(b) \* \* \**

**Formatted:** Font: Times New Roman, 12 pt

(1) \*   \*   \* The export of firearms controlled by ECCN 0A501.a or .b, or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502 temporarily in the United States for

**Formatted:** Centered

9

[December 20, 2018]

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

servicing and replacement may be exported under paragraphs (b)(2) or (3) of this section only if the additional requirements in paragraph (b)(4) of this section are also met.

\* \* \* \* \*

(4) *Exports of firearms and certain shotguns temporarily in the United States for servicing and replacement.* This paragraph (b)(4) authorizes the export of firearms controlled by ECCN 0A501.a or .b, or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502 that are temporarily in the United States for servicing or replacement for a period not exceeding one year or the time it takes to service or replace the commodity, whichever is shorter, provided that the requirements of paragraphs (b)(2) or (3) of this section are met and:

**Formatted:** Space Before: 12 pt, After: 12 pt, Line spacing: Double

(i) The firearms were not shipped from or manufactured in Russia, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Ukraine, or Uzbekistan, except for any firearm model controlled by 0A501 that is specified under Annex A in Supplement No. 4 to part 740;

(ii) When the firearms entered the U.S. as a temporary import, the temporary importer or its agent:

(A) Provided the following statement to U.S. Customs and Border Protection: "This shipment will be exported in accordance with and under the authority of License Exception RPL (15 CFR 740.10(b))";

(B) Provided to U.S. Customs and Border Protection an invoice or other appropriate import-related documentation (or electronic equivalents) that includes a complete list and description of the firearms being temporarily imported, including their model, make, caliber, serial numbers, quantity, and U.S. dollar value; and

**Formatted:** Centered

10

WASHSTATEC005225

*December 26, 2018*

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

(C) Provided (if temporarily imported for servicing or replacement) to U.S. Customs and Border Protection the name, address and contact information (telephone number and/or email) of the organization or individual in the U.S. that will be receiving the item for servicing or replacement.

(iii) In addition to the export clearance requirements of part 758 of the EAR, the exporter or its agent must provide the import documentation related to paragraph (b)(4)(iii)(B) of this section to U.S. Customs and Border Protection at the time of export.

*Note 1 to paragraph (b)(4):* *In addition to complying with all applicable EAR requirements for the export of commodities described in paragraph (b)(4), exporters and temporary importers should contact U.S. Customs and Border Protection (CBP) at the port of temporary import or export, or at the CBP website, for the proper procedures for temporarily importing or exporting firearms controlled in ECCN 0A501.a or .b or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502, including regarding how to provide any data or documentation required by BIS.*

\*  \*  \*  \*  \*

7.

11. Section 740.11 is amended by:

Formatted: Space Before:  12 pt, After:  12 pt, Line spacing: Double

a. Adding two sentences at the end of the introductory text;

b. Adding Note 2 to paragraph (b)(2); and

Formatted: Centered

11

*[December 20, 2018]*

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

c. Redesignating note 1 to paragraph (c)(1) as note 3 to paragraph (c)(1) and notes 1 and

2 to paragraph (e) as notes 4 and 5 to paragraph (e).

The additions read as follows:

**§ 740.11 Governments, international organizations, international inspections, under the
Chemical Weapons Convention, and the International Space Station (GOV).**

\*   \*   \*   Commodities listed in ECCN 0A501 are eligible only for transactions described in

paragraphs (b)(2)(i) and (ii) of this section.  Any item listed in a 0x5zz ECCN for export,

reexport, or transfer (in-country) to an E:1 country is eligible only for transactions described in

paragraphs (b)(2)(i) and (ii) solely for U.S. Government official use of this section.

\*   \*   \*   \*   \*

*Note 2 to paragraph (b)(2):  Items controlled for NS, MT, CB, NP, FC, or AT reasons*

**Formatted:** Line spacing:  Double

*may not be exported, reexported, or transferred (in-country) to, or for the use of military, police,*

*intelligence entities, or other sensitive end users (e.g., contractors or other governmental parties*

*performing functions on behalf of military, police, or intelligence entities) of a government in a*

*Country Group E:1 or E:2 country.*

\*   \*   \*   \*   \*

**Formatted:** Space Before:  12 pt, After:  12 pt, Line spacing:
Double

*8.*

*12.* Section 740.14 is amended by revising paragraph (b)(4)(i) introductory text, revising

**Formatted:** Space Before:  12 pt, After:  12 pt, Line spacing:
Double

the heading to paragraph (e), and by adding paragraphs (e)(3) and (4) to read as follows:

**§ 740.14 Baggage (BAG).**

**Formatted:** Centered

12

WASHSTATEC005227

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

\* \* \* \* \*

(b) \* \* \*

(4) *Tools of trade.* Usual and reasonable kinds and quantities of tools, instruments, or equipment and their containers and also technology for use in the trade, occupation, employment, vocation, or hobby of the traveler or members of the household who are traveling or moving. For special provisions regarding firearms and ammunition, see paragraph (e) of this section.  For special provisions regarding encryption commodities and software subject to EI controls, see paragraph (f) of this section.  For a special provision that specifies restrictions regarding the export or reexport of technology under this paragraph (b)(4), see paragraph (g) of this section. For special provisions regarding personal protective equipment under ECCN 1A613.c or .d, see paragraph (h) of this section.

\* \* \* \* \*

(e) *Special provisions for firearms and ammunition.* \* \* \*

(3) A United States citizen or a permanent resident alien leaving the United States may export under this License Exception firearms, "parts," "components," "accessories," or "attachments" controlled under ECCN 0A501 and ammunition controlled under ECCN 0A505.a, subject to the following limitations:

(i) Not more than three firearms and 1,000 rounds of ammunition may be taken on any one trip.

Formatted: Centered

13

[December 20, 2018]

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

(ii) "Parts," "components," "accessories," and "attachments" exported pursuant to this paragraph must be of a kind and limited to quantities that are reasonable for the activities described in paragraph (e)(3)(iv) of this section or that are necessary for routine maintenance of the firearms being exported.

(iii) The commodities must be with the person's baggage.

(iv) The commodities must be for the person's exclusive use and not for resale or other transfer of ownership or control.  Accordingly, except as provided in paragraph (e)(4) of this section, firearms, "parts," "components," "accessories," "attachments," and ammunition, may not be exported permanently under this License Exception.  All firearms, "parts," "components," "accessories," or "attachments" controlled under ECCN 0A501 and all unused ammunition controlled under ECCN 0A505.a exported under this License Exception must be returned to the United States.

(v) Travelers leaving the United States temporarily are required to declare the firearms, "parts," "components," "accessories," "attachments," and ammunition being exported under this license exception to a Customs and Border Protection (CBP) officer prior to departure from the United States and present such items to the CBP officer for inspection, confirming that the authority for the export is License Exception BAG and that the exporter is compliant with its terms.

(4) A nonimmigrant alien leaving the United States may export or reexport under this License Exception only such firearms controlled under ECCN 0A501 and ammunition controlled under ECCN 0A505 as he or she brought into the United States under the relevant provisions of Department of Justice regulations at 27 CFR part 478.

Formatted: Centered

14

WASHSTATEC005229

*  *  *  *  *

## § 740.16 [AMENDED]

~~¶13~~.  Section 740.16 is amended by:

a.  Revising paragraph (a)(2);

b.  Revising paragraphs (b)(2)(iv) and (v); and

c.  Adding paragraph (b)(2)(vi);

The revisions and addition read as follows:

## § 740.16 Additional permissive reexports (APR).

*  *  *  *  *

(a)  *  *  *

(2) The commodities being reexported are not controlled for NP, CB, MT, SI, or CC reasons or described in ECCNs 0A919, 3A001.b.2 or b.3 (except those that are being reexported for use in civil telecommunications applications), 6A002, 6A003~~, 6A990~~; or commodities classified under a 0x5zz ECCN; and

*  *  *  *  *

(b)  *  *  *

(2)  *  *  *

WASHSTATEC005230

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

(iv) Commodities described in ECCN 0A504 that incorporate an image intensifier tube;

(v) Commodities described in ~~ECCNs~~ ECCN 6A002 ~~or 6A990~~; or

**Formatted:** Font: Times New Roman, 12 pt

**Formatted:** Font: Times New Roman, 12 pt

(vi) Commodities classified under a 0x5zz ECCN.

*   *   *   *   *

**Formatted:** Space Before: 12 pt, After: 12 pt, Line spacing: Double

~~10~~14. Section 740.20 is amended by revising paragraph (b)(2)(ii) to read as follows:

**Formatted:** Indent: First line: 0", Space Before: 12 pt, After: 12 pt, Line spacing: Double

**§ 740.20 License Exception Strategic Trade Authorization (STA).**

**Formatted:** Space Before: 12 pt, After: 12 pt, Line spacing: Double

*   *   *   *   *

(b)   *   *   *

(2)   *   *   *

(ii) License Exception STA may not be used for:

(A) Any item controlled in ECCNs 0A501.a, .b, .c, .d, or .e; 0A981; 0A982;

0A983; 0A503; 0E504; 0E982; or

(B) Shotguns with barrel length less than 18 inches controlled in 0A502.

*   *   *   *   *

~~11~~15. Add Supplement No. 4 to part 740 to read as follows:

**SUPPLEMENT NO. 4 TO PART 740 - ANNEX A FIREARM MODELS**

**Formatted:** Font: Times New Roman, 12 pt

**Formatted:** Line spacing: Double

**Formatted:** Centered

16

[December 20, 2013]

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

(a) *Pistols/revolvers.*

(1) German Model P08 Pistol = SMCR.

(2) IZH 34M, .22 Target pistol.

(3) IZH 35M, .22 caliber Target pistol.

(4) Mauser Model 1896 pistol = SMCR.

(5) MC-57-1 pistol.

(6) MC-1-5 pistol.

(7) Polish Vis Model 35 pistol = SMCR.

(8) Soviet Nagant revolver = SMCR.

(9) TOZ 35, .22 caliber Target pistol.

(10) MTs 440.

(11) MTs 57-1.

(12) MTs 59-1.

(13) MTs 1-5.

(14) TOZ-35M (starter pistol).

(15) Biathlon-7K.

Formatted: Centered

WASHSTATEC005232

*[December 20, 2018]*

(b) *Rifles.*

(1) BARS-4 Bolt Action carbine.

(2) Biathlon target rifle, .22.

(3) British Enfield rifle = SMCR.

(4) CM2, .22 target rifle (also known as SM2, .22).

(5) German model 98K =SMCR.

(6) German model G41 = SMCR.

(7) German model G43=SMCR.

(8) IZH-94.

(9) LOS-7, bolt action.

(10) MC-7-07.

(11) MC-18-3.

(12) MC-19-07.

(13) MC-105-01.

(14) MC-112-02.

(15) MC-113-02.

(16) MC-115-1.

18

WASHSTATEC005233

{December 20, 2013}

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

(17) MC-125/127.

(18) MC-126.

(19) MC-128.

(20) Saiga.

(21) Soviet Model 38 carbine=SMCR.

(22) Soviet Model 44 carbine-SMCR.

(23) Soviet Model 91/30 rifle=SMCR.

(24) TOZ 18, .22 bolt action.

(25) TOZ 55.

(26) TOZ 78.

(27) Ural Target, .22lr.

(28) VEPR rifle.

(29) Winchester Model 1895, Russian Model rifle=SMCR.

(30) Sever – double barrel.

(31) IZH18MH single barrel break action.

(32) MP-251 over/under rifle.

(33) MP-221 double barrel rifle.

**Formatted:** Centered

WASHSTATEC005234

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

(34) MP-141K.

(35) MP-161K.

(36) MTs 116-1.

(37) MTs 116M.

(38) MTs 112-02.

(39) MTs 115-1.

(40) MTs 113-02.

(41) MTs 105-01.

(42) MTs 105-05.

(43) MTs 7-17 combination gun.

(44) MTs 7-12-07 rifle/shotgun.

(45) MTs 7-07.

(46) MTs 109-12-07 rifle.

(47) MTs 109-07 rifle.

(48) MTs 106-07 combination.

(49) MTs 19-97.

(50) MTs 19-09.

Formatted: Centered

WASHSTATEC005235

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

(51) MTs 18-3M.

(52) MTs 125.

(53) MTs 126.

(54) MTs 127.

(55) Berkut-2.

(56) Berkut-2M1.

(57) Berkut-3.

(58) Berkut-2-1.

(59) Berkut-2M2.

(60) Berkut-3-1.

(61) Ots-25.

(62) MTs 20-07.

(63) LOS-7-1.

(64) LOS -7-2.

(65) LOS-9-1.

(66) Sobol (Sable).

(67) Rekord.

Formatted: Centered

WASHSTATEC005236

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

*[December 20, 2013]*

(68) Bars-4-1.

(69) Saiga.

(70) Saiga-M.

(71) Saiga 308.

(72) Saiga-308-1.

(73) Saiga 308-2.

(74) Saiga-9.

(75) Korshun.

(76) Ural-5-1.

(77) Ural 6-1.

(78) Ural-6-2.

(79) SM-2.

(80) Biatlon-7-3.

(81) Biatlon-7-4.

(82) Rekord-1.

(83) Rekord-2.

(84) Rekord-CISM.

Formatted: Centered

WASHSTATEC005237

[December 20, 2013]

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

(85) Rekord-1-308.

(86) Rekord-2-308.

(87) Rekord-1-308-CISM.

(88) VEPR.

(89) VEPR Super.

(90) VEPR Pioneer.

(91) VEPR Safari.

(92) TOZ 109.

(93) KO 44-1.

(94) TOZ 78-01.

(95) KO 44.

(96) TOZ 99.

(97) TOZ 99-01.

(98) TOZ 55-01 Zubr.

(99) TOZ 55-2 Zubr.

(100) TOZ 120 Zubr.

(101) MTs 111.

Formatted: Centered

WASHSTATEC005238

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

(102) MTs 109.

(103) TOZ 122.

(104) TOZ 125.

(105) TOZ 28.

(106) TOZ 300.

**PART 742 – CONTROL POLICY—CCL BASED CONTROLS**

**Formatted:** Space Before: 12 pt, After: 12 pt, Line spacing: Double

~~1216~~. The authority citation for part 742 is revised to read as follows:

**Authority:** ~~Pub. L. 115-232, Title XVII, Subtitle B 50 U.S.C. 4801-4852;~~ 50 U.S.C. 4601 *et seq.*; 50 U.S.C. 1701 *et seq.*; 22 U.S.C. 3201 *et seq.*; 42 U.S.C. 2139a; 22 U.S.C. 7201 *et seq.*; 22 U.S.C. 7210; Sec. 1503, Pub. L. 108–11, 117 Stat. 559; E.O. 12058, 43 FR 20947, 3 CFR, 1978 Comp., p. 179; E.O. 12851, 58 FR 33181, 3 CFR, 1993 Comp., p. 608; E.O. 12938, 59 FR 59099, 3 CFR, 1994 Comp., p. 950; E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; Presidential Determination 2003-23, 68 FR 26459, 3 CFR, 2004 Comp., p. 320; Notice of ~~November 6, 2017, 82 FR 54971 (November 3, 2017); Notice of~~ August 8, 2018, 83 FR 39871 (August 13, 2018~~).~~; Notice of November 8, 2018, 83 FR 56253 (November 9, 2018).

~~1317~~. Section 742.6 is amended by revising the first and sixth sentences of paragraph (b)(1)(i) and adding a seventh sentence at the end of paragraph (b)(1)(i) to read as follows:

**§742.6 Regional stability.**

**Formatted:** Centered

24

[December 20, 2018]

\* \* \* \* \*

      (b)  \*  \*  \*

      (1)  \*  \*  \*

      (i)  Applications for exports and reexports of ECCN 0A501, 0A504, 0A505, 0B501, 0B505, 0D501, 0D505, 0E501, 0E504, and 0E505 items; 9x515 items and "600 series" items and will be reviewed on a case-by-case basis to determine whether the transaction is contrary to the national security or foreign policy interests of the United States, including the foreign policy interest of promoting the observance of human rights throughout the world. \*  \*  \* When destined to the People's Republic of China or a country listed in Country Group E:1 in Supplement No. 1 to part 740 of the EAR, items classified under ECCN 0A501, 0A505, 0B501, 0B505, 0D501, 0D505, 0E501, 0E504, and 0E505 or any 9x515 ECCN will be subject to a policy of denial.  In addition, applications for exports and reexports of ECCN 0A501, 0A505, 0B501, 0B505, 0D501, 0D505, 0E501, 0E504, and 0E505 items when there is reason to believe the transaction involves criminal organizations, rebel groups, street gangs, or other similar groups or individuals, that may be disruptive to regional stability, including within individual countries, will be subject to a policy of denial.

     \*  \*  \*  \*  \*

     ~~14~~18.  Section 742.7 is amended by revising paragraphs (a)(1) through (4) and (c) to read as follows:

**§ 742.7 Crime control and detection.**

25

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

(a)  *  *  *

(1)  Crime control and detection instruments and equipment and related "technology" and "software" identified in the appropriate ECCNs on the CCL under CC Column 1 in the Country Chart column of the "License Requirements" section.  A license is required to countries listed in CC Column 1 (Supplement No. 1 to part 738 of the EAR).  Items affected by this requirement are identified on the CCL under the following ECCNs: 0A502, 0A504, 0A505.b, 0A978, 0A979 0E502, 0E505 ("technology" for "development" or for "production" of buckshot shotgun shells controlled under ECCN 0A505.b), 1A984, 1A985, 3A980, 3A981, 3D980, 3E980, 4A003 (for fingerprint computers only), 4A980, 4D001 (for fingerprint computers only), 4D980, 4E001 (for fingerprint computers only), 4E980, 6A002 (for police-model infrared viewers only), 6E001 (for police-model infrared viewers only), 6E002 (for police-model infrared viewers only), and 9A980.

(2)  Shotguns with a barrel length greater than or equal to 24 inches, identified in ECCN 0A502 on the CCL under CC Column 2 in the Country Chart column of the "License Requirements" section regardless of end user to countries listed in CC Column 2 (Supplement No. 1 to part 738 of the EAR).

(3)  Shotguns with barrel length greater than or equal to 24 inches, identified in ECCN 0A502 on the CCL under CC Column 3 in the Country Chart column of the "License Requirements" section only if for sale or resale to police or law enforcement entities in countries listed in CC Column 3 (Supplement No. 1 to part 738 of the EAR).

(4)  Certain crime control items require a license to all destinations, except Canada. These items are identified under ECCNs 0A982, 0A503, and 0E982.  Controls for these items appear in

**Formatted:** Centered

26

*[December 20, 2018]*

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

each ECCN; a column specific to these controls does not appear in the Country Chart (Supplement No. 1 to part 738 of the EAR).

*   *   *   *   *

(c) *Contract sanctity*.  Contract sanctity date: August 22, 2000.  Contract sanctity applies only to items controlled under ECCNs 0A982, 0A503, and 0E982 destined for countries not listed in CC Column 1 of the Country Chart (Supplement No. 1 to part 738 of the EAR).

*   *   *   *   *

~~15~~19.  Section 742.17 is amended by:

a. Revising the first sentence of paragraph (a); and

b. Revising paragraph (f) to read as follows:

§ 742.17  **Exports of firearms to OAS member countries.**

(a) *License requirements*. BIS maintains a licensing system for the export of firearms and related items to all OAS member countries.  *   *   *

*   *   *   *   *

(f) *Items/Commodities*.   Items requiring a license under this section are ECCNs 0A501 (except 0A501.y), 0A502, 0A504 (except 0A504.f), and 0A505 (except 0A505.d).  (See Supplement No. 1 to part 774 of the EAR).

*   *   *   *   *

Formatted: Centered

WASHSTATEC005242

[December 20, 2018]

**§ 742.19 [AMENDED]**

~~16~~

20. Section 742.19(a)(1) is amended by:

a. Removing "0A986" and adding in its place "0A505.c"; and

b. Removing "0B986" and adding in its place "0B505.c".

**PART 743 – SPECIAL REPORTING AND NOTIFICATION**

~~17~~21. The authority citation for 15 CFR part 743 is revised to read as follows:

**Authority:** ~~Pub. L. 115-232, Title XVII, Subtitle B,~~ 50 U.S.C. 4801-4852; 50 U.S.C.

4601 *et seq.*; 50 U.S.C. 1701 *et seq.*; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783;

E.O. 13637, 78 FR 16129, 3 CFR, 2014 Comp., p. 223; 78 FR 16129; Notice of August 8, 2018,

83 FR 39871 (August 13, 2018).

~~18~~

22. Section 743.4 is amended by:

a. Adding four sentences to the end of paragraph (a);

b. By redesignating Note to paragraph (a) as Note 1 to paragraph (a);

c. Revising paragraph (b);

d. Adding paragraphs (c)(1)(i) and (c)(2)(i);

e. By redesignating Note to paragraph (e)(1)(ii) as Note 2 to paragraph (e)(1)(ii);

e. Revising paragraph (h); and

28

WASHSTATEC005243

*December 20, 2018*

f. Adding paragraph (i) to read as follows:

**§ 743.4 Conventional arms reporting.**

(a) *  *  *  This section does not require reports when the exporter uses the alternative submission method described under paragraph (h) of this section.  The alternative submission method under paragraph (h) requires the exporter to submit the information required for conventional arms reporting in this section as part of the required EEI submission in AES, pursuant to § 758.1(b)(109).  Because of the requirements in § 758.1(g)(4)(ii) for the firearms that require conventional arms reporting of all conventional arms, the Department of Commerce believes all conventional arms reporting requirements for firearms will be met by using the alternative submission method.  The Department of Commerce leaves standard method for submitting reports in place in case any additional items are moved from the USML to the CCL, that may require conventional arms reporting.

*Note 1 to paragraph (a):*  *  *  *

(b) *Requirements.*  You must submit one electronic copy of each report required under the provisions of this section, or submit this information using the alternative submission method specified in paragraph (h) of this section, and maintain accurate supporting records (see § 762.2(b) of the EAR) for all exports of items specified in paragraph (c) of this section for the following:

(c) *  *  *

(1) *  *  *

29

> Formatted: Header, Left
>
> Formatted: Font: 11 pt, Not Italic

    (i) ECCN 0A501.a and .b.

*  *  *  *  *

(2) *  *  *

    (i) ECCN 0A501.a and .b.

*  *  *  *  *

(h) *Alternative submission method.*  This paragraph (h) describes an alternative submission method for meeting the conventional arms reporting requirements of this section.  The alternative submission method requires the exporter, when filing the required EEI submission in AES, pursuant to § 758.1(b)(109), to include the six character ECCN classification (*i.e.*, 0A501.a or 0A501.b) as the first text to appear in the Commodity description block.  If the exporter properly includes this information in the EEI filing in AES, the Department of Commerce will be able to obtain that export information directly from AES to meet the U.S. Government's commitments to the Wassenaar Arrangement and United Nations for conventional arms reporting.  An exporter that complies with the requirements in § 758.1(g)(4)(ii) does not have to submit separate annual and semi-annual reports to the Department of Commerce pursuant to this section.

(i) *Contacts.* General information concerning the Wassenaar Arrangement and reporting obligations thereof is available from the Office of National Security and Technology Transfer Controls, Tel.: (202) 482-0092, Fax: (202) 482-4094.  Information concerning the reporting requirements for items identified in paragraphs (c)(1) and (2) of this section is available from the Office of Nonproliferation and Treaty Compliance (NPTC), Tel.: (202) 482-4188, Fax: (202) 482-4145.

> Formatted: Line spacing:  Double

> Formatted: Centered

WASHSTATEC005245

[December 20, 2018]

**PART 744 – CONTROL POLICY: END-USER AND END-USE BASED**

1923.  The authority citation for 15 CFR part 744 is revised to read as follows:

**Authority:** Pub. L. 115-232, Title XVII, Subtitle B 50 U.S.C. 4801-4582; 50 U.S.C. 4601 et seq.; 50 U.S.C. 1701 et seq.; 22 U.S.C. 3201 et seq.; 42 U.S.C. 2139a; 22 U.S.C. 7201 et seq.; 22 U.S.C. 7210; E.O. 12058, 43 FR 20947, 3 CFR, 1978 Comp., p. 179; E.O. 12851, 58 FR 33181, 3 CFR, 1993 Comp., p. 608; E.O. 12938, 59 FR 59099, 3 CFR, 1994 Comp., p. 950; E.O. 12947, 60 FR 5079, 3 CFR, 1995 950 Comp., p. 356; E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228; E.O. 13099, 63 FR 45167, 3 CFR, 1998 Comp., p. 208; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; E.O. 13224, 66 FR 49079, 3 CFR, 2001 Comp., p. 786; Notice of November 6, 2017, 82 FR 51971 (November 8, 2017); Notice of January 17, 2018, 83 FR 2731 (January 18, 2018);786; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018); Notice of September 19, 2018, 83 FR 47799 (September 20, 2018). Notice of November 8, 2018, 83 FR 56253 (November 9, 2018); Notice of January 16, 2019, 84 FR 127 (January 18, 2019).

**§ 744.9 [AMENDED]**

2024.  Section 744.9 is amended by removing "0A987" from paragraphs (a)(1) and (b) and adding in its place "0A504".

**PART 746 – EMBARGOES AND OTHER SPECIAL CONTROLS**

2125.  The authority citation for 15 CFR part 746 is revised to read as follows:

WASHSTATEC005246

*[December 26, 2018]*

**Authority:** ~~Pub. L. 115-232, Title XVII, Subtitle B, 50 U.S.C. 4501-4852;~~ 50 U.S.C. 4601 *et seq.*; 50 U.S.C. 1701 *et seq.*; 22 U.S.C. 287c; Sec 1503, Pub. L. 108-11, 117 Stat. 559; 22 U.S.C. 6004; 22 U.S.C. 7201 *et seq.*; 22 U.S.C. 7210; E.O. 12854, 58 FR 36587, 3 CFR, 1993 Comp., p. 614; E.O. 12918, 59 FR 28205, 3 CFR, 1994 Comp., p. 899; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; E.O. 13338, 69 FR 26751, 3 CFR, 2004 Comp., p 168; Presidential Determination 2003-23, 68 FR 26459, 3 CFR, 2004 Comp., p. 320; Presidential Determination 2007-7, 72 FR 1899, 3 CFR, 2006 Comp., p. 325; Notice of ~~May 9, 2018, 33 FR 21839 (May 10, 2018);~~ Notice of August 8, 2018, 83 FR 39871 (August 13, 2018); Notice of May 8, 2019, 84 FR 20537 (May 10, 2019).

### § 746.3 [AMENDED]

~~2226~~. Section 746.3 is amended by removing "0A986" from paragraph (b)(2) and adding in its place "0A505.c".

### § 746.7 [AMENDED]

~~2327~~. Section 746.7 is amended in paragraph (a)(1) by:

a. Adding "0A503," immediately before "0A980"; and

b. Removing "0A985,".

**PART 748 – APPLICATIONS (CLASSIFICATION, ADVISORY, AND LICENSE) AND DOCUMENTATION**

~~2428~~. The authority citation for 15 CFR part 748 is revised to read as follows:

WASHSTATEC005247

*December 20, 2018]*

> Formatted: Header, Left

> Formatted: Font: 11 pt, Not Italic

**Authority:** ~~Pub. L. 115-232, Title XVII, Subtitle B, 50 U.S.C. 4501-4852;~~ 50 U.S.C. 4601 *et seq.*; 50 U.S.C. 1701 *et seq.*; E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018).

~~25~~

~~25~~. Section 748.12 is amended by:

> Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double

a. Revising the heading;

b. Adding introductory text;

c. Revising paragraphs (a) introductory text and (a)(1);

d. Redesignating the note to paragraph (c)(8) as note 1 to paragraph (c)(8); and

e. Adding paragraph (e).

The revisions and additions read as follows.

**§ 748.12 Firearms import certificate or import permit.**

> Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double

License applications for certain firearms and related commodities require support documents in accordance with this section.  For destinations that are members of the Organization of American States (OAS), an FC Import Certificate or equivalent official document is required in accordance with paragraphs (a) through (d) of this section.  For other destinations that require a firearms

> Formatted: Centered

WASHSTATEC005248

*[December 20, 2013]*

import or permit, the firearms import certificate or permit is required in accordance with

~~paragraphs~~paragraph (e) ~~through (g)~~ of this section.

(a) *Requirement to obtain document for OAS member states.* Unless an exception in § 748.9(c) applies, an FC Import Certificate is required for license applications for firearms and related commodities, regardless of value, that are destined for member countries of the OAS.  This requirement is consistent with the OAS Model Regulations described in § 742.17 of the EAR.

(1) *Items subject to requirement.* Firearms and related commodities are those commodities controlled for "FC Column 1" reasons under ECCNs 0A501 (except 0A501.y), 0A502, 0A504 (except 0A504.f), or 0A505 (except 0A505.d).

\* \* \* \* \*

(e) *Requirement to obtain an import certificate or permit for other than OAS member states.*  If the country to which firearms, parts, components, accessories, and attachments controlled under ECCN 0A501, or ammunition controlled under ECCN 0A505, are being exported or reexported requires that a government-issued certificate or permit be obtained prior to importing the commodity, the exporter or reexporter must obtain and retain on file the original or a copy of that certificate or permit before applying for an export or reexport license unless:

(1)  A license is not required for the export or reexport; or

(2)  The exporter is required to obtain an import or end-user certificate or other equivalent official document pursuant to paragraphs (a) thorough (d) of this section and has, in fact, complied with that requirement.

(3)(i) The number or other identifying information of the import certificate or permit must be stated on the license application.

WASHSTATEC005249

(ii) If the country to which the commodities are being exported does not require an import certificate or permit for firearms imports, that fact must be noted on any license application for ECCN 0A501 or 0A505 commodities.

*Note 2 to paragraph (e).* *Obtaining a BIS Statement by Ultimate Consignee and Purchaser pursuant to § 748.11 of the EAR does not exempt the exporter or reexporter from the requirement to obtain a certification pursuant to paragraph (a) of this section because that statement is not issued by a government.*

30. Supplement No. 2 to part 748 (Unique Application and Submission Requirements) is amended by adding paragraph (z) to read as follows:

26.

## SUPPLEMENT NO. 2 TO PART 748 - UNIQUE APPLICATION AND SUBMISSION REQUIREMENTS

* * * * *

(z) *Exports of firearms and certain shotguns temporarily in the United States.*

(1) *Certification.* If you are submitting a license application for the export of firearms controlled by ECCN 0A501.a or .b, or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502 that will be temporarily in the United States, *e.g.*, for servicing and repair or for intransit shipments, you must include the following certification in Block 24:

The firearms in this license application will not be shipped from or manufactured in Russia, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Ukraine, or

35

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

Uzbekistan, except for any firearm model controlled by 0A501 that is specified under Annex A in Supplement No. 4 to part 740. I and the parties to this transaction will comply with the requirements specified in paragraph (z)(2)(i) and (ii) of Supplement No. 2 to part 748.

(2) *Requirements*.  Each approved license for commodities described under paragraph (z) must comply with the requirements specified in paragraphs (z)(2)(i) and (ii) of this supplement.

(i) When the firearms enter the U.S. as a temporary import, the temporary importer or its agent must:

(A) Provide the following statement to U.S. Customs and Border Protection: "This shipment is being temporarily imported in accordance with the EAR.  This shipment will be exported in accordance with and under the authority of BIS license number (provide the license number) (15 CFR 750.7(a) and 758.4);"

(B) Provide to U.S. Customs and Border Protection an invoice or other appropriate import-related documentation (or electronic equivalents) that includes a complete list and description of the firearms being temporarily imported, including their model, make, caliber, serial numbers, quantity, and U.S. dollar value; and

(C) Provide (if temporarily imported for servicing or replacement) to U.S. Customs and Border Protection the name, address, and contact information (telephone number and/or email) of the organization or individual in the U.S. that will be receiving the item for servicing or replacement).

Formatted: Centered

36

WASHSTATEC005251

<div style="text-align:right">**Formatted:** Header, Left</div>

<div style="text-align:right">**Formatted:** Font: 11 pt, Not Italic</div>

(ii) In addition to the export clearance requirements of part 758 of the EAR, the exporter or its agent must provide the import documentation related to paragraph (z)(2)(i)(B) of this supplement to U.S. Customs and Border Protection at the time of export.

*Note 1 to paragraph (z): In addition to complying with all applicable EAR requirements for the export of commodities described in paragraph (z), exporters and temporary importers should contact U.S. Customs and Border Protection (CBP) at the port of temporary import or export, or at the CBP website, for the proper procedures for temporarily importing or exporting firearms controlled in ECCN 0A501.a or .b or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502, including regarding how to provide any data or documentation required by BIS.*

**PART 758 – EXPORT CLEARANCE REQUIREMENTS**

~~27~~31. The authority citation for part 758 is revised to read as follows:

<div style="text-align:right">**Formatted:** Font: Times New Roman, 12 pt</div>

Authority: 50 U.S.C. 4801-4852; 50 U.S.C. 4601 *et seq*.; 50 U.S.C. 1701 *et seq*.; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018).

<div style="text-align:right">**Formatted:** Font: Times New Roman, 12 pt</div>

~~32.   Authority: Pub. L. 115-232, Title XVII, Subtitle B, 50 U.S.C. 4601 *et seq*.; 50 U.S.C. 1701 *et seq*.; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018).~~

<div style="text-align:right">**Formatted:** Font: Bold</div>

~~28.~~  Section 758.1 is amended by:

a. Revising paragraphs (b)(7)~~,~~ (8), and ~~(9) and~~ adding paragraph (b)(~~10~~9);

<div style="text-align:right">**Formatted:** Centered</div>

WASHSTATEC005252

b. Revising paragraph (c)(1);

c. Adding Note 1 to paragraph (c)(1);

c. Adding paragraph (g)(4); and

d. Redesignating Note to paragraph (h)(1) as Note 2̶3̶ to paragraph (h)(1); to read

as follows:

## § 758.1 The Electronic Export Enforcement (EEI) filing to the Automated Export System (AES).

\*   \*   \*   \*   \*

(b)  \*   \*   \*

(7) For all items exported under authorization Validated End-User (VEU);

(8) For all exports of tangible items subject to the EAR where parties to the transaction, as described in § 748.5(d) through (f) of the EAR, are listed on the Unverified List (Supplement No. 6 to part 744 of the EAR), regardless of value or destination; o̶r̶

~~(9) For items that fall under ECCNs that list CC Column 1 and 3 and RS Column 2 (see Supplement No. 1 to part 738 of the EAR) as reasons for control and such items are for export, regardless of value, to India; or~~

(1̶0̶ (9) For all exports, except for exports authorized under License Exception BAG, as set forth in §740.14 of the EAR, of items controlled under ECCNs 0A501.a or .b, shotguns with a barrel length less than 18 inches controlled under ECCN 0A502, or ammunition controlled under ECCN 0A505 except for .c, regardless of value or destination, including exports to Canada.

38

[December 26, 2018]

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

(c) * * *

(1) License Exception Baggage (BAG), as set forth in §740.14 of the EAR. See 15 CFR 30.37(x) of the FTR;

   *Note 1 to paragraph (c)(1): See the export clearance requirements for exports of firearms controlled under ECCNs 0A501.a or .b, shotguns with a barrel length less than 18 inches controlled under ECCN 0A502, or ammunition controlled under ECCN 0A505, authorized under License Exception BAG, as set forth in §740.14 of the EAR.*

* * * * *

(g) * * *

(4) *Exports of Firearms and Related Items.* This paragraph (g)(4) includes two separate requirements under paragraph (g)(4)(i) and (ii) of this section that are used to better identify exports of certain end item firearms under the EAR. Paragraph (g)(4)(i) is limited to certain EAR authorizations. Paragraph (g)(4)(ii) applies to all EAR authorizations that require EEI filing in AES.

(i) *Identifying end item firearms by manufacturer, model, caliber, and serial number in the EEI filing in AES.* For any export authorized under License Exception TMP or a BIS license authorizing a temporary export of items controlled under ECCNs 0A501.a or .b, or shotguns with a barrel length less than 18 inches controlled under ECCN 0A502, in addition to any other required data for the associated EEI filing, you must report the manufacturer, model, caliber, and serial number of the exported items. The requirements of this paragraph also apply to any other export authorized under a BIS license that includes a condition or proviso on the license

Formatted: Centered

39

WASHSTATEC005254

*December 26, 2018}*

Formatted: Header, Left
Formatted: Font: 11 pt, Not Italic

requiring the submission of this information specified in paragraph (g) of this section when the EEI is filed in AES.

*(ii) Identifying end item firearms by "items" level classification or other control descriptor in the EEI filing in AES.*  For any export of items controlled under ECCNs 0A501.a or .b, or shotguns with a barrel length less than 18 inches controlled under ECCN 0A502, in addition to any other required data for the associated EEI filing, you must include the six character ECCN classification (*i.e.*, 0A501.a, or 0A501.b), or for shotguns controlled under 0A502 the phrase "0A501 barrel length less than 18 inches" as the first text to appear in the Commodity description block in the EEI filing in AES.  (*See* § 743.4(h) for the use of this information for conventional arms reporting).

**Note** *to paragraph (g)(4): If a commodity described in paragraph (g)(4) is exported under License Exception TMP under § 740.9(a)(6) for inspection, test, calibration, or repair is not consumed or destroyed in the normal course of authorized temporary use abroad, the commodity must be disposed of or retained in one of the ways specified in § 740.9(a)(14)(i), (ii), or (iii).  For example, if a commodity described in paragraph (g)(4) was destroyed while being repaired after being exported under § 740.9(a)(6), the commodity described in paragraph (g)(4) would not be required to be returned.  If the entity doing the repair returned a replacement of the commodity to the exporter from the United States, the import would not require an EAR authorization.  The entity that exported the commodity described in paragraph (g)(4) and the entity that received the commodity would need to document this as part of their recordkeeping related to this export and subsequent import to the United States.*

Formatted: Font: Times New Roman, 12 pt
Formatted: Line spacing:  Double
Formatted: Font: Times New Roman, 12 pt

* * * * *

Formatted: Space Before:  12 pt, After:  12 pt, Line spacing: Double
Formatted: Centered

40

WASHSTATEC005255

*[December 20, 2018]*

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

29.33. Add § 758.10 to read as follows:

**§ 758.10  Entry clearance requirements for temporary imports.**

**Formatted:** Font: Times New Roman, 12 pt

**Formatted:** Line spacing:  Double

(a) *Scope*.  This section specifies the temporary import entry clearance requirements for firearms "subject to the EAR" that are on the United States Munitions Import List (USMIL, 27 CFR 447.21), except for firearms "subject to the EAR" that are temporarily brought into the United States by nonimmigrant aliens under the provisions of Department of Justice regulations at 27 CFR part 478 (*See* § 740.14(e) of License Exception BAG for information on the export of these firearms "subject to the EAR").  These firearms are controlled in ECCN 0A501.a or .b or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502.  Items that are temporarily exported under the EAR must have met the export clearance requirements specified in § 758.1 of the EAR.

(1) An authorization under the EAR is *not* required for the temporary import of "items" that are "subject to the EAR," including for "items" "subject to the EAR" that are on the USMIL.  Temporary imports of firearms described in this section must meet the entry clearance requirements specified in paragraph (b) of this section.

(2) Permanent imports are regulated by the Attorney General under the direction of the Department of Justice's Bureau of Alcohol, Tobacco, Firearms and Explosives (see 27 CFR parts 447, 478, 479, and 555).

(b) *EAR procedures for temporary imports and subsequent exports*.  To the satisfaction of U.S. Customs and Border Protection, the temporary importer must comply with the following procedures:

**Formatted:** Centered

41

WASHSTATEC005256

(1) At the time of entry into the U.S. of the temporary import:

(i) Provide one of the following statements specified in paragraphs (b)(1)(i)(A), (B), or (C) of this section to U.S. Customs and Border Protection:

(A) "This shipment is being temporarily imported in accordance with the EAR.  This shipment will be exported in accordance with and under the authority of License Exception TMP (15 CFR 740.9(b)(5));"

(B) "This shipment is being temporarily imported in accordance with the EAR.  This shipment will be exported in accordance with and under the authority of License Exception RPL (15 CFR 740.10(b));" or

(C) "This shipment is being temporarily imported in accordance with the EAR.  This shipment will be exported in accordance with and under the authority of BIS license number (provide the license number) (15 CFR 750.7(a) and 758.4);"

(ii) Provide to U.S. Customs and Border Protection an invoice or other appropriate import-related documentation (or electronic equivalents) that includes a complete list and description of the firearms being temporarily imported, including their model, make, caliber, serial numbers, quantity, and U.S. dollar value;

(iii) Provide (if temporarily imported for a trade show, exhibition, demonstration, or testing) to U.S. Customs and Border Protection the relevant invitation or registration documentation for the event and an accompanying letter that details the arrangements to maintain effective control of the firearms while they are in the United States;

42

WASHSTATEC005257

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

(iv) Provide (if temporarily imported for servicing or replacement) to U.S. Customs and Border Protection the name, address and contact information (telephone number and/or email) of the organization or individual in the U.S. that will be receiving the item for servicing or replacement).

*Note 1 to paragraph (b)(1): In accordance with the exclusions in License Exception TMP under § 740.9(b)(5) of the EAR, the entry clearance requirements in § 758.1(b)(~~10~~) do not permit the temporary import of firearms controlled in ECCN 0A501.a or .b that are shipped from or manufactured in a Country Group D:5 country; or that are shipped from or manufactured in Russia, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Ukraine, or Uzbekistan (except for any firearm model controlled by proposed 0A501 that is specified under Annex A in Supplement No. 4 to part 740~~.1~~); or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502 that are shipped from or manufactured in a Country Group D:5 country, or from Russia, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Ukraine, or Uzbekistan, because of the exclusions in License Exception TMP under § 740.9(b)(5).*

Formatted: Font: Times New Roman, 12 pt

Formatted: Font: Times New Roman, 12 pt

Formatted: Font: Times New Roman, 12 pt

Formatted: Font: Times New Roman, 12 pt

*Note 2 to paragraph (b)(1): In accordance with the exclusions in License Exception RPL under § 740.10(b)(4) and Supplement No. 2 to part 748 paragraph (z) of the EAR, the entry clearance requirements in § 758.1(b)(~~10~~) do not permit the temporary import of firearms controlled in ECCN 0A501.a or .b that are shipped from or manufactured in Russia, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Ukraine, or Uzbekistan (except for any firearm model controlled by proposed 0A501 that is specified under Annex A in Supplement No. 4 to part 740~~.1~~); or shotguns with a barrel length less than 18 inches controlled in ECCN 0A502 that are shipped from or manufactured ~~foreign~~ in Russia, Georgia, Kazakhstan, Kyrgyzstan, Moldova,*

Formatted: Line spacing: Double

Formatted: Font: Times New Roman, 12 pt

Formatted: Font: Times New Roman, 12 pt

Formatted: Font: Times New Roman, 12 pt

Formatted: Font: Times New Roman, 12 pt

Formatted: Font: Times New Roman, 12 pt

Formatted: Centered

43

WASHSTATEC005258

*[December 20, 2018]*

*Turkmenistan, Ukraine, or Uzbekistan, because of the exclusions in License Exception RPL under § 740.10(b)(4) and Supplement No. 2 to part 748 paragraph (z) of the EAR.*

(2) At the time of export, in accordance with the U.S. Customs and Border Protection procedures, the eligible exporter, or an agent acting on the filer's behalf, must as required under § 758.1(b)(109) of the EAR file the export information with CBP by filing EEI in AES, noting the applicable EAR authorization as the authority for the export, and provide, upon request by CBP, the entry document number or a copy of the CBP document under which the "item" subject to the EAR" on the USMIL was temporarily imported.  *See* also the additional requirements in § 758.1(g)(4).

30.

31. Add § 758.11 to read as follows:

**§ 758.11  Export clearance requirements for firearms and related items.**

(a) *Scope*.  The export clearance requirements of this section apply to all exports of commodities controlled under ECCNs 0A501.a or .b, shotguns with a barrel length less than 18 inches controlled under ECCN 0A502, or ammunition controlled under ECCN 0A505 except for .c, regardless of value or destination, including exports to Canada, that are authorized under License Exception BAG, as set forth in §740.14.

(b) *Required form*.  Prior to making any export described in paragraph (a) of this section, the exporter is required to submit a properly completed Department of Homeland Security, CBP Form 4457, (Certificate of Registration for Personal Effects Taken Abroad) (OMB Control

44

WASHSTATEC005259

*December 20, 2018*

Number 1651-0010), to the U.S. Customs  and Border Protection (CBP), pursuant to 19 CFR 148.1, and as required by this section of the EAR.

(1) Where to obtain the form?  The CBP Certification of Registration Form 4457 can be found on the following CBP website:

https://www.cbp.gov/document/forms/form-4457-certificate-registration-personal-effects-taken-abroad

(2) Required "description of articles" for firearms to be included on the CBP Form 4457.  For all exports of firearms controlled under ECCNs 0A501.a or .b, or shotguns with a barrel length less than 18 inches controlled under ECCN 0A502, the exporter must provide to CBP the serial number, make, model, and caliber for each firearm being exported by entering this information under the "Description of Articles" field of the CBP Form 4457, Certificate of Registration for Personal Effects Taken Abroad.

(c) *Where to find additional information on the CBP Form 4457?*
*See* the following CBP website page for additional information:
https://help.cbp.gov/app/answers/detail/a_id/323/~/traveling-outside-of-the-u.s.---temporarily-taking-a-firearm%2C-rifle%2C-gun%2C.

(d) *Return of items exported pursuant to this section.*  The exporter when returning with a commodity authorized under License Exception BAG and exported pursuant this section, is required to present a copy of the CBP Form 4457, Certificate of Registration for Personal Effects Taken Abroad) (OMB Control Number 1651-0010), to CBP, pursuant to 19 CFR 148.1, and as required by this section of the EAR.

45

WASHSTATEC005260

~~December 20, 2018~~

**PART 762 – RECORDKEEPING**

~~33~~35.  The authority citation for part 762 is revised to read as follows:

**Authority:** ~~Pub. L. 115-232, Title XVII, Subtitle B;~~ 50 U.S.C. 4801-4852; 50 U.S.C. 4601 *et seq.*; 50 U.S.C. 1701 *et seq.*; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., ~~p. 783;~~ ~~Notice of August 8, 2018, 83 FR 39871 (August 13, 2018).~~

~~33.~~ ~~p. 783; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018).~~

~~36.~~  Section 762.2 is amended by removing ~~", "~~and," at the end of paragraph (a)(10), redesignating paragraph (a)(11) as paragraph (a)(12), and adding a new paragraph (a)(11) to read as follows:

**§ 762.2 Records to be retained.**

(a)  *  *  *

(11) The serial number, make, model, and caliber for any firearm controlled in ECCN 0A501.a and for shotguns with barrel length less than 18 inches controlled in 0A502 that have been exported.  The "exporter" or any other party to the transaction (*see* § 758.3 of the EAR), that creates or receives such records is a person responsible for retaining this record; and

*  *  *  *  *

~~33~~37.  Section 762.3 is amended by revising paragraph (a)(5) to read as follows:

46

**§ 762.3 Records exempt from recordkeeping requirements.**

(a) *   *   *

(5)  Warranty certificate, except for a warranty certificate issued for an address located outside

the United States for any firearm controlled in ECCN 0A501.a and for shotguns with barrel

length less than 18 inches controlled in 0A502;

*   *   *   *   *


**PART 772 – DEFINITIONS OF TERMS**

3438.  The authority citation for part 772 is revised to read as follows:

Authority: Pub. L. 115-232, Title XVII, Subtitle B; 50 U.S.C. 4601 *et seq.*; 50 U.S.C. 1701 *et seq.*; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., Authority:  50 U.S.C. 4501-4852; 50 U.S.C. 4601 *et seq.*; 50 U.S.C. 1701 *et seq.*; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p.

783; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018).

**§ 772.1 – [AMENDED]**

3539.  In § 772.1, in the definition of "specially designed," Note 1 is amended by

removing "0B986" and adding in its place "0B505.c"; and the definition of "complete breech

mechanisms" is added as set forth below:

**§ 772.1 Definitions of terms as used in the Export Administration Regulations (EAR).**

*   *   *   *   *

47

WASHSTATEC005262

~~December 20, 2018~~

*Complete breech mechanisms*.  The mechanism for opening and closing the breech of a breech-loading firearm, especially of a heavy-caliber weapon.

\* \* \* \* \*

**PART 774 - THE COMMERCE CONTROL LIST**

~~36.~~40. The authority citation for 15 CFR part 774 is revised to read as follows:

**Authority:** ~~Pub. L. 115-232, Title XVII, Subtitle B,50 U.S.C. 4801-4852;~~ 50 U.S.C. 4601 et seq.; 50 U.S.C. 1701 et seq.; 10 U.S.C. 7420; 10 U.S.C. 7430(e); 22 U.S.C. 287c, 22 U.S.C. 3201 *et seq.*; 22 U.S.C. 6004; 42 U.S.C. 2139a; 15 U.S.C. 1824a; 50 U.S.C. 4305; 22 U.S.C. 7201 *et seq.*; 22 U.S.C. 7210; E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; Notice of August 8, 2018, 83 FR 39871 (August 13, 2018).

~~37.~~41.  In Supplement No. 1 to part 774, Category 0, ~~remove~~revise Export Control Classification Number (ECCN) 0A018~~, to read as follows:~~

**Supplement No. 1 to Part 774 – The Commerce Control List**

\* \* \* \* \*

**0A018 Items on the Wassenaar Munitions List (see List of Items Controlled).**

48

No items currently are in this ECCN.  See ECCN 0A505 for "parts" and "components" for ammunition that, immediately prior to [INSERT DATE 45 DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER], were classified under 0A018.b.

~~3~~42.  In Supplement No. 1 to part 774, Category 0, add, between entries for ECCNs 0A018 and 0A521, entries for ECCNs 0A501, 0A502, 0A503, 0A504, and 0A505 to read as follows:

**0A501 Firearms (except 0A502 shotguns) and related commodities as follows (see List of Items controlled).**

**License Requirements**

*Reason for Control:* NS, RS, FC, UN, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to entire entry except 0A501.y | NS Column 1 |
| RS applies to entire entry except 0A501.y | RS Column 1 |
| FC applies to entire entry except 0A501.y | FC Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| AT applies to entire entry | AT Column 1 |

49

WASHSTATEC005264

*License Requirement Note:* In addition to using the Commerce Country Chart to determine license requirements, a license is required for exports and reexports of ECCN 0A501.y.7 firearms to the People's Republic of China.

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

*LVS:*  $500 for 0A501.c, .d, and .x.

$500 for 0A501.c, .d, .e, and .x if the ultimate destination is Canada.

*GBS:* N/A

*CIV:* N/A

**Special conditions for STA**

*STA:*  Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used for any item in this entry.

**List of Items Controlled**

*Related Controls:* (1) Firearms that are fully automatic, and magazines with a capacity of greater than 50 rounds, are "subject to the ITAR."  (2) See ECCN 0A502 for shotguns and their "parts" and "components" that are subject to the EAR.  Also see ECCN 0A502 for shot-pistols.  (3) See ECCN 0A504 and USML Category XII for controls on optical sighting devices.

50

WASHSTATEC005265

*[December 20, 2018]*

> **Formatted:** Header, Left
>
> **Formatted:** Font: 11 pt, Not Italic

*Related Definitions*: N/A

*Items:*

a.      Non-automatic and semi-automatic firearms equal to .50 caliber (12.7 mm) or less.

   **Note 1 to paragraph 0A501.a:** *'Combination pistols' are controlled under ECCN 0A501.a. A 'combination pistol' (a.k.a., a combination gun) has at least one rifled barrel and at least one smoothbore barrel (generally a shotgun style barrel).*

b.      Non-automatic and non-semi-automatic rifles, carbines, revolvers or pistols with a caliber greater than .50 inches (12.7 mm) but less than or equal to .72 inches (18.0 mm).

c.      The following types of "parts" and "components" if "specially designed" for a commodity controlled by paragraph .a or .b of this entry, or USML Category I (unless listed in USML Category I(g) or (h)):  barrels, cylinders, barrel extensions, mounting blocks (trunnions), bolts, bolt carriers, operating rods, gas pistons, trigger housings, triggers, hammers, sears, disconnectors, pistol grips that contain fire control "parts" or "components" (*e.g.*, triggers, hammers, sears, disconnectors) and buttstocks that contain fire control "parts" or "components."

d.      Detachable magazines with a capacity of greater than 16 rounds "specially designed" for a commodity controlled by paragraph .a or .b of this entry.

   **Note 2 to paragraph 0A501.d:** *Magazines with a capacity of 16 rounds or less are controlled under 0A501.x.*

> **Formatted:** Centered

WASHSTATEC005266

*December 20, 2018*

Formatted: Header, Left
Formatted: Font: 11 pt, Not Italic

e.      Receivers (frames) and "complete breech mechanisms," including castings, forgings stampings, or machined items thereof, "specially designed" for a commodity by controlled by paragraph .a or .b of this entry.

f. through w. [Reserved]

x.      "Parts" and "components" that are "specially designed" for a commodity classified under paragraphs .a through .c of this entry or the USML and not elsewhere specified on the USML or CCL.

y.      Specific "parts," "components," "accessories" and "attachments" "specially designed" for a commodity subject to control in this ECCN or common to a defense article in USML Category I and not elsewhere specified in the USML or CCL as follows, and "parts," "components," "accessories," and "attachments" "specially designed" therefor.

    y.1.    Stocks or grips, that do not contain any fire control "parts" or "components" (*e.g.*, triggers, hammers, sears, disconnectors);"

    y.2.    Scope mounts or accessory rails;

    y.3.    Iron sights;

    y.4.    Sling swivels;

    y.5.    Butt plates or recoil pads;

    y.6.    Bayonets; and

    y.7.    Firearms manufactured from 1890 to 1898 and reproductions thereof.

Formatted: Centered

52

WASHSTATEC005267

~~December 20, 2018~~

*Technical Note 1 to 0A501:  The controls on "parts" and "components" in ECCN 0A501 include those "parts" and "components" that are common to firearms described in ECCN 0A501 and to those firearms "subject to the ITAR."*

*Note 3 to 0A501:  Antique firearms (i.e., those manufactured before 1890) and reproductions thereof, muzzle loading black powder firearms except those designs based on centerfire weapons of a post 1937 design, BB guns, pellet rifles, paint ball, and all other air rifles are EAR99 commodities.*

*Note 4 to 0A501: Muzzle loading (black powder) firearms with a caliber less than 20 mm that were manufactured later than 1937 that are used for hunting or sporting purposes that were not "specially designed" for military use and are not "subject to the ITAR" nor controlled as shotguns under ECCN 0A502 are EAR99 commodities.*

**0A502 Shotguns; shotguns "parts" and "components," consisting of complete trigger mechanisms; magazines and magazine extension tubes; "complete breech mechanisms;" except equipment used exclusively to treat or tranquilize animals, and except arms designed solely for signal, flare, or saluting use.**

**License Requirements**

*Reason for Control*:   RS, CC, FC, UN, AT, NS

53

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to shotguns with a barrel length less than 18 inches (45.72 cm) | NS Column 1 |
| RS applies to shotguns with a barrel length less than 18 inches (45.72 cm) | RS Column 1 |
| FC applies to entire entry | FC Column 1 |
| CC applies to shotguns with a barrel length less than 24 in. (60.96 cm) and shotgun "components" controlled by this entry regardless of end user | CC Column 1 |
| CC applies to shotguns with a barrel length greater than or equal to 24 in. (60.96 cm), regardless of end user | CC Column 2 |
| CC applies to shotguns with a barrel length greater than or equal to 24 in. (60.96 cm) if for sale or resale to police or law enforcement | CC Column 3 |
| UN applies to entire entry | See § 746.1(b) of the EAR for UN controls |
| AT applies to shotguns with a barrel length less than 18 inches (45.72 cm) | AT Column 1 |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

WASHSTATEC005269

*LVS:*    $500 for 0A502 shotgun "parts" and "components," consisting of complete trigger mechanisms; magazines and magazine extension tubes.

$500 for 0A502 shotgun "parts" and "components," consisting of complete trigger mechanisms; magazines and magazine extension tubes, "complete breech mechanisms" if the ultimate destination is Canada.

*GBS:*    N/A

*CIV:*    N/A

**List of Items Controlled**

*Related Controls*:  Shotguns that are fully automatic are "subject to the ITAR."

*Related Definitions*: N/A

*Items*: The list of items controlled is contained in the ECCN heading.

**Note 1 to 0A502**: *Shotguns made in or before 1898 are considered antique shotguns and designated as EAR99.*

**Technical Note**: *Shot pistols or shotguns that have had the shoulder stock removed and a pistol grip attached are controlled by ECCN 0A502.  Slug guns are also controlled under ECCN 0A502.*

**0A503 Discharge type arms; non-lethal or less-lethal grenades and projectiles, and "specially designed" "parts" and "components" of those projectiles; and devices to administer electric shock, for example, stun guns, shock batons, shock shields, electric cattle prods, immobilization guns and projectiles; except equipment used exclusively to**

WASHSTATEC005270

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

treat or tranquilize animals, and except arms designed solely for signal, flare, or saluting

use; and "specially designed" "parts" and "components," n.e.s.

**License Requirements**

**Formatted:** Line spacing: Double

*Reason for Control:*  CC, UN

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| CC applies to entire entry | A license is required for ALL destinations, except Canada, regardless of end use.  Accordingly, a column specific to this control does not appear on the Commerce Country Chart.  (See part 742 of the EAR for additional information). |
| UN applies to entire entry | See § 746.1(b) of the EAR for UN controls |

**Formatted:** Line spacing: Double

**Formatted:** Line spacing: Double

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

**Formatted:** Font: Times New Roman, 12 pt

**Formatted:** Space Before:  12 pt, After:  12 pt, Line spacing: Double

*LVS:*   N/A

*GBS:*   N/A

*CIV:*   N/A

**List of Items Controlled**

**Formatted:** Line spacing: Double

*Related Controls*: Law enforcement restraint devices that administer an electric shock are

controlled under ECCN 0A982.  Electronic devices that monitor and report a person's location to

**Formatted:** Centered

56

WASHSTATEC005271

[December 20, 2018]

enforce restrictions on movement for law enforcement or penal reasons are controlled under ECCN 3A981.

*Related Definitions*: N/A

*Items*: The list of items controlled is contained in the ECCN heading.

**0A504 Optical sighting devices for firearms (including shotguns controlled by 0A502); and "components" as follows (see List of Items Controlled).**

**License Requirements**

*Reason for Control*: FC, RS, CC, UN

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| RS applies to paragraph .i | RS Column 1 |
| FC applies to paragraphs .a, .b, .c, d, .e, .g, and .i of this entry | FC Column 1 |
| CC applies to entire entry | CC Column 1 |
| UN applies to entire entry | See §746.1(b) of the EAR for UN controls |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

*LVS:* $500 for 0A504.g.

*GBS:* N/A

*CIV:* N/A

**List of Items Controlled**

57

WASHSTATEC005272

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

*Related Controls:* (1) See USML Category XII(c) for sighting devices using second generation image intensifier tubes having luminous sensitivity greater than 350 µA/lm, or third generation or higher image intensifier tubes, that are "subject to the ITAR."  (2) See USML Category XII(b) for laser aiming or laser illumination systems "subject to the ITAR."  (3) Section 744.9 of the EAR imposes a license requirement on certain commodities described in 0A504 if being exported, reexported, or transferred (in-country) for use by a military end-user or for incorporation into an item controlled by ECCN 0A919.

*Related Definitions:* N/A

*Items:*

a.  Telescopic sights.

b.  Holographic sights.

c.  Reflex or "red dot" sights.

d.  Reticle sights.

e.  Other sighting devices that contain optical elements.

f.  Laser aiming devices or laser illuminators ''specially designed'' for use on firearms, and having an operational wavelength exceeding 400 nm but not exceeding 710 nm.

**Note 1 to 0A504.f:** *0A504.f does not control laser boresighting devices that must be placed in the bore or chamber to provide a reference for aligning the firearms sights.*

**Formatted:** Line spacing:  Double

g.  Lenses, other optical elements and adjustment mechanisms for articles in paragraphs .a, .b, .c, .d, .e, or .i.

**Formatted:** Line spacing:  Double

h.  [Reserved]

**Formatted:** Centered

58

WASHSTATEC005273

[December 20, 2013]

i.    Riflescopes that were not "subject to the EAR" as of [INSERT DATE ONE DAY PRIOR TO THE EFFECTIVE DATE OF THE FINAL RULE] and are "specially designed" for use in firearms that are "subject to the ITAR."

*Note 2 to paragraph i:*  For purpose of the application of "specially designed" for the riflescopes controlled under 0A504.i, paragraph (a)(1) of the definition of "specially designed" in § 772.1 of the EAR is what is used to determine whether the riflescope is "specially designed."

**0A505  Ammunition as follows (see List of Items Controlled).**

**License Requirements**

*Reason for Control:* NS, RS, CC, FC, UN, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to 0A505.a and .x | NS Column 1 |
| RS applies to 0A505.a and .x | RS Column 1 |
| CC applies to 0A505.b | CC Column 1 |
| FC applies to entire entry except 0A505.d | FC Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| AT applies to 0A505.a, .d,  and .x | AT Column 1 |
| AT applies to 0A505.c | A license is required for items controlled by paragraph .c of this entry to North Korea for anti- |

WASHSTATEC005274

terrorism reasons.  The Commerce Country Chart is not designed to determine AT licensing requirements for this entry.  See §742.19 of the EAR for additional information.

**List Based License Exceptions** (See Part 740 for a description of all license exceptions)

*LVS:* $500 for items in 0A505.x, except $3,000 for items in 0A505.x that, immediately prior to [INSERT DATE 45 DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER], were classified under 0A018.b. (*i.e.*, "Specially designed" components and parts for ammunition, except cartridge cases, powder bags, bullets, jackets, cores, shells, projectiles, boosters, fuses and components, primers, and other detonating devices and ammunition belting and linking machines (all of which are "subject to the ITAR"). (See 22 CFR parts 120 through 130))

*GBS*: N/A

*CIV*: N/A

**Special conditions for STA**

*STA*:  Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used for any item in 0A505.

**List of Items Controlled**

*Related Controls*:  (1) Ammunition for modern heavy weapons such as howitzers, artillery, cannon, mortars and recoilless rifles as well as inherently military ammunition types

60

such as ammunition preassembled into links or belts, caseless ammunition, tracer ammunition, ammunition with a depleted uranium projectile or a projectile with a hardened tip or core and ammunition with an explosive projectile are "subject to the ITAR."  (2) Percussion caps, and lead balls and bullets, for use with muzzle-loading firearms are EAR99 items.

*Related Definitions*:  N/A

*Items*:

a.        Ammunition for firearms controlled by ECCN 0A501 or USML Category I and not enumerated in paragraph .b, .c, or .d of this entry or in USML Category III.

b.        Buckshot (No. 4 .24'' diameter and larger) shotgun shells.

c.        Shotgun shells (including less than lethal rounds) that do not contain buckshot; and "specially designed" "parts" and "components" of shotgun shells.

**Note 1 to 0A505.c:**  *Shotgun shells that contain only chemical irritants are controlled under ECCN 1A984.*

d.        Blank ammunition for firearms controlled by ECCN 0A501 and not enumerated in USML Category III.

e. through w. [Reserved]

WASHSTATEC005276

*[December 20, 2014]*

x.    "Parts" and "components" that are "specially designed" for a commodity subject to control in this ECCN or a defense article in USML Category III and not elsewhere specified on the USML, the CCL or paragraph .d of this entry.

**Note 2 to 0A505.x:**  *The controls on "parts" and "components" in this entry include Berdan and boxer primers, metallic cartridge cases, and standard metallic projectiles such as full metal jacket, lead core, and copper projectiles.*

**Note 3 to 0A505.x:**  *The controls on "parts" and "components" in this entry include those "parts" and "components" that are common to ammunition and ordnance described in this entry and to those enumerated in USML Category III.*

**Note 4 to 0A505:** *Lead shot smaller than No. 4 Buckshot, empty and unprimed shotgun shells, shotgun wads, smokeless gunpowder, 'Dummy rounds' and blank rounds (unless linked or belted), not incorporating a lethal or non-lethal projectile(s) are designated EAR99.  A 'dummy round or drill round' is a round that is completely inert, i.e., contains no primer, propellant, or explosive charge.  It is typically used to check weapon function and for crew training.*

39

43.  In Supplement No. 1 to part 774, Category 0, add, between entries for ECCNs 0A521 and 0A604, an entry for ECCN 0A602 to read as follows:

**0A602  Guns and Armament as follows (see List of Items Controlled).**

62

*[December 20, 2013]*

**License Requirements**

*Reason for Control:* NS, RS, UN, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to entire entry | NS Column 1 |
| RS applies to entire entry | RS Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| AT applies to entire entry | AT Column 1 |

**List Based License Exceptions** (See Part 740 for a description of all license exceptions)

*LVS:* $500

*GBS:* N/A

*CIV:* N/A

**Special conditions for STA**

*STA:*  Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used for any item in 0A602.

WASHSTATEC005278

*December 20, 2013*

**List of Items Controlled**

*Related Controls*: (1) Modern heavy weapons such as howitzers, artillery, cannon, mortars, and recoilless rifles are "subject to the ITAR."  (2) See ECCN 0A919 for foreign-made "military commodities" that incorporate more than a *de minimis* amount of U.S.-origin "600 series" items.  (3) See ECCN 0A606 for engines that are "specially designed" for a self-propelled gun or howitzer subject to control under paragraph .a of this ECCN or USML Category VII.

*Related Definitions*:  N/A

*Items*:

a.       Guns and armament manufactured between 1890 and 1919.

b.       Military flame throwers with an effective range less than 20 meters.

c. through w.   [Reserved]

x.        "Parts" and "components" that are "specially designed" for a commodity subject to control in paragraphs .a or .b of this ECCN or a defense article in USML Category II and not elsewhere specified on the USML or the CCL.

*Note 1 to 0A602.x: Engines that are "specially designed" for a self-propelled gun or howitzer subject to control under paragraph .a of this ECCN or a defense article in USML Category VII are controlled under ECCN 0A606.x.*

*Note 2 to 0A602:  "Parts," "components," "accessories," and "attachments" specified in USML subcategory II(j) are subject to the controls of that paragraph.*

64

WASHSTATEC005279

*[December 26, 2013]*

**Note 3 to 0A602:**  *Black powder guns and armament manufactured in or prior to 1890 and replicas thereof designed for use with black powder propellants are designated EAR99.*

<u>**Supplement No. 1 to Part 774 – [AMENDED]**</u>

<u>Supplement No. 1 to Part 774 – [AMENDED]</u>

~~40.~~44.   In Supplement No. 1 to part 774, Category 0, remove ECCNs 0A918, 0A984, 0A985, 0A986, and 0A987.

~~41.~~45.   In Supplement No. 1 to part 774, Category 0, revise ECCN 0A988 to read as follows:

**0A988  Conventional military steel helmets.**

No items currently are in this ECCN.  See ECCN 1A613.y.1 for conventional steel helmets that, immediately prior to July 1, 2014, were classified under 0A988.

~~42~~

46.   In Supplement No. 1 to part 774, Category 0, add, before the entry for ECCN 0B521, entries for ECCNs 0B501 and 0B505 to read as follows:

WASHSTATEC005280

[December 20, 2013]

**0B501 Test, inspection, and production "equipment" and related commodities for the "development" or "production" of commodities enumerated or otherwise described in ECCN 0A501 or USML Category I as follows (see List of Items Controlled).**

**License Requirements**

*Reason for Control*: NS, RS, UN, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to entire entry except equipment for ECCN 0A501.y | NS Column 1 |
| RS applies to entire entry except equipment for ECCN 0A501.y | RS Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| AT applies to entire entry | AT Column 1 |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

*LVS:* $3000

*GBS:* N/A

*CIV:* N/A

WASHSTATEC005281

*[December 20, 2012]*

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

**Special conditions for STA**

**Formatted:** Font: Times New Roman, 12 pt

**Formatted:** Space Before:  12 pt, After:  12 pt, Line spacing: Double

*STA:* Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used to ship any item in this entry.

**List of Items Controlled**

**Formatted:** Space Before:  12 pt, After:  12 pt, Line spacing: Double

*Related Controls:* N/A

*Related Definitions:* N/A

*Items:*

a. Small arms chambering machines.

b. Small arms deep hole drilling machines and drills therefor.

c. Small arms rifling machines.

d. Small arms spill boring machines.

e. Production equipment (including dies, fixtures, and other tooling) "specially designed" for the "production" of the items controlled in 0A501.a through .x. or USML Category I.

**0B505 Test, inspection, and production "equipment" and related commodities "specially designed" for the "development" or "production" of commodities enumerated or otherwise described in ECCN 0A505 or USML Category III, except equipment for the hand loading of cartridges and shotgun shells, as follows (see List of Items Controlled).**

**Formatted:** Line spacing:  Double

**Formatted:** Centered

67

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

**License Requirements**

Formatted: Line spacing: Double

*Reason for Control:* NS, RS, UN, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to paragraphs .a and .x | NS Column 1 |
| RS applies to paragraphs .a and .x | RS Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| AT applies to paragraphs .a, .d, and .x | AT Column 1 |
| AT applies to paragraph .c | A license is required for export or reexport of these items to North Korea for anti-terrorism reasons. |

Formatted: Line spacing: Double

Formatted: Line spacing: Double

Formatted: Line spacing: Double

Formatted: Line spacing: Double

Formatted: Line spacing: Double

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

Formatted: Line spacing: Double

*LVS:* $3000

*GBS:* N/A

*CIV:* N/A

**Special conditions for STA**

Formatted: Line spacing: Double

*STA:*  Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used for any item in 0B505.

**List of Items Controlled**

Formatted: Line spacing: Double

*Related Controls*: N/A

Formatted: Centered

68

WASHSTATEC005283

[December 26, 2013]

*Related Definitions*: N/A

*Items*:

a.   Production equipment (including tooling, templates, jigs, mandrels, molds, dies, fixtures, alignment mechanisms, and test equipment), not enumerated in USML Category III that are "specially designed" for the "production" of commodities controlled by ECCN 0A505.a or .x or USML Category III.

b.   Equipment "specially designed" for the "production" of commodities in ECCN 0A505.b.

c.   Equipment "specially designed" for the "production" of commodities in ECCN 0A505.c.

d.   Equipment "specially designed" for the "production" of commodities in ECCN 0A505.d.

e. through .w   [Reserved]

x.   "Parts" and "components" "specially designed" for a commodity subject to control in paragraph .a of this entry.

42.

47.   In Supplement No. 1 to part 774, Category 0, add, between entries for ECCNs 0B521 and 0B604, an entry for ECCN 0B602 to read as follows:

WASHSTATEC005284

[December 20, 2013]

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

**0B602 Test, inspection, and production "equipment" and related commodities "specially designed" for the "development" or "production" of commodities enumerated or otherwise described in ECCN 0A602 or USML Category II as follows (see List of Items Controlled).**

Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double

**License Requirements**

Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double

*Reason for Control:* NS, RS, UN, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to entire entry | NS Column 1 |
| RS applies to entire entry | RS Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| AT applies to entire entry | AT Column 1 |

Formatted: Line spacing: Double

Formatted: Line spacing: Double

Formatted: Line spacing: Double

Formatted: Line spacing: Double

Formatted: Line spacing: Double

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double

*LVS:* $3000

*GBS:* N/A

*CIV:* N/A

**Special conditions for STA**

Formatted: Font: Times New Roman, 12 pt

*STA*: Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used for any item in 0B602.

Formatted: Centered

WASHSTATEC005285

*December 20, 2013*

> Formatted: Header, Left
>
> Formatted: Font: 11 pt, Not Italic

**List of Items Controlled**

*Related Controls:* N/A

*Related Definitions:* N/A

*Items:*

a.    The following commodities if "specially designed" for the "development" or "production" of commodities enumerated in ECCN 0A602.a or USML Category II:

a.1.    Gun barrel rifling and broaching machines and tools therefor;

a.2.    Gun barrel rifling machines;

a.3.    Gun barrel trepanning machines;

a.4.    Gun boring and turning machines;

a.5.    Gun honing machines of 6 feet (183 cm) stroke or more;

a.6.    Gun jump screw lathes;

a.7.    Gun rifling machines; and

a.8.    Barrel straightening presses.

b.    Jigs and fixtures and other metal-working implements or accessories of the kinds exclusively designed for use in the manufacture of items in ECCN 0A602 or USML Category II.

c.    Other tooling and equipment, "specially designed" for the "production" of items in ECCN 0A602 or USML Category II.

> Formatted: Centered

71

[December 20, 2018]

d.     Test and evaluation equipment and test models, including diagnostic instrumentation and physical test models, "specially designed" for items in ECCN 0A602 or USML Category II.

Supplement No. 1 to Part 774 — [AMENDED]

44

Supplement No. 1 to Part 774 — [AMENDED]

48. In Supplement No. 1 to part 774, Category 0, remove ECCN 0B986.

45

49. In Supplement No. 1 to part 774, Category 0, add, between the entries for ECCNs 0D001 and 0D521, entries for ECCNs 0D501 and 0D505 to read as follows:

**0D501  "Software" "specially designed" for the "development," "production," operation, or maintenance of commodities controlled by 0A501 or 0B501.**

**License Requirements**

*Reason for Control*: NS, RS, UN, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to entire entry except "software" for commodities in ECCN 0A501.y or | NS Column 1 |

WASHSTATEC005287

[December 20, 2013]

| | |
|---|---|
| equipment in ECCN 0B501 for commodities in ECCN 0A501.y | |
| RS applies to entire entry except "software" for commodities in ECCN 0A501.y or equipment in ECCN 0B501 for commodities in ECCN 0A501.y | RS Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| AT applies to entire entry | AT Column 1 |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

     *CIV*:  N/A

     *TSR*:  N/A

**Special conditions for STA**

     *STA*:  Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used for any "software" in 0D501.

**List of Items Controlled**

     *Related Controls*:  "Software" required for and directly related to articles enumerated in USML Category I is "subject to the ITAR".

73

WASHSTATEC005288

*[December 20, 2015]*

*Related Definitions*:  N/A

*Items*: The list of items controlled is contained in this ECCN heading.

**0D505  "Software" "specially designed" for the "development," "production," operation, or maintenance of commodities controlled by 0A505 or 0B505.**

**License Requirements**

*Reason for Control*: NS, RS, UN, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to "software" for commodities in ECCN 0A505.a and .x and equipment in ECCN 0B505.a .and .x | NS Column 1 |
| RS applies to "software" for commodities in ECCN 0A505.a and .x and equipment in ECCN 0B505.a and .x | RS Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| AT applies to "software" for commodities in ECCN 0A505.a, .d, or .x and equipment in ECCN 0B505.a, .d, or .x | AT Column 1 |

WASHSTATEC005289

[December 26, 2013]

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

    *CIV*: N/A

    *TSR*: N/A

**Special conditions for STA**

    *STA*: Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used for any "software" in 0D505.

**List of Items Controlled**

    *Related Controls*: "Software" required for and directly related to articles enumerated in USML Category III is "subject to the ITAR".

    *Related Definitions*: N/A

    *Items*: The list of items controlled is contained in this ECCN heading.

46

    50. In Supplement No. 1 to part 774, Category 0, add, between the entries for ECCNs 0D521 and 0D604, an entry for ECCN 0D602 to read as follows:

WASHSTATEC005290

[December 20, 2013]

**0D602** "Software" "specially designed" for the "development," "production," operation or maintenance of commodities controlled by 0A602 or 0B602 as follows (see List of Items Controlled).

**License Requirements**

*Reason for Control:* NS, RS, UN, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to entire entry | NS Column 1 |
| RS applies to entire entry | RS Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| AT applies to entire entry | AT Column 1 |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

*CIV*: N/A

*TSR*: N/A

**Special conditions for STA**

*STA*:   Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used for any item in 0D602.

76

WASHSTATEC005291

Formatted: Header, Left

Formatted: Font: 11 pt, Not Italic

**List of Items Controlled**

Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double

*Related Controls*:  (1) "Software" required for and directly related to articles enumerated in USML Category II is "subject to the ITAR".   (2) See ECCN 0A919 for foreign-made "military commodities" that incorporate more than a *de minimis* amount of U.S.-origin "600 series" items.

*Related Definitions*:  N/A

*Items*:   "Software" "specially designed" for the "development," "production," operation, or maintenance of commodities controlled by ECCN 0A602 and ECCN 0B602.

~~47.~~

51.  In Supplement No. 1 to part 774, Category 0, remove ECCN 0E018.

Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double

~~48~~

52.  In Supplement No. 1 to part 774, Category 0, add, between the entries for ECCNs 0E001 and 0E521, entries for ECCNs 0E501, 0E502, 0E504, and 0E505 to read as follows:

Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double

**0E501 "Technology" "required" for the "development," "production," operation, installation, maintenance, repair, or overhaul of commodities controlled by 0A501 or 0B501 as follows (see List of Items Controlled).**

Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double

Formatted: Centered

77

*[December 20, 2013]*

**License Requirements**

    *Reason for Control*: NS, RS, UN, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to entire entry | NS Column 1 |
| RS applies to entire entry | RS Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| AT applies to entire entry | AT Column 1 |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

    *CIV*:  N/A

    *TSR*:  N/A

**Special conditions for STA**

    *STA*:  Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used to ship any "technology" in ECCN 0E501.

**List of Items Controlled**

WASHSTATEC005293

{December 26, 2013}

*Related Controls*:  Technical data required for and directly related to articles enumerated in USML Category I are "subject to the ITAR."

*Related Definitions*: N/A

*Items*:

a.       "Technology" "required" for the "development" or "production" of commodities controlled by ECCN 0A501 (other than 0A501.y) or 0B501.

b.       "Technology" "required" for the operation, installation, maintenance, repair, or overhaul of commodities controlled by ECCN 0A501 (other than 0A501.y) or 0B501.

**0E502  "Technology" "required" for the "development" or "production" of commodities controlled by 0A502.**

**License Requirements**

*Reason for Control*:  CC, UN

| Controls | Country Chart (See Supp. No. 1 part 738) |
|---|---|
| CC applies to entire entry | CC Column 1 |
| UN applies to entire entry | See § 746.1(b) of the EAR for UN controls |

WASHSTATEC005294

Formatted: Header, Left
Formatted: Font: 11 pt, Not Italic

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double
Formatted: Font: Bold

*CIV:* N/A

*TSR:* N/A

**List of Items Controlled**

Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double

*Related Controls*: Technical data required for and directly related to articles enumerated in USML Category I are "subject to the ITAR".

*Related Definitions*: N/A

*Items*: The list of items controlled is contained in the ECCN heading.

**0E504 ''Technology'' ''required'' for the ''development'' or ''production'' of commodities controlled by 0A504 that incorporate a focal plane array or image intensifier tube.**

Formatted: Space Before: 12 pt, After: 12 pt, Line spacing: Double

**License Requirements**

*Reason for Control:* RS, UN, AT

| *Controls* | *Country Chart (See Supp. No. 1 part 738)* |
|---|---|
| RS applies to entire entry | RS Column 1 |

Formatted: Line spacing: Double
Formatted: Line spacing: Double
Formatted: Centered

*December 20, 2018*

| UN applies to entire entry | See § 746.1(b) of the EAR for UN controls |
|---|---|
| AT applies to entire entry | AT Column 1 |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

*CIV:*   N/A

*TSR:*   N/A

**List of Items Controlled**

*Related Controls*: N/A

*Related Definitions*: N/A

*Items*: The list of items controlled is contained in the ECCN heading.

**0E505 "Technology" "required" for the "development," "production," operation, installation, maintenance, repair, overhaul, or refurbishing of commodities controlled by 0A505.**

**License Requirements**

*Reason for Control:* NS, RS, UN, CC, AT

WASHSTATEC005296

*[December 26, 2013]*

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to "technology" for "development," "production," operation, installation, maintenance, repair, overhaul, or refurbishing commodities in 0A505.a and .x; for equipment for those commodities in 0B505; and for "software" for that equipment and those commodities in 0D505 | NS Column 1 |
| RS applies to entire entry except "technology" for "development," "production," operation, installation, maintenance, repair, overhaul, or refurbishing commodities in 0A505.a and .x; for equipment for those commodities in 0B505 and for "software" for those commodities and that equipment in 0D505 | RS Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| CC applies to "technology" for the "development" or "production" of commodities in 0A505.b | CC Column 1 |
| AT applies to "technology" for "development," "production," operation, | AT Column 1 |

82

WASHSTATEC005297

December 26, 2013

| | |
|---|---|
| installation, maintenance, repair, overhaul, or refurbishing commodities in 0A505.a, .d, and .x | |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

    *CIV*:  N/A

    *TSR*:  N/A

**Special conditions for STA**

    *STA*:  Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used for any "technology" in 0E505.

**List of Items Controlled**

    *Related Controls*:  Technical data required for and directly related to articles enumerated in USML Category III are "subject to the ITAR".

    *Related Definitions*: N/A

    *Items*: The list of items controlled is contained in this ECCN heading.

49

WASHSTATEC005298

[December 26, 2013]

53.  In Supplement No. 1 to part 774, Category 0, add, between the entries for ECCNs 0E521 and 0E604, an entry for ECCN 0E602:

**0E602  "Technology" "required" for the "development," "production," operation, installation, maintenance, repair, overhaul, or refurbishing of commodities controlled by 0A602 or 0B602, or "software" controlled by 0D602 as follows (see List of Items Controlled).**

**License Requirements**

*Reason for Control*: NS, RS, UN, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to entire entry | NS Column 1 |
| RS applies to entire entry | RS Column 1 |
| UN applies to entire entry | See § 746.1 of the EAR for UN controls |
| AT applies to entire entry | AT Column 1 |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

*CIV*:  N/A

*TSR*:  N/A

WASHSTATEC005299

*[December 20, 2013]*

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

**Special conditions for STA**

**Formatted:** Space Before: 12 pt, After: 12 pt, Line spacing: Double

*STA*:  Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used for any item in 0E602.

**List of Items Controlled**

**Formatted:** Space Before: 12 pt, After: 12 pt, Line spacing: Double

*Related Controls*:  Technical data directly related to articles enumerated in USML Category II are "subject to the ITAR."

*Related Definitions*: N/A

*Items*:  "Technology" "required" for the "development," "production," operation, installation, maintenance, repair, or overhaul of commodities controlled by ECCN 0A602 or 0B602, or "software" controlled by ECCN 0D602.

**Supplement No. 1 to Part 774 – [AMENDED]**

**Formatted:** Space Before: 12 pt, After: 12 pt, Line spacing: Double

~~50~~54.  In Supplement No. 1 to part 774, Category 0, remove ECCN 0E918.

~~51~~

~~55~~.  In Supplement No. 1 to part 774, Category 0, revise ECCN 0E982 to read as follows.

**Formatted:** Font: Bold

**Formatted:** Indent: First line:  0", Space Before:  12 pt, After:  12 pt, Line spacing:  Double

**Formatted:** Centered

85

WASHSTATEC005300

0E982 "Technology" exclusively for the "development" or "production" of equipment controlled by 0A982 or 0A503.

**License Requirements**

> *Reason for Control:*   CC

| Control(s) |
|---|
| CC applies to "technology" for items controlled by 0A982 or 0A503.  A license is required for ALL destinations, except Canada, regardless of end use.  Accordingly, a column specific to this control does not appear on the Commerce Country Chart.  (See part 742 of the EAR for additional information.) |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

> *CIV:*   N/A
>
> *TSR:*   N/A

**List of Items Controlled**

> *Related Controls*: N/A
>
> *Related Definitions*: N/A
>
> *Items:*

86

WASHSTATEC005301

The list of items controlled is contained in the ECCN heading.

**Supplement No. 1 to Part 774 – [AMENDED]**

§256. In Supplement No. 1 to part 774, Category 0, remove ECCNs 0E984 and 0E987.

§3

§2. In Supplement No. 1 to part 774, Category 1, revise ECCN 1A984 to read as follows:

**1A984   Chemical agents, including tear gas formulation containing 1 percent or less of orthochlorobenzalmalononitrile (CS), or 1 percent or less of chloroacetophenone (CN), except in individual containers with a net weight of 20 grams or less; liquid pepper except when packaged in individual containers with a net weight of 3 ounces (85.05 grams) or less; smoke bombs; non-irritant smoke flares, canisters, grenades and charges; and other pyrotechnic articles (excluding shotgun shells, unless the shotgun shells contain only chemical irritants) having dual military and commercial use, and "parts" and "components" "specially designed" therefor, n.e.s.**

**License Requirements**

*Reason for Control*:  CC

87

*[December 20, 2018]*

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| CC applies to entire entry | CC Column 1 |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

*LVS:*   N/A

*GBS:*   N/A

*CIV:*   N/A

**List of Items Controlled**

*Related Controls*: N/A

*Related Definitions*: N/A

*Items*:

The list of items controlled is contained in the ECCN heading.

*54*

55.  In Supplement No. 1 to part 774, Category 2, revise ECCN 2B004 to read as follows:

**2B004 Hot "isostatic presses" having all of the characteristics described in the List of Items Controlled, and "specially designed" "components" and "accessories" therefor.**

WASHSTATEC005303

*December 26, 2012*

**License Requirements**

*Reason for Control*:  NS, MT NP, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to entire entry | NS Column 2 |
| MT applies to entire entry | MT Column 1 |
| NP applies to entire entry, except 2B004.b.3 and presses with maximum working pressures below 69 MPa | NP Column 1 |
| AT applies to entire entry | AT Column 1 |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

*LVS*:   N/A

*GBS*:   N/A

*CIV:*   N/A

**List of Items Controlled**

*Related Controls*:  (1) See ECCN 2D001 for software for items controlled under this entry.

(2) See ECCNs 2E001 ("development"), 2E002 ("production"), and 2E101 ("use") for technology for items controlled under this entry. (3) For "specially designed" dies, molds and tooling, see ECCNs ~~1B001~~ 0B501, 0B602, 0B606, ~~1D003~~ 9B004, and 9B009.  (4) For

89

WASHSTATEC005304

*December 20, 2013*

**Formatted:** Header, Left
**Formatted:** Font: 11 pt, Not Italic

additional controls on dies, molds and tooling, see ECCNs 1B101.d, 2B104, and 2B204.  (5) Also see ECCNs 2B117 and 2B999.a.

*Related Definitions*: N/A

*Items*:

a. A controlled thermal environment within the closed cavity and possessing a chamber cavity with an inside diameter of 406 mm or more; *and*

b. Having any of the following:

b.1. A maximum working pressure exceeding 207 MPa;

b.2. A controlled thermal environment exceeding 1,773 K (1,500 °C); *or*

b.3. A facility for hydrocarbon impregnation and removal of resultant gaseous degradation products.

*Technical Note:   The inside chamber dimension is that of the chamber in which both the working temperature and the working pressure are achieved and does not include fixtures. That dimension will be the smaller of either the inside diameter of the pressure chamber or the inside*

WASHSTATEC005305

*December 20, 2013*

diameter of the insulated furnace chamber, depending on which of the two chambers is located inside the other.

55

59. In Supplement No. 1 to part 774, Category 2, revise ECCN 2B018 to read as follows:

**2B018  Equipment on the Wassenaar Arrangement Munitions List.**

No commodities currently are controlled by this entry.  Commodities formerly controlled by paragraphs .a through .d, .m, and .s of this entry are controlled in ECCN 0B606.  Commodities formerly controlled by paragraphs .e through .l of this entry are controlled by ECCN 0B602. Commodities formerly controlled by paragraphs .o through .r of this entry are controlled by ECCN 0B501.  Commodities formerly controlled by paragraph .n of this entry are controlled in ECCN 0B501 if they are "specially designed" for the "production" of the items controlled in ECCN 0A501.a through .x or USML Category I and controlled in ECCN 0B602 if they are of the kind exclusively designed for use in the manufacture of items in ECCN 0A602 or USML Category II.

56

60. In Supplement No. 1 to part 774, Category 2, revise ECCN 2D018 to read as follows:

**2D018 "Software" for the "development," "production," or "use" of equipment controlled by 2B018.**

WASHSTATEC005306

No software is currently controlled under this entry.  See ECCNs 0D501, 0D602, and 0D606 for software formerly controlled under this entry.

§7

61.  In Supplement No. 1 to part 774, Category 2, revise ECCN 2E001 to read as follows:

**2E001 "Technology" according to the General Technology Note for the "development" of equipment or "software" controlled by 2A (except 2A983, 2A984, 2A991, or 2A994), 2B (except 2B991, 2B993, 2B996, 2B997, 2B998, or 2B999), or 2D (except 2D983, 2D984, 2D991, 2D992, or 2D994).**

**License Requirements**

*Reason for Control*:  NS, MT, NP, CB, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to "technology" for items controlled by 2A001, 2B001 to 2B009, 2D001 or 2D002 | NS Column 1 |
| MT applies to "technology"  for items controlled by  2B004, 2B009, 2B104, 2B105, 2B109, 2B116, 2B117, 2B119 to 2B122, 2D001, or 2D101 for MT reasons | MT Column 1 |

92

| | |
|---|---|
| NP applies to "technology" for items controlled by 2A225, 2A226, 2B001, 2B004, 2B006, 2B007, 2B009, 2B104, 2B109, 2B116, 2B201, 2B204, 2B206, 2B207, 2B209, 2B225 to 2B233, 2D001, 2D002, 2D101, 2D201, or 2D202 for NP reasons | NP Column 1 |
| NP applies to "technology" for items controlled by 2A290, 2A291, or 2D290 for NP reasons | NP Column 2 |
| CB applies to "technology" for equipment controlled by 2B350 to 2B352, valves controlled by 2A226 having the characteristics of those controlled by 2B350.g, and software controlled by 2D351 | CB Column 2 |
| AT applies to entire entry | AT Column 1 |

Reporting Requirements

    See § 743.1 of the EAR for reporting requirements for exports under License Exceptions, and Validated End-User authorizations.

Reporting Requirements

93

WASHSTATEC005308

~~See § 743.1 of the EAR for reporting requirements for exports under License Exceptions, and Validated End-User authorizations.~~

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

*CIV:*   N/A

*TSR:*   Yes, except N/A for MT

**Special Conditions for STA**

*STA:*   License Exception STA may not be used to ship or transmit "technology" according to the General Technology Note for the "development" of "software" specified in the License Exception STA paragraph in the License Exception section of ECCN 2D001 or for the "development" of equipment as follows: ECCN 2B001 entire entry; or "Numerically controlled" or manual machine tools as specified in 2B003 to any of the destinations listed in Country Group A:6 (See Supplement No.1 to part 740 of the EAR).

**List of Items Controlled**

*Related Controls*: See also 2E101, 2E201, and 2E301

*Related Definitions*: N/A

*Items*:

94

WASHSTATEC005309

*[December 20, 2013]*

The list of items controlled is contained in the ECCN heading.

*Note 1 to 2E001:  ECCN 2E001 includes "technology" for the integration of probe systems into coordinate measurement machines specified by 2B006.a.*

58

62. In Supplement No. 1 to part 774, Category 2, revise ECCN 2E002 to read as follows:

**2E002 "Technology" according to the General Technology Note for the "production" of equipment controlled by 2A (except 2A983, 2A984, 2A991, or 2A994), or 2B (except 2B991, 2B993, 2B996, 2B997, 2B998, or 2B999).**

**License Requirements**

*Reason for Control:*  NS, MT, NP, CB, AT

| Control(s) | Country Chart (See Supp. No. 1 to part 738) |
|---|---|
| NS applies to "technology" for equipment controlled by 2A001, 2B001 to 2B009 | NS Column 1 |
| MT applies to "technology"   for   equipment controlled by 2B004, 2B009, 2B104, 2B105, 2B109, 2B116, 2B117, or 2B119 to 2B122 for MT reasons | MT Column 1 |

95

WASHSTATEC005310

[December 20, 2013]

| | |
|---|---|
| NP applies to "technology" for equipment controlled by 2A225, 2A226, 2B001, 2B004, 2B006, 2B007, 2B009, 2B104, 2B109, 2B116, 2B201, 2B204, 2B206, 2B207, 2B209, 2B225 to 2B233 for NP reasons | NP Column 1 |
| NP applies to "technology" for equipment controlled by 2A290 or 2A291 for NP reasons | NP Column 2 |
| CB applies to "technology" for equipment Controlled by 2B350 to 2B352 and for valves controlled by 2A226 having the characteristics of those controlled by 2B350.g | CB Column 2 |
| AT applies to entire entry | AT Column 1 |

Reporting Requirements

See § 743.1 of the EAR for reporting requirements for exports under License Exceptions, and Validated End-User authorizations.Reporting Requirements

See § 743.1 of the EAR for reporting requirements for exports under License Exceptions, and Validated End-User authorizations.

WASHSTATEC005311

[December 20, 2018]

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

*CIV:*   N/A

*TSR:*   Yes, except N/A for MT

**Special Conditions for STA**

*STA:*   License Exception STA may not be used to ship or transmit "technology" according to the General Technology Note for the "production" of equipment as follows: ECCN 2B001 entire entry; or "Numerically controlled" or manual machine tools as specified in 2B003 to any of the destinations listed in Country Group A:6 (See Supplement No.1 to part 740 of the EAR).

**List of Items Controlled**

*Related Controls*: N/A

*Related Definitions*: N/A

*Items*:

The list of items controlled is contained in the ECCN heading.

59.

63. In Supplement No. 1 to part 774, Category 7, revise ECCN 7A611 to read as follows:

WASHSTATEC005312

*[December 20, 2012]*

**7A611  Military fire control, laser, imaging, and guidance equipment, as follows (see List of Items Controlled).**

**License Requirements**

*Reason for Control*: NS, MT, RS, AT, UN

| *Control(s)* | *Country Chart (See Supp. No. 1 to part 738).* |
|---|---|
| NS applies to entire entry except 7A611.y | NS Column 1 |
| MT applies to commodities in 7A611.a that meet or exceed the parameters in 7A103.b or .c | MT Column 1 |
| RS applies to entire entry except 7A611.y | RS Column 1 |
| AT applies to entire entry | AT Column 1 |
| UN applies to entire entry except 7A611.y | See § 746.1(b) of the EAR for UN controls |

**List Based License Exceptions (See Part 740 for a description of all license exceptions)**

*LVS*: $1500

*GBS*: N/A

*CIV*: N/A

WASHSTATEC005313

*[December 20, 2013]*

**Formatted:** Header, Left

**Formatted:** Font: 11 pt, Not Italic

**Special Conditions for STA**

**Formatted:** Line spacing: Double, No widow/orphan control

*STA:* Paragraph (c)(2) of License Exception STA (§ 740.20(c)(2) of the EAR) may not be used for any item in 7A611.

**List of Items Controlled**

**Formatted:** Space Before: 12 pt, After: 12 pt, Line spacing: Double

*Related Controls*: (1) Military fire control, laser, imaging, and guidance equipment that are enumerated in USML Category XII, and technical data (including software) directly related thereto, are subject to the ITAR. (2) See Related Controls in ECCNs 0A504, 2A984, 6A002, 6A003, 6A004, 6A005, 6A007, 6A008, 6A107, 7A001, 7A002, 7A003, 7A005, 7A101, 7A102, and 7A103. (3) See ECCN 3A611 and USML Category XI for controls on countermeasure equipment. (4) See ECCN 0A919 for foreign-made "military commodities" that incorporate more than a *de minimis* amount of U.S. origin "600 series" controlled content.

*Related Definitions*: N/A

*Items*:

a. Guidance or navigation systems, not elsewhere specified on the USML, that are "specially designed" for a defense article on the USML or for a 600 series item.

b. to w. [RESERVED]

x. "Parts," "components," "accessories," and "attachments," including accelerometers, gyros, angular rate sensors, gravity meters (gravimeters), and inertial measurement units (IMUs), that are "specially designed" for defense articles controlled by USML Category XII or items controlled by 7A611, and that are NOT:

**Formatted:** Centered

WASHSTATEC005314

*December 20, 2018*

1. Enumerated or controlled in the USML or elsewhere within ECCN 7A611;

2. Described in ECCNs 6A007, 6A107, 7A001, 7A002, 7A003, 7A101, 7A102, or 7A103; or

3. Elsewhere specified in ECCN 7A611.y or 3A611.y.

y. Specific "parts," "components," "accessories," and "attachments" "specially designed" for a commodity subject to control in this ECCN or a defense article in Category XII and not elsewhere specified on the USML or in the CCL, as follows, and "parts," "components," "accessories," and "attachments" "specially designed" therefor:

      y.1 [RESERVED]

Dated:

Richard E. Ashooh

*Assistant Secretary for Export Administration*

WASHSTATEC005315

| Page 1: [1] Formatted | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Header, Left

| Page 1: [2] Formatted | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Font: 11 pt, Not Italic

| Page 1: [3] Formatted | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Centered

| Page 1: [4] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

msonormal

| Page 1: [5] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Colorful List - Accent 11

| Page 1: [6] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Footnote Reference: Superscript

| Page 1: [7] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Footnote Text

| Page 1: [8] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Rule Notice 2

| Page 1: [9] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Normal (Web): Font:

| Page 1: [10] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

fp

| Page 1: [11] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

fp-1

| Page 1: [12] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

fp-2

| Page 1: [13] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Medium Grid 25

| Page 1: [14] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Medium Grid 24

| Page 1: [15] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Medium Grid 23

WASHSTATEC005316

| Page 1: [16] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Medium Grid 22

| Page 1: [17] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Medium Grid 211

| Page 1: [18] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Medium Grid 21: Font:

| Page 1: [19] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

No Spacing11

| Page 1: [20] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

List Paragraph: Font: Add space between paragraphs of the same style, Line spacing:  single

| Page 1: [21] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

No Spacing: Font: (Default) Calibri, 11 pt

| Page 1: [22] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Revision: Font:

| Page 1: [23] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

No Spacing2

| Page 1: [24] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Medium List 2 - Accent 21

| Page 1: [25] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Plain Text: Font:

| Page 1: [26] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Hyperlink

| Page 1: [27] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

No Spacing1

| Page 1: [28] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Comment Subject: Font:

| Page 1: [29] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Comment Text: Font:

| Page 1: [30] Style Definition | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Comment Reference

WASHSTATEC005317

| Page 1: [31] Style Definition | Update | 11/14/2019 11:25:00 AM |

Footer: Font: (Default) Calibri, 11 pt, Widow/Orphan control, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

| Page 1: [32] Style Definition | Update | 11/14/2019 11:25:00 AM |

Header: Font: (Default) Calibri, 11 pt, Widow/Orphan control, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

| Page 1: [33] Style Definition | Update | 11/14/2019 11:25:00 AM |

Balloon Text: Font: Widow/Orphan control, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

| Page 1: [34] Style Definition | Update | 11/14/2019 11:25:00 AM |

Medium Grid 1 - Accent 21

| Page 1: [35] Style Definition | Update | 11/14/2019 11:25:00 AM |

Heading 2

| Page 1: [36] Style Definition | Update | 11/14/2019 11:25:00 AM |

Heading 1

| Page 1: [37] Style Definition | Update | 11/14/2019 11:25:00 AM |

Normal: Font: (Default) Calibri, 11 pt, Space After:  10 pt, Widow/Orphan control, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

| Page 1: [38] Formatted | Update | 11/14/2019 11:25:00 AM |

Font: Times New Roman, 12 pt, Bold

| Page 1: [39] Formatted | Update | 11/14/2019 11:25:00 AM |

No Spacing1, Space Before:  12 pt, After:  12 pt, Add space between paragraphs of the same style, Line spacing:  Double

| Page 1: [40] Formatted | Update | 11/14/2019 11:25:00 AM |

Do not suppress endnotes, Footer distance from edge:  0.5"

| Page 1: [41] Formatted | Update | 11/14/2019 11:25:00 AM |

Font: Times New Roman, 12 pt

| Page 1: [42] Formatted | Update | 11/14/2019 11:25:00 AM |

Add space between paragraphs of the same style, Line spacing:  Double

| Page 1: [43] Formatted | Update | 11/14/2019 11:25:00 AM |

Normal, Line spacing:  single

| Page 1: [44] Formatted | Update | 11/14/2019 11:25:00 AM |

WASHSTATEC005318

Font: Bold

| Page 1: [45] Formatted | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Space Before:  12 pt, After:  12 pt, Line spacing:  Double

| Page 1: [46] Formatted | Update | 11/14/2019 11:25:00 AM |
|---|---|---|

Font: Bold

WASHSTATEC005319

Message

| | |
|---|---|
| **From:** | Marquis, Matthew R [MarquisMR@state.gov] |
| **Sent:** | 11/14/2019 7:13:29 PM |
| **To:** | PM-DTCP-Tasking-DL [PM-DTCP-Tasking-DL@state.gov] |
| **CC:** | PM-CPA [PM-CPA@state.gov]; Miller, Michael F [Millermf@state.gov] |
| **Subject:** | CPA Media Monitoring: Giffords: Giffords Condemns Trump Administration Proposal to Deregulate the Oversight of Firearm Exports |



**Giffords Condemns Trump Administration Proposal to Deregulate the Oversight of Firearm Exports**
**Press Release**
**13 November 2019**

Giffords, the gun safety organization founded by former Congresswoman Gabrielle Giffords, responded to the Trump Administration's renewed efforts to loosen restrictions on the export of firearms. Ignoring continued opposition, the White House is finalizing a proposal to deregulate firearm exports by moving oversight on the sale of firearms and ammunition to foreign actors and entities from the US State Department's US Munitions List (USML) to the US Department of Commerce's Control List (CCL), where the rules regarding these transactions are weaker. Just yesterday, a federal court found the administration's first attempt to deregulate oversight unlawful, but rather than reverse course the Trump Administration has evidently doubled down on this dangerous proposal.

**Statement from Robin Lloyd, managing director at Giffords:**

"The Trump Administration's reckless proposal poses a grave threat to public safety everywhere. Firearms are a dangerous export that can spark further instability in places where people are already suffering. It's why there is an established process of congressional oversight and State Department expertise over small arms deals. Making this change will make it easier for gun manufacturers to complete their sales while making it more likely a dictator will use American firearms to oppress their own people. This White House clearly is more concerned with appeasing the gun lobby than making it harder for exported firearms to contribute to international violence and crime."

**Background on the Trump Administration Proposal**

Presidents have traditionally exercised their authority to control the export of "defense articles," including most firearms and ammunition, through the State Department. Past administrations have done so by including all handguns, rifles and short-barreled shotguns, and certain kinds of ammunition on the US Munitions List (USML). The proposed regulation would move many of these weapons from the USML to the Commerce Department's Commerce Control List (CCL). Besides physical guns themselves, the technical data regarding firearms—including the code for 3D printing guns—is currently on the USML. Posting this code online constitutes an export of that technical data.

By moving these items onto the CCL, the proposed regulation would reduce State Department and congressional oversight regarding gun exports, and would eliminate protections that prevent exported firearms from falling into the hands of human rights abusers and international criminal organizations. Giffords is disappointed by this move to subject dangerous firearms, including military-style assault weapons, to this weaker set of export regulations.

Link: https://giffords.org/press-release/2019/11/trump-firearms-exports-2/

**Matthew Marquis**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

Phone:      202.647.6968

e-mail:      *MarquisMR@state.gov* |   Web: *PM Homepage* |Twitter: *@StateDeptPM*

Stay connected with *State.gov*:



**Official**
UNCLASSIFIED

WASHSTATEC005321

Message

**From:** Jim Bartlett, Full Circle Compliance ("FCC") [jebartlett@fullcirclecompliance.eu]
**Sent:** 11/14/2019 8:52:48 PM
**To:** minarichcm@state.gov
**Subject:** 19-1114 Thursday "Daily Bugle"



## Thursday, 14 November 2019

### ITEMS FROM FEDERAL REGISTER

[No items of interest today.]

### OTHER GOVERNMENT SOURCES

1. Items Scheduled for Publication in Future Federal Register Editions
2. Commerce/BIS: (No new postings.)
3. State/DDTC: (No new postings.)

### NEWS

4. Defense News: "US Air Force's New International Affairs Chief Lays Out Her Goals"
5. Expeditors News: "EU Publishes Revised Combined Common Customs Tariff and Statistical Nomenclature"
6. Spokesman-Review: "Seattle Judge Keeps Ban on Internet Sales of 3D-Printed Gun Plans"

### COMMENTARY

7. Meyer Brown: "UK Government Remains Committed to Adopting New National Security Review Legislation"
8. Impex: "Implementing Documentation Compliance as an Important Need of International Trade"
9. M. Bell: "Managing Export Controls and Sanctions: It's About Who You Know and What You Know"
10. Spectator: "The Crisis in Arms Control: What Crisis?"
11. O. Gonzalez: "The October 2019 Customs Broker Exam Was A Debacle For CBP"

### EX/IM TRAINING EVENTS & CONFERENCES

12. ECS Presents "Mastering ITAR/EAR Challenges Seminar" on 21-22 Apr in New Orleans, LA

### EDITOR'S NOTES

13. Bartlett's Unfamiliar Quotations
14. Are Your Copies of Regulations Up to Date? Latest Amendments: DHS/Customs
    (5 Apr 2019), DOC/EAR (13 Nov 2019), DOC/FTR (24 Apr 2018), DOD/NISPOM
    (18 May 2016), DOE/AFAEC (23 Feb 2015), DOE/EINEM (20 Nov 2018), DOJ/ATF
    (14 Mar 2019), DOS/ITAR (30 Aug 2019), DOT/FACR/OFAC (9 Sep 2019),
    HTSUS (3 Sep 2019)
15. Weekly Highlights of the Daily Bugle Top Stories

## ITEMS FROM TODAY'S FEDERAL REGISTER

[No items of interest today.]

* * * * * * * * * * * * * * * * * * * * *

back to top

## OTHER GOVERNMENT SOURCES

1. Items Scheduled for Publication in Future Federal Register Editions
(Source: Federal Register)

back to top

* * * * * * * * * * * * * * * * * * * * *

2. Commerce/BIS: (No new postings.)
(Source: Commerce/BIS)

back to top

* * * * * * * * * * * * * * * * * * * * *

WASHSTATEC005323

## 3. State/DDTC: (No new postings.)
(Source: State/DDTC)

back to top

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

**NEWS**

## 4. Defense News: "US Air Force's New International Affairs Chief Lays Out Her Goals"
(Source: Defense News, 13 Nov 2019.) [Excerpts.]

The U.S. Air Force is the only American military service to have a designated headquarters office, led by a senior official, with the specific purpose of guiding foreign policy and helping broker arms sales. And that international affairs office, known as SAF/IA, has been through some big changes lately. Chief of those is its new leader, Kelli Seybolt, a career civil servant who became Deputy Undersecretary of the Air Force for International Affairs in April, after the departure of longtime SAF/IA boss Heidi Grant. ...

**One of the Trump administration's major priorities is export reform, particularly for unmanned aerial systems. How have the changes impacted the Air Force's ability to export drones?**

Aside from the U.S. export control processes, remotely piloted aircraft (RPA) exports are subject to the Missile Technology Control Regime (MTCR). While recognizing RPA exports are subject to additional review, the U.S. Air Force has taken the lead in developing a "commoditized" version of the MQ-9. This solution will allow us to quickly provide interested customers with projections for cost and schedule of a predefined standard configuration of MQ-9.

WASHSTATEC005324

If a customer requests a unique capability, such as a nonstandard sensor, the U.S. Air Force will go through the formal process of delivering cost estimates for the development, integration and testing of that sensor. These tailor-made upgrades will inherently extend the developmental process of a sale and likely impact cost and delivery times.

According to Seybolt, "for partners who prefer off-the-shelf solutions, the commoditized option will allow the U.S. Air Force to deliver the most relevant capabilities more rapidly. Commoditization of high-demand systems ensures systematic policy hurdles are overcome in advance of the customer requests, making us more responsive to our partners." ...

<div align="right">

back to top
</div>

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## 5. Expeditors News: "EU Publishes Revised Combined Common Customs Tariff and Statistical Nomenclature"
(Source: Expeditors News, 13 Nov 2019.)

On October 9, 2019, the European Union (EU) published the Implementing Regulation (EU) 2019/1776 amending Annex I to Council Regulation (EEC) No 2658/87 and establishing the Combined Nomenclature for the EU. This new edition will fully replace the current text of the Combined Nomenclature (CN), effective January 1, 2020.

The Combined Nomenclature is drawn up to meet the requirements of the Common Customs Tariff and the Statistical Nomenclature of the EU. The amendment is necessary to keep the Common Customs Tariff in line with the external trade policy objectives of the EU, to remain aligned to international agreements and to, where necessary, adapt its structure to meet modernization.

More information can be found in the Regulation (EU) 2019/1776.

<div align="right">

back to top
</div>

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## 6. Spokesman-Review: "Seattle Judge Keeps Ban on Internet Sales of 3D-Printed Gun Plans"
(Source: Spokesman-Review, Spokane, WA, 12 Nov 2019) [Excerpts.]

Computer programs to make plastic guns with a 3D printer have to stay off the internet, at least for now, because the Trump administration failed to follow proper procedures for changing the rules that currently keep them offline, a federal judge in Seattle ruled Tuesday.

U.S. District Judge Robert Lasnik [appointed by President Clinton in 1998] agreed with Washington State and 18 other states that the way the U.S. State Department tried to lift the ban on internet sales of the plans was arbitrary, not

WASHSTATEC005325

supported by evidence, and a violation of the federal Administrative Procedures Act. That federal law governs the steps an agency must take when changing rules.

"The agency has simply abandoned, without acknowledgment or analysis, its previous position" that 3D-printed weapons posed unique threats to world peace, national security and foreign policy, the judge wrote. "Because it is arbitrary and capricious to ignore the contradiction in these circumstances, the agency action must be invalidated."

In 2013, the State Department said the Arms Export Control Act gave it the authority to restrict the posting of computer-assisted design files that can be used to make guns with a 3D printer. It ordered a Texas company, Defense Distributed, which had posted those files, to remove them.  Eventually, Defense Distributed filed a lawsuit in Texas, contending among other things the rule was prior restraint on gun-related speech. The State Department countered that allowing the files on the internet would result in "the production of plastic firearms that are fully operable and virtually undetectable by conventional security measures, that their use to commit terrorism, piracy, assassinations, or other serious crimes would cause serious and long-lasting harm."

A judge in Texas denied the company's request for an injunction, and the circuit court of appeals agreed. In April 2018, the Federal government asked to dismiss the case, continuing to cite the need to ensure "articles useful for warfare or terrorism are not shipped from the United States." But later that month, the federal government and Defense Distributed reached a tentative settlement that would allow the company to publish the files. The government announced a temporary modification of the rules under export law would take place at the end of July.

"No findings of fact or other statements are provided in the settlement that address, much less invalidate, the federal government's prior analysis," Lasnik said.  While the Trump administration has the authority to propose the change, it didn't adequately notify Congress of its plans before announcing the change last year, he said. It didn't offer a reason for the change or respond to public comments raising concerns. It justified the change by saying it wasn't worried about firearms below .50 caliber or the kind that are readily available at stores.  That's not a reasoned explanation, he said.

With Washington Attorney General Bob Ferguson's office as the lead plaintiff, states sued to block the settlement before it took effect. After a hearing in his Seattle courtroom, Lasnik said his job wasn't to decide the larger issues behind the potential danger of 3D guns, adding, "I wish the legislative and executive branches would step up to this."  His job was to decide whether the federal agencies followed the rules to make the change. Tuesday, he ruled it hadn't, and struck down the temporary rule change based on the tentative settlement. He declined, however, to issue an order preventing the federal government from issuing another temporary modification without warning. There's no indication they are preparing to do that, he said.

Ferguson said it was "baffling" that the administration worked so hard to

WASHSTATEC005326

defend a rule that would allow access to untraceable, undetectable guns: "Even the president himself said in a tweet that this decision didn't make any sense -- one of the rare instances when I agreed with him." . . .

Since the temporary rule change was announced, and the state's lawsuit was filed, the Legislature passed a law banning guns made by 3D printers. It's a felony to make, own, buy, or sell such a weapon without government authorization, and an extra felony that can be charged for selling such a gun to a person ineligible to possess a firearm.

back to top

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COMMENTARY

## 7. Myer Brown: "UK Government Remains Committed to Adopting New National Security Review Legislation"
(Source: Mayer Brown, 13 Nov 2019.) [Excerpt.]

\* Principal Author: David M. Harrison, Esq., dharrison@mayerbrown.com; Mayer Brown.

The UK Government has pledged to adopt legislation to strengthen existing powers to scrutinise and intervene in business transactions in order to protect national security. The proposal was included in the legislative programme put forward by the Government in the Queen's Speech on 14 October 2019, which was approved by Parliament on 24 October 2019. [FN/1]

The proposal confirms the Government's intention to redefine its ability to intervene in transactions on national security grounds, and reflects the contents of a consultation document published under former Prime Minister Theresa May in July 2018 (the "**White Paper**") [FN/2]. It comes shortly after the Government's announcement on 18 September 2019 that it had intervened on national security grounds in respect of Advent International's bid for Cobham plc - on which we commented here. [FN/3]

**The proposal**

Under the proposal, the key elements of the legislation will be threefold:

(1) A notification system - allowing businesses to flag transactions that may give rise to national security concerns to the Government for screening (similar to the US CFIUS process);

(2) Further powers to mitigate risks to national security - by adding conditions to a transaction, blocking a transaction (as a last resort) or imposing sanctions for non-compliance with the regime; and

WASHSTATEC005327

(3) A safeguarding mechanism - allowing business to appeal decisions.

The Government intends the regime to be transparent and applicable across the United Kingdom as a whole, in all sectors of the economy and, crucially, to **all** businesses of any size; this suggests that there will be little room for *de minimis* criteria or safe harbours from scrutiny. However, the Government has sought to assure businesses that it expects to rule out national security risks quickly in most cases, allowing parties to proceed with certainty. To date, the Government has made 10 public interest interventions in transactions on national security grounds since the regime was overhauled in 2002.

back to top

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## 8. Impex: "Implementing Documentation Compliance as an Important Need of International Trade"
(Source: ImpexDocs, 11 Nov 2019.)

International trade is an extremely complex process. The exporting country needs to devise and implement certain rules to ensure that the set standards are met without any compromise. At the same time, there are organizations that are assigned responsibilities to perform multiple checks at different stages to prevent any kind of disobedience with the rules and laws. An important part of the process is export documentation compliance which must be done according to the prescribed procedures.

As an exporter, you need to act responsibly while preparing every important trade documents, failing which may lead to dire consequences like legal actions, penalties, consignment delays, profit losses and blemished business reputation. Here are some important things to know in order to ensure compliant export documents.

### Assign Responsibilities Carefully

You may choose to hire an agent or a person from your organization to supervise the process of export documentation. The person would be ethically and legally responsible for every detail in the documents and also for the documents' accuracy and adherence to the prescribed formats. Make sure to:

- Choose an experienced person who is familiar with export regulations
- Assign the responsibility to the same person for every consignment
- Keep a check that the person understands the documents before signing

It would be great if the person is trained in the entire process as it would help you save time and efforts in a big way.

### Nature And Quality Of Export Goods

The Australian Border Force maintains an elaborated list of prohibited and

WASHSTATEC005328

dangerous goods that are allowed for export through set procedures only. For example, if you want to export Australian native species of plants and animals, you must obtain an export permit from the Department of Environment and Energy.

Likewise, if you want to export plants and animals products from Australia, you must obtain phytosanitary/health certificates from the Department of Agriculture and Water Resources (DAWR). These documents should comply with:

- Australia's Export Control Act of 1982
- Importing country requirements

In order to ensure that these compliance requirements are met, the DAWR implements a procedure of inspecting the goods intended for export. One of the purposes of these inspections is to ensure that the goods are export quality compliant and have been grown, prepared or processed in the recommended environments.

**Compliance With The FTAs**

Preparing documents that are compliant with the Free Trade Agreements (FTAs) between Australia and other countries is in favour of the exporters. These FTAs list goods that can be traded at preferential rates (reduced tariffs) that add to the profits or the exporters. In order to enjoy these benefits, a certificate of origin certifying that the goods intended for export are prepared or manufactured in Australia must be obtained from one of the Chambers of Commerce.

An international trade software can be extremely useful in establishing compliance in the above-mentioned and many other ways. The mistakes that you are probable of committing while following manual documentation can be dramatically reduced with the help of one such tool.

back to top

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## 9. M. Bell: "Managing Export Controls and Sanctions: It's About Who You Know and What You Know"
(Source: JDSupra, 11 Nov 2019.) [Excerpts.]

\* Author: Matt Bell, Esq., matt.bell@fticonsulting.com, FTI Consulting.

*A patchwork of domestic and international regulations has grown trickier to navigate over the past few years. Even the most mindful companies can stumble.*

If you serve in a managerial or advisory role with a company that has foreign operations, suppliers or customers, several familiar phrases have probably caught your attention more often lately. Do "change to the entity list" and "new

WASHSTATEC005329

sanctions announced" sound familiar?

Global policies and norms around the exchange of goods, services and ideas are in flux. Various countries, multinational organizations and multilateral treaties with their own best interests in mind are all attempting to regulate trade between foreign nationals and across international boundaries. This has created an increasingly complex patchwork of disparate and sometimes conflicting rules.

The volume of changes and shifts in enforcement and interpretation of existing laws makes it tricky to navigate the regulatory environment. Accordingly, the risk of companies and their affiliates running afoul of regulators has risen significantly. Even the most seasoned and mindful officers with the best intentions can wind up scratching their heads over how to proceed.

There is light at the end of the tunnel. Those companies that are aware of certain interrelated elements of the regulatory environment and design and implement a robust compliance plan around it can improve their odds of success. ...

back to top

* * * * * * * * * * * * * * * * * *

## 10. Spectator: "The Crisis in Arms Control: What Crisis?"
(Source: Spectator Newsbrief, 12 Nov 2019)  [Summary.]

Arms control appears to be in a state of crisis. .... What crisis are we exactly talking about?

The US and Russia have recently pulled out of the 1987 INF treaty on intermediate nuclear forces, a landmark treaty that paved the way for the end of the Cold War. Even worse, both countries announced the development of spectacular new weapon systems. Meanwhile, ambitious China tries to portray itself as a non-aligned player and refuses to join current arrangements. In a world increasingly characterised by competitiveness rather than restraint, we could be witnessing a crisis in arms control.

People worry about the state of play for arms control and many indicators seem to prove them right. But before determining what lies behind these worries, it is necessary to have a closer look at the very concept of arms control. Absent a universally accepted definition, it may be helpful to establish what we want to talk about when addressing arms control's 'crisis' - and what not.

In essence, arms control concerns efforts to control or limit the number of weapons and the ways in which they can be used in order to preserve, enhance or restore international peace and security. Specifically, it concerns the restriction of the development, production, stockpiling, proliferation, distribution or usage of  weapons.  In August 2019 President Trump officially pulled out of the 1987 INF treaty on intermediate nuclear forces, a landmark treaty that paved the way for the end of the Cold War.  Disarmament and non-

WASHSTATEC005330

proliferation are often mentioned in conjunction with arms control. Although associated, these are separate categories. A similar association is made with Confidence and Security Building Measures (CSBMs), which are instruments that 'contribute to reducing the dangers of armed conflict and of misunderstanding and miscalculation of military activities. Finally, arms control may be coupled with topics such as export control regimes, arrangements concerning arms trade, management or destruction of ammunition stockpiles or trafficking of small arms and light weapons.

Several of the major arms control agreements are essentially about limiting weaponry. This Spectator series therefore focuses on aspects of disarmament and non-proliferation in arms control. Furthermore, whereas the well-known arms control treaties are often about the statics of military capabilities (e.g. numbers, locations), CSBMs rather oversee the dynamics of armed forces (e.g. manoeuvres, exercises).

It therefore seems logical to consider these three areas - disarmament, non-proliferation and CSBMs - together, while leaving the more technical export control and trade regimes aside. ...

<div align="right">back to top</div>

<div align="center">* * * * * * * * * * * * * * * * * * *</div>

## 11. O. Gonzalez: "The October 2019 Customs Broker Exam Was a Debacle for CBP"
(Source:Author)

* Author: Oscar Gonzalez, Esq., oscarg@exportimportlaw.com, <u>Gonzalez, Rolon, Valdespino, Rodriguez, LLC,</u>

Hundreds of people who took the October 2019 customs broker exam studied weeks or months to prepare, but many were still surprised and even traumatized by what awaited them at the exam site which contributed to the low pass rate. It is not uncommon for people that sit for the exam to complain about errors found in the eighty multiple-choice questions of the 4.5 hour exam. While those kind of complaints have arisen, the greater concerns are about the testing conditions and extreme security measures that U.S. Customs and Border Protection (CBP) took. One of our students told us, "I am a former boxer and nothing makes me nervous. But my hands were shaking when I started that exam."

The U.S. Customs Broker exam is given by CBP. Since the exam went electronic in October 2017, CBP has outsourced the exam to private contractors and subcontractors. The private contractor proctors the exam and secures dozens of exam sites across the nation. While the private contractor performs these duties, CBP is ultimately and immediately responsible for any problems and successes with the customs broker exam. Just as CBP will not allow an importer to pawn off responsibility for legal compliance to its customs broker, CBP should not pawn or assign its responsibility for the failures or success of the customs broker exam to private contractors and subcontractors.

WASHSTATEC005331

In administering the October 2019 exam, CBP ignored its own rules. Its Notice of Examination (https://bit.ly/29gI6bo) reads: "Examinees may use any written reference material; however, use of any electronic device during the exam (e.g., laptop, iPad / Nook / Kindle, smart phone, personal digital assistant, smart watch, etc.) is strictly prohibited." Thus people should have been allowed to bring in any written material, but no electronic devices. These are reasonable restrictions and allowances. People often depend on written resources developed and provided by the professional review courses they are enrolled in, like the one from our law firm. Some individuals also develop their own, personalized aids, including flash cards, mnemonics, rulers, and notes. The customs broker exam is open book. If you do not know how to classify goods going into the customs broker exam, there is no cheat sheet that is going to help you pass. Furthermore, CBP had always allowed people to bring with them any and all written material of their own choosing. As for banning electric devices, our students sometimes rely on sand timers, tiny and much cuter versions of the hour glasses. Unless you are Dorothy and your loathing of hour glasses is the Wicked Witch's doing, who could object?  How could you cheat with a sand timer? Apparently some CBP's proctors objected because they deviated from the Notice of Examination and from tradition to ban both written materials and sand timers. Take that, pass rate!

But CBP proctors not only objected to pre-industrial time pieces, they also banned catalog racks that people use to bind the HTSUS. I cannot recall ever being forced to read, much less consult, a towering pile of 3,500 loose leaf pages, especially not in the middle of a time crunch. I imagine that a good gust of wind would not have been conducive to the Gestapo security measures that the proctors were trying so hard to observe. Also, the catalog racks are nothing but solid steel, like really muscular three-hold binders. How could anyone use them to cheat?

I supposed that the racks could be turned into weapons...if you were in prison and you needed a shiv. I don't say that lightly. The proctors seemed to be emulating prison conditions. We hear that women were asked to lift up their blouses and were also asked to expose their bare shoulders. While no cavity searches have been reported, some proctors required people to pat themselves down and search for hidden electronic devices. I wonder if the proctors were expecting someone to yell, "Aha, I caught myself! Officer, I would like to turn myself in, let me check my ID, give me a second, oh yes, I'd like to turn myself in, but may I first have my catalog racks back?"

Proctors demonstrated a vicious pettiness in other ways (as reported to us). One person was forced to remove the wrappers from her cough drops. Why? Maybe the wrappers contained the exam answers written in microscopic script or maybe they camouflaged an electronic device that, when swallowed, makes you smarter. People were forced to take off hair ties and jewelry (as if you can connect to the internet with a hoop ear ring). People were not allowed to bring in their suitcases with their course materials and were forced to make several trips from their car to their desk with about 75 pounds of course materials. We do not understand these tactics. Does CBP think that people that take the exam are children of billionaires?

WASHSTATEC005332

Most exam facilities were not entirely conducive to exam-taking. Hundreds of people discovered that the tops of their desks did not have enough room for both CBP's computer (the one where individuals take and record their answers) and all the materials that exam-takers are instructed to bring (which require more landing space than your average aircraft carrier). One person started nudging the computer to make room for the materials when the proctor issued the following warning, and here I paraphrase: "I will kick you out if you touch that computer one more time." I suspect most people would have been both intimidated and baffled. How do you take the customs broker exam on the computer that CBP assigned to you when CBP doesn't allow you touch that computer? If CBP is requiring that exam-takers answer riddles as a condition of taking the exam, it should make that clear in its Notice of Examination.

Of course, not all proctors acted so unpredictably, imperiously, or maliciously, but enough of them did, and that is the problem. Proctors may not have been reading from the same script, and whatever script or scripts they were consulting was not shared with the public. Proctors should not be allowed to spring new secret screening measures and certainly should not be allowed to deviate from CBP's Notice of Examination. Abuse of discretion by proctors is now a larger and more certain problem than cheating. If proctors continue with this kind of nonsense, CBP will have to confront serious due process issues.

Another problem with the October 2019 customs broker exam is that CBP forced exam-takers to sign a secret agreement not to discuss the contents of the exam with anyone. I have not seen or read the agreement because it is a secret agreement and people were not allowed to keep a copy, but conscripting the public into clandestine activities again raises due process concerns, to say the least.

Although the exam is electronic, CBP for some unfathomable reason takes weeks to officially record the answers and inform individuals of their score and whether they passed or failed. CBP presumably has its answer key finalized long before the exam date. Why does it take so long to get pass/fail letter out then? Is it because CBP is finding out that the test takers are smarter than the test writers?

Lastly, CBP's changed the exam date late in the game. In August 2019 (mind you, the exam was on October 17, 2019), CBP changed the exam date. The federal regulations say that the exam is to be given on "the fourth Wednesday in April and October unless the regularly scheduled examination date conflicts with a national holiday, religious observance, or other foreseeable event and the agency publishes in the Federal Register an appropriate notice of a change in the examination date." It is now November and we still do not have a federal register notice telling us when the April 2020 exam date is. Moving the date at the last possible moment disrupts the travel and work plans for exam-takers. October 23 is national Mole Day. Perhaps CBP was concerned that holding the exam on that day would have infuriated the millions of people who annually take this day off from work to celebrate these short-sighted, subterranean mammals renown for burrowing intricate tunnels through prized gardens. Calamity avoided. Phew!

WASHSTATEC005333

back to top

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

–

## EX/IM TRAINING EVENTS & CONFERENCES

## 12. ECS Presents "Mastering ITAR/EAR Challenges Seminar" on 21-22 Apr in New Orleans, LA
(Source: ECS)

*What:  Mastering ITAR/EAR Challenges Seminar
*When:  April 21-22, 2020
*Where: Le Meridien; New Orleans, LA
*Sponsor:  Export Compliance Solutions & Consulting (ECS)
*ECS Instructors:  Suzanne Palmer, Lisa Bencivenga
*Register here or by calling 866-238-4018 or email.

back to top

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*



**EDITOR'S NOTES**

## 13. Bartlett's Unfamiliar Quotations
(Source: Editor)

**\* Claude Monet** (Oscar-Claude Monet, 14 Nov 1840 - 5 Dec 1926; was a French painter, a founder of French Impressionist painting, and the most consistent and prolific practitioner of the movement's philosophy of *en plein air* outdoor landscape painting.)
 - *"My life has been nothing but a failure."*

**\* Jawaharlal Nehru** (14 Nov 1889 - 27 May 1964. He emerged as an eminent

WASHSTATEC005335

leader of the Indian independence movement under the tutelage of Mahatma Gandhi, and served India as the first Prime Minister of India from its independence in 1947 until his death in 1964.)
 - *"Life is like a game of cards. The hand you are dealt is determinism; the way you play it is free will."*

back to top

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## 📄14. Are Your Copies of Regulations Up to Date?
(Source: Editor)

The official versions of the following regulations are published annually in the U.S. Code of Federal Regulations (C.F.R.), but are updated as amended in the Federal Register.  The latest amendments to applicable regulations are listed below.

\* DHS CUSTOMS REGULATIONS: 19 CFR, Ch. 1, Pts. 0-199.  Implemented by Dep't of Homeland Security, U.S. Customs & Border Protection.
 - Last Amendment: 5 Apr 2019:  5 Apr 2019: 84 FR 13499-13513: Civil Monetary Penalty Adjustments for Inflation

\* DOC EXPORT ADMINISTRATION REGULATIONS (EAR): 15 CFR Subtit. B, Ch. VII, Pts. 730-774. Implemented by Dep't of Commerce, Bureau of Industry & Security.
 - Last Amendment: 13 Nov 2019: 84 FR 61674-61676: Addition of Entities to the Entity List, Revision of an Entry on the Entity List, and Removal of Entities from the Entity List

\* DOC FOREIGN TRADE REGULATIONS (FTR): 15 CFR Part 30.  Implemented by Dep't of Commerce, U.S. Census Bureau.
 - Last Amendment: 24 Apr 2018: 83 FR 17749-17751: Foreign Trade Regulations (FTR): Clarification on the Collection and Confidentiality of Kimberley Process Certificates
  - HTS codes that are not valid for AES are available here.
  - The latest edition (4 Jul 2019) of *Bartlett's Annotated FTR* ("BAFTR"), by James E. Bartlett III, is available for downloading in Word format. The BAFTR is a 152-page Word document containing all FTR amendments, FTR Letters and Notices, a large Index, and approximately 250 footnotes containing case annotations, practice tips, Census/AES guidance, and explanations of the numerous errors contained in the official text. Subscribers receive revised copies in Microsoft Word every time the FTR is amended. The BAFTR is available by annual subscription from the Full Circle Compliance website.  BITAR subscribers are entitled to a 25% discount on subscriptions to the BAFTR. Government employees (including military) and employees of universities are eligible for a 50% discount on both publications at www.FullCircleCompliance.eu.

\* DOD NATIONAL INDUSTRIAL SECURITY PROGRAM OPERATING MANUAL (NISPOM): DoD 5220.22-M. Implemented by Dep't of Defense.
  - Last Amendment: 18 May 2016: Change 2: Implement an insider threat

WASHSTATEC005336

program; reporting requirements for Cleared Defense Contractors; alignment with Federal standards for classified information systems; incorporated and cancelled Supp. 1 to the NISPOM (Summary here.)

* DOE ASSISTANCE TO FOREIGN ATOMIC ENERGY ACTIVITIES: 10 CFR Part 810; Implemented by Dep't of Energy, National Nuclear Security Administration, under the Atomic Energy Act of 1954.
  - Last Amendment: 23 Feb 2015: 80 FR 9359, comprehensive updating of regulations, updates the activities and technologies subject to specific authorization and DOE reporting requirements. This rule also identifies destinations with respect to which most assistance would be generally authorized and destinations that would require a specific authorization by the Secretary of Energy.

* DOE EXPORT AND IMPORT OF NUCLEAR EQUIPMENT AND MATERIAL; 10 CFR Part 110; Implemented by Dep't of Energy, U.S. Nuclear Regulatory Commission, under the Atomic Energy Act of 1954.
  - Last Amendment: 20 Nov 2018, 10 CFR 110.6, Re-transfers.

* DOJ ATF ARMS IMPORT REGULATIONS: 27 CFR Part 447-Importation of Arms, Ammunition, and Implements of War.  Implemented by Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives.
  - Last Amendment: 14 Mar 2019: 84 FR 9239-9240: Bump-Stock-Type Devices

* DOS INTERNATIONAL TRAFFIC IN ARMS REGULATIONS (ITAR): 22 C.F.R. Ch. I, Subch. M, Pts. 120-130. Implemented by Dep't of State, Directorate of Defense Trade Controls.
  - Last Amendment: 30 Aug 2019: 84 FR 45652-45654, Adjustment of Controls for Lower Performing Radar and Continued Temporary Modification of Category XI of the United States Munitions List.
  - The only available fully updated copy (latest edition: 30 August 2019) of the ITAR with all amendments is contained in *Bartlett's Annotated ITAR* ("BITAR"), by James E. Bartlett III. The BITAR is a 371-page Word document containing all ITAR amendments to date, plus a large Index, over 800 footnotes containing amendment histories, case annotations, practice tips, DDTC guidance, and explanations of errors in the official ITAR text. Subscribers receive updated copies of the BITAR in Word by email, usually revised within 24 hours after every ITAR amendment. The BITAR is available by annual subscription from the Full Circle Compliance website. BAFTR subscribers receive a $25 discount on subscriptions to the BITAR.  Please contact us to receive your discount code.

* DOT FOREIGN ASSETS CONTROL REGULATIONS (OFAC FACR): 31 CFR, Parts 500-599, Embargoes, Sanctions, Executive Orders.
Implemented by Dep't of Treasury, Office of Foreign Assets Control.
- Last Amendment: 9 Sep 2019: 84 FR 47121-47123: Cuban Assets Control Regulations

* USITC HARMONIZED TARIFF SCHEDULE OF THE UNITED STATES (HTS, HTSA or HTSUSA), 1 Jan 2019: 19 USC 1202 Annex. Implemented by U.S. International Trade Commission. ("HTS" and "HTSA" are often seen as

WASHSTATEC005337

abbreviations for the Harmonized Tariff Schedule of the United States
Annotated, shortened versions of "HTSUSA".)
  - Last Amendment: 4 Sep 2019: <u>Harmonized System Update (HSU) 1915</u>
  - HTS codes for AES are available <u>here</u>.
  - HTS codes that are not valid for AES are available <u>here</u>.

<div align="right"><u>back to top</u></div>

* * * * * * * * * * * * * * * * * * *

## 15. Weekly Highlights of the Daily Bugle Top Stories
(Source: Editor)

Review last week's top Ex/Im stories in "Weekly Highlights of Daily Bugle Top
Stories" posted <u>here</u>.

<div align="right"><u>back to top</u></div>

* * * * * * * * * * * * * * * * * * *

## EDITORIAL POLICY

* The Ex/Im Daily Update is a publication of FCC Advisory B.V., compiled by:
Editor, James E. Bartlett III; and Assistant Editor, Alexander Witt. The Ex/Im Daily
Update is emailed every business day to approximately 7,500 readers of
changes to defense and high-tech trade laws and regulations. We check the
following sources daily: Federal Register, Congressional Record, Commerce/AES,
Commerce/BIS, DHS/CBP, DOE/NRC, DOJ/ATF, DoD/DSS, DoD/DTSA, FAR/DFARS,
State/DDTC, Treasury/OFAC, White House, and similar websites of Australia,
Canada, U.K., and other countries and international organizations.  Due to space
limitations, we do not post Arms Sales notifications, Denied Party listings, or
Customs AD/CVD items.

* RIGHTS & RESTRICTIONS: This email contains no proprietary, classified, or
export-controlled information. All items are obtained from public sources or are
published with permission of private contributors, and may be freely circulated
without further permission, provided attribution is given to "*The Export/Import
Daily Bugle* of (date)". Any further use of contributors' material, however, must
comply with applicable copyright laws.  If you would to submit material for
inclusion in the *The Export/Import Daily Update ("Daily Bugle")*, please find
instructions <u>here</u>.

* CAVEAT: The contents cannot be relied upon as legal or expert
advice.  Consult your own legal counsel or compliance specialists before
taking actions based upon news items or opinions from this or other
unofficial sources.  If any U.S. federal tax issue is discussed in this
communication, it was not intended or written by the author or sender for tax
or legal advice, and cannot be used for the purpose of avoiding penalties
under the Internal Revenue Code or promoting, marketing, or recommending
to another party any transaction or tax-related matter.

WASHSTATEC005338

* SUBSCRIPTIONS: Subscriptions are free.  Subscribe by completing the request form on the Full Circle Compliance website.

* BACK ISSUES: An archive of Daily Bugle publications from 2005 to present is available HERE.

* TO UNSUBSCRIBE: Use the Safe Unsubscribe link below.

back to top

## Stay Connected



The Daily Bugle |  www.FullCircleCompliance.us

–

Copyright © 2019. All Rights Reserved.

FCC Advisory B.V., Landgoed Groenhoven, Dorpsstraat 6, Bruchem, 5314 AE Netherlands

SafeUnsubscribe™ minarichcm@state.gov

Forward this email | Update Profile | About our service provider

Sent by jebartlett@fullcirclecompliance.eu

WASHSTATEC005339

Message

| | |
|---|---|
| **From**: | Khawam, Joseph N [KhawamJN@state.gov] |
| **Sent**: | 11/14/2019 9:27:09 PM |
| **To**: | Abraham, Liz (Federal) [LAbraham@doc.gov] |
| **Subject**: | RE: Cats I-III Package for Decisionmaker |



Joseph N. Khawam
Office of the Legal Adviser (L/PM)

**From:** Abraham, Liz (Federal) <LAbraham@doc.gov>
**Sent:** Thursday, November 14, 2019 12:16 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** FW: Cats I-III Package for Decisionmaker

Attachment(s):
  Tab 1:  Federal Register Notice for Department of State Final Rule



WASHSTATEC005341

Message
_____

**From**:         Khawam, Joseph N [KhawamJN@state.gov]
**Sent**:         11/14/2019 9:44:13 PM
**To**:           Kovar, Jeffrey D [KovarJD@state.gov]
**Subject**:      Updated AM and National Security Justification for Cats I-III
**Attachments**:  AM for T - USML Cat I-III Final FRN v4.docx; Tab 7 - National Security Justification Points.docx


Hi Jeff:  As mentioned, attached are updated versions of the AM and national security justification for Cats I-III.  I'd welcome any edits or comments you have.

Thanks,
Joe

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov

███████████████████████████

Message

| | |
|---|---|
| **From**: | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent**: | 11/14/2019 10:44:16 PM |
| **To**: | Khawam, Joseph N [KhawamJN@state.gov] |
| **Subject**: | RE: Updated AM and National Security Justification for Cats I-III |
| **Attachments**: | Tab 7 - National Security Justification Points.docx; AM for T - USML Cat I-III Final FRN v4.docx |

Joe – these are looking good.  I marked various bits and pieces.  Let me know if you want to discuss.  Thanks - Jeff

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Thursday, November 14, 2019 4:44 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** Updated AM and National Security Justification for Cats I-III

Hi Jeff:  As mentioned, attached are updated versions of the AM and national security justification for Cats I-III.  I'd welcome any edits or comments you have.

Thanks,
Joe

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov

---

## Message

| | |
|---|---|
| **From:** | Paul, Joshua M [PaulJM@state.gov] |
| **Sent:** | 11/15/2019 4:09:50 PM |
| **To:** | Darrach, Tamara A [DarrachTA@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Khawam, Joseph N [KhawamJN@state.gov] |
| **CC:** | PM-CPA [PM-CPA@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; Hart, Robert L [HartRL@state.gov] |
| **Subject:** | FW: 1-3 USML AM for S |
| **Attachments:** | Tab 1 - Notification Letters to Congress v7 - G.docx; USML Letters.PDF |
| **Importance:** | High |

All,

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

Today we receive from David Fite the following question:

"I haven't seen anything withdrawing the old one [i.e. old notification]; do you not need to do so?"

███████████████████████████████████████████████

Thanks,

Josh

---

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, November 8, 2019 10:41 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>; Hart, Robert L <HartRL@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** 1-3 USML AM for S
**Importance:** High

Attached please find the package for S to approve Congressional notification of changes to USML Categories 1-3.  Please let us know if there are any questions.

Have a good weekend-
Sarah

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State

202-663-2809

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005345



United States Department of State

*Washington, D.C. 20520*

The Honorable
James E. Risch, Chairman
Committee on Foreign Relations
United States Senate
Washington, D.C. 201510

NOV 1 2 2019

Dear Mr. Chairman:

Pursuant to Section 38(f)(1) of the Arms Export Control Act (22 U.S.C. 2778(f)(1)), the Department is transmitting herewith notification of the intention to transfer jurisdictional control of certain classes of item currently on the United States Munitions List (USML) to the Commerce Control List (CCL).

Attached for your reference are the following documents: a summary of the revisions to the USML; the final regulatory text of Categories I, II and III; line-in/line-out comparison of the current and revised USML Categories I, II and III; the Department of Commerce's revised companion regulatory text; and a summary of the controls for major defense equipment.

Sincerely,

Mary Elizabeth Taylor
Assistant Secretary
Bureau of Legislative Affairs

Enclosures:
    As stated.



**United States Department of State**

*Washington, D.C. 20520*

The Honorable
Robert Menendez, Ranking Member
Committee on Foreign Relations
United States Senate
Washington, DC 20510

NOV 1 2 2019

Dear Senator Menendez:

Pursuant to Section 38(f)(1) of the Arms Export Control Act (22 U.S.C. 2778(f)(1)), the Department is transmitting herewith notification of the intention to transfer jurisdictional control of certain classes of item currently on the United States Munitions List (USML) to the Commerce Control List (CCL).

Attached for your reference are the following documents: a summary of the revisions to the USML; the final regulatory text of Categories I, II and III; line-in/line-out comparison of the current and revised USML Categories I, II and III; the Department of Commerce's revised companion regulatory text; and a summary of the controls for major defense equipment.

Sincerely,

Mary Elizabeth Taylor
Assistant Secretary
Bureau of Legislative Affairs

Enclosures:
    As stated.



**United States Department of State**

*Washington, D.C. 20520*

The Honorable
Eliot L. Engel, Chairman
Committee on Foreign Affairs
House of Representatives
Washington, DC 20515

NOV 1 2 2019

Dear Mr. Chairman:

Pursuant to Section 38(f)(1) of the Arms Export Control Act (22 U.S.C. 2778(f)(1)), the Department is transmitting herewith notification of the intention to transfer jurisdictional control of certain classes of item currently on the United States Munitions List (USML) to the Commerce Control List (CCL).

Attached for your reference are the following documents: a summary of the revisions to the USML; the final regulatory text of Categories I, II and III; line-in/line-out comparison of the current and revised USML Categories I, II and III; the Department of Commerce's revised companion regulatory text; and a summary of the controls for major defense equipment.

Sincerely,

Mary Elizabeth Taylor
Assistant Secretary
Bureau of Legislative Affairs

Enclosures:
        As stated.



United States Department of State

*Washington, D.C. 20520*

The Honorable
Michael T. McCaul, Ranking Member
Committee on Foreign Affairs
House of Representatives
Washington, DC 20515

NOV 1 2 2019

Dear Mr. McCaul:

Pursuant to Section 38(f)(1) of the Arms Export Control Act (22 U.S.C. 2778(f)(1)), the Department is transmitting herewith notification of the intention to transfer jurisdictional control of certain classes of item currently on the United States Munitions List (USML) to the Commerce Control List (CCL).

Attached for your reference are the following documents: a summary of the revisions to the USML; the final regulatory text of Categories I, II and III; line-in/line-out comparison of the current and revised USML Categories I, II and III; the Department of Commerce's revised companion regulatory text; and a summary of the controls for major defense equipment.

Sincerely,

Mary Elizabeth Taylor
Assistant Secretary
Bureau of Legislative Affairs

Enclosures:
    As stated.

WASHSTATEC005349

Message

| | |
|---|---|
| **From:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent:** | 11/15/2019 4:20:24 PM |
| **To:** | Paul, Joshua M [PaulJM@state.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Khawam, Joseph N [KhawamJN@state.gov] |
| **CC:** | PM-CPA [PM-CPA@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; Hart,Robert L [HartRL@state.gov]; PM-Staffers Mailbox [PM-StaffersMailbox@state.gov] |
| **Subject:** | RE: 1-3 USML AM for S |
| **Attachments:** | 1-3 USML AM for S |

████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Friday, November 15, 2019 11:10 AM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** FW: 1-3 USML AM for S
**Importance:** High

All,

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

Today we receive from David Fite the following question:

"I haven't seen anything withdrawing the old one [i.e. old notification]; do you not need to do so?"

████████████████████████████████████████

Thanks,

Josh

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, November 8, 2019 10:41 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>; Hart, Robert L <HartRL@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>

WASHSTATEC005350

**Subject:** 1-3 USML AM for S
**Importance:** High

Attached please find the package for S to approve Congressional notification of changes to USML Categories 1-3.  Please let us know if there are any questions.

Have a good weekend-
Sarah

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

SENSITIVE BUT UNCLASSIFIED

Message

---

| | |
|---|---|
| **From**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent**: | 11/8/2019 3:41:00 PM |
| **To**: | PM-Staffers Mailbox [PM-StaffersMailbox@state.gov] |
| **CC**: | Windecker, Melissa A [WindeckerMA@state.gov]; Miller, Michael F [Millermf@state.gov]; Hart, Robert L [HartRL@state.gov]; Koelling, RichardW [KoellingRW@state.gov]; Khawam, Joseph N [KhawamJN@state.gov]; Paul, Joshua M [PaulJM@state.gov] |
| **Subject**: | 1-3 USML AM for S |
| **Attachments**: | Tab 2 - Revised USML Categories I, II, and III - G.docx; Tab 3 - Line-inLine-out Comparison of Current USML Categories I, II, and III with these USML Categories as Revised V6 - G.docx; Tab 4 - Revised Department of Commerce Companion Control Text.docx; Tab 5 - Summary of Revisions to USML Categories I II and IIIv6 - G.docx; Tab 6 - Proposed Controls for Major Defense Equipment in Category III -G.docx; Tab 7 - AM to T, Notification to Congress, 20190204 - G.docx; Tab 8 - SOC for Small Group Meeting on Transfer of Categories I-III, 20190918 - G.pdf; Tab 9 - SOC for Small Group Meeting on Transfer of Categories I-III, 20190927 - G.pdf; Tab 0 - USML Cat I-III 38(f) - AM to S v8 FINAL.docx; Tab 1 - Notification Letters to Congress v7 - G.docx |

**Importance**: High

Attached please find the package for S to approve Congressional notification of changes to USML Categories 1-3.  Please let us know if there are any questions.

Have a good weekend-
Sarah

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

SENSITIVE BUT UNCLASSIFIED

Message
_____

**From:**         Paul, Joshua M [PaulJM@state.gov]
**Sent:**         11/15/2019 4:42:38 PM
**To:**           PM-Staffers Mailbox [PM-StaffersMailbox@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Khawam, Joseph N [KhawamJN@state.gov]
**CC:**           PM-CPA [PM-CPA@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; Hart, Robert L [HartRL@state.gov]
**Subject:**      RE: 1-3 USML AM for S
**Attachments:**  RE: 1-3 USML AM for S Clearance

Thanks – ███████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Thanks,

Josh


SENSITIVE BUT UNCLASSIFIED

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, November 15, 2019 11:35 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Subject:** RE: 1-3 USML AM for S

Dear Colleagues

███████████████████████████████████████████████████████

Best
Erica


SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, November 15, 2019 11:20 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Subject:** RE: 1-3 USML AM for S

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████


SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Friday, November 15, 2019 11:10 AM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** FW: 1-3 USML AM for S
**Importance:** High

All,

███████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████████████████

Today we receive from David Fite the following question:

"I haven't seen anything withdrawing the old one [i.e. old notification]; do you not need to do so?"

█████████████████████████████████████████████████████

Thanks,

Josh

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, November 8, 2019 10:41 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>; Hart, Robert L <HartRL@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** 1-3 USML AM for S
**Importance:** High

Attached please find the package for S to approve Congressional notification of changes to USML Categories 1-3.  Please let us know if there are any questions.

Have a good weekend-
Sarah

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005355

Message

| | |
|---|---|
| **From:** | Lederman, Andrew R [LedermanAR@state.gov] |
| **Sent:** | 11/8/2019 4:12:47 PM |
| **To:** | Sanchez, Michael A [SanchezMA4@state.gov]; Barz, Chloe O [BarzCO@state.gov]; H_Staffers [H_Staffers@state.gov]; H_SpecialAssistants [H_SpecialAssistants@state.gov] |
| **CC:** | S_SpecialAssistants [S_SpecialAssistants@state.gov]; Paul, Joshua M [PaulJM@state.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Windecker, Melissa A [WindeckerMA@state.gov] |
| **Subject:** | RE: 1-3 USML AM for S Clearance |
| **Attachments:** | Tab 1 - Notification Letters to Congress v7 - G.docx |

+PM

Thanks!

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

SENSITIVE BUT UNCLASSIFIED

**From:** Sanchez, Michael A <SanchezMA4@state.gov>
**Sent:** Friday, November 8, 2019 11:12 AM
**To:** Lederman, Andrew R <LedermanAR@state.gov>; Barz, Chloe O <BarzCO@state.gov>; H_Staffers <H_Staffers@state.gov>; H_SpecialAssistants <H_SpecialAssistants@state.gov>
**Cc:** S_SpecialAssistants <S_SpecialAssistants@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
**Subject:** RE: 1-3 USML AM for S Clearance

Drew-

A/S Taylor approves the package with edits to the transmittal letters.

Thanks,

Mike

SENSITIVE BUT UNCLASSIFIED

**From:** Lederman, Andrew R <LedermanAR@state.gov>
**Sent:** Friday, November 8, 2019 11:06 AM
**To:** Barz, Chloe O <BarzCO@state.gov>; H_Staffers <H_Staffers@state.gov>; H_SpecialAssistants <H_SpecialAssistants@state.gov>
**Cc:** S_SpecialAssistants <S_SpecialAssistants@state.gov>
**Subject:** RE: 1-3 USML AM for S Clearance

Awesome, thanks so much!

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State

202-647-6822

SENSITIVE BUT UNCLASSIFIED

**From:** Barz, Chloe O <BarzCO@state.gov>
**Sent:** Friday, November 8, 2019 11:06 AM
**To:** Lederman, Andrew R <LedermanAR@state.gov>; H_Staffers <H_Staffers@state.gov>; H_SpecialAssistants <H_SpecialAssistants@state.gov>
**Cc:** S_SpecialAssistants <S_SpecialAssistants@state.gov>
**Subject:** Re: 1-3 USML AM for S Clearance

She is reviewing it as we speak.

Thanks,
Chloe

Get Outlook for iOS

**From:** Lederman, Andrew R <LedermanAR@state.gov>
**Sent:** Friday, November 8, 2019 11:04:35 AM
**To:** H_Staffers <H_Staffers@state.gov>; H_SpecialAssistants <H_SpecialAssistants@state.gov>
**Cc:** S_SpecialAssistants <S_SpecialAssistants@state.gov>
**Subject:** 1-3 USML AM for S Clearance

Colleagues,

I understand A/S Taylor would like to clear this paper. Please expedite this as much as possible as we need this paper from PM NLT 1150.

Thanks.

Drew

**Andrew R. Lederman**
Special Assistant
Office of the Secretary
U.S. Department of State
202-647-6822

SENSITIVE BUT UNCLASSIFIED

Message
_____

**From:**      Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:**      11/15/2019 4:56:49 PM
**To:**        Paul, Joshua M [PaulJM@state.gov]; PM-Staffers Mailbox [PM-StaffersMailbox@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Khawam, Joseph N [KhawamJN@state.gov]
**CC:**        PM-CPA [PM-CPA@state.gov]; Hart, Robert L [HartRL@state.gov]
**Subject:**   RE: 1-3 USML AM for S

███████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED
_____

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Friday, November 15, 2019 11:43 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** RE: 1-3 USML AM for S

Thanks – ██████████████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

Thanks,

Josh

SENSITIVE BUT UNCLASSIFIED
_____

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, November 15, 2019 11:35 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Subject:** RE: 1-3 USML AM for S

WASHSTATEC005358

Dear Colleagues

██████████████████████████████████████████████████

Best
Erica


SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, November 15, 2019 11:20 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Subject:** RE: 1-3 USML AM for S

████████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Friday, November 15, 2019 11:10 AM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** FW: 1-3 USML AM for S
**Importance:** High

All,

███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

Today we receive from David Fite the following question:

"I haven't seen anything withdrawing the old one [i.e. old notification]; do you not need to do so?"

████████████████████████████████████████████████████████

Thanks,

Josh

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, November 8, 2019 10:41 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>; Hart, Robert L <HartRL@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** 1-3 USML AM for S
**Importance:** High

Attached please find the package for S to approve Congressional notification of changes to USML Categories 1-3.  Please let us know if there are any questions.


Have a good weekend-
Sarah

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

SENSITIVE BUT UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Timothy Mooney [Timothy.Mooney@bis.doc.gov] |
| **Sent:** | 11/15/2019 5:06:37 PM |
| **To:** | Fite, David (Foreign Relations) [David_Fite@foreign.senate.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Steffens, Jessica [jessica.steffens@mail.house.gov]; Rice, Edmund [edmund.rice@mail.house.gov]; Hunter, Robert (Foreign Relations) [Robert_Hunter@foreign.senate.gov] |
| **CC:** | Huddleston, Clay (Foreign Relations) [Clay_Huddleston@foreign.senate.gov]; PM-CPA [PM-CPA@state.gov]; Giannangeli, Giulia R [GiannangeliGR@state.gov]; Wolfe, William E [WolfeWE@state.gov]; Paul, Joshua M [PaulJM@state.gov]; LKluttz@doc.gov; Alexander Lopes [Alexander.Lopes@bis.doc.gov]; Heidema,Sarah J [HeidemaSJ@state.gov]; Rudd, Phil (Banking) [Phil_Rudd@banking.senate.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text) |
| **Attachments:** | 83 FR 38018 India 8-3-18 RIN0694AH49.pdf; CFR reference for EAR section 758.1 paragraph b.9 that was removed on 8-3-18.pdf |

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Friday, November 15, 2019 10:41 AM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J

<HeidemaSJ@state.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Many thanks.  Quick question:



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in

order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

38018   Federal Register / Vol. 83, No. 150 / Friday, August 3, 2018 / Rules and Regulations

**AEA PA E2   Reading, PA [Amended]**

Reading Regional Airport/Carl A. Spaatz Field, PA
    (Lat. 40°22′43″ N, long. 75°57′55″ W)

That airspace extending from the surface within a 4.8-mile radius of Reading Regional/Carl A. Spaatz Field. This Class E airspace area is effective during specific dates and times established in advance by a Notice to Airmen. The effective date and time will thereafter be continuously published in the Chart Supplement.

\*   \*   \*   \*   \*

**AEA PA E2   Williamsport, PA [Amended]**

Williamsport Regional Airport, PA
    (Lat. 41°14′30″ N, long. 76°55′19″ W)
Williamsport Regional Airport ILS localizer
    (Lat. 41°14′17″ N, long. 76°56′17″ W)

Within a 4.2-mile radius of Williamsport Regional Airport. This Class E airspace area is effective during the specific dates and times established in advance by a Notice to Airmen. The effective date and time will thereafter be continuously published in the Chart Supplement.

*Paragraph 6004   Class E Airspace Designated as an Extension to a Class D Surface Area.*

\*   \*   \*   \*   \*

**AEA PA E4   Lancaster, PA [Amended]**

Lancaster Airport, PA
    (Lat. 40°07′21″ N, long. 76°17′40″ W)
Lancaster VORTAC
    (Lat. 40°07′12″ N, long. 76°17′29″ W)

That airspace extending around from the surface within 2.7 miles each side of the Lancaster VORTAC 260° radial extending from the VORTAC to 7.4 miles west of the VORTAC, and within 2.7 miles each side of the Lancaster VORTAC 128° radial extending from the VORTAC to 7.4 miles southeast of the VORTAC, and within 1.8 miles each side of the Lancaster VORTAC 055° radial extending from the VORTAC to 4.4 miles northeast of the VORTAC.

\*   \*   \*   \*   \*

**AEA PA E4   Reading, PA [Amended]**

Reading Regional Airport/Carl A. Spaatz Field, PA
    (Lat. 40°22′43″ N, long. 75°57′55″ W)

That airspace extending upward from the surface within 4 miles either side of the 172° bearing from Reading Regional/Carl A. Spaatz Field extending from the 4.8-mile radius of the airport to 10.1 miles south of the airport.

\*   \*   \*   \*   \*

**AEA PA E4   Williamsport, PA [Amended]**

Williamsport Regional Airport, PA
    (Lat. 41°14′30″ N, long. 76°55′19″ W)
Williamsport Regional Airport ILS localizer
    (Lat. 41°14′17″ N, long. 76°56′17″ W)

That airspace extending upward from the surface from the 4.2-mile radius of Williamsport Regional Airport extending clockwise from a 270° bearing to the 312° bearing from the airport and within an 11.3-mile radius of the airport extending clockwise from the 312° bearing to the 350°

bearing from the airport and within an 11.3-mile radius of the airport extending clockwise from the 004° bearing to the 099° bearing from the airport and within 3.5 miles south of the airport east localizer course extending from the 4.2-mile radius of the airport east to the 099° bearing from the airport.

*Paragraph 6005   Class E Airspace Areas Extending Upward From 700 Feet or More Above the Surface of the Earth.*

\*   \*   \*   \*   \*

**AEA PA E5   Reading, PA [Amended]**

Reading Regional Airport/Carl A. Spaatz Field, PA
    (Lat. 40°22′43″ N, long. 75°57′55″ W)

That airspace extending upward from 700 feet above the surface within a 10.3-mile radius of Reading Regional/Carl A. Spaatz Field.

\*   \*   \*   \*   \*

**AEA PA E5   Williamsport, PA [Amended]**

Williamsport Regional Airport, PA
    (Lat. 41°14′30″ N, long. 76°55′19″ W)
Picture Rocks NDB
    (Lat. 41°16′37″ N, long. 76°42′36″ W)
Williamsport Hospital, Point In Space Coordinates
    (Lat. 41°14′43″ N, long. 77°00′04″ W)
Williamsport Regional Airport ILS localizer
    (Lat. 41°14′17″ N, long. 76°56′17″ W)

That airspace extending upward from 700 feet above the surface within a 17.9-mile radius of Williamsport Regional Airport extending clockwise from the 025° bearing to the 067° bearing from the airport, and within a 12.6-mile radius of Williamsport Regional Airport extending clockwise from the 067° bearing to a 099° bearing from the airport, and within a 6.7-mile radius of Williamsport Regional Airport extending clockwise from the 099° bearing to the 270° bearing from the airport, and within a 17.9-mile radius of Williamsport Regional Airport extending clockwise from the 270° bearing to the 312° bearing from the airport and within a 19.6-mile radius of Williamsport Regional Airport extending clockwise from the 312° bearing to the 350° bearing from the airport and within a 6.7-mile radius of Williamsport Regional Airport extending clockwise from the 350° bearing to the 025° bearing from the airport and within 4.4 miles each side of the Williamsport Regional Airport ILS localizer east course extending from the Picture Rocks NDB to 11.3 miles east of the NDB; and that airspace within a 6-mile radius of the point in space (Lat. 41°14′43″ N, long. 77°00′04″ W) serving Williamsport Hospital.

Issued in College Park, Georgia, on July 26, 2018.

**Shawn Reddinger,**

*Acting Manager, Operations Support Group, Eastern Service Center, Air Traffic Organization.*

[FR Doc. 2018–16607 Filed 8–2–18; 8:45 am]

**BILLING CODE 4910–13–P**

**DEPARTMENT OF COMMERCE**

**Bureau of Industry and Security**

**15 CFR Parts 738, 740, 743, 758 and 772**

**[Docket No. 180228229–8229–01]**

**RIN 0694–AH49**

**U.S.-India Major Defense Partners: Implementation Under the Export Administration Regulations of India's Membership in the Wassenaar Arrangement and Addition of India to Country Group A:5**

**AGENCY:** Bureau of Industry and Security, Commerce.

**ACTION:** Final rule.

**SUMMARY:** In this rule, the Bureau of Industry and Security (BIS) amends the Export Administration Regulations (EAR) to formally recognize and implement India's membership in the Wassenaar Arrangement (Wassenaar or WA). Further, BIS removes India from Country Group A:6 and places it in Country Group A:5. This action befits India's status as a Major Defense Partner and recognizes the country's membership in three of the four export control regimes: Missile Technology Control Regime (MTCR), WA and Australia Group (AG). This rule is another in the series of rules that implement reforms to which the United States and India mutually agreed to promote global nonproliferation, expand high technology cooperation and trade, and ultimately facilitate India's full membership in the four multilateral export control regimes (Nuclear Suppliers Group, MTCR, WA, and AG). This rule also makes conforming amendments.

**DATES:** This rule is effective August 3, 2018.

**FOR FURTHER INFORMATION CONTACT:** Chantal Lakatos, Office of Nonproliferation and Treaty Compliance, Bureau of Industry and Security, by phone: 202–482–1739 or by email: *Chantal.Lakatos@bis.doc.gov.*

**SUPPLEMENTARY INFORMATION:**

**Background**

The United States and India continue their commitment to work together to strengthen the global nonproliferation and export control framework and further transform bilateral export control cooperation to recognize the full potential of the global strategic partnership between the two countries. This commitment has been realized in the two countries' mutually agreed upon

steps to expand cooperation in civil space, defense, and other high-technology sectors and the complementary steps of the United States to remove India defense and space-related entities from the Entity List, realign India in U.S. export control regulations, and support India's membership in the four multilateral export control regimes (Nuclear Suppliers Group, Missile Technology Control Regime, Wassenaar Arrangement and Australia Group).

To date, with the effective support of the United States, India has been admitted to three of the four multilateral export control regimes: Missile Technology Control Regime (MTCR) on June 27, 2016, the Wassenaar Arrangement (Wassenaar or WA) on December 7, 2017 and the Australia Group (AG) on January 19, 2018. These memberships, important to the two countries' global strategic partnership, are enhanced by the United States' recognition of India as a Major Defense Partner in the India-U.S. Joint Statement of June 7, 2016, entitled, "The United States and India: Enduring Global Partners in the 21st Century." This recognition facilitates and supports India's military modernization efforts with the United States as a reliable provider of advanced defense articles.

Therefore, in this rule, the Bureau of Industry and Security (BIS), formally recognizes under the Export Administration Regulations (EAR) India's membership in the WA multilateral export control regimes and revises the EAR accordingly. Further, in this rule, BIS adds India to Country Group A:1 in Supplement No. 1 to Part 740 (Country Groups) of the EAR to implement under the EAR India's status as a member of the WA. In addition, to export control-related benefits for India as a result of prior amendments to the EAR in furtherance of the U.S.-India global strategic partnership, BIS places India in Country Group A:5, which provides the benefit of greater availability of License Exception Strategic Trade Authorization (STA) for exports and reexports to, and transfers within India under the EAR.

Countries listed in Country Group A:5 are countries included in STA § 740.20(c)(1), which authorizes exports, reexports and in-country transfers that are subject to multiple reasons for control. With this rule, India becomes the 37th country to join Country Group A:5.

*Specific EAR Amendments Recognizing and Implementing India's Membership in Wassenaar and Adding India to Country Group A:5*

Part 738

BIS amends Supplement No. 1 to Part 738, Commerce Country Chart, by removing the license requirements for National Security Column 2 (NS2) reasons. Accordingly, this rule removes the "X" in NS Column 2 for India.

Part 740

BIS amends Supplement No. 1 to Part 740 to add, in alphabetical order, India to Country Groups A:1 and A:5.

Conforming Amendments

Part 738

Consistent with India's new multilateral export control regime status, this rule also removes the first sentence of footnote 7 to the Commerce Country Chart in Supplement No. 1 to Part 738, related to India. This amendment removes the requirement that exporters file in the Automated Export System when items controlled for Crime Control Columns 1 and 3 reasons, and Regional Stability Column 2 reasons were destined to India. As a conforming change, this rule removes the word "Also" from the second sentence of footnote 7 and capitalizes the "n" in "note" since it begins the sentence.

Also, as a conforming change in Part 738, BIS amends paragraph (b)(3) of § 738.4, related to a sample analysis using the Commerce Control List and Country Chart to determine when a license is required, to remove the name "India" and replace it with the name "Chad." The sample analysis used India as an example of a country with NS Column 2 controls. That reason for control no longer applies to India but currently applies to Chad.

Part 740

In adding India to Country Group A:5, BIS removes India from Country Group A:6 to avoid creating conflicting eligibility criteria for STA provisions.

Part 743

As a member of Wassenaar, India now is subject to reporting requirements for items controlled under Wassenaar, as set forth in Part 743, Special Reporting and Notification. Specifically, India is added, in alphabetical order, to Supplement No. 1 to Part 743, Wassenaar Arrangement Participating States.

Part 758

Also, consistent with India's achievements and status as a Major Defense Partner, BIS removes the requirement that exporters file certain Electronic Export Information in AES as set forth in § 758.1(b)(9). Specifically, this amendment removes the requirement that exporters file in AES when items controlled for CC Columns 1 and 3 reasons and RS Column 2 reasons are destined to India. This reporting requirement had been instituted when the license requirement for such items was removed (see *U.S.-India Bilateral Understanding: Additional Revisions to the U.S. Export and Reexport Controls Under the Export Administration Regulations;* January 23, 2015; 80 FR 3463). BIS has determined that this reporting requirement is no longer necessary.

Part 772

In this rule, BIS also adds India, in alphabetical order, to the list of countries under the term *Australia Group* in § 772.1, Definitions of terms as used in the Export Administration Regulations (EAR). This updates the definition consistent with formal recognition of India's membership in the AG in a BIS final rule, entitled "Implementation of the February 2017 Australia Group (AG) Intersessional Decisions and June 2017 Plenary Understandings; Addition of India to the AG" (83 FR 13849, April 2, 2018).

**Export Administration Act**

Although the Export Administration Act of 1979 expired on August 20, 2001, the President, through Executive Order 13222 of August 17, 2001, 3 CFR, 2001 Comp., p. 783 (2002), as amended by Executive Order 13637 of March 8, 2013, 78 FR 16129 (March 13, 2013) and as extended by the Notice of August 15, 2017, 82 FR 39005 (August 16, 2017), has continued the Export Administration Regulations in effect under the International Emergency Economic Powers Act. BIS continues to carry out the provisions of the Export Administration Act of 1979, as appropriate and to the extent permitted by law, pursuant to Executive Order 13222, as amended by Executive Order 13637.

**Rulemaking Requirements**

1. Executive Orders 13563 and 12866 direct agencies to assess all costs and benefits of available regulatory alternatives and, if regulation is necessary, to select regulatory approaches that maximize net benefits (including potential economic, environmental, public health and safety

effects, distributive impacts, and equity). Executive Order 13563 emphasizes the importance of quantifying both costs and benefits, of reducing costs, of harmonizing rules, and of promoting flexibility. This rule has been designated a "significant regulatory action," although not economically significant, under section 3(f) of Executive Order 12866. Accordingly, the rule has been reviewed by the Office of Management and Budget (OMB). This rule is not subject to the requirements of E.O. 13771 (82 FR 9339, February 3, 2017) because it is issued with respect to a national security function of the United States.

2. Notwithstanding any other provision of law, no person is required to respond to, nor shall any person be subject to a penalty for failure to comply with, a collection of information subject to the requirements of the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) (PRA), unless that collection of information displays a currently valid OMB control number. This rule involves collections of information approved under OMB control number 0694–0088-Simplified Network Application Processing+ System (SNAP+) and the Multipurpose Export License Application, which carries an annual estimated burden of 31,833 hours; 0694–0137—License Exceptions and Exclusions, which carries an annual estimated burden of 29,998 hours; and 0694–0122—Miscellaneous Licensing Responsibilities and Enforcement which carries an annual estimated burden of 104,288 hours. BIS believes that this rule will have no significant impact on those burdens. In fact, because India has been admitted to the MTCR, Wassenaar and AG multilateral regimes and is a Major Defense Partner, it is listed in favored country groups for purposes of license requirements, license application review policy and availability of license exceptions. Membership in favored country groups generally reduces the number of licenses required and increases the number of license exceptions available. Therefore, BIS believes that this rule will reduce the paperwork burden to the public.

Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Jasmeet K. Seehra, Office of Management and Budget, by email at *jseehra@omb.eop.gov* or by fax to (202) 395–7285.

3. This rule does not contain policies with Federalism implications as that term is defined under Executive Order 13132.

4. The provisions of the Administrative Procedure Act (5 U.S.C. 553) requiring notice of proposed rulemaking and the opportunity for public participation, and a delay in effective date, are inapplicable because this regulation involves a military or foreign affairs function of the United States (*see* 5 U.S.C. 553(a)(1)). This rule implements decisions of multilateral export control regimes, of which the United States is a supporting member, and the rule furthers the objectives of the strategic commitment established between the United States and India. Delay in implementing this rule to obtain public comment would undermine the foreign policy objectives that the rule is intended to implement. Further, no other law requires that a notice of proposed rulemaking and an opportunity for public comment be given for this rule. Because a notice of proposed rulemaking and an opportunity for public comment are not required to be given for this rule under 5 U.S.C. 553, or by any other law, the requirements of the Regulatory Flexibility Act (5 U.S.C. 601 et seq.) are not applicable.

## List of Subjects

*15 CFR Part 738 and 772*

Exports.

*15 CFR Parts 740, 743 and 758*

Administrative practice and procedure, Exports, Reporting and recordkeeping requirements.

For the reasons set forth in the preamble, 15 CFR Chapter VII, Subchapter C is amended as follows:

## PART 738—COMMERCE CONTROL LIST OVERVIEW AND THE COUNTRY CHART

■ 1. The authority citation for part 738 continues to read as follows:

**Authority:** 50 U.S.C. 4601 *et seq.;* 50 U.S.C. 1701 *et seq.;* 10 U.S.C. 7420; 10 U.S.C. 7430(e); 22 U.S.C. 287c; 22 U.S.C. 3201 *et seq.;* 22 U.S.C. 6004; 42 U.S.C. 2139a; 15 U.S.C. 1824a; 50 U.S.C. 4305; 22 U.S.C. 7201 *et seq.;* 22 U.S.C. 7210; E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; Notice of August 15, 2017, 82 FR 39005 (August 16, 2017).

■ 2. Section 738.4 is amended by revising paragraph (b)(3) to read as follows:

### § 738.4   Determining whether a license is required.

\*      \*      \*      \*      \*

(b) \* \* \*

(3) *Sample analysis.* After consulting the CCL, I determine my item, valued at $10,000, is classified under ECCN 2A000.a. I read that the entire entry is controlled for national security, and anti-terrorism reasons. Because my item is classified under paragraph .a, and not .b, I understand that though nuclear nonproliferation controls apply to a portion of the entry, they do not apply to my item. I note that the appropriate Country Chart column identifiers are NS Column 2 and AT Column 1. Turning to the Country Chart, I locate my specific destination, Chad, and see that an "X" appears in the NS Column 2 cell for Chad, but not in the AT Column 1 cell. I understand that a license is required, unless my transaction qualifies for a License Exception. From the License Exception LVS value listed in the entry, I know immediately that my proposed transaction exceeds the value limitation associated with LVS. Noting that License Exception GBS is "Yes" for this entry, I turn to part 740 of the EAR to review the provisions related to use of GBS.

■ 3. In Supplement No. 1 to Part 738 revise the entry for India to read as follows:

Federal Register / Vol. 83, No. 150 / Friday, August 3, 2018 / Rules and Regulations          38021

## SUPPLEMENT NO. 1 TO PART 738—COMMERCE COUNTRY CHART
[Reason for control]

| Countries | Chemical and biological weapons | | | Nuclear nonproliferation | | National security | | Missile tech | Regional stability | | Firearms convention | Crime control | | | Anti-terrorism | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CB 1 | CB 2 | CB 3 | NP 1 | NP 2 | NS 1 | NS 2 | MT 1 | RS 1 | RS 2 | FC 1 | CC 1 | CC 2 | CC 3 | AT 1 | AT 2 |
| | * | | * | | * | | * | | * | | | * | | * | | |
| India [7] .................... | X | | X | | X | | ........ | X | X | | ...... | ..... | ..... | ...... | ...... | ...... |
| | * | | * | | * | | * | | * | | | * | | * | | |

* * * * *

[7] Note that a license is still required for items controlled under ECCNs 6A003.b.4.b and 9A515.e for RS column 2 reasons when destined to India.

---

*   *   *   *   *

## PART 740—LICENSE EXCEPTIONS

■ 4. The authority citation for part 740 continues to read as follows:

**Authority:** 50 U.S.C. 4601 *et seq.;* 50 U.S.C. 1701 *et seq.;* 22 U.S.C. 7201 *et seq.;* E.O. 13026, 61 FR 58767, 3 CFR, 1996 Comp., p. 228; E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; Notice of August 15, 2017, 82 FR 39005 (August 16, 2017).

■ 5. In Supplement No. 1 to part 740, in Country Group A, revise the entry for "India" to read as follows:

## SUPPLEMENT NO. 1 TO PART 740—COUNTRY GROUPS
## COUNTRY GROUP A

| Country | [A:1] Wassenaar participating states [1] | [A:2] Missile technology control regime | [A:3] Australia group | [A:4] Nuclear suppliers group [2] | [A:5] | [A:6] |
|---|---|---|---|---|---|---|
| | * | * | * | | * | * |
| India ............................ | X | X | X | ........................... | X | ............................. |
| | * | * | * | | * | * |

[1] Country Group A:1 is a list of the Wassenaar Arrangement Participating States, except for Malta, Russia and Ukraine.
[2] Country Group A:4 is a list of the Nuclear Suppliers Group countries, except for the People's Republic of China (PRC).

---

*   *   *   *   *

## PART 743—SPECIAL REPORTING AND NOTIFICATION

■ 6. The authority citation for part 743 continues to read as follows:

**Authority:** 50 U.S.C. 4601 *et seq.;* 50 U.S.C. 1701 *et seq.;* E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; E.O. 13637, 78 FR 16129, 3 CFR, 2014 Comp., p. 223; 78 FR 16129; Notice of August 15, 2017, 82 FR 39005 (August 16, 2017).

### Supplement No. 1 to Part 743 [Amended]

■ 7. Supplement No. 1 to part 743—Wassenaar Arrangement Participating States is amended by adding "India" in alphabetical order after "Hungary".

## PART 758—EXPORT CLEARANCE REQUIREMENTS

■ 8. The authority citation for part 758 continues to read as follows:

**Authority:** 50 U.S.C. 4601 *et seq.;* 50 U.S.C. 1701 *et seq.;* E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; Notice of August 15, 2017, 82 FR 39005 (August 16, 2017).

### § 758.1   [Amended]

■ 9. Section 758.1 is amended by removing paragraph (b)(9).

## PART 772—DEFINITIONS OF TERMS

■ 10. The authority citation for part 772 continues to read as follows:

**Authority:** 50 U.S.C. 4601 *et seq.;* 50 U.S.C. 1701 *et seq.;* E.O. 13222, 66 FR 44025, 3 CFR, 2001 Comp., p. 783; Notice of August 15, 2017, 82 FR 39005 (August 16, 2017).

### § 772.1   [Amended]

■ 11. Amend the definition of *Australia Group* in § 772.1 by adding "India", in alphabetical order, after "Iceland,".

Dated: July 31, 2018.

**Richard E. Ashooh,**
*Assistant Secretary for Export Administration.*
[FR Doc. 2018–16691 Filed 8–2–18; 8:45 am]
**BILLING CODE 3510–33–P**

---

## DEPARTMENT OF COMMERCE

### Bureau of Industry and Security

### 15 CFR Part 740

[Docket No. 180228230–8230–01]

RIN 0694–AH52

### Revision of Export and Reexport License Requirements for Republic of South Sudan Under the Export Administration Regulations

**AGENCY:** Bureau of Industry and Security, Commerce.

**ACTION:** Final rule.

**SUMMARY:** In this rule, the Bureau of Industry and Security (BIS) is amending the Export Administration Regulations (EAR) to conform to the Department of State's (State) amendment of February 14, 2018 to the International Traffic in Arms Regulations (ITAR) that placed restrictions on exports of defense articles (and defense services) to the Republic of South Sudan (South Sudan). The State action reflected a policy determination by the Secretary of State

WASHSTATEC005367

CODE OF FEDERAL REGULATIONS



# CFR

## 15

Commerce and Foreign Trade

Parts 300 to 799

Revised as of January 1, 2017

OFFICE OF THE FEDERAL REGISTER

Case 2:20-cv-06111-RAJ Document 106-18 Filed 09/23/20 Page 154 of 489

§ 758.1 The Electronic Export Information (EEI) filing to the Automated Export System (AES).

(a) *The Electronic Export Information (EEI) filing to the Automated Export System (AES).* The EEI is used by the Bureau of Census to collect trade statistics and by the Bureau of Industry and Security for export control purposes. The EEI collects basic information such as the names and addresses of the parties to a transaction; the Export Control Classification Number (ECCN) (when required), the Schedule B number or Harmonized Tariff Schedule of the United States (HTS) number, the description, quantity and value of the items exported; and the license authority for the export. The EEI is a statement to the United States Government that the transaction occurred as described.

(b) *When is an EEI filing required to be filed in the AES.* Except when the export of items subject to the EAR is to take place electronically or in an otherwise intangible form, you must file EEI in the AES with the United States Government for items subject to the EAR, including exports by U.S. mail, in the following situations:

(1) For all exports of items subject to the EAR that are destined to a country in Country Group E:1 or E:2 of supplement no. 1 to part 740 of the EAR regardless of value;

(2) For all exports subject to the EAR that require submission of a license application, regardless of value or destination;

(3) For all exports of 9x515 or "600 series" items enumerated or otherwise described in paragraphs .a through .x of a 9x515 or "600 series" ECCN regardless of value or destination, including exports to Canada;

(4) For all exports under license exception Strategic Trade Authorization (STA);

(5) For all exports of commodities and mass market software subject to the EAR when the value of the commodities or mass market software classified under a single Schedule B Number (or HTS) is over $2,500, except as exempted by the Foreign Trade Regulations (FTR) in 15 CFR Part 30 and referenced in paragraph (c) of this section;

(6) For all exports of items subject to the EAR that will be transshipped through Canada to a third destination, where the export would require EEI or license if shipped directly to the final destination from the United States (see 15 CFR 30.36(b)(2) of the FTR);

(7) For all items exported under authorization Validated End-User (VEU); or

(8) For all exports of tangible items subject to the EAR where parties to the transaction, as described in § 748.5(d) through (f) of the EAR, are listed on the Unverified List (supplement 6 to part 744 of the EAR), regardless of value or destination.

(9) For items that fall under ECCNs that list CC Column 1 and 3 and RS Column 2 (see supplement no. 1 to part 738 of the EAR) as reasons for control and such items are for export, regardless of value, to India.

(c) *Exemptions.* A complete list of exemptions from the EEI filing requirement is set forth in the 15 CFR 30.35 through 30.40 of the FTR. Some of these FTR exemptions have elements in common with certain EAR license exceptions. An FTR exemption may be narrower than an EAR license exception. The following references are provided in order to direct you to the FTR exemptions that relate to EAR license exceptions:

(1) License Exception Baggage (BAG), as set forth in § 740.14 of the EAR. See 15 CFR 30.37(x) of the FTR;

(2) License Exception Gift Parcels and Humanitarian Donations (GFT), as set forth in § 740.12 of the EAR. See 15 CFR 30.37(h) of the FTR;

(3) License Exception Aircraft and Vessels (AVS), as set forth in § 740.15 of the EAR. See 15 CFR 30.37(o) (5) of the FTR;

(4) License Exception Governments and International Organizations (GOV), as set forth in § 740.11 of the EAR. See 15 CFR 30.39 and 30.40 of the FTR;

(5) License Exception Technology and Software Under Restriction (TSR), as set forth in § 740.6 of the EAR. See 15 CFR 30.37(f) of the FTR; or

(6) License Exception Temporary Imports, Exports, and Reexports (TMP) "tools of trade", as set forth in § 740.9(a)(1) of the EAR. See 15 CFR 30.37(b) of the FTR.

WASHSTATEC005369

Message

**From:**      Khawam, Joseph N [KhawamJN@state.gov]
**Sent:**      11/15/2019 6:19:58 PM
**To:**        Kovar, Jeffrey D [KovarJD@state.gov]
**Subject:**   RE: Updated AM and National Security Justification for Cats I-III
**Attachments:**   Tab 7 - National Security Justification Points.docx

Thanks, Jeff.  I've accepted your edits and implemented your comments.



Joseph N. Khawam
Office of the Legal Adviser (L/PM)

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, November 14, 2019 5:44 PM

**To:** Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Updated AM and National Security Justification for Cats I-III

Joe – these are looking good.  I marked various bits and pieces.  Let me know if you want to discuss.  Thanks - Jeff

---

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Thursday, November 14, 2019 4:44 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** Updated AM and National Security Justification for Cats I-III

Hi Jeff:  As mentioned, attached are updated versions of the AM and national security justification for Cats I-III.  I'd welcome any edits or comments you have.

Thanks,
Joe

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov
████████████████████████

Message

| | |
|---|---|
| **From:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent:** | 11/15/2019 6:50:51 PM |
| **To:** | Paul, Joshua M [PaulJM@state.gov]; Khawam, Joseph N [KhawamJN@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; PM-StaffersMailbox [PM-StaffersMailbox@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Darrach, Tamara A [DarrachTA@state.gov] |
| **CC:** | PM-CPA [PM-CPA@state.gov]; Hart, Robert L [HartRL@state.gov] |
| **Subject:** | Re: 1-3 USML AM for S |

████████████████

Sent from my BlackBerry 10 smartphone.

---

**From:** Paul, Joshua M
**Sent:** Friday, November 15, 2019 12:38 PM
**To:** Khawam, Joseph N; Kovar, Jeffrey D; PM-Staffers Mailbox; Heidema, Sarah J; Darrach, Tamara A
**Cc:** PM-CPA; Hart, Robert L
**Subject:** RE: 1-3 USML AM for S

Thank you and Jeff very much.


SENSITIVE BUT UNCLASSIFIED

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, November 15, 2019 12:28 PM
**To:** Paul, Joshua M <PaulJM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** RE: 1-3 USML AM for S

████████████████████████████████████████████

████████████████████████████████████████████

Joseph N. Khawam
Office of the Legal Adviser (L/PM)


SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Friday, November 15, 2019 12:12 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** RE: 1-3 USML AM for S

████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Friday, November 15, 2019 12:08 PM
**To:** Paul, Joshua M <PaulJM@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Re: 1-3 USML AM for S

Sent from my BlackBerry 10 smartphone.

**From:** Paul, Joshua M
**Sent:** Friday, November 15, 2019 12:01 PM
**To:** Kovar, Jeffrey D; PM-Staffers Mailbox; Heidema, Sarah J; Darrach, Tamara A; Khawam, Joseph N
**Cc:** PM-CPA; Hart, Robert L
**Subject:** RE: 1-3 USML AM for S

SENSITIVE BUT UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Friday, November 15, 2019 11:57 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** RE: 1-3 USML AM for S

SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Friday, November 15, 2019 11:43 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** RE: 1-3 USML AM for S

Thanks ███████████████
███████████████████████████████████

███████████████████████████████████████████████████████████████

Thanks,

Josh

SENSITIVE BUT UNCLASSIFIED

**From:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Sent:** Friday, November 15, 2019 11:35 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Subject:** RE: 1-3 USML AM for S

Dear Colleagues

██████████████████████████████████████████████████████

Best
Erica

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, November 15, 2019 11:20 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Subject:** RE: 1-3 USML AM for S

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Friday, November 15, 2019 11:10 AM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** FW: 1-3 USML AM for S
**Importance:** High

All,

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

Today we receive from David Fite the following question:

"I haven't seen anything withdrawing the old one [i.e. old notification]; do you not need to do so?"

███████████████████████████████████████████████████

Thanks,

Josh

<div align="center">SENSITIVE BUT UNCLASSIFIED</div>

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, November 8, 2019 10:41 AM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
**Cc:** Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>; Hart, Robert L <HartRL@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** 1-3 USML AM for S
**Importance:** High

Attached please find the package for S to approve Congressional notification of changes to USML Categories 1-3. Please let us know if there are any questions.

Have a good weekend-
Sarah

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005376

Message

**From:**       Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:**       11/15/2019 7:13:17 PM
**To:**         Khawam, Joseph N [KhawamJN@state.gov]
**Subject:**    RE: Updated AM and National Security Justification for Cats I-III

Joe – that looks fine.  Thanks.  - Jeff

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, November 15, 2019 1:20 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Updated AM and National Security Justification for Cats I-III

Thanks, Jeff.  I've accepted your edits and implemented your comments.



Joseph N. Khawam
Office of the Legal Adviser (L/PM)

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, November 14, 2019 5:44 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Updated AM and National Security Justification for Cats I-III

Joe – these are looking good.  I marked various bits and pieces.  Let me know if you want to discuss.  Thanks - Jeff

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Thursday, November 14, 2019 4:44 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** Updated AM and National Security Justification for Cats I-III

Hi Jeff:  As mentioned, attached are updated versions of the AM and national security justification for Cats I-III.  I'd welcome any edits or comments you have.

Thanks,
Joe

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov

Message

**From**: Heidema, Sarah J [HeidemaSJ@state.gov]
**Sent**: 11/15/2019 7:42:31 PM
**To**: Kringel, Neal F [KringelNF@state.gov]
**Subject**: Policy Highlights 111419 (002)
**Attachments**: Policy Highlights 111419 (002).docx

Here is what I do for DTCP

WASHSTATEC005379

<u>**Policy Highlights 11/11-11/15:**</u>

- **Revision of Cat 1-3 notified:**  Notification made 11/12, expires Dec. 12.  Next step is having the A/M and Rules signed within state and sent to the Fed Reg for publication



*TJA:*

- Revision of Cat. 1-3 next steps:
  - ██████████████████████████████ Once complete figure out next steps.
  - HASC/SASC Briefing:  Yet to be scheduled
  - Heritage: 11/20

Message
_____

**From**:      Kovar, Jeffrey D [KovarJD@state.gov]
**Sent**:      11/15/2019 8:03:14 PM
**To**:        Khawam, Joseph N [KhawamJN@state.gov]
**Subject**:   RE: Weekly Report


Thanks Joe

---

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, November 15, 2019 1:43 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Weekly Report


Jeff: Below please find proposed blurbs on Washington and Cats I-III.  Thanks!



Joseph N. Khawam
Office of the Legal Adviser (L/PM)

---

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Friday, November 15, 2019 8:29 AM
**To:** Legal-PM-DL <Legal-PM-DL@state.gov>
**Subject:** Weekly Report


Please send me your blurbs by 2pm


\*\*\*\*\*\*
*Jeffrey D. Kovar*
*Assistant Legal Adviser for Political-Military Affairs*
*U.S. Department of State*
*2201 C ST NW*
*Washington DC 20520-6805*
*(o) 202-647-9288*
*(c)* ▇▇▇▇▇▇▇▇▇▇

Message

**From:**      Koelling, Richard W [KoellingRW@state.gov]
**Sent:**      11/15/2019 9:04:29 PM
**To:**        Khawam, Joseph N [KhawamJN@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Hart, Robert L [HartRL@state.gov]
**Subject:**   Re: Updated Cats I-III AM Package

Joe, thank you.

Get Outlook for iOS

---

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, November 15, 2019 3:24:34 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Updated Cats I-III AM Package

Sarah, Rick, and Rob:  I've updated the Cats I-III AM package.  The documents are all saved on the shared drive here:

███████████████████████████████████████████████████████████

Please note that the latest version of the AM is v4.  I've also updated Tab 7 (National Security Justification) ██████████
████████████████████████████████████ If there's anything else you need from me at this time, please let me know.

Have a nice weekend,
Joe

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov
███████████████████████

SBU - DELIBERATIVE PROCESS

**Message**

| | |
|---|---|
| **From**: | Koelling, Richard W [KoellingRW@state.gov] |
| **Sent**: | 11/18/2019 1:37:30 PM |
| **To**: | Khawam, Joseph N [KhawamJN@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Hart, Robert L [HartRL@state.gov] |
| **Subject**: | RE: Updated Cats I-III AM Package |

Joe, thanks again.

Rick

Richard W. Koelling, Jr.
Deputy Director (Acting)
Office of Defense Trade Controls Policy
Department of State
202-663-2828

SBU - DELIBERATIVE PROCESS

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, November 15, 2019 3:25 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Updated Cats I-III AM Package

Sarah, Rick, and Rob:  I've updated the Cats I-III AM package.  The documents are all saved on the shared drive here:

███████████████████████████████████████████████████

Please note that the latest version of the AM is v4.  I've also updated Tab 7 (National Security Justification)██████████
███████████████████████████████  If there's anything else you need from me at this time, please let me know.

Have a nice weekend,
Joe

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov
███████████████████████

SBU - DELIBERATIVE PROCESS

WASHSTATEC005384

Message

| | |
|---|---|
| **From**: | Koelling, Richard W [KoellingRW@state.gov] |
| **Sent**: | 11/18/2019 2:28:54 PM |
| **To**: | PM-DTCP-RAA [PM-DTCP-RAA@state.gov] |
| **Subject**: | FW: CPA MEDIA MONITORING: 14 November 2019 |

If you're following the Cats I-III saga, there is more here, specifically the articles regarding "Giffords" and two on "3D."

Rick

Richard W. Koelling, Jr.
Deputy Director (Acting)
Office of Defense Trade Controls Policy
Department of State
202-663-2828

---

**From:** Marquis, Matthew R <MarquisMR@state.gov>
**Sent:** Thursday, November 14, 2019 4:45 PM
**To:** Windecker, Melissa A <WindeckerMA@state.gov>; PM-Strategy <PM-Strategy@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; PM-Directors <PM-Directors@state.gov>; PM-Deputy-Directors <PM-Deputy-Directors@state.gov>; PM-POLAD-DL <PM-POLAD-DL@state.gov>; Brown, Stanley L <BrownSL@state.gov>; O'Keefe, Kevin P <OKeefeKP@state.gov>; Miller, Michael F <Millermf@state.gov>; Mak, Daniella <MakD@state.gov>; Dudding, Maria <DuddingM@state.gov>; Nute, Kathryn M <NuteKM3@state.gov>; Phalen, Susan A <PhalenSA@state.gov>; Cooper, R. Clarke <CooperRC@state.gov>; Ryan.M.Tully@nsc.eop.gov; j.tylerwilliamson@gmail.com; george.castellon20@gmail.com; Trowbridge, Laura E. <trowbridge.laura@ou.edu>
**Subject:** CPA MEDIA MONITORING: 14 November 2019



## Alerts for 14 November 2019

"Germany scrambles to secure funding for next-gen fighter research contracts", The next phase is slated to begin in January, but German officials said they are still working to finalize contracts with an industry consortium led by Airbus and Dassault. Given that the proposed deals will have to be cleared by the defense and appropriations committees of the Bundestag, that could make for some dicey timing.

"Putin: Russia to deliver S-400 missiles to India as planned", "As far as the S-400 deliveries are concerned, everything is going according to plan. Our Indian colleagues have not asked to speed anything up, it's all going fine," Putin told reporters at a summit of BRICS countries in Brazil.

"US pursues 'its own benefit' over GSOMIA, defense cost-sharing issues: experts", Experts on the prospects of the discussions between Seoul and Washington said the United States is pursuing two agendas at the same time with Seoul, both of which only benefit the strategic interests of the U.S.

"How the Jihadists Are Advancing in Western Africa", Islamist militant attacks are wreaking havoc in West Africa. An insurgency that began in northern Mali in 2012 has spread to neighboring Burkina Faso and is threatening coastal states including Benin, Ghana and Ivory Coast. Hundreds have died in recent months. Increased defense spending weighs heavily on the budgets of some of the world's poorest countries. Gold mining, a crucial source of income for Mali and Burkina Faso, is also being affected.

"Libya's Prime Minister Says Russia Mercenaries Will Drag Out War", Wagner troops had fought in Ukraine and Syria before deploying in September to Libya. A person close to the Kremlin told Bloomberg at the time that Russia was distancing itself from the administration in Tripoli and expected Haftar, who already controls eastern and southern Libya and much of its oil fields, to gain the upper hand after his initial failure to push into the capital in April.

"America is ignoring Iraq's turbulent protests at its peril, security experts say", Responsibility for the rocket attack has not been claimed and no casualties have been reported, but commodities expert and former CIA analyst Helima Croft sees this as a dangerous risk that could bring the U.S. into further confrontation with Iran. Hardline Iranian-backed Iraqi militias regularly threaten to attack Americans inside the country.

"Giffords Condemns Trump Administration Proposal to Deregulate the Oversight of Firearm Exports", By moving these items onto the CCL, the proposed regulation would reduce State Department and congressional oversight regarding gun exports, and would eliminate protections that prevent exported firearms from falling into the hands of human rights abusers and international criminal organizations. Giffords is disappointed by this move to subject dangerous firearms, including military-style assault weapons, to this weaker set of export regulations.

"Risch Sees Pause in Turkey Sanctions Push If Erdogan Nixes S-400", "We think that there's going to be movement relatively soon on the S-400s," the Idaho Republican said in an interview the day after meeting with Erdogan at the White House. As long as there is positive movement, Risch said, "we ought to sit tight, because I think we're probably going to want to evaluate our position somewhat if indeed we get the S-400s resolved."

"Tenuous truce in Gaza as Islamic Jihad, Israel differ on terms", Islamic Jihad said an Egyptian-mediated truce went into effect at 0330 GMT, about 48 hours after Israel triggered the exchange of fire by killing the Iranian-backed faction's top Gaza commander in an air strike, deeming him an imminent threat.

"Pentagon presses for US access to special EU defense projects", Norquist's remarks serve as the latest pushback from Washington concerning draft rules that would restrict non-European countries from the bloc's programs. Norquist said the U.S. has engaged with the European Commission, the EU's politically independent executive arm, in an effort "to allow our participation to continue."

"This obscure, costly air base is the new front in the battle against violent extremism", Critically located in central Niger, Air Base 201 is positioned to strike terrorist groups and extremist militants — including fighters affiliated with al-Qaida and the Islamic State — in countries throughout the Sahel region, which spans the width of the African continent south of the Sahara and includes parts of Mali, Sudan and Chad.

"Bipartisan bill seeks to enhance US-Israel alliance against 'killer drones'", Representatives Josh Gottheimer (NJ-5) and Anthony Gonzalez (OH-16), who introduced the U.S.-Israel Anti-Killer Drone Act on Wednesday, said in a statement that the legislation helps fill gaps identified by the US Department of Defense, by authorizing cooperative projects intended to thwart small, unmanned aerial systems that threaten the US and Israel.

"Joint, Interagency, and Tailored: Getting Security Force Assistance Right in Georgia", Within the context of the Georgian security dilemma, a smart approach will deploy the right US SFA force package to produce a trained and capable Georgian force, but a smarter one will do so while also mitigating the likelihood of Russian escalatory actions.

"Climate Change May Be Blowing Up Arms Depots", As climate change raises summer temperatures and boosts the number and severity of heat waves the world over, weapons experts warn of more of such unplanned

explosions at munitions sites, or UEMS—particularly in places that are already steeped in conflict or have poor stockpile management, or both.

"Growing Pains in Taiwan's Defense Sector", Supporters say the acquisition of new F-16 Vipers is key not just to defending Taiwan's airspace, but also to integrating the local manufacturing sector into global supply chains.

"The US plays a unique role in UN solvency", Cuts to peacekeeping will likely prove more harmful to the African continent than any other single region. Large budgetary cuts during 2017 fell heavily on the operations deployed within Darfur, with other African missions also affected. The UN has 13 active peacekeeping operations and seven of these are in Africa. African nations provide nearly half of the peacekeepers deployed worldwide, including almost two thirds of all women peacekeepers, and the majority of UN police officers.

"Brave women clear war-torn Donbas of landmines", Dmytro Herasymiuk, Demina's supervisor, said women are especially efficient in searching for the well-hidden tripwire landmines. In his demining group of seven people, five are women. HALO Trust has 350 deminers currently working in Ukraine, the 52 of them are women.

"Security Stymies Effort to End Ebola in Congo", The World Health Organization says that dangers posed by armed groups in two eastern Democratic Republic of Congo provinces are impeding progress in the battle to stop the spread of the deadly Ebola virus.  Latest reports put the number of confirmed Ebola cases at 3,287, including 2,193 deaths.

"Turkey's multibillion-dollar Altay tank program faces delay", A procurement official told Defense News that "there are major problems concerning critical parts, like the engine and transmission." Western countries, particularly Germany, have been reluctant to share such critical technology with Turkey over political concerns.

"Sudanese women demand participation in peace negotiations", In a meeting with Sovereign Council member Mohamed El Taayshi, leading member of the women organisation Ahlam Nasir called for coordination of the negotiations with all stakeholders, including women, to realise a comprehensive peace and security.

"Why does the United States still believe the myth of the 'good coup'?", It is a matter of long-standing U.S. policy, moreover, to bolster the norm of civilian control of the military abroad, as reflected in State and Defense departments' security-assistance programs that devote substantial resources to convincing foreign militaries to accept that control. The opportunistic deviations from these principles by successive presidential administrations only undermine such commitments while achieving little in the way of real democracy promotion.

"Trump deal to share 3D-printed gun blueprints online ruled 'unlawful'", Lasnik's ruling has overturned this last decision, with the judge stating that previous arguments made against Defense Distributed by the Department of State — namely that "the manufacture of undetectable firearms was a threat to world peace and the national security interests of the United States" — still held. "Against these findings, the federal defendants offer nothing," said Lasnik.

"Blueprints for 3-D Printed Guns Cannot Be Posted Online, Judge Says", Among the procedural steps the State Department should have followed was a requirement to give Congress advance notice of such an action, Judge Lasnik said. He said that the federal government did not offer a "reasoned explanation" for its reversal.

"Scoop: Erdogan upends Oval meeting to play anti-Kurd film on iPad", The meeting hosted by President Trump included five Republican U.S. senators who've been among the most vocal critics of Turkey's recent invasion of Syria and attacks on the U.S.'s Kurdish allies in the fight against ISIS.

"The reverberating effects of explosive violence on agriculture in Afghanistan", Despite efforts, however, to reform agriculture in Afghanistan, progress has been greatly obstructed by the reverberating effects of explosive violence. Landmines, especially, have had a long-lasting detrimental impact on the sector.

"Competition in 2035: Anticipating Chinese Exploitation of Operational Environments", China is rapidly modernizing its armed forces and developing new approaches to warfare. Beijing has invested significant resources into research and development of a wide array of advanced technologies. Coupled with its time-honored practice of reverse engineering technologies or systems it purchases or acquires through espionage, this effort likely will allow China to surpass Russia as our most capable threat sometime around 2030.

"US Defence Secretary Mark Esper starts second Indo-Pacific tour with bid to counter Chinese power", The current tour started with a visit to South Korea on Thursday, and will include two other treaty allies – Thailand and the Philippines – as well as visiting Vietnam, which is growing increasingly close to the United States.

"Turkey Can't Discard Russian S-400 Missile Defense, Erdogan Says", Turkey's strategic ties with Russia mean the country cannot discard S-400 missile defense system in favor of U.S. Patriots, President Recep Tayyip Erdogan tells reporters after meeting with U.S. President Donald Trump in Washington.

"Here's why State Department agents joined on with the 26th Marine Expeditionary Unit", As part of the Composite Training Unit Exercise, known as COMPTUEX, one agent from the Diplomatic Security Service — the State Department's law enforcement and security branch — accompanied an amphibious ready group, also called an ARG, with the MEU as it completed a simulated embassy evacuation.

_____

**Matthew Marquis**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

Phone:      202.647.6968
e-mail:      _MarquisMR@state.gov_ |   Web: _PM Homepage_ [Twitter: _@StateDeptPM_

Stay connected with _State.gov_:



**Official**
UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Memos, Nicholas [MemosNI@state.gov] |
| **Sent**: | 11/18/2019 5:59:17 PM |
| **To**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **CC**: | Hart, Robert L [HartRL@state.gov]; Wubneh, Engda M [WubnehEM@state.gov]; Koelling, Richard W [KoellingRW@state.gov] |
| **Subject**: | RE: Policy Highlights 111819 Please review |
| **Attachments**: | Policy Highlights 111819.docx |

Sarah,

Edits tracked in attached.

Thanks,
Nick

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Monday, November 18, 2019 11:40 AM
**To:** Hart, Robert L <HartRL@state.gov>; Wubneh, Engda M <WubnehEM@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Memos, Nicholas <MemosNI@state.gov>
**Subject:** Policy Highlights 111819 Please review

Please review and make sure this accurately addresses the big issues in your office.  See highlights for questions.  Please return to me by 1pm.  Thanks much

Message

| | |
|---|---|
| **From:** | Timothy Mooney [Timothy.Mooney@bis.doc.gov] |
| **Sent:** | 11/19/2019 1:03:28 PM |
| **To:** | Paul, Joshua M [PaulJM@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov] |
| **CC:** | LKluttz@doc.gov; PM-CPA [PM-CPA@state.gov] |
| **Subject:** | RE: Query from Hill on NDAA |



**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Tuesday, November 19, 2019 7:43 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Cc:** LKluttz@doc.gov; PM-CPA <PM-CPA@state.gov>
**Subject:** Query from Hill on NDAA

Sarah, Tim,



Please let me know ASAP, thanks,

Josh

_____
**Josh Paul**
Director, Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☏  Phone:  202.647.7878 | ☏  BlackBerry: ███████ | ⎙  Fax: 202.647.4055
✉  e-mail:  *PaulJM@State.Gov* | 🖥  Web: *www.state.gov/t/pm/*

🐦  http://twitter.com/StateDeptPM

Stay connected with *State.gov*:



SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005391

Message

**From**: Heidema, Sarah J [HeidemaSJ@state.gov]
**Sent**: 11/19/2019 3:40:10 PM
**To**: Miller, Michael F [Millermf@state.gov]
**Subject**: Policy Highlights 111819
**Attachments**: Policy Highlights 111819.docx

FYSA

**Policy Highlights 11/18-11/22:**



- **Revision of Cat 1-3 notified:** Notification made 11/12, expires Dec. 12. Next step, finalize A/M for Form to sign. Draft from L ready to review.
- **Heritage 1-3 event:** Heidema to do on Wed.



- **Revision of Cat. 1-3 next steps:**
    - Review L draft of A/M to sign rule
    - Josh P working with H on potential hold
    - 1-3 senior DDTC staff meeting tomorrow
    - Coordinate with OMB on FR
    - Heritage: 11/20



WASHSTATEC005395

Message

| | |
|---|---|
| **From**: | Koelling, Richard W [KoellingRW@state.gov] |
| **Sent**: | 11/19/2019 8:51:29 PM |
| **To**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Subject**: | RE: Can you get the SBU marking off this? |
| **Attachments**: | Tab 2 - Revised USML Categories I II and III - G.docx |

Richard W. Koelling, Jr.
Deputy Director (Acting)
Office of Defense Trade Controls Policy
Department of State
202-663-2828

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Tuesday, November 19, 2019 3:45 PM
**To:** Koelling, Richard W <KoellingRW@state.gov>
**Subject:** Can you get the SBU marking off this?

I cannot find out how.  It needs to be replaced with "Internal USG Draft"

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

Message

**From:**      Heidema, Sarah J [HeidemaSJ@state.gov]
**Sent:**      11/20/2019 4:13:54 PM
**To:**        Heidema, Sarah J [HeidemaSJ@state.gov]
**Subject:**   rule
**Attachments:**   Tab 2 - Revised USML Categories I II and III - G (002).docx

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

WASHSTATEC005397

Message

| | |
|---|---|
| **From**: | Koelling, Richard W [KoellingRW@state.gov] |
| **Sent**: | 11/20/2019 4:26:42 PM |
| **To**: | Koelling, Richard W [KoellingRW@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Subject**: | Koelling, Richard W shared "Tab 2 - Revised USML Categories I II and III - G" with you. |

Try this

 This link only works for the direct recipients of this message.

Tab 2 - Revised USML Categories I II and III - G

Open



Microsoft respects your privacy. To learn more, please read our Privacy Statement.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

Message

**From**:        Koelling, Richard W [KoellingRW@state.gov]
**Sent**:        11/20/2019 4:47:04 PM
**To**:          Koelling, Richard W [KoellingRW@state.gov]
**Attachments**:  Tab 2 - Revised USML Categories I II and III - Ggoodd.docx


Richard W. Koelling, Jr.
Deputy Director (Acting)
Office of Defense Trade Controls Policy
Department of State
202-663-2828

Message

| | |
|---|---|
| **From:** | Koelling, Richard W [KoellingRW@state.gov] |
| **Sent:** | 11/20/2019 4:47:45 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Subject:** | FW: |
| **Attachments:** | Tab 2 - Revised USML Categories I II and III - Ggoodd.docx |


Richard W. Koelling, Jr.
Deputy Director (Acting)
Office of Defense Trade Controls Policy
Department of State
202-663-2828

---

**From:** Koelling, Richard W <KoellingRW@state.gov>
**Sent:** Wednesday, November 20, 2019 11:47 AM
**To:** Koelling, Richard W <KoellingRW@state.gov>
**Subject:**


Richard W. Koelling, Jr.
Deputy Director (Acting)
Office of Defense Trade Controls Policy
Department of State
202-663-2828

Message

| | |
|---|---|
| **From:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent:** | 11/20/2019 7:13:52 PM |
| **To:** | Timothy Mooney [Timothy.Mooney@bis.doc.gov] |
| **Subject:** | Re: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text) |



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:12:54 PM
**To:** Fite, David <david_fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara

WASHSTATEC005402

**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005403

Message

| | |
|---|---|
| **From**: | Timothy Mooney [Timothy.Mooney@bis.doc.gov] |
| **Sent**: | 11/20/2019 7:53:34 PM |
| **To**: | Steven Clagett [Steven.Clagett@bis.doc.gov]; Heidema, Sarah J [HeidemaSJ@state.gov] |
| **CC**: | Alexander Lopes [Alexander.Lopes@bis.doc.gov] |
| **Subject**: | RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text) |

Thanks, Steve.

Sarah,



Tim

**From:** Steven Clagett <Steven.Clagett@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 2:53 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Alexander Lopes <Alexander.Lopes@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 2:51 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Steven Clagett <Steven.Clagett@bis.doc.gov>; Alexander Lopes <Alexander.Lopes@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Sarah,



Tim

**From:** Heidema, Sarah J <<u>HeidemaSJ@state.gov</u>>
**Sent:** Wednesday, November 20, 2019 2:14 PM
**To:** Timothy Mooney <<u>Timothy.Mooney@bis.doc.gov</u>>
**Subject:** Re: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

---

**From:** Timothy Mooney <<u>Timothy.Mooney@bis.doc.gov</u>>
**Sent:** Tuesday, November 19, 2019 7:12:54 PM
**To:** Fite, David <<u>david_fite@foreign.senate.gov</u>>; Darrach, Tamara A <<u>DarrachTA@state.gov</u>>; Steffens, Jessica <<u>jessica.steffens@mail.house.gov</u>>; Rice, Edmund <<u>edmund.rice@mail.house.gov</u>>; Hunter, Robert <<u>robert_hunter@foreign.senate.gov</u>>
**Cc:** Huddleston, Clay (Foreign Relations) <<u>Clay_Huddleston@foreign.senate.gov</u>>; PM-CPA <<u>PM-CPA@state.gov</u>>; Giannangeli, Giulia R <<u>GiannangeliGR@state.gov</u>>; Wolfe, William E <<u>WolfeWE@state.gov</u>>; Paul, Joshua M <<u>PaulJM@state.gov</u>>; <u>LKluttz@doc.gov</u> <<u>LKluttz@doc.gov</u>>; Lopes, Alexander <<u>alexander.lopes@bis.doc.gov</u>>; Heidema, Sarah J <<u>HeidemaSJ@state.gov</u>>; Clagett, Steven <<u>steven.clagett@bis.doc.gov</u>>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████████████████

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████████████████

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

WASHSTATEC005406

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Timothy Mooney [Timothy.Mooney@bis.doc.gov] |
| **Sent**: | 11/20/2019 7:55:39 PM |
| **To**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **CC**: | Steven Clagett [Steven.Clagett@bis.doc.gov]; Alexander Lopes [Alexander.Lopes@bis.doc.gov] |
| **Subject**: | RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text) |

Thanks, Sarah.

Tim

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Cc:** Steven Clagett <Steven.Clagett@bis.doc.gov>; Alexander Lopes <Alexander.Lopes@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

That is fine

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 2:51 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Clagett, Steven <steven.clagett@bis.doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Sarah,





Tim

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Wednesday, November 20, 2019 2:14 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Subject:** Re: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:12:54 PM
**To:** Fite, David <david_fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division

WASHSTATEC005409

Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;

Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

Message

| | |
|---|---|
| **From**: | Koelling, Richard W [KoellingRW@state.gov] |
| **Sent**: | 11/20/2019 8:18:04 PM |
| **To**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Subject**: | FW: last 38(f) package |
| **Attachments**: | USML Cat I-III 38(f) - AM to T Tab 1 (Notification Letters).docx; USML Cat I-III 38(f) - AM to T Tab 2 (Revised Control Text).docx; USML Cat I-III 38(f) - AM to T Tab 3 (Line-in Line-out Comparison).docx; USML Cat I-III 38(f) - AM to T Tab 4 (Commerce control text).docx; USML Cat I-III 38(f) - AM to T Tab 5 (Summary).docx; USML Cat I-III 38(f) - AM to T Tab 6 (MDE List).docx; USML Cat I-III 38(f) - AM to T.docx |

Sarah, here is the package that we sent in March. Please see Tab 2 limited to just the control text. This is what we were told to mimic.  I'll keep looking for the current direction.

Richard W. Koelling, Jr.
Deputy Director (Acting)
Office of Defense Trade Controls Policy
Department of State
202-663-2828

---

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Thursday, October 3, 2019 1:56 PM
**To:** Koelling, Richard W <KoellingRW@state.gov>
**Subject:** last 38(f) package

Rob Hart
Chief, Regulatory and Multilateral Affairs Division
Department of State | Directorate of Defense Trade Controls
202.736.9221 | hartrl@state.gov

UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent:** | 11/20/2019 8:59:18 PM |
| **To:** | Khawam, Joseph N [KhawamJN@state.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

████████████████████████████████

**From:** Heidema, Sarah J
**Sent:** Wednesday, November 20, 2019 3:43 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** FW: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,



Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:



Ed

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,



Tim

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

████████████████████████████████████████████████████████

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney
<Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus,
Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare
for the Commerce control text)

████████████████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare
for the Commerce control text)

████████████████████████████████████████████████████████

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>;
Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert
(Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare
for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

Message

---

| | |
|---|---|
| **From:** | Rice, Edmund [Edmund.Rice@mail.house.gov] |
| **Sent:** | 11/20/2019 9:13:12 PM |
| **To:** | Timothy Mooney [Timothy.Mooney@bis.doc.gov]; Fite, David (ForeignRelations) [David_Fite@foreign.senate.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Steffens, Jessica [Jessica.Steffens@mail.house.gov]; Hunter, Robert (Foreign Relations) [Robert_Hunter@foreign.senate.gov]; Markus, Daniel [Daniel.Markus@mail.house.gov]; Markus, Daniel [Daniel.Markus@mail.house.gov] |
| **CC:** | Huddleston, Clay (Foreign Relations) [Clay_Huddleston@foreign.senate.gov]; PM-CPA [PM-CPA@state.gov]; Giannangeli, Giulia R [GiannangeliGR@state.gov]; Wolfe, William E [WolfeWE@state.gov]; Paul, Joshua M [PaulJM@state.gov]; lkluttz@doc.gov; Alexander Lopes [Alexander.Lopes@bis.doc.gov]; Heidema,Sarah J [HeidemaSJ@state.gov]; Steven Clagett [Steven.Clagett@bis.doc.gov]; Rudd, Phil (Banking) [Phil_Rudd@banking.senate.gov]; McGinnis, Colin(Banking) [Colin_McGinnis@banking.senate.gov]; Karen NiesVogel [Karen.NiesVogel@bis.doc.gov]; Hillary Hess [Hillary.Hess@bis.doc.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |



Ed

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 4:10 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:38 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus,

Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)

Tim:

███████████████████████████████████████████████████████████████████████

Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>;
Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert
(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus,
Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)

Ed,

███████████████████████████████████████████████████████████████████████

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations)
<David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus,
Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M

<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:



Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,



Tim

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica

<jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████████████████████████████████████

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████████████████████████████████████

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in

WASHSTATEC005424

order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara

**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

Message

**From:** Khawam, Joseph N [KhawamJN@state.gov]
**Sent:** 11/20/2019 9:47:40 PM
**To:** Heidema, Sarah J [HeidemaSJ@state.gov]
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

███████████████████████████

████████████████████████████████████████████████████████████████

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Wednesday, November 20, 2019 3:43 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** FW: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert

(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,



Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:



Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J

WASHSTATEC005427

<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>;
Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert
(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;

Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

██████████████████████████████████████████████████████████

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

██████████████████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

██████████████████████████████████████████████████████████

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Koelling, Richard W [KoellingRW@state.gov] |
| **Sent:** | 11/20/2019 10:50:08 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Subject:** | Re: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

Sarah,

███████████████████████████████████████████████

Hope this helps.

Cheers, Rick

Get Outlook for iOS

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>

**Sent:** Wednesday, November 20, 2019 3:50:01 PM

**To:** Koelling, Richard W <KoellingRW@state.gov>

**Subject:** FW: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

███████████████

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>

**Sent:** Wednesday, November 20, 2019 3:39 PM

**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel

<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>

**Sent:** Wednesday, November 20, 2019 3:26 PM

**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

WASHSTATEC005433

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>

**Sent:** Wednesday, November 20, 2019 3:11 PM

**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

Ed

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>

**Sent:** Wednesday, November 20, 2019 3:00 PM

**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel

<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,



████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

Tim

---

**From:** Timothy Mooney

**Sent:** Wednesday, November 20, 2019 2:55 PM

**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>

**Sent:** Wednesday, November 20, 2019 1:58 PM

**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M

<PaulJM@state.gov>; <LKluttz@doc.gov>; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>

**Sent:** Wednesday, November 20, 2019 1:41 PM

**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>

**Sent:** Tuesday, November 19, 2019 7:13 PM

**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>

WASHSTATEC005437

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,



Tim

Timothy Mooney

Senior Export Policy Analyst

Regulatory Policy Division

Bureau of Industry and Security

Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>

**Sent:** Tuesday, November 19, 2019 2:32 PM

**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

WASHSTATEC005438



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>

**Sent:** Thursday, November 14, 2019 12:08 PM

**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney

Senior Export Policy Analyst

Regulatory Policy Division

Bureau of Industry and Security

Tel. (202) 482-3371

---

**From:** Darrach, Tamara A <DarrachTA@state.gov>

**Sent:** Tuesday, November 12, 2019 11:58 AM

**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>

WASHSTATEC005439

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,

Tamara

**Tamara Darrach Goulding**

Senior Congressional Advisor

Bureau of Legislative Affairs

U.S. Department of State

Tel: (202) 647-8763

Email:  DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

Message

**From:**        Koelling, Richard W [KoellingRW@state.gov]
**Sent:**        11/21/2019 1:17:26 PM
**To:**          Heidema, Sarah J [HeidemaSJ@state.gov]
**Subject:**     FW: OMB cleared Commerce Cat I-III (firearms) rule for use with the 38(f) notification as needed
**Attachments:** 2019-11-7 OMB cleared Commerce Cat I-III firearms rule with docket number.docx

Richard W. Koelling, Jr.
Deputy Director (Acting)
Office of Defense Trade Controls Policy
Department of State
202-663-2828

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 7, 2019 5:27 PM
**To:** Koelling, Richard W <KoellingRW@state.gov>; Hart, Robert L <HartRL@state.gov>
**Cc:** Abraham, Liz <LAbraham@doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Jeff Bond <Jeff.Bond@bis.doc.gov>
**Subject:** OMB cleared Commerce Cat I-III (firearms) rule for use with the 38(f) notification as needed



Message

| | |
|---|---|
| **From**: | Koelling, Richard W [KoellingRW@state.gov] |
| **Sent**: | 11/21/2019 1:56:47 PM |
| **To**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Subject**: | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

Thanks for the cc. I appreciate it.

v/r, Rick

Richard W. Koelling, Jr.
Deputy Director (Acting)
Office of Defense Trade Controls Policy
Department of State
202-663-2828

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:40 AM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Miller, Michael F <Millermf@state.gov>
**Cc:** Koelling, Richard W <KoellingRW@state.gov>
**Subject:** FW: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

FYSA

---

**From:** Heidema, Sarah J
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)


Ed and David,



Tim

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

WASHSTATEC005447

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371


**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State

WASHSTATEC005448

Tel: (202) 647-8763
Email: DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005449

Message

| | |
|---|---|
| **From:** | Rice, Edmund [Edmund.Rice@mail.house.gov] |
| **Sent:** | 11/21/2019 3:22:16 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov]; Fite, David [david_fite@foreign.senate.gov]; 'Timothy Mooney' [Timothy.Mooney@bis.doc.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Steffens, Jessica [Jessica.Steffens@mail.house.gov]; Hunter, Robert [robert_hunter@foreign.senate.gov]; Markus, Daniel [Daniel.Markus@mail.house.gov]; Markus, Daniel [Daniel.Markus@mail.house.gov] |
| **CC:** | Huddleston, Clay (Foreign Relations) [Clay_Huddleston@foreign.senate.gov]; PM-CPA [PM-CPA@state.gov]; Giannangeli, Giulia R [GiannangeliGR@state.gov]; Wolfe, William E [WolfeWE@state.gov]; Paul, Joshua M [PaulJM@state.gov]; lkluttz@doc.gov; Lopes, Alexander [alexander.lopes@bis.doc.gov]; Clagett, Steven [steven.clagett@bis.doc.gov]; Rudd, Phil (Banking) [Phil_Rudd@banking.senate.gov]; McGinnis, Colin (Banking) [Colin_McGinnis@banking.senate.gov]; Karen NiesVogel [Karen.NiesVogel@bis.doc.gov]; Hillary Hess [Hillary.Hess@bis.doc.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

Sarah:

Thank you.

Ed

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David <david_fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,



Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:



Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert

(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM

**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you. I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara

**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email: DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005456

Message

| | |
|---|---|
| **From:** | Khawam, Joseph N [KhawamJN@state.gov] |
| **Sent:** | 11/21/2019 4:55:02 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

███████████  Thanks.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 9:36 AM
**To:** Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** FW: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@"mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven

<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

WASHSTATEC005459

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,



Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

Ed

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>;

Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert
(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)

Ed and David,



Tim

WASHSTATEC005461

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

████████████████████████████████████████████████████████████████████

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

████████████████████████████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

████████████████████████████████████████████████████████████████████

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>;
Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert
(Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare
for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare
for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign
Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign

Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare
for the Commerce control text)



Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371


**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund
<edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we
will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in
order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing
technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and
software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email: DarrachTA@state.gov

WASHSTATEC005464

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005465

Message

| | |
|---|---|
| **From:** | Timothy Mooney [Timothy.Mooney@bis.doc.gov] |
| **Sent:** | 11/21/2019 5:13:43 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **CC:** | Paul, Joshua M [PaulJM@state.gov]; Khawam, Joseph N [KhawamJN@state.gov]; Steven Clagett [Steven.Clagett@bis.doc.gov]; LKluttz@doc.gov; Hillary Hess [Hillary.Hess@bis.doc.gov]; Karen NiesVogel [Karen.NiesVogel@bis.doc.gov]; Alexander Lopes [Alexander.Lopes@bis.doc.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

Sarah,

█████████████████████████████████████████████

Tim

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 12:00 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Cc:** Paul, Joshua M <PaulJM@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; LKluttz@doc.gov; Hillary Hess <Hillary.Hess@bis.doc.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Alexander Lopes <Alexander.Lopes@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim-

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 21, 2019 11:10 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Paul, Joshua M <PaulJM@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; LKluttz@doc.gov; Hillary Hess <Hillary.Hess@bis.doc.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>
**Subject:** FW: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Sarah,

████████████████████████████████████████████████
████████████████████████████████████████████████

Tim

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** 'Heidema, Sarah J' <HeidemaSJ@state.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Rice, Edmund

<edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah

WASHSTATEC005467



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>;
Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert
(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus,
Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)

Ed,

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations)
<David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus,
Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)

Tim:

Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,



███████████████████████████████████████████████████

Tim

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

███████████████████████████████████████████████████

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371


**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs

WASHSTATEC005473

U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005474

Message

| | |
|---|---|
| **From:** | Miller, Michael F [Millermf@state.gov] |
| **Sent:** | 11/21/2019 7:21:37 PM |
| **To:** | Paul, Joshua M [PaulJM@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Subject:** | Fwd: RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

███████████████████████████████████████████████

MM

---
Sent from Workspace ONE Boxer

---------- Forwarded message ----------

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Date:** November 21, 2019 at 1:33:18 PM EST
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>,Timothy Mooney <Timothy.Mooney@bis.doc.gov>,Rice, Edmund <edmund.rice@mail.house.gov>,Darrach, Tamara A <DarrachTA@state.gov>,Steffens, Jessica <jessica.steffens@mail.house.gov>,Hunter, Robert <robert_hunter@foreign.senate.gov>,Markus, Daniel <Daniel.Markus@mail.house.gov>,Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>,PM-CPA <PM-CPA@state.gov>,Giannangeli, Giulia R <GiannangeliGR@state.gov>,Wolfe, William E <WolfeWE@state.gov>,Paul, Joshua M <PaulJM@state.gov>,LKluttz@doc.gov,Lopes, Alexander <alexander.lopes@bis.doc.gov>,Clagett, Steven <steven.clagett@bis.doc.gov>,Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>,McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>,Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>,Hillary Hess <Hillary.Hess@bis.doc.gov>,Miller, Michael F <Millermf@state.gov>

███████████████████████████████████████████████

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

WASHSTATEC005476



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica

WASHSTATEC005478

<Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E
<WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes
<Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett
<Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin
(Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>;
Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be
handled for the items moved to the CCL)

Ed,

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations)
<David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E
<WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes
<Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett
<Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin
(Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>;
Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be
handled for the items moved to the CCL)

Tim:

Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations)

WASHSTATEC005479

<David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,



Tim

WASHSTATEC005480

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations)
<David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E
<WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes
<Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett
<Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin
(Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline
compare for the Commerce control text)

Ed and David,

<div style="background:black; height:40px"></div>

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney
<Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E
<WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes
<Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett
<Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin
(Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline
compare for the Commerce control text)

<div style="background:black; height:40px"></div>

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>;
Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter,
Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E
<WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes
<Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett
<Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin

(Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>

WASHSTATEC005482

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised

its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005484

Message

| | |
|---|---|
| **From:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent:** | 11/21/2019 7:29:15 PM |
| **To:** | Khawam, Joseph N [KhawamJN@state.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

███████████████████████████████████████████████████

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:26 PM
**To:** Fite, David <david_fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David-

███████████████████████████████████████████████████

Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

███████████████████████████████████████████████████

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney'
<Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A
<DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund
<edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah

WASHSTATEC005487



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert

(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)

Ed and David,



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM

WASHSTATEC005490

**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

████████████████████████████████████████████

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

████████████████████████████████████████████

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Paul, Joshua M [PaulJM@state.gov] |
| **Sent:** | 11/21/2019 10:00:48 PM |
| **To:** | Kovar, Jeffrey D [KovarJD@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Miller, Michael F [Millermf@state.gov]; Khawam, Joseph N [KhawamJN@state.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

███████

SBU - LEGAL

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Thursday, November 21, 2019 4:13 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Miller, Michael F <Millermf@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████████████████████████████████████████

SBU - LEGAL

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 4:11 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Miller, Michael F <Millermf@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** FW: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Gents-

████████████████████████████████████████████████████████████

SBU - LEGAL

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 3:35 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:26 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David-



Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney'
<Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A
<DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund
<edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney'
<Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A
<DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-



All the best,
Sarah



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

███████████████████████████████████████████████

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

███████████████████████████████████████████████

Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert

(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)

Ed and David,



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM

Case 2:20-cv-00111-RAJ   Document 106-18   Filed 09/23/20   Page 286 of 489

**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████████████████████

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████████████████████

WASHSTATEC005501

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>

WASHSTATEC005502

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara

**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005503

Message

**From:** Heidema, Sarah J [HeidemaSJ@state.gov]
**Sent:** 11/21/2019 10:13:26 PM
**To:** Paul, Joshua M [PaulJM@state.gov]
**Subject:** Re: NDAA issue: USML to CCL



**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Thursday, November 21, 2019 5:00:34 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** FW: NDAA issue: USML to CCL

SENSITIVE BUT UNCLASSIFIED

**From:** Hunter, Robert <robert_hunter@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 4:06 PM
**To:** Paul, Joshua M <PaulJM@state.gov>
**Subject:** NDAA issue: USML to CCL

Josh,

Best,
Rob



WASHSTATEC005505

Message

| | |
|---|---|
| **From**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent**: | 11/21/2019 10:16:34 PM |
| **To**: | Paul, Joshua M [PaulJM@state.gov] |
| **Subject**: | Re: NDAA issue: USML to CCL |



**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Thursday, November 21, 2019 5:00:34 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** FW: NDAA issue: USML to CCL

SENSITIVE BUT UNCLASSIFIED

**From:** Hunter, Robert <robert_hunter@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 4:06 PM
**To:** Paul, Joshua M <PaulJM@state.gov>
**Subject:** NDAA issue: USML to CCL

Josh,

Best,
Rob



WASHSTATEC005507

Message

**From:**     Paul, Joshua M [PaulJM@state.gov]
**Sent**:     11/21/2019 10:18:40 PM
**To**:     Heidema, Sarah J [HeidemaSJ@state.gov]
**Subject:**     RE: NDAA issue: USML to CCL

███████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 5:17 PM
**To:** Paul, Joshua M <PaulJM@state.gov>
**Subject:** Re: NDAA issue: USML to CCL

███████████████████████████████████████████████

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Thursday, November 21, 2019 5:00:34 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** FW: NDAA issue: USML to CCL

████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Hunter, Robert <robert_hunter@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 4:06 PM
**To:** Paul, Joshua M <PaulJM@state.gov>
**Subject:** NDAA issue: USML to CCL

Josh,

████████████████████████████████████

Best,
Rob

███████████████████████████████████████████████



WASHSTATEC005509

Message

| | |
|---|---|
| **From**: | Khawam, Joseph N [KhawamJN@state.gov] |
| **Sent**: | 11/22/2019 11:56:05 AM |
| **To**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **CC**: | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Subject**: | Re: Draft responses to additional questions from David Fite as part of 38(f). Please review for clearance to send to State for sending back to the committees. (Please review today) |



Joseph Khawam
Office of the Legal Adviser (L/PM)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:31 PM
**To:** Khawam, Joseph N
**Subject:** FW: Draft responses to additional questions from David Fite as part of 38(f). Please review for clearance to send to State for sending back to the committees. (Please review today)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 21, 2019 2:22 PM
**To:** Clagett, Steven <steven.clagett@bis.doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Abraham, Liz <LAbraham@doc.gov>; LKluttz@doc.gov
**Cc:** Heidema, Sarah J <HeidemaSJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** FW: Draft responses to additional questions from David Fite as part of 38(f). Please review for clearance to send to State for sending back to the committees. (Please review today)

Thanks,
Tim

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** 'Heidema, Sarah J' <HeidemaSJ@state.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica

<jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

Ed

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,

█████████████████████████████████████████████████████████████

Tim

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

███████████████████████████████████████████████████████

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

████████████████████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J

<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

WASHSTATEC005517

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara

**Tamara Darrach Goulding**

Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005519

Message

**From:** Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:** 11/22/2019 1:53:45 PM
**To:** Khawam, Joseph N [KhawamJN@state.gov]
**Subject:** RE: Draft responses to additional questions from David Fite as part of 38(f). Please review for clearance to send to State for sending back to the committees. (Please review today)

███████████████████████████████████████████████████████████████

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, November 22, 2019 6:57 AM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** Fwd: Draft responses to additional questions from David Fite as part of 38(f). Please review for clearance to send to State for sending back to the committees. (Please review today)

Here's the attachment.

Joseph Khawam
Office of the Legal Adviser (L/PM)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:30:58 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** FW: Draft responses to additional questions from David Fite as part of 38(f). Please review for clearance to send to State for sending back to the committees. (Please review today)

██████████████████████████████████████████

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 21, 2019 2:22 PM
**To:** Clagett, Steven <steven.clagett@bis.doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Abraham, Liz <LAbraham@doc.gov>; LKluttz@doc.gov
**Cc:** Heidema, Sarah J <HeidemaSJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** FW: Draft responses to additional questions from David Fite as part of 38(f). Please review for clearance to send to State for sending back to the committees. (Please review today)

███████████████████████████████████████████████████████████████

Thanks,
Tim

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** 'Heidema, Sarah J' <HeidemaSJ@state.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

WASHSTATEC005521



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel

<Daniel.Markus@mail.house.gov>;
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-



All the best,
Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM

**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,



Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:



Ed

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

WASHSTATEC005526

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica

<jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you. I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in

order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara

**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005529

Message

| | |
|---|---|
| **From:** | Miller, Michael F [Millermf@state.gov] |
| **Sent:** | 11/22/2019 4:36:56 PM |
| **To:** | Paul, Joshua M [PaulJM@state.gov] |
| **Subject:** | RE: FYI. The website for the "Forum for Arms Trade" has posted a copy of the regulatory text from the State and Commerce rules submitted for the 38(f) notification |

Catching up on some emails and just seeing this.  Very disappointing.

<div align="center">SENSITIVE BUT UNCLASSIFIED</div>

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Thursday, November 14, 2019 4:56 PM
**To:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Cressey, Laura E <CresseyLE@state.gov>
**Subject:** RE: FYI. The website for the "Forum for Arms Trade" has posted a copy of the regulatory text from the State and Commerce rules submitted for the 38(f) notification

Indeed.

## Properties ˅

| | |
|---|---|
| Size | 163KB |
| Pages | |
| Words | |
| Total Editing Time | 1 Minute |
| Title | None |
| Tags | None |
| Comments | None |

## Related Dates

| | |
|---|---|
| Last Modified | 11/12/2019 1:08 PM |
| Created | 11/12/2019 1:08 PM |
| Last Printed | 11/12/2019 1:07 PM |

## Related People

| | |
|---|---|
| Author | Timothy Mooney |
| Last Modified By | Rice, Edmund |

<div align="center">SENSITIVE BUT UNCLASSIFIED</div>

**From:** Miller, Michael F <Millermf@state.gov>
**Sent:** Thursday, November 14, 2019 10:47 AM
**To:** Paul, Joshua M <PaulJM@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Cressey, Laura E <CresseyLE@state.gov>

**Subject:** RE: FYI. The website for the "Forum for Arms Trade" has posted a copy of the regulatory text from the State and Commerce rules submitted for the 38(f) notification

Thanks...we need to store this in our memory banks for the time we're accused of some perfidy or other by our Hill staffers.

MM

SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Thursday, November 14, 2019 9:52 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Miller, Michael F <Millermf@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
**Subject:** Re: FYI. The website for the "Forum for Arms Trade" has posted a copy of the regulatory text from the State and Commerce rules submitted for the 38(f) notification

+a couple

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Date:** November 14, 2019 at 9:50:29 AM EST
**To:** Paul, Joshua M <PaulJM@state.gov>, Miller, Michael F <Millermf@state.gov>
**Subject:** FW: FYI. The website for the "Forum for Arms Trade" has posted a copy of the regulatory text from the State and Commerce rules submitted for the 38(f) notification

Well, looks like folks will get an additional 30 days to review on top of the 45 : )

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 9:46 AM
**To:** Richard Ashooh <Richard.Ashooh@bis.doc.gov>; Matthew Borman <Matthew.Borman@bis.doc.gov>; Abraham, Liz <LAbraham@doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; LKluttz@doc.gov; Curtis, Deborah (Federal) <DCurtis@doc.gov>
**Subject:** FYI. The website for the "Forum for Arms Trade" has posted a copy of the regulatory text from the State and Commerce rules submitted for the 38(f) notification



https://www.forumarmstrade.org/catitoiii.html

Possible Transfer of Arms and Ammunition (USML Cat I-III) to Commerce

WASHSTATEC005531



**UPDATES: On November 12, officials** <u>met</u> **with Congressional staff indicating plans to move forward. Rep Ami Bera (D-CA) responded with** <u>concerns</u>**. On November 13, text is available (**<u>State</u>, <u>Commerce</u>**), starting a 30 day review period for Congress under AECA 38(f). The main change is creation of regulation of 3D printing under the Commerce Department (further analysis underway)**

\*\*\*\*\*

WASHSTATEC005532

Message

| | |
|---|---|
| **From:** | Fite, David (Foreign Relations) [David_Fite@foreign.senate.gov] |
| **Sent:** | 11/22/2019 6:41:27 PM |
| **To:** | 'Heidema, Sarah J' [HeidemaSJ@state.gov]; 'Timothy Mooney' [Timothy.Mooney@bis.doc.gov]; 'Rice, Edmund' [edmund.rice@mail.house.gov]; 'Darrach, Tamara A' [DarrachTA@state.gov]; 'Steffens, Jessica' [jessica.steffens@mail.house.gov]; Hunter, Robert (Foreign Relations) [Robert_Hunter@foreign.senate.gov]; 'Markus, Daniel' [Daniel.Markus@mail.house.gov]; 'Markus, Daniel' [Daniel.Markus@mail.house.gov] |
| **CC:** | Huddleston, Clay (Foreign Relations) [Clay_Huddleston@foreign.senate.gov]; 'PM-CPA' [PM-CPA@state.gov]; 'Giannangeli, Giulia R' [GiannangeliGR@state.gov]; 'Wolfe, William E' [WolfeWE@state.gov]; 'Paul, Joshua M' [PaulJM@state.gov]; 'LKluttz@doc.gov' [LKluttz@doc.gov]; 'Lopes, Alexander' [alexander.lopes@bis.doc.gov]; 'Clagett, Steven' [steven.clagett@bis.doc.gov]; Rudd, Phil (Banking) [Phil_Rudd@banking.senate.gov]; McGinnis, Colin (Banking) [Colin_McGinnis@banking.senate.gov]; 'Karen NiesVogel' [Karen.NiesVogel@bis.doc.gov]; 'Hillary Hess' [Hillary.Hess@bis.doc.gov]; 'Miller, Michael F' [Millermf@state.gov]; 'Kovar, Jeffrey D' [KovarJD@state.gov]; 'Khawam, Joseph N' [KhawamJN@state.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |



**From:** Fite, David (Foreign Relations)
**Sent:** Thursday, November 21, 2019 3:35 PM
**To:** 'Heidema, Sarah J' <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:26 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M

<PaulJM@state.gov>; LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David-

█████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████

Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

█████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

█████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

WASHSTATEC005535

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

███████████████████████████████████████████████████████████████

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

███████████████████████████████████████████████████████████████

Ed

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,

███████████████████████████████████████████████████████████████



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM

**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████████████████

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

███████████████████████████████████████████████████████

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

Message

**From:**      Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:**      11/22/2019 10:12:35 PM
**To:**        Nightingale, Robert L [NightingaleRL@state.gov]
**CC:**        Legal-PM-DL [Legal-PM-DL@state.gov]
**Subject:**   L/PM Weekly



5.  **(SBU) ITAR Categories I – III**:  On November 12, DDTC notified Congress of the planned State and Commerce rule changes related to Categories I-III. This begins the 30-day period under Section 38(f) of the AECA.

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005543

Message

| | |
|---|---|
| **From:** | Memos, Nicholas [MemosNI@state.gov] |
| **Sent:** | 11/25/2019 4:12:36 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov]; Koelling, Richard W [KoellingRW@state.gov]; Morimoto, Sho J [MorimotoSJ@state.gov]; Hart, Robert L [HartRL@state.gov] |
| **Subject:** | FW: For review by 12pm: Policy Highlights 112519 |
| **Attachments:** | Policy Highlights 112519.docx |

My inputs in attached.

**From:** Morimoto, Sho J <MorimotoSJ@state.gov>
**Sent:** Monday, November 25, 2019 10:22 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Hart, Robert L <HartRL@state.gov>; Memos, Nicholas <MemosNI@state.gov>
**Subject:** RE: For review by 12pm: Policy Highlights 112519

Dear Sarah,

Please find attached some suggested edits.

Thank you,

Sho J. Morimoto
U.S. Department of State
202-663-1158

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Monday, November 25, 2019 10:14 AM
**To:** Koelling, Richard W <KoellingRW@state.gov>; Morimoto, Sho J <MorimotoSJ@state.gov>; Hart, Robert L <HartRL@state.gov>; Memos, Nicholas <MemosNI@state.gov>
**Subject:** For review by 12pm: Policy Highlights 112519

Please review the attached by noon today.  Also, WARs to be draft include CISTEC (Aldo), KSA Trip (CEA), AUS DTWG(RMA).  Please check with the PM/FO on process if there are questions

Message

**From**: Heidema, Sarah J [HeidemaSJ@state.gov]
**Sent**: 11/25/2019 4:58:07 PM
**To**: Miller, Michael F [Millermf@state.gov]
**Subject**: Policy Highlights 112519
**Attachments**: Policy Highlights 112519 (002).docx

FYSA

**Policy Highlights 11/25-11/29:**



- **Revision of Cat 1-3 notified:** Notification made 11/12, expires Dec. 12.  Next step: finalize A/M for Form to sign.  Draft from L ready to review, review today.  Email OMB next week.

- **Revision of Cat. 1-3 next steps:**
  - Review L draft of A/M to sign rule
  - Josh P working with H on potential hold
  - Sarah to coordinate with OMB on FR next week
  - Possible NGO outreach- H working



WASHSTATEC005548

Message

| | |
|---|---|
| **From:** | Miller, Michael F [Millermf@state.gov] |
| **Sent:** | 11/26/2019 4:45:35 PM |
| **To:** | Kovar, Jeffrey D [KovarJD@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Khawam, Joseph N [KhawamJN@state.gov]; Paul, Joshua M [PaulJM@state.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

████████████████████████████████████████

MM

SENSITIVE BUT UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, November 26, 2019 11:17 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Miller, Michael F <Millermf@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 26, 2019 10:29 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; 'Markus, Daniel' <Daniel.Markus@mail.house.gov>; 'Markus, Daniel' <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; 'LKluttz@doc.gov' <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; 'Karen NiesVogel' <Karen.NiesVogel@bis.doc.gov>; 'Hillary Hess' <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████████████████████

**From:** Fite, David (Foreign Relations)
**Sent:** Thursday, November 21, 2019 3:35 PM
**To:** 'Heidema, Sarah J' <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus,

Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam,
Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:26 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney'
<Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A
<DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam,
Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)

David-



Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund
<edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess

<[Hillary.Hess@bis.doc.gov](mailto:Hillary.Hess@bis.doc.gov)>; Miller, Michael F <[Millermf@state.gov](mailto:Millermf@state.gov)>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <[HeidemaSJ@state.gov](mailto:HeidemaSJ@state.gov)>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <[David_Fite@foreign.senate.gov](mailto:David_Fite@foreign.senate.gov)>; 'Timothy Mooney' <[Timothy.Mooney@bis.doc.gov](mailto:Timothy.Mooney@bis.doc.gov)>; Rice, Edmund <[edmund.rice@mail.house.gov](mailto:edmund.rice@mail.house.gov)>; Darrach, Tamara A <[DarrachTA@state.gov](mailto:DarrachTA@state.gov)>; Steffens, Jessica <[jessica.steffens@mail.house.gov](mailto:jessica.steffens@mail.house.gov)>; Hunter, Robert (Foreign Relations) <[Robert_Hunter@foreign.senate.gov](mailto:Robert_Hunter@foreign.senate.gov)>; Markus, Daniel <[Daniel.Markus@mail.house.gov](mailto:Daniel.Markus@mail.house.gov)>; Markus, Daniel <[Daniel.Markus@mail.house.gov](mailto:Daniel.Markus@mail.house.gov)>
**Cc:** Huddleston, Clay (Foreign Relations) <[Clay_Huddleston@foreign.senate.gov](mailto:Clay_Huddleston@foreign.senate.gov)>; PM-CPA <[PM-CPA@state.gov](mailto:PM-CPA@state.gov)>; Giannangeli, Giulia R <[GiannangeliGR@state.gov](mailto:GiannangeliGR@state.gov)>; Wolfe, William E <[WolfeWE@state.gov](mailto:WolfeWE@state.gov)>; Paul, Joshua M <[PaulJM@state.gov](mailto:PaulJM@state.gov)>; [LKluttz@doc.gov](mailto:LKluttz@doc.gov); Lopes, Alexander <[alexander.lopes@bis.doc.gov](mailto:alexander.lopes@bis.doc.gov)>; Clagett, Steven <[steven.clagett@bis.doc.gov](mailto:steven.clagett@bis.doc.gov)>; Rudd, Phil (Banking) <[Phil_Rudd@banking.senate.gov](mailto:Phil_Rudd@banking.senate.gov)>; McGinnis, Colin (Banking) <[Colin_McGinnis@banking.senate.gov](mailto:Colin_McGinnis@banking.senate.gov)>; Karen NiesVogel <[Karen.NiesVogel@bis.doc.gov](mailto:Karen.NiesVogel@bis.doc.gov)>; Hillary Hess <[Hillary.Hess@bis.doc.gov](mailto:Hillary.Hess@bis.doc.gov)>; Miller, Michael F <[Millermf@state.gov](mailto:Millermf@state.gov)>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Fite, David (Foreign Relations) <[David_Fite@foreign.senate.gov](mailto:David_Fite@foreign.senate.gov)>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <[HeidemaSJ@state.gov](mailto:HeidemaSJ@state.gov)>; 'Timothy Mooney' <[Timothy.Mooney@bis.doc.gov](mailto:Timothy.Mooney@bis.doc.gov)>; Rice, Edmund <[edmund.rice@mail.house.gov](mailto:edmund.rice@mail.house.gov)>; Darrach, Tamara A <[DarrachTA@state.gov](mailto:DarrachTA@state.gov)>; Steffens, Jessica

<jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney'
<Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A
<DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah

WASHSTATEC005552



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████████████████████████████████████

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

████████████████████████████████████████████████████████

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

████████████████████████████████████████████████████████

Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,



Tim

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>;
Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert
(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare
for the Commerce control text)

Ed and David,

███████████████████████████████████████████████████████████

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney
<Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus,
Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare
for the Commerce control text)

███████████████████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare
for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371


**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State

Tel: (202) 647-8763
Email: DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005559

Message

| | |
|---|---|
| **From**: | Khawam, Joseph N [KhawamJN@state.gov] |
| **Sent**: | 11/26/2019 6:37:26 PM |
| **To**: | Abraham, Liz (LAbraham@doc.gov) [LAbraham@doc.gov] |
| **Subject**: | FW: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

SBU - DELIBERATIVE PROCESS

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 26, 2019 10:29 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; 'Markus, Daniel' <Daniel.Markus@mail.house.gov>; 'Markus, Daniel' <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; 'LKluttz@doc.gov' <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; 'Karen NiesVogel' <Karen.NiesVogel@bis.doc.gov>; 'Hillary Hess' <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Fite, David (Foreign Relations)
**Sent:** Thursday, November 21, 2019 3:35 PM
**To:** 'Heidema, Sarah J' <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

■■■■■■■■■■■■■■■■■■■■■■

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:26 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney'
<Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A
<DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam,
Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)

David-

■■■■■■■■■■■■■■■■■■■■■■

Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund
<edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)

■■■■■■■■■■■■■■■■■■■■■■

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM

**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

WASHSTATEC005562



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus,

Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,



Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

Ed

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)

WASHSTATEC005565

<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)


Ed and David,



Tim


**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M

<PaulJM@state.gov>; <LKluttz@doc.gov>; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

████████████████████████████████████████████████

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

████████████████████████████████████████████████

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

████████████████████████████████████████████████

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;

Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara

**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Kovar, Jeffrey D [KovarJD@state.gov] |
| **Sent:** | 11/26/2019 6:38:06 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov]; Miller, Michael F [Millermf@state.gov]; Khawam, Joseph N [KhawamJN@state.gov]; Paul, Joshua M [PaulJM@state.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

Thanks

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Tuesday, November 26, 2019 12:59 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Miller, Michael F <Millermf@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

███████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, November 26, 2019 11:17 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Miller, Michael F <Millermf@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

███████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 26, 2019 10:29 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; 'Markus, Daniel' <Daniel.Markus@mail.house.gov>; 'Markus, Daniel' <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; 'LKluttz@doc.gov' <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; 'Karen NiesVogel' <Karen.NiesVogel@bis.doc.gov>; 'Hillary Hess' <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Fite, David (Foreign Relations)
**Sent:** Thursday, November 21, 2019 3:35 PM
**To:** 'Heidema, Sarah J' <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:26 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David-

Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)

WASHSTATEC005573

<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel

<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>;
Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert
(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus,
Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)


Ed,



Tim


**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations)
<David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica
<Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus,
Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J

WASHSTATEC005575

<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)


Tim:



Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>;
Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert
(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel
<Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)


Ed and David,



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica

<jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>;
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you. I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in

order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara

**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email: <u>DarrachTA@state.gov</u>

SENSITIVE BUT UNCLASSIFIED

Message

**From**:        Heidema, Sarah J [HeidemaSJ@state.gov]
**Sent**:        11/26/2019 8:25:42 PM
**To**:          Heidema, Sarah J [HeidemaSJ@state.gov]
**Subject**:     AM for T - USML Cat I-III Final FRN v4
**Attachments**: AM for T - USML Cat I-III Final FRN v4.docx

SBU - DELIBERATIVE PROCESS

Message

| | |
|---|---|
| **From:** | Khawam, Joseph N [KhawamJN@state.gov] |
| **Sent:** | 11/26/2019 9:42:02 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov]; Koelling, Richard W [KoellingRW@state.gov]; Hart, Robert L [HartRL@state.gov] |
| **Subject:** | RE: Updated Cats I-III AM Package |

Thanks, Sarah.  Would sometime tomorrow work?  I'm free anytime other than 11-12 tomorrow.  If tomorrow doesn't work, I'm happy to discuss next week (I'll be out on Friday this week).

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

---

SBU - DELIBERATIVE PROCESS

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Tuesday, November 26, 2019 3:42 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Updated Cats I-III AM Package

I confirmed that this can be no longer than 2 pages so we should start thinking about what can put in attachments.  I have some ideas.

---

SBU - DELIBERATIVE PROCESS

**From:** Heidema, Sarah J
**Sent:** Tuesday, November 26, 2019 3:25 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Updated Cats I-III AM Package

Joe-

I just read the memo and would like to chat about it's length, ███████████████████████████████
████████████████ etc.  please let me know when might be a good time.

---

SBU - DELIBERATIVE PROCESS

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, November 15, 2019 3:25 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** Updated Cats I-III AM Package

Sarah, Rick, and Rob:  I've updated the Cats I-III AM package.  The documents are all saved on the shared drive here:

█████████████████████████████████████████████████████████

Please note that the latest version of the AM is v4.  I've also updated Tab 7 (National Security Justification)███████████
████████████████████████████████████ If there's anything else you need from me at this time, please let me know.

Have a nice weekend,
Joe

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov

SBU - DELIBERATIVE PROCESS

Message

| | |
|---|---|
| **From:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent:** | 11/27/2019 5:27:02 PM |
| **To:** | Khawam, Joseph N [KhawamJN@state.gov]; Koelling, Richard W [KoellingRW@state.gov]; Hart, Robert L [HartRL@state.gov] |
| **Subject:** | Re: Updated Cats I-III AM Package |

Let's shoot for Monday morning.  I should be pretty free.  Happy Thanksgiving

---

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Tuesday, November 26, 2019 4:42:02 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Updated Cats I-III AM Package

Thanks, Sarah.  Would sometime tomorrow work?  I'm free anytime other than 11-12 tomorrow.  If tomorrow doesn't work, I'm happy to discuss next week (I'll be out on Friday this week).

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

SBU - DELIBERATIVE PROCESS

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Tuesday, November 26, 2019 3:42 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Updated Cats I-III AM Package

I confirmed that this can be no longer than 2 pages so we should start thinking about what can put in attachments.  I have some ideas.

SBU - DELIBERATIVE PROCESS

**From:** Heidema, Sarah J
**Sent:** Tuesday, November 26, 2019 3:25 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Hart, Robert L <HartRL@state.gov>
**Subject:** RE: Updated Cats I-III AM Package

Joe-

I just read the memo and would like to chat about it's length, ██████████████████████████
████████████████, etc.  please let me know when might be a good time.

SBU - DELIBERATIVE PROCESS

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, November 15, 2019 3:25 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Koelling, Richard W <KoellingRW@state.gov>; Hart, Robert L

WASHSTATEC005584

<HartRL@state.gov>
**Subject:** Updated Cats I-III AM Package

Sarah, Rick, and Rob:  I've updated the Cats I-III AM package.  The documents are all saved on the shared drive here:

███████████████████████████████████████████

Please note that the latest version of the AM is v4.  I've also updated Tab 7 (National Security Justification) ███████████
██████████████████████████████████ If there's anything else you need from me at this time,
please let me know.

Have a nice weekend,
Joe

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov
███████████████████████

SBU - DELIBERATIVE PROCESS

Message

| | |
|---|---|
| **From:** | Marquis, Matthew R [MarquisMR@state.gov] |
| **Sent:** | 11/27/2019 7:42:55 PM |
| **To:** | PM-DTCP-Tasking-DL [PM-DTCP-Tasking-DL@state.gov] |
| **CC:** | PM-CPA [PM-CPA@state.gov]; Miller, Michael F [Millermf@state.gov] |
| **Subject:** | CPA Media Monitoring: Crime Report: Will Trump Loosen Rules on Firearm Exports? |



### Will Trump Loosen Rules on Firearm Exports?
### By Dane Stallone
### 27 November 2019

The Trump administration appears to be moving ahead with a controversial rule change that would transfer export controls on many types of small arms and parts from the State Department to the Commerce Department.

A Reuters report earlier this month reported that the change could be implemented by the end of the year.

Lawmakers and experts are concerned that the change could increase the risk that these small arms could fall into the hands of criminals or non-state actors around the world.

"Some of our most urgent challenges – forced migration and the crisis on our southern border –is due in part because of the violence originating from the Northern Triangle (in Central America) countries, " Rep. Ami Bera (D-CA), Chair of the House Foreign Affairs Committee, said in response to the news that the Trump administration had moved closer to enacting the rule change.

"[Under the proposed rule change] gangs, drug cartels and others will have easier access to guns, including pistols, sniper rifles, and semi-automatic assault rifles."

In 2018, roughly 44 percent of guns confiscated after their use in crimes in El Salvador and submitted for tracing to the Bureau of Alcohol, Tobacco, Firearms and Explosives were manufactured in the U.S.

In Mexico, 50 percent were manufactured in the U.S.

After suspected cartel members in northern Mexico brutally murdered nine Mormon women and children who had dual U.S.-Mexican citizenship last month, it was reported that 200 Remington shell casings were found at the crime scene.

The rule change would apply to certain non-automatic and semi-automatic firearms, ammunition, parts and components. These include sniper rifles, civilian AK and AR-type semi-automatic assault rifles, grenades, and even flamethrowers with a range of up to 20 meters.

The Obama administration in 2010 initially shifted export controls of certain "dual-use," "less sensitive military" items on the United States Munitions List (USML) to the Commerce Control List (CCL), according to a March Government Accountability Office (GAO) report.

Items on the USML are regulated by the State Department's Directorate of Defense Trade Controls (DDTC), under the International Traffic in Arms Regulations.

The GAO report states the rules are an attempt to "modernize the U.S. export control system," and limit items under State control to those that provide the U.S. with "a critical military or intelligence advantage or are inherently for military use."

**Measure Stalled After Sandy Hook**

In the wake of the Sandy Hook shooting, the effort was stalled, and the Obama administration did not transfer items from Categories I, II, and III of the USML, which include the firearms and parts mentioned above.

"The Trump administration decided to push this move forward in spite of potential risk to U.S. interests and civilian life abroad," Rachel Stohl, Managing Director at the Stimson Center, a nonprofit think tank that focuses on international peace and security issues, told The Crime Report.

The Trump administration's plan to implement the changes met immediate resistance from Democrats like Sen. Robert Menendez of New Jersey, and Norma Torres, who represents California's 35th District.

Democratic presidential candidates Joe Biden and Elizabeth Warren have each opposed the rule change as well.

**Weakening a Deterrent**

"Does Dick's Sporting Goods sell flame throwers?"

That question was posed during a House Foreign Affairs Committee hearing in March by U.S. Representative Ted Lieu (D-CA), to Johanna Reeves, executive director of the Firearms & Ammunitions Import/Export Roundtable (F.A.I.R).

Lieu was contesting the claim that many of the firearms that are set to transfer are already commercially available in the U.S.

Jeff Abramson, a non-resident senior fellow at the Arms Control Association, has been at the forefront of combating the proposed rule change. Abramson told The Crime Report that if most of the firearms set to transfer are widely available in the U.S., that doesn't mean they should be made easier to export to other countries.

Abramson said the notion that these firearms don't qualify as having an "inherently military use" is a false distinction.



*Some of the items that would be transferred under the rule change Source: ATF*

"A number of these semi-automatic weapons can be converted into fully automatic weapons, and a lot of military weapons are used in semi-automatic modes," Abramson told TCR.

WASHSTATEC005587

Abramson also maintains that according to ICE officials and others, overall the State Department captures more information during the export licensing process, which adds a deterrent value as well as assisting in prosecutions.

One of the main concerns expressed by the opposition is that the change would remove a statutory requirement for congressional review of commercial arms sales over $1 million.

**Profits Over Human Rights**

The move by the Trump administration is reflective of its broader policy of supporting sales on behalf of U.S. arms manufacturers.

While there seems to be a strong chance the change will be implemented, Stohl pointed out that enough pressure from the public and Congress could possibly force the Trump administration to rescind the order.

Stohl also commented that this is the result of a nearly decade-long effort by the U.S. firearms industry and organizations like the NRA and the F.A.I.R. Trade Group.

"The U.S. sells more arms than any other country in the world, so we have a pretty rigorous system for arms transfers," said Stohl.

"But it's been systematically marginalized through decreasing regulations (in order) to increase sales."

Moreover, the State Department's export licensing process by the DDTC has not been airtight by any means, especially in light of a 28 percent staff reduction as of July, 2018.

The Trump administration has shown recent signs of attempting to address other concerns, such as regulating the export of designs for 3D-printed guns. The Commerce Department originally said that it would not require an export license for something publicly available on the internet.

What these regulations will be remains to be seen.

An emailed statement from a State Department spokesperson indicated the department was finalizing a process to share their watch lists with the Department of Commerce, which was the main recommendation of the GAO's report.

While these changes are noteworthy, they're unlikely to assuage the full concerns voiced by experts and lawmakers.

Agreeing with Stohl's sentiment about public awareness, Abramson said, "I've been waiting for this for nine years, there's been hints of it for a long time. It would be a real tragedy if this went quietly forward."

Link: https://thecrimereport.org/2019/11/27/will-trump-loosen-rules-on-firearm-exports/

---

**Matthew Marquis**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

Phone:     202.647.6968
e-mail:     *MarquisMR@state.gov* |   Web: *PM Homepage* |Twitter: *@StateDeptPM*

WASHSTATEC005588

Stay connected with *State.gov*:



**Official**
UNCLASSIFIED

WASHSTATEC005589

Message

| | |
|---|---|
| **From**: | Koelling, Richard W [KoellingRW@state.gov] |
| **Sent**: | 11/29/2019 6:42:43 PM |
| **To**: | Sizemore, Jeffrey A [SizemoreJA@state.gov]; Blaha, Charles O [BlahaCO@state.gov]; Gombis, Albert T (DRL) [GombisAT@state.gov]; Asnes, Miriam R [AsnesMR@state.gov] |
| **Subject**: | USML Cat I-III 38(f) - AM to T Tab 1 (Notification Letters) |
| **Attachments**: | USML Cat I-III 38(f) - AM to T Tab 1 (Notification Letters).pdf |

Charles,
Attached are the notification letters that we forwarded to Congress.

Again my apologies for the delay in sending.

v/r, Rick

The Honorable
Robert P. Corker, Jr., Chairman
Committee on Foreign Relations
United States Senate
Washington, DC 20510

Dear Mr. Chairman:

Pursuant to Section 38(f)(1) of the Arms Export Control Act (22 U.S.C. 2778(f)(1)), I am transmitting herewith notification of the intention to transfer jurisdictional control of certain classes of items currently on the United States Munitions List (USML) to the Commerce Control List.

The Secretary of State, with the concurrence of the Secretary of Defense, is transferring control of various items currently controlled by USML Categories I, II, and III to the jurisdiction of the Export Administration Regulations.  In accordance with new regulatory and policy procedures instituted by the Department of Commerce, export activities pertaining to these items will continue to be prudently controlled in the interests of U.S. national security and foreign policy priorities.  When it is published, the Department of State will forward its final rule implementing this change to the Congress and the Comptroller General, pursuant to the Congressional Review Act.

Attached for your reference are the following documents:  a summary of the revisions to the USML; the final regulatory text of Categories I, II and III; line-in/line-out comparison of the current and revised USML Categories I, II and III;, the Department of Commerce's revised companion regulatory text; and a summary of the control for major defense equipment.

We hope this information is helpful.  Please let us know if we can be of further assistance.

Sincerely,


Mary Elizabeth Taylor
Assistant Secretary
Legislative Affairs


Enclosure:
As stated.

The Honorable
Robert Menendez
Committee on Foreign Relations
United States Senate
Washington, DC 20510

Dear Senator Menendez:

Pursuant to Section 38(f)(1) of the Arms Export Control Act (22 U.S.C. 2778(f)(1)), I am transmitting herewith notification of the intention to transfer jurisdictional control of certain classes of items currently on the United States Munitions List (USML) to the Commerce Control List.

The Secretary of State, with the concurrence of the Secretary of Defense, is transferring control of various items currently controlled by USML Categories I, II, and III to the jurisdiction of the Export Administration Regulations. In accordance with new regulatory and policy procedures instituted by the Department of Commerce, export activities pertaining to these items will continue to be prudently controlled in the interests of U.S. national security and foreign policy priorities. When it is published, the Department of State will forward its final rule implementing this change to the Congress and the Comptroller General, pursuant to the Congressional Review Act.

Attached for your reference are the following documents: a summary of the revisions to the USML; the final regulatory text of Categories I, II and III; line-in/line-out comparison of the current and revised USML Categories I, II and III; the Department of Commerce's revised companion regulatory text; and a summary of the control for major defense equipment.

We hope this information is helpful. Please let us know if we can be of further assistance.

Sincerely,

Mary Elizabeth Taylor
Assistant Secretary
Legislative Affairs

Enclosure:
    As stated.

The Honorable
Edward R. Royce, Chairman
Committee on Foreign Affairs
House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

Pursuant to Section 38(f)(1) of the Arms Export Control Act (22 U.S.C. 2778(f)(1)), I am transmitting herewith notification of the intention to transfer jurisdictional control of certain classes of items currently on the United States Munitions List (USML) to the Commerce Control List.

The Secretary of State, with the concurrence of the Secretary of Defense, is transferring control of various items currently controlled by USML Categories I, II, and III to the jurisdiction of the Export Administration Regulations.  In accordance with new regulatory and policy procedures instituted by the Department of Commerce, export activities pertaining to these items will continue to be prudently controlled in the interests of U.S. national security and foreign policy priorities.  When it is published, the Department of State will forward its final rule implementing this change to the Congress and the Comptroller General, pursuant to the Congressional Review Act.

Attached for your reference are the following documents:  a summary of the revisions to the USML; the final regulatory text of Categories I, II and III; line-in/line-out comparison of the current and revised USML Categories I, II and III; the Department of Commerce's revised companion regulatory text; and a summary of the control for major defense equipment.

We hope this information is helpful.  Please let us know if we can be of further assistance.

Sincerely,


Mary Elizabeth Taylor
Assistant Secretary
Legislative Affairs

Enclosure:
    As stated.

The Honorable
Eliot L. Engel
Committee on Foreign Affairs
House of Representatives
Washington, DC 20515

Dear Mr. Engel:

Pursuant to Section 38(f)(1) of the Arms Export Control Act (22 U.S.C. 2778(f)(1)), I am transmitting herewith notification of the intention to transfer jurisdictional control of certain classes of items currently on the United States Munitions List (USML) to the Commerce Control List.

The Secretary of State, with the concurrence of the Secretary of Defense, is transferring control of various items currently controlled by USML Categories I, II, and III to the jurisdiction of the Export Administration Regulations.  In accordance with new regulatory and policy procedures instituted by the Department of Commerce, export activities pertaining to these items will continue to be prudently controlled in the interests of U.S. national security and foreign policy priorities.  When it is published, the Department of State will forward its final rule implementing this change to the Congress and the Comptroller General, pursuant to the Congressional Review Act.

Attached for your reference are the following documents:  a summary of the revisions to the USML; the final regulatory text of Categories I, II and III; line-in/line-out comparison of the current and revised USML Categories I, II and III; the Department of Commerce's revised companion regulatory text; and a summary of the control for major defense equipment.

We hope this information is helpful.  Please let us know if we can be of further assistance.

Sincerely,


Mary Elizabeth Taylor
Assistant Secretary
Legislative Affairs

Enclosure:
        As stated.

Message

| | |
|---|---|
| **From**: | Blaha, Charles O [BlahaCO@state.gov] |
| **Sent**: | 11/30/2019 10:12:13 PM |
| **To**: | Koelling, Richard W [KoellingRW@state.gov] |
| **Subject**: | RE: USML Cat I-III 38(f) - AM to T Tab 1 (Notification Letters) |

No problem, thanks

---

**From:** Koelling, Richard W <KoellingRW@state.gov>
**Sent:** Friday, November 29, 2019 1:43 PM
**To:** Sizemore, Jeffrey A <SizemoreJA@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Gombis, Albert T (DRL) <GombisAT@state.gov>; Asnes, Miriam R <AsnesMR@state.gov>
**Subject:** USML Cat I-III 38(f) - AM to T Tab 1 (Notification Letters)

Charles,
Attached are the notification letters that we forwarded to Congress.

Again my apologies for the delay in sending.

v/r, Rick

WASHSTATEC005595

Message

**From:** Sizemore, Jeffrey A [SizemoreJA@state.gov]
**Sent:** 12/2/2019 2:11:14 PM
**To:** Koelling, Richard W [KoellingRW@state.gov]; Blaha, Charles O [BlahaCO@state.gov]; Gombis, Albert T (DRL) [GombisAT@state.gov]; Asnes, Miriam R [AsnesMR@state.gov]
**Subject:** RE: USML Cat I-III 38(f) - AM to T Tab 1 (Notification Letters)

Thanks.  Appreciate it.

Very Respectfully,
Jeff

Jeffrey A. Sizemore, CDR
Atrocity Prevention Lead
Office of Security and Human Rights
Bureau of Democracy, Human Rights and Labor
US Department of State
SA-1  H438
Office:  202-663-2699
BB:  ████████████
Mobile:  ████████████
SizemoreJA@state.gov  ██████████

**From:** Koelling, Richard W <KoellingRW@state.gov>
**Sent:** Friday, November 29, 2019 1:43 PM
**To:** Sizemore, Jeffrey A <SizemoreJA@state.gov>; Blaha, Charles O <BlahaCO@state.gov>; Gombis, Albert T (DRL) <GombisAT@state.gov>; Asnes, Miriam R <AsnesMR@state.gov>
**Subject:** USML Cat I-III 38(f) - AM to T Tab 1 (Notification Letters)

Charles,
Attached are the notification letters that we forwarded to Congress.

Again my apologies for the delay in sending.

v/r, Rick

Message

| | |
|---|---|
| **From**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent**: | 12/2/2019 5:46:20 PM |
| **To**: | Memos, Nicholas [MemosNI@state.gov]; Wubneh, Engda M [WubnehEM@state.gov]; Noonan, Michael J [NoonanMJ@state.gov]; Morimoto, Sho J [MorimotoSJ@state.gov] |
| **Subject**: | : Please review: Policy Highlights |
| **Attachments**: | Policy Highlights 112519.docx |

Please send me any edits you have by 3pm.  Im particularly interested in the issues highlighted in yellow and am working today on the matters in red.

WASHSTATEC005597

Message

| | |
|---|---|
| **From:** | Morimoto, Sho J [MorimotoSJ@state.gov] |
| **Sent:** | 12/2/2019 6:30:54 PM |
| **To:** | Memos, Nicholas [MemosNI@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Noonan, Michael J [NoonanMJ@state.gov]; Wubneh, Engda M [WubnehEM@state.gov] |
| **CC:** | Koelling, Richard W [KoellingRW@state.gov] |
| **Subject:** | RE: : Please review: Policy Highlights |
| **Attachments:** | Policy Highlights 112519_EW.docx |

Dear Sarah,

CEA edits attached.

Thank you,

Sho J. Morimoto
U.S. Department of State
202-663-1158

**From:** Memos, Nicholas <MemosNI@state.gov>
**Sent:** Monday, December 2, 2019 1:17 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Noonan, Michael J <NoonanMJ@state.gov>; Wubneh, Engda M <WubnehEM@state.gov>; Morimoto, Sho J <MorimotoSJ@state.gov>
**Subject:** FW: : Please review: Policy Highlights

Sarah,

My inputs in attached.

Thanks,
Nick

**From:** Wubneh, Engda M <WubnehEM@state.gov>
**Sent:** Monday, December 2, 2019 1:12 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Memos, Nicholas <MemosNI@state.gov>; Noonan, Michael J <NoonanMJ@state.gov>; Morimoto, Sho J <MorimotoSJ@state.gov>
**Subject:** RE: : Please review: Policy Highlights

Sarah,

Here are my edits.

Engda

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Monday, December 2, 2019 12:46 PM
**To:** Memos, Nicholas <MemosNI@state.gov>; Wubneh, Engda M <WubnehEM@state.gov>; Noonan, Michael J <NoonanMJ@state.gov>; Morimoto, Sho J <MorimotoSJ@state.gov>
**Subject:** : Please review: Policy Highlights

Please send me any edits you have by 3pm.  Im particularly interested in the issues highlighted in yellow and am working today on the matters in red.

Message

| | |
|---|---|
| **From**: | Carroll, Christienne [CarrollC@state.gov] |
| **Sent**: | 12/2/2019 7:57:28 PM |
| **To**: | Diggs, Yolanda M [DiggsYM@state.gov] |
| **CC**: | Paul, Joshua M [PaulJM@state.gov]; Miller, Michael F [Millermf@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Subject**: | RE: Availability for Cats I-III Roundtable with Advocacy Groups |

Hi Yolanda,

Thanks for confirming DAS Miller's availability next week. I'll circle back to confirm the date/time, as soon as I have Commerce's availability.

Thanks again,
Christienne

**From:** Diggs, Yolanda M <DiggsYM@state.gov>
**Sent:** Monday, December 2, 2019 2:14 PM
**To:** Carroll, Christienne <CarrollC@state.gov>
**Cc:** Paul, Joshua M <PaulJM@state.gov>; Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Availability for Cats I-III Roundtable with Advocacy Groups

Hi Christienne, please see DAS Miller's availability below:

Monday, Dec. 9th – 2:30pm-5:00pm
Tuesday, Dec. 10th – 10am-11am
Wednesday, Dec. 11th – 11am-12pm
Thursday, Dec. 12th – 2:30pm-5:00pm
Friday, Dec. 13th – 12:30pm–5:00pm

*Please note name and email address change*
**YoLanda Mitchell Diggs**
Contractor – Muscogee International, LLC
Office Manager III
Department of State
PM/DDTC
Phone: 202-663-3704
Email: diggsym@state.gov

**From:** Carroll, Christienne <CarrollC@state.gov>
**Sent:** Monday, December 2, 2019 1:43 PM
**To:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Diggs, Yolanda M <DiggsYM@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** Availability for Cats I-III Roundtable with Advocacy Groups

Mike and Sarah,

We would like to move ahead with scheduling the Cats I-III roundtable with advocacy groups concerned about the changes. We will host, and it will be off-the-record and closed to press. We will invite approximately 6 to 7 representatives from the advocacy groups.

WASHSTATEC005599

What dates/times next week would work well for you?   Once I have your availability, I'll coordinate with Commerce and lock in a time.


Many thanks,

Christienne


**Christienne Carroll**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

WASHSTATEC005600

Message

**From**:          Heidema, Sarah J [HeidemaSJ@state.gov]
**Sent**:          12/2/2019 9:12:27 PM
**To**:            Miller, Michael F [Millermf@state.gov]
**Subject**:       Policy Highlights 120219
**Attachments**:   Policy Highlights 120219.docx

My offering for the week

WASHSTATEC005601

<u>**Policy Highlights 12/2-12/6:**</u>

- **Revision of Cat 1-3:** Notification expires Dec. 12.  Next step: finalize A/M for Form to sign. Rework memo to T.  HASC/SASC on 12/5 at 1pm





WASHSTATEC005603



WASHSTATEC005604

Message

| | |
|---|---|
| **From:** | Paul, Joshua M [PaulJM@state.gov] |
| **Sent:** | 12/3/2019 7:18:06 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; Miller, Michael F [Millermf@state.gov]; Khawam, Joseph N [KhawamJN@state.gov] |
| **CC:** | PM-CPA [PM-CPA@state.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

███████████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Tuesday, November 26, 2019 12:59 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Miller, Michael F <Millermf@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

███████████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, November 26, 2019 11:17 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Miller, Michael F <Millermf@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

███████████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 26, 2019 10:29 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; 'Markus, Daniel' <Daniel.Markus@mail.house.gov>; 'Markus, Daniel' <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; 'LKluttz@doc.gov' <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; 'Karen NiesVogel' <Karen.NiesVogel@bis.doc.gov>; 'Hillary Hess' <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Fite, David (Foreign Relations)
**Sent:** Thursday, November 21, 2019 3:35 PM
**To:** 'Heidema, Sarah J' <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:26 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David-

Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)

<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel

<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J

<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:



Ed

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,

WASHSTATEC005611



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica

<jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371


**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in

WASHSTATEC005614

order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara

**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005615

Message

| | |
|---|---|
| **From:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent:** | 12/3/2019 7:30:57 PM |
| **To:** | Paul, Joshua M [PaulJM@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; Miller, Michael F [Millermf@state.gov]; Khawam, Joseph N [KhawamJN@state.gov] |
| **CC:** | PM-CPA [PM-CPA@state.gov] |
| **Subject:** | Re: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

████████████████████████████████████████████████████████

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Tuesday, December 3, 2019 2:18:06 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Miller, Michael F <Millermf@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Cc:** PM-CPA <PM-CPA@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Tuesday, November 26, 2019 12:59 PM
**To:** Kovar, Jeffrey D <KovarJD@state.gov>; Miller, Michael F <Millermf@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Kovar, Jeffrey D <KovarJD@state.gov>
**Sent:** Tuesday, November 26, 2019 11:17 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Miller, Michael F <Millermf@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 26, 2019 10:29 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; 'Markus, Daniel' <Daniel.Markus@mail.house.gov>; 'Markus, Daniel' <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; 'LKluttz@doc.gov' <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; 'Karen NiesVogel' <Karen.NiesVogel@bis.doc.gov>; 'Hillary Hess' <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Fite, David (Foreign Relations)
**Sent:** Thursday, November 21, 2019 3:35 PM
**To:** 'Heidema, Sarah J' <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:26 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M

<PaulJM@state.gov>; LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David-

Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

WASHSTATEC005619

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

███████████████████████████████████████████████████████████████

Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

WASHSTATEC005622



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

Tim

WASHSTATEC005624

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

████████████████████████████████████████████████████

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

████████████████████████████████████████████████████

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

WASHSTATEC005625

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Khawam, Joseph N [KhawamJN@state.gov] |
| **Sent:** | 12/3/2019 7:50:38 PM |
| **To:** | Abraham, Liz (LAbraham@doc.gov) [LAbraham@doc.gov] |
| **Subject:** | FW: SFRC Qs on 38(f) |
| **Attachments:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) ; RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) ; RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) ; RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |

```
FYI

Joseph N. Khawam
Office of the Legal Adviser (L/PM)


SENSITIVE BUT UNCLASSIFIED

-----Original Message-----
From: Paul, Joshua M <PaulJM@state.gov>
Sent: Tuesday, December 3, 2019 2:44 PM
To: Kluttz, Lawson (Federal) <LKluttz@doc.gov>; Dombrowski, Eileen (Federal) <EDombrowski@doc.gov>;
Mooney, Timothy <Timothy.Mooney@bis.doc.gov>; Hassebrock, Douglas <Douglas.Hassebrock@bis.doc.gov>
Cc: PM-CPA <PM-CPA@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Khawam, Joseph N
<KhawamJN@state.gov>
Subject: SFRC Qs on 38(f)

Commerce LA and BIS colleagues,

As you may be tracking, there are a number of outstanding questions from David Fite, mostly, but not all,
in the Commerce realm. Rather than extending the email conversation we'd like to conduct a conference
call with David in which we can answer, to the extent possible, his questions.  We'd like to knock this
out sooner rather than later so as not to back things up against the CN expiration date.  Could you
support such a call tomorrow or Thursday? Fite's Qs - many of them anyway - are attached.

Thanks,

Josh

SENSITIVE BUT UNCLASSIFIED
```

Message
_____

**From:**    Fite, David [david_fite@foreign.senate.gov]
**Sent:**    11/21/2019 8:34:58 PM
**To:**      Heidema, Sarah J [HeidemaSJ@state.gov]; 'Timothy Mooney' [Timothy.Mooney@bis.doc.gov]; Rice, Edmund
             [edmund.rice@mail.house.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Steffens, Jessica
             [jessica.steffens@mail.house.gov]; Hunter, Robert [robert_hunter@foreign.senate.gov]; Markus, Daniel
             [Daniel.Markus@mail.house.gov]; Markus, Daniel [Daniel.Markus@mail.house.gov]
**CC:**      Huddleston, Clay (Foreign Relations) [Clay_Huddleston@foreign.senate.gov]; PM-CPA [PM-CPA@state.gov];
             Giannangeli, Giulia R [GiannangeliGR@state.gov]; Wolfe, William E [WolfeWE@state.gov]; Paul, Joshua M
             [PaulJM@state.gov]; LKluttz@doc.gov; Lopes, Alexander [alexander.lopes@bis.doc.gov]; Clagett, Steven
             [steven.clagett@bis.doc.gov]; Rudd, Phil (Banking) [Phil_Rudd@banking.senate.gov]; McGinnis, Colin (Banking)
             [Colin_McGinnis@banking.senate.gov]; Karen NiesVogel [Karen.NiesVogel@bis.doc.gov]; Hillary Hess
             [Hillary.Hess@bis.doc.gov]; Miller, Michael F [Millermf@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; Khawam,
             Joseph N [KhawamJN@state.gov]
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
             items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:26 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney'
<Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A
<DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam,
Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)

David-



Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund
<edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica

<jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

WASHSTATEC005629



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

WASHSTATEC005630

David and Ed-

[redacted]

All the best,
Sarah

[redacted]

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking)

<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:



Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>

**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>

WASHSTATEC005635

**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

[black redacted box]

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

[black redacted box]

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371


**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you. I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara

WASHSTATEC005636

**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov

SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005637

Message

| | |
|---|---|
| **From:** | Fite, David [david_fite@foreign.senate.gov] |
| **Sent:** | 11/22/2019 6:41:27 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov]; 'Timothy Mooney' [Timothy.Mooney@bis.doc.gov]; Rice, Edmund [edmund.rice@mail.house.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Steffens, Jessica [jessica.steffens@mail.house.gov]; Hunter, Robert [robert_hunter@foreign.senate.gov]; 'Markus, Daniel' [Daniel.Markus@mail.house.gov]; 'Markus, Daniel' [Daniel.Markus@mail.house.gov] |
| **CC:** | Huddleston, Clay (Foreign Relations) [Clay_Huddleston@foreign.senate.gov]; PM-CPA [PM-CPA@state.gov]; Giannangeli, Giulia R [GiannangeliGR@state.gov]; Wolfe, William E [WolfeWE@state.gov]; Paul, Joshua M [PaulJM@state.gov]; 'LKluttz@doc.gov' [LKluttz@doc.gov]; Lopes, Alexander [alexander.lopes@bis.doc.gov]; Clagett, Steven [steven.clagett@bis.doc.gov]; Rudd, Phil (Banking) [Phil_Rudd@banking.senate.gov]; McGinnis, Colin (Banking) [Colin_McGinnis@banking.senate.gov]; 'Karen NiesVogel' [Karen.NiesVogel@bis.doc.gov]; 'Hillary Hess' [Hillary.Hess@bis.doc.gov]; Miller, Michael F [Millermf@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; Khawam, Joseph N [KhawamJN@state.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |



**From:** Fite, David (Foreign Relations)
**Sent:** Thursday, November 21, 2019 3:35 PM
**To:** 'Heidema, Sarah J' <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:26 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M

WASHSTATEC005638

<PaulJM@state.gov>; <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David-

<div style="background:black;height:80px;"></div>

Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

<div style="background:black;height:80px;"></div>

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; <LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

<div style="background:black;height:80px;"></div>



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

WASHSTATEC005640

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)


David and Ed-

All the best,
Sarah



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

Tim

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM

WASHSTATEC005644

**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,



Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

WASHSTATEC005646

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Fite, David [david_fite@foreign.senate.gov] |
| **Sent:** | 11/26/2019 3:29:26 PM |
| **To:** | Heidema, Sarah J [HeidemaSJ@state.gov]; 'Timothy Mooney' [Timothy.Mooney@bis.doc.gov]; Rice, Edmund [edmund.rice@mail.house.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Steffens, Jessica [jessica.steffens@mail.house.gov]; Hunter, Robert [robert_hunter@foreign.senate.gov]; 'Markus, Daniel' [Daniel.Markus@mail.house.gov]; 'Markus, Daniel' [Daniel.Markus@mail.house.gov] |
| **CC:** | Huddleston, Clay (Foreign Relations) [Clay_Huddleston@foreign.senate.gov]; PM-CPA [PM-CPA@state.gov]; Giannangeli, Giulia R [GiannangeliGR@state.gov]; Wolfe, William E [WolfeWE@state.gov]; Paul, Joshua M [PaulJM@state.gov]; 'LKluttz@doc.gov' [LKluttz@doc.gov]; Lopes, Alexander [alexander.lopes@bis.doc.gov]; Clagett, Steven [steven.clagett@bis.doc.gov]; Rudd, Phil (Banking) [Phil_Rudd@banking.senate.gov]; McGinnis, Colin (Banking) [Colin_McGinnis@banking.senate.gov]; 'Karen NiesVogel' [Karen.NiesVogel@bis.doc.gov]; 'Hillary Hess' [Hillary.Hess@bis.doc.gov]; Miller, Michael F [Millermf@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; Khawam, Joseph N [KhawamJN@state.gov] |
| **Subject:** | RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL) |



**From:** Fite, David (Foreign Relations)
**Sent:** Thursday, November 21, 2019 3:35 PM
**To:** 'Heidema, Sarah J' <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 2:26 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M

<PaulJM@state.gov>; LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David-

████████████████████████████████████████████

Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 1:31 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████████████████████████

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov>; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

████████████████████████████████████████████



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

WASHSTATEC005650

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney'
<Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A
<DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations)
<Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel
<Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven
<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking)
<Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess
<Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the
items moved to the CCL)


David and Ed-

All the best,
Sarah



**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

███████████████████████████████████████████████

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

███████████████████████████████████████████████

Ed

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>;
Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert
(Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>;
Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M
<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J
<HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking)
<Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare
for the Commerce control text)

Ed and David,

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM

**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

███████████████████████████████

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

---

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

███████████████████████████████████████████

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

WASHSTATEC005656

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

Message

---

**From:** Fite, David [david_fite@foreign.senate.gov]
**Sent:** 11/21/2019 6:30:59 PM
**To:** Heidema, Sarah J [HeidemaSJ@state.gov]; 'Timothy Mooney' [Timothy.Mooney@bis.doc.gov]; Rice, Edmund [edmund.rice@mail.house.gov]; Darrach, Tamara A [DarrachTA@state.gov]; Steffens, Jessica [jessica.steffens@mail.house.gov]; Hunter, Robert [robert_hunter@foreign.senate.gov]; Markus, Daniel [Daniel.Markus@mail.house.gov]; Markus, Daniel [Daniel.Markus@mail.house.gov]
**CC:** Huddleston, Clay (Foreign Relations) [Clay_Huddleston@foreign.senate.gov]; PM-CPA [PM-CPA@state.gov]; Giannangeli, Giulia R [GiannangeliGR@state.gov]; Wolfe, William E [WolfeWE@state.gov]; Paul, Joshua M [PaulJM@state.gov]; LKluttz@doc.gov; Lopes, Alexander [alexander.lopes@bis.doc.gov]; Clagett, Steven [steven.clagett@bis.doc.gov]; Rudd, Phil (Banking) [Phil_Rudd@banking.senate.gov]; McGinnis, Colin (Banking) [Colin_McGinnis@banking.senate.gov]; Karen NiesVogel [Karen.NiesVogel@bis.doc.gov]; Hillary Hess [Hillary.Hess@bis.doc.gov]; Miller, Michael F [Millermf@state.gov]
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Thursday, November 21, 2019 9:21 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven <steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Thursday, November 21, 2019 8:38 AM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Lopes, Alexander <alexander.lopes@bis.doc.gov>; Clagett, Steven

<steven.clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

David and Ed-

All the best,
Sarah

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 3:39 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Hunter, Robert

&lt;robert_hunter@foreign.senate.gov&gt;; Markus, Daniel &lt;Daniel.Markus@mail.house.gov&gt;; Markus, Daniel &lt;Daniel.Markus@mail.house.gov&gt;
**Cc:** Huddleston, Clay (Foreign Relations) &lt;Clay_Huddleston@foreign.senate.gov&gt;; PM-CPA &lt;PM-CPA@state.gov&gt;; Giannangeli, Giulia R &lt;GiannangeliGR@state.gov&gt;; Wolfe, William E &lt;WolfeWE@state.gov&gt;; Paul, Joshua M &lt;PaulJM@state.gov&gt;; LKluttz@doc.gov; Lopes, Alexander &lt;alexander.lopes@bis.doc.gov&gt;; Heidema, Sarah J &lt;HeidemaSJ@state.gov&gt;; Clagett, Steven &lt;steven.clagett@bis.doc.gov&gt;; Rudd, Phil (Banking) &lt;Phil_Rudd@banking.senate.gov&gt;; McGinnis, Colin (Banking) &lt;Colin_McGinnis@banking.senate.gov&gt;; Karen NiesVogel &lt;Karen.NiesVogel@bis.doc.gov&gt;; Hillary Hess &lt;Hillary.Hess@bis.doc.gov&gt;
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)



**From:** Timothy Mooney &lt;Timothy.Mooney@bis.doc.gov&gt;
**Sent:** Wednesday, November 20, 2019 3:26 PM
**To:** Rice, Edmund &lt;Edmund.Rice@mail.house.gov&gt;; Fite, David (Foreign Relations) &lt;David_Fite@foreign.senate.gov&gt;; Darrach, Tamara A &lt;DarrachTA@state.gov&gt;; Steffens, Jessica &lt;Jessica.Steffens@mail.house.gov&gt;; Hunter, Robert (Foreign Relations) &lt;Robert_Hunter@foreign.senate.gov&gt;; Markus, Daniel &lt;Daniel.Markus@mail.house.gov&gt;; Markus, Daniel &lt;Daniel.Markus@mail.house.gov&gt;
**Cc:** Huddleston, Clay (Foreign Relations) &lt;Clay_Huddleston@foreign.senate.gov&gt;; PM-CPA &lt;PM-CPA@state.gov&gt;; Giannangeli, Giulia R &lt;GiannangeliGR@state.gov&gt;; Wolfe, William E &lt;WolfeWE@state.gov&gt;; Paul, Joshua M &lt;PaulJM@state.gov&gt;; LKluttz@doc.gov; Alexander Lopes &lt;Alexander.Lopes@bis.doc.gov&gt;; Heidema, Sarah J &lt;HeidemaSJ@state.gov&gt;; Steven Clagett &lt;Steven.Clagett@bis.doc.gov&gt;; Rudd, Phil (Banking) &lt;Phil_Rudd@banking.senate.gov&gt;; McGinnis, Colin (Banking) &lt;Colin_McGinnis@banking.senate.gov&gt;; Karen NiesVogel &lt;Karen.NiesVogel@bis.doc.gov&gt;; Hillary Hess &lt;Hillary.Hess@bis.doc.gov&gt;
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed,

Tim

**From:** Rice, Edmund &lt;Edmund.Rice@mail.house.gov&gt;
**Sent:** Wednesday, November 20, 2019 3:11 PM
**To:** Timothy Mooney &lt;Timothy.Mooney@bis.doc.gov&gt;; Fite, David (Foreign Relations) &lt;David_Fite@foreign.senate.gov&gt;; Darrach, Tamara A &lt;DarrachTA@state.gov&gt;; Steffens, Jessica &lt;Jessica.Steffens@mail.house.gov&gt;; Hunter, Robert (Foreign Relations) &lt;Robert_Hunter@foreign.senate.gov&gt;; Markus, Daniel &lt;Daniel.Markus@mail.house.gov&gt;; Markus, Daniel &lt;Daniel.Markus@mail.house.gov&gt;
**Cc:** Huddleston, Clay (Foreign Relations) &lt;Clay_Huddleston@foreign.senate.gov&gt;; PM-CPA &lt;PM-CPA@state.gov&gt;; Giannangeli, Giulia R &lt;GiannangeliGR@state.gov&gt;; Wolfe, William E &lt;WolfeWE@state.gov&gt;; Paul, Joshua M

<PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Tim:

[black redaction box]

Ed

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, November 20, 2019 3:00 PM
**To:** Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (how brokering controls will be handled for the items moved to the CCL)

Ed and David,

[black redaction box]



Tim

---

**From:** Timothy Mooney
**Sent:** Wednesday, November 20, 2019 2:55 PM
**To:** 'Rice, Edmund' <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; <LKluttz@doc.gov>; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Ed and David,

Tim

---

**From:** Rice, Edmund <Edmund.Rice@mail.house.gov>
**Sent:** Wednesday, November 20, 2019 1:58 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>; Markus, Daniel <Daniel.Markus@mail.house.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; <LKluttz@doc.gov>; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** 'Timothy Mooney' <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <Jessica.Steffens@mail.house.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; lkluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>; Rudd, Phil (Banking) <Phil_Rudd@banking.senate.gov>; McGinnis, Colin (Banking) <Colin_McGinnis@banking.senate.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Tuesday, November 19, 2019 7:13 PM
**To:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; Steven Clagett <Steven.Clagett@bis.doc.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

David,

Tim

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Tuesday, November 19, 2019 2:32 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica

WASHSTATEC005664

<jessica.steffens@mail.house.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)



**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Thursday, November 14, 2019 12:08 PM
**To:** Darrach, Tamara A <DarrachTA@state.gov>; Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert (Foreign Relations) <Robert_Hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; LKluttz@doc.gov; Alexander Lopes <Alexander.Lopes@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing (Per your request, here is the redline compare for the Commerce control text)

Timothy Mooney
Senior Export Policy Analyst
Regulatory Policy Division
Bureau of Industry and Security
Tel. (202) 482-3371

**From:** Darrach, Tamara A <DarrachTA@state.gov>
**Sent:** Tuesday, November 12, 2019 11:58 AM
**To:** Steffens, Jessica <jessica.steffens@mail.house.gov>; Fite, David <david_fite@foreign.senate.gov>; Rice, Edmund <edmund.rice@mail.house.gov>; Hunter, Robert <robert_hunter@foreign.senate.gov>
**Cc:** Huddleston, Clay (Foreign Relations) <Clay_Huddleston@foreign.senate.gov>; PM-CPA <PM-CPA@state.gov>; Giannangeli, Giulia R <GiannangeliGR@state.gov>; Wolfe, William E <WolfeWE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** RE: Short Notice Request: Availability this afternoon for briefing

Dear all,

We look forward to briefing you this afternoon. In advance of our briefing, I am attaching copies of the revised rules we will be discussing with you.  I would particularly draw your attention to the Commerce rule, Section 734.7(c), where, in

WASHSTATEC005665

order to address concerns raised by some members of Congress and the public regarding certain access to 3-D printing technology and software for firearms, the Department of Commerce has revised its rule to make certain technology and software capable of producing firearms subject to the EAR when posted on the internet under specified circumstances.

Thanks, and we look forward to answering your questions this afternoon,
Tamara


**Tamara Darrach Goulding**
Senior Congressional Advisor
Bureau of Legislative Affairs
U.S. Department of State
Tel: (202) 647-8763
Email:  DarrachTA@state.gov


SENSITIVE BUT UNCLASSIFIED

Message

| | |
|---|---|
| **From:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent:** | 12/4/2019 7:22:10 PM |
| **To:** | Timothy Mooney [Timothy.Mooney@bis.doc.gov]; Jessica Curyto [Jessica.Curyto@bis.doc.gov]; Karen NiesVogel [Karen.NiesVogel@bis.doc.gov]; Hillary Hess [Hillary.Hess@bis.doc.gov] |
| **CC:** | Matthew Borman [Matthew.Borman@bis.doc.gov] |
| **Subject:** | Re: CATs I-III Rule (timing for when the rules can be delivered to the OFR once 38(f) is completed) |

I'm working on the issue now.  Our goal would be to send it soonest.

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, December 4, 2019 12:34:53 PM
**To:** Jessica Curyto <Jessica.Curyto@bis.doc.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Matthew Borman <Matthew.Borman@bis.doc.gov>
**Subject:** RE: CATs I-III Rule (timing for when the rules can be delivered to the OFR once 38(f) is completed)



**From:** Jessica Curyto <Jessica.Curyto@bis.doc.gov>
**Sent:** Wednesday, December 04, 2019 12:29 PM
**To:** Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Cc:** Matthew Borman <Matthew.Borman@bis.doc.gov>
**Subject:** CATs I-III Rule



**Jessica Curyto**
Special Advisor
Bureau of Industry and Security | U.S. Department of Commerce
Email: jessica.curyto@bis.doc.gov
Phone: ███████

WASHSTATEC005668

Message

**From**:        Heidema, Sarah J [HeidemaSJ@state.gov]
**Sent**:        12/4/2019 9:15:33 PM
**To**:          Khawam, Joseph N [KhawamJN@state.gov]
**Subject**:     Cat 1-3 memo and background
**Attachments**: Overview of Cat 1 2 3.docx; AM for T - USML Cat I-III Final FRN v5 SJH Edits.docx

Joe-

████████████████████████████████████████████████████████ You
probably know better than I what needs to go in here, but I've attempted to keep the majority of the text and
tabs.  Over to you for your magic touch.

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

SBU - LEGAL

Appointment

**From**:       Darrach, Tamara A [DarrachTA@state.gov]
**Sent**:       12/5/2019 5:37:34 PM
**To**:         Paul, Joshua M [PaulJM@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Kluttz, Lawson (Federal)
                [LKluttz@doc.gov]

**Subject**:      CATS I-III Briefing for SFRC, HFAC, and SBANK Staff
**Attachments**:  image003.png
**Location**:     Phone Call

**Start**:        12/5/2019 7:00:00 PM
**End**:          12/5/2019 8:00:00 PM
**Show Time As**: Tentative


**Recurrence**:   (none)


Please use the following call-in information:

                **Dial-in Number(s):** ███████████


                **Access Code:** ██████

Appointment

| | |
|---|---|
| **From**: | Darrach, Tamara A [DarrachTA@state.gov] |
| **Sent**: | 12/5/2019 5:51:02 PM |
| **To**: | Paul, Joshua M [PaulJM@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Kluttz, Lawson (Federal) [LKluttz@doc.gov] |
| **CC**: | Dombrowski, Eileen (Federal) [EDombrowski@doc.gov]; Timothy Mooney [Timothy.Mooney@bis.doc.gov] |

| | |
|---|---|
| **Subject**: | Canceled: CATS I-III Briefing for SFRC, HFAC, and SBANK Staff |
| **Location**: | Phone Call |
| **Start**: | 12/5/2019 7:00:00 PM |
| **End**: | 12/5/2019 8:00:00 PM |
| **Show Time As**: | Free |
| **Importance**: | High |
| **Recurrence**: | (none) |

Update:  Staff has asked to reschedule this meeting to Monday or Tuesday.

Message

| | |
|---|---|
| **From:** | Marquis, Matthew R [MarquisMR@state.gov] |
| **Sent:** | 12/5/2019 6:28:34 PM |
| **To:** | PM-DTCP-Tasking-DL [PM-DTCP-Tasking-DL@state.gov] |
| **CC:** | PM-CPA [PM-CPA@state.gov]; Miller, Michael F [Millermf@state.gov]; Darrach, Tamara A [DarrachTA@state.gov] |
| **Subject:** | CPA Media Monitoring: Arms Control Association: Move Signaled for Firearm Exports Changes |



## Move Signaled for Firearm Exports Changes
### By Jeff Abramson
### December 2019

The Trump administration formally notified Congress last month that it would move ahead with controversial changes to regulations on how certain firearms are exported, starting a 30-day clock before final rules could be published. The move pushes past a hold that Sen. Bob Menendez (D-N.J.) had put on the changes in February and sidesteps efforts in the House-passed National Defense Authorization Act (NDAA) that would prevent them.

Under the proposed rules, semiautomatic and nonautomatic firearms and their ammunition, as well as certain other weapons, would be removed from the first three categories of the U.S. Munitions List (USML), a State Department-administered list of weapons. Sales of weapons from that list that meet certain dollar-value thresholds are notified to Congress, and a complex set of rules governs the reasons for which they may be transferred to and used by foreign recipients. Under the proposed changes, exports of these weapons would be transferred to a list administered by the Commerce Department, known as the Commerce Control List (CCL). The CCL does not trigger congressional notification requirements and allows for more streamlined arms transfer approvals.

In a Nov. 12 press release critical of the changes, Rep. Ami Bera (D-Calif.) said the rules "will remove critical oversight mechanisms that will increase the probability that U.S. firearms will be misused to create violence and instability around the world." In March, Bera led a hearing on the changes as chair of the House Foreign Affairs oversight subcommittee. Menendez also cited the lack of congressional oversight as one of two primary concerns in his February hold on the changes.

But the administration attempted to address concerns about 3D gun printing technology transfers by adding new rules to the CCL that would require a license for online distribution of 3D printing plans. Currently, such plans are regulated under the USML and deemed an exportable item. The administration's original proposal did not address the 3D printing issue, which was a second reason for concern highlighted in Menendez's hold and in legislative proposals to address the issue that he and others led. (See ACT, March 2019.)

An amendment passed in July to the House version of the NDAA, patterned after stand-alone legislation introduced by Rep. Norma Torres (D-Calif), would prohibit changes to the relevant USML categories. The NDAA conference committee has not reconciled the House bill with the Senate version, which did not include the Torres amendment. Menendez has not indicated if he would attempt to place a hold on the changes again.

Export rule changes have not been as high profile as some other domestic efforts related to assault-style weapons, but Democratic presidential candidates Joe Biden and Sen. Elizabeth Warren (D-Mass.) have explicitly called for export authority to remain with the State Department. Robin Lloyd, managing director at the Giffords campaign to prevent gun violence, said on Nov. 13, "This White House clearly is more concerned

WASHSTATEC005672

with appeasing the gun lobby than making it harder for exported firearms to contribute to international violence and crime."

Link: https://www.armscontrol.org/act/2019-12/news/move-signaled-firearm-exports-changes

_____

**Matthew Marquis**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

Phone:      202.647.6968
e-mail:     *MarquisMR@state.gov* |   Web: *PM Homepage* |Twitter: *@StateDeptPM*

Stay connected with *State.gov*:



**Official**
UNCLASSIFIED

WASHSTATEC005673

Appointment

---

**From:** Carroll, Christienne [CarrollC@state.gov]
**Sent:** 12/5/2019 7:29:13 PM
**To:** Miller, Michael F [Millermf@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]
**CC:** PM-CPA [PM-CPA@state.gov]; Diggs, Yolanda M [DiggsYM@state.gov]; Kringel, Neal F [KringelNF@state.gov]; Webster, Hillary [WebsterH@state.gov]; Paul, Joshua M [PaulJM@state.gov]

**Subject:** Cats I-III Roundtable for Advocacy Organizations
**Location:** SA-1, Room H1010

**Start:** 12/12/2019 8:00:00 PM
**End:** 12/12/2019 9:00:00 PM
**Show Time As:** Tentative

**Recurrence:** (none)

Mike,

As part of the rollout plan, we have confirmed the Cats I-III rollout roundtable for advocacy organizations (concerned about the proposed changes) for 3:00 p.m. to 4:00 p.m. on Thursday, December 12 (SA-1, room H1010).  We anticipate up to 6 to 7 seven reps from the organizations, and we will forward the list next week.

Commerce has confirmed their participation.  I'm waiting on their final list, but so far Timothy Mooney and Steven Claggett are confirmed, along with a rep from their export enforcement office.

If it works for you, we will start with giving you time at the top to comment on the proposed changes and then open it up for Q&A/discussion with the group.  It will be off-the-record and closed to press.

Please let me know if you have any questions or concerns.

Best regards,

Christienne


**Christienne Carroll**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

WASHSTATEC005674

Message
---

**From:** Webster, Hillary [WebsterH@state.gov]
**Sent:** 12/5/2019 10:48:02 PM
**To:** Miller, Michael F [Millermf@state.gov]
**Subject:** RE: Availability for Cats I-III Roundtable with Advocacy Groups

Got it – let me know if there's anything you want to quickly chat about now – otherwise I can flag this for discussion on Monday (and Yolanda can obviously assist tomorrow).

Thanks,

Hillary Webster
T/PM DDTC
Deloitte Consulting
Desk Phone: 202 663 3264
Mobile: ███████████

---

**From:** Miller, Michael F <Millermf@state.gov>
**Sent:** Thursday, December 5, 2019 5:39 PM
**To:** Diggs, Yolanda M <DiggsYM@state.gov>; Webster, Hillary <WebsterH@state.gov>
**Subject:** RE: Availability for Cats I-III Roundtable with Advocacy Groups

Will definitely need a bit of prep for this; we should discuss on Monday, if not before

---

**From:** Carroll, Christienne <CarrollC@state.gov>
**Sent:** Thursday, December 5, 2019 10:21 AM
**To:** Diggs, Yolanda M <DiggsYM@state.gov>
**Cc:** Paul, Joshua M <PaulJM@state.gov>; Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Availability for Cats I-III Roundtable with Advocacy Groups

Hi Yolanda,

Is Thursday Dec 12 from  3:00 to 4:00 p.m. still open for DAS Miller next week?   This would be for the Cats I-III private roundtable with advocacy organizations (who oppose the proposed changes).

It would be held at SA-1, room H1010.

Please let me know if this timing still works for DAS Miller's schedule.  It looks like it would work for Commerce.

Many thanks,
Christienne

---

**From:** Diggs, Yolanda M <DiggsYM@state.gov>
**Sent:** Monday, December 2, 2019 2:14 PM
**To:** Carroll, Christienne <CarrollC@state.gov>
**Cc:** Paul, Joshua M <PaulJM@state.gov>; Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Subject:** RE: Availability for Cats I-III Roundtable with Advocacy Groups

Hi Christienne, please see DAS Miller's availability below:

Monday, Dec. 9th – 2:30pm-5:00pm
Tuesday, Dec. 10th – 10am-11am
Wednesday, Dec. 11th – 11am-12pm
Thursday, Dec. 12th – 2:30pm-5:00pm
Friday, Dec. 13th – 12:30pm–5:00pm

*Please note name and email address change*
**YoLanda Mitchell Diggs**
Contractor – Muscogee International, LLC
Office Manager III
Department of State
PM/DDTC
Phone:  202-663-3704
Email:  diggsym@state.gov

---

**From:** Carroll, Christienne <CarrollC@state.gov>
**Sent:** Monday, December 2, 2019 1:43 PM
**To:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Diggs, Yolanda M <DiggsYM@state.gov>; Paul, Joshua M <PaulJM@state.gov>
**Subject:** Availability for Cats I-III Roundtable with Advocacy Groups

Mike and Sarah,

We would like to move ahead with scheduling the Cats I-III roundtable with advocacy groups concerned about the changes.   We will host, and  it will be off-the-record and closed to press.   We will invite approximately 6 to 7 representatives from the advocacy groups.

What dates/times next week would work well for you?   Once I have your availability, I'll coordinate with Commerce and lock in a time.


Many thanks,

Christienne


**Christienne Carroll**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

WASHSTATEC005676

Appointment

**From**:          Koelling, Richard W [KoellingRW@state.gov]
**Sent**:          12/6/2019 12:35:45 PM
**To**:            Threat, Demetrice J [ThreatDJ@state.gov]

**Subject**:       Accepted: Prep mtg for Cats I-III Roundtable
**Location**:      DAS' office

**Start**:         12/10/2019 4:30:00 PM
**End**:           12/10/2019 5:00:00 PM
**Show Time As**: Busy


**Recurrence**:    (none)

WASHSTATEC005677

Message
_____

**From:**       Khawam, Joseph N [KhawamJN@state.gov]
**Sent:**       12/6/2019 3:29:37 PM
**To:**         Pompian, Shawn M [PompianSM@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov]; Padgett, Katherine P [PadgettKP@state.gov]
**Subject:**    RE: Review Only: Outline for AM
**Attachments:** AM on Advancing Cats.docx


Attached please find my initial edits.  I tried to account for the edits that you all made on previous papers, but please let me know if you have anything further.  Thanks.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)


<div align="center">SENSITIVE BUT UNCLASSIFIED</div>

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Thursday, December 5, 2019 11:42 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Darrach, Tamara A <DarrachTA@state.gov>; PM-CPA <PM-CPA@state.gov>; Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** Review Only: Outline for AM

Dear all,



Thanks,

Josh

_____
**Josh Paul**
Director, Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☎ Phone:  202.647.7878 | ✆  BlackBerry: ▉▉▉▉ | 🖨  Fax: 202.647.4055
✉ e-mail:  *PaulJM@State.Gov* | 🖳  Web: *www.state.gov/t/pm/*

🐦 http://twitter.com/StateDeptPM

Stay connected with *State.gov*:



SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005679

Message

| | |
|---|---|
| **From**: | Khawam, Joseph N [KhawamJN@state.gov] |
| **Sent**: | 12/6/2019 5:37:27 PM |
| **To**: | Padgett, Katherine P [PadgettKP@state.gov]; Pompian, Shawn M [PompianSM@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov] |
| **Subject**: | RE: Review Only: Outline for AM |
| **Attachments**: | AM on Advancing Cats.docx |

I've updated the document to reflect Kat's input.  Please let me know if this works for you.  Thanks.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

<div align="center">SENSITIVE BUT UNCLASSIFIED</div>

**From:** Padgett, Katherine P <PadgettKP@state.gov>
**Sent:** Friday, December 6, 2019 11:07 AM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Review Only: Outline for AM

Hi Joe – I'm teleworking, so you can reach me on my cell at ███████

<div align="center">SENSITIVE BUT UNCLASSIFIED</div>

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, December 6, 2019 11:05 AM
**To:** Padgett, Katherine P <PadgettKP@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Review Only: Outline for AM

Thanks, Kat.  It may be easier to call and explain.  I'll give you a ring in a moment.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

<div align="center">SENSITIVE BUT UNCLASSIFIED</div>

**From:** Padgett, Katherine P <PadgettKP@state.gov>
**Sent:** Friday, December 6, 2019 11:01 AM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Review Only: Outline for AM

Joe – ████████████████████████████████████

Thanks,
Kat

---

SENSITIVE BUT UNCLASSIFIED

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, December 6, 2019 10:30 AM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Padgett, Katherine P
<PadgettKP@state.gov>
**Subject:** RE: Review Only: Outline for AM

Attached please find my initial edits.  I tried to account for the edits that you all made on previous papers, but please let me know if you have anything further.  Thanks.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

---

SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Thursday, December 5, 2019 11:42 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Pompian, Shawn M
<PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Darrach, Tamara A <DarrachTA@state.gov>; PM-CPA <PM-CPA@state.gov>; Windecker, Melissa A
<WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** Review Only: Outline for AM

Dear all,



Thanks,

Josh

---
**Josh Paul**
Director, Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☎ Phone:       202.647.7878 | ☽   BlackBerry: ▮▮▮▮▮▮▮   🖨 Fax: 202.647.4055
✉ e-mail:       **_PaulJM@State.Gov_** | 🖥 Web: **_www.state.gov/t/pm/_**

🐦 http://twitter.com/StateDeptPM

Stay connected with *State.gov*:



SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005682

## Message

| | |
|---|---|
| **From:** | Pompian, Shawn M [PompianSM@state.gov] |
| **Sent:** | 12/6/2019 6:36:53 PM |
| **To:** | Khawam, Joseph N [KhawamJN@state.gov]; Padgett, Katherine P [PadgettKP@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov] |
| **Subject:** | RE: Review Only: Outline for AM |
| **Attachments:** | AM on Advancing Cats.docx |

I defer to you all, but I noted a few comments in the attached version. ████████████████
████████████████████████████████████████
██ Does that make sense?  Thanks,

Shawn

SENSITIVE BUT UNCLASSIFIED

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, December 06, 2019 12:37 PM
**To:** Padgett, Katherine P <PadgettKP@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Review Only: Outline for AM

I've updated the document to reflect Kat's input.  Please let me know if this works for you.  Thanks.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

SENSITIVE BUT UNCLASSIFIED

**From:** Padgett, Katherine P <PadgettKP@state.gov>
**Sent:** Friday, December 6, 2019 11:07 AM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Review Only: Outline for AM

Hi Joe – I'm teleworking, so you can reach me on my cell at ██████████

SENSITIVE BUT UNCLASSIFIED

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, December 6, 2019 11:05 AM
**To:** Padgett, Katherine P <PadgettKP@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Review Only: Outline for AM

Thanks, Kat.  It may be easier to call and explain.  I'll give you a ring in a moment.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

SENSITIVE BUT UNCLASSIFIED

**From:** Padgett, Katherine P <PadgettKP@state.gov>
**Sent:** Friday, December 6, 2019 11:01 AM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Review Only: Outline for AM

Joe —

Thanks,
Kat

SENSITIVE BUT UNCLASSIFIED

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, December 6, 2019 10:30 AM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Padgett, Katherine P <PadgettKP@state.gov>
**Subject:** RE: Review Only: Outline for AM

Attached please find my initial edits.  I tried to account for the edits that you all made on previous papers, but please let me know if you have anything further.  Thanks.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Thursday, December 5, 2019 11:42 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Darrach, Tamara A <DarrachTA@state.gov>; PM-CPA <PM-CPA@state.gov>; Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** Review Only: Outline for AM

Dear all,



Thanks,

Josh

WASHSTATEC005684

**Josh Paul**
Director, Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☎ Phone:　　202.647.7878 | ① BlackBerry: ███████ 🖨 Fax: 202.647.4055
✉ e-mail:　　***PaulJM@State.Gov*** | 🖥 Web: ***www.state.gov/t/pm/***

🐦 http://twitter.com/StateDeptPM

Stay connected with *State.gov*:



SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005685

Message
_____

**From:** Kovar, Jeffrey D [KovarJD@state.gov]
**Sent:** 12/6/2019 8:03:18 PM
**To:** Khawam, Joseph N [KhawamJN@state.gov]; Pompian, Shawn M [PompianSM@state.gov]; Padgett, Katherine P [PadgettKP@state.gov]
**Subject:** RE: Review Only: Outline for AM
**Attachments:** AM on Advancing Cats.docx


Some additional points noted.  These are all important L edits if we go with this approach.


SENSITIVE BUT UNCLASSIFIED

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, December 6, 2019 2:26 PM
**To:** Pompian, Shawn M <PompianSM@state.gov>; Padgett, Katherine P <PadgettKP@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Review Only: Outline for AM

Works for me if it works for Jeff. ███████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Joseph N. Khawam
Office of the Legal Adviser (L/PM)


SENSITIVE BUT UNCLASSIFIED

**From:** Pompian, Shawn M <PompianSM@state.gov>
**Sent:** Friday, December 6, 2019 1:37 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Padgett, Katherine P <PadgettKP@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Review Only: Outline for AM

I defer to you all, but I noted a few comments in the attached version. ████████████████████████████
█ Does that make sense?  Thanks,

Shawn


SENSITIVE BUT UNCLASSIFIED

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Friday, December 06, 2019 12:37 PM
**To:** Padgett, Katherine P <PadgettKP@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Subject:** RE: Review Only: Outline for AM

I've updated the document to reflect Kat's input.  Please let me know if this works for you.  Thanks.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

SENSITIVE BUT UNCLASSIFIED

**From:** Padgett, Katherine P <<u>PadgettKP@state.gov</u>>
**Sent:** Friday, December 6, 2019 11:07 AM
**To:** Khawam, Joseph N <<u>KhawamJN@state.gov</u>>; Pompian, Shawn M <<u>PompianSM@state.gov</u>>; Kovar, Jeffrey D <<u>KovarJD@state.gov</u>>
**Subject:** RE: Review Only: Outline for AM

Hi Joe – I'm teleworking, so you can reach me on my cell at 

SENSITIVE BUT UNCLASSIFIED

**From:** Khawam, Joseph N <<u>KhawamJN@state.gov</u>>
**Sent:** Friday, December 6, 2019 11:05 AM
**To:** Padgett, Katherine P <<u>PadgettKP@state.gov</u>>; Pompian, Shawn M <<u>PompianSM@state.gov</u>>; Kovar, Jeffrey D <<u>KovarJD@state.gov</u>>
**Subject:** RE: Review Only: Outline for AM

Thanks, Kat.  It may be easier to call and explain.  I'll give you a ring in a moment.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

SENSITIVE BUT UNCLASSIFIED

**From:** Padgett, Katherine P <<u>PadgettKP@state.gov</u>>
**Sent:** Friday, December 6, 2019 11:01 AM
**To:** Khawam, Joseph N <<u>KhawamJN@state.gov</u>>; Pompian, Shawn M <<u>PompianSM@state.gov</u>>; Kovar, Jeffrey D <<u>KovarJD@state.gov</u>>
**Subject:** RE: Review Only: Outline for AM

Joe – 

Thanks,
Kat

SENSITIVE BUT UNCLASSIFIED

**From:** Khawam, Joseph N <<u>KhawamJN@state.gov</u>>
**Sent:** Friday, December 6, 2019 10:30 AM
**To:** Pompian, Shawn M <<u>PompianSM@state.gov</u>>; Kovar, Jeffrey D <<u>KovarJD@state.gov</u>>; Padgett, Katherine P <<u>PadgettKP@state.gov</u>>
**Subject:** RE: Review Only: Outline for AM

WASHSTATEC005687

Attached please find my initial edits.  I tried to account for the edits that you all made on previous papers, but please let me know if you have anything further.  Thanks.


Joseph N. Khawam
Office of the Legal Adviser (L/PM)

SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Thursday, December 5, 2019 11:42 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Darrach, Tamara A <DarrachTA@state.gov>; PM-CPA <PM-CPA@state.gov>; Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** Review Only: Outline for AM


Dear all,



Thanks,

Josh


_____
**Josh Paul**
Director, Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☎ Phone:    202.647.7878 | ☽   BlackBerry: ▮▮▮▮▮ 🖷 Fax: 202.647.4055
✉ e-mail:    ***PaulJM@State.Gov*** | 🖳 Web: ***www.state.gov/t/pm/***

🐦 http://twitter.com/StateDeptPM

Stay connected with *State.gov*:



SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005688

**Message**

| | |
|---|---|
| **From:** | Khawam, Joseph N [KhawamJN@state.gov] |
| **Sent:** | 12/6/2019 8:12:06 PM |
| **To:** | Paul, Joshua M [PaulJM@state.gov]; Heidema, Sarah J [HeidemaSJ@state.gov]; Pompian, Shawn M [PompianSM@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov] |
| **CC:** | Darrach, Tamara A [DarrachTA@state.gov]; PM-CPA [PM-CPA@state.gov]; Windecker, Melissa A [WindeckerMA@state.gov]; Miller, Michael F [Millermf@state.gov] |
| **Subject:** | RE: Review Only: Outline for AM |
| **Attachments:** | AM on Advancing Cats.docx |

Thanks, Josh.  Combined L edits are attached.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)


SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Thursday, December 5, 2019 11:42 AM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Khawam, Joseph N <KhawamJN@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>
**Cc:** Darrach, Tamara A <DarrachTA@state.gov>; PM-CPA <PM-CPA@state.gov>; Windecker, Melissa A <WindeckerMA@state.gov>; Miller, Michael F <Millermf@state.gov>
**Subject:** Review Only: Outline for AM

Dear all,



Thanks,

Josh

_____
**Josh Paul**
Director, Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☎ Phone:   202.647.7878 | ◑   BlackBerry: ████████ | 🖷   Fax: 202.647.4055
✉ e-mail:   *PaulJM@State.Gov* | 🖵   Web: *www.state.gov/t/pm/*

🐦 http://twitter.com/StateDeptPM

Stay connected with *State.gov*:



SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005690

Message

| | |
|---|---|
| **From**: | Miller, Michael F [Millermf@state.gov] |
| **Sent**: | 12/6/2019 8:58:34 PM |
| **To**: | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Subject**: | RE: SASC |

Thanks for the readout and for doing the brief!

Hope you have a great weekend as well, and that your cold releases its grip.

Cheers,
Mike

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Friday, December 6, 2019 3:43 PM
**To:** Miller, Michael F <Millermf@state.gov>
**Subject:** SASC

2 SASC staff attended as did Ed Rice (at SASC's invitation).

Have a great weekend!

S.

Appointment

**From**:        Darrach, Tamara A [DarrachTA@state.gov]
**Sent**:        12/6/2019 9:17:05 PM
**To**:          Heidema, Sarah J [HeidemaSJ@state.gov]; Paul, Joshua M [PaulJM@state.gov]; Timothy Mooney
               [Timothy.Mooney@bis.doc.gov]; Dombrowski, Eileen (Federal) [EDombrowski@doc.gov]; LKluttz@doc.gov; Douglas
               Hassebrock [Douglas.Hassebrock@bis.doc.gov]; Clagett, Steven [steven.clagett@bis.doc.gov]; Lopes, Alexander
               [alexander.lopes@bis.doc.gov]

**Subject**:     CATS I-III Briefing for SFRC, SBank, and HFAC Staff
**Attachments**: image003.png
**Location**:    Phone call

**Start**:       12/9/2019 9:00:00 PM
**End**:         12/9/2019 10:00:00 PM
**Show Time As**: Tentative

**Recurrence**:  (none)

Please use the following call-in information:

        **Dial-in Number(s):** ██████████                    ▪

                **Access Code:** ██████

Message

**From**:          Khawam, Joseph N [KhawamJN@state.gov]
**Sent**:          12/6/2019 10:41:52 PM
**To**:            Khawam, Joseph N [KhawamJN@state.gov]
**Attachments**:   Overview of Cat 1 2 3.docx

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov

███████████████████████

SBU - LEGAL

Message
_____

**From:**      Khawam, Joseph N [KhawamJN@state.gov]
**Sent:**      12/9/2019 3:14:21 PM
**To:**      Heidema, Sarah J [HeidemaSJ@state.gov]
**Subject:**    RE: Cat 1-3 memo and background
**Attachments:**  AM for T - USML Cat I-III Final FRN v5 SJH Edits.docx; Overview of Cat 1 2 3.docx


Thanks, Sarah. I had only a few edits to the AM. ███████████████████████████████

███████████ Happy to discuss or help out on anything else related to this issue. Also, a heads up that Jeff is out this week, but Josh Dorosin in L/FO asked me to loop him in when this goes out for broader clearance.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)


<center>SBU - LEGAL</center>

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Wednesday, December 4, 2019 4:16 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>
**Subject:** Cat 1-3 memo and background

Joe-

████████████████████████████████████████████████████████████ You probably know better than I what needs to go in here, but I've attempted to keep the majority of the text and tabs. Over to you for your magic touch.

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809


<center>SBU - LEGAL</center>

WASHSTATEC005694

---

**Message**

---

**From**: Khawam, Joseph N [KhawamJN@state.gov]
**Sent**: 12/9/2019 3:36:59 PM
**To**: Dorosin, Joshua L [DorosinJL@state.gov]
**CC**: Kovar, Jeffrey D [KovarJD@state.gov]
**Subject**: USML Categories I-III
**Attachments**: AM for T - USML Cat I-III Final FRN v5 SJH Edits.docx; Overview of Cat 1 2 3.docx


Josh:  Jeff mentioned that you were interested in background reading related to the Cats I-III transfer.  The current draft of the AM + Overview tab are attached.  They are still works in progress.  Please note that the Overview tab will itself have a few dozen tabs, so the AM package will be very big.  If you'd like more background, I'm happy to provide you with additional documents or provide an oral briefing.  Just let me know.


Thanks,
Joe

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov

███████████████████████

SBU - LEGAL

Message

**From:**       Heidema, Sarah J [HeidemaSJ@state.gov]
**Sent:**       12/9/2019 4:52:18 PM
**To:**         Khawam, Joseph N [KhawamJN@state.gov]
**CC:**         Noonan, Michael J [NoonanMJ@state.gov]
**Subject:**    1-3 memo/background: revised
**Attachments:** Overview of Cat 1 2 3 v2 120919.docx; AM for T - USML Cat I-III Final FRN v6 120919.docx

Joe-

Thanks much for your edits to this. ███████████████████████████████████████████
███████████████████████████████████████

Clearance: This is a bit messy. I've done clearance sheets for both documents that reflects who should be clearing each one. Can you handle getting L clearances? Those are going to be the substantive clearances. Given that the notification expires on the 12th, this should be up with the PM FO by COB on the 12th for transmission to ford on the 13th (sound right?). We'd need L clearances NLT noon on the 11th so that Noonan can then get the other clearances by noon the 12th and move it to the PM/FO.

Please let me know if you have any questions and we can chat about this further. I know it's rather complicated

Sarah Heidema
Director
Office of Defense Trade Controls Policy
Directorate of Defense Trade Controls
Department of State
202-663-2809

SBU - DELIBERATIVE PROCESS

Message

| | |
|---|---|
| **From:** | Heidema, Sarah J [HeidemaSJ@state.gov] |
| **Sent:** | 12/9/2019 5:19:20 PM |
| **To:** | Timothy Mooney [Timothy.Mooney@bis.doc.gov]; Jessica Curyto [Jessica.Curyto@bis.doc.gov]; Karen NiesVogel [Karen.NiesVogel@bis.doc.gov]; Hillary Hess [Hillary.Hess@bis.doc.gov] |
| **CC:** | Matthew Borman [Matthew.Borman@bis.doc.gov] |
| **Subject:** | RE: CATs I-III Rule (timing for when the rules can be delivered to the OFR once 38(f) is completed) |

Sorry, I missed replying to this.  Yes, that would be the earliest.  If you'd like to give me call, I can ,et you where our process stands and what we are planning for.

All the best-

Sarah

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, December 4, 2019 4:11 PM
**To:** Heidema, Sarah J <HeidemaSJ@state.gov>; Jessica Curyto <Jessica.Curyto@bis.doc.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Cc:** Matthew Borman <Matthew.Borman@bis.doc.gov>
**Subject:** RE: CATs I-III Rule (timing for when the rules can be delivered to the OFR once 38(f) is completed)

---

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Wednesday, December 04, 2019 2:22 PM
**To:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>; Jessica Curyto <Jessica.Curyto@bis.doc.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>
**Cc:** Matthew Borman <Matthew.Borman@bis.doc.gov>
**Subject:** Re: CATs I-III Rule (timing for when the rules can be delivered to the OFR once 38(f) is completed)

I'm working on the issue now.  Our goal would be to send it soonest.

---

**From:** Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Sent:** Wednesday, December 4, 2019 12:34:53 PM
**To:** Jessica Curyto <Jessica.Curyto@bis.doc.gov>; Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>
**Cc:** Matthew Borman <Matthew.Borman@bis.doc.gov>
**Subject:** RE: CATs I-III Rule (timing for when the rules can be delivered to the OFR once 38(f) is completed)

Jessica,



**From:** Jessica Curyto <Jessica.Curyto@bis.doc.gov>
**Sent:** Wednesday, December 04, 2019 12:29 PM
**To:** Karen NiesVogel <Karen.NiesVogel@bis.doc.gov>; Hillary Hess <Hillary.Hess@bis.doc.gov>; Timothy Mooney <Timothy.Mooney@bis.doc.gov>
**Cc:** Matthew Borman <Matthew.Borman@bis.doc.gov>
**Subject:** CATs I-III Rule



**Jessica Curyto**
Special Advisor
Bureau of Industry and Security | U.S. Department of Commerce
Email: jessica.curyto@bis.doc.gov
Phone: 202-482-1573
Cell: ██████████          .

WASHSTATEC005698

Message

| | |
|---|---|
| **From:** | McKeeby, David I [McKeebyDI@state.gov] |
| **Sent:** | 12/9/2019 6:03:31 PM |
| **To:** | Khawam, Joseph N [KhawamJN@state.gov]; Paul, Joshua M [PaulJM@state.gov] |
| **Subject:** | RE: Cats I-III Fact Sheet |
| **Attachments:** | 1015 Roll-Out Plan and TPs--CATS I-III.docx |

Sure, here's the latest, bundled with the Roll-Out Plan…

Best,
Dave

---

**David I. McKeeby**
Deputy Director
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

Phone:      202.647.8757      | BlackBerry: ██████████

e-mail:      *mckeebydi@state.gov* |   Web: *PM Homepage* |Twitter: *@StateDeptPM*

Stay connected with *State.gov:*



SBU - DELIBERATIVE PROCESS

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Monday, December 9, 2019 12:52 PM
**To:** Paul, Joshua M <PaulJM@state.gov>; McKeeby, David I <McKeebyDI@state.gov>
**Subject:** Cats I-III Fact Sheet

Would you have the final Cats I-III Fact Sheet to send to me?  We're putting together the final rule AM package and would like to add it as a tab, if CPA has no objections.  Thanks.

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov
██████████████████████████

SBU - DELIBERATIVE PROCESS

Message

| | |
|---|---|
| **From**: | Khawam, Joseph N [KhawamJN@state.gov] |
| **Sent**: | 12/9/2019 10:11:28 PM |
| **To**: | Kottmyer, Alice M [KottmyerAM@state.gov] |
| **Subject**: | RE: USML Cats I-III Transfer AM Package for Clearance |

Thanks, Alice.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

SBU - LEGAL

**From:** Kottmyer, Alice M <KottmyerAM@state.gov>
**Sent:** Monday, December 9, 2019 5:11 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Dorosin, Joshua L <DorosinJL@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Padgett, Katherine P <PadgettKP@state.gov>; Nightingale, Robert L <NightingaleRL@state.gov>
**Cc:** Minarich, Christine M <MinarichCM@state.gov>; Jones, Elisabeth B <JonesEB@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Subject:** RE: USML Cats I-III Transfer AM Package for Clearance

███████████████████████████████████

SBU - LEGAL

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Monday, December 9, 2019 5:06 PM
**To:** Kottmyer, Alice M <KottmyerAM@state.gov>; Dorosin, Joshua L <DorosinJL@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Padgett, Katherine P <PadgettKP@state.gov>; Nightingale, Robert L <NightingaleRL@state.gov>
**Cc:** Minarich, Christine M <MinarichCM@state.gov>; Jones, Elisabeth B <JonesEB@state.gov>
**Subject:** RE: USML Cats I-III Transfer AM Package for Clearance

Thanks, Alice.  I'll pass this along to DDTC.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

SBU - LEGAL

**From:** Kottmyer, Alice M <KottmyerAM@state.gov>
**Sent:** Monday, December 9, 2019 4:56 PM
**To:** Khawam, Joseph N <KhawamJN@state.gov>; Dorosin, Joshua L <DorosinJL@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Padgett, Katherine P <PadgettKP@state.gov>; Nightingale, Robert L <NightingaleRL@state.gov>
**Cc:** Minarich, Christine M <MinarichCM@state.gov>; Jones, Elisabeth B <JonesEB@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>
**Subject:** RE: USML Cats I-III Transfer AM Package for Clearance

Joe,

████████████████████████████████████████████████████

████████████████████████████████████████████████████

Thanks
Alice

SBU - LEGAL

**From:** Khawam, Joseph N <KhawamJN@state.gov>
**Sent:** Monday, December 9, 2019 1:35 PM
**To:** Dorosin, Joshua L <DorosinJL@state.gov>; Kovar, Jeffrey D <KovarJD@state.gov>; Pompian, Shawn M <PompianSM@state.gov>; Kottmyer, Alice M <KottmyerAM@state.gov>; Padgett, Katherine P <PadgettKP@state.gov>; Nightingale, Robert L <NightingaleRL@state.gov>
**Cc:** Minarich, Christine M <MinarichCM@state.gov>; Jones, Elisabeth B <JonesEB@state.gov>
**Subject:** USML Cats I-III Transfer AM Package for Clearance
**Importance:** High

DDTC has requested that I clear the AM package for the Cats I-III final rule through L now with a deadline of **December 11 at noon**.████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

One issue that DDTC is requesting L assistance on is working with T staff to figure out how to provide T with meaningful access to all of the Attachments to Tab 3. I do not know if it is possible to upload all of these documents to Everest, provide print outs, or provide some other way for T to access the documents. I'm copying Robby in the hopes that he might be willing to chat to figure out what we can do to help in this regard.

Please give me a call if you'd like me to talk you through any of this (I know it's a lot). I'll be at 3-2915 today and 7-8546 tomorrow and Wednesday.

Thanks,
Joe

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420

Washington, DC 20520
Office: (202) 647-8546
Opennet: KhawamJN@state.gov

SBU - LEGAL

WASHSTATEC005702

Message

| | |
|---|---|
| **From:** | Khawam, Joseph N [KhawamJN@state.gov] |
| **Sent:** | 12/10/2019 1:54:02 PM |
| **To:** | Minarich, Christine M [MinarichCM@state.gov]; Jones, Elisabeth B [JonesEB@state.gov]; Kovar, Jeffrey D [KovarJD@state.gov] |
| **Subject:** | FW: PM Highlights in the FY20 NDAA |
| **Attachments:** | PM NDAA SUMMARY.docx; CRPT-116hrpt333.pdf |

Good news on Cats I-III:

*Transfer of certain items included in categories I, II, and III of the United States Munitions List to the Commerce Control List*
The House amendment contained a provision (sec. 1050) that would prohibit the President from removing from the United States Munitions List any item that was included in category I, II, or III of the United States Munitions List, as in effect on August 31, 2017.
Senate bill contained no similar provision.
The House recedes.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

<div style="text-align:center">SENSITIVE BUT UNCLASSIFIED</div>

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Tuesday, December 10, 2019 8:49 AM
**To:** PM-All-Users <PM-All-Users@state.gov>
**Cc:** Goulding, Tamara D <GouldingTD@state.gov>
**Subject:** PM Highlights in the FY20 NDAA

Dear all,

In the attached word document you will find a summary of PM highlights from the conferenced FY20 NDAA, which we expect to pass before the holiday recess, based on the Joint Explanatory Statement. The full NDAA (all 3,500 pages of it) is attached should you need to cross-check any of the sections for precise language. Bottom line: ███████████████████
████████████████████████████████████████████████████████████████

Thanks,

Josh

_____

**Josh Paul**
Director, Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☎ Phone:   202.647.7878 | ☏   BlackBerry: 202.679.6724 | 🖨   Fax: 202.647.4055
✉ e-mail:   *PaulJM@State.Gov* | 🖳   Web: *www.state.gov/t/pm/*

🐦 http://twitter.com/StateDeptPM

WASHSTATEC005703

Stay connected with *State.gov*:



SENSITIVE BUT UNCLASSIFIED

WASHSTATEC005704