# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-dogh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1385
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anna  Berg

---

## General Comment

I understand there is a proposed rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).

I absolutely oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. In any case their priority is business.

WASHSTATEC021076

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-s5ok
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1386
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Erika  Olson

---

## General Comment

I cannot believe this is even being considered. Guns and firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations.

If anything we need MORE oversight and controls, not less!

WASHSTATEC021077

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-n13w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1387
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julie Phalen

---

## General Comment

Please do not increase access to weapons. The presence of more weapons leads to more violence, or makes suicides more prevalent. Gun ownership needs to be limited as a part of good public health.

WASHSTATEC021078

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-9op6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1388
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alisa  Norquist

---

## General Comment

Please do not move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

WASHSTATEC021079

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-2zch
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1389
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Shields

---

## General Comment

changing oversight is losing to Putin and his white house puppets

WASHSTATEC021080

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-54lw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1390
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeremy Spindler

---

## General Comment

The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021081

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-vw7r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1391
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dustin Weinberger

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

If anything we need additional oversight and this change would drastically weaken oversight.

WASHSTATEC021082

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-3oh5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1392
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carolyn Lopez

---

## General Comment

Exports of weapons must remain with the State Department. Munitions exports must also remain with the State Department. These items should not be treated the same as items that have non-violent domestic use.

WASHSTATEC021083

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-ox0s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1393
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** ronald  brown

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-xbt4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1394
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jill  Bremer

---

## General Comment

Regulation of the sales of assault type guns should stay with the U.S, Dept. of State. These weapons are potential security threats to U.S. citizens and people in other countries. Many of our current Administration's policies and behaviors are antagonizing both our allies and enemies and many would be willing to inflict fear and death.

WASHSTATEC021085

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-ethq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1395
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mike  McCampbell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-3wp8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1396
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alice Englert

---

## General Comment

Attention all,
I oppose the Rule Change that would switch the Regulation of Firearms Exports from the State Dept to the Commerce Department. I fear the proliferation of military style weapons through out the world. I believe that more guns in circulation make us less safe.
Please oppose this suggested change.
Sincerely,
Alice Englert
797 Col Edmonds Court
Warrenton Va. 20186

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-k4iq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1397
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kate Cameron

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. The USA has more guns per capita than any other county
in the world. We are also the country that has more mass shooting than any other country in the world.
Do not allow weapons to become a commodity and spread the USA's blatant disregard for human life to
be spread around the world.

WASHSTATEC021088

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-wp2e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1398
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jennifer  Spykerman

---

## General Comment

The move of handling export licenses from the state department to the commerce department does not even make sense. These remain dangerous weapons and need to regulated by an agency who has the countrys safety as its primary mission, vs. that of an agency that has business profits and the economy as its top priority. Do not move the export licenses of these dangerous weapons away from an agency focused on our countrys safety as well as the relationship with allies and other countries.

WASHSTATEC021089

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9430-g55o
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1399
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** PJ  Jacobs

---

## General Comment

I write today to state my opposition to moving the regulation of firearms exports from the State Department to the Commerce Department.

Such change would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and contributes to mass migration.

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

- It would remove licensing requirements for brokers, increasing the risk of trafficking.

- It would remove the State Departments block on the 3D printing of firearms, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The State Department has shown itself to be well equipped to perform this strategically important function. Together with Congress, it is in a unique position to thus protect this great nation from harm to national security that can result from large batch firearms sales to foreign countries.

There is nothing broken that could possibly be fixed by the moving the regulation of firearms exports from the State Department to the Commerce Department.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9430-4of9
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1400
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathleen Medina

---

## General Comment

We need more regulation of firearms, not less. Do not change the department in charge of regulation of deadly weapons.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms
exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist
organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021091

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-ipy3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1401
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Cunningham

---

## General Comment

Removing weapon sales from the purview of the State Department leaves this country in danger. We cannot allow a basically unregulated sale of automatic weapons to anywhere in the world. It may make profit for a few arms dealers and the NRA but it damages the security of this nation by opening the doors and making it easier for criminals to buy and sell guns internationally and for terrorists to get their hands on these weapons to be used against us or other governments. This is literally "shooting ourselves in the foot". BE SMART Say NO to the NRA. We need the State Department to regulate and check when and where and how many weapons are moving and the STATE DEPT. may need more adequate funding than it already has for this. Protect this country for real and not with "patriotic words". Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-31bb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1402
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cynthia Scherer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021093

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-u6hp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1403
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steven  Ramar

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-tilc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1404
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mike  Sudalnik

---

## General Comment

To allow the unbridled access to firearms by any country in the world without scrutiny by the State
Department would be a measure that would open the floodgates of insurgencies and armed conflicts!
This would undermine stability in the world and lead to complications in matters of OUR National
Security! A totally FOOLISH REGULATION ! Oppose IT!

WASHSTATEC021095

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-7knu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1405
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith  Arnold

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration.[4]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-ud31
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1406
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-7t8x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1407
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** marianne  ewing

## General Comment

i object to the possibility that guns of all types be sold world wide.

WASHSTATEC021098

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-x77q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1408
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Pearl  Holloway

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]
In addition:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-hm0a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1409
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alicia  Talerico

---

## General Comment

I oppose the switch of regulating firearms from the U. S. State Department to the U. S. Commerce Department.

WASHSTATEC021100

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-msau
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1410
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Raymond Valinoti, Jr.

---

# General Comment

I received this disturbing message from MomsRising.org in my email. I agree with this organization about this:

"The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business)...] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

"HERES THE LOW DOWN: Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries...] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

"Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

"The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration."

PLEASE, for the sake of America and the rest of the world, OPPOSE this rule change!

WASHSTATEC021101

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-vr4q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1411
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rita  Garvey

---

## General Comment

Firearms are dangerous.

They are being used to kill people every day around the world in acts of organized crime, political violence, terrorism, and random acts of violence.

They should be subject to more controls, not less!

WASHSTATEC021102

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9430-968q |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1412
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Novenski

---

## General Comment

I am strongly opposed to the unbridled commercialization of weapons sales. Our national security must not be bypassed by weapons manufacturers and arms dealers intent on boosting their sales wherever they can find buyers. It is bad enough right now, but removing the last vestige of US Dept of State control means uncontrolled flows of military weapons to the highest bidder.

Profits are not the only factor to consider here. Our national security, and security of our citizens around the world, are at stake. Keep international traffic in arms under the control of the U.S. Department of State.

Sincerely,
Linda Novenski

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-hq5r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1413
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Gelfer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

WASHSTATEC021104

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-s2ov
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1414
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laura  Carroll

---

## General Comment

This is extremely unwise. Please block this legislation! We
Need more accountability for fire arms not less! We
Dont want to fund oppressive regimes abroad and the
President has continually praised dictators and taken their
Side: Duarte, Putin, Kim jung Un. Please do not unleash
3D printed guns on the world! Please. Its just not worth it
For the sake of more gun sales.

WASHSTATEC021105

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-rum6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1415
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rima  Rosenthal

---

## General Comment

I am opposed to the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-iy3w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1416
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** John Hondrogen

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

WASHSTATEC021107

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-ckj7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1417
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Laurel  Facey

## General Comment

The State Department needs to continue to control the sale of arms.

WASHSTATEC021108

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-rzrt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1418
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kari  Pohl

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration. Don't do it!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-kxds
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1419
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-x6wv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1420
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Dorrine Marshall

## General Comment

oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-hgkl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1421
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** q  q

## General Comment

close the loopholes, make background checks obligatory, ban bump stocks, make our schools safe

WASHSTATEC021112

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-90ou
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1422
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Elisabeth  Ellenbogen

## General Comment

We have rational rules and laws WHO may operate a motor vehicle. There is compelling reason to tighten rules on firearms:
How to purchase, sell, transport lethal weapons is at present not sufficient to keep guns out of the hands of criminals, also
children and adolescents. I may not drive a car because there are valid limits on visual acuity. There is nothing in the law
that requires competency to purchase, own, and carry firearms.

Also we have many regulations or laws governing actions people may take. WHY ARE WEAPONS NOT INCLUDED?

We react to tragedy and crime and then do nothing! Please formulate and pass into law tighter rules who may transport, sell,
store or carry fire arms! Thank you

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-w9sc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1423
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maria  Miller

---

## General Comment

STOP SPREADING WEAPONS AROUND the WORLD!!

WASHSTATEC021114

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9430-ppx1
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1424
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robin  Greeley

---

## General Comment

To the DOS:

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The rule change would make the world a far more dangerous place:

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration

It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Department's block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021115

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-b7il
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1425
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Stonaha

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The Commerce Department is not equips to handle large sales of arms. The State Department is better able to properly control the sale of arms, especially to bad actors.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-u79g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1426
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  McNair

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This rule change would make it far, far easier for weapons traffickers, terrorists, organized crime syndicates, human rights abusers, and others to get their hands on large amounts of firearms, without oversight or the ability to inspect or stop those shipments by Congress. This regulation change amounts to exporting American levels of gun violence to any country in the world, for any reason. Is there nothing this administration wont sell to the highest bidder, including our own national security? Guns are weapons of war, and they should remain the responsibility of the State Department. Otherwise, with the number of enemies were making throughout the world now, those weapons may mostly end up pointed squarely at us.

WASHSTATEC021117

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-7xh1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1427
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Orwicz

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The rule change would make the world a far more dangerous place:

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration

It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Department's block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021118

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-rdyb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1428
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Gwen Klemm

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021119

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-hggd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1429
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Janet Nodell

## General Comment

I oppose a rule change that would switch regulations of firearms exports from the State Dept. to the Commerce Dept.

WASHSTATEC021120

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-5nht
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1430
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard  Schoenberger

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

How about we don't export out extreme gun violence problem to the rest of the world?

WASHSTATEC021121

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-wnuq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1431
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Leslie  Silverfine

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021122

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-mc4l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1432
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Jane Bray

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce .

We need more Peace through caring about one another..not killing one another.

Jane Bray

WASHSTATEC021123

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-7dc2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1433
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

Do not make this rule change to export weapons to kill more people. If other governments want wepons they can already purchase through existing channels

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-3itc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1434
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tom Emmott

---

## General Comment

The NRA will stop at nothing to increase gun sales and further their morbid perception of the 2nd Amendment. This is pure insanity and our government seems to be willing to take the bait and fall into their web of deception. WHY! Hasn't their been enough violence? Haven't their been enough innocent lives lost, including those of children? We're not living in the 1700's where people had their muscats leaning against the wall next to their front door. The interpretation of the 2nd Amendment has been misconstrued to benefit the NRA and gun owners in this country, and now they want it to include other countries. PLEASE! Don't allow this to happen! Don't fall into their web of lies and deceit!

WASHSTATEC021125

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-8vvc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1435
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah Herath

---

## General Comment

I vigorously oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Guns are a threat to everyone. NO ONE needs a semi-automatic assault - NO ONE. The NRS is a biased, confrontational, 'nut-job' group which is not supported by the majority of Americans nor those outside the USA.

WASHSTATEC021126

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-4mkh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1436
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** James  Mori

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-d05f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1437
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Madelyn  Ferguson

---

## General Comment

I am opposed to the rule change of switching the regulations on firearms exporting from from the state Department to the Commerce Department. If this change takes place, Congress would no longer be informed of or be able to block large sales of firearms to foreign countries. I feel this would be a threat to our national security. By putting guns in the hands of terriorists, organized crime, and extremist regimes. Sales of firearms being exported to foreign countries need Congressional oversight. Also the Commerce Department does not have the resources to police these sales, therefore endangering all of us.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9430-qvcp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1438
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peter  Kaminsky

---

## General Comment

Control of firearms exports should be in the hands of the US State Dept, NOT the Commerce Dept. The State Dept has the expertise and means to assess security concerns relating to firearms; transferring authority to the Commerce Dept. allows the primary stakeholders -- major gun manufacturers, including companies like Smith and Wesson not even headquartered in the US (!) -- to control export w/o regard for security issues.

WASHSTATEC021129

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-vxsa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1439
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Margaret Von Feldt

## General Comment

It's bad enough that we've allowed the NRA to destroy the US. We shouldn't allow them to do that to other countries.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9431-eycy
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1440
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Trina  Sargalski

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

I am also concerned that with the Dept. of Commerce regulating international gun sales that this would remove the State Departments block on the 3D printing of firearms, allowing people like Cody Wilson of Defense Distributed to post online instructions for how to 3D print weapons.

WASHSTATEC021131

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-7kq2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1441
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Teresa  Batto

---

## General Comment

Gun sales in the U.S. have caused many problems; i.e., increased suicides, mass shootings, domestic violence, etc. Don't allow the rest of the world to suffer our problems, especially with assault weapons. Stop the violence!

WASHSTATEC021132

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-17gg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1442
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Scott Holmes

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

WASHSTATEC021133

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-fjes
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1443
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Shepherd

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

WASHSTATEC021134

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-pw0a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1444
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sari  Schimek

---

## General Comment

"There has never been gun violence in the absence of a gun." - Sari Schimek

WASHSTATEC021135

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-hbqr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1445
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Elizabeth  Shepherd

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-xxzy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1446
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Howard Winant

---

## General Comment

I am opposed to the ideas that the Commerce Department, rather than the State Department, should control US arms export policy.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021137

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-4p76
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1447
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lowell  Halpern

---

## General Comment

I OPPOSE the new proposed rule change!!!!!!
Enough is enough!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-xaqx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1448
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

It is past time for this country to STOP bowing down to the GREED AND AVARICE of the gun manufacturers

No more rule changes that can make buying guns even easier

NO MORE GUN PROFITS
NO MORE GUN MANUFACTURER GREED

NO MORE GUNS

WASHSTATEC021139

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-28s1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1449
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** MaryAnn Linehan

---

## General Comment

Please be mindful of the intent behind our Second Amendment - do not switch oversight from our State Department to Commerce Department. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-87i9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1450
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Regina  Blaber

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

WASHSTATEC021141

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-6w2b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1451
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gretchen Schiltz

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021142

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-8h7n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1452
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** JOHN GLEBS

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

How the rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021143

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-bpfq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1453
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathleen  Coleman

---

## General Comment

I vehemently oppose this rule change that would switch the regulations of firearms export from the U.S.
State Department to the U.S. Commerce Department. I can't think of anything more insane than to
remove more regulations from gun sales. To provide other countries with weapons that could increase the
kind of mass shootings that we have in this country is IMMORAL.
Please do not allow this . We need to provide a safer world, not a more dangerous world.

WASHSTATEC021144

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-yyy4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1454
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021145

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-iute
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1455
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paige May
**Organization:** 570

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021146

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-kd98
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1456
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Trish Weisman

---

## General Comment

I oppose moving responsibility for international arms traffic to the Commerce Department. This is a threat to peace and safety.

WASHSTATEC021147

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-raur
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1457
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Fran  Mason

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

I oppose any and all legislation that EXPANDS the availability of firearms. It is time to formulate solutions that do not use guns and violence as the go-to solution.

WASHSTATEC021148

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9431-mmyp
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1458
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robin  Wernicke

---

## General Comment

I am against a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries.

WASHSTATEC021149

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-6bqh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1459
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Barbara Evans

## General Comment

This is a national security issue. I oppose this change.

WASHSTATEC021150

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-m3qs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1460
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Thompson

---

## General Comment

I am opposed to the rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking by international terrorists and gangs.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021151

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-lm0r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1461
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Hannah  Stanton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021152

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-yvxt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1462
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Kathryn Koelemay, MD

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

It would move the handling of export licenses of semiautomatic assault weapons and other powerful
firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce
Department (focused on promoting American business). With the rule change, Congress would no longer
be automatically informed about sizable weapons sales that it could stop in the name of national security,
even to countries where there are serious human rights concerns.

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

Furthermore, it would
-eliminate the State Departments Blue Lantern program
-remove licensing requirements for brokers
-remove the State Departments block on the 3D printing of firearms.

Bottom line...this rule change would make the world a far more dangerous place.

WASHSTATEC021153

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-jmm1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1463
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Timothy  O'Dell

---

## General Comment

DEATH NEVER TAKES A HOLIDAY. THE MERCHANTS OF DEATH, LOOKS LIKE, DON'T EITHER. I'VE HAD ENOUGH; HAVEN'T YOU, SIR?

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-yljs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1464
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-uzjy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1465
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kenneshea Allums

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

WASHSTATEC021156

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-nmi5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1466
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

See attached file(s)

## Attachments

I oppose this rule change that would switch the regulations of firearms export from the U

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Congress must not be prevented from being automatically informed about sizable weapons sales.  Congress must be able to stop sizable weapons sales in the name of national security, even and especially to countries where there are serious human rights concerns, such as the Philippines and Turkey.  Depriving Congress of this ability to monitor these sales is a terrible, dangerous idea.  It would open the door to firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Allowing this country to do such an unconscionable thing is not only unamerican, it would directly contribute to making the world a more dangerous place as well as inviting security breaches here at home.

WASHSTATEC021158

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-p0aw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1467
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Hannah  Stanton

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021159

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-wh4g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1468
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan Porter

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]

It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Please do not change the rules. Thank you for your consideration

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-eu7s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1469
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

We need to be able to control the sale of "military type" guns. Commerce is ot the correct way. They are only looking at the trade figures and not security.

WASHSTATEC021161

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-xbm1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1470
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michele Emmett

---

## General Comment

Changing the rules concerning guns from State Dept to Commerce Dept seems to be misguided. The stated reason is cost savings but I am concerned about oversight. Categorizing guns as military makes sense. We have too many guns getting into the hands of bad actors as it is.
Keep guns under the auspices of the State Dept.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-rrmf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1471
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Afshin  Sadeghi

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021163

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-rygo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1472
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Donald  Di Russo

---

## General Comment

I strongly oppose switching the regulating of firearms export from the State Dept to the Commerce Dept. We must focus on the use & effect of these firearms sales rather than just "all the money that can be made. Whooppee!!!"

WASHSTATEC021164

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9431-upez
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1473
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steve  Rockhold

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-bsgk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1474
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** obie  hunt

---

## General Comment

How many deaths have to happen before something is done? Pass some sensible gun laws!

WASHSTATEC021166

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-117v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1475
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janet Shannon

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

It serves no other purpose than to increase the number of killing machines throughout the world so the people who make them can profit from the carnage they create.

WASHSTATEC021167

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-w675
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1476
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Schauer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021168

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-lq61
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1477
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Evan  Gull

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021169

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-4v40
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1478
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Helen  Stuehler

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021170

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-xe6m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1479
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peggy  Kocoras

---

## General Comment

I am writing in opposition to the rule that would move the regulation of firearms export from the US
State Department to the US Commerce Department. This change would result in increased weapons both
domestically and globally, which would benefit no one except the gun manufacturers, oppressive
regimes, terrorists, and criminals. It would eliminate safeguards that are absolutely necessary for having
some control over terrorism and oppression. The Trump Administration claims that it wants to eliminate
terrorism, but I believe that this change would aid in the opposite result: terrorism in the US and around
the world would increase while only terrorists, oppressive regimes, criminals, and gun manufacturers
would profit. This is not the direction I would like to see the US, or the world, go.

WASHSTATEC021171

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-vgv2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1480
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** edmond lacroix

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

WASHSTATEC021172

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-s3tc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1481
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maria  Sanchez

---

## General Comment

I strongly oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We cannot make it any easier for violent individuals to acquire guns, be it in the US or abroad. Thank you so much for your attention to this extremely serious matter.

WASHSTATEC021173

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-b4qv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1482
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Michael  Slager

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021174

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-70rr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1483
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maureen  Sheahan

---

## General Comment

I am writing to vehemently protest changing the rule that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. And, the Commerce Department and its Bureau of Industry and Security just do not have the resources or reach to adequately enforce export controls. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration, as well as:

1. Eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. Remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. Remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Making this change would be immoral and dangerous. Please don't let it happen!!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-a01r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1484
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laura  Horowitz

---

## General Comment

The NRA is pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

This is an extremely dangerous path to take. It is not the job of the US government to help the NRA and weapons manufacturers enrich themselves. I urge you in the strongest terms to reject this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-30of
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1485
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Annie Chang

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021177

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-sthm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1486
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathy  Benoit

---

## General Comment

Changing the laws to minimize the regulation of gun sales around the world is morally wrong. Many countries have very strike laws regarding the ownership of firearms by their citizens. Our gun manufacturers and the NRA will benefit exponentially by selling even more firearms to groups and individuals who want to topple governments, suppress voting rights, and the rights of citizens.

The USA has over 38,000 gun related deaths every year. That number represents the easy flow of firearms to criminals and suicides of too many individuals.

As a teacher, I worked with students to settle conflicts through discussions and active listening. Firearms change those dynamics into an I win, you lose mentality.

We owe it to the 68% of our citizens who do not own guns to say, We hear you and you, as well as, other inhabitants of our world need to be safe from gun violence.

Our legislators have a duty to protect everyone in this country through laws that are not bought and paid for by lobbyists and secret money. They need to be written to reflect the safety and concerns of the majority of our population.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-prsv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1487
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Reed

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021179

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-nqzd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1488
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brandon  Burrell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Here are my reasons why:

1.It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021180

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-quud
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1489
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** stewart  wilber

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. This rule change would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). I am opposed. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security

WASHSTATEC021181

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-y9ll
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1490
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brian  Dalton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021182

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-7wp2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1491
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steve Ditore

---

## General Comment

International weapons sales are currently handled by the right federal agency, one that takes true national security into account
in their decisions. The business class HATES the very idea that governments and government agencies have the power to
limit or prohibit any of their narrowly-defined profit-seeking obsessions for any reason, even good or even inarguable ones.
Weapons are not just another commodity; they are intended for one purpose only: destruction of human life. This can be
allowed, definitely not encouraged, unless there are good reasons for deadly armaments. But the Commerce Dept. cares
about none of that. It's just money for them, and they want as much as they can get, by whatever means they can arrange,
and somehow they think the chickens will never come home to roost. This has to be handled by an agency with a broader
and wiser approach. That's State, not Commerce.

WASHSTATEC021183

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-l13g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1492
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose the rule change for regulation of firearms export from the U.S. State Department to the U.S. Department of Commerce

WASHSTATEC021184

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-4mt8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1493
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dawn  Foster

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Specifically because it would:

1. eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and makes these reports publicly available;
2. remove licensing requirements for brokers, increasing the risk of trafficking; and
3. remove the State Departments block on the 3D printing of firearms.

All of the above controls are necessary to keep the World safer. Thank you.

WASHSTATEC021185

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-nbzh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1494
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alyce  Callison

---

## General Comment

I'm a citizen concerned about this proposed rule change. I believe it would open new floodgates for arms
sales internationally, with huge implications for our national security. I am opposed to the fact that this
rule change would consider semi-automatic assault rifles as non-military, which makes no sense, as
military use is their primary function by design, and that it would eliminate Congressional oversight for
important gun export deals, which would limit Congress's ability to comment on related human rights
concerns, and remove Congress's proper role. As a taxpayer, it also offends me that this proposed rule
change shifts the cost of processing licenses from gun manufacturers to taxpayers. Even at present, the
Commerce Department doesn't have the resources to enforce export controls. Please prevent this rule
change, which would inevitably lead to increased terrorism and violence globally.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9431-9v9z
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1495
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia  Grames

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in
the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to
adequately enforce export controls. Its Bureau of Industry and Security
does not have staff everywhere. This means that firearms traffickers,
organized crime, terrorist organizations, and other violent and dangerous
agents would face far fewer hurdles to obtaining large caches of American
guns and ammunition.

This rule change is a clear danger to our national security and should not be implemented.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-4xgx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1496
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol  Charest

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021188

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-5af6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1497
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I suspect you already know this is a bullshit move, and bad move, not in the public interest - the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
Tthe rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021189

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-tbvw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1498
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dorothy Anderson

---

## General Comment

I oppose this rule change. It would be dangerous to allow the US Dept of Commerce to regulate fire arms export. Fire arms are classified as military and should be under the control of the State Dept. As of now Congress can block large sales of firearms to foreign countries. We need to keep State Dept's Blue Lantern program in place since 1940. It would be dangerous to allow 3D printing of firearms which State Dept. now blocks.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-vybj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1499
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Allen  Chazin

---

## General Comment

Ordinary citizens should be paid as soldiers with the already heavy concentration of weapons to humans!!!! Do Americans really need this barrage of guns!!!! The Dept. of Commerce will only see infringements to business; why not let the U.S. Chamber of Commerce regulate gun flows from abroad. It amounts to same thing.

WASHSTATEC021191

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-wwb1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1500
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Laura  Anonymous

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021192

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-2b7p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1501
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Mary  Gentile

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021193

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-fky3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1502
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-fnwr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1503
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Cathi  Rodgers

## General Comment

This is a comment of opposition to this rule. Any law that has a net reduction in regulatory burden on guns sales is wrong and dangerous. The NRA supports this for no other reason than more profits for gun manufactures, also know as their base. This rule would make it easier for people of other countries to access weapons of war. We need to stop this.

WASHSTATEC021195

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9431-ou3w
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1504
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Judith Janelle  Shubert

## General Comment

I vehemently oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and PUBLICALY reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Department's block on the 3D printing of firearms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-z6vc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1505
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** J  S

---

## General Comment

I strongly oppose this rule change that would switch regulation of firearms exports from the US State Department to the US Commerce Department. For multiple reasons, this change would make it much easier for violent actors worldwide, including criminal and terrorist organizations and repressive regimes, to obtain large quantities of American arms and ammunition and potentially to use US 3D printing technology to make weapons.

WASHSTATEC021197

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-wrdt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1506
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Emma  Bradshaw

---

## General Comment

Keep international traffic in arms regulations in the U.S. State Department. Thank you.

WASHSTATEC021198

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-cvwe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1507
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cori Bishop

---

## General Comment

I oppose this rule change. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less! The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021199

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-4aba
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1508
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Matt Peters

## General Comment

I oppose this regulation change. We need to make sure firearms are not exported to oppressive regimes and maintain safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons.

WASHSTATEC021200

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-zyyf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1509
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  B

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

If we want to lessen the number of people applying for refugee status, we should be working to make their countries safer, not flooding them with more weapons of war. We should be working to make other countries safer and more stable, not creating more violence and instability by selling them more firearms.

WASHSTATEC021201

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-2rng
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1510
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** TATYANA WHITE

---

## General Comment

Firearms exports are military and should not be classified as commercial. I oppose this rule change that
would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce
Department. Making this change endangers every single person living in this country. I strongly oppose
this change.

WASHSTATEC021202

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-kctl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1511
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** julia  bottom

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email,
too, in order to make your case.

WASHSTATEC021203

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-86vt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1512
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurel  Gress

---

## General Comment

I am strongly opposed to the National Rifle Association's efforts to move the handling of export licenses from the U.S. State Department to the U.S. Commerce Department, making it easier for U.S. gun manufacturers to sell weaponry to other countries.
The last thing other countries need is for their nations to become lawless, dangerous, gun-happy places for the citizens to live, much like this country has become. The NRA should be labeled a terrorist organization and should be outlawed and shut down. It has become almost as dangerous as the Taliban and Al-Qaida in the Middle East!
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

WASHSTATEC021204

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-idwx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1513
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gloria  Doan

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.
I oppose this rule change.

WASHSTATEC021205

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-mka3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1514
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-5m2r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1515
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021207

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-stdw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1516
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Martha M. Wilson

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce department for the following reasons.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021208

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-i191
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1517
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Gardner

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021209

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-34fx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1518
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rochelle  La Frinere

---

## General Comment

This regulation of firearms export must remain with the State department, not Commerce.

WASHSTATEC021210

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-sjdr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1519
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Martha  Baird

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the
U.S. State Department to the
U.S. Commerce Department.

WASHSTATEC021211

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-v0am
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1520
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Judith  Greenberg

## General Comment

I oppose this rule change that would switch regulation of firearms from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021212

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9431-k37z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1521
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Maryann Mueller

## General Comment

I strongly urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war. Please do what is for the safety of the common good. Thank you

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-9hea
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1522
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

For our national and global security, please keep firearm trade regulations within the State Department's jurisdiction. Leaving this matter in the hands of the Commerce Department would only increase the likelihood of weapons falling into the wrong hands.

WASHSTATEC021214

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-k5f0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1523
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** brian mcdermott

---

## General Comment

Please do NOT move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department. If allowed to be exported these weapons can be used against the US and other friendly governments by terrorist and the mentally deranged.

WASHSTATEC021215

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9432-9csr
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1524
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mike  M

---

## General Comment

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]


[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.

[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

WASHSTATEC021216

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-rwf6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1525
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jen  Kropinak

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-2cq1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1526
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Donna  Soodalter-Toman

## General Comment

I totally oppose moving the control of selling weapons to foreign countries from the Department if State
to the Commerce Department!

WASHSTATEC021218

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-mhfz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1527
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann Hershkowitz

---

## General Comment

I oppose this change. The State Dept, which protects US interests around the world, should continue to oversee weapons sales to other countries.

WASHSTATEC021219

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-sdt6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1528
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Allison  Walters

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

WASHSTATEC021220

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-5dzs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1529
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Grant  Power

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021221

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-7kix
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1530
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John McAllister

---

## General Comment

I am for the regulation of international fireams to remain with the State Department to better insure the unsafe spread of firearms internationally.

WASHSTATEC021222

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-s7kj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1531
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann  Rosenbaum

---

## General Comment

I strongly efforts to shift the responsibility for the oversight of the export assault rifles and other guns from the State Departments to the Commerce Department as that will result in the relaxation of rules making it easier for U.S. firearm manufacturers to export assault rifles and other guns with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war. This action would result in the "export" also of our plague of gun violence that exists in our country today! Guns and other deadly weapons are already managing to get our of the US illegally through the lack of background checks at gun shows. We should not make it Legal to sell weapons overseas just to keep sales up for gun manufacturers!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-wael
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1532
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

We need laws that make sure that guns are only in the hands of responsible gun owners. This law does not meet that requirement.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-yyab
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1533
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret  Ames

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one elsed asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

WASHSTATEC021225

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-8rve
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1534
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Michael  Klausing

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

WASHSTATEC021226

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-taea
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1535
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the
State Department to the Commerce Department would facilitate firearms exports to oppressive regimes,
remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from
obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021227

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-45ui
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1536
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Emily  Munro

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021228

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-q9fe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1537
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Crowden

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021229

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-kwek
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1538
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** ARTHUR  GOLDFARB

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!
Exported American arms and ammunition could potentially find their way as the instruments of death to American soldiers, allies, or even tourists. Thus, rules for such exports should never be based on goals of commerce, i.e. Department of Commerce. Exports of firearms must remain under the jurisdiction of State.

WASHSTATEC021230

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-ou6c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1539
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Karen  Davis

## General Comment

I could NOT be more opposed to this absolutely crazy idea. Are you guys nuts? There are too many guns now. Guns don't make you safe.

WASHSTATEC021231

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-mcpu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1540
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Shari  Draayer

---

## General Comment

I am writing to you to formally oppose this dangerous rule change switching the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous; they are intended to be deadly. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. In a sane and just world they would be subject to more controls, not less! Forget making America great again; could we make it sane and just first?!

WASHSTATEC021232

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-plp3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1541
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandra  Cobb
**Organization:** SEIU

---

## General Comment

I'm opposed to the rule changes for the Inernational Traffic in Arms Regulation s because it would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would also remove licensing requirements for brokers, increasing the risk of trafficking.

And it would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021233

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-3vz0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1542
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Laura  Meisler

## General Comment

I oppose switching regulation of sales of firearms from the State Department to the Commerce Department. Do not make this proposed change!

WASHSTATEC021234

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9432-2h5d
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1543
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sybil  Schlesinger

---

## General Comment

Please do not enact this rule change. This proposed rule change eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

There are enough weapons in the world now. We do not need to enrich gun manufacturers at the expense of all the rest of humanity. Do not change this rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-rotz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1544
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rev. John  Fernandes

---

## General Comment

We do not need more guns around the world. Some of the anticipated customers are not friendly toward the United States.

WASHSTATEC021236

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-m5bh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1545
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judithe  Norman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U. S.State Department to the

U.S. Commerce Department. This is another example of the power the NRA has over our elected officials whose job

is to keep our country safe not to pander to the NRA. Do your job!!

WASHSTATEC021237

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-pfyx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1546
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amanda  OConnor

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-5e9b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1547
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith  Fardig

---

## General Comment

I am a retired nurse-midwife, very concerned about the public health impacts in the U.S. and globally of too many guns in the hands of dangerous people. Let's not export our lethal problem to other countries.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migrations.

Keep the regulation in the State Department with stronger safeguards and a history of trained personnel to enforce them.

The N.R.A. is becoming a toxic brand so they are looking to develop a new money stream for U.S. guns and ammunition manufacturers. Do not be cowed by their pressure.

WASHSTATEC021239

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-y5oo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1548
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheila  Brooks

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021240

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-fist
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1549
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Linda  Curtin

## General Comment

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey

WASHSTATEC021241

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9432-4w58
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1550
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  McLees-Lane

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department
to the U.S. Commerce Department.Firearms are dangerous. They are used to kill people every day around the
world in acts of organized crime, political violence, terrorism, and human rights violations.
They should be subject to more controls, not fewer!

WASHSTATEC021242

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-8k03
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1551
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Mundorf

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021243

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-tf03
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1552
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Philip  Tobias
**Organization:** Philip Tobias Enterprises (and various clients or other companies)

## General Comment

Please reject the proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Firearms have caused the deaths of several people I knew, in several different incidents. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Switching regulation of gun exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration, such as our country is currently experiencing on our southern border.

To protect human safety and societal stability, please reject this rule change.

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-ygyy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1553
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Al  Mendelsohn

---

## General Comment

The weapons rule change could make the world more dangerous.

For starters, it would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

Don't do it!

It would remove licensing requirements for brokers, increasing the risk of illegal trafficking.

Don't do it!

It would remove the State Departments block on the 3D printing of firearms.

Don't do it!

When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon.

The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Don't do it!

We are watching.

WASHSTATEC021245

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-4t0b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1554
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** John  McArthur

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021246

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-dqag
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1555
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Carol  Allen

## General Comment

I oppose the rule change that would switch the regulations of firearms export fro the U.S. State Department to the U.s. Commerce Department. In this age of international terrorism, it is crucial that we have stringent oversight of arms sales to overseas (as well as domestic) entities. The mission of the Department of Commerce is commerce, not safety or security.

WASHSTATEC021247

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-ivh0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1556
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Belinda Lang

---

## General Comment

I strongly oppose the rule that would take the handling of export licenses for semiautomatic assault weapons from the State Department and give it to the Commerce Department. The State Department protects our country while the Commerce Department promotes businesses. People's safety and well-being should be placed before profits.

WASHSTATEC021248

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-o9nx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1557
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Ruth Boroshok

## General Comment

Why can't we promote PEACE rather than more opportunity for violence!

WASHSTATEC021249

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-d722
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1558
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Aaron  Ucko

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021250

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-hufi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1559
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peter Ayres

---

## General Comment

I would certainly be opposed to this change. Any exporting of guns should remain under the oversight of the State Dept.
I think just as a national security we would want that. Once they are not watching anymore, who knows how many guns would exit this country and where would they be going to?
We might easily be responsible for killing our own, fighting rebels and terrorist that would be able to exploit this change.
This is just less regulation on a gun problem we already have and should not be changed.
Just say no.

thank you
Peter Ayres

WASHSTATEC021251

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-g335
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1560
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lynn  Mignola

---

## General Comment

I oppose any rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. A rule change like this would increase the likelihood of
large weapons caches getting into the hands of violent and dangerous agents and decrease safeguards for
American Citizens. Arms sales are not about commerce and should not be treated as such.

WASHSTATEC021252

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-nmwf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1561
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Fred  Licht

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021253

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-jwvf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1562
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jo Ann  McGreevy

---

## General Comment

This is simply so undeniably WRONG and DANGEROUS! Why does the United States have far, far more deaths from guns than virtually all other countries combined? We must NOT allow the gun industry to "control" us!

WASHSTATEC021254

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 29, 2018 | |
| **Tracking No.** 1k2-9432-8drg | |
| **Comments Due:** July 09, 2018 | |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1563
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Roger  Chambers

---

## General Comment

For the following reasons, this rule would make the world a far more dangerous place.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would also remove licensing requirements for brokers, increasing the risk of trafficking.
It would also remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-p4uo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1564
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Larson

---

## General Comment

The sale of guns effects our national security. These sales can go to terrorists around the world. The ability to sell weapons should remain with the state department that is much better equipped to vet where and to who they go to

WASHSTATEC021256

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-2g35
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1565
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paul  Davis

---

## General Comment

Changing gun regulation:
Relaxing the gun rules to make it easier to export and obtain guns is crazy. We need tighter gun regulation to make it harder for the crooks of this country to obtain one. Just look at the deaths guns in this country are causing...no brainer.

WASHSTATEC021257

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9432-ar2j
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1566
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Pauline Alama

## General Comment

I oppose this rule change, which would transfer the regulation of firearms export from the U.S. State Department to the U.S. Commerce Department. I don't want my country to be the arms dealer to the world. What the world needs now is not more guns. More guns going around the world, possibly getting in the hands of terrorists, do not make our country or our world safer.

WASHSTATEC021258

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-3xmr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1567
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tracy  Artley

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

WASHSTATEC021259

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-mvmd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1568
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bryan  Dunphy

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department for the following reasons:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021260

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9432-q180 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1569
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Evelyn Hutt

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the proposed rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would also eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-v6a0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1570
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathryn McKinney

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

WASHSTATEC021262

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-sg0o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1571
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joan Farber

---

## General Comment

I am writing because I am opposed to the proposed change in regulation concerning the export of firearms which would seriously increase the dangers to this country . These are my concerns:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]

It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7

I hope you will take these issues into consideration and not make changes which can so dangerously impact national security.

Yours truly,
Joan C. Farber, Ph.D.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-p98q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1572
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** LORI  BUNTON

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. This new regulation is wrong and dangerous not only for U.S. national security but for global security as we know that the greed of firearm manufacturers will surely trump their aversion to selling arms to dangerous countries.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-wnyo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1573
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021265

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-17th
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1574
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gania  Barlow

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The rule change would make the world a far more dangerous place.

WASHSTATEC021266

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-b7nh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1575
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard  Boyce

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021267

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-v6n7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1576
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021268

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-hahs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1577
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Jane  Anonymous

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

WASHSTATEC021269

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-cihb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1578
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ashley  Koger

---

## General Comment

We need to regulate weapons that could threaten the safety of our country and others. Allowing the US to sell guns to any foreign country, regardless of stability and human-rights track record, is reckless and short-sighted.

WASHSTATEC021270

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-jt6w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1579
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sylvia  Hopkins

---

## General Comment

If the NRA is permitted to take themselves out of the arena of the USDS, it will become the purveyor of death worldwide. The US already is exerting a terrible pressure on human life with the pressure of its military in so very many countries. The NRA sales would further undermine the sovereignty and health of these nations.

Please make me proud again, to be a citizen (my ancestors were early immigrants to this new world) of the USA. Do not let the NRA have its way in this.

My great grandfather, an immigrant from Nauborn, Prussia, was conscripted into the Union Army of the Civil War. He died of disease in that war, leaving his immigrant wife a widow and his four small children fatherless. He had come to this country to find food, escape militarism and killing.

There is no reason to allow the NRA to place weaponsso easily into the hands of human beings in other countries where people long for a good life. It would be the exporting of a culture of death that we have allowed to grow here. This culture shocks me daily.

Sincerely,
Sylvia Hopkins

WASHSTATEC021271

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-3ffv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1580
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Linda  Murphy

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would make it easier for the export of firearms to oppressive regimes; it would remove safeguards that help keep organized crime and terrorist organizations from obtaining weapons; it would increase the kind of violence that destabilizes countries and causes mass migration, which is already occurring at alarming rates due to wars, and criminal gang activity.

The rule change would eliminate the State Departments Blue Lantern program, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. This would be devastating to civilian populations.

The rule change would remove: (1) the licensing requirements for brokers, expanding the risk of trafficking; (2) the blocking ability of the State Department on the 3D printing of firearms. Without this capability, the State Department would lose an important tool for charging individuals, who use 3D printers to print firearms, with violating arms export laws. The rule switch would remove this block, and expose civilians everywhere to an exponentially larger risk of dying from the expanded use of these lethal weapons.

Please do NOT make this rule change, which will endanger innocent people's lives worldwide.

WASHSTATEC021272

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-9hkb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1581
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Douglas  Godfrey

---

## General Comment

I oppose this or any other rule change that would transfer authority to grant licenses for the export of firearms from the U.S. State Department to the U.S. Commerce Department.

Firearms in international trade are used as weapons of war. Neither the US State Department, nor the US Commerce Department should not be in the business or promoting War.

The United States should not be exporting our problems with automatic and semi-automatic weapons to the rest of the world.

WASHSTATEC021273

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-oeax
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1582
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janet  Anonymous

---

## General Comment

As a concerned American and member of the world's human race, I urge you to do whatever is necessary to keep control of the international sale of American firearms. To move it to the Commerce Department flips the focus from safety and peace to making money, and we all know that with money as a motivator, it's much easier for deals to be made that may not be in our country's best interests.

Thank you for standing up for humanity rather than for money-making.

WASHSTATEC021274

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-zgmg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1583
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kelly Orringer MD

---

## General Comment

I am writing to express my STRONG OPPOSITION to this plan.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]
Here are more details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]
Submit comments now to the State Department and the Commerce Department opposing the rule change.


Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!


[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.
[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.
[3] Ibid., The Boston Globe
[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.
[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.
[6] Ibid., Violence Policy Center.
[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-1p1i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1584
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Winkler

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
- It would remove licensing requirements for brokers, increasing the risk of trafficking.
- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021276

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-uc9y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1585
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lyn  Bober

---

## General Comment

I am very concerned about this issue. I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The safety of our country AND the world depends upon keeping these regulations under your governance. Thank you for your consideration.

WASHSTATEC021277

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-4urk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1586
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandra Faust

---

## General Comment

There is no reason to allow any change in the sale and export of weapons . To do so would open the door to more violence and death in this world and even less regulation of semiautomatic weapons. Don't let the NRA get away with this dangerous change in it's business.

WASHSTATEC021278

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-ym24
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1587
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne  Siems

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

WASHSTATEC021279

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-edt1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1588
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** PJ Clark

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

WASHSTATEC021280

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-vn84
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1589
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy  Posner

---

## General Comment

To Whom It Concerns:

I oppose this rule switching the responsibility for regulatory oversight of firearms exports from the U.S. State Department to the U.S. Commerce Department. Diplomacy not weapons should be our chief export.

Imagine if that were so: if we retained credibility to solve through diplomacy conflicts around the world. Not only have we been ceding that ground, but now will we increase our presence through even more weaponry? Is my beloved country becoming an evil empire? Please, please, please do not allow this change!

Patriotically yours,

WASHSTATEC021281

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-l0kj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1590
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Timothy  Bailey

## General Comment

I strongly oppose thus rule change that would switch the regulation of firearms export from U.S. Department of State to U.S. Commerce Department.

WASHSTATEC021282

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-tw8g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1591
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Victoria DeSarno

---

## General Comment

I oppose the rule change that would switch control of weapons from the State Department to the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-zfi7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1592
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** CYNTHIA  DZENDZEL

## General Comment

Please do not allow the transfer of firearms regulation from the State Department to the Commerce Department. Firearms sales to foreign countries should be tightly regulated to avoid the proliferation of dangerous weapons to countries and individuals that may use them against us or other innocents. Please prevent the export of American violence.

WASHSTATEC021284

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-h1jr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1593
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith  Kudless

---

## General Comment

I oppose this rule change that would switchgun regulations from the state sept. To the commerce department.

WASHSTATEC021285

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-sgec
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1594
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** christine  maciel

---

## General Comment

No, do not switch the regulation of firearm exports from the STATE DEPARTMENT. This is too important to be considered merely 'commerce', it involves who gets guns and what they are to be used for. We must support diplomacy over wars!!!

WASHSTATEC021286

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-l5xc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1595
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Kathy Heid

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.
The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
The rule change would make the world a far more dangerous place:
--It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
--It would remove licensing requirements for brokers, increasing the risk of trafficking.\
--It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-yn1d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1596
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stanley  Thompson

---

## General Comment

I am opposed this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organised crime and terrorist organisations from obtaining weapons, and further fuel violence that destabilises countries and causes mass migration.

How else would the rule change would make the world a far more dangerous place?

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Please block this rule change.

WASHSTATEC021288

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-itsn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1597
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Therese  Wilson

---

## General Comment

I strongly oppose the rule change that would move the handling of export licenses of semiautomatic weapons
and other weapons
from the U.S.State Department to the Commerce Department.

This rule change would seriously undercut or even eliminate congressional oversight of weapons sales or shipments.
This is totally unacceptable!
The ability of our representatives to stop the sale of large numbers of dangerous weapons
to countries who are known abusers of human rights is an absolute necessity!
This rule change would TRULY endanger our national security.

WASHSTATEC021289

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-pbdu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1598
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judy Kameon

---

## General Comment

I oppose the proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021290

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-icfi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1599
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jill  Berkowitz-Berliner

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021291

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-fi6u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1600
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** E. Luckring

---

## General Comment

I oppose the proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

I believe firearms exports should stay under the regulation of the State Department and that Congress should have the power to block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it might see reason to stop in the name of national security, or to prohibit sales to countries where there are serious human rights concerns.

Moreover, the Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

This proposed change would make our country less safe by fueling terrorism and organized crime around the world.

Please keep firearms exports under the regulation of the State Department.

Thank You,

Eve Luckring
3641 Lavell Drive
Los Angeles, CA 90065

WASHSTATEC021292

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-qwyo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1601
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Shea  Najafi

## General Comment

I oppose

WASHSTATEC021293

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-gssk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1602
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Rosalie Riegle

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-rx13
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1603
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** beth  Fischer

## General Comment

I STRONGLY oppose the rule change on firearms!!

WASHSTATEC021295

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-5dd5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1604
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laurie  Toner

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We need the the U.S. State Department to make the determination. Not weapons salesman making such a determination. Would you buy a home security system from a non-vetted burglar???

WASHSTATEC021296

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-4nrq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1605
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** alena jorgensen

## General Comment

Are you all nuts? You want to make it easier for our enemies to buy Guns? You really are on a mission to
decrease the surplus population. Not just here in the US, but all over the world. KARMA!!!

WASHSTATEC021297

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9432-vbjf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1606
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Marge  Schwartz

## General Comment

The Commerce Dept. should not be in control of gun sales especially to foreign countries. Guns should remain in the jurisdiction of the State Dept.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-1ve9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1607
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** karyn  barry

---

## General Comment

I strongly oppose switching the regulation of firearm exports from the State Department to the Commerce Department!

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

We need FEWER guns in the world, not MORE!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-8zm7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1608
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David  Forbes

---

## General Comment

The words below, taken from Defense News dot com, echo my own views on this matter. Please take these words under consideration.

There are five key dangers of shifting oversight of firearms exports to the Commerce Department.

First, there is an increased risk of exports to unauthorized end users and conflict zones. Under the Commerce Department system, companies can generally use several broad license exemptions to export military equipment without U.S. government approval. When the U.S. government shifts oversight of firearms exports to companies, it loses the ability to identify key warning signs, including risky middlemen, unusual routes and mismatched weapons systems, of a possible diversion of U.S. guns to terrorists, criminals or conflict zones. Without U.S. oversight, the government also couldnt stop the sale of firearms to foreign security force units accused of serious human rights violations or corruption.

Second, a shift to the Commerce Department could compromise the United States ability to investigate and prosecute arms smugglers. The Trump administrations proposal would likely eliminate the current requirement that individuals receive government approval before attempting to broker a deal to non-NATO countries for firearms controlled by the Commerce Department. The proposal might also remove the requirement that companies first register with the U.S. government before engaging in arms exports, which U.S. law enforcement has used to build investigations against illegal arms traffickers. Furthermore, the proposal could create greater legal ambiguity about restrictions on firearms exports and, thus, impede U.S. law enforcements efforts to prosecute cases of illegal arms trafficking. Indeed, if an arms exporter can show that a reasonable person would be confused by U.S. regulations, the illegal exporter could escape prosecution.

Third, the proposal risks losing key legal restrictions on dangerous arms transfers. Commerce Department regulations, unlike the State Departments, are not tied to all federal laws that regulate security assistance, including the commercial export of defense articles to foreign governments that support terrorism, violate internationally recognized human rights norms or interfere with humanitarian operations as well as country-specific controls imposed on nations of concern, such as China. A shift to

WASHSTATEC021300

the Commerce Department would likely complicate, if not end, State Department reviews of a recipient's human rights violations, as the State Department bureau in charge of human rights may face greater difficulties in pressing for restraint on risky firearms exports. Such a shift would thereby dilute the State Departments ability to prevent high-risk transfers.

Fourth, the Trump proposal risks eroding global norms on firearms exports. Over the past two decades, through bilateral and multilateral agreements, the United States has successfully encouraged governments around the world to adopt better laws and policies to stop irresponsible and illegal arms transfers. Many of these agreements note the need to review export licenses on a case-by-case basis, highlight the importance of brokering registration and licensing and contain other key controls. If the United States decides to reduce or remove some of these controls, many other countries may choose to do so as well, particularly if it allows them to better compete with the United States.

Finally, a shift would likely result in less transparency in arms sales. The proposal could eliminate both Congresss and the publics view of U.S. firearms sales authorizations and deliveries around the world because the Commerce Departments annual reports cover only about 20 countries. Furthermore, there are no public end-use reports on arms exports authorized by the Commerce Department such as those for exports authorized by the State Department. The reports are useful to identify key trafficking patterns that can help avoid risky arms transfers.

Sincerely,

David Forbes

WASHSTATEC021301

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-a5g9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1609
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Denise Pettit

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns.

Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

WASHSTATEC021302

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-1r4x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1610
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anne Hughes

## General Comment

Changing this regulation would make it easier for terrorists and oppressive regimes to get firearms. This will lead to more killings and fear around the world with the result of more people fleeing their country. Why do we need to arm the entire world? It just benefits the gun makers and the NRA!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-e0sg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1611
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark  Anderton

---

## General Comment

As a defense industry supporter, I support the movement of Category III small arms ammunition regulation from the State Department to the Commerce Department Control List of the Bureau of Industry and Security.

WASHSTATEC021304

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-qzls
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1612
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** James  Melloh
**Organization:** maine psr

## General Comment

Please act responsibly. Protect innocent children and others from ruthless slaughter with weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ogcf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1613
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I am very much opposed to a rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking the changes in this rule seriously and considering the safety of the citizens and not the profits of the firearms industry.

WASHSTATEC021306

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-jo4x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1614
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeffrey Kleiner

---

## General Comment

Dear Sir or Madam,
I am writing to protest the proposed transfer of gun sales and supervision of the overseas sales of guns from the State Department to the Commerce Department. With the amount of gun violence piling up in the USA, the last thing necessary is more liberal treatment of gun sales. Gun manufacturers and sales considerations should remain under the control of congress with State department oversight.
J B Kleiner, MD

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-tdzw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1615
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** JANICE MOLAND

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
Here are more details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

I oppose this change. Thank you for taking action to help make our families, loved ones, our country and our world a safer place.

WASHSTATEC021309

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-702n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1616
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gerritt and Elizabeth Baker-Smith

---

## General Comment

We have learned that the NRA and gun manufacturers are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

We oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change would make the world a far more dangerous place for these reasons, among others:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

WASHSTATEC021310

It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

All of which leads us to urge that this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department
be OPPOSED!

WASHSTATEC021311

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-i8gu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1617
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alice Feldman

---

## General Comment

I OPPOSE SWITCHING FIREARMS REGULATIONS TO US COMMERCE DEPARTMENT!
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the glob

WASHSTATEC021312

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ddo9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1618
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathy  Anonymous

---

## General Comment

Don't transfer authority for reviewing export licenses of semiautomatic assault weapons and other
powerful firearms to the
Commerce Department. Congress would no longer be automatically informed about sizable weapons
sales that it could stop in
the name of national security, even to countries where there are serious human rights concerns, such as
the Philippines and
Turkey. The Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of
Industry and Security does not have staff everywhere. This means that firearms traffickers, organized
crime, terrorist
organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large
caches of American
guns and ammunition.

WASHSTATEC021313

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-mvkx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1619
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Greg Hamby

---

## General Comment

Greetings, I am opposed to having the Commerce Department oversee Gun Exports from the United States. This mistaken proposal by the Gun Lobby could put more guns in the hands of terrorists. The State Department needs to remain in charge of Gun Exports to make sure weapons do not end up in the wrong hands and places.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-tw5u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1620
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Christine Fidance

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021315

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-jj4t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1621
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John Horejsi

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States,
but around the world. They are pushing hard for a rule change that would move the handling of export
licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department
(focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting
American business).[1] This transfer of authority would open new floodgates for arms sales
internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-4yzl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1622
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Chismar

---

## General Comment

A rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business) would open new floodgates for arms sales internationally, with serious implications for our national security. This is NOT acceptable.

WASHSTATEC021317

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-o3a5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1623
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Denise Lytle

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021318

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-km4a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1624
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Thomasin  Willard

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S.
State Department to the U.S. Commerce Department. This transfer of authority would open new
floodgates for arms sales internationally, with serious implications for our national security. Right now,
firearms exports are classified as military. This is why they are under the regulation of the State
Department, and why Congress can block sales of large batches of firearms to foreign countries. With the
rule change, Congress would no longer be automatically informed about sizable weapons sales that it
could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey. Meanwhile, the Commerce Department just does not have
the resources to adequately enforce export controls. This means that firearms traffickers, organized
crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to
obtaining large caches of American guns and ammunition.

Please leave these regulations under the authority of the State Department - the proposed change benefits
the NRA and arms profiteers, and no one else.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-1tda
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1625
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ursula  Cohrs

---

## General Comment

I m writing because I am against moving the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department which is focused on safeguarding our nation, to the U.S. Commerce Department which is focused on promoting American business.

This transfer of authority would open floodgates for arms sales internationally, with serious implications for our national security.

- It would eliminate the State Departments Blue Lantern program (in place since 1940) which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
- It would also remove licensing requirements for brokers, increasing the risk of trafficking.
- And it would remove the State Departments block on the 3D printing of firearms.

As an example to the last comment: When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

We all know that firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations.

This is why fireamrs should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-o3b1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1626
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Goldstein

---

## General Comment

This change will further the danger to the citizen by favoring a business profit over human life -I emplore you please don't sell the lives of our children and ourselves . M Goldsten.

WASHSTATEC021321

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-erzt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1627
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Frances  Bennett

---

## General Comment

I oppose this rule change that would switch the regulations of firearms exports from the U.S. State Department to the U.S. Commerce Department. There are safety measures in place that would require licenses that are meant to keep arms transfers, including the blocking of 3D printing of arms, carefully monitored. KEEP THESE RULES IN PLACE AND UNDER THE STATE DEPT.

Commerce does not have the resources in personnel to oversee and keep arms from ending up in the hands of terrorists, arms traffickers and other dangerous entities. Our nation is safer with arms sales being under the State Dept. The safety of our nation is more critical than profits.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-7z56
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1628
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Kerbel

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021323

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-w8zb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1629
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Klein

---

## General Comment

I strongly Oppose a rule change that would move the handling of export licenses of semiautomatic
assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce
Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place.

Common sense gun safety measures, like numerous other issues (climate change, food labeling,
immigration reform, prison reform, education reform, short-term lending regulation, healthcare reform,
banking regulation, opioid regulation) remains a vexing problem primarily due to corporations' ability to
curry favor with elected officials. The corrupting influence of money in our political system is
undermining our democratic traditions and discouraging Americans from voting and/or running for
office. This ominous development may well end our experiment in representative democracy unless we
alter this decades-long trend. For the sake of the republic, we must amend the US Constitution to state
that corporations are not people (and do not have constitutional rights) and money is not speech (and thus
can be regulated by state and/or federal campaign finance laws). Short of accomplishing this, no other
reform of significance will be achieved. The moneyed interests will turn any reform to their benefit, often
at the expense of the nation as a whole.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-d6je
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1630
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cindy Ware

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U>S> State Department tothe U>S> Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-72pb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1631
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dominica  LoBianco

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021326

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ktff
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1632
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Ross

---

## General Comment

To Whom It May Concern,
I am extremely concerned about the proposed changes in the regulations for guns.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

We need safe and thoughtful gun regulations...not exporting guns for a less secure and stable world.

WASHSTATEC021327

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-k2pl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1633
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Catherine  Rymsza

## General Comment

I oppose the transfer of gun regulations from the state dept to the commerce dept

WASHSTATEC021328

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9433-lk0a
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1634
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Smith

---

## General Comment

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ab9h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1635
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer.

WASHSTATEC021330

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ccnh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1636
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Karen  Williams

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021331

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-z86b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1637
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Damon  Mills

## General Comment

I am against this change that would move regulations to export firearms to the department of commerce rather than the state department, the state department should continue to regulate export of firearms.

WASHSTATEC021332

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9433-pqkt
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1638
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Cohen

---

## General Comment

This is just another way for gun manufacturers to make more money and has nothing to do with people's rights. I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021333

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-j6zp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1639
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Suzy Clarkson  Holstein

---

## General Comment

I oppose the rule change which would put international fire arms sales under the jurisdiction of the
Commerce Department. In an era when we are concerned about terrorism and weapons availability, it
seems very wrong to move gun sales into a sphere where profit would be the chief concern and not
national security. Please keep arms sales under the oversight of Defense.

WASHSTATEC021334

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9433-xv0b
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1640
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Vicki  Linkin

---

## General Comment

This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-q6oz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1641
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gary  Korengel

---

## General Comment

Please do not transfer the responsibilities for gun exports outside the US from the US State Department to the US Commerce Department.

Individual company's goals are to increase sales and dividends for shareholder, not worry if they are selling deadly weapons to terrorist nations and organizations.

The US State Department is much better equipped to process and regulate the export of semi-automatic guns and all lethal weapons than the US Commerce Department.

Keep American's save now and in the future. We do not want to be fighting terrorist groups that use US made guns.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-p7sw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1642
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Frank  Wissler
**Organization:** 695 Hillcrest Trl

---

## General Comment

Another step in reducing the security of our nation in the narrow interests of padding the bottom line of manufacturers. Just one more step to fascism.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-82st
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1643
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alexandra Walter

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021338

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-p5dp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1644
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Andrea Zinn

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021339

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-n7he
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1645
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James Krist

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. The US SHOULD NOT BE EXPORTING MILITARY
WEAPONS!!!

WASHSTATEC021340

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-2by0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1646
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janie Horowitz

---

## General Comment

I guess, not enough people have died to be a sufficient amount to Warrant gun control! Shame on you!

WASHSTATEC021341

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9433-fr7i
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1647
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jessica Livingston

---

## General Comment

Keep firearms classified as "military" to keep Americans safe. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021342

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-7roa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1648
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julie Sears

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

WASHSTATEC021343

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-2i9e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1649
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Brad Johnson

## General Comment

This is horrible. The consequences of this will be dire.

WASHSTATEC021344

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-16ze
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1650
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia  Copenhaver

---

## General Comment

I oppose this rule change that would switch the regulations for firearms export from the U.S. State
Department to the U.S. Commerce Department. This is a question of national security, as Commerce
lacks the resources to adequately enforce export controls. Its Bureau of Industry and Security does not
have staff everywhere, which means firearms traffickers, organized crime, terrorist organizations, and
other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American
guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-s7yw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1651
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** michael pyle

---

## General Comment

I vehemently oppose this rule and will vote against "Anyone" who votes for it. We have enough issues with what's already in place regarding assault weapons. This rule is disgusting.

WASHSTATEC021346

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-w9md
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1652
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ruth  Neifeld

---

## General Comment

I am writing to express my opposition to the proposed regulatory change that would move firearm exports from the U.S. State Department to the Commerce Department. Munitions sales should be more closely monitored, not less so.
Thank you for your consideration.

WASHSTATEC021347

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-f2gc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1653
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cheryl  Ritch

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I do not believe that this change is in the best interest of the people in our country or the people in the world at large.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-t3q1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1654
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katherine  Bartel

---

## General Comment

The last thing we need is to supply arms to foreign nations. All this talk about securing our borders is meaningless when arms are made available to anyone anywhere. ISIS already loves coming here to restock their arsenals--this would make even travel unnecessary to them. The NRA cares only about making money, not about freedom, democracy or security. The U.S. Department of State is the proper place to decide where weapons can safely be shared.

WASHSTATEC021349

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-45t8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1655
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Reed  Floarea

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

WASHSTATEC021350

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-d2pw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1656
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sabrina  Sutliff-Gross

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021351

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-hmp7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1657
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dan  Esposito

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Thank you.

WASHSTATEC021352

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-fll1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1658
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Shannon Shea

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Congress needs to able to know about large-scale sales of arms in other countries, especially to countries with major human rights abuses. Changing the current rule could pose major risks to national security and human rights worldwide.

WASHSTATEC021353

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ypzf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1659
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kim  Kensler-Prager

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We need gun safety in our country not pandering to the NRA.

WASHSTATEC021354

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-l1fz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1660
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marion  Tidwell

---

## General Comment

I strongly oppose this rule change. Export of weapons should not be overseen by a body with self interest at stake. it should be a matter of national interest.

WASHSTATEC021355

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-obli
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1661
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** John W. Bova

## General Comment

This rule change is not needed and in fact is a dangerous move only meant to sell more guns to more unstable people!

Please don't let this go through, the world is dangerous enough now!

WASHSTATEC021356

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-7f6f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1662
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lisa  Holm

---

## General Comment

I am writing in opposition to the commercialization of guns. We have seen the devastating impact of commercialization in the US. I am adamantly opposed to exporting this deadly policy to other countries.

WASHSTATEC021357

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-9xe1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1663
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cynthia Edney

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Department's block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

None of this will make US citizens safer from gun violence.

WASHSTATEC021358

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-go1p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1664
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brian  Fink

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021359

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-vkfa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1665
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Greg Nicholas

---

## General Comment

As a VN veteran, I believe there should be no weakening of arms sales. There are to many everywhere.

WASHSTATEC021360

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-dh4o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1666
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Greg Gaucher

---

## General Comment

My point of view is that there should not be any changes to control over international sales of weapons of death. The state department has done an admiral job of protecting our interests world wide.

The transfer of these responsibilities to the commerce department might vacillate exporting of more death around the world. In effect we would be making it easier to provide the means to create more death
.
some of that death will be the death of more Americans and that is certainly not we want nor is it what we want to be known for.

WASHSTATEC021361

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-qhyr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1667
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would also remove the State Departments block on the 3D printing of firearms. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ag39
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1668
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eileen  Prefontaine

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021363

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-kqy9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1669
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Samuels

---

## General Comment

There is too much arms traffic right now. The world need less, not more arms being sent out. Stop this change to make it easier for big business to make more money while setting up more threats to to us and others around the world.

WASHSTATEC021364

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-o5w1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1670
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** R  Gray

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one else asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-1t3o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1671
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** FRANCIS  DANCE

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021366

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-64i3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1672
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eileen  Donnelly

---

## General Comment

No more guns . We need stricter regulations rather than less

WASHSTATEC021367

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-59wu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1673
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steven  Winston

---

## General Comment

I'm a teacher. I was teaching 30 minutes away from Newtown, CT when the Sandy Hook massacre
occurred. I had students who knew murdered first graders. There was an active shooter situation near a
college campus 30 minutes from my current house this week in which a New York State Trooper was
killed. The gun violence in this country needs to be reigned in. In the interests of National Security, arms
regulations must be regulated by a department interested in national security, NOT commerce. Please, we
are failing to protect our citizens from firearms badly enough as it is.

WASHSTATEC021368

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-1193
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1674
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Hanlon

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021369

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-uty5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1675
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dawn  Tubbs

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. With the rule change, Congress would no longer be
automatically informed about sizable weapons sales that it could stop in the name of national security,
even to countries where there are serious human rights concerns. Meanwhile, the Commerce Department
just does not have the resources to adequately enforce export controls. Its Bureau of Industry and
Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist
organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large
caches of American guns and ammunition. The bottom line is that switching the regulation of firearms
exports from the State Department to the Commerce Department would facilitate firearms exports to
oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and
terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and
causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-oram
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1676
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katie Berkowitz

---

## General Comment

Guns are more than a commodity. We need to be careful about selling them to people who might be enemies tomorrow. There should be much more care shown in selling these types of things. Do not move this to the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-ji06
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1677
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Beverly  Railsback

---

## General Comment

I oppose this rule change which would switch the regulation of firearms exports from the US State Department to the US Department of Commerce. This would remove any congressional oversight of firearms exports and potentially allowing exports to dangerous foreign parties.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9433-jn1p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1678
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Amy  Unger

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021373

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-ig57
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1679
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
1. It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Department's block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
4. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

This change would only serve two purposes: to further the NRA's agenda to enrich the gun industry, and to further Putin's plan to destabilize the world!

There is NO sane reason for making this change!

WASHSTATEC021374

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-7m04
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1680
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathy  Watson

---

## General Comment

Stop caving to the NRA Bull Shit.
Look at Australia and how they have dramatically reduced Gun Violence. More Guns DO NOT MAKE US SAFER !!!!!

WASHSTATEC021375

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-jxo1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1681
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paul  Palla

---

## General Comment

THE NRA IS A TERRORIST ORGANIZATION THAT COLLUDED WITH THE RUSSIANS IN 2016. DO NOT GIVE THESE TRAITORS ANYTHING THEY WANT!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-wsev
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1682
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jan and Mike  Mahaffey

---

## General Comment

We most definitely oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This is only in the best interest of the NRA. How much power is enough? We need gun control legislation to support the safely of our children, families and law abiding citizens! Lets use some common sense!!!

WASHSTATEC021377

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-ejn9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1683
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheila Wentzel

---

## General Comment

To change fire arms sales from the Dept. of State to the Dept. of Commerce is to place the security of the United States at risk. It places all Americans at risk from foreign entities who would be able to purchase military grade weapons at will and use them against us. Do not let this happen.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9434-68v0
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1684
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pamela  Kjono

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also copy and paste in other parts of this email, too, in order to make your case.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021379

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9434-qrw1
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1685
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lily Lau-Enright

---

## General Comment

I oppose in the strongest voice this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Our world is already in an unsafe and perilous state with rampant uncontrolled gun violence here and abroad. Allow the State Dept to continue its authority to oversee the sale and transfer of firearms. Do not transfer this authority to the Dept of Commerce that has no experience with national security and does not have adequate staff to enforce these new functions. This rule change would hugely threaten the safety and security of our own country as well as internationally.

WASHSTATEC021380

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9434-7agn
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1686
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katherine Slawinski

---

## General Comment

I want you to know I oppose this rule change, which would allow the U.S. Commerce Department to regulate firearms exports, taking it away from the U.S. State Department. This opens the way for promotion of licensing semiautomatic assault weapons and other powerful firearms, rather than their regulation. This must not happen!

WASHSTATEC021381

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-z1p6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1687
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Marian  Gamble

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of non-military firearms exports from the State Department to the Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-pkw6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1688
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Stromberg

---

## General Comment

Moving regulations on firearms from the State Dept. to the Commerce Dept. would increase violence around the world. It would be too easy for large quantities of weapons to be exported to dictatorships, terrorists, and organized crime.

Keep the current regulations in the State Dept.

WASHSTATEC021383

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-mbyp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1689
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Ann  Rogers

## General Comment

Quit selling. military weapons all over the world . We will never have peace that way.
I feel sorry for those who think this is the only way to earn money. It is blood money !

WASHSTATEC021384

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-3c4l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1690
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Annette  Shaughnessy

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

In addition, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change must not be implemented.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-wykt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1691
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Scott Sinclair

---

## General Comment

Keep control over gun sales to foreign nations. Gangs would have even more power if they can buy weapons more freely.

WASHSTATEC021386

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-icqv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1692
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Thomas  Perez

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021387

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-e0a8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1693
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eleanor  Sylvestro

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less! I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021388

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-l50w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1694
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Henriet  Nadler cohen

---

## General Comment

To Whom It May Concern,
I am a mother, a clinical Social Worker who is ardently concerned about the importance of gun control as a way to maintain a civilized society and protect human life from the use of guns to harm others.
Currently, I am wriing in opposition to moving export license oversight for firearms from the Department of State to the Department of Commerce because this rule change treats semiautomatic assault rifles as non-military." This is despite the fact that U.S troops routinely use their military rifles in semiautomatic mode, these weapons are used by state and non-state groups in armed conflicts and the civilian possession of such weapons is profhibited in many countries. The proposed rule also" eliminates Congressional oversight for important gun export deal transfers the cost of processing licenses from gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S and exports abroad by removing the block on 3 D printing of firearms.
This proposal reduces transparency and reporting on gun exports and transfers gun export licensing from an agency with a mission to promote stability, conflict reduction and human rights, to an agency with a mission to promote trade and lacks the resources to adequately enforce export controls.
Keep The U.S State Department in charge and control of export license oversight for firearms.
Thank you.
Henriet Nadler-Cohen

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-f1ja
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1695
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gail Fleischaker

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It is a naked attempt to allow greater export, hence greater production -- all for the interests of U.S. arms manufacturers.

WASHSTATEC021390

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-pro4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1696
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-s9o3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1697
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** MIKE  SHUNNEY

---

## General Comment

Weapons manufacturers want to sell guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Right now, firearms exports are classified as "military." This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]

It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]

It would remove the State Department's block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

[1] "Trump move would make it easier for U.S. gun manufacturers to export firearms," The Washington Times, May 14, 2018.

[2] "Trump wants to make foreign arms sales easier," The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] "American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall," The Trace, May 25, 2017.

[5] "The Trump administration proposes making gun exports easier. Here's how to submit your public comment on this dangerous proposal," Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-56yo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1698
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah  Doane

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The State Department will protect us against terrorism. Otherwise through commerce, we could enable ant-Americanist to arm itself and attack us.

Don't do it!

WASHSTATEC021394

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-r53p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1699
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I am opposed to transferring the power of arms sales from the state department to the commerce department . We need fewer guns in this world Guns dont solve problems. People do. The NRA is only interested in making money on the sale of arms and not the lives of people they destroy.

WASHSTATEC021395

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-ovdr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1700
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** A.M. Hess

---

## General Comment

I oppose changing the rules to change regulations of firearms exports from the U.S. State Department to
the U.S. Commerce Department. U.S. weapons already flood the globe, fueling deadly conflicts
worldwide, and I do not want Commerce pushing weapons as a business interest. The State Department's
job is protecting our country, and they need to oversee firearms exports in order to do so.

Keep firearms exports under the purview of the U.S. State Department. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-dgcw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1701
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann  Thryft

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With this rule change, Congress would no longer be able to block sales of large batches of firearms to foreign countries, because it would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. The Commerce Department does not have the resources to adequately enforce export controls and its Bureau of Industry and Security does not have staff everywhere.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-bmsa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1702
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Schwartz

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-uvrd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1703
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Cassinelli

---

## General Comment

As this nation currently has weapons enough for every man, woman and child extant , where is there a need for more of the same? The United States does not need foreign made weapons to become part of that current arsenal of arms in the nation.

WASHSTATEC021399

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-8f2r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1704
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I am appalled at this idea and would like to see stricter gun laws not easier access through the absurd channel of the Commerce Department.

WASHSTATEC021400

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-6ca4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1705
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cheryl  McDowell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021401

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9434-k5z3
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1706
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kenneth  DeBey

---

## General Comment

To whom it my concern:
The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021402

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-bb9l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1707
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jane Holt

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
Please don't switch the regulations from the US State Department to the Department of Commerce.

thank you

WASHSTATEC021403

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-f3x0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1708
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Alexander  Kofsky

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021404

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-dxun
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1709
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lynn Johnson
**Organization:** concerned citizen

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

I strongly oppose this proposed rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-bam2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1710
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Resciniti

---

## General Comment

I am opposed to switching the regulation of firearms exports from the State Department to the Commerce Department because it would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and it would further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-dgv7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1711
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Francina  Golden

---

## General Comment

I am totally opposed to switching control of firearms exports to the Commerce Dept. This will pose a threat to our national security at a time where there is great unrest in the world.

WASHSTATEC021407

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-cet4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1712
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Robert  Handelsman

## General Comment

Keep arms export licenses in the State Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-z1d5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1713
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Wallin
**Organization:** Wallin Mental Medical

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021409

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-dfd1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1714
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dave Batten

---

## General Comment

It would be a colossal mistake to treat firearms, particularly semi-automatic weapons, as commodity for export. Providing lethal weapons abroad requires thoughtful review and followup that should remain with the State Department. Let's not export violence to the world in the name of making a buck for weapons manufacturers.

WASHSTATEC021410

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-mmf8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1715
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** jennifer valentine

---

## General Comment

I oppose the rule change
the rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021411

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9434-wxwx
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1716
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Geneva  Metzger

---

## General Comment

Please do not switch the oversight of the sale of hand weapons from the Dept. of State to the Dept. of Commerce. Our nation has the highest number of deaths committed by regular citizens with personal guns than anyplace else in the world. We should not want this happening anyplace else in the world since we already know that our country has not wanted to or has not been able to deter the number of deaths in this country via personal guns. We should not do anything that would make this a problem or a worse problem anyplace else in the world. The Dept. of Commerce can be pressured by large businesses and might let that pressure by gun manufacturers to influence them to relax rules. We have more than enough deaths every year than we should because of guns. We should not export that problem anyplace. God only can help us if we export this problem to the rest of the world.

WASHSTATEC021412

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-yvg5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1717
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Annabelle  Van Dyke

---

## General Comment

I strongly oppose the proposed rule change that would switch regulation of firearms exports from the
U.S. State Department to the U.S. Commerce Department. Some countries that should not have access to
large shipments of firearms would benefit from this change.

WASHSTATEC021413

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-qfo4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1718
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** K.V. Schwartz

---

## General Comment

I oppose moving international traffic in arms regulations from the State Department to the Commerce Department because the Blue Lantern program of the State Department is highly effective at preventing sale of firearms to countries with human rights violations.
State Department also blocks exportation of firearms to countries and organized crime groups that pose a security threat to the US. The Department of Commerce lacks experienced professionals capable of determining which potential recipient countries pose a security threat to the US.
We must aim for world peace, not maximizing gun exports to enrich US arms manufacturers.

WASHSTATEC021414

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-iwg0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1719
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eve  Gregg

---

## General Comment

Why does the government allow itself to be bullied by the NRA?!?! Regulating arms sales is the job of the State department. Gun manufacturers already profit enough from guns terrorizing U.S. citizens--don't open new floodgates for arms sales internationally and further jeopardize our national security.

WASHSTATEC021415

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-c2nj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1720
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lynda  Schneekloth

---

## General Comment

I STRONGLY oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
1. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
2. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-2pak
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1721
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** victoria  wade

---

## General Comment

I am writing today to voice my sincere opposition to this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
This move would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would REMOVE this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. This is unacceptable.
Thank you for your time and consideration of my comment.

WASHSTATEC021417

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-9l2f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1722
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Andrew  Michaelson

---

## General Comment

I oppose the rule change that loosens the Blue Lantern program my decade of experience in police work made it very clear to me that wider availability of guns directly leads to more deaths.

WASHSTATEC021418

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-5saf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1723
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth Milliken

---

## General Comment

I write to let you know that I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021419

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-u0pc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1724
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** BrendaLee Lennick

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

HERES THE LOW DOWN: Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021420

Submit comments now to the State Department and the Commerce Department opposing the rule change.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place. #VeteransForPeace #MomsDemandAction

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-vtgr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1725
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kevin  Berrill

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-yye3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1726
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  Tischhauser

---

## General Comment

I am strongly opposed to moving the administration of export licenses for weapons to the commerce Dept. whose emphasis would be on approving sales rather than concern for American safety.
There are too many weapons loose in the world now without opening the floodgates for more.

WASHSTATEC021423

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-pgc0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1727
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Wendy  James

---

## General Comment

I strongly oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Please keep firearms exports classified as military because they are! And keep it under the regulation of the State Department, so that Congress can block sales of large batches of firearms to foreign countries in the name of national security or human rights concerns.

WASHSTATEC021424

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-g09g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1728
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Caitlin Johnston

## General Comment

I am against any changes to international regulations governing the sale/export/import of firearms.

WASHSTATEC021425

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-z4kk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1729
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Stephen Rosenblum

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.It would remove licensing requirements for brokers, increasing the risk of trafficking.It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

WASHSTATEC021426

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-3iay
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1730
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** John  Thomson

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021427

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-83tc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1731
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Virginia  Keith

---

## General Comment

My name is Virginia L Keith, I live at 4531 14th Ave S, in Minneapolis,Minnesota 55407
I am opposed to the rule change that would make it easier to sell guns around the world without adequate
oversight. Also 3 D printing of guns rule should NOT be changed. We are a wash in guns I know the
GOP thinks we need more guns but that is just wrong. We need to keep the oversights we now have and
not to change them for a quick buck.

WASHSTATEC021428

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-qtxd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1732
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Jane  Engh

---

## General Comment

I strongly oppose changing the control of arms exports from the State Department to the Commerce Department. This would deprive Congress and the State Department of the ability to prevent U.S. gun manufacturers from arming dictators, rebels, civil wars, criminals, and enemy regimes around the world, all in the name of profit.

WASHSTATEC021429

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-cdp2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1733
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Esther  Diamondstone

---

## General Comment

I oppose moving the regulations of firearms exports from the State Department to the Commerce Department. Haven't we already had enough of Americans being killed abroad by American weaponry in someone else's hands?

WASHSTATEC021430

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9434-b8i6 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1734
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sue Remaley

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-5und
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1735
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sr. Margaret Ann  Arnold

---

## General Comment

I oppose the rule change that would switch regulations of firearms from the US State department to the US Commerce Dept.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-3r2t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1736
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret  Colvin

---

## General Comment

I oppose change that would switch the regulations of firearms export from the U.S. State Department
to the U.S. Commerce Department.

The rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license
and post-shipment inspections and publicly reports on them.

2.It would remove licensing requirements for brokers, increasing the risk of trafficking.

3.It would remove the State Departments block on the 3D printing of firearms. When Defense
Distributed founder,
Cody Wilson, posted online instructions for how to 3D print weapons, the State Department successfully
charged him with
violating arms export laws. They were able to do this because his open-source posting made it possible
for anyone with
access to a 3D printer, to produce a lethal weapon. The rule switch would remove this block, effectively
enabling 3D printing
of firearms in the U.S. and around the globe.

For these reasons, I believe this is an irresponsible rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-u7fi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1737
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021434

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-mkeo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1738
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joann  Hagen

---

## General Comment

I am very opposed to a change to the Dept of Commerce because of the lack of oversight which makes it easier to traffic gun and allow 3D printing of weapons. Our government will lose control of sales. De we really want to be the arms seller to the whole world ? Don't fall for this NRA push. Guns do not make us safer...here at home or in the world.

WASHSTATEC021435

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-u7of
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1739
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9434-97in
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1740
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ken O'Connell

---

## General Comment

To whom it may concern,

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

So please keep gun sales the way are, under the State Department.

A concerned Navy Combat Veteran!

Sincerely,
Ken O'Connell

WASHSTATEC021437

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-pxvf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1741
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Don  Hnatowich

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-huf7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1742
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Adam  Mills

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. You can also

WASHSTATEC021439

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-lqhj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1743
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Susan  Richardson

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021440

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-b8ff
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1744
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Louis Russ

---

## General Comment

My son Hanif Russ was shoot & killed in April 2016 as result of the excessive easy access of guns in .
B'ham police know the killer but have yet to arrest him
They probably feel that since he was not from a prominent B'ham family is life does not matter to them.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-38n0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1745
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** margaret  medford

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

As a voting citizen, I ask you NOT to change the rules!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-wn6e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1746
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Joel  Trupin

## General Comment

I oppose any rule change that would make it easier to sell guns, including putting regulation over such transactions into the Commerce Department. Guns are a major problem in this country, as well as in other countries where our arms industries do business.

WASHSTATEC021443

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-ordp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1747
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anita Knipping

---

## General Comment

I vote no against this. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking, and it would remove the State Departments block on the 3D printing of firearms.

When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Please reconsider your stance. It's dangerous enough here as it is.

WASHSTATEC021444

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-qjok
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1748
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jeannette Stokols

---

## General Comment

I strongly oppose any change in regulation of firearms from the State Department to the Commerce Department. There are so many countries and non-state actors that would take advantage of any laxity in this regulation and this could create more violence, chaos, repression in countries around the world. There is already enough violence in the world without making it even easier to enact it.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

All of the effects below would be highly detrimental to safety around the world and ultimately, hurtful as well for U.S. citizens:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021445

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-72c3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1749
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Raven  Deerwater

---

## General Comment

On this Independence day, please do not shift the exporting of military grade firearms to the Commerce Department -- all it will do is fuel terrorism and make the world less safe. Do not trifle with US Security so gun manufacturers can get more sales.

WASHSTATEC021446

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-nd0g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1750
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Catherine Mendoza
**Organization:** retired

---

## General Comment

I strongly object to and resist the suggested change of control of worldwide automatic weapons sales out of the State Department and into the Department of Commerce. This change would encourage the arming of the world - without the reviews necessary to protect this nation! This is a bald move to increase the sales of weapons manufacturers and the NRA. This must not happen!

WASHSTATEC021447

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-j8kd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1751
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katherine  White-Fletcher

---

## General Comment

Please do not allow exportation of our deplorable gun policies to other countries thru passage of this bill!! No one, no other society need do the research on the ultra violent effects of increased access and decreased oversight of firearms proliferation! We are living - and dying proof - that this is a bad idea and not at all what the founding fathers had in mind!

WASHSTATEC021448

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-au1v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1752
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Holly Dhynes

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021449

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9434-cn4o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1753
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jill  allbritton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.
Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

WASHSTATEC021450

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-n7ro
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1754
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Vanna  Cleary

---

## General Comment

I am totally against changing the supervision of gun and munition sales to international buyers from the State Department to the Commerce Department. The sale of these weapons of war should not be governed by people only interested in the fostering of commerce. These are not typical exports. These exports kill people. Their governance should be with the department that is more concerned with maintaining peace, rather than with the department that is concerned primarily with fostering profit.

WASHSTATEC021451

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-xf9n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1755
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Annie McCuen

---

## General Comment

Oh my goodness.... who would want proliferation of guns, arms of any kind.... greedy, fearful, mean spirited people! Look what happens in our poor country, look what happens where guns are funnelled in around the world... chaos, mayhem, abuse, hunger, decimation of ethnic groups... the culture of guns prays on masses who feel inferior, cheated, fearful, the sick in mind who have no other means but vengeful behavior. How terribly sad for such a small planet!

WASHSTATEC021452

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-x7yp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1756
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David  Besser

---

## General Comment

You can write in something like: I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Turning firearm sales into a commodity is not the way to address gun violence; it would just be another score for the NRA and the gun industry.

WASHSTATEC021453

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-3tzp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1757
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gertrude Crowley

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Another terrible idea put forward by this administration to promote more war and terrorism around the world. Do not try and pull the wool over Americans' eyes, this move jeopardizes our safety and futures further.

WASHSTATEC021454

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-siyw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1758
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephen  Dutschke

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the
U.S. Commerce Department .
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce
Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes
countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-moxy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1759
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eleanor  Rizzo

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021456

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-u2ay
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1760
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  Najemy

---

## General Comment

Flooding the world with assault weapons will bring mayhem to the rest of the world, as it has to our own country. Such weapons could easily find their way to terrorists. This should be stopped.

WASHSTATEC021457

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9435-1zu5
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1761
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tlaloc  Tokuda

---

## General Comment

The proposed rule changes that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department is a NO BRAINER! This rule change must have been dreamed up by the NRA and gun manufacturers! What does the Commerce Dept. try to do? SELL MORE! Who are the people who normally get guns, war lords, gangsters, military juntas, etc.?!! Trump and his Republicans cronies are always talking about the national security but these rule changes would put more lethal weapons into the wrong hands and make us less safe.

I was thinking how can anyone come up with such a crazy idea, then realize how strong the NRA and its lobbyist are. This rule change will make the world a totally UNSAFE PLACE. This rule change should NOT be entertained or applied!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-9eeg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1762
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

No, this change in arms regulations must not be approved. For gunsmiths to have to fill out a little paperwork and pay fees is merely inconvenient and a small price to pay to keep military style weapons out of the hands of terrorists and crazies who like to shoot up schools and public places. We need MORE regulation, not less.

WASHSTATEC021459

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9435-h3k9 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1763
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Loewenstein

---

## General Comment

1. Do not eliminate the Blue Lantern Program.
2. Do not eliminate licensing for Brokers
3, Do not remove black on 3d printing of Firearms

Firearms are dangerous. Most people know how to use them, what they don't know is WHEN to use them, IF EVER.

WASHSTATEC021460

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-emyo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1764
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Paul  Eusey

---

## General Comment

I vehemently oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. What type of moronic stupid and evil is behind this proposed change is ghastly abhorrent and as a proud American, its just unthinkable. You have my permission and encouragement to publicly bitch slap the moron(s) behind this bonehead stupid proposal. This is wrong, its immoral, its stupid personified, its evil, its unpatriotic, and I hope everyone has the common sense and decency to toss this back into the shit can of stupidity from whence it came. Thank You!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-frw3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1765
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Don  Hunter

---

## General Comment

I believe the U.S. should strictly regulate the sale of firearms to other countries. The State Department is more appropriate than Commerce to oversee the sales. Further, the U.S. government should not encourage sales of firearms to other countries. The gun industry has shown that it will go to extreme lengths to promote firearm sales, without consideration for the societal impacts of doing so.

WASHSTATEC021462

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-wqce
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1766
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** PJ Stewart

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We must protect society in general, but especially our children and grandchildren in schools, parks, and everywhere.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would also eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the world.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021463

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-1kc4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1767
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** dixie  fletcher

---

## General Comment

I oppose the transfer of this important role of monitoring the sale of guns and assault weapons from the State Dept to the Commerce dept. As we have learned in the past, selling guns to other countries can come back to bite us in the ass when those same weapons are used against us later!! Any sales of firearms should be carefully monitored and the commerce dept does not have the staff to manage this. Please leave this important task in the hands of those who care about human rights and issues of the abuse of power. sincerely,
Dixie fletcher

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-mhy5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1768
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** frances  hugg

---

## General Comment

The United States already holds the world's record for mass shootings among a civilian population not
engaged in a war or civil conflict! Now by this horrendous change from the State Department to the
Commerce Department, you want to endanger us to mass shootings abroad as well! You want the NRA
to spread its mayhem of death throughout the world! This is unconscionable! and unacceptable! SHAME
ON THE TRUMP ADMINISTRATION AND ITS RECKLESS DISREGARD FOR HUMAN LIFE IN
THE NAME OF GREEDY PROFIT FOR THE GUN MANUFACTURERS!

WASHSTATEC021465

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-wepe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1769
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I would appreciate the US Department of State reconsider the implications of International Traffic in Arms Regulations. The US doesn't need everyone having access to weapons to use against us. Like they say, if someone wants a weapon, they will find it one way or another, which usually means someone is going to get hurt. There is enough hurt in this world to last a lifetime or two. Please investigate the awful ramifications of this change. Thank you for your consideration in this matter.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9435-2ipl
Comments Due: July 09, 2018

Docket: DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

Comment On: DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

Document: DOS-2017-0046-1770
Comment on DOS-2017-0046-0001

---

## Submitter Information

Name: Robert  Kuning

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. The NRA is supporting and pushing this legislation to enable gun manufacturers to reap more profits at the cost of more innocent lives.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-q1eu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1771
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021468

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-dy9c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1772
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janet  Muir

---

## General Comment

I oppose this rule change that would switch the regulation of firearms export from the U.S. State Department to the U.S. Commerce Department. If this change is made, Congress would no longer be informed of large arms sales or be able to block them. Military-style weapons, such as semiautomatic assault weapons and other powerful firearms, could be exported to dangerous foreign countries, threatening our national security. Furthermore, the Commerce Department does not have the resources to adequately enforce export controls, so firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

This change would also eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. And it would remove the State Departments block on the 3D printing of firearms, allowing anyone to make unlimited numbers of weapons.

This administration has claimed that our national security is risked by immigrants at our borders, but this change -- initiated only for motives of profit -- would have the effect of increasing civil wars and gang violence in foreign countries that would bring more people seeking asylum to our borders. Our non-stop wars on terrorism would be made more difficult and costly if our enemies can purchase military-style weapons with impunity.

For all these reasons, this change of regulatory control would be serving the arms makers, but hurting the country as a whole. I oppose it and I hope you will too.

WASHSTATEC021469

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-ber5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1773
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Leslie Herman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

This rule change would make the world a far more dangerous place:

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[1]
- It would remove licensing requirements for brokers, increasing the risk of trafficking.[2]
- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[3]

[1] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[2] Ibid., Violence Policy Center.

[3] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-wemu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1774
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** James and Leslee  McPherson

## General Comment

I oppose changing oversight of gun sales from the State Department (national security) to the Commerce
Department (boosting American sales abroad). The USA should not become an international death
merchant.

WASHSTATEC021471

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-4ku8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1775
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kelly  Mcconnell
**Organization:** 2EZ Computers

---

## General Comment

STOP arming the world. The US is THE largest terrorist organization in the world today. The US is THE largest supplier of weapons to EVERY COUNTRY IN THE WORLD. The US is THE largest instigator and enabler of violence and conflict in the world.

I am ashamed to say that I'm an American and when I travel outside the US I'm afraid to admit I'm an American because we have ensured that most of the world hates us by fostering violence and repression and protecting the biggest polluters and resource thieves from local accountability everywhere we, as a country, go.

WE are the worldwide threat to democracy that we accuse others of being and that needs to STOP.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9435-jccm
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1776
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathryn  Johanessen

---

## General Comment

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-3j9o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1777
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** JORDAN  ROSS

---

## General Comment

Please do not transfer power over gun sales from the State Dept. to the Dept. of Commerce. This will only encourage more gun sales and violence in this country.

WASHSTATEC021474

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-z724
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1778
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose shifting the regulation of firearms from the U.S. State Department to the U.S. Commerce Department. Such a move would open the sale of massive amounts of weapons to international use. This would be a security threat to both the U.S. and the world. Terrorists could then buy these weapons. Is this what we want?

WASHSTATEC021475

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-5w7e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1779
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marianne  Ludwig

---

## General Comment

I am appalled about the proposed rule change giving the department of commerce the right to expedite the overseas sale of automatic weapons. We have so many problems with guns in our country and now we seek to export those problems abroad? This is madness!
The State Department is the proper department to determine the need, if any, of these licenses. Lets clean up our own mess before we start destroying someone elses Homeland.

WASHSTATEC021476

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-twy5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1780
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Angie  Kung

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021477

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9435-ta2x
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1781
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Sandra  Rohde

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
I want to keep our country safe & the world safe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-yz3h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1782
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Jo  Niemann

## General Comment

The sale of firearms requires more control, not less, because they kill people around the world every day in acts of terror, political violence, gang warfare, and domestic violence.

WASHSTATEC021479

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-iy9q
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1783
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Scott  Karstetter

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-9gap
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1784
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

With this rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021481

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-2mxu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1785
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Pamela  Calhoun

## General Comment

I oppose any rule change that would switch the regulation of firearms exports from the State Department
to the Commerce
Department, which would facilitate firearms exports to oppressive regimes, remove safeguards that help
keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes
countries and causes mass migration.[4]

WASHSTATEC021482

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-kq01
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1786
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marilyn Guterman

---

## General Comment

The idea of moving the regulation of firearms exports from the state department to the commerce department is truly a bad idea. To cite just a few reasons it would make it easier for dictatorial regimes, organized crime and terrorists to obtain guns in large quantities. It would remove the state department block on the 3D printing of firearms which would make things even worse. It would allow for the destabilization of countries with massive unrest and countless deaths. Please, in the name of peace and sanity do not allow this to happen.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-mief
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1787
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Melanie  Lipton

---

## General Comment

I oppose this rules change to switch the regulation of fire arms export from the US state department to the US commerce department
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021484

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-68c2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1788
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joanna Kapner

---

## General Comment

I strongly support keeping the regulation of firearms sales under the jurisdiction of the State Department. Do not transfer control to the Commerce Department

WASHSTATEC021485

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-9mo7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1789
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Bannister

---

## General Comment

I OPPOSE removing firearm exports from DOS and putting them under Commerce Dept. This change
would be extremely bad for national security, for the U.S., and for the international community.
Removing arms exports from DOS will make it much easier for arms traffickers, organized crime,
terrorist organizations, and rogue states to obtain large quantities of American guns and ammunition.
There is no American interest that is served by such a move, as the beneficiaries would seem to be
limited to criminals, arms manufacturers, and the NRA.
Removing arms exports from DOS control and oversight would eliminate the Blue Latern program of
inspections and reporting;
eliminate broker licensing requirements, which will increase trafficking; eliminate the DOS block on
open source instructions for 3D firearm printing; eliminate the ability of Congress to block, in the name
of national security, large batch firearm sales to foreign nations; and significantly reduce our ability to
enforce firearms exports by putting it in an agency that does not have the ability, experience, or
worldwide staff and resources to adequately perform this critical function.
Please, in the immediate and long-term interest of the national security of our country, do NOT move the
regulation of firearm exports from DOS to Commerce.

WASHSTATEC021486

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-r3da
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1790
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kristina  Cliff-Evans

---

## General Comment

This is a horrendous plan and must not happen. Do not agree to this NRA plan to increase the revenues of ggun manufacturers.

WASHSTATEC021487

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-tjpb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1791
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Margy  Patchin

## General Comment

This change would set a dangerous precedent.

WASHSTATEC021488

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-vy1a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1792
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** KAREN  COULSON

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021489

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-ybsp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1793
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anna  Yen

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021490

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-syor
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1794
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Elizabethann Border

## General Comment

I am SICK of the NRA running our country. It is time for change and you either get on the rising tide or lose your seat!!

WASHSTATEC021491

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-us7l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1795
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** CAROL  MARSH

---

## General Comment

The proposed rule change that would move the handling of export licenses of semiautomatic assault
weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department
is a horrific idea. Assault weapons have no purpose except to kill human beings, and if the United States
starts selling guns around the world to anyone who has the money, the only possible effect would be a
massive increase in violent death everywhere.

WASHSTATEC021492

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-j5ig
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1796
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Philip  Freidenreich

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms exports should continue to be classified as military so that Congress can block sales of large batches of firearms to foreign countries, if it sees fit. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-go0t
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1797
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kate Guideau

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-hutb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1798
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Deborah  Dalrymple

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021495

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-vljx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1799
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Teresa  Allen

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The regulation of firearms should not be about the making of money but the protection of the populace!

WASHSTATEC021496

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-x32c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1800
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John R  Thayer

---

## General Comment

Do not transfer your authority over this to the Commerce Department. You are responsible foe keeping us safe. That is NOT the responsibility of the Commerce Department.

WASHSTATEC021497

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-c64m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1801
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephen  Mudrick

---

## General Comment

The proposed rule change is dangerous.

1.It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2.It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3.It would remove the State Departments block on the 3D printing of firearms. When Defense
Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State
Department successfully charged him with violating arms export laws, since his open-source posting
made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule
switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the
globe.[7]

I am opposed. Thank you

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-crf9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1802
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous from NH  Anonymous from NH

---

## General Comment

Dear Regulatory Assistant:

This letter is in opposition to letting the NRA populate the WORLD with arms, especially military arms. The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They (the NRA) are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.]

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. In a corresponding article, Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018, rhis spells disaster because Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. We've already seen what massive damage the AR-15 does in America, especially killing innocent people in schools. WE DON'T NEED THE NRA AND THE UNITED STATES DELIVERING MILITARY OR OTHER GUNS AND AMMUNITION BEING SOLD TO THOSE WHO CAN HARM AND KILL INNOCENT PEOPLE FOR GREEDY PURPOSES.

Thank you for listening!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-kzye
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1803
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** D  Jessop

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The purchase of guns should be a much more rigorous process with regular (i.e. yearly) mental evaluation and many other requirements. It's ridiculous that any person - sane or otherwise - can purchase a gun in our country.

WASHSTATEC021500

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-j4qu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1804
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steven  Solomon

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition if the switch is allowed.

WASHSTATEC021501

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-9zfb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1805
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mark  Williams

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export -- including semiautomatic assault weapons and other powerful firearms -- from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open the floodgates for arms sales internationally, which will seriously undermine our national security when they flow back through our borders illegally and without background checks. The interests of the members of the gun lobby should never be more important than the safety of the American homeland.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-6p03
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1806
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** William  Schultz

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021503

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-f8o8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1807
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Curtis  Coulson

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.
We do not need the invisible hand of the market increasing the number of guns in the world. And to
allow 3D printing of weapons is asking for more mayhem in public spaces.
All for a few dollars.
This is like promoting smoking or recreational opiod use. Future generations will look back and marvel
at our stupidity.

WASHSTATEC021504

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-6iyl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1808
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Juliette Blount

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. This is ridiculous and we need to stop pretending that our government is powerless to improve this situation. We know better. It is time to do better!

WASHSTATEC021505

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-9p5z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1809
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Thomas  Holley

---

## General Comment

I oppose the rule change shifting overbite for weapon sales to the commerce department.

WASHSTATEC021506

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-w4wq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1810
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sherry  Abts

---

## General Comment

To Whom It May Concern,
Firearms regulations should REMAIN within the jurisdiction of US STATE DEPT not Commerce Dept. For better SAFETY of all Americans please keep Firearm regulations under control of US STATE DEPT.

WASHSTATEC021507

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-d644
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1811
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Mutch

---

## General Comment

I think your money would be much better spent for the common good by investigating why guns in the hands of civilians are necessary.
Except for hunters, civilians should not need arms if there availability is closely monitored.

WASHSTATEC021508

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-4r32
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1812
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Andrew  Tomasik

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people
every day around the world in acts of organized crime, political violence, terrorism, and human rights
violations. They should be subject to more controls, not less!

WASHSTATEC021509

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-1csk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1813
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Lindsay Mugglestone

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021510

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-vn0l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1814
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Victoria  Silver

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. The State Department can better control the global flow
of firearms from the US than Commerce, which does not have the personnel or the bureaucracy to do an
effective job. This is simply a sop to the firearm industry promoted by the NRA. Do not change the status
quo.

WASHSTATEC021511

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-6gkg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1815
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Julie Shannon

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021512

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-3cyj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1816
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marsha McCroden

---

## General Comment

The rule belongs at the State Department. It is a national security issue. Without it we have no way of telling who is buying, transferring large amounts of arms from the US and to whom we are selling to. I thought this was addressed in the 1980s, when Reagan was selling arms to Khomeini and the proceeds were used to fund the Nicaraguan Contras.

The NRA has put so many roadblocks in the way, we can't even control who has how many guns, if they should have access to them or not, who is buying them online or at gun shows and if they are on terrorist watch lists.

WASHSTATEC021513

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-wd3x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1817
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alaina Hebert

---

## General Comment

Guns are the number 1 cause of death in America. This must stop.

WASHSTATEC021514

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9435-kvo9
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1818
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Roberta  Martin

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-jbpn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1819
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Steven  Wright

---

## General Comment

I oppose this rule change that would switch the regulation of firearms exports from the U.S. State Department to the U.S. Commerce Department. This matter is a national security issue and should be subject to regulation and oversight by the State Department and Congress. This responsibility should not be transferred to the U.S. Commerce Department, which has an obvious motivation to increase firearm exports without proper regard for our national security. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-lghp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1820
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Debbie  Royalty

---

## General Comment

Dear sirs/Madams,

It has been brought to my attention that the NRA and gun manufacturers are lobbying for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other firearms from the U.S. State Department to the U.S. Commerce Department. I strongly disagree with this rule change. This would allow for the focusing of arms sales on economics not on safeguarding persons and country. This transfer of authority would have serious negative implications for our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-v865
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1821
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Olivia  Diaz

---

## General Comment

This move to the Dept of Commerce is totally inappropriate. I vehemently oppose the move.

By promoting sales throughout the world, our security, as well as the security of the world's population is put in further peril.

Keep the regulations on export licenses of automatic weapons under the purview of the State Department.

WASHSTATEC021518

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-4y0m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1822
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Betsy  Hand

## General Comment

I oppose this rule change that would switch the regulations of firearms exports from the U.S. State Department to the U.S. Commerce Department. The State Department is the appropriate agency to regulate firearms (weapons) sales. The Department of Commerce is more aligned with promoting businesses, whether firearms or couches.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-tsj0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1823
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maria  Aragon

---

## General Comment

Guns are a nuisance and a danger in our society. It even says in the Constitution that they should be 'well-regulated' and yet here we: guns for everyone and their Aunt Tillie. This is nuts. Regulate these enablers of harm, these vehicles of hate. The members of the NRA may be buried up to their ears in guns and bullets, but they are vastly out-numbered by all of us other citizens who don't feel the need to carry a gun when we go for our coffee - because we're adults who don't need security blankets to carry on our daily affairs.

WASHSTATEC021520

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9435-p9xo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1824
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Johnson

---

## General Comment

I strongly object to the transfer of control of weapons sales out of the department of state. The department of commerce has no experience with this and the transfer would lead to more weapons in the hands of criminals.

WASHSTATEC021521

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9435-655r
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1825
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Catherine Melina

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, and terrorism, and human rights violations. They should be subject to more not less regulation. Please leave the authority to oversee international arms sales with the State Department. It will help make our country and our world a safer place.

I know the devastation that firearms cause. As the designer of the Massachusetts Memorial to Homicide Victims, The Garden of Peace, I have listened to the stories of heartbreak experienced by parents who have lost children to gun violence. Don't expose the rest of the world to the horror of mass shootings; school shootings and church shootings, concert shootings, and nightclub shootings and all the other daily violence that we experience in this country! Please.

WASHSTATEC021522

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9436-bopc
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1826
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stacie Slay

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Please halt this clear attempt to profit on the World's instability and atrocities.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-780x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1827
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Luke  Ouradnik
**Organization:** Midco

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Here are more details on how the rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021524

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-8o5v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1828
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Valerie Rounds-Atkinson

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021525

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-b4a2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1829
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jack  Milton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021526

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-hdiw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1830
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

Please keep the export licenses for assault weapons and other firearms with the U.S. Dept. of State - Dept. of Commerce should not be in the gun business.

WASHSTATEC021527

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9436-7bkb
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1831
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Krista  Florin

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-39ks
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1832
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Penelope Sweeting

---

## General Comment

Giving the Commerce Dept control of war weapons is not a good thing for America. Trump will not be around forever, causing an imbalance in small nation's powers is not going to help us. It will cause our actual immigration service (not ice] to be unable to keep terrorists out.

WASHSTATEC021529

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-bzhs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1833
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol  Abbott

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This should require diplomatic supervision. It should be more than just a business decision.

WASHSTATEC021530

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-dexq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1834
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barb  Travis

---

## General Comment

I adamantly oppose changing the rule that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. If this rule is changed, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries ere there are serious human rights concerns, such as the Philippines and Turkey. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep illegal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021531

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-rwhf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1835
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** judith cohen

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S Commerce Department.
Switching this regulation would facilitate firearms exports tot oppressive regimes, remove safeguards
that help extra-legal agents like organized crime and terrorist organizations from obtaining weapons and
further fuel violence that destabilizes countries and cause mass migration..

WASHSTATEC021532

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-2dpb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1836
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous
**Organization:** Mom'srising.org

---

## General Comment

"I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Safeguarding our nation to putting it up for sale is UnAmerican. This new ruling transfers the authority from the US State Department whose focus is safeguarding our nation to the US Commerce Department whose focus is promoting business. Of course, the NRA and gun manufacturers want this as it will open new floodgates for arms sales internationally with serious implications for our national security. Thus democracy is sabotaged for both our country and we the people--all for the sake of fulfilling corporate and individualistic self interests.
The following are details on how the rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]
Kindly refrain from supporting this ruling as it will not serve the common good nor the values and culture that formed the United States of America.

Respectfully yours,

WASHSTATEC021533

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-6wue
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1837
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Kathleen Eaton

---

# General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the
world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault
weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S.
Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates
for arms sales internationally, with serious implications for our national security

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department,
and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would
no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even
to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau
of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist
organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American
guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal

agents like organized
crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes
mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of
pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody
Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with
violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer,
anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of
firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political
violence, terrorism, and human rights violations. They should be subject to more controls, not less!

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9436-yxzm
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1838
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lisa  Garrett

---

## General Comment

I am opposed to this rule change because I feel it would threaten our national security and ultimately put
more weapons in the hands of terrorists who would use them against us. International sales of large
quantities of firearms should remain under the control of the State Department. Congress should remain
automatically informed about sizable weapons sales that it could stop in the name of national security. It
is important that this Congressional power remain as the Commerce Department does not have the
resources to adequately enforce export controls. Firearms traffickers, organized crime, terrorist
organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large
caches of American guns and ammunition, which could ultimately be used against our own military or
our own civilians. Switching the regulation of firearms exports from the State Department to the
Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that
help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons,
and further fuel violence that destabilizes countries and causes mass migration. Firearms are a dangerous
threat to civilized society. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less.

WASHSTATEC021536

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-mrfh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1839
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marilyn Britton

---

## General Comment

I VERY STRONGLY oppose this rule change that would switch the regulations of firearms export from the
U.S. State Department to the U.S. Commerce Department.

As you know, currently firearms exports are classified as military and therefore are under the regulation of the State
Department, and why Congress can block sales of large batches of firearms to foreign countries. But with the rule change,
Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national
security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

We are having more than enough problems, especially with automatic weapons, and we definitely DO NOT need to spread that
problem around the world. It sounds like a change for NRA GREED wanting to get more sales with no concern for anyone's
welfare.

WASHSTATEC021537

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-1kt8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1840
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Lora Farber

## General Comment

This is dangerous. The 3D printing capability is terrifying. You are giving away the safety of our public spaces to the highest bidder. Lives are not less valuable than profits. Do the moral thing and stop this while you can.

WASHSTATEC021538

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-n54n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1841
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** AMY  ASSAEL

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-2oeu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1842
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gabrielle Meeker

---

## General Comment

Firearm exports must stay in the realm of the State Department and not be transferred to Commerce. The Commerce Department is not equipped to handle these exports which are military in nature. The State Department already has what it needs to control this important activity. Changing it to Commerce is not only a waste of resources but reduces the safety of firearm export

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9436-rnt2
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1843
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Terry Travis

---

## General Comment

I adamantly oppose changing the rule that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. If this rule is changed, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries ere there are serious human rights concerns, such as the Philippines and Turkey. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep illegal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021541

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9436-g72k
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1844
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Saamann

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place because:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre- license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Say no to the NRA.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-js3u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1845
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy Jones

---

## General Comment

Please don't change firearms export regulations. America is already unsafe for the average citizen due to lax firearms regulations. Don't export the dangers of firearms to other countries. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021543

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-ci3v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1846
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bonnie  Gorman

---

## General Comment

gun manufacturers are pushing hard for a rule change that would move the handling of export licenses of
semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on
safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).
This transfer of authority would open new floodgates for arms sales internationally, with serious
implications for our national security.
Please OPPOSE this transfer on grounds of national security.

WASHSTATEC021544

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-3lu4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1847
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  T

---

## General Comment

I strongly oppose switching the regulation of firearms exports from the State Department to the Commerce Department. The Commerce Department is not equipped to do this work and it would a very irresponsible move that would haunt the U.S. down the road.

Removing this responsibility from the State Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Beware of the snake that will end up biting its own tail and eating itself alive.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-62hz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1848
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith  Stone

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

The Commerce Department does not have the resources to adequately enforce export controls. Its Bureau
of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized
crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to
obtaining large caches of American guns and ammunition.

WASHSTATEC021546

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-wvcr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1849
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kent Minault

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
Keep the rules the way they are.

WASHSTATEC021547

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-6l9m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1850
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jean  Driscoll

---

## General Comment

Where gun sales are concerned, the more regulations and overview the better. All over the world, too many people are being killed unnecessarily. Therefore, it is important to keep this under the State Department instead of the Commerce Department.

WASHSTATEC021548

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-2sa2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1851
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Joanne  Tenney

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This rule change would open new floodgates for arm sales internationally with serious implications for our national security.

WASHSTATEC021549

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-vh64
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1852
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheila Siegel

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migrationI I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-5v40
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1853
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I do not think we should be pushing gun sales in other countries. We already have issues with the gun sales happenjng here

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-wsak
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1854
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joseph  Ambat

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department
to the U.S. Commerce Department.

WASHSTATEC021552

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-vsf4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1855
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Suzanne  Byron

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place.

WASHSTATEC021553

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-yjc2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1856
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diana  Dycus

---

## General Comment

I oppose the change, of the Fire Arms Rule from the U.S. Department of State to the U.S. Department of Commerce.

The sale of Fire Arms is a very dangerous and needs to be regulated as such, not like a piece of clothing, toys, or food.

Thank you, Diana Dycus 46304

WASHSTATEC021554

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-5g6h
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1857
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laura  Hanks

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

I strongly oppose this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-4xp6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1858
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katie  Barnett

---

## General Comment

I oppose the proposed rule: International Traffic in Arms Regulations: US Munitions List Categories I, II, and III.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[1]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[2]

It would remove licensing requirements for brokers, increasing the risk of trafficking.[3]

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[4]

[1] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[2] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[3] Ibid., Violence Policy Center.

[4] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

WASHSTATEC021556

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-qlwg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1859
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

In the name of Americas security, how can you consider letting guns become part of the Commerce Department? We should not be in the business of selling guns we should be limiting the purchase of guns. Stand up for Americans and their security not The NRAs business plan, all guns everywhere, all the time.

WASHSTATEC021557

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-viok
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1860
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia Keefe

---

## General Comment

Weapons kill people here and everywhere they are sold around the world. It is time to support nonviolent solutions in areas of conflict and there are organizations ready to do this work (Nonviolent Peaceforce). Violence from weapons causes more violence and much more death and destruction.

WASHSTATEC021558

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9436-tv57
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1861
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jason Magidson

---

## General Comment

I oppose the proposed gun exports rule change for the following reasons:

It treats semi-automatic assault rifles as non-military, despite their use by U.S. troops, their use by state and non-state groups in armed conflicts, and their prohibition for civilian possession in many countries.

It eliminates Congressional oversight for important gun export deals.

It transfers the cost of processing licenses from gun manufacturers to taxpayers.

It removes statutory license requirements for brokers, increasing risk of trafficking.

It reduces or eliminates end-use controls, such as State Depts Blue Lantern program, and by eliminating registration of firearms exporters, a requirement since the 1940s.

It enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.

The Commerce Department does not have the resources to enforce export controls, even now.

It reduces transparency and reporting on gun exports.

It transfers gun export licensing from agency with mission to promote stability, conflict reduction, and human rights, to an agency with mission to promote trade.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

WASHSTATEC021559

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-5hlr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1862
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann  Gillespie

---

## General Comment

I think this is a dangerous route to go. There are already too many arms out there. This is just a way to run around oversight. Please resist the NRA's attempt to increase profits for arms manufacturers at the expense of common sense.

WASHSTATEC021560

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-dv8e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1863
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Spenta Cama

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place:
**It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
**It would remove licensing requirements for brokers, increasing the risk of trafficking.
**It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Please do the needful and right thing and keep this with the State Department.

Thank you for your consideration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-yjir
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1864
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stanley  McDonald, Jr.

---

## General Comment

I strongly oppose any transfer of US Arms Regulations from Dept. of State to Dept. of Commerce.

WASHSTATEC021562

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-kkot
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1865
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Cunningham

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021563

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-ihz2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1866
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Valerie Klauscher

---

## General Comment

I am adamantly opposed to allowing export licenses of semiautomatic assault weapons and other powerful firearms to be overseen by the U.S. Commerce Department rather than the U.S. State Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

I also demand that you vet all comments that are posted on both the DOS and BIS sites for bot traffic. I am an actual citizen of the Commonwealth of Pennsylvania, USA.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-g2pt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1867
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Mountsier

---

## General Comment

I vehemently oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I believe this is counter productive to the American interests and will only bring more instability and violence to other countries. I believe it is critical that the State Department retain the important function of overseeing any types of sales or exports of guns or other military equipment.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-ql1r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1868
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Paula  H

## General Comment

This is truly outrageous. Neither gun manufacturers, nor the president should have this power. What is happening to our country? It feels like we are becoming a dictatorship and a fascist one at that. This certainly looks like the merger of corporation and state, a large part of the definition of fascism. Our country spreading weapons around the world does not help people or the environment. Congress needs to declare wars and needs to decide on weapons sales.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-sny2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1869
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Daniel  Giesy

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

In particular, the interests of the citizens of the United States are better served by the status quo than by the proposed change.

WASHSTATEC021567

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-a0j3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1870
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sandi Hebley
**Organization:** Cathedral of Hope

---

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]
Here are more details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-9436-7jyw |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1871
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Wehrman

---

## General Comment

I oppose this proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

| As of: November 29, 2018 |
| Tracking No. 1k2-9436-v0hk |
| Comments Due: July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1872
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard  Crooker

---

## General Comment

The sale of weapons to other countries (or entities therein) should be in a manner which respects said country's laws. It should
be done in a manner which supports, not aggravates, our foreign policy, and therefore oversight belongs with the State Dept.
To shift this responsibility to the Commerce Dept. is to put business first; it makes the U.S. no better than gun runners.

The last thing we need is to export our problems (e.g., assault weapons for individuals, large magazines) to other countries, and
make it harder to work diplomatically with them.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-faxh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1873
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia Morton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
With this rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.
It would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
This is a very bad policy proposal that will make the US less safe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-odsv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1874
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Andrew Kistler

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This idea is dangerous and irresponsible.

WASHSTATEC021572

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9436-6yt4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1875
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Iltis

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

WASHSTATEC021573

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-r28o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1876
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Phoebe Farag

---

## General Comment

I am against switching the regulation of firearms exports from the State Department to the Commerce Department. A switch like this would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The export of firearms should be done by experts in diplomacy, not experts in business. The United States is already a huge exporter of arms to the world, and changing this rule would make the world even MORE dangerous than it is:

1- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2- It would remove licensing requirements for brokers, increasing the risk of trafficking.

3- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021574

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-2hzb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1877
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Li  Goodman

---

## General Comment

I am opposed to a rule change that would move the regulation of firearms and ammunition to the
Commerce Department. Selling more weapons to foreign nations will endanger our national security.
Remember all the uproar over Fast and Furious?
Remember the arrests over the Iran-Contra Affair?
The world is already a dangerous place without more American weaponry flooding the market.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-dpm8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1878
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Hattie  Gerrish

---

## General Comment

I am opposed to these anti-security rule changes.

WASHSTATEC021576

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-nveg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1879
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joan  Russo

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021577

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-rnn3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1880
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Naifeh

---

## General Comment

Regulation of fire arms needs to have stronger regulations. Assault weapons need to be banned.

WASHSTATEC021578

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-m8vo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1881
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Patricia  Johnson

## General Comment

I am against changing the regulations for the selling of guns to the Commerce Department. The U.S. does not need guns falling into the hands of terrorists all over the world. We have enough problems keeping guns out of peoples hands in our country. How would the Commerce Department ever determine who could buy the guns. Our Countrys safety is more important than increasing gun sales.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9437-tmlu
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1882
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marlene R  Tendler

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Further more, changing this rule would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking and it would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-c1tt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1883
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia Malone

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Help keep our nation safer from groups who would rapidly take advantage of this change to stockpile more arms.

WASHSTATEC021581

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-96o3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1884
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jackie  Weisberg

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration

Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less!

WASHSTATEC021582

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-xnkn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1885
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Bertino  Marro

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

Currently, firearms exports are classified as military and are under the regulation of the State
Department, enabling Congress to block sales of large batches of firearms to foreign countries. With the
rule change, Congress would no longer be automatically informed about sizable weapons sales that
should be stopped in the name of national security - even to countries where there are serious human
rights concerns.

Furthermore, the Commerce Department does not have adequatel resources to enforce export controls. Its
Bureau of Industry and Security does not have staff everywhere. Thus firearms traffickers, organized
crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to
obtaining large caches of American guns and ammunition.

WASHSTATEC021583

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-evow
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1886
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Katherine Wood

---

## General Comment

This proposed change of transfer export licenses of semiautomatic assault weapons from US State Department (focused on safeguarding our nation) to the US Commerce Dept. (focused on promoting business & profits) doesn't make any sense. Arms sales internationally has serious implications on national security. I do not trust someone looking to make money to protect my countries security.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Are you crazy! This makes me fear for the safety of the country. Business in charge of national security?

WASHSTATEC021584

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-l5uw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1887
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

WASHSTATEC021585

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-2nzk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1888
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patricia Kelcher

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible
for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would
remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021586

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-yxb4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1889
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Briar Winters

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021587

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-mo6j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1890
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Drew Pelton

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new portals for arms sales internationally, with serious implications for our national security.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-l5hj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1891
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol  Emrick

---

## General Comment

This is a change that is unnecessary and ultimately dangerous. Until we have the safe use of guns in our country and fewer Americans killed or injured seriously then this is an outrageous request.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-4on1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1892
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Chris Chato

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

WASHSTATEC021590

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-j4vv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1893
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cathrine  spencer

---

## General Comment

I wish to oppose the rule change that seeks to switch the regulations of firearms export from the U.S. State Department to the
U.S. Commerce Department.

Firearms exports are classified as military under the regulation of the State Department. Congress can block sales of large
batches of firearms to foreign countries. If the rule were to change, congress would no longer be automatically informed about
large batches of weapons sales that it could stop in the name of national security, even to countries where there are serious
human rights concerns. The transfer of authority would open new floodgates for arms sales internationally,
which can add to mounting serious implications for our national security. Therefore, I strongly advocate for serious
consideration of not changing our current regulations structure so we can bolster the safety of our country and the world.

WASHSTATEC021591

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-j5fj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1894
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Russell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. We can't even keep our own citizens from using firearms on one another. Why on earth would we want to make it easier to arm the world, just for a buck? Please don't let this insanity move forward.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-j5i8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1895
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy  Schneider

---

## General Comment

Do not let the NRA push a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business)

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021593

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-5qly
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1896
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peggie Jo  Vincent

---

## General Comment

I am concerned about a proposed rule change that would move the handling of export licenses of
semiautomatic assault weapons and other powerful firearms from the U. S. State Department (focused on
safeguarding our nation to the U. S. Commerce Department (focused on promoting American Business).
It would remove a program that carries out inspections. It would remove licensing requirements of
brokers, increasing the risk of trafficking. It would remove the State Department's block on the 3D
printing of firearms. These are all actions that would contribute to dangers to our democracy and to grave
dangers to the lives of people around the world.

For these reasons please do not change the State Department rules that now work to keep us safe. For the
protection of our democracy and the protection of our lives, please do not change the current rules for the
exporting of semi automatic assault weapons.

Sincerely,

Peggie Jo Vincent

WASHSTATEC021594

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-jk5o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1897
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elaine  Fisher

---

## General Comment

I oppose this change. Don't make it easier to get guns.

WASHSTATEC021595

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-tv6k
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1898
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth McCloskey

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. The Commerce Department does not have the resources to adequately enforce export controls. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The proposed rule would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. And it would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The world does not need any more weapons and the U.S. does not need this rule change. I strongly oppose this proposed rule to change U.S. international arms regulations.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-pxnw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1899
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jim  Coots

---

## General Comment

I strongly oppose the proposed transfer of authority to regulate international sale of firearms from the State Department to the Commerce Department. This dangerous manouvre will open many doors for terrorists and criminals in other countries all for the sake of profits for domestic gun manufacturers and distributors. Shame, shame, shame on the USA if we move forward on this effort to arm the people of the world. Thankfully, other countries do not have a Second Amendment, and we should help keep it that way.

Thank you.
Jim Coots
Long Beach, CA

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-qn5e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1900
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charmian  Tashjian

---

## General Comment

Do not change the rule of arms regulations. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

WASHSTATEC021598

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-wcra
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1901
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eileen  Soderstrom

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are military goods, they are not commercial goods.

The State Department has the Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. Removing the control of the State Department would end this.

The State Department has enabled a block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

With the proposed rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Changing the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-s2ib
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1902
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Rivko  Knox

## General Comment

I am writing as an almost 80 year old 'never-missed voting in any election' mother and grandmother to let my government know that I oppose the rule transferring oversight of small arms/firearms exports from oversight by the State Department to the Commerce Department. The former focuses on intergovernmental relations to include, for example, the impact of exporting small arms to different parts of the world, e.g., increasing gang violence in several Central American countries with a resulting significant increase in migration from those places to the US. The latter focuses only on how it can help US businesses be more successful. And of even greater concern to me is the fact that this proposed rule eliminates congressional oversight of commercial weapons sales of $1 or more. Why? Who asked for this change? Could it be related to the decreasing domestic sale of guns (we are saturated) and thus the fact that gun manufacturers are looking to expand sales by selling internationally? That is not bad per se but the State Department could weigh that increase in sales against the negatives caused by such sales to the stability of other nations to include how such weapons could get into the hands of terrorists. The Commerce Department does NOT have that expert or focus.

So, again, I say NOT to this proposed rule. .....

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-9fxy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1903
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gay  Kramer-Dodd

---

## General Comment

I am quite disturbed to learn that our government wants to contribute to greater violence, instability, and war in the world. Yet that is what this rule would do, by moving the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

I can see why the National Rifle Association is promoting this -- they want to encourage more gun sales. But other than arms manufacturers profits, there is only detriment, not benefit, to everyone else.

This rule change would It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

In the interest of our national security and the safety of people in the US and all over the world, please reject this rule change.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-9641
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1904
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sara DuBois

---

## General Comment

I oppose this rule change that would switch the regulations of the U.S. State department to the U.S. Commerce Department.

Firearms for export are classified as "military". They are . under the regulation of the State Department, and, as such, Congress can block sales of firearms to foreign countries. If this rule changes, Congress could no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns. Meanwhile, the the Commerce Department just does not have the resources or manpower to adequately enforce export controls. There would be far fewer hurdles to obtaining large numbers of firearms traffickers, organized crime, and other violent and dangerous agents.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-9211
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1905
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

I DO NOT SUPPORT JEORARDIZING LIVES & STABILITY FOR THE SAKE OF $$$.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds
of pre-license and post-shipment inspections and publicly reports on them.
- It would remove licensing requirements for brokers, increasing the risk of trafficking.
- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder
Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged
him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D
printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D
printing of firearms in the U.S. and around the globe.

WASHSTATEC021603

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-t0j2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1906
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sara  Brandon

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

How the rule change would make the world a far more dangerous place:
-- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
-- It would remove licensing requirements for brokers, increasing the risk of trafficking.
-- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not fewer!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-r3a8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1907
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** DAVE  VAN DYKE

---

## General Comment

Just what the world needs, more tools to kill each other! I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Where is the simple honesty that recognizes the insanity of the motives of the N.R.A.?

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Trump wants to stop Muslims from coming into the U.S. to make us safer. Where then is the logic in exporting weapons to the world?

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-jmwk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1908
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dee  Matkowski

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-ydq4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1909
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized
crime, political violence, terrorism, and human rights violations. They should be subject to more controls,
not less!
Right now, firearms exports are classified as military. This is why they are under the regulation of the
State Department, and why Congress can block sales of large batches of firearms to foreign countries.
With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey.
I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

WASHSTATEC021607

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9437-38sl
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1910
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** DAVE  VAN DYKE

---

## General Comment

Just what the world needs, more tools to kill each other! I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Where is the simple honesty that recognizes the insanity of the motives of the N.R.A.?

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Trump wants to stop Muslims from coming into the U.S. to make us safer. Where then is the logic in exporting weapons to the world?

WASHSTATEC021608

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-penv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1911
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Tarallo

---

## General Comment

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-ognl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1912
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joe  Veltri

---

## General Comment

This is insanity! Please don't allow more weapons in this violent world. Think about humanity. I strongly oppose this change.

WASHSTATEC021610

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-3vr1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1913
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** DAVE  VAN DYKE

## General Comment

Just what the world needs, more tools to kill each other! I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Where is the simple honesty that recognizes the insanity of the motives of the N.R.A.?

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Trump wants to stop Muslims from coming into the U.S. to make us safer. Where then is the logic in exporting weapons to the world?

WASHSTATEC021611

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-nm72
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1914
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

As a United States Citizen I reject the request by the NRA to transfer oversight of gun sales from the State Department to the Department of Commerce

WASHSTATEC021612

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-1lb7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1915
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Singh

---

## General Comment

The sale of firearms should remain under the jurisdiction of the State Department. This agency is better able to protect the safety of American citizens and the well-being of other people in the world. The majority of Americans do not accept the argument of the NRA that we are better off with more weapons in the hands of everyone. Perhaps they argue that case because they are controlled by gun manufacturers.

WASHSTATEC021613

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-w6av
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1916
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Gregg  Bragg

---

## General Comment

ENOUGH with the MF guns!

WASHSTATEC021614

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-h0vn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1917
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Julia  Knight

## General Comment

I oppose the firearms rule change!

WASHSTATEC021615

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-9abv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1918
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephanie Larson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021616

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-snm9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1919
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Pardee

---

## General Comment

Regulation of Export of firearms and other weapons of war should rightfully remain with the State
Department, not Commerce. The driving mandate should be for peace and safety, not commerce.

WASHSTATEC021617

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-gqm3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1920
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I strongly oppose relaxing rules to make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, I support saving lives as a priority. Thank you for considering my views.

WASHSTATEC021618

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9437-ss3l
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1921
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robert  Karpinski

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department
to the U.S. Commerce Department. I believe that switching the regulation of firearms exports from the State
Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove
safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining
weapons, and further fuel violence that destabilizes countries and causes mass migration.

In addition, this rule change would make the world a far more dangerous place because:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out

hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed
founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully
charged him with violating arms export laws, since his open-source posting made it possible for anyone with
access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively
enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-7ghl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1922
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anne Thomas

---

## General Comment

I am very much opposed to moving regulation of International Traffic in Arms from the State Department to the Department of Commerce. This belongs in the State Department.

WASHSTATEC021620

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-epwg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1923
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jackie Ramirez

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021621

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-1ff6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1924
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charles  Losasso

---

## General Comment

Who will gain from switching oversight from the State Department to Commerce? It is not everyday people around the world or in the US. It is the gun manufacturers who want to further profits by making others less safe as a result of ineffective oversight by the Commerce Department that has the objective of increasing sales for certain industries. The proposed change should not fool anyone as to what is going on and this scheme should be firmly rejected.

WASHSTATEC021622

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-w77g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1925
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tina  McKim

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Treating international gun sales as a commodity to be ever increased will increase global violence and threaten national security. It would put so many guns into the wrong hands and would be disastrous.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-p39o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1926
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Michael  Goodman

## General Comment

I oppose this rule. This is insane. It would make it easier for gun manufacturers to export weapons to foreign countries

WASHSTATEC021624

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-cun9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1927
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marietta  Carter

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Here are more details on how the rule change would make the world a far more dangerous place:

1) It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2) It would remove licensing requirements for brokers, increasing the risk of trafficking.
3) It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9437-n1sp
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1928
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** janet perlman

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department

WASHSTATEC021626

successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.

[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

WASHSTATEC021627

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9437-8wcb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1929
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jennifer  Loudon

---

## General Comment

I absolutely oppose this change. These are weapons of war, and their regulation belongs fully and permanently under the authority of the State Department.

WASHSTATEC021628

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9437-ugcq
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1930
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julie Lang

---

## General Comment

Firearms and guns should not be available to the worlds citizens without regulation. We have seen the harm it has done in our own country. A major health epidemic. Guns designed for military use have no place in the hands of children, raged adults. This is absolutely ludicrous!

I urge the US State Department to have some common sense and prevent the release of guns into international traffic. Its the equivalent of sending lyons and tigers and poisonous snakes without any trainers or cages.

WASHSTATEC021629

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-34q8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1931
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** D Bell

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

- It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

- It would remove licensing requirements for brokers, increasing the risk of trafficking.

WASHSTATEC021630

- It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

I strongly oppose this rule change.

Thank you for reading my comment.

WASHSTATEC021631

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-ss0g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1932
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** M  Kirby

---

## General Comment

Please do not proceed with this proposal. Moving the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021632

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-5m1r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1933
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

My husband and I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021633

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-nnx2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1934
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Richard C  Russell

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

WASHSTATEC021634

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-ylbv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1935
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sally Shaw

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Arming people in other nations is a matter which should be regulated by those concerned primarily with our safety and security, not by an agency promoting commerce.

Much of the gun-violence around the world is done with American supplied weapons via military sourcing. This too must be curtailed if we want to promote peace. But allowing the sale of firearms to civilians to be overseen by the Commerce Dept. will only exacerbate this violence.

Keep gun exports under the control of the State Department, please.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-sbgy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1936
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** bonnie  kohleriter

---

## General Comment

Please don't switch the regulating of firearms sales from the State Dept. to the Commerce Dept. when it comes
to Internat'l sales. The Commerce Dept. doesn't have the safguards the State Dept. has for trying to get weapons into the hands of those who would use them safely. Thank you Bonnie Kohleriter

WASHSTATEC021636

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-t7kh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1937
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy Roberts-Moneir

---

## General Comment

As long as the export of firearms is under the regulation of the State Department, Congress can block sales of large batches of firearms to foreign countries. A rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department, would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. With a change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

In addition, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have adequate staff available at the multiple locations necessary. Without adequate controls, firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The obvious security nightmare such a change would create far outweighs financial benefits to private American weapons manufacturers, and the plan should be not just shelved, but tossed out permanently.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-dth8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1938
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. If a rule change occurs that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business), it would open new floodgates for arms sales internationally, with serious implications for our national security.
Now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the insane rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.
The rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The Commerce Department does not have the resources or mission to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.
Firearms are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!
I vigorously oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I demand that rule change die before human beings do.

WASHSTATEC021638

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-rrnu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1939
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nick  Meek

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021639

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9438-8j8d
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1940
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joanne  Hardy

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
Here are more details on how the rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021640

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-9usn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1941
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Morimoto

---

## General Comment

I oppose switching the regulation of firearms exports from the State Department to the Commerce Department. Guns are clearly in a very separate category from other commercial products. Toasters are not used by terrorists, organized crime, or for political violence.

The United States needs to maintain or even increase strict export controls and rigorous enforcement of firearms trade. The proposed change would remove licensing requirements for brokers, resulting in increased firearms trafficking. This will put many more lives around the world in danger from the unscrupulous use of firearms.

This change would also result in the elimination of the State Department's Blue Lantern program, which carries out hundred of pre-license and post-shipment inspections and publicly reports on them.

The oversight of the export of items with clear potential military or illegal use should remain with the State Department.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9438-7e1k
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1942
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara coulson

---

## General Comment

Thank you for allowing me to comment on arms sales to despotic countries.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey We should not be approving the actions of countries whose leaders kill their own people, nor should the US arms manufacturers be engaged in war profiteering, which is against the law.

We never seem to learn. Time after time we train and arm despots who turn against the U.S. by using the tactics we taught them and using the weapons we sold (or gave) them. No arms manufacturer should be allowed to profit from actions agianst our Government.

WASHSTATEC021642

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-y0f2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1943
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sarah  Dolley

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021643

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-hq2i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1944
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Ken Koupal

## General Comment

Don't allow us to be arms dealers.
I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one elsed asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

WASHSTATEC021644

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-z7sm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1945
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Emma  Houseman

## General Comment

I feel that regulation of firearms, especially semiautomatic guns and the like, need to remain under the US Department of State. Our countries safety depends on it,

WASHSTATEC021645

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-avns
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1946
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephen  Ulman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition

WASHSTATEC021646

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-q7pw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1947
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

To whom it may concern - as a U.S. resident in the state of Texas, I oppose this rule change that would enable gun sales to other countries. Our own current state of gun mania and lax regulations is killing too many young Americans, we have a moral obligation not to perpetuate this problem in other countries for the sake of corporate greed.

WASHSTATEC021647

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-3maz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1948
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** angelo sturino

---

## General Comment

it is imperative that both society and all sectors too to come to terms of the gun violence that is tearing the core to fragments of our values and democratic society. There is a need to study all levels of society , all levels of education, all levels that measure the core areas of violence ......... Our 2nd amendment assures every US citizen the right to bear arms that is both historical and means more today. However, there is a call for commonsense legislation to assure the above and safety and violence of our US citizens....... What better way to celebrate on this Fourth of July, America's independence ...............thank you........

WASHSTATEC021648

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-ji2x
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1949
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Terence Travis

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!
That is why I adamantly oppose changing the rule that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. If this rule is changed, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries ere there are serious human rights concerns, such as the Philippines and Turkey. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep illegal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-bfuv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1950
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Libby  Schovajsa

## General Comment

This change would make our country and the world more dangerous for all of earth's inhabitants. Please do allow the restrictions on firearms to be loosened. We need more regulations, not less!

WASHSTATEC021650

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-y41i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1951
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** DeeDee  Tostanoski

---

## General Comment

I strongly oppose the removal of international arms regulation from the State Dept to the Commerce Dept. State is in the unique position to evaluate the international impact of arms sales to particular individuals and areas of the world, as well as to identify likely bad actors in this exchange. Arms dealers around the world have been contributing to making the world a more dangerous place, and State has been able to limit some of that impact. The mission of the Department of Commerce is to promote commerce, not to secure the safety of the world's citizens. This shift in responsibility is ill-advised and will have dangerous repercussions.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-86cv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1952
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joel Trupin

---

## General Comment

We don't need guns. They are harmful to our country and to other countries to whom we sell them. The
claim that the 2nd Amendment protects gun ownership is erroneous. It was written in 1791 and applied to
militia, which are no longer our means of defense. The gun manufacturer's lobby, the NRA, has
generated political pressure to defeat laws regulating gun ownership, thereby creating serious social
problems in the U.S., from a high incidence of gun deaths to crime, racism and drugs. The political will
to defeat the NRA and institute regulation of gun sales and ownership is on the horizon. If our politicians
don't take action, our youth will.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-6uxz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1953
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** LTC (ret.) Jose Cruz

---

## General Comment

I condemn this in the strongest possible manner. There is NO reason for the State Department to abdicate this responsibility, which helps keep US secure. Transferring this authority to the Commerce Department, which is only interested in making profits for corporate America, even if it results in mass slaughters in other countries as we see in the US today, is abominable. DO NOT PROCEED WITH THIS TRANSFER OF AUTHORITY!

WASHSTATEC021653

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-4tih
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1954
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Seren  Bradshaw

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Guns, especially military-grade weapons, need to be
strictly controlled and not be used solely as a source of commercial revenue. Put me down as a NO vote
on this proposed rule change.

WASHSTATEC021654

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-oxr8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1955
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Margaret Randall

---

## General Comment

To whom it may concern,

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department for the following reasons.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Switching the regulation of firearms exports from the State Department to the Commerce Department insures the world will be a far more dangerous place because this action would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would also eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would increase the risk of trafficking by removing licensing requirements for brokers,.

It would also remove the State Departments block on the 3D printing of firearms. This would make it possible for anyone with access to a 3D printer, anywhere around the globe, to produce a lethal weapon. When Defense Distributed founder, Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws. This rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Thank you for your consideration & time.

Respectfully yours,
Margaret Randall

WASHSTATEC021655

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-h3uj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1956
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Henrietta Wise

## General Comment

FORBID ALL IMPORT AND EXPORT OF ANY KIND OF GUN TO OR FROM ANYWHERE IN THE WORLD!

WASHSTATEC021656

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-9a0s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1957
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Elliot  Daniels

## General Comment

I oppose the proposed rule to transfer authority for export control licensing of firearms from State Dept/ITAR to the Dept of Commerce.

WASHSTATEC021657

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-syh6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1958
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Judith  Herzfeld

## General Comment

Increasing international sales of guns will just increase violence in receiving countries and drive more refugees to our borders. Don't we have enough of that already?

WASHSTATEC021658

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-2qoz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1959
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Meredith  Faltin

## General Comment

Please make guns less, not more available!

WASHSTATEC021659

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-irc7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1960
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Alisheba  Hurwitz

## General Comment

I oppose this rule change that would switch the regulation of firearms exports from the State Department to the Commerce Department. This rule will remove safeguards against dangerous arms deals.

WASHSTATEC021660

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-okxu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1961
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** George Fuller

---

## General Comment

I oppose the proposed rule for the following reasons:
The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.
The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey.[2] Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress proper role.
The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the government i.e., taxpayers will absorb the cost of reviewing applications and processing licenses.
The rule reduces end-use controls for gun exports. It would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.End-use controls also are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporters history whenever a manufacturer or

broker requests a license for a particular gun export sale. But the transfer of licensing to Commerce will remove new exporters and brokers of these firearms from the State Department database, weakening enforcement against arms trafficking.

The rule enables unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms. Unless corrected, the new regulations run the risk of effectively condoning and enabling 3D printing of firearms in the U.S. and around the globe. By effectively eliminating many means to detect firearms, background checks on domestic sales and end-use controls on international exports for such weapons, this change could generate many preventable tragedies.

The Commerce Department does not have resources to enforce export controls, even before the addition of 10,000 firearms export license applicants as a result of this rule predicted by Commerce.[4] Moreover, the State Department has developed extensive data, expertise and institutional relations to implement the Leahy Law for security assistance, which can serve as a critical foundation in both pre-license and post-shipment checks to control and verify end uses and end users. Commerce does not have these resources. This rule would transfer gun export licensing to an agency the Commerce Department whose principle mission is to promote trade. Firearms, both assault weapons and non-semi-automatic weapons, are uniquely and pervasively used in criminal violence around the world. Controlling their export should be handled by the State Department, which is mandated and structured to address the potential impacts in importing nations on stability, human security, conflict, and human rights.

WASHSTATEC021662

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-6qoa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1962
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Henrietta Wise

---

## General Comment

Call any sale or passage of any form of gun or guns to or from anywhere in the world to or from anywhere in the world a "weapon" or "weapons" and forbid the passage of that gun or guns.

WASHSTATEC021663

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-xnn2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1963
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** LK  WOODRUFF

---

## General Comment

Short version:

The NRA is currently the USA's public enemy #1.

They are even more destructive than the Trump regime.

And now they plan to expand their diabolical mission worldwide.

NO!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

WASHSTATEC021664

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-rjrq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1964
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I oppose the transfer of authorization of export sales of firearms from the US State Dept to the US Commerce Dept, this is a dangerous and reckless policy ...the State Sept should always have authority and discernment regarding any weapons.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-hnfq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1965
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** J  PR

---

## General Comment

Do NOT make the switch from arms control being in the hands of the U.S. State Department to the U.S. Commerce Department. The State Dept is better suited to oversee the protections of US citizens whereas the Commerce Dept has the desires of gun manufacturers and promoters at the fore. We need FEWER guns not MORE. We need GREATER oversight and protections not LESS!

WASHSTATEC021666

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-jrfu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1966
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Daniel  Cavanaugh

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021667

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-txie
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1967
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Philip  Moulden

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021668

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-bcoh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1968
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** kristin  carstarphen

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021669

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-w3yi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1969
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Ann and Frank  Graffagnino

---

## General Comment

Dear Sir/Madam,

My husband and I are very concerned and strongly oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Simply put, the NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

We support the fact that right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

More specifically, we strongly oppose this rule change for the following reasons:

-It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds license and post-shipment inspections and publicly reports on them.
-It would remove licensing requirements for brokers, increasing the risk of trafficking.
-It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

So for all the above reasons, IT IS THE RIGHT, FAIR, JUST, HUMANE AND HEALTHY ACTION TO oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department!!!!!!!!!!!

Sincerely yours,
Mary Ann and Frank Graffagnino
Tucson, AZ

WASHSTATEC021671

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-1vmc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1970
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Ruth  Sheldon

## General Comment

Please, please, please do not make this rule change. It is bad for everyone except those who profit from gun sales and they profit too much already.

WASHSTATEC021672

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9438-6nn2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1971
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

this should be unconstitutional due to the liabilities to our own military abroad and us police agencies involved with the heroin trade.

WASHSTATEC021673

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-lj0r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1972
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elizabeth  Songalia

---

## General Comment

Firearms exports must continue to be classified as military. They must remain under the regulation of the State Department so Congress can block sales of large batches of firearms to foreign countries.

I am opposed to switching the regulation of firearms exports from the State Department to the Commerce Department because this change would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The State Departments Blue Lantern program must not be eliminated.

Licensing requirements for brokers must not be eliminated.

The State Departments block on the 3D printing of firearms must not be eliminated.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021674

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-rz1p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1973
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Craig Coulter

---

## General Comment

I oppose this new action. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Please consider all of this and deny the proposed rule.

Sincerely,

WASHSTATEC021675

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-ix9y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1974
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nydia  Leaf
**Organization:** Granny Peace Brigade

---

## General Comment

To the U.S. State Department - To Whom It May Concern:

My family and I oppose this rule change that would switch the regulations of firearms export from the
U.S. State Department to the U.S. Commerce Department. It is a matter of national security - we must
not and cannot permit any change that will open the floodgates of weapons trading.

WASHSTATEC021676

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-9s51
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1975
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Edward  Rengers

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021677

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-5xws
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1976
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan Edelstein

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place:
1 It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2 It would remove licensing requirements for brokers, increasing the risk of trafficking.
3 It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021678

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9439-jl7y
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1977
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** randall  potts

---

## General Comment

I strongly oppose the Rule change in International Traffic in Arms Regulation. This is a terrible change to longstanding and effective regulation of international arms sales from the USA that will not only harm our standing in the civilized western world, but also help arm the worst war criminals who oppress their own people.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The only beneficiaries of this rule change are gun manufactures, arms dealers and the vermin they arm. This makes the USA less safe and compromises our moral standing and values. This change is totally against the interests of USA citizens. Please do not do it.

WASHSTATEC021679

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-9fo1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1978
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lois  Feuer

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The rule change would make such sales a matter of money rather than one of national/international defense and security. We do harm to our own and other nations when we supply deadly weapons to terrorists and lawless governments.

This kind of sale alienates law-abiding nations (of which we should be the leader), betrays international agreements, and foments violence around the world.

For these reasons I oppose the change.

WASHSTATEC021680

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-sxhv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1979
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Diane  Kent

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021681

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-doug
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1980
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cornelia  Shearer

---

## General Comment

I have recently learned that not only are there a gut of all kinds of guns in the U. S., but drug smugglers are bringing guns across the border into Mexico contributing to the violence of the gangs there that keep that country in a state of semi warfare with the citizens.

We desperately need to find ways that decrease the huge number of guns available in the U.S. The second amendment does not say that each citizen has the right to act as though they are an independent militia.

WASHSTATEC021682

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-233c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1981
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ireri Bravo

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021683

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-1a86
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1982
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karl  Hamann

---

## General Comment

I am completely opposed to the NRA's shameless bid to flood the world with US made weapons. Moving the authority for weapons sales to the Dept. of Commerce is a cynical ploy, and must not stand!

WASHSTATEC021684

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-rpgx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1983
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William 'Skip  Dykoski

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021685

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-9439-88nn
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1984
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rebecca tippens

---

## General Comment

Please do not move from the state department oversight of arms' shipments:

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Changing the process would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-rf2f
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1985
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Duerksen

---

## General Comment

I oppose moving the regulation of firearms exports from the Department of State to Department of Commerce. This change would make the world a more dangerous place:
-It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
-It would remove licensing requirements for brokers, increasing the risk of trafficking.
-It would remove the State Departments block on the 3D printing of firearms. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-y97c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1986
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** leora douraghy

---

## General Comment

I oppose the rule change to switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Under the State Department, the sale of weapons is strategic, under the Department of Commerce the sale of weapons would be horrific, turning a once benevolent Uncle Sam into a merchant of death.

WASHSTATEC021688

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-bm3r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1987
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Pennie  Heath

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021689

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-4ss2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1988
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary-Beth  Santarelli

---

## General Comment

PLEASE DO NOT MAKE IT EASY FOR PEOPLE OUTSIDE THE USA TO GET AMERICAN GUNS AND AMMO. THESE WILL ONLY BE USED AGAINST USAND ALSO TO HARM OTHERS.

WASHSTATEC021690

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-a494
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1989
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** robin  waterhouse

---

## General Comment

no assualt rifles, no automatic rifles
no need for peons to have them. i am sure the preppers have alot.

WASHSTATEC021691

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-zq5b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1990
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  O'Byrne

---

## General Comment

This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. I oppose this proposed rule.

WASHSTATEC021692

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-zief
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1991
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cheryl  Pressgrove

---

## General Comment

We have enough gun violence in our country without exporting it to others. We have immigrants fleeing violence in their countries and seeking asylum in the US. Greed should not dictate our moral obligations to our fellow man/womankind!

WASHSTATEC021693

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-eyj4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1992
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Adina  Parsley
**Organization:** none

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Leave firearm export regulations with the State Department whose primary interest is national security and not with the Commerce Department whose primary interest is promoting American business.

WASHSTATEC021694

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-wnln
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1993
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Scarabin

---

## General Comment

Congress should not let this type of BS be passed for a corporation of death (NRA & corporations making these killing machines).
This is all about making money for political gain, again STOP the BS!

WASHSTATEC021695

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-mi0y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1994
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathryn  Rose

---

## General Comment

It is essential that the U.S. Department of State continue to review sales of firearms to overseas buyers.

WASHSTATEC021696

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-t5s4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1995
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Concerned Citizen

---

## General Comment

I strongly oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would make the world a more dangerous place and increase the number of firearms thereby increasing crime and adding to the unsafe conditions that can cause increased migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-2329
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1996
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rita  Raftery

---

## General Comment

The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
I oppose the rule change.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021698

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-z1z4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1997
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy  Gregory

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021699

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-5d3b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1998
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Starr

---

## General Comment

i oppose this rule change that would switch the supervisory group over gun sales from the State
Department to the Commerce Department!

WASHSTATEC021700

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-2qlr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-1999
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Patrizia  Lazzeri

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the
State Department, and why Congress can block sales of large batches of firearms to foreign countries.
With the rule change, Congress would no longer be automatically informed about sizable weapons sales
that it could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

To keep ALL Americans safe, this MUST never be allowed to happen!! Thank you!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-wmdn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2000
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Miller

---

## General Comment

I am writing to express concern with the proposal to change the regulation of arms exportation from the State Dept to the Commerce Dept. I have always felt shame that the US is responsible for more exportation of weapons to all parts of the world than any other country. Many times it is clear we have actually armed both sides of a disagreement and we have armed our own enemies. We should promote conflict resolution and not violence. Moving control of munitions export to Commerce just makes it abundantly clear that our own motivations are profit and not safety, diplomacy or democracy. Please oppose this proposed rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-dckv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2001
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alicia  Shapinsky

---

## General Comment

I oppose this rule change switching the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Such a switch would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Firearms exports should remain under the regulation of the U.S. State Department. Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-y9lr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2002
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Cato

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The rule change would make the world a far more dangerous place: It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Right now, firearms exports are classified as military under the regulation of the State Department, and Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to enforce export controls adequately. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-9439-6cfg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2003
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charles  Tucker

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
This switch would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe. The rule change would make the world a far more dangerous place!

WASHSTATEC021705

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-wro7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2004
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jacqui Lipschitz

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021706

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-6mmo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2005
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021707

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-wxv8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2006
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Suzanne Heidemann

---

## General Comment

I strongly feel the regulation of export of firearms from the US should stay within the State Department where there are resources to track and follow and intercept if necessary any weapons that are exported from the US.

WASHSTATEC021708

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-b4p6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2007
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marney  Reed

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-5khq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2008
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rose Catania

---

## General Comment

I vehemently DO NOT agree with the proposed rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department to the U.S. Commerce Department. This is a dangerous proposal, as It would eliminate the State Departments Blue Lantern program on inspections and reports.
It would also remove licensing requirements for brokers, increasing the risk of trafficking tremendously.
DO NOT CHANGE THE RULE.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-t5se
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2009
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Glen Kappy

---

## General Comment

I understand there is a proposed rule change that would take the regulation of U.S. firearms exports from
the U.S. State Department and put it under the U.S. Department of Commerce. If true, I strongly oppose
this change.

Thank you for the opportunity to comment and for your attention to this matter.

WASHSTATEC021711

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-yu9e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2010
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carol  Carpenter

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It's quite obvious that this rule change is simply a blind to bring more firearms into the U.S., and
we definitely do not need more assault type weapons in the hands of civilians. There have been enough deaths and misery
caused by assault weapons and the mentally ill or terrorists who were able to buy them. Please do not allow this rule change to go through.

WASHSTATEC021712

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-pe0i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2011
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Douglas  Sedon

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021713

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-ko6c
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2012
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Christopher Fite

## General Comment

We should not have the NRA, and U.S. gun manufacturers, selling guns outside this country. Too often, these guns end up being used in wars around the world. You think fireworks on the 4th of July are dangerous? They are nothing compared to the killing and destruction of wars, which are aided when the NRA, and U.S. gun manufacturers are selling guns to foreign governments and private individuals in other countries.

WASHSTATEC021714

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943a-fnqp
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2013
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Chris Saia

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms.

When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Changing any of these rules, at this point, would be bat-shit crazy.

WASHSTATEC021715

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-4f54
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2014
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Mike  Vanlandingham

## General Comment

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021716

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-xvxk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2015
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Michael  Johnson

## General Comment

https://action.momsrising.org/go/38288?t=9&akid=11004%2E2168612%2EHaA8pT

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-oqb3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2016
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sylvie  Stevenson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

S.M. Stevenson
2002 E. River Road
Unit N-07
TUCSON, AZ 85718

US Citizen

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-glqo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2017
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rita  Carter

---

## General Comment

I oppose the rule changes to International Traffic in Arms that would allow less weapons sales monitoring and control.

Since firearms exports are now classified as military and are under the regulation of the State Department, then Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

WASHSTATEC021719

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-df2p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2018
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** RJ  Cooper

---

## General Comment

Limit arms exports. Do not move jurisdiction to Commerce! If that is done, almost anyone, anywhere can
purchase military grade weopons.

WASHSTATEC021720

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-rcgi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2019
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Stuart  Rayvid

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-nfij
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2020
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Morse

---

## General Comment

No, don't do it! I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It should be a crime to ship guns overseas.

WASHSTATEC021722

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-woh1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2021
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I oppose this rule change! Dept. Of Commerce has no
Place being in charge of gun sales, especially internationally. It needs to remain as is.

WASHSTATEC021723

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-5p95
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2022
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathryn  Brown

---

## General Comment

Moving the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business) would open new floodgates for arms sales internationally, with serious implications for our national security.
Please do not make this change!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-9f73
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2023
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Erin  Hayes

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021725

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-qopp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2024
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Susan  Perry

---

## General Comment

I strongly oppose rule change to allow control of firearm sales internationally from State Department to
the Commerce Department.

WASHSTATEC021726

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-tw5j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2025
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ginny Mitchell

---

## General Comment

All guns or any kind have only one purpose, to kill. I have lived for 70 years and have never needed a gun to protect myself. The only people I would need to protect myself from are those with guns. Duh! Why do we need all this killing? To line the pockets of the NRA.

WASHSTATEC021727

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-ewd5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2026
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** paul  runion

---

## General Comment

i oppose the rule change which would switch the regulations of firearms export from the U.S. Dept. of
State
to the U.S. Dept. of Commerce

WASHSTATEC021728

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-3i35
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2027
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janelle  Murphy

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021729

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-imkl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2028
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Linda  Prostko

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021730

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943a-l3hj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2029
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** William  Waterman

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-7fn4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2030
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** patrice  schooley

## General Comment

I oppose this rule change that would switch the regulation of firearms export from the United State Department to the US Commerce.

WASHSTATEC021732

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943b-mq0l
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2031
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S.
Commerce Department. Congress would no longer be automatically informed about sizable weapons sales that it could
stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines
and Turkey.
Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of
Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist
organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American
guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-fyxv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2032
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michelle Nelson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-4xry
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2033
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** John  Vieira

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

We would be fools to allow weapons to be sold on the international markets. This could be used by terrorist organizations as a means to arm large numbers of combatants hell bent to create havoc and kill innocent people.

This is another NRA scheme to increase the sales of weapons by the gun manufacturers.

The NRA is a disreputable advocacy organization and is responsible for the gun violence in our country and should not be curried any favors.

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 29, 2018 | |
| **Tracking No.** 1k2-943b-ouhw | |
| **Comments Due:** July 09, 2018 | |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2034
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carolyn Knoll

---

## General Comment

As a citizen of the United States, I am very concerned about gun violence and our exporting of this violence by selling guns to other countries. I oppose the proposed rule for the following reasons:

1. The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. U.S. troops use rifles in semi-automatic mode an overwhelming amount of the time. Regarding wide retail availability of firearms, about which comment has been requested, many countries prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Many semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.
2. The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress proper role.
3. The new rules would transfer the cost of processing licenses from gun manufacturers to taxpayers. Registration fees that since the 1940s have been used to offset the costs to the government of tracking who is manufacturing weapons would no longer apply to manufacturers of semi-automatic weapons, and Commerce does not charge any fee for licensing. So the government -- i.e., taxpayers -- will absorb the cost of reviewing applications and processing licenses. Gun exporters that benefit from these sales should shoulder this cost.
4. National laws for brokers and financiers who arrange firearm shipments are a weak link in the chain of efforts to curtail trafficking of small arms and light weapons. There is good reason for concern that firearms brokers will no longer be subject to US brokering law. Although Commerce states it will retain rules on brokering for a State Department list that includes assault rifles, there is no statutory basis for brokers of these weapons to register and obtain a license, increasing the risk of trafficking.
5. The rule reduces end-use controls for gun exports. It would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-

WASHSTATEC021736

shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.End-use controls also are weakened by eliminating registration of firearms exporters, a requirement since the 1940s. Registration of exporters allows the State Department to check an exporters history whenever a manufacturer or broker requests a license for a particular gun export sale. But the transfer of licensing to Commerce will remove new exporters and brokers of these firearms from the State Department database, weakening enforcement against arms trafficking.

6. The Commerce Department does not have resources to enforce export controls, even before the addition of 30,000 firearms export licenses as a result of this rule predicted by Commerce. The BISs enforcement office, with no staff in Latin America, Africa, or many other parts of the world, is not equipped to take the same level of preventive measures for end-use controls. Moreover, the State Department has developed extensive data, expertise and institutional relations to implement the Leahy Law for security assistance, which can serve as a critical foundation in both pre-license and post-shipment checks to control and verify end uses and end users. Commerce does not have these resources.

7. The proposed change will reduce transparency and reporting on gun exports. The rule would eliminate Congressional and public awareness of the total amount (dollar value and items) of firearms sales authorizations and deliveries around the world, since the Commerce Department annual reports currently only cover about 20 countries.

Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

WASHSTATEC021737

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-9aze
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2035
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Sharon  Tuttle

## General Comment

I am writing to strongly oppose this rule change that would switch the regulation of firearms exports from the U.S. State Department to the U.S. Commerce Department.

This rule change has the potential to harm both national security and international human rights. For example, with the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

The Commerce Department simply does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large quantities of American guns and ammunition.

Thus, switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change would be dangerous and irresponsible, and must not go forward.

WASHSTATEC021738

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943b-a1jw
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2036
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Lois  Klepin

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021739

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-upqi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2037
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Miriam  McCaleb

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021740

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943b-bezg
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2038
Comment on DOS-2017-0046-0001

---

## Submitter Information

Name: toby kutler

---

## General Comment

I cannot understand why the U.S. Department would even consider international traffic in arms regulation: U >s. Munitions list categories.
why this dept even think of doing such a terrible thing ..Iam begging for sake of everyone. No NO No NO NO
NO !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

WASHSTATEC021741

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-w4rr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2039
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Lisa Miranda

## General Comment

Semi-automatic firearms should stay on the State Department's US Munitions List. They are very dangerous guns. AK-47s have been involved in human rights abuses. I strongly oppose reclassifying semi-automatic weapons as commercial items. Please keep AK-47s on the State Department's US Munitions List.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-z851
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2040
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Petra  Barclay

---

## General Comment

I strongly oppose the rule change. Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021743

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-pqwr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2041
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-i12y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2042
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** brian  faleiro

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021745

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-paql
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2043
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Daniel  Blum

---

## General Comment

I am writing in opposition to moving export license oversight for firearms from the Department of State
to the Department of Commerce because the proposed rule change treats semiautomatic assault rifles as
non-military. This is despite the fact that U.S. troops routinely use their military rifles in semiautomatic
mode, these weapons are used by state and non-state groups in armed conflicts, and the civilian
possession of such weapons is prohibited in many countries. The proposed rule also: eliminates
Congressional oversight for important gun export deals; transfers the cost of processing licenses from
gun manufacturers to taxpayers; and, enables unchecked gun production in the U.S. and exports abroad
by removing the block on 3D printing of firearms. The proposal reduces transparency and reporting on
gun exports and transfers gun export licensing from an agency with a mission to promote stability,
conflict reduction, and human rights, to an agency with a mission to promote trade and which lacks the
resources to adequately enforce export controls.

Firearms are used to kill a thousand people every day around the world in acts of organized crime,
political violence, terrorism, and human rights violations. They should be subject to more controls, not
fewer. It seems your department is forgetting that immigrants are entering America through its southern
border requesting asylum from their home countries due to gang violence. Remember these gangs and
other violent people are receiving their guns from America more often than from any other country.
Hence, the only reason for more easily allowing guns made in America to be shipped across its border is
because there is no perceived threat to America's border security by your department. If that is so then I
fully expect your department to declare that there is no increased security threat to America's southern
border and to vigorously denounce any actions to increase funding for border security, including for
more personal or for building more walls on America's southern border.

WASHSTATEC021746

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-56w0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2044
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose the change from State Dept to Commerce Dept.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them
It would remove licensing requirements for brokers, increasing the risk of trafficking
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

WASHSTATEC021747

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-cqj0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2045
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cindy Kuenzi

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The firearms we export will likely be used against our citizens or our allies abroad. Enough.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-iagy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2046
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Pat  Wolff

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-sifp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2047
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Robin  Patten
**Organization:** none

---

## General Comment

Are you seriously going to make it easier for gun manufacturers to sell and ship firearms all over the world? They already send countless firearms around the world, please don't make it any easier.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Please don't make the world more dangerous than it already is.

WASHSTATEC021750

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-jfch
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2048
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James & Leslea  Kunz

---

## General Comment

The world does NOT need morte guns for public consumption, but many fewer. Why not assist non-European countries world-wide remove guns and make them illegal in public places??!?

WASHSTATEC021751

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-dphz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2049
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jean  Wiant

---

## General Comment

the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021752

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-2rez
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2050
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Aaron Tovo

---

## General Comment

If you sell arms to others countries you can only expect (more) blowback.

WASHSTATEC021753

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-6h4s
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2051
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jim  Snee

---

## General Comment

I oppose this rule change. It removes these gun sales from the protection of National Security to that of promoting business.

WASHSTATEC021754

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943b-5tcl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2052
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alison  Dillemuth

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021755

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-svuw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2053
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** John  Reed

## General Comment

I oppose the rule change that was switched the regulation of firearms export from the United States state department to the United States Commerce Department.

WASHSTATEC021756

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-sq62
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2054
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Betiana  Caprioli
**Organization:** Dream Realized Scholarship

## General Comment

I oppose the rule change that will allow sales of firearms to oppressive government.

WASHSTATEC021757

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-v1id
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2055
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ken  Koenigshofer

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
I ask that the State Department and the Commerce Department oppose the rule change.

WASHSTATEC021758

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-fj66
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2056
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cathy Marczyk

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

WASHSTATEC021759

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-egld
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2057
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Valerie Leonard

---

## General Comment

I am writing to express my opposition to switching the regulation of firearms exports from the State
Department to the Commerce Department. I believe this would facilitate firearms exports to oppressive
regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist
organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes
mass migration.

I think this change would make the world a far more dangerous place and here are my reasons why:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.
1. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense
Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State
Department successfully charged him with violating arms export laws, since his open-source posting
made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule
switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the
globe.
Please do not make this change.
Thank you,
Valerie Leonard

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-g2qp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2058
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I live in Lebanon, Oregon and am a member of the United Church of Christ, which is active in peace and justice issues. I have gone on several trips to Latin America, and this past April I was part of a Witness for Peace delegation that traveled to Mexico and spent 10 days in Oaxaca and Mexico City. We talked to several people representing indigenous groups and others who face violence and repression on a regular basis. One common theme we heard was that the perpetrators of violence are using weapons obtained from the U.S., either legally through the Merida Initiative, or illegally by smuggling arms across the border. Arms used in crimes have been traced back to U.S. manufacturers through their serial numbers. Once the arms reach Mexico there is little oversight of their distribution, and they wind up in the hands of armed militias, secret security forces and cartels. The result is that Mexico has one of the highest homicide rates in the world. For the safety and security of the Mexican people, Mexico needs fewer arms, not more, and more control on the guns sent there, not less control.

I oppose the proposed rule for the following reasons:

1. The proposed rule treats semi-automatic assault rifles as non-military. But many state and non-state groups in importing countries use semi-automatic rifles in armed conflicts, causing enormous damage. Regarding wide retail availability of firearms, about which comment has been requested, many countries, including Mexico, prohibit civilian possession of semi-automatic rifles and handguns, as well as of any larger caliber firearm. Treating semi-automatic assault rifles as non-military would only increase the number of these deadly arms reaching local police forces, who are supposed to protect civilians, not assault them. Six U.S. states, the District of Columbia, and several large retail chains also prohibit retail sale of semi-automatic assault rifles. Semi-automatic rifles are also easily converted to fully automatic firearms. Because military-style assault rifles clearly have substantial military utility, transfer of these firearms to Commerce Department control is inconsistent with the statutory framework enacted by the Congress to regulate the export of arms.

2. The proposed rule would eliminate Congressional oversight for important gun export deals. Congress will no longer be automatically informed about sizable sales of these weapons. That will limit its ability to comment on related human rights concerns, as it recently did on the Philippines and Turkey. Human rights abuses in Mexico are not well-known outside the country and eliminating Congressional oversight would make it more difficult to identify the abusers. Congressional action in 2002 required sales of firearms regulated by the US Munitions List valued at $1 million or more be notified to Congress. Items

WASHSTATEC021761

moved to Commerce control would no longer be subject to such notification. In a September 15, 2017, letter, Senators Benjamin Cardin, Dianne Feinstein, and Patrick Leahy explicitly noted that this move would violate Congressional intent and effectively eliminate Congress proper role.

3. The rule reduces end-use controls for gun exports. It would eliminate the State Departments Blue Lantern program for gun and ammunition exports, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It also would move license approval out of the department that compiles the U.S. Governments information on human rights violations, reducing the ability to effectively deny weapons licenses to international human rights violators.

4. The proposed change will reduce transparency and reporting on gun exports. The rule would eliminate Congressional and public awareness of the total amount (dollar value and items) of firearms sales authorizations and deliveries around the world, since the Commerce Department annual reports currently only cover about 20 countries. Knowing the total amount of firearms deliveries is important in examining the relationship between the number of guns and the amount of violence in a country.

5. Firearms are used to kill a thousand people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. Research indicates that the types of weapons being transferred to Commerce control, including AR-15, AK-47, and other military-style assault rifles and their ammunition, are weapons of choice for criminal organizations in Mexico and other Latin American countries that are responsible for most of the increasing and record levels of homicides in those countries. The export of these weapons should be subject to more controls, not less.

Leave the regulation of firearms and ammunition under the State Department.

Sincerely,

Kenneth Crouse

WASHSTATEC021762

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-5izh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2059
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Mike  Lundgren

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S.
Commerce Department.

WASHSTATEC021763

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-xqad
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2060
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Jay  Mullings

## General Comment

I am opposed to this rule change.

Anything that make more semi automatic weapons, means more dead people.

Keep the situation as it is.

This change would count on gun manufacturers
to tell th gvt about huge shippments of AR-15 to Turkey,
the mfg. would not tell & Kurds would be killed.

NO easing exports of weapon w/o congress in every instance.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-gm5i
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2061
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marjel  Zaldivar

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. This is not just an issue about business. People's safety, and ultimately, America's safety are on the line.

WASHSTATEC021765

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-gwrs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2062
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Sheeler

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021766

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943c-l7uo
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2063
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kathe  Garbrick

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

This would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021767

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-2fui
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2064
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Jerry  Nailon

## General Comment

comments now to the State Department and the Commerce Department through the below links. You can write in something like: I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021768

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-xrs9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2065
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Helen Dickey

---

## General Comment

This proposal to move the authority to regulate guns from the State Department to the Commerce Department , is so terribly wrong it is scary. The Commerce Dept does not have the manpower to oversee this big an operation, nor does it have the training. This is so typical of the NRA and would do so much damage to our security in this country, and in the whole world. Please do what you can to see that this does not happen.

Thank you,

Helen Dickey

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-cljr
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2066
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Jo Baumann

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Firearms are dangerous! They are used to kill people every day around the world in acts of terrorism, organized crime, political violence and human rights violations. They should be subject to more controls, not less. The Commerce Department does not have the resources to adequately enforce export controls! This rule change would remove essential safe safeguards that help keep extra-legal agents from obtaining the weapons that fuel violence that destabilizes countries and causes mass migration.
Please do the right thing and forgo this disastrous rule change.

WASHSTATEC021770

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-gh2v
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2067
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Laura  Stern

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

WASHSTATEC021771

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-c057
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2068
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lewise Busch

---

## General Comment

Dear sir or madame:

I want to protest vigorously any plans to switch the regulation of firearms exports away from the State Department to the Commerce Department. The latter is clearly not equipped to assess the potential impacts of firearms sales to nations where there are rampant civil rights abuses, drug cartel operations, political violence, or just plain high rates of violence. State is much better equipped and focussed to concentrate on our security and the reduction of violence fueling the high rates of mass immigration.

Here are more details on how the rule change would make the world a far more dangerous place:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Thank you for considering my thoughts about thisl

Sincerely,

Lewise Busch

WASHSTATEC021772

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-57cb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2069
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** karen  kindel

---

## General Comment

Switching regulations of firearms export from US State Dept to US Commerce Dept is a terrible idea. After all the gun tragedies, how can this even be considered. It would increase arms sales internationally and impact national security.

WASHSTATEC021773

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-uh5z
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2070
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Elaine  Pinches

---

## General Comment

Please don't change the regulations! Thank you!

WASHSTATEC021774

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-943c-3qp8 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2071
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James Phelps

---

## General Comment

I am a registered gun owner and I oppose placing the export of firearms under the aegis of the Commerce Department. They are correctly classified as military and belong under the purview of the State Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943c-ijgu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2072
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Carlos  Cabezud

## General Comment

Please do not turn over the regulation of firearms exports to the Commerce department; let the State dept.continue to handle it.

Letting Commerce do this could lead to huge quantities of firearms winding up in the hands of countries which constantly violate human rights.

Sincerely,

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-woax
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2073
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marguerite Benoit

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

WASHSTATEC021777

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-bfcx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2074
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dawn  Albanese

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department
to the U.S. Commerce Department.

Once the almighty dollar is involved, morality & common sense go out the window.

Thank you for your time & consideration in this matter.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-efyb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2075
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Bachman

---

## General Comment

I object to the international trade in firearms shifting from the Department of State to the Commerce Department. We need to keep control of where the arms and what type of arms are going, what they will be used for, and whether the the use is consistent with US values. The Commerce Department is charged with selling the US commerce, not in making value judgements on our exports. Do not transfer our arms sales to the Commerce Department.

WASHSTATEC021779

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-1fyi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2076
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David  Kronheim

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

The public comment period for this rule change ends on July 9.

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

HERES THE LOW DOWN: Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]

It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations, and suicides. They should be subject to more controls, not less!

[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.

[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-hdyi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2077
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jan  Sockness

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Right now, firearms exports are classified as military.
This is why they are under the regulation of the State Department, and why Congress can block sales of
large batches of firearms to foreign countries. With the rule change, Congress would no longer be
automatically informed about sizable weapons sales that it could stop in the name of national security,
even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export
controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms
traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face
far fewer hurdles to obtaining large caches of American guns and ammunition.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-yrwe
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2078
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephen  Gliva

---

## General Comment

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021783

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-6ba6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2079
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Vicky Matsui

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

This rule change would make the world a far more dangerous place:
1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021784

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-kyzb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2080
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** michael  cunningham

---

## General Comment

I think that regulations on arms and us munitions should be kept at the StateDept. So they can control the licensing of US made arms to keep them from being exported to the WRONG people or countrys .
michael cunningham

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-a2nf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2081
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rachel  Seidel

---

## General Comment

Please do not remove the control of selling guns overseas from State Dept and move it to the Commerce Dept.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021786

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-lbwa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2082
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Jeanne  Hogan

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I do not want to see firearms exported to oppressive regimes, removal of safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and do not want to further & fuel violence that destabilizes countries and causes mass migration.[4]

WASHSTATEC021787

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-msc1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2083
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara Bryce

---

## General Comment

I oppose the proposed rule change that would shift international firearms traffic regulation from the U.S. Department of State to the U.S. Department of Commerce. Commerce Department does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-s73w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2084
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dorelle  Ackermann

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021789

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-dowq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2085
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Dorelle  Ackermann

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021790

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943d-pq57
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2086
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Deb  Hahn

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021791

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-e95e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2087
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marlena  Santoyo

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021792

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-ugk7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2088
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Marie braga

## General Comment

Please don't spread the sale of guns internationally. Stop the madness just to make money!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-l3j7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2089
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Matthews

---

## General Comment

Please do not change the control of sale of firearms from the State Department to the Department of Commerce. Firearms exports should be continued to be classified as military", so that Congress can block sales of large batches of firearms to foreign countries.With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Unacceptable!

WASHSTATEC021794

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-v557
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2090
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** ellen  kabat

---

## General Comment

I oppose this rule change.

WASHSTATEC021795

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-p1vm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2091
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michelle  Castellanos

---

## General Comment

Please leave the handling of firearms/munitions licenses under the State department and not under the commerce department since I believe its in the best interest of our safety. Lets keep money interests out of safety interests.

WASHSTATEC021796

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-u884
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2092
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Ann  Fleming

---

## General Comment

I oppose giving the Commerce Department jurisdiction over firearms sales. Because of national security, this needs to remain with the State Department. Hopefully this would allow decisions to not be subject to the firearms manufacturers desire for profits at the expense of national safety.

WASHSTATEC021797

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-dra3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2093
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ernest  Isaacs

---

## General Comment

Here is how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds
of pre-license and post-shipment inspections and publicly reports on them.[5]

It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully
charged him with violating arms export laws, since his open-source posting made it possible for anyone with
access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively
enabling 3D printing of firearms in the U.S. and around the globe.[7]

Please reject this terrible change

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-kqlz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2094
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Virginia Lee

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department,
and why Congress can block sales of large batches of firearms to foreign countries.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could
stop in the name of national security, even to countries where there are serious human rights concerns, such as the
Philippines and Turkey.


Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls.
Its Bureau of Industry and Security does not have staff everywhere.

This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous
agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.


Switching the regulation of firearms exports from the State Department to the Commerce Department would
facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like

organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes
countries and causes mass migration.

WASHSTATEC021799

The rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds
of pre-license and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder
Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged
him with violating arms export laws, since his open-source posting made it possible for anyone with access to a
3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling
3D printing of firearms in the U.S. and around the globe.


Firearms are dangerous.

They are used to kill people every day around the world in acts of organized crime, political violence, terrorism,
and human rights violations.

They should be subject to more controls, not less!


A July 5, 2017, article in the Proceedings of the National Academy of Sciences identifies that Earth
is in the midst of its sixth mass extinction episode: Biological annihilation via the ongoing sixth mass extinction
signaled by vertebrate population losses and declines.

The article concludes: "...Earth's sixth mass extinction episode has proceeded further than most assume. ... (T)he
proximate causes of population extinctions (are): habitat conversion, climate disruption, overexploitation, toxification,
species invasion, disease, and (potentially) large-scale nuclear war ... (T)he ultimate drivers of those immediate causes
of biotic destruction (are), namely, human overpopulation and continued population growth, and overconsumption,
especially by the rich. ... (T)he sixth mass extinction is already here and the window for effective action is very short,
probably two or three decades at most. All signs point to ever more powerful assaults on biodiversity in the next
two decades, painting a dismal picture of the future of life, including human life."

https://www.pnas.org/cgi/doi/10.1073/pnas.1704949114


Fascism, a governmental system run by a dictator, exalts the state and race above the individual.

Fascism enforces severe economic and social regimentation.

WASHSTATEC021800

Fascism enables mega-businesses / wealthy economic predators who support the dictator to profit from exploiting / harming / enslaving / killing scapegoats -- the "other."

Fascism creates special privileges for its wealthy supporters -- in this case weapons dealers and the NRA, both of
whom contribute inordinate dark money to the Republican majority in Congress and the current occupant of the White
House.

Does the U.S. Department of State want to accelerate Earth's sixth mass extinction episode with a world-wide blood
bath that enriches U.S. arms dealers and the NRA?

WASHSTATEC021801

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-viy0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2095
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jessica R  Semon

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It would endanger human lives, including those of US citizens.

WASHSTATEC021802

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-f304
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2096
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jean Ross

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. This is unacceptable and should not be allowed so that the NRA and gun manufacturers can sell more arms.

WASHSTATEC021803

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-u3q8
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2097
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Glen Anderson

---

## General Comment

I STRONGLY OPPOSE Trump's proposal to move export license oversight for firearms from the Department of State
to the Department of Commerce THAT WOULD PROMOTE TERRORISM by making firearms seem like just another
commercial commodity for the Dept. of Commerce to rubber-stamp.

The Dept. of State knows what's going on in other countries, so the Dept. of State should continue its oversight power.


Trump's proposed rule change treats semiautomatic assault rifles as non-military. WHAT BALONEY!!!!!
U.S. troops routinely use their military rifles in semiautomatic mode.
Foreign militaries and TERRORISTS use them.
TRUMP WANTS FOREIGN DICTATORS AND TERRORISTS TO GET EASIER ACCESS TO
GUNS!!!!!!!!!!!!!!!!!!!

The proposed rule also eliminates Congressional oversight for important gun export deals. WE NEED
OVERSIGHT!

The rule IMPOSES COSTS UPON TAXPAYERS that gun manufacturers should pay (costs of processing licenses).

The rule allows unchecked gun production in the U.S. and exports abroad by removing the block on 3D printing of firearms.


PROTECT HUMAN RIGHTS!!!!! PREVENT TRUMP FROM ARMING TERRORISTS!!!!!


STOP THIS INCREDIBLY RECKLESS AND STUPID RULE!!!!!

WASHSTATEC021804

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-8ajv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2098
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karen  Multer

---

## General Comment

This is a horrendous idea ! After watching countless attacks on students and other groups of innocent people, how can this even be considered? It is a totally bad idea.

WASHSTATEC021805

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-29wx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2099
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nicole Taylor

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Dept. to the U.S. Commerce Dept. because it would undermine the safety of the United States and its citizens. The Commerce Dept. cannot appropriately keep guns out of the hands of gun traffickers, terrorists, or human rights abusers, among others.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-quc0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2100
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara Hicks

---

## General Comment

I am writing against the proposed rule change to switch the regulation of firearms exports from the State Department to the Commerce Department. This change would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

More specifically, the rule change would weaken the control of arms shipments by doing the following:
1) eliminating the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them;
2) removing licensing requirements for brokers, increasing the risk of trafficking; and
3) removing the State Departments block on the 3D printing of firearms.

WASHSTATEC021807

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943e-1jch
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2101
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Dianne  Wells

## General Comment

Transferring export license authority for firearms from the State Department to the Commerce Department would enrich gun manufacturers at the expense of our national security. I oppose this rule change.

WASHSTATEC021808

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943f-ijm1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2102
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kate Kruckemeyer

---

## General Comment

I am absolutely opposed to the proposed rule change to transfer regulation of gun export from the State Department to the Commerce Department.

This is a matter of national and world security before it is a business matter, and it is the State Department, not Commerce, which has the resources to control this highly sensitive matter.

WASHSTATEC021809

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943f-f7ic
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2103
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Maurine  Canarsky

---

## General Comment

I am writing to strongly and vehemently oppose the proposed rule change.

Switching the regulation of firearms exports from the State Department to the Commerce Department facilitates firearms exports to oppressive regimes, removes safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuels violence that destabilizes countries and causes mass migration.

This rule change eliminates the Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It removes licensing requirements for brokers, increasing the risk of trafficking.
It removes the block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Do not make this change. It opens the door to more violence and death worldwide.

WASHSTATEC021810

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943f-3pz4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2104
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Betty  Chernansky

---

## General Comment

I oppose the rule that would switch the regulation of fire arms export from the State Department to the department of Commerce. switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021811

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943f-n3e6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2105
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jesus Bustos

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department
to the U.S. Commerce Department for I think this would open the flood gates to fire arms around the world
There is no good reason to make this change other then to aid an industry that has little regard for the finality
of it's product and will have serious repercussions that would not be understood until it's too late. Again I ask the
department please use all it's resources to oppose this move.

WASHSTATEC021812

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-943f-55w9 |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2106
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** MARIA  BRUSCHI

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

The rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. It would remove the State Departments block on the 3D printing of firearms, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

WASHSTATEC021813

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943f-7ut3
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2107
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ann  Suellentrop

---

## General Comment

I oppose this rule change to switch from the State Department to the Commerce Department the regulations on US munitions. The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943f-456g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2108
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deadre  Lorber

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021815

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943f-8ovn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2109
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Martha  Spencer

---

## General Comment

I oppose transferring the regulation of firearms exports from the State Department to the Department of Commerce. Switching
the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to
oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from
obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.
The proposed rule change would make the world a far more dangerous place because:
It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license
and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson
posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms
export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a
lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the
globe.
This rule change would make not only the United States, but every country in the world much less safe.
Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence,
terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021816

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943g-vwl2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2110
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kenneth  Loehlein

---

## General Comment

I oppose the transfer of firearms exports from the U.S. Dept. of State to the U.S. Dept. of Commerce. It is better for the safety and security of the United States that firearms exports stay with the U.S. Dept. of State.

WASHSTATEC021817

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943g-gdrj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2111
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cassandra  McDougall

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021818

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943g-e04d
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2112
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Laura  Stephenson

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943g-fyy4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2113
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Theresa  Hadden-Martinez

---

## General Comment

This rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department is a terrible idea and I oppose it.

WASHSTATEC021820

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943g-nqgz
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2114
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Michael  Dour

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department!

WASHSTATEC021821

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943g-2bw7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2115
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Rita  Novak

## General Comment

I oppose the transfer of regulatory power over automatic weapons from the State Department to the Commerce Department. Such a change will reduce the check on the sale of dangerous weapons to the hands of authoritarian regimes and criminals. The State Department has a better ability to take into account interests of the United States foreign policy and values than the Commerce Department does.

WASHSTATEC021822

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943g-wbly
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2116
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Steve Uyenishi

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Thank you for listening

WASHSTATEC021823

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943g-e8sn
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2117
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** jennifer schultz

---

## General Comment

This is one of the worst ideas that the government has ever come up with. Selling semi-automatics to other countries just encourages despots and dictators to use violence to take away rights of those people who are trying to gain freedoms that we have in the united states. This proves how influential the NRA is by using money to influence politicians that are in congress. This is not what the united states is about. The united states is supposed to encourage other countries to set up democracies throughout the world.

WASHSTATEC021824

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943g-tbnf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2118
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Peter  Rogan

## General Comment

I can think of no greater danger to the world and its peace than for the United States to treat the world as simply one gigantic single-person gun market. Somebody apparently thinks that an armed society is a polite society, and has forgotten South Sudan and Ethiopia.

WASHSTATEC021825

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943g-r1lx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2119
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peter  Rogan

---

## General Comment

I can think of no greater danger to the world and its peace than for the United States to treat the world as
simply one gigantic single-person gun market. Somebody apparently thinks that an armed society is a
polite society, and has forgotten South Sudan and Ethiopia.

WASHSTATEC021826

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943g-hyn0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2120
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Peter  Dempsey

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021827

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943g-fpxv
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2121
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Angela Kelly

---

## General Comment

I am entirely opposed to any rule change that would declassify firearms as military and/or that would result in a change of the regulation of firearms exports from the U.S. Department of State to the U.S. Commerce Department. This proposed change would dramatically endanger our national and international security.

The safeguards that are in place, including the Blue Lantern program, licensing and inspection policies, a block on the 3D printing of firearms, along with congressional and public oversight that exists because the U.S. Department of State oversees the export of firearms cannot be underestimated in our global security.

It is important to keep the regulations of firearms within the jurisdiction of the U.S. Department of State.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943g-s60n
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2122
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Agnes Franklin

---

## General Comment

It's vitally important that we don't make weapon sales easier for citizens or for other countries to buy. I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021829

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943h-ev3g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2123
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Yousong Mei

---

## General Comment

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[

WASHSTATEC021830

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943h-gy20
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2124
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dian  Lopez

---

## General Comment

Export licenses for powerful firearms should be handled by the state department not the commerce department. The object is NOT to make more money but to protect our national security.

WASHSTATEC021831

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943h-psri
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2125
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marlene  Kopplin

---

## General Comment

This is a really bad idea changing gun control to the commerce department. Making it easier to sell guns around the world. This smacks of greed for the almighty dollar. Vote NO on this,

WASHSTATEC021832

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943h-39pu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2126
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Evan Ingle

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943h-tolu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2127
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Susan  Walp

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms regulation must be fully funded, and the State Department already has many mechanixms in place.

WASHSTATEC021834

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943h-xa9a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2128
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Charles  TOLL

---

## General Comment

I strongly oppose the proposed rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

At present, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security, and for the security of numerous nations around the world.

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration This would be an extremely wrong-minded and harmful change.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Thank you for taking action to help make our country and our world a safer place. Vote against the proposed new rule!

CharlesToll
Concerned Citizen

WASHSTATEC021835

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943h-jjiy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2129
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Camille  Gilbert

---

## General Comment

Bad idea!

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021836

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943h-fq83
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2130
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Deborah Spangler

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!!

WASHSTATEC021837

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943h-d8b0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2131
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Clydell  Peairs

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021838

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943h-x91u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2132
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** R  C

## General Comment

Firearms, Guns, Ammunition, and Related Articles, like the human beings who use them, remain unchanged over the past two centuries, except for their capacity to inflict harm. Control belongs under the USML now more than ever.

WASHSTATEC021839

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943i-cx9r
Comments Due: July 09, 2018

Docket: DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

Comment On: DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

Document: DOS-2017-0046-2133
Comment on DOS-2017-0046-0001

---

## Submitter Information

Name: Allison Meisinger

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943i-p8qa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2134
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kenneth Harrow

---

## General Comment

please retain the ban on export of semi-automatic weapons. i am an expert on africa, and am aware of
their use on conflicts such as that of Boko Haram in Nigeria, the fighting in the Central African Republic,
and in the conflict in North Kivu in the Democratic Republic of the Congo. Another place is South
Sudan. These conflicts have resulted in millions of refugees, of flight across the continent and to Europe,
and enormous crises of political, economic, and social orders. Please prevent these weapons, the primary
instruments in these conflicts, from being sold abroad. Ken Harrow, Amnesty International Country
Specialist for Rwanda and Burundi.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943i-m8kp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2135
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Daniel  Zeh

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021842

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943i-wg5b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2136
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Dianna MacLeod

---

## General Comment

I oppose switching the review of arms sales from the State Department to the Department of Commerce.

Congress would lose the ability to block sizable weapons sales, which means that countries with serious human rights violations could import weapons unimpeded.

Additionally, the Commerce Department does not have the resources to adequately enforce export controls. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

America has a gun problem; let's not export that problem to other nations.

WASHSTATEC021843

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-943j-p7uc |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2137
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Brian  Ainsley

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943k-mv8u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2138
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Miriam  Burstein
**Organization:** NA

---

## General Comment

I oppose switching the regulation of firearms exports from the State Department to the Department of Commerce. I fear that doing so would make it easier for weapons to get into the hands of organized crime and terrorist organizations around the world and would remove congressional oversight from the practice of selling weaponry. Decisions about weapons sales need to take into account issues of human rights violations, as well as problems of uncontrolled violence in countries where peaceful civilian life has broken down. These are matters for the State Department and Congress to investigate and assess, and are not mere business concerns.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943l-8nvp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2139
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Andrea  Maxwell

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021846

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943l-2t9p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2140
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tris  Palmgren

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department
would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal
agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence
that destabilizes countries and causes mass migration.

For these reasons, I am opposed to the proposed rule.

WASHSTATEC021847

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943m-nkly
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2141
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sheri  Wells-Jensen

---

## General Comment

Export of weapons should be controlled by the state department. This is not like selling books, lamps or toasters. We cannot allow gun manufacturers to inject weaponry into any potentially dangerous situation they please simply for money.

WASHSTATEC021848

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943m-ratj
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2142
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security and the Commerce Department just does not have the resources to adequately enforce export controls.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943m-pjjq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2143
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** virginia brinker

---

## General Comment

Keep firearms classified as "military." There is no reason (except for the push of the NRA for sales) to move this category to the Dept. of Commerce. America needs more gun control than it has now. Innocent citizens have been gunned down on our streets; children sleeping in beds with drive-by shootings in their neighborhoods.The world does not need more of the same in their areas. We need to provide safety in our schools and neighborhoods keeping guns with the military classification. We need better firearms training of our police officers to head off needless shootings by them also.

WASHSTATEC021850

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943n-aqk4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2144
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Nancy  Markalunas

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The effect will be to arm terrorist throughout the world. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.
switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943n-rm9d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2145
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Kristine Moore

## General Comment

Please do not move control of firearms exports from the State Department to the Commerce Department. This would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943n-vn48
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2146
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alexis Ladd

---

## General Comment

Please act to prevent the sale of semi-automatic and similar guns to foreign bodies. The U.S. needs to stop being an exporter of violence and these guns do just that. As the overseeing body, you have the opportunity to block the transfer of the oversight of selling arms to the U.S. Commerce Department. As you know, the Commerce Department applies the lens of business development. This approach will work to boost the sales of guns and not regulate them, ultimately putting U.S. citizens in more danger. Creating an environment where people around the word can gain access to these weapons puts more people at risk, including Americans. We're seeing this across the United States with mass shootings happening every day -- so prevalent that they're not making national news anymore. Making more money at the expense of peoples lives and our national security is wrong. Let the State Department continue to do their job of limiting access to these dangerous weapons.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943n-s7t9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2147
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ryan Houlette

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Moving the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. This will make the world and the United States less safe.

WASHSTATEC021854

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943n-84im
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2148
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Shel  Tscherne

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

WASHSTATEC021855

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-4uia
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2149
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Catherine Bilodeau

---

## General Comment

Please stop this from happening. It if is allowed, the whole world will be experiencing the horror that the US is going through with increased murder and suicide from guns. Please don't allow this to go into effect.

WASHSTATEC021856

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-qacx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2150
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I strongly oppose the shifting of international arms sales from state to commerce departments. Please do not let this happen.

WASHSTATEC021857

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-eyrm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2151
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021858

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-dday
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2152
Comment on DOS-2017-0046-0001

---

# Submitter Information

**Name:** Katie McCorle

---

# General Comment

Right now, firearms exports are classified as military, and it is in the best interest of our country's security that it stay that way! This is why firearms are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

The rule change would make the world a far more dangerous place in the following ways:

1) It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2) It would remove licensing requirements for brokers, increasing the risk of trafficking.
3) It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Thank you kindly for leaving the current rule in place!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-hafy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2153
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Walter  Sizer

---

## General Comment

I think transferring oversight of foreign arms sales to the Department of Commerce is a bad idea, because it would probably
make it easier for people in other countries to get dangerous weapons and lead to a more violent world. I hope supervision
of such sales would remain with the Department of State.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-64ce
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2154
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Olga  Lampkin

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021861

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-bnui
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2155
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Paula  Bushkoff

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021862

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-pgzt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2156
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Janis M  Soma

---

## General Comment

I oppose a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business). This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security. At this time firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Deadly firearms should not be sold to whoever can pay for them. Our county's priority needs to be human safety, not profitability for firearms manufacturers.

WASHSTATEC021863

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-qqlq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2157
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021864

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-56gc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2158
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** anonymous  anonymous

---

## General Comment

Disgusting. Now the criminal NRA wants to see more murders and expand them worldwide. Don't we have enough death at their hands.
the NRA needs to be disbanded and made a terrorist group because that is what it is.
I don't support lay public having guns, they are for the police and military and need to be extremely restricted.
so NO NO NO NO NO gun exports.
stop the insanity now.

WASHSTATEC021865

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-u1xu
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2159
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Nancy Dollard

---

## General Comment

Please keep the State Department regulating weapons/arms/guns.
The State Department must keep the "Blue Lantern" program, in place since 1940, which carries out hundreds of pre-license
and post-shipment inspections and publicly reports on these weapons.
It should NOT remove licensing requirements for brokers, which could increase the risk of trafficking.
It should NOT remove the State Departments BLOCK on the 3D printing of firearms.
When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department
successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with
access to a 3D printer, anywhere, to produce a lethal weapon. Changing this rule switch OUT of the State Department's
hands would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe which would
be a VERY frightening prospect.
You must make it HARDER to sell/produce weapons/arms/guns, because America and other countries need LESS
weapons/arms/guns, NOT more! Keep the State Department IN CHARGE OF these DANGEROUS weapons/arms/guns,
and do NOT let the Commerce Department regulate weapons/arms/guns, something it does NOT have the staff/knowledge/
training or manpower to enforce! Let the State Department do its job and HIGHLY regulate ALL weapons/arms/guns NOW!

WASHSTATEC021866

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-8jbq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2160
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Christine Zelehoski

---

## General Comment

I want to urge the State Department to maintain control of U.S. munitions. The State Department has the manpower, checks and balances that make sure the U.S does not supply arms to countries where human rights issues are not respected.

It is essential that our country do all we can to promote safety and security here and around the world. There is potential for
The Commerce Dept. in promoting business to increase arms sales to unruly nations and proliferation of guns is not an avenue to peace.

PLEASE keep control of U.S. munitions in The State Department.
Keep up the good work!

Christine and Ray Zelehoski

WASHSTATEC021867

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-7b4u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2161
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cornelia Hoskin

---

## General Comment

The NRA and gun manufacturers want guns everywhere, for everyone, not just here in the United States, but around the world. They are pushing hard for a rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department (focused on safeguarding our nation) to the U.S. Commerce Department (focused on promoting American business).[1] This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

WASHSTATEC021868

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-5j93
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2162
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Ellen Asbell

---

## General Comment

It is very important that the State Department continue to handle export licenses for semi automatic assault weapons and other weapons of war to protect our national security. It must not be made easier for criminals and terrorists to obtain American guns and ammo.

Allowing the Department of Commerce to handle these licenses is a dangerous idea driven by the NRA's desire to increase their profits. The NRA cares nothing for the safety or security of our country. We must.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-4pae
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2163
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Jack  epling

## General Comment

This is a bad idea. What are they thinking!

WASHSTATEC021870

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943o-dqk3
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2164
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Julie  Anonymos

## General Comment

I am writing to you today to express my strong opposition to the proposed rule to transfer oversight of small arms exports from the State Department to the Commerce Department. The Commerce Department prioritizes doing business over safeguarding national security which would make this change far more dangerous for Americans.

We know the US gun industry is faring poorly in today's domestic market, which is why the NRA and the National Shooting Sports Foundation has been lobbying hard to remove congressional oversight of commercial weapon sales of $1 million or more. No one else asked for it or wanted it.

The NSSF, a gun industry trade group, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobby's influence in the rule's description of semiautomatic assault rifles like the AR-15 as "civilian" products. These weapons were not designed for household use, the were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters.

If you go forwar with this disastrous policy, I will do everything in my power-peacefully and democratically- to hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and drain the swamp.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-x28b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2165
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Heather  Williams

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021872

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-vex9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2166
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Margaret  Dragonette

## General Comment

I oppose the rule change that would switch the regulations of firearm exports from the US State Department to the US Commerce Department. The State Department enforces rigorous restrictions on gun sales overseas because their main purpose is to safeguard our nation. I believe that changing this responsibility to the Commerce Department, whose main purpose is to promote business, would greatly increase the risk of selling guns to terrorists and put American citizens at great risk.

WASHSTATEC021873

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-pkbx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2167
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alma  Rutgers

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

WASHSTATEC021874

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-qq40
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2168
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Donna  W.

---

## General Comment

I oppose changing fire arms regulations from the State Department, which protects our country, to the Commerce Department, which promotes American businesses. We need security!

WASHSTATEC021875

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943o-1bxg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2169
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Martina  Leinz

## General Comment

I strongly oppose a rule change switching the regulation of firearms exports from the U.S. Department of State to the U.S. Department of Commerce. This would adversely affect our national security and destabilize countries around the globe. It would enrich the U.S. gun manufacturing industry at the expense of public safety. There is good reason to leave the regulation of firearms exports at State and maintaining the classification of firearms exports as "military." Congress should be able to block sales of firearms to foreign countries; particularly those with serious human rights violations. With this rule change, Congress would no longer be automatically informed of sizable sales that it could stop in the name of national security.

Martina Leinz
Burke, Virginia

WASHSTATEC021876

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-azyd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2170
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** S Kendall

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021877

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-yclf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2171
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021878

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-lo4a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2172
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Pamela  Jiranek

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021879

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-ph9g
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2173
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Julie Fischer

## General Comment

I oppose the proposed rule change to switch regulation of firearms exports from the US State Dept to US Commerce Dept. Such a change would facilitate arms exports to oppressive regimes, open the doors to organized crime and terrorist organizations, and further fuel the violence that is causing mass migrations. It will enable 3-D printing of lethal weapons with impunity. We need more controls on firearms not less.

WASHSTATEC021880

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-pl0u
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2174
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** joanie  b

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

Firearms exports are classified as military" and they are under the regulation of the State Department, and it's why Congress can block sales of large batches of firearms to foreign countries.[1] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[2]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[3]

Here are more details on how the rule change would make the world a far more dangerous place:

* It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[4]
* It would remove licensing requirements for brokers, increasing the risk of trafficking.[5]
* It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the

WASHSTATEC021881

globe.[6]

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

------

[1] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.

[2] Ibid., The Boston Globe

[3] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[4] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[5] Ibid., Violence Policy Center.

[6] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

WASHSTATEC021882

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-q75o
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2175
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Yolanda  Mitts

---

## General Comment

I oppose the rule change that would switch the regulation of firearems export from the U. S. State Department to the U. S.
Commerce Dept. Firearms exports are classified as "military" and should remain so. This change would endanger all the
citizens of the world.

WASHSTATEC021883

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-s79p
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2176
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Eliot Faris

---

## General Comment

I oppose additional expansion of anything leading to sale of guns in this country. They are readily available but the NRA wants to promote a variety of tactics designed to make them even more available. Legitimate purposes such as REGULATED hunting have a long history. However, the expansion of gun availability and variety is unconscionable. Additional REGULATION is highly preferable to additional deregulation. Armor piercing bullets, loopholes for background checks, selling of guns with no legitimate, hunting (Other than hunting for humans) purposes are reasonable restrictions. When the NRA proposes something, it is certain to be focused on additional accessibility to guns in private and public places. Please do not support this change.

Eliot Faris

WASHSTATEC021884

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-rzr0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2177
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Jay  McCahill

## General Comment

I am vehemently opposed to the proposed transfer of authority for regulating firearms exports from the State Department to the Commerce Department. The sale of weapons has national security and human rights implications that Commerce CANNOT manage, and Congress MUST be informed of and have the ability to block such sales, as they do in the current structure.

WASHSTATEC021885

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-gof2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2178
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Mary  DeHoyos

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one elsed asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-2hgn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2179
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Joshua  Greenberg

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021887

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-dbxf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2180
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** SALLY  GIBBS

## General Comment

I oppose the transfer of authority for Arms Sales from US State Dept. to the US commerce Dept. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

WASHSTATEC021888

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943p-kcwz
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2181
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** George  Sollo

---

## General Comment

As a citizen who has worked in the area of firearms safety for 25 years, I oppose moving the responsibility for these weapons from the State Department to Commerce. This issue should not be about "commerce" but about the moral appropriateness of the use of the weapons of war by civilians. The State Department is in the best position to make that decision.

WASHSTATEC021889

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-oo6l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2182
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Judith  Scott

---

## General Comment

Please do not change the regulatory restrictions on how firearms may be exported from the United States. During these days of too many mass shootings and times when angry people too often turn to guns first, thoughts next, we cannot add to this ease. When many in our government are working to tighten our borders concerning who or what is coming in, why would we loosen our borders concerning what is going out? Please do not allow big business to over rule our moral obligations and to change our regulatory systems.

WASHSTATEC021890

# PUBLIC SUBMISSION

As of: November 29, 2018
**Tracking No.** 1k2-943p-eb7e
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2183
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Sara  Skinner

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

I volunteer regularly working with refugees. I am aware of how many countries have human rights violations. I am concerned that if we send these firearms to other countries, they may be used against innocent civilians. These are military-style weapons, and their sale should be regulated by the State Department.

WASHSTATEC021891

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943p-z4j0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2184
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** William  Skirbunt-Kozabo

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe

I strongly urge you not to implement this new rule.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-oly5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2185
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Brian Jones

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-iokf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2186
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marcia  Ogilvie

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

WASHSTATEC021894

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-mlip
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2187
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marcia Reau

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With this rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When defense distributed founder, Cody Wilson, posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-rt6y
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2188
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alycia Mosley

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-b7d4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2189
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Rhonda  Garner

---

## General Comment

I am submitting this comment in strong opposition to the proposed rule to transfer oversight of small arms (firearms) exports from the State Department to the Commerce Department. This rule would make U.S. exports of small arms far more dangerous by transferring controls to an agency that prioritizes doing business over safeguarding national security. The rules elimination of congressional oversight of commercial weapons sales of $1 million or more is also reckless. This rule has one purpose only: to garner profits for a U.S. gun industry that is faring poorly in the domestic market. It comes after years of lobbying by the NRA and National Shooting Sports Foundation. No one elsed asked for it or wanted it. The NSSF, the trade group for the gun industry, has already boasted the rule would lead to a 20% increase in American gun exports. We see the gun lobbys influence in the rules description of semiautomatic assault rifles like the AR-15 as civilian products. These weapons were not designed for household use, they were designed to kill en masse on the battlefield. That is why they are the weapons of choice for mass shooters. If you go forward with this disastrous policy, I will do everything in my powerpeacefully and democraticallyto hold your leadership accountable for the resulting global bloodshed. That will include advocating against your budget priorities across-the-board until a new, non-corrupt administration can come in and clean house.

WASHSTATEC021897

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-kfxd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2190
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lisa  Graham

---

## General Comment

switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Please keep regulations how they are

WASHSTATEC021898

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-1lqp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2191
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary McCullough

---

## General Comment

Opposed to proposed rule:
I'm extremely concerned about the rollback of these regulations. In particular the ease it would ability to use a 3D printer to create firearms. Although, criminals can do it now, it would remove prohibitions and provide easy access making traveling unsafe as they are not visible going through TSA.

WASHSTATEC021899

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-juqp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2192
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Anonymous  Anonymous

---

## General Comment

Let's not make it easier for U.S. gun manufacturers to export more firearms into a dangerous world filled with terrorists anxious to use them against us.

WASHSTATEC021900

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-t37d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2193
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Karyn  Walden-Forrest

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-87po
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2194
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marcella  Amspaugh

---

## General Comment

It is vitally important to keep the sales of semi-automatic rifles and other powerful weapons under the jurisdiction of the State Department. We should not get into the business of supplying weapons of war to foreign entities.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-llge
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2195
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Aisha Noble

---

## General Comment

I am a parent and active member in the early childhood education community in Chicago. I am opposed to amending the International Traffic in Arms Regulations (ITAR) to revise Categories I (firearms, close assault weapons and combat shotguns), II (guns and armament) and III (ammunition and ordnance) of the U.S. Munitions List (USML) to describe more precisely the articles warranting export and temporary import control on the USML. Items removed from the USML would become subject to the Export Administration Regulations (EAR).

The firearms industry is hurting financially - revising these rules to benefit the fire arms industry's bottom line is NOT in the best interest of Americans or any global citizens.

We do not need more guns in the hands of those that wish to cause us harm. These high powered weapons belong in the hands of our military and not civilians.

Also, the amendments proposed would limit Congressional oversight on important gun export deals and drastically increases the possibility for gun trafficking. This is unacceptable.

I respectfully ask that the Department of State does not amend the International Traffic in Arms Regulations (ITAR).

Regards,

Aisha Noble

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-690j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2196
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Morgan  Paulus

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-943q-13cw |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2197
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Marcy  Shinbaum

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

WASHSTATEC021905

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-cr90
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2198
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Vanessa  Anonymous

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

WASHSTATEC021906

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-1mdl
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2199
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

I am totally against this proposed rule change, The State Dept and Congress should continue oversight. Commerce and business have different goals than protection of human rights, safety etc and should not be given this responsibility.

WASHSTATEC021907

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-vthm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2200
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Max  Salt

---

## General Comment

The rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021908

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-c2xa
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2201
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Bruce  Krawisz

## General Comment

I oppose the proposed rule change that would take firearm sales away from the state department and move it to the commerce department. We should not encourage the exportation of firearms. Most countries have fewer firearms deaths than the United States. We should not encourage firearms deaths in foreign countries.

WASHSTATEC021909

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943q-9q1c
Comments Due: July 09, 2018

Docket: DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

Comment On: DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

Document: DOS-2017-0046-2202
Comment on DOS-2017-0046-0001

---

## Submitter Information

Name: Elizabeth  Enright

---

## General Comment

The proposed rule would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out
hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would also remove licensing requirements for brokers, increasing the risk of trafficking and would remove
the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted
online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws,
since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon.

The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

I oppose the proposed rule for the reasons above and many more to numerous to mention.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-943q-gupc |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2203
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Betty  Lawrence

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The State Dept. is the right place to control these exports. The Commerce Dept. is focused on sales, not safety.

WASHSTATEC021911

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943q-nxgc
**Comments Due:** July 09, 2018

**Docket:** <u>DOS-2017-0046</u>
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** <u>DOS-2017-0046-0001</u>
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** <u>DOS-2017-0046-2204</u>
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alana  DeJoseph

---

## General Comment

I strongly oppose the rule change which would move the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Congress no longer being automatically informed about sizable weapons sales so that it could monitor or stop them in the name of national security, (especially in the case of sales to countries where there are serious human rights concerns, such as the Philippines and Turkey), is unconscionable, short-sighted, and greedy, at the expense of the security for future generations.
The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-znv9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2205
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary Suda

---

## General Comment

I oppose this Proposed Rule, and any rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. The handling of export licenses of semiautomatic assault weapons and other powerful firearms must remain with the U.S. State Department, which is charged with safeguarding our nation, not the U.S. Commerce Department, which promotes American business. The transfer of authority as proposed would open new floodgates for arms sales internationally, with serious implications for our national security. Because firearms are weapons for killing, firearms exports are rightly classified as military, and fall under the regulation of the State Department, where Congress can block sales of large batches of firearms to foreign countries. Under this proposed rule change, Congress would no longer automatically be informed about sizable weapons sales that could be prevented in the name of national security. In addition, the Commerce Department does not have the resources to adequately enforce export controls, nor does its Bureau of Industry and Security have staff everywhere. Firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would find it easier to obtain large caches of American guns and ammunition. Do not jeopardize our national security with this change.

WASHSTATEC021913

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-nfdc
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2206
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Fran Ransom

## General Comment

I strongly oppose the change in regulating of firearm exports from the U.S.State Dept to the U.S. Commerce Dept I believe the Commerce Dept is not sufficiently able to regulate the flow This feels like a sly way for the Nra to enable more firearms that are intended for Military use onto the streets

WASHSTATEC021914

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-qfsi
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2207
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Hoa  Pantastico

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-3ynd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2208
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Howard  Mielke

---

## General Comment

For the following reasons I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department:
*It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
*It would remove licensing requirements for brokers, increasing the risk of trafficking.
*It would remove the State Departments block on the 3D printing of firearms, effectively enabling 3D printing of firearms in the U.S. and around the globe.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-z29m
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2209
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Roberta  Sol

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With gun violence killing 1,000 people around the world every day, we should be making it harder, not easier, to export U.S. made weapons of war.

WASHSTATEC021917

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-1qtm
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2210
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Nicole  Roman, RN

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-idtp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2211
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kelsey  Sarles

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department. Firearms should be subject to more controls, not less!
The safely of the public should always come before the NRA's profit interests.

WASHSTATEC021919

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-n7a3
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2212
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jacqueline Eliopoulos

---

## General Comment

This rule change is completely unacceptable. It will only serve to make the world a more dangerous place and help to destroy whatever civility there is on this increasingly violent and militarized planet. It puts our nation in greater danger as well as all others. Please reject this plan.

WASHSTATEC021920

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-crs1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2213
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** James  Keenan

---

## General Comment

Do not change this rule governing weapons sales from the State Department. Weapons sales need to be decreased not facilitated.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-x8vx
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2214
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Sharon  Avis

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department
to the U.S. Commerce Department.

WASHSTATEC021922

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-g7an
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2215
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Ana Santoyo

## General Comment

Do not change the regulation of firearms exports from the State Department to the Commerce Department to facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

If anything we need to reduce the number of guns and other weapons available in the US and the world.

WASHSTATEC021923

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-kze0
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2216
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jack Polonka

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.
Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[

WASHSTATEC021924

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-hc5d
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2217
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lisa Schoultz

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This transfer of authority would open new floodgates for arms sales internationally, with serious implications for our national security.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey. Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

WASHSTATEC021925

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-k8u6
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2218
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mary  Hansen

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. It is just a way for the gun industry to sell more guns around the world which will make them LESS safe!

WASHSTATEC021926

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-1je5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2219
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kirk  Rhoads

---

## General Comment

Semi automatic firearms should remain on the US Munitions list.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-4i9r
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2220
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Randall  Wayne

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

Firearms exports are currently classified as military. They are under the regulation of the State
Department, allowing Congress to block sales of large batches of firearms to foreign countries. With the
rule change, Congress would no longer be automatically informed about sizable weapons sales that it
could stop in the name of national security, even to countries where there are serious human rights
concerns, such as the Philippines and Turkey.

Moreover, the Commerce Department does not have the resources to adequately enforce export controls.
Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers,
organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer
hurdles to obtaining large caches of American guns and ammunition.

WASHSTATEC021928

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-jxhh
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2221
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lauren  Hayman

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. This rule change will make the U.S. and the World a MUCH more dangerous place.

As a new mother, I do not want my child growing up in fear. I currently have faith in the State Departments Blue Lantern program that carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. This new rule will remove those licensing requirements for brokers, increasing the risk of trafficking.

It is also frightening that it will remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Please DO NOT change this rule. The current rules keep us safe in this already very dangerous world of guns and firearms.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-gjkg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2222
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John  Cooper

---

## General Comment

I urge the Commerce and State Departments to oppose relaxing rules that would make it easier for U.S.
firearm manufacturers to export assault rifles and other guns, with less oversight and accountability. With
gun violence killing 1,000 people around the world every day, we should be making it harder, not easier,
to export U.S. made weapons of war.

WASHSTATEC021930

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-wy7b
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2223
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** AngelikA  Ghosh

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them. It would remove licensing requirements for brokers, increasing the risk of trafficking.It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021931

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-r9ph
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2224
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Cecile  Heatley

---

## General Comment

I strongly protest against switching the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

The Commerce Department does not have the resources to effectively enforce export controls. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face fewer hurdles to getting large quantities of American guns and ammunition.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Changing oversight and regulation of firearms would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D-printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D-print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

This is a dangerous, ill-considered, profit-driven move that produces revenues for the NRA and increases the likelihood of injuries and deaths.

WASHSTATEC021932

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-xgkp
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2225
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Jack  Ray

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Here is how the rule change would make the world and the USA a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2. It would remove licensing requirements for brokers, increasing the risk of trafficking.

3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021933

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-khe1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2226
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Susan  Kemp

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021934

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-kxe7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2227
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Allison Canning

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. I believe it would make the US & other countries less safe.

WASHSTATEC021935

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-ucxw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2228
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Beverly  Schmidt

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-az3j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2229
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Frank  Moore

---

## General Comment

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

Please vote in favor of making our country and our world a safer place.

Thank you.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-97ml
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories
I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2230
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Laura  Horwitz

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State
Department to the U.S. Commerce Department.

WASHSTATEC021938

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943r-898a
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2231
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** cathy rupp

## General Comment

I oppose the rule change that would switch the regulation of firearms export to the US State Department to the US Commerce Dept.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-qole
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2232
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Laura  Richbart

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-xsf1
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2233
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** cathy  rupp

## General Comment

I oppose this rule change that would switch the regulations of firearms export to the US State Department to the US Commerce Department.

WASHSTATEC021941

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-ev01
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2234
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lesley  Peters

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less!

WASHSTATEC021942

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-6yrk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2235
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Stanley  Swiercz

## General Comment

Too many enemies of the United States already have powerful weapons to use against our soldiers and citizens. Exports are not just a commercial concern, they are a security and diplomatic concern. Please keep export decisions under the control of the State Department with it's multidimensional perspective.

WASHSTATEC021943

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-nxcw
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2236
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Barbara  Shaw

## General Comment

See attached file(s)

## Attachments

I oppose the rule change

WASHSTATEC021944

I oppose the rule change that would move the handling of export licenses of semiautomatic assault weapons and other powerful firearms from the U.S. State Department which is focused on safeguarding our nation to the U.S. Commerce Department which is focused on promoting American business.  With this rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.  Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Detailed concerns are that the rule change would eliminate the State Department's Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them; would remove licensing requirements for brokers, increasing the risk of trafficking; and would remove the State Department's block on the 3D printing of firearms.  Promoting American business at the risk of further destabilizing the world is a bad deal.

WASHSTATEC021945

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-wtko
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2237
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Stephanie  Angelo

---

## General Comment

The only sensible thing is to ban bump stocks and military style weapons from the general public! Please. It won't solve everything thing but it WILL solve a lot.

WASHSTATEC021946

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-r9vd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2238
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Joann  Wieland

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021947

# PUBLIC SUBMISSION

| As of: November 29, 2018 |
| Tracking No. 1k2-943s-jsrj |
| Comments Due: July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2239
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Erin Orozco

---

## General Comment

Right now, firearms exports are classified as military, putting them under the regulation of the State Department and allowing Congress to block large sales of firearms to foreign countries. Under the Department of State's (DOS's) proposed rule change, the handling of export licenses of semiautomatic assault weapons and other powerful firearms would shift from the DOS (focused on safeguarding our nation) to the Commerce Department (focused on promoting American business). This means Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey, which would open new floodgates for arms sales internationally with serious implications for our national security.

The Commerce Department simply does not have the resources to adequately enforce export controls. The Bureau of Industry and Security does not have appropriate staffing levels to monitor and regulate firearms exports on the level that they deserve, given their import to our national security. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition. Here are more details on how the rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The bottom line is that switching the regulation of firearms exports from DOS to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration. Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be subject to more controls, not less.

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 29, 2018 |
| **Tracking No.** 1k2-943s-cmsa |
| **Comments Due:** July 09, 2018 |

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2240
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lauri  Elliot

---

## General Comment

I oppose this rule change which would switch the regulating of the exporting of firearms from the U.S. State Department to the U.S. Commerce Department.

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

In short, such a rule change would make the world a far more dangerous place and this should be avoided at all costs!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-gnyn
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2241
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** ANITA  LENDWAY

## General Comment

I OPPOSE the rule change that would switch regulation of firearm exports from the U.S. State Department to the US. Commerce Department. The Commerce Department doesn't have the resources to enforce export controls. Congress needs to be informed about large firearm sales to foreign countries. We must protect national security.

WASHSTATEC021950

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-5dms
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2242
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Amy  Allen

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-3o8l
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2243
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Kris  Travis

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021952

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-vbuq
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2244
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Anonymous  Anonymous

## General Comment

Gun safety everywhere.

WASHSTATEC021953

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-qxyo
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2245
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Edith  Frank

---

## General Comment

I strongly oppose the the proposed rule. By reducing shipping regulations, it will increase the supply of firearms and provide easier access to them, magnifying the already severe problems associated with gun use such as mass shootings, suicides, domestic violence homicides and accidental homicides.

WASHSTATEC021954

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-a3ta
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2246
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Kevin  Quail

## General Comment

Trump is an ignorant racist asshole.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-17tb
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2247
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** sue  sullivan

## General Comment

Do not let the NRA continue to operate without stricter regulations-they and the gun makers are killing thousands yearly.

WASHSTATEC021956

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-3gl9
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2248
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Heather  Beery

---

## General Comment

I oppose the regulation of firearms by the U.S. Commerce Department for these reasons:

1) It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

2) It would remove licensing requirements for brokers, increasing the risk of trafficking.

3) It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021957

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-dltk
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2249
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Mollie Schierman

---

## General Comment

I oppose the rule that would switch the regulation of firearms exports from the U.S. State Department to the U.S. Commerce Department.

Currently firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

I believe that the rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.
3. It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[

WASHSTATEC021958

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-wpgy
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2250
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tama  Smith

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021959

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-vlxs
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2251
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** John Orozco

---

## General Comment

I oppose the rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department. Our safety should never be for sale. Our State Department has information not accessible to the Commerce Department that make them the appropriate agency for this role. The Commerce Department cannot be expected to weigh the proper considerations when making these decisions. We shall be watching these proceedings closely. Please do not move these responsibilities.

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943s-ch7f
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2252
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Thomas and Patricia  Frey

---

## General Comment

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.The rule change to switch control of firearms from the State Department to the Commerce Department would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
It would remove licensing requirements for brokers, increasing the risk of trafficking.
It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the world.The rule change would make the world a far more dangerous place.

Moving control of firearms to the Commerce Department would make legitimate efforts by the government and law enforcement agencies of every country vastly more difficult and dangerous... and that includes America.

We strongly oppose this rule change.

WASHSTATEC021961

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943s-z1op
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2253
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Tony Greiner

---

## General Comment

It is unconscionable and immoral to consider moving international arms sales from the State Department to the Commerce Department. America has one of the best reputations, internationally, for being a good global citizen, defending human rights and peace in the world. Moving regulation of international arms sales from the State Department to the Commerce Department is based only on the immoral considerations of greed and promoting violence. Please reject any changes to International Traffic in Arms Regulations.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries.[2] With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.[3]

The Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.[4]

Here are more details on how the rule change would make the world a far more dangerous place:

1. It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.[5]
2. It would remove licensing requirements for brokers, increasing the risk of trafficking.[6]
3. It would remove the State Departments block on the 3D printing of firearms. When Defense

Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.[7]

[1] Trump move would make it easier for U.S. gun manufacturers to export firearms, The Washington Times, May 14, 2018.

[2] Trump wants to make foreign arms sales easier, The Boston Globe, June 23, 2018.

[3] Ibid., The Boston Globe

[4] American Guns Drive the Migrant Crisis That Trump Wants to Fix With a Wall, The Trace, May 25, 2017.

[5] The Trump administration proposes making gun exports easier. Heres how to submit your public comment on this dangerous proposal, Violence Policy Center.

[6] Ibid., Violence Policy Center.

[7] "U.S. requires group to remove 3-D gun instructions from its website," CNN.com, May 13, 2013.

WASHSTATEC021963

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-4rbt
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2254
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lara  Alexander

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021964

# PUBLIC SUBMISSION

As of: November 29, 2018
Tracking No. 1k2-943s-sxdq
Comments Due: July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2255
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Herschell  Emery

---

## General Comment

I oppose strongly this rule change, which would (I believe most intentionally!) weaken US regulation of firearm exports. Weapons of war are far from just an issue to be monitored weakly by a Commerce Department uninformed of what international impacts arms sale overseas will have. Is the world no longer dangerous...just a fertile sales ground for the arms industry? Do we want the NRA setting policy for where we ship arms? Do we want a department without strong arms enforcement capabilities to be the only agency watching for arms traffickers? Leave arms classified as such--"military"--so that the State Department and Congress will retain oversight!!

WASHSTATEC021965

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-s0jg
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2256
Comment on DOS-2017-0046-0001

## Submitter Information

**Name:** Michael  Gary

## General Comment

Keep the rules intact!

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-pip2
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2257
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Valerie Wald

---

## General Comment

This rule change would make the world a far more dangerous place.

With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Meanwhile, the Commerce Department just does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

More specifically, this rule change would:

- Eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.
- Remove licensing requirements for brokers, increasing the risk of trafficking.
- Remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

WASHSTATEC021967

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943s-8mz5
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2258
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Alex  Fierro-Clarke

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

WASHSTATEC021968

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943t-7kf4
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2259
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Barbara  Rosenkotter

---

## General Comment

Switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Firearms are dangerous. They are used to kill people every day around the world in acts of organized crime, political violence, terrorism, and human rights violations. They should be better controlled.

WASHSTATEC021969

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943t-ik9j
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2260
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Fred Fall

---

## General Comment

I oppose this rule change that would take control of traffic in firearms away from the State Department and give it to another department of the government. The State Department has done an excellent job in this regard and should be allowed to continue to do so.

WASHSTATEC021970

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943t-3wu7
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2261
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** michael  daveiga

---

## General Comment

The world and it's people desperately need adequate nutrition , clean drinking water , housing and other forms of shelter , hospitals and local clinics , schools , transportation networks , and all that supports a decent quality of life . What the world's people do not need are more arms !

WASHSTATEC021971

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943t-b2kv
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2262
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Carolyn  Roney

---

## General Comment

I strongly oppose the proposed rule to move regulation and oversight of firearms (small arms) exports from the State Department to the Commerce Department. An agency that prioritizes doing business over safeguarding national security has no business controlling the sale of small arms. In addition, it's truly crazy to eliminate congressional oversight of commercial weapons sales of $1 million or less. The obvious intent here is to increase sales for the faltering U.S. gun industry, at the expense of our national security. This is completely unacceptable. If this dangerous policy is implemented, U.S. national security is in jeopardy, as well as the safety of people around the world. Please think through the long-term implications of this change, none of which are good.

Thank you for your time and attention.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943t-xgjf
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2263
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** David  Schneider

---

## General Comment

I am opposed to the proposed ammendments noted as the International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III. Terrorism and other violence doesn't need the release of additional and very violent weaponry spread across the world. Relaxing these regulations is tanamount to fueling a wildfire; the increase in profits to U.S. businesses, in my opinion, pales to the harm we can add to throughout the world.

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943t-hhgd
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2264
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Lucy  Krasnor

---

## General Comment

I strongly urge the Commerce Dept and the State Dept to oppose relaxing rules that would make it easier for U.S. firearm manufacturers to export assault rifles and other guns with less oversight and accountability. Guns are made to kill people in war and only should be used in war. we should be making it harder and not easier to export weapons of war.
thank you

WASHSTATEC021974

# PUBLIC SUBMISSION

**As of:** November 29, 2018
**Tracking No.** 1k2-943t-6e8w
**Comments Due:** July 09, 2018

**Docket:** DOS-2017-0046
Amendment to the International Traffic in Arms Regulations: Revision of U.S. Munitions List Categories I, II, and III

**Comment On:** DOS-2017-0046-0001
International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III

**Document:** DOS-2017-0046-2265
Comment on DOS-2017-0046-0001

---

## Submitter Information

**Name:** Jacob Steijn

---

## General Comment

I oppose this rule change that would switch the regulations of firearms export from the U.S. State Department to the U.S. Commerce Department.

Right now, firearms exports are classified as military. This is why they are under the regulation of the State Department, and why Congress can block sales of large batches of firearms to foreign countries. With the rule change, Congress would no longer be automatically informed about sizable weapons sales that it could stop in the name of national security, even to countries where there are serious human rights concerns, such as the Philippines and Turkey.

Commerce does not have the resources to adequately enforce export controls. Its Bureau of Industry and Security does not have staff everywhere. This means that firearms traffickers, organized crime, terrorist organizations, and other violent and dangerous agents would face far fewer hurdles to obtaining large caches of American guns and ammunition.

The bottom line is that switching the regulation of firearms exports from the State Department to the Commerce Department would facilitate firearms exports to oppressive regimes, remove safeguards that help keep extra-legal agents like organized crime and terrorist organizations from obtaining weapons, and further fuel violence that destabilizes countries and causes mass migration.

Here are more details on how the rule change would make the world a far more dangerous place:

It would eliminate the State Departments Blue Lantern program, in place since 1940, which carries out hundreds of pre-license and post-shipment inspections and publicly reports on them.

It would remove licensing requirements for brokers, increasing the risk of trafficking.

It would remove the State Departments block on the 3D printing of firearms. When Defense Distributed founder Cody Wilson posted online instructions for how to 3D print weapons, the State Department successfully charged him with violating arms export laws, since his open-source posting made it possible for anyone with access to a 3D printer, anywhere, to produce a lethal weapon. The rule switch would remove this block, effectively enabling 3D printing of firearms in the U.S. and around the globe.

Thank you for the opportunity to provide this comment

WASHSTATEC021975

Message
_____

**From:**        Khawam, Joseph N [KhawamJN@state.gov]
**Sent:**        12/31/2019 8:59:27 PM
**To:**          PM-Staffers Mailbox [PM-StaffersMailbox@state.gov]; Windecker, Melissa A [WindeckerMA@state.gov]
**Subject:**     RE: Cats I-III AM - Large Files - Tab 3 Attachment 5
**Attachments:** Tab 3 Att 5i - Public Comments to the Department of State Proposed Rule.pdf; Tab 3 Att 5j - Public Comments to the Department of State Proposed Rule.pdf

Email 5 of 5

Happy new year, and thanks for putting up with us!

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

_____

**From:** Khawam, Joseph N
**Sent:** Tuesday, December 31, 2019 3:58 PM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Windecker, Melissa A <WindeckerMA@state.gov>
**Subject:** RE: Cats I-III AM - Large Files - Tab 3 Attachment 5

Email 4 of 5

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

_____

**From:** Khawam, Joseph N
**Sent:** Tuesday, December 31, 2019 3:57 PM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Windecker, Melissa A <WindeckerMA@state.gov>
**Subject:** RE: Cats I-III AM - Large Files - Tab 3 Attachment 5

Email 3 of 5

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

_____

**From:** Khawam, Joseph N
**Sent:** Tuesday, December 31, 2019 3:56 PM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Windecker, Melissa A <WindeckerMA@state.gov>
**Subject:** RE: Cats I-III AM - Large Files - Tab 3 Attachment 5

Email 2 of 5

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

_____

**From:** Khawam, Joseph N
**Sent:** Tuesday, December 31, 2019 3:56 PM
**To:** PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Windecker, Melissa A <WindeckerMA@state.gov>
**Subject:** Cats I-III AM - Large Files - Tab 3 Attachment 5

I'm not sure what the maximum limit is on emails, so I'm breaking Tab 3 Attachment 5 into five emails.

WASHSTATEC021976

Email 1 of 5

Joseph N. Khawam
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser (L/PM)
2201 C Street NW, Suite 6420
Washington, DC 20520
(202) 647-8546 (T, W, T)
(202) 663-2915 (M)
(202) 663-3097 (F)
Opennet: KhawamJN@state.gov

WASHSTATEC021977