The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; *et al.*, | NO. 2:20-cv-00111-RAJ |
| Plaintiffs, | ADMINISTRATIVE RECORD OF DEPARTMENT OF STATE |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; *et al.*, | FILED PURSUANT TO LOCAL CIVIL RULE 79(h) |
| Defendants. | |

As set forth in the parties' Joint Status Report of April 21, 2020 (ECF No. 97), the parties have agreed that the administrative record for purposes of this case is not the complete administrative record of the final rules at issue in this case, but instead, the portion of that record pertaining to 3-D gun files (defined as "technical data and software directly related to the production of firearms or firearm parts using a 3D-printer or similar equipment"), as well as the record produced in Case No. 18-1115.

Consistent with the parties' agreement, Federal Defendants hereby produce the Department of State's administrative record for purposes of this case.

| | |
|---|---|
| 1 | JEFFREY BOSSERT CLARK |
| 2 | Acting Assistant Attorney General |
| 3 | ANTHONY J. COPPOLINO |
| | Deputy Director |
| 4 | MATTHEW J. GLOVER |
| 5 | Counsel |
| 6 | _/s/ Eric J. Soskin_ |
| 7 | ERIC J. SOSKIN |
| | Senior Trial Counsel |
| 8 | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| 9 | 1100 L Street NW |
| | Washington, D.C. 20530 |
| 10 | (202) 353-0533 (telephone) |
| | (202) 616-8470 (facsimile) |
| 11 | eric.soskin@usdoj.gov |

ADMINISTRATIVE RECORD –  
U.S. DEPARTMENT OF STATE

2

U.S. DEPARTMENT OF JUSTICE  
Civil Division, Federal Programs Branch  
1100 L St. NW, Washington, DC  
(202) 353-0533