~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

15. WorldECR: "Russia Proposes Tough Counter-Sanctions to Recent U.S. Action"
(Source: WorldECR News [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzazzX9a0xJaIremthKWre3KSaHt3e-XbTQDjN2RY9EHyRlgZu4nOE7IG2m5oz7Wu7V5lHF1oNRadKjonI2shlPJ-
qs1WMC3I_5mxeL1YsES4qq9Nf-0HU-7jkOEA4w-0eNvmhUQFx7gy-
xWry9cVrVcADLxQYlHBU5M7sCTyrhFu69ueETTRHCt9RZ-RfdrVy7VvD5mQVtrUOmeLaBaEtZg=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==],
21 Apr 2018.)
Ban on wide range of foodstuffs, agricultural and consumer products from the US
and/or 'foreign states' proposed.
Russia proposes tough counter-sanctions to recent US action
A draft bill has been introduced into the Russian parliament that could block business
by certain non-Russian companies in the country (13 April).
Draft Bill No 441399-7 'On Measures (Countermeasures) in Response to Unfriendly
Actions of the USA and (or) other Foreign States' contains a range of potentially
hard-hitting measures. These include a ban on the import into Russia of agricultural
products, raw materials and food products - as well as alcohol and tobacco - from
the US and/or 'foreign states'.
In a client briefing, lawyers from Baker & McKenzie note that other proposed measures
include visa bans, travel restrictions and a ban on entities with more than 25%
ownership in the US or 'foreign states' in certain sectors from dealings in Russia.
Targeted industries include consulting, auditing and legal services, those participating
in privatizations, or providing services over the sale of public real estate. Co-operation
in the aircraft, rocket and atomic energy industries would be terminated.
According to the draft bill, 'foreign states' are those standing with the US on
its recent economic sectoral sanctions against Russia and on the targeting of specific
Russian entities and individuals. It is likely that the broad scope of the bill
will be refined through presidential decrees. The draft bill is due to be considered
in the Duma on 24 April.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

COMMENTARY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

16. M. Proctor: "U.S. Suspends Export Privileges of Chinese Tech Giant ZTE"
(Source: Miller Proctor Law PLLC
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzazzX9a0xJaIkqPlyUAP6iBHJgS8w1JUvrQVySIR1YbPYpRSyEiD0O84sMkYiUU0EOB6q6npywDpBXqXx5Rc0edoLmjyyEO
8FQsURsc2Q1WwqZglL-4ofyXkQONr_aqDYARNrRz7L7WL7LRYDsonIV_-bhMzAxb-ZAkbsBfyMdFlDZZjozIo2mR8iBWSHP-
DM2dKKmd_jvux&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==],
20 Apr 2018.)
* Author: Melissa Proctor, Esq., melissa@millerproctorlaw.com [mailto:melissa@millerproctorlaw.com],
Miller Proctor Law PLLC.
On 16 April, the U.S. Commerce Department's Bureau of Industry and Security ("BIS")
imposed a denial order against ZTE Corporation and ZTE Kangxun Telecommunications,
Ltd. ("ZTE Kangxun"), located in Shenzhen, China, for making false statements in

WASHAR0035990

violation of the companies' settlement of previous violations of the U.S. Export Administration Regulations ("EAR"). As a result, the ZTE companies have been designated on the BIS' Denied Persons List and U.S. companies that have been supplying parts and components to the ZTE companies or otherwise engaged in business with these companies, including the provision of any support or technical data, were required to terminate their dealings with them as of April 16, 2018. It has been reported that ZTE, China's second largest manufacturer of telecommunications equipment, had sourced roughly 30% of the components used in its smartphones from U.S. suppliers. By way of background, in March 2017, ZTE agreed to a combined civil and criminal penalty of $1.19 billion for, among other things, illegally shipping telecommunications equipment that was subject to the EAR to Iran and North Korea in violation of U.S. law. The BIS agreed to suspend its proposed denial of the companies' export privileges provided that they satisfied all of the terms of the settlement agreement and refrained from committing additional EAR violations. However, the Commerce Department this week moved forward with the denial order as it was discovered that the companies had made false statements to the BIS and failed to comply with the terms of their settlement.

Specifically, ZTE originally promised to fire four senior employees and take disciplinary action against other responsible employees, including reducing their bonuses or issuing letters of reprimand. ZTE did in fact fire the four employees as promised; however, the companies paid full bonuses to the remaining employees and failed to issue any letters of reprimand.

Under the 16 April denial order, the ZTE companies were added to the Denied Persons List and are prohibited from participating in any way in any transaction that is subject to the EAR. (See here [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzazzX9a0xJaI4wczNH4o7rNbAfa9eeNh7BX-Gws1IwJ_tHHj0Ym0wxcJdeHhYfYGpJl18nO2QvTVOBJIXoQ1458vI6t_qv6oiFLUSFMquMYPu_4Wmo8NCzZ6NhUTbiXC1XWkZlAXjEQSCoGUIsNMsDClJH_EvKthz6qCoIeoASBEvHmbFTUzt460Vq4CqtrW-A==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]).

In addition, it is now unlawful for U.S. individuals and companies to engage in any export transaction involving the ZTE companies without prior BIS authorization. For example, the following activities are now prohibited under the denial order-
- Exporting or reexporting (directly or indirectly) any item that is subject to the EAR to the ZTE companies, which includes not only commodities and software but also technical data;
- Facilitating the acquisition or attempted acquisition by the ZTE companies of ownership, possession, or control of any item subject to the EAR that has been or will be exported from the United States, including financing or other support activities;
- Acquiring or facilitating the acquisition from the ZTE companies of any item subject to the EAR that has been exported from the United states;
- Obtaining from the ZTE companies in the United States any item subject to the EAR with knowledge or reason to know that the item will be exported from the United States;
- Engaging in any transaction to service any item subject to the EAR that has been or will be exported from the United States and which is owned, possessed or controlled by the ZTE companies-the term "service" includes installation, maintenance, repair, modification or testing; or,
- Servicing any item, of whatever origin, that is owned, possessed or controlled by the ZTE companies if such service involves the use of any item that is subject to the EAR that has been or will be exported from the United States.
The BIS' denial order and the prohibitions outlined above will be imposed against

WASHAR0035991

the ZTE companies for a period of seven years, until March 13, 2025. See here
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXzy1B8oIgDFz-
N8avSKdDrNPn3M4Vza-
V9kofBjVAa2uV4M_hIygbHLI_mS8jRsskxlCMwqnLXBnL6tCxdj9_C5xrRYZqTUXs2BhK3RR8nPAdfo9KrXNDs6WyQIwx74_w
oK3saxrEjx5RWfbouccratoxotjHvU8uxXoGuRE-BjffjpURuqdIFYuOo1abRr3g==&c=jHYp9gAECfzhRI-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==].
This denial order will impact many U.S. companies that supply parts and components
to ZTE or otherwise provide technical support to them. It is also possible that
the BIS may impose denial orders against additional ZTE entities in the near future.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

17. O. Coulon & J. Vankerckhoven: "Belgian Companies Brought to Court for Illegal
Exports of Chemicals to Syria"
(Source: World Trade Controls Blog
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzazzX9a0xJaIf4P-
zm3VaJj8LHyMylIOjk20PZlcqHFKX51BI5GqsMcyX2AVi1wjPTO1nmHJKS2DHUgauWi9mRX0HDuIcfcwGRWb_TOtvJ9KDqOj
260yhavhTNsSLuE04MGn3cr4SNhOUoqn2YnCbaoPESU0UUoc3fZY96P_TRrCih0biNHr20ux86yhK1NzkyZK3g8qIhcQisfgRq
DQ7gAQ1Gp2tXz0aQbkjCgnowHm&c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==],
23 Apr 2018.)
* Authors: Olivier Coulon, Esq., Olivier.Coulon@loyensloeff.com [mailto:Olivier.Coulon@loyensloeff.com];
and Jochen Vankerckhoven, Esq., jochen.vankerckhoven@loyensloeff.com
[mailto:jochen.vankerckhoven@loyensloeff.com].
Both of Loyens & Loeff, Brussels.
The Belgian customs authorities are suing three Belgian companies before the Criminal
Court of Antwerp for what appears to be serious infringements of the restrictive
measures imposed on Syria. The three companies concerned are all parties involved
in the supply chain of a deal in chemical products: the producer, the company handling
the administrative aspects of the transaction, and the logistics company handling
the transport.
Apparently, an investigation carried out by the German NGO Syrian Archive and the
website Bellingcat triggered an audit by the Belgian customs authorities. The investigation,
which was echoed in the Belgian press, centers on allegedly illegal exports of chemicals
to Syria, in violation of the strict controls resulting from the adoption of EU
Council Regulation 697/2013 (the "Regulation") on 22 July 2013.
The Regulation imposed a prior authorization requirement for the export, sale, supply
or transfer of certain goods which might be used for internal repression or the
manufacture and maintenance of products which might be used for such purposes, and
notably listed chemicals such as isopropanol and acetone. The Flemish export control
authorities, which would have been competent for the issuance of an authorisation
in the present case (had it been requested), had already refused an authorisation
in a similar case concerning a shipment of dual-use chemicals to Syria.
According to Belgian newspapers, the products in the present case included hundreds
of tons of concentrated isopropanol, acetone, methanol and dichloromethane. While
these products are being used by the paint and polish industries, as argued by the
Belgian companies, they can also enter the production process of chemical weapons,
including sarin.
The Belgian customs authorities, having noticed irregularities following their internal
audit, confronted the companies with their findings and apparently proposed a settlement.

WASHAR0035992

Because the companies refused to settle, customs is now bringing the case against
the three Belgian companies, one managing director and one manager. According to
 the website Bellingcat, the summons lists shipments between May 2014 and December
2016 from Belgium to Syria and Lebanon. The trial is due to start on 15 May.
The companies have publicly claimed they acted in good faith, arguing they did not
know about the authorization requirement and that Belgian customs never informed
 them about the prior authorization requirements. The companies stated that they
 have been supplying such products for more than ten years to private entities that
aren't related to the Syrian regime.
back to top
* * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


18.
SIPRI Releases Papers on the Proliferation Challenges Associated with Transfers
of Software and Technology and 3D Printing
(Source: update@sipri.org [mailto:update@sipri.org], 23 Apr 2018.)
The Stockholm International Peace Research Institute (SIPRI) has announced the publication
of two new papers, entitled "The challenge of software and technology transfers
to non-proliferation efforts: Implementing and complying with export controls
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzazzX9a0xJaIDpL6UQKnv4rV4JwyDlhcYZmKaqc7DsOAydl9lMANaXuyjVOkIHa8LHEgN_baNsl7DG_iLtKPacyF9ZPxPH2T
2a0LzP-iZoXCGKFHFsWAm7DFReETmOXr6WQoyae6Natle6t7MmDRvMyuNCgLSSK-
iXypdpVzuGQEhigsKrvwEJ0zvwivVfQkmQNl7zqY1vlzNqR_EfCHvscI05pbfg9_mC8IZyKgOnqk6aTQJoSmjwSqF2QnsC_xEw2
BnpLXrV-0ClX2gOLcYa84nKVLA7qZSFBZwn-
OMTKjwzPBhwMmSY8lI30Qqi_IRrW9TSJwFyXUthWZw45knrw=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]"
and "T [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzazzX9a0xJaI_np2AlBDWFtYKOhmh4yWlraBfdWNqhYAhCvZwgnyjJC9vM4eDa_3RT2Lg2dbeIV-
TLiX_X5BmNLjdYpQIYo4R4tPyfs4JgeH4C2w9gsMcL-mk_XJXmEoS1k-
p9G5RTHfmolX0x3IV9z5hmPLHO1rbUoDMnQkiat9cjEwxwVP0WxCqfMtvXbmigy_q5HWZy7LBpNK3Iyf1FsQMimUmUYzi9
07KxNTuT9bioOPu1IrZFQKEkTUnLOrUryWLdCgC_N27jugEO5z3-
grsSKYNngwcuaY8hZT9YMqr_0Nza2rcWbWJCW_5cgb_enose4gLFpR0Y4b8oTLPX8=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]he
challenge of emerging technologies to non-proliferation efforts: Controlling additive
manufacturing and intangible transfers of technology
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzazzX9a0xJaI_np2AlBDWFtYKOhmh4yWlraBfdWNqhYAhCvZwgnyjJC9vM4eDa_3RT2Lg2dbeIV-
TLiX_X5BmNLjdYpQIYo4R4tPyfs4JgeH4C2w9gsMcL-mk_XJXmEoS1k-
p9G5RTHfmolX0x3IV9z5hmPLHO1rbUoDMnQkiat9cjEwxwVP0WxCqfMtvXbmigy_q5HWZy7LBpNK3Iyf1FsQMimUmUYzi9
07KxNTuT9bioOPu1IrZFQKEkTUnLOrUryWLdCgC_N27jugEO5z3-
grsSKYNngwcuaY8hZT9YMqr_0Nza2rcWbWJCW_5cgb_enose4gLFpR0Y4b8oTLPX8=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]".
The effective regulation of transfers of software and technology presents a set
of challenges for dual-use and arms export controls that are set to grow in the
near future. Developments in cloud computing, for example, are increasing the volume
of data that can be transferred electronically, raising questions about if and when
controls on transfers of software and technology should apply. In addition, additive
manufacturing (AM)-also known as 3D printing-is likely to increase the range and

WASHAR0035993

complexity of controlled goods that can be produced using transferred software
and technology, raising concerns about new proliferation pathways.
The two SIPRI publications address the closely related issues of controlling transfers
of software and technology and applying exports controls to AM. Taken together,
the papers examine some of the most challenging issues that governments, companies
and research institutes in the European Union (EU) and the wider world are facing
when they seek to effectively implement dual-use and arms export controls. They
also address a range of topics that are under active discussion within the multilateral
export control regimes and in connection with the recast of the EU Dual-use Regulation.
Concretely, the conclusions highlight steps that different stakeholders can take
 to improve the consistency and effectiveness of software and technology controls
as well as summarizing potential options and considerations when expanding controls
on AM.
Web Links:
- "The challenge of software and technology transfers to non-proliferation efforts:
Implementing and complying with export controls"
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzazzX9a0xJaI37vz69G4L-
jhScuklRu6p5K0CWeulTe8t4BT9I118NwZqOgTO3uk_VoR7Gv1U8UzCqUBYU3wyMORDPEvccaB56PJXj5MZPqGw9d1T7w
GvOXHSncvrVOJaUBjriTjXt4n1-
Mytjm8IPaCKttp0HiYTjHE5yUYF7Vk1tG5pK3BGzMH_DSdG9XMzMQELtQdUnNpbwRTdOfNURByIvTeRIO_hucDrxTx18B4u
RcKNHZwXTuEUQV7CsaMqOci9fRT3vA4_MaKmqNm6x_JL1OUy1oqyT-
faXvWnZq8iCy1IglyFhIB_v59nJg6lB7xkWNrZphWSpIdB8AiW90=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]
- "The challenge of emerging technologies to non-proliferation efforts: Controlling
additive manufacturing and intangible transfers of technology"
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzazzX9a0xJaIy7GRopVSM1mHytQ4VJnK00IoZqFmkRu0L9Hqzl966zQZ6rBmUnSG7DBmT_Uodwcsnh0h-AkfD8pjzW-
arQwyYPLPbVzrqmcjrbwB-
svqMTtKyNoegREtLE1EkOZeBlOER71Au0Tl21ef5pVy6EWSJNDwxvYUyJcgI5Q8SdCRuaqkipCXkcXZJ9H6ye8haCIqmIBRvSB8
lpdmndk9z4GFJKt5IYLIrLsyciVMUMXM2uffQFqf1bFnVbHsG804Gu3IzmZk8IUx-
WrRUllcAcnWV2W5cZpiN18OauvJR85WqhzjJuZGB_SwA3A3dLiVUiZnD3f-ESUEjw0=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EX/IM MOVERS & SHAKERS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

19. Monday List of Ex/Im Job Openings; 191 Jobs Posted This Week
(Source: Editor)
Published every Monday or first business day of the week. Please, send job openings
in the following format to jobs@fullcirclecompliance.eu [mailto:jobs@fullcirclecompliance.eu].
* COMPANY; LOCATION; POSITION TITLE (WEBLINK); CONTACT INFORMATION; REQUISITION
ID
"#" New or amended listing this week
* Abaco Systems, Inc.; Huntsville, AL; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzcrua7WXu_rTTAIFz0GpG-
B5RmWvDsCKcUdjvnsY7NBrrNu5zHA3ipHxnEieFJQg5By6jinQuRvLwNjFAuItYLHk22wPy-

WASHAR0035994

whORb95RNIw76nSJwXQ0MzcJArD7ne-m4UP1iLZyEdANTI2uB84RBUQbgDZkCWslDe3Q==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Aerovironment; Simi Valley, CA; Trade Compliance Specialist II
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzfzIRBDlNbSGuqVJgLlCz7zyw_CljrRs1baLSg7md8v0ufcGSI7G4KflTb7nI77qUPfSH9RXZwtZcfpiSNH-
w9LUEOjWinDJym1YhMHT-
DJL4rlqMbEKVFvuzqylimNZDolNmWEI1fNtqefootPJ3hWvqy2XHtqKHlggiNrf75PjYPYr1wcdxVr8tYZpbwAL2hXsLlj68g5G5U
vcxzdBs-3uCcBaeFN-zph2XTUe75jFiMmuuEcfpG-IqEZq7yf_zCkOyy6pqR2J1TYw-
Rghu8bCzxX7ttOd1kTFsE3an0IquK4JKpwB9EzNKCYoWyF8WrxCgSu13jebZehonk8gEQcLPSkUCiQq2t67OLIu-nUHv-Ys-
EwU_Sbed1HOqjvpsrzULAqdbJADiERJSepe3oKSe3a_xLEGv2hQ1baj1Z5-agqIh7iL-
Ar3a16GIIQ9gs3MdG8Sx1VFamOIIqwRQlAnnczBTs_dA61ji47QPrQ1555kZ4k4sD9B0FkG4-
GO5OnOoEDjMLy7XaS7aG3KUynXQve-fcMWwVleM64ajLRSDWehQwsJ-68=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Job ID: 18-017
* Aerovironment; Simi Valley, CA; Trade Compliance Director
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzfzIRBDlNbSGiEUGvxx37djv3FqET4uuGnxTyAqPGH01dNxOglkB-
5c5Wg2rJ0UZh8NGrp5WU2oM2BoWYQgXhoUyJuQ3MaJL-5SxyfymbShyY9pR1MNX62MOVsLJLaNTcdlEsRfshYFIX8beC-
PW5Vo6F_jQaYEXP8WjCEJZ1D7GWVXCZX2zHotokFijSP_gJNutofbH_Z8Kp-
0YrQnjZlnKGG706YGULiKUo5AUph3c31_tNC1Lu3gK3IWAexYi6YnZWseYs9XjV0j1SIaBFOu9qCt_SW7T-OReQ-
7EegHeTdnpYZ9yfhE6IDAw-1pHsnszbcLPVNFddmACef6ssy9DK_aRiS4vXEfEqCnay1hAXTfdkmre5segmTQzZq-
ThunP_f08S3oGirgb5pZuYS4Yx3MTs_vTaFTyucPvTkwIarFfyRE4XFGOmCkJtbW-
mR1kLh_Q9I9ho2IVJG47Otno2Hvw1wz5TYfLBYBCxhP-h0mvSlji4xeVHZd_C1UaK7rSLIypLeQnB9TMuHWiA1i42tF4T5-
U9HxQ8HAW4Y2nzI1xmq7tcIc=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Job ID: 18-018
*AJC Logistics; Atlanta, GA; NVOCC Export Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzXNkVtcTHeeYTTGDIaINhiXUGnoJd_uSKMZAgmfkdAff0K956wT5flcqxVnbFF_jc_Z5E_ifi_O0qFK4lOfErALO_cMbrsuxZ
WxNsftwDJs8xsh0C7mGYQRU-
XPtWIBKpKLjxvm8qRbpIOHcI7P2a_bya3C8j16OQcSbik3tmLBwU20QH6FTnAPVF6gLb2ribvCgjevci8nbxDSAGmCeV586E0u
t8IEjwQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Allports Forwarding Inc.; Portland, OR; Import Entry Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzXNkVtcTHeeYqJatZXNzdlBRqTD4kC17cNDZt2rcBK0iAZwowpYqrclhj5M0QxmOnPapNHGR0ZQgok-
0L40oDusu3_6KJaZfqhk3l4uvlSBX3_7pUbP-
Nd8hyWaQIM2b0G5aSYNhqLOPtpq9_l2MqLeZK04qF149lCOJyoMR2XHhc1ZzJPQ3vAkA0QWNL-
Mc0POAvs9UYU5298wGmp2kZ-
oA1wHHds6nDij3BRKTmSDtX92gSiiTTXZcuwtxdF754Zt_hVOmjQb6_38L1gaYFpURhfjMDabzEuwFxw7qzousasFG0XkKG69
ok2KEzXPx_H2fDt4UUOVMhD24qC16DOK7zwPzQ0HyGFWN6SP56VWMtxpeRZEwSxmnhIlwgxJb-
22sFe75FHpXHjZ9_SJZi6hEHqGxJxwueqNSLCEZ9dW_NjaPrGpx6ZyLzipgIQd-2V0lbe4-
ceaQ2nquza3VKlx9Sq9MkuQuy4heEirfUadUqDLGYmU1sfdIDB_fnp0WqD3q8m409QoHYgm43EN7h5_buyixm7xfYRFacg9
Wj1RZw_aOhDanZMB92zsFYUYotQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Arent Fox LLP; Washington, D.C.; International Trade Associate
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZ6AEJH6ItAZ9ZP1tt6RRMUXgxAv4Vh9fl7IKWLlNDkfaZuWxmgvQti7hCPkZA0Ja6X-
aZ5ZQETBQhY7PpuZLUrMVmAVwJEXTmwQ2Z9hkJIR2DwfQdec5y793_vzsq36zcOA7fcGD3f-5-
t34vif5XVXYqbaNu65xAvLciOLA3R7cn-yXhsdwbLaZsU13QATl26zf49peX-ddYwHYM-

WASHAR0035995

0wB4KYzPJv6ZCmLMAJTMnVFnJ&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y1O VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Arent Fox LLP; Los Angeles, CA; International Trade Associate
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ6AEJH6ItAZCGYqUOflZLflwXP_tTLUhPVQd3cD5Okq_Sb2OVl6ntS-OOWPP5VtL7Irx7vLF8unTSa2XLWkKXpt2PjY_8iNELe-mzBX5jct1zIsEe_vMT_fzUheEYhsQXrgozI9CbSOhIK1EFtragSsKzTs61kd8XiU4HTM4k524sR8X9aQWaS0N7FmcOsqoaTJhSdYVtcdX2ALUF__7vcW5pq_cqBT4iG7nly1-1Z1&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y1O VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* BAE Systems; Los Angeles, CA; Program Manager, International and Offset
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzbPGRUCXKwqkOtyegTHi38HPqifxgwitOX9l1EOyQ9fiminFljE2XxzmzpDbWsOwVXFelSm61ugNC4vJXR_wQ353pWVTl6QZbzlnmmoXtQdqerFEMPpdUXjizFPwtKWVAbO80Oaetlirx6clOwCDzbtGZt_rSktVaRj2ojXMeNQlyehnecGE-V3qsJrSpIxeZc91U_teJd5rGQXo-cPrF8eWR_3sf1JYEQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y1O VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 33778BR
* BAE Systems; Huntsville, AL; Facility Security Officer, Security Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXzy1B8oIgDFUX1p-gF-lUfoLbn9LTp5LWbGBtLMiBCZFlRKnq-DiH2hbxPaG--aj8CQztl7QP_DLMBNuCRcb5-76bbvBdYz7BuOKOr2jtnbO6LniONM8-iE96lNBCoZ59TdUTpfzRi2jmFSiYudTOL8wnFHmzyJUH3QNKdTtH35p0Y_6ZNWo5QDRd02d3amh78XSPv4sOmgrW5W1C6NvlaoBMspNKYlzQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y1O VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 36821BR
* BAE Systems; Burlington, MA; Facility Security Officer ("FSO")
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXzy1B8oIgDFy2OQBaZkE14-aQiTmtlkj__IyyOtCRsvkwNrUNr3oUps7fFz0mf7jFoucYX-gdRXPnRvZC8dQou8RqVW00-IUQyxyzVuhXhaF4uBrMgjvh2V6YDMj1uDfFMRzaNVV6Y0VZsv1C1QRjGYRRHEQRZK8TwpOKmQQjvfl9AEXDB5mFut5hYEeOs8tMsdiKA6U9EA&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y1O VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 35499BR
* BAE Systems; Sterling Heights, MI; Procurement Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXzy1B8oIgDFm3rQCIYwp-IcrCS4U-1--3lG7evcAoPk4ocHS4qrZoXHoB2ucGBTlT5tVmwpnQzT_Wed131B2_t3iCXToZiWabneLAz-UARDeUE_nXaZ_LsYMowVRLdZG4_eIRQ5ZyMd7vQCgnmo21ET41fsI54ibVuD0mpapEBjkjE6trHMOw2T0X_zsU6lt2bDreDkqRxDwVpYIc7s1IY=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y1O VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 32016BR
* BAE Systems; Rockville, MD; Compliance Specialist Senior
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXzy1B8oIgDF93sOeZKXj3hOUSW9n68oFD7SahnOnQEkHbh6JU_Vtf5y3XN6vyp_h8zqU1XaxSO8zJp_hG-iTBSzNoygMQJNPenGskaCChula1yUrdRoJo94buxuc_kEEVkaMcfYTUL2XGgalXUkam2cn4XKotesf6rxvtLRi0EkBZP6WVt2pwbPhk-2KPnPYSWZ4PH28_S1&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y1O VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 35809 BR
* BAE Systems; Sterling, VA; Compliance Specialist Senior
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXzy1B8oIgDF__DqldMdlb8BmmCih9LnXe_QLQIM_Pf7_O5-oekMZgOBBDYKmiKEpvjVZ8x7az0KggZUwNfDSvXvdPdVAVkngp90RRhsMtv0se-ooPEzjLlIxoLy7sjas6TgKVfM5-VEABcydS_P73jGRaG6qCV0OyLtwct7G9-dyvQXQnerpWuRIygGe2N5hAuOcLj6w6oP&c=jHYp9gAECfzhRl-

WASHAR0035996

LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 36370BR
* Boeing; St. Louis, MO; Trade Control Specialist - Mid Career
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ6AEJH6ItAZ5EkWOCs-35LNBdsi3-9fp8V2_CH6RqlDEm8m9fS00jZLIzDJPybA7PdbEmx_DwUcS5BSPH1X9AruNx-kiU97OjAyKT5rU0P4RqFMPLRhGiVugWDfh6qq6jkOKaFRIEYggvGo7G3_AHQUUQCs0He140Waya9VCQf7qRbjiujzthN4FnzGKhEi1csEMfru30adW_BBZ5aXkLY=c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 1700022214
* BMW North America; Woodcliff Lake, NJ; Senior Analyst, Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1Ae7Ojriu29by_VG23NQ4gEy-iJS4M6p7UhrYOKNKwZc8mXvmB2UoZTOhBYCupeuBb8h9ziB5PUnjoCHw8CdGiU7AHUjmDpkerZ2xuDBB8xNT6lm8uQ0LAn0ffHI6h6--rQe_EaL99wHxTbNGXhXjLTX-OJ8ESNBkUFhZ_Sd0RxA9yGKKQ1U8kEMzbmzRuhM47LgvkdKBXbHBz3ztSYGH__lXlb0UNxO8JZJX8jBUwH0oU=c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 170004RD
* Buehler; Lake Bluff, IL; Manager, Compliance and Logistics
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQAEx1qxHEe0QB2iFGHzJl2qcCh75Njl9rq-bxpiOTnEZLnxBoBfLnk2didhmfIoUEZ3kp7TMFW5gXtTck_T1Tzw9zoxE3b-O2-LPAeCxZKlhvrXIj12-Kd8WwVyToSJvXCN2f1JKJ4XusFE5ZcX3VICps7ezGD9JRBY4y65Qo2cZHj5cO3LqOqZ9KVqPh4d9wvD8bEA_GYCd_zlCPNZ2RuyJOAL4nAHYUTsOxlPkmWtyzQwi90mMl-kyFX8t4d12XwuQjE3Xxr4J57dP1DC6m9kVdo6scO-bRBP4gGZakCZDU4lw30RV-krSWngdSrx9C62PhTQgv5xJZegkeTcoonri1seLIbWy4PLvqLJ01ZBsEebsSi-vfznCQ_tZXurIIS_9eEt6ea99YKESROAGk-wU7s-WjjNAHEHwOOaPSt3jBZN0JChwslvah1XL28dOdnZ8A_HRLKG&c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 2018-004
* Crown Corporation; New Bremen, Ohio; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQVFBms8uGFkXPMDhEtOBxp4Vhoz7i66FMkJec68QyF-WiMhF8BoQJ4mW2crWxsC6hB7YXj6ee3-XO3mrP03kiYJ9q165e29Q52IxsoNT1OFx7TljEl5L5dSMMzDQv033844HA85_7cjuozAALHz51B2cMeis-O7S5vXWUIdK1EHHSwiivke9blwpgtdhs7RoFK5SbO04P16x6IjLdzj1m3RaF8QrkBE9TvV3JbwT2AiBb0dGSrxR4BynrYVnPUeU6S6fTWR1MD2ay_PvIwIChVRXO7DbCeBdGhX0gARqsAmwR4J9FchaUtTlkNacy91fdK6S6KBKtY0sPxmqsE0WKyHGnIWrlldx2Nyqc-Fwtz_E3ZKDTr4KH1ybB7l1JeqvILITwvAEjbegGFvb0bA5k0x42AADpusWFjgoRK1OtwOdETzr4IP3wa2pZ4iDJGNmacgp5ar_JOSCQUwWx3KhKnItxmNGFN6TSaDKsIzicUMiYX39WDZ-SXOhSYLWLwd4w==&c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 45311
* CSRA; San Diego, CA; Mid-Level FMS Case Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AeZWYAN2lW8j_bhp24KUx9DIHLAJvHf-0-_UMigde1-7BIX6op0CD5e3nZoyawNT5tofKrW4HNwfc6Ql17HWfL5YAeqXA--5PcX8aJj-LeLpHzq7sMTX6MARcg61rdc57wpIYxsmpBbHefUoVzHSRJvedwl8PK-kCP&c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: RQ 3035
* CSRA; San Diego, CA; Mid-level Case Analyst for MIDS FMS Program
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AegCYZJ-

WASHAR0035997

V75EWuS1uzJ-suUO7UwJrIQiGODen-_lluViuSDJbMlpiqSFTaaivcd4k61EmIzm3bR8JOfS41VMukFqllK1ct20-VOmw8dCGK2mU0dtZW7nnKIt2mQ7Z7IDjZKCpbcFvnIRkv4TSkFvUhjIcPT3D30jJU-cWzSOV-nv5tQzSAW5bk-A==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: RQ6975
* CSRA; San Diego, CA; Senior Case Analyst for MIDS FMS Program
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1Aega9ZjxjIpDx3dBFDo2BPrbx8TKa1BGL8ZWnIJmcrieoBjJrFqf5204yzRaK7sJaFsY1BA9dDfbIozOvBGOOE7fBIrZHw8_kkRX8t1rVzWk5-E21nMKvIXP9zL9H3HDbbjSDtCaczI_Sxb-T7Z1ogno-jk3VqC1hBgpPzo0DJ7Cju2jumMp_soQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
RQ6763
* CSRA; San Diego, CA; Senior FMS Case Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AeCnv2lFpOb8r3WjRmjwovK6_PMqs1wLU5_QAxtKqPl7cmCBgJM2XoMu35Ve-YsedBlX-TAS1ghel3KQMMmgQqAM4tiayy8zSLWl0A1JOggRzwQEjVBBMATWvXszjI4SlUJHcdKNuHIujDkjg1PQ-hCJmxkoBCiMhT&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 3004
* CSRA; San Diego, CA; Senior FMS Financial Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1Aec8ljb8I01OLNq-YYXPFATMFVf321KBr7wzJrPNFafEF6e5rxsRcnxq80oV0UNmg_U4ciq22vs6XWS2UoyRLPFIw6nq_LcTmNpDiHGQrpQWqgbq9FKNocr0NilVojpqp52Jb8oVCP36tpBTzFbK-liG0KAIXBOYfObPneO9O-oew=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: RQ3010
* Curtiss-Wright Corporation; Los Angeles, CA; Director, Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzaCL3MIaFQilCXGhgQVZk8dMtVxgumVkHNtDNbm_D_Autle2EG7G2nVVpIjSYxxWKSawkzbiGp3qZdgtvunJLpVIyoSbBCwEGy7sqSZjaJL5xx47yypyVHfshv5254rCjHpPuWB6gWxYcSpe_IKFhpuWSWoDB6SiBg==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Danaher Science and Technology; United States; Senior Global Trade Compliance
Manager [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ6AEJH6ItAZ3tSZt4_Jg4EJ6IXdOjzuCfaghaSTAb8ZV9Kc591JE7B1jsCtA2UFD3CjbMZADBwwhBDkShTjumBFcQmm3AbXXiQN3Ilv93LdtVZyyHc534RgPX6RYUk0uZCvJmuJnzC2vFjKyNLgtMmVRRNnPFkG-OONn42Ce0PGjRemQ7RB7o0TybtYgSl5k7uT250AbtR37GfP_CEgCYnWZ6fkFpF05g==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Job ID: COR000942
* Danaher Science and Technology; Biberach an der Riß, Germany; European Trade Compliance
Specialist [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ6AEJH6ItAZWSZ6aHC9yYmwiHGHtYN8tzeWOoqR1ymtTf5H3DytlmV888IwWWBnZrnXS0T9wfow4GTzyvNQO-4aK8eIWJb0xIuT5PsYb2Vmb6EboIBXwtC7Nv5oO1vqxPpzb5ZQQD3QpKHGYtX8bjMLeyK_SCdaWi21REitu0WeSO_UxtjsIXdGy2yA3claNbiIN1w2G6zgl5RA208GsdxV8HDNMcAwVg==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Job ID: KAV001714
* Danaher Science and Technology; Nationwide, India; Manager, International Regulatory

WASHAR0035998

Affairs [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ6AEJH6ItAZVgosGR9touVivkhOzeh_y7aa40zZqZ6qfD4vvXRMiRo5ifMVvhGPL0Nj8YV9pJH4EbDQm1SKFJ3cjki8C5yshSqHlImjizX1VY8VQwWVqF3BmekRGWmVW9AIZwvqlfy7TuRW0Qe4iF9pD-jQmLC3DkTLdA7DrWirh5Ohs1363Dge3JiDcRbTPKCezq3Af13N5rCDhQw3w0ez9_jI9Nb8v31IaTpDkKws&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw=];
Job ID: CEP000339

* Dorman Products; Colmar, PA; Global Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzfzIRBDlNbSG1oU5xV3hK0Aar2o4httWLwzeHDxheVo25ItDrbxVEf7jpCwZ7gxv9GGfQQggq8g7qMAoHK_F7sCOIEB5yQQI4icdD5gtKEYUZmt4T85XEWl5ixC9ZbiqsoKNEfmD4_wzYXJSVBvktR5mk7de67ZvhZbp5gWCLxrG_NIDCPQrDXSNFfiDuf97sN66tnwpSWhWED7lH3vDLrjJ56s2x6fLdg==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw=];

* DSJ Global; Minneapolis, MN; Director of International Logistics
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzaCL3MIaFQilvJx-p264gttPfRr9YIn0VrBgz5ePcMnwe19EJpqw5NPh9nGMMIMSsO4JAX7N7K80JraUBZj_y_yTlo06SRKWo3jISkbykI3ojls420O0_PQ-XsWmNAXet4LAAAjbU6nCyT3SIIM9_wCpYRU2hMs-HQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw=];

* DynCorp International; Tampa, FL; Foreign Disclosure Officer
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzfpOEgim9xjIpVEA8GKnMVAS1FAaiR1hQco7yc71ZR_r3-vBcwo4XuLU1blkNOr6gdhKdMY-tT6_GTTcJyb_mmZF6KHSu9ZZ6oSn8CmJwXMOvbeYY5UOzx6E48sNkpfku0DlWdIFRB4UrWXqTu-4R35yS9qCZLp7ZaLi6EjopNDyuYfatZ5UmzPn7-FLrLI6PRWZTf_b8iViYg6RZUM2Di1dARUtE2qFXAavewYHLA9no-YawSZQ5aI=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw=];
Requisition ID: PR1701977

* Eaton; Syracuse, NY; Global Logistics Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXNkVtcTHeeYJaVKsBlDB3D8kTWByiud0Qc2UvroZ1VE-6tpowD96GuUVfXrit3Srv2ncbns3smu56vfrrL-2uCbTsumcjslbpnlbZMdvNIFZ8Uvoj1KDmU-dC4KQqsLXvjM98hflQLCPzj1dgDn-G5YfizcIEc-lXOAG0bZqAtetijkWyNVqRd2_GJW5Mtr9XYcSLNhvnYl&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw=];
Requisition ID: 036620

* Eaton; Shanghai Shi, China; Global Ethics and Compliance Director, APAC
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXNkVtcTHeeYH-mnWkyHxzVh41kA_ZFm9w83wu3I4INBtYFQFBrvmFlx4ykdFES8VW71NQfW08ifUBAuu-s2SmlLN8-W1LVVZ_uNLtTJROEgPX5r6JRRNAAZ0veVAQ5NAZaC1jTI-NRC8gV_Fx4ZA9vqZheSCiIsvCYdSdl94S5opoPL6F5z4YGfte_WxVXLSNk3-Co9uv_QBUNCqNRHeQf-x6yhWbIxRvWvCBpLBy6w&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw=];
Requisition ID: 039260

* Eaton; Mississagua, Canada; Global Trade & Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzaCL3MIaFQilZ4r5t-975hvy3S1O_3n70anhlADnTn7bgnkauTQyow4YdyQQSByMiSDHGzHCiSW6zWRRnmEWvj8osj0vlKre_xU6ZEY8Bn4vYQLsG8nFUPSLHAuoVyIA_xNTBYpwH1mUilglOGgDTAQ-vuN-Yqfv0w==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw=];

* Elbit Systems of America; Fort Worth, TX or Merrimack, NH; Trade Compliance Manager

WASHAR0035999

[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzdYUDglQBZvq7BWLW6XIZvYkfcd4xaWcaQYFh6ZHMwTILjhOOSW724J4e-jP13ElUi7W5PfjSMqHnPAHTn---
Mo8qnwE60DJp5gbK7hAfl9OKH9f1srVt1m493IsDD9oHJd6hNvg64dTScfqyOaMgv04C7yha1dicu16zG9ta6ULx_pi4y0EGfF
kQIgSvRemxwLuqhej9O-0ZYemF0aSNWtC9fnnG7t5KGK6prWOCD-rMiXR-
uriH_ZiXfg65mXCV6BKyudOQnjvrH21sH32Y1DhqXLckhhd07GkNvVcYX-
JFbLEXJYm8sOYQNiFsvg9v1EXUehCSjoHkACZvIsY976HQHBIRc3IxA==&c=jHYp9gAECfzhRI-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXIcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
2018-5916
* Elbit Systems of America; Fort Worth, TX or Merrimack, NH; Trade Compliance Officer
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdYUDglQBZvqNxGGSNeP-
XPp2UGKJiCFhNyWOKN0c5L1GITcJ7wrTIH0GZ1KPQQKjVQvUq4XEJ0KzC9ZcwgZwl5hqEExV6uVUsT2yV-
e4O6edAEIjUl3aZHwTfjiAgh0E2vhtMPNKWh6zNjcTqW0gIBYHinuyVaxpj5-
WGyHExiq1s5VeS1jpjdJDqOhKlYcjQ==&c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXIcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
2018-5917
* EMD Serono; Milan, Italy; Trade Compliance Associate Internship
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQVFBms8uGFkrTmnnFNctPmJIF-
FI3VZpeTO3SPywlAlaAqaO6YtyR02MoyYCiLY1EGw2Wxdt3YwPWympRkI0DHTaIDRuj0eYcynpwInaBYkmld0vfbrPx8kg2GJ
db_qINWdKAgi10hZqOPE9BTyOqDgHqifLV2dhg==&c=jHYp9gAECfzhRI-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXIcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* EMD Serono; Shanghai, China; Import Export Supervisor
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQVFBms8uGFk6EaUX7P9IbXnTKiaO3jukB1Q8X6d38Fl9rp8tT2F0xKYFjFASjmzsnC2rs1QvwlmvhqPxWNYYJ7UofgW6q
7cJcGwTHIiR3vXAttbeTumLEwwud5iw-dVx6GnDqhrtS-HUpFKcpBWP9V2TW_wiw1llQ==&c=jHYp9gAECfzhRI-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXIcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Emerson; Mexico City, Mexico; Export and Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQVFBms8uGFkklN7QsPB4XX2M3Chaw8GJ29RvFG5H7Q2Y2J5YOSsczclYSEbB-
ZFjxXCb2nLwDGhwMx5tOOgu4Me65NyJfTyl3NU9oXCPGA-4-
6TxZ63_Tz51sdVIbpkUuIGzS06cTjhokqo9EqJvGwcyHQwLV022AHJ2d45egc5&c=jHYp9gAECfzhRI-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXIcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 18001203
* Endeavor Robotics; Chelmsford, MA; Logistics and Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzXzy1B8oIgDFGMY4GEFk_duO1YDIo7a4e-
n7iKx1KABsJbYT3nmCiyMDironJwjWKOAMg5Hxn_uPvm5AmNkAmGfToWEzKeKIjlIJDVZYxQusHmU4TbesKkpTD2pM1-
LdkbnlyhZ8k4byKB4vBKPVuxFuo5E2IP2wkmtoaBTN7iJQMtws2nmLBMxRVfvZ6umuwJRz661BvL4P7pH9J8fyH4pMzewKS
NYG9yM__zpsF7sQdvokT3F5bn0EYvvWUnNunmEtfnuVbfD1fVt6Uvt4IXdVj6dWawg0pLoWoBrBHf4uv0lNCf5ddh4-
lEnHT_xxvDbcDcCYHtQ73gf-qOhN-
B0QOrn527IPBE1dBCcKVHpeIp8VDGvGk2WFF3FP95PQ8dBSz76bX0UrNC5cLIBXjOQldYYXuUvLaRSnI_J0kko0_K4BfWXwgc
55YHHYefqGxA94htF63XLO6bPUF3yqgIXCQ4XdLKL2vRgCUfCMsKCfFUjgT82Oy-sY=&c=jHYp9gAECfzhRI-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXIcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Esterline; Xenia, OH; Manager, International Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzdYUDglQBZvq4tk8_7tDNsmtwvXsxQ7vaoT2GcMkNP1Ixyr7K-AOSpN0Sf0ITXG4MmLXRh_WXeAxccOAJY0GTg8-
iiioye6yTgyubuXM2JZIHaaMKZGVKDQUNAk7BpffkxdIO2n3rfbZ7wZE3nmhzb9lfj-

WASHAR0036000

4jcaOddSGkptT08AHHs1GgbuApH5vBqO3jGV1yRGJwE1f4Hh6q28kU9-1pWEfAS78FiLlJFVY4962PPo-nfE8IDQnEfoWgM0I-nuDIrYD5JpE9YMzQEqV_XrrROLjjSZd5snEgU3Katd6X14Fosga_sxs4o04t117Olr0hTg==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Esterline; Hong Kong; Regional ITC Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdYUDglQBZvqqC_ZfMjmBKrMUusQPKnvi_cL9skcn7VyC5-OZzdglCnVoNGK30u3koanr6YunojiuN_EI0VhAzqA3uhZVr5n0OW3goOvIBev48XXAz87Ln6R8JpYNnPdI9Ziz9L_-wFPJbS0dwCfGpGHBEu76bUAMjnECRrFIXESnw-x99r3bXNSLz2et8Oq80Md_rxSgOkris47WQ7uj8BNtsrnpQtmjfH9vaku1zIQNvinP9kBePUI8l51mQZRPlOCmOWSAn08aDZ7hg55cCAHLMYWMdJOxVIN4kC7ltCD7oy4-Is0n1QY_7YquOFkew==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Esterline; Singapore; Regional ITC Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdYUDglQBZvqqC_ZfMjmBKrMUusQPKnvi_cL9skcn7VyC5-OZzdglCnVoNGK30u3koanr6YunojiuN_EI0VhAzqA3uhZVr5n0OW3goOvIBev48XXAz87Ln6R8JpYNnPdI9Ziz9L_-wFPJbS0dwCfGpGHBEu76bUAMjnECRrFIXESnw-x99r3bXNSLz2et8Oq80Md_rxSgOkris47WQ7uj8BNtsrnpQtmjfH9vaku1zIQNvinP9kBePUI8l51mQZRPlOCmOWSAn08aDZ7hg55cCAHLMYWMdJOxVIN4kC7ltCD7oy4-Is0n1QY_7YquOFkew==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Esterline; Brea, CA; Senior Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdYUDglQBZvqXNP8cN4BjJBfgXM_z0i0UiQFRg7osrjTYx9j_akeIRhkVemknY7sRhFq1uQYQyh5Mx_NMf-T14yShykuIyv5MjahsJG5AwysFSEOlP0SV6mQzxnULr1s24m7HGihrvAGXEtigRSUI_zrQTUoSirYRuUhYZiHt4eC2Ja06CG4f2JXtFOixrxj0vizFOE-_F3Qs7jyMHpNE-Tf1R9I0njZI6hAGxgI_eN_QOIa44W96ag-Bj3oNhqYksjcIw8GJCW3v_u5_2xL1Ku3mkCgiRQ76auw_C8W2efAIhRF3B6LTCciW9a8aKYKA==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* EoTech Technologies; Ann Arbor, MI; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzejv2iISvM5o1nyUi_m-6KGmzaJz8n9bLDkuf5RahBfusYsFVzTeweLaDfn94f3cC7dXPUpsFB80O5M5Uy9UmLkHjDIDsrCvYsFuIKAYvRqOa0KJO9nGs__mLjVKzashJk9j9kpls4d6hAybZngW37jH1Uj_UyICxGWfs-GIPcbkQrAWS1aw67HCa6GzHMSrMuN0E7NmZrIPnPBmC3A630AeauEgtWo96Mw==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 092335
* Expeditors; Sunnyvale, CA; Customs Compliance Supervisor
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzfpOEgim9xjItAGC8E8oAJzW_T6qmDV8a-q55cuEdbxR-k8GOW79gP0XparqPZYnHUzbYyBecxaZDPjqjaT80e0Ajo3piVjZ0Uu7m5V-HwuB_cO2st7-PZef_p6ltA-YBguPEr9_R9DBvpuZYwP2rHK5qAvinsjN4Dnmui173ZQm&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Expeditors; Krefeld, Germany; Clerk Import / Export
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzfpOEgim9xjItYf17zxXeYrzyG6VEAjPoOJkz2a-O9pe25WP2EwbVl8THVyRu9Sth_zLORlwNzlQfVpYN3AzAM6EkBX0zT7kwXumqThBa08GWvQEJ7mB6UMVbWWNgGDmGM5UF8wLUnpOmN8yBH9MX9BpiZOn9f3nw6ouniwDx_XG&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]

WASHAR0036001

;
* Expeditors; Bedfont, United Kingdom; Customs Brokerage Clerk
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5KY6uD-WhTzfpOEgim9xjIFeUn_R-
Q0ZsNvhG5RcmJXw-
e8T0sWBj1hpwki9eSV7bLpJrEdkojeQgda1Kk_9rrps4KyuXCJ9jrhVg1HDOlJEjcxOo1bQvQcHah39UjQPAI3egpSqHUxAtMb8
1lT33GESxIpqtMjbwN6-3DOXs8iOjBH-Yj59KW&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Expeditors; Birmingham, UK; Customs Brokerage Agent
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5KY6uD-
WhTzfpOEgim9xjIqPS7ALx5OQkcBGFiOjTRlqYVvz1KppAjqsAX2w077RjtRE8hFSWe-
3OtS3KhApXEa3nsFbzLsriEMoCtRGLnXj0cAknxmA9HqPEpUcg4yi9H_T_3p_wP49QubgN6WgleiJAlHNo4bnFZOxfltbNhDEZ
-BQj7X8r1&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Expeditors; Dusseldorf, Germany; Clerk, Airfreight Import
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5KY6uD-
WhTzfpOEgim9xjIkyhX9uMocPkPlLKw0Wn7T-IgwPeKgMVvTDIcddlgtIA_eOStrAvH02-Z0oF6KY4Axppuuwo7C9OmD-
Olnpb7EGu9c8oBHytKH5CuOsx7KpxvKawdVDrF62NAHK8FvDu0E5kLqhstOc0OZUl_e4XZNsAEcBuOVsMM&c=jHYp9gAECf
zhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Export Solutions Inc.; Melbourne FL; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5KY6uD-
WhTzXbKA6Oi0aEQFH9Sml7iKCUWN0seUDwlxiyHp2gZXqoZgt9KDNwla3IVR8ckFCXKRW15nIjuqgsxUHwI0fKLOSgKKFsGSn
VWq7X9Fln2b4qDaWQ80ubnfn0QgPFNtVU5Ana4YX6DaBzUt0lePUtAehU=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
info@exportsolutionsinc.com [mailto:info@exportsolutionsinc.com]
* EY; Belgium; Senior Consultant, Global Trade
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5KY6uD-WhTzW8WaFXN2469V5eMFno-
JrwNdm3pLueQ6SXKYP0XEMK_xpwP5vNuOa5ZNT5O0pcn0M_lZcg2xQ_aaRrF22OiZphAyC_c1goMib6ZO3LlPq2xECjGb4jZ
hp8Vkujg-
AOZhhHbke_NKh1BhFnRP7x3OJWz2pD9bc5wbRNAOWJMMudEAnl2fey6kv378_35mjV1olYiHcEi0Yit_omcXlrwmayAJ2fN
HMMNsQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: BEL000PT
* FD Associates; Tysons Corner, VA; Senior Export Compliance Associate
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5KY6uD-
WhTzX4xxVHyNWNjjOFwki7wZsuOXcS5itNtfaQJlK3d5BRAG5l9whgV1hhNsKYu1JZgcski31HQqyme4mTNuQdF4LQgu6KOZ
9GqFdH51esEZiSILc4RI-5jl_M3sNyWugfJuw==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Send resume to and salary requirements to jobs@fdassociates.net [mailto:jobs@fdassociates.net]
* FLIR; Billerica, MA; Global Trade Compliance Analyst,Traffic
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5KY6uD-
WhTzfq2jE8a_fsEEzAf4KRKG950dNe9Ra1DTX23TaqzEhBStZO6WhQnPStDOWVGkF1ZXWrfWHZHrW_qcgtcVa7dV64JjP7Z
Up4sZbg-xs4cF-_9uoO8zWQYifMEtK_eCSIeGbugGBOZkrtdXuEcn7I2Tl2F1XkSSwn2HAqv7F-
NZxoATMC6YO3dH9Z2Sm9zjCGG59EGD_e-
6KsKwJyAaCQ_lAESu90VLzy4ROvm7ABw0aBypXGfSm6drwGBOY5cNelbpQ==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* FLIR; Wilsonville, OR; Global Trade Compliance Analyst,Traffic
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5KY6uD-

WASHAR0036002

WhTzfq2jE8a_fsEEzAf4KRKG950dNe9Ra1DTX23TaqzEhBStZO6WhQnPStDOWVGkF1ZXWrfWHZHrW_qcgtcVa7dV64JjP7Z
Up4sZbg-xs4cF-_9uoO8zWQYifMEtK_eCSIeGbugGBOZkrtdXuEcn7I2Tl2F1XkSSwn2HAqv7F-
NZxoATMC6YO3dH9Z2Sm9zjCGG59EGD_e-
6KsKwJyAaCQ_lAESu90VLzy4ROvm7ABw0aBypXGfSm6drwGBOY5cNelbpQ==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* FLIR; Nashua, NH; Global Trade Compliance Analyst,Traffic
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzfq2jE8a_fsEEzAf4KRKG950dNe9Ra1DTX23TaqzEhBStZO6WhQnPStDOWVGkF1ZXWrfWHZHrW_qcgtcVa7dV64JjP7Z
Up4sZbg-xs4cF-_9uoO8zWQYifMEtK_eCSIeGbugGBOZkrtdXuEcn7I2Tl2F1XkSSwn2HAqv7F-
NZxoATMC6YO3dH9Z2Sm9zjCGG59EGD_e-
6KsKwJyAaCQ_lAESu90VLzy4ROvm7ABw0aBypXGfSm6drwGBOY5cNelbpQ==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* FLIR; Elkridge, MD; Global Trade Compliance Analyst,Traffic
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzfq2jE8a_fsEEzAf4KRKG950dNe9Ra1DTX23TaqzEhBStZO6WhQnPStDOWVGkF1ZXWrfWHZHrW_qcgtcVa7dV64JjP7Z
Up4sZbg-xs4cF-_9uoO8zWQYifMEtK_eCSIeGbugGBOZkrtdXuEcn7I2Tl2F1XkSSwn2HAqv7F-
NZxoATMC6YO3dH9Z2Sm9zjCGG59EGD_e-
6KsKwJyAaCQ_lAESu90VLzy4ROvm7ABw0aBypXGfSm6drwGBOY5cNelbpQ==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* FLIR; Billerica, MA; Global Trade Compliance Analyst, Licensing
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZkfsrUCSUZRfpJsDdhRAojYpK7D10mbEAmHdmIou0HaMuUNPcVVGdyoCsEgvwz84Rv1eeeFMjiq75-
8BgNwM8eia9CE2Qpzs18pud3guNwA6LKVe6LhXAqEASPA_oGPoiH3lj3FlPTPDnKYhHKC1Q3AFcTzsponOTcHiAuTtagCRHt
9mLsmVisLqBE5UQrGoBIkVDd2Ku55VHM-nHlVHz_7duT3lb_nzf6XdY51n7yK&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* FLIR; Nashua, NH; Global Trade Compliance Analyst, Licensing
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZkfsrUCSUZRfpJsDdhRAojYpK7D10mbEAmHdmIou0HaMuUNPcVVGdyoCsEgvwz84Rv1eeeFMjiq75-
8BgNwM8eia9CE2Qpzs18pud3guNwA6LKVe6LhXAqEASPA_oGPoiH3lj3FlPTPDnKYhHKC1Q3AFcTzsponOTcHiAuTtagCRHt
9mLsmVisLqBE5UQrGoBIkVDd2Ku55VHM-nHlVHz_7duT3lb_nzf6XdY51n7yK&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* FLIR; Arlington, VA; Senior Analyst, Licensing
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZkfsrUCSURRfQgC65dtZEbbgUjtD54JpbJXeQinmFa8_nT9_B7G5PvDhGAhs0_iyrdQnzCYr4JxHSspwgfcMEuTKLj90rH
8A3aTFiE6uqWC1MUlqculq-EQTCEF0V7yptnNAAg9D9JmjRJvKkmhso67rh-TxCRXmC4L8Qw_ORB7c-ByG9N3nk_tejE2Y5-
R34_6SoagqIV2jiIaXHtR47yy3ZH6o-wzMhTpM36NI1K2_HYrQbVLbaHNSW-0N6iOxJdbTe-
tqifdZpURJK0SxM=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* FLIR; Billerica, MA; Senior Analyst, Licensing
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZkfsrUCSURRfQgC65dtZEbbgUjtD54JpbJXeQinmFa8_nT9_B7G5PvDhGAhs0_iyrdQnzCYr4JxHSspwgfcMEuTKLj90rH
8A3aTFiE6uqWC1MUlqculq-EQTCEF0V7yptnNAAg9D9JmjRJvKkmhso67rh-TxCRXmC4L8Qw_ORB7c-ByG9N3nk_tejE2Y5-
R34_6SoagqIV2jiIaXHtR47yy3ZH6o-wzMhTpM36NI1K2_HYrQbVLbaHNSW-0N6iOxJdbTe-
tqifdZpURJK0SxM=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Floor and Decor; Smyrna, GA; Customs Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-

WASHAR0036003

WhTzQgzjPMXLQeBpFHHBU83rTfAv1rkSDCGa4VPDzS2LkjrjI0rUJudfdLHuCK8_ItYzo8KtDuJsPHKe0Nc6P0mUlkr8M2vKbi1
5BV9tgwiNL1q0luTkm25r2hd8Dv3NwEiaAM-
CoUBldRh3w2E6K5hgQk_hHRcl_WDWm_YqytXLFhNbwDZriCeRwS8chyHaMLwMna88qr0wRtoUqB5d7B-
EsE=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Full Circle Compliance; Bruchem, Netherlands; Legal Analyst, Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQVFBms8uGFk3Rgv-
xta_8kXp3FdCMPqrlAFk3TGtZp2lJ4liQ6GDxMTgu5qppRNwGcIyy2SC4Egzchaq3Qum8F54bDKttYo_tJHTsLsscFT-
L3ieoXfvdThHs33CzmIDgWtCk3VOpa1bnObckLPdw72HQL9gFqTx-
e_AIJmeM0E4hEJK5ZdZJIJyWTPC788p0VvdVZg_hNn79LYRExKopQ4He8TUL0TB2eqzcHtTrDW&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* FusionStorm; Newark, CA; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzfzIRBDlNbSG4p3c9TGurkEBE5cUeNud6oYMtS27Dv-
K9BbX1Wp0fycct5o5aVi0GAZ2IPmtKyGuUdcXMfJQTieqieDhrA4L5cLOTnlkex6XAD4IvIqs6LahyVCyHOLdvW12T2_Vx26BCx
zdipnueqEYDRxeaYJV1D5hLVxjOgXc9Yz74m20O3bOQnc4nY9OhV8Rpo-Tkl1wm-UO2WBS4P-
CDWcS3_IUSKHXw7l3xHul9pA5ZGPZGP_ldsd8vVHL_uX9NLpciWR8uZgprgax7MDtKm9935soMDIC0MuV9CK_Midg1EVipa
_6SbIZeskWSucwhqykeLk-
MHjQE1XqhYi_8owjbGRzyvIG6CEPwh7fV8wk0dU0JcOi837ArMvapAtuwlCJEfpD&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 2018-2350
* Garmin; Olathe, Kansas; International Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQAEx1qxHEe0BnbDdaua20LVGe5CzDLBF-5Dm3YfJ5PJT98V1Fpv0q8pytRJLRrS-
ee_bRG71m9xbnIXOH1xMx5UUHiW_jIWzTmd-QT4AN8DyIj79QACMo8Udcz6ePzaBg4RpWbP12Dr4DvfLe_CF-
MrmN_z58NwB5wHaA4Isxpq56Y1T3woeRkVWG4RqHEiC7gCqCT80x6WsbivgZ1stfiMfZyb8bU53ur-
mS5yYlvosyt8qmqzcL4=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 1800006
* General Atomics; San Diego, CA; Internship, Import/Export, Summer 2018
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzbPGRUCXKwqkmdQiN7dmpm-hOUvN8drm_89HSUL5D9FFNzGjzAmQgqii_Nudryl-
ullAWtNqbAJQrD6Z_SpAeEmsDwXjEjVjvUlqx5b7FJcf6MOBq5A_vhwHuKZfBiN81U_IjHhMxJis3QjtHS4C3KOkTcVpXY33Nw
oynQUa_Qke_7aXpYAKrY0AvSZRSTpEe7qDXZQFs-6nRd-nv4J4cSE=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 15731BR
* General Dynamics; Fairfax, VA; Export Policy Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQgzjPMXLQeBejI2pv_hzZ8q7vUW5-LvFUvO8lHrK4KTY5Y2wTdO51mMQzuGewV8OAtoq9iS9-hHqbalfby-
e5KoaKWqfFl4uUz-
VAQhzmXAgCJSXpYLcDwvzQHn3ni3271Npv0KyFSDZ5_KA9UOZg7yXVgsW7cYBA==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Job ID: 2018-36089
* General Dynamics; Arlington, VA; Analyst, Export Control
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQgzjPMXLQeBLihZ6s3LmOtroB6zDAm3nwztit6lVW-
aW9rL9igm4jgWaUaewx0TgIROZYeZKPWNjVpivQf8D6pu_S81eh31UR6EPBHgcr1d5tefNwh5dx0q6JMpf4DykAlaLvY_fVT8

WASHAR0036004

1oSeydoMlrj0Rfv7zD-nXA==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Job ID: 2018-36963
* General Dynamics; Falls Church, VA; Director, Trade Control
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzaCL3MIaFQilhdzldIQRxcT1WWLKFAfNPoGmzWBfAfSxfK8tXrcA9WfsS3ZikONn7oCK8JkLwlhsZvmL9-1UHVUxANFTttasPuOsokloiqGJ8Rhil33isI2ooUC4ATh4EKZgEa3B08KLKe_d8OH7plRC4oOTrc8Sh3boVaeuGWLfUWXiW5axxPRPrMfgbSxlU-S6LOFZASDZPx5g7RODdORWmWkEy1-wVVBjAiK7Ge6UBUVzNw-OXCOdQBgxlHdtJLbTKfe6hfO161n2Xctme-Km8h94a7KORV3NxuHLERGdEttFuAI0_m3tGUQW-1Cnqkn7V-hWevuDfBUvzwvLrW7FKevdfs5y4RDtVFO0jZw7AcjQ7FyZHqg=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Job ID: 2018-1122
* General Motors; Pontiac, MI; GM Defense Sub Export Compliance Officer
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQgzjPMXLQeBbfUtrPvt7gS7JIf-r8orqH4oFlUeBhVTT1L9unMcaWu9E-SQwTiyqdLGFPhgantsaSXYoZNfOdb5ufV6E8lN1pwbOqSTzzih3hclwQiS_xPFQfYGo0p2wY3Vu6q3VLE1yl_pxgBTeYUbCY33UnUTckQ6Jl2uFFQX0_M-_GeSCSjOZ26BgvFkltSqvIs3zDvgwoUUYcdcGA_ddv4eprDKuIF66YVY8Rx1BYwURpEbEvvHBM7F_NreBQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]
(Full Time or Flex time); Requisition ID: GPS0003372
* Georgia-Pacific; Atlanta, GA; Sr. Analyst, International Trade
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AeIeTFSQGug2yr5Zkusa8t6Td2QIp5VwUx7sc9AgagecjchdoKOJ4mI4N8bXA5VubhWF0jGRzJqNOAP1lXnICC5lrKdoQhn_42jtDHTSAT9PfJKYCF9Gnug_f_Tl8Xj37eE37IEoMpg4wY1GcH77K3WMe8aMUr_WP4F6ULn8jUw_72aj2v-mnojTywHY4H11RvYiG7AD2U5uJ6geW43mR-l3Q76-1axgpp&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 052010
* GHY International; Manitoba, Canada; Trade Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ6AEJH6ItAZf91IKcN1fcVO4uz5tHwQB3UfKHZ86bjLZjdvOV9428j3YR3UdUOsB6eZUX_0cYvjwCrHVnJqye2nwicLCfQPdr4kxvmHF3PEpLn-A0O_R07xL-KCdcgdiauq7O3Cp89tsmCOk6kBou9PxvC3k_eVXQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* GHY International; Pembina, ND (or remote); Ocean & Air Import Coordinator
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ6AEJH6ItAZ6W9bde_TzWTHqD9R3E-irnZMvN_3U2iA5N4zHU4QF8eEZt97Sh7pGdHtMBMTK_cck07ChccCknRdZp3FuaXo0zwzSXA7bosL8p7kkNag5bgCy2Z-QjskI1GrGG3f-pqyjcRyUZRilDDfsLKly9fPQU5__PB3Q-rxEW54F-isOfhtpvoKt1adag==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Gilead Sciences; Foster City, CA; Manager, Global Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzfzlRBDlNbSGCzW-NC3I7VStj-lN9sraBRO3POmLRr68oG0KbWqDZOQcmcs-fTWnUoBPPASWCpZf46DgtJv3DlnoR809vHUfhgdtIZSVu7CX9ffbhZq7l49AM2tmFrlAARbsTawygkekmkfrpgCK63cpYv5Qlu2gILx4basnLBCOqrsBOtSXCNw3H0V6wmRtErAuXY1JBk5vhy2SgjUSQpouSrDxhyKH7wmjw1syTPd4AAtCqN57af3JKCiwCakP01U4yigNzfqV&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
R0001742

WASHAR0036005

* Harris Corporation; Roanoke, VA; Trade Compliance Intern
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ84Itnc5mIHSXpAJer-r9-48mEwM4RXD7sBh3BLD_GV2_i8bJctFjxGINjBbZtmV264eFgfuWmUjf4KmkKYeEMmq07pwkvHGOT7SR7l_eiIOjHCOXuPJ0w9eORi8eLJAhuB0DhVgj8Y4_W0vWsY6g_PIwSwLW0qYlkgEg56l5gDRlbATwIYq1VZj8V9IG6jmQOsQKbgNiFT9xw6YVAHzOLf9u2tAzruZShYajQIVDALkurC4f5hf-bzvsAJMvxULaIx8Lg_dRYFQt4hv4LJ3t36P-1ifTuiPz8cdcSr85O3CCF5IFsSQn2tSqR9afcRlP5dJ4arjyZM1eAEGMecfwQ=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Harris Corporation; Beaverton, OR; Manager, International Government Relations
 [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ84Itnc5mIH3qNs4mNXi0LJu5BSOHxv4KOpH43f5oivav3Ie3w9k7K9H7oFLCe6oS-16rNMTlzJ6lXqcl6HgVS-3B00_gY-DV-iLs4IHVvw4subMEsT3ySBMXP2ZEPwWDXsOhse76gPu9aeMDVErt9pzgygM1dCvfc8KTn-iCMUC2wIz5EjmqBXGXmqd17vAsegO2diglkO4AbeYWVV0Ohj3qbS8M7LaSnupTQ0AduTlVSR5HUzGfBWd-AIM4FqzQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* H.B. Fuller; St. Paul, MN; Global Trade Compliance Director
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzaCL3MIaFQilysBQA38d46Y-iZ5pPK5e6AUQj1OHZRMrbcr3bPJWdQp4tbvJlk0ShMSTxi23svNf0u9i7x-URHc0OgeZxyLON98_yNdmfTJ05xsccY6Cdo78BZXv_0CD1PDFYQmj-JrwQLK3NvBEyDwj13ThvY9BNQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Henderson Group Unlimited; Inc; Washington, DC; Process Improvement Mgr
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZmjklfLWrdqqDECop7OQA7P6q9881R3aYKWRGcsLG0hgzn8qxvjEnS23r1gHxM-8sY9KRdHZUE_OwOkKGXhdWeffa-rx_iXm6BdAzIfkAprZVP1IzOWEaMegDn6s9X5b9kkQNlPwoIy8uwOtPOXSi65H9YXinlVK3NgpZgkJIqFQS0I-Xn0UK815RMi47UWC_wah2cXatzWTbpzwX0sDTSy5CesC6_KcgTsv7fISv4X4SoGJ8yPr9HIMUggiiwqXA==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Henderson Group Unlimited; Inc; Washington, DC; Defense Control Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZmjklfLWrdqXZH7mhZtQOnCMYtzNUQ5H41ke4taPY3lvczRBrTmmSkUfs67EJvKtmYCcwJ6a3dfRm1XvmxzU4xrF9vh_gFDdFXwbK09okglRoU8L2fOtEfH9p9bXF2pn2IXfIUhtB8timRWu1hGx3atVibPwHz_9CUuNINCAr4XxJIi2yF9WZil7yviyY1E9GNJoEZcqiEcwkqHM0jsVA-CC6MqZOo9t8z_Rg9ijKLmUvAURS3N-D9q286gsXVcpw==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Henderson Group Unlimited, Inc; Washington, DC; Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZmjklfLWrdqskX-c8wzczqdCYWCc00VJvdgOsAdtW38T9s27Df72StpSiDYbjazPfjgiYNacAwtXRcUhqCXUH8sPsCirgyiZ5Fk8DXn5AfZ6s1hnX0cFW_jQ2noalx-5fEye33FSBtsEzOnZC3KTuqbXnRltpKDioGvw9-bIuet_stg07AGRLbolCR60wffz37cZps5SPUvKHg2U2SPjxR3lFdkxXQqN3gSamm7VR4FKdoVNeLaKbVboXYG1bLN7w==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Hexcel Corporation; Dublin, CA or Salt Lake City, UT; International Trade Compliance
Analyst [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ84Itnc5mIHWYhwACuwBp1uaJVp9d0YZMrJ8ndWUbWiHMTC9RSLpnOb3MuOSBbn6W-fJ4Mi-58hX9_pVB3YHnjiiAvKn1W6weu_bqiG3uxNjUFXHoSHuGTyHwu7DHsR3LfH5YucfxeAN0qNyl9PkA_otwJzDoQRTA6AGX9qHmLF7tv-ONn9-Z6Y01lkNvnfIDsG5DoINi-DRsj3LWaGHfNjHeSUYp8EbL4Pdm2zr4mGN6T90NgZZNxsSc0xf6i1n_yXN8kyfUCs&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: R011590

WASHAR0036006

* Hubbell, Incorporated; Greenville, SC; Export Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRlSvzCgtgGy834L55Fy5SKY6uD-
WhTzfzIRBDlNbSG5nTKF51bxvtsZte1nbByza8YXoicgvWXVVmuH-
kGMSAtIbfe6Vs2KTXq3tgk7dgWA2kUGLONKg50Dhz042LCeVSp1KFc0nKd2U6RccqLRO-g07EbOY5a1fLrzQ7b-
x200PC8uu582v99dGDAV2QvCpX-
RTzaEFaf1YIosIeVumsYjxhobGIwCuZNa_5PzIEhSZks6HXlZBG2q2g52DubAw==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Hubbell, Incorporated; Shelton, CT; Export Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRlSvzCgtgGy834L55Fy5SKY6uD-
WhTzfzIRBDlNbSG5nTKF51bxvtsZte1nbByza8YXoicgvWXVVmuH-
kGMSAtIbfe6Vs2KTXq3tgk7dgWA2kUGLONKg50Dhz042LCeVSp1KFc0nKd2U6RccqLRO-g07EbOY5a1fLrzQ7b-
x200PC8uu582v99dGDAV2QvCpX-
RTzaEFaf1YIosIeVumsYjxhobGIwCuZNa_5PzIEhSZks6HXlZBG2q2g52DubAw==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Hubbell, Incorporated; Centralia, MO; Export Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRlSvzCgtgGy834L55Fy5SKY6uD-
WhTzfzIRBDlNbSG5nTKF51bxvtsZte1nbByza8YXoicgvWXVVmuH-
kGMSAtIbfe6Vs2KTXq3tgk7dgWA2kUGLONKg50Dhz042LCeVSp1KFc0nKd2U6RccqLRO-g07EbOY5a1fLrzQ7b-
x200PC8uu582v99dGDAV2QvCpX-
RTzaEFaf1YIosIeVumsYjxhobGIwCuZNa_5PzIEhSZks6HXlZBG2q2g52DubAw==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Honda of America Manufacturing; Marysville, OH; Import Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRlSvzCgtgGy834L55Fy5SKY6uD-
WhTzXNkVtcTHeeYkqUUC9oRp8w8QlJ_t-
VTTjydNmB0pj0MVU8Mu9b4ez_olIgAPmQlL0N4mKziYW1dtH0P3ubVyJnVUaJJuA9rJxk2kwyoO3uOr9wg8HlaU4thpN2_IU
ns2qpGgvNNJIEkN-izYilekNxDRTPb-aK-
JvtjDYYicDYVBN9vSSOYtSWObOFuWeZLqtsQxOfYPB7n4W9YlldJsH_pCue_W9CmHucbU-aZ5DMfQR4F-
BL9DuftmfzQ17ECkjplFrhTbQMihArllHJJqQdTKq-EUFY6e2Mhlz4x13Hi79G59Dya7CtkhgoJulN8hf1svJ_yeNd9xZUiHS69f-O-
2JUXMUub-
CxWmPqRfcTuj8p6QI2j65Kx54Rg7QG2ry0EWO5Zoq7fe7QZdXkzzwYMWsBWcDo7WN4gdWoeCHJVGZoDIqMEd10qwMkc
_jfBnslcEcFJYirsvTUUWKmtpfhX9Qx9cevKKnYdKeh-zycDlq0ZwNlAEt30O-
pVJgyqeiVhTP3QwiYFEAPmmIojFKoPjRwZD0yc62_OEY8eR32JzVe9GfQD0NpqRb86cVcnGKkeWj6DKf8YrwCyuomFYE0=&c
=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Illumina; San Diego, CA; Export Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRlSvzCgtgGy834L55Fy5SKY6uD-
WhTzZ84Itnc5mIHvg70kndR_ikq30xhFRhl-ekjFwagPHAf7oiGXzHKDLA2b_aZekksoAXiIG_aWd1yEl1Jgk2RL-
jpIeiuKE5gWxEg1Viaa1lhmBSs6Y7QWwTFPixB7F0buskU-_4Pu3QHtu-Ul7-
b9er6XHASOWCYmenyzzQfKt7icmRsyVLCLdXkkwekaKdHjSKSpHaxedMJMBbwm7e_L9T_zA4cZ3iaQhT5IHiELcg6U1nYaus
99mAWfgHMc5DcQRJK52_RCYDFmaLQ0xXuF4OOzUorWCC21Dwo4jQFHt6B_qzfcfN2X5MqMe-
fCuXUPBYqEbmZg8HTamh87L_qSNB_WgXE6sjCJCgIaSj_s1MFOFa_biFEaD3SrzWYmWjYZwJmiMsra32aFs2sQtEJsdZUFBB
M2AXs9HTu_dSSCPdB3K9XZOSNP6WTQDOhHrvTYE8dOWno1OV-M1Z3qFhqhG8L-
bPhECjaQn6MUNoUeKG9MMPNg9dgFHUwnL-t1_b1JzVUcJvnx3GnG-bT-cJ6cg9qc17yw71fDGYAD-
YgyEnM7fubrIMTo5ouNrEsm6sfawVERgPsDPSZkGEXITj8-F0=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Infineon Technologies; Munich, Germany; Experte Export Control (w/m)
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRlSvzCgtgGy834L55Fy5SKY6uD-
WhTzQLQgelSwPBBJWrV8eh51X_c-MU-

WASHAR0036007

EpqWaetWqUO9Rr4X4QgoFilONKjkd2wr0RhbFsRu_39yAwdk5bMp5zRGWI6FC_4bAq9CFDr9eddm20xPGrNcKfk--GsoNkZwV62oZj_d-TGyAgfEH0b2Vziom8tx6XEot0iZOZg9jMzGJOqB8kiOoo7qOHErps400NXY1Y8O3RKjyKoUNzM-ZfWEwWaVc-_6mUmPBg==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 22825
* InteliTrac Global Solutions; Herndon, VA; ITAR Compliance Official / Deputy Facility
Security Officer [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1Ae8tMtjHAlz9tMlKCVL0Bj31BEveqLU-onXMnQqrPGj3QlZVRwzuHQFn7BmmvccnWhC3Vj161_r9TAHAFGLCJJ57Dvo4WYCkrjNRuqvRpuWiCnXoOVCuKajrwSmAtZXsnH51g8hLYI-Bm7yvyYxwYOPZqAedR8kcJVft2T6N58Gkw=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* InteliTrac Global Solutions; Herndon, VA; ITAR Compliance Official
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AezbK5vNBMsJUN9nvZylkApoQy7nRJQPkkvjSjfvYb7ZWpthUV64wg-pZhJOwJlTWuFlLV25TSW8f2v26bOZVk5BulZGe4fDiI6d9q9StqHFaXhUPFmr4PD873TkLNDfVNG8xsJ62B5-0HLUh97kTfsWgtg-v3gxSt46TkTBa8kQA=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* JABIL; St. Petersburg, FL; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQVFBms8uGFkGV64b87aersbS5aRF8gNrBTjymAecRN9Ze2JJs_szR-9vvpzDe3gyze__8v7l2Pr_K_c8JTwUJ3RovIjBx589WV96YUWqs5f9-JldvwX9bAcq94hQSgao3mOhiLwF1CAitqBK2SMocSSAtaw_RwzPwhm836Ug5K6nq1KrhJKotXkPCG_tjKbQhBKeNrYd3Ji&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 207029
* JABIL; St. Petersburg, FL; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQVFBms8uGFkzhXDmJphatIIenlp5vnD8XRgUJb67mY36Y6qv2K06VNYA7lka_lJZLf2f1CadI2OKQCzAKgOMWb7q-lzlSTRccYmW-B-ljpNLjeqh8bxHebd5YMOGgYJcfqduv_ao17MTZSin2sAj8W5d6R2NTNL6fLv__enWCZnzkdlKswLQoNdRh9nfak6n7sR6q3IHc-dbJRtaNihocw=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 206581
* JABIL; Guadalajara, Mexico; Classification & Export Licensing Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQVFBms8uGFkA-RfQtmJXw7QVz-MOo_FMdhxjVcS2fT1HakIDcUcpqA8foSd_NDARP4yXrAiJmBainsfnI2f4z_PAE8vmxj923P6ADD-FUht3oAFJwX2vP8cA8EXbZLBXXu1VR2dQP0ZCoLmZjAmSwpkIUCAJUQe_zBVtc6XNDS-fG2LrIyQZW9qbLp5YtumsnVnDI8d1pmaqgu0MIrjGBnA9meeqiOQow==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 207594
* Johns Hopkins University; Baltimore, MD; Assistant Director, Export Control and
Facility Security [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ84Itnc5mIHhKtSRxl2Waqz9aEvNsWYzDFTeCvxTvkZy6GDVTZ6FRlsoP4H_tlXpNOC6OHq_4BGqgl6EUtEY-ga0n047CVfday4gWs_s5d1llhP7TenkwJPXA62wtBMfgWoxxlj4Z00liNcbXhOt66k8UhBDN_1nZ5DoAQudKCc_0CjzN3jQbHaeLXQWv_lX2jMMmxX2Kz3IyQs4uDlunMZNoxiT0G8jfdfDPCFXJE7l2y1einkC6c=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* KEMET Electronics Corporation; Simpsonville, SC; Corporate Compliance Analyst

WASHAR0036008

[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXzy1B8oIgDFyX1QCpA5YDJjyNuu5FogWMo94Fd18Ar1WiNjSojoI8t9KYpe6eaFAJN3nUlv1deYCPXur1W5S8lG3akC-szTXK7MWu833D7JloI3gG6Fb3i7iHkz54zhRcoxUwdFaaA1fIcWStIO2RdOnIDMh3ox2PyTn4QyFxDYhYtGqfAZaiTkiSoS0YC9VUN7N8YuDmhahBjUNs3buc18GqK3P02n5FJkOEcvv0GsHrm8h3yFoOR3QTKQJLT24zKqgbwYMmLjEk7sKEhfcaMQozFIo_WQ5rMlAM6jd7x0vCiKZ4OFTqgTwWvEDrYuknCzjyKJt7f68FUoOzOQk8MLDOZ2PDF55P3K61-eHmUu_nAtPa3O2KthRwuTqzPMm3VVIa1_GXZosruZarJCasSjIrdT4LKGATrKaoN4_t0eztrdQedZiWIMAjUHMlZHPItxV5CgDNbCC09HpCEyHIIzBOiAFxNMmf9_ttrcXhTeNIFqJ5AE51k=&c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];

* KPMG U.S.; San Francisco, CA; Associate, Trade & Customs
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQVFBms8uGFkn4tke8miwnUOWMSEzRPzmIdsjShYxzZQYem1WTgVtc7aEScRjnb08HyInZxYjJoCbyUyDpn-8xUA5TYR4a7baVAb_CUXaMD1mmc195DNH1J804MvFoarCZDjUOYOSugIDGhkmVct5rb-8qPwo0yacQ==&c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];

* Leonardo DRS; Arlington, VA; Senior Customs & Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzcrua7WXu_rTRznD7XDbOSyc_TJT_xrWpSReVGUyW8OFAfv9KGB-Jajfzlo4GuPUXrU7NS2NPLKD8-zKPYMvTcMulzsUq4UiMOSDBpqNV0vQqjxnQeuuBNKvzRmonW9QbkdxfbDL0ZGHLHoMYOQJN2IHcEHMZrb4BSwSijqBuEccvC9fkktpo9uU7YLOOZID2MxubX37nJZYq0CjzIT3wjhuqxTXA-UMWTMwLMBhhz-x_-nBuBo7b-C9ruJ4HCnSleV6maYIQK6uxuG3u6oI-Tvi729h1OQTB1wLbo_BSXbZI1PM0TCMvCVZw5NPm2AknF9Kz8TRjUfx4zatpQYCGEtWsGgC4-rRYOU55ANs2K4UjO6BOgeoYnccCeTGWMoUZbSf64EQDlWc336C-pBDtk4VCSC_Jf5nvZXRxWcIdcZYGibOjKRASmG_9L4alKiYse8Wfx9m-LKOSXUVl8rBm9Z_hifQdFjmGT5ox9YAkIr84mHfNtjm1gs=&c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 87488

# Leonardo DRS; St. Louis; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzazzX9a0xJaITEmwxwkM-PaEEBIW20YNeEkzgLunnX00OzgFxkRBC0Q5BoKdoqm9Or7srH_5h16pxdgity0-JfaNJZOD4B9ayALCxKvXyDULJHNdidII8UK5jFhmKWYkkygwMuryCpPxGTRBICIaLnVKNaGcCTKAYOgYsOHJ8985yOTlwbrK_-XGqXtGnzc7UFhsOXw9R4nAV2ce8hcjd6qBNL5FjQSdxhkJ0_Goa6yEw63J4nNC_X9tV7B1MmS9AfjoYG4nubjNWzfCVbp_BV0_P6420jPUv086ghtz_vv4&c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 88127, or contact brandy.mormino@drs.com [mailto:brandy.mormino@drs.com]

* Lockheed Martin; Stratford, CT; International Trade Compliance Technology Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1Aerb37kHdbhlIz1X761GilV0TjSpBcaxeYwOuEZ4YyB7TaPJWeDt4KIIQX-6CTBKbsHVhgKpkOESkBT6LYfVv7raFLPXRTUZSAuJcSjHRB6xEq6CYKahs-TTPjOS-DbN0_nq5rN_XBYTR_JyK6Co-XGJKcyUs2DEAhn0x5uOhaaPqwnsKtQ2V1qfEjcllS6Ety&c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 415922BR

* Lockheed Martin; Ft Worth, TX; International Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AeLoGNXj2-uOali9Q10YbEcJDq_5LrYxN9gf91CKU9VHzeyONfMLrUPgGBYUarCD2NvXieM6AxRziIP7fdz_ckoGZZaaaW5TqNn9AkPiGgUf79G3QhSq9W3JHbQiXiT4dmbml1OMVjvyyPJ3e2UylTlV3SdRguXGk2jNJSqmMtJnmm1mTaoKf54nEJWcAAz0MKH6pTdU-Qjws3llN_Dykx9g==&c=jHYp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 416747BR

WASHAR0036009

* Lockheed Martin; Arlington, VA; Export Licensing Staff
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzeQBHpXtmtCE_MFG9X5hDtkFCKTEj-QpQA81zzkWTShzLVqis-aDreak0CpjSeEimdjTWBIoskD2KZbNerP8-
54dGmfEQ7XEDs72EItu-BelXvbNsDgzyYfyTPDWW_Jrw0QO7LrOr5wzWNrom3VmU8Dwp0WJj5pxCKm4QSB-
8opkH9Xuk1KPb1hTGO2IIQ190gTcQODsTh-1&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID 419903BR
* Lockheed Martin; Arlington, VA; International Trade Compliance Staff
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzeQBHpXtmtCERUFhWFfN-
31nAH_AaAB9cxQdXt6A0ZamvNkCeej4rFLZM1PYMVs2scnu2HdqTB7I93BEu5L-
ZefDrYhUdcrptET9QWaA6uChHkZ_Dfj7VOwPL4bgTA8DghVhPYbS4WRIuh_WoeT0hbLOJy5CDMZe1vtRYUe56ysdxzjkCkjm
b9ffTwpitbcBpc6nKTw-cmNvNDRAooM8J24Fn9Fe7KLKWA==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID 418761BR
* Luminar Technologies; Orlando, FL; Import/Export Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZ84Itnc5mIHWIpnTAFfDLgwhEAlfgZg4-
ZwdBXfnAcvb8l4t6n7KLINIeRYnzbc4HClBoJbsZsXYLdoEHsHEbiicpyTrWl2GdaDh4KgFMfHAQdLSocVN4XGIml3HdtC4RSQIQ
WREMDgOhE8uXJ1X1OM2kC-
Vg55NYFkDdXuuk8PwL5mqhKFOkn4E5S8icFlCMH5aeHG4ysQBbwBnUfz154EEvIfwIQOJi8ym-D7FJszdjlGoXI0W13P-
itACM_6b8pJZdv5q_E1mNxFvM1vdm5fUAMwCCrcxSjGEFSGWCTxJRnQ_1lm2VRd-
FguPJLR6u1wTHLALkQniEnK_WZT6KyDTy4Sxkp9UyCj4UIQi-
lCmytnkuwaqF38UumFkIoDI94Clz3fC6Y1nfRSPl3qCp7Wx_KBF6VHy3U2zpuOtl-
c5gn2LuY6f35dZ_2yb0XMwX7aUGQbfTLVm_4UhsD926QgH0_6LO46VvkZ8z-
dPLgrQGTqKhXt5UHaOmlWa1TOmeNTVWSPuFXBzV6otZV_RKCIW8z-
ktN3446pc2pqFKU4Eock6VW12Xzs3Vpa9ylurOfUGitn7OZih20318m6J4Chqq7Z1apepleF1L-
zdgMJH9YMcJIXKm65VgDAnD9R6zbBCfhWyatR4fFDTz7EPyw=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* L-3 LINK Division; Tulsa, OK; Contracts Administrator 1
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzejv2iISvM5oBYs3ThrD9qpEzZbJlC729jtHg5LRDv6PCm9ekSBvdp6VpKUD2_FylLG9WIZALlgIqTNPe_jBIjHKWQ54Mo_k
P4O30G9EFbmdvO9g2-Nb7-VeWshYf6Amh1SGEo6Top1Ityjk2Q9CBg43OLFH2f6QrlW7SNc9_-
df2k5enYpn9vZQzJmxfeaQyOjkZy1thxVm4nYFvxhfKDEg_5zrTB_MxA==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 091686
* L-3 ALST; Orlando, FL; Contracts Manager / Empowered Official
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzejv2iISvM5oC65J6BpeTlVPrb2sVc35MtmDjryHDMa6_vPxTFnG2BH6d5xGsvNqtux11sV8wdRaht5_ERCAoTs_minDG
MOoIU_FLmfBeTPZEjBzh1aQrHVhRCuOZ4dLqI4Kpff4uZleg-nd7WEFGua-
fkuIU8zJ2fHkeWDvhf0dL_SgGOBp3WGHxMfuiVpUyLf64E4Isfv0MkJJkOnB4SPZj2ziQzF5_Q==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 093069
* L-3 Warrior Sensor Systems; Middle East; International Business Development Manager
- Middle East Region [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzejv2iISvM5of2DmfmNcV2TOYapWff8vK73nOH2uDFpolXNczuZtwJI03_pDJ1TQLWLsgV_fGc4hH1B-
l_pRoWUoLo4Sl3EdmoPbWZXkQc0GPuosDa7xOvz14sLpVzPi3BZUrVDjADsW8sE5Il-
cMbTRgAKo8Vy_Z8aVK_iTuu9Xb4GxDNWwe9mTcffjyDyh4nWWK3zYMGc7Bm_FuWL6hgdzFrCbWbMdPw==&c=jHYp9gA

WASHAR0036010

ECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 093343
* L-3; Ann Arbor, MI; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzcrua7WXu_rTVA0bYxIfkp5H__HM_zjJQe2XmtoXQYUD1kMGKjNqZEHhIxCewVYGJqTnA0JB_7RqU-sp-J3oomKnZmy5fmrOrglcYQLWihP3BCncIg6z12W4lGNsWoOCmEzE-jSxXloPZAnaWXzUtHME35EOKL0ybdgGIekMR_uqnY7MSkXc_IA=c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 092335
* L-3; Greenville, TX; International Trade Compliance Administrator 3
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzcrua7WXu_rTqCRACO15OtljIY9HVr7iD1KCJ3LATvGm8Ug37x5KiBtdHmEBumN5mIkNU3qlqMG5GdIbseUHeyajb8Ym78fnRSavR05osp71JYQSoDOz0gDt0d28X7xYfLP7jM8L8cFGpK6P3W9iDFN6dTeMLSmLWj1P9cQmCpD0HLUgT4MvzReNDkL5ppVjrqCXiRA6Dsa-O4vE3MZtIkI=c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 095830
* L-3; Greenville, TX; Import/Export Administrator 3
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzcrua7WXu_rTe4zOxBe13Iij5MdOh_a4WO9of8nFSqkgF_YGoCIiGUrTG7GtslqaJo2-fPVj7k4Efowzdm3vSWr57BCCIVfJUE2v6LmgKeeZTkq9oCsMk6idQiRxYw49_wJHhu8y24-jQuYp-WvmmQbk8BAgZh0hh2LNNgxNcEPqgjxGHe9SBA08ykWD5Cy_0w==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 095921
* L-3; Arlington, TX; Trade Compliance Practitioner, Empowered Official
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzcrua7WXu_rTRPnifi-hqcUYIfx_KFg66G7ydUZl-937OAB-E_79TTZU3YadNzIj1K66-89FvsJKbi29ZRVr0KBCk-1vdTbd3uy9pX4lnm6xnnU-6rTnB7YFw2-eScF0wX1hNYV013ooXeimSugBq12nXPz85duyAxsA2PWs4LUwIsHHwwv_Nsk_R9_EDucCAN5Nr0_ATPch0oJZ3MNkRPw=c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 089915
* Maersk/DAMCO; Agent de transit IMPORT - EXPORT
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQAEx1qxHEe0EgowGK9APKEL-TFH7xH5Kny_OuHifkk0X8OsO8E5qV036yrl7uaIf7ng4DsAd-rkodeehxUrqsaj1G9HDvlh2njj7m7AkzB41UQlIITvBHi5aAh9Xvku08-G3FoEmlj-tlXSaOiJDQOmgizrMGwc12qIlc2I0rwckYqTFIdBW_s=c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Job Ref.: DC-164022
* Mattson Technology; Fremont, California; Import/Export Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXzy1B8oIgDFhpwJS60b1DSmTlEKyKfeDT6_J1PFORJGv_etRqMsHCHMNadtLKXflKm8uvowFu8-brLgt17UE3fa4d2Xzj3vGsxeTd1gJDuv0LZdjQfuyFmx4X971iAzsnqC-4lR3F5ug3gyLiErh4p3LVnXbBnthlMAFcA8evAyUDTlh8jsCqgXc06T2ttCmff6OjfhGq6GdM8PU1JOJq0Fe6kneYTSjl2c0dFpvL7SZ8B4Oyue9EaC2wRry480gcDK5CpH7XW7Vl0bVPHCu0jDcp9Zov3X6IbqRJqrWkq5mNshiTuQ5T-AZJhKqEi9bGecxf268pwM58H9oEXB357Xd2Nj5s0RxtoCk5AnetKd7hPc-WuPRHOYdVqmcv8XZuXqvRMniZpMb3RH31f_vIPO2r_9FiWLDq_-qPKw47JVKGjQYwQ3OBVNnjNJckRo5kC8EVyxM3l3haxlRq2k5uSLDjd4JfhrrT6Xpjv3YtsOVFcO9RlT2YY=c=jHYp9gAECfzhR

WASHAR0036011

l-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Medtronic; Heerlen, The Netherlands; Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzecq-sApHRmAKTxhMwszkBsI989p32dUsdNnQK_lJRMiV48kgSVFbCKcbEVLAVA_A1qRDrVr5MoD4HWp4Quc8LpyAL6g52UMQG8d3EIDRK_FsHSgk64Epdy5EFhtK3AZkNGEHr14w-Cdes2JudUvvMA8aFLrOu7QavD0ARoweZPUqa34pRZmfmXBYFspXy0leA==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 16000DYY
* Medtronic; Wash DC; Global Trade Lawyer
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdjNZiWvx0lnPal-DvEu0q7kLsqj66eCJN5pbSxWIdznj_DSqdqDH4gHCfyd9WQ_JK71jxgBQ0ZBCDM0OC5YsszFFVt-jNmNvot0mXEE2b1CPjhHkyEPqJxt6EzyxKAw_hrkcI5vMnYDMMDOlOUIkLPQUVGnCyPiJdMyu7eypRJvqmeX6Ww3FUwj7UxactGSzw==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
stacy.m.johnson@medtronic.com [mailto:stacy.m.johnson@medtronic.com]; Requisition ID: 170002ON
# Meggit; Akron, OH; Manager, Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzazzX9a0xJaIRBrmv6Fy43P3K0zZrRG3bnI2Q4PigyTu2EUTFmZnU8Z9coD5-nLweJLmfx8QhMWDSbETGUUIuHSsKPlOsi-qP4aprS3OWSktQpvhleJ8nKyzModUMnD1Y9sPs0ddruiAUw4vN6JNf3B5tCZ1DElvKHycVQchuoLUBmF30PJnTgg3F4qe4Z3qcu56sttmWqV8TMlMEzpf0TgClnBKDuYOkh7Albqp-EAludpX18yzG70ryFbdWlJwID6f6ZjadVTd_x6YxaAEKsZQ9VRsBfETX5cj5ycLt6KbOBUbTwYTazlZ7zc_YmW52H4jT-1Kkq0R4qZx7Mx2Q1UzAa3bEuRhJvzIIjebdgcUtH2wXhR8XgI=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Mitchell Martin, Inc.; Dallas, Texas; Export Regulatory Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzcrua7WXu_rTdqMSUDFLRTh_V-WeVGCkSXxbAEH0r20LqjXXZ9FTRXk_FxQm_HJQuHmiZXDOugF2sShYExMqG3QnRFcuNS7WCH1tXe5LnpLYg1Jmi3Sc_yfaQ9yTBYR6CwMTq3CWLdleC4RoGo3sB5aU3UAuuBhaLCR6VLOn_B_uPZ6PYcDAVp0wER1GQ04rdIALHWSmPQGGnxhwGm4fW5tmLPRuBF3SgA==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 104405
* MTS Systems; Eden Prairie, MN; Global Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzfzIRBDlNbSGVxaDSxh3Ek_krDBzpyIseNDr2sC4--WyqKxatuleFMtmECd1JS7Ovqv7656tozFdDvc9zwWPtrONsm5xxDig_62wCFMZW1VQrn4sxaU0OAjez3EWqu3vOL7MnKKEeDsmSoYSnJm1PwG7a62flj_y4umAFDWyE-72nP8uQI4PYIw5JXSkskeQQIEnnHNSIo7i3SpyTryxe7s=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 37841
* NORDHAM; Tulsa, OK; Global Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzfzIRBDlNbSGoaIgCe5pQ1eceXhTnEZ3b6VkqGGMmTOhSPGQjX6f8RHvXd8EH3PGR4nut_u_BVIPP_SnPzC0Bi1yi24ZTrO2e3rvCBt34owgzQqV3RIhjpyD8DNIVMxL0mkRePc5kX1b&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 14080BR

WASHAR0036012

* Northrop Grumman; Herndon, VA; Manager, International Trade Compliance 2
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzeQBHpXtmtCEMq8mwgnwe5Tj1yBE16v5AYdKsqipgh0V8vudEo3u-OaBu-
IRgzE0XJmhQ8ofhvCv1hh4yPY6fVKGenWlsDIFFZZ-
n5GmBB_95JaC4akCVkQEjmNAKjsRdj7C49ARkcAo999ccfoG4GpwXhM35CogREagRmtO2guj385vUZXLvsb3UDduuD8kNL
OlluKU54I_m0pQe6EhYSh3jFAbVU4M1w==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID:17022803
* Northrop Grumman; Herndon, VA; Manager, International Trade Compliance 2
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZkfsrUCSUZR4VnBX-
xRUvIrtKnaY42jrRiNmV3FuRbjeZ4hWf_ynuBhR97tFDDL7hhT8xV2mLY43eXx9T1tlM2oL8EcpW7JALpLfbCXaqRoDco06Env
aqwmlihVHdLWf-Pdiy23aVIs4KFAOZMG2ZR-
sw95qhJNLbfUrntgRF6opWJP8rSE1p2N5kK2G6uiQt6A7ZdAvk1j_L7xDREm0tx5lrEhlUdt_Q==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 17022805
* Northrop Grumman; Huntsville, AL; International Trade Compliance 3
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZkfsrUCSUZRn5Cc1mDxaUN0KLGYWwg3MfdtPdpj2cA0yefLnuF2PMOoas6Jpsj2P9Tj18FtZ4m8XkR0SYK3cG0m4LZ9t-
jEhQsPbiOXjrTSPE2U4g8iQBPb6a_6kH9uk_vLPPlLjROz6zexAZd-
ZmYzw31Bwns2VmhkPqWTWSp3apG3JA76msucoT2I4FfNgAktsmpb5yRDu1NEW0-
SeZj1Ua1lAbiZQw==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 17026172
* Northrop Grumman; El Segundo, CA; Supply Chain Logistics Spec 3
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzaCL3MIaFQilPnZhv_SExkN_TlU6EnefBaAkrPh92LaeiL8cl3AD02vdEjf4v8gGo07oWfJszGf9aa6gIMuTqlDYbXeZHGxEcA
PQAsSgVD0cNMiDFQzTnerOP4V0198v6RJ7ypUBo93XyDgt9mKFNhJ1GBba-
Rg1QjtkXSmyc9dxHKLo8QfH7R692da_Buc0NQ3NO5R1OiOBkZouLK_XelUkcf9RNoNKNg==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 18004948
* Office of the Director of National Intelligence; McLean, VA; Associate General
 Counsel [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzfzIRBDlNbSGJYzLs6Vm4l2HOFGSBNMew01Djc8qZeh8_4cUOsGMYxES4DjmuOuLEfkdkoKbOHUsPCe9Kyp0H73b-
ay894bNbypgEuz0YwRPrOP3RCfDcyTpKKxIui-qJnKZvmllOWlgHUQ-L7fDmGQL9p2BWPmOPA==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Oracle; United States; Senior Customs Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzfpOEgim9xjINRYKpQz1db_wYJRJghIN9gbnyYnhkfsZvnruv5xKnZCtklTm_vZ1BIvCCcsCAZi2_b-c8_VvzcNJ-jEKkA1yUD-
hmV-
jhWgm3fLglBNLtfVORwasiWriCvY70Vsb54zNi7p7RtZkPfPkPta2J2CR1q5cwAUpBoME8ieFiQYPfrqy_2MJtGkWuC36TLC67C
9jmzRtY2RmAro=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Job ID: 170018FJ
* Oracle; United States; Customs Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQAEx1qxHEe0uuCa1ysGUNlVfF_TUriabFuXvdt3sJ5M71uI68MSmohH6B1v6HgSTyS8oTeOd5g_ZEHKUECtyfDBwbI43
OdIIZeJeZS5P1Cm4y0PiFziNYtFUVFeyEjTHzNIOhoRzoo2-
EAwU90E9O70JSqSiDRhE5cKgAK8LyXXjyJynvK1a5aL3AwHJgsxQqEonEERvdZEcdVEVAHaVsQ==&c=jHYp9gAECfzhRl-

WASHAR0036013

LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Job ID: 17001CBG
* Oracle; Bejing, China; Senior Customs Compliance Specialist - APAC
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQAEx1qxHEe0E1Gr1xez7wYjqjW7xQnpywxMIIkq8TzIh7LCVkGuIuc-1P5m1XT4D0DXpMbli9O0orhtS2WjevUI3P-zh8vOi-qnQHHHwkoP9KwRz1NLp1ufygXHtdZz15Gt-_DXlNXKYVRvi_u6sOjBLHwXm52w9XyMz8ONTxPe1LRNtjW4aJL1paZRtCbGUAGOi-aQ-RI5P2S67osOuho=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Job ID: 17001CBI
* PerkinElmer, Inc.; Shelton, CT; International Trade Compliance - Export Coordinator
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ84Itnc5mIHj82OXIjag-Ej3q8yYDCzaPCskQFj8rCb-7UXemYDirGZ0x8eKismYKAoIc6_BdBezkg-eqylCHhoPT4hhe740H5hUy7x8Ev9l7QpX1oL_xaVU-fEvvtNBF21eog5uliTuJ4zKKBRdA2Qfwm9KW-IJWUHdX4WBPakx5UC2lgNg-8sIimZjV2UObNmCh0cEbBALqPIBa5hlMRadl-8spBTmG3UsABL0p5FR9rQZZswCaFKzdWKbei0lcfsaqTg9EHDSBmxZXWtTwQ78uO0CdaVuYL0aPWlVcV2ulre1GacLTRmnvU_cqOqIu5Wd4H7c_GlBs1lMXti1Y2rdHkkpffRvv50xbLUn7KVgGav4Ly7JahCtxmaZ3KCnCeykolBEJFAdmdxn9t2EDIjmP5wIRiMCCjqn3jWET_2Xo0td8M1N-mW8niIqEKErHq7v-WkZyJBR9R0UXsbbw6arV9a9FE23X1vlrfme9TQlu3vghSFwNi_AHIa4FYJBobkrRoFuu38VhOf_TIKKQMJhc3-gwoUa_zjbM76Zo7oGb0af4vHu1QUSLAgopEuTLUD-3HcYogaMNffbcZeH61ZEjTifKJOxWyJMU0fawWjFE9CZu5Q-6RXQ8EgoeUF6C3FW0Llfd0bBrP3Ol_gpyslNEy_8VkONQ==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* PwC; Portland, OR;Compliance Senior Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzaCL3MIaFQilDDczI8p75iEy_nFNZpJpxZrzdkNozrtD7oqYAW_ow5c9Pifvq6HAMJxrSdCE08lTE3jzNK2qU1Dq_pKfpEAHj21cigQoPsYyeqPWwWJrqcOj4dr8_mLSJEMT2IXQaeE4rG1VvgrIL48k_vbs1ad8cl5hckCRBUkcugb1TS0Ypi344hqJE1m8PF27_QmpwIYmRMvx5kcD084_51FoTnQT5F79w0Nj16WIeD_XmiedVVYkYgFzoyZQDr7qYANBP6O2wK1rucZJjlDkjiHVFR9yOBUiA2RLIhmhYhM0W44W47Pb5b34SalLsw4gdkzyJOGzAeCbdGaSFIjSomdd1lTpAwch2OBaXDWfHAdAjW_zuj79cDATXgaYhykR1ozBLucHv0ejqOd72Zj6jtqHfcYOqh4lF-EJxZcAVQIO94MYPZII2cuwfkTKQ_oOA90JWKPGRnUQKJj5SlIcnHdd5EWgC9a0zTCuyHezY2ZXUpOQOJ91T9112A2CsTCA==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Raytheon Company; Doha, Qatar; Global Trade Compliance Consulting Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzaCL3MIaFQilx9Ift-QpJZQrj1o3NGgVRCsOS8WND1PxiBJ6jqT-pf-qPZusc0FiH5MykywkWVbPuzuhums5rnTnuOV1FCG3OP3xjqGVVDd8pC5EpXAES8Sy0-J8gyyjcL0M5XRRNeWZ6DCWQVLJyq7L_lWURbu0M-bJ-nkPXTw0WjAt0PcXX9QTDxS6aIMlnMG3oZ8bsRm9lWPWDoi8lFQ8m1NdPjh0vB0OoY5fIGv-l02VQylJF0YUo0cWFQJ0mrw==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 110234BR
* Raytheon Company; El Segundo, CA; Senior Analyst, Global Trade Licensing
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdYUDglQBZvqtBPqPU5O9tFPBl1Hen87iE_Q9fmiNbhHSkGiyFmflla90gw6E5fmcfzmy9MVkvsKEFTe_wRo1l8RrZLMDLs1fUutOGpNzJpoLuyi_Ht_C4oyBhn6VJ8rS3RrhumhbAoywKrAe1f3pHxXBB4vPHEW10Jv_GPVC4xOitJTZpUOnueuuDUEwFd6V3WqVz4_YKpIYtv1IPxhi94=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 111121BR
* Raytheon Company; El Segundo, CA; Global Trade Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdYUDglQBZvqaG_xbm6G3efKdH7-Mod901TQao3v2txD1sLq5Vlx2aFy99r4DAsMxihg-

WASHAR0036014

w99525IFkL4gLHTxPBRC87rzi6E-
gIlJ9deUAWX3bi6pTIPawFy2Emw6TGAyX40R2OKC6x2aix8twVk97G6cfrOLU37JpF2Yasm3LFSyl9ZKeTuo-
aVMunEna_dxHxz4PW_EPhK&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 108227BR
* Raytheon Company; El Segundo, CA; Principal, Global Trade Licensing
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdYUDglQBZvqPA4Z1KX-
Qp8G_VgxyjL2j0dVUEzr3J3HnWU-W5ALZOPdO_VcMiDjJsAVqi57LbN1jtRufONm2brCQnvDqrJp9Tq-i3Z-
x2GmGF0DfzSjTz1F6gbnDVLBaaBOg7xCBZomsP8_fA2hOnISvV3O9jLQHzzbyApkuOAbAlelULu_uPHZ7eLPYnXyXpKje9rWX
wc-eUKqrT9Ri54=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 108230BR
* Raytheon Company; Tucson, AZ; Sr. Export Licensing Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzdYUDglQBZvqAjXUjB_kOeGrPsgOTWwjB1esVo32qaU8qZrAheea3wYYO_aD-
QTJDMlZFdqFKh7_053TK22rRCgRiCFbmHG1kWMi5ZNqeUI4JdmpUrb0eYVnTTdfHO5wL1Jh7lEflVLMYFKspENZkdTE6BUek
ouS6BkLXP4Kg8z8bG9PhBn7LA1yjftsG-3ZuxCGQehNa-gw&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 108970BR; ryan.murphy@raytheon.com [mailto:ryan.murphy@raytheon.com]
* Raytheon Company; Tucson, AZ; Export Licensing Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdYUDglQBZvqVrmYr1q0T-
NT7xhg2qSygh8g5_uPdoeKQ-Zv4u6BsVS9gUTh6bhPw4tWnLWLvFJDo_KOWEOH9efrMNwXzrLCWb7z2VN-
oj7_7pUVJsl56ozJZUL1JuLfvWOJDHwSnx1cSbUgloc7GlnLkMhEe0HrFVwI88H061SExMPt5LSx8d67m06DTdC7ZL04EcjwxFX
2JST5a0sF62lAm3IVoJpZpA==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition
ID: 108960BR; ryan.murphy@raytheon.com [mailto:ryan.murphy@raytheon.com]
* Raytheon Company; Tucson, AZ; Export License & Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzdYUDglQBZvqS9wMQhmRNJRfoo6MXcpVLs9CCU-y0aj1cSJpYEksMaDTtPW_BltaCIo-_wvqZ3y6sAFW-
SZiY4L0yXwFOkowLxxsYCRB-vl3QRleK3zP7Bu1_8ozZx5-
x6YW1al3m9MXd_Dyngm6wwaULCQfCJ701ksaF2CvzAYF3xryKHvdd3xGbAIawXrFsdrhZ4EGIpZ0mXiAyDW_S3gXOn1BZdR
kmA==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 108961BR
* Raytheon Company; Tucson, AZ; Trade Compliance Principal Investigator
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdYUDglQBZvqgYZyjpEpc0HRwH1tYMM-
erU86R3SEuHMOQQ_GA6xLGcAfDnuzCYzG2Bif4YrTwNsfmT5qOW_yMbSgkVEV2PBvwYj0aKTDCVV931i3QVFXSs6QrqyU-
qJHHA6tNQG24L73HfJ9BhSlQHM0riK3o9x6oFaAXbAsHAavtgi8DflFz3Ru14i13K_ITVmpb0z71d97AHqBhP0JKw=&c=jHYp9
gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 110444BR
* Raytheon Company; Tewksbury, MA; Licensing Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdYUDglQBZvqq-
_rDoXhMTsS7HnnV4NhMnPJxosV3uIu0TmQTy7KKmGY6hyBrdlW8m9kFqfDjYPIJYwAn8UdsLcc0vDZA5n2Dz9DAr2vsQQui
4d-7AYk7mwAOPPPKb3L9LvX89H0-4WkSc82mHaMeANmI-
on8NOSPUSnjOuHjCpB23PF7Tx9eLcOZYs4z3lGHQ==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 110837BR

WASHAR0036015

* Raytheon Company; Waltham, MA; Licensing Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzdYUDglQBZvqq-
_rDoXhMTsS7HnnV4NhMnPJxosV3uIu0TmQTy7KKmGY6hyBrdlW8m9kFqfDjYPIJYwAn8UdsLcc0vDZA5n2Dz9DAr2vsQQui
4d-7AYk7mwAOPPPKb3L9LvX89H0-4WkSc82mHaMeANmI-
on8NOSPUSnjOuHjCpB23PF7Tx9eLcOZYs4z3lGHQ==&c=jHYp9gAECfzhRI-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 110837BR
* Raytheon Company; El Segundo, CA; Licensing Director
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzdYUDglQBZvqqI2b2SXuEN7o66KfX124xRknzwszBN7C0JKuVDpIr7QLcAn54CQ5pyTx8MzyJglxx2q3naUZDzypRL8uzM
kLEWJgI5pDc0FyviVunOfQtQ8SVNr7tvTRtQ2TKBzEodjJC-isTejY7H-
8Pqs1TqgokTNeUSCk0L9Yn3zgemcIqmSO67irHUiEng==&c=jHYp9gAECfzhRI-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 110838BR
* Raytheon Company; Richardson, TX;  Licensing Director
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzdYUDglQBZvqqI2b2SXuEN7o66KfX124xRknzwszBN7C0JKuVDpIr7QLcAn54CQ5pyTx8MzyJglxx2q3naUZDzypRL8uzM
kLEWJgI5pDc0FyviVunOfQtQ8SVNr7tvTRtQ2TKBzEodjJC-isTejY7H-
8Pqs1TqgokTNeUSCk0L9Yn3zgemcIqmSO67irHUiEng==&c=jHYp9gAECfzhRI-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 110838BR
* REDCOM Laboratories; Victor NY;  Director of Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQgzjPMXLQeBhz7WRQz32wExY6y5j7W3p_GkQRx9gHAXo-
tEM7uRU03kxsrA4dHgORB_cNWIrETrwSGhoJlJoqefLfWjvxqkugV_6jn1xu15qeuW243sPlXEEdvIpgW2OBVbUwwfwi1VrBD
khVBG5AXBcF4C4gQd70alj4Q105wSGgClQ0GlABM=&c=jHYp9gAECfzhRI-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Contact Chad Boehly [mailto:chad.boehly@redcom.com]
* Rolls-Royce; Indianapolis, IN;Export Control Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzd6pLH2Lf4jhhr7UfIVQjZ_W7b3ZicU2q9FrZAuUxDe0kUhj1YY0WIMjKuv4cwX0lihva56ZM1sGhYimCE0nrm2jnk9aoRvf
L533dlyrfFN7buJQ9Ro2CapV3jyekGhEHiIVqlXx9Oe-MyswPscg445va-
R1G6GClA4haDUTTrN0kHcaImyU45kqhZXPSglkZYBMivl5eXiTECNrzPyX3jzJi0qnSV2BQmguzEWK-
R3KIfDBEFiyLFJLp9pfcSbFBNY6J5bh4F27NCzuOEy9Zio=&c=jHYp9gAECfzhRI-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Req ID:
JR6025484
* SABIC; Houston TX; Senior Analyst, Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzX_UIKLpfqF15c1qddb26I4wnD8ZuaPBLZhshMBknaTsu6cRvm3qF8ttFDEmCeOY1o2ZbimrZgvDeMvGFixoO8_PFtmkr
cqlyyyK1Xg3v-nql0EzVLpScssWSq9Ig0-oqNKNdR3ONUMW_8dCa-vBtYov1_HEQwY2p-
2DYD6eIVIgtz3cc7tLVaukXfW0PojLP8IynQxIupjA25aGPh4OAZ-v89JvD3-vEI0YPnX9hcxQzY6243rs2_u007W2v_cidQ1-
VK4D1n3LdoxLGHXnrsbBKKMkt1LOzyHyJUIDqgRiQoav-
Q7wzzJwnE9K9VWGUPKVSSOP9shZRcpq3GY0OevNZLhh7rwhHskpXY_LHqhjudjAoCO3KbxfEHty0xIPrfigWw3sEGN5&c=jH
Yp9gAECfzhRI-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Danielle.Cannata@sabic.com [mailto:Danielle.Cannata@sabic.com]; Requisition ID:

WASHAR0036016

8411BR
* SABIC; Houston, TX; Senior Analyst, International Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzdYUDglQBZvq4Jy6KCt4BEVRwZPQP2OAMMMN7CM40-
H3O0kXO68cTB3hzkZHP05qCUHnYiXs6XG1ktW_KrZWF7FQ-ZS7rgrKDMhaa2P-
o83CQt9xHnqbUJroWymH5iBNxHtRQH10gXEfSC8cePCvEE1dBh7guuVnx0gdTFDwfZECobOKl9CWOFrp3kJa3grmq0COjRt9
uGu_4fjKTxT6zevPGMAZqrBYda2XYZKbMNh_gb4Z5vaAxf-
8FFWxExJPCEFkL1keWKkJAEvXRvmfdHaolYpXKdKnEmWfHeuhKq7eWjp9VbVBhi25Sv0lkGsfx6Frhtq7zvfLLXG2fQm3gN-
ddDywBcpeJkjdT3SYnM0TXfHGHRmjBkt9gQrWNExys333O1XPUe_J3Vs-
7gulSGe7G7deV8ABKJ5CqX3h7Og0YKff39AU1Ck4iuxv8_juTw==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID 8655; OR Contact: Jason Washington [mailto:Jason.washington@sabic.com]
* SABIC; Houston, TX; Senior Analyst, Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzdYUDglQBZvqJNw4ismvMX8oOYm5k9eM8Nm3bXFxqdgSlhIoXy0s1tR4Sit8o6vln9ZDoNKdD2UdSeJHzRkUXCmz7rSX
K8itOhNSG9rQYYtLoiGTR74hzaa2t01g58pYgQimUBPxPMfe9kWvgkn5THZsYMBQxbxUslm7l2ePxOoPB2L6zbAAcGMRKH3
_xC8tj0PFiCHGB_qWcNgHkFzoFeTxwuxbXQv7kFMeiVQ18xQAEHZLPUxk2_fIDI5LRZ7az_D_Q0h4ZWnj6uKncxzOe7RaP9qI
2ShUIxxVi2SzLdeEMvKrDni2eZSjZP9p7P8b6FgH3ficldp9ijogfgKk8M1p_P_hq-
p4zfe3xKXXxWQQaRtLzjyKaJSYXwccAJ3jctZju_-
qRDPA4NMc_DEIOsYS1HDY6wlq6QuMCDyY0r1gDmT7P4c9Hog9AYu7uru7Yw==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 8644BR
* SAFRAN Group; United Kingdom; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzXNkVtcTHeeYewJjxbw7t_XDQ_0HcWXiYCXwV8Ou3vyOWSl8BgM9ADhRR4UMRygC1xXm2P7ojZq-
DMIoWH_lm9g5tFFWv1T-
sEAQMBJoWiEVg3xinFmlUWU7827Z923jV4opiHHWdzOmNcqKsgPfmw96Ut0Dy2a8tR6JqHxUrcNCDuE5odCgjEQ=&c=jHY
p9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Sig Sauer; Newington, New Hampshire; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQVFBms8uGFkeDUxDnBp5oUgrhlEEP_xuZn5d1-
lAzlxV5SUSxO0mTlj3bXvJ9pcUJ9hHbwXAOiM7Iwjxz3SqKxgnHN1LOe7pUGVk_CE-
PSVX99Hc0wRtw2GemPO6TxOTmsvB4IoVMKLQAuwpoDt28Sy8NW9D_6kYFdhkRVJROzYhjZoXNfjkC4=&c=jHYp9gAECfzh
Rl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* The Spaceship Company; Mojave, CA; Export Compliance Officer
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQAEx1qxHEe0y3Pmdm-
6TZkxpcuMaqdGYJXBlm2mw3UpKNLE1zTqy5CNi4sFlJxYHn09QB-
J5mw5fEtZRTG1BzFDSfaOuYDPxd4vXc1KD5zht13NEbl_pgEzFBbuxq6JhAzyf5Q1IQMgls0sGwTjQkXzOpwD7d7sOZVj6ChRk
NLFCalv1rfapmlrQb9YZ21_qbia5Jn7Soiye6akWvE0oLTAJPcXvMqE9JPdoLYg87nD&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Spirent; San Jose, CA; Global Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQAEx1qxHEe0NssQdrTzMt7tac41qRFj6fBFToWKmIA7SOrmRHlEwGE8kbCu2WEL2F72Tl_yAAhKe-
r5VWNGLz7rHCrYNLCdBtFBqFRGajJLlOVIKyoEkXG8AIQkmQtKnaXfvtuDkBxAPR538p6R7aI0anO1ptKa-
zRbHOzfkc7apMg4Swc0pBT9dvvbo9ex_nx9UYsr07N1gCSa_1FKAZXAla7S3Gryek-
Onw5g0SBVMtGOi9PXtV_OS1gNN0oyyOHVNhHgayLTCxcSYPGG3XSzONm5ND7R8aASGbig0tnBi511snwko7Q9JKO9nfom
zzl9aBBaofv3MB_p2mdBArX4gu9_NSuCW0odt_tk55DqnUDokUPhwv0QlB_8y9aYUJD2VebnhZb&c=jHYp9gAECfzhRl-

WASHAR0036017

LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==;
Requisition ID: 4088
* Talascend; Ft Worth, TX; Trade Compliance Classification Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXzy1B8oIgDF7ReerYDnIJ4idGtkygwB527POBl2XSMTqfaOHDbEytUnwpGErAVaRLS1uat8-724o8FCsZxJoVxnDckQuNCB9EvGLTH6vlMtaH1EslNMdgwnwNuTPqAxBG8ruicx4XbnExQ161xcGlRkt715Rlltn2aj-rBisAa4oE03YF2IRarYLvwKx_n-qLmKYVp9_LAsE4twU3qkxbvzAWCGDmZcHI6LbcRwWAmnp7Yo78LlgItDt1ros_LqDWjCu4J6Wga9eHbpdiFq4g0CiHR9xkSdoWDMJNX_BMrMMx8t1TMA01V0gJ6bfWsrAF15cTzEZ1W9HgfxGnBgEQq_PqiDMmpZ0WLR2WP-bKcB162DQmriuh0zir6HhN3gGQXr1Wxla6Dba_eT__WsRULID3f3FM1qlKeAlAi7uWNl1pPwtf5jrJM4gxqH5tYDulHb3mqiow6-bayHXhhdfcF6wYWVSvzrDOd8JKhOLz8EDp7FCA5ANUU=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==;
* TE Connectivity; Middletown, PA; Manager II, Global Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQVFBms8uGFk3LrNXyMb92GFks-1zik3YSbBQ3Ab1LJz5HWJh4ZMBl6QpHdzZenzbtGGdMnur1Q7H4oA8IKatQ19yfztf_EzZj-ZYi8w35W5FcEeTc31U4mge2FpKDcTUmaSOwj1vpZBSxWmaQMk8_h_wWH56zQxwRA0BhZpa5EjLjpOHhv-Vh8Ak6J67ynf3_c_MHimxL927rSatuAzMqQ=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==;
Requisition ID: 17361
* Teledyne Benthos; Falmouth, MA; Export Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ84Itnc5mIHyFP6Sglud_guF9R6KL7L-A1nKJsmLI0xXSccXkcHvNc61IwL1CxPYmCc8__mWvsXZsN_SzCejc6pJTIZRuB9wnyrqNbvFklA6DixmfpsUT0C1T_F7qdzqjFFEUDnNWCd-OZeYDehvb2tZXrVgKBWgH4-XwQUB11MZ9LDoVJdXKhU1f9qJTfBi3qX6olLDGO8rumPjYMAoR4-VSVAoXe-OhbVE6SOK4Uq-ggYOX87M3oO6DGwgvHfBKIEfHtzxi8uV-OqpvlRlpjq0qeGKgJbT3t-bLmSBzxoLZoKOfma3D15EiQ1RIvWo3YAhzPzTR9ve8NBAYW5rtu3MFgOd3y6KKFZEZWP-h7W&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]
* Teledyne Geophysical; Houston, TX; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzQLQgelSwPBBfib_6ZTKzzXsg9uuIrcEJdCKSq_QS381ACvZ9Yynl4LD0HDfOpudzDDPeHmTaiNQ6Atx0Z86b6BSpqw5P4Stkv4V9k3PiVIoT0FJ2DRLzDNXcEX60h_XPYbGIeh0l16eFdYp-BbwOXUVVO22XSOWHgKXWgrHUNBNbswOcq3hQ9cTKa5Zcdg-9CkKJYD5ZhBI00DtnQpSwuw=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==;
Requisition ID: 2017-5459
* Teledyne Microwave Solutions; Mountain View, CA; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzeQBHpXtmtCENjnSv5ZP2aXBw1lOvavKf0pJ2x7Onv9tGWK7PrIawsrkdjS66Hyb6-P8wNBz21MStLeyTpZpaC6EBtQutVJROm83BX77fGbEXpxBhl4r9Sy4kNib62wcn6u3ZsxVt3dsRZbwSF2JdFfG5q7i-IedBngPwj1b51tOJbKZlQX4euCBnh6eUGLkFVn6cT3rS8Ao&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==;
Requisition ID: 2018-6089
* Teledyne Imaging; Chestnut Ridge, NY; Director of International Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AeTFzxlyGG-kZZ-wrocLqmdz2pT0rDNg4rhi5Xy2plyrZX5Xp91KitOIL_LoQ2thJQ_06X-vM2yCVK39J317l4E9oNMkFxb5bRctDG-EdocKaEkEyZwCzKeQUNKk3La_zXEbDAE4hCXL3LJuG5vXKhuchadzVQnb0BNLT3aJbqyB5MzCIEJ6tWttzsLyA5pVW49fOOG

WASHAR0036018

yEs-dMtmAbKfyvEf_zf9zZ83pmH1tZ92jkHsQA=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 2017-5558
* Teledyne Imaging; Billerica, MA; Director of International Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AeTFzxlyGG-
kZZ-wrocLqmdz2pT0rDNg4rhi5Xy2plyrZX5Xp91KitOIL_LoQ2thJQ_06X-vM2yCVK39J317l4E9oNMkFxb5bRctDG-
EdocKaEkEyZwCzKeQUNKk3La_zXEbDAE4hCXL3LJuG5vXKhuchadzVQnb0BNLT3aJbqyB5MzCIEJ6tWttzsLyA5pVW49fOOG
yEs-dMtmAbKfyvEf_zf9zZ83pmH1tZ92jkHsQA=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 2017-5558
* Teledyne Imaging; Tarrytown, NY; Director of International Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AeTFzxlyGG-
kZZ-wrocLqmdz2pT0rDNg4rhi5Xy2plyrZX5Xp91KitOIL_LoQ2thJQ_06X-vM2yCVK39J317l4E9oNMkFxb5bRctDG-
EdocKaEkEyZwCzKeQUNKk3La_zXEbDAE4hCXL3LJuG5vXKhuchadzVQnb0BNLT3aJbqyB5MzCIEJ6tWttzsLyA5pVW49fOOG
yEs-dMtmAbKfyvEf_zf9zZ83pmH1tZ92jkHsQA=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 2017-5558
* Teledyne Imaging; Kiln, MS; Director of International Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AeTFzxlyGG-
kZZ-wrocLqmdz2pT0rDNg4rhi5Xy2plyrZX5Xp91KitOIL_LoQ2thJQ_06X-vM2yCVK39J317l4E9oNMkFxb5bRctDG-
EdocKaEkEyZwCzKeQUNKk3La_zXEbDAE4hCXL3LJuG5vXKhuchadzVQnb0BNLT3aJbqyB5MzCIEJ6tWttzsLyA5pVW49fOOG
yEs-dMtmAbKfyvEf_zf9zZ83pmH1tZ92jkHsQA=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 2017-5558
* Teledyne Imaging; Fredricton, NB; Director of International Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AeTFzxlyGG-
kZZ-wrocLqmdz2pT0rDNg4rhi5Xy2plyrZX5Xp91KitOIL_LoQ2thJQ_06X-vM2yCVK39J317l4E9oNMkFxb5bRctDG-
EdocKaEkEyZwCzKeQUNKk3La_zXEbDAE4hCXL3LJuG5vXKhuchadzVQnb0BNLT3aJbqyB5MzCIEJ6tWttzsLyA5pVW49fOOG
yEs-dMtmAbKfyvEf_zf9zZ83pmH1tZ92jkHsQA=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 2017-5558
* Tenneco, Inc.; Lake Forest, IL; Americas Global Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzfzIRBDlNbSGTlAJAbkQnQ-
50th8Uxq9Abvana9nc66HRvk14dfZwaG8U05azWVbI3cKKSD0k-
paBtXog5wRTbHrPGb7m7G11aqTjKzpJMaf0MKFqm4A79L1sJKTRLxzzIpLIkdLMmOuMpwlMowhuFb8gB760d1P3C76U-
D9xiuKmcUq5e3KfSiOx6rDC00urnWZWQ83ba6IoBkrQRwIruBQM4SZSKAMom0HHJ-y5pQkIdJqR3v77Q9-R_cb2Lp5-
6krsme4Ot_WEIRVsKFmnG8gVxaIMLYsCCsODt-2nYbkHQEozqLzDyjjufhqntdLqQ==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 178693-846
* Tenneco, Inc.; Lake Forest, IL; Customs & Trade Compliance Coordinator
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzfzIRBDlNbSGStYy4pfmRSMHFkEcy-UxkAYMaUoA-
sRVI36e8e77rfT0fq2Ia_aLGSyvx7AGATZZgKAZJ2BmNFtBSPSYCV93at8BR6fEZTBjCgBLjr-
OiDuLzBOR5ygKb52Waw7yEO4Sb_Iif8ZJlZ4EreCQdc7wK_ZIV3ciiBp4ab-
KkdCDGn9hGGwRS6im0fe7Yo25bLIP9cKj4Q_wzPkIy4Beioz9mjT6xyazBPtguFcFUzHTwlnCazigBXUukpOBRsgbI2nsFy_b-
ISCOTeD0HUvqkcZr1bJv7lqaUFTBr8HmdiyRrqkywO-j2qTdw==&c=jHYp9gAECfzhRl-

WASHAR0036019

LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];

Requisition ID: 178353-846

* Terumo Medical Corporation; Somerset, NJ; Senior Global Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzZ84Itnc5mIHTn49PbI_Slqzm_zB85eiO-Do-f79s9daLPZMCvxFfO0J5O-1RfzxSwagLy1YGegLEeztVfuL1bAzcEk9eGw99VM00ZKulhVYmMSGDotyHvhrA3yKHhHangJNzaIA6-453oQOBYN7EUIKVskqPH7IHHo2GullSc5cP9auVZM2O1dOmtWXwiA2dt8ozG8W3DGFYLJcaH_C19a7Od3yTZRUhAKwqgh XnBSjuv3N2sw-ieTh0pCAK8RNfnxErD7dgEbKxElm6tEFEbYh_ltnnHZ5Z6Y8fnqk7Fvb3GhiyPPru9rO6i-NSGxhNN2JH9f_qFT4WzR0lQm-7Tp7c6tfMqUwXuthLDz3z6n9gHofeRo3MDnpAPHSbd4PLEFctxZUtJnaOagJB-_pYNRrzrwUD4aDT6nkIxE1XQTgPdxV-MvdheZjoFx01INf5yIQ0YNurD91lj2oVUC8wNNi71_p4D3vYUaJENYfenQKUbvsJ3ZDQmp80-w05XD3HxeZol1eY-u_R1RoRrZXZYeaN29Rjl3ycxLTqC1JtqqihaILIZZhKFQWl0n1LhmIMuQ1bpP3EqvnRHZrABSMspDrnHbl0Y9wq42wue3XxTPl9 nRMolM7fLeWtUzAvYwWxn4-HA9H3zqt1HdSxGHWAk=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];

* Textron; Hunt Valley, MD; Senior Manager - Export Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzUV8VzOro1AejR21lCDuKRNvf3OdndJMYSlAlvQ1W2pT_nuHC3GmDtFThg0JJlRyueqx3S_0iHlE_uhOiL_X3Isc9bYBoNN FCnfYezXwmZq2hbxiw0tpwWrLDcZ5HS7mHRDCf26WvHBrx2ezhjUIOB5G5SuINI1K-27gBEEZGDR8lOj1AvC7E23cKp72iFKBaw==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];

* Thermo Fisher Scientific; Waltham, MA; Director, Global Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzX_UIKLpfqF1m4aHAonAFwdKzOPqAIIjeCmDvX6e6JvVXGDJ7sLf4bTfQxM6s8qU88gnhIgl4l1dgKz15b8gptpnEk1mTF-f5eGhCKu435OVrIaBZSWWlwiQJSS9y_ePrarSWhlw5xAeOFBkSQEp6Ryvdj_JO9ZFsH1W3HkwRigWHD7drz94wpCIrqwwwy KVrts8IYzBvbPh&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];

* Thermo Fisher Scientific; Shanghai, China; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzeQBHpXtmtCE-edpHN7b9b8ADaKGyxg11kUaVLwXK94X4qrMxvDfgg_lT9hixtB0_kPyg6kyEvLBh0uGB3py__ISgRwON6z5sRfF763iraiWrvYD twhtJCRKpr7OgkQO9s_ATdNhSxeqkXbhpEI58b7PMpwYkz88cowhWhlg5H39SA6MUq22XlkctEDOwTmEb6KvviRXarJj&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];

Job ID: 57953BR

* Thermo Fisher Scientific; Franklin, MA; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzeQBHpXtmtCE5w5fVy4aDC-1qmoVh83kiiRiygFJk3ofBGh--gOrpuL2-fWCtL3h_Jpp0JGcC1Ccdt1J1Yll4p7GGeXaaSieO3mKsB_7px4El6rA3Dw_RzKfenBXf4zcleipwi_bAHx6d4m2AoPGr9WQBOCJ eEPwTAjQSLqntBcmiBGOz2cTSGRQaw8KTRss_eWF369J8mta&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];

Job ID: 61435BR

* Thermo Fisher Scientific; Carlsbad, CA; Compliance Specialist II
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzeQBHpXtmtCEHB9hcy5LAR1iddyuEfhr8_M-tuJH-JjCbDnoOrUmMy06zDXGDW4mMnjhSkFX1qzGEcHZDcdS9IEL77MYjKlj_-lU_ToehraOj6CcElW8JuZzcj1iR5cq1zS8tiZFCLjsclzRlpxUBaJtJOag__V7M-qzoxDq02NGBAr805GJeoK6KNrRg5TnCw==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];

WASHAR0036020

Job ID: 60951BR
* Thermo Fisher Scientific; Suwanee, GA; Export Compliance Specialist III
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzeQBHpXtmtCEwAMzaXoGN_NDk9gxx67iAPTYYK93Z1Bw3Jjey_igVwTH1IgkSIT_UscCDcM8bS-
fd1R_YanzS73X7AA06Aa7TUFdYOJF0fEqrgD4LKzKd_gOxfnsWDTciu2lIrKB99xY1sv3gYGGx6xsp05qH7tYWlj4Y8iWk0z-
vW17j2ojn_IuAKvWIpbnTcEu02-WZq3y&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Job ID: 60224BR
* TLR; San Fransisco, CA; Import CSR
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzXNkVtcTHeeYhCp1k21p5U6u5PrzFgsrCFV475Xj3IvIX7MTyEAU5-
oNsQPPD7zWMtgENW3Knwug0rjYkcnFWhVZ2ZgnOxzpnDlVYH7gLU6UrezgM9lx1n5hnSetcZxOQiM8nRDxEjOHrZZPO4NG
LQ7TqnfzJtus6bKut1r2O8iV&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]
; Requisition ID: 1040
* Toyota North America; Dallas, TX; Export Control Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZ84Itnc5mIH0xhwbByIPxzIOTvovr2MH6qxdgvHYLtzfuy2ENk37c-
PDKmCBn0catKHUiRRS28Ak_tEGxzvIXkvn5CXV58DnhQEVaf0_MCzTBLzBW0TUfk3w22RIFvP5itL5QwhxaM_CpKkEecstk-
USo0CBeSF8w==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Tradewin; Portland, OR; U.S. Export Compliance Consultant
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzfpOEgim9xjIyMhVlKOXeYuoTgbTucaOWscmcYS632_S_6RW2KpAhk4cPCj0-y6Zxu-
jT7_pxv2XbWQb5RGfwbrvyNw4I8R95PurkWp_fFUnkWBeZxigmUby-
mP0QsFxzcyapNrXDckECZIOzCOIjBRZGINamhE48do79ZfXXpOg&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Trek; Waterloo, WI; Global Trade & Logistics Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzb_0nkIQN83XpHqc8VtwoKpodJtLmHHggvlJcu9PtPGCaIO6OdWN35SMC3ilO21tki2mSE7F_S75o-
C63h4FKB2Q2GtIRF3F-
9uXqoVPWP1nneGhJDYcNXuvOrKOGaQb558AYcAo7Y0eclOCdk0YryJEpL7ZMjqUXw==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* United Technologies - Pratt & Whitney; East Hartford, CT; International Trade
Compliance (ITC) Specialist [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzXzy1B8oIgDFlllJ3J2YKhr2uA5IFaQ2DZED_hI3YJUscyVmh3sQEbxlyMmEV3VFf1cf5Q5-CdjSqm-
qi7TXIMBM_JxOjbRz0HeA4TtsRJ_MsHApqAxk65dbYUlrUo4BhLoOP7LIDiW42C8Wnj3YW9tTYhJn7mzj8Gjt3bUbAfYbufAAj
jyij9CSCkN6JoI7bZyDWSu7Gh6Xb6XnChU8ASJ4mcd1mNucameQeoD0ThwLOZiw2ax8GNUXu40uFKhv3RPQAhIjC0xB1JDf
4ppbo6opBR0kuE3QDdqEULzdpvNLkX4WRQD6rQOxPCxX38yediDfPPp3IQakuPt60_gFJXIpCLFuDm7ue5uLllAJipYDmoPos
hBmyq_95KXSRgPVl1FIVPMdVellhpEXBiFeyOGf1sstm_D3PXYWrNTDphtgh4gLZ8-
Kz7dh4N5rfK6Mqqmwde6BwOXXVRLKs-0aiqf_Ej_XimBaTHpNm_-cEEFIwf-wR1SvhcdjzhxXZj-
QMdkHh0AgqKCdxGD8zvR0v3t0xZv0J5qakwgTsS35RvmR038KKFrAaVZSlo3CGtQ2JgYl7FMQ1-
T4TC1yXxxV9k1zB7Zak1ZTJhJMrklORd_Xnx2-
xwOv8w_vKapX1XwGUTNH_UgawsSVyCntCiefrSU0mrDv2MPbgWEFtRveoEHJUvzfOrr4rjGKWED-
RDFsU8nfKfq4NCHOuVwg5YfYvERLwOXM2HN_PIuHRa4gpxSYnp0OM23wrMuke1-9Mqmy_4NYnC-
1d2j38bAZ8pxyYPXnOCkHPkKH5vgu_H44D60i7zwsxoW9YWKPdkUuHy9j7SuoL0R-
KPrDFOAWyb2Hd4bubHF1ss1QGA88HKpakg_AgxIJ7BfT2YVv7l1p9Xz5j0feC_KygtjMcnZ7T1XpMDsgE0F_JuPmTmZM21FP
mwrgRYcK9nc8H3g=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 49375BR

WASHAR0036021

* United Technologies - Pratt & Whitney; East Hartford, CT; International Trade
Compliance Manager [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzXzy1B8oIgDFPsClX1PvpWqZuieIdsZcf6XpByM6g4cgDtuWWL6RV69TGq-
XQihedweLILX6YF0KWroZ6P_gjxu2MKWNUnQ7lJBfM0li1R-TkBbA33Sky7Nu5ABZYo85Vg6bZxEKrB2vI5-
qZsn6uoksNkiFjHqasPg4ysW2Ce-
ipEiBjmZnwH8d4yef4knhjOTdo9YEXPdvSR0NeLLuYcJcquHqJHPspw==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 62176BR
* United Technologies - Pratt & Whitney; East Hartford, CT; International Trade
Compliance Authorizations Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzXzy1B8oIgDFEWwXV0vG7uXTTZvHpRSN3A5fS1sdDsNmIrGd52E6uYG2GSxHCFBvPaLrZEE_3AjiXnG41voVemoEcUm3
n-ikPsj_U-
IomJi3M6uDG623OwUNo_NACukt6czDS8cAZMcglI377Dv1fg7YlDkPBnhnCK3ki5IyBV4cTipV5oeNRQrd6j7X2boPgI2hp_U5
TcfVIKddS0S1vTKWxK8sX461dLHYstUo-UVo0q1xWamJjwI=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 63222BR
* United Technologies - Pratt & Whitney, East Hartford, CT; International Trade
Compliance Technology Senior Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzXzy1B8oIgDF4j4B_VQn-
NtiYQPeNEHi6HDh0EGgiMRA_0Ik6GJfrj0KD9-8F2lXYEg0n08QTuYcIJMOhrkX91zpRSsOTJXDpIDe93e7Ddj4cJ-
F9qiZ3Lvch5Zqik_aTV0xDYvCGB5KJetAp7YIzw8DKKjyIvZ9gikMAsq5yeyX1Fbft4_GUsB0KN1kJueibJRoPPuzIUwAcmYy_Zcx
0eYiIqJDA7PlVu1XizgNdSxpHWT42tF2uMY=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 55944BR
* United Technologies Corp, Pratt & Whitney; East Hartford, CT; ITC & ACE Compliance
Program Manager, ASC [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzaCL3MIaFQil2mzseKE6nZkkXr_d6CGukFiSGYyDJWUbgACCyJrPrIwuL7NSpvXi5x40Vpc_KY1U2URx2pIpuj52S4VdvuCa
fyDIUAik9874QVsAw4tQlxAAI5o7RxPSbfiidnh9_7u5daNDKvGS1wo1mYu_lXFNWdjrkk2yczxIPy9BH6uwo272xaKV82WF3S
9otS_hIn63ADeSQFGbo18j6vYDmOkO1g==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 58388BR
* University of Colorado, LASP; Boulder CO; Export Compliance Administrator
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzb_0nkIQN83XhaSqA7hypPpxRqOXEYI0Dc3qlFqVbAI5zbHu6t13XWEldTVfOFcckDip2ku7LO7-
6l2dH_nqK3CAre8l4VHOFHCKJCvF-CloS9FfzYiUcRZxGhEIFQQw--
mTLwm4Ml1Li1Bc3rL65QtKIXtZNJRkglWNYucB0d5A2g0NfHwEWQcOSGu88BAFpgkIcxunZdk4fpt8z_UrLqYe2S8OyB9QNb
7J_xBFRUoO7KHPKQ9UZVI=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
hrads@lasp.colorado.edu [mailto:hrads@lasp.colorado.edu]; Requisition ID: 12298
* Varian; Belgium, Switzerland, Netherlands, or UK; EMEIA Trade Lead - Senior Manager
Trade Compliance [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZ6AEJH6ItAZIzeLJA14GiGWQ27Wq1AvFGAYa5z7Q2iZQ5TnQr02EzXwfWw2ndclfCnAcLmr8n-
0mo7Xm489WdJqWW8HsT5kHGPOsozx1_E00l0JyuBrTY4N-XJMX2JX7D-TkLj0rx1L1kwVsMl9o24kzI-
idJ1ks4ZBtcVRMpKQDdDQAtwx2keDFO9u_1ndbLSx_lo6sVNMaeS_0EDbPEPmoSi6u1UdFC79Xx0MiFvymy_Jo4GS1CI88D
wJ37NnRg==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 12301BR; Contact Gavin Tickner at Gavin.Tickner@varian.com [mailto:Gavin.Tickner@varian.com]

WASHAR0036022

* Varian; Paolo Alto, CA; Senior Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZ6AEJH6ItAZEhU24HtmZfZGIW2g_CxqVj5YLRg-
r1h0h1EnCz41GNGBnUziEl2_cJu0XDnYzniOp6nG5pqXGAn0OznfSLGfpLeiiDUVBy0H-k8j7Zn4f4GmUBcWyjwz-
dv912zWGfxZ2zkvJMgyZzA7xmrNO6Rwi5lbfI2W8k7JJ4tGuJBCOvWsDMihXyMMEQzwuO0185yN_Mjfj_NwoP28gRjj-
1riLqcD1ZtoOpJ4bBTrUQ2miL2OvUn1DhpVHniQiG3_52jqy6KNXyNg-j2Ab-
G3JfZ6xnKBUajKLuvVkooRceJus4hk5NlvyrX_Sg==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 12735BR; Contact Uyen Tran at Uyen.Tran@varian.com [mailto:Uyen.Tran@varian.com]
* Varian; Beijing, China; Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZ6AEJH6ItAZNdCcYJZjO6A8DLpM_Q5HkexTQ6paTfQ2kDpfMGk7ol6Kbi46o1uBEf6ejEVZLvZGm1sNpmpMGOyYKzob
GiGqeMH2HoFBvV8Tfo3cz11pKDcqOHVJJfv4Vx18IGi2mgzfupwD8nuyQ4p2dx0UpbdZGO8tNsrX6Qw3PH037o74WqG0Kw
zis460N3rU9hT3UGDNh5c4LU8fnfCki9EffibfE4KG2P79txymxyJJIdZ0GWeVilqOORhdMA==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 12297BR; Contact Susan Lin at WeiZhen.Lin@varian.com [mailto:WeiZhen.Lin@varian.com]
* Vigilant; Negotiable Location, USA; Global Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzfq2jE8a_fsEfUv32l1YiB3iD9ujMAf0hDFYm0BrojwTS1yUdnydtQPngb1Fv_U14Rin6Db0Ip0ONMoyAih1k9Nhno5hkOR
0FGmXGTu02Gm0ZJZbkGUjChQYHo_VQD0c_LJVN9Xvra5SnPKErcy6kgSKVoz9Wqs8A2FAY5SQSd_OZl-
DDer9BbRAuplO9Fg1B7LluqZKpGAuqGnDpYT-xgqGVT3mlIVoHA==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
* Virgin Galactic; Mojave, CA; Export Compliance Officer
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQAEx1qxHEe0WU7ghKe2H7r38Bri10G6fGSgUnIBJGDr7ebeRiPm116VMtExGSUK_Hu5SOSYYSG88X4XuUfqajIUwwvY
_fMFyz4o5ifB673cCqd4n_Kz1tNP0cjXxwRghJobFCdN-nRVeeROMGDuDTOkFu6Qp6FFY-
kfARX4zNnqaHDJuBYWykz7QnnOcB_lCiA4Yrq9pcTg&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 2018-3440
* Virgin Galactic; Las Cruces, NM; Export Compliance Officer
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQAEx1qxHEe0jbNNa6oMnVhn0HlRhLGeWdkmnwo09dKik9zJs3DZE4xsZWrAWtErSwMgnQvegVsyzIwnbWbxd379Yz
m-ione-9_4xp8cPQflC3OwUnIhCM333NPmWCi4rUvInV-
6dbo3b4OTMQVx0IT95KyOo_FAhiEJ9uXTFE1LJxPLdVrmkTwTZtmCXxRON1NCOt3btl6T&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==];
Requisition ID: 2018-3558
* Virgin Galactic; Las Cruces, NM; Director of Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQAEx1qxHEe0eMiE3iBUfkbMqQubWdbAbtNqyFg_XH1soV804xAYsWn1p92YCsZJKQInrjccotGIjN2ORHeDA0l2zHPss
37vtHC0xEVvIzSlrgY9KhacoFDVZFjNtBVBvbeFkih5JcbIkUoWa1trWNLR0K8WsBtSOjmICMEHFuVFlPrO48-
QGORxHMXzHCfEzDOospg2MKVv&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 2018-3349
* Virgin Galactic; Washington, D.C.; Director of Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQAEx1qxHEe0eMiE3iBUfkbMqQubWdbAbtNqyFg_XH1soV804xAYsWn1p92YCsZJKQInrjccotGIjN2ORHeDA0l2zHPss
37vtHC0xEVvIzSlrgY9KhacoFDVZFjNtBVBvbeFkih5JcbIkUoWa1trWNLR0K8WsBtSOjmICMEHFuVFlPrO48-

WASHAR0036023

QGORxHMXzHCfEzDOospg2MKVv&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 2018-3349
* Williams International; Pontiac, MI; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzfzIRBDlNbSGZiKtIchlwaJhwN24qgX-42gDaokFl0iwAbE7-uUUZyRX9tkxDkPrJ0Cmn-bpAUG1zM1mi7Z2ldXJ7cOcRGFr96QCTKn8NWbFQjT7RV75eU9VXaLPvu7Xa6u_jhKVGnvM4tGV5RE-m7pKk6oK-JO0CYi2SAmoRdseInBNM3MCo5RHKvP7nLKJPRUf0RoPeRs0&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 17-0275
* World Wide Technology; Hong Kong; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzX4xxVHyNWNjdjmgjwKCnS_N5YZI-Wmcp9rlu-7kbC568r4JQOaGZBedo9J8DxC_RP6TX9kEvWayqA2DTrFxcyZQhxdH8WHl1lonBm5BsBLA1EswjDwjzFFZVS0JZtT82LSDa9KHq7DOns2oBcIrnvohQGyx6HU-NOswzzW6MlTrA7_0W1PbVGvfYV1wsupKfoHMeqyWcRBLATyKdTqs2HrO8lMwRL7V575G85sCZBnI&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 005
* World Wide Technology; Edwardsville, IL; International Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzX4xxVHyNWNjDzQGZxmALm6NHlKkks7mkELqJ-uwLnJ_8Eds9lZdTxaSvbMhb5RAc80vJsArZEdvSvljkzdvsXsQSka7TYVVfHgfXnt0-TnMOmGOSBbyky4flAesdZy51E6B__OMYbWVbJOX53ZNWamm1r89rdzVQjghtMsS7_GAx9qlZlbF7PhYcDAt4jz1RCPegG9ivYDE6UM2jzUEnjSpx4Jh9vveDs1lEvbAWM7N&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
Requisition ID: 6110
* Xylem, Inc.; Remote, United States; Manager, Global Ethics & Compliance
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzejv2iISvM5ohhrjElB2rD2Jf3yW3ic0H-EHiSwIpyiaOSjjVYfH2mDdfSHtXlphJICR-riZKc7tt0_pih_XA1GGsEfypJYjNP4xMqJaV9phfQ24cZ99BItPWHXK4CVJx4BShGo-skaGWBCmNmulzflLrjp7VPcqI0J8Klac_Mgcu5o060QdWbvvueZy0piDznogfjvdBuD5X_3-QkwZW-c=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Zeiss Group; Thornwood, NY; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzfzIRBDlNbSGLEeQTiiBKWljeoR2g-oqydMNw0BagwgID35-cZHnpBdNa9t1Mkuw_s6w3YvyhbNw9EJ9V-QOYxAJEfuQgEaCe4cj9IEGZ6zLfJXYi1XgsXh5zNIBGWCmHJZOmaVS7SYykQAOX44VFSsVg8sLSPBKP609gTZsKfPNtHyDIxYpst4ShXJVnGJOSPcab1hb8bIYd3rAHxrfIrE=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
* Zimmer Biomet; Warsaw, IN; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzcrua7WXu_rTEDgRIv0FTQiZK2pJJSIFihG3N0KhSRdpe4u4W4QHpncodUs2WWyszqztYd_v-z_VERha1UVirUQxscaO-j4wd2yJCjo8D_xXVCT6-2z0xVGxV1w9oMiJIadPFXqO39MUaHW-bbpKbzoRf2fOV8Qi7A==&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==];
back to top
* * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

WASHAR0036024

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EDITOR'S NOTES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

20. Bartlett's Unfamiliar Quotations
(Source: Editor)
* Henry Fielding (22 April 1707 - 8 October 1754) was an English novelist and dramatist
known for his rich, earthy humor and satirical prowess, and as the author of the
picaresque novel Tom Jones. a meticulously constructed picaresque novel telling
the convoluted and hilarious tale of how a foundling came into a fortune. The plot
of Tom Jones is too ingeniously complicated for simple summary; its basis is Tom's
alienation from his foster father, Squire Allworthy, and his sweetheart, Sophia
Western, and his reconciliation with them after lively and dangerous adventures
on the road and in London. The triumph of the book is its presentation of English
life and character in the mid-18th century. Every social type is represented, and
through them every shade of moral behavior. Fielding's varied style tempers the
basic seriousness of the novel, and his authorial comment preceding each chapter
adds a significant dimension to the conventionally straightforward narrative.)
- "Guilt has very quick ears to an accusation."
- "There is perhaps no surer mark of folly, than to attempt to correct natural infirmities
of those we love."
* William Shakespeare (23 April 1564 - 23 April 1616) was an English poet, playwright
and actor, widely regarded as the greatest writer in the English language and the
world's pre-eminent dramatist. He is often called England's national poet and the
"Bard of Avon". His extant works, including collaborations, consist of approximately
39 plays, 154 sonnets, two long narrative poems and a few other verses, some of
uncertain authorship. His plays have been translated into every major living language
and are performed more often than those of any other playwright. Shakespeare is
the most quoted person in the English language.)
- "We know what we are, but know not what we may be."
- "Better three hours too soon than a minute too late."
Monday is Punday
* The only thing Flat Earthists have to fear is sphere itself.
- Jane Taeger, Baltimore, MD
* A patient bursts into a psychiatrist's office and says, "Doctor, I believe I'm
a deck of cards!"
The doctor replies, "Have a seat in the waiting room, please, I'll deal with you
later."
* Another man bursts into the psychiatrist's office and says, "Doctor, help me!
I believe I'm becoming invisible!"
The doctor replies, "Sorry, I can't see you right now."
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

21. Are Your Copies of Regulations Up to Date?
(Source: Editor)
The official versions of the following regulations are published annually in the
U.S. Code of Federal Regulations (C.F.R.), but are updated as amended in the Federal
Register.  The latest amendments to applicable regulations are listed below.

WASHAR0036025

* ATF ARMS IMPORT REGULATIONS
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZJqIOkGFHRa0XskHLypEwtnjsWDkBkYC22VLGa9wanpAe4OVUIwOg7Dir5kw3sDY-
8hKKsDTqfH5fLLPT3iAlLJU0kd8iM1CY5yvCvXnhwSO928bS_J7x5or60ZKkeFmgh1y-
sS7KzQS8cPkfOXs0UGiQ2nqJOY9fiNYsP4x2vaaKYI481LXzI7iFbk1x087qahKr2-V5XnEcyRfU8iQqiQln-mc8JMxCy-
lQ6zUCn2CQx7Ltj8MMI5f7-wbMSQFgYzk7Rh1_LG7TdmbY-LUT4DZk1bXe0q9w==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]:
27 CFR Part 447-Importation of Arms, Ammunition, and Implements of War
- Last Amendment: 15 Jan 2016: 81 FR 2657-2723
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzfWkl23rWVuXypijyzpxTEuCfBEJ8cAMFqtm6KVYC216hWHuRf2ldr2ebIv-
IkrYx1fIgOXVK_PrPxosJQcWOfRPU8xxD93jihKMTOa90lCMNMhxipT1TLOsf2fMOTRtIdlpSwVTJB7FnytfxJQq_w3LsOmRzxf
eWoyspstmahFrhMASkoWknU=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]:
Machineguns, Destructive Devices and Certain Other Firearms; Background Checks for
Responsible Persons of a Trust or Legal Entity With Respect To Making or Transferring
a Firearm.
* CUSTOMS REGULATIONS [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZJqIOkGFHRaNPx7sh8FA39G7m1b8Xqe9h_0ghABYEBnvanFU_oaYC5DlnziG9w6qn5v8dNt_GGcvEgzreF_1YKRopRXu
FDYXXHC9ZLPX2jmNZ3EMHQeVtT60_fAnU2w0JmoKzirM3bFdj42oU6yfWWeM_3tm14u259RrxJqYsZZ6-
lSjSvLgGpCbHrk3h_4T4sFeMUzI3c2n6BO_LEohDnBOSJsKjfWJ7-
MMMfTzAsJLNdscPsd8GR7VnokQtyC5OJ5jiNCif8B&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]:
19 CFR, Ch. 1, Pts. 0-199
- Last Amendment: 12 Apr 2018: 83 FR 15736-15740
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzasYqMkaShqV5_y-DGEu-
L1Ew_XolQT3Uc7XJRX3m-ObS-
WkpNCAwH1KkI3cPIKJkSKFpmYL7Nq_tm62IYopkq1Ta_3BgczvtMhZ1KhPBBm0vdFIszb6tfPWEFCQlngAOXcxNzFL62EV2z5j
KWnAhpRanBy7qapipQfH0vX0pGp70rcOh3WYq4c=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]:
CBP Decision No. 18-04; Definition of Importer Security Filing Importer (ISF Importer)
* DOD NATIONAL INDUSTRIAL SECURITY PROGRAM OPERATING MANUAL (NISPOM)
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzWwwxxEa3F9ruJ7bbDXvm6Ng3bkM4b-2-SBKkB3EmRkvRSjUSh6JwOGEoKTAKYdbf5vhrXHXFlAliyEUYxXNiP6ukZtK-
iTOVcMIgY4CY2yNPvhQpKgmXz5MG6PLqL_tVKc6x0jJdQMpiYLFeYyCXLZmAurC6kwhwQ==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]:
DoD 5220.22-M
- Last Amendment: 18 May 2016: Change 2
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzWwwxxEa3F9ruJ7bbDXvm6Ng3bkM4b-2-SBKkB3EmRkvRSjUSh6JwOGEoKTAKYdbf5vhrXHXFlAliyEUYxXNiP6ukZtK-
iTOVcMIgY4CY2yNPvhQpKgmXz5MG6PLqL_tVKc6x0jJdQMpiYLFeYyCXLZmAurC6kwhwQ==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]:
Implement an insider threat program; reporting requirements for Cleared Defense
Contractors; alignment with Federal standards for classified information systems;
incorporated and cancelled Supp. 1 to the NISPOM (Summary here
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzUcDOc0go60DIXfWAZUd82zin28fOjfGufmCiG96Wp2iPgQ5JjlWT8A65PIbzfLqBwWE_8xLsLd3KU39n_W6UGLxPrlmtr

WASHAR0036026

8xTog0aRcKuKq5RWL9VPPEMGlAw-
Stl6RQrfUFmD8SXx2Hx7aFyehiL8n0GxMZva31WewuQNvNKVWM&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==].)
* EXPORT ADMINISTRATION REGULATIONS (EAR)
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzUcDOc0go60DtGYyYP6nAA9ZLRDsl5Zq1ANGGZUdZEKz9gL_6lk95KZI1MeKNyglzMcuYDuzj5xBT77wRAfV7grE_4rRsxr
k-wusnhFtEhGdwvNbCXhTW9-uFykVrMUShQgjicEHpoPu9ABbtKUh1PdWCnY4y_wZ0OpQUWVPDQ5goykpe2KexTZ-
xHfik9Vtz_eV5kOflNnmh0DEpxT0OP7kyOIux47Ctsp_2ZY_dJMFjh1twaOb5uMhPxNKVLQjiDo5DAVexWDh1GBOMgKMtkE
=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]:
15 CFR Subtit. B, Ch. VII, Pts. 730-774
- Last Amendment: 2 Apr 2018: 83 FR 13849-13862
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzcrua7WXu_rTPQboQBf1SXfkb7dBLp3baQM-
8_3JCCABx3XJwfRWo5x0g5SAoAT373e4ev7fpTWFmNCDjjGavqfNzI2jkunweblzz8pj0l90S1oqI1yS8SyXMx4Mp33ItemUlhlE
p9vCqArFWqil4oprWVPGn25hTAHNk9KxMEeef4d9W5-L1Q4=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]:
Implementation of the February 2017 Australia Group (AG) Intersessional Decisions
and the June 2017 AG Plenary Understandings; Addition of India to the AG [Amendment
of EAR Parts 738, 740, 745, and 774.]; and 5 Apr 2018: 83 FR 14580-14583
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzauYut_8WW5_5VqWpWf5Q174QtRm1WaQ8kFYPw3RtFJjq3nV5OIs56WP7b1SN6TxCZRjlY4ommNZCYPyy9Xwt5H3v
fwx2DBsMDpqj2JtwqpDgZKeA-kxjfLIzL2WDxQsb6mRM1JMViHZdnNIVcCMJ5A73M-
1uQD3Xhc5_JqD0EAWFZMifAnfpfA=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]:
Reclassification of Targets for the Production of Tritium and Related Development
and Production Technology Initially Classified Under the 0Y521 Series [Imposes License
Requirements on Transfers of Specified Target Assemblies and Components for the
Production of Tritium, and Related "Development" and "Production" Technology.]
* FOREIGN ASSETS CONTROL REGULATIONS (OFAC FACR)
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZJqIOkGFHRamHlvzG6u1yBOfXs9mJpL7h5IOJ7s90296pq0Br8xmWWwt3TV8tKKdtogJw1faH0zKa-
XPav3tPQkwgnsQgJSG5drbQAtmUGCtUPuLwoPt6NJwXBXWwnDDFDW7EMQlPtRUr4okItGruerXu6HzHCW1xWyp-
1o8RA3qcQ-Vc_SVZN77AVRiq38M6poxC-
oGvIsazo2nrlHvcTV6orHfkktl50yeiqzxf2uXQGXbUJwPiNECYVCnyQyOjWi5O7xlRLc&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]:
31 CFR, Parts 500-599, Embargoes, Sanctions, Executive Orders
- Last Amendment: 19 Mar 2018: 83 FR 11876-11881
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQgzjPMXLQeBxLEmCxJgnHzWsvNDu0IO2e3gxnHa5REvD7I62qMhEFmqfU4Jlk66TIJKzMHL6d3_97Ykq7JIK5K6CvwP4
7iINrCo_-gB3EbJFGylp1oRjcnrYBb1zE6EvbZuWzYUWBeLWo4LaipeiwlN312q9V0mzj34rnY0Zzn-
t9aN0i4PtkM=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]:
Inflation Adjustment of Civil Monetary Penalties
* FOREIGN TRADE REGULATIONS (FTR)
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZJqIOkGFHRa1ZCQecMTjvYub-
QnQqYp92cMAyuoify7meacuTMjGdwmHOE4EPtwiF1IU3zIBqi1pfnXMOppflZTFqZSFjOmPpkU4M2MIsC9hxGKtyN37bHBv
C-XNNDXuWW25OJkyH5iV8mQ_W8JiPksX-

WASHAR0036027

iwRVYvI1vcYt4eTxW2OLKCKoQocMThsS283EhwYMMFCXwCQ5iIt9Lb6NFS7l2zqABQK1f1U5HwjXk6hlrzqPo6emfTNkHsnF
sGUc8F8uVhjsov0l6BWneMzaLV2C0=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]:

15 CFR Part 30

- Last Amendment: 20 Sep 2017: 82 FR 43842-43844
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzQPN9zAspwAM4DxwhV8q-b64hYDKboLL5f_yBLeVVkVRFusCmi3ryW5f5vc3rKK81mXwGmx-
keaOvlH14tqFHP6zlf2NsbvUCkfIehT30NJZnrMRZDnOhAqP3AWnpj6Fq4m-
OdoQe6ImPWKZysuYZrY71F2Rf_RDUHNUEtdweb1hkKz4qXbkpbU=&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]:

Foreign Trade Regulations (FTR): Clarification on Filing Requirements; Correction

- HTS codes that are not valid for AES are available here
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzT7Mb65hT7eVFoD2CD6yCwzeXrGHWk8o8yNLQpc5vMyp8JM5ygh_7jacRKKFLFsEVlAkJ9nrhNVOdLwWkaRR196Bvie
qbxjOkLPIGSb3zc544rX1soxvJa_ohT2saST_r26gaiogl3E-
AjhoCY7QPKASXj4uGv7L_TYLHEwd7oESurtZz3cd9ktjzmagy2oc6ieiWxjKuFAF&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==].

- The latest edition (16 March 2018) of Bartlett's Annotated FTR ("BAFTR"), by James
E. Bartlett III, is available for downloading in Word format. The BAFTR contains
 all FTR amendments, FTR Letters and Notices, a large Index, and approximately 250
footnotes containing case annotations, practice tips, Census/AES guidance, and explanations
of the numerous errors contained in the official text. Subscribers receive revised
copies in Microsoft Word every time the FTR is amended. The BAFTR is available by
annual subscription from the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzScRIEUJSPUUYGe4CRLUxPJ9KOAqa6vH_iEzorGQog6VaufrZry-R-
djxwTJuP9WPyu66zwh_iVWbW3sf1hEwUGbIOtUtPdls9Ov62trGzk4nyxT1Cn3ABvWiHdVYwhdEwjVA5iWkZLd&c=jHYp9gA
ECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==].

BITAR subscribers are entitled to a 25% discount on subscriptions to the BAFTR.
Government employees (including military) and employees of universities are eligible
for a 50% discount on both publications at www.FullCircleCompiance.eu
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzaSKoinQ0eBYr7513ssg-
SxEDJIa43oeLFU4sK-DzboRPCYx8ypueZ_84OSM8zJfd9vTxqUnwqGVKet8wPK1-
Pve94QSJMANVPQGwmAklku7w4PbtYXJFYmWkDVtcSzn7w==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==].

* HARMONIZED TARIFF SCHEDULE OF THE UNITED STATES (HTS, HTSA or HTSUSA)
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzYoLkQgfz8yxLDd1F00kMweGSsXxtsZ9UXvNBe2H0oYvfa0pymPNxZE3LW-gXOQNhGipZXE-
rIZoo3rMCqPMAnps5e5ejyOokwr8JCm8jbVYL2cdMnt5QYLBPJSxHYR6AA==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==],

1 Jan 2018: 19 USC 1202 Annex. ("HTS" and "HTSA" are often seen as abbreviations
 for the Harmonized Tariff Schedule of the United States Annotated, shortened versions
of "HTSUSA".)

- Last Amendment: 16 Apr 2018: Harmonized System Update 1805
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzewcG3Isxc0FOYT3cgPSbXw1vNm0xAlqWaINZG3TfNs2ml8NUJeSfP2m6RDWqi_ZKcVsUqr_W5mvhMSTWiHOWK7cu
pT5SGNhqAA_msdexEuA8prr9ZCyu-

WASHAR0036028

xiHqOAB9pJ7w10fOR50WqGfxQkbrkRtHt5qSWIugVYn2zhIVrN1ClObLhOQp79gaZv1azGUJqzQwABLiRSHWGHU40hAxzek
Cmh5F_dYG3W221YLQqmuFL9tCIXgdy1v5YjBEsT8n46-2g5PYacGva7&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]
[contains 267 ABI records and 60 harmonized tariff records.]
- HTS codes for AES are available here
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzeUMrfkhE34G4w_LkL-
5TWOWqnU0rxmfDXbjfpejSChOsNkcywsZlKJjBGKRVUoWkEOxcl_ymPDkfeZrtD1zcU-
caKdwwFE7KL3wZYDtr30rArOfZE6E66pj4VQ_fZpDVNMClU4YchL1ygyUpJsGvaFQPdmDfspJGcY9t6pbyL6oC07oiS-
KWWSdrnJgQuZ3cAM2d9Yo0N4R&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==].
- HTS codes that are not valid for AES are available here
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzT7Mb65hT7eVFoD2CD6yCwzeXrGHWk8o8yNLQpc5vMyp8JM5ygh_7jacRKKFLFsEVlAkJ9nrhNVOdLwWkaRR196Bvie
qbxjOkLPIGSb3zc544rX1soxvJa_ohT2saST_r26gaiogl3E-
AjhoCY7QPKASXj4uGv7L_TYLHEwd7oESurtZz3cd9ktjzmagy2oc6ieiWxjKuFAF&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==].
* INTERNATIONAL TRAFFIC IN ARMS REGULATIONS (ITAR)
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzZJqIOkGFHRansAcDp0RANR669-
9VOO24hJAicLFKLQs_k72iLS9kk0AFYNoKpEPTOXG_jqvndPYHvYbdMSnNfSK6OLLYxVbwy8kah0kydAO3vcMrJUb6n9tspJtX
MuzpMFwlEQfPIxIaJfJqdx29DWmjxpWgGg1WCMBqgJccB7F0UmnlMoXnlCsRD1kvIMCtD0tbx3t6zOMQYiEyEcJDv6_ukLFS
ABUeWsTUbZZ5GPSGkmw7K6oZDSoq3tl0U9_S4fwPrqFzd98&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]:
22 C.F.R. Ch. I, Subch. M, Pts. 120-130.
- Last Amendment: 14 Feb 2018: 83 FR 6457-6458
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzbQaTAExbbvmD2uUOxo8xLgeY-
CsdJTrf8NT3DNt6yfW0Y3utPasZSGgeDE0rDskhmboUhn0n4BOrQ0Pwi1doIOqWiw52Cfl-
4apRCJV8hnRS5bnh9u6QUSs4yBxKHfK4nK5_8pIvhGL4_yMtx859EZ5uyvBldqYfO6ZLzx57dfMsyo2gHs0y-
o=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]:
Amendment to the International Traffic in Arms Regulations: Addition of South Sudan
[Amends ITAR Part 126.]
- The only available fully updated copy (latest edition: 14 Feb 2018) of the ITAR
with all amendments is contained in Bartlett's Annotated ITAR
("BITAR"), by James E. Bartlett III. The BITAR contains all ITAR amendments to date,
plus a large Index, over 800 footnotes containing amendment histories, case annotations,
practice tips, DDTC guidance, and explanations of errors in the official ITAR text.
Subscribers receive updated copies of the BITAR in Word by email, usually revised
within 24 hours after every ITAR amendment. The BITAR is available by annual subscription
from the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzdjbT7ASXcSVV5NadynzGb2nI1Syuika_9yuJ_skEhsJ5AyqCCUiEx9DPIs67Pd0PMzlPLuadcjV2uXqgW-
qPkmashBKsRZ76h38p5uwfdZibZmkxaJmbzJWUbLzd4tFig==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==].
BAFTR subscribers receive a 25% discount on subscriptions to the BITAR, please contact
us [mailto:jebartlett@fullcirclecompliance.eu] to receive your discount code.
back to top

WASHAR0036029

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

22. Weekly Highlights of the Daily Bugle Top Stories
(Source: Editor)
Review last week's top Ex/Im stories in "Weekly Highlights of the Daily Bugle Top
Stories" published here [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzaSKoinQ0eBYr7513ssg-SxEDJIa43oeLFU4sK-DzboRPCYx8ypueZ_84OSM8zJfd9vTxqUnwqGVKet8wPK1-
Pve94QSJMANVPQGwmAklku7w4PbtYXJFYmWkDVtcSzn7w==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==].
back to top
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EDITORIAL POLICY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

\* The Ex/Im Daily Update is a publication of FCC Advisory B.V., compiled by: Editor,
James E. Bartlett III; Assistant Editors, Alexander P. Bosch and Vincent J.A. Goossen;
and Events & Jobs Editor, John Bartlett. The Ex/Im Daily Update is emailed every
 business day to approximately 8,000 readers of changes to defense and high-tech
 trade laws and regulations. We check the following sources daily: Federal Register,
Congressional Record, Commerce/AES, Commerce/BIS, DHS/CBP, DOE/NRC, DOJ/ATF, DoD/DSS,
DoD/DTSA, FAR/DFARS, State/DDTC, Treasury/OFAC, White House, and similar websites
of Australia, Canada, U.K., and other countries and international organizations.
 Due to space limitations, we do not post Arms Sales notifications, Denied Party
listings, or Customs AD/CVD items.
\* RIGHTS & RESTRICTIONS: This email contains no proprietary, classified, or export-controlled
information. All items are obtained from public sources or are published with permission
of private contributors, and may be freely circulated without further permission,
provided attribution is given to "The Export/Import Daily Bugle of (date)". Any
further use of contributors' material, however, must comply with applicable copyright
laws.
\* CAVEAT: The contents of this newsletter cannot be relied upon as legal or expert
advice.  Consult your own legal counsel or compliance specialists before taking
actions based upon news items or opinions from this or other unofficial sources.
 If any U.S. federal tax issue is discussed in this communication, it was not intended
or written by the author or sender for tax or legal advice, and cannot be used for
the purpose of avoiding penalties under the Internal Revenue Code or promoting,
marketing, or recommending to another party any transaction or tax-related matter.
\* SUBSCRIPTIONS: Subscriptions are free.  Subscribe by completing the request form
on the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-WhTzaSKoinQ0eBYr7513ssg-
SxEDJIa43oeLFU4sK-DzboRPCYx8ypueZ_84OSM8zJfd9vTxqUnwqGVKet8wPK1-
Pve94QSJMANVPQGwmAklku7w4PbtYXJFYmWkDVtcSzn7w==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==].
\* BACK ISSUES: An archive of Daily Bugle publications from 2005 to present is available
HERE [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRISvzCgtgGy834L55Fy5SKY6uD-
WhTzX4xxVHyNWNjQO5_acd0Ultx550SCHb33bdCZffAhQTlkparJbLFih_0yKN2GSweQM2_KkGNExj4tpr8bNyz-

WASHAR0036030

CWPsTTcLq5I4EugIQxdc20qXtlv9nQlPc_wewS84X9g-
gpj5uYHJTzNF3__QMKgLDL8wmA8dP_OhI37xJf4DCh09bPFx1ovgXL1IeDZltlpIBDSTwOm66YL8Qr2eeR0nnedK9xecTjxHG3
Qf3Wu7rnru6FzRqaN3JQULw42kartCGCyGgFv8uHpvEZ4GwUNmiY2-FO6azwlLVFGyxBuudSv&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==].

\* TO UNSUBSCRIBE: Use the Safe Unsubscribe link below.
back to top
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


Stay Connected
View our profile on LinkedIn [http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRlSvzCgtgGy834L55Fy5SKY6uD-
WhTzZJqIOkGFHRalBUMShrNqzpPQu9Fpsx17G3-hghGZSZqOrEuhe-57K-Z6Lh1E-JvSSYAsaXojkxrSnuC9PdW4lSnW-
gywqUbPbNzKOhj9GzQ-hoNk66Cr8g=&c=jHYp9gAECfzhRl-LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-
fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-ZFxLkpnXYw==]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


The Daily Bugle |  www.FullCircleCompliance.us
[http://r20.rs6.net/tn.jsp?f=001JzaT0J_uIcRgTAM6_sv_yJRlSvzCgtgGy834L55Fy5SKY6uD-
WhTzZJqIOkGFHRa4Eiuna5yk8DHWmRWqOmfDuoEnwtA3pwmRxshxdiDp1X2bEXWpdF1qvl5QCzNtIWU6yJNnDv8Jzkb5A
Qe3yBDFEXSC-DtTpZ6BFU9GzN22lvM4_jd70Edvg==&c=jHYp9gAECfzhRl-
LURUo3ibmjNGcVy2Y10VlM2WtcoSgP4MqKTTzoA==&ch=yj-fXlcsB6GHUOEyizU28JJza98ZbCNitjV_4rayKTv-
ZFxLkpnXYw==]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Copyright © 2018. All Rights Reserved.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Forward this email
http://ui.constantcontact.com/sa/fwtf.jsp?llr=ucvuy5nab&m=1114502747220&ea=$pauljm@state.gov$&a=113044846
1428

This email was sent to pauljm@state.gov by jebartlett@jebartlett.com.

Update Profile/Email Address
https://visitor.constantcontact.com/do?p=oo&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-
b5f6-d4ae5275505f&ca=a9a88e4a-9bae-4c12-965e-b58034fda4ff


Instant removal with SafeUnsubscribe(TM)
https://visitor.constantcontact.com/do?p=un&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-
b5f6-d4ae5275505f&ca=a9a88e4a-9bae-4c12-965e-b58034fda4ff


PrivacyPolicy:
http://www.constantcontact.com/legal/service-provider?cc=about-service-provider


FCC Advisory B.V. | Landgoed Groenhoven | Dorpsstraat 6 | Bruchem | 5314 AE | Netherlands

WASHAR0036031

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Friday, March 30, 2018 3:57 PM
**To:** Jost, Aaron W; Steffens, Jessica L; Koelling, Richard W
**Cc:** Miller, Michael F; Dearth, Anthony M; Paul, Joshua M; PM-Staffers Mailbox
**Subject:** RE: Sig Sauer Trade Issue

Aaron,



Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - Transitory
UNCLASSIFIED

From: Jost, Aaron W
Sent: Friday, March 30, 2018 2:32 PM
To: Steffens, Jessica L <SteffensJL@state.gov>; Hart, Robert L <HartRL@state.gov>; Koelling, Richard W <KoellingRW@state.gov>
Cc: Miller, Michael F <Millermf@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Paul, Joshua M <PaulJM@state.gov>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>
Subject: RE: Sig Sauer Trade Issue

Regards,
Aaron

Official - Transitory
UNCLASSIFIED

From: Steffens, Jessica L
Sent: Wednesday, March 28, 2018 9:06 AM
To: Jost, Aaron W <JostAW@state.gov<mailto:JostAW@state.gov>>
Cc: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Dearth, Anthony M <DearthAM@state.gov<mailto:DearthAM@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-

1

StaffersMailbox@state.gov>>; Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Koelling, Richard W <KoellingRW@state.gov<mailto:KoellingRW@state.gov>>
Subject: RE: Sig Sauer Trade Issue

Thanks.

Official - Transitory
UNCLASSIFIED

From: Steffens, Jessica L
Sent: Tuesday, March 27, 2018 5:18 PM
To: Jost, Aaron W <JostAW@state.gov<mailto:JostAW@state.gov>>
Cc: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Dearth, Anthony M <DearthAM@state.gov<mailto:DearthAM@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Subject: FW: Sig Sauer Trade Issue
Importance: High



Official - Transitory
UNCLASSIFIED

From: Steffens, Jessica L
Sent: Tuesday, March 27, 2018 4:41 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov<mailto:KaidanowTS@state.gov>>
Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Subject: FW: Sig Sauer Trade Issue

WASHAR0036033

Importance: High



Official - Transitory
UNCLASSIFIED

From: Paul, Joshua M
Sent: Tuesday, March 27, 2018 4:22 PM
To: Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>
Subject: FW: Sig Sauer Trade Issue

Official
UNCLASSIFIED

From: Koelling, Richard W
Sent: Tuesday, March 27, 2018 4:18 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov<mailto:KaidanowTS@state.gov>>
Cc: Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Dearth, Anthony M
<DearthAM@state.gov<mailto:DearthAM@state.gov>>; Jost, Aaron W
<JostAW@state.gov<mailto:JostAW@state.gov>>; Nelson, Rebekah A
<NelsonRA@state.gov<mailto:NelsonRA@state.gov>>; Cressey, Laura E
<CresseyLE@state.gov<mailto:CresseyLE@state.gov>>; Christensen, Brent T
<ChristensenBT@state.gov<mailto:ChristensenBT@state.gov>>; Douville, Alex J
<DouvilleAJ@state.gov<mailto:DouvilleAJ@state.gov>>; Walker, Wilbert P (Pete)
<WalkerWP@state.gov<mailto:WalkerWP@state.gov>>; Davis, Terry L
<DavisTL@state.gov<mailto:DavisTL@state.gov>>; Hamilton, Catherine E
<HamiltonCE@state.gov<mailto:HamiltonCE@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>; Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>;
Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; PM-CPA <PM-CPA@state.gov<mailto:PM-
CPA@state.gov>>; Litzenberger, Earle D (Lee) <LitzenbergerED@state.gov<mailto:LitzenbergerED@state.gov>>

3

WASHAR0036034

Subject: FW: Sig Sauer Trade Issue

Ambassador,



Very respectfully,

Rick Koelling

Richard W. Koelling, Jr.
Deputy Director (Acting)
Office of Defense Trade Controls Policy
Department of State
202-663-2828

Official
UNCLASSIFIED

--------------------------------

From: Mowers, Matthew D
Sent: Thursday, March 22, 2018 2:00 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov<mailto:KaidanowTS@state.gov>>
Subject: FW: Sig Sauer Trade Issue

Hi Tina, I hope all is well - it's been awhile since we've seen each other! I wanted to pass along an item raised by the Governor of NH. He was with POTUS on Monday and is with VPOTUS today and I believe was going to mention it to

4

WASHAR0036035

Matt

-----Original Message-----

Simply put, Sig needs the US Government to request to the German government that the Germans drop their "ITAR-free" requirement on their Bundeswehr pistol procurement, given it unfairly treats American offerings, when no similar barriers exist for German companies looking to do business with our armed forces.  Given the nature of such a request, Sig has asked Governor Sununu to raise this to the highest levels of the White House, similar/equal to his efforts on Sig's Thailand issue a year ago.  We do not see any practical way forward other than Government to Goverment action to get Germany to drop the unfair ITAR-free restriction. Note that the President did visit Sig Sauer very very early in the campaign (sometime earlier in 2015, I believe) with one or both of his sons.  So there is a modest history there.  Of course, we're pleased with any other senior folks with whom you think the Governor should engage on this as well.

The company's Washington lobbyists are engaging with the Administration at various levels.  But we feel that personal involvement by the Governor is necessary to ensure this is appropriately and quickly elevated.  The company is also looking to engage Sen. Shaheen's Office, given her position on the Foreign Relations Committee.  But it's unclear how responsive the administration will be to any intervention by her office (through no fault of the Senator or her staff).

To be clear, this isn't about Sig trying to unseat H&K for the US Marine procurement, as that would only tick off the Marines and may not change the outcome.   It's about the much more sizable Bundeswehr procurement and contrasting that with the Marine procurement to demonstrate the unbalanced situation faced by a NH company - despite Sig having sister operations in Germany.  As an aside, there have been news reports in Germany regarding Russian influence/funding in/of H&K (I can get you an article of two if you'd like).

Thanks again for the willingness to engage.  Please let me know what other info I can provide to you to help us.


David ███ President
Prospect Hill Strategies
████████
www.prospecthillstrategies.com<http://www.prospecthillstrategies.com>


>

This email is UNCLASSIFIED.

WASHAR0036036

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Friday, July 27, 2018 10:13 AM
**To:** McKeeby, David I
**Subject:** RE: Reported State Department Spokesperson Statement on 3D Guns

███████████████████████████

Official
UNCLASSIFIED

From: McKeeby, David I
Sent: Friday, July 27, 2018 10:13 AM
To: Paul, Joshua M <PaulJM@state.gov>
Subject: Re: Reported State Department Spokesperson Statement on 3D Guns

Josh:

██████████████████████████████████████████████

--D--

Sent from my BlackBerry 10 smartphone.
From: Paul, Joshua M
Sent: Friday, July 27, 2018 10:08 AM
To: PM-CPA
Subject: FW: Reported State Department Spokesperson Statement on 3D Guns

████████████████████████

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, July 27, 2018 10:08 AM
To: 'Fite, David (Foreign Relations)' <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov> (edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>) <edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>; Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

This is a mischaracterization - and a misquoting - of our statements to the press on this matter. What we have told media is that "the settlement in this case comes as the U.S. Government is reviewing comments on new proposed regulations" (emphasis mine), not because of the regulations - this line is intended to provide context, not cause.

1

WASHAR0036037

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 27, 2018 9:57 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S
<FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>;
Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>
(edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>)
<edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>;
Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>
Subject: Reported State Department Spokesperson Statement on 3D Guns

So there was this ABC news story that said this:


In a lengthy statement, the State Department spokesperson said that the Trump administration settled because new
government regulations make the case moot. The Commerce Department is taking over the regulation of certain
firearms -- a change that was implemented under the Obama administration, but accelerated under the Trump
administration as it seeks "to create a simpler, more robust export control system that eases industry compliance,
enhances enforceability, and better protects truly sensitive technologies."   https://abcnews.go.com/Politics/state-
department-defends-allowing-publication-blueprints-3d-print/story?id=56817152

Is this is accurate, it would seem to be an admission of an intent to circumvent the CATs I-III regulatory legal process.
What exactly did the State Dept person say?

WASHAR0036038

| | |
|---|---|
| **From:** | Heidema, Sarah J <HeidemaSJ@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 11:32 AM |
| **To:** | Hart, Robert L |
| **Subject:** | DD QA |
| **Attachments:** | DD QA.docx |

My edits
Official
UNCLASSIFIED

1

| | |
|---|---|
| **From:** | Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov> |
| **Sent:** | Wednesday, July 25, 2018 12:19 PM |
| **To:** | 'Miller, Michael F (Millermf@state.gov)'; 'Darrach, Tamara A'; 'Paul, Joshua M (PaulJM@state.gov)' |
| **Cc:** | Oliver, Stacie (Foreign Relations); 'Edmund.Rice@mail.house.gov (edmund.rice@mail.house.gov)'; 'Jamie.mccormick@mail.house.gov'; Bartley, Megan (Foreign Relations); Ricchetti, Daniel (Foreign Relations) |
| **Subject:** | RE: "Temporary Suspension" |

Just so I know, will State answer these questions today?

From: Fite, David (Foreign Relations)
Sent: Wednesday, July 25, 2018 10:52 AM
To: 'Miller, Michael F (Millermf@state.gov)' <Millermf@state.gov>; 'Darrach, Tamara A' <DarrachTA@state.gov>; 'Paul, Joshua M (PaulJM@state.gov)' <PaulJM@state.gov>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>; 'Edmund.Rice@mail.house.gov (edmund.rice@mail.house.gov)' <edmund.rice@mail.house.gov>; 'Jamie.mccormick@mail.house.gov' <Jamie.mccormick@mail.house.gov>; Bartley, Megan (Foreign Relations) <Megan_Bartley@foreign.senate.gov>; Ricchetti, Daniel (Foreign Relations) <Daniel_Ricchetti@foreign.senate.gov>
Subject: RE: "Temporary Suspension"

To put in the context of the settlement agreement: how long does the agreement, as a matter of law and strict interpretation, require the 126.2 suspension to remain in effect?  The antecedent phrase in the agreement states, "while the above-referenced rule is in development"; if State understands or interprets the referenced "rule" as the CAT I-III regulatory change in process (and is that correct), what interpretation is State using for what "while" means?  For the length of duration of the development of the CAT I-III rule - which presumably extends to the end of the formal 38(f) process?  Or could "while" mean "during", a period of time not necessarily terminating with the legal completion of the CAT I-III rule process?

From: Fite, David (Foreign Relations)
Sent: Wednesday, July 25, 2018 9:20 AM
To: Miller, Michael F (Millermf@state.gov<mailto:Millermf@state.gov>) <Millermf@state.gov<mailto:Millermf@state.gov>>; 'Darrach, Tamara A' <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Paul, Joshua M (PaulJM@state.gov<mailto:PaulJM@state.gov>) <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov> (edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>) <edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>; Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>; Bartley, Megan (Foreign Relations) <Megan_Bartley@foreign.senate.gov<mailto:Megan_Bartley@foreign.senate.gov>>; Ricchetti, Daniel (Foreign Relations) <Daniel_Ricchetti@foreign.senate.gov<mailto:Daniel_Ricchetti@foreign.senate.gov>>
Subject: "Temporary Suspension"

How long is "temporary" under ITAR 126.2?  Is there a minimum period of time, or is it completely at the discretion of the PM DAS?

WASHAR0036040

| | |
|---|---|
| **From:** | Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov> |
| **Sent:** | Friday, July 27, 2018 11:55 AM |
| **To:** | 'Paul, Joshua M'; Rice, Edmund; Darrach, Tamara A; Faulkner, Charles S |
| **Cc:** | Oliver, Stacie (Foreign Relations); McCormick, Jamie |
| **Subject:** | RE: Reported State Department Spokesperson Statement on 3D Guns |

As a larger issue, can you provide to me a legal analysis of how ITAR 120.3(b) comports with the requirements of AECA Sec. 38?


Sec. 38 [22 U.S.C. 2778]. Control of Arms Exports and Imports.-(a)(1) In furtherance of world peace and the security and foreign policy of the United States, the President is authorized to control the import and the export of defense articles and defense services and to provide foreign policy guidance to persons of the United States involved in the export and import of such articles and services. The President is authorized to designate those items which shall be considered as defense articles and defense services for the purposes of this section and to promulgate regulations for the import and export of such articles and services. The items so designated shall constitute the United States Munitions List.


From: Paul, Joshua M <PaulJM@state.gov>
Sent: Friday, July 27, 2018 11:39 AM
To: Rice, Edmund <Edmund.Rice@mail.house.gov>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Faulkner, Charles S <FaulknerCS@state.gov>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>; McCormick, Jamie <Jamie.McCormick@mail.house.gov>
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

Certainly, here you go:  To be clear, these are our press talking points (and constitute the full extent of our talking points on this matter), not a statement - we've not released or drafted a statement as such.


Toplines


*      The United States strictly regulates the export of defense articles, including related manufacturing technologies and information, as an integral part of safeguarding U.S. national security and furthering U.S. foreign policy objectives in accordance with the Arms Export Control Act (AECA) and the International Traffic in Arms Regulations (ITAR).


*      This was a voluntary settlement entered into following negotiations between the Department of State and the plaintiffs. The court did not rule in favor of the plaintiffs in this case.  In other contexts, courts have upheld ITAR controls on technical data.


Additional Points


*      The settlement in this case comes as the U.S. Government is reviewing comments on new proposed regulations to transfer oversight from the U.S. Department of State to the U.S. Department of Commerce of exports of firearms and related items that do not provide the United States with a critical military or intelligence advantage or, in the case of

1

WASHAR0036041

weapons, are not inherently for military end use, including many items that are widely available in retail outlets in the United States and abroad.


\*      These proposed regulations are part of an ongoing effort to create a simpler, more robust export control system that eases industry compliance, enhances enforceability, and better protects truly sensitive technologies.


\*      In addition to reducing regulatory burden on U.S. industry, these proposed regulations would eliminate the ITAR requirements at issue in this case, including the ITAR requirement to obtain U.S. Government authorization to post to the Internet technical data related to certain firearms and related items that are commercially available, such as those at issue in this case.


\*      In the course of formulating these proposed regulations, the U.S. Government conducted a national security analysis in the context of the rulemaking effort. Based on this analysis, it was determined that certain firearms and related items that are widely available for commercial sale, and technical data related to those items, is of a type that does not offer a critical military or intelligence advantage to the United States, per section 120.3 of the ITAR, and therefore warrants export licensing requirements under the U.S. Department of Commerce's jurisdiction.


Official
UNCLASSIFIED

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 27, 2018 10:32 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

Same request

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 27, 2018 10:09 AM
To: 'Paul, Joshua M' <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

Can I get a copy of the statement?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>

WASHAR0036042

Sent: Friday, July 27, 2018 10:08 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov> (edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>) <edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>; Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

This is a mischaracterization - and a misquoting - of our statements to the press on this matter.  What we have told media is that "the settlement in this case comes as the U.S. Government is reviewing comments on new proposed regulations" (emphasis mine), not because of the regulations - this line is intended to provide context, not cause.

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 27, 2018 9:57 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov> (edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>) <edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>; Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>
Subject: Reported State Department Spokesperson Statement on 3D Guns

So there was this ABC news story that said this:

In a lengthy statement, the State Department spokesperson said that the Trump administration settled because new government regulations make the case moot. The Commerce Department is taking over the regulation of certain firearms -- a change that was implemented under the Obama administration, but accelerated under the Trump administration as it seeks "to create a simpler, more robust export control system that eases industry compliance, enhances enforceability, and better protects truly sensitive technologies."   https://abcnews.go.com/Politics/state-department-defends-allowing-publication-blueprints-3d-print/story?id=56817152<https://urldefense.proofpoint.com/v2/url?u=https-3A__abcnews.go.com_Politics_state-2Ddepartment-2Ddefends-2Dallowing-2Dpublication-2Dblueprints-2D3d-2Dprint_story-3Fid-3D56817152&d=DwMFAg&c=L93KkjKsAC98uTvC4KvQDTmmq1mJ2vMPtzuTpFgX8gY&r=qK7_ZRFYXD_2-oNGpZDaSv48Ivvk3sok_Kc-8ucoEbs&m=4S_yEixtZSsw89x2XhqgUdWAP44i4TJAmBEXVVW9qjU&s=HqHDqHN2-Rqtmt73HXGVOBYpTujxf4uq0wK_ToXrREs&e=>

Is this accurate, it would seem to be an admission of an intent to circumvent the CATs I-III regulatory legal process. What exactly did the State Dept person say?

WASHAR0036043

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
|---|---|
| Sent: | Monday, July 23, 2018 10:44 AM |
| To: | PM-DTCP-RMA |
| Cc: | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| Subject: | CPA Media Monitoring: The Guardian: DIY 3D-printed guns get go-ahead after Trump administration strikes court deal |

[cid:image001.png@01D29279.128F6050]
DIY 3D-printed guns get go-ahead after Trump administration strikes court deal By Jamiles Lartey
23 July 2018

From 1 August, thanks to the Trump administration, a commercially available software blueprint will allow people to make their own guns using ABS plastic resin and a 3D printer.

The green light came late last month, with a court settlement between the designer of the blueprint and the US state department. Gun rights advocates celebrated.

In a statement greeting the news, the Second Amendment Foundation founder and executive vice-president, Alan Gottlieb, said: "Not only is this a first amendment victory for free speech, it also is a devastating blow to the gun prohibition lobby."

Defense Distributed, the company behind the blueprint, declared: "The age of the downloadable gun formally begins."

Gun control advocates were alarmed. Nick Suplina, managing director of law and policy at Everytown for Gun Safety, said the settlement was "incredibly dangerous" and called on the state department to continue to block the publication of what he described as "deadly information".

"This settlement would enable convicted felons and domestic abusers to download schematics online and print their own illegal and untraceable guns," he said.

The lawsuit arose from a software file developed by a University of Texas law student, Cody Wilson. It was a blueprint for a single-shot 3D-printed handgun, named "The Liberator". The state department ordered Wilson to cease work, arguing that making the blueprint available would be akin to a violation of arms export statutes.

The libertarian-minded Wilson swiftly turned from a hobbyist to a crusader. "All I tried to do in law school was print a pistol and put it on the internet," he told the Guardian in 2016. "Now I'm on a ride I can't get off."

Wilson sued on the grounds that his design was protected by the first amendment. He also founded a non-profit, Defense Distributed. Celebrating the settlement, he tweeted an image of flowers laid at a plaque in memory of "American gun control".

Wilson's legal battle was largely financed by the sale of products which allow for the DIY production of metal-framed "ghost guns", which do not have serial numbers and are not subject to traditional gun control laws.

Defense Distributed sells users an "80% lower" - a piece of metal the government deems is only 80% a gun - and a milling machine that can, with a PC and the right software, bring the gun to completion.

WASHAR0036044

On its website, the company describes the milling device as a way to "legally manufacture unserialized rifles and pistols in the comfort and privacy of home".

With the Liberator and other 3D-printed guns including AR-15 style rifles, users will not need a prefabricated "80% lower". They will be able instead to construct virtually an entire gun with any 3D printer and enough ABS plastic resin.

The gun does require a metal firing pin to operate. An additional piece of metal is included in the blueprint, to ensure compliance with the 1988 Undetectable Firearms Act.

Link: https://www.theguardian.com/us-news/2018/jul/23/3d-printed-guns-court-settlement-trump-administration-cody-wilson

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036045

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 8:34 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Everytown: Email NOW: Stop the Threat of Downloadable Guns |

[cid:image001.png@01D29279.128F6050]
Email NOW: Stop the Threat of Downloadable Guns By Everytown for Gun Safety

CPA Note: Everytown for Gun Safety organization has created an automatic mailing page protesting the recent settlement of 3-D printing of firearms

Do-it-yourself, downloadable guns are incredibly dangerous. And a State Department special exemption would allow a company run by a self-proclaimed anarchist to post its gun blueprints online in the form of files that can be sent directly to a 3D printer to print guns on demand.

If the State Department provides this special exemption it would enable terrorists, convicted felons, and domestic abusers to download schematics online and print their own illegal and untraceable guns. Email Secretary of State Michael Pompeo NOW to urge him to STOP this special exemption.

Dear Secretary Pompeo -

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns - information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand - and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public - and instead should continue to block this deadly information from being published online.

Link: https://act.everytown.org/sign/stop-downloadable-guns/?source=twno_allsocial&refcode=twno_allsocial&utm_source=twno_allsocial&utm_medium=o&utm_campaign=allsocial

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:    202.647.6968
e-mail:    MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web: www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> | Twitter: @StateDeptPM

WASHAR0036046

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036047

**From:** Hart, Robert L <HartRL@state.gov>
**Sent:** Thursday, January 11, 2018 1:31 PM
**To:** Paul, Joshua M; Monjay, Robert; Marquis, Matthew R; PM-DTCP-RMA
**Cc:** PM-CPA; Miller, Michael F
**Subject:** RE: CPA Media Monitoring: The Hill: Planned shift on gun exports kicks up storm

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official
UNCLASSIFIED

From: Paul, Joshua M
Sent: Thursday, January 11, 2018 11:06 AM
To: Monjay, Robert <MonjayR@state.gov>; Marquis, Matthew R <MarquisMR@state.gov>; PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
Cc: PM-CPA <PM-CPA@state.gov>; Miller, Michael F <Millermf@state.gov>
Subject: RE: CPA Media Monitoring: The Hill: Planned shift on gun exports kicks up storm

They'd be barking up the wrong tree.

From: Monjay, Robert
Sent: Thursday, January 11, 2018 11:03 AM
To: Marquis, Matthew R; PM-DTCP-RMA
Cc: PM-CPA; Miller, Michael F
Subject: RE: CPA Media Monitoring: The Hill: Planned shift on gun exports kicks up storm

I really question whether the person who said this is an expert in anything relevant to this article:

But experts say if exporters aren't forced to register with the federal government, there will be no way to track and no one to prosecute when weapons end up in the wrong hands.

Maybe an expert in dog grooming?

Official
UNCLASSIFIED

From: Marquis, Matthew R
Sent: Thursday, January 11, 2018 10:50 AM
To: PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>
Cc: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>
Subject: CPA Media Monitoring: The Hill: Planned shift on gun exports kicks up storm

[cid:image001.png@01D29279.128F6050]

1

WASHAR0036048

Planned shift on gun exports kicks up storm By Lydia Wheeler
11 January 2018

The Trump administration's expected plan to transfer the licensing of gun exports from the State Department to the Commerce Department has Democratic lawmakers and foreign policy advocates readying for a fight.

The proposal under review by the White House Office of Information and Regulatory Affairs (OIRA) has yet to be made public, but experts fear it will lead to less oversight of commercial sales of assault weapons like submachine guns and flame throwers to foreign buyers.

Less oversight, they warn, could make it easier for deadly weapons to end up in the hands of terrorists and drug cartels. "It's a major change," said Colby Goodman, director of the Security Assistance Monitor program at the Center for International Policy.

"It's opening up a lot more risk and a lot more opportunity for illegal and illicit trafficking."

The State Department said it is shifting responsibility to Commerce for approving exports of nonmilitary firearms and ammunition that are already commercially available - those under Categories I, II and III on the U.S. Munitions List. The goal is to reduce regulatory burdens on manufacturers and exporters.

Under the proposed rules, an administration official told The Hill, firearms and related articles that are uniquely military or that are not otherwise widely available for commercial sale would remain under State Department export licensing controls.

In shifting oversight, exporters and manufacturers, including small gunsmiths, would no longer have to register with the State Department's Directorate of Defense Trade Controls and pay the $2,250 annual registration fee.

But experts say if exporters aren't forced to register with the federal government, there will be no way to track and no one to prosecute when weapons end up in the wrong hands.

"There are plenty of cases when in regular processes weapons have been lost," said Jeff Abramson, a nonresident senior fellow at the Arms Control Association, adding that these are the weapons often used in human rights abuses.

Democrats are particularly upset with one potential change in the proposal.

Shifting oversight from the State Department to the Commerce Department, they say, would eliminate congressional review that's now required under the Arms Export Control Act for any commercial sales of lethal weapons worth $1 million or more.

"As you are aware, combat firearms and ammunition are uniquely lethal; they are easily spread and easily modified, and are the primary means of injury, death and destruction in civil and military conflicts throughout the world," Sens. Ben Cardin (D-Md.), Dianne Feinstein (D-Calif.) and Patrick Leahy (D-Vt.) wrote in a letter to Secretary of State Rex Tillerson in September opposing the planned move.

"As such, they should be subject to more - not less - rigorous export controls and oversight."

In the House, Rep. Norma Torres (D-Calif.) planned to introduce legislation Wednesday to block President Trump from transferring oversight of "significant military equipment" like automatic firearms and sniper rifles; their parts, accessories and components; flame throwers; and attachments or devices for launching ordnance to the Commerce Department.

WASHAR0036049

In an interview with The Hill, Torres said the Commerce Department has a very different role than the State Department, which leads on foreign affairs.

"[Commerce's] interest is selling U.S.-made goods," she said. "They aren't looking at things from a public safety point of view."

Torres said the types of weapons being sold could cause a lot of problems in countries where democracy is fragile.

"The State Department has more knowledge about what's happening on the ground," she said.

The administration, however, disagrees.

"The Commerce Department is uniquely qualified to handle these rule changes," the administration official said in an email to The Hill.

"In fact, the Department of Commerce has decades of experience in licensing firearms for export under the Export Administration Regulations. This involves the export, re-export, and transfer (in-country) of 12-gauge shotguns, optical sighting devices for firearms, and crime control equipment."

The official said each export license would go through a rigorous interagency review process that includes the Defense and State departments to ensure national security and human rights concerns are addressed.

"The proposed changes will allow the Commerce Department to use its expertise and resources through its in-agency law enforcement unit, and its robust end use verification program," the official said. "This transfer will not create opportunities to put weapons in the hands of bad actors."

Gun manufacturers and former Obama administration officials say the hysteria over the rule is overblown and premature.

The rule, after all, has been in the works since 2012 and is expected to mimic an Obama-era proposal that was slated for release, but stalled after 20 children and six adults were killed in the mass shooting at Sandy Hook Elementary School in Newtown, Conn.

Kevin Wolf, the former assistant secretary of Commerce for export administration, said gun rights and gun control groups should relax until they've seen the actual wording of the rule.

"Everybody just chill," he said. "Anyone who has any concerns should just relax until they see an actual rule to comment on."

Larry Keane, senior vice president for government and public affairs and general counsel for the National Shooting Sports Foundation, said he's been told the current rule isn't significantly or materially different than the Obama-era proposal.

"It is disingenuous for people like Sen. Cardin and other Democrats to now complain about the policy when the rules were over at [the Office of Management and Budget] and within hours of being published" under Obama, he said.

A former administration official familiar with the rule discussions said export licenses still would have been required for assault weapons under the Obama-era rule. Licensing requirements would have been eased, however, for the less sensitive gun parts like screws and springs.

"The assumption is the Commerce Department is less restrictive, but the difference is less sensitive items can be treated less sensitively, but more lethal items can be treated more aggressively," the former official said.

WASHAR0036050

The push to change the rules is supported by the National Rifle Association, which says many people who never intend to export a firearm or firearm accessories, like gunsmiths and parts manufacturers, are now required to register with the State Department and pay high fees to operate their business.

"The NRA supports the Trump administration's efforts to complete the reforms and transfer law-abiding firearms and ammunition manufacturers from an export system designed for nuclear submarines and ballistic missiles into one designed around lawful commercial products," said NRA spokeswoman Jennifer Baker.

The State Department's proposed rule was sent to OIRA on Sept. 26 and is marked as pending review. The office has 90 days to review the rule, but that deadline can be extended indefinitely by the head of the rulemaking agency.

The Office of Management and Budget, which oversees OIRA, said it has a longstanding policy of not commenting on rules under review.

Link: http://thehill.com/regulation/368425-planned-shift-on-gun-exports-kicks-up-storm


Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED

WASHAR0036051

**From:** Wilson, Karen L (OLA) <Karen.L.Wilson@usdoj.gov>
**Sent:** Monday, July 23, 2018 6:20 PM
**To:** Paul, Joshua M; Darrach, Tamara A
**Subject:** RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

███████████████████████████████████████████

Karen L Wilson
Attorney Advisor
Office of Legislative Affairs
U.S. Department of Justice

Direct: 202-616-0658
Fax: 202-514-9353

From: Wilson, Karen L (OLA)
Sent: Monday, July 23, 2018 5:08 PM
To: Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
Subject: RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

███████████████████████████████████████████

Karen L Wilson
Attorney Advisor
Office of Legislative Affairs
U.S. Department of Justice

Direct: 202-616-0658
Fax: 202-514-9353

From: Goldschmidt, Lauren (OLA)
Sent: Monday, July 23, 2018 4:54 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Wilson, Karen L (OLA) <kwilson@jmd.usdoj.gov<mailto:kwilson@jmd.usdoj.gov>>
Subject: RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

Hi Josh,

███████████████████████████████████████████

Thanks,
Lauren

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>

WASHAR0036052

Sent: Monday, July 23, 2018 4:33 PM
To: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Wilson, Karen L (OLA)
<kwilson@jmd.usdoj.gov<mailto:kwilson@jmd.usdoj.gov>>
Cc: Goldschmidt, Lauren (OLA) <lgoldschmidt@jmd.usdoj.gov<mailto:lgoldschmidt@jmd.usdoj.gov>>
Subject: RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

Thanks.  Among the questions we have received from the Committees staffs are:


*       What are the law enforcement and counter-terrorism implications of this change?  Enabling the widespread
acquisition of undetectable or largely-undetectable firearms would seem to be a bad idea, especially in protection of
domestic and international airline flights from terrorist hijacking/attacks.  What changes will be required by TSA here
and abroad to deal with this?


*       Has TSA provided and opinions on the detectability of plastic firearms if packed in pieces?

Thanks,

Josh

Official
UNCLASSIFIED

From: Darrach, Tamara A
Sent: Monday, July 23, 2018 4:30 PM
To: Wilson, Karen L (OLA) <Karen.L.Wilson@usdoj.gov<mailto:Karen.L.Wilson@usdoj.gov>>
Cc: Goldschmidt, Lauren (OLA) <Lauren.Goldschmidt@usdoj.gov<mailto:Lauren.Goldschmidt@usdoj.gov>>; Paul, Joshua
M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

+Paul

From: Wilson, Karen L (OLA) <Karen.L.Wilson@usdoj.gov<mailto:Karen.L.Wilson@usdoj.gov>>
Sent: Monday, July 23, 2018 4:25 PM
To: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: Goldschmidt, Lauren (OLA) <Lauren.Goldschmidt@usdoj.gov<mailto:Lauren.Goldschmidt@usdoj.gov>>
Subject: FW: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

Karen L Wilson
Attorney Advisor
Office of Legislative Affairs
U.S. Department of Justice

Direct: 202-616-0658

WASHAR0036053

Fax: 202-514-9353

From: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Sent: Monday, July 23, 2018 9:47 AM
To: Pings, Anne (OLA) <apings@jmd.usdoj.gov<mailto:apings@jmd.usdoj.gov>>
Subject: FW: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

Good morning Anne,

████████████████████████████████████████████████████████████████████

Thanks!
Tamara


Tamara Darrach | Congressional Advisor | Bureau of Legislative Affairs |  U.S. Department of State
2201 C St NW, Rm 7418 | (202) 647-8763 | DarrachTA@state.gov<mailto:DarrachTA@state.gov>



From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 4:35 PM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M
<PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David
<david_fite@foreign.senate.gov<mailto:david_fite@foreign.senate.gov>>; Oliver, Stacie
<stacie_oliver@foreign.senate.gov<mailto:stacie_oliver@foreign.senate.gov>>
Subject: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

Mike, et.al.:

I wanted you to be aware of the attached letter from Rep. Engel to Secretary Pompeo urging a delay of the
implementation of the settlement in Defense Distributed v. U.S. State Department, given the significant security threat
that would occur immediately upon release of the software. The letter also is being sent to H.  Rep. Engel has directed
that the letter be released to the public.  As you are no doubt aware, the terms of the settlement are already being
widely reported in the media this afternoon.

Ed

Edmund B. Rice
Senior Professional Staff Member
Democratic Staff
House Foreign Affairs Committee
B-360 Rayburn House Office Bldg.
202-226-8467

WASHAR0036054

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
|---|---|
| Sent: | Thursday, July 26, 2018 8:58 AM |
| To: | PM-CPA |
| Subject: | PM/CPA DAILY BULLETIN – July 26, 2018 |
| Attachments: | PM-CPA-DAILYBULLETIN26JULY2018.docx; Pan-Arab-07-25.docx; Clips20180726.doc; Briefing20180726.doc; 25_July_2018.docx; RRU 07-26 SecState at SFRC.docx; WHA Early Alert 07-25-2018.docx; RRU 07-25 SR Australian-US Ministerial.docx; RRU 07-25 SR Russia.docx |

Good morning from Foggy Bottom. Here is your PM/CPA Daily Bulletin for July 26, 2018 brought to you by the Office of Congressional and Public Affairs, Bureau of Political-Military Affairs, U.S. Department of State.

* Final Press Guidance Package>> attached
* Daily Bulletin in .DOCX format >> attached
* BONUS: Department of State News Briefing >> attached
* BONUS: Department of State News Clips >> attached
* BONUS: Pan-Arab Media Highlights >> attached
* BONUS: RRU Analysis SecState at SFRC >> attached
* BONUS: WHA Early Alert >> attached
* BONUS: RRU Special Report Australia-US Ministerial >> attached
* BONUS: RRU Special Report Russia >> attached

PM-Related News
AF:

Double debt risk for African countries that turn to China<https://www.dw.com/en/double-debt-risk-for-african-countries-that-turn-to-china/a-44819336?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

All crew kidnappings to date this year in the Gulf of Guinea<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=52534:all-crew-kidnappings-to-date-this-year-in-the-gulf-of-guinea--imb&catid=108:maritime-security&Itemid=233> – IMB

EAP:

Authorities respond to an explosion near the US Embassy in Beijing<https://www.businessinsider.com/us-embassy-beijing-china-2018-7>

Chinese and US armed forces to team up<https://www.scmp.com/news/china/diplomacy-defence/article/2157026/chinese-and-us-armed-forces-team-asia-pacific-health> for Asia-Pacific health meeting despite trade and security turmoil

Philippines teeters between war and peace<http://www.atimes.com/article/philippines-teeters-between-war-and-peace/>

1

WASHAR0036055

EUR:

Great-power competition is growing in the Arctic<https://www.businessinsider.com/lawmakers-protest-plans-to-cut-funding-for-coast-guard-icebreaker-2018-7?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>, but lawmakers want to cut funding for the US's next icebreaker

U.S. General says future UK fighter jet must be compatible with F-35<https://www.usnews.com/news/world/articles/2018-07-25/us-general-says-future-uk-fighter-jet-must-be-compatible-with-f-35?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

Turkey parliament approves new anti-terror law<https://www.aljazeera.com/news/2018/07/turkey-parliament-approves-anti-terror-law-180725152308059.html?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>


NEA:

Islamic State kills 215<https://www.reuters.com/article/us-mideast-crisis-syria-attack/islamic-state-kills-215-in-southwest-syria-attacks-local-official-idUSKBN1KF0DG?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief> in southwest Syria attacks: local official

Wary of U.S. ally, Syrian Kurds look to Damascus for talks<https://in.reuters.com/article/mideast-crisis-syria-kurds/wary-of-u-s-ally-syrian-kurds-look-to-damascus-for-talks-idINKBN1KF2C1?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

US acts to release $195M in suspended military aid to Egypt<https://www.defensenews.com/global/mideast-africa/2018/07/25/us-acts-to-release-195m-in-suspended-military-aid-to-egypt/>


SCA:

Japan-India military exercises<https://newsclick.in/japan-india-military-exercises-harbinger-deeper-ties> a harbinger of deeper ties

'A sudden burst of movement' on the Afghan peace process<https://www.theatlantic.com/international/archive/2018/07/afghanistan-us-taliban/565799/>

India, US set to sign pact for secure military communications<https://indianexpress.com/article/india/india-us-set-to-sign-pact-for-secure-military-communications-5276454/>


WHA:

US accuses China of seeking to build a "military base" in El Salvador commercial port<https://www.mintpressnews.com/us-accuses-china-of-pursuing-military-base-in-el-salvador/246398/>

WASHAR0036056

Could Brazil become a military dictatorship once again?<https://boingboing.net/2018/07/25/could-brazil-become-a-military.html>


Commentary & Analysis: The announcement of a settlement in a legal case<https://www.dezeen.com/2018/07/24/downloadable-files-3d-printed-guns-publicly-accessible-cody-wilson-defense-distributed/> the federal government brought against a 3D firearm design company, Defense Distributed, has seen widespread media coverage. There has been extensive debate on both sides, with gun rights advocates and the tech community hailing the settlement as a victory for both the 1st and 2nd Amendments<https://3dprint.com/220327/we-have-to-take-a-stand-on-3d-printed-guns/>. On the opposite side gun control advocates and organizations are concerned about the unregulated nature of 3D printed firearms, with several groups announcing they would bring a lawsuit to contest the settlement<https://mic.com/articles/190438/lawsuit-moves-to-keep-the-blueprints-for-3d-printed-guns-off-the-web#.tGvbMM6eJ>. The issue has also seen Congressional attention, with several members of Congress writing a letter to the Secretary of State opposing the settlement and bringing the issue up in a recent hearing of the Senate Foreign Relations Committee<https://www.cnn.com/videos/politics/2018/07/25/3d-printed-guns-mike-pompeo-ed-markey-sot-lead-vpx.cnn>.


And Finally… Wild fires are a perfect example of the awesome and destructive power of nature, and to counter this elemental fury somebody had the totally metal idea of fighting fire with firepower<https://www.businessinsider.com/watch-a-gripen-jet-drop-a-gbu-12-bomb-to-stop-a-forest-fire-in-sweden-2018-7>. Sweden is currently battling a series of remote wild fires and recently tested out the theory of bombing the fire into submission, successfully extinguishing several hundred meters of a fire with a 500-lb GBU-12 Laser Guided Bomb. As crazy as it sounds the idea is sound: a fire needs oxygen, heat, and fuel, and the explosion caused by the bomb consumes the oxygen and the shockwave disperses the flames in the immediate vicinity.


_____
Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED


Official

WASHAR0036057

UNCLASSIFIED

WASHAR0036058

**From:**       Cressey, Laura E <CresseyLE@state.gov>
**Sent:**       Wednesday, July 25, 2018 7:56 AM
**To:**         Miller, Michael F
**Subject:**    From Axios

Implications make me sick to my stomach...I feel for you!

4. DIY "ghost guns": age of the downloadable gun

A story on page 2 of USA Today's "Money" section carries the astonishing subhead: "Starting Aug. 1, you can print an AR-15 at home."

Wait! What? Josh Hafner reports<http://link.axios.com/click/13968962.15760/aHR0cHM6Ly90d2l0dGVyLmNvbS9qb3NoGFmbmVyP3V0bV9zb3VyY2U9bmV3c2xldHRlciZ1dG1fbWVkaXVtPWVtYWlsJnV0bV9jYW1wYWlnbj1uZXdzbGV0dGVyX2F4aW9zYW0mc3RyZWFtPXRvcA/588661ba27fdb053158b4d11B0b45f857>:

  *  "Americans will soon be able to make 3D-printed guns from their homes, widening the door to do-it-yourself versions of firearms."
  *  "The choices will include the AR-15, [often used] in American mass shootings."
  *  Why it matters: "All 3D-printed guns will be untraceable, and since you can make them yourself, no background check is required."
  *  "A settlement earlier this year between the State Department and Texas-based Defense Distributed will let the nonprofit release blueprints for guns online starting Aug. 1, a development hailed by the group as the death of gun control in the United States."

"Assembling guns at home isn't new. It is legal provided the made-at-home gun isn't sold":

  *  "The printers needed to make the guns can cost from $5,000 to $600,000, according to Vice New<http://link.axios.com/click/13968962.15760/aHR0cHM6Ly9uZXdzLnZpY2UuY29tL2VuX3VzL2FydGljbGUvZXY4eGpuL2dldC1yZWFkeS1mb3ItdGdGhlLW5ldy1lcmEtb2YtM2QtcHJpbnRlZC1ndW5zLXN0YXJ0aW5nLW5leHF1LWF1Z3VzdC1mcmVlbHktYXZhaWxhYmxlJnV0bV9jYW1wYWlnbj1uZXdzbGV0dGVyX2F4aW9zYW0mc3RyZWFtPXRvcA/588661ba27fdb053158b4d11Bfe21d321>s. The quality of plastic matters, too: An early design printed by federal agents shattered after one shot. A second gun, made from a higher grade resin, stayed intact."

Be smart: "The plans being made freely available next month put firearms a few computer key clicks away from anyone with the right machine and materials. That reality has startled gun control advocates, who say it makes untraceable firearms all the more available."

Laura Cressey
Deputy Director
PM/RSAT
U.S. Department of State
202.663.3141

WASHAR0036059

cresseyle@state.gov<mailto:cresseyle@state.gov>

Personal
UNCLASSIFIED

WASHAR0036060

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Monday, May 21, 2018 9:24 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: CT Post: Trump rule change opens door for more gun exports |

[cid:image001.png@01D29279.128F6050]
Trump rule change opens door for more gun exports By Dan Freeman
19 May 2018

WASHINGTON - As the nation reels after yet another school mass shooting, the Trump administration is quietly moving forward with a new rule to boost U.S. firearms exports - a measure strongly backed by the Newtown-based National Shooting Sports Foundation.

The rule bears an unwieldly title - Control of Firearms, Guns, Ammunition and Related Articles the President Determines No Longer Warrant Control Under the United States Munitions List.

What it does is transfer authority to license U.S. gun manufacturer sales overseas from the State Department to the Commerce Department. It also takes Congress out of the loop, ending the current practice of notifying Capitol Hill of sales above $1 million.

For manufacturers in Connecticut such as Colt of West Hartford, Stag Arms of New Britain, and O.F. Mossberg & Sons of North Haven, the rule could open up new markets.

It would offset flat firearms sales in recent years, particularly since former President Obama - "the greatest gun salesman ever," as the National Rifle Association put it - has been replaced by Donald Trump, a gun-rights enthusiast.

The new rule, expected to be published in the Federal Register this week, after which it is subject to a 45-day comment period, is at the top of the NSSF's regulatory and legislative agenda.

"This development is a crucial milestone to allowing U.S. manufacturers to compete on a more even playing field with international manufacturers," said NSSF Senior Vice President and General Counsel Larry Keane in a blog post.

But activists in gun-violence prevention and human rights see the proposal as a license to export higher levels of death to nations that lack the constitutional protections of the U.S.

And the mass-shooting Friday at Santa Fe High School in Texas, which left at least 10 dead, raises anew the question that surfaced most prominently after the 2012 shooting at Sandy Hook Elementary School: Is the gun industry the backbone guarantor of the right of self-protection, or do its sales here and overseas propel wave upon wave of mayhem?

From State to Commerce

"If you have a society that is much less subject to the rule of law than the U.S., then the market for firearms is going to produce greater harm," said John Lindsay-Poland, who monitors human rights and violence in Mexico for the American Friends Service Committee. "If you have a state being disrupted by organized crime or that is collaborating with organized crime, you have a situation in which violence is only looking for tools. Those tools only become available through exports."

WASHAR0036061

An NSSF spokesman disputed the questions raised by the rule as "based on massive misrepresentation."

A Washington lawyer hired by NSSF to advise it on navigating the rule through the bureaucratic maze insisted such objections are "a red herring."

"If it was denied before, it would be denied again," said Kevin Wolf, who represents NSSF now but worked on the same issue in the Department of Commerce under Barack Obama. Overseas gun sales "are going to get the same human-rights input, only it's going to happen in a more rational way."

Under the rule, responsibility for oversight of gun sales will transfer from the State Department - with its traditional focus on diplomatic solutions and human rights - to the Commerce Department - primarily concerned with promoting U.S. business abroad.

It is in line with Trump's oft-stated promotion of U.S. business interests overseas. In announcing arms sales to Saudi Arabia last year, Trump proclaimed it was all about U.S. "jobs, jobs, jobs."

Sales under the new rule still will be subject to inter-agency review, including the State Department, Wolf said.

"This is really boring," said Wolf, who was Assistant Secretary of Commerce for Export Administration from 2010 to 2017. "It's all about housekeeping and good government organization. State is good at regulating sensitive military items, and Commerce is good at everything else."

Connecticut lawmakers in Washington, immersed in the gun issue since Sandy Hook, see a danger in promoting greater U.S. exports of firearms.

"The Trump administration is once again caving to the gun lobby," said Sen. Chris Murphy, a leader in the Senate on gun control. "Making it easier for gun manufacturers to sell more weapons of war to civilians is the absolute wrong thing to do. All this does is incite more violence around world, further damaging our nation's standing and credibility."

Rep. Elizabeth Esty, vice-chairwoman of the House Gun Violence Prevention Task Force, said it would be a mistake to put dollars ahead of diplomacy and human rights.

"This is another yet another example of the Trump Administration promoting the economic interests of the gun industry over the lives and safety of Americans across the country and now, people around the world," Esty said. "This proposal is a thinly veiled attempt at boosting falling gun sales that, by making it easier to export semi-automatic rifles, handguns, and sniper rifles to other countries, will threaten the security and stability of communities across the globe."

Human rights concerns

Connecticut has a long history of gun manufacturing dating back centuries. Colt, which traces its roots to Connecticut-born Samuel Colt's revolver patent in 1836, remains a fixture in the Hartford area.

Of 71,234 pistols Colt manufactured in 2016, it exported 1,140 in 2016, according to data compiled by the Bureau of Alcohol, Tobacco, Firearms & Explosives.

The newer Stag Arms of New Britain produced 41,990 rifles the same year and exported 680.

Lindsay-Poland provided a document showing that the police in Iquala, Mexico, suspected of murdering 43 students in 2014, were equipped with Colt semi-automatic rifles purchased by the Mexican government.

Kristen Rand, legislative director of the D.C.-based Violence Policy Center, said the issue posed by new export opportunities was "a matter of human values."

WASHAR0036062

"Do we want to de-escalate violence, or do we want to just get in on the market?" she said.

The second choice "doesn't sound very American," she said. " 'Everyone else is doing it' should not be the standard."

The rule itself makes no secret of the sales windfall that awaits the U.S. firearms industry once it goes into effect. The transfer of responsibility from State to Commerce could result in an additional 30,000 license applications being filed annually, it said.

The Advocates also are concerned that the rule would eliminate the current requirement that Congress be notified of sales exceeding $1 million. They pointed to the role of Congress in forcing cancellation of sales of arms to police in the Philippines and Turkey.

In the Philippines, President Rodrigo Duterte has unleashed a bloody official war on drug dealers, resulting in execution-style deaths of thousands.

The Turkey deal, involving weapons made by popular gun manufacturer Sig Sauer, was canceled last year after television video captured members of President Recep Tayyip Erdogan's security detail bludgeoning and kicking protesters at the Turkish Embassy here.

Wolf responded that he could not be certain the weapons at issue in these deals would be included in the rule, and thus exempt from Congressional notification.

He also said that in his time at Commerce working on a comparable rule, there was no attempt to do an "end run" around Congress.

The rule was on the verge of release in 2012 when the mass-shooting at Sandy Hook Elementary School occurred. As a result, Wolf said, he personally ordered a halt to transferring gun-export responsibility from State to Commerce.

"I decided this was not the right time," he said. "Guns are an emotional topic on both sides. There would have been a lot of misunderstandings."

Link: https://www.ctpost.com/news/article/Trump-rule-change-opens-door-for-more-gun-exports-12926979.php

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036063

4

WASHAR0036064

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, May 16, 2018 4:10 PM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Guns.com: State Department releases draft of relaxed export rules |

[cid:image001.png@01D29279.128F6050]
State Department releases draft of relaxed export rules By Christen Smith
16 May 2018

The Department of State released a draft proposal this week easing export restrictions on firearms and ammunition.

The Directorate of Defense Trade Controls finally unveiled the suggested amendments to the International Traffic in Arms Regulations (ITAR) on Monday, shifting oversight of commercial arms sales to the Commerce Department and its Export Administration Regulations (EAR).

The rule change could give American manufacturers more leeway to sell guns internationally, creating more jobs stateside and adhering to the president's "Buy American" policy platform. Lawrence Keane, senior vice president for the National Shooting Sports Foundation, said in September relaxed restrictions would boost annual gun sales by as much as 20 percent.

"One of the guideposts we used in writing the proposed policy change was to look at what's commercially available in sporting goods stores in the United States - products where the majority of the end users are not military," a senior Commerce Department official told The Washington Times.

The proposal removes non-automatic and semi-automatic firearms from ITAR categories I and II. Corresponding parts and ammunition will no longer remain in category III. Firearms dealers large and small would no longer pay a $2,250 ITAR registration fee or a $250 licensing fee.

Instead, the products will transfer to the EAR - and undergo far less regulatory scrutiny, critics fear.

"Under the guise of reducing burdens to completing a sale, this Administration wants to make it easier for a dictator to use American firearms to oppress their people or for terrorists to build armories."," said Robin Lloyd, director of government affairs for the Giffords Law Center. "It's clear the Administration will do anything to appease the gun lobby - even if it means putting profits over the safety of people around the world."

The new rules will be published in the Federal Register later this month and be subject to a 45-day public comment period.

Link: http://www.guns.com/2018/05/16/state-department-releases-draft-of-relaxed-export-rules/


Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968

WASHAR0036065

e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web: www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036066

| | |
|---|---|
| **From:** | Wolf, Kevin <kwolf@akingump.com> |
| **Sent:** | Tuesday, July 10, 2018 2:42 PM |
| **To:** | Robert J. Monjay; Sarah J Heidema |
| **Subject:** | A Landmark Legal Shift Opens Pandora's Box for DIY Guns | WIRED |

https://www.wired.com/story/a-landmark-legal-shift-opens-pandoras-box-for-diy-guns/?mbid=social_fb

A Landmark Legal Shift Opens Pandora's Box for DIY Guns BY Andy Greenberg</author/andy-greenberg>

Five years ago, 25-year-old radical libertarian Cody Wilson stood on a remote central Texas gun range and pulled the trigger on the world's first fully 3-D-printed gun<https://www.forbes.com/forbes/welcome/?toURL=https://www.forbes.com/sites/andygreenberg/2013/05/05/meet-the-liberator-test-firing-the-worlds-first-fully-3d-printed-gun/&refURL=https://www.google.com/&referrer=https://www.google.com/>. When, to his relief, his plastic invention fired a .380-caliber bullet into a berm of dirt without jamming or exploding in his hands, he drove back to Austin and uploaded the blueprints for the pistol to his website, Defcad.com<http://Defcad.com>.1

He'd launched the site months earlier along with an anarchist video manifesto<https://www.youtube.com/watch?time_continue=167&v=rO54gzfite4>, declaring that gun control would never be the same in an era when anyone can download and print their own firearm with a few clicks. In the days after that first test-firing, his gun was downloaded more than 100,000 times. Wilson made the decision to go all in on the project, dropping out of law school at the University of Texas, as if to confirm his belief that technology supersedes law<https://www.wired.com/2014/07/inside-dark-wallet/>.

Cody Wilson, the founder of Defense Distributed, plans to create the world's largest repository of digital gun files.

Michelle Groskopf

The law caught up. Less than a week later, Wilson received a letter from the US State Department demanding that he take down his printable-gun blueprints or face prosecution for violating federal export controls<https://www.forbes.com/sites/andygreenberg/2013/05/09/state-department-demands-takedown-of-3d-printable-gun-for-possible-export-control-violation/#251be32e375f>. Under an obscure set of US regulations known as the International Trade in Arms Regulations (ITAR), Wilson was accused of exporting weapons without a license, just as if he'd shipped his plastic gun to Mexico rather than put a digital version of it on the internet. He took Defcad.com<http://Defcad.com> offline, but his lawyer warned him that he still potentially faced millions of dollars in fines and years in prison simply for having made the file available to overseas downloaders for a few days. "I thought my life was over," Wilson says.

Instead, Wilson has spent the last years on an unlikely project for an anarchist: Not simply defying or skirting the law but taking it to court and changing it. In doing so, he has now not only defeated a legal threat to his own highly controversial gunsmithing project. He may have also unlocked a new era of digital DIY gunmaking that further undermines gun control across the United States and the world—another step toward Wilson's imagined future where anyone can make a deadly weapon at home with no government oversight.

Two months ago, the Department of Justice quietly offered Wilson a settlement to end a lawsuit he and a group of co-plaintiffs have pursued since 2015 against the United States government<https://www.wired.com/2015/05/3-d-printed-gun-lawsuit-starts-war-arms-control-free-speech/>. Wilson and his team of lawyers focused their legal argument on a

1

WASHAR0036067

free speech claim: They pointed out that by forbidding Wilson from posting his 3-D-printable data, the State Department was not only violating his right to bear arms but his right to freely share information. By blurring the line between a gun and a digital file, Wilson had also successfully blurred the lines between the Second Amendment and the First.

"If code is speech, the constitutional contradictions are evident," Wilson explained to WIRED when he first launched the lawsuit in 2015. "So what if this code is a gun?"

The Department of Justice's surprising settlement, confirmed in court documents earlier this month, essentially surrenders to that argument. It promises to change the export control rules surrounding any firearm below .50 caliber—with a few exceptions like fully automatic weapons and rare gun designs that use caseless ammunition—and move their regulation to the Commerce Department, which won't try to police technical data about the guns posted on the public internet. In the meantime, it gives Wilson a unique license to publish data about those weapons anywhere he chooses.

"I consider it a truly grand thing," Wilson says. "It will be an irrevocable part of political life that guns are downloadable, and we helped to do that."

Now Wilson is making up for lost time. Later this month, he and the nonprofit he founded, Defense Distributed, are relaunching their website Defcad.com<http://Defcad.com> as a repository of firearm blueprints they've been privately creating and collecting, from the original one-shot 3-D-printable pistol he fired in 2013 to AR-15 frames and more exotic DIY semi-automatic weapons. The relaunched site will be open to user contributions, too; Wilson hopes it will soon serve as a searchable, user-generated database of practically any firearm imaginable.

[https://media.wired.com/photos/5b3a9366c002fe17d01df633/4:3/w_1920,c_limit/DD-01w.jpg]

All of that will be available to anyone anywhere in the world with an uncensored internet connection, to download, alter, remix, and fabricate into lethal weapons with tools like 3-D printers and computer-controlled milling machines. "We're doing the encyclopedic work of collecting this data and putting it into the commons," Wilson says. "What's about to happen is a Cambrian explosion of the digital content related to firearms." He intends that database, and the inexorable evolution of homemade weapons it helps make possible, to serve as a kind of bulwark against all future gun control, demonstrating its futility by making access to weapons as ubiquitous as the internet.

Of course, that mission seemed more relevant when Wilson first began dreaming it up, before a political party with no will to rein in America's gun death epidemic held control of Congress, the White House, and likely soon the Supreme Court. But Wilson still sees Defcad as an answer to the resurgent gun control movement that has emerged in the wake of the Parkland, Florida, high school shooting that left 17 students dead in February.

The potential for his new site, if it functions as Wilson hopes, would also go well beyond even the average Trump supporter's taste in gun rights. The culture of homemade, unregulated guns it fosters could make firearms available to even those people who practically every American agrees shouldn't possess them: felons, minors, and the mentally ill. The result could be more cases like that of John Zawahiri, an emotionally disturbed 25-year-old who went on a shooting spree in Santa Monica, California, with a homemade AR-15 in 2015<https://www.wsj.com/articles/the-rise-of-untraceable-ghost-guns-1515061800>, killing five people, or Kevin Neal, a Northern California man who killed five people with AR-15-style rifles—some of which were homemade—last November<https://www.nbcnews.com/news/us-news/california-mass-shooter-made-his-own-killing-machines-n821516>.

"This should alarm everyone," says Po Murray, chairwoman of Newtown Action Alliance, a Connecticut-focused gun control group created in the wake of the mass shooting at Sandy Hook Elementary School in 2013. "We're passing laws in Connecticut and other states to make ensure these weapons of war aren't getting into the hands of dangerous people. They're working in the opposite direction."

When reporters and critics have repeatedly pointed out those potential consequences of Wilson's work over the last five years, he has argued that he's not seeking to arm criminals or the insane or to cause the deaths of innocents. But nor is

WASHAR0036068

he moved enough by those possibilities to give up what he hopes could be, in a new era of digital fabrication, the winning move in the battle over access to guns.

With his new legal victory and the Pandora's box of DIY weapons it opens, Wilson says he's finally fulfilling that mission. "All this Parkland stuff, the students, all these dreams of 'common sense gun reforms'? No. The internet will serve guns, the gun is downloadable." Wilson says now. "No amount of petitions or die-ins or anything else can change that."

Defense Distributed operates out of an unadorned building in a north Austin industrial park, behind two black-mirrored doors marked only with the circled letters "DD" scrawled by someone's finger in the dust. In the machine shop inside, amid piles of aluminum shavings, a linebacker-sized, friendly engineer named Jeff Winkleman is walking me through the painstaking process of turning a gun into a collection of numbers.

Winkleman has placed the lower receiver of an AR-15, the component that serves as the core frame of the rifle, on a granite table that's been calibrated to be perfectly flat to one ten-thousandth of an inch. Then he places a Mitutoyo height gauge—a thin metal probe that slides up and down on a tall metal stand and measures vertical distances—next to it, poking one edge of the frame with its probe to get a baseline reading of its position. "This is where we get down to the nitty gritty," Winkleman says. "Or, as we call it, the gnat's ass."

Winkleman then slowly rotates the guage's rotary handle to move its probe down to the edge of a tiny hole on the side of the gun's frame. After a couple careful taps, the tool's display reads 0.4775 inches. He has just measured a single line—one of the countless dimensions that define the shape of any of the dozens of component of an AR-15—with four decimal places of accuracy. Winkleman's job at Defense Distributed now is to repeat that process again and again, integrating that number, along with every measurement of every nook, cranny, surface, hole, lip, and ridge of a rifle, into a CAD model he's assembling on a computer behind him, and then to repeat that obsessively comprehensive model-building for as many guns as possible.

That a digital fabrication company has opted for this absurdly manual process might seem counterintuitive. But Winkleman insists that the analog measurements, while infinitely slower than modern tools like laser scanners, produce a far more accurate model—a kind of gold master for any future replications or alterations of that weapon. "We're trying to set a precedent here," Winkelman says. "When we say something is true, you absolutely know it's true."

One room over, Wilson shows me the most impressive new toy in the group's digitization toolkit, one that arrived just three days earlier: A room-sized analog artifact known as an optical comparator. The device, which he bought used for $32,000, resembles a kind of massive cartoon X-ray scanner.

Defense Distributed's optical comparator, a room-sized machine the group is using to convert physical guns to collections of digital measurements.

Michelle Groskopf

Wilson places the body of an AR-9 rifle on a pedestal on the right side of the machine. Two mercury lamps project neon green beams of light onto the frame from either side. A lens behind it bends that light within the machine and then projects it onto a 30-inch screen at up to 100X magnification. From that screen's mercury glow, the operator can map out points to calculate the gun's geometry with microscopic fidelity. Wilson flips through higher magnification lenses, then focuses on a series of tiny ridges of the frame until the remnants of their machining look like the brush strokes of Chinese calligraphy. "Zoom in, zoom in, enhance" Wilson jokes.

Wilson's first controversial innovation was to demonstrate how digital files could be converted to physical, deadly weapons.

Michelle Groskopf

WASHAR0036069

He now sees an opportunity to cripple gun control with the opposite tactic: digitizing as many weapons as possible and making the files available to gunsmiths.

Michelle Groskopf

Turning physical guns into digital files, instead of vice-versa, is a new trick for Defense Distributed. While Wilson's organization first gained notoriety for its invention of the first 3-D printable gun, what it called the Liberator, it has since largely moved past 3-D printing. Most of the company's operations are now focused on its core business: making and selling a consumer-grade computer-controlled milling machine known as the Ghost Gunner<https://www.wired.com/2015/06/i-made-an-untraceable-ar-15-ghost-gun/>, designed to allow its owner to carve gun parts out of far more durable aluminum. In the largest room of Defense Distributed's headquarters, half a dozen millennial staffers with beards and close-cropped hair—all resembling Cody Wilson, in other words—are busy building those mills in an assembly line, each machine capable of skirting all federal gun control to churn out untraceable metal glocks and semiautomatic rifles en masse.

The staff of Defense Distributed: part startup, part advocacy group, part armed insurgency.

Michelle Groskopf

For now, those mills produce only a few different gun frames for firearms, including the AR-15 and 1911 handguns<https://www.wired.com/story/ghost-gun-machine-makes-untraceable-handguns/>. But Defense Distributed's engineers imagine a future where their milling machine and other digital fabrication tools—such as consumer-grade aluminum-sintering 3-D printers that can print objects in metal—can make practically any digital gun component materialize in someone's garage.

Most of Defense Distributed's staff work on the group's central source of revenue: building gun-making computer controlled milling machines called the Ghost Gunner

Michelle Groskopf

A Ghost Gunner can finish an AR-15 lower receiver, the central part of the rifle's frame, in a few hours. Defense Distributed has sold close to 6,000 of the machines.

Michelle Groskopf

In the meantime, selling Ghost Gunners has been a lucrative business. Defense Distributed has sold roughly 6,000 of the desktop devices to DIY gun enthusiasts across the country, mostly for $1,675 each, netting millions in profit. The company employs 15 people and is already outgrowing its North Austin headquarters. But Wilson says he's never been interested in money or building a startup for its own sake. He now claims that the entire venture was created with a singular goal: to raise enough money to wage his legal war against the US State Department.

After his lawyers originally told him in 2013 that his case against the government was hopeless, Wilson fired them and hired two new ones with expertise in export control and both Second and First-Amendment law. Matthew Goldstein, Wilson's lawyer who is focused on ITAR, says he was immediately convinced of the merits of Wilson's position. "This is the case you'd bring out in a law school course as an unconstitutional law," Goldstein says. "It ticks all the check boxes of what violates the First Amendment."

When Wilson's company teamed up with the Second Amendment Foundation and brought their lawsuit to a Texas District court in 2015, they were supported by a collection of amicus briefs from a shockingly broad coalition: Arguments in their favor were submitted by not only the libertarian Cato Institute, the gun-rights-focused Madison Society, and 15 Republican members of Congress but also the Electronic Frontier Foundation and the Reporters Committee for Freedom of the Press.

WASHAR0036070

When the judge in the case nonetheless rejected Defense Distributed's request for a preliminary injunction that would have immediately allowed it to continue publishing gun files, the company appealed, and lost. But as the case proceeded toward a ruling on Defense Distributed's first amendment argument, the government surprised the plaintiffs by suddenly offering them a settlement with essentially everything they wanted. It even pays back $40,000 of their court costs and paperwork fees. (Wilson says that's still only about 10 percent of the $400,000 that the plaintiffs spent.)

Goldstein says the settlement may have had as much to do with ITAR reforms begun during the Obama administration as with the gun-friendly Trump administration that took over the case. But he doesn't rule out that a new regime may have helped tip the balance in the plaintiffs' favor. "There's different management at the helm of this agency," Goldstein says. "You can draw your own conclusions." Both the Department of Justice and the State Department declined to comment on the outcome of the case.

With the rule change their win entails, Defense Distributed has removed a legal threat to not only its project but an entire online community of DIY gunmakers<https://www.wired.com/2014/05/3d-printed-guns/>. Sites like GrabCAD and FossCad already host hundreds of gun designs, from Defense Distributed's Liberator pistol to printable revolvers and even semiautomatic weapons. "There's a lot of satisfaction in doing things yourself, and it's also a way of expressing support for the Second Amendment," explains one prolific Fosscad contributor, a West Virginian serial inventor of 3-D-printable semiautomatics<https://www.wired.com/2016/02/someone-mostly-3-d-printed-a-working-semi-automatic-gun/> who goes by the pseudonym Derwood. "I'm a conservative. I support all the amendments."

But until now, Derwood and practically every other participant on those platforms risked prosecution for violating export controls, whether they knew it or not. Though enforcement has been rare against anyone less vocal and visible than Wilson, many online gunsmiths have nonetheless obscured their identities for that reason. With the more open and intentional database of gun files that Defcad represents, Wilson believes he can create a collection of files that's both more comprehensive and more refined, with higher accuracy, more detailed models for every component, giving machinists all the data they need to make or remix them. "This is the stuff that's necessary for the creative work to come," Wilson says.

In all of this, Wilson sees history repeating itself: He points to the so-called Crypto Wars of the 1990s<https://www.wired.com/1993/02/crypto-rebels/>. After programmer Phillip Zimmermann in 1991 released PGP, the world's first free encryption program that anyone could use to thwart surveillance. he too was threatened with an indictment for violating export restrictions. Encryption software was, at the time, treated as a munition and placed on the same prohibited export control list as guns and missiles. Only after a fellow cryptographer, Daniel Bernstein, sued the government<https://www.wired.com/2002/10/professors-case-unlock-crypto/> with the same free-speech argument Wilson would use 20 years later did the government drop its investigation of Zimmermann and spare him from prison.

"This is a specter of the old thing again," Wilson says. "What we were actually fighting about in court was a core crypto-war problem." And following that analogy, Wilson argues, his legal win means gun blueprints can now spread as widely as encryption has since that earlier legal fight: After all, encryption has now grown from an underground curiosity to a commodity integrated into apps, browsers, and websites running on billions of computers and phones across the globe.

But Zimmermann takes issue with the analogy—on ethical if not legal grounds. This time, he points out, the First Amendment–protected data that was legally treated as a weapon actually is a weapon. "Encryption is a defense technology with humanitarian uses," Zimmermann says. "Guns are only used for killing."

"Arguing that they're the same because they're both made of bits isn't quite persuasive for me," Zimmermann says. "Bits can kill."

After a tour of the machine shop, Wilson leads me away from the industrial roar of its milling machines, out the building's black-mirrored-glass doors and through a grassy patch to its back entrance. Inside is a far quieter scene: A

WASHAR0036071

large, high-ceilinged, dimly fluorescent-lit warehouse space filled with half a dozen rows of gray metal shelves, mostly covered in a seemingly random collection of books, from The Decline and Fall of the Roman Empire to Hunger Games. He proudly points out that it includes the entire catalog of Penguin Classics and the entire Criterion Collection, close to 900 Blu-rays. This, he tells me, will be the library.

And why is Defense Distributed building a library? Wilson, who cites Baudrillard, Foucault, or Nietzsche at least once in practically any conversation, certainly doesn't mind the patina of erudition it lends to what is essentially a modern-day gun-running operation. But as usual, he has an ulterior motive: If he can get this room certified as an actual, official public library, he'll unlock another giant collection of existing firearm data. The US military maintains records of thousands of the specs for thousands of firearms in technical manuals, stored on reels and reels of microfiche cassettes. But only federally approved libraries can access them. By building a library, complete with an actual microfiche viewer in one corner, Wilson is angling to access the US military's entire public archive of gun data, which he eventually hopes to digitize and include on Defcad.com<http://Defcad.com>, too.

To exploit a technical loophole that gives him access to military weapons files, Cody Wilson is also building a library. He proudly notes it will include the entire Criterion Collection on Blu-ray.

Michelle Groskopf

"Ninety percent of the technical data is already out there. This is a huge part of our overall digital intake strategy," Wilson says. "Hipsters will come here and check out movies, independent of its actual purpose, which is a stargate for absorbing ancient army technical materials."

Browsing that movie collection, I nearly trip over something large and hard. I look down and find a granite tombstone with the words AMERICAN GUN CONTROL engraved on it. Wilson explains he has a plan to embed it in the dirt under a tree outside when he gets around to it. "It's maybe a little on the nose, but I think you get where I'm going with it," he says.

Wilson plans to bury this tombstone by his library's entrance. "It's maybe a little on the nose," he admits.

Michelle Groskopf

Wilson's library will serve a more straightforward purpose, too: In one corner stands a server rack that will host Defcad's website and backend database. He doesn't trust any hosting company to hold his controversial files. And he likes the optics of storing his crown jewels in a library, should any reversal of his legal fortunes result in a raid. "If you want to come get it, you have to attack a library," he says.

On that subject, he has something else to show me. Wilson pulls out a small embroidered badge. It depicts a red, dismembered arm on a white background. The arm's hand grips a curved sword, with blood dripping from it. The symbol, Wilson explains, once flew on a flag above the Goliad Fort in South Texas. In Texas' revolution against Mexico in the 1830s, Goliad's fort was taken by the Mexican government and became the site of a massacre of 400 American prisoners of war, one that's far less widely remembered than the Alamo.

Wilson recently ordered a full-size flag with the sword-wielding bloody arm. He wants to make it a new symbol for his group. His interest in the icon, he explains, dates back to the 2016 election, when he was convinced Hillary Clinton was set to become the president and lead a massive crackdown on firearms.

The flag of Goliad, which Wilson has adopted as a new symbol for his group. He suggests you interpret it as you will.

Michelle Groskopf

WASHAR0036072

If that happened, as Wilson tells it, he was ready to launch his Defcad repository, regardless of the outcome of his lawsuit, and then defend it in an armed standoff. "I'd call a militia out to defend the server, Bundy-style," Wilson says calmly, in the first overt mention of planned armed violence I've ever heard him make. "Our only option was to build an infrastructure where we had one final suicidal mission, where we dumped everything into the internet," Wilson says. "Goliad became an inspirational thing for me."

Now, of course, everything has changed. But Wilson says the Goliad flag still resonates with him. And what does that bloody arm symbol mean to him now, in the era where Donald Trump is president and the law has surrendered to his will? Wilson declines to say, explaining that he would rather leave the mystery of its abstraction intact and open to interpretation.

But it doesn't take a degree in semiotics to see how the Goliad flag suits Defense Distributed. It reads like the logical escalation of the NRA's "cold dead hands" slogan of the last century. In fact, it may be the perfect symbol not just for Defense Distributed's mission but for the country that produced it, where firearms result in tens of thousands of deaths a year—vastly more than any other developed nation in the world—yet groups like Wilson's continue to make more progress in undermining gun control than lawmakers do in advancing it. It's a flag that represents the essence of violent extremist ideology: An arm that, long after blood is spilled, refuses to let go. Instead, it only tightens it grip on its weapon, as a matter of principle, forever.

---

More Great WIRED Stories

  *  This giant invasive flower can give you third-degree burns<https://www.wired.com/story/this-giant-invasive-flower-can-give-you-third-degree-burns/?mbid=BottomRelatedStories_Sections_2>
  *  The Pentagon's dream team of tech-savvy soldiers<https://www.wired.com/story/pentagon-dream-team-tech-savvy-soldiers/?mbid=BottomRelatedStories_Sections_2>
  *  PHOTO ESSAY: The annual super-celebration in Superman's real-world home<https://www.wired.com/story/superman-celebration-metropolis-illinois/?mbid=BottomRelatedStories_Sections_2>
  *  It's time you learned about quantum computing<https://www.wired.com/story/time-you-learned-about-quantum-computing/?mbid=BottomRelatedStories_Sections_2>
  *  Boeing's proposed hypersonic plane is really really fast<https://www.wired.com/story/boeing-hypersonic-mach-5-jet-concept/?mbid=BottomRelatedStories_Sections_2>
  *  Get even more of our inside scoops with our weekly Backchannel newsletter<https://www.wired.com/newsletter/?name=backchannel&sourceCode=BottomStories>

1Corrected 7/10/2018 2:30 EST to note that the first 3-D printed gun used .380-caliber ammunition, not .223-caliber.

Sent from iPhone
703-307-8415
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

WASHAR0036073

| From: | Strike, Andrew P <StrikeAP@state.gov> |
|---|---|
| Sent: | Wednesday, July 18, 2018 6:00 PM |
| To: | Davidson-Hood, Simon; Foster, John A; Hart, Robert L; Heidema, Sarah J; Hess, Rachel; Monjay, Robert |
| Cc: | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| Subject: | CPA Media Monitoring: Vice: Get ready for the new era of 3D-printed guns starting August 1 |

[cid:image001.png@01D29279.128F6050]

Get ready for the new era of 3D-printed guns starting August 1

Tess Owen

Jul 18, 2018

A self-described "crypto-anarchist" finally won his five-year legal battle to put blueprints for 3D-printed guns on the internet. And with that victory comes an uncertain future where anyone with the technology could potentially print an AR-15 untraceable by the government.

Cody Wilson's legal woes began in 2013, when he posted the world's first online manual for how to assemble a 3D-printed gun, "The Liberator" - a single shot pistol made largely of plastic. Days later, the State Department classified his blueprints as a violation of international export law and threatened Wilson with fines and jail time if he didn't remove them. A lengthy legal battle ensued.

Last week, however, the State Department finally settled a lawsuit with Wilson and his company, Defense Distributed; as of Aug. 1, he can continue publishing 3D-printed firearm blueprints online for anyone to download and use. Because people don't need to undergo a background check to print their own guns - nor do the guns need to have a serial number once assembled - the government has no real way of tracing what experts see as a new and troubling trend for gun enthusiasts.

Wilson even portrayed his victory as the death of gun control in America.

"Think bitcoin, or Wikileaks. Those are strategic forms of virtual anarchy," Wilson told VICE News. "It's people who create virtual forms of anarchy and push the government out of certain spheres."

He sees himself working within the tradition of crypto-anarchism and "cypherpunk" activism, which weaponizes technology to circumvent government controls and effect social or political change.

Law enforcement and gun control advocates view Wilson's plans for 3D-printed guns as similar to the rise of "ghost guns." They're DIY kits which buyers can then assemble without serial numbers, making them nearly impossible to track. (Wilson also sells these kits, through his offshoot company, "Ghost Gunners.")

"Five or ten years ago, it was just hobbyists doing this. No big deal," said David Chipman, who spent 25 years as a special agent at the Bureau of Alcohol, Tobacco, Firearms, and Explosives and is now the senior policy advisor at Giffords, a gun control advocacy group.

WASHAR0036074

"Now, criminals have started using ghost guns as a way to circumvent assault weapon regulations. I imagine that people will also start printing guns to get around laws."

The quality of a plastic, printed gun is still inferior to the ones firearm manufacturers traditionally make, largely because of the limitations of the material used in 3D printing. But, as Wilson noted, they still work.

3D-printed guns are also still required to contain some metal, under the Undetectable Firearms Act, to set off detectors. Wilson's blueprints call for a metal firing pin, which is essentially a small nail. The printers also cost anywhere from $5,000 up to $600,000, with significant differences in product quality.

"The cost of 3D printing is still relatively high," said Avery Gardiner, co-president of the Brady Center for Gun Control, which has tracked Wilson's case closely over the years. "My concern is that most of the guns that are 3D-printed in the short term will be made by rich criminal syndicates that have the resources to do it."

Wilson's business, DEFCAD, is currently the only one authorized by the government to offer offer blueprints for 3D printing of firearms, according to the "Is this legal?" section of the site. But anyone who signs up can upload and share their own drawings and blueprints, which gives Wilson's company infinite potential to expand the reach of 3D firearm printing.

"I think this is a way of ensuring that our culture and industry makes it into the 21st century. Gun culture is always about ten years behind other industries. It's always lagging behind wherever Silicon Valley is," said Wilson. "Traditional types of gun producers come from an older school of thinking. They're former military and veterans, not people living fast lives with fast companies."

After Aug. 1, a range of blueprints will be available for download from Wilson's site, including the AR-15, VZ.58 (a Czechoslovakian assault rifle), and a 1911 Pistol.

[https://video-images.vice.com/_uncategorized/1531946639671-Screen-Shot-2018-07-18-at-41755-PM.png]

The various types of 3D gun blueprints available on DEFCAD on Aug. 1.

A SUDDEN DECISION

Back in 2013, the Department of Homeland Security and the Joint Regional Intelligence Center released a memo<http://www.foxnews.com/us/2013/05/23/govt-memo-warns-3d-printed-guns-may-be-impossible-to-stop.html> stating that, given the significant advances in 3D printing technology, limiting access to printed firearms "may be impossible." Their memo made specific reference to Wilson and his company, Defense Distributed.

Even by the time the State Department contacted Wilson and threatened him with jail time, his blueprints had been downloaded more than 100,000 times and posted elsewhere. (Many of those blueprints, and others, are likely still out on the dark web, Wilson said. But they're often piecemeal and not always reliable.)

With the backing of the Second Amendment Foundation, a pro-gun nonprofit based in Washington D.C., Wilson sued the State Department in 2015 on the grounds that the government had violated his First Amendment rights by asking him to take the blueprints offline. After a trial judge overseeing the case declined to grant a preliminary injunction that would have allowed him to keep the blueprints online, Wilson appealed to the Fifth Circuit about the injunction, which upheld the lower court's decision. The Supreme Court declined to hear his case.

And then, seemingly out of the blue, the State Department settled the case and approved 3D printing tutorials for "public release<https://www.nytimes.com/2018/07/13/business/downloadable-gun-allowed-alarming-activists.html> (i.e. unlimited distribution) in any form." The government also agreed to foot the bill for nearly $40,000 of Wilson's legal fees.

WASHAR0036075

"Nothing had happened, and there was seemingly no impetus for why the Trump Administration decided to step and endanger public safety by allowing this man to put blueprints for making guns on the internet," said Gardiner, who also served as counsel to the assistant attorney general of antitrust at the Department of Justice from 2005 to 2008.

But Wilson has a different opinion of the outcome of his victory in the case.

"I'm not worried about public safety. As you might imagine, that's kind of my motivator," said Wilson. "I like being able to defeat any imagined confinements of the access to guns. Any legal scenario, I like being able to defeat that."

Link: https://news.vice.com/en_us/article/ev8xjn/get-ready-for-the-new-era-of-3d-printed-guns-starting-august-1?utm_source=vicenewstwitter

_____

Andrew P. Strike
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

*  Phone: 202-736-7804 | * BlackBerry: 202-701-5137 |
*  E-mail: StrikeAP@state.gov<mailto:StrikeAP@state.gov> | * Web: www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> | Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

WASHAR0036076

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, May 16, 2018 4:14 PM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Recoil Web: Trump Administration Publishes Proposed Rule to Remove a Variety of Firearms from ITAR |

[cid:image001.png@01D29279.128F6050]
Trump Administration Publishes Proposed Rule to Remove a Variety of Firearms from ITAR By Adam Kraut
16 May 2018

Earlier this week, the Directorate of Defense Trade Controls ("DDTC"), published an entry on their website which contained a notice that the Department of State and the Department of Commerce have each issued a Proposed Rule to amend the regulations pertaining to the International Traffic in Arms Regulations ("ITAR") and the Export Administration Regulations ("EAR"). These proposed changes have been eagerly awaited by the firearms community for a number of years.

ITAR has plagued manufacturers and gunsmiths for years with its crushing fees, burdensome restrictions, and general confusion as to who it applies. As with everything in the gun world, rumors and bad information permeate even the highest levels and has resulted in individuals placing themselves in potentially perilous situations.

In order to protect US defense and military technology, Congress passed the Arms Export Control Act ("AECA") in 1976. The AECA gave the President the authority to regulate the import of defense articles and defense services. Along with that authority came confusing regulations (in the form of ITAR), high registration fees, and burdensome restrictions.

PROPOSED AMENDMENTS TO ITAR

"The Department of State is engaged in an effort to revise the U.S. Munitions List ["USML"] so that its scope is limited to those defense articles that provide the United States with a critical military or intelligence advantage or, in the case of weapons, are inherently for military end use."

The USML is a list of articles, services, and related technologies that have been designated defense related and require compliance with ITAR. A number of the items in the first category (Firearms, Close Assault Weapons, and Combat Shotguns) do not meet the newly proposed standard. Further, a large number are available for purchase in retail settings both in the United States and overseas.

The major proposed change to Category I includes the removal of non-automatic and semi-automatic firearms to caliber .50 (including all their parts, components, accessories, and attachments specifically designed for them). However, fully automatic firearms, fully automatic shotguns and silencers (and specifically designed parts and components) will continue to be subjected to ITAR. Interestingly, the proposal also designates that manufacturers of magazines which hold more than fifty (50) rounds will still be required to comply with ITAR. The Proposed Rule also implements changes to Categories II and III.

PROPOSED AMENDMENTS TO THE EAR

Even with the proposed removal of items from ITAR, it does not mean they will not be subject to regulation. The Department of Commerce has issued a Proposed Rule which would incorporate the items being removed from the purview of ITAR.

1

WASHAR0036077

However, unlike ITAR, there is no registration or fee requirement to be able to produce items which are controlled. Provided the proposed rules are adopted, a manufacturer wishing to export any of the items which would be controlled by the EAR would still need to acquire the appropriate licenses to do so.

Once the Proposed Rules are published in the Federal Register, the public will have 45 days to submit comments. After the notice and comment period, the agencies will likely publish final rules and a date for implementation.

It appears that smaller manufacturers of firearms and gunsmiths will see some relief from the burdensome obligations of ITAR. However, the boutique silencer manufacturers will still need to pay their ITAR registration (a hefty $2,500 each year) along with ensuring their compliance with the often confusing requirements.

Link: http://www.recoilweb.com/trump-administration-publishes-proposed-rule-to-remove-a-variety-of-firearms-from-itar-137327.html#ixzz5FhJO4Cu7


Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web: www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036078

| | |
|---|---|
| **From:** | Abisellan, Eduardo <AbisellanE@state.gov> |
| **Sent:** | Thursday, July 26, 2018 9:12 AM |
| **To:** | Thompson, Andrea L |
| **Cc:** | Tucker, Maureen E; Brechwald, Matthew J (T); Miller, Michael F; Paul, Joshua M |
| **Subject:** | RE: Defense Distributed Settlement: 3D Printing of Firearms |

Will do Ma'am.

Vr/Ed

Official - SBU
UNCLASSIFIED

From: Thompson, Andrea L
Sent: Thursday, July 26, 2018 9:03 AM
To: Abisellan, Eduardo <AbisellanE@state.gov>
Cc: Tucker, Maureen E <TuckerME@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; Miller, Michael F <Millermf@state.gov>; Paul, Joshua M <PaulJM@state.gov>
Subject: RE: Defense Distributed Settlement: 3D Printing of Firearms

Thanks Ed and good work Mike and Josh. Please ensure the info is in my Tuesday book next week.

Official - SBU
UNCLASSIFIED

From: Abisellan, Eduardo
Sent: Thursday, July 26, 2018 8:31 AM
To: Thompson, Andrea L <ThompsonAL@state.gov<mailto:ThompsonAL@state.gov>>
Cc: Tucker, Maureen E <TuckerME@state.gov<mailto:TuckerME@state.gov>>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov<mailto:BrechwaldMJ2@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: Defense Distributed Settlement: 3D Printing of Firearms

Ma'am,

FYSA.   PM prepared the following Q&A for S's hearing concerning 3D Printing of Firearms-Senator Menendez raised this issue during the hearing.   This may come up during your briefing to the Senator.

BLUF: In close consultation with the Department of Justice, the Department of State recently concluded a settlement agreement, but the case has not yet been dismissed.  Under the settlement, the Department would authorize for public release the CAD files that are the subject of the litigation. Consistent with DOJ guidance, we should not comment publicly on specifics of pending litigation.


*      SEN Menendez raised the settlement in his opening statement at S's Hearing, and SEN Markey posed a question on it to S during that hearing.

WASHAR0036079

o  CPA, DDTC and L/PM had fortunately cobbled together immediately before the Hearing a contingency bullet for S to use (attached).  In the event, he told SEN Markey he'd "take a look at it".

o  We have prepared a response to REP Engel's letter to S, which is on its way through you for clearance.  We hope to provide the response in advance of tomorrow's signing of the Settlement letter.  Response to Rep Engel is also attached.

o  In addition, SEN Menendez issued a statement<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints> calling on S to "intervene and review" the settlement (he followed this up with a letter at 4.50pm), while Senators Nelson, Markey, Murphy, Blumenthal and Feinstein co-signed a letter<https://twitter.com/SenBillNelson/status/1022130836664188928> on the topic to the Attorney General.

o  We also continue to receive clarifying questions from SFRC and HFAC staff subsequent to yesterday's briefing.


*      Q&A and background on the settlement is outlined immediately below.

VR/Ed

--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------------------------

SFRC Hearing
Q&A on 3D Printing of Firearms Settlement

IF ASKED: Will you postpone implementation of the settlement on 3D-printed firearms


*      I am aware of Congress' concerns on this matter, though I would observe that the Department's role in regulating firearms relates only to our control of exports.

IF PRESSED: Will you postpone implementation of the settlement?


*      I am not in a position to comment on pending litigation.

Background (not for public use):

In 2013 the Department became aware of the presence of Computer Aided Design (CAD) files for the 3-D printing of certain firearms and related parts and components on the webpage of Defense Distributed (DD), and directed that they be taken down pending a review to determine if the files were subject to the International Traffic in Arms Regulations (ITAR).  The possession of these firearms and components is not unlawful in the United States, and the federal government does not separately regulate the 3-D printing of firearms.  Further, the 3-D files at issue are for a firearms design that requires adding metal after printing and thus does not violate the Undetectable Firearms Act of 1988.  DD ultimately sued the Department, alleging violations of the First, Second, and Fifth Amendments, and asserting that regulating posting files to internet web pages exceeds the scope of the Department's authority under the Arms Export Control Act (AECA) and ITAR.  In close consultation with the Department of Justice, the Department of State recently concluded a settlement agreement, but the case has not yet been dismissed.  Under the settlement, the Department would authorize for public release the CAD files that are the subject of the litigation. Consistent with DOJ guidance, we should not comment publicly on specifics of pending litigation.

The Department's determination to settle the suit was made based on the outcome of the interagency review to support the drafting of the proposed rules that, if made final, would revise the ITAR's controls on firearms and related

WASHAR0036080

items. This review determined that certain technical data, such as the CAD files that are the subject of the litigation, provided no intelligence or military advantage such that control on ITAR's the United States Munitions List (USML) continued to be warranted. Further, the Department was concerned that an adverse ruling on the merits of this case could have called into question the Department's authority to control the export and posting on the internet of more sensitive USML controlled technical data, such as design and manufacturing information for submarines or fighter jets.


Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 5:09 PM
To: Tucker, Frances <TuckerF@state.gov<mailto:TuckerF@state.gov>>; Abisellan, Eduardo <AbisellanE@state.gov<mailto:AbisellanE@state.gov>>
Cc: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>
Subject: FW: DD Settlement: Cong/Pub State of Play

Dear Maureen and Ed,

Sharing the below at Mike Miller's very good recommendation for your information.

Josh

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 5:01 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov<mailto:KaidanowTS@state.gov>>
Cc: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; Carter, Rachel <CarterR@state.gov<mailto:CarterR@state.gov>>; Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>; Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Litzenberger, Earle D (Lee) <LitzenbergerED@state.gov<mailto:LitzenbergerED@state.gov>>
Subject: DD Settlement: Cong/Pub State of Play

Dear AMB Kaidanow,

This email provides a summary of today's Congressional and public interest in the pending Defense Distributed settlement.


Congressional

*       SEN Menendez raised the settlement in his opening statement at S's Hearing, and SEN Markey posed a question on it to S during that hearing.

o  CPA, DDTC and L/PM had fortunately cobbled together immediately before the Hearing a contingency bullet for S to use (attached). In the event, he told SEN Markey he'd "take a look at it". The Hearing remains ongoing at this hour.

*       We have prepared a response to REP Engel's letter to S, which is on its way through you for clearance. We hope to provide the response in advance of tomorrow's signing of the Settlement letter.

WASHAR0036081

\*      In addition, SEN Menendez issued a statement<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints> calling on S to "intervene and review" the settlement (he followed this up with a letter at 4.50pm), while Senators Nelson, Markey, Murphy, Blumenthal and Feinstein co-signed a letter<https://twitter.com/SenBillNelson/status/1022130836664188928> on the topic to the Attorney General.

\*      We also continue to receive clarifying questions from SFRC and HFAC staff subsequent to yesterday's briefing.

Public

\*      Media continues to pick up on this story; highlights today include an entire 45-minute segment of NPR's On Point dedicated<http://www.wbur.org/onpoint/2018/07/25/3d-printing-gun-control> to the topic, as well as expanding international media coverage.

\*      We understand that DDTC has received a large volume of calls and emails from the public in addition to the more formal media inquiries that CPA has been dealing with, and in addition to the automated outreach DDTC has encountered.

\*      Gun Control NGOs including the Brady Campaign, Giffords, Everytown, and Moms Demand Action have been highlighting the issue on social media in advance of the injunction they intend to submit tomorrow, and a petition on Change.org<https://www.change.org/p/stop-defense-distributed-from-releasing-downloadable-guns?recruiter=468357426&utm_source=share_petition&utm_medium=twitter&utm_campaign=psf_combo_share_initial...x7ixMjQ4TdqaDwV2_2_9Aw.3.rdHZAbL2TQyyB23KwLDCiQ.1&utm_term=385679> has garnered almost 30,000 signatures, most of them today.

\*      A summary of today's press reporting on the topic is attached, and the Google Tends chart for worldwide searches on 3D guns is as follows:

[cid:image009.png@01D42439.169E35B0]

Thanks,

Josh

_____

Josh Paul
Director, Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

\*  Phone:      202.647.7878 | \*   BlackBerry: 202.679.6724 | 7  Fax: 202.647.4055
\*  e-mail:      PaulJM@State.Gov<mailto:PaulJM@State.Gov> | \*  Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/>

[https://g.twimg.com/twitter-bird-16x16.png]  http://twitter.com/StateDeptPM

Stay connected with State.gov:

[Twitter]<http://twitter.com/StateDept>[Tumblr]<http://statedept.tumblr.com/>[RSS Feed]<http://www.state.gov/misc/echannels/66791.htm>[Facebook]<http://www.facebook.com/usdos>[Flickr]<http://www.flickr.com/photos/statephotos>[YouTube]<http://www.youtube.com/user/statevideo>[Google Plus]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036082

This message is UNCLASSIFIED, per E.O. 12958


Official - SBU
UNCLASSIFIED

WASHAR0036083

**From:**          Clay, Noel C <ClayNC2@state.gov>
**Sent:**          Tuesday, July 24, 2018 1:45 PM
**To:**            McKeeby, David I; PM-CPA
**Subject:**       Re: media inquiry - Defense Distributed settlement


Thanks

Sent from my BlackBerry 10 smartphone.
From: McKeeby, David I
Sent: Tuesday, July 24, 2018 1:43 PM
To: Clay, Noel C; PM-CPA
Subject: RE: media inquiry - Defense Distributed settlement


No—The Defense Distributed case is 100 percent PM. I will go back to her and deliver the lines and take any follow-on Qs.

Best,
Dave


_____
David I. McKeeby
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

• Phone:      202.647.8757 | •  BlackBerry:  202.550.3482 |
• e-mail:     mckeebydi@state.gov<mailto:mckeebydi@state.gov> | •  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


From: Clay, Noel C
Sent: Tuesday, July 24, 2018 1:41 PM
To: McKeeby, David I <McKeebyDI@state.gov>; PM-CPA <PM-CPA@state.gov>
Subject: Re: media inquiry - Defense Distributed settlement

Should I just tell folks to go to DOD?

Sent from my BlackBerry 10 smartphone.
From: McKeeby, David I

WASHAR0036084

Sent: Tuesday, July 24, 2018 1:38 PM
To: Clay, Noel C; PM-CPA
Subject: RE: media inquiry - Defense Distributed settlement

It's a statement that DOJ blessed us giving to reporters ON BACKGROUND:

# # #

The United States strictly regulates the export of defense articles, including related manufacturing technologies and information, as an integral part of safeguarding U.S. national security and furthering U.S. foreign policy objectives in accordance with the Arms Export Control Act (AECA) and the International Traffic in Arms Regulations (ITAR).

This was a voluntary settlement entered into following negotiations between the Department of State and the plaintiffs. The court did not rule in favor of the plaintiffs in this case.  In other contexts, courts have upheld ITAR controls on technical data.

The settlement in this case comes as the U.S. Government is reviewing comments on new proposed regulations to transfer oversight from the U.S. Department of State to the U.S. Department of Commerce of exports of firearms and related items that do not provide the United States with a critical military or intelligence advantage or, in the case of weapons, are not inherently for military end use, including many items that are widely available in retail outlets in the United States and abroad. These proposed regulations are part of an ongoing effort to create a simpler, more robust export control system that eases industry compliance, enhances enforceability, and better protects truly sensitive technologies.

In addition to reducing regulatory burden on U.S. industry, these proposed regulations would eliminate the ITAR requirements at issue in this case, including the ITAR requirement to obtain U.S. Government authorization to post to the Internet technical data related to certain firearms and related items that are commercially available, such as those at issue in this case.

In the course of formulating these proposed regulations, the U.S. Government conducted a national security analysis in the context of the rulemaking effort. Based on this analysis, it was determined that certain firearms and related items that are widely available for commercial sale, and technical data related to those items, is of a type that does not offer a critical military or intelligence advantage to the United States, per section 120.3 of the ITAR, and therefore warrants export licensing requirements under the U.S. Department of Commerce's jurisdiction.

# # #

_____
David I. McKeeby
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

• Phone:      202.647.8757 | •  BlackBerry:  202.550.3482 |
• e-mail:      mckeebydi@state.gov<mailto:mckeebydi@state.gov> | •  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

WASHAR0036085

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


From: Clay, Noel C
Sent: Tuesday, July 24, 2018 1:33 PM
To: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>
Subject: Fw: media inquiry - Defense Distributed settlement

PM:

Was there a statement or did it come from guidance?

Noel

From: Estelita Hass Carazzai <estelita.hass@grupofolha.com.br<mailto:estelita.hass@grupofolha.com.br>>
Sent: Tuesday, July 24, 2018 10:34 AM
To: PA Press Duty
Subject: media inquiry - Defense Distributed settlement


Dear all, good morning!

Could you please send me the statement from the Department of State regarding the recent settlement with Defense Distributed? I am writing a piece about 3D firearms and it would be important to have it.

Thank you, and looking forward to your soonest reply!

Best regards,

Estelita Hass Carazzai
Folha de S.Paulo
Correspondent - Washington, DC
mobile +1 202-415-3637
twitter @estelitac
www.folha.com.br/internacional/<http://www.folha.com.br/internacional/>

_____

AVISO: A informação contida neste e-mail, bem como em qualquer de seus anexos, é CONFIDENCIAL e destinada ao uso exclusivo do(s) destinatário(s) acima referido(s), podendo conter informações sigilosas e/ou legalmente protegidas. Caso você não seja o destinatário desta mensagem, informamos que qualquer divulgação, distribuição ou cópia deste e-mail e/ou de qualquer de seus anexos é absolutamente proibida. Solicitamos que o remetente seja comunicado imediatamente, respondendo esta mensagem, e que o original desta mensagem e de seus anexos, bem como toda e qualquer cópia e/ou impressão realizada a partir destes, sejam permanentemente apagados e/ou destruídos. Informações adicionais sobre nossa empresa podem ser obtidas no site http://www.folha.uol.com.br/folha/conheca/ .

WASHAR0036086

NOTICE: The information contained in this e-mail and any attachments thereto is CONFIDENTIAL and is intended only for use by the recipient named herein and may contain legally privileged and/or secret information. If you are not the e-mail's intended recipient, you are hereby notified that any dissemination, distribution or copy of this e-mail, and/or any attachments thereto, is strictly prohibited. Please immediately notify the sender replying to the above mentioned e-mail address, and permanently delete and/or destroy the original and any copy of this e-mail and/or its attachments, as well as any printout thereof. Additional information about our company may be obtained through the site http://www1.folha.uol.com.br/folha/conheca/index-en.shtml .

WASHAR0036087

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Thursday, May 31, 2018 9:10 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: DC Report: US Gun Industry Wants A Bigger Piece Of The World's Arms Trade |

[cid:image001.png@01D29279.128F6050]
US Gun Industry Wants A Bigger Piece Of The World's Arms Trade By Sarah Okeson
30 May 2018

At least 41 people have been killed so far this year with guns at our nation's schools, more than three times the number of American military deaths in combat zones, but Trump is working to increase American gun sales overseas.

The weapons covered by a proposed rule, which would transfer authority to license U.S. gun manufacturer sales overseas from the State Department to the Commerce Department, include assault-style rifles, high-capacity pistols and armor-piercing sniper rifles.

"Sound policy would not make it easier for U.S. gun manufacturers who made the assault weapons used in the mass shootings at Sandy Hook, Pulse nightclub, Las Vegas, and Parkland to sell them to international buyers," said Kristen Rand, legislative director at the Violence Policy Center.

The rule would also end the practice of notifying Congress of commercial arms sales above $1 million. Congressional outrage blocked the sale of assault rifles to Philippines police in 2016 and blocked the sale of arms to the Turkish president's security guards in 2017.

"The Trump administration is once again caving to the gun lobby," said Sen. Chris Murphy (D-Conn.) "Making it easier for gun manufacturers to sell more weapons of war to civilians is the absolute wrong thing to do."

About 3.3% of the 11.5 million pistols, revolvers, rifles, shotguns and other firearms manufactured in our country in 2016 were exported.

Gun sales in our country appear to be dropping since Trump's election. Remington, which made the rifle used in the Sandy Hook Elementary School massacre, filed for bankruptcy.

The National Shooting Sports Foundation, the trade association for the firearms industry, is pushing the rule change. The foundation spent $3.3 million on federal lobbying last year.

Kevin Wolf, the former assistant secretary of Commerce for export administration, is now working for the foundation to promote exporting guns. Wolf downplayed the impact of the proposed change, calling it "really boring" and "all about housekeeping and good government organization."

Countries to which the State Department regulations would no longer apply include much of the European Union, Argentina, Australia, Japan and South Korea.

Transferring licensing responsibility from State to Commerce could result in 30,000 more license applications being filed annually.

WASHAR0036088

An estimated 1,000 people are killed a day by terrorists, insurgents and criminal gangs using such weapons.

"If you have a state being disrupted by organized crime or that is collaborating with organized crime, you have a situation in which violence is only looking for tools," said John Lindsay-Poland of the American Friends Service Committee. "Those tools only become available through exports."

Link: https://www.dcreport.org/2018/05/30/u-s-gun-industry-wants-a-bigger-piece-of-the-worlds-arms-trade/

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:    202.647.6968
e-mail:    MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036089

**From:**        Paul, Joshua M <PaulJM@state.gov>
**Sent:**        Wednesday, July 25, 2018 5:38 PM
**To:**          Miller, Michael F
**Subject:**     RE: Proposed Hill responses: Defense items and technology vulnerable to Disclosure
                 from Future Lawsuits

████████████████████████████████████████████████████

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 5:37 PM
To: Miller, Michael F <Millermf@state.gov>
Subject: RE: Proposed Hill responses: Defense items and technology vulnerable to Disclosure from Future Lawsuits

████████████████████████████████████████████████████

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Miller, Michael F
Sent: Wednesday, July 25, 2018 5:34 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: FW: Proposed Hill responses: Defense items and technology vulnerable to Disclosure from Future Lawsuits
Importance: High

████████████████████████████████████████████████████

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Rogers, Shana A
Sent: Wednesday, July 25, 2018 1:38 PM
To: Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Cc: Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>
Subject: FW: Proposed Hill responses: Defense items and technology vulnerable to Disclosure from Future Lawsuits
Importance: High

DDTC

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

WASHAR0036090

Happy to discuss.

Shana

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 12:29 PM
To: Hart, Robert L; Miller, Michael F; Heidema, Sarah J
Cc: Rogers, Shana A; Freeman, Jeremy B; Darrach, Tamara A
Subject: RE: Proposed Hill responses: Defense items and technology vulnerable to Disclosure from Future Lawsuits
Importance: High

+Tamara

Josh

How long is "temporary" under ITAR 126.2?  Is there a minimum period of time, or is it completely at the discretion of the PM DAS?

Please provide us an illustrative list of the defense items and related controlled technology State was concerned would be subject to potentially future lawsuits requiring removal of controls for public sharing had there been an unfavorable ruling in the DD case.

Please also provide to us separately notional legislative language to remove or reduce the vulnerability of these items and technology from such disclosure.

In addition, please ask your counsel to send details on the cases he mentioned that are indicative of federal courts likely to find against the government.

2

WASHAR0036091

Official - Transitory
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 10:54 AM
To: Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Cc: Rogers, Shana A <RogersSA2@state.gov<mailto:RogersSA2@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>
Subject: RE: Proposed Hill responses: Defense items and technology vulnerable to Disclosure from Future Lawsuits

███████████████████████████████████████████████████

To put in the context of the settlement agreement: how long does the agreement, as a matter of law and strict interpretation, require the 126.2 suspension to remain in effect?  The antecedent phrase in the agreement states, "while the above-referenced rule is in development"; if State understands or interprets the referenced "rule" as the CAT I-III regulatory change in process (and is that correct), what interpretation is State using for what "while" means?  For the length of duration of the development of the CAT I-III rule - which presumably extends to the end of the formal 38(f) process?  Or could "while" mean "during", a period of time not necessarily terminating with the legal completion of the CAT I-III rule process?

Official - Transitory
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 10:44 AM
To: Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Cc: Rogers, Shana A <RogersSA2@state.gov<mailto:RogersSA2@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>
Subject: RE: Proposed Hill responses: Defense items and technology vulnerable to Disclosure from Future Lawsuits

███████████████████████████████████████████████████

Official - Transitory
UNCLASSIFIED

From: Hart, Robert L
Sent: Wednesday, July 25, 2018 10:42 AM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M
<PaulJM@state.gov<mailto:PaulJM@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Cc: Rogers, Shana A <RogersSA2@state.gov<mailto:RogersSA2@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>
Subject: RE: Proposed Hill responses: Defense items and technology vulnerable to Disclosure from Future Lawsuits

WASHAR0036092

██████████████████████████████

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - Transitory
UNCLASSIFIED

From: Miller, Michael F
Sent: Wednesday, July 25, 2018 10:29 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>
Cc: Rogers, Shana A <RogersSA2@state.gov<mailto:RogersSA2@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>
Subject: Proposed Hill responses: Defense items and technology vulnerable to Disclosure from Future Lawsuits

████████████████████████████████

Official - Transitory
UNCLASSIFIED

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Wednesday, July 25, 2018 9:47 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller,
Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M
<PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>;
McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Bartley, Megan
(Foreign Relations) <Megan_Bartley@foreign.senate.gov<mailto:Megan_Bartley@foreign.senate.gov>>; Ricchetti,
Daniel (Foreign Relations) <Daniel_Ricchetti@foreign.senate.gov<mailto:Daniel_Ricchetti@foreign.senate.gov>>
Subject: RE: Defense items and technology vulnerable to Disclosure from Future Lawsuits

In addition, please ask your counsel to send details on the cases he mentioned that are indicative of federal courts likely
to find against the government.

████████████████████████████████

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Wednesday, July 25, 2018 9:15 AM
To: Miller, Michael F (Millermf@state.gov<mailto:Millermf@state.gov>)
<Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M (PaulJM@state.gov<mailto:PaulJM@state.gov>)
<PaulJM@state.gov<mailto:PaulJM@state.gov>>; 'Darrach, Tamara A'
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>;
McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Rice, Edmund
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Bartley, Megan (Foreign Relations)
<Megan_Bartley@foreign.senate.gov<mailto:Megan_Bartley@foreign.senate.gov>>; Ricchetti, Daniel (Foreign
Relations) <Daniel_Ricchetti@foreign.senate.gov<mailto:Daniel_Ricchetti@foreign.senate.gov>>
Subject: Defense items and technology vulnerable to Disclosure from Future Lawsuits

WASHAR0036093

How long is "temporary" under ITAR 126.2?  Is there a minimum period of time, or is it completely at the discretion of the PM DAS?

Please provide us an illustrative list of the defense items and related controlled technology State was concerned would be subject to potentially future lawsuits requiring removal of controls for public sharing had there been an unfavorable ruling in the DD case.

Please also provide to us separately notional legislative language to remove or reduce the vulnerability of these items and technology from such disclosure.

WASHAR0036094

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
| --- | --- |
| Sent: | Friday, May 11, 2018 4:12 PM |
| To: | PM-Staffers Mailbox |
| Cc: | PM-All-Users; PM-Post-Officers-DL; PM-POLAD-DL; ISN-SCO-DL; PM-CPA; AVC-Press-DL; Fong, Isaac JY; Tucker, Maureen E; Ricci, Anthony; Fabry, Steven F; Rogers, Shana A; Abisellan, Eduardo; Cooper, John M; Sullivan, Jerry; Saghieh, Luana; Wyatt, James A; Leventhal, Todd A |
| Subject: | PM NEWS CLIPS FOR MAY 7-11, 2018 |

PM NEWS CLIPS FOR MAY 7-11, 2018

Summary: This week saw dramatic announcements in U.S. foreign policy, with President Trump announcing that the U.S. is withdrawing from the Joint Comprehensive Plan of Action and would re-enact strict sanctions against Iran, and that the highly anticipated summit between President Trump and Kim Jong Un will take place June 12th in Singapore. Shortly after the JCPOA announcement, Iranian forces in Syria allegedly launched a salvo of missiles at Israeli positions in the Golan Heights, with Israel claiming that all the missiles were either off target or intercepted by Israel's Iron Dome missile defense system. Israel responded with a large scale air attack targeting Iranian forces in Syria, reportedly destroying dozens of Iranian weapons and positions. There has so far been no further escalation, and world leaders have called on both sides to exercise restraint and avoid a larger conflict.

Also of note are new developments in China's military expansionism in the South China Sea, with China reportedly emplacing anti-ship and anti-air missiles on man-made islands created to press their territorial claims. China claims almost the entirety of the strategic waters, and territorial disputes have been raising tensions in the region. Despite protests from countries with competing interests, experts believe that it is unlikely that China will scale back its military presence. Other developments this week include HASC markup of the 2019 NDAA that includes provisions to halt arms sales to Turkey, the Pentagon release of its report on last year's failed operation in Niger, Saudi Arabia's use of its air defenses to counter a missile attack form Yemen, RAND's issuance of a new report on the security implications of 3D printing, and the commencement of the UNPCAP exercise in New Delhi where Indian and U.S. personnel will train African forces in peacekeeping operations.

(Editor's note: The PM News Clips is a digest of reports supplementing existing press clippings services that provides a representative sample of significant developments in the broader PM community of interest. Links to these news items do not reflect official endorsement.)

Front Office and Bureau Mentions
*	State Magazine, "A Path to Partnership: Unexploded Ordnance Disposal Strengthens Ties Between Nations"<http://contentviewer.adobe.com/s/State_Magazine/b2113109-8f85-548a-a631-1655db4b0600/May_2018/A-Path-To-Partnership.html#page_0>
*	Dipnote, "U.S.-Funded Explosive Hazard Clearance Restores Access to Clean Water in Iraq"<https://blogs.state.gov/stories/2018/05/10/en/us-funded-explosive-hazard-clearance-restores-access-clean-water-iraq>
*	Dialogo Americas, "El Salvador Ramps Up MINUSMA Air Deployment"<https://dialogo-americas.com/en/articles/el-salvador-ramps-minusma-air-deployment>
-------

Congressional & Public Affairs (PM/CPA)

WASHAR0036095

USG/OTHER RELEASES
*    DOS, "On President Trump's Decision to Withdraw From the
JCPOA<https://www.state.gov/secretary/remarks/2018/05/281938.htm>"
*    DOS, "Election of Nikol Pashinyan as Prime Minister of
Armenia<https://www.state.gov/r/pa/prs/ps/2018/05/281955.htm>"
*    DOD, "Secretary Mattis Hosts Finnish, Swedish, Ministers for Trilateral
Meeting<https://www.defense.gov/News/News-Releases/News-Release-View/Article/1515657/secretary-mattis-hosts-finnish-swedish-ministers-for-trilateral-meeting/>"
*    DOS, "Background Briefing On Secretary Pompeo's Travel To Meet With Representatives From the Democratic
People's Republic of North Korea<https://www.state.gov/r/pa/prs/ps/2018/05/281949.htm>"
*    DOD, "Department of Defense Press Briefing on U.S. Africa Command Investigation of Oct. 4, 2017 Ambush in
Niger<https://www.defense.gov/News/News-Releases/News-Release-View/Article/1517149/department-of-defense-press-briefing-on-us-africa-command-investigation-of-oct/>"
*    DOD, "Statement by Pentagon Chief Spokesperson Ms. Dana W. White on Niger Investigation
Report<https://www.defense.gov/News/News-Releases/News-Release-View/Article/1517654/statement-by-pentagon-chief-spokesperson-ms-dana-w-white-on-niger-investigation/>"
*    DOS, "Situation on the Yemeni Island of Socotra<https://www.state.gov/r/pa/prs/ps/2018/05/281993.htm>"

HILL NEWS
*    The Hill, "Lawmakers warn against Turkey's potential purchase of Russian
weapons"<http://thehill.com/policy/defense/386569-lawmakers-warn-against-turkeys-potential-purchase-of-russian-weapons>
*    Taiwan News, "US defense bill calls for strengthening Taiwan's defenses against
China"<https://www.taiwannews.com.tw/en/news/3425883>
*    Sputnik, "Congress Proposes to Extend Limits on US-Russian Military
Cooperation"<https://sputniknews.com/military/201805081064234125-usa-defense-bill-russia/>
*    Kyiv Post, "U.S. House committee proposes $250 million defense aid to Ukraine in
2019"<https://www.kyivpost.com/ukraine-politics/u-s-house-committee-proposes-250-million-defense-aid-ukraine-2019.html>
*    Al-Monitor, "Congress nudges Trump toward Gulf missile defense"<http://www.al-monitor.com/pulse/originals/2018/05/congress-nudges-trump-gulf-missile-defense.html#ixzz5EuIF9jPZ>
*    Hindustan Times, "Bill to strengthen Indo-US defence ties gains traction"<https://www.hindustantimes.com/india-news/bill-to-strengthen-indo-us-defence-ties-gains-traction/story-WWTNyl4j5rvNOiA0RbtPUM.html>
*    Al-Monitor, "Congress prioritizes smart bombs for Israel despite US shortages"<http://www.al-monitor.com/pulse/originals/2018/05/congress-smart-bombs-israel-us-shortages-iran-syria.html#ixzz5F7APjAbh>
*    Times of India, "US Congressional committee seeks conditions on $350 million aid to
Pakistan"<https://timesofindia.indiatimes.com/world/pakistan/us-congressional-committee-seeks-conditions-on-350-million-aid-to-pakistan/articleshow/64079365.cms>

REPORTS/JOURNALS/MULTIMEDIA/COMMENTARY
*    National Interest, "America cannot afford to lose Pakistan to China"<http://nationalinterest.org/feature/america-cannot-afford-lose-pakistan-china-25761>
*    Just Security, "US - Pakistan Relations: A Marriage of Inconvenience"<https://www.justsecurity.org/55842/u-s-pakistan-relations-marriage-inconvenience/>
*    National Interest, "Pakistan's secret war machine"<http://nationalinterest.org/feature/pakistans-secret-war-machine-25733>
*    Politico, "Donald Trump's Shadow War"<https://www.politico.com/magazine/story/2018/05/09/donald-trumps-shadow-war-218327>
*    Scientific American, "Colombia after the violence"<https://www.scientificamerican.com/article/colombia-after-the-violence/>
*    Future Directions, "The India-US relationship: The change beneath the
surface"<http://www.futuredirections.org.au/publication/india-us-relationship-change-beneath-surface/>

WASHAR0036096

*       London School of Economics, "Turkey vs Greece: Is war a real
possibility?"<http://blogs.lse.ac.uk/europpblog/2018/05/08/turkey-vs-greece-is-war-a-real-possibility/>
*       Daily Beast, "The Phantom Borders With Russia That NATO Won't Defend"<https://www.thedailybeast.com/the-phantom-borders-with-russia-that-nato-wont-defend>
*       Japan Times, "Beijing winning the great South China Sea
game"<https://www.japantimes.co.jp/opinion/2018/05/11/commentary/world-commentary/beijing-winning-great-south-china-sea-game/#.WvXdEb7RW70>
-------

Regional Security, Arms Transfers, and Security Assistance (PM/RSAT & PM/SA)

     ARMS SALE POLICY
*       BBC, "Which country dominates the global arms trade?"<http://www.bbc.com/news/business-43873518>
*       GAO, "FOREIGN MILITARY SALES: Controls Should Be Strengthened to Address Substantial Growth in Overhead
Account Balances",<https://www.gao.gov/products/GAO-18-401>
*       Law.com, "Send Lawyers, Guns and Money: The New Conventional Arms Transfer
Policy"<https://www.law.com/newyorklawjournal/2018/05/10/send-lawyers-guns-and-money-the-new-conventional-arms-transfer-policy/?slreturn=20180410144420>
*       Foreign Policy, "China Has Already Won the Drone Wars"<http://foreignpolicy.com/2018/05/10/china-trump-middle-east-drone-wars/>
*       World Politics Review, "Separating Fact From Hype in Trump's New Policy on Drone
Exports"<https://www.worldpoliticsreview.com/articles/24715/separating-fact-from-hype-in-trump-s-new-policy-on-drone-exports>
*       Defense News, "U.S. drone sales could heat up in the Middle East"<https://www.defensenews.com/digital-show-dailies/sofex/2018/05/11/us-drone-sales-could-heat-up-in-the-middle-east/>

SECURITY SECTOR ASSISTANCE POLICY
*       Homeland Prep News, "House bill would reform U.S. military assistance, security assistance to foreign
powers"<https://homelandprepnews.com/stories/28331-house-bill-reform-u-s-military-assistance-security-assistance-foreign-powers/>
*       Defense One, "Reducing the Human Costs of 'By, With, and
Through'"<https://www.defenseone.com/ideas/2018/05/reducing-civilian-casualties-partnered-operations/148074/?oref=d-channeltop>
*       Foreign Affairs, "Friends With Benefits"<https://www.foreignaffairs.com/articles/united-states/2018-05-08/friends-benefits?cid=int-now&pgtype=hpg&region=br2>
*       Foreign Policy, "Don't Scrap Washington's Lebanon Policy. It's
Working."<http://foreignpolicy.com/2018/05/08/dont-scrap-washingtons-lebanon-policy-its-working/>
*       War on the Rocks, "The Accompany They Keep: What Niger Tells Us about Accompany Missions, Combat, and
Operations Other than War"<https://warontherocks.com/2018/05/the-accompany-they-keep-what-niger-tells-us-about-accompany-missions-combat-and-operations-other-than-war/>

AF
*       All Africa, "Somalia: Govt reiterates appeal to lift arms
embargo"<http://allafrica.com/stories/201805090774.html>
*       All Africa, "Nigeria: Air Force kills scores of Boko Haram terrorists in Borno
State"<http://allafrica.com/stories/201805090744.html>
*       Defense News, "Did military hide the real mission of the Niger ambush from
Congress?"<https://www.defensenews.com/congress/2018/05/08/did-military-hid-niger-mission-from-congress-key-senator-asks/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205-9&utm_term=Editorial%20-%20Early%20Bird%20Brief>

WASHAR0036097

*       Defence Web, "Chad officially receives Cessna 208 ISR aircraft"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=51631:chad-officially-receives-cessna-208-isr-aircraft&catid=35:Aerospace&Itemid=107>
*       Deutsche Welle, "Nigeria military rescues 1,000 Boko Haram hostages"<http://www.dw.com/en/nigeria-military-rescues-1000-boko-haram-hostages/a-43692505?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2008.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*       Military Times, "China denies using lasers on US aircraft in Djibouti"<https://www.militarytimes.com/flashpoints/2018/05/06/china-denies-using-lasers-on-us-aircraft-in-djibouti/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2007.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*       Deutsche Welle, "West Africa: Fulani conflict getting worse"<http://www.dw.com/en/west-africa-fulani-conflict-getting-worse/a-43679371?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2007.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*       Arab Weekly, "ISIS is expanding in North and West Africa"<https://thearabweekly.com/isis-expanding-north-and-west-africa>
*       Military Times, "US, Somali raid on al-Shabab seizes 3 commanders, officials say"<https://www.militarytimes.com/flashpoints/2018/05/10/us-somali-raid-on-al-shabab-seizes-3-commanders-officials-say/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2011.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*       Washington Post, "US military notes reports of civilians killed in Somali raid"<https://www.washingtonpost.com/world/africa/us-military-notes-reports-of-civilians-killed-in-somali-raid/2018/05/11/eb882c30-553b-11e8-a6d4-ca1d035642ce_story.html?utm_term=.217258c6eab7>
*       Foreign Policy, "An Arms Deal Won't Heal What Ails Muhammadu Buhari"<http://foreignpolicy.com/2018/05/11/an-arms-deal-wont-heal-what-ails-muhammadu-buhari/>

EAP
*       Japan Times, "China seen succeeding in quest to boost Asia influence as positions shift on Korean Peninsula"<https://www.japantimes.co.jp/news/2018/05/10/national/politics-diplomacy/china-seen-succeeding-quest-boost-asia-influence-positions-shift-korean-peninsula/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205/10/18&utm_term=Editorial%20-%20Early%20Bird%20Brief#.WvQ4PL7RW70>
*       Quartz, "China now has cruise missiles on what started as a "fishermen's shelter" in the South China Sea"<https://qz.com/1269030/south-china-sea-china-has-cruise-missiles-on-what-started-as-a-fishermens-shelter/>
*       Business Insider, "Vietnam asks Beijing to withdraw its missiles from the South China Sea"<http://www.businessinsider.com/vietnam-asks-beijing-to-withdraw-its-missiles-from-the-south-china-sea-2018-5>
*       Asia Times, "Asia's arms race to pick up pace"<http://www.atimes.com/article/asias-arms-race-to-pick-up-pace/>
*       Sydney Morning Herald, "US general warns Australia that China 'no longer fears us'"<https://www.smh.com.au/politics/federal/us-general-warns-australia-that-china-no-longer-fears-us-20180508-p4ze0d.html>
*       Asia Times, "Short of war, China now controls South China Sea"<http://www.atimes.com/article/short-of-war-china-now-controls-south-china-sea/>
*       Straits Times, "China sends military plane to third South China Sea airstrip"<https://www.straitstimes.com/asia/east-asia/china-sends-military-plane-to-third-south-china-sea-airstrip>
*       Straits Times, "China again flies bombers around Taiwan"<https://www.straitstimes.com/asia/east-asia/china-again-flies-bombers-around-taiwan>
*       Washington Examiner, "Trump-Kim Jong Un summit to be held in Singapore: Report"<https://www.washingtonexaminer.com/news/white-house/trump-kim-jong-un-summit-to-be-held-in-singapore-report?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205/10/18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

4

WASHAR0036098

* Military Times, "Pompeo arrives in North Korea to finalize Trump-Kim summit"<https://www.militarytimes.com/flashpoints/2018/05/08/pompeo-en-route-to-north-korea-to-finalize-trump-kim-summit/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205-9&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* Defense News, "Is South Korea's future fighter jet partnership with Indonesia falling apart?"<https://www.defensenews.com/global/asia-pacific/2018/05/07/is-south-koreas-future-fighter-jet-partnership-with-indonesia-falling-apart/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2008.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* South China Morning Post, "Four years after military coup, Thai protesters demand the junta hold an election in November"<http://www.scmp.com/news/asia/southeast-asia/article/2144824/thai-protesters-demand-junta-hold-election-november>
* Shephard Media, "ITEC 2018: RAAF receives first F-35 trainers"<https://www.shephardmedia.com/news/training-simulation/itec-2018-raaf-receives-first-f-35-trainers/>
* The Diplomat, "What Does a Bigger 2018 Balikatan Military Exercise Say About US-Philippines Alliance under Duterte?"<https://thediplomat.com/2018/05/what-does-a-bigger-2018-balikatan-military-exercise-say-about-us-philippines-alliance-under-duterte/>
* Mainichi, "Taiwan, US hold 1st defense forum amid regional tensions"<https://mainichi.jp/english/articles/20180510/p2g/00m/0in/086000c>

EUR
* Defense News, "Turkey threatens US over bill seeking to halt weapons sales"<https://www.defensenews.com/congress/2018/05/09/turkey-threatens-us-over-bill-seeking-to-halt-weapons-sales/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205/10/18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* Ahval, "Turkey's dangerous game of 'hostage diplomacy' in Brunson trial"<https://ahvalnews.com/us-turkey/turkeys-dangerous-game-hostage-diplomacy-brunson-trial>
* Daily Sabah, "First F-35 jet to be delivered to Turkey on June 21"<https://www.dailysabah.com/defense/2018/05/10/first-f-35-jet-to-be-delivered-to-turkey-on-june-21>
* Japan Times, "EU defense structure after Brexit starting to take shape"<https://www.japantimes.co.jp/news/2018/05/07/world/eu-defense-structure-brexit-starting-take-shape/#.WvLsBr7RW70>
* Deutsche Welle, "German military set to be rebuilt around national security: report"<http://www.dw.com/en/german-military-set-to-be-rebuilt-around-national-security-report/a-43649473>
* The Hill, "Merkel: Europe can no longer rely on US protection"<http://thehill.com/homenews/administration/387067-merkel-europe-cant-count-on-us-to-protect-us-anymore>
* Reuters, "Merkel: German spending on defense is insufficient"<https://www.reuters.com/article/us-germany-defence/merkel-german-spending-on-defense-is-insufficient-idUSKBN1IA1Q3>
* Defense News, "German revenue boom raises chance of defense budget hike"<https://www.defensenews.com/global/europe/2018/05/10/german-revenue-boom-raises-chance-of-defense-budget-hike/>
* Business Insider, "Germany has a 'massive problem' that has reportedly knocked almost all of its Eurofighter Typhoon fighter jets out of commission"<http://www.businessinsider.com/german-military-fighters-jets-not-ready-for-combat-2018-5?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2007.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* Military Times, "Russia uses Syrian war to boost Mediterranean presence, US Navy admiral says"<https://www.militarytimes.com/flashpoints/2018/05/07/russia-uses-syrian-war-to-boost-mediterranean-presence-us-navy-admiral-says/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2008.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

WASHAR0036099

* Baltic Times, "Estonian defmin: Russia trying to pressure NATO to leave Baltic Sea"<https://www.baltictimes.com/estonian_defmin__russia_trying_to_pressure_nato_to_leave_baltic_sea/>
* Sputnik, "Moldova's President rules out NATO bases in his country during own Presidency"<https://sputniknews.com/europe/201805071064204581-moldova-dodon-rules-out-nato-bases/>
* Defense News, "The US Navy's new command puts Russia in the crosshairs"<https://www.defensenews.com/naval/2018/05/04/the-us-navys-new-command-puts-russia-in-the-crosshairs/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2007.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* IHS Janes, "Hellenic Army finalises OH-58D Kiowa Warrior helicopter deal"<http://www.janes.com/article/79939/hellenic-army-finalises-oh-58d-kiowa-warrior-helicopter-deal>
* Koz Times, "Poltorak told what kind of military aid from the United States are awaiting for the APU after delivery of the Javelin"<https://koztimes.com/poltorak-told-what-kind-of-military-aid-from-the-united-states-are-waiting-for-apu-after-delivery-of-the-javelin/6318/>
* Air Force Technology, "Germany requests $1.40bn sale of C-130J-30 and KC-130J jets from US"<https://www.airforce-technology.com/news/germany-requests-1-40bn-sale-c-130j-30-kc-130j-jets-us/>
* Ekathimerini, "US army officials in Athens amid talk on regional role"<http://www.ekathimerini.com/228352/article/ekathimerini/news/us-army-officials-in-athens-amid-talk-on-regional-role>
* CBS News, "U.S. trains troops for front line in "hybrid war" with Russia"<https://www.cbsnews.com/news/ukraine-petro-poroshenko-cbs-news-us-help-new-cold-war-russia-vladimir-putin/>
* USNI News, "U.K. carrier HMS Queen Elizabeth set for U.S. visit, F-35B trials"<https://news.usni.org/2018/05/09/u-k-carrier-queen-elizabeth-set-for-u-s-visit-f-35b-trials?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205/10/18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* Ekathimerini, "Stoltenberg: FYROM will be invited to join NATO if name issue is solved"<http://www.ekathimerini.com/228450/article/ekathimerini/news/stoltenberg-fyrom-will-be-invited-to-join-nato-if-name-issue-is-solved>

NEA   <http://www.reuters.com/article/us-nato-defence-baltics-germany-idUSKBN1691UR>
* Deutsche Welle, "Israel responds to Golan Heights attack, hitting 'nearly all' Iranian targets in Syria"<http://www.dw.com/en/israel-responds-to-golan-heights-attack-hitting-nearly-all-iranian-targets-in-syria/a-43726704?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205/10/18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* Reuters, "Trump pulls U.S. from Iran nuclear deal, to revive sanctions"<https://www.reuters.com/article/us-iran-nuclear/trump-pulls-u-s-from-iran-nuclear-deal-to-revive-sanctions-idUSKBN1I90D6>
* Business Insider, "An Israeli airstrike in Syria killed 15, including Iranians, according to a war monitor"<http://www.businessinsider.com/israeli-airstrike-in-syria-killed-15-including-iranians-war-monitor-2018-5>
* Al Jazeera, "Iraqi air force attacks ISIL targets in Syria"<https://www.aljazeera.com/news/2018/05/iraqi-air-force-strikes-isil-targets-syria-180506072850413.html?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2007.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* Haaretz, "Israel will 'eliminate' Assad if he continues to let Iran operate from Syria, minister warns"<https://www.haaretz.com/israel-news/israel-will-eliminate-assad-if-he-lets-iran-operate-from-syria-1.6062375>
* Reuters, "U.S. set up base in Syria's Manbij after Turkish threats: local official"<https://www.reuters.com/article/us-mideast-crisis-syria-sdf/u-s-set-up-base-in-syrias-manbij-after-turkish-threats-local-official-idUSBN1IA1H4>
* Defence Web, "Arab troops to Syria possible"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=51603:arab-troops-to-syria-possible&catid=115:middle-east&Itemid=251>

6

WASHAR0036100

* Reuters, "Turkey's Erdogan says will carry out new military operations after Syria offensives"<https://www.reuters.com/article/us-mideast-crisis-syria-turkey/turkeys-erdogan-says-will-carry-out-new-military-operations-after-syria-offensives-idUSKBN1I70KN>
* Voice of America, "US-backed forces in Syria hunt for top IS leaders trapped in last enclaves"<https://www.voanews.com/a/us-backed-forces-in-syria-hunt-for-top-is-leaders-trapped-in-last-enclaves/4385255.html?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205/10/18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* Middle East Monitor, "US calls for dialogue and de-escalation of situation in Yemen's Socotra"<https://www.middleeastmonitor.com/20180510-us-calls-for-dialogue-and-de-escalation-of-situation-in-yemens-socotra/>
* Reuters, "Saudi Arabia Says It Intercepts Missile Above Riyadh: Al Arabiya TV"<https://www.nytimes.com/reuters/2018/05/09/world/middleeast/09reuters-saudi-security-military.html?rref=collection%2Fsectioncollection%2Freuters-world&action=click&contentCollection=world&region=stream&module=stream_unit&version=latest&contentPlacement=6&pgtype=sectionfront>
* Al Jazeera, "Yemen: Saudi-led attack hits Houthi-held presidential palace"<https://www.aljazeera.com/news/2018/05/yemen-saudi-led-attack-hits-houthi-held-presidential-palace-180507095204185.html>
* The National UAE, "Yemeni forces prepare to recapture Hodeidah"<https://www.thenational.ae/world/mena/yemeni-forces-prepare-to-recapture-hodeidah-1.728872>
* Washington Post, "Yemeni officials say Saudi-led coalition airstrike kills 6"<https://www.washingtonpost.com/world/middle_east/yemeni-officials-say-saudi-led-coalition-airstrike-kills-6/2018/05/10/94034618-5435-11e8-a6d4-ca1d035642ce_story.html?utm_term=.e9c94ff40f2a>
* Defense News, "3 ways US and Mideast special ops could better counter regional threats"<https://www.defensenews.com/digital-show-dailies/sofex/2018/05/07/us-and-middle-east-special-ops-forces-must-improve-cooperation-info-sharing/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2008.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* Defense News, "What's driving the Middle East's armored vehicles market?"<https://www.defensenews.com/global/mideast-africa/2018/05/02/whats-driving-the-middle-easts-armored-vehicles-market/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2008.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* Small Wars Journal, "Security Sector Reform and Popular Mobilization Forces in Iraq"<http://smallwarsjournal.com/jrnl/art/security-sector-reform-and-popular-mobilization-forces-iraq>
* Reuters, "Pentagon to keep backing Lebanon military, despite Hezbollah gains"<https://www.reuters.com/article/us-lebanon-election-usa-military/pentagon-to-keep-backing-lebanon-military-despite-hezbollah-gains-idUSKBN1IC2BD>

SCA
* Reuters, "Attackers launch coordinated strikes in Afghan capital with bombs, bullets"<https://www.reuters.com/article/us-afghanistan-blasts/attackers-launch-coordinated-strikes-in-afghan-capital-with-bombs-bullets-idUSKBN1IA0VS?il=0&utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205-9&utm_term=Editorial%20-%20Early%20Bird%20Brief>
* Cipher Brief, "Threat report 2018: The Afghan Taliban's increasingly lethal insurgency"<https://www.thecipherbrief.com/article/middle-east/threat-report-2018-afghan-talibans-increasingly-lethal-insurgency>
* Long War Journal, "Afghan forces recapture northern district from Taliban"<https://www.longwarjournal.org/archives/2018/05/afghan-forces-recapture-northern-district-from-taliban.php?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2007.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

WASHAR0036101

*	Radio Free Europe, "UN Criticizes Afghan Strikes On Religious Ceremony"<https://www.rferl.org/a/afghanistan-un-criticizes-strikes-on-religious-ceremony/29213238.html>
*	The Diplomat, "Afghan Air Force Takes Delivery of 2 A-29 Light Attack Aircraft"<https://thediplomat.com/2018/05/afghan-air-force-takes-delivery-of-2-a-29-light-attack-aircraft/>
*	Reuters, "U.N. says scores killed during Afghanistan voter registration drive"<https://www.reuters.com/article/us-afghanistan-election-report/u-n-says-scores-killed-during-afghanistan-voter-registration-drive-idUSKBN1IB2GA?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2011.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*	Breaking Defense, "Mattis, Dunford defend strategy: Afghan force smaller but better"<https://breakingdefense.com/2018/05/mattis-dunford-defend-strategy-afghan-force-smaller-but-better/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205/10/18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*	Daily Pioneer, "India has been very open for stronger military ties: Mattis"<http://www.dailypioneer.com/india-abroad/india-has-been-very-open-for-stronger-military-ties-mattis.html>
*	Defence Aviation Post, "India, China should resume military-level talks for border peace: Indian envoy"<https://defenceaviationpost.com/india-china-should-resume-military-level-talks-for-border-peace-indian-envoy/>
*	Yahoo, "Pakistan interior minister shot, wounded in suspected assassination bid"<https://www.yahoo.com/news/pakistan-interior-minister-shot-wounded-suspected-assassination-bid-155044638.html>
*	India Today, "Budget squeeze threatens Indian Army's preparedness for possible two-front war"<https://www.indiatoday.in/magazine/cover-story/story/20180514-defence-budget-squeeze-indian-army-unprepared-for-wars-1226462-2018-05-03>
*	Bloomberg, "The Big Bang in Indian Defense Is Delayed"<https://www.bloomberg.com/view/articles/2018-05-08/the-big-bang-in-india-defense-is-delayed>
*	Economic Times, "US sanctions rain on India-Russia defence parade"<https://economictimes.indiatimes.com/news/defence/us-sanctions-rain-on-india-russia-defence-parade/articleshow/64036673.cms>
*	Asia Times, "China's regional ambitions reshaping India's foreign policy"<http://www.atimes.com/article/chinas-regional-ambitions-reshaping-indias-foreign-policy/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2011.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*	Voice of America, "Pakistan's 'name game' gives terror groups a pass"<https://www.voanews.com/a/pakistan-militant-name-game-gives-terror-groups-pass/4388801.html>

WHA
*	Yahoo, "US asks Organization of American States to suspend Venezuela"<https://www.yahoo.com/news/us-hits-3-venezuelans-20-companies-sanctions-175928150--politics.html>
*	New York Times, "Out of good options for Venezuela"<https://www.nytimes.com/2018/05/10/opinion/out-of-good-options-for-venezuela.html>
*	Reuters, "Brazil military airlifts Venezuelan migrants as border crisis grows"<https://www.reuters.com/article/us-venezuela-crisis-brazil/brazil-military-airlifts-venezuelan-migrants-as-border-crisis-grows-idUSKBN1I51VS>
*	Bloomberg, "Venezuelan Soldiers Desert in Droves With Presidential Election Ahead"<https://www.bloomberg.com/news/articles/2018-05-07/venezuelan-soldiers-said-to-desert-in-droves-with-vote-ahead>
*	Daily Sabah, "Colombia, ELN guerrillas to restart talks in Cuba"<https://www.dailysabah.com/americas/2018/05/07/colombia-eln-guerrillas-to-restart-talks-in-cuba>
*	Defense.gov, "U.S. Soldiers receive medals from Guatemala's government"<https://www.defense.gov/News/Article/Article/1514853/us-soldiers-receive-medals-from-guatemalas-government/>
*	Reuters, "U.S. imposes fresh sanctions on Venezuela, Pence calls for more action"<https://www.reuters.com/article/us-usa-oas-pence-sanctions/u-s-imposes-fresh-sanctions-on-venezuela-pence-

WASHAR0036102

calls-for-more-action-idUSKBN1I81S1?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2008.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*       The Guardian, "Colombian army killed thousands more civilians than reported, study claims"<https://www.theguardian.com/world/2018/may/08/colombia-false-positives-scandal-casualties-higher-thought-study>
*       We are the Mighty, "Why the unrest in Nicaragua is more important than you'd think"<https://www.wearethemighty.com/nicaraguan-unrest-what-to-know>
*       Washington Post, "In Mexico, frustration with Trump grows as relations reach a 'defining moment'"<https://www.washingtonpost.com/world/the_americas/in-mexico-frustration-with-trump-grows-as-relations-reach-a-defining-moment/2018/05/09/57450340-41db-11e8-b2dc-b0a403e4720a_story.html?utm_term=.410f1042e544>
*       Human Rights Watch, "Brazil: New evidence of Army role in Rio ambush"<https://www.hrw.org/news/2018/05/11/brazil-new-evidence-army-role-rio-ambush>

EXERCISES
*       Military Times, "US, Philippines launch largest military drills under Duterte"<https://www.militarytimes.com/news/your-military/2018/05/07/us-philippines-launch-largest-military-drills-under-duterte/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2008.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*       National Interest, "A Large Military Exercise Just Started in the Baltics. Here Is Why It Matters."<http://nationalinterest.org/blog/the-buzz/large-military-exercise-just-started-the-baltics-here-why-it-25707?page=show>
*       NATO, "Romania hosts NATO Allies for major Black Sea exercise"<https://www.nato.int/cps/en/natohq/news_154386.htm>
-------

Directorate of Defense Trade Controls (PM/DDTC)
*       JD Supra, "FLIR Systems ITAR Settlement Outlines Important Export Compliance Factors (Part II of II)"<https://www.jdsupra.com/legalnews/flir-systems-itar-settlement-outlines-56529/>
*       RAND, "Four Ways 3D Printing May Threaten Security"<https://www.rand.org/blog/articles/2018/05/four-ways-3d-printing-may-threaten-security.html>
*       Military Times, "US-backed Syrian fighters spotted in MRAPs prior to ISIS assault"<https://www.militarytimes.com/flashpoints/2018/05/08/us-backed-syrian-fighters-spotted-in-mraps-prior-to-isis-assault/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205-9&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*       Lexology, "Second Circuit Affirms Constitutionality of Arms Export Control Act"<https://www.lexology.com/library/detail.aspx?g=8299b4e2-95c1-4907-8751-d6808bb6bc37>
*       The Young Turks, "Trump Fundraiser Elliott Broidy's Security Firm Operated Illegally In U.S."<https://tytnetwork.com/2018/05/10/trump-fundraiser-elliott-broidys-security-firm-operated-illegally-in-u-s/>
-------

Global Programs and Initiatives (PM/GPI)

PEACEKEEPING
*       Business-Standard, "India, US train UN peacekeepers from Africa"<http://www.business-standard.com/article/news-ians/india-us-train-un-peacekeepers-from-africa-118050701029_1.html>
*       Jagran Josh, "Third edition of UNPCAP inaugurated in New Delhi"<https://www.jagranjosh.com/current-affairs/third-edition-of-unpcap-inaugurated-in-new-delhi-1525754475-1>
*       Financial Express, "UNPCAP 3rd edition underway in Delhi; why it's important"<https://www.financialexpress.com/india-news/unpcap-3rd-edition-underway-in-delhi-why-its-important/1158978/>

WASHAR0036103

WOMEN, PEACE, & SECURITY
*      ReliefWeb, "ECOWAS seeks to increase women's participation in peace processes in the region"<https://reliefweb.int/report/world/ecowas-seeks-increase-womens-participation-peace-processes-region>

MARITIME SECURITY
*      Platts, "Piracy incidents in Malacca Straits rise on year in Jan-Apr: ReCAAP"<https://www.platts.com/latest-news/shipping/singapore/piracy-incidents-in-malacca-straits-rise-on-year-26957265>
*      East Asia Forum, "The Quad's anti-piracy potential"<http://www.eastasiaforum.org/2018/05/06/the-quads-anti-piracy-potential/>
-------

Weapons Removal & Abatement (PM/WRA)
*      All Africa, "Rwanda: Security organs trained in ammo stockpile management"<http://allafrica.com/stories/201805080041.html>
*      War on the Rocks, "Cluster Munitions and Rearming for Great Power Competition"<https://warontherocks.com/2018/05/cluster-munitions-and-rearming-for-great-power-competition/>
*      Asharq Al-Awsat, "Militias Lay Landmines in Hodeida Coastal Areas"<https://aawsat.com/english/home/article/1260606/militias-lay-landmines-hodeida-coastal-areas>
-------

Security Negotiations & Agreements (PM/SNA)
*      Military.com, "Troop withdrawal won't be discussed in upcoming Korea talks: Mattis"<https://www.military.com/daily-news/2018/05/09/troop-withdrawal-wont-be-discussed-upcoming-korea-talks-mattis.html?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205/10/18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*      Defense News, "Finland, Sweden and US sign trilateral agreement, with eye on increased exercises"<https://www.defensenews.com/training-sim/2018/05/09/finland-sweden-and-us-sign-trilateral-agreement-with-eye-on-increased-exercises/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205/10/18&utm_term=Editorial%20-%20Early%20Bird%20Brief>
*      Reuters, "China's Li tells South Korea's Moon to appropriately handle THAAD issue"<https://www.reuters.com/article/us-japan-summit-china-southkorea/chinas-li-tells-south-koreas-moon-to-appropriately-handle-thaad-issue-idUSKBN1IA1IL>
*      The Diplomat, "Japan's US Air Base Safety Probe in Deadlock"<https://thediplomat.com/2018/05/japans-us-air-base-safety-probe-in-deadlock/>
-------

State-Defense Integration
*      Just Security, "Time to Dust Off the War Crimes Act?-for an American ex-soldier now in command of UAE forces"<https://www.justsecurity.org/55983/time-dust-war-crimes-act-toumajan-yemen-uae-emirates/>

**********************************************************************************************************************************

Upcoming Think Tank Events

     Reports
*      Atlantic Council, "Waiting for Europe's Budgetary Chickens to Roost-or Roast-At NATO"<http://www.atlanticcouncil.org/blogs/new-atlanticist/waiting-for-europe-s-budgetary-chickens-to-roost-or-roast-at-nato>

WASHAR0036104

* Hudson, "Post-Conflict Stabilization in Syria and the Potential Impact of U.S. Military Withdrawal<https://www.hudson.org/research/14308-post-conflict-stabilization-in-syria-and-the-potential-impact-of-u-s-military-withdrawal>"
* Carnegie, "New Indo-Pacific Axis"<https://carnegieindia.org/2018/05/08/new-indo-pacific-axis-pub-76279>
* Carnegie, "Is a War Between Israel and Iran Over Syria Inevitable?"<https://carnegie-mec.org/diwan/76276?lang=en>
* CIVIC, "Mosul: Civilian Protection Challenges Post-ISIS"<https://civiliansinconflict.org/publications/policy/mosul-civilian-protection-challenges/>
* German Marshall Fund, "Playing into Putin's Hands: The White Helmets, Douma, And How U.S. Failures Become Russian Opportunities"<http://securingdemocracy.gmfus.org/blog/2018/05/08/playing-putins-hands-white-helmets-douma-and-how-us-failures-become-russian>
* IISS, "Russian weapons in the Syrian conflict<https://www.iiss.org/en/expert%20commentary/blogsections/2018-4efc/may-5c0f/russian-weapons-in-syrian-conflict-f7f0>"
* Center for a New American Security, "Could North Korea Help Bring the United States and China Closer Together?"<https://www.cnas.org/publications/commentary/could-north-korea-help-bring-the-united-states-and-china-closer-together>

Events
5/14
* CATO, "Psychology of a Superpower: Security and Dominance in U.S. Foreign Policy"<https://www.cato.org/events/psychology-superpower-security-dominance-us-foreign-policy> In his new book, Psychology of a Superpower: Security and Dominance in U.S. Foreign Policy, Christopher Fettweis draws on insights from psychology and concludes that, to a considerable degree, American arrogance, self-infatuation, insensitivity to others, threat exaggeration, and illusions about its capacities, indispensability, and benevolence derive from the fact that it is (or thinks it is) number one.

* CSIS, "U.S. & India: From Estranged Democracies to Natural Allies"<https://www.csis.org/events/us-india-estranged-democracies-natural-allies> India's May 1998 nuclear tests served as a wake-up call to the U.S. strategic community-India was rising. Progress in the relationship, both in terms of economic and security ties, can sometimes feel slow. But over these last twenty years, the U.S. has risen to become India's most important economic and strategic partner-and India is becoming increasingly important to American interests, too.

5/15
* Atlantic Council, "Europe and the US after the JCPOA<http://www.atlanticcouncil.org/events/upcoming-events/detail/europe-and-the-us-after-the-jcpoa>" The Atlantic Council's Future of Iran Initiative invites you to a discussion with Delphine O, a member of the French Parliament, and Omid Nouripour of the German Parliament, to discuss the ramifications of the US decision to withdraw from the Joint Comprehensive Plan of Action (JCPOA).

5/16
* Wilson Center, "Decision Point: Iran, the Nuclear Deal, and Regional Stability"<https://www.wilsoncenter.org/event/decision-point-iran-the-nuclear-deal-and-regional-stability> President Trump's decision to withdraw from the Iran nuclear agreement will have far reaching implications for U.S. policy; the trans-Atlantic alliance; non-proliferation efforts; and even on regional stability -- particularly in the Israeli-Lebanese-Iranian-Syrian arena. Indeed, those implications may go far in defining the U.S. posture in the region for years to come.

* IISS, "Assessing the Trump administration's 'free and open Indo-Pacific' strategy"<https://www.iiss.org/en/events/events/archive/2018-41aa/may-6ccb/trump-free-and-open-indo-pacific-342c> The Trump administration has articulated a 'free and open Indo-Pacific' strategy as the new modus operandi for the United States' policy on Asia, but is it a useful organising concept? Our panellists will analyse how this new strategy might be operationalised and discuss its potential effects on US relationships in the region.

5/17

WASHAR0036105

*       Middle East Institute, "The risk of interstate war(s) in the Middle East"<http://www.mei.edu/events/risk-interstate-wars-middle-east> How high is the risk of interstate war in the Middle East? What are the dynamics of these various tension axes? How could the United States and other regional and international powers help avert such potential outbreaks?

5/18
*       No Updates


Matthew Marquis

Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:       202.647.6968
e-mail:       MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036106

| | |
|---|---|
| **From:** | Jim Bartlett, Full Circle Compliance <jebartlett@fullcirclecompliance.eu> |
| **Sent:** | Thursday, July 12, 2018 2:54 PM |
| **To:** | pauljm@state.gov |
| **Subject:** | 18-0712 Thursday "Daily Bugle" |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Thursday, 12 July 2018
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The Daily Bugle is a free daily newsletter from Full Circle Compliance, containing
changes to export/import regulations (ATF, DOE/NRC, Customs, NISPOM, EAR, FACR/OFAC,
FAR/DFARS, FTR/AES, HTSUS, and ITAR), plus news and events.  Subscribe here
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3slJp7AbSZsc47b8vwd4xXBGOAKV5DhjpAfWY1-
WjRwvozT9kxijfTArm4Wt1Z7IxplwyhqULg7cHLDZaRty1Bfs1dtnZhqP6dMGgSs4Pn9K11J9hPoMD1BlJqFbqVLP7kOJ6jt20jF
E9fL0Ve4T5zhxy1cUnNkoJ1NwvhLop48G4TdWfEA0rrsHleAhJr4&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQ
jqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
for free subscription. Contact us [mailto:advertising@fullcirclecompliance.eu] for
advertising inquiries and rates.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ITEMS FROM FEDERAL REGISTER

[No items of interest noted today.]

OTHER GOVERNMENT SOURCES

1. Items Scheduled for Publication in Future Federal Register Editions
2. Commerce/BIS: (No new postings.)
3. State Department Settles Defense Distributed's 3-D Printer Gun Lawsuit
4. State/DDTC: (No new postings.)
5. EU Amends Restrictive Measures Concerning Iraq

NEWS

1. Reuters: "China's ZTE Clears Hurdle to Lifting U.S. Ban"

COMMENTARY

1. B. Doherty: "The Government Will Allow Cody Wilson's Defense Distributed to Distribute
Gun-Making Software"
2. Global Trade News: "Weise Wednesday: Growing Friction Between the United States
and Its Key Trading Partners"
3. Orchid Advisors: "Export Control Reform and the Ammunition Industry"

1

WASHAR0036107

4. R.C. Burns: "Aspirin and Terrorism in Sudan"

EX/IM TRAINING EVENTS & CONFERENCES

1. Full Circle Compliance Presents "Awareness Course U.S. Export Controls: ITAR
& EAR from a Non-U.S. Perspective ", 2 Oct in Bruchem, the Netherlands

EDITOR'S NOTES

1. Bartlett's Unfamiliar Quotations
2. Are Your Copies of Regulations Up to Date? Latest Amendments: ATF (15 Jan 2016),
Customs (12 Jun 2018), DOD/NISPOM (18 May 2016), EAR (6 Jun 2018), FACR/OFAC (29
 Jun 2018), FTR (24 Apr 2018), HTSUS (8 Jun 2018), ITAR (14 Feb 2018)
3. Weekly Highlights of the Daily Bugle Top Stories
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ITEMS FROM TODAY'S FEDERAL REGISTER
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

[No items of interest noted today.]
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

OTHER GOVERNMENT SOURCES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

1. Items Scheduled for Publication in Future Federal Register Editions
(Source: Federal Register
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd4_ajioL3vwBT6MRognSZ0s
DmGN_77NDBXfVIk1UxHptPWOu0QAC8TLofU3GYSYBh9lXt3SVvc72feVJROTvWyE0gJ5psGDsOtcmyZ43sw55dGLYYV3Wa
dZbZ0DLkx85MAC7FaPDOtK_nBIhKF1ANUu4=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch
=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==])
[No items of interest noted today.]
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

2. Commerce/BIS: (No new postings.)
(Source: Commerce/BIS
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd48Dd9bhxKtJ_zG04VjXWO
M3rRFkgqTYRtkdKWI93wYIWGydyUqW1BHfKKIpPtO9kXGOSt-L3g8PXh7Gzbsp4OxM0SELxsVJQWb9cfliE2ONn-
5s0SwtCYug=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w
1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==])
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

WASHAR0036108

3. State Department Settles Defense Distributed's 3-D Printer Gun Lawsuit
(Source: Matthew A. Goldstein, counsel, Snell & Wilmer LLP, 520-882-1248, mgoldstein@swlaw.com
[mailto:mgoldstein@swlaw.com]) [Excerpts.]
Plaintiffs Defense Distributed, Second Amendment Foundation, Inc., and Conn Williamson,
represented by attorney Matthew A. Goldstein, agreed with defendants employed by
 U.S. Department of State to settle claims against defendants in the case Defense
Distributed, et al. v. Dep't of State, et al., in return for payment of $39,581.00
and numerous administrative actions described in the below excerpts of the Settlement
Agreement.  A copy of the full settlement agreement is available from Mr. Goldstein
or may be viewed HERE
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3slJp7AbSZsc47b8vwd49NIo7cAhRn_GwBtncCTGB
KqIaXkJNWIQVnX1g_U9wzQx0hdCAgxGDppV8oKa8ABq_aZbwTS9HWMEQNAH2RH3ZNhozt6LNGEJy6oaYcjp5F1YNLQN7
9z_vkjaj4KjCNR8USz1NHbVC_9iYMfcXpLQr4dd3BG96u4tJEv6w_NPcyILB_wUtBT_9x-dm9mk5JYcs9pJPhtHL5aU1-
oWtN_1I9K9I7fR1eSbQNgzZCEAEgt4Jmcmbm7SQ964VP7GTCrIyzGGPVy9KyDDf6hWAu2ZIAwUKkIgM-
VWex_mWSyu3blpE7pFfIgCDGMIFX3QhlS6bS4uVhgpbYMu3--Ai9ZZhxnobzgZ-WOo0ssg-
z6KhykQZ5Z05zgDRhc2mDd6weXJjjjL1QosaLXk8p1wK51EzjzS6OjBBDVrdg3AeBDpqpp6vNkOFZz3c-
PcbjnS8V6T7EvJLpsG0jzd9A1M0ajmDw0ivQC0MURGuXrFZS86bFwBB69GMHz7rzGvkpXzzzGX3Xb6Zjhbrrru77vQNtBKenJ
_GP7bUTQXXz_u7z-
xdsPraDJGYNr0ekwfasyIcIlCO8E7wbNgEzbhvzDnXWFwBtGoVZyBSm1_y6x6tFNdBCFeR8ME4AFRoTUPCJQF-
1mZSRg2nEDaptV4-
oTLp_sODQ4qoAxd5LB1aWVekMpy1plJMTGReDlGd7HiF7zs_5dBpagdpP6umwa9zHGg5WlkI15wbTOJ5VdXHOEbdYQSRrZ
XgdLnb7lWRZRf-
nFIRpHr6D7VtKmeYwx&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyX
QFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==].
SETTLEMENT AGREEMENT
Defense Distributed ("DD"), Second Amendment Foundation, Inc. ("SAF"), and Conn
Williamson (collectively, "Plaintiffs,") and the United States Department of State
("State"), the Secretary of State, the Directorate of Defense Trade Controls ("DDTC"),
the Deputy Assistant Secretary, Defense Trade Controls, and the Director, Office
 of Defense Trade Controls Policy (collectively, "Defendants"), out of a mutual
desire to resolve all of the claims in the case captioned Defense Distributed, et
al. v. Dep't of State, et al., Case No. 15-cv-372-RP (W.D. Tex.) (the "Action")
without the need for further litigation and without any admission of liability,
hereby stipulate and agree as follows:
Plaintiffs and Defendants do hereby settle all claims, issues, complaints, or actions
described in the case captioned, and any and all other claims, complaints, or issues
that have been or could have been asserted by Plaintiffs against Defendants in accordance
with the following terms and conditions:
(1) Consideration: In consideration of Plaintiffs' agreement to dismiss the claims
in the Action with prejudice as described in paragraph 2, below, Defendants agree
to the following, in accordance with the definitions set forth in paragraph 12,
below:
(a) Defendants' commitment to draft and to fully pursue, to the extent authorized
by law (including the Administrative Procedure Act), the publication in the Federal
Register of a notice of proposed rulemaking and final rule, revising USML Category
I to exclude the technical data that is the subject of the Action.
(b) Defendants' announcement, while the above-referenced final rule is in development,
of a temporary modification, consistent with the International Traffic in Arms Regulations
(ITAR), 22 C.F.R. § 126.2, of USML Category I to exclude the technical data that
 is the subject of the Action. The announcement will appear on the DDTC website,

WASHAR0036109

www.pmddtc.state.gov
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd47uMPHpvFFFXzDypkE6O4
UdgYoXeQQZQFbVcjGTLhqx3zk8p1boeVV4b5J2e5kNaq3sJ7y0D1kZmqFSMDhCGszLqONR43w-
qYyaEbZDmCvvNBzMniezPZagvHK176rOtTA==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch
=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==],
on or before July 27, 2018.

(c) Defendants' issuance of a letter to Plaintiffs on or before July 27, 2018, signed
by the Deputy Assistant Secretary for Defense Trade Controls, advising that the
Published Files, Ghost Gunner Files, and CAD Files are approved for public release
(i.e., unlimited distribution) in any form and are exempt from the export licensing
requirements of the ITAR because they satisfy the criteria of 22 C.F.R. § 125.4(b)(13).
For the purposes of 22 C.F.R. § 125.4(b)(13) the Department of State is the cognizant
U.S. Government department or agency, and the Directorate of Defense Trade Controls
has delegated authority to issue this approval.

(d) Defendants' acknowledgment and agreement that the temporary modification of
USML Category I permits any United States person, to include DD's customers and
SAF's members, to access, discuss, use, reproduce, or otherwise benefit from the
technical data that is the subject of the Action, and that the letter to Plaintiffs
permits any such person to access, discuss, use, reproduce or otherwise benefit
from the Published Files, Ghost Gunner Files, and CAD Files.

(e) Payment in the amount of $39,581.00.  This figure is inclusive of any interest
and is the only payment that will be made to Plaintiffs or their counsel by Defendants
under this Settlement Agreement. Plaintiffs' counsel will provide Defendants' counsel
with all information necessary to effectuate this payment.

The items set forth in subparagraphs (a) through (e) above constitute all relief
to be provided in settlement of the Action, including all damages or other monetary
relief, equitable relief, declaratory relief, or relief of any form, including but
not limited to, attorneys' fees, costs, and/or relief recoverable pursuant to 2
U.S.C. § 1302, 2 U.S.C. § 1311, 2 U.S.C. § 1317, 22 U.S.C. § 6432b(g), 28 U.S.C.
§ 1920, Fed. R. Civ. P. 54(d), and the Local Rules.

(2) Dismissal with Prejudice: At the time of the execution of this Settlement Agreement,
Plaintiffs agree to have their counsel execute and provide to Defendants' counsel
an original Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P.
41(a)(1)(A)(ii) and 41(a)(1)(B).  Counsel for Defendants agree to execute the stipulation
and file it with the Court in the Action, no sooner than 5 business days after the
publication of the announcement described in Paragraph 1(b) of this Settlement Agreement
and issuance of the letter described in Paragraph 1(c) of this Settlement Agreement.
A copy of the Stipulation for Dismissal with Prejudice is attached hereto.

(3) Release: Plaintiffs, for themselves and their administrators, heirs, representatives,
successors, or assigns, hereby waive, release and forever discharge Defendants,
and all of their components, offices or establishments, and any officers, employees,
agents, or successors of any such components, offices or establishments, either
in their official or individual capacities, from any and all claims, demands and
causes of action of every kind, nature or description, whether currently known
or unknown, which Plaintiffs may have had, may now have, or may hereafter discover
that were or could have been raised in the Action.

(4) No Admission of Liability: This Settlement Agreement is not and shall not be
construed as an admission by Defendants of the truth of any allegation or the validity
of any claim asserted in the Action, or of Defendants' liability therein. Nor is
it a concession or an admission of any fault or omission in any act or failure
to act. Nor is it a concession or admission as to whether the monetary or equitable
relief, attorneys' fees, costs, and expenses sought by Plaintiffs in the Action,

4

are reasonable or appropriate. None of the terms of the Settlement Agreement may be offered or received in evidence or in any way referred to in any civil, criminal, or administrative action other than proceedings permitted by law, if any, that may be necessary to consummate or enforce this Settlement Agreement. The terms of this Settlement Agreement shall not be construed as an admission by Defendants that the consideration to be given hereunder represents the relief that could be recovered after trial.  Defendants deny that they engaged in ultra vires actions, deny that they violated the First Amendment, Second Amendment, or Fifth Amendment of the United States Constitution, and maintain that all of the actions taken by Defendants with respect to Plaintiffs comply fully with the law, including the United States Constitution.

(5) Merger Clause: The terms of this Settlement Agreement constitute the entire agreement of Plaintiffs and Defendants entered into in good faith, and no statement, remark, agreement or understanding, oral or written, which is not contained therein, shall be recognized or enforced. Plaintiffs acknowledge and agree that no promise or representation not contained in this Settlement Agreement has been made to them and they acknowledge and represent that this Settlement Agreement contains the entire understanding between Plaintiffs and Defendants and contains all terms and conditions pertaining to the compromise and settlement of the disputes referenced herein. Nor does the Parties' agreement to this Settlement Agreement reflect any agreed-upon purpose other than the desire of the Parties to reach a full and final conclusion of the Action, and to resolve the Action without the time and expense of further litigation.

(6) Amendments: This Settlement Agreement cannot be modified or amended except by an instrument in writing, agreed to and signed by the Parties, nor shall any provision hereof be waived other than by a written waiver, signed by the Parties.

(7) Binding Successors: This Settlement Agreement shall be binding upon and inure to the benefit of Plaintiffs and Defendants, and their respective heirs, executors, successors, assigns and personal representatives, including any persons, entities, departments or agencies succeeding to the interests or obligations of the Parties.

(8) Consultation with Counsel: Plaintiffs acknowledges that they have discussed this Settlement Agreement with their counsel, who has explained these documents to them and that they understand all of the terms and conditions of this Settlement Agreement. Plaintiffs further acknowledge that they have read this Settlement Agreement, understand the contents thereof, and execute this Settlement Agreement of their own free act and deed. The undersigned represent that they are fully authorized to enter into this Settlement Agreement.

(9) Execution: This Settlement Agreement may be executed in one or more counterparts, each of which shall be deemed an original, and all of which together constitute one and the same instrument, and photographic copies of such signed counterparts may be used in lieu of the original.

(10) Jointly Drafted Agreement: This Settlement Agreement shall be considered a jointly drafted agreement and shall not be construed against any party as the drafter.

(11) Tax and Other Consequences: Compliance with all applicable federal, state, and local tax requirements shall be the sole responsibility of Plaintiffs and their counsel. Plaintiffs and Defendants agree that nothing in this Settlement Agreement waives or modifies federal, state, or local law pertaining to taxes, offsets, levies, and liens that may apply to this Settlement Agreement or the settlement proceeds, and that Plaintiffs are executing this Settlement Agreement without reliance on any representation by Defendants as to the application of any such law.

(12) Definitions: As used in this Settlement Agreement, certain terms are defined as follows: ...

back to top

5

WASHAR0036111

* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

4. State/DDTC: (No new postings.)
(Source: State/DDTC
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd45QpIkYmLeVOq7zCSr58P0
JhvFVvSeKzbGQInGZ6sDpG3NdZPFDZ8ItgNiZAHUamxYRKhtsF8JObnqqZx3fzJKjLFHRumtTqB8Oxin4EcfXpK-
ExK7ujvNwsdMMAW6oSjUNKNvX_O0adawLt2Mjs9JYrWOsPOZ0MZFEB-
R5ACxz3&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU
33TYrjqH4WOlSKp5N-XfEtzP_Aw==])
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

5. EU Amends Restrictive Measures Concerning Iraq
(Source: Official Journal of the European Union
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_wb3M1ED4y
0TGq5-7wS9MfwuCZoCg3PcgZl90V5Qr4mhU_Ihyr3lKhzBLomFSXmcdfAD5Svo5pWWLu92F_sT-IbyjIu-
Cgesm5QhgGRIvFsbsttRGClgIVhDuks4Fd4Z7uGZC8lthDD8wchJVe4ouqbLetZd1RtIPOI4ygCwlo1_IL7SGjDJjaCUd8cuJS9Xg&
c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4
WOlSKp5N-XfEtzP_Aw==],
12 July 2018.)
Regulations:
* Commission Implementing Regulation (EU) 2018/979
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_aAF8jXjg_QU
dBMY2VMHtY44rsfWPaWDEI4cU10W4vCJIEY5xZk3J8XXITX1sWrpNRWfbqFWX1AxQJyLAVIXWQq7sRFI7VyJx3NRvpMIYe
Wcq9ALrniRsFwIowRicPHpR6nXsefRlk-
QdgdZYXMTMtslhfoFa_yRQNTA83Vt8p0CI2JFY8TiOm3TUJKBqWKWanx20zlsz8oprein_PE5ALE0K8Rr7X8kuIC3aILu3rR8lu-
FCfK-
hUezOk11n218o&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm
6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
of 11 July 2018 amending Council Regulation (EC) No 1210/2003 concerning certain
 specific restrictions on economic and financial relations with Iraq
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

NEWS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

6. Reuters: "China's ZTE Clears Hurdle to Lifting U.S. Ban"
(Source: Reuters
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_aqueUKwSs1
WP-
ZGXjYd_wUI0vphw3dMHr733GQ2AQ9KtrjdH2vcOxj2FaZqrU_a3npqGSq92TF7NCtoK0SHoTx2K_H_0jDM3vDu4wCRKE-
9tsCU5iRcsrqLkE5ebNY0fnunxP4smycB1fSKWm27y64r1vGt69UJn6NOtsWXqJndN7uABYU7gpt76tL2JpVSOnHxX6Ntq3jy_
3TPLj-
3jJvQRYMH3lnBnoZP6tF_zH20cZ6Dcdcj88bDX7TOAC_KSixu4MO7aj4475I9uhCdPBf4AtjPSjxqjFrtcRfz_gvHGpIlNbHBpDQ=
=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjq
H4WOlSKp5N-XfEtzP_Aw==],
11 July 2018.) [Excerpts.]

WASHAR0036112

The United States said on Wednesday that it signed an agreement with ZTE Corp that paves the way for the Chinese tech company to resume operations after a nearly three-month ban on doing business with American suppliers.
The ban on China's No. 2 telecommunications equipment maker will be removed once the company deposits $400 million in an escrow account, the U.S. Commerce Department said in a statement announcing that an escrow agreement had been signed.
The ban, which was imposed in April and caused ZTE to cease major operations, has been a source of friction between Washington and Beijing, which are engaged in an escalating trade dispute. ...
The escrow agreement is part of a $1.4 billion settlement ZTE reached with the Commerce Department last month to regain access to U.S. suppliers, whose components it relies on for its smartphones and networking gear.
The ban was imposed after ZTE broke an agreement reached after ZTE pleaded guilty in U.S. federal court last year for illegally shipping U.S. goods and technology to Iran, in violation of U.S. sanctions.
The new settlement includes a $1 billion penalty that ZTE paid to the U.S. Treasury last month and the $400 million in the escrow account that the United States could seize if ZTE violates the latest settlement. The $1 billion penalty is in addition to nearly $900 million ZTE paid last year.
Once the ban is lifted, ZTE, which employs around 80,000 people, is expected to restart major operations. The reprieve for ZTE coincides with a new Trump administration threat of 10 percent tariffs on $200 billion of Chinese goods. ...
Members of the U.S. Senate last month urged Trump to reconsider the settlement, saying that ZTE posed "a significant threat" to national security.
The Senate paved the way for a showdown with Trump over the issue last month, when it passed an annual defense policy bill including an amendment attempting to reverse the deal. The measure could still be killed when Senate and House of Representatives meet in the coming weeks to forge a compromise version of the bill.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


COMMENTARY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


7. B. Doherty: "The Government Will Allow Cody Wilson's Defense Distributed to Distribute Gun-Making Software"
(Source: Reason
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_FpXv75DQSq8qDKuiMQSrRG_MDSoAPBxIubXGRAmN9E4idIo2G8KzALm07IdwTGZQ9Zo2U1wqMVSYFXNV5e5UhBnwCSjgSREAyW5pedZBIqBbWfFufCyDqgNj5ujnos9f5zZaIZ2L0dAenHrZIEDjTIDoy6zH8VR4zUN3MijfML26kLiU16ah3oApR43fAZXt&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==],
10 July 2018.)
* Author: Brian Doherty, Senior Editor, Reason Magazine bdoherty@reason.com [mailto:bdoherty@reason.com].
The Justice Department has reached a settlement with the Second Amendment Foundation and Defense Distributed, a collective that organizes, promotes, and distributes technologies to help home gun-makers. Under the agreement, which resolved a suit filed by the two groups in 2015, Americans may "access, discuss, use, reproduce or otherwise benefit from the technical data" that the government had previously ordered Defense Distributed to cease distributing.

WASHAR0036113

Before this, the feds had insisted that Defense Distributed's gun-making files violate
the munitions export rules embedded in the International Traffic in Arms Regulations
(ITAR). Defense Distributed's suit
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd4wWoGGUKu6ABHsEQWFo
Etz5yA0ZzCkoE2S-SwZzuxIzcMud8NCkQSJ10gaA7097eKT0bLXYQBQIvLC5BwjgjofNZO0j-
HuaXJct60ranipuhlTadNVNMoEwjnjC4zk-ap0iEB4JxWD9fgctDz3Uitz69plykHxEE-
B0aOZJI6pzJMcsX033OFj5xzBzkfpjNMiZjhRZGcgpo&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==
&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
claimed that this was was "censorship of Plaintiffs' speech," since the files in
question consist of computer code and thus counted as expression. It also argued
that "the ad hoc, informal and arbitrary manner in which that scheme is applied,
violate the First, Second, and Fifth Amendments." (The Second because the information
in the computer files implicates weapons possession rights.)
In what is a very unusual move in ITAR actions, the government will pay more than
$39,000 of the plaintiffs' legal and administrative fees. Cody Wilson, chieftain
of Defense Distributed, tells
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd4wUQJKR3ZsCJjrXT7fwCnRh
3O0737ShJPUKn0SKHJQiu0R2Owr_MZqO_RX2pqjNYvj2N7IHz9aUw5BZdSU8tJW3amtiOnyHZWgOc2HbkA-
6YLfj689s8wcvRIVy746J522l_5stZHRFhCAOnN37Cygn_JIKPaZEE-MYBaKpjKQ8-4CnzPXMPWIkWOpP-
xdA979A9wgK7Lsay&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFi
Tm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]Wired
that this is only about 10 percent of what they've spent.
That Wired story is mostly devoted to scaring the reader about a world in which
people are freer to use computer files to make weapons at home might mean. Wilson
is open that as far as he's concerned, he's killed the cause of gun control by popularizing
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd49fnefrWqTudYaomSeXknG
n1fRFFTOKNVb06XYo5rgm677qKueW-
LRCGtKMTDd4L7FF4Yb2jPMxcXcO66w909D0kYne9wUQMfCoUuzYTuOms1_dXp2pUJ_p5MAmdD8KmWh1l2zltFFVIDTvA
CbOuRR1Ovp6bQJeaqKjfafc_3P36p9tNF2isWCI=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&
ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
the home construction of weapons via computer instructions.
Wired also speculates that the settlement is some sign of a Trump administration
bending over backwards to satisfy a Second Amendment constituency. Alan Gura, one
of the lawyers on the plaintiffs' side-and the attorney who won both 2008's
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd49fnefrWqTud2y8MEuE-
R81LOADBPyLj_mPTSiH7ffq0Ndyexd3HTAlo1Gmlt5L30Yk16ifNEzfbW78iFY1Fldrk6eOoXYbxYE7yUeXCocrjcvwxOVbhGGk1
VtFfb37mCfzqxfRVC6uAgsmecCAaX-
eF3lmDwWIdf2eY_sRzOjOIHoTotGBO7eSrpEQmyD_cnA==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL
37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]Heller
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd49fnefrWqTud2y8MEuE-
R81LOADBPyLj_mPTSiH7ffq0Ndyexd3HTAlo1Gmlt5L30Yk16ifNEzfbW78iFY1Fldrk6eOoXYbxYE7yUeXCocrjcvwxOVbhGGk1
VtFfb37mCfzqxfRVC6uAgsmecCAaX-
eF3lmDwWIdf2eY_sRzOjOIHoTotGBO7eSrpEQmyD_cnA==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL
37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
case
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd49fnefrWqTud2y8MEuE-
R81LOADBPyLj_mPTSiH7ffq0Ndyexd3HTAlo1Gmlt5L30Yk16ifNEzfbW78iFY1Fldrk6eOoXYbxYE7yUeXCocrjcvwxOVbhGGk1
VtFfb37mCfzqxfRVC6uAgsmecCAaX-
eF3lmDwWIdf2eY_sRzOjOIHoTotGBO7eSrpEQmyD_cnA==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL
37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
and 2010's
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd49fnefrWqTudtQ7JhSLIWIK

WASHAR0036114

Enrb0jtzIQsqyW9Cxu0eWBDsYWFxI48ZB6bn4M97SqeqlJ-
JBXYQ7VxRVr7XVRsMPOAkzH9_buF73MEhuzipwCL9Zb19fYJv9_DFaMzCFCKcd2yn0YRRnI5CK7r7I76pkPvFNZjhA2yqbC_p
c_Whf0QNsv6DVL1M=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyX
QFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]McDonald
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49fnefrWqTudtQ7JhSLIWIK
Enrb0jtzIQsqyW9Cxu0eWBDsYWFxI48ZB6bn4M97SqeqlJ-
JBXYQ7VxRVr7XVRsMPOAkzH9_buF73MEhuzipwCL9Zb19fYJv9_DFaMzCFCKcd2yn0YRRnI5CK7r7I76pkPvFNZjhA2yqbC_p
c_Whf0QNsv6DVL1M=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyX
QFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==],
two major Supreme Court victories for gun rights-disagrees, noting the administration's
record in other ongoing Second Amendment cases.
"This administration maintained the Obama DOJ's cert petition in Binderup
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_aIm80L0dTO
VJAxnO1l1eb3cvwu6VyUSu5s4N8r5Ps5KhTkzM6ZX9wbCqun-_4VJtc6FlQ4RDOXE08-LNtASG1Lz0cuh1bj9lf8N0c0Z-1IkHR-
nIkl5mvAw7wIKmCwnpgmjz3eor61Dz7i3fYzmbua-
ibIjiwRW2KdNKBUQ03VM=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp
4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
(denied 7-2), and has consistently opposed all other as-applied Second Amendment
 challenges, including Kanter
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_eWKUFKWg-
9V9xsz5uEROLWwlLxETPdLmhCKU1U6utiv5hF_NeZY9UXvcP0FFn59Ahgs9jZP2aFj5PLOVWa88TXKRdyJ_-
s4Ev8FkTkINz3HhRC17cltqcIaJoyvKjmhhW1_eIlm2UXejLI0d1cmCM8Cw4srWM8ox8LiFW9fLR2NBnKwwVb8K4zlxsbT4cd7
w&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjq
H4WOlSKp5N-XfEtzP_Aw==]
(they won, Kanter appealed), Hatfield
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_aN8QlOS4g0
th2v62wSlZMkl5yHLdzVDbNTZRPMljoGia109Bneq6wI5Ky1Qh4JiyHGidWKxqfuTUGd67MmOjqGkImjf5jjPQYX-nG3WqPm-
yWv2_zhocLCzO6faMUeUPNantOkUwUzlEBVQF1c4G8tXHeIhp-
7NytBQa6ZxEuVa5vFshroVttCbf4E7Hsin8&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_
1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
(they lost and just appealed), Medina
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_cMglQbKOK7
BKI7MqY6f_JOKq2tUTOV0AeIDgHFKDdWz5ENMSUE5yAVGhexIEE0X4JtU6dJBDlCru-
b0hcngU4ktot2WNbinVUxFptMZ21_Ys3r5qrPz6NT43kE0Z-FSH2PA2_YDzEDh5MnxOxnKsV5zeTJBy1ivNJV_aVv2-
DJ0=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TY
rjqH4WOlSKp5N-XfEtzP_Aw==]
(they won and Medina, repped by me on appeal, appealed, argument 9/11), and Reyes
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_rQVgHnAbG-
sWet69Lm7EwkTk12RAhj4K6ZBIEEXNqELoNVRcKT5-
LFSC03oMP2vwEhTgQoQ_7dOinBhKBUsjyMxJ4OoT9hKPUwVhF3dI0dqXYtAn0Dn6JwKpVdI6X13TTsi4_mc-
T8c=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TY
rjqH4WOlSKp5N-XfEtzP_Aw==]
(being litigated now...)," Gura says in an email today. "They have also continued
defending the appeal in Mance
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_7uY4Fr7lWTt
AaHoTnRWj6NcxW1iCwkSickDbQmVdzO06ZBZHfCP_YKhXq36Z4EH7nMFJmCArYPW-gCyRyN9nK9wbbYIttO0FuS6H2G-
1qi6nXwp16ubvcsj149vciXy3&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OG
p4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
[regarding gun purchases across state lines]-they had over a year to change their
mind, see the light, and admit that the district court was right, but they stuck
 to their appeal which unfortunately they won, and are defending against the currently-pending
en banc petition. There are other cases they defend, some of course less meritorious,

9

WASHAR0036115

but any notion that Trump is pro-gun and having DOJ roll over would be fantasy."
The more likely factor behind the settlement, Gura believes, is that the government
"realized that not a single 5th Circuit judge offered that they were likely to succeed
on the merits
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49fnefrWqTud11W2cKo1Yt
rkZ0i_ogF0FGIH7_Ace2uoQnXjKICfISfsiMV9nDp6DZ2OnJ7mHzNfixPd5zr3VTngoIsHS1f7WDQ9yG7HuMPWEUIYoug-
rh0eX6UVjrGokWV2Ize0cCFTpFiyrb6ILzy-
gQHGHF857A98AfPp0qcmrL1y_Xo0ieuDwyjgcZuoUr7BjWbQGBQy&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9
crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==].
To the contrary, the centerpiece of their victory was that they could somehow avoid
the merits. When they could avoid the merits no longer, suddenly the national security
threat faded away."
In a press release
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_7gPVowtxyg
3LhmNHOVokz6k9xncCv6t53PdhjqAEpDzTwyTZpftV_LWg0KyPGppt1YNJYW297dE3oLa8fvEn36iJqt1eYrSQw8o-l-
wiV11i_o8XqOQnyShFkTKoCgkeQ9ge0k7oS2gfJn8IYAOHCQ6yvofTj0bandxtLFnJ4IDq6VB1oaAU87CqK-
SyfOumhlvcEXCUwuUvCD4b70n8D2f9nh2qQ3M_0P1QapFHLqodLyjSkIu1KgzOEz9C4EZR&c=DijpdAwTk7RjnOigXQ2b00s
MEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==],
the Second Amendment Foundation notes its favorite aspect of the settlement:
Significantly, the government expressly acknowledges that non-automatic firearms
up to .50-caliber-including modern semi-auto sporting rifles such as the popular
AR-15 and similar firearms-are not inherently military.
"Not only is this a First Amendment victory for free speech, it also is a devastating
blow to the gun prohibition lobby," noted SAF founder and Executive Vice President
Alan M. Gottlieb. "For years, anti-gunners have contended that modern semi-automatic
sport-utility rifles are so-called 'weapons of war,' and with this settlement, the
government has acknowledged they are nothing of the sort.
"Under this settlement," he continued, "the government will draft and pursue regulatory
amendments that eliminate ITAR control over the technical information at the center
of this case. They will transfer export jurisdiction to the Commerce Department,
which does not impose prior restraint on public speech. That will allow Defense
Distributed and SAF to publish information about 3-D technology."
Since this is a settlement and not a victory on the merits in court, the government
is still officially insisting their actions did not violate any rights. But an optimistic
Gura thinks the "courts might remember this episode the next time the government
offers up a spurious national security claim."
The government says the removal of these legal restrictions will be announced by
July 27 on the Director of Defense Trade Controls' website
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd457c-
hO82qyB_g_sVvo0G4yz94dbrP4xZkpRC1FMe314dZIU-cvtT0xv60jU1no8u4E_QRlBmm1M7ONbcEsphbzc-
5iXi7JA7XMvhYVbgE1wepfJ7u-sj613-
oZs8InQig==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1
DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==].
In return for that action the plaintiffs agree to drop the lawsuit.
A ReasonTV interview
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_JUz88KPNeP
Bx8CiFTsmgRLWawpxl_iY228xzoXXq7DKhyd4cjwlVcfSfM196HTFfMW43v_BlotymOKeZ73tXx2KIvRaPgBaZBBrn5WYL3afh
ndxptxDnDgyDtsJwfpWSp1r7wFi8h9fR5hqsA6fv1o2rD0cMQ9gkyn9sjZ3wIe4=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvF
jbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
with Wilson from February.
back to top
* * * * * * * * * * * * * * * * * * * *

WASHAR0036116

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

8. Global Trade News: "Weise Wednesday: Growing Friction Between the United States
and Its Key Trading Partners"
(Source: Integration Point Blog
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_JZe_LhklEVW
KZIcY-
NOJnNd6E5sPL6ZzLBytRSxYf3VYSlgEeu0nUvkbkT8XWzSXEdBBThUIbDCgZ5qWOuRR04cMi8YzDGVmlFJYJ27b1qa2m1ULy
ph9g-gM5kY8i0QoQLVfJowDzU7WoD8qVSAtuoc_9nPFwT5zURHV2yrhu1Y--XX2r-UmASs5cRJvmTMXcV9uP8LHmou8oI-
JUtnksjrjVryydEwB-mvsFQ1b013CdvgAVYwGP3qKHdcrxbwHrT4GQwW4o3pHdGdXGaexrEvZp8KQeq-
0&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjq
H4WOlSKp5N-XfEtzP_Aw==],
11 July 2018.)
Welcome to Weise Wednesday! Twice a month we will share a brief Q&A with the former
U.S. Commissioner of Customs, Mr. George Weise. If you have questions, we encourage
you to send them to AskGeorge@IntegrationPoint.com [mailto:AskGeorge@IntegrationPoint.com].
Q. Can you fill us in on developments in the trade arena resulting from recent U.S.
trade initiatives?
A. Recent developments on the global trade front have led to growing friction between
the U.S. and many of its key trading partners.
Section 301 tariffs on China
On July 6, 2018, the 25% additional tariff the United States threatened to impose
on a wide range of Chinese imports went into effect. On the same day, China implemented
a retaliatory tariff of 25% on a number of U.S. imports. President Trump responded
to this action by ordering the U.S. Trade Representative to identify 200 billion
 dollars of additional Chinese imports for potential counter retaliation as a result
of the Chinese action. It seems that the trade war is on.
Section 232 action on steel and aluminum
You will recall that on March 11, 2018, the President issued a proclamation imposing
a 25% additional tariff on designated steel products and 10% additional tariff on
designated aluminum products. Temporary exemptions were provided for certain countries
while bilateral negotiations took place. On May 31, 2018, those exemptions expired
for the European Union (EU), Canada, and Mexico, and the additional tariffs for
steel and aluminum from those countries went into effect. All three have now implemented
retaliatory tariffs against the U.S., as has Turkey. Complaints have also been lodged
against the U.S. actions at the World Trade Organization (WTO) by several countries,
including the EU and Norway.
The EU also recently voted to launch a so-called safeguards investigation to determine
if injury is resulting from steel imports flooding into the EU that would have been
shipped to the U.S. had the U.S. not imposed the additional tariffs. The investigation
is expected to take about nine months. An affirmative ruling could result in additional
tariffs and/or quotas on steel products entering the EU. While the investigation
 is ongoing, international trade rules allow the EU to impose "provisional safeguard"
tariffs for up to 200 days, if it concludes that increased imports have caused or
may cause serious injury to its steel sector.
Section 232 action on automobiles
As reported in an earlier Weise Wednesday
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_fjF-
NdoGGr6Ed2w6sx3Xo-4kZ8eERDnpvQ9HEdtyxY1IVhAX7eKzOXXjagZE-
zCgE4A0ODfpJqbrAZOPn8bx5hDyZ4eGgg_lB64gMJSxA83glr3-tgafHNLa28IyKdPhWDOPCpguOkTDt0Mvyk_-
9kfUZ0iwV2od6BSOEmAmXr9mSaUYVIqjJnxPmIrZSDgg1-4XflSB18Xqf2VuAqE4_-
YqhDsodBNPLJ5Yt5t4cqRS_CLOJAmDbicc7CZRcMHKlyWYXKVfuDNIOgT6XlxMo_vv1NaMq3-

WASHAR0036117

j&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az0OGp4zyXQFiTm6w1DU33TYrjqH
4WOlSKp5N-XfEtzP_Aw==],
President Trump initiated a new investigation on May 23, 2018, to determine if automobile
imports are threatening the national security of the U.S. An affirmative finding
could result in additional duties and/or quotas on imported automobiles. A public
hearing on this matter will be held on July 19-20. It has been reported that the
investigation is moving swiftly and could be completed as early as August of this
year.
Conclusion
All of these developments have made it extremely challenging to be engaged in global
trade today and created a great deal of uncertainty as to what the future holds
for global traders. A recent press report even suggests that President Trump is
looking at possible draft legislation to circumvent WTO rules and facilitate the
imposition of higher tariffs on U.S. imports. Such a move would be quite controversial,
however, and would require congressional action. Global traders need to continue
to stay actively engaged in monitoring new developments like these and continue
to make your views known to government decision makers.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

9. Orchid Advisors: "Export Control Reform and the Ammunition Industry"
(Source: Orchid Advisors
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd49NIo7cAhRn_val-
vfHi9bsOGmLJI1-j1qT1pfvKyErMzN5lOmoD85Tg43OuucQMvDqewhIOu1qpbEX_S4P19ZB9qfFaTfcrYHLhs1Pj4r0b-
bIS_9U5ryY95jE7ce7U1TxR7LkqKb3SqOPhEmwWFqbUr0gZj9zfDCKFPON8zkSGAi6jpr-
BHZ0=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az0OGp4zyXQFiTm6w1DU33
TYrjqH4WOlSKp5N-XfEtzP_Aw==],
10 July 2018.)
When Export Control Reform (ECR) takes effect in 2019, sporting ammunition will
accompany non-automatic and semi-automatic firearms on their journey from the International
Traffic in Arms Regulations' (ITAR) to the Export Administration Regulations (EAR).
Ammunition that is primarily non-military in nature will be classified under Export
Control Classification Number (ECCN) 0A505 of the Commerce Control List (CCL), rather
than Category III of the United States Munitions List (U.S.M.L.).
What will that change mean for exporters of ammunition (other than the need to learn
new acronyms)?
Two consequences of ECR for ammunition exporters stand out. First, U.S. exporters
of sporting ammunition will be able to ship to 34 countries without a license. That's
the good news. The second major consequence, the not-so-good news, is that determining
which ammunition is controlled by the EAR and which by the ITAR will involve some
analysis and may sometimes require an official government determination.
Ship ammunition and components to 34 countries without a license!
Exporters of ammunition that migrates from the ITAR to the EAR will enjoy one big
benefit that exporters of firearms will not. Ammunition exporters will not need
any export license at all to export ammunition or components to the following countries:

Australia

Estonia

Ireland

WASHAR0036118

Netherlands

Slovenia

Austria

Finland

Italy

New Zealand

Spain

Belgium

France

Japan

Norway

Sweden

Bulgaria

Germany

South Korea

Poland

Switzerland

Croatia

Greece

Latvia

Portugal

Turkey

Czech Republic

Hungary

Lithuania

Romania

WASHAR0036119

United Kingdom

Denmark

Iceland

Luxembourg

Slovakia

In contrast, exporters of firearms will require an export license for exports to
all countries. Exports of firearm components will generally require an export license,
too, with exceptions for low value shipments ($500 of less) of most parts and a
few other exceptions.

So, how is it that ammunition will be exempted from licensing for these 34 countries,
but firearms will not? Just as the ITAR contain certain limited exemptions from
licensing requirements, the EAR contain what the EAR refer to as "exceptions" to
licensing requirements. EAR exceptions are different from ITAR exemptions so one
of the headaches associated with transitioning from the ITAR to the EAR will be
learning how EAR exceptions affect exports that otherwise would require a license.

The affect that the Strategic Trade Authorization (STA) exception has on licensing
requirements for ammunition and components demonstrates that it will often be worthwhile
to endure the headaches. The STA exception is quite complex, with many limitations
and conditions, but what it does is carve out a list of countries with respect to
which the otherwise applicable requirement for a license does not apply. The countries
listed above are referred to in the EAR (along with Canada and Argentina) as "Country
Group A-5."

Exporters of ammunition and ammunition components who rely on the STA exception
to export product to these destinations without licenses are required to comply
with detailed conditions with respect to which there will be a one-time learning
curve, but it will be worth it. The ability to export without a license is a big
deal.

License exception STA can be found in §740.20 of the EAR. The most important conditions
are contained in subsections §740.20 (c) and (d). All applicable conditions and
limitations must be complied with to use this license exception.

Some readers may be wondering why Canada is not on the list. Canada and Argentina
actually are included in Country Group A-5 but license exception STA cannot be used
for exports of ammunition and components to those countries because Canada and Argentina
are parties, as is the United States, to a treaty among members of the Organization
of American States that requires an export license. That treaty takes precedence
over exception STA.

Determining whether ammunition is controlled by the ITAR or EAR may not always be
easy

To take advantage of license exception STA and the other benefits of the EAR export-control
regime, exporters will first have to be sure the ammunition they plan to export
has in fact migrated from the ITAR to the EAR.

That may take some work.

One benefit of today's rules is that classifying ammunition for export control purposes
is easy. Virtually all ammunition up to .50 caliber is controlled under Category
III (a) of the U.S.M.L. and ammunition components are in Category III (d).

Under Export Control Reform, the Government has endeavored to distinguish between

14

WASHAR0036120

ammunition that "has little or no civil use or that is inherently military," on
the one hand, and ammunition that, on the other hand, "does not confer a military
advantage on the United States" because it is widely available in the international
market to both friendly and unfriendly countries. The result is a new, long list
 of characteristics that cause ammunition to remain on the ITAR and a second long
list of ammunition components that remain on the ITAR. All other ammunition and
components move by default to the EAR.

As will be the case for manufacturers and exporters of firearms, Export Control
Reform will require that those who manufacture or export ammunition or components
review their product lists carefully to determine whether any of their products
will remain on the ITAR and, if so, their proper classification within the revised
U.S.M.L. Category III. Items that are not covered by the revised U.S.M.L. Category
III will fall into new ECCN 0A505, except for some items that will continue not
to be controlled, as discussed later.

Going forward, after the effective date of ECR, ammunition manufacturers and exporters
will want to be sure that all new ammunition and components they make or export
are added to the product matrix and properly classified. It will not be possible
 to complete export documents properly without proper classification, nor will it
be possible to use the STA exception without knowing for sure that the items in
question are in fact in ECCN 0A505 rather than U.S.M.L. Category III.

Other consequences of ECR for manufacturers and exporters of ammunition and components

Manufacturers and exporters of ammunition and components that move to the EAR will
enjoy, in addition to access to license exception STA, certain benefits of ECR we
discussed previously in our previous post How to Make International Sales Happen
 Faster under Export Control Reform
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_3YPNiYPGae
9fNJIFuBhVe7RCsQX6jiPeEBiobjr6jiSxaqFZ_vhLXTyXK-
bipfTzLV5I5fjYuwy7dIAh8D50H_tdTVEvKoLsQ8BYUFmLB6Na6XqZPwNl4KvEORewwcao_u375qfr4Cn_IVfPwPz1hDkIlqwoY
F7ybrjmA13sm_fER89xRqYlwWsHQqilymIKRAQB5KK5UDs=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL
37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==].

In other words, (i) receipt of customer purchase orders will not be a precondition
to applying for export licenses, (ii) other license supporting documents under the
ITAR will no longer be needed (although exporters will need to be in possession
of the customer's import permit when an import permit is required by the destination
country), and (iii) blanket licenses that authorize the maximum, but not the precise,
quantity to be exported will be permitted for ammunition exports as for firearms.

On the negative side, the license exception for low-value shipments of ammunition
components to countries not in Country Group A-5 will max out at $100 per shipment,
as opposed to the new $500 exception that will apply to nearly all firearms components.
There will be no exception for complete ammunition (as opposed to components), which
rules out the possibility of small international retail sales of ammunition.

Shotgun ammunition and certain components, which are already on the EAR, will be
 classified together with ammunition for non-automatic and semi-automatic firearms,
but will for the most part remain unchanged.

We have noted one other change that we have not had time to fully analyze as of
the date of this piece. Under the ITAR, "muzzle loading (black powder) firearms"
 are expressly excluded from U.S.M.L. Category I and ammunition for muzzle loading
firearms is therefore excluded from U.S.M.L. Category III. The muzzle loader exclusion
under the new rules is narrower. Note 1 to proposed new ECCN for non-automatic and
semi-automatic firearms, ECCN 0A501, affirms that muzzle loading black powder firearms
are excluded, "except those designs based on centerfire weapons of a post 1937 design
(emphasis added)". What that means is that ammunition "specially designed" for muzzle

WASHAR0036121

loading firearms based on centerfire weapons of a post 1937 design will be subject
to the controls of the EAR in ECCN 0A505.
back to top
* * * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

10. R.C. Burns: "Aspirin and Terrorism in Sudan"
(Source: Export Law Blog
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd44Vc_vWRELoaTCs43wCFLuox8M-
0hypkRukVozzIFj8vXCU3rPaxk576uS5rplbXgpZsShH5laMnV1uoFVTRoSXw2LA9jbV_0hlPUU3ROlCLmgoeuJRWl0OzHlRTJSvW7A==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==],
11 July 2018. Reprinted by permission.)
* Author: R. Clifton Burns, Esq., Bryan Cave LLP, Wash DC, Clif.Burns@bryancave.com
[mailto:Clif.Burns@bryancave.com], 202-508-6067).
In October 2017, OFAC started down the long and winding road of eliminating the
sanctions on Sudan. As we noted in a post
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_j2vcNiES-
P8yJvJyXEPdN0qcmyFD2n_ybkOQxQ8O7uN1CnPtJC8gX0pbVHKeJVrfYmb2kkSx0CUFmL1nM1vOsOprvEkoy6T-Te_adn-
4gngi4a-
W1Ie2d5t0PdAe_ZEqWn7ravB3zio=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
then, OFAC - rather oddly - did not just get rid of the Sudanese Sanctions Regulations
but simply made effective section 538.540(a)
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_lir1lkOkcjVMUe5Yn4jTqUdFTHlj2yyb1alWaotKg2sfzL2OTOUIuRPHokyx1vQ9JMHeaV6kQIbPdrV1zQUCXvukRF7mi4U--
2a7cdxjTtydJEBLHJREfHYuOixZqs2PFdYzrs-
uOss7WBTBkohovXI627Nz8ht_vNesasOjlKdPQi6ggbTuCvrj4Z8xY8R08nFsuHfNBmtCjqP0Ufss9oo7otwQAyDPW4swqqNEau0=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
which was a general license to do everything prohibited by the SSR. It also made
 effective section 538.540(b), which was a general license to export agricultural
commodities, medicine and medical devices for one-year after signing a contract
for the export of such goods.
Finally, a few days ago on June 29, OFAC took the momentous step of repealing the
Sudan Sanctions Regulations in their entirety. Nothing in the Federal Register notice
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_c9ErpxSAjs5ncH3BsGKytiEg6gpH9FMDtmuoVr5oFNxXo_4IKospmdJMaH-L-g-
RczvJWajFUhWUM3QvFie96M89x_1k2OEyLWIgOj1roz593boXid5Ydir28ZdMyQnNP_B7r522e9QoCHJJ9WNiEOHIjNUznykmLdk1F6JUsFdiR8IXpPJcSiKzYvpQee0Z3-rX7-
HNWWU=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
repealing the SSR indicates what had occurred since October 2017 that meant now
- as opposed to last October - was a propitious time to repeal the SSR. But, as
they say, better late than never.
In addition, the latest Federal Register notice moved the general license in section
538.540(b) for agricultural commodities, medicine and medical devices from the now
defunct SSR to section 596.506
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd49NIo7cAhRn_24urhCw3JgsVB-PK-OoD518xvoRp0lk3q8UZIbRTg9HIq4KtOnTbO29CfV-
GDTZ82uN5q6EQu36idVP7wNvHEutaHo5K6Zjhf71dvBhr3ILGeqZXEBmITzSciuu6NPHHGVCh7EfQl8J5upI-

WASHAR0036122

f1DuoMTAf2XTwYS1tXjSVM6zbPy1NBOCTzj9Q8YHSRel1hiLHhL6d05ovO2jJ_I_OiLhtWy-gmN0UITFa159PDaq1rNtOH3S6-AvEccJtAJCp7B_&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]

of the Terrorism List Governments Sanctions Regulations. This, of course, results
in an odd situation where, due to the repeal of the SSR, you can send any and all
EAR99 items to Sudan without needing to comply with a general license but aspirin
requires you to comply with the terms of a general license.
This is the result of section 906(a)(1) of the Trade Sanctions Reform and Export
 Enhancement Act of 2000
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd48Wf6fjMVQALKY_qtfUlBy
OyJvh-UTBoeTEPAucvS-
OZ2zJn5G0orJ2Pc60R0Ck7x62C7TudyXJ88ungj4PdbOEIOmpKfBhkdYqVdCxYsZWRFsqaW6fE2i0Gm5aMi3Okk83TA2FRm5
KlI9JuWqkaXyIgfD-4BaQuDwG5zuMruMex3rbMOvybHN1jQSge6F0Tavj-GnRiI49W-
j4GJCfU0al=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1
DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
("TSRA") which says that agricultural commodities, medicine and medical devices
could only be exported to state sponsors of terrorism pursuant to a 1-year license.
Of course, there is no way that Congress intended to impose more stringent controls
on aspirin and tongue depressors than other EAR99 items like shoes (which can be
 made into bombs) and razor blades. The idea of TSRA was that where the President
had comprehensively sanctioned a country, broader humanitarian reason would prohibit
him or her from restricting exports of aspirin, tongue depressors and apples to
the country. If the country was a state sponsor of terrorism then a license would
be required. But there is no indication that Congress meant for section 906 to apply
the license requirement to food and medicine when all other sanctions had been lifted.
Not even Congress, well, not even most of Congress could imagine that aspirin is
 more useful to terrorists than shoes and razor blades.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


EX/IM TRAINING EVENTS & CONFERENCES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


11. Full Circle Compliance Presents "Awareness Course U.S. Export Controls: ITAR
 & EAR From a Non-U.S. Perspective ", 2 Oct in Bruchem, the Netherlands
(Source: Full Circle Compliance, events@fullcirclecompliance.eu [mailto:events@fullcirclecompliance.eu].)
Our next academy course is designed for beginning compliance officers and professionals
who want to enhance their knowledge on the latest ITAR/EAR requirements and best
 practices.  The course will cover multiple topics regarding U.S. export controls
that apply to organisations outside the U.S., such as: the regulatory framework,
 including the latest and anticipated regulatory amendments, key concepts and definitions,
classification and licensing requirements, handling (potential) non-compliance issues,
and practice tips to ensure compliance with the ITAR and EAR.
* What: Awareness Course U.S. Export Controls: ITAR & EAR From a Non-U.S. Perspective
* When: Tuesday, 2 Oct 2018, 9 AM - 5 PM (CEST)
* Where: Landgoed Groenhoven, Bruchem, the Netherlands
* Sponsor: Full Circle Compliance
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd48a_tw0Rdsk7GXv9eJFAisH
O4ylLXZCf_khcH3H4AgIZ0d8lsNpwh2-8buIP-hqQCF-

WASHAR0036123

MzvgQ5ducZT6YjggZQMYChXojJLC5C_z9nMeiDyDmaHIMi3zsZbKOc2GdHXmzwg==&c=DijpdAwTk7RjnOigXQ2b00sMEHd
xuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
(FCC)
* Instructors: Ghislaine Gillessen, Mike Farrell, and Alexander P. Bosch
* Information & Registration: HERE
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd44jZoi-t2QHs8U0KD7e-
SDFqA3NKWMC35bLqgyKW_oEbmjIbis-z-1MOmYRy5s1AhSBK0iUZ1hXBMblxNROtUMtS9vWa78jfyyTvJldB9hTFTbUYj-
X_r6Zk9awfyLeghCndJ-XSiuaGq4E6nQ_LxMbDyOASCoqF3OEwHI-1zMeeK0ReYP3zIMVNp3BzqvuD3c6HW-
2gmWnywHXWpqq47oli5ZOPHLslwhI2NztMU3jcl5fNST8RBjL3XMF2JhNAyiCc5qoFV7olxdNnVKlUcRBNSg5ouD1JnQ==&c=
DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4W
OlSKp5N-XfEtzP_Aw==]
or via events@fullcirclecompliance.eu [mailto:events@fullcirclecompliance.eu]
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EDITOR'S NOTES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

12. Bartlett's Unfamiliar Quotations
(Source: Editor)
* Henry David Thoreau (12 Jul 1817 - 6 May 1862; was an American essayist, poet,
 philosopher, abolitionist, naturalist, tax resister, development critic, surveyor,
and historian. A leading transcendentalist, Thoreau is best known for his book Walden,
a reflection upon simple living in natural surroundings, and his essay "Civil Disobedience"
(originally published as "Resistance to Civil Government"), an argument for disobedience
to an unjust state.)
- "None are so old as those who have outlived enthusiasm."
- "Simplify, simplify."
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

13. Are Your Copies of Regulations Up to Date?
(Source: Editor)
The official versions of the following regulations are published annually in the
 U.S. Code of Federal Regulations (C.F.R.), but are updated as amended in the Federal
Register.  The latest amendments to applicable regulations are listed below.
* ATF ARMS IMPORT REGULATIONS
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd46wq1bDTXMiG5aEytBW-
2Wc9RC_0RU-
mvdprOua_SYNWLyGTrYF3u1sTeNKkzZLVJJRjRmyGvP5CSdDV3_kr4SeRSmFk91Dmf2PEOG28jPo05pXSptdX2VF74poisGtr
W1fHCZM5sn3k32PJ0dJ0oWjIsuGziW4D2nvFtRYs_R7TJ_-
v6Pgvo35Wt9okSytT5TDEgMnpfIrpO2GHaeOmPUqPvDws0TBc62566Z8v79f0qwM-
ebEYlABPeLKf7ohPrp9mxqrKGpBHQygFe3yyipUbWBqaE8yObA==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9c
rQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]:
27 CFR Part 447-Importation of Arms, Ammunition, and Implements of War
- Last Amendment: 15 Jan 2016: 81 FR 2657-2723
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd44C3Vt8TJd5oc7mm0LnE9Z
XFF2PeR6NQrZqQ-iN_bhHsklX0J0DznUkCzvVPoE-_BsIv8TEtp3zbZlNilclf0sDu0ny5gR5MMHWrxuIFPz-l5_PcORLVPiRpw-

WASHAR0036124

24KliMwirtjXULUOtKFYFA7XHOUDoU39Kvp7FIkRIGMg6CpAt8IzfCN15OTZo=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFj
bsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33YrjqH4WOlSKp5N-XfEtzP_Aw==]:
Machineguns, Destructive Devices and Certain Other Firearms; Background Checks for
Responsible Persons of a Trust or Legal Entity With Respect To Making or Transferring
a Firearm.
* CUSTOMS REGULATIONS
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd46wq1bDTXMiGb6EP6yBfA
vdm8De0t5A0uwLTEnH2Ssj4576zrsYpWO6iIu73q2nYMAmSG86WPY-El1o5Iwy_1Ri9eawea-
ALryrhZq2NaQE2_jsbr8OMXChG2mcfeiZYEi3-xGSJA7WqETgAVEtPuUBlkBihLX42qdJsZoJAoEugDa3-
VLSETDT6jh2nU7uNB_972LBeGXbtGgBt1kBSGEKgFIYwTnjWEQSD1g5I3RUh3k3gCEACSrhPpTPjkh1xvHMWER5odSoS&c=
DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33YrjqH4W
OlSKp5N-XfEtzP_Aw==]:
19 CFR, Ch. 1, Pts. 0-199
- Last Amendment: 12 Jun 2018: 83 FR 27380-27407
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd478DvDvkq738jwNT0MtlcH
yKKVmy8_yJ2YhB55ROeaFsAHYioPuzNy_1gYYkO0mgRN7QNABsdIxjEj2fZdmJ8aKR9uQPuzF9HBt5DOlyuS9RmVUIGlTdBlFj
jHuZd9xSXV4vh9gV4MTHn8o7-noO9ajcx4Q7t4De6w2eawX7Kug-
bPjO3930Vxk=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6
w1DU33YrjqH4WOlSKp5N-XfEtzP_Aw==]:
Air Cargo Advance Screening (ACAS)
* DOD NATIONAL INDUSTRIAL SECURITY PROGRAM OPERATING MANUAL (NISPOM)
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd49fnefrWqTud8BlwhIbHqc1
E_aY_tSEv-RZYG9Zlwum9XiBTN-vQNoKECNEh2J6Ts3eKhdveAnclooU-HSuSeKegQZfyxbnc_NASwVI1xn9VQV-
daWa04wGTJ-
a0Kzgl_kyLW90bp7ooN8P3cJXyg1T_heEBw1w95g==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ
==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33YrjqH4WOlSKp5N-XfEtzP_Aw==]:
DoD 5220.22-M
- Last Amendment: 18 May 2016: Change 2
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd49fnefrWqTud8BlwhIbHqc1
E_aY_tSEv-RZYG9Zlwum9XiBTN-vQNoKECNEh2J6Ts3eKhdveAnclooU-HSuSeKegQZfyxbnc_NASwVI1xn9VQV-
daWa04wGTJ-
a0Kzgl_kyLW90bp7ooN8P3cJXyg1T_heEBw1w95g==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ
==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33YrjqH4WOlSKp5N-XfEtzP_Aw==]:
Implement an insider threat program; reporting requirements for Cleared Defense
Contractors; alignment with Federal standards for classified information systems;
incorporated and cancelled Supp. 1 to the NISPOM (Summary here
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd42iblVqkjgK26WRz7S9oBz5
N3vuWhtARKW97S4iotjWBYDuTxEwCr9ExWUBa-rGRZ-8ozWjvqQfQUL5zA_7ReDf-
sCZRKJn4UMaRU8f8VzhxrR2TxOJkFHfLayTeM8NQnmX3Rs9iCjogzSiP8H-zhXRTXhrjmVyAP-
FkPDw4QzQM&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6
w1DU33YrjqH4WOlSKp5N-XfEtzP_Aw==].)
* EXPORT ADMINISTRATION REGULATIONS (EAR)
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd42iblVqkjgK2MpnOXr4WT
WNSYeTBSFp3rmsofEHSUbuOg-S5xqsvGZ4y1bwz1duJU-
Ezyx1eJCf9oe0KnHI83rQMhXDywONqlQK7GxTcPw4Tes1zJ4qe8jZ3igToH8UrkUv_hhiJBd7rPQ540Uq6Zgad4JukpM1PQVZy
ypoxu7sg_YcLz2PdfZnSOw4XmI-0F16QW-
SrnUZvFnqXSCc4_G0jpFCcljTnXOBZUsm_B1UAKGLi3ylj5RLzrLhtrV6eCz8cvM85gUASKZuqStlYTBQ=&c=DijpdAwTk7RjnOig
XQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33YrjqH4WOlSKp5N-
XfEtzP_Aw==]:
15 CFR Subtit. B, Ch. VII, Pts. 730-774
- Last Amendment: 6 June 2018: 83 FR 26204-26205
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd425Pwd9hU-

WASHAR0036125

rMmN3nWQHLK9q3P1HOLW-
TJmL6w8c7gmukafVmONQAWzcE0Bo85grxJUsttNXDM4USHoR3rjBqzPvQSKGU5dSuBWOgzwHcAD5GLDekQutw3yjamY9
hHeWflaFmlI3eCjrTQcdva_50gfFu_cuLu_6-_hU_Kguy7dQpOR4a-
Ey0WoY=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU
33TYrjqH4WOlSKp5N-XfEtzP_Aw==]:
Unverified List (UVL); Correction
* FOREIGN ASSETS CONTROL REGULATIONS (OFAC FACR)
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd46wq1bDTXMiGJvr5pLTIIzq
trrgv7QtvG2i7GILEcGXc3ZZZzZLvCoHDNPJYfYnO-qTVRJjZ-LAMxF3DxdlA2Bdy_BEIFGaJKMY2-
7c5TcM2HA5X27RPUQw0RyJdDpQrP6qnhdiYJm5aQaUel20IeycVgg2eTYbOO9M1hJd4uamPOMArkflqv_-J9Jr_qhg-
B_jse5ZWyBxM9fQ03Gy_1HB3nisxDoKhSCHNXJ6eVpBnkQhcWMz5qE52M0XS7OekGRqQgAVkQIIS&c=DijpdAwTk7RjnOig
XQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-
XfEtzP_Aw==]:
31 CFR, Parts 500-599, Embargoes, Sanctions, Executive Orders
- Last Amendment: 29 June 2018: 83 FR 30541-30548
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd4wchMG0-
CTJBtf0_4uFiK24Lj-
U35ekuC2ubrpxILtwSiB6Cm1QsEjvxneHXPqBatngmmjI1S6nJ18VHMk9gv9PZZj1EWQC8Noaq7i82Np1AyP5MVAyHal7n-
dxrDK7RdL7omrsIFcD-F_tsQKznmMIeVW2Z-
fF491IfGj2IuMIGOVQxIaVcXAQ=c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4
OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]:
Global Magnitsky Sanctions Regulations; and 83 FR 30539-30541
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd4wchMG0-
CTJBXwVmKtQxSe5WJHN-WJkCfg_HGIYR1xUT_9EpM9fOakdF-
IrwFsVIcGeQmu0JgOZ04voDhkXiZKjVl9dFujLsJQoR7pNnf1MjHqpJIDgKKqCQtIHAKmYbXft4cTgLlLmNpp18-
d87HjEzf5vr9zDa0zIB9keJeg0rBi5r6W-
GV0M=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU3
3TYrjqH4WOlSKp5N-XfEtzP_Aw==]:
Removal of the Sudanese Sanctions Regulations and Amendment of the Terrorism List
Government Sanctions Regulations
* FOREIGN TRADE REGULATIONS (FTR)
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd46wq1bDTXMiGcMySF6pAc
IAHTjc3eltkDJxFI3F_ZIZ1jCVYqFUJ2rPdsKd0AzgqhrzblWtccteGOEL_F--UfdZS6N9Tad4-lI2nd0b2s3Fy5rcd1by5G-
mHhVFP_5cEcV4y9ulJjy74g7KLkq6hZoiTwDaSD0yp09HGKeSb7jaWSrtKMJwK06mOS_O5XtRYENcOuruqO32YkeOeZeY5U
EjLdVW2UHmek5joKeuygPq6XoxK3RDu3jrIU718-XK-
1Avjb7KjUA8h5dGW3YU04Ww=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4
OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]:
15 CFR Part 30
- Last Amendment: 24 Apr 2018: 3 FR 17749-17751
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd4195nebnQRKVTA9DB4PWI
afZXUKYRe3OPRJ391hDg50hBkbqFZNErCECNe7MTD5_pAukMrDXw5Nyz5wtofKVAKGQeUBJ6ko5FGDMEEgZko1Bdiz-
kPojPnfF_3sB4Cbbd03C6alzQ5J2F67ifWFcqYu9C83Ln7J4sGcAA2JjJPPjPOEbyaKaMc4=&c=DijpdAwTk7RjnOigXQ2b00sME
HdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]:
Foreign Trade Regulations (FTR): Clarification on the Collection and Confidentiality
of Kimberley Process Certificates
- HTS codes that are not valid for AES are available here
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd4yssugNvFn1Ui-
YxOfbog47z6BmCQU-
UuzCwT0PD2EiEmvaY8PrWBYGEB0KOua7R99XyDRbVBdm4LYry7gVaA2LHv_NV_eE2Wt49pzFpnVl63F9lHOzgXRTUkEDIT
NfZD3OoMVS7Z5KigK2OSJLTGTrQHvVJlRAxCQzPrxgggP_d1XbQfoXiiKX0DnOpJKWtf68aBkdWcwG_&c=DijpdAwTk7RjnOig
XQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-
XfEtzP_Aw==].

WASHAR0036126

- The latest edition (30 Apr 2018) of Bartlett's Annotated FTR ("BAFTR"), by James
E. Bartlett III, is available for downloading in Word format. The BAFTR contains
 all FTR amendments, FTR Letters and Notices, a large Index, and approximately 250
footnotes containing case annotations, practice tips, Census/AES guidance, and explanations
of the numerous errors contained in the official text. Subscribers receive revised
copies in Microsoft Word every time the FTR is amended. The BAFTR is available by
annual subscription from the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd44dMiFbhbwR10iuEcEuHvo
Koews9i33nWPdx9rRz7MOcFB5v7SuoCF1Efb3HlwiI-RV804zoBLKOjYmiFkHuF-7R96vicZ_T0K-
OIeqVMCbk9NxGx855YSu_AXenpmoOd4gypTWdJBOG6&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37
BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==].
BITAR subscribers are entitled to a 25% discount on subscriptions to the BAFTR.
Government employees (including military) and employees of universities are eligible
for a 50% discount on both publications at www.FullCircleCompiance.eu
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd44RHsJOFn7aadLxoxqvrr-
NYEc6jqJTYjwfAF16lLxHuFO9_yr7iHVw5K-ysXvx6A4KmKgqiqtwYT2zaLWfDjooKWHzoLmd62p5_jji4osRF9hFAjg92e1qlp-
VIuNzjYg==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1D
U33TYrjqH4WOlSKp5N-XfEtzP_Aw==].
* HARMONIZED TARIFF SCHEDULE OF THE UNITED STATES (HTS, HTSA or HTSUSA)
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd44CtnEq9ldLxeZwqgBFwDC
8hxcXmzgfrsbS5bM37i18E3XmZQO4Iqv7Ifa5B_hA2rWUY6tXNrfMe9tSv0iNFL4-
Y4nA6c2YDiC8rYr5_iL9PVYz6lJt6J3Hds1OSwwiJlw==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ
==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==],
1 Jan 2018: 19 USC 1202 Annex. ("HTS" and "HTSA" are often seen as abbreviations
 for the Harmonized Tariff Schedule of the United States Annotated, shortened versions
of "HTSUSA".)
- Last Amendment: 8 Jun 2018: Harmonized System Update 1809
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd48JdOabBAvKo-
OqPOnzgRxpBk_R5rdbMTCB2-
WBNl2w86g5wCK_lW3ucLO0q87ynRPrEGmUIPj1TEgnwF1L6kVX11c_KlqIVJz9mVGq4_SGRSf-WzYnb-
4of_gytgPo1flZzi8UycVbXlvmizLVdkRm2s41dAvz5VCSqkEE3ImSDa_x0Re_jgdkNfRAvmdh0wNPnVmSHo2I6_zpQHTytBw4
CcmTJm6yCj09-ccksTJ8knZJo58s8-
iVJYMkxFlhbcdKaUaCBIEKy&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4
zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==],
containing 901 ABI records and 192 harmonized tariff records.
- HTS codes for AES are available here
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd4_zCcWA0d54vp3PMjdaUl9
X9aTxpy4rv_gUFU7vJI67ukXYZmEL60CQA12JcgQNadICYs2epQygdJjshL_ikg1OZuOyOwswqEbVU9eUdFWevbxMIS-
vL3IVF8kp62CgidgmlmpThBRlz_OdgEy-
EnxuS1F6DIiglCZYdGWtyXCUplNxTWWJVPhKgeSMnzjcx5sTga0NDvV1i&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUg
git9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==].
- HTS codes that are not valid for AES are available here
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd4yssugNvFn1Ui-
YxOfbog47z6BmCQU-
UuzCwT0PD2EiEmvaY8PrWBYGEB0KOua7R99XyDRbVBdm4LYry7gVaA2LHv_NV_eE2Wt49pzFpnVl63F9IHOzgXRTUkEDIT
NfZD3OoMVS7Z5KigK2OSJLTGTrQHvVJIRAxCQzPrxgggP_d1XbQfoXiiKX0DnOpJKWtf68aBkdWcwG_&c=DijpdAwTk7RjnOig
XQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-
XfEtzP_Aw==].
* INTERNATIONAL TRAFFIC IN ARMS REGULATIONS (ITAR)
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd46wq1bDTXMiGsMXSGP8h
ZK626QljW-Ybw_-MfGQJo5bO2vgLJC5JT41E64ZRC2qagcLO-1UFcczlr8mvNjS-y4go8fAgD5XQwP3TjG8a6QJO2-
Ln2EA7MaKos6AL9R-a_S33Tqv5NttSDZvVhL4E34vGg9y5yk7P3ppkt35bJvY-JDN-

WASHAR0036127

5VFjjCsAg2rCMAsfYvBARCYWe1A0O621iqmGFwdCXcXPOmwE_Dl4cvWv_VccIPjarewV1JgsBkxqc6mdxOrT3l-
y2MXm&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU3
3TYrjqH4WOlSKp5N-XfEtzP_Aw==]:
22 C.F.R. Ch. I, Subch. M, Pts. 120-130.
- Last Amendment: 14 Feb 2018: 83 FR 6457-6458
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd4471JGJcEXTs5g0rVjA_U6A
W3kwPilKdPkLzKd9bvh_GrSx5B4t01qpVNkuHv44DRt145K4yulU-iGxUSFi5i9UJglMHbYvzRjU06-
Yga73EEj8IZlj7HyEhwflWvy9VIUKpd7zQbwVmt5sthCGdEvGgS8oIV5_glWwct0WXqWxoqLROGggVYTE=&c=DijpdAwTk7Rj
nOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-
XfEtzP_Aw==]:
Amendment to the International Traffic in Arms Regulations: Addition of South Sudan
[Amends ITAR Part 126.]
- The only available fully updated copy (latest edition: 25 Apr 2018) of the ITAR
with all amendments is contained in Bartlett's Annotated ITAR
("BITAR"), by James E. Bartlett III. The BITAR contains all ITAR amendments to date,
plus a large Index, over 800 footnotes containing amendment histories, case annotations,
practice tips, DDTC guidance, and explanations of errors in the official ITAR text.
Subscribers receive updated copies of the BITAR in Word by email, usually revised
within 24 hours after every ITAR amendment. The BITAR is available by annual subscription
from the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd48a_tw0Rdsk7GXv9eJFAisH
O4yILXZCf_khcH3H4AglZ0d8lsNpwh2-8buIP-hqQCF-
MzvgQ5ducZT6YjggZQMYChXojJLC5C_z9nMeiDyDmaHIMi3zsZbKOc2GdHXmzwg==&c=DijpdAwTk7RjnOigXQ2b00sMEHd
xuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==].
BAFTR subscribers receive a 25% discount on subscriptions to the BITAR, please contact
us [mailto:jebartlett@fullcirclecompliance.eu] to receive your discount code.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


14. Weekly Highlights of the Daily Bugle Top Stories
(Source: Editor)
Review last week's top Ex/Im stories in "Weekly Highlights of the Daily Bugle Top
Stories" published here
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sIjp7AbSZsc47b8vwd44RHsJOFn7aadLxoxqvrr-
NYEc6jqJTYjwfAF16lLxHuFO9_yr7iHVw5K-ysXvx6A4KmKgqiqtwYT2zaLWfDjooKWHzoLmd62p5_jji4osRF9hFAjg92e1qlp-
VIuNzjYg==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1D
U33TYrjqH4WOlSKp5N-XfEtzP_Aw==].
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EDITORIAL POLICY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


* The Ex/Im Daily Update is a publication of FCC Advisory B.V., compiled by: Editor,
James E. Bartlett III; Assistant Editors, Alexander P. Bosch and Vincent J.A. Goossen;
and Events & Jobs Editor, John Bartlett. The Ex/Im Daily Update is emailed every
business day to approximately 8,000 readers of changes to defense and high-tech
trade laws and regulations. We check the following sources daily: Federal Register,
Congressional Record, Commerce/AES, Commerce/BIS, DHS/CBP, DOE/NRC, DOJ/ATF, DoD/DSS,

WASHAR0036128

DoD/DTSA, FAR/DFARS, State/DDTC, Treasury/OFAC, White House, and similar websites
of Australia, Canada, U.K., and other countries and international organizations.
  Due to space limitations, we do not post Arms Sales notifications, Denied Party
listings, or Customs AD/CVD items.
* RIGHTS & RESTRICTIONS: This email contains no proprietary, classified, or export-controlled
information. All items are obtained from public sources or are published with permission
of private contributors, and may be freely circulated without further permission,
provided attribution is given to "The Export/Import Daily Bugle of (date)". Any
further use of contributors' material, however, must comply with applicable copyright
laws. If you would to submit material for inclusion in the The Export/Import Daily
Update ("Daily Bugle"), please find instructions here
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd49g2jKXFpB5lqraZRFAnity0
SuhVz3yR82yY2XllX4Mq4W5wQEP28oLOp3tTDm3vgonBHXCVr8lQm9X9ul-F2Ph_JHUiXZGttzsQKltl0MwH7NcMHYC-
su3B7SFQl2dUtwc4NJmf03oBF3LSxA2pd89zGxwkr57VqHwUMOTnBAUdBRd8CeS0zT5LcMGHvpxD6kwczaCubEU1W9CP5
vOwcguG57yvvFan-
UBj8ZhoXEG2DIh_6WgXN4g=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OG
p4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==].
* CAVEAT: The contents of this newsletter cannot be relied upon as legal or expert
advice.  Consult your own legal counsel or compliance specialists before taking
actions based upon news items or opinions from this or other unofficial sources.
  If any U.S. federal tax issue is discussed in this communication, it was not intended
or written by the author or sender for tax or legal advice, and cannot be used for
the purpose of avoiding penalties under the Internal Revenue Code or promoting,
marketing, or recommending to another party any transaction or tax-related matter.
* SUBSCRIPTIONS: Subscriptions are free.  Subscribe by completing the request form
on the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd44RHsJOFn7aadLxoxqvrr-
NYEc6jqJTYjwfAF16lLxHuFO9_yr7iHVw5K-ysXvx6A4KmKgqiqtwYT2zaLWfDjooKWHzoLmd62p5_jji4osRF9hFAjg92e1qlp-
VIuNzjYg==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1D
U33TYrjqH4WOlSKp5N-XfEtzP_Aw==].
* BACK ISSUES: An archive of Daily Bugle publications from 2005 to present is available
HERE
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd47YD_5oeUA2t1Yi2QkTgGU
muT1pHLEmeZ7vpmvX1HdpHkjBT88bRuGXmK2MhUJnD68hw4CJ0GvlEmMkN614xDy3JGWOJFuDeFDFYb_4iqMUfQIqHv
2lro0UQw6YRbSrvChMfN-_bLB02U4sp0PYVeS12g59PXLwJ_Umh1gcSEGInAluBhgIK4yngT6taOT-mVbulc0tvLY6FoDLA-
LTGDJkvYCiPrbhgMNx1gNLsTxEOaINHqw4Fa11JES33Am1WDwuiGKRyMtTS9M-z-
RGkyqQurBs9SbgNadEBLBSdvHDw&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1a
z4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==].
* TO UNSUBSCRIBE: Use the Safe Unsubscribe link below.
back to top
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Stay Connected
View our profile on LinkedIn
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd46wq1bDTXMiGZhPFw0mQ
tKe_4MdGBVCIUcpl0dxbjzJ0gtZyMKxHDuW5llfK37FnOFl7uLUxHnSa5eJEWe5tQj7GQiaiA7SvmVgHqHdKn9yk1EEFiBPiwDE
=&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFjbsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjq
H4WOlSKp5N-XfEtzP_Aw==]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The Daily Bugle |  www.FullCircleCompliance.us
[http://r20.rs6.net/tn.jsp?f=0015zCSrgK5MVF8Pt499aZIrKhZBLPFaBSSl3sljp7AbSZsc47b8vwd46wq1bDTXMiGdAMCZGbe

WASHAR0036129

s4ujexlU9-ItXW5xfjaMDPeCXQ_MSdiTDR1LmuuTr4msgHNvJt-
AjzOWov3qot5a4UrGOn4hgZWJ7rknUWBhiP3PSJIC_0S1JU4K6eVIeSAWeQ==&c=DijpdAwTk7RjnOigXQ2b00sMEHdxuLvFj
bsvUggit9crQjqYL37BsQ==&ch=P9_1Wf1az4OGp4zyXQFiTm6w1DU33TYrjqH4WOlSKp5N-XfEtzP_Aw==]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Copyright © 2018. All Rights Reserved.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Forward this email
http://ui.constantcontact.com/sa/fwtf.jsp?llr=ucvuy5nab&m=1114502747220&ea=$pauljm@state.gov$&a=113092695
7081

This email was sent to pauljm@state.gov by jebartlett@fullcirclecompliance.eu.

Update Profile/Email Address
https://visitor.constantcontact.com/do?p=oo&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-
b5f6-d4ae5275505f&ca=63f525b7-441c-4c4e-be6d-1eaa6f8097d5


Instant removal with SafeUnsubscribe(TM)
https://visitor.constantcontact.com/do?p=un&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-
b5f6-d4ae5275505f&ca=63f525b7-441c-4c4e-be6d-1eaa6f8097d5
Privacy Policy:
http://www.constantcontact.com/legal/service-provider?cc=about-service-provider



FCC Advisory B.V. | Landgoed Groenhoven | Dorpsstraat 6 | Bruchem | 5314 AE | Netherlands

WASHAR0036130

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Thursday, July 26, 2018 8:20 AM |
| **To:** | PM-DTCP-RMA; Legal-PM-DL |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: WPTV: Online plans to print 3-D guns concern dad of MSD shooting victim, law enforcement, politicians |

[cid:image001.png@01D29279.128F6050]
Online plans to print 3-D guns concern dad of MSD shooting victim, law enforcement, politicians By Amy Lipman
25 July 2018

PALM BEACH COUNTY, Fla. - As of Aug. 1, anyone with a 3-D printer could get the plans to print their very own gun, even an AR-15.

"This is the most important story in our country right now," said Fred Guttenberg, whose daughter Jaime died in the shooting at Marjory Stoneman Douglas High School in Parkland in February.

Back in 2013, Cody Wilson posted plans for a 3-D printed handgun online. The U.S. State Department told him to take the plans down, citing the International Traffic in Arms Regulations, which oversee the export of defense materials, services, and technical data.

Two years later, Wilson and his non-profit, Defense Distributed, sued the federal government saying the group has the right to post information online.

At the end of June, the government settled, allowing those plans to go back up online.

"This changes everything," Guttenberg said.

Guttenberg has been advocating for gun control since his daughter and 16 others died on Valentine's Day.

"It changes the entire discussion around gun violence prevention," he said.

He is up in Washington D.C. this week to speak out against Brett Kavanaugh becoming the next Supreme Court Justice. However, he decided to use this week's meetings with lawmakers, including a speech to the House Democratic Caucus, to inform them of the potential for people to soon be able to print their own plastic guns.

"My alarm bell went off when I realized most of them didn't know what I was talking about," he said.

Guttenberg is concerned printed plastic guns could get through metal detectors.

"So I said to all of the senators and congressmen, the next time you have a constituent in your office, they might have a gun," he said. "All of the school hardening talk that we've been doing in Florida and across the country, it won't matter. Airplanes, airports."

This could also allow people who can't legally buy a gun to create their own, although it would still be illegal for them to possess the gun.

1

WASHAR0036131

"I think that you give an edge to the criminal," said Stuart Kaplan, former special agent for the FBI. "Or to a person who is in the planning or preparation stage to make it easier or more accessible for them to have a gun that is not even detectable or traceable, that presents an impact to our national security."

From a law enforcement standpoint, Kaplan said printed plastic guns are untraceable because they don't have serial numbers, which could hinder investigations.

"It's a ghost gun," he said.

While Kaplan said plastic could cause issues with the functionality of the gun, there have been plastic guns that have been proven to work.

"There have been some issues with the respect to the designing of plastic to be able to withstand a single discharge of a bullet. It takes a certain amount of chemical compounds to withstand basically the explosiveness of gunpowder. There have been failures, but there's also been some success," he said. "It can be proven to be deadly as a regular gun made out of metal."

Guttenberg thinks this concept could change the entire country.

"If we don't stop this before August 1st and it goes online, it's too late," he said.

Guttenberg is working with politicians to try to get a court injunction to pause the release of the blueprints.

U.S. Senator Bill Nelson and several other senators sent a letter to Attorney General Jeff Sessions about the issue.

"We are alarmed by this settlement and request an immediate explanation for DOJ's and the State Department's abrupt and dangerous reversal of course," they wrote in the letter. "The settlement will allow these tutorials to be posted online for unlimited distribution to anyone - including felons and terrorists - both here in the United States and abroad."

The National Rifle Association spokeswoman said 3-D printed guns represent "freedom and innovation." She said laws already on the books would still prevent criminals from possessing printed guns.

Everytown has an online petition to stop the blueprints from being posted.

Link: https://www.wptv.com/news/state/online-plans-to-print-3-d-guns-concern-dad-of-msd-shooting-victim-law-enforcement-politicians

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/

WASHAR0036132

user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#10 2630068213960289352/posts>


Official
UNCLASSIFIED


Official
UNCLASSIFIED

WASHAR0036133

**From:** McKeeby, David I <McKeebyDI@state.gov>
**Sent:** Friday, January 12, 2018 2:39 PM
**To:** Paul, Joshua M; Marquis, Matthew R; PM-DTCP-RMA
**Cc:** PM-CPA; Miller, Michael F
**Subject:** RE: CPA Media Monitoring: Democrats are crying foul as President Trump prepares to loosen restrictions on firearm exports.


There's this from Tom Dispatch, too -

An NRA World?
01/11/2018 04:00 pm ET
[https://img.huffingtonpost.com/asset/5a57d05b220000251ab4dfc6.jpeg?ops=scalefit_720_noupscale]
JOSHUA ROBERTS / REUTERS
Cross-posted from
TomDispatch.com<http://www.tomdispatch.com/post/176372/tomgram%3A_william_d._hartung%2C_2018_looks_like_an_arms_bonanza/>
Here's a cheery note for you: the last mass killing of 2017 took place moments before midnight on New Year's Eve.  A 16-year-old New Jersey boy picked up<http://www.cnn.com/2018/01/02/us/long-branch-new-jersey-shooting/index.html> a semi-automatic rifle, "lawfully acquired" by a member of his family, and killed his father, mother, sister, and a family friend.  In doing so, he helped ensure that 2017 would be the deadliest year<https://www.aol.com/article/news/2017/12/11/2017-deemed-deadliest-year-for-mass-shootings-in-modern-us-histo/23298797/> for mass killings in our modern history.  (There is now, on average, slightly more<https://www.nytimes.com/interactive/2017/10/02/opinion/editorials/mass-shootings-congress.html> than one mass killing a day in this country.)  Nonetheless, guns of all sorts, including military-style assault rifles and even bump stocks like the 12<http://www.cnn.com/2017/10/04/us/bump-stock-las-vegas-shooting/index.html> Stephen Paddock evidently used to turn his semi-automatics into functional automatics and slaughter 58 people from a hotel window in Las Vegas, are still readily available<http://www.cnn.com/2017/11/01/politics/bump-stock-gun-debate-congress.html>.  Nowhere on Earth, not even in ravaged Yemen (which takes second place<https://www.nytimes.com/2017/11/07/world/americas/mass-shootings-us-international.html> in gun ownership), is more weaponry available to more types of people.  As the years go by here, such weapons are more easily<https://www.washingtonpost.com/news/post-nation/wp/2017/02/24/more-states-are-allowing-people-to-carry-concealed-handguns-without-a-permit/?utm_term=.f64b96218404>and openly<http://www.politifact.com/florida/statements/2015/nov/18/marion-hammer/there-are-45-states-allow-open-carry-handguns-form/> carried with only the most minimal of background checks (or less than<https://www.reuters.com/article/us-texas-shooting-lawsuit/u-s-cities-sue-military-over-gun-background-check-system-idUSKBN1EK168> that).  Think about this<https://www.nytimes.com/2017/11/07/world/americas/mass-shootings-us-international.html>: Americans, 4.4 percent of the people on this planet, own 42 percent of the guns and commit 31 percent of the mass killings.
Oh, and I did promise you that there was something cheery in all this, didn't I?  So here it is: the Trump administration, knowing a good thing when it sees it, is now hard at work ensuring that American weapons makers will make it a remarkably similar world. Its officials are intent, it seems, on recreating the planet in an American image. Keep in mind that U.S. arms makers like Lockheed, Raytheon, and General Dynamics already monopolize the global arms market in a way that should (but in this country regularly doesn't) stagger the imagination. U.S. weapons sales in 2016, for instance, took about 50 percent<http://money.cnn.com/2017/12/10/news/global-arms-sales-korea-sipri/index.html> of global market share and many of those major weapons systems went into planetary hot spots, including Yemen (thanks to the American-backed<https://www.nytimes.com/2016/04/20/opinion/obama-saudi-arabia-trade-cluster-bombs.html> Saudi war of annihilation<https://www.theguardian.com/world/2017/dec/12/bombed-into-famine-how-saudi-air-campaign-targets-yemens-food-supplies> there).  Weaponry from other countries, year after year in this century, came

1

WASHAR0036134

in a distant second<https://www.armscontrol.org/act/2017-03/news/us-leads-rising-global-arms-trade>, third, or fourth. Between 2012 and 2016, in fact, the U.S. sold weaponry to at least 100 countries<https://www.armscontrol.org/act/2017-03/news/us-leads-rising-global-arms-trade>.

So Washington is already, in significant ways, arming the world, but evidently, as far as President Trump and the weapons makers he loves are concerned, not yet enough of it. As a result, his administration is reportedly planning<https://www.reuters.com/article/us-usa-trump-weapons-exclusive/exclusive-trump-administration-prepares-to-ease-export-rules-for-u-s-guns-idUSKCN1BU2N8> to open the global spigot on the very sorts of weapons now regularly used in this country for mass killings, making it far easier for American gun and ammunition manufacturers to sell to anyone interested abroad and far harder for law enforcement here to track whose hands those weapons end up in. Administration officials supposedly plan to cut down on oversight for such sales by making the Commerce Department, not the State Department, responsible for them, while streamlining small arms export controls, a process the Obama administration began. At news of this, the (non-bump) stocks of gun manufacturers surged.

Think of this in Trumpian terms as the global deregulation<https://www.washingtonpost.com/opinions/global-opinions/new-trump-rules-could-put-american-guns-in-the-hands-of-dictators-terrorists-and-gangs/2017/09/24/7daa4ffe-9fe2-11e7-9c8d-cf053ff30921_story.html?utm_term=.63654653da05> of American firearms which could, in turn, according to critics, put such weaponry ever more easily in the hands of both criminal gangs and extremist groups. If this happens, we'll truly be in an open carry, NRA world, and Donald Trump will have fulfilled a campaign promise<http://www.motherjones.com/politics/2018/01/nra-donald-trump-guns-fundraising/> made at that organization's annual meeting last year. ("You came through for me and I am going to come through for you.") From nuclear weapons to handguns, "arms control" increasingly seems like a concept from another century. There are nonetheless voices still speaking up against the wholesale American weaponization of the planet and one of the most knowledgeable is that of TomDispatch regular<http://www.tomdispatch.com/post/176351/> William Hartung, director of the Arms and Security Project at the Center for International Policy. So in his latest piece, "War Pay<http://www.tomdispatch.com/post/176372/tomgram%3A_william_d._hartung%2C_2018_looks_like_an_arms_bonanza/#more>," let him fill you in on what the coming boom years are likely to look like for the Pentagon, the arms makers, and their weaponry.

https://www.huffingtonpost.com/entry/an-nra-world_us_5a57cf85e4b0365947f1883f

_____

David I. McKeeby
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

*  Phone:       202.647.8757 |  *   BlackBerry:  202.550.3482 |
*  e-mail:        mckeebydi@state.gov<mailto:mckeebydi@state.gov> |  *   Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, January 12, 2018 2:32 PM

WASHAR0036135

To: Marquis, Matthew R; PM-DTCP-RMA
Cc: PM-CPA; Miller, Michael F
Subject: Re: CPA Media Monitoring: Democrats are crying foul as President Trump prepares to loosen restrictions on firearm exports.

Well at least we've got Breitbart...

_____

From: Marquis, Matthew R <MarquisMR@state.gov<mailto:MarquisMR@state.gov>>
Date: January 12, 2018 at 2:30:00 PM EST
To: PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>
Cc: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>, Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>
Subject: CPA Media Monitoring: Democrats are crying foul as President Trump prepares to loosen restrictions on firearm exports.

[cid:image001.png@01D29279.128F6050]
Democrats are crying foul as President Trump prepares to loosen restrictions on firearm exports.
By Awr Hawkins
11 January 2018

In September 2017 The Hill reported that the Trump administration was "reportedly planning" to ease the restrictions. Now it appears the restrictions will be loosened by transferring "the licensing of gun exports from the State Department to the Commerce Department."

The shift will only apply to "nonmilitary firearms and ammunition that are already commercially available." The export of military weapons will continue to be overseen by the State Department. Despite this, Democrat Sens. Ben Cardin (D-MD), Dianne Feinstein (D-CA.) and Patrick Leahy (D-VT) suggested a loosening of restrictions will contribute to a spread of military weapons.

The Sens. said, "As you are aware, combat firearms and ammunition are uniquely lethal; they are easily spread and easily modified, and are the primary means of injury, death and destruction in civil and military conflicts throughout the world."

And Rep. Norma Torrres (D-CA) suggested Trump's is "transferring oversight" on "significant military equipment."

Again, military weapons will continue to be overseen by the State Department.

In addition making the export of firearms easier, the move will save "small gunsmiths" over $2,000 annually by eliminating the requirement that the register with the State Department's Directorate of Defense Trade Controls each year.

Link: http://www.breitbart.com/big-government/2018/01/11/dems-cry-as-trump-loosens-firearm-export-restrictions/

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968

WASHAR0036136

e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web: www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30][cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.ht
m>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A
30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/
user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#10
2630068213960289352/posts>


Official
UNCLASSIFIED

WASHAR0036137

| | |
|---|---|
| **From:** | Miller, Michael F <Millermf@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 8:35 AM |
| **To:** | Cressey, Laura E |
| **Subject:** | Re: From Axios |

No comment

_____

From: Cressey, Laura E <CresseyLE@state.gov>
Date: July 25, 2018 at 7:55:50 AM EDT
To: Miller, Michael F <Millermf@state.gov>
Subject: From Axios

Implications make me sick to my stomach...I feel for you!

4. DIY "ghost guns": age of the downloadable gun


A story on page 2 of USA Today's "Money" section carries the astonishing subhead: "Starting Aug. 1, you can print an AR-15 at home."

Wait! What? Josh Hafner reports<http://link.axios.com/click/13968962.15760/aHR0cHM6Ly90d2l0dGVyLmNvbS9qb3NoaGFmbmVyP3V0bV9zb3VyY2U9bmV3c2xldHRlciZ1dG1fbWVkaXVtPWVtYWlsJnV0bV9jYW1wYWlnbj1uZXdzbGV0dGVyX2F4aW9zYW0mc3RyZWFtPXRvcA/588661ba27fdb053158b4d11B0b45f857>:

   *   "Americans will soon be able to make 3D-printed guns from their homes, widening the door to do-it-yourself versions of firearms."
   *   "The choices will include the AR-15, [often used] in American mass shootings."
   *   Why it matters: "All 3D-printed guns will be untraceable, and since you can make them yourself, no background check is required."
   *   "A settlement earlier this year between the State Department and Texas-based Defense Distributed will let the nonprofit release blueprints for guns online starting Aug. 1, a development hailed by the group as the death of gun control in the United States."

"Assembling guns at home isn't new. It is legal provided the made-at-home gun isn't sold":

   *   "The printers needed to make the guns can cost from $5,000 to $600,000, according to Vice New<http://link.axios.com/click/13968962.15760/aHR0cHM6Ly9uZXdzLnZpY2UuY29tL2VuX3VzL2FydGljbGUvZXY4eGpuL2dldC1yZWFkeS1mb3ItdGdGhlLW5ldy1lcmEtb2YtM2QtcHJpbnRlZC1ndW5zLXN0YXJ0aW5nLXN0YXJ0aW5nLXN0YXJ0aW5nLXN0YXJ0aW5nLXN0YXJ0aW5nLXN0YXJ0aW5nLXN0YXJ0aW5nLXN0YXJ0aW5n/2U9bmV3c2xldHRlciZ1dG1fbWVkaXVtPWVtYWlsJnV0bV9jYW1wYWlnbj1uZXdzbGV0dGVyX2F4aW9zYW0mc3RyZWFtPXRvcA/588661ba27fdb053158b4d11Bfe21d321>s. The quality of plastic matters, too: An early design printed by federal agents shattered after one shot. A second gun, made from a higher grade resin, stayed intact."

WASHAR0036138

Be smart: "The plans being made freely available next month put firearms a few computer key clicks away from anyone with the right machine and materials. That reality has startled gun control advocates, who say it makes untraceable firearms all the more available."

Laura Cressey
Deputy Director
PM/RSAT
U.S. Department of State
202.663.3141
cresseyle@state.gov<mailto:cresseyle@state.gov>

Personal
UNCLASSIFIED

WASHAR0036139

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Tuesday, January 09, 2018 12:03 PM |
| **To:** | McKeeby, David I; PM-DDTC-Directors-DL |
| **Cc:** | Picard, Vincent M. EOP/NSC; Eugene Cottilli (eugene.cottilli@bis.doc.gov); Richard.Ashooh@bis.doc.gov; PM-CPA |
| **Subject:** | RE: Flagging: Media Inquiry: The Hill (Wheeler): Cats I-III |

From: McKeeby, David I
Sent: Tuesday, January 09, 2018 11:56 AM
To: PM-DDTC-Directors-DL
Cc: Picard, Vincent M. EOP/NSC; Eugene Cottilli (eugene.cottilli@bis.doc.gov); Richard.Ashooh@bis.doc.gov; PM-CPA
Subject: Flagging: Media Inquiry: The Hill (Wheeler): Cats I-III

Colleagues:

Flagging for SA - apparently The Hill is looking to run a piece raising Congressional Democrats' objections to Cats I-III.

WASHAR0036140

---

David I. McKeeby
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

* Phone:      202.647.8757 | *  BlackBerry:  202.550.3482 |
* e-mail:      mckeebydi@state.gov<mailto:mckeebydi@state.gov> | *  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

From: ▓▓▓▓ Wheeler [mailto:▓▓▓▓▓@thehill.com]
Sent: Tuesday, January 09, 2018 11:41 AM
To: McKeeby, David I; Nauert, Heather N
Subject: Question from The Hill newspaper

Hi Dave and Heather,

I'm working on a story about the move the U.S. Government's authorization of exports of already commercially available, non-military firearms and ammunition to the Commerce Department's jurisdiction and how it has Democrats and foreign policy experts on edge.

Can you answer the following:

- Why is the rule still sitting at OIRA?

- Experts claim the Las Vegas shooting is stalling the rule because easing oversight of exports to foreign countries while America's debating gun control would look bad publicly. What's the State Department's response to this claim?

- When are you expecting a rule to be released?

- Democrats fear the rule will create opportunities for illegal and illicit trafficking of gun overseas or put weapons in the hands of drug cartels. What's the State Department's response to this claim?

- You said previously the type of firearms being transferred are non-military, but doesn't the military use these weapons and aren't these sales commercial sales to foreign governments for military use? Can you explain this?

My deadline is 3:30 p.m. today. Looking forward to hearing from you.

--
▓▓▓▓▓▓▓▓
Staff Writer, Federal Regulations
The Hill newspaper

WASHAR0036141

lwheeler@thehill.com<mailto:lwheeler@thehill.com>
cell: (518)232-7215
@wheelerlydia<https://twitter.com/WheelerLydia>
Official
UNCLASSIFIED

3

WASHAR0036142

NO DISCERNIBLE CLASSIFICATION

## Smith, Rickita L

| | |
|---|---|
| **From:** | McKeeby, David I <McKeebyDI@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 5:15 PM |
| **To:** | Paul, Joshua M |
| **Subject:** | FW: DD Settlement: Cong/Pub State of Play |
| **Attachments:** | Defense Distributed Settlement Alerts for 25 July 2018 (81.7 KB); Defense Distributed - S contingency QA (5).docx |

FYI –

---------- Forwarded message ---------
From: **Frank Mateljan** <frank.mateljan@lacity.org>
Date: Wed, Jul 25, 2018 at 1:22 PM
Subject: PAGV PRESS RELEASE: PAGV CO-CHAIRS TO STATE DEPARTMENT: BLOCK RELEASE OF DOWNLOADABLE BLUEPRINTS FOR DO-IT-YOURSELF, 3D-PRINTED GUNS
To: Mateljan, Frank <Frank.Mateljan@lacity.org>



For Immediate Release                                                                 July 25, 2018

**PAGV CO-CHAIRS TO STATE DEPARTMENT: BLOCK RELEASE OF DOWNLOADABLE BLUEPRINTS FOR DO-IT-YOURSELF, 3D-PRINTED GUNS**

**Los Angeles, CA and  New York, NY** : Los Angeles City Attorney Mike Feuer and Manhattan District Attorney Cyrus Vance, Jr.,, co-chairs of Prosecutors Against Gun Violence, today released the following joint statement urging the U.S. State Department to block the online release of blueprints for do-it-yourself, 3D-printed guns:

"In a matter of days, the State Department is preparing to allow unlimited online access to schematic designs that enable 3D printing of untraceable guns. In a complete reversal of longstanding regulatory oversight, the State Department has decided to provide a special exemption to a private company, Defense Distributed, to post its gun blueprints online.

"**No one is safer if criminals can print untraceable guns on demand.** Allowing this exemption from federal rules would be an unconscionable mistake, making it all-too-easy for anyone with a dangerous history – including terrorists and domestic abusers who cannot pass a background check – to download files and print a functional gun with 3D printers available to any consumer. This decision undermines the critical public safety laws that prosecutors enforce day in and day out.

"Invisible to metal detectors, these plastic guns could easily be smuggled onto airplanes, and into concerts, festivals, and government buildings. Untraceable, they would undermine the work of law enforcement by crippling criminal investigations before they even began. The State Department must not allow this company to have a special exemption to these rules. These blueprints should not be published under any circumstances."

-30-

David I. McKeeby

WASHAR0036143

NO DISCERNIBLE CLASSIFICATION

Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☎ Phone:       202.647.8757 | 🖵   BlackBerry:  202.550.3482 |
✉ e-mail:      *mckeebydi@state.gov* | 🖰 Web: *www.state.gov/t/pm /* |Twitter: *@StateDeptPM*

Stay connected with *State.gov*:



---

**From:** Paul, Joshua M
**Sent:** Wednesday, July 25, 2018 5:01 PM
**To:** Kaidanow, Tina S <KaidanowTS@state.gov>
**Cc:** Miller, Michael F <Millermf@state.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; PM-CPA <PM-CPA@state.gov>; Carter, Rachel <CarterR@state.gov>; Steffens, Jessica L <SteffensJL@state.gov>; Hart, Robert L <HartRL@state.gov>; Litzenberger, Earle D (Lee) <LitzenbergerED@state.gov>
**Subject:** DD Settlement: Cong/Pub State of Play

Dear AMB Kaidanow,

This email provides a summary of today's Congressional and public interest in the pending Defense Distributed settlement.

**Congressional**

- SEN Menendez raised the settlement in his opening statement at S's Hearing, and SEN Markey posed a question on it to S during that hearing.
    - CPA, DDTC and L/PM had fortunately cobbled together immediately before the Hearing a contingency bullet for S to use (attached).  In the event, he told SEN Markey he'd "take a look at it".  The Hearing remains ongoing at this hour.
- We have prepared a response to REP Engel's letter to S, which is on its way through you for clearance.  We hope to provide the response in advance of tomorrow's signing of the Settlement letter.
- In addition, SEN Menendez issued a statement calling on S to "intervene and review" the settlement (he followed this up with a letter at 4.50pm), while Senators Nelson, Markey, Murphy, Blumenthal and Feinstein co-signed a letter on the topic to the Attorney General.
- We also continue to receive clarifying questions from SFRC and HFAC staff subsequent to yesterday's briefing.

**Public**

- Media continues to pick up on this story; highlights today include an entire 45-minute segment of NPR's On Point dedicated to the topic, as well as expanding international media coverage.
- We understand that DDTC has received a large volume of calls and emails from the public in addition to the more formal media inquiries that CPA has been dealing with, and in addition to the automated outreach DDTC has encountered.
- Gun Control NGOs including the Brady Campaign, Giffords, Everytown, and Moms Demand Action have been highlighting the issue on social media in advance of the injunction they intend to submit tomorrow, and a petition on Change.org has garnered almost 30,000 signatures, most of them today.
- A summary of today's press reporting on the topic is attached, and the Google Tends chart for worldwide searches on 3D guns is as follows:

WASHAR0036144

Interest over time



Thanks,

Josh

_____

**Josh Paul**
Director, Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☎ Phone:      202.647.7878 | 📱  BlackBerry: 202.679.6724 | ☎   Fax: 202.647.4055
✉ e-mail:     *PaulJM@State.Gov* | ✎ Web: *www.state.gov/t/pm /*

🐦 http://twitter.com/StateDeptPM

Stay connected with *State.gov*:



This message is *UNCLASSIFIED*, per E.O. 12958

**Official - SBU**
**UNCLASSIFIED**

WASHAR0036145

| | |
|---|---|
| **From:** | Hart, Robert L <HartRL@state.gov> |
| **Sent:** | Friday, July 27, 2018 5:06 PM |
| **To:** | Heidema, Sarah J |
| **Subject:** | website announcement docs |
| **Attachments:** | Settlement Agreement.pdf; Second Amended Complaint.pdf |

The below text should be posted as a Notice in the "News & Events" section of our website. We should also have the two attached PDFs uploaded to the site, with hyperlinks to the respective documents added into the text in the highlighted locations below. Points of contact in IT for this request are Karen Wrege (WregeKM@state.gov<mailto:WregeKM@state.gov>), Quentin Murray (MurrayQT@state.gov<mailto:MurrayQT@state.gov>), and Dean Rock (RockD@state.gov<mailto:RockD@state.gov>).

Temporary Modification of Category I of the United States Munitions List

Consistent with the International Traffic in Arms Regulations (ITAR), 22 C.F.R. § 126.2, the Acting Deputy Assistant Secretary for Defense Trade Controls has determined that it is in the interest of the security and foreign policy of the United States to temporarily modify United States Munitions List (USML) Category I to exclude the following technical data identified in the Settlement Agreement for the matter of Defense Distributed, et al., v. U.S. Department of State, et al, Case No. 15-cv-372-RP (W.D. Tex.) (hereinafter "Defense Distributed"):

- "Published Files," i.e., the files described in paragraph 25 of the Second Amended Complaint in Defense Distributed.

- "Ghost Gunner Files," i.e., the files described in paragraph 36 of the Second Amended Complaint in Defense Distributed.

- "CAD Files," i.e., the files described in paragraph 40 of the Second Amended Complaint in Defense Distributed.

- "Other Files," i.e., the files described in paragraphs 44-45 of the Second Amended Complaint in Defense Distributed, insofar as those files regard items exclusively: (a) in Category I(a) of the USML, as well as barrels and receivers covered by Category I(g) of the USML that are components of such items; or (b) items covered by Category I(h) of the USML solely by reference to Category I(a), excluding Military Equipment.  Military Equipment means (1) Drum and other magazines for firearms to .50 caliber (12.7 mm) inclusive with a capacity greater than 50 rounds, regardless of jurisdiction of the firearm, and specially designed parts and components therefor; (2) Parts and components specially designed for conversion of a semi-automatic firearm to a fully automatic firearm; (3) Accessories or attachments specially designed to automatically stabilize aim (other than gun rests) or for automatic targeting, and specially designed parts and components therefor.

This temporary modification will remain in effect while the final rule referenced in paragraph 1(a) of the Settlement Agreement is in development.

WASHAR0036146

Please see the Settlement Agreement [insert relevant hyperlink] and the Second Amended Complaint [insert relevant hyperlink] for additional information.

Rob Hart
Chief (Acting), Regulatory and Multilateral Affairs Division Department of State | Directorate of Defense Trade Controls
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official
UNCLASSIFIED

WASHAR0036147

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Monday, July 09, 2018 4:33 PM |
| **To:** | Foster, John A |
| **Subject:** | RE: [Non-DoD Source] Clearance Request by COB Monday: Defense Distributed Revised Settlement Item Three Letter |



-----Original Message-----
From: Foster, John A
Sent: Monday, July 09, 2018 4:01 PM
To: Paul, Joshua M <PaulJM@state.gov>
Subject: FW: [Non-DoD Source] Clearance Request by COB Monday: Defense Distributed Revised Settlement Item Three Letter

Josh,

Thanks,
John

-----Original Message-----
From: Daoussi, Susan G CIV DTSA LD (US) <susan.g.daoussi.civ@mail.mil>
Sent: Monday, July 9, 2018 12:41 PM
To: Foster, John A <FosterJA2@state.gov>; Dearth, Anthony M <DearthAM@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E <HamiltonCE@state.gov>; Paul, Joshua M <PaulJM@state.gov>
Cc: Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Oukrop, Kenneth Jeffrey (Ken) CIV DTSA LD (US) <kenneth.j.oukrop.civ@mail.mil>; Minnifield, Tracy J CIV DTSA LD (US) <tracy.j.minnifield.civ@mail.mil>; Chien, Caroline L CIV DTSA EO (US) <caroline.l.chien.civ@mail.mil>
Subject: RE: [Non-DoD Source] Clearance Request by COB Monday: Defense Distributed Revised Settlement Item Three Letter

Regards,

WASHAR0036148

Susan

-----Original Message-----
From: Foster, John A [mailto:FosterJA2@state.gov]
Sent: Friday, July 6, 2018 9:49 AM
To: Dearth, Anthony M <DearthAM@state.gov>; Shin, Jae E <ShinJE@state.gov>; Hamilton, Catherine E
<HamiltonCE@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Daoussi, Susan G CIV DTSA LD (US)
<susan.g.daoussi.civ@mail.mil>
Cc: Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>
Subject: [Non-DoD Source] Clearance Request by COB Monday: Defense Distributed Revised Settlement Item Three
Letter

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the
authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

_____

Colleagues,

As you are aware, the State Department is in the process of concluding a settlement agreement with Defense
Distributed.  As part of the third item under the revised settlement offer, we are obligated to provide a letter to Defense
Distributed that approves the relevant files for public release under ITAR § 125.4(b)(13) and that recognizes DoS/DDTC
as a cognizant USG agency with authority to issue said approval.  The exact language from the revised settlement offer
reads as follows:

3. Defendants' issuance of a letter to Plaintiffs, signed by the Deputy Assistant Secretary for Defense Trade Controls,
advising that the Published Files, Ghost Gunner Files, and CAD Files are approved for public release (i.e., unlimited
distribution) in any form and are exempt from the export licensing requirements of the ITAR because they satisfy the
criteria of 22 C.F.R. § 125.4(b)(13). For the purposes of 22 C.F.R. § 125.4(b)(13)

DTCP has drafted the attached letter to fulfill our obligations under item three. ██████████████████
██████████████████████████████████████████████████████████████████████████████████

Thanks,

John

2

WASHAR0036149

John A. Foster

Office of Defense Trade Control Policy

Bureau of Political-Military Affairs

U.S. Department of State

Tel: 202-663-2816

Email: FosterJA2@state.gov < Caution-mailto:FosterJA2@state.gov >

Official
UNCLASSIFIED

WASHAR0036150



| | |
|---|---|
| **From:** | Miller, Michael F <Millermf@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 6:44 PM |
| **To:** | Heidema, Sarah J |
| **Subject:** | RE: Proposed points for TK's use with T tomorrow |

Official
UNCLASSIFIED

From: Heidema, Sarah J
Sent: Wednesday, July 25, 2018 6:42 PM
To: Miller, Michael F <Millermf@state.gov>
Subject: Re: Proposed points for TK's use with T tomorrow

Get Outlook for iOS<https://aka.ms/o0ukef>

---
From: Miller, Michael F <millermf@state.gov<mailto:millermf@state.gov>>
Sent: Wednesday, July 25, 2018 6:20 PM
To: Heidema, Sarah J; Paul, Joshua M; Carter, Rachel
Subject: Proposed points for TK's use with T tomorrow

Josh did a great round-up today, so I've reattached a lightly updated (mostly condensed to add the latest in bullet form) of that along with the actual settlement which TK approved on April 12 after L chopped off on it. It was ultimately finalized by DOJ and the plaintiff on June 29.

WASHAR0036151

++++++++++++++++++++++++++++++
This email provides a summary of Wednesday's Congressional and public interest in the pending Defense Distributed settlement.


Congressional

*      SEN Menendez raised the settlement in his opening statement at S's Hearing, and SEN Markey posed a question on it to S during that hearing.

o   CPA, DDTC and L/PM had fortunately cobbled together immediately before the Hearing a contingency bullet for S to use (attached).  In the event, he told SEN Markey he'd "take a look at it".

*      Sen. Bill Nelson pledged on the floor of the US Senate to fight "tooth and nail."

*      We have prepared a response to REP Engel's letter to S, which is on its way through you for clearance.  We hope to provide the response in advance of tomorrow's signing of the Settlement letter.

*      In addition, SEN Menendez issued a statement<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints> calling on S to "intervene and review" the settlement (he followed this up with a letter at 4.50pm), while Senators Nelson, Markey, Murphy, Blumenthal and Feinstein co-signed a letter<https://twitter.com/SenBillNelson/status/1022130836664188928> on the topic to the Attorney General.

*      We also continue to receive clarifying questions from SFRC and HFAC staff subsequent to yesterday's briefing.

Public

*      Media continues to pick up on this story; highlights today include an entire 45-minute segment of NPR's On Point dedicated<http://www.wbur.org/onpoint/2018/07/25/3d-printing-gun-control> to the topic, as well as expanding international media coverage.

*      We understand that DDTC has received a large volume of calls and emails from the public in addition to the more formal media inquiries that CPA has been dealing with, and in addition to the automated outreach DDTC has encountered.

*      Gun Control NGOs including the Brady Campaign, Giffords, Everytown, and Moms Demand Action have been highlighting the issue on social media in advance of the injunction they intend to submit tomorrow, and a petition on Change.org<https://www.change.org/p/stop-defense-distributed-from-releasing-downloadable-guns?recruiter=468357426&utm_source=share_petition&utm_medium=twitter&utm_campaign=psf_combo_share_initi al...x7ixMjQ4TdqaDwV2_2_9Aw.3.rdHZAbL2TQyyB23KwLDCiQ.1&utm_term=385679> has garnered almost 30,000 signatures, most of them today.

*      Los Angeles City Attorney Mike Feuer and Manhattan District Attorney Cyrus Vance, Jr.,, co-chairs of Prosecutors Against Gun Violence, today released a joint statement urging the U.S. State Department to block the online release

++++++++++++++++++++
Background

In 2013 the Department became aware of the presence of Computer Aided Design (CAD) files for the 3-D printing of certain firearms and related parts and components on the webpage of Defense Distributed (DD), and directed that they

WASHAR0036152

be taken down pending a review to determine if the files were subject to the International Traffic in Arms Regulations (ITAR).  The possession of these firearms and components is not unlawful in the United States, and the federal government does not separately regulate the 3-D printing of firearms.  Further, the 3-D files at issue are for a firearms design that requires adding metal after printing and thus does not violate the Undetectable Firearms Act of 1988.  DD ultimately sued the Department, alleging violations of the First, Second, and Fifth Amendments, and asserting that regulating posting files to internet web pages exceeds the scope of the Department's authority under the Arms Export Control Act (AECA) and ITAR.  In close consultation with the Department of Justice, the Department of State recently concluded a settlement agreement, but the case has not yet been dismissed.  Under the settlement, the Department would authorize for public release the CAD files that are the subject of the litigation.

+++++++++++++
Mike Miller
Acting Deputy Assistant Secretary
Bureau of Political-Military Affairs
U.S. Department of State
202-663-2861


Official - SBU
UNCLASSIFIED

WASHAR0036153

| | |
|---|---|
| **From:** | Newstead, Jennifer G <NewsteadJG@state.gov> |
| **Sent:** | Thursday, May 31, 2018 7:13 PM |
| **To:** | Dorosin, Joshua L |
| **Cc:** | Fabry, Steven F; Wall, Amanda J |
| **Subject:** | RE: Defense Distributed |

Got it, and  thanks for the update.

Official - SBU
UNCLASSIFIED

From: Dorosin, Joshua L
Sent: Thursday, May 31, 2018 6:14 PM
To: Newstead, Jennifer G
Cc: Fabry, Steven F; Wall, Amanda J
Subject: FW: Defense Distributed

Jennifer -

With apologies for not getting this to you earlier, I wanted to update you on the settlement proposal that Steve and I
discussed with you a few weeks ago.  Defense Distributed has agreed to settle the 3D firearm printing case in the
amount $39,581 for attorneys fees and costs, and we've confirmed our support of that settlement to DOJ ████████

Best, Josh

Official - SBU
UNCLASSIFIED

From: Fabry, Steven F
Sent: Tuesday, May 29, 2018 1:05 PM
To: Soskin, Eric (CIV); Robinson, Stuart J. (CIV) (Stuart.J.Robinson@usdoj.gov)
Cc: Dorosin, Joshua L; Freeman, Jeremy B; Cavnar, Anna
Subject: RE: Defense Distributed

Eric, Stuart,

WASHAR0036154

Best regards,

-- Steve Fabry

Steven F. Fabry
Assistant Legal Adviser for
    Political-Military Affairs (L/PM)
Office of the Legal Adviser
U.S. Department of State
Tel.: (202) 647-9288


Official - SBU
UNCLASSIFIED

From: Soskin, Eric (CIV) [mailto:Eric.Soskin@usdoj.gov]
Sent: Friday, May 25, 2018 9:16 AM
To: Cavnar, Anna; Hart, Robert L; Freeman, Jeremy B; Robinson, Stuart J. (CIV)
Cc: Monjay, Robert; Heidema, Sarah J
Subject: RE: Defense Distributed

███████████████████████████████████████████████████████████

From: Cavnar, Anna [mailto:CavnarA@state.gov]
Sent: Friday, May 25, 2018 9:03 AM
To: Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed

███████████████████████████████████████████████████████████

Official
UNCLASSIFIED

From: Soskin, Eric (CIV) [mailto:Eric.Soskin@usdoj.gov]
Sent: Thursday, May 24, 2018 8:12 PM
To: Hart, Robert L; Cavnar, Anna; Freeman, Jeremy B; Robinson, Stuart J. (CIV)
Cc: Monjay, Robert; Heidema, Sarah J
Subject: RE: Defense Distributed

███████████████████████████████████████████████████████████

WASHAR0036155

███████████████████████████████████████████

From: Hart, Robert L [mailto:HartRL@state.gov]
Sent: Thursday, May 24, 2018 9:52 AM
To: Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>; Cavnar, Anna
<CavnarA@state.gov<mailto:CavnarA@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed

███████████████████████████████████████████

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official
UNCLASSIFIED

From: Soskin, Eric (CIV) <Eric.Soskin@usdoj.gov<mailto:Eric.Soskin@usdoj.gov>>
Sent: Monday, April 30, 2018 4:00 PM
To: Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Robinson, Stuart J. (CIV)
<Stuart.J.Robinson@usdoj.gov<mailto:Stuart.J.Robinson@usdoj.gov>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed

███████████████████████████████████████████

Thanks,
Eric

From: Cavnar, Anna [mailto:CavnarA@state.gov]
Sent: Monday, April 30, 2018 3:38 PM
To: Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed

███████████████████████████████████████████

WASHAR0036156

Thanks,
Anna

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Hart, Robert L
Sent: Monday, April 30, 2018 3:25 PM
To: Freeman, Jeremy B; Robinson, Stuart J. (CIV); Soskin, Eric (CIV)
Cc: Monjay, Robert; Cavnar, Anna; Heidema, Sarah J
Subject: RE: Defense Distributed

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Hart, Robert L
Sent: Wednesday, April 25, 2018 4:04 PM
To: Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Robinson, Stuart J. (CIV)
<Stuart.J.Robinson@usdoj.gov<mailto:Stuart.J.Robinson@usdoj.gov>>; Soskin, Eric (CIV)
<Eric.Soskin@usdoj.gov<mailto:Eric.Soskin@usdoj.gov>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Cavnar, Anna
<CavnarA@state.gov<mailto:CavnarA@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed

Hi all,

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Freeman, Jeremy B
Sent: Tuesday, April 24, 2018 6:48 PM
To: Robinson, Stuart J. (CIV) <Stuart.J.Robinson@usdoj.gov<mailto:Stuart.J.Robinson@usdoj.gov>>; Soskin, Eric (CIV)
<Eric.Soskin@usdoj.gov<mailto:Eric.Soskin@usdoj.gov>>

4

WASHAR0036157

Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>; Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>;
Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed


Stuart and Eric -



Thanks,
Jeremy

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Robinson, Stuart J. (CIV) [mailto:Stuart.J.Robinson@usdoj.gov]
Sent: Thursday, April 19, 2018 5:39 PM
To: Soskin, Eric (CIV); Freeman, Jeremy B; Cavnar, Anna; Heidema, Sarah J
Cc: Monjay, Robert; Hart, Robert L
Subject: RE: Defense Distributed

That works for me as well.

Thanks,
Stuart

From: Soskin, Eric (CIV)
Sent: Thursday, April 19, 2018 5:28 PM
To: Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Cavnar, Anna
<CavnarA@state.gov<mailto:CavnarA@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>
Subject: RE: Defense Distributed

2:00 works for me.

From: Freeman, Jeremy B [mailto:FreemanJB@state.gov]
Sent: Thursday, April 19, 2018 5:16 PM
To: Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>; Cavnar, Anna
<CavnarA@state.gov<mailto:CavnarA@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>

WASHAR0036158

Subject: RE: Defense Distributed

Eric -



Thanks,
Jeremy

Official - SBU
UNCLASSIFIED

From: Soskin, Eric (CIV) [mailto:Eric.Soskin@usdoj.gov]
Sent: Wednesday, April 18, 2018 9:13 PM
To: Cavnar, Anna; Heidema, Sarah J; Robinson, Stuart J. (CIV); Freeman, Jeremy B
Cc: Monjay, Robert; Hart, Robert L
Subject: RE: Defense Distributed

State folks,

Thanks,
Eric

From: Cavnar, Anna [mailto:CavnarA@state.gov]
Sent: Thursday, April 12, 2018 2:52 PM
To: Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>
Subject: RE: Defense Distributed

Official
UNCLASSIFIED

WASHAR0036159

From: Heidema, Sarah J
Sent: Thursday, April 12, 2018 2:51 PM
To: Robinson, Stuart J. (CIV); Cavnar, Anna; Freeman, Jeremy B; Soskin, Eric (CIV)
Cc: Monjay, Robert; Hart, Robert L
Subject: RE: Defense Distributed

Eric and Stuart-



Official
UNCLASSIFIED

From: Robinson, Stuart J. (CIV) <Stuart.J.Robinson@usdoj.gov<mailto:Stuart.J.Robinson@usdoj.gov>>
Sent: Wednesday, April 11, 2018 11:57 AM
To: Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Soskin, Eric (CIV)
<Eric.Soskin@usdoj.gov<mailto:Eric.Soskin@usdoj.gov>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>
Subject: Re: Defense Distributed

Thanks,
Stuart


-------- Original message --------
From: "Cavnar, Anna" <CavnarA@state.gov<mailto:CavnarA@state.gov>>
Date: 4/11/18 8:20 AM (GMT-08:00)
To: "Heidema, Sarah J" <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>, "Freeman, Jeremy B"
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>, "Robinson, Stuart J. (CIV)"
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>, "Soskin, Eric (CIV)"
<ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>
Cc: "Monjay, Robert" <MonjayR@state.gov<mailto:MonjayR@state.gov>>
Subject: RE: Defense Distributed

WASHAR0036160

Here's the dial-in info. We'll talk to you all at 3pm.

Dial-in number: 1-888-684-8852
Participant code: 6477838#


Official
UNCLASSIFIED

From: Heidema, Sarah J
Sent: Tuesday, April 10, 2018 7:30 PM
To: Freeman, Jeremy B; Cavnar, Anna; Robinson, Stuart J. (CIV); Soskin, Eric (CIV)
Cc: Monjay, Robert
Subject: Re: Defense Distributed

Great, and it looks like Rob Monjay can join the call as well, so please include him.


_____

From: Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>
Date: April 10, 2018 at 6:29:41 PM EDT
To: Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>, Robinson, Stuart J. (CIV)
<Stuart.J.Robinson@usdoj.gov<mailto:Stuart.J.Robinson@usdoj.gov>>, Soskin, Eric (CIV)
<Eric.Soskin@usdoj.gov<mailto:Eric.Soskin@usdoj.gov>>
Cc: Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: Re: Defense Distributed

3pm works for me, as well.

From: Cavnar, Anna
Sent: Tuesday, April 10, 2018 6:23 PM
To: Robinson, Stuart J. (CIV); Soskin, Eric (CIV)
Cc: Freeman, Jeremy B; Heidema, Sarah J
Subject: Re: Defense Distributed


3pm tomorrow works for me. We can circulate a call in number in the morning.

Sent from my BlackBerry 10 smartphone.
From: Robinson, Stuart J. (CIV)
Sent: Tuesday, April 10, 2018 6:19 PM
To: Soskin, Eric (CIV); Cavnar, Anna
Cc: Freeman, Jeremy B; Heidema, Sarah J
Subject: RE: Defense Distributed


Tomorrow afternoon would work for me.

Thanks,
Stuart

WASHAR0036161

From: Soskin, Eric (CIV)
Sent: Tuesday, April 10, 2018 6:10 PM
To: Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>
Cc: Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: Re: Defense Distributed


I know I am booked in the morning, so maybe sometime in the afternoon will work?



Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Cavnar, Anna" <CavnarA@state.gov<mailto:CavnarA@state.gov>>
Date: 4/10/18 5:57 PM (GMT-05:00)
To: "Soskin, Eric (CIV)" <ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>, "Robinson, Stuart J. (CIV)"
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>
Cc: "Freeman, Jeremy B" <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>, "Heidema, Sarah J"
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: Defense Distributed



Thanks,
Anna

Sent from my BlackBerry 10 smartphone.

9

WASHAR0036162

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Tuesday, June 12, 2018 2:34 PM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Ammoland: Firearms Export Control Reform (ECR) – Opportunities for International Retail Sales |

[cid:image001.png@01D29279.128F6050]
Firearms Export Control Reform (ECR) – Opportunities for International Retail Sales By Ammoland
12 June 2018

For U.S. companies that sell, or want to sell, aftermarket firearm components to foreign retail customers, Export Control Reform (ECR) will significantly expand their opportunities starting sometime in early 2019.

Several features of the International Traffic in Arms Regulations (ITAR) severely constrain the international retail market today:

·       Retailers must pay a $2,250 annual registration fee in to export firearms, components, or certain accessories.

·       Shipments of more than $100 of firearm parts to foreign destinations require a license (the limit is $500 for Canada).

·       There is no exemption at all for major firearm parts, defined under the ITAR as barrels, cylinders, receivers (frames), or complete breech mechanisms. Exports of these items always require a license.

·       ITAR licenses cost $250 apiece, rendering most non-exempt retail sales uneconomical.

·       ITAR licenses take too much time to prepare to be worthwhile for smaller sales.

These "facts of life" for the international retail market in U.S. firearm parts will change under ECR in ways that will open doors for U.S. sellers and their international customers:

·       There will be no annual registration fee for exporters who solely export non-automatic or semi-automatic firearms or their components or accessories.

·       The $100 worldwide exemption under the ITAR will increase to $500 and will cover almost all firearm parts (all parts for exports to Canada).

·       Some firearm parts will no longer be export-controlled at all.

·       Stocks, grips, scope mounts, accessory rails, iron sights, sling swivels, butt plates, recoil pads, and bayonets will not require an export license to most countries.

·       Obtaining licenses, when required, won't be cost-prohibitive.

WASHAR0036163

Taken together, these changes will make the international after-market easily accessible for U.S. sellers who want to reach foreign consumers directly.

Let's look at these aspects of the new rules in more detail.

Exporters will no longer be required to pay an annual registration fee

To export even one firearm, component or accessory that is listed on the United States Munitions List (i.e., items covered by the ITAR), a seller must register with the Department of State, Directorate of Defense Trade Controls (DDTC) and pay a $2,250 registration fee. Registration is required even to make low-value exempt exports. The registration fee must be paid annually after the initial registration.

Under the new, Export Administration Regulations (EAR) that will take effect in 2019, there is no registration fee.

The DDTC registration fee is a significant barrier to entry into the international retail market for small companies, especially the ones that want to dip their toes in the water before making a significant commitment. Elimination of this fee under ECR will make it much easier for small companies to get in the game.

Almost all low-value business-to-consumer international sales of firearm parts will be exempt from export licensing

When the new Export Administration Regulations rules take effect in 2019, very few international retail sales of parts for non-automatic and semi-automatic firearms will require an export license. That's essentially the opposite of today, when almost all international retail sales do require a license.

Two ECR changes are behind this. The primary change will be an increase — from $100 per shipment to $500 — in the value of firearm parts that can be exported from the U.S. without a license. $100 is too low for most sales; the $500 limit will permit many retail sales to occur.

In addition to the increase in the dollar value, the scope of the exemption will expand to cover all firearm parts other than receivers, frames, complete breech mechanisms and the castings, forgings or stampings from which those parts are made. If the export is to Canada, even these exclusions will not apply – in other words, no shipment of firearms parts to Canada will require a license if the value is $500 or less.

Certain parts will no longer be controlled at all

Two categories of firearm parts that are controlled under the ITAR will no longer be controlled when ECR takes effect:

·      Pistol and rifle magazines with a capacity of 15 or fewer rounds will be EAR99, i.e., not controlled at all.

·      Parts that are not "specially designed" for use with firearms will be EAR99. "Specially designed" is defined in Part 772 of the EAR. Fasteners (e.g., screws, bolts, nuts, nut plates, studs, inserts, clips, rivets, pins), washers, spacers, insulators, grommets, bushings, springs, and wires are deemed not to be specially designed for firearms, even if their shape, form or size is configured for a particular gun and their specs are included in the technical data package. In addition, "specially designed" does not include parts that have the same function, performance capabilities, and the same or "equivalent" form and fit as items that are commercially available and not otherwise controlled by the ITAR or EAR.

These are, to be sure, limited carve-outs and most firearm parts will continue to be controlled, but the removal of controls from even a small number of firearm parts will make international commerce easier.

2

WASHAR0036164

Certain parts and accessories will be controlled in a category that permits their export to almost all countries without a license

When ECR takes effect, stocks, grips, scope mounts, accessory rails, iron sights, sling swivels, butt plates, recoil pads, and bayonets will be authorized for export without a license, regardless of quantity or value, to all countries except Cuba, Iran, North Korea, Sudan, Syria, China and any country subject to a U.N. embargo. (See proposed ECCN 0A501.y)

There are two caveats to this. First, stocks and grips that contain fire control components such as triggers, hammers, sears or disconnectors are excluded from this category. Second, Department of State Commodity Jurisdiction determinations (CJs) that have classified any of these items as not controlled (i.e., EAR99) will remain in effect provided the item does not change. New configurations of parts or accessories covered by CJs will not be covered by the CJ and will be classified in ECCN 0A501.y. (See proposed change to General Order No. 5, paragraph (e)(3), in Supplement No. 1 to EAR Part 736.)

One could argue that this change is a step backward since many of these items are thought to be EAR99 today (or have been so classified in CJs) and they will become controlled under ECR. On the other hand, the specific classification of these items in the EAR will provide clarity and reduce the need for CJs. As a practical matter, this change will not materially limit the countries to which they can be sold without a license.

Obtaining export licenses for small international retail sales will become economical under ECR

So far, we've looked at the types of retail transactions that will be able to occur under ECR without an export license. When a license is required – as in the case of any sale valued at more than $500 — it will be much less expensive to obtain a license and licensing will require less employee time.

This happy development will be the result of several significant changes effected by ECR:

·    There is no fee for EAR licenses (in contrast the $250 per license fee under the ITAR).

·    The only license supporting document that will be required for an EAR license will be an important permit from the destination country or a statement that an import permit is not required.

·    The employee and customer time spent under the ITAR in obtaining license supporting documents that comply with DDTC technical requirements will go away.

·    Under the EAR, there will be significant opportunities to automate all or most of the export licensing process and to drive licensing through the company's ERP system.

In short, ECR will eliminate the out-of-pocket cost associated with export licensing under the ITAR, but even more significantly, it holds the potential to reduce the human time associated with export licensing to a fraction of what it is today.

If the dream of retail exporters of firearms, components or accessories is for international transactions to be no more complicated than domestic sales, ECR will put that dream almost within reach for sellers who implement the right systems.

Link: https://www.ammoland.com/2018/06/firearms-export-control-reform-ecr-opportunities-for-international-retail-sales/#axzz5IEPjbAfJ

---

Matthew Marquis

WASHAR0036165

Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:        202.647.6968
e-mail:        MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED


Official
UNCLASSIFIED

WASHAR0036166

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Monday, July 16, 2018 9:30 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: New York Times: 'Downloadable Gun' Clears a Legal Obstacle, and Activists Are Alarmed |

[cid:image001.png@01D29279.128F6050]
'Downloadable Gun' Clears a Legal Obstacle, and Activists Are Alarmed By Tiffany Hsu and Alan Feuer
13 July 2018

Learning to make a so-called ghost gun — an untraceable, unregistered firearm without a serial number — could soon become much easier.

The United States last month agreed to allow a Texas man to distribute online instruction manuals for a pistol that could be made by anyone with access to a 3-D printer. The man, Cody Wilson, had sued the government in 2015 after the State Department forced him to take down the instructions because they violated export laws.

Mr. Wilson, who is well known in anarchist and gun-rights communities, complained that his right to free speech was being stifled and that he was sharing computer code, not actual guns.

The case was settled on June 29, and Mr. Wilson gave The New York Times a copy of the agreement this week. The settlement states that 3-D printing tutorials are approved "for public release (i.e. unlimited distribution) in any form."

The government also agreed to pay nearly $40,000 of Mr. Wilson's legal fees.

The willingness to resolve the case — after the government had won some lower court judgments — has raised alarms among gun-control advocates, who said it would make it easier for felons and others to get firearms. Some critics said it suggested close ties between the Trump administration and gun-ownership advocates, this week filing requests for documents that might explain why the government agreed to settle.

The administration "capitulated in a case it had won at every step of the way," said J. Adam Skaggs, the chief counsel for the Giffords Law Center to Prevent Gun Violence. "This isn't a case where the underlying facts of the law changed. The only thing that changed was the administration."

Mr. Wilson's organization, Defense Distributed, will repost its online guides on Aug. 1, when "the age of the downloadable gun formally begins," according to its website. The files will include plans to make a variety of firearms using 3-D printers, including for AR-15-style rifles, which have been used in several mass shootings.

Mr. Wilson said the settlement would allow gunmaking enthusiasts to come out from the shadows. Copies of his plans have circulated on the so-called dark web since his site went down.

"I can see how it would attract more people and maybe lessen the tactic of having to hide your identity," Mr. Wilson said of the settlement in an interview. "It's not a huge space right now, but I do know that it's only going to accelerate things."

WASHAR0036167

But as the "landmark settlement" brings ghost gun instructions out into the open, it could also give felons and domestic abusers access to firearms that background checks would otherwise block them from owning, said Adam Winkler, a law professor at the University of California, Los Angeles.

"The current laws are already difficult to enforce — they're historically not especially powerful, and they're riddled with loopholes — and this will just make those laws easier to evade," Mr. Winkler said. "It not only allows this tech to flourish out of the underground but gives it legal sanction."

Some saw the settlement as proof that the Trump administration wanted to further deregulate the gun industry and increase access to firearms. This year, the administration proposed a rule change that would revise and streamline the process for exporting consumer firearms and related technical information, including tutorials for 3-D printed designs.

The change, long sought by firearms manufacturers, would shift jurisdiction of certain items from the State Department to the Commerce Department, which uses a simpler licensing procedure for exports.

On Thursday and Friday, the Brady Center to Prevent Gun Violence filed requests under the Freedom of Information Act for any documents showing how the government decided on the settlement over printable firearms, and whether organizations like the National Rifle Association or the National Shooting Sports Foundation were involved.

Neither trade group commented for this article, but some gun advocates said Mr. Trump has been less helpful toward the firearms industry than he had suggested he would be.

Mr. Wilson also said that "there has not been a pro-gun streak" under Mr. Trump's Justice Department, though he praised the nomination of Judge Brett M. Kavanaugh, who is seen as a champion of Second Amendment rights, to the Supreme Court.

"Trump will go to the N.R.A. and be like, 'I'm your greatest friend,' but unfortunately his D.O.J. has fought gun cases tooth and nail in the courts," he said.

Mr. Wilson clashed with the government in 2013 after he successfully printed a mostly plastic handgun — a tech-focused twist on a longstanding and generally legal tradition of do-it-yourself gunmaking that has included AR-15 crafting parties in enthusiasts' garages. His creation inspired Philadelphia to pass legislation banning the use of 3-D printers to manufacture firearms.

After Mr. Wilson posted online blueprints for the gun, they were downloaded more than 100,000 times within a few days, and later appeared on other websites and file-sharing services.

The State Department quickly caught wind of the files and demanded that Mr. Wilson remove them, saying that they violated export regulations dealing with sensitive military hardware and technology.

Mr. Wilson capitulated, and after two years paired up with the Second Amendment Foundation to file his lawsuit. A Federal District Court judge denied his request for a preliminary injunction against the State Department, a decision that an appellate court upheld. The Supreme Court declined to hear the case.

In a statement, the State Department said the settlement with Mr. Wilson was voluntary and "entered into following negotiations," adding that "the court did not rule in favor of the plaintiffs in this case."

To raise money for his legal defense, he said, he sold milling machines that can read digital design files and stamp out metal gun parts. Proceeds from the so-called Ghost Gunner machines, which cost $1,675 each, are used to run his organization, he said.

Ghost guns, by their nature, are difficult to track.

WASHAR0036168

Guns manufactured for sale feature a serial number on the receiver, which houses the firing mechanism. But unfinished frames known as "80 percent" receivers can be easily purchased, completed with machinery like the Ghost Gunner and then combined with the remaining parts of the firearm, which are readily available online and at gun shows.

Several local governments have stepped up efforts to restrict such guns. On Thursday, the attorney general of New Jersey sent cease-and-desist letters to companies that make and sell kits with partly built firearms in the state.

But with the government adjusting the export rules that first sparked the case, Mr. Wilson will be able to freely publish blueprints for 3-D printers, said Alan M. Gottlieb, the founder of the Second Amendment Foundation, in a statement.

"Not only is this a First Amendment victory for free speech," he said, "it also is a devastating blow to the gun prohibition lobby."

Link: https://www.nytimes.com/2018/07/13/business/downloadable-gun-allowed-alarming-activists.html

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036169

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, May 23, 2018 11:49 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Reuters: Trump administration to publish proposed rule changes for gun exports: official |

[cid:image001.png@01D29279.128F6050]
Trump administration to publish proposed rule changes for gun exports: official By Mike Stone
22 May 2018

WASHINGTON (Reuters) - The Trump administration is preparing to publish on Thursday long-delayed proposed rule changes for the export of U.S. firearms, a State Department official said on Tuesday.

The rule changes would move the oversight of commercial firearm exports from the U.S. Department of State to the Department of Commerce.

The action is part of a broader Trump administration overhaul of weapons export policy that was announced in April.

Timing for the formal publication of the rule change and the opening of the public comment period was unveiled by Mike Miller the acting secretary for the Directorate of Defense Trade Controls, the State Department's body that currently oversees the bulk of commercial firearms transfers and other foreign military sales. He was speaking at the Forum on the Arms Trade's annual conference at the Stimson Center, a Washington think tank.

Reuters first reported on the proposed rule changes in September as the Trump administration was preparing to make it easier for American gun makers to sell small arms, including assault rifles and ammunition, to foreign buyers.

Domestic gun sales have fallen significantly after soaring under President Barack Obama, when gun enthusiasts stockpiled weapons and ammunition out of fear that the government would tighten gun laws.

A move by the Trump administration to make it simpler to sell small arms abroad may generate business for gun makers American Outdoor Brands (AOBC.O) and Sturm Ruger & Company (RGR.N) in an industry experiencing a deep sales slump since the election of President Donald Trump.

Remington, America's oldest gun maker, filed for bankruptcy protection in March, weeks after a shooting at a high school in Parkland, Florida, killed 17 people and triggered intensified campaigns for gun control by activists. Remington emerged from bankruptcy last week.

The expected relaxing of rules could increase foreign gun sales by as much as 20 percent, the National Sports Shooting Foundation has estimated. As well as the industry's big players, it may also help small gunsmiths and specialists who are currently required to pay an annual federal fee to export relatively minor amounts of products.

Link: https://www.reuters.com/article/us-usa-trump-guns/trump-administration-to-publish-proposed-rule-changes-for-gun-exports-official-idUSKCN1IN2S7

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

WASHAR0036170

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web: www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036171

| | |
|---|---|
| **From:** | Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov> |
| **Sent:** | Friday, July 20, 2018 2:10 PM |
| **To:** | 'Paul, Joshua M'; Rice, Edmund; Miller, Michael F; Darrach, Tamara A |
| **Cc:** | McCormick, Jamie; Oliver, Stacie (Foreign Relations) |
| **Subject:** | RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms |

But it's State's changes that are allowing this to be implemented right? And it's these changes that State will take, especially pursuant to the authority in 126.2, that will allow this information to be disseminated worldwide without a license, without penalty, right?

Do you mean to tell us this question did not arise or was not fully considered during the (presumably) interagency deliberation on the settlement agreement?  Or do you have answers to these questions, but State isn't willing to tell us?

Additionally, State is about take an action to suspend the application of ITAR restrictions on the publication of controlled information/technology on the Internet for a temporary period of time, BEFORE the reg change transferring the defense items that the information/tech pertains to becomes final.  And what if that reg change does not become final, or is different from the draft rule?  In that instance, State will have allowed the worldwide transfer of export-controlled information "in the interest of the security and foreign policy of the United States"?

From: Paul, Joshua M <PaulJM@state.gov>
Sent: Friday, July 20, 2018 2:01 PM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Miller, Michael F <Millermf@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Hi David,

We would need to refer you to TSA or other law enforcement organizations on this question.  The DDTC nexus on this issue was/is limited to our role in controlling exports of tech data, which is the only reason we got involved in the first place.

Josh

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 1:38 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

1

WASHAR0036172

Also, what are the law enforcement and counter-terrorism implications of this change?  Enabling the widespread acquisition of undetectable or largely-undetectable firearms would seem to be a bad idea, especially in protection of domestic and international airline flights from terrorist hijacking/attacks.  What changes will be required by TSA here and abroad to deal with this?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:42 AM
To: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Understood, and that's helpful information.  We'll round back and be in touch.

Official
UNCLASSIFIED

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:32 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

A phone call would be only a first step for we four.  I expect that as news of this settlement spreads, there will be a requirement to brief a number of Congressional staff and then Members.

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:21 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Hello,

We've actually been in the process of putting together a briefing for you on this - with the intent being to provide a phone call early next week.  Would that work?

Josh

Official

WASHAR0036173

UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 11:10 AM
To: 'Rice, Edmund' <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>;
Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

As well as State's view of State's legal liability to this suit in the first place.

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:03 AM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua
<pauljm@state.gov<mailto:pauljm@state.gov>>; Darrach, Tamara
<darrachta@state.gov<mailto:darrachta@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David
(Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Oliver, Stacie (Foreign
Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms
Importance: High

Mike, et.al<https://urldefense.proofpoint.com/v2/url?u=http-
3A__et.al&d=DwQFAg&c=L93KkjKsAC98uTvC4KvQDTmmq1mJ2vMPtzuTpFgX8gY&r=qK7_ZRFYXD_2-
oNGpZDaSv48Ivvk3sok_Kc-
8ucoEbs&m=INcZ7Lzqeg9FRKxUQ74geJdNZKtHf7E_XypzmUYkPwY&s=WDbfGOTuqtofudKGj_R9heOE3es9SbkzJomT50T-
7pA&e=>.:
This is to request a briefing on the terms of the settlement (attached) that the State Department entered into June 29th
regarding Defense Distributed et al v. United States Department of State et al, Western District of Texas, Civil Docket #
1:15-cv-00372-RP. This is the suit brought by several persons who want to make available online software for
manufacture via 3-D printing of firearms, including plastic firearms.
In particular, item 1(b) indicates that State will amend the ITAR to remove the subject software from the USML by July
27th.   Several House Members have brought this matter to Rep. Engel's attention and I have been asked to look into
this ASAP. I expect that Jamie, David and Stacie also would need to know about this.
Perhaps this could be covered at our July 25th arms transfer meeting.  One way or another, I need a briefing on this prior
to July 27th.
Ed


Edmund B. Rice
Senior Professional Staff Member
Democratic Staff
House Foreign Affairs Committee
B-360 Rayburn House Office Bldg.
202-226-8467

WASHAR0036174

| From: | Goldschmidt, Lauren (OLA) <Lauren.Goldschmidt@usdoj.gov> |
|---|---|
| Sent: | Monday, July 23, 2018 4:54 PM |
| To: | Paul, Joshua M; Darrach, Tamara A; Wilson, Karen L (OLA) |
| Subject: | RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns |

Hi Josh,



Thanks,
Lauren

From: Paul, Joshua M <PaulJM@state.gov>
Sent: Monday, July 23, 2018 4:33 PM
To: Darrach, Tamara A <DarrachTA@state.gov>; Wilson, Karen L (OLA) <kwilson@jmd.usdoj.gov>
Cc: Goldschmidt, Lauren (OLA) <lgoldschmidt@jmd.usdoj.gov>
Subject: RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

Thanks,

Josh

Official
UNCLASSIFIED

From: Darrach, Tamara A
Sent: Monday, July 23, 2018 4:30 PM
To: Wilson, Karen L (OLA) <Karen.L.Wilson@usdoj.gov<mailto:Karen.L.Wilson@usdoj.gov>>
Cc: Goldschmidt, Lauren (OLA) <Lauren.Goldschmidt@usdoj.gov<mailto:Lauren.Goldschmidt@usdoj.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

1

WASHAR0036175

+Paul

From: Wilson, Karen L (OLA) <Karen.L.Wilson@usdoj.gov<mailto:Karen.L.Wilson@usdoj.gov>>
Sent: Monday, July 23, 2018 4:25 PM
To: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: Goldschmidt, Lauren (OLA) <Lauren.Goldschmidt@usdoj.gov<mailto:Lauren.Goldschmidt@usdoj.gov>>
Subject: FW: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

███████████████████████████████████████████████

Karen L Wilson
Attorney Advisor
Office of Legislative Affairs
U.S. Department of Justice

Direct: 202-616-0658
Fax: 202-514-9353

From: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Sent: Monday, July 23, 2018 9:47 AM
To: Pings, Anne (OLA) <apings@jmd.usdoj.gov<mailto:apings@jmd.usdoj.gov>>
Subject: FW: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

Good morning Anne,

We have received interest from our committees on Defense Distributed v. U.S. State Department.  We are trying to line up a briefing tomorrow for our committees of jurisdiction and wanted to see if DOJ would be able to join us.  We do not have a set time at this point.

Thanks!
Tamara


Tamara Darrach | Congressional Advisor | Bureau of Legislative Affairs |  U.S. Department of State
2201 C St NW, Rm 7418 | (202) 647-8763 | DarrachTA@state.gov<mailto:DarrachTA@state.gov>


From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 4:35 PM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M
<PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David
<david_fite@foreign.senate.gov<mailto:david_fite@foreign.senate.gov>>; Oliver, Stacie
<stacie_oliver@foreign.senate.gov<mailto:stacie_oliver@foreign.senate.gov>>
Subject: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

Mike, et.al.:

WASHAR0036176

I wanted you to be aware of the attached letter from Rep. Engel to Secretary Pompeo urging a delay of the implementation of the settlement in Defense Distributed v. U.S. State Department, given the significant security threat that would occur immediately upon release of the software. The letter also is being sent to H.  Rep. Engel has directed that the letter be released to the public.  As you are no doubt aware, the terms of the settlement are already being widely reported in the media this afternoon.

Ed

Edmund B. Rice
Senior Professional Staff Member
Democratic Staff
House Foreign Affairs Committee
B-360 Rayburn House Office Bldg.
202-226-8467

WASHAR0036177

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Tuesday, May 01, 2018 11:52 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DAS's |
| **Subject:** | CPA Media Monitoring: The Young Turks: Trump Aiming to Toss Ailing Gunmakers a Lifeline Worth Millions |

[cid:image001.png@01D29279.128F6050]
Trump Aiming to Toss Ailing Gunmakers a Lifeline Worth Millions By Michael Tracy
30 April 2018

The Trump administration is expected soon to enact a new regulation that could give the flagging U.S. gun industry an economic boost potentially worth millions of dollars, TYT has learned.

After years of sky-high sales-driven by fears that Barack Obama would impose drastic gun control measures-gun manufacturers have experienced declining domestic demand since the election of Donald Trump. The pending regulatory rule, which would transfer control of firearm exports from the State Department to the Commerce Department, could allow manufacturers to gain entry into foreign markets-a longstanding desire of the gun lobby. Trump has already loosened a range of domestic Obama-era restrictions on domestic gun transactions; this could be his administration's first foray into international sales.

The switch could be worth tens of millions of dollars to the U.S. gun industry, one industry analyst told TYT, and could set the stage for manufacturers to provide weapons to foreign police forces.

Kevin Wolf, a former Commerce Department official who originally drafted the rule during the Obama Administration, told TYT he expects the rule to be enacted within the next two months. Wolf now works as a legal advisor for the National Shooting Sports Foundation (NSSF), a gun industry trade group which has advocated for the change. He acknowledged to TYT that the rule's implementation could result in increased sales for the gun industry.

Wolf told TYT that the rule was originally set to go into effect during the last days of the Obama Administration. He said he delayed signing off on it after the Sandy Hook school shooting.

Trump Looks To Finish Obama-era Process

The rule change was originally part of an eight-year effort during the Obama Administration called the Export Control Reform initiative, to restructure the country's arms export regimen. The Obama administration instituted a host of reforms granting the business-friendly Commerce Department a greater role in overseeing arms exports, with an eye toward creating new market opportunities for U.S. manufacturers. The State Department's role was greatly diminished, and tens of thousands of export items were moved from the State Department's jurisdiction to the Commerce Department.

The transfer of commercial guns, ammunition, and related accessories was supposed to have been the final phase of the reform initiative. The U.S. gun lobby had long championed the move. The NSSF, for instance, argued that State Department control of commercial firearms exports inhibited U.S. gun manufacturers' ability to access foreign markets, and pointed to a $2,250 annual registration fee as "exorbitant." (Manufacturers also must pay the State Department a $250 licensing fee for every product they export, while the Commerce Department is barred by statute from imposing licensing or registration fees.)

1

WASHAR0036178

Members of Congress condemned the State Department for what Rep. Steve Scalise (R-La.) described as "a hostile stance toward gun owners and the Second Amendment." In 2016, Scalise introduced a House bill that would transfer authority over gun exports to the Commerce Department, so that the gun industry could "be regulated like any other commercial business." The State Department under Obama supported this transfer, and publicly committed to instituting it by the end of 2016.

But the implementation was delayed for years, according to Wolf. Wolf drafted the original language of the transfer during his tenure as Assistant Secretary of Commerce for Export Administration. Now a partner at Akin Gump, one of the most powerful lobbying firms in Washington, Wolf has been hired by the NSSF-the same group which pushed for the regulatory change-to provide legal advice.

In an interview with TYT, Wolf, an avowed liberal Democrat, staunchly defended the propriety of the regulatory shift. "As one of the fathers of this rule, I hope that it's characterized correctly, and not caught up by the larger emotional wind," he said. Wolf says that he has heard from people currently in government that the Trump administration's rule is virtually identical to the one Wolf drafted, a copy of which he left behind during the transition period.

By Wolf's telling, he had planned to formally sign off on the rule in December 2012-within mere days, it turned out, of the Sandy Hook school massacre. "And then when [the shooting] happened, I didn't sign it," Wolf said. "So it was that close."

"It was sort of obvious," he added, "now is not the right time to do or say something involving guns."

Focused on completing other aspects of the Export Control Reform initiative, Wolf put the gun issue on the backburner after calculating that the political environment was inopportune. Members of Congress and sympathetic advocacy organizations such as the Heritage Foundation complained about the delay. Now, the Trump administration is poised to finish what Wolf started.

Bureaucratic Housekeeping Or An Economic Boost?

Wolf insists that streamlining the bureaucracy-not enriching gun manufacturers-was his motivation for championing the regulatory change. "The inefficiency that's baked into the system-that's taking away from the government's ability to focus on other transactions of greater concern," Wolf said of his thinking at the time. "It was all about the efficient operation of an export system, period. It had nothing to do with trying to take into account any other economic or other variables. That simply was not a factor in our consideration."

But the economic incentives for the NSSF are abundant. For instance, the organization lobbied in favor of President Trump's March 2017 nomination of Mira Ricardel to be Under Secretary of Commerce for Export Administration. After Ricardel was confirmed in August, NSSF vice president Larry Keane celebrated this as a win for the gun industry: "Our manufacturers will create jobs to fulfill large orders to our allies-benefitting communities across the United States," Keane wrote.

Three weeks after Ricardel took office, Reuters reported that the Trump administration was preparing to transfer control of gun exports to the Commerce Department-at which point stock prices of top gun manufacturers spiked. (Ricardel was later named Deputy National Security Advisor by John Bolton in April 2018).

Congressional Backing

In May 2017, a group of 29 senators wrote a letter to then Secretary of State Rex Tillerson and Secretary of Commerce Wilbur Ross reaffirming their support for the completion of the final phase of the Export Reform Initiative, which includes commercial firearms and ammunitions. Democrats Jon Tester, Heidi Heitkamp, Amy Klobuchar, Joe Donnelly, Martin Heinrich, Angus King (I), and Joe Manchin signed the letter. Unlike its more well-known counterpart, the National Rifle Association, the National Shooting Sports Foundation  has catered to Democrats in recent election cycles; its PAC

WASHAR0036179

contributed $2,000 to Tester in 2012 and honored him as a legislator of the year in 2011. Heitkamp participated in a friendly Q&A with the NSSF and received $5,000 from its PAC in 2014. Heinrich was the only Democrat to whom the NSSF made a contribution in the 2016 cycle-it has given again to him in 2018, with Heinrich up for re-election in New Mexico.

After the report that the Trump administration was preparing to enact the rule, three Democratic senators, Ben Cardin, Patrick Leahy, and Dianne Feinstein, sent a letter to the State Department raising concerns that placing commercial firearms exports under Commerce Department control could "effectively [eliminate] congressional oversight of exports of" weapons that are "uniquely lethal" and "the primary means of injury, death, and destruction in civil and military conflicts around the world." There was no reply for over three months, until December 27, 2017, during a Congressional recess. A response letter addressed to Sen. Cardin from the State Department, which was obtained by TYT, omits any comment on the policy concerns raised by the senators, and shunts off questions to the Commerce Department.

"This pro forma response shows a relatively high level of disdain for concerns expressed by senators, a bad sign for those hoping for a well functioning government," Jeff Abramson, a senior researcher at the Arms Control Group, said of the State Department letter.

There has been preliminary action taken in Congress to object to any potential rule change. A resolution introduced by Rep. Norma Torres (D-CA) would maintain the existing regulatory structure. "Now the NRA wants to weaken our firearms export regulations in order to sell more guns overseas, with no concern for the violence it will generate or the harm it will cause to our national security. It is disgraceful," Torres told TYT. The NRA supported the bill introduced by Rep. Scalise that would have removed gun manufacturers from State Department oversight.

Gunmakers Look To Gain From Foreign Markets

Jurgen Brauer, an economist at Augusta University who studies the U.S. gun industry, estimates that the regulatory shift could enable manufacturers to increase their annual sales by 1 to 2 percent. Using its 2017 financial figures, this would enable Ruger-one of the largest U.S. gun manufacturers-to produce more than $10 million in additional yearly sales. (This marginal increase in sales likely would not be nearly enough to offset the manufacturers' recent domestic losses, Brauer said, but "it will help the bottom line a little bit-it will extend the production runs, lower average costs, and so on.") The change could increase annual revenue for the U.S. industry by up to $340 million.

"Surely given the decline we have seen last year after Trump was elected, the recent bankruptcy of Remington Outdoors, this increasing pressure-every little bit helps," he added.

One of the arguments presented by Wolf, which has also been echoed by the NSSF and members of Congress, is that the State Department's jurisdiction over gun exports unduly penalizes small gunsmiths. "It affects the smaller gun companies worse than the bigger companies that are able to work through those bureaucratic inefficiencies more easily," Wolf said of the current regulatory regime.

Perhaps the most valuable asset for domestic manufacturers seeking to ramp up production in foreign markets is the brand identity of quintessential American firearms like Smith & Wesson and Ruger, which have been featured in American pop culture for decades. This is not something that mom-and-pop producers possess. "Undoubtedly there's hope of sales to police forces around the world," Brauer, the economist, said. The category of countries to which State Department regulations would no longer apply includes much of the European Union, Argentina, Australia, Japan, and South Korea, according to Wolf. Regulations governing exports to countries under embargo, such as Iran, Cuba, and Sudan, would be unchanged.

But it's not clear that smaller gun makers are considering meaningful expansion into overseas sales. Jeremiah Blasi, the marketing director for Mid America Armament, a small firearms manufacturer based in Pryor, Oklahoma, said the prospect of exporting his products had never even occurred to him. "I couldn't speak to the economic burden, simply

WASHAR0036180

because we've not explored that to find out what it would require," he said. "We've had plenty of business success in the country, so export's not something that we've even considered."

Wolf emphasized that enhancing the commercial prospects of the U.S. gun industry was not a motivating factor when he drafted the rule; he was concerned only with rectifying bureaucratic inefficiency, and he insists that the mere fact of regulatory authority being transferred from State Department control to Commerce Department control doesn't reflect any underlying policy change-it's simply a matter of achieving maximum bureaucratic efficiency.

Which companies would benefit was "not something we studied; it's not something we had any data about," Wolf said. Asked why the NSSF would be interested in hiring him, he added: "They've hired me because I'm a very good lawyer and I know the rules. And I can tell them how this process works." Wolf's successor at the Commerce Department is Rich Ashooh, who was previously a lobbyist for BAE Systems, Inc., one of the largest ammunition manufacturers in the country, and has in the past lobbied for export reforms.

Wolf said, "This is just a good bit of good government housekeeping on the structure of controlling these very important items. . . . Because they shoot people, they kill people, they're lethal, and they need to be regulated for export in as efficient and coherent a manner as possible."

"I am obviously not shilling for the Trump administration," he said.

The domestic U.S. gun industry has long been overwhelmingly inward-focused, with the U.S. being by far the largest market for commercial gun purchases. Only 3.7 percent of guns manufactured in the U.S. were exported in 2015, according to a Justice Department annual survey. But gun manufacturers could easily penetrate foreign markets if they decided to, according to Rommel Dionisio, managing director for Aegis Capital, a financial services firm.

Dionisio, who covers the U.S. gun industry, said establishing corporate infrastructure to enter foreign markets "can happen quickly, certainly, depending on the company,"

"It's not the biggest hurdle in the world to hire some salespeople," he said. "They can use independent distributors-this is something that can ramp up very quickly if some of these restrictions are lifted. These are very well known products."

U.S. gun-control groups have avoided the firearms exports topic. Everytown, the anti-gun advocacy group founded by Michael Bloomberg, has been at the forefront of advocating for gun control measures in the aftermath of the Parkland school shooting in February, but does not take a position on the issue. Asked to respond to TYT's report that the export change was coming, Stacey Radnor, public affairs director for Everytown, said, "Unfortunately, I don't have anything for you on this topic."

A spokesperson for the Brady Campaign, another leading gun control rights organization, also declined to comment and did not follow through on an offer to set up an interview with one of the organization's senior staff.

Once the rule is published in the Federal Register, there is a mandated period of time allotted for public comment. (The comment period typically ranges from 30 to 60 days). Since the regulatory change would constitute a new regulation, it would run afoul of the presidential directive President Trump issued in January 2017 mandating that for every one new regulation created, two be discarded. The Commerce Department is likely seeking an exemption to this directive, according to individuals familiar with the process. Phone messages left for the Commerce Department's public affairs office were not returned.

Link: https://tytnetwork.com/2018/04/30/trump-aiming-to-toss-ailing-gunmakers-a-lifeline-worth-millions/

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

WASHAR0036181

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036182

| | |
|---|---|
| **From:** | McKeeby, David I <McKeebyDI@state.gov> |
| **Sent:** | Tuesday, April 17, 2018 12:07 PM |
| **To:** | Marquis, Matthew R; PM-DTCP-RMA; PM-DDTC-Directors-DL |
| **Cc:** | PM-CPA; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: McClatchy: Gunmakers, with sales slumping at home, ready for eased export rules |

[cid:image001.png@01D30C32.5A24DDE0]
Gunmakers, with sales slumping at home, ready for eased export rules

BY KEVIN G. HALL

o   McClatchy

April 17, 2018 05:00 AM

WASHINGTON -U.S. gunmakers are on the verge of getting something they've wanted for a very long time: a streamlined process for exporting their handguns and rifles, including AR-15 assault-style weapons that have been the focus of national debate.

Under a long-awaited rule the Trump administration is expected to propose within weeks, a large number of commercially available rifles and handguns would move off a munitions list controlled by the State Department and Whether that means gendarmes in Marseilles or policia in Barcelona will be packing Smith & Wesson pistols anytime soon is yet to be seen, but that producer and other iconic American brands like Sturm Ruger and the eventual owners of privately held Remington Outdoor are expected to benefit from a new policy.
Opponents of relaxing the export rules argue that decision could come back to haunt the United States if the weapons end up in the wrong hands. Gun manufacturers counter that the changes don't eliminate regulation, but would let them conduct business overseas more easily.
"U.S. manufacturers are hamstrung by the overly restrictive license requirements under (current law)," said Michael Bazinet, spokesman for the National Shooting Sports Foundation, a lobbying and trade association for gun makers, based in Newtown, Ct. "Lengthy delays in the licensing process, and certain cases requiring congressional notification, cause U.S. firearm and ammunition exporters to lose business."
Gunmakers are already hurting from slumping domestic gun sales since President Donald Trump took office. The NSSF hopes foreign sales - to sportsmen, collectors and police agencies - could grow by as much as 20 percent under less cumbersome rules, which it has aggressively lobbied for over almost a decade. In 2017, the trade group spent more than $3.3 million lobbying the federal government<https://www.opensecrets.org/lobby/clientsum.php?id=D000054336&year=2017>, according to the Center for Responsive Politics, on this and other issues.
Right now the market for exports of commercially available rifles and handguns is relatively small, dwarfed by sales of sophisticated military hardware and limited in part by the fact that many countries restrict the ability of their citizens to own firearms.
Overseas shipments of revolvers and pistols totaled just under $117 million last year, while shipments of target-shooting rifles totaled about $17.1 million; exports of AR-15s and other assault-style weapons (known technically as centerfire auto-load rifles) came to $13.3 million, according to the International Trade Commission. Abroad, U.S. gun companies compete against established names such as Austria's Glock and Italy's Beretta.
Effort began under Obama

WASHAR0036183

The initiative to relax rules covering the export of firearms, including what are commonly called assault-type weapons such as the AR-15 and rapid fire semi-automatic handguns, actually didn't originate with the Trump administration. It has been contemplated since 2010, under then-President Barack Obama. But after the December 2012 Sandy Hook school shooting in Connecticut, which that left 20 children and six adults dead, work on the issue came to a screeching halt.

The Trump administration - in part to fulfill a campaign pledge by Donald Trump to boost U.S. manufacturing writ large - jumpstarted the process, and by last September the changes seemed to be on a fast track.

It's unclear whether the deadly Oct. 1, 2017 mass murder on the Las Vegas strip, where gunman Stephen Paddock killed 58 and injured 851 by firing more than 1,100 rounds from his hotel window at people attending a nearby live musical festival, slowed the review process, though the rule was expected by the end of 2017. More mass shootings have followed, including the Feb. 14 attack at a high school in Parkland, Fla., which killed 17 and injured as many more.

Admittedly, any changes to the process are complicated to negotiate: The State Department must propose a new rule that eliminates some of the weapons on the U.S. Munitions List over which it has authority, and the Commerce Department must simultaneously draft new language to add those weapons to the Commerce Control List.

Adding to the difficulty is that this administration has been historically slow to fill midlevel positions across the federal government. Some of the planned changes are waiting for a sign off from deputy directors and office heads who are yet to be put in place almost 15 months after Donald Trump's inauguration, people familiar with the process said.

Sources familiar with the rules changes under consideration said one big improvement would be a more flexible process for export licensing for those guns on the Commerce Department's list. An exporter could sell different products within a range, caliber or quantity over a window of, say, six months with one license. As long as the products were variations of the same gun, multiple licenses would no longer be needed.

Under a shift to Commerce's control, gun makers would "be able to respond better to market fluctuations for commercial sales in foreign countries, as well as compete on a more level playing field for foreign government and police contracts," said Bazinet, from the gunmakers trade association.

Commerce said in a statement to McClatchy said it already has a framework in place to oversee the export process: an export-control enforcement office, an export-licensing agency and an end-use verification program that currently govern export of 12-gauge shotguns, optical sighting devices for firearms and crime-control equipment. In the last fiscal year, which ended Sept. 30, the agency's Bureau of Industry and Security reported conducting 1,089 in-person checks in 58 countries to verify the identity of buyers of weapons already under Commerce jurisdiction.

Those who argue against making it easier for U.S. weapons manufacturers to sell overseas maintain that the exported weapons could wind up being used against Americans in conflicts abroad.

"The bigger picture is with the loosening of controls, it adds a lot more opportunities for U.S. guns to get into the hands of people who would misuse them, including people the United States is fighting against," said Colby Goodman, an arms-control expert at the Center for International Policy, a left-leaning think tank that tracks and analyzes U.S. security and defense assistance across the globe.

Administration officials bristle at this suggestion.

"This transfer will not create opportunities to put weapons in the hands of bad actors," Rich Ashooh, assistant secretary of commerce for export administration, insisted in a statement to McClatchy. "The proposed changes will allow the Commerce Department to use its expertise and resources through its in-agency law enforcement unit, and its robust end-use verification program."

The Walmart test

How do the feds decide which gun sales will be regulated by Commerce and which by the State Department? Call it the Walmart test.

"If this is a firearm that is generally commercially available, if it is something you can buy at a Walmart, then it should be controlled on the CCL (Commerce list). And anything that is a military grade, not publicly available firearm would remain," explained a State Department official.

That test now may exclude more weapons than it used to. In the aftermath of the Parkland and Las Vegas shootings, some retail stores such as Dick's Sporting Goods have stopped selling assault-style weapons. Dick's and Walmart both raised the minimum age to purchase guns to 21 post-Parkland, where accused 19-year-old shooter Nikolas Cruz had purchased a shotgun at Dick's and had used an AR-15 in the assault on the high school. Walmart said it was also removing from its retail websites weapons that resemble assault rifles.

WASHAR0036184

Once the rules are officially proposed in the Federal Register, a public comment period of at least 60 days follows before the administration can issue final language.

Last May, 144 GOP lawmakers signed a letter to then-Secretary of State Rex Tillerson and Commerce Secretary Wilbur Ross, calling on the Trump administration to hurry up and relax the rules.

"The very basis of this effort is the common sense notion that products intended only for military use should be subject to the highest standards of security and oversight, while regulation of products with general commercial applications should not unnecessarily hinder American business and innovation," they wrote.

The letter was sent five weeks before gunman James Hodgkinson, a liberal activist from Belleville, Ill., opened fire at House members and aides last June 14 during a baseball practice in the Virginia suburbs. Among the wounded was House Majority Whip Steve Scalise, R-La., who also happened to be the first signatory on the letter to Tillerson and Ross. Scalise spokesman Chris Bond said the congressman has not changed his position on loosening export controls on firearms.

A handful of Democratic senators have been trying to throw a wrench in the process, however. They worry that AR-15s and other rifles could surface in places such as the Philippines, where President Rodrigo Duterte has encouraged armed citizens to carry out extra-judicial killings.

"These are weapons that are more difficult to protect from transfer [[to unfriendly operatives]] because they're small," Sen. Ben Cardin, D-Md., warned in an interview.

The five senators succeeded in late October in getting the Government Accountability Office to assess the risks of transferring the export controls over firearms to the Commerce Department. The GAO, the audit arm of Congress, agreed to look at funding levels, expertise and end-use monitoring requirements.

Its report was expected in February but appears delayed along with the proposed rule changes under consideration.
Link: http://www.mcclatchydc.com/news/nation-world/national/article209070534.html

_____

David I. McKeeby
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

* Phone:      202.647.8757  |  *  BlackBerry:  202.550.3482 |
*  e-mail:      mckeebydi@state.gov<mailto:mckeebydi@state.gov>  |  *  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/>  |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036185

**From:**            Paul, Joshua M <PaulJM@state.gov>
**Sent:**            Thursday, April 26, 2018 6:48 PM
**To:**              Miller, Michael F
**Subject:**         Fwd: Clearance: Roll out Plan USML Cats I-III
**Attachments:**     0426 Roll out Plan USML Cats I-III.docx

Re-flagging.

_____

From: Paul, Joshua M <PaulJM@state.gov>
Date: April 26, 2018 at 4:04:00 PM EDT
To: Miller, Michael F <Millermf@state.gov>
Cc: Heidema, Sarah J <HeidemaSJ@state.gov>, Davidson-Hood, Simon <DavidsonHoodS@state.gov>
Subject: Clearance: Roll out Plan USML Cats I-III

Mike,

At the Line's request we have updated the roll out plan and cleared it with H, R and PA.  Once you clear I will ask Staffers to send this to the line in response to their request – unless you think Lee or TK should also clear?

Josh
Official
UNCLASSIFIED

1

WASHAR0036186

| | |
|---|---|
| **From:** | Freeman, Jeremy B <FreemanJB@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 11:23 AM |
| **To:** | Wall, Amanda J |
| **Cc:** | Rogers, Shana A; Fabry, Steven F |
| **Subject:** | RE: Settlement |
| **Attachments:** | Settlement Agreement (SIGNED) - Defense Distributed.pdf |

Yes - here it is.

Official - SBU
UNCLASSIFIED

From: Wall, Amanda J
Sent: Wednesday, July 25, 2018 11:21 AM
To: Freeman, Jeremy B
Subject: Settlement

Hi Jeremy - Do you have a copy of the draft settlement in the 3D printing case that you could pass along?  Jennifer would like to have it handy for her meeting with the undersecretaries tomorrow morning.

Thanks,
Amanda

WASHAR0036187

**From:** Marquis, Matthew R <MarquisMR@state.gov>
**Sent:** Wednesday, July 25, 2018 12:56 PM
**To:** PM-DTCP-RMA
**Cc:** PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F
**Subject:** CPA Media Monitoring: The Sun: WORLD WAR 3D How the rise of 'ghost guns' – which anyone can print in their own home – could flood Europe with lethal, undetectable weapons

[cid:image001.png@01D29279.128F6050]
WORLD WAR 3D How the rise of 'ghost guns' – which anyone can print in their own home – could flood Europe with lethal, undetectable weapons By George Harrison
25 July 2018

MADE from the same plastic as LEGO bricks, this handgun looks more like a toy than a lethal weapon... but don't be fooled.

"The Liberator", as it's been named, is a fully-functioning gun which can be 3D-printed at home and used to fire real bullets.

Alarmingly, all it takes is an instruction manual download, a 3D printer and a couple of hours.

Then you'll end up with an untraceable firearm dubbed a "ghost gun" which can fire up to ten shots before the plastic barrel breaks down - not that it matters when you can just print a replacement.

Made by 'one of the most dangerous men in the world'

The gun is the brainchild of a Texan anarchist called Cody Wilson, a law-school dropout who has been described by gun control campaigners as one of the most dangerous men in the world.

But to his opponents' dismay, the 30-year-old recently won a landmark legal battle on free-speech grounds for the right to share the blueprints for The Liberator online. So now, anyone can print their own arsenal without leaving the house.

The homemade gun blueprints were briefly made public in 2013, and stayed online for two days before the US government intervened and blocked the files from being shared.

But thanks to Wilson's legal victory, from next week, they'll be allowed to go back online.

There are fears this could spark a wave of DIY guns springing up across Europe.

Homemade guns on Britain's streets

Tyler Koslow, editor at 3D printing magazine All3DP.com, told Sun Online: "The recent court settlement regarding 3D printable gun models will have a sizeable impact on the world, particularly in countries with strict gun control laws.

"Back when the first gun model was made public, three of the top five countries to download the model included Spain, Germany, and the UK. As a result, it will now be up to other countries to prevent 3D printable gun models from getting in the hands of their citizens."

WASHAR0036188

Guns that build themselves

In America, it's fine to build guns for your own personal use, although the difficulties and costs of crafting guns in garages has limited this to a hobby for only the most dedicated gun-nuts.

These guns are made entirely of plastic apart from a metal firing pin and an additional sheet of metal - which Wilson was required by law to add so the weapon would still set off metal detectors.

The printing process works by dripping tiny beads of hot plastic on top of one another, following a pattern laid out by the blueprint diagram.

If you have a 3D printer - priced between £1000-£3000 - and access to the web, you'll be able to download the file, press start and let the gun build itself.

The age of the downloadable gun has begun

At the moment, it's not practical or cost-effective for most Americans to print their own guns at home, owing to the high cost of 3D printers and the relatively low quality of plastic guns.

Instead, most will just buy a conventional handgun for greater power, accuracy and durability.

But in Britain, tough firearms restrictions mean 3D printing offers a viable way to get hold of illegal weapons.

Gill Marshall-Andrews, chair of the Gun Control Network, told Sun Online: "An American is already 120 times more likely to be killed with a gun than a person living in the UK.

"The ability to download 3D plans and print a gun can only make matters worse."

100,000 downloads

The Liberator's blueprints were first posted online by Wilson back in 2013 when the gun was developed.

At the time, the State Department was concerned that citizens in other countries (like the UK) would end up downloading the designs and getting their own guns illegally.

So the US government blocked the files - but they had already been downloaded over 100,000 times and picked up by a slew of pirate websites.

Build your own battle rifle

Normally, Americans would need to pass a background check before they can buy a gun, but freely-available blueprints for 3D-printed weapons could offer a way to bypass this law.

And Wilson doesn't intend to stop at DIY plastic pistols.

The anarchist wants to develop more powerful printable weapons, including battle rifles, and also make them available online.

It's also likely that fellow gun enthusiasts will devise and share their own blueprints for different 3D-printed weapons, safe in the knowledge that doing so doesn't break any laws.

2

WASHAR0036189

Now the starting gun has fired on the age of downloadable weapons, the DIY handgun may turn out to be just the beginning.

Link: https://www.thesun.co.uk/news/6850692/ghost-guns-3d-print/

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036190

| **From:** | Miller, Michael F <Millermf@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 5:17 PM |
| **To:** | Heidema, Sarah J; Paul, Joshua M |
| **Subject:** | FW: Sen. Menendez Letter to Secretary Pompeo on 3D Guns Issue |
| **Attachments:** | 7-25-18 Menendez letter to Pompeo re 3d guns.pdf |



Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
Sent: Wednesday, July 25, 2018 4:49 PM
To: Darrach, Tamara A <DarrachTA@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Faulkner, Charles S <FaulknerCS@state.gov>; Miller, Michael F <Millermf@state.gov>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>; Edmund.Rice@mail.house.gov (edmund.rice@mail.house.gov) <edmund.rice@mail.house.gov>; Jamie.mccormick@mail.house.gov
Subject: Sen. Menendez Letter to Secretary Pompeo on 3D Guns Issue

FYI, if you haven't seen.

WASHAR0036191

| | |
|---|---|
| **From:** | Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov> |
| **Sent:** | Wednesday, July 25, 2018 12:32 PM |
| **To:** | Paul, Joshua M |
| **Cc:** | Rice, Edmund; Darrach, Tamara A; Fite, David (Foreign Relations); McCormick, Jamie |
| **Subject:** | Re: Monthly Arms Transfer - Reschedule |

Quick note - I've got a resolution I'm staffing on tomorrow morning's business meeting, which starts at 10am.  Shouldn't take much more than 10-15 minutes, so please start without me and I'll jump in as soon as possible.

Sent from my iPhone

On Jul 23, 2018, at 1:35 PM, Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>> wrote:

Yes, that's the intent.

Official
UNCLASSIFIED

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Monday, July 23, 2018 1:32 PM
To: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>
Cc: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

So Tuesday would be 3-D guns and Thursday would be arms transfers?

From: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Sent: Monday, July 23, 2018 1:28 PM
To: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Cc: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

1pm works for me

From: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Sent: Monday, July 23, 2018 1:25 PM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; 'McCormick, Jamie' <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; 'Rice, Edmund' <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>

WASHAR0036192

Cc: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

Hi everyone,

We are available tomorrow morning (7/24) at 9:30 am, 1:00 pm or 3:30 pm for an unclassified briefing.  Please let me know if a particular timeframe works best for you.

Thanks,
Tamara


Tamara Darrach | Congressional Advisor | Bureau of Legislative Affairs |  U.S. Department of State
2201 C St NW, Rm 7418 | (202) 647-8763 | DarrachTA@state.gov<mailto:DarrachTA@state.gov>


From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Monday, July 23, 2018 10:09 AM
To: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; 'McCormick, Jamie'
<Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations)
<Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; 'Rice, Edmund'
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Cc: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

Thanks.  In the meantime, can PM provide us with the rationale as to why ITAR 126.2's conditions that this suspension is in the "security and foreign policy of the United States"?  It's not immediately obvious.

From: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Sent: Monday, July 23, 2018 9:45 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>;
'McCormick, Jamie' <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; 'Rice, Edmund'
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Cc: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

Hi David,

We are doing our best to line up briefers for tomorrow.  We will circle back.

Thanks,
Tamara

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Monday, July 23, 2018 9:23 AM
To: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; 'McCormick, Jamie'
<Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations)
<Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; 'Rice, Edmund'
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

WASHAR0036193

I'm meeting with the PM A/S nominee at 2 on Tuesday.  Can we do it before then?

From: Fite, David (Foreign Relations)
Sent: Friday, July 20, 2018 4:12 PM
To: 'Darrach, Tamara A' <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

I'm nervous having the briefing on the 3D Gun Settlement Agreement postponed until Thursday, the day before State has to suspend the regulations to apparently allow the publication of the production technology to the rest of the world. Can we have that briefing on Tuesday?

From: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Sent: Friday, July 20, 2018 4:08 PM
To: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

Apologies everyone, we have to reschedule since Secretary Pompeo will be testifying on Wednesday.  Any chance you are available Thursday (7/26) at 10:00 am?

Thanks!
Tamara

From: Darrach, Tamara A [mailto:DarrachTA@state.gov]
Sent: Friday, July 13, 2018 2:26 PM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>
Subject: Monthly Arms Transfer

Good afternoon everyone,

Are you available for our monthly arms transfer briefing on July 25 at 10 am?  Let me know.

Thanks!
Tamara


Tamara Darrach | Congressional Advisor | Bureau of Legislative Affairs |  U.S. Department of State
2201 C St NW, Rm 7418 | (202) 647-8763 | DarrachTA@state.gov<mailto:DarrachTA@state.gov>

WASHAR0036194

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Friday, May 18, 2018 4:45 PM |
| **To:** | PM-Staffers Mailbox |
| **Cc:** | PM-All-Users; PM-Post-Officers-DL; PM-POLAD-DL; ISN-SCO-DL; PM-CPA; AVC-Press-DL; Fong, Isaac JY; Tucker, Maureen E; Ricci, Anthony; Fabry, Steven F; Rogers, Shana A; Abisellan, Eduardo; Cooper, John M; Sullivan, Jerry; Saghieh, Luana; Wyatt, James A; Leventhal, Todd A |
| **Subject:** | PM NEWS CLIPS FOR MAY 14-18, 2018 |

PM NEWS CLIPS FOR May 14-18, 2018

Summary: Topping PM-related news this week was the roll out of proposed rules to USML Categories I-III, which is receiving a polarized media coverage from firearms press and gun control advocates after initially balanced coverage from national and business press.  This week saw the prospects of a summit between North Korean leader Kim Jong Un and President Trump diminish, with North Korean media reporting that the meeting may not occur due to a U.S.-South Korean military exercise that the North claims is a preparation for invasion. Other reports indicate that the reason for the possible cancellation are the demands by the U.S. that North Korea must give up its stockpile of nuclear weapons and permanently end its nuclear program. The White House is proceeding with preparations for the summit and urged North Korea to attend the summit. While speculation about the summit continues, U.S. and South Korean officials are continuing a series of negotiations on the Special Measures Agreement that determines the status of U.S. forces in South Korea and cost-sharing.

This week also saw the dedication ceremony of the U.S. embassy in Jerusalem and a series of violent protests on the border of Gaza, which led the Turkish and South African governments to recall their ambassadors from Israel and Washington. Elsewhere in the region the Saudi-led coalition began operations against the Yemeni port city of Hodeidah, a strategic city that the coalition believes will hasten the end of the conflict in captured. Other stories of note include the visit of the NATO Secretary General to the White House where President Trump reiterated his call for NATO members to meet their defense spending, the opening of a bridge connecting Russia to occupied Crimea by Russian President Putin, the introduction of legislation to block arms sales to Turkey over several disputes, and the success of Muqtada al Sadr in the Iraqi elections that could complicate continued U.S. involvement in the country.

(Editor's note: The PM News Clips is a digest of reports supplementing existing press clippings services that provides a representative sample of significant developments in the broader PM community of interest. Links to these news items do not reflect official endorsement.)

Front Office and Bureau Mentions

·       The Hill, "American security assistance needs to fit with larger foreign policy goals"<http://thehill.com/opinion/national-security/388312-american-security-assistance-needs-to-fit-with-larger-foreign>

·       We are the Mighty, "Why State Department bomb squads clear an area without the military"<https://www.wearethemighty.com/state-department-bomb-squads-military>

·       Pulse Nigeria, "We Trained 27,000 African Peacekeepers Last Year"<http://www.pulse.ng/news/local/we-trained-27-000-african-peacekeepers-last-year-id8395202.html>

WASHAR0036195

·     PM Media Note, "Ambassador Tina Kaidanow, Principal Deputy Assistant Secretary of State for Political-Military Affairs, Travels to Germany, Japan, India, and Singapore"<https://www.state.gov/r/pa/prs/ps/2018/05/282242.htm>

·     Dipnote, "Italy's Center of Excellence for Stability Police Units Trains Police for Peacekeeping Operations"<https://blogs.state.gov/stories/2018/05/16/en/italy-s-center-excellence-stability-police-units-trains-police-peacekeeping>

·     Dipnote, "U.S.-India Joint Training Further Strengthens Peacekeeping Missions in Africa"<https://blogs.state.gov/stories/2018/05/15/en/us-india-joint-training-further-strengthens-peacekeeping-missions-africa>
-------

    Special Coverage: CATS I-III

·     Washington Times, "Trump move would make it easier for U.S. gun manufacturers to export firearms"<https://www.washingtontimes.com/news/2018/may/14/trump-administration-moves-shift-small-arms-gun-ex/>

·     The Trace, "Trump Administration Advances Plan to Relax Gun Export Rules"<https://www.thetrace.org/rounds/gun-export-rules-trump-administration-plan/>

·     Defense News, "Selling guns abroad could get easier, thanks to the Trump administration"<https://www.defensenews.com/global/2018/05/15/selling-guns-could-got-easier-thanks-to-the-trump-administration/>

·     The Hill, "Trump administration releases plan to shift gun export approvals"<http://thehill.com/regulation/administration/387785-trump-administration-releases-plan-to-shift-gun-export-approvals#.WvsjN8ddXjs.twitter>

·     InSight Crime, "US easing of gun export controls could send new wave of arms to LatAm"<https://www.insightcrime.org/news/analysis/easing-us-firearm-export-controls-exacerbate-violence-mexico/>

·     American Shipper, "Export reform triggers gun, ammo control shift"<https://www.americanshipper.com/main/full/export-reform-triggers-gun-ammo-control-shift-71392.aspx>

·     Ammoland (blog), "Trump State Department Looks to Stream Line Firearms Exports & Open US Markets"<https://www.ammoland.com/2018/05/trump-state-department-looks-to-stream-line-firearms-exports-open-us-markets/#ixzz5Ft6VufQt>

·     Guns America, "New Trump Regs Would Alleviate Registration Costs for Gunsmiths, FFLs"<https://www.gunsamerica.com/blog/trump-reg-registration-costs-ffl/>

·     Recoil Web, "Trump Administration Publishes Proposed Rule to Remove a Variety of Firearms from ITAR"<http://www.recoilweb.com/trump-administration-publishes-proposed-rule-to-remove-a-variety-of-firearms-from-itar-137327.html#ixzz5FhJO4Cu7>

·     Accurate Shooter, "Good News for Gunsmiths — Major ITAR Changes Coming"<http://bulletin.accurateshooter.com/2018/05/good-news-for-gunsmiths-major-itar-changes-coming/>

·     Guns, "State Department releases draft of relaxed export rules"<http://www.guns.com/2018/05/16/state-department-releases-draft-of-relaxed-export-rules/>

WASHAR0036196

·   Florida Politics, "Ted Deutch calls out Trump administration over push to ease exporting of guns"<http://floridapolitics.com/archives/263842-deutch-ease-exporting-guns>

·   Export Law Blog, "Export Control Reform Finally Announced for Guns and Ammo"<https://www.exportlawblog.com/archives/9164>

·   Export Law Blog, "DDTC's Buzzer Beater to Save Brokering Authority over Firearms Misses the Hoop"<https://www.exportlawblog.com/archives/9169>

·   Prince Law, "Trump to Alleviate ITAR Obligations for Firearm and Ammunition Manufacturers and Gunsmiths"<https://blog.princelaw.com/2018/05/15/trump-to-alleviate-itar-obligations-for-firearm-and-ammunition-manufactures-and-gunsmiths/>

Congressional & Public Affairs (PM/CPA)

USG/OTHER RELEASES

·   DOS, "United Arab Emirates: Discussions Seek Level Playing Field<https://www.state.gov/r/pa/prs/ps/2018/05/282072.htm>"

·   DOS, "Secretary Pompeo's Meeting With Foreign Minister Sheikh Abdullah bin Zayed Al Nahyan of the United Arab Emirates<https://www.state.gov/r/pa/prs/ps/2018/05/282079.htm>"

·   DOS, "Secretary Pompeo's Calls With French Foreign Minister Le Drian, UK Foreign Secretary Johnson, and German Foreign Minister Maas<https://www.state.gov/r/pa/prs/ps/2018/05/282070.htm>"

·   DOD, "Readout of Secretary of Defense James N. Mattis' Bilateral Meeting with Iceland's Minister for Foreign Affairs<https://www.defense.gov/News/News-Releases/News-Release-View/Article/1522807/readout-of-secretary-of-defense-james-n-mattis-bilateral-meeting-with-icelands/>"

·   DOS, "On the Opening of U.S. Embassy Jerusalem <https://www.state.gov/secretary/remarks/2018/05/282066.htm> "

·   DOS, "Oppression of Baha'is in Yemen<https://www.state.gov/r/pa/prs/ps/2018/05/282075.htm>"

·   DOS, "The Opening of the Kerch Bridge in Crimea<https://www.state.gov/r/pa/prs/ps/2018/05/282116.htm>"

·   DOS, "State Department Terrorist Designations of ISIS in the Greater Sahara (ISIS-GS) and Adnan Abu Walid al-Sahrawi<https://www.state.gov/r/pa/prs/ps/2018/05/282168.htm>"

·   DOS, "Secretary Pompeo's Meeting With Uzbekistan President Shavkat Mirziyoyev<https://www.state.gov/r/pa/prs/ps/2018/05/282216.htm>"

·   DOD, "Readout of Secretary Mattis Meeting with Uzbekistan President<https://www.defense.gov/News/News-Releases/News-Release-View/Article/1524833/readout-of-secretary-mattis-meeting-with-uzbekistan-president/>"

·   DOS, "Report of the OPCW Fact-Finding Mission in Syria Regarding an Alleged Incident in Saraqib, Syrian Arab Republic on 4 February 2018<https://www.state.gov/r/pa/prs/ps/2018/05/282203.htm>"

·   DOS, "2018 U.S.-Vietnam Human Rights Dialogue<https://www.state.gov/r/pa/prs/ps/2018/05/282211.htm>"

WASHAR0036197

· DOS, "Secretary Pompeo To Deliver Remarks on U.S. Policy on Iran at The Heritage Foundation<https://www.state.gov/r/pa/prs/ps/2018/05/282224.htm>"

· DOS, "Briefing on Iran<https://www.state.gov/r/pa/prs/ps/2018/05/282223.htm>"

HILL NEWS

· Al-Monitor, "Congress puts US military sales to Turkey in jeopardy"<https://www.al-monitor.com/pulse/originals/2018/05/congress-us-military-sales-turkey-jeopardy.html>

· Defense News, "Lawmakers seek $7.5 billion to counter China's rise"<https://www.defensenews.com/congress/2018/05/15/lawmakers-seek-75-billion-to-counter-chinas-rise/?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%205.16.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

· The Hill, "Lawmakers seek to limit US involvement in Yemen's civil war"<http://thehill.com/policy/defense/388327-slew-of-defense-bill-amendments-target-us-involvement-in-yemen-civil-war>

REPORTS/JOURNALS/MULTIMEDIA/COMMENTARY

· Cipher Brief, "Violence in Gaza: "An ugly witch's brew"<https://www.thecipherbrief.com/article/middle-east/violence-gaza-ugly-witchs-brew>

· Defense One, "The US should embrace the EU's new defense-cooperation plan"<https://www.defenseone.com/ideas/2018/05/us-should-embrace-eus-new-defense-cooperation-plan/148158/?oref=d-channelriver>

· Breaking Defense, "Houthi missiles: The Iran connection; Scuds are not dead yet"<https://breakingdefense.com/2018/05/houthi-missiles-the-iran-connection-scuds-are-not-dead-yet/>

· RealClear Defense, "How a Venezuelan collapse could draw in the United States"<https://www.realcleardefense.com/articles/2018/05/18/how_a_venezuelan_collapse_could_draw_in_the_united_states_113465.html>

· National Interest, "How Trump Can Deal with North Korea's Pre-Summit Outburst"<http://nationalinterest.org/feature/how-trump-can-deal-north-koreas-pre-summit-outburst-25870>

· War on the Rocks, "Playing the Long Game in Iraq"<https://warontherocks.com/2018/05/playing-the-long-game-in-iraq/>
-------

Regional Security, Arms Transfers, and Security Assistance (PM/RSAT & PM/SA)

ARMS SALE POLICY

· National Interest, "Trump's plan for selling weapons to the Middle East"<http://nationalinterest.org/feature/trumps-plan-selling-weapons-the-middle-east-25839?page=show>

· Defense News, "Flood gates could open on US drone sales to the Middle East"<https://www.defensenews.com/digital-show-dailies/sofex/2018/05/11/us-drone-sales-could-heat-up-in-the-

4

WASHAR0036198

middle-east/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2014.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

· CATO Institure, "Trump's New Arms Sales Policy: What You Should Know"<https://www.cato.org/blog/trumps-new-arms-sales-policy-what-you-should-know>

· Defense One, "How to Sell a COIN Aircraft in a Great-Power Era"<https://www.defenseone.com/business/2018/05/selling-coin-great-power-era/148281/?oref=defenseone_today_nl>

SECURITY SECTOR ASSISTANCE POLICY

· Just Security, "Legal Limits on Military Assistance to Proxy Forces: Pathways for State and Official Responsibility"<https://www.justsecurity.org/56272/legal-limits-military-assistance-proxy-forces-pathways-state-official-responsibility/>

AF

· All Africa, "Nigerian army in 'final push' to rid Lake Chad of Boko Haram"<http://allafrica.com/view/group/main/main/id/00061084.html>

· All Africa, "Dozens die in fighting between two Somali states over disputed land"<http://allafrica.com/stories/201805170522.html>

· Defence Web, "Members of Djibouti's first Rapid Intervention Battalion graduate"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=51661:members-of-djiboutis-first-rapid-intervention-battalion-graduate&catid=50:Land&Itemid=105>

· All Africa, "Somalia says it's ready to take over security responsibility from AU"<http://allafrica.com/stories/201805150278.html>

· Air Force Times, "Following Niger ambush, Pentagon promises more air support in Africa"<https://www.airforcetimes.com/flashpoints/2018/05/13/following-niger-ambush-pentagon-promises-more-air-support-in-africa/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2014.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

· The Hill, "Pentagon probing raid that allegedly killed five Somali civilians"<http://thehill.com/policy/defense/387333-pentagon-probing-raid-that-allegedly-killed-five-somali-civilians>

· Business Day, "National Assembly declines approval for Buhari's $496m Tucano jet spending"<https://www.businessdayonline.com/national-assembly-declines-approval-buharis-496m-tucano-jet-spending/>

· Daily Beast, "A 'Firefight' in Somalia Exposes Weaknesses of Pentagon Combat Rules in Africa"<https://www.thedailybeast.com/a-firefight-in-somalia-exposes-weaknesses-of-pentagon-combat-rules-in-africa>

· Defence Web, "Cameroon officially receives Cessna 208s"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=51674:cameroon-officially-receives-cessna-208s&catid=35:Aerospace&Itemid=107>

WASHAR0036199

·       All Africa, "Nigeria: Army takes delivery of ammunition to boost fight against terrorism"<http://allafrica.com/stories/201805180013.html>

·       Africa News, "Ghana's security chiefs worried over bloody police-military clash"<http://www.africanews.com/2018/05/18/ghana-s-security-chiefs-worried-over-bloody-police-military-clash/>

·       Reuters, "U.S. accuses Cameroon of 'targeted killings' of Anglophones"<https://www.reuters.com/article/us-cameroon-usa/u-s-accuses-cameroon-of-targeted-killings-of-anglophones-idUSKCN1IJ23Y>

EAP

·       Military Times, "North Korea threatens to cancel summit over US-South Korea military air exercises"<https://www.militarytimes.com/flashpoints/2018/05/15/north-korea-threatens-to-cancel-summit-over-us-south-korea-military-exercises-news-report-says/?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%205.16.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

·       Military Times, "Pompeo: US will need to give Kim Jong Un security assurances"<https://www.militarytimes.com/flashpoints/2018/05/13/pompeo-us-will-need-to-give-kim-jong-un-security-assurances/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2014.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

·       Yonhap, "N. Korea cancels high-level talks with S. Korea over military drill"<http://english.yonhapnews.co.kr/news/2018/05/16/0200000000AEN20180516000500315.html>

·       CNN, "China using 'debtbook diplomacy' to spread its strategic aims in Asia Pacific"<https://www.cnn.com/2018/05/15/asia/china-us-australia-debt-diplomacy-intl/index.html>

·       RealClear Defense, "China's Navy prepares to close the gap on the U.S."<https://www.realcleardefense.com/articles/2018/05/14/chinas_navy_prepares_to_close_the_gap_on_the_us_113442.html>

·       Asia Times, "China's missiles in the South China Sea mean girding for war"<http://www.atimes.com/article/chinas-missiles-in-the-south-china-sea-mean-girding-for-war/>

·       War on the Rocks, "Re-Orienting American Sea Power for the China Challenge"<https://warontherocks.com/2018/05/re-orienting-american-sea-power-for-the-china-challenge/>

·       Global Nation, "China militarization of sea raises 'great concern' in US"<http://globalnation.inquirer.net/167011/china-militarization-sea-raises-great-concern-us>

·       Business Insider, "Beijing says no oil, gas activities in the South China Sea waters without its permission"<http://www.businessinsider.com/beijing-no-oil-gas-activities-in-south-china-sea-without-permission-2018-5>

·       Japan Times, "China admits military exercises intended to threaten Taiwan"<https://www.japantimes.co.jp/news/2018/05/16/asia-pacific/china-admits-military-exercises-intended-threaten-taiwan/#.Wv11qKrRW70>

·       The Diplomat, "Defense Minister: Taiwan Is Seeking F-35 Stealth Fighter"<https://thediplomat.com/2018/05/defense-minister-taiwan-is-seeking-f-35-stealth-fighter/>

WASHAR0036200

· Washington Post, "Amid warnings from China, Taiwan boosts domestic arms makers"<https://www.washingtonpost.com/world/asia_pacific/isolated-and-threatened-taiwan-boosts-domestic-arms-makers/2018/05/13/d8f8cc8a-5713-11e8-9889-07bcc1327f4b_story.html?utm_term=.56b11adecb20>

· Express, "US to give 'regular ARMS SALES' to Taiwan to help fight China as tensions continue to RISE"<https://www.express.co.uk/news/world/960906/america-sell-arms-taiwan-fight-china-us-politics>

· Antara News, "TNI receives eight Apache attack helicopters"<https://en.antaranews.com/news/115738/tni-receives-eight-apache-attack-helicopters>

· Japan Times, "Defense minister mentions Akita and Yamaguchi as candidate sites for Aegis Ashore, naming specific prefectures for first time"<https://www.japantimes.co.jp/news/2018/05/15/national/politics-diplomacy/defense-minister-mentions-akita-yamaguchi-candidate-sites-aegis-ashore-naming-specific-prefectures-first-time/#.WvsOC6rRW71>

· Korea Times, "Boeing, Saab, Airbus to bid for Korea's patrol aircraft"<http://www.koreatimes.co.kr/www/nation/2018/05/356_249029.html>

· Defense News, "New team emerges to compete for South Korea's Chinook upgrade"<https://www.defensenews.com/global/asia-pacific/2018/05/17/new-team-emerges-to-compete-for-south-koreas-chinook-upgrade/>

· War on the Rocks, "The Dangers of Allowing US-Philippine Defense Cooperation to Languish"<https://warontherocks.com/2018/05/the-dangers-of-allowing-u-s-philippine-defense-cooperation-to-languish/>

EUR

· Deutsche Welle, "Russia-Crimea bridge opened by Vladimir Putin"<http://www.dw.com/en/russia-crimea-bridge-opened-by-vladimir-putin/a-43787576?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2017.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

· Fifth Domain, "How would NATO respond to a cyberattack?"<https://www.fifthdomain.com/international/2018/05/16/how-would-nato-respond-to-a-cyber-attack-well-see/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2017.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

· Stars & Stripes, "As Germany prepares for NATO crisis-response role, its military readiness is 'abysmal'"<https://www.stripes.com/news/as-germany-prepares-for-nato-crisis-response-role-its-military-readiness-is-abysmal-1.527253>

· Deutsche Welle, "Angela Merkel hints at increased military spending"<http://www.dw.com/en/angela-merkel-hints-at-increased-military-spending/a-43784089?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205/15/18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

· RealClear Defense, "A competitive strategy to counter Russian aggression against NATO"<https://www.realcleardefense.com/articles/2018/05/15/a_competitive_strategy_to_counter_russian_aggression_113447.html>

WASHAR0036201

·   Reuters, "NATO spending target not some 'fetish' for Germany: Merkel"<https://www.reuters.com/article/us-germany-military/nato-spending-target-not-some-fetish-for-germany-merkel-idUSKCN1IF1TN>

·   Defense News, "Trump: NATO allies who miss spending defense targets will be 'dealt with'"<https://www.defensenews.com/global/the-americas/2018/05/17/trump-nato-allies-who-miss-spending-targets-will-be-dealt-with/>

·   Reuters, "Russia counting more on propaganda: NATO official"<https://www.reuters.com/article/us-nato-russia/russia-counting-more-on-propaganda-nato-official-idUSKCN1IF17P>

·   CNN, "Turkey recalls envoys to US, Israel over embassy move"<https://www.cnn.com/2018/05/14/politics/turkey-ambassador-us-israel/index.html>

·   Defense News, "New team seeks local firms for Finland's fighter replacement contract"<https://www.defensenews.com/industry/2018/05/11/new-team-seeks-local-firms-for-finlands-fighter-replacement-contract/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2014.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

·   Business Insider, "Putin is cutting down on military spending to pay for his 'Russia First' agenda"<http://www.businessinsider.com/putin-reduces-military-spending-to-pay-for-his-russia-first-agenda-2018-5>

·   Reuters, "Bulgaria government approves plan to buy fighter jets, armored vehicles"<https://www.reuters.com/article/us-bulgaria-defence/bulgaria-government-approves-plan-to-buy-fighter-jets-armored-vehicles-idUSKCN1IH1IB>

·   Financial Times, "US urges UK to push ahead with F-35 fighter jets deal"<https://www.ft.com/content/84560508-577c-11e8-b8b2-d6ceb45fa9d0>

·   U.S. Army, "Maryland National Guard celebrates 25 years of partnership with Estonia"<https://www.army.mil/article/205489/maryland_national_guard_celebrates_25_years_of_partnership_with_estonia>

·   Aviation International News, "After 50 Years, Boeing's Chinook Sales Appeal Is Undiminished"<https://www.ainonline.com/aviation-news/defense/2018-05-17/after-50-years-boeings-chinook-sales-appeal-undiminished>

NEA    <http://www.reuters.com/article/us-nato-defence-baltics-germany-idUSKBN1691UR>

·   Deutsche Welle, "With 'Islamic State' in tatters, al-Qaida renews call for jihad"<http://www.dw.com/en/with-islamic-state-in-tatters-al-qaida-renews-call-for-jihad/a-43806864?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2017.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

·   Al-Monitor, "Pentagon OKs $90 million for Lebanese army amid Hezbollah gains"<https://www.al-monitor.com/pulse/originals/2018/05/pentagon-ok-90-million-lebanon-army-hezbollah.html?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2017.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

·   Washington Post, "Maverick cleric's election upset could rattle U.S.-Iraq relations"<https://www.washingtonpost.com/world/surprise-showing-by-maverick-cleric-could-shake-up-iraqs-relations-with-the-us/2018/05/14/55258a72-5535-11e8-a6d4-

WASHAR0036202

ca1d035642ce_story.html?utm_campaign=ebb%205/15/18&utm_medium=email&utm_source=Sailthru&utm_term=.3b 39e9d8c30c>

·   The Hill, "Navy predicts 'period of uncertainty' in Gulf after Trump's withdrawal from Iranian deal"<http://thehill.com/policy/defense/387697-navy-predicts-period-of-uncertainty-in-gulf-after-trumps-withdrawal-from>

·   The National, "Arab Coalition launches military operations towards Yemen's Hodeidah"<https://www.thenational.ae/world/mena/arab-coalition-large-scale-military-operation-launched-in-yemen-s-hodeidah-1.730182>

·   Air Force Times, "Iraqi air successes can mean a reduced need for US military assets"<https://www.airforcetimes.com/flashpoints/2018/05/11/iraqi-air-successes-can-mean-a-reduced-need-for-us-military-assets/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2014.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

·   Fox News, "'I gave the US trucks and ammunition to Al Qaeda': The chaotic US effort to arm Syrian rebels"<http://www.foxnews.com/world/2018/05/15/gave-us-trucks-and-ammunition-to-al-qaeda-chaotic-us-effort-to-arm-syrian-rebels.html>

·   The Hill, "Don't count Lebanon's election as a victory for Hezbollah"<http://thehill.com/opinion/international/387694-dont-count-lebanons-election-as-a-victory-for-hezbollah>

·   Bloomberg, "Cargo of Russian Wheat Hit by Missile Near Yemen Destination"<https://www.bloomberg.com/news/articles/2018-05-14/cargo-of-russian-wheat-hit-by-missile-near-yemen-destination?utm_source=google&utm_medium=bd&cmpId=google>

·   Calcalistech, "Regional Violence Highlights a Middle Eastern Arms Race"<https://www.calcalistech.com/ctech/articles/0,7340,L-3738042,00.html'>

·   The Intercept, "U.S. Moves Forward With Multibillion-Dollar "Smart Bomb" Sale to Saudi Arabia and UAE Despite Civilian Deaths in Yemen"<https://theintercept.com/2018/05/11/american-saudi-arabia-weapons-deal-yemen-uae/>

·   Al-Monitor, "Saudi defense spending soars, but not to America's benefit"<http://www.al-monitor.com/pulse/originals/2018/05/saudi-defense-spending-economy-washington-yemen.html#ixzz5FTqyMuuY>

·   DOD, "Qatar, West Virginia Guard Establish New Partnership"<https://www.defense.gov/News/Article/Article/1523739/qatar-west-virginia-guard-establish-new-partnership/>

·   Middle East Eye, "Middle East drone wars heat up amid surge in armed UAV sales"<http://www.middleeasteye.net/news/middle-east-drone-wars-hot-amid-surge-armed-uav-sales-1980204736>

·   Reuters, "U.S. State Department OKs possible $45 million sale of bomb bodies to Bahrain"<https://www.reuters.com/article/us-usa-bahrain/us-state-department-oks-possible-45-million-sale-of-bomb-bodies-to-bahrain-idUSKCN1IJ1MH>

SCA

·   Economic Times, "Declaring India 'Major Defence Partner' opens door for increased cooperation: US official"<https://economictimes.indiatimes.com/news/defence/declaring-india-major-defence-partner-opens-door-for-increased-cooperation-us-official/printarticle/64188574.cms>

WASHAR0036203

·     Radio Free Europe, "Afghan forces 'push back Taliban' From Western city of Farah"<https://www.rferl.org/a/afghanistan-forces-push-back-taliban-from-western-city-of-farah/29229458.html?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2017.05.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

·     Business Insider, "US releases video of drone strikes that just killed 28 Taliban fighters in Afghanistan"<http://www.businessinsider.com/video-shows-drone-strikes-killing-28-taliban-fighters-in-afghanistan-2018-5>

·     Daily Mail, "India halts Kashmir military operations for Ramadan"<http://www.dailymail.co.uk/wires/afp/article-5736289/India-halts-Kashmir-military-operations-Ramadan.html>

·     India New England, "Modi to meet Putin amid US sanctions against Russia"<http://indianewengland.com/2018/05/modi-to-meet-putin-amid-us-sanctions-against-russia/>

·     Lowy Institute, "China's play for military bases in the eastern Indian Ocean"<https://www.lowyinstitute.org/the-interpreter/china-s-play-military-bases-eastern-indian-ocean>

·     East Asia Forum, "Modi and Xi reset China–India relations"<http://www.eastasiaforum.org/2018/05/14/modi-and-xi-reset-china-india-relations/>

·     New York Times, "U.S. Diplomat leaves Pakistan amid uproar over fatal accident"<https://www.nytimes.com/2018/05/14/world/asia/pakistan-us-diplomat.html>

·     Voice of America, "Pakistan's diplomatic dispute with US intensifies"<https://www.voanews.com/a/pakistan-s-diplomatic-dispute-with-us-intensifies/4391774.html>

·     India West, "Modi, Putin to Hold Informal Summit Amid U.S. Sanctions Against Russia"<http://www.indiawest.com/news/india/modi-putin-to-hold-informal-summit-amid-u-s-sanctions/article_d479ef04-57c2-11e8-95f6-3ba56591998c.html>

·     The Nation Pakistan, "Pakistan looks beyond US as tension soars"<https://nation.com.pk/14-May-2018/pakistan-looks-beyond-us-as-tension-soars>

·     Tampa Bay News, "9 dead as India, Pakistan trade fire along Kashmir border"<http://www.tampabay.com/-dead-as-india-pakistan-trade-fire-along-kashmir-border-ap_world29b75bb08da44e8097fd2c0b627d2ba2>

WHA

·     Yahoo, "Venezuela's leader seeks N.Korea-style talks with US"<https://www.yahoo.com/news/venezuelas-leader-seeks-n-korea-style-talks-us-200910638.html>

·     Financial Tribune, "Bolivian army chief in cooperation talks with Iran"<https://financialtribune.com/articles/national/86509/bolivian-army-chief-in-cooperation-talks>

·     Americas Quarterly, "The strategy behind China's diplomatic offensive in Latin America"<http://americasquarterly.org/content/strategy-behind-chinas-diplomatic-offensive-latin-america>

·     The Local, "German gun firm execs on trial over 'illegal' rifle shipments to Mexico"<https://www.thelocal.de/20180515/trial-starts-of-german-gun-firm-staff-over-illegal-rifle-sales-to-mexico>

WASHAR0036204

·   Yahoo, "Colombia rebels declare election ceasefire"<https://www.yahoo.com/news/colombia-rebels-declare-election-ceasefire-103655550.html>

·   WTOP, "Nicaragua's army urges end to violence as protests continue"<https://wtop.com/latin-america/2018/05/nicaraguas-army-urges-end-to-violence-as-protests-continue/>

·   Truth-Out, "US-Trained Special Forces Joined Police Crackdown on Dam Protesters in Honduras"<http://www.truth-out.org/news/item/44502-us-trained-special-forces-joined-police-crackdown-on-dam-protesters-in-honduras>

·   My Statesman, "Mexico frontrunner could stymie U.S. cooperation on cartels, migration"<https://www.mystatesman.com/news/national-govt--politics/mexico-frontrunner-could-stymie-cooperation-cartels-migration/CI6kW3pAcv1KYPK7Q2Wk0O/>

·   Washington Post, "Empty stomachs drive Venezuela soldiers to desert in droves"<https://www.washingtonpost.com/world/the_americas/empty-stomachs-drive-venezuela-soldiers-to-desert-in-droves/2018/05/18/e7de40f8-5a52-11e8-9889-07bcc1327f4b_story.html?utm_term=.891fd3fa7f56>

EXERCISES

·   Manila Times, "'Timely Balikatan' made PH troops 'more capable' in fighting terrorists, says military chief"<http://www.manilatimes.net/timely-balikatan-made-ph-troops-more-capable-in-fighting-terrorists-says-military-chief/399543/>
-------

Directorate of Defense Trade Controls (PM/DDTC)

·   Buzzfeed, "Somebody Is Stocking Up On The Vietnam War's Most Notorious Weapon"<https://www.buzzfeed.com/aramroston/napalm-thor-arms-dealer-cia-vietnam-war-weapon?utm_term=.hw97P1j70#.cdegDwXgy>

·   War is Boring, "Chile Dismantles 'First' Arms Trafficking Ring Importing US Weapons"<https://warisboring.com/chilean-gangsters-exploit-lax-u-s-gun-laws/>

·   American Shipper, "Officials push for foreign investment reform"<https://www.americanshipper.com/main/news/lawmakers-push-for-foreign-investment-reform-71403.aspx?source=Big4>

·   FT, "Senators ditch plan to review US outbound investments"<https://www.ft.com/content/a1fcfeec-57cf-11e8-bdb7-f6677d2e1ce8>

·   Bloomberg, "Trump's Cave to China's ZTE Hurts His Iran Strategy"<https://www.bloomberg.com/view/articles/2018-05-15/trump-s-leniency-with-china-s-zte-hurts-his-iran-strategy>
-------

Global Programs and Initiatives (PM/GPI)

PEACEKEEPING

·   ReliefWeb, "The world needs robust peacekeeping not aggressive peacekeeping"<https://reliefweb.int/report/world/world-needs-robust-peacekeeping-not-aggressive-peacekeeping>

WASHAR0036205

·      Hindustan Times, "India eyes a larger say in UN peacekeeping operations"<https://www.hindustantimes.com/india-news/india-eyes-a-larger-say-in-un-peacekeeping-operations/story-6rWRcxgbFxk7IPXXvwjYeO.html>

·      Pulse Nigeria, "We trained 27,000 African Peacekeepers last year"<http://www.pulse.ng/news/local/we-trained-27-000-african-peacekeepers-last-year-id8395202.html>


WOMEN, PEACE, & SECURITY

·      No Updates

MARITIME SECURITY

·      Japan Times, "Japan focuses on maritime security in new ocean policy"<https://www.japantimes.co.jp/news/2018/05/15/national/politics-diplomacy/japan-focuses-maritime-security-new-ocean-policy/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%205/15/18&utm_term=Editorial%20-%20Early%20Bird%20Brief#.WvrOKarRW70>

·      Stars & Stripes, "Multinational exercise in Gulf of Aden aims to further reduce piracy"<https://www.stripes.com/news/multinational-exercise-in-gulf-of-aden-aims-to-further-reduce-piracy-1.527081>
-------

Weapons Removal & Abatement (PM/WRA)

·      HALO Trust (press release), "50,000 Landmines Cleared In Zimbabwe"<https://www.halotrust.org/media-centre/impact-stories/50-000-landmines-cleared-in-zimbabwe/>

·      Khmer Times, "CMAA on challenges deminers face"<https://www.khmertimeskh.com/50490227/cmaa-on-challenges-deminers-face/>

·      Asia Times, "Laos: The legacy of the US 'secret war' still takes a deadly toll"<http://www.atimes.com/laos-the-legacy-of-the-us-secret-war-still-takes-a-deadly-toll/>

·      Khmer Times, "Mine-free 2025 goal hampered by funding holes"<https://www.khmertimeskh.com/50490573/mine-free-2025-goal-hampered-by-funding-holes/>
-------

Security Negotiations & Agreements (PM/SNA)

·      Korea Times, "S. Korea, US holds new round of talks on defense cost"<https://www.koreatimes.co.kr/www/nation/2018/05/356_248953.html>
-------

State-Defense Integration

·      No updates

WASHAR0036206

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upcoming Think Tank Events

Reports

·    Foreign Affairs/AEI, "The Never-Ending War on Terror<https://www.foreignaffairs.com/articles/2018-05-11/never-ending-war-terror>"

·    Atlantic Council, "The United States-Lebanese Armed Forces Partnership: Challenges, Risks, and Rewards<http://www.atlanticcouncil.org/publications/issue-briefs/the-united-states-lebanese-armed-forces-partnership-challenges-risks-and-rewards>"

·    Atlantic Council, "The US-India Defense Partnership: Trending Upward<http://www.atlanticcouncil.org/blogs/new-atlanticist/the-us-india-defense-partnership-trending-upward>"

·    Atlantic Council, "Georgia's Path Westward<http://www.atlanticcouncil.org/publications/reports/georgias-path-westward>"

·    Bipartisan Policy Center, "U.S. Policy Toward Iran: Strategic Options<https://bipartisanpolicy.org/library/us-policy-toward-iran-strategic-options/>"

·    Cato, "Trump's New Arms Sales Policy: What You Should Know<https://www.cato.org/blog/trumps-new-arms-sales-policy-what-you-should-know>"

·    CFR, "The Strategic Implications of Malaysia's Election Stunner<https://www.cfr.org/blog/strategic-implications-malaysias-election-stunner>"

·    CSIS, "Developing a Containment Strategy in Syria<https://www.csis.org/analysis/developing-containment-strategy-syria>"

·    IISS, "Understanding Modi's Vision for the Indo-Pacific<https://www.iiss.org/en/iiss%20voices/blogsections/iiss-voices-2018-2623/may-c4af/modis-vision-for-the-indo-pacific-dd0f>"

·    NBR, "Strengthening U.S.-Taiwan Defense Relations<http://www.nbr.org/research/activity.aspx?id=863>"

Events
5/21

·    Atlantic Council, "Middle East after the Iran Deal: From Escalation to Conflagration<http://www.atlanticcouncil.org/events/upcoming-events/detail/middle-east-after-the-iran-deal>"  A panel will discuss President Trump's decision to withdraw the United States from the Iran nuclear deal, and continued escalation between Israel and Iran in Syria, and whether we are on the verge of a showdown between Israel and Iran, or worse, regional conflagration.
5/22

·    Foundation for Defense of Democracies, "Elections in Lebanon and Iraq: Understanding the Results and Implications for U.S. Policy<http://www.defenddemocracy.org/events/elections-in-lebanon-and-iraq-understanding-the-results-and-implications-fo/>"  Conversation featuring former U.S. Ambassador to Iraq, Afghanistan, and the United Nations Zalmay Khalilzad; and former Iraqi Ambassador to the U.S. Rend Al-Rahim.

WASHAR0036207

·       Forum on the Arms Trade/Stimson, "Taking Aim: Forum on the Arms Trade Annual Conference<https://www.forumarmstrade.org/ac2018.html>" Conference features Sen Chris Murphy, current and recent government officials, investigative reporters, human rights leaders, researchers, and a former arms dealer. Discussions will focus on the effects of the global arms trade on human and national security, and discuss how the U.S. can better assess risk when transferring arms.

5/23

·       Arab Gulf States Institute, "Shake-up in the Middle East: How Will Regional Powers Respond?"<http://www.agsiw.org/programs/shake-middle-east-will-regional-powers-respond/>
A panel will discuss the U.S. withdrawal from the Joint Comprehensive Plan of Action, crucial elections in Iraq and Lebanon, and intensifying hostilities between Iran and Israel over Syria, the Middle East's strategic landscape is being rapidly redrawn.

·       Atlantic Council, "The Road to NATO's Brussels Summit<http://www.atlanticcouncil.org/events/upcoming-events/detail/the-road-to-natos-brussels-summit>" A conversation with The Hon. Kay Bailey Hutchison, Permanent Representative of the US to NATO, H.E. Sarah MacIntosh, Permanent Representative of the UK to NATO and H.E. Kerry Buck, Permanent Representative of Canada to NATO on "The Road to NATO's Brussels Summit".

·       Heritage, "2nd Annual U.S.-Georgia Strategic Partnership Conference<https://www.heritage.org/europe/event/2nd-annual-us-georgia-strategic-partnership-conference>"

5/24

·       Brookings, "America First, Europe alone<https://www.brookings.edu/events/america-first-europe-alone/>?" A panel will discuss the trajectory of trans-Atlantic relations; whether the allies can bridge the gaps that divide them; how important Europe, and particularly the European Union, is to the Trump administration; and whether European states can and will fend for themselves.

5/25

·       No events of note.

14

WASHAR0036208

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
|---|---|
| Sent: | Tuesday, June 05, 2018 3:09 PM |
| To: | PM-DTCP-RMA |
| Cc: | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| Subject: | CPA Media Monitoring: New York Daily News: Trump administration's proposed easing of gun export rules could make 3-D weapons readily available |

[cid:image001.png@01D29279.128F6050]
Trump administration's proposed easing of gun export rules could make 3-D weapons readily available By Denis Slattery
5 June 2018

The Trump administration's proposed rules making it easier for gun manufacturers to sell firearms overseas could have unforeseen consequences.

The regulations will allow companies the opportunity to distribute instructions for virtually untraceable 3-D-printing weapons - skirting current gun export laws.

Open-source technology such as 3-D printing plans for firearms would be regulated by the Commerce Department and not invoke arms export law - meaning anyone, anywhere could conceivably make their own guns free from tracking or oversight.

Experts fear that such a scenario could prove devastating as 3-D printing technology improves. A RAND Corporation paper released last month voiced concern over the proliferation of 3-D printed weapons.

The think thank concedes that 3-D printing, also known as "additive manufacturing," has progressed the development of limb prosthetics and machinery parts, but warned there is an underlying danger.

"Lone-wolf attacks may become more lethal when individuals have ready access to 3-D printers," RAND associate political scientist Trevor Johnston, lead author on the study, told Army Technology last month. "Even in countries like the United States, where gun control laws have done little to restrict access to semi-automatic weapons, additive manufacturing could increase the risk of violence and murder."

The Washington Post pointed out Tuesday that gun rights activist Cody Wilson produced a fully operable 3-D-printed pistol in 2013.

Wilson claims to have plans for an AR-15 ready to distribute when legal hurdles are cleared. The vocal proponent of homemade guns has been caught in a legal battle with the State Department for years after feds claimed he must register as a weapons manufacturer.

The 3-D gun rules are part of a larger rewrite of laws that would make it easier for major American gun manufacturers to sell small arms to foreign buyers.

The administration has been working on the change for months, ensuring that oversight of international non-military firearms sales will shift from the State Department to the Commerce Department.

The new rules would move both the licensing and supervision for export of most non-military firearms and ammunition to Commerce officials, who Trump has asked to ease the overall regulatory burden on exporters.

1

WASHAR0036209

Efforts to ease the rules have been under way since the Obama administration, but the 2012 Sandy Hook school shooting, which left 20 children and six adults dead, slowed the process.

The National Rifle Association, the country's largest gun lobbyist and a major financial backer of Trump, said the move will "benefit both the domestic firearms industry and improve national security."

Gun sales are down in the U.S. since Trump took office, prompting calls for the administration to streamline overseas sales.

Under the proposal, commercial gun exports would no longer be given the same scrutiny as missile and fighter jet sales, which often require congressional approval.

"Commerce wants more exports to help reduce the trade deficit. And State wants to stop things because it sees (arms) proliferation as inherently bad," an official told Reuters last September when talk of reviving the rule changes resurfaced.

"We want to make a decision that prioritizes what's more important," they added. "This will allow us to get in the (small arms sales) game for the first time ever."

Opponents fear that 3-D weapons aren't the only issue.

The human rights organization Global Exchange and the Violence Policy Center, a pro-gun control group, slammed the proposal in a joint statement.

The rule changes will "likely lead to more US guns getting into the hands of criminal organizations, human rights abusers, terrorist groups, and others who wreak harm," the groups argue.

Link: http://www.nydailynews.com/news/politics/ny-pol-trump-3d-guns-20180605-story.html

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED

WASHAR0036210

Official
UNCLASSIFIED

WASHAR0036211

| | |
|---|---|
| **From:** | Strike, Andrew P <StrikeAP@state.gov> |
| **Sent:** | Friday, July 27, 2018 5:24 PM |
| **To:** | Greenan, Robert J; PA Press Duty |
| **Cc:** | PM-CPA |
| **Subject:** | RE: guns |

Robert,

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

Official
UNCLASSIFIED

From: McKeeby, David I
Sent: Thursday, July 26, 2018 4:14 PM
To: Greenan, Robert J <GreenanRJ@state.gov>; PM-CPA <PM-CPA@state.gov>; PA Press Duty
<PAPressDuty@state.gov>
Subject: RE: guns

Robert:

Yes, quite painfully aware. Attached are the lines that DOJ is comfortable with us deploying ON BACKGROUND, since the settlement won't be fully finalized for a few days - no updates since we brought these up to guidance collection and gave them to Jared last week. ██████████████████████████
███████████████████████████████████████

Happy to come over and give you the full story on this if you can bear it! :)

Best,
Dave

_____

David I. McKeeby
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

* Phone:      202.647.8757 | *  BlackBerry:  202.550.3482 |
* e-mail:      mckeebydi@state.gov<mailto:mckeebydi@state.gov> | *  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/

1

WASHAR0036212

user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#10
2630068213960289352/posts>


From: Greenan, Robert J
Sent: Thursday, July 26, 2018 3:46 PM
To: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; PA Press Duty
<PAPressDuty@state.gov<mailto:PAPressDuty@state.gov>>
Subject: FW: guns

PM: Are you aware of this lawsuit? Have we updated lines on this issue? Thank you, Robert

Official
UNCLASSIFIED

From: Lee, Matthew <MVLee@ap.org<mailto:MVLee@ap.org>>
Sent: Thursday, July 26, 2018 3:31 PM
To: Greenan, Robert J <GreenanRJ@state.gov<mailto:GreenanRJ@state.gov>>
Subject: guns

A coalition of gun-control groups has filed an appeal in federal court seeking to block a recent Trump administration
ruling that will allow the publication of blueprints to build a 3D-printed firearm.
The firearms are made of polymer that can't be flagged by metal detectors. They're also untraceable because the guns
are homemade and don't have serial numbers.
The State Department ruled in late June that directions for building the weapons could be published. The decision
resolved a long-lingering dispute with Cody Wilson. He owns a Texas-based company that specializes in "open source"
firearm designs that can be made with a 3D printer.
On Thursday, gun-control groups asked a federal court for a temporary injunction to block the State Department
decision from taking effect.

The information contained in this communication is intended for the use of the designated recipients named above. If
the reader of this communication is not the intended recipient, you are hereby notified that you have received this
communication in error, and that any review, dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please notify The Associated Press immediately by
telephone at +1-212-621-1500 and delete this email. Thank you.

WASHAR0036213

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, July 18, 2018 10:02 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: CNET: Blueprints for 3D printed guns to again appear online |

[cid:image001.png@01D29279.128F6050]
Blueprints for 3D printed guns to again appear online By Marrian Zhou
17 July 2018

Defense Distributed will soon be able to again publish designs for 3D printed guns.

The company's owner, Cody Wilson, confirmed in an email that he'll resume publication Aug. 1. Last week, the US Department of State agreed to waive its prior restraint order against Wilson and Defense Distributed, allowing them to freely publish designs and other technical files about 3D printed guns, according to a press release from the Second Amendment Foundation. The SAF joined Defense Distributed in a 2015 lawsuit over the restraint order.

"The government will draft and pursue regulatory amendments that eliminate ITAR [International Traffic in Arms Regulations] control over the technical information at the center of this case," Alan Gottlieb, founder and vice president of SAF, said in the release. "They will transfer export jurisdiction to the Commerce Department, [which] will allow Defense Distributed and SAF to publish information about 3D technology."

The State Department oversees the exports of defense products in accordance with the ITAR, which was why the department had the run-in with Defense Distributed, according to a State Department spokesperson. Since the Department of Commerce will take over the responsibility of regulating commercial arms trade and manufacturing, the State Department settled with Defense Distributed and SAF because the issues raised in the lawsuit won't be relevant to it in the near future.

The designs are free to download, Wilson said in an emailed statement. Asked whether it worries him that people with bad intentions might get their hands on his designs, he said, "no concerns regarding public access." In the SAF release, Gottlieb called the settlement "a First Amendment victory for free speech" and "a devastating blow to the gun prohibition lobby."

In 2013, Wilson and his company debuted the world's first 3D printed gun, the Liberator, which was made out of plastic and could fire standard handgun rounds. Several months later, the State Department said Defense Distributed violated the ITAR by publishing its designs for the gun. The company then removed the files, according to Ars Technica.

Two years later, the company and SAF sued the Department of State, arguing the government can't prevent publication before it occurs.

Wilson's plastic gun is undetectable at airports and other metal-detection checkpoints. The Undetectable Firearms Act makes it a federal offense to "manufacture, import, sell, ship, deliver, possess, transfer or receive" a firearm capable of defeating airport metal detection.

Wilson told Ars Technica he's been cashing in from selling the Ghost Gunner, a home tool that lets people make a key gun part out of metal and use that part to build an untraceable firearm.

Link: https://www.cnet.com/news/blueprints-for-3d-printed-guns-to-again-appear-online/

WASHAR0036214

_____
Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

**Stay connected with State.gov:**

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036215

**From:**          Babington, Thomas M <BabingtonTM@state.gov>
**Sent:**          Thursday, July 26, 2018 3:09 PM
**To:**            PM-CPA
**Subject:**       FW: Seeking comment on Defense Distributed settlement

Over to you guys.

Best,

Tom Babington
Press Officer

Official
UNCLASSIFIED

From: Erik Larson (BLOOMBERG/ NEWSROOM:) <elarson4@bloomberg.net>
Sent: Thursday, July 26, 2018 3:07 PM
To: PA Press Duty <PAPressDuty@state.gov>
Subject: Seeking comment on Defense Distributed settlement

Hello.

I'm seeking comment on claims by national gun-control groups that the State Department erred in reaching a settlement
with Defense Distributed that allows the company to publish CAD designs for firearms that can be used by anyone to
print functioning guns with a 3-D printer. How is this a good idea and why did the agency reverse its position from just a
few months ago, that printed guns are a threat to national security? Thanks.
Erik Larson
Reporter, Bloomberg News
(212) 617-2086 | Desk
(347) 515-5566 | Cell
731 Lexington Avenue
New York, NY 10022

WASHAR0036216

| | |
|---|---|
| **From:** | Fabry, Steven F <FabrySF@state.gov> |
| **Sent:** | Friday, July 27, 2018 11:43 AM |
| **To:** | Rogers, Shana A; Freeman, Jeremy B |
| **Subject:** | RE: Cleared DD Press Points |

████████████████████████████

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Rogers, Shana A
Sent: Friday, July 27, 2018 11:42 AM
To: Freeman, Jeremy B; Fabry, Steven F
Subject: Cleared DD Press Points

Steve,

████████████████████████████████████████

Thanks,
Shana

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, July 27, 2018 10:14 AM
To: Rogers, Shana A; Miller, Michael F; Freeman, Jeremy B; Heidema, Sarah J; Fabry, Steven F; Hart, Robert L
Cc: PM-CPA
Subject: FW: Reported State Department Spokesperson Statement on 3D Guns

████████████████████████████████████████

Toplines

*      The United States strictly regulates the export of defense articles, including related manufacturing technologies and information, as an integral part of safeguarding U.S. national security and furthering U.S. foreign policy objectives in accordance with the Arms Export Control Act (AECA) and the International Traffic in Arms Regulations (ITAR).

1

WASHAR0036217

*       This was a voluntary settlement entered into following negotiations between the Department of State and the plaintiffs. The court did not rule in favor of the plaintiffs in this case.  In other contexts, courts have upheld ITAR controls on technical data.

Additional Points


*       The settlement in this case comes as the U.S. Government is reviewing comments on new proposed regulations to transfer oversight from the U.S. Department of State to the U.S. Department of Commerce of exports of firearms and related items that do not provide the United States with a critical military or intelligence advantage or, in the case of weapons, are not inherently for military end use, including many items that are widely available in retail outlets in the United States and abroad.


*       These proposed regulations are part of an ongoing effort to create a simpler, more robust export control system that eases industry compliance, enhances enforceability, and better protects truly sensitive technologies.


*       In addition to reducing regulatory burden on U.S. industry, these proposed regulations would eliminate the ITAR requirements at issue in this case, including the ITAR requirement to obtain U.S. Government authorization to post to the Internet technical data related to certain firearms and related items that are commercially available, such as those at issue in this case.


*       In the course of formulating these proposed regulations, the U.S. Government conducted a national security analysis in the context of the rulemaking effort. Based on this analysis, it was determined that certain firearms and related items that are widely available for commercial sale, and technical data related to those items, is of a type that does not offer a critical military or intelligence advantage to the United States, per section 120.3 of the ITAR, and therefore warrants export licensing requirements under the U.S. Department of Commerce's jurisdiction.


Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
Sent: Friday, July 27, 2018 10:09 AM
To: Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Faulkner, Charles S <FaulknerCS@state.gov>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>; Edmund.Rice@mail.house.gov (edmund.rice@mail.house.gov) <edmund.rice@mail.house.gov>; Jamie.mccormick@mail.house.gov
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

Can I get a copy of the statement?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 27, 2018 10:08 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>

WASHAR0036218

Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>;
Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>
(edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>)
<edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>;
Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

This is a mischaracterization - and a misquoting - of our statements to the press on this matter.  What we have told
media is that "the settlement in this case comes as the U.S. Government is reviewing comments on new proposed
regulations" (emphasis mine), not because of the regulations - this line is intended to provide context, not cause.

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 27, 2018 9:57 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S
<FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>;
Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>
(edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>)
<edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>;
Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>
Subject: Reported State Department Spokesperson Statement on 3D Guns

So there was this ABC news story that said this:


In a lengthy statement, the State Department spokesperson said that the Trump administration settled because new
government regulations make the case moot. The Commerce Department is taking over the regulation of certain
firearms -- a change that was implemented under the Obama administration, but accelerated under the Trump
administration as it seeks "to create a simpler, more robust export control system that eases industry compliance,
enhances enforceability, and better protects truly sensitive technologies."   https://abcnews.go.com/Politics/state-
department-defends-allowing-publication-blueprints-3d-print/story?id=56817152

Is this is accurate, it would seem to be an admission of an intent to circumvent the CATs I-III regulatory legal process.
What exactly did the State Dept person say?

WASHAR0036219

| | |
|---|---|
| **From:** | Rice, Edmund <Edmund.Rice@mail.house.gov> |
| **Sent:** | Friday, July 27, 2018 10:32 AM |
| **To:** | Fite, David (Foreign Relations); 'Paul, Joshua M'; Darrach, Tamara A; Faulkner, Charles S |
| **Cc:** | Oliver, Stacie (Foreign Relations); McCormick, Jamie |
| **Subject:** | RE: Reported State Department Spokesperson Statement on 3D Guns |

Same request

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
Sent: Friday, July 27, 2018 10:09 AM
To: 'Paul, Joshua M' <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Faulkner, Charles S <FaulknerCS@state.gov>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; McCormick, Jamie <Jamie.McCormick@mail.house.gov>
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

Can I get a copy of the statement?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 27, 2018 10:08 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov> (edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>) <edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>; Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

This is a mischaracterization - and a misquoting - of our statements to the press on this matter.  What we have told media is that "the settlement in this case comes as the U.S. Government is reviewing comments on new proposed regulations" (emphasis mine), not because of the regulations - this line is intended to provide context, not cause.

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 27, 2018 9:57 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov> (edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>) <edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>; Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>

WASHAR0036220

Subject: Reported State Department Spokesperson Statement on 3D Guns

So there was this ABC news story that said this:

In a lengthy statement, the State Department spokesperson said that the Trump administration settled because new government regulations make the case moot. The Commerce Department is taking over the regulation of certain firearms -- a change that was implemented under the Obama administration, but accelerated under the Trump administration as it seeks "to create a simpler, more robust export control system that eases industry compliance, enhances enforceability, and better protects truly sensitive technologies."  https://abcnews.go.com/Politics/state-department-defends-allowing-publication-blueprints-3d-print/story?id=56817152<https://urldefense.proofpoint.com/v2/url?u=https-3A__abcnews.go.com_Politics_state-2Ddepartment-2Ddefends-2Dallowing-2Dpublication-2Dblueprints-2D3d-2Dprint_story-3Fid-3D56817152&d=DwMFAg&c=L93KkjKsAC98uTvC4KvQDTmmq1mJ2vMPtzuTpFgX8gY&r=qK7_ZRFYXD_2-oNGpZDaSv48Ivvk3sok_Kc-8ucoEbs&m=4S_yEixtZSsw89x2XhqgUdWAP44i4TJAmBEXVVW9qjU&s=HqHDqHN2-Rqtmt73HXGVOBYpTujxf4uq0wK_ToXrREs&e=>

Is this is accurate, it would seem to be an admission of an intent to circumvent the CATs I-III regulatory legal process. What exactly did the State Dept person say?

WASHAR0036221

| | |
|---|---|
| **From:** | Wilson, Karen L (OLA) <Karen.L.Wilson@usdoj.gov> |
| **Sent:** | Monday, July 23, 2018 5:08 PM |
| **To:** | Paul, Joshua M; Darrach, Tamara A |
| **Subject:** | RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns |

Karen L Wilson
Attorney Advisor
Office of Legislative Affairs
U.S. Department of Justice

Direct: 202-616-0658
Fax: 202-514-9353

From: Goldschmidt, Lauren (OLA)
Sent: Monday, July 23, 2018 4:54 PM
To: Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Wilson, Karen L (OLA) <kwilson@jmd.usdoj.gov>
Subject: RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

Hi Josh,

Thanks,
Lauren

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Monday, July 23, 2018 4:33 PM
To: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Wilson, Karen L (OLA) <kwilson@jmd.usdoj.gov<mailto:kwilson@jmd.usdoj.gov>>
Cc: Goldschmidt, Lauren (OLA) <lgoldschmidt@jmd.usdoj.gov<mailto:lgoldschmidt@jmd.usdoj.gov>>
Subject: RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns



WASHAR0036222

████████████████████████████████████████████████████████████████

Thanks,

Josh

Official
UNCLASSIFIED

From: Darrach, Tamara A
Sent: Monday, July 23, 2018 4:30 PM
To: Wilson, Karen L (OLA) <Karen.L.Wilson@usdoj.gov<mailto:Karen.L.Wilson@usdoj.gov>>
Cc: Goldschmidt, Lauren (OLA) <Lauren.Goldschmidt@usdoj.gov<mailto:Lauren.Goldschmidt@usdoj.gov>>; Paul, Joshua
M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

+Paul

From: Wilson, Karen L (OLA) <Karen.L.Wilson@usdoj.gov<mailto:Karen.L.Wilson@usdoj.gov>>
Sent: Monday, July 23, 2018 4:25 PM
To: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: Goldschmidt, Lauren (OLA) <Lauren.Goldschmidt@usdoj.gov<mailto:Lauren.Goldschmidt@usdoj.gov>>
Subject: FW: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

████████████████████████████████████████████████████████████████

Karen L Wilson
Attorney Advisor
Office of Legislative Affairs
U.S. Department of Justice

Direct: 202-616-0658
Fax: 202-514-9353

From: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Sent: Monday, July 23, 2018 9:47 AM
To: Pings, Anne (OLA) <apings@jmd.usdoj.gov<mailto:apings@jmd.usdoj.gov>>
Subject: FW: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

Good morning Anne,

We have received interest from our committees on Defense Distributed v. U.S. State Department.  We are trying to line
up a briefing tomorrow for our committees of jurisdiction and wanted to see if DOJ would be able to join us.  We do not
have a set time at this point.

Thanks!
Tamara

WASHAR0036223

Tamara Darrach | Congressional Advisor | Bureau of Legislative Affairs | U.S. Department of State
2201 C St NW, Rm 7418 | (202) 647-8763 | DarrachTA@state.gov<mailto:DarrachTA@state.gov>

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 4:35 PM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M
<PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David
<david_fite@foreign.senate.gov<mailto:david_fite@foreign.senate.gov>>; Oliver, Stacie
<stacie_oliver@foreign.senate.gov<mailto:stacie_oliver@foreign.senate.gov>>
Subject: Rep. Engel Letter to Sec. Pompeo on 3D Printed guns

Mike, et.al.:

I wanted you to be aware of the attached letter from Rep. Engel to Secretary Pompeo urging a delay of the
implementation of the settlement in Defense Distributed v. U.S. State Department, given the significant security threat
that would occur immediately upon release of the software. The letter also is being sent to H.  Rep. Engel has directed
that the letter be released to the public.  As you are no doubt aware, the terms of the settlement are already being
widely reported in the media this afternoon.

Ed

Edmund B. Rice
Senior Professional Staff Member
Democratic Staff
House Foreign Affairs Committee
B-360 Rayburn House Office Bldg.
202-226-8467

WASHAR0036224

| | |
|---|---|
| **From:** | Hart, Robert L <HartRL@state.gov> |
| **Sent:** | Wednesday, July 18, 2018 4:19 PM |
| **To:** | Paul, Joshua M; PM-CPA |
| **Cc:** | Heidema, Sarah J; Monjay, Robert; Foster, John A |
| **Subject:** | RE: Defense Distributed Case |

████████████████████████████████████████████

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 18, 2018 4:03 PM
To: Hart, Robert L <HartRL@state.gov>; PM-CPA <PM-CPA@state.gov>
Cc: Heidema, Sarah J <HeidemaSJ@state.gov>; Monjay, Robert <MonjayR@state.gov>; Foster, John A <FosterJA2@state.gov>
Subject: RE: Defense Distributed Case

████████████████████████████████████████████

Official - SBU
UNCLASSIFIED

From: Hart, Robert L
Sent: Wednesday, July 18, 2018 3:56 PM
To: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>
Cc: Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Foster, John A <FosterJA2@state.gov<mailto:FosterJA2@state.gov>>
Subject: RE: Defense Distributed Case

████████████████████████████████████████████

Thanks,

Rob Hart

1

WASHAR0036225

202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 18, 2018 3:30 PM
To: PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Cc: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>
Subject: FW: Defense Distributed Case

Dear all,

███████████████████████████████████████████████████████████████

Josh

Official - SBU
UNCLASSIFIED

From: Kerr, Paul <PKERR@crs.loc.gov<mailto:PKERR@crs.loc.gov>>
Sent: Wednesday, July 18, 2018 3:22 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Defense Distributed Case

As far as I can tell, DDTC essentially exempted the information in these particular files from the USML. The settlement says that DDTC approved the technical data in question for public release, but I don't t think it gives a reason for this determination.

1.    Is that characterization correct?

2.    Are the data in question applicable to Category I(a) items?

3.    Why were the data approved for public release?

Thanks,
Paul
From: Paul, Joshua M [mailto:PaulJM@state.gov]
Sent: Wednesday, July 18, 2018 8:08 AM
To: Kerr, Paul <PKERR@crs.loc.gov<mailto:PKERR@crs.loc.gov>>
Subject: RE: Defense Distributed Case

Yes, please do; not sure what we will be able to answer, but by all means ask.

Official
UNCLASSIFIED

From: Kerr, Paul <PKERR@crs.loc.gov<mailto:PKERR@crs.loc.gov>>
Sent: Wednesday, July 18, 2018 7:56 AM

WASHAR0036226

To: Paul, Joshua M <<u>PaulJM@state.gov</u><<u>mailto:PaulJM@state.gov</u>>>
Subject: Defense Distributed Case

Josh,

Could I send a question or two about it? It's gotten some attention up here.

Thanks,
Paul

WASHAR0036227

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Thursday, July 26, 2018 2:32 PM |
| **To:** | Marquis, Matthew R |
| **Subject:** | mm |

http://thehill.com/regulation/court-battles/399027-anti-gun-violence-groups-file-to-block-settlement-allowing-3d

_____

Josh Paul

Director, Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

* Phone:     202.647.7878 | *   BlackBerry:  202.679.6724 | 7  Fax: 202.647.4055
* e-mail:      PaulJM@State.Gov<mailto:PaulJM@State.Gov> | *  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/>

[https://g.twimg.com/twitter-bird-16x16.png]  http://twitter.com/StateDeptPM

Stay connected with State.gov:

[Twitter]<http://twitter.com/StateDept>[Tumblr]<http://statedept.tumblr.com/>[RSS
Feed]<http://www.state.gov/misc/echannels/66791.htm>[Facebook]<http://www.facebook.com/usdos>[Flickr]<http://
www.flickr.com/photos/statephotos>[YouTube]<http://www.youtube.com/user/statevideo>[Google
Plus]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

This message is UNCLASSIFIED, per E.O. 12958

Official
UNCLASSIFIED

WASHAR0036228

**From:** Carter, Rachel <CarterR@state.gov>
**Sent:** Thursday, July 26, 2018 10:03 AM
**To:** PM-Staffers Mailbox
**Subject:** Urgent print request pls: Proposed points for TK's use with T tomorrow
**Attachments:** DDTC DD Counteroffer v7 (clean) -- final.docx

Staffers,
Will you please print off both Mike Miller's email and attachment? Thank you!

Official - SBU
UNCLASSIFIED

From: Miller, Michael F
Sent: Wednesday, July 25, 2018 6:21 PM
To: Heidema, Sarah J <HeidemaSJ@state.gov>; Paul, Joshua M <PaulJM@state.gov>; Carter, Rachel <CarterR@state.gov>
Subject: Proposed points for TK's use with T tomorrow

Josh did a great round-up today, so I've reattached a lightly updated (mostly condensed to add the latest in bullet form) of that along with the actual settlement which TK approved on April 12 after L chopped off on it. It was ultimately finalized by DOJ and the plaintiff on June 29.



++++++++++++++++++++++++++++++
This email provides a summary of Wednesday's Congressional and public interest in the pending Defense Distributed settlement.

Congressional

1

WASHAR0036229

\*      SEN Menendez raised the settlement in his opening statement at S's Hearing, and SEN Markey posed a question on it to S during that hearing.

o   CPA, DDTC and L/PM had fortunately cobbled together immediately before the Hearing a contingency bullet for S to use (attached).  In the event, he told SEN Markey he'd "take a look at it".

\*      Sen. Bill Nelson pledged on the floor of the US Senate to fight "tooth and nail."

\*      We have prepared a response to REP Engel's letter to S, which is on its way through you for clearance.  We hope to provide the response in advance of tomorrow's signing of the Settlement letter.

\*      In addition, SEN Menendez issued a statement<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints> calling on S to "intervene and review" the settlement (he followed this up with a letter at 4.50pm), while Senators Nelson, Markey, Murphy, Blumenthal and Feinstein co-signed a letter<https://twitter.com/SenBillNelson/status/1022130836664188928> on the topic to the Attorney General.

\*      We also continue to receive clarifying questions from SFRC and HFAC staff subsequent to yesterday's briefing.

Public

\*      Media continues to pick up on this story; highlights today include an entire 45-minute segment of NPR's On Point dedicated<http://www.wbur.org/onpoint/2018/07/25/3d-printing-gun-control> to the topic, as well as expanding international media coverage.

\*      We understand that DDTC has received a large volume of calls and emails from the public in addition to the more formal media inquiries that CPA has been dealing with, and in addition to the automated outreach DDTC has encountered.

\*      Gun Control NGOs including the Brady Campaign, Giffords, Everytown, and Moms Demand Action have been highlighting the issue on social media in advance of the injunction they intend to submit tomorrow, and a petition on Change.org<https://www.change.org/p/stop-defense-distributed-from-releasing-downloadable-guns?recruiter=468357426&utm_source=share_petition&utm_medium=twitter&utm_campaign=psf_combo_share_initi al...x7ixMjQ4TdqaDwV2_2_9Aw.3.rdHZAbL2TQyyB23KwLDCiQ.1&utm_term=385679> has garnered almost 30,000 signatures, most of them today.

\*      Los Angeles City Attorney Mike Feuer and Manhattan District Attorney Cyrus Vance, Jr.,, co-chairs of Prosecutors Against Gun Violence, today released a joint statement urging the U.S. State Department to block the online release

+++++++++++++++++++
Background

In 2013 the Department became aware of the presence of Computer Aided Design (CAD) files for the 3-D printing of certain firearms and related parts and components on the webpage of Defense Distributed (DD), and directed that they be taken down pending a review to determine if the files were subject to the International Traffic in Arms Regulations (ITAR).  The possession of these firearms and components is not unlawful in the United States, and the federal government does not separately regulate the 3-D printing of firearms.  Further, the 3-D files at issue are for a firearms design that requires adding metal after printing and thus does not violate the Undetectable Firearms Act of 1988.  DD ultimately sued the Department, alleging violations of the First, Second, and Fifth Amendments, and asserting that regulating posting files to internet web pages exceeds the scope of the Department's authority under the Arms Export Control Act (AECA) and ITAR.  In close consultation with the Department of Justice, the Department of State recently concluded a settlement agreement, but the case has not yet been dismissed.  Under the settlement, the Department

WASHAR0036230

would authorize for public release the CAD files that are the subject of the litigation

+++++++++++++
Mike Miller
Acting Deputy Assistant Secretary
Bureau of Political-Military Affairs
U.S. Department of State
202-663-2861


Official - SBU
UNCLASSIFIED

WASHAR0036231

| | |
|---|---|
| **From:** | Hart, Robert L <HartRL@state.gov> |
| **Sent:** | Friday, July 27, 2018 1:33 PM |
| **To:** | Ross, Paula E |
| **Cc:** | Heidema, Sarah J |
| **Subject:** | letter for DAS Miller signature |
| **Attachments:** | Tab 2  Letter to Defense Distributed.docx |

**Importance:**          High

Hi Paula, can you print the attached on Department letterhead and provide it to Sarah? The first page should be on Department letterhead, the second page can be on regular paper.

Thank you!

Rob Hart
Chief (Acting), Regulatory and Multilateral Affairs Division Department of State | Directorate of Defense Trade Controls
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official
UNCLASSIFIED

WASHAR0036232

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Friday, July 20, 2018 2:41 PM |
| **To:** | Fite, David (Foreign Relations); Rice, Edmund; Miller, Michael F; Darrach, Tamara A |
| **Cc:** | McCormick, Jamie; Oliver, Stacie (Foreign Relations) |
| **Subject:** | RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms |

We're working on putting something together and I have noted both the timeline you have indicated, as well as the obvious importance you place on this matter (a perspective we of course share), to our team, and will get back to you as soon as I have any updates.

Josh

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
Sent: Friday, July 20, 2018 2:33 PM
To: Paul, Joshua M <PaulJM@state.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Miller, Michael F <Millermf@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

State apparently agreed to invoke the suspension under 126.2 by 7/27.  Will State be doing this on the 27th for before? Will State do it before briefing us next week?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 2:25 PM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

I will pass back these questions to our team, and we look forward to discussing them with you in person to the extent that they fall within the context of our responsibilities under the AECA.

Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 2:10 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F

WASHAR0036233

<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

But it's State's changes that are allowing this to be implemented right? And it's these changes that State will take,
especially pursuant to the authority in 126.2, that will allow this information to be disseminated worldwide without a
license, without penalty, right?

Do you mean to tell us this question did not arise or was not fully considered during the (presumably) interagency
deliberation on the settlement agreement?  Or do you have answers to these questions, but State isn't willing to tell us?

Additionally, State is about take an action to suspend the application of ITAR restrictions on the publication of controlled
information/technology on the Internet for a temporary period of time, BEFORE the reg change transferring the defense
items that the information/tech pertains to becomes final.  And what if that reg change does not become final, or is
different from the draft rule?  In that instance, State will have allowed the worldwide transfer of export-controlled
information "in the interest of the security and foreign policy of the United States"?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 2:01 PM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Rice,
Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Hi David,

We would need to refer you to TSA or other law enforcement organizations on this question.  The DDTC nexus on this
issue was/is limited to our role in controlling exports of tech data, which is the only reason we got involved in the first
place.

Josh

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 1:38 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Rice, Edmund
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Also, what are the law enforcement and counter-terrorism implications of this change?  Enabling the widespread
acquisition of undetectable or largely-undetectable firearms would seem to be a bad idea, especially in protection of

2

domestic and international airline flights from terrorist hijacking/attacks.  What changes will be required by TSA here and abroad to deal with this?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:42 AM
To: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Understood, and that's helpful information.  We'll round back and be in touch.

Official
UNCLASSIFIED

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:32 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

A phone call would be only a first step for we four.  I expect that as news of this settlement spreads, there will be a requirement to brief a number of Congressional staff and then Members.

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:21 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Hello,

We've actually been in the process of putting together a briefing for you on this - with the intent being to provide a phone call early next week.  Would that work?

Josh

Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>

WASHAR0036235

Sent: Friday, July 20, 2018 11:10 AM
To: 'Rice, Edmund' <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>;
Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms


As well as State's view of State's legal liability to this suit in the first place.


From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:03 AM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua
<pauljm@state.gov<mailto:pauljm@state.gov>>; Darrach, Tamara
<darrachta@state.gov<mailto:darrachta@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David
(Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Oliver, Stacie (Foreign
Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms
Importance: High


Mike, et.al<https://urldefense.proofpoint.com/v2/url?u=http-
3A__et.al&d=DwQFAg&c=L93KkjKsAC98uTvC4KvQDTmmq1mJ2vMPtzuTpFgX8gY&r=qK7_ZRFYXD_2-
oNGpZDaSv48Ivvk3sok_Kc-
8ucoEbs&m=INcZ7Lzqeg9FRKxUQ74geJdNZKtHf7E_XypzmUYkPwY&s=WDbfGOTuqtofudKGj_R9heOE3es9SbkzJomT50T-
7pA&e=>.:
This is to request a briefing on the terms of the settlement (attached) that the State Department entered into June 29th
regarding Defense Distributed et al v. United States Department of State et al, Western District of Texas, Civil Docket #
1:15-cv-00372-RP. This is the suit brought by several persons who want to make available online software for
manufacture via 3-D printing of firearms, including plastic firearms.
In particular, item 1(b) indicates that State will amend the ITAR to remove the subject software from the USML by July
27th.   Several House Members have brought this matter to Rep. Engel's attention and I have been asked to look into
this ASAP. I expect that Jamie, David and Stacie also would need to know about this.
Perhaps this could be covered at our July 25th arms transfer meeting.  One way or another, I need a briefing on this prior
to July 27th.
Ed


Edmund B. Rice
Senior Professional Staff Member
Democratic Staff
House Foreign Affairs Committee
B-360 Rayburn House Office Bldg.
202-226-8467

WASHAR0036236

| | |
|---|---|
| **From:** | Abisellan, Eduardo <AbisellanE@state.gov> |
| **Sent:** | Thursday, July 26, 2018 8:40 AM |
| **To:** | Paul, Joshua M; Miller, Michael F |
| **Cc:** | Tucker, Maureen E; Brechwald, Matthew J (T) |
| **Subject:** | RE: Defense Distributed Settlement: 3D Printing of Firearms |

Josh/Mike,

███████████████████████████████████████████████████████████████████████████████████

Vr/Ed

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Thursday, July 26, 2018 8:34 AM
To: Abisellan, Eduardo <AbisellanE@state.gov>
Cc: Tucker, Maureen E <TuckerME@state.gov>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov>; Miller, Michael F <Millermf@state.gov>
Subject: RE: Defense Distributed Settlement: 3D Printing of Firearms

███████████████████████████████████████████████████████████████████████████████████

Official - SBU
UNCLASSIFIED

From: Abisellan, Eduardo
Sent: Thursday, July 26, 2018 8:31 AM
To: Thompson, Andrea L <ThompsonAL@state.gov<mailto:ThompsonAL@state.gov>>
Cc: Tucker, Maureen E <TuckerME@state.gov<mailto:TuckerME@state.gov>>; Brechwald, Matthew J (T) <BrechwaldMJ2@state.gov<mailto:BrechwaldMJ2@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: Defense Distributed Settlement: 3D Printing of Firearms

Ma'am,

FYSA.   PM prepared the following Q&A for S's hearing concerning 3D Printing of Firearms-Senator Menendez raised this issue during the hearing.   This may come up during your briefing to the Senator.

BLUF: In close consultation with the Department of Justice, the Department of State recently concluded a settlement agreement, but the case has not yet been dismissed.  Under the settlement, the Department would authorize for public release the CAD files that are the subject of the litigation. ████████████████████████████████
████████████████████████████████

1

\* SEN Menendez raised the settlement in his opening statement at S's Hearing, and SEN Markey posed a question on it to S during that hearing.

o  CPA, DDTC and L/PM had fortunately cobbled together immediately before the Hearing a contingency bullet for S to use (attached).  In the event, he told SEN Markey he'd "take a look at it".

o  We have prepared a response to REP Engel's letter to S, which is on its way through you for clearance.  We hope to provide the response in advance of tomorrow's signing of the Settlement letter.  Response to Rep Engel is also attached.

o  In addition, SEN Menendez issued a statement<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints> calling on S to "intervene and review" the settlement (he followed this up with a letter at 4.50pm), while Senators Nelson, Markey, Murphy, Blumenthal and Feinstein co-signed a letter<https://twitter.com/SenBillNelson/status/1022130836664188928> on the topic to the Attorney General.

o  We also continue to receive clarifying questions from SFRC and HFAC staff subsequent to yesterday's briefing.


\* Q&A and background on the settlement is outlined immediately below.

VR/Ed

--------------------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------------
SFRC Hearing
Q&A on 3D Printing of Firearms Settlement

IF ASKED: Will you postpone implementation of the settlement on 3D-printed firearms


\* I am aware of Congress' concerns on this matter, though I would observe that the Department's role in regulating firearms relates only to our control of exports.

IF PRESSED: Will you postpone implementation of the settlement?


\* I am not in a position to comment on pending litigation.

Background (not for public use):

In 2013 the Department became aware of the presence of Computer Aided Design (CAD) files for the 3-D printing of certain firearms and related parts and components on the webpage of Defense Distributed (DD), and directed that they be taken down pending a review to determine if the files were subject to the International Traffic in Arms Regulations (ITAR).  The possession of these firearms and components is not unlawful in the United States, and the federal government does not separately regulate the 3-D printing of firearms.  Further, the 3-D files at issue are for a firearms design that requires adding metal after printing and thus does not violate the Undetectable Firearms Act of 1988.  DD ultimately sued the Department, alleging violations of the First, Second, and Fifth Amendments, and asserting that regulating posting files to internet web pages exceeds the scope of the Department's authority under the Arms Export Control Act (AECA) and ITAR.  In close consultation with the Department of Justice, the Department of State recently concluded a settlement agreement, but the case has not yet been dismissed.  Under the settlement, the Department would authorize for public release the CAD files that are the subject of the litigation. ▮

WASHAR0036238



Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 5:09 PM
To: Tucker, Frances <TuckerF@state.gov<mailto:TuckerF@state.gov>>; Abisellan, Eduardo
<AbisellanE@state.gov<mailto:AbisellanE@state.gov>>
Cc: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>
Subject: FW: DD Settlement: Cong/Pub State of Play

Dear Maureen and Ed,

Sharing the below at Mike Miller's very good recommendation for your information.

Josh

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 5:01 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov<mailto:KaidanowTS@state.gov>>
Cc: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>;
Carter, Rachel <CarterR@state.gov<mailto:CarterR@state.gov>>; Steffens, Jessica L
<SteffensJL@state.gov<mailto:SteffensJL@state.gov>>; Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>;
Litzenberger, Earle D (Lee) <LitzenbergerED@state.gov<mailto:LitzenbergerED@state.gov>>
Subject: DD Settlement: Cong/Pub State of Play

Dear AMB Kaidanow,

This email provides a summary of today's Congressional and public interest in the pending Defense Distributed
settlement.


Congressional

*       SEN Menendez raised the settlement in his opening statement at S's Hearing, and SEN Markey posed a question
on it to S during that hearing.

o   CPA, DDTC and L/PM had fortunately cobbled together immediately before the Hearing a contingency bullet for S to
use (attached).  In the event, he told SEN Markey he'd "take a look at it".  The Hearing remains ongoing at this hour.

3

WASHAR0036239

*      We have prepared a response to REP Engel's letter to S, which is on its way through you for clearance.  We hope to provide the response in advance of tomorrow's signing of the Settlement letter.

*      In addition, SEN Menendez issued a statement<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints> calling on S to "intervene and review" the settlement (he followed this up with a letter at 4.50pm), while Senators Nelson, Markey, Murphy, Blumenthal and Feinstein co-signed a letter<https://twitter.com/SenBillNelson/status/1022130836664188928> on the topic to the Attorney General.

*      We also continue to receive clarifying questions from SFRC and HFAC staff subsequent to yesterday's briefing.

Public

*      Media continues to pick up on this story; highlights today include an entire 45-minute segment of NPR's On Point dedicated<http://www.wbur.org/onpoint/2018/07/25/3d-printing-gun-control> to the topic, as well as expanding international media coverage.

*      We understand that DDTC has received a large volume of calls and emails from the public in addition to the more formal media inquiries that CPA has been dealing with, and in addition to the automated outreach DDTC has encountered.

*      Gun Control NGOs including the Brady Campaign, Giffords, Everytown, and Moms Demand Action have been highlighting the issue on social media in advance of the injunction they intend to submit tomorrow, and a petition on Change.org<https://www.change.org/p/stop-defense-distributed-from-releasing-downloadable-guns?recruiter=468357426&utm_source=share_petition&utm_medium=twitter&utm_campaign=psf_combo_share_initial...x7ixMjQ4TdqaDwV2_2_9Aw.3.rdHZAbL2TQyyB23KwLDCiQ.1&utm_term=385679> has garnered almost 30,000 signatures, most of them today.

*      A summary of today's press reporting on the topic is attached, and the Google Tends chart for worldwide searches on 3D guns is as follows:

[cid:image009.png@01D42439.169E35B0]

Thanks,

Josh

_____
Josh Paul
Director, Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

*  Phone:      202.647.7878 | *  BlackBerry: 202.679.6724 | 7  Fax: 202.647.4055
*  e-mail:      PaulJM@State.Gov<mailto:PaulJM@State.Gov> | *  Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/>

[https://g.twimg.com/twitter-bird-16x16.png]  http://twitter.com/StateDeptPM

Stay connected with State.gov:

[Twitter]<http://twitter.com/StateDept>[Tumblr]<http://statedept.tumblr.com/>[RSS Feed]<http://www.state.gov/misc/echannels/66791.htm>[Facebook]<http://www.facebook.com/usdos>[Flickr]<http://

WASHAR0036240

www.flickr.com/photos/statephotos>[YouTube]<http://www.youtube.com/user/statevideo>[Google Plus]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

This message is UNCLASSIFIED, per E.O. 12958


Official - SBU
UNCLASSIFIED

WASHAR0036241

| | |
|---|---|
| **From:** | Heidema, Sarah J <HeidemaSJ@state.gov> |
| **Sent:** | Wednesday, July 18, 2018 4:17 PM |
| **To:** | Hart, Robert L |
| **Cc:** | Monjay, Robert |
| **Subject:** | RE: Defense Distributed Case |

Official - SBU
UNCLASSIFIED

From: Hart, Robert L
Sent: Wednesday, July 18, 2018 3:54 PM
To: Heidema, Sarah J <HeidemaSJ@state.gov>
Cc: Monjay, Robert <MonjayR@state.gov>
Subject: RE: Defense Distributed Case

+Rob

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU
UNCLASSIFIED

From: Hart, Robert L
Sent: Wednesday, July 18, 2018 3:53 PM
To: Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: FW: Defense Distributed Case

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 18, 2018 3:30 PM
To: PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Cc: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>
Subject: FW: Defense Distributed Case

Dear all,

WASHAR0036242

Josh

Official - SBU
UNCLASSIFIED

From: Kerr, Paul <PKERR@crs.loc.gov<mailto:PKERR@crs.loc.gov>>
Sent: Wednesday, July 18, 2018 3:22 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Defense Distributed Case

As far as I can tell, DDTC essentially exempted the information in these particular files from the USML. The settlement says that DDTC approved the technical data in question for public release, but I don't t think it gives a reason for this determination.

Please note as a threshold matter that we assume the below questions pertain to settlement item 1(c).


1.      Is that characterization correct? The Published Files, Ghost Gunner Files, and CAD files (as defined in the Settlement Agreement), by virtue of having been approved for public release pursuant to ITAR §125.4(b)(13), are to be exempt from ITAR licensing requirements.

2.      Are the data in question applicable to Category I(a) items? The data in question is defined within the Settlement Agreement, and constitutes a range of computer-aided design files that pertain to Category I(a), I(g), or I(h) articles.

3.      Why were the data approved for public release? The Department, in coordination with interagency partners, has recently conducted a national security analysis of USML Category I in the context of drafting and publishing a proposed rule that would move certain defense articles (including technical data) to Department of Commerce jurisdiction. Since the data in question was determined in the context of that effort not to provide a critical military or intelligence advantage (see ITAR §120.3(b)), the Department - in coordination with the Department of Defense - further determined that it was appropriate to approve the data for public release.

Thanks,
Paul
From: Paul, Joshua M [mailto:PaulJM@state.gov]
Sent: Wednesday, July 18, 2018 8:08 AM
To: Kerr, Paul <PKERR@crs.loc.gov<mailto:PKERR@crs.loc.gov>>
Subject: RE: Defense Distributed Case

Yes, please do; not sure what we will be able to answer, but by all means ask.

Official
UNCLASSIFIED

From: Kerr, Paul <PKERR@crs.loc.gov<mailto:PKERR@crs.loc.gov>>
Sent: Wednesday, July 18, 2018 7:56 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: Defense Distributed Case

Josh,

WASHAR0036243

Could I send a question or two about it? It's gotten some attention up here.

Thanks,
Paul

WASHAR0036244

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Thursday, July 26, 2018 1:57 PM |
| **To:** | Marquis, Matthew R |
| **Subject:** | mm |

For Immediate Release

Contact:
John Kelley
jkelley@newtownaction.org<mailto:jkelley@newtownaction.org>
917-679-6475

July 26, 2018

Open Letter to President Donald Trump To Stop 3-D Plastic Guns

Dear Mr. President:

We implore you to immediately stop Attorney General Jeff Sessions, U.S. Department of Justice, Secretary Pompeo, and the U.S. State Department from authorizing Defense Distributed to release downloadable files for 3-D guns. These files would allow anyone around the globe to make do-it-yourself, untraceable 3-D guns by circumventing any existing state and federal gun regulations, resulting in serious public safety and national security concerns.

Unless you stop the U.S. State Department from authorizing this special exemption for Defense Distributed, you are enabling terrorists, criminals, domestic abusers, and other prohibited firearm purchasers to use the downloadable gun technology. They would be able to print plastic guns that are undetectable by metal detectors at the White House and other government buildings, airports, office buildings and schools.

Earlier this year, the government filed a motion to dismiss Defense Distributed's lawsuit, citing serious national security concerns from global access to the computer-aided design (CAD) files. Then last month, the Department of Justice settled the lawsuit, agreed to allow the public release of Defense Distributed 3-D firearm printing tutorials and made an egregious decision to use our tax dollars to pay nearly $40,000 for the plaintiff's legal fees.

Please keep all Americans safe by helping to stop the U.S. State Department from establishing a permanent regulatory change that would provide unlimited online access to 3D gun printing design.

Thank you for your immediate attention to this urgent matter involving our national security.

Sincerely,
A New Routine for America
Alliance for Gun Responsibility
Arizonans for Gun Safety
Ceasefire Pennsylvania
Connecticut Against Gun Violence
Delaware Coalition Against Gun Violence
Faith Community of St. Sabina

WASHAR0036245

Florida Coalition to Prevent Gun Violence Franciscan Action Network Franciscan Sisters of the Poor G-PAC Illinois Georgia Alliance for Social Justice Georgia Student Alliance for Social Justice Georgians for Gun Safety Gun Violence Prevention Action Committee Illinois Gun Violence Prevention Center of Utah GunControlToday Healing 4 Our families & Our Nation Herndon-Reston Coalition To End Gun Violence Illinois Council Against Handgun Violence Jr Newtown Action Alliance League of Women Voters of Florida Marylanders to Prevent Gun Violence Massachusetts Coalition to Prevent Gun Violence Michigan Coalition to Prevent Gun Violence MomsRising National Council of Jewish Women New Mexicans to Prevent Gun Violence Newtown Action Alliance NoRA North Carolinians Against Gun Violence Ohio Coalition Against Gun Violence One Pulse for America Physicians for the Prevention of Gun Violence Pride Fund to End Gun Violence Protest Easy Guns Psychiatrists for Gun Violence Prevention Reconstructionist Rabbinical Association San Diego for Gun Violence Prevention Sandy Hook Promise Silent March Sisters of St. Francis of Philadelphia Justice, Peace and Integrity for Creation Committee States United to Prevent Gun Violence Stop Handgun Violence Survivors Lead The Campaign to Keep Guns Off Campus The Connecticut Effect The ENOUGH Campaign Unitarian Universalist FaithAction New Jersey Vision Quilt WAVE Educational Fund We the People for Sensible Gun Laws Women's Voices Raised for Social Justice

###

Official - SBU
UNCLASSIFIED

WASHAR0036246

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Friday, May 25, 2018 11:57 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Zacks: 3 Gun Stocks Up on Trump's Deregulatory Gun Export Proposal |

[cid:image001.png@01D29279.128F6050]
3 Gun Stocks Up on Trump's Deregulatory Gun Export Proposal By Zacks
25 May 2018

With its latest proposal to shift control of U.S. firearm exports from the State Department to the Commerce Department, the Trump administration once again proved its allegiance to the gun lobby. As expected shares of major U.S. gun manufacturing stocks witnessed a rally on May 24, following the proposed policy announcement.

What's the New Policy?

As published in the Federal Register, firearms, close assault weapons and combat shotguns; guns and armament, and ammunition/ordnance would now on be controlled by the Commerce Control List (CCL) and the Export Administration Regulations (EAR).  The U.S. administration has justified the proposed rule, remarking the reforms will reduce "procedural burdens and costs" on American gunmakers that are selling firearms abroad.

Moreover, the new regulations would end the vital procedure of notifying Congress of firearms deals worth more than $1 million. The proposed policy is said to be cost effective for the U.S. government and is aimed at simplifying the licensing process for export of the aforementioned weaponries.

Will the Gun Industry Benefit?

The U.S. gun industry has been going through a rough patch since Donald Trump became President in 2016. With the Commerce Department's primary agenda to push exports, the latest policy proposal, if implemented, will boost export of U.S. firearms to foreign lands.

To this end, the National Shooting Sports Federation (NSSF) - the trade association for the firearms industry - estimates that U.S. firearms exports could increase up to 20% under the new rules. However, a few other experts predict a comparatively smaller boost to the nation's gun industry.

For instance, Jurgen Brauer, the chief economist of the Small Arms Analytics research group, said that the deregulatory export rules on implementation is likely to boost sales by 2% for American gun makers overseas.

The United States is already a significant exporter of firearms and related equipment, with over $662 million in deals notified to Congress in 2017 alone, according to an analysis by the Security Assistance Monitor. Whatever gains the deregulation provides, big or moderate, will ultimately be a boon for the U.S. gun industry.

Gun Stocks in the Spotlight

Following the announcement of the aforementioned policy proposal, U.S. gun stocks witnessed notable gains in contrast to the slump most of them have been suffering lately. Below we have mentioned three such gun stocks.

1

Sturm, Ruger & Company, Inc: This company is engaged in the design, manufacture and sale of firearms and precision metal investment castings. Its firearms include single-shot, auto-loading, bolt-action, lever action and muzzleloading rifles in a range of hunting calibers, shotguns in three gauges, .22 caliber rimfire autoloading pistols and centerfire autoloading pistols in various calibers; single and double-action as well as muzzleloading revolvers.

Foreign sales contribute less than 5% of Strum, Ruger's consolidated net sales. Thus, the company has ample growth opportunity to expand its exports in the event of implementation of the deregulatory policy.

In response to the announcement, the company's shares gained 1.8% in the last trading session.

American Outdoor Brands Corp: The company is a manufacturer and seller of firearms and accessory products for the shooting, hunting and outdoor enthusiast. The company's products comprise pistols, revolvers, rifles, guns, handcuffs and firearm-related products and accessories.

Foreign sales contributed approximately 3% of American Outdoor's consolidated net sales. Thus, the company's exports will get a boost if the deregulatory policy comes into effect.

The company's shares gained 4.6% in the last trading session.

Vista Outdoor Inc: The company develops, manufactures and distributes optics, accessories and eyewear. Its product includes laser rangefinders, riflescopes, trail cameras, archery accessories, gun care products, mounts, powder, reloading equipment, targets as well as target systems.

Foreign sales contribute approximately 20% of Vista Outdoor's consolidated net sales. Thus, the company has ample growth opportunity to expand its exports in the event of the implementation of the deregulatory policy.

The company's shares gained 1.7%, in the last trading session.

Will the Policy See the Light of Day?

No doubt, if implemented, the lenient firearm export policy will provide a solid impetus to U.S. gun stocks. Human right groups and Democrats have strongly opposed the proposition since a deregulation in firearms export means less scrutiny of sales, which will increase the probability of U.S. guns falling into the wrong hand. In particular, they have expressed concerns that the new rule may worsen gun violence problems in foreign countries, particularly in Mexico and other Latin American nations.

According to the Violence Policy Center, from 2009 to 2014, more than 73,000 U.S.-made guns were seized in Mexico and 70% of guns used in Mexican homicides in 2017 were manufactured in the United States.  Therefore, the lenient firearm export policy will provide a solid impetus to U.S. gun industry. However, there remains an even bigger risk of the policy heightening global security issues. For now, the policy's fate and that of the U.S. gun industry seems to hang in balance.

Looking for Stocks with Skyrocketing Upside?

Zacks has just released a Special Report on the booming investment opportunities of legal marijuana.

Ignited by new referendums and legislation, this industry is expected to blast from an already robust $6.7 billion to $20.2 billion in 2021. Early investors stand to make a killing, but you have to be ready to act and know just where to look.

Link: https://www.zacks.com/stock/news/305100/3-gun-stocks-up-on-trumps-deregulatory-gun-export-proposal

WASHAR0036248

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:       202.647.6968
e-mail:       MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036249

| | |
|---|---|
| **From:** | Strike, Andrew P <StrikeAP@state.gov> |
| **Sent:** | Friday, January 05, 2018 12:10 PM |
| **To:** | Hart, Robert L; Miller, Michael F; Jost, Aaron W; PM-DDTC-Directors-DL; Cressey, Laura E; Christensen, Brent T; Monjay, Robert; Steffens, Jessica L; Sciandra, Salvatore |
| **Cc:** | PM-CPA |
| **Subject:** | RE: FLASH CLEARANCE:  NSC Response to Reuters (Stone) on Arms Transfer Initiative |

████████████████████████████████████████

Andrew P. Strike
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

• Phone:      202–736–7804 | •  BlackBerry: 202–701–5137 |
• e-mail:      StrikeAP@state.gov<mailto:StrikeAP@state.gov> | •  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

From: Hart, Robert L
Sent: Friday, January 05, 2018 12:05 PM
To: Strike, Andrew P; Miller, Michael F; Jost, Aaron W; PM-DDTC-Directors-DL; Cressey, Laura E; Christensen, Brent T; Monjay, Robert; Steffens, Jessica L; Sciandra, Salvatore
Subject: RE: FLASH CLEARANCE: NSC Response to Reuters (Stone) on Arms Transfer Initiative

████████████████████████████████████████

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official
UNCLASSIFIED

From: Strike, Andrew P
Sent: Friday, January 5, 2018 11:53 AM

1

WASHAR0036250

To: Miller, Michael F <Millermf@state.gov>; Jost, Aaron W <JostAW@state.gov>; PM-DDTC-Directors-DL <PM-DDTC-Directors-DL@state.gov>; Cressey, Laura E <CresseyLE@state.gov>; Christensen, Brent T <ChristensenBT@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Steffens, Jessica L <SteffensJL@state.gov>; Sciandra, Salvatore <SciandraS@state.gov>
Subject: RE: FLASH CLEARANCE: NSC Response to Reuters (Stone) on Arms Transfer Initiative

███████████████████████████████████████████

_____
Andrew P. Strike
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

• Phone:      202–736–7804 | •  BlackBerry: 202–701–5137 |
• e-mail:     StrikeAP@state.gov<mailto:StrikeAP@state.gov> | •  Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

From: Miller, Michael F
Sent: Friday, January 05, 2018 11:51 AM
To: Jost, Aaron W; Strike, Andrew P; PM-DDTC-Directors-DL; Cressey, Laura E; Christensen, Brent T; Hart, Robert L; Monjay, Robert; Steffens, Jessica L; Sciandra, Salvatore
Subject: RE: FLASH CLEARANCE: NSC Response to Reuters (Stone) on Arms Transfer Initiative

███████████████████████████████

MM

Official
UNCLASSIFIED

From: Jost, Aaron W
Sent: Friday, January 5, 2018 11:39 AM
To: Strike, Andrew P <StrikeAP@state.gov>; PM-DDTC-Directors-DL <PM-DDTC-Directors-DL@state.gov>; Cressey, Laura E <CresseyLE@state.gov>; Miller, Michael F <Millermf@state.gov>; Christensen, Brent T <ChristensenBT@state.gov>; Hart, Robert L <HartRL@state.gov>; Monjay, Robert <MonjayR@state.gov>; Steffens, Jessica L <SteffensJL@state.gov>; Sciandra, Salvatore <SciandraS@state.gov>
Subject: RE: FLASH CLEARANCE: NSC Response to Reuters (Stone) on Arms Transfer Initiative

███████████████████

Regards,

WASHAR0036251

Aaron


SBU
This email is UNCLASSIFIED.


From: Strike, Andrew P
Sent: Friday, January 05, 2018 11:27 AM
To: PM-DDTC-Directors-DL; Cressey, Laura E; Miller, Michael F; Jost, Aaron W; Christensen, Brent T; Hart, Robert L; Monjay, Robert; Steffens, Jessica L
Subject: RE: FLASH CLEARANCE: NSC Response to Reuters (Stone) on Arms Transfer Initiative


+ Jess...


Official
UNCLASSIFIED

From: Strike, Andrew P
Sent: Friday, January 05, 2018 11:25 AM
To: PM-DDTC-Directors-DL; Cressey, Laura E; Miller, Michael F; Jost, Aaron W; Christensen, Brent T; Hart, Robert L; Monjay, Robert
Subject: FLASH CLEARANCE: NSC Response to Reuters (Stone) on Arms Transfer Initiative



WASHAR0036252



_____

Andrew P. Strike

Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

• Phone:      202–736–7804 |  •   BlackBerry: 202–701–5137 |
• e-mail:      StrikeAP@state.gov<mailto:StrikeAP@state.gov> |  •  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

From: Peterson, Patricia R. EOP/NSC [mailto:Patricia_R_Peterson@nsc.eop.gov]
Sent: Friday, January 05, 2018 10:35 AM
To: Steffens, Jessica L; Richard Ashooh; Seehra, Jasmeet K. EOP/OMB; Haverstick, Holly A CIV DSCA STR (US); Cannon, Elizabeth (NSD); Caldwell, Tod; Laychak, Michael R SES DTSA EO (US); Paul, Joshua M

WASHAR0036253

Cc: Rigler, Tara M
Subject: FW: [EXTERNAL] Re: NSC Press Connection --



From: Rigler, Tara M. EOP/NSC
Sent: Friday, January 5, 2018 9:40 AM
To: Peterson, Patricia R. EOP/NSC <Patricia_R_Peterson@nsc.eop.gov<mailto:Patricia_R_Peterson@nsc.eop.gov>>; Hall, Andrea G. EOP/NSC <Andrea_G_Hall@nsc.eop.gov<mailto:Andrea_G_Hall@nsc.eop.gov>>; Peterson, Patricia R. EOP/NSC <Patricia_R_Peterson@nsc.eop.gov<mailto:Patricia_R_Peterson@nsc.eop.gov>>; Gray, Alexander B. EOP/WHO <Alexander.B.Gray@who.eop.gov<mailto:Alexander.B.Gray@who.eop.gov>>

5

WASHAR0036254

Subject: FW: [EXTERNAL] Re: NSC Press Connection --

Hello Pat,

Please his additional questions.

Many thanks,
Tara

From: mike.stone1@thomsonreuters.com<mailto:mike.stone1@thomsonreuters.com>
[mailto:mike.stone1@thomsonreuters.com]
Sent: Friday, January 5, 2018 9:39 AM
To: Rigler, Tara M. EOP/NSC <Tara.M.Rigler@nsc.eop.gov<mailto:Tara.M.Rigler@nsc.eop.gov>>
Cc: Picard, Vincent M. EOP/NSC <Vincent.M.Picard@nsc.eop.gov<mailto:Vincent.M.Picard@nsc.eop.gov>>;
matt.spetalnick@thomsonreuters.com<mailto:matt.spetalnick@thomsonreuters.com>
Subject: RE: [EXTERNAL] Re: NSC Press Connection --

Tara,

CCing Matt who is working with me on the story.

There are a couple additional questions that I wanted to send over upon reflection.

- We understand the administration is preparing to roll out, next month, its plan for streamlining FMS which
encompasses drones, the ITAR rewrite, Cats I-III. (is this correct?)
- The "whole of government" approach, borrowing a page from the business world, will be applied to arms sales through
military and commercial attaches in embassy's around the world. (Please shape this as needed)
- The plan will call for broadening the customer base and make it easier for U.S. allies and partners beyond NATO. (Is
there a goal/target, monetary job number or otherwise?)
- Arms control advocates and human rights groups say this kind of easing of rules will contribute to instability in conflict
zones. What is the administration's response to this?

Cheers,

Mike

From: Rigler, Tara M. EOP/NSC [mailto:Tara.M.Rigler@nsc.eop.gov]
Sent: Friday, January 05, 2018 9:17 AM
To: Stone, Mike (Reuters)
Cc: Picard, Vincent M. EOP/NSC
Subject: RE: [EXTERNAL] Re: NSC Press Connection --

Hello Mike,

We're working it now.

Thanks,
Tara

From: mike.stone1@thomsonreuters.com<mailto:mike.stone1@thomsonreuters.com>
[mailto:mike.stone1@thomsonreuters.com]
Sent: Friday, January 5, 2018 8:31 AM

WASHAR0036255

To: Rigler, Tara M. EOP/NSC <Tara.M.Rigler@nsc.eop.gov<mailto:Tara.M.Rigler@nsc.eop.gov>>
Subject: RE: [EXTERNAL] Re: NSC Press Connection --

Tara,

We never closed the loop on this. And we're now looking at a deadline today. Can we please have some responses to this by 2 PM?

Here are our questions again, they have been altered based on further reporting. I have also added one (very important question) in red at the bottom. I understand that this is difficult on short notice. I really appreciate your efforts.

White House advisor Peter Navarro recently said (here<%3ehttp:/%3ewww.nxtbook.com/naylor/AERQ/AERQ0417/index.php?startid=20%3c%3c#/32>) his office was working closely with the National Security Council and other government departments to "promote a vigorous review of arms sales and defense exports." Can you describe what needs to change to expand the sale of US defense products overseas to allies and partners?

-      We understand that this include changes to the State Department's FMS oversight. How would you describe that change?

-      We understand that under the initiative the State Department be incentivized to play a promotional role of US defense products versus its current risk-based approach. Specifically, what directive would they be given? What kind of incentives would be created for State Dept staff to promote more arms sales? Currently they do not have a publicly known annual target. Would that change?

-      What is the potential for increased US defense exports if the administration's new arms transfer policy is a success? Are we talking a 10 percent increase in exports over 5 years? More? Less? What are the projections? (I write for a business audience so anything that can help describe the marketplace is super helpful for my readers)

-      Where does the administration see the greatest potential for new sales? What defense products? To what regions of the world?
-The NSC must play a vital role in this process, can you describe it at all?
- What is the relationship between the Arms Transfer Initiative and the National Security Decision Directive?


From: Rigler, Tara M. EOP/NSC [mailto:Tara.M.Rigler@nsc.eop.gov]
Sent: Thursday, December 21, 2017 2:27 PM
To: Stone, Mike (Reuters)
Subject: RE: [EXTERNAL] Re: NSC Press Connection --

Yes – got them.

Will get back to you shortly.

Thanks,
Tara

From: mike.stone1@thomsonreuters.com<mailto:mike.stone1@thomsonreuters.com>
[mailto:mike.stone1@thomsonreuters.com]
Sent: Thursday, December 21, 2017 1:38 PM

WASHAR0036256

To: Rigler, Tara M. EOP/NSC <Tara.M.Rigler@nsc.eop.gov<mailto:Tara.M.Rigler@nsc.eop.gov>>
Subject: RE: [EXTERNAL] Re: NSC Press Connection --

Do you see it now?

From: Rigler, Tara M. EOP/NSC [mailto:Tara.M.Rigler@nsc.eop.gov]
Sent: Thursday, December 21, 2017 1:32 PM
To: Stone, Mike (Reuters)
Subject: Re: [EXTERNAL] Re: NSC Press Connection --

No, can you please send them?

Many thanks,
Tara

Sent from my iPhone

On Dec 21, 2017, at 11:56 AM, "mike.stone1@thomsonreuters.com<mailto:mike.stone1@thomsonreuters.com>"
<mike.stone1@thomsonreuters.com<mailto:mike.stone1@thomsonreuters.com>> wrote:
Tara,

Did you get my questions from last night?

Cheers,

Mike

From: Rigler, Tara M. EOP/NSC [mailto:Tara.M.Rigler@nsc.eop.gov]
Sent: Wednesday, December 20, 2017 6:08 PM
To: Stone, Mike (Reuters)
Subject: Re: [EXTERNAL] Re: NSC Press Connection --

Sounds good, Mike.
Tara
Sent from my iPhone

On Dec 20, 2017, at 5:56 PM, "mike.stone1@thomsonreuters.com<mailto:mike.stone1@thomsonreuters.com>"
<mike.stone1@thomsonreuters.com<mailto:mike.stone1@thomsonreuters.com>> wrote:
Hi Tara,

Thanks for getting back.

I'll have to send some over in a bit. Perhaps tomorrow.

Cheers,

Mike

On Dec 20, 2017, at 5:34 PM, Rigler, Tara M. EOP/NSC
<Tara.M.Rigler@nsc.eop.gov<mailto:Tara.M.Rigler@nsc.eop.gov>> wrote:
Hello Mike,

WASHAR0036257

What are you specific questions?

Thanks,
Tara

-----Original Message-----
From: mike.stone1@thomsonreuters.com<mailto:mike.stone1@thomsonreuters.com>
[mailto:mike.stone1@thomsonreuters.com]
Sent: Wednesday, December 20, 2017 11:06 AM
To: Picard, Vincent M. EOP/NSC <Vincent.M.Picard@nsc.eop.gov<mailto:Vincent.M.Picard@nsc.eop.gov>>
Subject: [EXTERNAL] RE: NSC Press Connection --

Vinnie,

I'm sorry that this never came to fruition.

I'm afraid that due to some reporting done my other outlets, the timeline for the ATI story has moved up.

Would it be possible to do a backgrounder on that one today?

Cheers,

Mike

-----Original Message-----
From: Picard, Vincent M. EOP/NSC [mailto:Vincent.M.Picard@nsc.eop.gov]
Sent: Monday, September 18, 2017 6:27 PM
To: McKeeby, David I; Stone, Mike (Reuters)
Subject: RE: NSC Press Connection --

Thanks David, I appreciate the intro.

Hi Mike, if you think there is anything we can fill in from here please let me know and I'll try to set something up.

Vinnie

-----Original Message-----
From: McKeeby, David I [mailto:McKeebyDI@state.gov]
Sent: Monday, September 18, 2017 6:25 PM
To: mike.stone1@thomsonreuters.com<mailto:mike.stone1@thomsonreuters.com>
Cc: Picard, Vincent M. EOP/NSC <Vincent.M.Picard@nsc.eop.gov<mailto:Vincent.M.Picard@nsc.eop.gov>>
Subject: Re: NSC Press Connection --

Mike:

Allow me to also introduce you to Vinnie Picard at NSC press, who also might be available to set up a backgrounder this week on Cats I-III ND related issues  from the White House.

Best,
--D--

Sent from my BlackBerry 10 smartphone.

WASHAR0036258

From: McKeeby, David I
Sent: Monday, September 18, 2017 12:44 PM
To: mike.stone1@thomsonreuters.com<mailto:mike.stone1@thomsonreuters.com>
Cc: Eugene Cottilli (eugene.cottilli@bis.doc.gov<mailto:eugene.cottilli@bis.doc.gov>)
Subject: Commerce Connection --


Mike:

As discussed, allow me to introduce you to my Commerce BIS counterpart Eugene, who may be able to get you
connected with Brian's Commerce counterpart, Matt Borman.

Best,
Dave

_____
David I. McKeeby
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

· Phone:      202.647.8757 | •   BlackBerry:  202.550.3482 |
· e-mail:     mckeebydi@state.gov<mailto:mckeebydi@state.gov> | •   Web:
>>>>>>>www.state.gov/t/pm<<<<<;;;;<%3ehttps:urldefense.proofpoint.com/v2/url?u=http-
3A__%3e%3e%3e%3ewww.state.gov_t_pm%3c%3c%3c%3c&d=DwMF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m=HTnMlGascK1KmoVyvz0oFCaeZbJJDotktSclPKT65kM&s=Ebv_xOqnRSyAIwpbTufUAYs_IE41
9nPqY1o_whPJWts&e=%3c><< /<>>>>>>>https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.state.gov_t_pm-2520_&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m<<<<<<%3ehttps:urldefense.proofpoint.com/v2/url?u=http-
3A__%3e%3e%3e%3ewww.state.gov_t_pm-2520%3c%3c%3c%3c_&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m%3c>=frXN1lY6EWL9jDEe081lONgBOUd9804sSxDUmKKIFfQ&s=WcyxK91bg_GOCG57YQrE9
f4e12Bq_fs6fPQGnxxVdHc&e=<< <> |Twitter: @StateDeptPM


Stay connected with State.gov<%3ehttps:urldefense.proofpoint.com/v2/url?u=http-
3A__State.gov&d=DwMF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m=HTnMlGascK1KmoVyvz0oFCaeZbJJDotktSclPKT65kM&s=95rCK5pzGwznmtCwhsERouh_3f4
K5Vvx1wwIvefQR6o&e=%3c:

[cid:image001.png@01CF5314.69A33A30]<>>>>>>>>https://urldefense.proofpoint.com/v2/url?u=http-
3A__twitter.com_StateDept&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m<<<<<<%3ehttps:urldefense.proofpoint.com/v2/url?u=http-
3A__twitter.com_StateDept&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m%3c>=frXN1lY6EWL9jDEe081lONgBOUd9804sSxDUmKKIFfQ&s=zpb8TxR4ZdxrMzbnC5oP4F
BkSFXfcxA9KyVS-9vWkwM&e=<<
<>[cid:image002.png@01CF5314.69A33A30]<>>>>>>>>https://urldefense.proofpoint.com/v2/url?u=http-
3A__statedept.tumblr.com_&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m<<<<<<%3ehttps:urldefense.proofpoint.com/v2/url?u=http-

WASHAR0036259

3A__statedept.tumblr.com_&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m%3c=>frXN1lY6EWL9jDEe081lONgBOUd9804sSxDUmKKIFfQ&s=uYylYODYc4EZ4QiN7ypmgF
VMJtzvyXCxF62T4oYdsEg&e=<<
<>[cid:image003.png@01CF5314.69A33A30]<>>>>>>>https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.state.gov_misc_echannels_66791.htm&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m<<<<<<%3ehttps:/urldefense.proofpoint.com/v2/url?u=http-
3A__%3e%3e%3ewww.state.gov_misc_echannels_66791.htm%3c%3c%3c%3c&d=DwIF_Q&c=4ZIZThykDLcoWk-
GVjSLmy8-1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m%3c=>frXN1lY6EWL9jDEe081lONgBOUd9804sSxDUmKKIFfQ&s=EeNVaSccVv7cuwG9AxnTw
9DRqB_5xDP6awZDdW8ZfgA&e=<<
<>[cid:image004.png@01CF5314.69A33A30]<>>>>>>>https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.facebook.com_usdos&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m<<<<<<%3ehttps:/urldefense.proofpoint.com/v2/url?u=http-
3A__%3e%3e%3ewww.facebook.com_usdos%3c%3c%3c%3c&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m%3c=>frXN1lY6EWL9jDEe081lONgBOUd9804sSxDUmKKIFfQ&s=0BP5fnZpNqR-Nja-
trAUEBZgoHw54UwfvY3pAuThXcY&e=<<
<>[cid:image005.png@01CF5314.69A33A30]<>>>>>>>https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.flickr.com_photos_statephotos&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m<<<<<<%3ehttps:/urldefense.proofpoint.com/v2/url?u=http-
3A__%3e%3e%3ewww.flickr.com_photos_statephotos%3c%3c%3c%3c&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m%3c=>frXN1lY6EWL9jDEe081lONgBOUd9804sSxDUmKKIFfQ&s=QNdONejaaACCoVTISk7_p-
MkzF76FDTPcQusaIACmfQ&e=<<
<>[cid:image006.png@01CF5314.69A33A30]<>>>>>>>https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.youtube.com_user_statevideo&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m<<<<<<%3ehttps:/urldefense.proofpoint.com/v2/url?u=http-
3A__%3e%3e%3ewww.youtube.com_user_statevideo%3c%3c%3c%3c&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m%3c=>frXN1lY6EWL9jDEe081lONgBOUd9804sSxDUmKKIFfQ&s=NiZetFvyzxGAwWe1fbPmXj
LLTm0Qo6vdeT6_pYKsJ-k&e=<<
<>[cid:image007.png@01CF5314.69A33A30]<>>>>>>>https://urldefense.proofpoint.com/v2/url?u=https-
3A__plus.google.com_u_0_102630068213960289352&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m<<<<<<%3ehttps:/urldefense.proofpoint.com/v2/url?u=https-
3A__plus.google.com_u_0_102630068213960289352&d=DwIF_Q&c=4ZIZThykDLcoWk-GVjSLmy8-
1Cr1I4FWIvbLFebwKgY&r=HXchCL8yL7gDLD3u7YVmTx2-
c6OMBdcAC2g8OX3c7iM&m%3c=>frXN1lY6EWL9jDEe081lONgBOUd9804sSxDUmKKIFfQ&s=EzHWJuZ6BT1apB_cpqiclSs
__1GIE7KL2Q6jfcoM1hs&e=<< <#102630068213960289352/posts>


Official
UNCLASSIFIED

WASHAR0036260

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Wednesday, May 16, 2018 3:32 PM |
| **To:** | Monjay, Robert; Marquis, Matthew R; PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | RE: CPA Media Monitoring: Export Law Blog: DDTC's Buzzer Beater to Save Brokering Authority over Firearms Misses the Hoop |

Here's what Burns added:

UPDATE: I just got off the phone with a spokesperson from DDTC who explained the agency's theory as to how they could exert brokering authority over USMIL items. According to the spokesperson, section 2278(a)(1) gives the President the authority to "control the import and export of defense articles" and to "to designate those items which shall be considered as defense articles." The USMIL and the USML are, thus, separate subsets of the broader "statutory" USML referenced in subsection (a)(1).  The USMIL administered by ATF lists those items subject to controls on permanent imports.  The USML  administered by DDTC lists items subject to controls on exports and temporary imports. While this argument is at least plausible, it does require taking the facially counter-intuitive position that the USMIL is really the USML and that the USML in the ITAR isn't really the entire USML.

Official
UNCLASSIFIED

From: Monjay, Robert
Sent: Wednesday, May 16, 2018 2:02 PM
To: Paul, Joshua M <PaulJM@state.gov>; Marquis, Matthew R <MarquisMR@state.gov>; PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
Cc: PM-CPA <PM-CPA@state.gov>; PM-DDTC-Directors-DL <PM-DDTC-Directors-DL@state.gov>; Miller, Michael F <Millermf@state.gov>
Subject: RE: CPA Media Monitoring: Export Law Blog: DDTC's Buzzer Beater to Save Brokering Authority over Firearms Misses the Hoop

███████████████████████████████████████████████

Official
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, May 16, 2018 1:28 PM
To: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Marquis, Matthew R <MarquisMR@state.gov<mailto:MarquisMR@state.gov>>; PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>
Cc: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; PM-DDTC-Directors-DL <PM-DDTC-Directors-DL@state.gov<mailto:PM-DDTC-Directors-DL@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>
Subject: RE: CPA Media Monitoring: Export Law Blog: DDTC's Buzzer Beater to Save Brokering Authority over Firearms Misses the Hoop

WASHAR0036261

Official
UNCLASSIFIED

From: Monjay, Robert
Sent: Wednesday, May 16, 2018 1:22 PM
To: Marquis, Matthew R <MarquisMR@state.gov<mailto:MarquisMR@state.gov>>; PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>
Cc: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; PM-DDTC-Directors-DL <PM-DDTC-Directors-DL@state.gov<mailto:PM-DDTC-Directors-DL@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>
Subject: RE: CPA Media Monitoring: Export Law Blog: DDTC's Buzzer Beater to Save Brokering Authority over Firearms Misses the Hoop



Official
UNCLASSIFIED

From: Marquis, Matthew R
Sent: Wednesday, May 16, 2018 1:02 PM
To: PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>
Cc: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; PM-DDTC-Directors-DL <PM-DDTC-Directors-DL@state.gov<mailto:PM-DDTC-Directors-DL@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>
Subject: CPA Media Monitoring: Export Law Blog: DDTC's Buzzer Beater to Save Brokering Authority over Firearms Misses the Hoop

[cid:image001.png@01D29279.128F6050]
DDTC's Buzzer Beater to Save Brokering Authority over Firearms Misses the Hoop By Clif Burns
16 May 2018

As noted in my post yesterday on the proposed rules to transition certain Category I, II and III items from the United States Munitions List to the Commerce Control List, DDTC attempted to preserve its brokering authority over the transferred firearms and related items by amending the brokering rules to contain items both on the United States Munitions List ("USML") and the United States Munitions Import List ("USMIL").  An alert reader pointed out, quite

2

WASHAR0036262

correctly, that this clever regulatory sleight-of-hand was, ahem, not authorized by the Brokering Amendment to the Arms Control Export Act. 22 U.S.C. § 2278(b)(1)(A)(ii).

The Brokering Amendment provides authority to DDTC to register brokers and license brokering transactions.   The problem is that it authorizes this only with respect to items on the USML.   It makes no reference to the USMIL and provides no authority to regulate brokers of, and brokering transactions related to, items on the USMIL.

Section 2278(b)(1)(A)(ii)(I) provides the statutory mandate and authority to require registration of brokers:

As prescribed in regulations issued under this section, every person (other than an officer or employee of the United States Government acting in official capacity) who engages in the business of brokering activities with respect to the manufacture, export, import, or transfer of any defense article or defense service designated by the President under subsection (a)(1), or in the business of brokering activities with respect to the manufacture, export, import, or transfer of any foreign defense article or defense service (as defined in subclause (IV)), shall register with the United States Government agency charged with the administration of this section.

Subclause III requires licensing for "brokering activities described in [the above-cited] subclause (I)".
The relevant language here then is "any defense article … designated by the President under subsection (a)(1)" and "any foreign defense article … as defined in subclause (IV)".  Both of these are, it turns out, references only to items on the USML

Subsection (a)(1), which gives the President the authority to designate defense articles subject to export controls, says this in the last sentence of the subsection:

The items so designated shall constitute the United States Munitions List.

Subclause IV only references the USML in its definition of "foreign defense article":

For purposes of this clause, the term "foreign defense article or defense service" includes any non-United States defense article or defense service of a nature described on the United States Munitions List regardless of whether such article or service is of United States origin.

Not surprisingly, DDTC's discussion of these proposed rules fails to mention this little problem in relying on the Brokering Amendment or where it believes it can otherwise find statutory authority to extend its brokering rules to items on the USMIL.

Link: https://www.exportlawblog.com/archives/9169

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://stdept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A

WASHAR0036263

30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036264

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, July 18, 2018 10:25 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Washington Post: Meet the man who might have brought on the age of 'downloadable guns' |

[cid:image001.png@01D29279.128F6050]
Meet the man who might have brought on the age of 'downloadable guns'
By Deanna Paul
18 July 2018

During the summer of 2012, Cody Wilson hung around J&J, a car-repair shop run by two "goofy" guys in their late 20s. The Austin warehouse was crowded with engine blocks, car parts and Pelican boxes that never seemed to have been opened, but the 24-year-old came as he pleased, with access to shop machinery.

He had spent the larger part of his second year at the University of Texas Law School learning how to operate a 3-D printer. Familiar with the robust gun culture of the South from his Boy Scout years in Arkansas, he soon began to wonder whether he could create the first fully 3-D-printed, functional firearm.

Wilson was not confident it was feasible. The technology was new, and printable materials were brittle and plastic. But Wilson was motivated by curiosity, hypothesizing that he could design a printable weapon and build a platform for users to download gun blueprints without government regulation.

"Even I was glamoured by the magic of 3-D printing," he said, recalling when he removed the first functional plastic piece from the printer. "It had an unusual polymer, fleshy feel and a silicate structure about it that had to be washed off. All the trappings of some kind of alien birth."

Wilson admired the object. The screw, buffer tower, the grip face. They all had perfect resolution, he said. "That's the devilry of this technology. They can do things that have machine quality."

Wilson drove to west Texas and learned to assemble a gun, swapping in his printed part — a green lower receiver. He shot the low-powered AR-15 into the dirt five or six times before it broke. Wilson showcased the accomplishment on YouTube.

Convincing Americans that 3D-printing guns was a worthwhile endeavor proved to be a challenge, said Wilson, who had begun fundraising. His bleak investor base was mostly 3-D printer enthusiasts with several straggling gun-rights advocates. Gun owners could already own many guns. Why did they need new ones printed?
Green lower receiver for the AR-15 printed by Cody Wilson in November 2012. (Cody Wilson) Less than two weeks passed before 20-year-old Adam Lanza opened fire at Sandy Hook Elementary School, fatally shooting 26 people before turning his weapon on himself. Suddenly, interest and his efforts changed.

"After Sandy Hook, everything was backward, cast as some kind of race condition: Is there gun control in America or 3-D printing of guns?" he said. No longer the outliers, Second Amendment support flowed in. "These things become about red team, blue team after a while," Wilson said.

With national interest piqued, Congress and the Obama administration stepped in, leading a nationwide crackdown on gun ownership. Citing corporate responsibility, websites took down gun files and online community forums removed

WASHAR0036265

gun enthusiasts. The Senate pushed for stronger laws and introduced the Manchin-Toomey Amendment in January 2013, calling for background checks on most firearm sales. The bill failed three months later.

Inspired by Julian Assange and WikiLeaks, Wilson and his friends set out to create an open-source platform.

"We wanted to be the wiki for guns," Wilson said. Defcad.com, an unregulated file-sharing website, launched, birthing what became the first 3-D-printing gun community.

Testing of the "Liberator," his first fully printed pistol, finished in late April 2013, during his second-year exams. He dropped out of the program the same week and uploaded his design files for ghost guns, firearms without serial numbers. In a few days, there were more than 100,000 downloads. Then he was stopped by the feds.

In May, Wilson told Infowars' Alex Jones, who has promoted various conspiracy theories, that the State Department emailed him demanding the files be taken down. The department alleged that by uploading a weapon blueprint, which constituted an export under the International Traffic in Arms Regulations (ITAR), Wilson was violating federal law. With 30 days to respond to government demands, Wilson removed the files from defcad.com, then filed suit against the U.S. government for violating his First Amendment right to free speech.

What frustrated Wilson was that the government was attempting to stop him from giving knowledge away.

"It's not that I'm a nihilist about it. I know that I can't control it moving forward, but that's the utopia of the present," Wilson said, calling himself a political romantic. "Good, something might happen that I can't anticipate! That's what inspires a bunch of burnouts like me."

He understood that the knowledge could be used for radical purposes. Still, he said, there was no way to "violate" his idea. In the public domain, the designs were "equally everyone's and no one's," he said.

At the time it was a pipe dream, but he hoped he had a case.

Joined by the Second Amendment Foundation, Wilson spent five years in litigation. In an unlikely turn of events, on June 22, the federal government settled. It was a narrow victory for First Amendment fans, coming under an administration usually perceived as hostile to free speech.

Second Amendment Foundation founder Alan Gottlieb, surprised the government settled after years of battle, said that the victory cemented gun-ownership law. "The government can no longer effectively ban guns in America because anyone can download the code and make a gun in their own home," he said.

Wilson, now 30, did not expect to win either. He expected to be content with a moral defeat, taking solace imagining the State Department tasked with the chore of regulating guns on the Internet.

"It's a troubling 180-degree turn by the State Department," said Adam Skaggs, chief counsel of Giffords Law Center to Prevent Gun Violence. "It's going to make it much easier for dangerous people, otherwise prohibited from getting guns, to get them."

Skaggs, like many anti-gun-violence proponents, blamed the policy U-turn on the Trump administration, saying it is more focused on the gun lobby's bidding than protecting public safety.

A State Department spokesman, however, told The Washington Post that this was a voluntary settlement agreed upon by both parties. The June 29 settlement, a copy of which was given to The Post, comes during a transfer of oversight from the State Department to the Department of Commerce.

WASHAR0036266

In 2010, when Barack Obama was president, the departments initiated an overhaul of the U.S. munitions list. Under the proposed regulations, the State Department would continue administrating exports under ITAR of military-grade firearms, munition and heavy artillery. Commercially available firearms and related manufacturing technology would transfer to Commerce control. "These proposed regulations would eliminate the ITAR requirements at issue in this case," the department spokesman said.

The Trump administration has surged forward with deregulating gun exports, though the initial transfer between departments was in 2015, under the Obama administration.

Weapon manufacturing, in the meantime, is moving away from 3-D printing. According to Adrian Bowyer, a retired engineer, 3-D printers aren't a suitable technology for weapon-making. The key component of a firearm is that it's cylindrical and rotationally symmetric. 3-D printers are also restricted to the available materials, and the ones that work with metals don't provide the best results.

Bowyer said that if he had an interest in making weapons, he would make them with conventional tools, like a lathe. "3-D printers are expensive. Even then, the end result is likely not to be as strong as a 200-year-old technology."

Because there has been a proliferation of guns built with do-it-yourself kits obtained online, gun-control advocates have maintained that 3-D-printed guns are a future threat. Finkler said that when printing technology becomes more reliable and affordable — which, he said, is undoubtedly coming — it will have dangerous consequences for public safety. "Climate change isn't affecting us today, but people can be concerned about the future," he analogized. For now, though, the 80-percent-unfinished DIY gun looms larger.

Wilson's website is scheduled to go back online Aug. 1. Throughout the litigation, he developed a trove of other 3-D-printable weapon blueprints, including Assembly AR-15s and AR-10s.

Regulating homemade weapons will be the future-facing obstacle. Several states introduced legislation increasing oversight, but with the proposed ITAR amendments, Wilson should be able to publish all of his blueprints.

"[Code] is the essence of expression," he said. "It meets all the requirements of speech — it's artistic and political, you can manipulate it, and it needs human involvement to become other things." Alternatively, he said a digital file is a weapon, but only in the nonlegal sense. "You can't characterize 16 lines of code as 'a gun.' It doesn't want to become anything; you still have to make it one."

Wilson relishes that he edged his way into American gun-control politics.

"Ghost guns are what got me where I got," he said. "My contribution is to create the hyperbole politicians talk about. Now the public can have access to them."

Link: https://www.washingtonpost.com/news/post-nation/wp/2018/07/18/meet-the-man-who-wants-to-bring-on-the-age-of-downloadable-guns-and-may-have-already-succeeded/?utm_term=.f57ef3f88e04

---

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

WASHAR0036267

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036268

| | |
|---|---|
| **From:** | Heidema, Sarah J <HeidemaSJ@state.gov> |
| **Sent:** | Friday, July 27, 2018 9:07 AM |
| **To:** | Paul, Joshua M; Miller, Michael F; Hart, Robert L; Rogers, Shana A; Freeman, Jeremy B; Fabry, Steven F |
| **Subject:** | RE: 18.04.06 DOJ MTD.pdf |

█████████████████████████████████████████████████████

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, July 27, 2018 9:01 AM
To: Heidema, Sarah J <HeidemaSJ@state.gov>; Miller, Michael F <Millermf@state.gov>; Hart, Robert L <HartRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Freeman, Jeremy B <FreemanJB@state.gov>; Fabry, Steven F <FabrySF@state.gov>
Subject: RE: 18.04.06 DOJ MTD.pdf

█████████████████████████████████████████████████████

Official - SBU
UNCLASSIFIED

From: Heidema, Sarah J
Sent: Friday, July 27, 2018 9:00 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Rogers, Shana A <RogersSA2@state.gov<mailto:RogersSA2@state.gov>>; Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Fabry, Steven F <FabrySF@state.gov<mailto:FabrySF@state.gov>>
Subject: RE: 18.04.06 DOJ MTD.pdf

████████████████████████████████████

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, July 27, 2018 8:55 AM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Rogers, Shana A <RogersSA2@state.gov<mailto:RogersSA2@state.gov>>; Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Fabry, Steven F <FabrySF@state.gov<mailto:FabrySF@state.gov>>

1

WASHAR0036269

Subject: FW: 18.04.06 DOJ MTD.pdf

FYI-

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, July 27, 2018 8:47 AM
To: 'Fite, David (Foreign Relations)' <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Subject: RE: 18.04.06 DOJ MTD.pdf

Dear David,

On a technical legal question such as this, we would have to refer you in the first instance to the Department of Justice. Would you like to reach out to them directly, or shall I pass along your inquiry?

Josh

Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Thursday, July 26, 2018 7:22 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Subject: FW: 18.04.06 DOJ MTD.pdf

May I please get an analysis as to why this April 4th  submission by the Department of Justice was so much in error by the end of April?

WASHAR0036270

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Monday, May 14, 2018 6:29 PM |
| **To:** | PM-DAS's |
| **Cc:** | PM-CPA |
| **Subject:** | Fwd:  Roll Out call - CATS 1-3 |

Washington Times firearms story is out- text below.

---

From: Paul, Joshua M <PaulJM@state.gov>
Date: May 14, 2018 at 6:27:19 PM EDT
To: Paul, Joshua M <PaulJM@state.gov>, Kimberly Ekmark <Kimberly.Ekmark@bis.doc.gov>, Eugene Cottilli <Eugene.Cottilli@bis.doc.gov>, PM-CPA <PM-CPA@state.gov>, Cooper, John M <CooperJM3@state.gov>, Nesterczuk, Oksana D CIV DTSA PD (US) <oksana.d.nesterczuk.civ@mail.mil>, Blake, Victoria C CIV DTSA PD (US) <victoria.c.blake.civ@mail.mil>, Jodi.L.Kouts@nsc.eop.gov <Jodi.L.Kouts@nsc.eop.gov>, PM-DTCP-RMA <PM-DTCP-RMA@state.gov>, Picard, Vincent M. EOP/NSC <Vincent.M.Picard@nsc.eop.gov>, Heidema, Sarah J <HeidemaSJ@state.gov>, Kaplan, James L. EOP/NSC <James.L.Kaplan@nsc.eop.gov>, Darrach, Tamara A <DarrachTA@state.gov>
Cc: Chen, Rachael J <ChenRJ@state.gov>
Subject: RE: Roll Out call - CATS 1-3

Washington Times story is out:

Trump administration moves to shift gun export approval from State to Commerce By Guy Taylor - The Washington Times - Updated: 6:10 p.m. on Monday, May 14, 2018

The Trump administration took a major formal step Monday toward officially shifting authority from the State Department to the Commerce Department over the approval of U.S. small arms exports, including semiautomatic rifles and weapons ranging in size up to .50 caliber.

In a closed-door briefing for lawmakers, State and Commerce officials outlined specifics of the shift long sought by small arms manufacturers as a way to cut red tape and boost exports — but decried by pro-regulation Democrats who warn the policy change could dissolve barriers designed to keep U.S.-made firearms from criminals and terrorists overseas.

While Congress could still block the initiative — Monday's briefing on Capitol Hill opened a public comment period that lasts for 45 days — administration officials are touting the policy as breakthrough for U.S. manufacturing and stress that key restrictions on exports to unsavory international buyers will remain in place.

What will change once the Commerce Department fully takes over as the point agency for licensing on small arms exports is that the "regulatory burden on the U.S. commercial firearms and ammunition industry" will be "significantly reduce[d]," says Principal Deputy Assistant Secretary of State Tina Kaidanow.

1

WASHAR0036271

The shift will "promote American exports," Ms. Kaidanow told The Washington Times, asserting that officials are also "prioritizing national security controls and continuing our ability to restrict exports where human rights, illicit trafficking, and related issues may be of concern."

Currently, small arms export licensing is lumped under they same approval process as that for such major military weapons as advanced missile systems and tanks. Under the new policy, Commerce will be put in charge of overseeing exports of handguns, sporting rifles and such semiautomatic rifles as AR-15s, separating those personal protection and hunting firearms from the military-grade weaponry, which will still be governed by the State.

"One of the guideposts we used in writing the proposed policy change was to look at what's commercially available in sporting goods stores in the United States — products where the majority of the end users are not military," a senior Commerce Department official told The Times.

A senior State Department official explained that "firearms that put out one bullet per pull of the trigger are going to Commerce, while the more than one bullet per pull will stay with State on the U.S. Munitions List (USML) that controls the sale of American military equipment to foreign buyers."

The biggest firearms whose export will now be run out of Commerce are .50 caliber rifles. What will stay at State go are certain types of ammunition, specifically magazines that carry more than 50 rounds, any belt-fed bullets, tracers and "developmental" ammunition proprietary to major defense companies.

There will also be major license exceptions put in place for under Commerce, including exceptions for companies with contracts to manufacture and maintain small arms for certain foreign police departments or for NATO and other close allies.

The policy shift will also do away with certain registration fees. Under the current system, any individual or company that manufactures a firearm or small arm component — whether or not they export it — is required to register with the State Department and pay an annual fee that starts at $2,250 per year.

The fee, which small arm manufacturing advocates say is prohibitive to individual gunsmiths and to U.S.-based companies that manufacture parts for bigger firms focused on exporting, will no longer exist under the Commerce-run approval system.

"Basically, the way the old system is set up right now, we're treating a guy in his garage who assists a foreign client in the design of a basic firearm as if he's a major defense contractor," said one of the officials who spoke on condition of anonymity with The Times. "We're treating him the same as we're treating Boeing right now and its not rational."

Critics say that's a talking point traceable back to the gun lobby. But firearms industry advocates say the new policy is something that's been in the making for years because of a grassroots outcry from small arm manufactures who employ some 190,000 people across all 50 States.

Started with Obama

The policy shift began under President Obama, whose senior aides reportedly agreed that State shouldn't be so deeply involved in controlling exports of products already sold with limited regulation in U.S. stores.

WASHAR0036272

Mr. Obama was seen to be on the cusp of pushing through the shift to Commerce in 2012, but stalled amid outcry over small arms proliferation following the mass shooting that left 20 children dead that year at Sandy Hook Elementary School in Newtown, Connecticut.

Now that the shift is finally happening, advocates say it could grow revenues for the firearms industry by some $340 million a year and boost export sales by up to 20 percent.

"It's a major improvement and something we've been chasing for a long time," said Larry Keane of the National Shooting Sports Foundation, the nation's leading firearms industry trade association.

"It's a chance to compete in the global market on a more level playing field," Mr. Keane told The Times. "American companies lose business opportunities because of the current license export control regime without any benefit to national security."

Concerns over national security

The issue of national security has hung in the backdrop as support for the policy shift gained steam.

A GOP-led effort last year saw dozens of House members pen a letter to the Trump administration calling on the White House to get on with the shift to help a U.S. businesses "access new markets, create new jobs and hire hard-working Americans."

Five Democrats joined a similar letter sent last May to the State Department by 29 senators. Among the Democrats who signed were Amy Klobuchar of Minnesota, Joe Donnelly of Indiana, Heidi Heitkamp of North Dakota and Joe Manchin of West Virginia.

But a separate letter penned by Democrats Ben Cardin of Maryland, Dianne Feinstein of California and Patrick Leahy of Vermont argued a shift to Commerce will result "in less rigorous oversight" of gun exports and "be directly contrary to congressional intent of the 2002 Arms Export Control Act."

The Senators specifically argued that approval for the export of .50 caliber rifles and semi-automatic firearms should remain under the State Department's domain on grounds an expanding number of them on the global market may increase the risk of their falling into the wrong hands internationally.

The Arms Control Association (ACA), an advocacy group accused by some conservatives of pushing leftist gun-control agendas, has argued that Commerce control over such exports would be "less restrictive" in a way could "enable illegal procurement and diversion of reclassified weapons."

The ACA argues on its website that loosened export approval requirements, coupled with "confusion over regulations, may also make it harder to identify and prosecute arms smugglers and illegal exporters." The association maintains that the State Department, not Commerce, has "the proper mandate to take into account the impact of firearms transfers on terrorist activity, human rights norms and other considerations beyond commercial interests."

Cardin vows to fight it

Mr. Cardin took the argument further Monday, telling The Times he's spent years advising "both the Obama and Trump administrations against this type of transfer."

WASHAR0036273

"Weakened Congressional oversight of international small arms and munitions sales is extremely hazardous to global security," the Maryland Democrat said. "Small arms and light weapons are among the most lethal weapons that we and other countries export…[and] are most likely to be used to commit atrocities and suppress human rights, either by individuals, non-state groups, or governmental security and para-military forces."

"This decision is also politically tone-deaf as our nation reckons with a gun violence epidemic," Mr. Cardin asserted. "As the public comment period begins today, I encourage the American people and relevant stakeholders to weigh in with the administration and speak out against the forces really driving this policy change – the gun lobby."

Advocates of the policy change, as well as Commerce and State Department officials downplayed Mr. Cardin's concerns. One senior Commerce official stressed in an interview with The Times that the State Department will remain involved in an inter-agency review process for any export applications pertaining to buyers in foreign countries deemed sensitive.

"There's very little that we would approve under Commerce that we would not approve today under the current State Department run system," the official said. "What we're trying to do is reduce the burden it takes to get that license. But we're still going to do that same national security, foreign policy, human rights review. Something that we would deny today should continue to be denied tomorrow."

Sen. Steve Daines, a Montana Republican who pushed for the shift to Commerce, told The Times his state's "world-class firearm and ammunition manufacturers should not be burdened by unnecessary regulations and costs."

Trump administration officials say they hope the shift can be finalized quickly following a 45-day comment period that began Monday. Once it has passed, Congress could try to overturn the policy, but would have to pass legislation to do so — something officials say is unlikely given the near unanimous support the shift among Republicans.

Mr. Daines, meanwhile, said he wishes even more red tape were being cut. "While this is a step in the right direction," he said, "more work remains to be done and I will continue pushing."

Trump administration officials are eager to take credit, asserting the new policy amounts to "common-sense reforms" that fit with the president's view that "economic security is national security."

"President Trump is following through on his commitment to reduce the regulatory burden on American employers, which will result in more jobs and a stronger economy," a senior White House official told The Times.

Copyright © 2018 The Washington Times, LLC. Click here for reprint permission.

---

From: Paul, Joshua M <PaulJM@state.gov>
Date: May 10, 2018 at 1:49:03 PM EDT
To: Kimberly Ekmark <Kimberly.Ekmark@bis.doc.gov>, Eugene Cottilli <Eugene.Cottilli@bis.doc.gov>, PM-CPA <PM-CPA@state.gov>, Cooper, John M <CooperJM3@state.gov>, Nesterczuk, Oksana D CIV DTSA PD (US) <oksana.d.nesterczuk.civ@mail.mil>, Blake, Victoria C CIV DTSA PD (US) <victoria.c.blake.civ@mail.mil>,

WASHAR0036274

Jodi.L.Kouts@nsc.eop.gov <Jodi.L.Kouts@nsc.eop.gov>, PM-DTCP-RMA <PM-DTCP-RMA@state.gov>, Picard, Vincent M. EOP/NSC <Vincent.M.Picard@nsc.eop.gov>, Heidema, Sarah J <HeidemaSJ@state.gov>, Kaplan, James L. EOP/NSC <James.L.Kaplan@nsc.eop.gov>, Darrach, Tamara A <DarrachTA@state.gov>
Cc: Chen, Rachael J <ChenRJ@state.gov>
Subject: RE: Roll Out call - CATS 1-3

Dear all,

By way of an update:


·      Commerce is delivering the rules to the FRN this afternoon for their publication on Wednesday (this means they will go on public display Tuesday).


·      Briefing to SFRC, HFAC, and SBANK is confirmed for Monday, 230pm, in Dirksen 518.


·      PM will conduct a background briefing with Washington Times' Guy Taylor at 1030am tomorrow, with publication embargoed until after COB on Monday.


·      PM will send out invitations for the Tuesday background briefings with a broader swath of media on Monday.


In sum, I think we're on track.  Couple of questions for Commerce:


·      What time do you anticipate putting the draft rules up on your website on Monday?  Any time after 5pm is fine for us, but do let us know as we'd like to synch this with the lifting of the embargo.

·      For the backgrounder with Washington Times tomorrow, do you want to call in, join in person, or shall we send him your way separately?  A or B would be my preference to keep us all on the same message.

One final note, HFAC MAJ have asked for an advance copy of the rules, prior to the briefing.  Commerce has no objection; I am concerned that providing advanced copies to all of the Committee staffs, Majority and Minority, significantly increases the risk of the draft leaking before we have the chance to frame the narrative.  We're still discussing in PM, but if we are providing advance drafts, my hope would be to do so no earlier than Monday morning. Welcome further thoughts on this from the group.

Thanks,

Josh


Official - SBU
UNCLASSIFIED

From: Paul, Joshua M

WASHAR0036275

Sent: Monday, May 07, 2018 4:13 PM
To: 'Kimberly Ekmark' <Kimberly.Ekmark@bis.doc.gov>; 'Eugene Cottilli' <Eugene.Cottilli@bis.doc.gov>; PM-CPA <PM-CPA@state.gov>; Cooper, John M <CooperJM3@state.gov>; Miller, Tiernen <MillerET@state.gov>; 'Nesterczuk, Oksana D CIV DTSA PD (US)' <oksana.d.nesterczuk.civ@mail.mil>; 'Blake, Victoria C CIV DTSA PD (US)' <victoria.c.blake.civ@mail.mil>; 'Jodi.L.Kouts@nsc.eop.gov' <Jodi.L.Kouts@nsc.eop.gov>; PM-DTCP-RMA <PM-DTCP-RMA@state.gov>; 'Picard, Vincent M. EOP/NSC' <Vincent.M.Picard@nsc.eop.gov>; Heidema, Sarah J <HeidemaSJ@state.gov>; 'Kaplan, James L. EOP/NSC' <James.L.Kaplan@nsc.eop.gov>
Cc: Chen, Rachael J <ChenRJ@state.gov>
Subject: RE: Roll Out call - CATS 1-3

+Sarah and Jim

Dear all,

Further to this afternoon's conference call, which was attended by State and Commerce, I am attaching an updated roll-out plan that reflect the targeted publication date of next Wednesday, 16 May, meaning that the Hill briefing will occur on Monday, and the notice will be publically released by the FRN on Tuesday.

I'll send an update when the Monday briefing is confirmed with HFAC, SFRC and SBANK; we are aiming for 10am.  DTSA, please can you confirm your availability for the briefing, although I understand there's less DTSA equity here than on past Categories.

Thanks,

Josh

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Monday, May 07, 2018 7:51 AM
To: 'Kimberly Ekmark' <Kimberly.Ekmark@bis.doc.gov<mailto:Kimberly.Ekmark@bis.doc.gov>>; 'Eugene Cottilli' <Eugene.Cottilli@bis.doc.gov<mailto:Eugene.Cottilli@bis.doc.gov>>; PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; Cooper, John M <CooperJM3@state.gov<mailto:CooperJM3@state.gov>>; Miller, Tiernen <MillerET@state.gov<mailto:MillerET@state.gov>>; 'Nesterczuk, Oksana D CIV DTSA PD (US)' <oksana.d.nesterczuk.civ@mail.mil<mailto:oksana.d.nesterczuk.civ@mail.mil>>; 'Blake, Victoria C CIV DTSA PD (US)' <victoria.c.blake.civ@mail.mil<mailto:victoria.c.blake.civ@mail.mil>>; 'Jodi.L.Kouts@nsc.eop.gov' <Jodi.L.Kouts@nsc.eop.gov<mailto:Jodi.L.Kouts@nsc.eop.gov>>; PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>; 'Picard, Vincent M. EOP/NSC' <Vincent.M.Picard@nsc.eop.gov<mailto:Vincent.M.Picard@nsc.eop.gov>>
Cc: Chen, Rachael J <ChenRJ@state.gov<mailto:ChenRJ@state.gov>>
Subject: RE: Roll Out call - CATS 1-3

While I've only heard back from DDTC so far, it seems like it makes sense from this end to push off publication (and briefings, etc) to next week.  That said, happy to host a brief call as scheduled to synch plans and schedules.

Josh

Official
UNCLASSIFIED

From: Paul, Joshua M

WASHAR0036276

Sent: Friday, May 04, 2018 2:31 PM
To: 'Kimberly Ekmark' <Kimberly.Ekmark@bis.doc.gov<mailto:Kimberly.Ekmark@bis.doc.gov>>; 'Eugene Cottilli'
<Eugene.Cottilli@bis.doc.gov<mailto:Eugene.Cottilli@bis.doc.gov>>; PM-CPA <PM-CPA@state.gov<mailto:PM-
CPA@state.gov>>; Cooper, John M <CooperJM3@state.gov<mailto:CooperJM3@state.gov>>; Miller, Tiernen
<MillerET@state.gov<mailto:MillerET@state.gov>>; Nesterczuk, Oksana D CIV DTSA PD (US)
<oksana.d.nesterczuk.civ@mail.mil<mailto:oksana.d.nesterczuk.civ@mail.mil>>; 'Blake, Victoria C CIV DTSA PD (US)'
<victoria.c.blake.civ@mail.mil<mailto:victoria.c.blake.civ@mail.mil>>;
Jodi.L.Kouts@nsc.eop.gov<mailto:Jodi.L.Kouts@nsc.eop.gov>; PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-
DTCP-RMA@state.gov>>; Picard, Vincent M. EOP/NSC
<Vincent.M.Picard@nsc.eop.gov<mailto:Vincent.M.Picard@nsc.eop.gov>>
Cc: Chen, Rachael J <ChenRJ@state.gov<mailto:ChenRJ@state.gov>>
Subject: RE: Roll Out call - CATS 1-3

Dear all,

State Leg advises that HFAC will not be available for briefing next week due to HASC NDAA mark up.  Would DTCP and
BIS have any objection to pushing publication to the following week in order to accommodate what I think is a rather
critical Congressional advance briefing?

Josh

-----Original Appointment-----
From: Paul, Joshua M
Sent: Friday, May 04, 2018 1:08 PM
To: Paul, Joshua M; Kimberly Ekmark; Eugene Cottilli; PM-CPA; Cooper, John M; Miller, Tiernen; Nesterczuk, Oksana D
CIV DTSA PD (US); Blake, Victoria C CIV DTSA PD (US); Jodi.L.Kouts@nsc.eop.gov<mailto:Jodi.L.Kouts@nsc.eop.gov>; PM-
DTCP-RMA; Picard, Vincent M. EOP/NSC
Cc: Chen, Rachael J
Subject: Roll Out call - CATS 1-3
When: Monday, May 07, 2018 2:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Conf Call

Dear all,

With rules now approved by S and Commerce A/S, we anticipate moving to publication in the FRN next week, and
scheduling Hill briefings on Wednesday, per the attached roll out plan.

Would ask that agencies (BIS, DTSA) confirm briefer availability for Tues/Weds/Thurs.  Let's discuss logistics and further
details in this conf call on Monday.

1877 336 1839
#896 9221#


Thanks,

Josh


Official
UNCLASSIFIED

7

WASHAR0036277

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Tuesday, May 15, 2018 1:32 PM |
| **To:** | PM-DDTC-Directors-DL |
| **Cc:** | PM-CPA; PM-DAS's |
| **Subject:** | CPA Media Monitoring: The Trace: Trump Administration Advances Plan to Relax Gun Export Rules |

[cid:image001.png@01D29279.128F6050]
Trump Administration Advances Plan to Relax Gun Export Rules By Alex Yablon
15 May 2018

The Trump administration on Monday advanced a long-sought-after plan to relax export rules for U.S. small arms, including semiautomatic rifles, handguns, and sniper rifles.

In a private briefing with members of Congress, State Department officials outlined a proposed rule change that would transfer oversight of gun exports to the Department of Commerce. The proposed rule will be published in the Federal Register later this week, where it will be subject to public comment for 45 days. While it is unlikely, Congress could block the change using powers under the Congressional Review Act.

The shift, which was first proposed by the Obama administration in 2012, is championed by gunmakers who say it will make them more competitive in the international market. Critics argue an export policy that favors commercial interests could put the U.S. national security at risk or harm diplomatic efforts.

"Weakened Congressional oversight of international small arms and munitions sales is extremely hazardous to global security," said Senator Ben Cardin, a Democrat who serves on the Senate Committee on Foreign Relations, in an emailed statement. "This decision is also politically tone-deaf as our nation reckons with a gun violence epidemic."

A U.S. Department of State spokesman said that the change would ease the regulatory burden on American gun makers and allow them to compete better globally.

Currently, the Department of State monitors exports of nearly all weapons through the U.S. Munitions List. Since 2002, the Department of State has been required to notify Congress of overseas sales of firearms worth more than $1 million.

In 2016, the State Department alerted the Senate Foreign Relations Committee to a proposed sale of more than 26,000 rifles to the Philippines. Senator Cardin at the time objected to arming the regime of Philippine President Rodrigo Duterte, who had inaugurated a wave of thousands of extrajudicial killings as part of a crackdown on drugs. The weapons deal was canceled as a result.

The proposed rule change would transfer control over the sale of small arms to the Commerce Control List, and Congress would no longer be notified of large purchases.

Some arms control experts say reduced oversight could provide criminals, terrorists, or hostile states an opportunity to purchase American weapons.

Under Department of Commerce weapon export rules, "companies aren't required to provide as much information about brokers or shipping" as they must under Department of State supervision, said Colby Goodman, who examines American weapons exports as director of the Security Assistance Monitor program at the Center for International Policy in Washington. "The world of firearms exports is full of questionable, dubious characters."

1

WASHAR0036278

The rule change has been long in the making. It was first proposed in 2012 by the Obama administration, but abandoned shortly after the Sandy Hook Elementary School shooting. At the time, the Department of Justice and Department of Homeland Security criticized the change because it could make it easier for transnational criminal organizations or terrorists to get American-made guns.

In September, Reuters reported that the Trump administration was interested in reviving the rule change to encourage more international arms sales. With the formal commencement of the public comment period, the preparation has become a policy reality.

In April, the Trump administration said it would now consider economic factors in addition to security when it comes to selling American weapons overseas.

The Trump administration argues the change will aid the domestic gun industry by cutting down on export regulation. American consumer sales of firearms have suffered since the 2016 election. After years of elevated sales in anticipation of possible new gun control measures imposed by Democratic lawmakers, domestic demand subsided as Republicans took full control of the federal government.

Link: https://www.thetrace.org/rounds/gun-export-rules-trump-administration-plan/


Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036279

| | |
|---|---|
| **From:** | Gary Stanley <gstanley@glstrade.com> |
| **Sent:** | Thursday, May 31, 2018 12:47 AM |
| **To:** | Sarah J.Heidema |
| **Subject:** | Defense and Export-Import Update (May 30, 2018) |

**Dear All,**

**Good Day!**

***Gary Stanley's EC Tip of the Day:*** **To use an EAR License Exception, you must enter on any required EEI filing the correct License Code that corresponds to the appropriate license exception symbol (*e.g.*, LVS, GBS, CIV) and the correct Export Control Classification Number (ECCN) (*e.g.*, 4A003, 5A002) for all exports of items under a license exception. Items temporarily in the United States meeting the provisions of License Exception TMP, under EAR § 740.9(b)(3), are excepted from this requirement. See EAR § 758.1 and 15 C.F.R. Part 30 of the U.S. Census Bureau's Foreign Trade Regulations (FTR) for EEI requirements.**

**Today's Items:**

1. **Merit Aerospace, Inc., and Yanhong Zhou Settle EAR Violations**
2. **Commerce Dept. Requests Public Comments and Schedules Hearing on Section 232 Natio**
3. **BIS Posts Additional Presentations from Its 2018 Annual Update in Washngton, DC**
4. **OFAC Targets Targets Human Rights Abuses, Censorship, and Enhanced Monitoring by th**
5. **Canada Amends Its Sanctions Related to Venezuela**
6. **Pres. Trump Signs Space Policy Directive-2 on Streamlining Regulations on Commercial U**
7. **U.S. Trade and Investment with Sub-Saharan Africa in Certain Sectors Has Grown and Co**
8. **USTR Announces 2018 GSP Annual Product Review and Initiation of Country Practice Rev**
9. **WTO News**
10. **U.S. Government Contracting**
11. **U.S. Customs and U.S. Census/AES Updates**
12. **U.S. Customs and U.S. Census/AES Updates**
13. **GAO Reports, Testimony, and Correspondence of Interest**
14. **U.S. Government Trade Forms and Other Information Collections Open for Public Comme**

**Other Headlines**

15. **Air Force Secretary Advocates for Export Control Fixes Amid Concerns over Turkey**
16. **U.S. Tariff Threat Could Scuttle Planned Trade Talks with China**
17. **U.S. Plans to Hit EU With Steel, Aluminum Tariffs**

WASHAR0036280

18. **Smart Rifles for Foot Soldiers: Army NGSW Prototype Contracts Out in June**

19. **Defense Contractor Inchcape Shipping Services to Pay $20 Million to Settle Fraud Case o**

20. **Another US Air Force Aircraft Contract Got Delayed. Here Are the Details.**

21. **Congress on Target for Dogfight over Military Aircraft**

22. **Army S&T Money Focused on 'Big Six' Priorities**

23. **How a Pentagon Contract Became an Identity Crisis for Google**

24. **At Beijing Security Fair, an Arms Race for Surveillance Tech**

25. **Locking the Lab: Globalization Raises Concerns about Research Data Security on Campus**

26. **Opinion: Trump Shows How Not to Be a Protectionist**

27. **Opinion: Trump Administration's Proposed Reforms to Firearms Export Controls Are Goo**

28. **Opinion: The Good And the Bad of Reforms to Firearms Export Controls**

**Upcoming Export Control and Other Trade Compliance Conferences - *NEW EVENT ADDED!***

## 1. Merit Aerospace, Inc., and Yanhong Zhou Settle EAR Violations

The U.S. Department of Bureau of Industry and Security (BIS) has announced that Merit Aerospace, Inc.., and Yanhong Zhou a/k/a Joe Zhou, both of Pasadena, California, have agreed to pay jointly and severally a civil penalty of $221,000 (in two installments of $20,000 and the remaining $181,000 suspended for four years and thereafter waived if Merit and Zhou have complied with all terms of their Settlement Agreement and have committed no further violations), to complete two audits of Merit's export controls compliance program, and to have their export privileges suspended for four years (which suspension shall not take effect for four years and thereafter be waived if Merit and Zhou have complied with all terms of their Settlement Agreement and have committed no further violations) to settle charges that they committed one violation of EAR § 764.2(g)(Misrepresentation and concealment of facts). Specifically, BIS charged that on or about November 7, 2012, Merit Aerospace misrepresented and concealed that it was exporting from the United States aircraft parts to one customer ("Customer A"), after it had prepared false shipping documents that indicated the export was for a different customer ("Customer B") and declared the value of the aircraft parts, which are items subject to the EAR and designated EAR99, to be significantly below the true value of the shipment.3 Merit Aerospace did so after it had been notified by BIS's Office of Export Enforcement ("OEE") that a prior shipment of aircraft parts from Merit Aerospace to Customer A had been detained for further investigation and while Merit Aerospace was in ongoing discussions with OEE about its export business with Customer A. On November 7, 2012, in order to replace some of the aircraft parts for Customer A that had been detained by OEE, Merit Aerospace arranged to ship the replacement parts to Customer A by exporting them initially to Customer B, and then arranging for delivery to Customer A in China. In connection with this November 7, 2012 export, Zhou submitted to the U.S. Government, through a freight forwarding company, electronic export information ("EEI") that falsely identified the ultimate consignee of the exported goods. Merit Aerospace deliberately did not inform OEE of this export during a meeting OEE had with Merit Aerospace on or about November 8, 2012, which concealment was material to the investigation and the activities subject to the EAR. Click here for a copy of the Settlement Agreement and related documentation.

WASHAR0036281

## 2.  Commerce Dept. Requests Public Comments and Schedules Hearing on S[...] Imports

(83 Fed. Reg. 24735) - On May 23, 2018, the Secretary of Commerce initiated an investigation to determine the effects on the national security of imports of automobiles, including cars, SUVs, vans and light trucks, and automotive parts. This investigation has been initiated under section 232 of the Trade Expansion Act of 1962, as amended. Interested parties are invited to submit written comments, data, analyses, or other information pertinent to the investigation to the Department of Commerce by June 22, 2018. Rebuttal comments will be due by July 6, 2018. The Department of Commerce will also hold a public hearing on the investigation on July 19 and 20, 2018 in Washington, DC. This notice identifies the issues on which the Department is interested in obtaining the public's views. It also sets forth the procedures for public participation in the hearing. The due date for filing comments, for requests to appear at the public hearing, and for submissions of a summary of expected testimony at the public hearing is June 22, 2018. The due date is July 6, 2018 for rebuttal comments submitted in response to any comments filed on or before June 22, 2018. The public hearings will be held on July 19 and 20, 2018. The hearings will begin at 8:30 AM EDT and conclude at 5:00 PM EDT, each day.

## 3.  BIS Posts Additional Presentations from Its 2018 Annual Update in Was[...]

The U.S. Department of Commerce's Bureau of Industry and Security (BIS) has posted the following addtional presentations from its 2018 Annual Update held in Washington, DC, on May 14-15:

- Emerging Applications of Artificial Intelligence by Artur Dubrawski, May 14, 2018

- NIST: Measurement Science, Standards and Emerging Technologies by Walter G. Copan on May 14, 2018

- Government Standards on Emerging Technology -- Plenary Remarks by Dr. Walter Copan, NIST, May 14, 2018

## 4.  OFAC Targets Targets Human Rights Abuses, Censorship, and Enhanced

The U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) has designated two Iranian entities for committing serious human rights abuses on behalf of the Government of Iran, as well as three leaders of one of these entities, the Ansar-e Hizballah organization. Additionally, OFAC has designated an entity that has operated information or communications technology that facilitates monitoring or tracking that could assist or enable serious human rights abuses by or on behalf of the Government of Iran. Finally, OFAC has designated two individuals for engaging in censorship activities that prohibit, limit, or penalize the exercise of freedom of expression or assembly by citizens of Iran, and one individual for acting for or on behalf of an entity engaged in such censorship activities. Click here for further identifying information on these sanctioned individuals and entities.

## 5.  Canada Amends Its Sanctions Related to Venezuela

Global Affairs Canada has announced that it has amended sanctions related to Venezuela to add fourteen (14) additional individuals. These additions were made in response to the

WASHAR0036282

further erosion of democratic institutions in Venezuela and the consolidation of President Maduro's power through illegitimate elections. On May 20, 2018, the Venezuelan government held presidential, regional and local council elections that did not meet international standards to be considered either free or fair. As such, the electoral process and results were rejected by Canada and many likeminded partners as they lacked transparency, legitimacy and credibility.

## 6. Pres. Trump Signs Space Policy Directive-2 on Streamlining Regulations

(83 Fed. Reg. 24901) - President Trump has signed Space Policy Directive-2 implementing four recommendations made by the National Space Council on February 21, 2018 at the Kennedy Space Center in Florida. This directive will encourage American leadership in space commerce by creating more certainty for investors and private industry, while focusing on protecting U.S. national security and public-safety. The four recommendations of the National Space Council were as follows:

- The Secretary of Transportation should work to transform the launch and re-entry licensing regime.

- The Secretary of Commerce should consolidate its space commerce responsibilities, other than launch and reentry, in the Office of the Secretary of Commerce.

- The National Telecommunication and Information Administration should coordinate with the Federal Communications Commission to ensure the protection and stewardship of radio frequency spectrum necessary for commercial space activities.

- The Executive Secretary of the National Space Council, in coordination with members of the National Space Council, should initiate a policy review of the current export licensing regulations affecting commercial space activity.

## 7. U.S. Trade and Investment with Sub-Saharan Africa in Certain Sectors Ha

Rising per capita incomes, growing urbanization, the need for improved infrastructure, and expanding healthcare contributed to growth in U.S. exports in some sectors to sub-Saharan Africa (SSA) between 2010 and 2016, reports the United States International Trade Commission (USITC) in its publication *U.S. Trade and Investment with Sub-Saharan Africa: Recent Developments*. The USITC conducted the investigation at the request of the U.S. Trade Representative (USTR). In requesting the study, the USTR noted that: "As the Administration works to encourage fair and reciprocal trade with our African trading partners, it is important to have factual information on where we are succeeding in African markets, where we have the greatest prospects for increased trade and investment, and the factors that could impede that progress." The USTR also asked for similar information on SSA's trade performance and on future prospects for its exports to the United States, including those under the African Growth and Opportunity Act (AGOA). Click here for a further summary of the USITC report.

## 8. USTR Announces 2018 GSP Annual Product Review and Initiation of Cou

(83 Fed. Reg. 24838) - The Office of the United States Trade Representative (USTR) is providing notice that petitions submitted in connection with the 2018 GSP Annual Product

WASHAR0036283

Review have been accepted for further review. This notice includes the schedule for submission of public comments and the dates of a public hearing conducted by the GSP Subcommittee of the Trade Policy Staff Committee (TPSC) associated with the review of these petitions and products. In addition, USTR is announcing the initiation of a country practice review of Thailand's GSP eligibility based on the statutory market access criterion.

## 9.   WTO News

- PANELS ESTABLISHED TO RULE ON INDIAN EXPORT MEASURES, US DUTIES: At its meeting on 28 May, the WTO's Dispute Settlement Body (DSB) agreed to a request from the United States for the establishment of a dispute panel to examine certain alleged export subsidy measures in India. The DSB also agreed to a request from Korea for a dispute panel to examine US anti-dumping and countervailing duties on certain products from Korea and the US use of "facts available."

## 10.   U.S. Government Contracting

- DoD/Defense Federal Acquisition Regulation Supplement (DFARS): Proposed Rule - Contract Closeout Authority (DFARS Case 2018-D012) - Deadline for Public Comment: July 30, 2018

- DoD/Defense Federal Acquisition Regulation Supplement (DFARS): Final Rule - Delegation of Special Emergency Procurement Authority (DFARS Case 2018-D024)

- DoD/Defense Federal Acquisition Regulation Supplement (DFARS): Final Rule - Repeal of Restrictions on Chemical Weapons Antidote (DFARS Case 2018-D006)

- DoD/Defense Federal Acquisition Regulation Supplement (DFARS): Final Rule - Modification of DFARS Clause "Riding Gang Member Requirements" (DFARS Case 2018- D026)

- DoD/Defense Federal Acquisition Regulation Supplement (DFARS): Final Rule - Repeal of DFARS Clause "Right of First Refusal of Employment-Closure of Military Installations" (DFARS Case 2018-D002)

- DoD/Defense Federal Acquisition Regulation Supplement (DFARS): Final Rule - Repeal of DFARS Provision "Alternate A, System for Award Management" (DFARS Case 2017- D044)

- DoD/Defense Federal Acquisition Regulation Supplement (DFARS): Final Rule - Micro-Purchase Threshold (DFARS Case 2017-D027)

- DoD/Defense Federal Acquisition Regulation Supplement (DFARS): Final Rule - Repeal of DFARS Provision "Alternative Line Item Structure" (DFARS Case 2017- D045)

- DoD/Defense Federal Acquisition Regulation Supplement (DFARS): Final Rule - Repeal of DFARS Provision "Representation Regarding Combating Trafficking in Persons"

WASHAR0036284

(DFARS Case 2018-D003)

- DoD/Office of the Under Secretary of Defense for Acquisition and Sustainment: OMB Information Collection Submission - Certification of Qualified Products; DD Form 1718 - Deadline for Public Comment: June 29, 2018

## 11. U.S. Customs and U.S. Census/AES Updates

- U.S. Customs - Notice of Issuance of Final Determination Concerning Certain Electric Scissor Lifts - Based upon the facts presented, CBP has concluded that the country of origin of the electric scissor lifts in question is the United States, for purposes of U.S. Government procurement. Any party-at-interest, as defined in 19 C.F.R. 177.22(d), may seek judicial review of this final determination within June 29, 2018.

- U.S. Customs - CSMS #18-000367 Title: Registration is Open for the 2018 Trade Symposium

- U.S. Customs - CSMS #18-000368 Title: NMFS-International Fisheries Trade Permit (IFTP) Format Changes

- U.S. Customs - CSMS #18-000369 Title: ACE CERTIFICATION Scheduled Maintenance, Wed. May 30, 2018 @ 1700 ET to 2000 ET

- U.S. Customs - CSMS #18-000370 Title: Remdiner: Deployment of new Cargo Release Statuses in Support of Absolute Quota on May 31

- U.S. Customs - CSMS #18-000371 Title: ACE PRODUCTION Deployment, Thur 5/31/2018 @0500ET, impact Cargo Release & Entry Summary

- U.S. Customs - Last Chance to Apply for Customs and Border Protection Officer Positions at Washington Dulles Airport

## 12. Commerce/Enforcement and Compliance and U.S. International Trade C

- Commerce/E&C - Fine Denier Polyester Staple Fiber From India: Final Affirmative Determination of Sales at Less Than Fair Value

- Commerce/E&C - Fine Denier Polyester Staple Fiber From the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value

- Commerce/E&C - Fine Denier Polyester Staple Fiber From the Republic of Korea: Final Affirmative Determination of Sales at Less Than Fair Value

- Commerce/E&C - Fine Denier Polyester Staple Fiber From Taiwan: Final Affirmative Determination of Sales at Less Than Fair Value

- USITC - Tool Chests and Cabinets From China and Vietnam: Final Affirmative Material Injury Determinations

WASHAR0036285

## 13. GAO Reports, Testimony, and Correspondence of Interest

- COUNTERTERRORISM: DOD Should Fully Address Security Assistance Planning Elements in Global Train and Equip Project Proposals GAO-18-449: Published: May 30, 2018. Publicly Released: May 30, 2018.

- DOD PERSONNEL: Further Actions Needed to Strengthen Oversight and Coordination of Defense Laboratories' Hiring Efforts GAO-18-417: Published: May 30, 2018. Publicly Released: May 30, 2018.

- MISSILE DEFENSE: The Warfighter and Decision Makers Would Benefit from Better Communication about the System's Capabilities and Limitations GAO-18-324: Published: May 30, 2018. Publicly Released: May 30, 2018.

## 14. U.S. Government Trade Forms and Other Information Collections Open f

(83 Fed. Reg. 24820) - Agency: U.S. Dept. of Justice/Bureau of Alcohol, Tobacco, Firearms and Explosives - Title: National Firearms Act Division and Firearms and Explosives Services Division Customer Service Survey - Agency Form No.: None - Type of Review: Revision of a currently-approved information collection - Deadline for Public Comment: July 30, 2018

(83 Fed. Reg. 24800) - Export-Import Bank of the United States (Ex-Im Bank) - Title: Reasonable Security of Risk (RSOR) Exclusions Worksheet - Agency Form No.: EIB 18-01 - Type of Review: New - Deadline for Public Comment: July 30, 2018

### Other Headlines

## 15. Air Force Secretary Advocates for Export Control Fixes Amid Concerns o

The Hill.com, May 29 - Air Force Secretary Heather Wilson on Tuesday hinted that it may be the United States's fault that NATO ally Turkey has agreed to buy a Russian air defense system, pointing to strict American export controls. . . . Wilson was responding to a question on Turkey's agreement in December to buy the Russian-made S-400 long-range air and anti-missile defense system. . . . The House version of the National Defense Authorization Act (NDAA), passed last week, would stop all weapons sales to the nation until the Pentagon analyzes worsening tensions between the two nations. The Senate Armed Services Committee's version of the annual defense policy bill, meanwhile, has two provisions targeting Turkey's plans to purchase the F-35. Another provision would sanction Ankara if it goes through with the S-400 purchase.

## 16. U.S. Tariff Threat Could Scuttle Planned Trade Talks with China

Wall Street Journal.com, May 30 - The White House's surprise decision to move forward with tariffs and other sanctions against China threatens to derail trade talks scheduled for this weekend, according to people with knowledge of the matter on both sides. A U.S. advance team was scheduled to arrive in Beijing Wednesday afternoon, the people said, ahead of Commerce Secretary Wilbur Ross's planned arrival on Saturday. Members of the U.S. team, consisting of staffers from the Commerce, Treasury, Agriculture and Energy departments and the office of the U.S. Trade Representative, are set to meet with their Chinese

7

WASHAR0036286

counterparts to hammer out broad outlines of the talks, they said. But if the two sides fail to reach accord about issues to be discussed, Mr. Ross's trip could be canceled, the people said.

## 17. U.S. Plans to Hit EU With Steel, Aluminum Tariffs

Wall Street Journal.com, May 30 - The Trump administration, unable to win concessions from European Union counterparts ahead of a Friday deadline, is planning to make good on its threat to impose tariffs on European steel and aluminum, people familiar with the matter said. The administration is expected to make an announcement as early as Thursday. The move, which has been threatened for months, is almost certain to draw a response from the EU, which has threatened to retaliate with its own tariffs on such American products as motorcycles, jeans and bourbon. President Donald Trump announced in March global tariffs of 25% on imported steel, and 10% on aluminum, based on national security concerns. The White House delayed implementation for some countries, giving those trading partners a chance to offer concessions to avoid the tariffs. The U.S. is now planning to let the EU's exemption lapse.

## 18. Smart Rifles for Foot Soldiers: Army NGSW Prototype Contracts Out in J

Breaking Defense.com, May 29 - The Army is just weeks away from awarding contracts to begin buying prototypes of new infantry weapons, with live-fire tests next year. After years of struggle to replace the Vietnam-era M16/M4 family, these prototypes are a big step towards giving squads precision-guided firepower, a key part of both the Army's Big Six modernization plan and Defense Secretary Jim Mattis's urgent effort to overhaul the infantry. (The Marines, by contrast, are buying off-the-shelf replacements for the M16). "We're planning on awarding in June. It's very fast," said Sergio Aponte, who works on the Next Generation Squad Weapon (NGSW) at the Army's celebrated Picatinny Arsenal. He spoke to reporters at a science-fair-style event last week in the Pentagon courtyard. Sponsored by Mattis's Close Combat Lethality Task Force, the displays were heavily attended by Army personnel like Brig. Gen. Chris Donahue, head of the Army's handpicked Soldier Lethality Cross-Functional Team (CFT), who stopped by to sing the Picatinny team's praises to reporters.

## 19. Defense Contractor Inchcape Shipping Services to Pay $20 Million to Se

Washington Post.com, May 29 - A major defense contractor agreed to pay $20 million to settle U.S. charges that it bilked the Navy in a ship-supply contracting scandal at ports around the world, the Justice Department announced. The Navy in 2013 suspended business with Inchcape Shipping Services, and the U.S. government joined a whistleblower fraud suit in November 2015 after settlement talks broke down with the maritime trading firm that delivers port services in 66 countries. The lawsuit in D.C. federal court alleged that Inchcape knowingly overbilled the Navy from 2005 to 2014 at ports in the Middle East, Africa, and North and South America when it was providing services for food, telephone services, force protection and local transportation. The settlement included no acknowledgment of wrongdoing by the maritime trading firm, based in Britain and owned by a state-run Dubai investment firm.

## 20. Another US Air Force Aircraft Contract Got Delayed. Here Are the Details

WASHAR0036287

DefenseNews.com, May 30 - The Air Force had planned to award two contracts this summer for major aircraft competitions, but one of them — the UH-1N Huey replacement — may slip into the fall, the service's top civilian said Tuesday. For the UH-1N Huey replacement, the service had planned to decide among three competitors sometime in June. However, a pre-award protest by Sikorsky, denied by the Government Accountability Office last week, resulted in a delay of contract award to the fourth quarter of fiscal 2018 — or sometime before Oct. 1, Air Force spokeswoman Ann Stefanek said in a statement. Meanwhile, the service seems to finally be getting ready for a downselect on the T-X trainer program, which was originally set for contract award by calendar year 2017.

## 21. Congress on Target for Dogfight over Military Aircraft

DefenseNews.com, May 30 - Due to rising F-35 sustainment costs, the U.S. Senate's annual defense policy bill proposes shaving two aircraft off the president's request to buy 77 in 2019. And that means there's some closed-door wrangling ahead as staff and lawmakers reconcile competing House and Senate versions of the National Defense Authorization Act. The Senate Armed Services Committee-approved bill approached not only the F-35 Joint Strike Fighter, but the KC-46 tanker aircraft and E-8C Joint Surveillance Target Attack Radar System, or JSTARS, differently than the House-approved bill. The SASC bill would authorize one fewer of the Lockheed Martin-made F-35s for the Air Force and Navy to redirect the savings into funding for spares, modifications and depot repair capability. The bill also mandates quarterly updates to Congress on the status and direction of the F-35 program, codifying already regular communication with Congress.

## 22. Army S&T Money Focused on 'Big Six' Priorities

National Defense Magazine.org, May 30 - The bulk of the Army's science and technology investments over the next five years are slated to support its "big six" modernization priorities, as the service aims to acquire new high-tech equipment in preparation for potential conflicts with peer competitors."We're going through a lot of change," Michael Holthe, director of lethality in the office of the deputy assistant secretary of the Army for research and technology, said recently at the National Defense Industrial Association's Armament Systems Forum in Indianapolis. "We're definitely pivoting in the Army S&T enterprise." The service's top capability priorities are: long-range precision fires, next-generation combat vehicle, future vertical lift family of helicopters, air-and-missile defense, soldier lethality and the network.

## 23. How a Pentagon Contract Became an Identity Crisis for Google

New York Times.com, May 30 - Fei-Fei Li is among the brightest stars in the burgeoning field of artificial intelligence, somehow managing to hold down two demanding jobs simultaneously: head of Stanford University's A.I. lab and chief scientist for A.I. at Google Cloud, one of the search giant's most promising enterprises. Yet last September, when nervous company officials discussed how to speak publicly about Google's first major A.I. contract with the Pentagon, Dr. Li strongly advised shunning those two potent letters. "Avoid at ALL COSTS any mention or implication of AI," she wrote in an email to colleagues reviewed by The New York Times. "Weaponized AI is probably one of the most sensitized topics of AI — if not THE most. This is red meat to the media to find all ways to damage Google." Dr. Li's concern about the implications of military contracts for Google has proved prescient.

9

WASHAR0036288

## 24.  At Beijing Security Fair, an Arms Race for Surveillance Tech

Reuters.com, May 30 - The Chinese-made XDH-CF-5600 scanner - or "mobile phone sleuth", as sales staff described it when touting its claimed features - was one of hundreds of surveillance gadgets on display at a recent police equipment fair in Beijing. The China International Exhibition on Police Equipment is something of a one-stop shop for China's police forces looking to arm up with the latest in "black tech" - a term widely used to refer to cutting-edge surveillance gadgets. The fair underscores the extent to which China's security forces are using technology to monitor and punish behavior that runs counter to the ruling Communist Party. That sort of monitoring - both offline and online - is stoking concerns from human rights groups about the development of a nationwide surveillance system to quell dissent.

## 25.  Locking the lab: Globalization Raises Concerns about Research Data Sec

Madison.com, May 30 - The haul from university computer systems by an Iranian hacking ring was mind-boggling: 31 terabytes — or trillion bytes — of data and intellectual property. It was valued at $3.4 billion and originated from more than 300 institutions, 144 of them in the United States. Weeks after federal prosecutors brought indictments in the case, a congressional hearing on April 11 asked how universities might better protect intellectual property and national security data from theft by adversarial nations. Universities need to beef up security and lock their laboratories to prevent losses of what is often publicly funded research, said members of subcommittees of the House Science, Space and Technology Committee.

## 26.  Opinion: Trump Shows How Not to Be a Protectionist

Wall Street Journal.com, May 30 - Free trade, for all its virtues, isn't an easy sell. Every country applies some level of protectionism out of economic or political necessity. But protectionism can be done well or done badly. Done well, it minimizes costs to taxpayers and consumers, maximizes benefits to domestic industry, and discourages bad behavior by trade partners. President Donald Trump routinely does protectionism badly, using the wrong tools on the wrong behavior and the wrong countries.

## 27.  Opinion: Trump Administration's Proposed Reforms to Firearms Export (

Forbes.com, May 29 - On May 24, 2018, the Federal Register's website officially posted proposed reforms to the export controls on firearms and some related items. By and large, the reforms are sensible and welcome — but the 45 day comment period that begins today is also welcome, because not everything in the new rules is on point. In this two part series, I'll explain the background of the proposed reforms, and then look at their up and down sides. Export controls are an immensely complicated topic, and if you fall foul of them, you are in a world of hurt. If you are in the firearms business, I urge you to obtain competent legal advice, for which this post is no substitute. I also encourage you to submit polite and constructive comments on the proposed rules individually, through your industry association, or in other ways. It's important to remember that the goal in commenting is to make what are genuinely intended to be helpful changes even more helpful.

## 28.  Opinion: The Good And the Bad of Reforms to Firearms Export Controls

WASHAR0036289

Forbes.com, May 29 - In my last column, I summarized the origin of the proposed changes to the export controls on firearms, ammunition, and related materials, and dismissed some of the criticisms of these reforms as based on ignorance of how the system will work -- or on the presumption that if the Trump administration is doing it, it must be bad. In this column, I'll look at the up- and downsides of the proposed reforms. The government itself gets a clear upside. The State Department's Directorate of Defense Trade Controls (DDTC) processes about 39,000 export license applications annually. Of these, about 10,000 are in the firearms and related items categories. And of these, about 6,000 are for items that will move to the Commerce Control List (CCL) — including the vast majority of non-automatic and semi-automatic firearms under .50 caliber, and their ammunition. So in a stroke, the DDTC will cut its license business by about 15 percent, which is 15 percent of its time and staff it can devote to processing other license applications more efficiently. It is an waste of time for an experienced license processor to spend his or her time examining the export of a single collectible shotgun to Britain — and applications like that are a surprisingly large amount of DDTC's workload.

## Upcoming Export Control and Other Trade Compliance Conferences-
*NEW EVENT ADDED!*

**June 4-8 - American University Washington College of Law - U.S. and International Anti-Corruption Law Certificate Program - Washington, DC - American University Washington College of Law**

**June 5 - Strong & Herd - ITAR & EAR from a UK Perspective: Advanced - London - 45 Moorfields, 8th Floor Tenter House -** *Gary Stanley, Editor of Defense and Export-Import update, will conduct this all-day workshop.*

**June 5 - U.S. Dept. of Commerce/Small Business Development Center - AES/ACE Export Compliance Seminar - Houston - Bank of America Financial Center, 2302 Fannin Street, Suite 200**

**June 5-6 - American Conference Institute - 11th China Forum on Anti-Corruption - Shanghai - The Langham Hotel**

**June 5-6 - American Conference Institute - EAR Boot Camp - Chicago - The Metropolitan Hotel**

**June 6-7 - April 11-12 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The Trade Development Alliance of Greater Seattle - Complying with U.S. Export Controls - Seattle - Lynnwood Embassy Suites Hotel, 20610 44th Avenue West, Lynnwood, Washington 98036**

**June 6-7 - NielsonSmith - US Trade Controls Compliance in Europe 2018 - Munich - Le Meridien Hotel -** *Gary Stanley, Editor of Defense and Export-Import Update, will give an update on ITAR, EAR, CFIUS, and other U.S. trade compliance developments.*

**June 6-8 - American Association of Exporters & Importers (AAEI) - 97th Annual AAEI Conference & Expo - Baltimore - Baltimore Marriott Waterfront Hotel**

**June 7 - American Conference Institute - ITAR Boot Camp - Chicago - The Metropolitan Hotel**

WASHAR0036290

**June 7 - U.S. Dept. of Commerce/Small Business Development Center - AES/ACE Export Compliance Seminar - Dallas - Renaissance Dallas Hotel**

**June 8 - Society for International Affairs - 2018 Spring Golf Outing - Upper Marlboro, Maryland - Lake Presidential**

**June 11 - Chatham House - Competition Policy 2018 - London**

**June 12 - U.S. Dept. of Commerce/U.S. Census Bureau & NCBFAA Educational Institute - Exporting Mechanics Webinar Series: Duty Drawback and Refunds - Online via Webinar - 1:00 - 2:00 PM EST**

**June 12-13 - C5 Group - 2nd Trade Compliance Nordics - Stockholm**

**June 12-13 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The Houston District Export Council - Complying with U.S. Export Controls - Houston, Texas - Norris Conference Center, 816 Town & Country Blvd., Suite 210**

**June 14 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The Houston District Export Council - Technology and Software Controls - Houston, Texas - Norris Conference Center, 816 Town & Country Blvd., Suite 210**

**June 14 - Massachusetts Export Center - Export Regulatory Compliance Update - 10:00 AM to 4:30 PM - Boston, Massachusetts - Foley Hoag Law Offices, Seaport West, 155 Seaport Boulevard**

**June 14 - National Defense Industries Association/Women in Defense - 2018 Women in Defense National Conference - Washington, DC - Washington Marriott Wardman Parkh**

**June 14 - Women in Defense - 2018 Women in Defense National Conference - Washington, DC - Washington Marriott Wardman Park hotel**

**June 17-19 - International Compliance Professionals Association (ICPA) - 2018 ICPA European Conference - Amsterdam - Holiday Inn Amsterdam**

**June 18-19 - American Conference Institute - 12th Advanced Forum on FCPA & Anti-Corruption for the Life Sciences Industry - New York - Park Lane Hotel**

**June 19-20 - American Conference Institute - 9th Advanced Forum on DCAA & DCMA Cost, Pricing, Compliance & Audits - Arlington, Virginia - Westin Crystal City**

**June 26-27 - American Conference Institute - 9th Midwest Anti-Corruption Compliance Forum - Chicago - The Blackstone Hotel**

**June 27-28 - C5 Group - 12th International Conference on Anti-Corruption London - London - Venue TBA**

**June 28 - Massachusetts Export Center - International Letters of Credit Webinar - 11:00 AM to 12:30 PM EDT**

WASHAR0036291

**July 10-11 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & Customs Brokers and Freight Forwarders Association of Charleston, S.C., Inc. - Complying with U.S. Export Controls - Charlston, South Carolina - Crown Plaza North Charleston Hotel**

**July 16-18 - Society for International Affairs - 2018 Summer Basics Conference - Washington, DC - Gaylord National Resort & Convention Center**

**July 25-26 - American Conference Institute - 9th Global Forum on Anti-Corruption Compliance in High Risk Markets - Washington, DC - Venue TBA**

*NEW* **- July 30-31 - National Customs Brokers & Forwarders Association of America, Inc. - GTEC - Global Trade Educational Conference 2018 - Dallas - Hilton Dallas Lincoln Center**

*NEW* **- Aug. 14-15 - U.S. Dept. of Homeland Security/U.S. Customs and Border Protection (CBP) - 2018 Trade Symposium - Atlanta - Marriott Marquis Hotel**

**Sept. 5 - IDEEA, Inc. - ComDef 2018 - Washington, DC - National Press Club - *Gary Stanley, Editor of Defense and Export-Import Update, will again moderate the panel "Export Control Update" at this annual conference for the defense industry.***

**Sept. 13-17 - International Compliance Professionals Association (ICPA) -2018 ICPA@SEA - Galveston, TX to Cozumel**

**Sept. 19-20 - SMi Group - Defence Exports 2018 - Rome - Crowne Plaza Rome St. Peter's Hotel & Spa - *Gary Stanley, Editor of Defense and Export-Import Update, is proud to be once again chairing this event and conducting a related Sept. 18 workshop on "Jurisdiction, Classification, and Licensing: How to Police Your U.S. Suppliers"***

**Oct. 1 - Chatham House (The Royal Institute of International Affairs) - Illicit Financial Flows 2018 - London - 10 St James's Square London SW1Y 4LE**

**Oct. 16-18 - Partnerships International, inc. - "Partnering for Compliance™" West 2018 - Fort Worth - Dallas-Fort Worth Marriott South Airport Hotel**

**Oct. 21-23 - International Compliance Professionals Association (ICPA) - 2018 ICPA Fall Conference - Grapevine, TX - Embassy Suites DFW Airport North**

**Nov. 8-9 - International Compliance Professionals Association (ICPA) - 2018 Annual Conference - Shanghai - Four Seasons Hotel**

**Nov. 27-30 - American Conference Institute - 35th International Conference on the Foreign Corrupt Practices Act - Washington, DC - Gaylord Natonal Resort & Convention Center**

We hope this update proves helpful. If you have questions about any of these developments, please do not hesitate to call us. If you received this free newsletter from a colleague or friend and would like to subscribe directly, please just e-mail your name, title, company, and e-mail address to gstanley@glstrade.com.

Cordially yours,

13

WASHAR0036292

Gary L. Stanley
President
Global Legal Services, PC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C.20015
Tel. +1 (202) 686-4854
Fax +1 (202) 686-2624
Mobile +1 (202) 352-3059
E-mail gstanley@glstrade.com

Unsubscribe

WASHAR0036293

| From: | Morning Consult <reply@e.morningconsult.com> |
| --- | --- |
| Sent: | Thursday, February 15, 2018 9:11 AM |
| To: | millermf@state.gov |
| Subject: | Morning Consult Washington, Presented by the Electronic Payments Coalition: Romney Postpones Senate Announcement After Florida School Shooting |

Morning Consult Washington, Presented by the Electronic Payments Coalition: Romney Postpones Senate Announcement After Florida School Shooting

https://click.e.morningconsult.com/?qs=369c18464a9dd69fed5f5e95bcb651809e7462b315f61d0ad376064fe8ba9690b5cdb0d9d440742f3f0e31e23627b8e3

By
mailto:eyokley@morningconsult.com
Eli Yokley

Top Stories
        - Mitt Romney said he decided to postpone his expected announcement about a possible Senate campaign in Utah "out of respect for the victims and their families" following the Parkland, Fla., high school shooting that claimed at least 17 lives. The 2012 GOP presidential nominee is on solid ground to continue his critiques of President Donald Trump, who has seen his net approval erode by 30 percentage points in Utah since taking office. ( https://click.e.morningconsult.com/?qs=369c18464a9dd69fd6e2e82c4b0ea2f7a5635c2a01adb8338af1c436ec13781c4e66efee623cc0d3b6e06b4b9213de6b
Morning Consult )
        - The Senate is likely to hold test votes today on four immigration amendments, including one compromise measure that would give 1.8 million "Dreamers" a path to citizenship, provide $25 billion to build Trump's proposed border wall and set some limitations on the ability of Dreamers to sponsor extended family members for visas. Senate Minority Whip Dick Durbin (D-Ill.) said he thinks the measure has the support of eight or nine Republicans, an amount that's still short of the 11 GOP votes that would be required to advance the amendment if it has support from all 49 Democrats. ( https://click.e.morningconsult.com/?qs=369c18464a9dd69ff3d312b1445a81d0433fe9cc1e23b3e1a1fe538001018e77b629dfdf3764ca4a2e5e936dff89a83d
Roll Call )
        - It's still unclear whether Steve Bannon, Trump's former chief strategist, will show up today to testify before the House Intelligence Committee. The White House sent a letter to lawmakers explaining why it thinks Trump's transition period falls under the authority to assert executive privilege, a move that's intended to shield Bannon from testifying about the time period, according to an unnamed source, but lawmakers from both parties said Bannon should be held in contempt if he fails to appear for the scheduled interview. ( https://click.e.morningconsult.com/?qs=369c18464a9dd69ff9d5522fba988e2e106fb06219580d0afb8006a09278c9c3974298039b51ab3247558b8163f5ffe9
CNN )
        - Trump signaled his support for a 25-cent gas tax increase to help pay for infrastructure during a meeting with lawmakers at the White House, according to unnamed sources. The gas tax, at 18.4 cents per gallon, has not been raised since 1993, and such a hike, phased in over five years, would generate an additional $375 billion over a decade, according to the U.S. Chamber of Commerce. ( https://click.e.morningconsult.com/?qs=369c18464a9dd69f221e972e396e4bd7e05f9b881abb21a3b60c06dc307d9507586cd21b406d73481156c25f320ab75b
Politico )

1

WASHAR0036294

Chart Review

https://click.e.morningconsult.com/?qs=369c18464a9dd69f4d33f6c52eb305e17231aba50c1dd265f4ed60219a8e933be
271a39c1fbc90c78e743dcd79e51b11
Stock Market Volatility Dominates Attention of Voters Over Political Headlines Morning Consult

Events Calendar (All Times Local)Thursday

https://click.e.morningconsult.com/?qs=369c18464a9dd69f5562207e876fbd48459d3e2689d0d47fd8123762ec73bc07b
a24c948eda96fb35d70091b5d293190
HHS Secretary Azar testifies at Senate Finance Committee hearing 9 a.m.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f08ea3a062e915c11555c321ac3f0ed2f5e13e33779b97baf42
dbefafd1d50f000f7d447f7f350d2d
Treasury's Mnuchin testifies at House Ways and Means Committee hearing 10 a.m.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f607144b82f41fdd67db38a6af6259ed950649307902be465b
277020bb0a50f2ee7af0add6733baef
Bank of America CEO participates in event hosted by The Economic Club of Washington 11 a.m.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f40dae6e24a89e10894899d59986c25b728d0dc7476d6bf11e
c11d431e1b1ec3b665762dc56483096
Sen. Markey, Rep. Lieu speak at American Enterprise Institute event on securing the internet of things 12 p.m.
Friday

https://click.e.morningconsult.com/?qs=369c18464a9dd69fed5bffb9b96a989c02f1e9beabca7b827cde1a59c59b141fee
ec2f2b9ab65fade2c4ec909302074d
Rep. Schiff participates in Council on Foreign Relations event on the Russia probe and national security 8:30 a.m.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f0d6a5df1131a60393d83c74b1ec8b63ee0f9974d0b645fc7cc
2e72509fa596a762e8e71cfe8c2e0f

General

https://click.e.morningconsult.com/?qs=369c18464a9dd69faedafbe995c99c0d43ce7465977bc298d375a1c0ab552abb6a
e228ac164d92eec9fd41be8a5a4dbf
Lawmakers express sadness after Florida school shooting Eli Watkins, CNN

AB school shooting in FloridaB on Wednesday left more than a dozen people dead, and as families reeled and
developments came in, lawmakers reacted to the tragedy. Democratic Rep. Jim Himes, whose home state of Connecticut
endured the deadly Sandy Hook Elementary School shooting in 2012, remarked on CNN's "The Situation Room with Wolf
Blitzer" that lawmakers' responses to these types of high-profile shooting incidents have become routine, and decried
the standstill in the gun debate.

https://click.e.morningconsult.com/?qs=369c18464a9dd69fefa721805186a8cbec4744d57c19032635a62bca39b12d15e
768337337976b0809ab547e5ffc2661
EPA changes its story on Pruitt's first-class travel Eric Wolff et al., Politico

EPA on Wednesday retracted its claim that Administrator Scott Pruitt has received a "blanket waiver" to fly first class
whenever he travels, after POLITICO pointed officials to federal travel rules that appeared to bar such arrangements.

WASHAR0036295

Pruitt has been routinely flying first class at taxpayers' expense after securing what EPA spokesman Jahan Wilcox had described as "blanket waiver," POLITICO reported Tuesday.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f7d1db4051da6187ae06715e3723bca9e1f9e6515da447ec88
0a78c6aa46c62fba079844a292122ba
DNC hires new top fundraiser
Edward-Isaac Dovere, Politico

Three and a half months after firing its top fundraiser, the Democratic National Committee has hired a replacement. Clayton Cox, who has been serving as a senior adviser, will get the job, a DNC official confirmed Wednesday evening.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f2f963329b5795aed152c9e87c5b14001580c058debc9afe63e
762ef89c3d9b7d88d0c3833cfa710c
Kushner Investors Subpoenaed by U.S. Tax Authorities, Source Says David Voreacos, Bloomberg

U.S. tax authorities have requested documents from lenders and investors in real estate projects managed by Jared Kushner's family, according to a person familiar with the matter. They have gathered information from people who lent money and assembled investors for some Kushner Cos. real estate projects in New York and New Jersey, the person said.

https://click.e.morningconsult.com/?qs=369c18464a9dd69fb674c41401332336e3459146ea2d68823f1d66144f370abbc
32942d1a141ec4f1084c2e4a816a029
"Who Needs A Controversy Over The Inauguration?": Reince Priebus Opens Up About His Six Months Of Magical Thinking Chris Whipple, Vanity Fair

Just after six a.m. on January 21, 2017, at his home in Alexandria, Virginia, Reince Priebus was watching the cable morning news shows, getting ready to leave for the White House. Suddenly his cell phone went off.
Presidential

https://click.e.morningconsult.com/?qs=369c18464a9dd69f221e972e396e4bd7e05f9b881abb21a3b60c06dc307d95075
86cd21b406d73481156c25f320ab75b
Trump endorses 25-cent gas tax hike, lawmakers say Lauren Gardner et al., Politico

President Donald Trump endorsed the idea of a 25 cent-per-gallon gas tax increase at a meeting Wednesday with lawmakers, people who attended the session said - a move that could help pay for his big infrastructure plan but brought swift attacks from anti-tax conservatives. Trump's support came just two days after the White House released a long-awaited, $1.5 trillion infrastructure plan that didn't endorse such a politically perilous increase, and less than two months after he signed a mammoth tax code overhaul that would have provided cover for lawmakers supporting it.

https://click.e.morningconsult.com/?qs=369c18464a9dd69ffc9dd87070113c458193c3566d5284ab1cd5c4295a87d6473
e9b61434996db3b843b2a7729ef398c
CNN Exclusive: At least 100 White House officials served with 'interim' security clearances until November Jim Acosta, CNN

Nearly a year into President Donald Trump's administration, senior-level staffers - including Ivanka Trump, Jared Kushner and Rob Porter - remained on interim clearances even as other senior advisers were granted full security access, according to information obtained by CNN from a US government official. Having interim clearance can hamper a staffer's ability to perform essential functions of the job, a former administration official said.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f69c9f5b56c9070385eba46c69a04ba497c32837f53468bba66
3843925f04f847cf18990fab21e7c0
Sanders pushes for Kelly to face the press over Porter scandal Darren Samuelsohn et al., Politico

WASHAR0036296

Nine days into the Rob Porter scandal, White House press secretary Sarah Huckabee Sanders is pushing for senior officials who made the decisions surrounding the former White House staff secretary's security clearance to take over the task of explaining-and defending-those decisions to the public. Since Tuesday, when FBI director Chris Wray in testimony before the Senate Intelligence Committee contradicted her account of how Porter's background check was handled, Sanders has moved to have White House counsel Don McGahn or chief of staff John Kelly brief the press directly, according to a person close to the White House.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f25aa7e49444e3bb61f369660cc2247c6b97960189e7af21203b98d85c0719d80308f5a5586a795ed
Trump's Requested Military Parade Could Cost Up to $30 Million, Budget Director Says Kate Davidson, The Wall Street Journal

A military parade requested by President Donald Trump could cost taxpayers between $10 million and $30 million depending on the complexity of the event, the White House budget director told lawmakers Wednesday. Office of Management and Budget Director Mick Mulvaney said the figures were based on preliminary estimates, and weren't included in the president's fiscal year 2019 budget request released Monday.
Senate

https://click.e.morningconsult.com/?qs=369c18464a9dd69fd6e2e82c4b0ea2f7a5635c2a01adb8338af1c436ec13781c4e66efee623cc0d3b6e06b4b9213de6b
Polling Puts Romney on Solid Ground to Continue Trump Rebukes Cameron Easley, Morning Consult

Mitt Romney is the overwhelming favorite to win this year's race to replace retiring Sen. Orrin Hatch after his expected candidacy announcement, which is expected soon. Less clear is the type of posture Romney would take with President Donald Trump on the campaign trail - and if he makes it to Washington as a freshman Republican senator from Utah.

https://click.e.morningconsult.com/?qs=369c18464a9dd69ff3d312b1445a81d0433fe9cc1e23b3e1a1fe538001018e77b629fdfd3764ca4a2e5e936dff89a83d
Senate Poised for Immigration Votes With Uncertain Outcome Dean DeChiaro, Roll Call

The Senate is likely to hold test votes Thursday on four immigration proposals, none of which has an obvious route to passage or a clear-cut coalition of lawmakers backing it. Democrats emerging from a meeting late Wednesday were noncommittal about their support for a compromise reached by the so-called Common Sense Coalition, one of the four proposals likely to get a cloture vote when the chamber reconvenes Thursday.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f87e065cafd85d7654e592083bf1e792d7912da21fa41860c093a39e44a89107663a9ad5e9d2c105e
Mitch McConnell favors Marsha Blackburn as Bob Corker reconsiders retirement David M. Drucker, Washington Examiner

The effort to draft Sen. Bob Corker, R-Tenn., back into the 2018 Senate race is missing one critical player: Senate Majority Leader Mitch McConnell, R-Ky., who remains satisfied with Rep. Marsha Blackburn, the incumbent's presumptive successor. As Corker confirmed he was reconsidering retirement, allies claimed top Republicans in Washington and Tennessee had asked him to run for re-election because of fresh anxiety about Blackburn's viability.

https://click.e.morningconsult.com/?qs=369c18464a9dd69faa268813c5e1667994fa5e808ac13885816cc6e81f078f33e3c167a977a5e06b9746b512673beb3a
'Incensed' Grassley Rips Sessions for Torching Justice Overhaul Steven T. Dennis, Bloomberg

WASHAR0036297

Senate Judiciary Chairman Chuck Grassley blasted Attorney General Jeff Sessions on Wednesday after Sessions criticized his criminal justice overhaul a day before a committee vote. Sessions wrote a letter charging that the legislation, if passed, could let the "very worst criminals" and gang members out of prison early.

https://click.e.morningconsult.com/?qs=369c18464a9dd69fcf1fc1caf027528b9c926b34ae7e640dde51bf5e8d17fd73f03
9ea01fa3258c5204cfc54e7a930a3
Warren addresses claims of Native American heritage Matt Viser and Liz Goodwin, The Boston Globe

Senator Elizabeth Warren made a surprise appearance at the National Congress of American Indians Wednesday, forcefully denouncing President Trump's use of the name "Pocahontas" to deride her and defending her claims of Native American heritage more expansively than she has before. The Massachusetts Democrat also made an impassioned pledge to advocate for issues of importance for Native Americans.
House

https://click.e.morningconsult.com/?qs=369c18464a9dd69ff9d5522fba988e2e106fb06219580d0afb8006a09278c9c397
4298039b51ab3247558b8163f5ffe9
House panel weighs contempt if Bannon fails to show for Thursday hearing Manu Raju et al., CNN

The House Intelligence Committee has scheduled a Thursday meeting to hear testimony from Steve Bannon - but it's an open question whether President Donald Trump's former chief strategist will even show up. The White House sent a letter to Capitol Hill late Wednesday laying out its explanation for why Trump's transition period falls under its authority to assert executive privilege, a move intended to shield Bannon from answering questions about that time period, according to a person familiar with the discussions.

https://click.e.morningconsult.com/?qs=369c18464a9dd69fd865eac11bfa270f86c6de61c27c948d66cbffc78d04d850ced
a9fb6320816bdd792595ebb689f71
Schiff complains FBI, Justice Department making too many demands on Russia memo Kyle Cheney, Politico

The top Democrat on the House Intelligence Committee suggested Wednesday that the FBI and the Justice Department are asking for excessive redactions from a memo written by Democrats to rebut GOP assertions that the FBI unlawfully spied on a Trump campaign adviser. Rep. Adam Schiff said FBI and Justice Department officials have flagged "everything that isn't already a matter of public record" from the memo, whose release President Donald Trump blocked last week on national security grounds.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f54a4912fbad101ff27ef36dd0d5beb563a387062b5a9ce246c
88c22903442f578c47208ed150c0e0
Freedom Caucus Chairman Warns Paul Ryan To Tread Lightly On Immigration Matt Fuller, HuffPost

As senators get closer to producing a bipartisan immigration bill, House Freedom Caucus Chairman Mark Meadows (R-N.C.) is warning Speaker Paul Ryan (R-Wis.) to think twice about putting whatever comes out of that chamber on the House floor. Meadows seemed to put the speaker on notice Wednesday morning during the monthly Conversations with Conservatives event, telling reporters that while he doesn't "really" think there are any conversations happening about a new speaker, "there are certainly new conversations that would involve new leadership." B

https://click.e.morningconsult.com/?qs=369c18464a9dd69f8dc8d5dd431be732b75b592acd6dd44b25908558e3f0d5463
09cdecdbb6d4b78b08d896ab0e2f40d
McCarthy allies say he wants to be speaker, not chief of staff John Bresnahan and Rachael Bade, Politico

House Majority Leader Kevin McCarthy insists he's not in the running for White House chief of staff. And the California Republican's allies say the only job he really wants - other than the post he currently has - is speaker of the House. B

WASHAR0036298

https://click.e.morningconsult.com/?qs=369c18464a9dd69fd31e4d3c3695bdb843260a94183680d999b5c59afc137efae
2eb6abb2f0795b901f0cfde779c140f
Trump-Russia probe muddies House hearing on U.S. threat assessment: sources Jonathan Landay and Mark Hosenball, Reuters

Republicans are resisting requests by Democrats for U.S. intelligence chiefs to present their annual global threat report to a congressional panel so they can avert a likely showdown with the head of the FBI over aspects of the Trump-Russia investigation, two Democratic sources said on Wednesday. Republican leaders on the U.S. House of Representatives Intelligence Committee have not scheduled the customary hearing, said the Democratic sources, who spoke on condition of anonymity.
States

https://click.e.morningconsult.com/?qs=369c18464a9dd69f9774303356741a4f5f2ea3e25a019bcd791af2394eb87a9446
065f411fba7b8ba393fba2845ab884
Top Clinton aide to run for California governor Christopher Cadelago, The Sacramento Bee

Amanda Renteria, a longtime Democratic operative and the national political director for Hillary Clinton's 2016 presidential campaign, has filed paperwork to run for California governor. Renteria, Attorney General Xavier Becerra's operations chief, a job she took following her 2014 loss to Rep. David Valadao, R-Hanford, had been telling Democratic strategists that she was mulling what one described as a "disruptive" bid to succeed Gov. Jerry Brown.

https://click.e.morningconsult.com/?qs=369c18464a9dd69ffc0852b8ff3904835776793f10e114873ad9d0d7197313a1ed
7c60e014b82250e7ba17945c1f27e9
Investigators questioning lawmakers about Greitens as part of criminal inquiry Jason Hancock et al., The Kansas City Star

St. Louis Circuit Attorney Kimberly Gardner has dispatched investigators to the Missouri Capitol to ask lawmakers about Missouri Gov. Eric Greitens' use of dark money and other topics as part of her probe into the Republican. The investigators have reached out to multiple lawmakers, including Rep. Nate Walker, a Kirksville Republican and an early Greitens supporter.

https://click.e.morningconsult.com/?qs=369c18464a9dd69fcaffaa353377da53b12d52c83e96607cef528acd84d0b19451
95ec6345d15219c6963a2203873413
Idaho scraps Obamacare customer protections. Will the Trump administration enforce federal law?
Michael Hiltzik, Los Angeles Times

Not inclined to look a gift horse in the mouth, Blue Cross of Idaho announced Tuesday that it will jump into that state's new non-Obamacare marketplace with a sheaf of health plan offerings that openly violate federal law. The state's largest health insurer, Blue Cross filed five plans with state regulators that place annual benefit caps on customers, disallow maternity coverage, and can charge applicants more if they have a history of medical treatment or preexisting medical conditions.

https://click.e.morningconsult.com/?qs=369c18464a9dd69fdee60655c3298e17f1cd56e6594a615feaed19e287fcba33e9
be738c899ad7f4dad0a8bb8485cc3a
John Kasich's Recent Moves Reflect His 2020 Options: Primarying Trump Or Fleeing The GOP Henry J. Gomez, BuzzFeed News

John Kasich's brand is built around the idea of "two paths" for the Republican Party: one for center-right pragmatists like him, the other for flamethrowers like Donald Trump. But as the Ohio governor considers a rematch with Trump in 2020, he is weighing two more-tactical paths.
Advocacy

WASHAR0036299

https://click.e.morningconsult.com/?qs=369c18464a9dd69fb99eda33dbf4e6a0f35301aa9cf27ed167ddfe909d730c8bc2
e67fdd665764978b9a31e3adf9e428
Exclusive: Gun lobbyist helped write ATF official's proposal to deregulate Jose Pagliery, CNN

Behind the scenes, a gun industry lobbyist provided comments that were directly incorporated into an internal memo at
the Bureau of Alcohol, Tobacco, Firearms and Explosives, according to newly disclosed documents - a white paper that
suggested the agency peel back a number of gun regulations. The white paper was produced by Acting ATF Deputy
Director Ronald B. Turk and dated on President Trump's inauguration day, January 20, 2017.

https://click.e.morningconsult.com/?qs=369c18464a9dd69fe365681d8ad8842f33939a315469f27e23b620d27ef974d89
424c3e8bba57bfe072e80d1c551aa5c
Amazon has grown its lobbying operations by a staggering amount - and it's fueling speculation about where HQ2 could
be Dennis Green, Business Insider

Amazon is taking a bigger interest in what's going on in Washington, DC. The company has increased its lobbying
spending by more than more than 400% in the last five years.

A Message from the Electronic Payments Coalition:

A recent EPC report analyzes how EMV adoption in the U.S. has impacted counterfeit card fraud. It's time for a holistic
and dynamic data security strategy to protect consumers like you.
https://click.e.morningconsult.com/?qs=369c18464a9dd69f0d6a5df1131a60393d83c74b1ec8b63ee0f9974d0b645fc7cc
2e72509fa596a762e8e71cfe8c2e0f
Learn more  from EPC.
Opinions, Editorials and Perspectives

https://click.e.morningconsult.com/?qs=369c18464a9dd69fc43d4606bb3da89e9186ab93926782cf7eb7d4671d17c192b
1ac65e90df99011348bb85b11c2e8a2
Why Does Trump Ignore Top Officials' Warnings on Russia?
The Editorial Board, The New York Times

The phalanx of intelligence chiefs who testified on Capitol Hill delivered a chilling message: Not only did Russia interfere
in the 2016 election, it is already meddling in the 2018 election by using a digital strategy to exacerbate the country's
political and social divisions. No one knows more about the threats to the United States than these six officials, so when
they all agree, it would be derelict to ignore their concerns.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f5f5ffbc974e515f3558a3e08fe4b7da84bf44f72c3105cc80364
2683b18cf4e0fa1fe23fb859abdb
Four steps to fight foreign interference in U.S. elections Mike Rogers and Rick Ledgett, The Washington Post

One of the most dangerous misconceptions about the threat of Russian interference in American democracy is that it
began and ended with the 2016 presidential election. Whatever your partisan affiliation, everyone should accept the
intelligence community's unanimous conclusion that Russia interfered in the 2016 elections.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f338b4ea0ce89beb37daf2c4788ada6973a21005df7507ffe6b
0ed804d05c5469ad0a7bdc3272cda1
The Myth of America's 'Crumbling' Infrastructure  Jonah Goldberg, National ReviewB

It's Infrastructure Week (again), and who among us can contain his excitement? The president, for one.

https://click.e.morningconsult.com/?qs=369c18464a9dd69ff9556f8850f9cb1df41d91c26ceba627517a5146b9aee9ffee1
744afbcb748f39d652ea058dbb242

WASHAR0036300

Forget the Media Caricature. Here's What I Believe Rebekah Mercer, The Wall Street Journal

Over the past 18 months, I have been the subject of intense speculation and public scrutiny, in large part because of the philanthropic investments of the Mercer Family Foundation and the political contributions made by my father and me. I don't seek attention for myself and much prefer to keep a low profile.

A Message from the Electronic Payments Coalition:

EPC's latest report finds leveraging multiple dynamic fraud technologies is the key to mitigating card fraud, which is why the financial services industry is working every day to develop new technologies to help protect your data.
https://click.e.morningconsult.com/?qs=369c18464a9dd69f0d6a5df1131a60393d83c74b1ec8b63ee0f9974d0b645fc7cc
2e72509fa596a762e8e71cfe8c2e0f
Get the facts  from EPC.
Research Reports and Polling

https://click.e.morningconsult.com/?qs=369c18464a9dd69ffecd6c2dbd19e1ab1855956a0017e19142847377cd42fdf688
e1528ec558626396d1f88a80d7f0ac
Majorities Express Favorable Opinions of Several Federal Agencies, Including the FBI Pew Research Center

The public continues to express favorable opinions of a number of federal agencies and departments. And while positive opinions of the FBI among Republicans have slipped since early last year, two-thirds of Americans - including a majority of Republicans - view the bureau favorably.

https://click.e.morningconsult.com/?qs=369c18464a9dd69f8871506c92f9adee862b58e20424299f389a2e23c43453c2eb
cc6b3fefffefc545144988ea49b777

https://click.e.morningconsult.com/?qs=369c18464a9dd69f8660085a9fecd508d6d3c13f45698a688389279bb8d3eccd4d
77c53f4fba94d6fa9878104e81f92e

https://click.e.morningconsult.com/?qs=369c18464a9dd69f23f04ee06cae6dca158d3f1593bf79dde9ff85a6e96c009151c
cc77ca6391488ab929fb9dddd129a

https://click.e.morningconsult.com/?qs=369c18464a9dd69f419613edcf7eb554d6f8a4e372623c3a691d7d42026f5e9b87
c08519ff56415929cb2e662d7c65d9

This email was sent by: Morning Consult

PO Box 27068 Washington, DC, 20038, US

https://click.e.morningconsult.com/profile_center.aspx?qs=82a1111682f4b9c30ba05a18dcfb7e9ea2f5cfa416dab867aa3
ebd552e7c077af63792f99a85cfb358af17f9a34eb765f8961f72fb6c97ffb3db5d858534a909
Manage your email preferences

https://click.e.morningconsult.com/?qs=369c18464a9dd69fd486bb430a1330781e2aa2cad9e60ff3788f7fab4b15ce3172
4e0f33ce69ef732425403d00faefff
SUBSCRIBE

WASHAR0036301

9

WASHAR0036302

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Friday, July 27, 2018 9:08 AM |
| **To:** | Heidema, Sarah J; Miller, Michael F; Hart, Robert L; Rogers, Shana A; Freeman, Jeremy B; Fabry, Steven F |
| **Subject:** | RE: 18.04.06 DOJ MTD.pdf |

Official - SBU
UNCLASSIFIED

From: Heidema, Sarah J
Sent: Friday, July 27, 2018 9:07 AM
To: Paul, Joshua M <PaulJM@state.gov>; Miller, Michael F <Millermf@state.gov>; Hart, Robert L <HartRL@state.gov>; Rogers, Shana A <RogersSA2@state.gov>; Freeman, Jeremy B <FreemanJB@state.gov>; Fabry, Steven F <FabrySF@state.gov>
Subject: RE: 18.04.06 DOJ MTD.pdf

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, July 27, 2018 9:01 AM
To: Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Rogers, Shana A <RogersSA2@state.gov<mailto:RogersSA2@state.gov>>; Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Fabry, Steven F <FabrySF@state.gov<mailto:FabrySF@state.gov>>
Subject: RE: 18.04.06 DOJ MTD.pdf

Official - SBU
UNCLASSIFIED

From: Heidema, Sarah J
Sent: Friday, July 27, 2018 9:00 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Rogers, Shana A <RogersSA2@state.gov<mailto:RogersSA2@state.gov>>; Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Fabry, Steven F <FabrySF@state.gov<mailto:FabrySF@state.gov>>
Subject: RE: 18.04.06 DOJ MTD.pdf

1

WASHAR0036303

████████████████████████████

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, July 27, 2018 8:55 AM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>; Rogers, Shana A
<RogersSA2@state.gov<mailto:RogersSA2@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Fabry, Steven F
<FabrySF@state.gov<mailto:FabrySF@state.gov>>
Subject: FW: 18.04.06 DOJ MTD.pdf

FYI-

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, July 27, 2018 8:47 AM
To: 'Fite, David (Foreign Relations)' <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Faulkner,
Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Subject: RE: 18.04.06 DOJ MTD.pdf

Dear David,

████████████████████████████████████████████████████████

Josh

Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Thursday, July 26, 2018 7:22 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Faulkner, Charles S
<FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Subject: FW: 18.04.06 DOJ MTD.pdf

May I please get an analysis as to why this April 4th  submission by the Department of Justice was so much in error by
the end of April?

2

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
|---|---|
| Sent: | Wednesday, May 23, 2018 4:54 PM |
| To: | Steffens, Jessica L; PM-Strategy |
| Cc: | PM-CPA; Brown, Stanley L; O'Keefe, Kevin P; Miller, Michael F; Mak, Daniella; Martin, Davette T; Dudding, Maria; Litzenberger, Earle D (Lee); (U) Nute, Kathryn M |
| Subject: | CPA Media Monitoring: 23 May 2018 |

[cid:image001.png@01D29279.128F6050]
Alerts for 23 May 2018

"Murphy: U.S. An 'Embarrassing Outlier' When It Comes To Gun Policies"<http://wshu.org/post/murphy-us-embarrassing-outlier-when-it-comes-gun-policies#stream/0>, Murphy said in 2016 the U.S. sold about $40 billion in arms, 34 percent of the global market share. He said there are places where he supports arm sales because they can be an important security tool. However, he noted that often there is a lack of oversight and accountability.

"Saudi-led coalition foils Houthi attacks on Red Sea ships, Saudi and UAE media say"<https://www.reuters.com/article/us-yemen-security-tanker/saudi-led-coalition-foils-houthi-attacks-on-red-sea-ships-saudi-and-uae-media-say-idUSKCN1IO15P>, Later Saudi state news channel al-Ekhbariya said that remote-controlled speedboats rigged with explosives had tried to attack three commercial vessels being escorted by two coalition warships, but that coalition forces had foiled the attack and destroyed three speedboats.

"German city partially evacuated after WWII bomb found"<https://www.washingtonpost.com/world/europe/german-city-partially-evacuated-after-wwii-bomb-found/2018/05/23/62ce0f4e-5e88-11e8-b656-236c6214ef01_story.html?utm_term=.7800b0ddb1aa>, Authorities say around 8,700 people were evacuated from homes and businesses in an area near the main train station Wednesday as experts worked on defusing the 250-kilogram (550-pound) British bomb found the day before.

"Pirate attacks grow in South America and Caribbean: report"<https://www.reuters.com/article/us-shipping-piracy/pirate-attacks-grow-in-south-america-and-caribbean-report-idUSKCN1IO1JP>, OBP said the majority of the attacks occurred in territorial waters, with around 59 percent of incidents involving robbery on yachts. Anchorages in Venezuela, Saint Vincent and the Grenadines, Colombia and St. Lucia were the regional hot spots during 2017, it said.

"Indonesia's New Attack Helicopters Put Spotlight on US-Indonesia Defense Ties"<https://thediplomat.com/2018/05/indonesias-new-attack-helicopters-put-spotlight-on-us-indonesia-defense-ties/>, One of the elements of the U.S.-Indonesia defense relationship is military equipment, and a tangible example of that was the transfer of Apache Guardian helicopters to Indonesia.

"Pompeo says precision-guided missiles, as in Yemen, cut risks to civilians"<https://www.reuters.com/article/us-usa-pompeo-arms-saudi/pompeo-says-precision-guided-missiles-as-in-yemen-cut-risks-to-civilians-idUSKCN1IO2LD>, U.S. Secretary of State Mike Pompeo said on Wednesday that foreign sales of precision-guided missiles to nations such as Saudi Arabia, which has been criticized for killing civilians during its campaign in Yemen, can help to reduce civilian deaths.

"Pentagon Is Speeding Up Arms Exports to Saudi Arabia, Other Allies"<https://www.defenseone.com/business/2018/05/pentagon-speeding-arms-exports-saudi-arabia-other-allies/148448/>, These new authorities will allow the Pentagon to shave "years" off the time it takes to deliver weapons to friendly militaries, Lord said at the annual SOFIC event here.

WASHAR0036305

"Morocco-Algeria tensions flare over claims of Hezbollah support to Polisario"<http://www.al-monitor.com/pulse/originals/2018/05/lebanon-hezbollah-support-polisario-algeria-iran-morocco.html#ixzz5GLNm5y1u>, Morocco's decision to sever ties with Iran May 1, after accusing Iranian-backed Hezbollah of training and arming the Polisario Front and seeking independence for the disputed Western Sahara, provoked mutual accusations between Morocco and Algeria, which supports the Polisario Front.

"China Disinvited from Participating in 2018 RIMPAC Exercise"<https://news.usni.org/2018/05/23/china-disinvited-participating-2018-rimpac-exercise>, Citing actions in the South China Sea that run counter to international norms and a pursuit of free and open seas, Department of Defense spokesman Marine Lt. Col. Christopher Logan said the People's Liberation Army Navy (PLAN) would not be participating in the exercise despite its participation in submarine safety and other non-warfighting components of the exercise in previous years.

"US Works With RFMF On Developments"<http://fijisun.com.fj/2018/05/23/us-works-with-rfmf-on-developments/>, United States Embassy defence attache Commander Constantine Panayiotou said they are working with the Director of Peace Support Operations Lieutenant-Colonel Pacolo Luveni on developments at the Black Rock Camp in Votualevu, Nadi.

"Trump administration to publish proposed rule changes for gun exports: official"<https://www.reuters.com/article/us-usa-trump-guns/trump-administration-to-publish-proposed-rule-changes-for-gun-exports-official-idUSKCN1IN2S7>, Timing for the formal publication of the rule change and the opening of the public comment period was unveiled by Mike Miller the acting secretary for the Directorate of Defense Trade Controls, the State Department's body that currently oversees the bulk of commercial firearms transfers and other foreign military sales. He was speaking at the Forum on the Arms Trade's annual conference at the Stimson Center, a Washington think tank.

"Former South Korean National-Security Adviser: The U.S. May Have to Withdraw Some Troops"<https://www.theatlantic.com/international/archive/2018/05/us-forces-korea-chun-yungwoo/560852/>, In a striking challenge to his fellow conservatives ahead of nuclear talks between Donald Trump and Kim Jong Un, a top aide to former South Korean President Lee Myung Bak argued in an interview that South Koreans will "have to live with" a reduction in American forces in Korea "if that's necessary and there's no other way to denuclearize North Korea."

"Israeli-Made Bolt-On Kit Turns 122mm 'Grad' Artillery Rockets Into Precision Weapons"<http://www.thedrive.com/the-war-zone/21023/israeli-made-bolt-on-kit-turns-122mm-grad-artillery-rockets-into-precision-weapons>, The company says that it hopes to further develop the system to work with other unguided surface-to-surface weapons, potentially offering a relatively simple and low-cost way for military forces around the world to significantly expand their longer-range precision fire support capabilities.

"F-16 Production Can Make India Fighter Jet Export Hub: Lockheed Martin"<https://www.ndtv.com/india-news/f-16-production-can-make-india-fighter-jet-export-hub-lockheed-martin-1856410>, Eyeing India's lucrative defence market, the American aerospace major said F-16 production would place India at the centre of the world's largest fighter aircraft ecosystem, creating "unmatched" 'Make in India' opportunities and export potential.

"Poe Joins Keating Bill to Remove Unexploded Ordnance"<http://www.texasgopvote.com/security/poe-joins-keating-bill-remove-unexploded-ordnance-0010816>, The bill, titled the Unexploded Ordnance Removal Act, specifically requires the DOD, in concurrence with the Department of State (DOS), to provide assessments about threats posed by improvised explosive devices, landmines, and other ordnance to US strategic and military populations as well as the countries' civilian populations. I am the lead Republican on the legislation.

"Ukraine's armed forces test Javelins (VIDEO)"<https://www.kyivpost.com/ukraine-politics/ukraines-armed-forces-test-javelins-video.html>, The Ukrainian Armed Forces conducted their first live-fire test of the Javelin anti-tank missile system provided by the United States as part of its defense aid package to the country.

WASHAR0036306

"The US is running out of bombs - and it may soon struggle to make more"<https://www.defensenews.com/pentagon/2018/05/22/the-us-is-running-out-of-bombs-and-it-may-soon-struggle-to-make-more/>, The Pentagon plans to invest more than $20 billion in munitions in its next budget. But whether the industrial base will be there to support such massive buys in the future is up in the air - at a time when America is expending munitions at increasingly intense rates.

"First next-generation F-35 jet produced for Turkey makes maiden flight"<https://www.dailysabah.com/defense/2018/05/23/first-next-generation-f-35-jet-produced-for-turkey-makes-maiden-flight>, In a video shared by the U.S. Department of Defense Wednesday, an F-35 warplane with the tail number 18-001 and a Turkish flag next to it circled around the facilities and made a couple of maneuvers. Turkey ordered 100 aircrafts - including, according to reports, F-35B short takeoff and vertical landing (STOVL) variants.

"Recalibrating ties? PM sends US message via Putin meet"<http://www.dnaindia.com/analysis/column-recalibrating-ties-pm-sends-us-message-via-putin-meet-2617802>, Already, some tough words have come forth from Washington with Tina Kaidanow, the US principal deputy assistant secretary of state for political-military affairs, warning New Delhi not to encourage Russia's "malign behaviour" and "to evaluate any potential large defense purchase from Russia seriously". India has not responded officially, but the PM's visit to meet Putin, and that too in Russia, speaks volumes

"Can America Meet the China Challenge in Southeast Asia?"<https://www.realcleardefense.com/articles/2018/05/23/can_america_meet_the_china_challenge_in_southeast_asia_113478.html>, When China overreaches and becomes too assertive in the region, which is quite likely (and there are already indications), then the United States needs to be physically present and be perceived to be a reliable partner for Southeast Asia.

"Here's how many billions Japan and South Korea are spending on American defense goods"<https://www.defensenews.com/global/asia-pacific/2018/05/22/heres-how-many-billions-japan-and-south-korea-are-spending-on-american-defense-goods/>, As U.S. President Donald Trump sat down with South Korean President Moon Jae-In at the White House on Tuesday, a new pair of fact sheets released by the U.S. State Department have laid out how much both Seoul and Tokyo are spending on American defense equipment.

"US Congress reviewing arms sales to Saudi, UAE"<https://www.reuters.com/article/us-usa-arms-saudi-emirates/congress-reviewing-sale-of-precision-munitions-to-saudis-uae-sources-idUSKCN1IO032>, The Trump administration, working to increase exports of U.S.-made weapons, has asked the U.S. Congress to review the sale of more than 120,000 precision-guided munitions to allies Saudi Arabia and the United Arab Emirates, sources said on Tuesday.

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/

WASHAR0036307

user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#10
2630068213960289352/posts>

WASHAR0036308

| From: | Gary Stanley <gstanley@glstrade.com> |
|---|---|
| Sent: | Friday, March 16, 2018 3:09 PM |
| To: | Joshua M.Paul |
| Subject: | Defense and Export-Import Update (March 16, 2018) |

**Dear All,**

**Good Day!**

***Gary Stanley's EC Tip of the Day:*** **Items subject to temporary Commerce Control List controls are classified under the ECCN 0Y521 series (*i.e.*, 0A521, 0B521, 0C521, 0D521, and 0E521) pursuant to § 742.6(a)(7) of the EAR while a determination is made as to whether classification under a revised or new ECCN, or an EAR99 designation, is appropriate.**

**Today's Items:**

1. **Canadian Arrested on Indictment Alleging Illegal Export of Petroleum Equipment to Iran**
2. **House Foreign Affairs Committee Holds Hearings on Modernizing Export Controls**
3. **OFAC Amends Cyber General License No. 1 and Issues New FAQs**
4. **House Subcommittee on Monetary Policy and Trade Examines CFIUS**
5. **EU Commission Takes Action against U.S. Tariff Increases on Steel and Aluminum**
6. **Former Siemens Executive Pleads Guilty to Role in $100 Million Foreign Bribery Scheme**
7. **Japanese Fiber Manufacturer to Pay $66 Million for Alleged False Claims Related to Defec**
8. **WTO News**
9. **U.S. Customs and U.S. Census/AES Updates**
10. **Commerce/Enforcement and Compliance and U.S. International Trade Commission Action**
11. **GAO Reports, Testimony, and Correspondence of Interest**

**Other Headlines**

12. **Trump Administration Hits Russian Spies, Trolls with Sanctions over U.S. Election Interfe**
13. **U.S. Sanctions on Russia Cite 2016 Election Interference — But Remain Largely Symbolic**
14. **Sanctions Create Hoops, and North Korea Jumps Through Them**
15. **How Is China Developing AI Technology So Much Faster Than the US?**
16. **US Sounds Alarms Over Chinese Tech, IP Thefts & Espionage**
17. **U.S. Tech Companies Win Changes in Bill to Limit China Access to Technology**
18. **Wary of China, Europe and Others Push Back on Foreign Takeovers**
19. **Lawmakers Push Bill to Codify Export Control Reform**

WASHAR0036309

20. **Controversy in South Korea: Rivals Decry Boeing Consultant Hire**

21. **Results Are In: Here's How Much NATO Allies Spent on Defense in 2017**

22. **Shipbuilders Split on German-ness of New Combat Ship**

23. **Trump's Tariffs Head for a Legal Minefield**

24. **Navarro's Ties to Nucor Highlight Trump Advisers' Steel-Industry Connections**

25. **U.S. Trade Panel Says Imports of Aluminum Foil from China Harm U.S. Producers**

26. **Army Wants Armed Ground Robot Prototype by 2019**

27. **Laboratory Working to Perfect 3D Printing Process**

28. **Opinion: Mike Pompeo Should Talk to Iran. Here's Why.**

**Upcoming Export Control and Other Trade Compliance Conferences**

## 1. Canadian Arrested on Indictment Alleging Illegal Export of Petroleum Eq

The U.S. Department of Justice (DOJ) has announced that a Canadian citizen has been arrested on arrival at Sea-Tac airport, following his indictment on charges of violating U.S. export laws and making false statements to federal investigators. Mehran Ghanouni, 29, operated a number of companies in both the U.S. and Canada. The indictment alleges that between 2014 and 2016, Ghanouni and his coconspirators exported $2.3 million in parts for petrochemical operations, falsely claiming they were destined for companies in Kuwait, Iraq and the United Arab Emirates. In fact, the coconspirators knew the equipment was to be transshipped to oil companies owned by the government of Iran. Such exports are illegal under federal law. According to the indictment, the co-conspirators attempted to illegally export the equipment on 35 different occasions. The indictment describes a February 1, 2014, export where Ghanouni's company, Integrated Control Systems (ICS) claimed the parts were for an oil refinery in Kuwait when in fact they were destined for Iran. In May 2014, ICS claimed parts were destined for a company in Iraq, when in fact they were for an Iranian oil company. In December 2014, U.S. Customs and Border protection seized a shipment of parts ICS was sending overseas suspecting they were headed to Iran. The company again falsely claimed they were for repairs to be made in the UAE for a project in Iraq. Other shipments in January 2015 and February 2016 were also destined for Iran, but were represented as being for companies in Iraq and the UAE. When questioned, Ghanouni told a special agent with Homeland Security Investigations that his company did not do any business with Iran. Ghanouni knew that statement was false.

## 2. House Foreign Affairs Committee Holds Hearings on Modernizing Export

The House Foreign Affairs Committee held hearings this week titled "Modernizing Export Controls: Protecting Cutting-Edge Technology and U.S. National Security. The three witnesses were former senior U.S. Government officials concernd sich policies:

- The Honorable Mario Mancuso
  *(Former Undersecretary for Industry and Security, U.S. Department of Commerce)*

- The Honorable Alan Larson
  *(Former Undersecretary for Economic, Business, and Agricultural Affairs, U.S. Department of State)*

WASHAR0036310

- The Honorable Kevin Wolf
  *(Former Assistant Secretary for Export Administration, Bureau of Industry and Security, U.S. Department of Commerce)*

Click here for a video of the hearing and here for Chairman Ed Royce's Opening Statement.

## 3.  OFAC Amends Cyber General License No. 1 and Issues New FAQs

The U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) has amended Cyber General License No. 1, "Authorizing Certain Transactions with the Federal Security Service" (GL 1), and reissuing it as Cyber General License No. 1A (GL 1A) in connection with the designation of the Federal Security Service (a.k.a. Federalnaya Sluzhba Bezopasnosti) (a.k.a. FSB) under Section 224 of the Countering America's Adversaries Through Sanctions Act (CAATSA). The changes to GL 1 are limited to adding CAATSA authorities. OFAC is also publishing four updated FAQs relating to GL 1A and one updated CAATSA-related FAQ relating to its designation yesterday of various Russian persons and entities under CAATSA.

## 4.  House Subcommittee on Monetary Policy and Trade Examines CFIUS

The Subcommittee on Monetary Policy and Trade of the house Financial Services Committee held hearings this week to evaluate evaluate the operations of the Committee on Foreign Investment in the United States (CFIUS) and the challenges it faces by a changing global economy. Entitled "Evaluating CFIUS: Administrative Perspectives," the hearing featured the following witnesses:

- The Honorable Heath P. Tarbert, Assistant Secretary for International Markets and Investment Policy, U.S. Department of the Treasury

- The Honorable Richard E. Ashooh, Assistant Secretary for Export Administration, U.S. Department of Commerce

- Mr. Eric D. Chewning, Deputy Assistant Secretary for Manufacturing and Industrial Base Policy, U.S. Department of Defense

Click here for a video the hearing and here for the Subcommittee's hearing summary.

## 5.  EU Commission Takes Action against U.S. Tariff Increases on Steel and A

The European Commission has posted on its website when documents relating to actions in response to U.S. tariff increases on steel and aluminum imports:

- Form to be completed PDF: Information gathering under Article 9 of the EU Enforcement Regulation regarding an announced U.S. tariff increase on imports of certain steel and aluminium products and possible EU commercial policy measures in response

- List of proposed products: The EU's list of proposed US products, in response to announced US tariff increase on imports of certain steel and aluminium products

3

WASHAR0036311

## 6.  Former Siemens Executive Pleads Guilty to Role in $100 Million Foreign E

The U.S. Department of Justice (DOJ) has announced that Eberhard Reichert, 78, of Munich, Germany, the former Technical Manager of the Major Projects division of Siemens Business Services GmbH & Co. OGH (SBS), a wholly owned subsidiary of Siemens Aktiengesellschaft (Siemens AG), has pleaded guilty to conspiring to pay tens of millions of dollars in bribes to Argentine government officials to secure, implement and enforce a $1 billion contract to create national identity cards. Reichert pleaded guilty to to one count of conspiring to violate the anti-bribery, internal controls and books and records provisions of the Foreign Corrupt Practices Act (FCPA) and to commit wire fraud. In 1998, the government of Argentina awarded to a subsidiary of Siemens AG a contract worth approximately $1 billion to create state-of-the-art national identity cards (the Documento Nacional de Identidad or DNI project). The Argentine government terminated the DNI project in 2001. In connection with his guilty plea, Reichert admitted that he engaged in a decade-long scheme to pay tens of millions of dollars in bribes to Argentine government officials in connection with the DNI project, which was worth more than $1 billion to Siemens. Reichert admitted that he and his co-conspirators concealed the illicit payments through various means, including using shell companies associated with intermediaries to disguise and launder the funds. Reichert also admitted that he used a $27 million contract between a Siemens entity and a company called MFast Consulting AG that purported to be for consulting services to conceal bribes to Argentine officials. In 2008, Siemens AG, a German entity, pleaded guilty to violating the books and records provisions of the FCPA; Siemens Argentina pleaded guilty to conspiracy to violate the books and records provisions of the FCPA; and Siemens Bangladesh Limited and Siemens S.A. – Venezuela each pleaded guilty to conspiracy to violate the anti-bribery and books and records provisions of the FCPA. As part of the plea agreements, the Siemens companies paid a total of $450 million in criminal fines. The U.S. Securities and Exchange Commission (SEC) also brought a civil case against Siemens AG alleging that it violated the anti-bribery, books and records and internal controls provisions of the FCPA. In resolving the SEC case, Siemens AG paid $350 million in disgorgement of wrongful profits. The Munich Public Prosecutor's Office also resolved similar charges with Siemens AG that resulted in a fine of $800 million. In August 2009, following these corporate resolutions with U.S. and German authorities, Siemens AG withdrew its claim to the more than $200 million arbitration award.

## 7.  Japanese Fiber Manufacturer to Pay $66 Million for Alleged False Claims

The U.S. Department of Justice (DOJ) has announced that Toyobo Co. Ltd. of Japan and its American subsidiary, Toyobo U.S.A. Inc., f/k/a Toyobo America Inc. (collectively, Toyobo), have agreed to pay $66 million to resolve claims under the False Claims Act that they sold defective Zylon fiber used in bullet proof vests that the United States purchased for federal, state, local, and tribal law enforcement agencies. The settlement resolves allegations that between at least 2001 and 2005, Toyobo, the sole manufacturer of Zylon fiber, knew that Zylon degraded quickly in normal heat and humidity, and that this degradation rendered bullet proof vests containing Zylon unfit for use. The United States further alleged that Toyobo nonetheless actively marketed Zylon fiber for bullet proof vests, published misleading degradation data that understated the degradation problem, and when Second Chance Body Armor recalled some of its Zylon-containing vests in late 2003, started a public relations campaign designed to influence other body armor manufacturers to keep selling Zylon-containing vests. According to the United States, Toyobo's actions delayed by several years the government's efforts to determine the true extent of Zylon degradation. Finally, in

4

August 2005, the National Institute of Justice (NIJ) completed a study of Zylon-containing vests and found that more than 50 percent of used vests could not stop bullets that they had been certified to stop. Thereafter, the NIJ decertified all Zylon-containing vests.

## 8. WTO News

- DG AZEVÊDO IN BRAZIL: GLOBAL COOPERATION IS ESSENTIAL TO OVERCOME ECONOMIC CHALLENGES: Director-General Roberto Azevêdo wrapped up his visit to Brazil on March 15 at the World Economic Forum Latin America Summit in São Paulo, where he praised the sustained recovery of the Brazilian economy and discussed how trade and global cooperation can help countries overcome economic challenges and promote growth, development and job creation. During the summit, the Director-General took part in a key-note panel discussion entitled 'A New Deal on Globalization' and in a session entitled "E-commerce: expanding Trade Horizons."

## 9. U.S. Customs and U.S. Census/AES Updates

- U.S. Customs - CSMS #18-000224 Title: ACE PRODUCTION Reconciliation Deployed, Thurs, March 15, 2018

- U.S. Customs - CSMS #18-000225 Title: ACE Monthly Trade Update

- U.S. Customs - CSMS #18-000226 Title: FDA Scheduled Maintenance on Saturday March 17, 2018

- U.S. Customs - CSMS #18-000227 Title: ACE PRODUCTION Scheduled Maintenance, Sat. Mar 17, 2018 @ 2200 to 0400 ET Sunday, Mar 18

- U.S. Customs - CSMS #18-000228 Title: ACE Database Maintenance on March 16th at 5 AM

- U.S. Customs - CSMS #18-000229 Title: Reminder: ACE Deployment G Reports Deployment – March 17, 2018

- U.S. Census - Publication of the Foreign Trade Regulations (FTR) Letter No. 10 - Annotating the Electronic Manifest Pilots for U.S. Customs and Border Protection: The Census Bureau's International Trade Management Division (ITMD) is announcing the publication of the Foreign Trade Regulations (FTR) Letter No. 10 - Annotating the Electronic Manifest Pilots for U.S. Customs and Border Protection.  This letter is to provide guidance on the appropriate annotations to be used when submitting export manifest data electronically.  As many of you are aware, U.S. Customs and Border Protection (CBP) is conducting pilots to test the functionality regarding the filing of export manifest data for air, rail, and ocean cargo electronically to the Automated Commercial Environment (ACE). The Census Bureau, CBP and the trade have developed guidance to ensure that a standard format is reported in the electronic manifest.  On June 2, 2018 the codes in the chart are the only acceptable codes to be used in the electronic manifests.  You must submit the code exactly as it appears in the chart.  For filers who are submitting paper manifests, the current annotation

WASHAR0036313

identified in the FTR remains appropriate.  Since the bill of lading and air waybill are paper documents, the codes identified in the chart may be preceded with AES (i.e. AES 37A) for clarity purposes if the current annotation (i.e. NOEEI 30.37(a)) is not used. FTR Letter No. 10 and the chart referenced above can be found in its entirety here.

## 10.   Commerce/Enforcement and Compliance and U.S. International Trade (

- Commerce/E&C - Certain New Pneumatic Off-the-Road Tires from the People's Republic of China: Notice of Partial Rescission of the Antidumping Duty Administrative Review; 2016-2017

- Commerce/E&C - Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2015-2016

- Commerce/E&C - Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2014-2015

- Commerce/E&C - Certain Steel Nails from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2015-2016

- Commerce/E&C - Fine Denier Polyester Staple Fiber from the People's Republic of China and India: Amended Final Affirmative Countervailing Duty Determination for the People's Republic of China and Countervailing Duty Orders for the People's Republic of China and India

- Commerce/E&C - Large Power Transformers from the Republic of Korea: Final Results of Antidumping Duty Administrative Review; 2015-2016

- Commerce/E&C - Polyester Staple Fiber from the Republic of Korea and Taiwan: Initiation of Changed Circumstances Reviews, and Consideration of Revocation of the Antidumping Duty Orders in Part

- Commerce/E&C - Initiation of Antidumping and Countervailing Duty Administrative Reviews

- USITC - Certain Digital Video Receivers and Related Hardware and Software Components: Institution of Investigation

- USITC - Certain Light Engines and Components Thereof: Institution of Investigation

- USITC - Certain Load Supporting Systems, Including Composite Mat Systems, and Components Thereof: Commission Determination Not to Review an Initial Determination Granting an Unopposed Motion to Amend the Complaint and Notice of Investigation

WASHAR0036314

- USITC - Certain Multi-Domain Test and Measurement Instruments: Institution of Investigation

## 11. GAO Reports, Testimony, and Correspondence of Interest

- COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES: Treasury Should Coordinate Assessments of Resources Needed to Address Increased Workload GAO-18-249: Published: Feb 14, 2018. Publicly Released: Mar 16, 2018.

- U.S. PORTS OF ENTRY: CBP Public-Private Partnership Programs Have Benefits, but CBP Could Strengthen Evaluation Efforts GAO-18-268: Published: Mar 15, 2018. Publicly Released: Mar 15, 2018.

- Progress and Challenges with the Use of Technology, Tactical Infrastructure, and Personnel to Secure the Southwest Border GAO-18-397T: Published: Mar 15, 2018. Publicly Released: Mar 15, 2018.

## Other Headlines

## 12.  Trump Administration Hits Russian Spies, Trolls with Sanctions over U.S

Washington Post.com, March 15 - The Trump administration on Thursday imposed fresh sanctions on Russian government hackers and spy agencies to punish Moscow for interfering in the 2016 presidential election and for a cyberattack against Ukraine and other countries last year that officials have characterized as "the most destructive and costly" in history. Sanctions also were imposed on individuals known as "trolls" and the Russian organizations — including the Internet Research Agency — that supported their efforts to undermine the election. Additionally, the administration alerted the public that Russia is targeting the U.S. energy grid with computer malware that could sabotage its systems. Taken together, the moves represent the administration's most significant actions to date against Russia for its aggression against the United States, though analysts say their impact is mostly symbolic and noted that a number of the individuals and groups had already been subject to sanctions. Nonetheless, officials hope the actions will help deter tampering with this year's midterm elections while signaling to Russia that Washington will not allow its attacks to go unchallenged.

## 13.  U.S. Sanctions on Russia Cite 2016 Election Interference — But Remain

USA Today.com, March 15 - The sanctions imposed by the Trump administration Thursday include its first use of a new law intended to punish Russia for its interference in the 2016 presidential election campaign. But a closer look at the list of five entities and 19 individuals added to the sanctions list shows that the move is largely symbolic: About a third had already been sanctioned under the Obama and Trump administrations, and the individual-level sanctions are unlikely to have an effect on the Russian economy. "Symbolism is important when it comes to sanctions," said Andrew Keller, a former deputy assistant secretary of State for sanctions in the Obama administration. That's particularly true here, he said, because "it's really the first statement of the Trump administration, from a sanctions standpoint, with regard to Russia's election meddling." "That said, as a practical matter, these sanctions may not be particularly impactful," he said.

WASHAR0036315

## 14. Sanctions Create Hoops, and North Korea Jumps Through Them

New York Times.com, March 16 - The United Nations detailed on Friday how North Korea gets around international sanctions designed to hobble the government and its nuclear weapons program. President Trump, after accepting an invitation last week to meet personally this spring with the North's leader, Kim Jong-un, said that sanctions would remain in place during any talks. But the United Nations report shows just how difficult it is for governments to police North Korea and how widespread illicit trade with it is. The experts who compiled the report detailed violations across several countries, including Bulgaria, China, Germany, India, Myanmar, Poland, Russia, Singapore, Tanzania and Uganda. "It's really kind of remarkable the scope of activities they are engaging in," said Peter Harrell, an adjunct senior fellow at the Center for a New American Security in Washington, adding, "It brings home the fact that the North Korean tentacles still do have some global reach." Here are some sanctions violations detailed in the report.

## 15. How Is China Developing AI Technology So Much Faster Than the US?

DefenseNews.com, March 15 - China is rapidly developing and deploying technologies powered by artificial intelligence at a pace that will see the country soon eclipse the United States as the world's leader in the technology. But how is China progressing so quickly? Speaking during a press briefing at the Center for a New American Security, announcing the organization's new AI and national security Task Force, SparkCognition CEO Amir Husain explained that the pace of technological development is influenced by doctrine and governance, but also funding. "The Chinese are spending \$150 billion [on AI] by 2030... hopefully we will spend more than the \$1.2 billion we spend now," Mr. Husain said. While adding a few zeros on the end of the Defense Department's AI budget would help spur development, fundamental differences in how China and the U.S. approach civil liberties also restricts how quickly America can create advanced AI systems.

## 16. US Sounds Alarms Over Chinese Tech, IP Thefts & Espionage

Breaking Defense.com, March 15 - The alarm bells are going off all over Washington and Silicon Valley that Chinese startup investors are coming — and are pumping their money into tech startups at a pace that is making Congress stand up and take notice. Just this week, President Donald Trump cited national security concerns when he blocked Singapore-based Broadcom's proposed acquisition of Qualcomm, a U.S.-based technology firm that has made huge investments in artificial intelligence and other dual-use technologies important to both the commercial sector and the Pentagon. While his decision is being framed as a telltale sign of his newly muscular nationalist "America First" policies, members of Congress, Pentagon brass and tech experts have been raising the flag all week over the precarious American advantages in artificial intelligence, and the massive strides China has made in closing the gap. In particular, Beijing has set out on a path to diminish the Pentagon's traditional technological advantages "by targeting and acquiring the very technologies that are critical to our military success," the Pentagon's head of manufacturing and industrial base policy Eric Chewning, told a House panel on Thursday.

## 17. U.S. Tech Companies Win Changes in Bill to Limit China Access to Techn

Reuters.com, March 15 - Lawmakers pushing legislation aimed at preventing China from acquiring sensitive U.S. technology have proposed relaxing elements of the measure after

8

WASHAR0036316

lobbying by high-tech firms but will tighten another portion, according to a draft revision seen by Reuters. The bill in the Senate and a companion measure in the U.S. House of Representatives would broaden the reach of the inter-agency Committee on Foreign Investment in the United States (CFIUS) in hopes of halting Chinese efforts to acquire sophisticated U.S. technology. The bipartisan legislation has the support of President Donald Trump's administration. Tech companies criticized the original legislation amid concerns it could limit or slow their exports, which in 2016 totaled $153 billion, according to World Bank data. Among the companies lobbying for the changes were Google parent Alphabet Inc., Facebook Inc., IBM Corp., Intel Corp., Qualcomm Inc., and a long list of other hardware and software companies.

## 18.  Wary of China, Europe and Others Push Back on Foreign Takeovers

New York Times.com, March 15 - Europe is pushing for more stringent vetting of foreign investments, with an eye on Beijing. Australia has been blocking bids by Chinese buyers for strategic assets. And in Canada, a Chinese takeover of a major contractor faces a national security test. As China looks to spread its wealth and influence, the United States is not the only country seeking to shield its industries under the guise of national security. Governments around the world, and especially in Europe, are increasingly inclined to use such concerns as a litmus test for Chinese investments to protect their competitive edge. It's a mixture of political posturing, national pride and outright paranoia. But China presents a difficult policy puzzle. Countries must balance safeguarding their strategic industries and preventing the loss of sensitive technologies, while still courting Chinese investors and improving trade with Beijing. "There's a general impression that China is rising on all fronts, and the question is how to deal with that," said Philippe Le Corre, a China specialist and senior fellow at the Harvard Kennedy School. "Most countries don't know how to react."

## 19.  Lawmakers Push Bill to Codify Export Control Reform

American Shipper.com, March 15 - The bipartisan leadership of the House Foreign Affairs Committee during a Wednesday hearing pushed for advancement of a February-introduced bill that would re-codify control of dual-use and some military items licensed for export by the Commerce Department, and repeal the "Cold War-era" Export Administration Act (EAA) of 1979, according to a legislative summary. Introduced Feb. 15 by committee Chairman Ed Royce, R-Calif., and co-sponsored by committee ranking member Eliot Engel, D-N.Y., the Export Control Reform Act of 2018 would, among other things, require the President to establish a regular interagency review of both executive branch export control lists, and for Commerce to regularly update the lists to ensure proper adjustments and control of new items. H.R. 5040 remains pending in the committee. The bill defines "dual-use" items as having civilian as well as military, terrorism, or weapons of mass destruction-related applications.

## 20.  Controversy in South Korea: Rivals Decry Boeing Consultant Hire

DefenseNews.com, March 15 - Boeing's rivals in a South Korean tender for maritime patrol aircraft are crying foul over the U.S. aerospace giant's hiring of a former high-ranking official at the agency in charge of the procurement. The $1.8 billion competition, run by the Defence Acquisition Program Administration, is for the purchase of at least six new maritime patrol aircraft in addition to the existing fleet of 16 P-3Cs, DAPA spokesman Kang Hwan-seok said. The complaints surround the hiring in 2016 of retired South Korean Air Force Lt.

9

Gen. Park Shin-kyu as a consultant. Park had served as head of the DAPA's weapons programs management bureau between 2014 and 2015. Under the local rules of employment, a retired public official is not permitted to enter a company with duty relations for a certain period. This is meant to prevent influence peddling or illegal lobbying.

## 21. Results Are In: Here's How Much NATO Allies Spent on Defense in 2017

DefenseNews.com, March 15 - After a lengthy trend downward in defense spending, there has been, "for the first time in many years," three consecutive years of increases, said NATO's annual report for 2017. At the 2014 summit in Wales, NATO signed up to a 'Defence Investment Pledge' which called for all allies that did not already meet the NATO-agreed guideline of spending 2 percent of gross domestic product (GDP) on defense to stop cuts to associated budgets, gradually increase spending, and aim to move towards the goal within a decade. They also agreed to move towards spending at least 20 percent of annual defense expenditure on major new equipment, including related research and development, in the same timeframe. "After years of defense cuts, the trend over the last three years has been one of increased defence spending," said the report, unveiled at NATO's Brussels HQ.

## 22. Shipbuilders Split on German-ness of New Combat Ship

DefenseNews.com, March 15 - Germany's planned acquisition of a new frigate-like warship has triggered an industry debate that goes something like this: Will the vessels be German enough? That is the question being aised by a consortium of the German companies ThyssenKrupp Marine Systems and Lürssen, whose executives were told by the government this month that their joint offering had been eliminated from the race to the build the Mehrzweckkampfschiff 180. Competing bidders include a Dutch-German team consisting of Damen and Blohm+Voss, and German Naval Yards, which belongs to a Lebanese investor. Bremen-based Lürssen, which bought Blohm+Voss in 2016, could keep its chance at the deal in case the Dutch-German offering wins.

## 23. Trump's Tariffs Head for a Legal Minefield

Reuters.com, March 16 - President Donald Trump's announcement last week of a 25 percent tariff on U.S. imports of steel and 10 percent on aluminum caused a global outcry. The following sets out how Washington might try to justify the tariffs at the World Trade Organization, which is supposed to police agreed free trade rules, and how the WTO might address the issue.

## 24. Navarro's Ties to Nucor Highlight Trump Advisers' Steel-Industry Conne

Wall Street Journal.com, March 16 - When Peter Navarro needed financing for a documentary film on the dangers to the U.S. of China's trade policy, he sought out Nucor Corp. , an American steel company. Nucor made payments to fund the film through a San Diego nonprofit then led by a friend of Mr. Navarro. The arrangement was examined as part of a broader 2012 FBI investigation of the nonprofit's finances, according to three former employees of the nonprofit. No charges were filed. Mr. Navarro is now a top trade adviser in the White House, with a growing public profile for his get-tough views on trade. His connection with Nucor underscores the wide-ranging, historic ties between Mr. Trump's top trade advisers and the U.S. steel industry, which stands to benefit from tariffs the Trump administration recently imposed. Commerce Secretary Wilbur Ross, a Wall Street veteran,

10

WASHAR0036318

spent more than $1 billion to purchase distressed steel firms and assembled them into a new company, International Steel Group Inc., which he sold for $4.5 billion to the London-based Mittal family in 2004, The Wall Street Journal reported at the time. He served on ArcelorMittal's board until becoming commerce secretary last year.

## 25. U.S. Trade Panel Says Imports of Aluminum Foil from China Harm U.S. P

Reuters.com, March 15 - The U.S. International Trade Commission said on Thursday it had made a final finding that imports of aluminum foil from China hurt U.S. producers, a move that locks in place hefty duties of up to 188 percent on Chinese exporters. The "final phase" finding came in an anti-dumping and anti-subsidy case brought by the Aluminum Association Trade Enforcement Working Group. The final finding means the U.S. Commerce Department can put in place for five years antidumping and countervailing duties it announced on Feb. 27 on a number of Chinese firms. The department announced that dumping margins would range from 48.64 percent to 106.9 percent and anti-subsidy rates from 17.14 percent to 80.97 percent. The action is separate from U.S. President Donald Trump's imposition of a global aluminum tariff of 10 percent and a global steel tariff of 25 percent.

## 26. Army Wants Armed Ground Robot Prototype by 2019

Breaking Defense.com, March 15 - After 20 years of cancelled programs, the Army now wants prototypes of all-new robotic and "optionally manned" combat vehicles by 2019 so soldiers can begin field-testing them in 2020. Compared to current vehicles, they'll be lighter, smaller and optimized for urban combat, said Brig. Gen. David Lesperance, head of the armor school at Fort Benning, Ga. and the hand-picked head of the service's Cross-Functional Team on future ground vehicles. Both established defense contractors and non-traditional companies are currently working on concepts, he told me and two other reporters this afternoon, and there'll be intense experimentation, modeling, and simulation in the next "six to 12 months." Army Chief of Staff Mark Milley created the Cross Functional Teams last fall to advance his Big Six modernization priorities. What's called Next-Generation Combat Vehicle (NGCV) is No. 2, second only to long-range artillery and missiles. Until this week, however, the CFTs have kept quiet. But Gen. Milley promised the Army would seek "radical," ten-fold improvements in technology on a tight timeline. Lesperance's proposal would definitely deliver on that promise — if it works.

## 27. Laboratory Working to Perfect 3D Printing Process

National Defense Magazine.org, March 15 - The Argonne National Laboratory is developing technology aimed at improving the 3D printing process, according to the principal investigator for the project. Scientists at the lab — which is based in Washington, D.C. — are examining ways to detect deficiencies while an item is being printed, Aaron Greco said. "That's kind of the main technical hurdle," he said. "Nobody really knows as they are printing things if they are going to form a defect." Rather, deficiencies in an item are usually found after it has already been printed, which requires the user to reprint the item and stop multiple times. Such defects include unwelded metal, he noted. The standard process for metal 3D printing usually involves either using a laser across a bed of metal powder to weld the materials or spraying the components and melting them together with a laser, Greco explained. The complexity of the process can lead to defects.

WASHAR0036319

## 28. Opinion: Mike Pompeo Should Talk to Iran. Here's Why.

Washington Post.com, March 15 - The conventional wisdom in Washington has it that Mike Pompeo's appointment as secretary of state is bad news for the fate of the Iran nuclear deal. . . . Yet supporters of engagement with Iran shouldn't give up hope. At a moment when Trump has surprised everyone by choosing the path of negotiations with North Korea, there are sound, practical reasons he should consider sticking with the same approach to Iran. For one thing, as many observers have noted, it will be hard to credibly persuade Pyongyang to give up its nuclear weapons program even as we're tearing up a comparable deal that the United States and other members of the international community have made with Tehran — a deal aimed at preventing Iran form starting such a program. The North Koreans would have little reason to believe our assurances if we're simultaneously backtracking on similar guarantees we've given the Iranians.

## Upcoming Export Control and Other Trade Compliance Conferences

**March 20-21 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The Tennessee District Export Control Council - Complying with U.S. Export Controls - Nashville - Bass, Berry and Sims Law Firm**

**March 21 - ABA Section of International Law & Association of Women in International Trade - Navigating the CFIUS Landscape - 12:30 PM to 2:00 PM EDT - Washington, DC - Law Offices of White & Case LLP, 701 13th St., N.W.**

**March 22 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The Tennessee District Export Control Council - How to Build an Export Compliance Program- Nashville - Bass, Berry and Sims Law Firm**

**March 22 - U.S. Dept. of Commerce/U.S. Census Bureau - International Trade Webinar Series: Creating an Effective Export Compliance Program and Actions to Take If an Export Violation Occurs - 2:00 PM - 3:00 PM EST - Free - Dial-in: 1-800-369-1749 Passcode: 8 8 3 6 7 0 7**

**March 22-23 - German Government/Federal Office for Economic Affairs and Export Control (BAFA) - Challenges in Foreign Trade Control - Berlin - Maritim Hotel**

**March 27-28 - American Conference Institute - 8th Advanced Industry Forum on Global Encryption, Cloud & Cyber Export Controls - San Francisco**

**March 27-28 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The Professional Association of Exporters and Importers (PAEI)- 2017 Export Control Forum - Santa Clara, CA - Marriott Santa Clara Hotel**

**April 4-5 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The Greater Des Moines Partnership - Complying with U.S. Export Controls - Des Moines - Renaissance Des Moines Savery (Marriott) Hotel**

**April 5 - Massachusetts Export Center - Fundamentals of International Traffic in Arms Regulations (ITAR) - 9:30 AM to 12:00 PM - Westborough, Massachusetts - Karl Weiss Center, 75 N. Street**

WASHAR0036320

**April 6 - Massachusetts Export Center - Minimizing Risk in Routed Export Transactions - Webinar - 11:00 AM to 12:30 PM EDT**

**April 10 - U.S. Dept. of Commerce/U.S. Census Bureau & NCBFAA Educational Institute - Exporting Mechanics Webinar Series: Letters of Credit- Online via Webinar - 1:00 - 2:00 PM EST**

**April 11-12 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The World Trade Center Denver - Complying with U.S. Export Controls - Denver - Magnolia Hotel**

**April 13 - Massachusetts Export Center - The Export Control Reform Act of 2018: What You Need to Know - Webinar - 11:00 AM to 12:30 PM EDT**

**April 18 - Grand Valley State University/Van Andel Global Trade Center - Fundamentals of Harmonized Schedule (HS) Classification - Grand Rapids, MI - 50 Front Avenue SW, Suite 1054**

**April 17-21 - American Bar Association/Section of International Law - Annual Conference - New York City - Grand Hyatt New York**

**April 24-25 - NielsonSmith - Trade Compliance in the Middle East - Dubai, UAE**

**April 25-26 - American Conference Institute - 11th Annual Advanced Forum on Economic Sanctions Enforcement and Compliance - Washington, DC - The Westin Hotel**

**May 6-8 - International Compliance Professionals Assocation (ICPA) - 2018 ICPA Canadian Conference - Toronto - Hyatt Regency Hotel**

**May 7-8 - Society for International Affairs - 2018 Spring Conference - Denver - Grand Hyatt Denver**

**May 7-10 - University of Wisconsin-Madison in conjunction with the Association of University Export Control Officers (AUECO) - 2018 Conference on the Impact of Export Controls on Higher Education and Scientific Institutions - Madison, Wisconsin - Madison Concourse Hotel -** *Gary Stanley, Editor of Defense and Export-Import Update, will be speaking at this conference***.**

**May 8 - U.S. Dept. of Commerce/U.S. Census Bureau & NCBFAA Educational Institute - Exporting Mechanics Webinar Series: U.S. Harmonized Tariff Classification Numbers - Online via Webinar - 1:00 - 2:00 PM EST**

**May 10 - Massachusetts Export Center - Best Practices for Integrating Export Compliance Operations in a Global Organization - 10:00 AM to 12:00 PM EDT - North Reading, Massachusetts - Teradyne, Inc., 600 Riverpark Drive**

**May 11 - Massachusetts Export Center - Customs Valuation and Documentation or Tricky Transaction - Webinar - 11:00 AM to 1:00 PM EDT**

**May 14-15 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) - BIS Update 2018 Conference on Export Controls and Policy - Washington, DC - Marriott Marquis Hotel**

WASHAR0036321

**May 15 - Michigan District Export Council & Allocca Enterprises - International Documentation Training - Detroit - Federal Reserve Bank of Chicago-Detroit Branch 1600 East Warren Ave.**

**May 16 - Massachusetts Export Center - Russia Sanctions Update & Complying with the OFAC 50% Rule - Webinar - 11:00 AM to 12:30 PM EDT**

**May 18 - Massachusetts Export Center - Managing Export Operations & Compliance - 9:00 AM to 12:00 PM EDT - Fall River, Massachusetts - UMass Dartmouth Center for Innovation & Entrepreneurship, 151 Martine Street**

**June 6-7 - NielsonSmith - U.S. Trade Controls Compliance in Europe 2018 - Munich**

**June 6-7 - April 11-12 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The Trade Development Alliance of Greater Seattle - Complying with U.S. Export Controls - Seattle - Lynnwood Embassy Suites Hotel, 20610 44th Avenue West, Lynnwood, Washington 98036**

**June 6-7 - NielsonSmith - US Trade Controls Compliance in Europe 2018 - Munich - Le Meridien Hotel -** *Gary Stanley, Editor of Defense and Export-Import Update, will give an update on ITAR, EAR, CFIUS, and other U.S. trade compliance developments.*

**June 8 - Society for International Affairs - 2018 Spring Golf Outing - Upper Marlboro, Maryland - Lake Presidential**

**June 11 - Chatham House - Competition Policy 2018 - London**

**June 12 - U.S. Dept. of Commerce/U.S. Census Bureau & NCBFAA Educational Institute - Exporting Mechanics Webinar Series: Duty Drawback and Refunds - Online via Webinar - 1:00 - 2:00 PM EST**

**June 12-13 - C5 Group - 2nd Trade Compliance Nordics - Stockholm**

**June 14 - Massachusetts Export Center - Export Regulatory Compliance Update - 10:00 AM to 4:30 PM - Boston, Massachusetts - Foley Hoag Law Offices, Seaport West, 155 Seaport Boulevard**

**June 17-19 - International Compliance Professionals Association (ICPA) - 2018 ICPA European Conference - Amsterdam - Holiday Inn Amsterdam**

**July 16-18 - Society for International Affairs - 2018 Summer Basics Conference - Washington, DC - Gaylord National Resort & Convention Center**

**Sept. 13-17 - International Compliance Professionals Association (ICPA) -2018 ICPA@SEA - Galveston, TX to Cozumel**

**Oct. 21-23 - International Compliance Professionals Association (ICPA) - 2018 ICPA Fall Conference - Grapevine, TX - Embassy Suites DFW Airport North**

**Nov. 8-9 - International Compliance Professionals Association (ICPA) - 2018 Annual Conference - Shanghai - Four Seasons Hotel**

14

WASHAR0036322

We hope this update proves helpful. If you have questions about any of these developments, please do not hesitate to call us. If you received this free newsletter from a colleague or friend and would like to subscribe directly, please just e-mail your name, title, company, and e-mail address to gstanley@glstrade.com.

Cordially yours,

Gary L. Stanley
President
Global Legal Services, PC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C.20015
Tel. +1 (202) 686-4854
Fax +1 (202) 686-2624
Mobile +1 (202) 352-3059
E-mail gstanley@glstrade.com

Unsubscribe

WASHAR0036323

**From:** Kaidanow, Tina S <KaidanowTS@state.gov>
**Sent:** Friday, March 30, 2018 2:22 PM
**To:** Jost, Aaron W; Litzenberger, Earle D (Lee); Steffens, Jessica L; Miller, Michael F
**Subject:** Re: Sig Sauer Trade Issue

███████████████████

Sent from my BlackBerry 10 smartphone.
From: Jost, Aaron W
Sent: Friday, March 30, 2018 9:21 PM
To: Kaidanow, Tina S; Litzenberger, Earle D (Lee); Steffens, Jessica L; Miller, Michael F
Subject: RE: Sig Sauer Trade Issue

████████████████████████████████████████████

Regards,
Aaron

-----Original Message-----
From: Kaidanow, Tina S
Sent: Friday, March 30, 2018 2:13 PM
To: Jost, Aaron W <JostAW@state.gov>; Litzenberger, Earle D (Lee) <LitzenbergerED@state.gov>; Steffens, Jessica L <SteffensJL@state.gov>; Miller, Michael F <Millermf@state.gov>
Subject: Fw: Sig Sauer Trade Issue

██████████████████████

Sent from my BlackBerry 10 smartphone.
  Original Message
From: Mowers, Matthew D <MowersMD@state.gov>
Sent: Thursday, March 29, 2018 4:45 PM
To: Jost, Aaron W; Kaidanow, Tina S; Mowers, Matthew D
Cc: Miller, Michael F; Steffens, Jessica L; Litzenberger, Earle D (Lee)
Subject: Re: Sig Sauer Trade Issue

████████████████████████████████████

Sent from my BlackBerry 10 smartphone.
  Original Message
From: Jost, Aaron W
Sent: Wednesday, March 28, 2018 7:34 PM
To: Kaidanow, Tina S; Mowers, Matthew D
Cc: Miller, Michael F; Steffens, Jessica L; Litzenberger, Earle D (Lee)
Subject: Re: Sig Sauer Trade Issue

1

WASHAR0036324

Matt,



Thanks,
Aaron

Acting Director
PM/RSAT

 Original Message
From: Kaidanow, Tina S
Sent: Thursday, March 22, 2018 3:43 PM
To: Mowers, Matthew D
Cc: Miller, Michael F; Steffens, Jessica L; Litzenberger, Earle D (Lee)
Subject: RE: Sig Sauer Trade Issue



Official
UNCLASSIFIED

From: Mowers, Matthew D
Sent: Thursday, March 22, 2018 2:00 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov>
Subject: FW: Sig Sauer Trade Issue

Thanks for the help.

Matt

-----Original Message-----
From: Sununu, Christopher [mailto:Christopher.Sununu@nh.gov]
Sent: Thursday, March 22, 2018 11:55 AM
To: Mowers, Matthew D

2

WASHAR0036325

Subject: Sig Sauer Trade Issue

Matt,

███████████████████████████████████████████████████

-Chris Sununu

Simply put, Sig needs the US Government to request to the German government that the Germans drop their "ITAR-free" requirement on their Bundeswehr pistol procurement, given it unfairly treats American offerings, when no similar barriers exist for German companies looking to do business with our armed forces. Given the nature of such a request, Sig has asked Governor Sununu to raise this to the highest levels of the White House, similar/equal to his efforts on Sig's Thailand issue a year ago. We do not see any practical way forward other than Government to Goverment action to get Germany to drop the unfair ITAR-free restriction. Note that the President did visit Sig Sauer very very early in the campaign (sometime earlier in 2015, I believe) with one or both of his sons. So there is a modest history there. Of course, we're pleased with any other senior folks with whom you think the Governor should engage on this as well.

The company's Washington lobbyists are engaging with the Administration at various levels. But we feel that personal involvement by the Governor is necessary to ensure this is appropriately and quickly elevated. The company is also looking to engage Sen. Shaheen's Office, given her position on the Foreign Relations Committee. But it's unclear how responsive the administration will be to any intervention by her office (through no fault of the Senator or her staff).

To be clear, this isn't about Sig trying to unseat H&K for the US Marine procurement, as that would only tick off the Marines and may not change the outcome. It's about the much more sizable Bundeswehr procurement and contrasting that with the Marine procurement to demonstrate the unbalanced situation faced by a NH company - despite Sig having sister operations in Germany. As an aside, there have been news reports in Germany regarding Russian influence/funding in/of H&K (I can get you an article of two if you'd like).

Thanks again for the willingness to engage. Please let me know what other info I can provide to you to help us.


David Cuzzi, President
Prospect Hill Strategies
603-716-0569
www.prospecthillstrategies.com<http://www.prospecthillstrategies.com>

>

This email is UNCLASSIFIED.

Official - SBU
UNCLASSIFIED

WASHAR0036326

| | |
|---|---|
| **From:** | Jim Bartlett, Full Circle Compliance <jebartlett@fullcirclecompliance.eu> |
| **Sent:** | Thursday, July 19, 2018 2:42 PM |
| **To:** | pauljm@state.gov |
| **Subject:** | 18-0719 Thursday "Daily Bugle" |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Thursday, 19 July 2018
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The Daily Bugle is a free daily newsletter from Full Circle Compliance, containing
changes to export/import regulations (ATF, DOE/NRC, Customs, NISPOM, EAR, FACR/OFAC,
FAR/DFARS, FTR/AES, HTSUS, and ITAR), plus news and events.  Subscribe here [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8tcLbCespBi0ku4_CM4jxF1YJtx44jmmGO7IVjQK9-
hRx3QQMe3C5BTP5FCHQ_rJG5JX-ebx9H1WnV7qiFzJI_NpJkQgSWeh9BM1Wfu2tPUe14-
A8lTuCAthO_ewtqbpLaN3ilzST6tLl4ns5vQjgyxLoOVtdjrCJfXsYnH_kze5&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY3
4GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
for free subscription. Contact us [mailto:advertising@fullcirclecompliance.eu] for
advertising inquiries and rates.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ITEMS FROM FEDERAL REGISTER

[No items of interest noted today.]

OTHER GOVERNMENT SOURCES

1. Items Scheduled for Publication in Future Federal Register Editions
2. Commerce/BIS: (No new postings.)
3. DoD/DSCA Releases Policy Memo Concerning Information on MIDS
4. Justice: "Connecticut Business Owners Who Profited from Unlawful Exports to Pakistan
Are Sentenced"
5. OMB/OIRA Reviews of Proposed Ex/Im Regulations
6. State/DDTC: (No new postings.)
7. Treasury/OFAC Issues Venezuela General License 5, Publishes Venezuela-related
 FAQs
8. U.S. and the Netherlands Sign Defense Agreement

NEWS

1. Bloomberg: "Trump's Tariffs Spark Outcry from Companies Denied Relief"
2. Financial Review: "Universities Label Defense Proposals 'Extraordinary and Excessive'"
3. The Guardian: "UK Stance on Arms Exports Protects Corrupt Practices, Experts
Claim"
4. Jane's 360: "Australia Calls for Greater Powers to Control Defense Exports"

WASHAR0036327

5. Reuters: "Exclusive: U.S. Offers India Armed Version of Guardian Drone - Sources"

COMMENTARY

1. J. Reeves & K. Heubert: Analysis of Settlement Agreement Reached In 3D Gun Printing
Case
2. M. Volkov: "The Risk of Employee Misconduct"
3. R.C. Thomsen II, A.D. Paytas & M.M. Shomali: "Options for Addressing the new
U.S. Tariffs on Chinese-Origin Items"

EX/IM TRAINING EVENTS & CONFERENCES

1. Full Circle Compliance Presents "Awareness Course U.S. Export Controls: ITAR
& EAR From a Non-U.S. Perspective", 2 Oct in Bruchem, the Netherlands

EDITOR'S NOTES

1. Bartlett's Unfamiliar Quotations
2. Are Your Copies of Regulations Up to Date? Latest Amendments: ATF (15 Jan 2016),
Customs (12 Jun 2018), DOD/NISPOM (18 May 2016), EAR (6 Jun 2018), FACR/OFAC (29
Jun 2018), FTR (24 Apr 2018), HTSUS (8 Jun 2018), ITAR (14 Feb 2018)
3. Weekly Highlights of the Daily Bugle Top Stories
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ITEMS FROM TODAY'S FEDERAL REGISTER
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

[No items of interest noted today.]
back to top
* * * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

OTHER GOVERNMENT SOURCES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

1. Items Scheduled for Publication in Future Federal Register Editions
(Source: Federal Register [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vNbOeGf8rctZRga5Ied8yyWtny4fxJbnR1SANmQcfWHvlUy5xn3SxwKE7FcZx2mDmECgAU-
B5N60LNdO2Uy3hjW9I6B2k85O0h6Zz47emhVN9DXC7LRpNB-Xln_TzXRx9v-
UujL4_nKjIx63N_QQmM=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7
yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==])
* DHS/CBP; NOTICES; Agency Information Collection Activities; Proposals, Submissions,
and Approvals: Customs Declaration [Publication Date: 20 Jul 2018.]
back to top
* * * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

WASHAR0036328

2. Commerce/BIS: (No new postings.)
(Source: Commerce/BIS [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8pWqWCMaFvMHLFmmPG74iog8ydSz_qCQ4y_CZE_D8dTpkilTjAAO1jXAHmZYUwG-
L02RhVt1Vc8X34AbX1AUnt9ErSIeyz4DuB-
RKU3Ss20YI1bCqvdHbOA=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR
7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==])
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

3. DoD/DSCA Releases Policy Memo Concerning Information on MIDS
(Source: DoD/DSCA [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8jTaaNShNl7hk5O6uTPgO6SQ-E0r2MwVNo6QGso8B2VlU9R0mhjv3N9mAXUt2l02OtMh-
B0V842zPOzSWl0kTZKzkUrHu6zKONzZcNONHeSzRmHaoCDuOz0=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GR
LhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==],
19 Jul 2018.)
* DSCA Policy Memo 18-13 Information on Multifunctional Information Distribution
 System [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94MOZ7fgW3KsZhcSVUbxIaVMbfXPn8oymsoyAdTcOnP8NNuxZS1IRUeP2mtx86H-
YG831TjUPiDjc1LM_tj6PbD8XOqFUGPkAUor7Gd-zm50HWDZ-
MH6TYDwAf5qam0m9uNGgz20OpMrjix7Z8IUcrDw==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0
YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
has been posted.
DSCA Policy 18-13 - Supersedes DSCA Policy Memo 12-07 [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94R6e4uSs6swUphwb_dEeK_8rvLnjLzpptRxRCReUbePcnJp0GKxAK4val93a0nvXDTqvYa3t4xxEvXd2am
XwYxTn_iBDk7QNu6H8qZKuBltWILyWmGOWaujAuGsijR_vc814ATGEnLgVsllT20bpYw==&c=NOJVF50Nwjj3pXdFK8H9nxO
OY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
by providing updated information and guidance on the Multifunctional Information
 Distribution System (MIDS).
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

4. Justice: "Connecticut Business Owners Who Profited from Unlawful Exports to Pakistan
Are Sentenced"
(Source: Justice [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94SZPe7IOHPx9SK-j9eMto7YZSdzuDPGZQk7xcy-xBV-xr1BpUGC-
pKasRsuPWlS0libixKLHQW12qspe9gGozOfi217A5ZfHZS35OGLxOcDbCo0m0BhDkaIAp_KOiPMKOUrOnmu2d06K61Pikf6E
0QM3HBLnKdYmUqKCKQ4o0eNRG1KQVEZj84mt6S82jz9ZmbEp533HAesqzgOyZj3VnHXdZArJ8Q1KAS1262I-
J9Wg=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5c
Ew6K6J91V4yRykQYc12OBJBADw==],
18 Jul 2018.) [Excerpts.]
John H. Durham, United States Attorney for the District of Connecticut, announced
that a father and son were sentenced today in Bridgeport federal court for profiting
from unlawful exports to Pakistan.  U.S. District Judge Stefan R. Underhill sentenced
both MUHAMMAD ISMAIL, 67, of Meriden, and KAMRAN KHAN, 38, of Hamden, to 18 months
imprisonment followed by three years of supervised release.
According to court documents and statements made in court, from at least 2012 to
 October 2013, Muhammad Ismail, and his two sons, Kamran and Imran Khan, were engaged
in a scheme to purchase goods that were controlled under the Export Administration

3

WASHAR0036329

Regulations ("EAR") and to export those goods without a license to Pakistan, in violation of the EAR. Through companies conducting business as Brush Locker Tools, Kauser Enterprises-USA and Kauser Enterprises-Pakistan, the three defendants received orders from a Pakistani company that procured materials and equipment for the Pakistani military, requesting them to procure specific products that were subject to the EAR. When U.S. manufacturers asked about the end-user for a product, the defendants either informed the manufacturer that the product would remain in the U.S. or completed an end-user certification indicating that the product would not be exported.

After the products were purchased, they were shipped by the manufacturer to the defendants in Connecticut. The products were then shipped to Pakistan on behalf of either the Pakistan Atomic Energy Commission ("PAEC"), the Pakistan Space & Upper Atmosphere Research Commission ("SUPARCO"), or the National Institute of Lasers & Optronics ("NILOP"), all of which were listed on the U.S. Department of Commerce Entity List. The defendants never obtained a license to export any item to the designated entities even though they knew that a license was required prior to export. The defendants received the proceeds for the sale of export-controlled items through wire transactions from Value Additions' Pakistan-based bank account to a U.S. bank account that the defendants controlled.

On March 5, 2018, Muhammad Ismail and Kamran Khan each pleaded guilty to one count of international money laundering, for causing funds to be transferred from Pakistan to the U.S. in connection with the export control violations. In pleading guilty, Ismail and Kamran Khan specifically admitted that, between January and July 2013, they procured, received and exported to SUPARCO, without a license to do so, certain bagging film that is used for advanced composite fabrication and other high temperature applications where dimensional stability, adherence to sealant tapes and uniform film gage are essential. The proceeds for the sale of the bagging film was wired from Pakistan to the defendants in the U.S.

Ismail and Kamran Khan are both citizens of Pakistan and lawful permanent residents of the U.S.

On June 1, 2017, Imran Khan, of North Haven, pleaded guilty to one count of violating the International Emergency Economic Powers Act. In pleading guilty, KHAN specifically admitted that, between August 2012 and January 2013, he procured, received and exported to PAEC an Alpha Duo Spectrometer without a license to do so. He is released on a $100,000 bond pending sentencing. ...

back to top
* * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


5. OMB/OIRA Reviews of Proposed Ex/Im Regulations
(Source: OMB/OIRA [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8msp2qnKigAAK7TSVni2_XaJYhgBXzB615Vm5FrjBUwjDnsGqf0iyhAlcLVnUeq5VMcnnWvW6UZy5fUoIlhR8ZzIeIIdY0lJmibshstlYeWo2nt5VhqKe6Yr36m1rPZrQiGQ2K98JOSeno8bno-3obiDSgZWmvuS4g==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==],
19 Jul 2018.)
* Wassenaar Arrangement 2017 Plenary Agreements Implementation; India
- AGENCY: DOC-BIS
- STAGE: Final Rule
- RECEIVED DATE: 9 Jul 2018.
- RIN: 0694-AH44 [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8vsqwID86v94ScKAEHzFFTumhN5u1sJBHR0TSyEgn_nbBjJi8qqXdmTbVV2JbQgypjwxZ2ao8IPccxkTpevWSYbb-xg79Ripwc84E0z1AUlDZt03Vtmf8MYkemoiNaR8B-

WASHAR0036330

725rBggiSq9qQ8cMz7yR30btkXoyNZ_ZTZN2ts66CHA8SUUanRt4J0gPHhfT4vCrfZo055P8i6&c=NOJVF50Nwjj3pXdFK8H9nx
OOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
- STATUS: Pending Review [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94fCIb1_6V1lyq9PxNGygKL3FNu0Vz30BEQIRHLCaodeob0KGEZNqlR18iK6q-
AycJrnieeSUi5nvHqY2BRqpYz3qHggI-kdqjFbdeeXVc1fuEbK-
JnWYJevg8ACp5At5bhSrBmTrVaALOjPI3bq6YTiFoyE4vX0tO&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW
_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

6. State/DDTC: (No new postings.)
(Source: State/DDTC [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8oI7kDF4LV6G5mevXWVNuBv58Tf5xxo942u0wB5VhAMoCa_onojM8pHx7QDEurln_A5ihqVfGgbAoW9Th0ZM7v_1u
wT4I4Skysej2eJl4u9AIFxSEicc5KCq7t2uAClJOCIYdfCdhfU5nSkbX4P88a2vZVWwBzI3NzYDum51aodB&c=NOJVF50Nwjj3pX
dFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJ
BADw==])
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

7. Treasury/OFAC Issues Venezuela General License 5, Publishes Venezuela-related
 FAQs
(Source: Treasury/OFAC [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94bMkvsN9SlarHUfgUh7HYTwpUyo2KtHIJ9QOBIQatRIUvXvL11a_70KggTaq57kcqiFXoXBPUgNVHxS8mx
-afRT50A-5uiUGkByyVAzi4ehox4VTyvAKuQv9wEkF6N7l8PCQgVcjeDBOnk0YZvAOySi-
RUpm6_OHW3u7z3mXmW4NFcuYh51tfQn2q8octV_6t64r10aciKyk0f7WpLsC6Lg==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8f
ZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==],
19 Jul 2018.)
Today, the Department of the Treasury's Office of Foreign Assets Control (OFAC)
is issuing Venezuela General License 5 [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94HFjZ34K_eyrSxqB9Rjg4gy3XdW86N_pACEZpu5-
kagAanDWGJD7FxDTBG9X9LGvTfxNNhir061fSSprHAb40pSyye5FBgFuN0y-
4A4hRCJg_t7EumARr2ZLAf5L_Sj_wPumgWirwLsL-
DfpnRxxVnWNv9M7P0PgYkEBmG86DDbVq0LnOVLZwcTRnbSWMnqJ3mqwVSLoCnl0=&c=NOJVF50Nwjj3pXdFK8H9nxOO
Y8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==].
General License 5 authorizes U.S. persons to engage in all transactions related
to, the provision of financing for, and other dealings in the Petroleos de Venezuela
SA 2020 8.5 Percent Bond that would be prohibited by Subsection 1(a)(iii) of Executive
Order 13835 [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94e9Mb596nsBbcofyzvaGs6w5qRDO3vFYW8-
A_erIQlbFwg29E59UhokIU8txdzjv5GbtxkvpXpJLeHBN9W5YqpeWRmzXqNgPR0LrSiY6NGohI8WG0IWXc5vQ21qGk0PHU-
E6ovjRxAOqL1o2S8hkQTIItqGEQnj5xFx8sGJzLz9tUdm0EzAjgQnA8MO7EO0wbHgusm5V_lxxVGseR8W3VGw==&c=NOJVF
50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRyk
QYc12OBJBADw==]
of May 21, 2018 ("Prohibiting Certain Additional Transactions With Respect to Venezuela")
(E.O. 13835).
OFAC is also publishing two new Frequently Asked Questions [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8vsqwID86v941bJkvzOETN_l8sd0qd14jvchqWi1Fg-
929k8AqSHo8qBTBifnDQFflCRGaF6BcH37tOEwqabfLb2SS9hSBPxPAFTtwObaZtx3kLoGhhl00KkcmEYcegC0_VztgA8IxWZF
wkoo_XMDWK2eXeNho89ur_CtvpQAzxHv0S9Ajr2InJWVDVgyvHdYJxFkZEVEqS_dWkWNL2n1vI=&c=NOJVF50Nwjj3pXdFK

WASHAR0036331

8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBAD
w==]
(FAQs). One explains why OFAC is issuing General License 5. The other answers the
question of whether E.O. 13835 prohibits a U.S. person with a legal judgment against
the Government of Venezuela from attaching and executing against Venezuelan government
assets.
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


8. U.S. and the Netherlands Sign Defense Agreement
(Source: U.S. Embassy and Consulate in the Netherlands [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94aH3qogLyBpMQpWgpO4WuSkpEMaABQyXQY8Ih-Nviih-
eMEdQsSdVeQ5TC_01yiZaFKGVGv91xXqxynKziJKIY66Qmqw36O-boMD0A1yghP6OiPYE4CPit0Uonk4YZuPU1Oh3d-
1bwioGOi-0B2mowdUrBkG3PU99aiaBx6fV4gqjk2G8RpdGZoFK-
dkGxY92&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt
5cEw6K6J91V4yRykQYc12OBJBADw==],
2 Jul 2018.)
Ambassadors Pete Hoekstra and Henne Schuwer signed a Chapeau Agreement Establishing
a Framework for bilateral Defense Cooperation Activities. With this agreement, the
Netherlands and the United States strengthen cooperation between the two countries
on military equipment and operations.
The agreement involves exchanging military personnel, such as pilots, liaison officers,
and technicians, as well as exchanging information about new technological systems.
This is especially important in large-material projects, such as the replacement
 of helicopters (Chinook and Apache), the purchase of unmanned aircraft (Reaper),
or the exchange of information during replacements of submarines and frigates. Both
countries also agreed to cooperate further in missile defense.
The U.S. and the Netherlands already work intensively together in defense. With
this new treaty, this cooperation is strengthened in these areas. The signing of
 the treaty coincides with Prime Minister Rutte's meeting with President Donald
Trump.
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

NEWS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

9. Bloomberg: "Trump's Tariffs Spark Outcry from Companies Denied Relief"
(Source: Bloomberg [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94EtNMBlF04j3mlXp9j74dfle2B2_6kBrEtIuQlc1LARix_rC-
D17Zi7mO4y31KGw18Oxx4WYtJ1l7zBhInNuwv8udDrgdX8LY7dHuGPI6h79eojsU7Xzpi44IEUVDBMR7nI_0SoaKSKlfYY4237
gA5Hv3M0f76-
LcxBZQHs2HCJYaGvmEMaYqTEJhKMrBzwywEusQbPRnPEZr5DL2QN3xrUo4a9VN5ay8s2qZjp8BEk8=&c=NOJVF50Nwjj3pX
dFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJ
BADw==],
17 Jul 2018.) [Excerpts.]
Todd Adams won what he thought was a career-defining order last summer for his small,
family-owned stainless steel manufacturer. Now, he's paid "several hundred thousand

WASHAR0036332

dollars" from President Donald Trump's tariffs that have cut deeply into that sale.
Adams is vice president of Stainless Imports Inc. and president of Sanitube LLC
in Lakeland, Florida, one of the more than 40 initial U.S. companies whose requests
for exemptions from tariffs on steel and aluminum imports were denied by the Trump
administration. Adams was told his application was rejected for being incomplete,
but he said he had to wait almost three weeks for an answer about what was wrong
 and still has questions about his denial.
While more than 30 companies have had their requests for relief from the duties
granted so far, some businesses that were rejected say they weren't given adequate
consideration after other companies objected. ...
back to top
* * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

10. Financial Review: "Universities Label Defense Proposals 'Extraordinary and Excessive'"
(Source: Financial Review [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94tlOAaSwr1utHIHB4GQh2v7uPaNMOopUec9P0hQwhmA4tFoNt0lAsNAX_vEWSKCcCpczqs4o0i7mCiFh
zi627ncqWynI8GcNRe5WTOxRorZB87sXgIoK8peXJ1w-KEErHjSbEA9nQJUsnM_p8G9kv3bgYMDFhNdHKm-P5slNAfJoy56-
b9FJCgcJjbMN0Ri2ItfHEMLO-
HQbr076bKtSWDhTBOlzIEzhx17db6LP7D_oh2WHFIAtl1Q==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW
_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==],
19 Jul 2018.) [Excerpts.]
[Australian] Universities have stepped up their criticism of Defense Department
proposals [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94QsisxC8skn_VF7skwj_UYzHC6YnIAAZPfGScXfQN5CvfGVcEMDBuIoobxUbG7ulrHwAJ3KZx4W0GvhVha
vpYsz58lG9PoaO1NW5wDbmmRn4t1RsD84RnTD0WGHCC5hUSJGzYW8BiiYa18QK8FBY2qeYSRpguVvUSvemJBTsrin8v34C
69OOt-
Ir9SBsEshdThnef4T1DK4N3afLtftl2rzW3lwofpDuIqwERgSwdjaY=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRL
hMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
that would give the government unprecedented control over international research
 partnerships, claiming they would destroy Australia's reputation, threaten new
investment and introduce onerous regulation for foreign-born researchers.
The proposals, which were announced in a last-minute submission from the department
to a review of the Defence Trade Controls Act, blindsided universities and research
institutes.
They would allow the department to control the supply of any technology - not just
those deemed sensitive or strategic - to research partners and give it new powers
to carry out search and seizure operations without a warrant. ...
The move to increase oversight of these research partnerships is the latest in a
 series of government initiatives to strengthen its national security controls [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94cjjYDcz6l_VgMl5ZQfOiV9vN5Smt7jLs9rvyzTNkN2H-
q94zMDGbLR8v024HcGbVhmGCPhT_kYdcZvqQEvsM0VfWsOWykEVSQ7O705YKuSfCeFr6puq7unxNOgwznC-
Kv8pXTsJhres32tvViHXKj4dppSjGFjjOwiFTCruHgGphEjuHhj9MmpSobMBh-
AMvAn59riNGQJeIqB9PlvpFY7NchFjjjol_ZweFAXcv5ig3dvqFq5luXg==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34
GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
and comes amid increasing concern over the sharing of research between Australian
and Chinese universities on technology that could potentially be used for military
purposes, such as super-computing or artificial intelligence. ...
back to top
* * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

WASHAR0036333

11. The Guardian: "UK Stance on Arms Exports Protects Corrupt Practices, Experts
Claim"
(Source: The Guardian [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94TadXUqJfu5qJWy_HlTvMNILcxzmUx5LIIo7nKjZnbUEekBZAFxZKWQ9GgkIsEOo86-ByXrKAsVBf1o-
GLm4gULwylq5Ek5nKdSmjqCAGykq2Estc0jN8dXyE0M8AQ2ZYeCxuPb_2S3UaxRqbebkN6t1cxkASo0o5selTbVPlFV6C9cq3
QtX9wggKiGH4iCggW-Vty8S6bCRyb6Pkvq9rvKfQofACwwM3ut4MovxfXMxFUMdCmYfUMOC-
vgOe0zri&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt
5cEw6K6J91V4yRykQYc12OBJBADw==],
19 Jul 2018.) [Excerpts.]
Government accused of allowing arms industry to act with impunity, damaging development
efforts and fueling conflict
The British government's role in arms exports has come under scrutiny amid accusations
that the trade's corrupt practices are being deliberately protected to benefit the
economy.
Andrew Feinstein, CEO of Corruption Watch, an arms control watchdog, said the government's
approach was not only deeply damaging to Britain's global development efforts but
also fuelled world conflicts.
At the launch of Corruption Watch's latest report [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8vsqwID86v94-k1dQNr8sW2AJCek9pa6Q6i7sK68J4S-
KMtNeEAIVLVfe9tMN6z4wqnt7RM8weDchlITgaYUAagvfBd84OrCiQYyjQeQxprCLutYd07BypUov6RQbuv1BrM3fn7y95w9
&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6
J91V4yRykQYc12OBJBADw==],
entitled The Anglo-Italian Job, Labour MP Lloyd Russell-Moyles, a member of the
committee on arms export control (CAEC), joined a panel of experts in calling for
the government to reduce secrecy around its arms deals and promote transparency
in policies geared towards reducing corruption and global conflict. ...
The report focuses on a number of cases involving alleged corrupt payments by UK
arms manufacturers to intermediaries with the aim of securing contracts in the
developing world. The countries involved include Yemen, Indonesia, Nigeria and India.
...
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

12. Jane's 360: "Australia Calls for Greater Powers to Control Defense Exports"
(Source: Jane's 360 [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94N9hlLJGCXJikM-zuszQquSxmOgORJC-1JESVa2H5FPwt-
fPpcBpEwQs70dHpHsyXKEk2AKVaer1grhYUEofdb3ZokJLMGZhfT0a3N-
cRutFaptVlabz9vt6hDBb1uljK7pdkYdrP7ZwJwbke4NyODeQTzfnJY1K0bENfTjfUyrgAoJP-Dccp-
F5S72yS3YJvFmFkk67kt66VzDvUiPXQEg==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&
ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==],
18 Jul 2018.) [Excerpts; subscription required.]
Key Points
- Australia's Department of Defense has said expanded export controls are required
in the face of the country's changing security landscape
- A DoD submission to a review of the 2012 DCT Act calls for the introduction of
a 'risk-targeted approach' to allow the government more flexibility in controlling
transfers of technologies
The Australian Department of Defense (DoD) has called for greater powers to control
the export of military and dual-use technologies.
In a recent submission to a review of the Australian Defense Trade Controls Act

8

WASHAR0036334

2012 (DCT Act), the DoD said the legislation requires amendment in the face of the country's changing security landscape. ...
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

13. Reuters: "Exclusive: U.S. Offers India Armed Version of Guardian Drone - Sources"
(Source: Reuters [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8vsqwID86v94XhuCQGBiTDKy1-5Es0KACSoPz4a_kMD-q8xW0gBqvTMu2qMSStFok1ZY-1MECA0XT-J8M1wsbrYns06y6lWk0mC7YP_FQXS-OD4xuwfvbDczq95eN3Nel4Nxx9Kp4Ji51VkfnU_KAoUdcpNVWjGeWxxKeGUFPvjViSehNHmfCeEvSnXfDTxRBUu9ca0H88KOWikba6MMW2xLbZsJciZphMoss8ac5_zKgEfeIyHuRDG37Pje4Ni2T4KcGKw5xP4ezvczrGTMR8GRM0iR-F3FjO7wfcEnqgNM&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==],
18 Jul 2018.) [Excerpts.]
The United States has offered India the armed version of Guardian drones that were originally authorized for sale as unarmed for surveillance purposes, a senior US official and an industry source told Reuters.
If the deal comes to fruition, it would be the first time Washington has sold a large armed drone to a country outside the NATO alliance.
It would also be the first high-tech unmanned aircraft in the region, where tensions between India and Pakistan run high.
In April, President Donald Trump's administration rolled out a long-awaited overhaul of U.S. arms-export policy aimed at expanding sales to allies, saying it would bolster the American defense industry and create jobs at home.
The plan included a new drone export policy that allowed lethal drones that can fire missiles, and surveillance drones of all sizes, to be more widely available to allies. ...
U.S. drone manufacturers, facing growing competition overseas, especially from Chinese and Israeli rivals which often sell under lighter restrictions, have lobbied hard for the changes in U.S export rules.
Among the changes will be a more lenient application by the U.S. government of an arms export principle known as "presumption of denial." This has impeded many drone deals by automatically denying approval unless a compelling security reason is given together with strict buyer agreements to use the weapons in accordance with international law.
A second U.S. official said the new policy would "change our calculus" by easing those restrictions on whether to allow any given sale.
The MTCR - a 1987 missile-control pact signed by the United States and 34 other countries - will still require strict export controls on Predator-type drones, which it classifies as Category 1, those with a payload of over 1,100 pounds (500 kg).
However, the Trump administration is seeking to renegotiate the MTCR accord to eventually make it easier to export the larger armed drones. ...
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

COMMENTARY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

14. J. Reeves & K. Heubert: Analysis of Settlement Agreement Reached In 3D Gun Printing

WASHAR0036335

Case

(Source: Reeves & Dola LLP Alert, 18 Jul 2018. Available via jreeves@reevesdola.com
[mailto:jreeves@reevesdola.com].)
* Authors: Johanna Reeves, Esq., jreeves@reevesdola.com [mailto:jreeves@reevesdola.com],
202-715-994; and Katherine Heubert, Esq., 202-715-9940, kheubert@reevesdola.com
[mailto:kheubert@reevesdola.com]. Both of Reeves & Dola LLP.
Last week, news broke that a settlement agreement had been reached in the Defense
Distributed v. United States Department of State case. Several news articles reported
the outcome as a major victory for First and Second Amendment advocates, as well
as a "stunning shift" in State Department policy in how it applies export controls
to information available on the Internet. This is an important case, and we examine
the potential implications of the Settlement Agreement, especially in how the State
Department treats certain information made openly available on the Internet.
Background
In December 2012, Defense Distributed posted certain three-dimensional ("3D") printing
files on its website, DEFCAD.org [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIilXPaxP-
9gwn8vsqwID86v94C44S3yLDmc_yHcfdVWojCazbfo5EzS6wW4FBjTlPwSeWmKsrSG3vx79h_uNSdgLRWsFZrKCZDnEzghiln
nZ5GA0Tu6B2bh1YlAnoHW2R_Xc=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3Fc
RjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==],
for a number of firearm-related files, including "Ghost Gunner" files, and certain
CAD files (the "Published Files"). Some of the Published Files included downloadable
instructions to produce a fully functional firearm on a 3D printer. In May 2013,
 Defense Distributed received a letter from the U.S. Department of State, Directorate
of Defense Trade Controls (DDTC), directing the company remove the Published Files
from its website. DDTC is the federal agency responsible for compliance and enforcement
of the Arms Export Control Act (22 USC 2778) and the implementing regulations known
as the International Traffic in Arms Regulations (ITAR), published in 22 C.F.R.
Pts. 120-130. In its letter, DDTC explained the Published Files may constitute ITAR-controlled
"technical data" related to firearms and if so, the act of making the Published
Files widely available on the Internet constituted an export of technical data without
the required prior authorization from DDTC.
For those unfamiliar with the ITAR, controlled "technical data" includes information
required for the design, development, production, manufacture, assembly, operation,
repair, testing, maintenance or modification of "defense articles," and includes
 information in the form of blueprints, drawings, photographs, plans, instructions
or documentation (ITAR section 120.10). Currently, almost all firearms up to and
 including .50, as well as parts, components, attachments and accessories for said
firearms are captured by the ITAR's U.S. Munitions List (USML) under Category I.
 The only exceptions to this broad coverage are so-called "noncombat shotguns" with
barrels 18 inches or longer, BB, pellet, and muzzle loading firearms, as well as
 attachments or accessories that do not enhance the usefulness, effectiveness, or
capabilities of the firearm, component and parts. Such items are controlled under
the Department of Commerce export controls, known as the Export Administration Regulations
(EAR).
DDTC explained in its letter to Defense Distributed, "[p]ursuant to 127.1 of the
 ITAR, it is unlawful to export any defense article or technical data for which
a license or written approval is required without first obtaining the required authorization
from the DDTC. Please note that disclosing (including oral or visual disclosure)
 or transferring technical data to a foreign person, whether in the United States
or abroad, is considered an export under 120.17 of the ITAR."  To resolve the matter
"officially," DDTC requested Defense Distributed submit a Commodity Jurisdiction

WASHAR0036336

(CJ) request for the following data files:
- Defense Distributed Liberator pistol
- .22 electric
- 125mm BK-14M high-explosive anti-tank warhead
- 5.56/.223 muzzle brake
- Springfield XD-40 tactical slide assembly
- Sound Moderator - slip on
- "The Dirty Diane" 1/2-28 to 3/4-16 STP S3600 oil filter silencer adapter
- 12 gauge to .22 CB sub-caliber insert
- Voltlock electronic black powder system
- VZ-58 sight

A copy of the DDTC letter is available in a  2013 Forbes article [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8vsqwID86v94jg-qStP4PkOk-
UGK5PEOUDM7bEwF8F8PfZjwCPkYth2gQQPL9LsbekQSA-1_aiH6WJ5E83CJuQH642-tiOp9NfVK-
QoicYJrlPZqQMk4xmoWt1Kx5z7JKxTF-aMamRHUCZ0VS94ROa-
alxPBkwfuS8pPe8tEBbJ4ReCSdViDwi9U5Zf5paziH4HhOuYxnOJBx4WNeVIxKbIVPgB9fXbbwWMvkNqA5eCuWntZ2zDFBqF
0Nvnve0vCDbSEIzGRepuUJfk-3mpelgD8zI_VdAeQdWK11dRz_Wc6viXrS42-
auW5az2g187yEw==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoR
RgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
(ast visited on Jul. 18, 2018).

In compliance with the DDTC letter, Defense Distributed removed the Published Files
from its website and in June 2013, submitted a CJ request. Almost two years later,
with no response to the CJ request and an unsuccessful attempt to obtain public
release approval from the Department of Defense Office of Prepublication Review
and Security for the subject files, Defense Distributed along with the Second Amendment
Foundation ("SAF"), sued DDTC in the Western District of Texas, alleging the ITAR
prior approval requirement for posting technical data on the Internet was an unconstitutional
prior restraint on protected First Amendment speech, along with other constitutional
violations under the Second and Fifth Amendments.

While the case was pending, the Plaintiffs filed a motion with the court seeking
 a preliminary injunction against DDTC, wherein the court would suspend enforcement
of the ITAR prepublication approval requirement pending final resolution of the
underlying case. The District Court denied the motion, holding the national security
interests of the United States outweighed the potential harm to Defense Distributed.
Defense Distributed and SAF appealed the decision to the U.S. Court of Appeals for
the Fifth Circuit, which affirmed the District Court decision, noting, however,
that its decision was limited and did not address the merits:

"This case presents a number of novel legal questions, including whether the 3D
printing and/or CNC milling files at issue here may constitute protected speech
under the First Amendment, the level of scrutiny applicable to the statutory and
 regulatory scheme here, whether posting files online for unrestricted download
may constitute "export," and whether ITAR regulations establish an impermissible
 prior restraint scheme. These are difficult questions, and we take no position
on the ultimate outcome other than to agree with the district court that it is not
yet time to address the merits. On remand, the district court will eventually have
to address the merits, and it will be able to do so with the benefit of a more fully
developed record." Defense Distributed v. U.S. Department of State, 838 F.3d 451,
464 (5th Cir. 2016).

Defense Distributed then petitioned the U.S. Supreme Court for writ of certiorari,
which the Court denied on January 8, 2018. On June 29, 2018, the parties executed
the Settlement Agreement, resolving all claims in the case. We reviewed the text

WASHAR0036337

of the Settlement Agreement circulated in The Daily Bugle [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8tcLbCespBi0ku4_CM4jxF1YJtx44jmmGO7IVjQK9-hRx3QQMe3C5BTP5FCHQ_rJG5JX-ebx9H1WnV7qiFzJI_NpJkQgSWeh9BM1Wfu2tPUe14-A8lTuCAthO_ewtqbpLaN3ilzST6tLI4ns5vQjgyxLoOVtdjrCJfXsYnH_kze5&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY3 4GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==],
a free export/import daily newsletter from Full Circle Compliance, on July 12, 2018.

The Settlement Agreement

In the Settlement Agreement, the parties agree to resolve all issues, including any issues "that could have been asserted" by Defense Distributed without further litigation, and without any admission of liability on either side. The Settlement Agreement goes on to stipulate in Paragraph 4 that it shall not be construed as an admission by DDTC of the veracity or validity of any of Defense Distributed's allegations. Further, the Settlement Agreement does not hold any precedent, as the parties are explicitly prohibited from using it as evidence and from referring to the Settlement Agreement in any way in proceedings that may be needed to enforce it.

In consideration of Plaintiffs' agreement to dismiss its claims against DDTC with prejudice, DDTC agreed to five requirements:

(1) DDTC's commitment to draft and fully pursue, to the extent authorized by law, a proposed and final rule revising U.S. Munitions List (USML) Category I to exclude "the technical data that is the subject of the Action." (Settlement Ag., para. 1(a)).
It should be noted that by the time the Settlement Agreement was signed on June 29, 2018, DDTC had already published more than a month prior in 83 Fed. Reg. 24198 (May 24, 2018) [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8hCW8dm0-DDeDepflSwmgaM972ZsDgo-LdDO33a9PIto-kjyJZyQiXEaBOrmdef_7ZYV-m3AyRNZuJxnVe6B96-t1-xpsztgNEUDOu__XrUquPn4WvoPxmDmqiDyHemcweZBLWgluV-eT93paVq72MmQCtCnsmIDqxLAeDfkJIrFTOI--BeqKZaS-7D_cYr_z0YaAO0QeINQZZxIIBSwbRziGU37LVvj7UCjvByUiiWoRWDhdiQLIUxqalVXiqKhOAXYBK-d0j0GuD-D4tXImzsOoXkGToTgnO3U2ll0vZrh&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3Fc RjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
its proposed rule to transition most firearms and ammunition, along with certain parts, components, attachments, and accessories, away from ITAR controls over to EAR controls. For more information on the State and Commerce companion proposed rules, please refer to our alerts of June 1, 8, and 13 [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8vQBuGEfVkQDAVyX2TYv-o2pLfu9nnnSkWwv1pERsOHTsrMdekHJDkZ5l98uoWJRwR6yj8kUTXwyyxqi9Sjj6k7JNp94ZBjMfNubWPe-NkStlO_KYv7QGnAu5PU0JWqp13GIoY8xVGBI&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q= =&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==].
(2) While the above-referenced final rule is in development, DDTC will publish on its website [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8soGOk55XhwmwYhhWLPiEq9hjY0PAU4TzyywMm7aTMV16Yy9dMVe_swf5m8KYjcWWfY0BjarYCSWiQ0jwDt66fqb ORxa1sVyRLzBjLtCML-D8Lg4r8r9ZZuVp6-UEpm38A==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3k F1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
an announcement by July 27, 2018, of a temporary modification, consistent with ITAR section 126.2, to exclude "the technical data that is the subject of the Action." (Settlement Ag., para. 1(b)).
Section 126.2 permits the Deputy Assistant Secretary for Defense Trade Controls to order the temporary suspension or modification of any or all regulations in the ITAR in the interest of the security and foreign policy of the United States.
(3) DDTC will issue a letter a letter to Defense Distributed by July 27, 2018, advising that the Published Files are approved for public release in any form and are exempt from export licensing requirements of the ITAR because the files satisfy the criteria

12

WASHAR0036338

of ITAR section 125.4(b)(13). (Settlement Ag., para. 1(c)).

Section 125.4 in the ITAR lists various exports of technical data that do not require approval from DDTC. Paragraph (b)(13), cited in this particular consideration, covers "[t]echnical data approved for public release (i.e. unlimited distribution) by the cognizant U.S. Government department or agency or Office of Freedom of Information and Security Review. This exemption is applicable to information approved by the cognizant U.S. Government department or agency for public release in any form. It does not require that the information be published in order to qualify for the exemption."

(4) DDTC acknowledges and agrees that the temporary modification of USML Category I [per Consideration #2 above] permits any U.S. person, including Defense Distributed customers and SAF members, to access, discuss, use, reproduce, or otherwise benefit from the "technical data that is the subject of the Action."... (Settlement Ag., para. 1(d)).

(5) Payment of $39,581.00 to Plaintiffs. "This figure is inclusive of any interest and is the only payment that will be made to Plaintiffs or their counsel by Defendants under this Settlement Agreement." (Settlement Ag., para. 1(e)).

Analysis of Settlement

What impact will the Settlement Agreement have on industry, if any? Strikingly, the Settlement Agreement does very little to advance the argument that the ITAR's prior restraints on publication are a violation of the First Amendment or any other constitutional rights. Indeed, as the Settlement Agreement makes very clear, the parties stipulate that DDTC's entering into the agreement is in no way an acknowledgment of the validity or veracity of those arguments. Further, all conditions are silent on the constitutional rights issues raised in the case - the Settlement Agreement addresses only the manner in which DDTC will authorize Defense Distributed to release just the Published Files, nothing more.

While DDTC agreed to "draft and fully pursue" the proposed rulemaking to revise USML Category I, in the interim, the temporary amendment to USML Category I will exclude ONLY the "technical data that is subject of the Action." The "technical data that is subject of the Action" is not a limitless bucket containing all ITAR-controlled technical data pertaining to firearms. Rather, the Settlement Agreement defines the words, "technical data that is subject of the Action" specifically to mean only the following: "(1) the Published Files; (2) the Ghost Gunner files; (3) the CAD Files; and (4) the Other Files insofar as those files regard items exclusively: (a) in Category I(a) of the [USML], as well as barrels and receivers covered by Category I(g) of the USML that are components of such items, or (b) items covered by Category I(h) of the USML solely by reference to Category I(a), excluding Military Equipment [as defined in the Settlement Agreement]."

DDTC did not agree to amend the USML to exclude all similar technical data or related hardware, or make any other revisions to Category I, much less any other USML Category. In fact, DDTC agreed to revise the USML Category I "to the extent authorized by law (including the Administrative procedures Act)" to exclude only "technical data that is subject of the action." A cynic could say that's quite a caveat.

It is also important to note that nowhere in the Settlement Agreement does DDTC indicate the Published Files are not considered ITAR-controlled technical data. In fact, the agreement to utilize the powers of § 126.2 to exclude the Published Files from the ITAR by using the §125.4(b)(13) public release process clearly supports the argument that DDTC still considers the files to be technical data. If the information was not technical data, then there would be no need to go through these regulatory hoops to authorize its release. Simply put, DDTC did not ever move from its position that the Published Files were technical data, and the Settlement Agreement does

WASHAR0036339

more to underscore this position than to prove otherwise.

This, coupled with the clear language of the Settlement Agreement that this document cannot be used as precedent in further cases, means the release from ITAR controls applies only to the "technical data that is subject of the Action," as defined in the Settlement Agreement. Other individuals or companies with similar Technical Data should not rely on the fact that Defense Distributed was authorized to release the Published Files as a blanket permission to do the same. To be sure, it seems one must still seek authorization from DDTC or public release approval from another cognizant U.S. Government agency before publishing similar Technical Data to the Internet.

As for the arguable coincidence of this Settlement Agreement and the timing of the publication of the proposed revisions to USML Category I, II, and III, one could speculate the Settlement Agreement was the catalyst for DDTC finally publishing the revisions - the case forced DDTC's hand as it were. However, one could also argue that DDTC simply agreed to do what it was already planning to do as the revisions were, by then, drafted and through the internal review process, thereby losing nothing yet gaining a great deal by settling a lawsuit that could have ultimately decided the interplay between the First Amendment and the ITAR. And, as a result, the ITAR prior approval requirements remain in place and intact, and persons seeking to publish technical data to the Internet must first obtain DDTC approval to do so.

Closing Thoughts

The only guaranty in court is that there are no guarantees. There was a lot riding on this case, for both sides. This was apparent in the number of amicus ("friend of the court") briefs weighing in on the potential implications for the constitutional freedoms guaranteed under the First and Second Amendments, gun rights, gun control, world peace and national security interests. Arguably, neither side could afford a negative court decision on the merits of the case. However, with the Settlement Agreement, it appears that both sides won. Defense Distributed is able to reinstate its DEFCAD.org [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8vsqwID86v94C44S3yLDmc_yHcfdVWojCazbfo5EzS6wW4FBjTlPwSeWmKsrSG3vx79h_uNSdgLRWsFZrKCZDnEzghiln nZ5GA0Tu6B2bh1YlAnoHW2R_Xc=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3Fc RjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]

website at the end of this month without having to wait until 2019 when the proposed transition rules will become final, presumably, and DDTC has not done anything to change its approach to ITAR licensing controls over technical data, including the requirement for approval for public release prior to posting such information on the Internet.

back to top

* * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

15. M. Volkov: "The Risk of Employee Misconduct"

(Source: Volkov Law Group Blog [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8vsqwID86v94uaRzjqD2qgr0TSCHgBJdmXU02MzVYCUeEOAotCYSlI7fqKw1xwVVzlmUHd9_S_BpcO9IakPfqg1v9rtBI3 uMbKXnHp_aZJ94Bxn8zYLw9wzN2dayk7Hdj7doYOiKxcvXi27VK2RaBwM-QrTTwuDaDfQWGp2M24rJxpNgpTTSFZl=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&c h=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==],

18 Jul 2018. Reprinted by permission.)

* Author: Michael Volkov, Esq., Volkov Law Group, mvolkov@volkovlaw.com [mailto:mvolkov@volkovlaw.com], 240-505-1992.

Companies are hyper-focused on third-party risks, especially when it comes to anti-corruption

WASHAR0036340

risks. And for good reason - a large percentage of FCPA enforcement actions involve illegal use of third parties to carry out illegal bribery schemes.  In this era of third-party risk management, however, companies may be missing a more significant risk - employee misconduct.

In the global economy, companies face a number of serious risks - cybersecurity threats, foreign bribes, conflicts of interest, employee fraud and other employee risks of illegal conduct.  Interestingly, when it comes to cyber-security risks, including theft of intellectual property, customer data, financial information and other valuable corporate data, companies face a significant threat from "insiders," or to put it another way, from their employees.  Nearly half of all cybersecurity incidents involve an internal actor, half of whom intentionally gain access to valuable corporate information, and half of whom unintentionally compromise valuable corporate information.

Overall, employee misconduct continues to hover around one-in-three or 33 percent of employees observe misconduct each year.  The rates of observed employee misconduct is highest in Brazil, India, and Russia.

In stark contrast to third parties, companies exercise control and responsibility for their employees. If a company suffers significant employee misconduct, there is a reason - a company has to maintain a culture of trust and integrity, filter that culture throughout the organization, and make it clear that employees should not cut corners or engage in misconduct to improve the bottom line.  A company that is a slave to its quarterly reporting is bound to encourage, at least implicitly, employee misconduct and shady activities to advance the company's all might quarterly financial results.

Once you recognize the control and responsibility a company has to minimize employee misconduct, the company has to mitigate such risks through a robust code of conduct, compliance communications and conduct from top level officials, and a consistent reporting and internal investigation function that includes positive incentives and strict disciplinary actions against violators.

A key to employee risk mitigation is to understand the risk of an employee group and tailor communications and training to that risk.  An example illustrates how such an approach should work.  A foreign-based sales staff is under pressure to meet target incentive requirements.  In carrying out their jobs, they face significant anti-corruption risks when interacting with foreign officials, bidding on foreign government tenders, and acting to meet their incentive targets.  A basic risk assessment of these employees will confirm that they pose serious and significant risks of misconduct.

Sales incentives, while a significant factor, cannot be the sole explanation for an employee to engage in foreign bribery.  Of course, structuring sales incentives to reward group performance rather than individual performance may mitigate such risks and increase cooperation and joint sales efforts.

There is more to the equation - an employee's supervisor, if committed to anti-corruption compliance, can exercise significant oversight of the employee's activities and observe signs of misconduct - inexplicable or unjustified expense reports, unusual financial transactions, changes in tendering activities, including access to government tender specifications.

A tailored training message to these high-risk employees is important as well to emphasize the risks they face, the controls that are in place to detect and investigate potential misconduct, and the company's overall commitment to ethical behavior rather than short-term financial gain.  A bland, legal FCPA discussion will have little to no impact on employee behavior and conduct - instead a fulsome message capturing all of the elements of risk mitigation - culture, discipline, positive incentives,

15

and promoting sustainable growth - will reduce misconduct and promote ethical behavior
by sales employees operating in high-risk markets.
back to top
* * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

16. R.C. Thomsen II, A.D. Paytas & M.M. Shomali: "Options for Addressing the new
 U.S. Tariffs on Chinese-Origin Items"
(Source: Thomsen and Burke LLP, 18 Jul 2018. Available by subscription via maher@t-b.com
[mailto:maher@t-b.com].)
* Authors: Roszel C. Thomsen II, Esq., roz@t-b.com [mailto:roz@t-b.com]; Antoinette
D. Paytas, Esq., toni@t-b.com [mailto:toni@t-b.com]; and Maher M. Shomali, Esq.,
 maher@t-b.com [mailto:maher@t-b.com]. All of Thomsen & Burke LLP.
Over the last several months, the Office of the United States Trade Representative
(USTR) has announced multiple rounds of new import tariffs on Chinese-origin items
pursuant to a Section 301 action. These tariffs impact a wide range of goods and
 are at different places in their implementation. We have provided below a summary
of the different tariff actions and some potential options available to reduce the
impact.
Round 1
·   25% ad valorem duty
·   Impacted items in Annex B to 83 FR 28710 [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94OVV4dodjhzlkaPcQF9nP_2cnTiyNBsqUZ_C69bzrkaNBNaq6YeKPRo9-RnWh5-
d2r0y9MhFCsjaZwJW8tB8iyf2rnyszA1Br3vIEvjL7rByMl5zDP-
qRJmpBvnCQqxJdEcZL9CjUUvjbwmcvFrY0xA8y1OgCnZM37q4MXNMQOPsdZPIAsQltGnzGKbTuFXwylGZUJaryhXdYTZdWY
rG8Q4Q003xsghsl3yILF6dZ3guucyboH5LXf-
V9hCn8TGkMxHUAL0nlJpzXtbyYIzGc8hyMUrUbjJO_VNH50fKc91_v5cxpbnVEgw==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8f
ZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
·   Became effective July 6, 2018
·   Stakeholders can now request that specific products be exempted.  See 83 FR
 32181 [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94p9aIOkGGSV-
eIsUnYFh0pTy0VZmiwB7_N8JoiW3GQyHj2UwZ8VUSyYOhgqfVsOceonBy1smJYdtAtncPLI8O1F5pjzfhhPnKOHU0qwxLjioT
WVB7cBA87YW66y8xu-KjNFz5HRnQEC9hF5Bk7XKLAYnTkxOmJH33wtrFi9bzXA7hGT13ARrwomwBiwwv_ms_IVEQdhWa-
8mSK11BGHTrpmiTrBsdyQlZ7XAx1xJlrqIYD0cvOb-npjkd3um9aEiWj5MB_0f47rko6PdwZZ4Sm-
3PEH4_9XWwadN2Ws4iBzI=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAw
R7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
Round 2
- 25% ad valorem duty
- Impacted items in Annex C to 83 FR 28710 [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vsqwID86v94OVV4dodjhzlkaPcQF9nP_2cnTiyNBsqUZ_C69bzrkaNBNaq6YeKPRo9-RnWh5-
d2r0y9MhFCsjaZwJW8tB8iyf2rnyszA1Br3vIEvjL7rByMl5zDP-
qRJmpBvnCQqxJdEcZL9CjUUvjbwmcvFrY0xA8y1OgCnZM37q4MXNMQOPsdZPIAsQltGnzGKbTuFXwylGZUJaryhXdYTZdWY
rG8Q4Q003xsghsl3yILF6dZ3guucyboH5LXf-
V9hCn8TGkMxHUAL0nlJpzXtbyYIzGc8hyMUrUbjJO_VNH50fKc91_v5cxpbnVEgw==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8f
ZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
- Proposed tariffs to become effective ~ August 2018
- Jul. 23: Due date to submit written comments
Round 3
- 10% ad valorem duty

16

WASHAR0036342

- Impacted items in 83 FR 55608 [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8vsqwID86v94HOESmAa-
BZ2xIO8RyE_7U5yZVLD5UmLtd5z2L5jPjQdn5o6Z0UbOrxUaW5wE81igGmBTm95HeMcZM2goJhni4MAWu5GMBuUxln85
MYLeXqrrcvWHzasVzVCJk3PZ_04t4G3Ls2KNLogjNwBW4Ajc7Q9EWssqDqj3qnfVa6x-my-gKbgZRNID-EwvmjhbixASh2X3cJ-
KhXAuYBWpg8gQAF260UC4OS6x7G6MKD3G_bEMTwrDZW0LAI5B88w9QuP51JWXvWPpwY4fx3_NhtkSekLRiBUwY1J6dy
7vuZUoNuJGlH-
0COQBeQ==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3k
F1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
- Proposed tariffs to become effective ~ September 2018
- Jul. 27: Due date to request to appear at a public hearing and provide comments
- Aug. 17: Due date to submit written comments
Companies impacted by these new tariffs have several options to help reduce the
impact, including:
- Adjust supply chain operations such that the items are substantially transformed
in a country other than China, prior to their import into the United States.
- Import sub-assemblies, rather than finished products, if those sub-assemblies
have an HTS classification not impacted by the new tariffs. Perform final assembly
in the United States after importation.
- For Round 1 tariffs that are already in effect, submit a request to the USTR that
particular products be excluded from the tariffs. The deadline to submit an exclusion
request is October 9, 2018. In making its determination, the USTR may consider:
(1) Whether the product is available from a source outside of China, (2) Whether
 additional duties would cause severe economic harm to requester or other U.S. sources,
and (3) Whether the particular product is important or related to Chinese industrial
programs, including "Made in China 2025."
- For Round 2 and Round 3 proposed tariffs, submit comments to the USTR requesting
that particular HTS codes be removed from the final list. The deadlines are July
 23 and August 17, respectively.
- For products that are imported into the United States for future export, utilize
a bonded warehouse or a drawback program.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


EX/IM TRAINING EVENTS & CONFERENCES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


17. Full Circle Compliance Presents "Awareness Course U.S. Export Controls: ITAR
 & EAR from a Non-U.S. Perspective", 2 Oct in Bruchem, the Netherlands
(Source: Full Circle Compliance, events@fullcirclecompliance.eu [mailto:events@fullcirclecompliance.eu].)
Our next academy course is specifically designed for beginning compliance officers
and professionals who want to enhance their knowledge on the latest ITAR/EAR requirements
and best practices. The course will cover multiple topics regarding U.S. export
controls that apply to organisations outside the U.S., such as: the regulatory framework,
including the latest and anticipated regulatory amendments, key concepts and definitions,
classification and licensing requirements, handling (potential) non-compliance issues,
and practice tips to ensure compliance with the ITAR and EAR.
* What: Awareness Course U.S. Export Controls: ITAR & EAR from a Non-U.S. Perspective
* When: Tuesday, 2 Oct 2018, 9 AM - 5 PM (CEST)
* Where: Landgoed Groenhoven, Bruchem, the Netherlands

WASHAR0036343

* Sponsor: Full Circle Compliance [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8h-aJWrrTTVpUC3FgVhUvj4FepZw_hLXEUV0cauwGfIVR-
AZZ-
GEjOVaOIFxOveiBq8k8Qm0nsxze7Xpjez2aSdeb47HzPvnJkKGLhyk10s8pYEIjqpHga0OX1PE0NvfVQ==&c=NOJVF50Nwjj3pX
dFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJ
BADw==]
(FCC)
* Instructors: Ghislaine Gillessen, Mike Farrell, and Alexander P. Bosch
* Information & Registration: HERE [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8gRlZB7FY3TJEgT8Ku3NtAmW2ppMErneXD0mN7hdVIE-
DrYuWvt2XwqXzmdiMSfjFiPIiyQQ-
l6XAp8fIoN1JN9YmRVUHDEH6UCKWFoYzOzplYXHWbe08K3g42qLqnEBfSz9KZzt6_4Z1YM29vva_fAVOZJqH7-
_ykLIMrYOfZy8giE2fpHEgoyvEsBgjCBDme1wi2BI26a9AjDk7YoOYuEkXDpo2HJy3OArBHKMsbN-
3WrWEgnRKP044Pf1o6mO0xcCJRpLnjWg6cDZ7u6JlYmGgf2CerKpKw==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY
34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]
or via events@fullcirclecompliance.eu [mailto:events@fullcirclecompliance.eu]
back to top
* * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


EDITOR'S NOTES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


18. Bartlett's Unfamiliar Quotations
(Source: Editor)
* Edgar Degas (born Hilaire-Germain-Edgar De Gas; 19 Jul 1834 - 27 Sep 1917; was
 a French artist famous for his paintings, sculptures, prints, and drawings. He
is especially identified with the subject of dance; more than half of his works
depict dancers. He is regarded as one of the founders of Impressionism, although
 he rejected the term, preferring to be called a realist.)
- "Everyone has talent at twenty-five. The difficulty is to have it at fifty."
back to top
* * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


19. Are Your Copies of Regulations Up to Date?
(Source: Editor)
The official versions of the following regulations are published annually in the
 U.S. Code of Federal Regulations (C.F.R.), but are updated as amended in the Federal
Register.  The latest amendments to applicable regulations are listed below.
* ATF ARMS IMPORT REGULATIONS [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8uWT6G5UFtG54TwjlxnUgGbNkMxG59TM6UHwK4Y6s8ESNROIWdSK1XA7n9vMfzPqjaKQfiFp3nKBT7rET-
Syjyj4LOrxFdxq8hJdj0w_z7Or8bdb-nH0l506G14FxFnNBS_Z-
Kjo6tiSSL34Id3ja1PS8IIt_NNZ_PdH1zhuQ6mcTiiwBdkqC7w208xzAM2x6uFBJ00bMbHKKaOV1C-
5XZaPJV9eZCMlM5NLKX7MK73LZHgCn1-FdJfb-lh-9-
gjxohAIFIkdNf7EemATY8xbzvJIaqhvkMlmQ==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q=
=&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
27 CFR Part 447-Importation of Arms, Ammunition, and Implements of War
- Last Amendment: 15 Jan 2016: 81 FR 2657-2723 [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-

WASHAR0036344

9gwn8nRJsrdhSbYNDz6ebKKcHDoamfaSZxbj5JYWqlpVBw5dX47KHlkSONo-sR6sJVoqjSZRow-unrTWfHTofw6oL_IS_p_Z0XOscSCRDu8V1gQ-

GLr_j9W3JkY62O669XX3QJPaXfLMVQq2J6kSEClTJ9Xp7Ecxqg8C19ictgu_kvK2jWPT8hrwITs=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==
]:

Machineguns, Destructive Devices and Certain Other Firearms; Background Checks for
Responsible Persons of a Trust or Legal Entity With Respect To Making or Transferring
a Firearm.
* CUSTOMS REGULATIONS [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu4AXTKU9CLK65DF6mIiIXPaxP-9gwn8uWT6G5UFtG5TrJm8qHkxPWQYnBn_YejVPiLl3GLVISwzqGEtVWVeB6ZtbtJU_V1weJFOKVYf8gBRBxOlCnyTWcWoiHX7BMXtIN5XaY7GF9if1uzcc92p4IBcRf4fWzkeNQLnIo6YO_I7q0rT-q7RhHkiuIsvhSHZiEhvf9hVGAWWrhxv4BU4-1KntQu8hmu8iN_NDL7mKZ7DBPqfKEDw5EnqTV5g_JgX7qMiTC_RKUPslReeEO2N6xglXZ1X8l1U2sSVWw0cz72&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
19 CFR, Ch. 1, Pts. 0-199
- Last Amendment: 12 Jun 2018: 83 FR 27380-27407 [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8pG0CC128rrGXrRGIZqCXO9ClrxMauUuPZaA0iwL4Y_5AByZ5f07NXzmmx48g7BzcrM93rdOMRLKo3KPwoWbfcS8_HR7WnpAt4gVRKySOqUlyRaYKTdHRX0bwOFSpF4OSs8ZhehPrZLJse4GkSn8ieS1um47dO71ztSiqvQpbu7p9iDYu0f9-xw=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
Air Cargo Advance Screening (ACAS)
* DOD NATIONAL INDUSTRIAL SECURITY PROGRAM OPERATING MANUAL (NISPOM) [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8vuuMfvOxt1clQOgofvKrSbdkmJOER-Kq8JXFK9TGVvL_oMZlH4VOeKhbq6bU9PeTW4ohtjuNQAu2t7wRMnnPBNIY4Ssou6bW6dQFgF92CJPq5AaiKZmLY3JrZa_oJXXM6kAfSc4scoblK1Xg5dSbxwYkCOfkkXX4g==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
DoD 5220.22-M
- Last Amendment: 18 May 2016: Change 2 [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8vuuMfvOxt1clQOgofvKrSbdkmJOER-Kq8JXFK9TGVvL_oMZlH4VOeKhbq6bU9PeTW4ohtjuNQAu2t7wRMnnPBNIY4Ssou6bW6dQFgF92CJPq5AaiKZmLY3JrZa_oJXXM6kAfSc4scoblK1Xg5dSbxwYkCOfkkXX4g==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
Implement an insider threat program; reporting requirements for Cleared Defense
Contractors; alignment with Federal standards for classified information systems;
incorporated and cancelled Supp. 1 to the NISPOM (Summary here [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8nvTYKcBJ7nkki4-iJRIATd0ZjNJen7ckYWqKFw3rEMVt9WoqkvY1ZA97FY54V2tKzSrVnxjdsLcA0ZAppuZaoeT6piyvNQXIuHojRTIsqyVL7v1cmbmUI3xTai_zehbEzEZVOvTZbrDeepeEAo01R4adR1ihew6IAisf5KOe3gf&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==].)
* EXPORT ADMINISTRATION REGULATIONS (EAR) [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8nvTYKcBJ7nk5PjaB9gKXqhR-1KwwHmiqsaj9sWla_sYKCuM0IjB-JrqxxMKa1HC8GjncJ8cedlwqOu0Ch8oKi5wic6_fiQoOr2Bg8KIqU5BoBJXP1sG6hi97_baUgSnYB7RGYU6RlXRsDxfHWJRuv3ryX8EkdgusLyr-WucZI4mo0F-CzMAgau7y3yYrGkOgz-ayncrlNImkZK9np2UFvGe6us3Th7xwylvGeiCOJonObV4QUzu6DG-YUDMJASFJqdpe-7PP3OZL3Y3-tUgFt8=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
15 CFR Subtit. B, Ch. VII, Pts. 730-774
- Last Amendment: 6 June 2018: 83 FR 26204-26205 [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8o7QY3OOsNqlMvjRzon_Bm3W7f784EEgmFfyVQcZuXQY3UBACkNgUE8HBABTGrvYgwJoxsEDzmMUB3mheJH5-

WASHAR0036345

ykv0p_Tl-jGBppTGMB99dv70W2l1gv5CTwI35NjAri2aZt_zqUtcHl6F6kohTfo7RzVA-Bx-Kk6hvOVM-RhIn_X-
PGvU7ya8Bcw=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFt
O3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
Unverified List (UVL); Correction
* FOREIGN ASSETS CONTROL REGULATIONS (OFAC FACR) [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8uWT6G5UFtG5r1nTMNGUAaA-
xPFaknUwp0U5MhuVcbtdV7YOBAHlziT9fO3JdkIfkwTG_3MGGe3fd0Rg1wtlI0rCO9PgelCiL0IW3HC7Z_siI1pKnOaV8cd-
Jy3WY7cft-H20pTk9YEdmqRo50CwvnuReYJ-
TDXcAQYQUtlaQtOfGk8qXf_GScQiUATA6n240Q6nGsIBk9O2_Xhdep9F8fbwIFNKu0H18qgfmdI4d9lv6Sjm11-
WTpKvAIdX06pi5ZDSjX-
OV0S3&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5c
Ew6K6J91V4yRykQYc12OBJBADw==]:
31 CFR, Parts 500-599, Embargoes, Sanctions, Executive Orders
- Last Amendment: 29 June 2018: 83 FR 30541-30548 [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vxtEQkC_gZNMG6oSG04692HpfW9SHsuaecPHdzobSm00aknKyZf0gpqhJSibbAKsEdssZM6JMarJ65QXxVZfmRfgoBIL
BsIrSbelBSUk6ftPXYNpZXowANUZqT6phyYuFONA3q2hGaNhDgIqVqG7tmWHTn0oe42oQPCKExIopxsWEVBCP4KxmY=&c=
NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91
V4yRykQYc12OBJBADw==]:
Global Magnitsky Sanctions Regulations; and 83 FR 30539-30541 [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8vxtEQkC_gZN_JRTXgPEsSC9djZxabuGtnpH7WPL6eJU4mqtbBWpHLul8rvsU8jNpHCq28h09-
b5GbNzN7WnNFZGlRHxKPq8hzTrQJOrO62GSgtZ20asDc47DeJ1KQfuBc7H6bnJXj4jnKiFON_1q2PElU-
PeKOQg05UFy3WAiVdPCA1ZpvjlsI=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3Fc
RjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
Removal of the Sudanese Sanctions Regulations and Amendment of the Terrorism List
Government Sanctions Regulations
* FOREIGN TRADE REGULATIONS (FTR) [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8uWT6G5UFtG5xPREEW2IJSLPu0of8KIPqmywcEHX2K8rWc-
Xbt9otafna7qd3YadA7C3WnmfYZRQXo19WqUg05hm7BkqIcdkOZD_Sf06Ea_mQjfpngyhdDnzMJMIeSc-bk-
kCleoXvENyACeqAOeC9DDcocHvdvnB0yW3TZTB07XuTt_VXc_1DE4zMAcAhrahhDQrv10njywc_c6bLpBZ4ayBXYvgBAasRT
V40_ra4k6G2uzDajHG0XKy2zsQ39ADMyKNrFk8nk851JpsuhInsI=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRL
hMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
15 CFR Part 30
- Last Amendment: 24 Apr 2018: 3 FR 17749-17751 [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8gQiMNqXC2U-
q8W2DnOt4kXYbdWUcWETyPzZOSQr5di3qI-Bh4w6eOIWjyYZzggsS4Y9EHctI0JeVr88bWPX4oBFUFu3nYHe-I5AUb-
NWBkODQBg2yeqM1pn3JRNwlgC5XC-
gHOMRJoOTl8CK5JqE5zPXVmpqgWiZZ2Bvg0gJSRSa9jQrZr32uY=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRL
hMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
Foreign Trade Regulations (FTR): Clarification on the Collection and Confidentiality
of Kimberley Process Certificates
- HTS codes that are not valid for AES are available here [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8sLJcJwdGr-7YZ97Ihs6cf5-
5Kfoh3Op7GGOVbL5mYwNZqofrFi9XWzEKA_EOh-
T_G49qYJU5OEtTAnVRnAIhHdzWyIa1F9cAYusyxvDnLeiJZuSY0Eb1HDRgp3-
NjqKlbkjlvKARxdPDScmyRGZlXOQP0QMx1QmeimioSTwBSuNC7mM50QSB0LNkB26IbZxUv6T-QIyR-
we&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw
6K6J91V4yRykQYc12OBJBADw==]:
- The latest edition (30 Apr 2018) of Bartlett's Annotated FTR ("BAFTR"), by James
E. Bartlett III, is available for downloading in Word format. The BAFTR contains
 all FTR amendments, FTR Letters and Notices, a large Index, and approximately 250

WASHAR0036346

footnotes containing case annotations, practice tips, Census/AES guidance, and explanations
of the numerous errors contained in the official text. Subscribers receive revised
copies in Microsoft Word every time the FTR is amended. The BAFTR is available by
annual subscription from the Full Circle Compliance website [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8i0N3gw22q_1hEx5OjDtcgtsjW8V7ISPAzoUk5UeXX9tKtmugj_uZwpBX_8tt1c08UOalz7VQxQ3SNCFm54UU98qAHAd
hUGwSI4eYbeNqAw5016pvTNjKPhaf0Wd31CbBbCBZB3X6vzK&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhM
W_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==].
BITAR subscribers are entitled to a 25% discount on subscriptions to the BAFTR.
Government employees (including military) and employees of universities are eligible
for a 50% discount on both publications at www.FullCircleCompiance.eu [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8v9bQTN14HWbhzqeVT4rpHT4zlkDzQcRJQl9qrlsZz9CGwVI643URlu81We8umJzedsTv0aDgiPRhYYMzWUAC7J82paP
HZNHmFKAoNLqVx0uaZANKm2iiy9uZxfjI5qDrw==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR
7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==].
* HARMONIZED TARIFF SCHEDULE OF THE UNITED STATES (HTS, HTSA or HTSUSA) [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8sJSJd52PGVv7DmrcnRA7W-
870zEMf6UWfDl8lYAeVR4PYLLQsUpgC8y9Iittib2kCVfCBL-
VDzBk_0lHWW3n6GwfxBHv5imEiM3603Wj3k6631yViMc1F_GbTcJKCgs3w==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_
uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==],
1 Jan 2018: 19 USC 1202 Annex. ("HTS" and "HTSA" are often seen as abbreviations
 for the Harmonized Tariff Schedule of the United States Annotated, shortened versions
of "HTSUSA".)
- Last Amendment: 8 Jun 2018: Harmonized System Update 1809 [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8idimlBS9r12NE4nggI4ydG6WqRwSYPu8yYyQG5uRChxHEzXzEah1UwAqKX8CLwH1tb185oCYfV4f3hntoXpiaho9sNd
2UdDpZExl1EEdZ0blvv1qn0tCrp1mNpz7zsSy-
eFIZzRF00_RX9MF5nu8Ui2jttErB_EhgtjOkA8X4MCDhYCict117grDhDjxGcGwqmb3hCOBxknbG3raI53uZTcV97Rm5fxc_oR3
sQ9LIAK12VdlPvuSBEIIVhkN3J3wOz55SOli9p2&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q=
=&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==],
containing 901 ABI records and 192 harmonized tariff records.
- HTS codes for AES are available here [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8u5jdtWEFnc5Bs1L2-
AASqi9r6aZPKV82I9AcXhaSO9Y8rwlStIVMTsqTOswTyd5mDsO5Qn4NkjSKeaUGZ8a00IevQVAaSjDhjJQ7b8TmC-
0FxXtpqY7kH4SHRzAUBwSKFUJsT7cmMhj8WV_ee_VKErLhb0hlJ5S3nZcZwrR9dOsbbI9tpIH-
GLU8Ma_6TQwBXbq0qmrsmMJ&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjuj
AwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==].
- HTS codes that are not valid for AES are available here [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8sLJcJwdGr-7YZ97Ihs6cf5-
5Kfoh3Op7GGOVbL5mYwNZqofrFi9XWzEKA_EOh-
T_G49qYJU5OEtTAnVRnAIhHdzWyIa1F9cAYusyxvDnLeiJZuSY0Eb1HDRgp3-
NjqKlbkjlvKARxdPDScmyRGZlXOQP0QMx1QmeimioSTwBSuNC7mM50QSB0LNkB26IbZxUv6T-QIyR-
we&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw
6K6J91V4yRykQYc12OBJBADw==].
* INTERNATIONAL TRAFFIC IN ARMS REGULATIONS (ITAR) [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8uWT6G5UFtG5T4J77eV3u8_DWYPNkRR7OxDIVV2oclf8qT3SEYeZ8VHYVT1IqPv6W35n1AlsB_vJPqJWkqtI9G8YY9vT
pdAiRmtFnqipS8YfRUfHyBGo5wJeFuVaGzbSUpLjVfJKBRPfy_9TjGi_2H3DcJNAfLKvPbyjQkg0prdths814YrI-
XWJ_GlbB9pB_IW5YhIt-q3fgsg6GBpjQVh5tLt9WQKqg3rcqMgje0Gf6fiy-
x1ZGps7g3vXU7ANtVOuxd2SLI_K&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRj
ujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
22 C.F.R. Ch. I, Subch. M, Pts. 120-130.

21

WASHAR0036347

- Last Amendment: 14 Feb 2018: 83 FR 6457-6458 [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8oYD020tdKyER5nUQH2hNlmFlepT4zcgjh8Tum3xQjJyKumQH7tNo8SofTmoOa6LUH06tpJTQLSnmImLKVJt0h08X1K_I3j5SavDKExpIUBIYGPq9Hl7KoEeZRqap9CJe2LvlCQ5NttOImbMCwl-vGE165Tr3j3ToXwZ67oOBsX3l19GKfQLRuM=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==]:
Amendment to the International Traffic in Arms Regulations: Addition of South Sudan
[Amends ITAR Part 126.]
- The only available fully updated copy (latest edition: 25 Apr 2018) of the ITAR
with all amendments is contained in Bartlett's Annotated ITAR
("BITAR"), by James E. Bartlett III. The BITAR contains all ITAR amendments to date,
plus a large Index, over 800 footnotes containing amendment histories, case annotations,
practice tips, DDTC guidance, and explanations of errors in the official ITAR text.
Subscribers receive updated copies of the BITAR in Word by email, usually revised
within 24 hours after every ITAR amendment. The BITAR is available by annual subscription
from the Full Circle Compliance website [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8h-aJWrrTTVpUC3FgVhUvj4FepZw_hLXEUV0cauwGfIVR-AZZ-GEjOVaOIFxOveiBq8k8Qm0nsxze7Xpjez2aSdeb47HzPvnJkKGLhyk10s8pYEljqpHga0OX1PE0NvfVQ==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==].
BAFTR subscribers receive a 25% discount on subscriptions to the BITAR, please contact
us [mailto:jebartlett@fullcirclecompliance.eu]
to receive your discount code.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

20. Weekly Highlights of the Daily Bugle Top Stories
(Source: Editor)
Review last week's top Ex/Im stories in "Weekly Highlights of the Daily Bugle Top
Stories" published here [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8v9bQTN14HWbhzqeVT4rpHT4zlkDzQcRJQl9qrIsZz9CGwVl643URlu81We8umJzedsTv0aDgiPRhYYMzWUAC7J82paPHZNHmFKAoNLqVx0uaZANKm2iiy9uZxfjl5qDrw==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==].
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EDITORIAL POLICY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

* The Ex/Im Daily Update is a publication of FCC Advisory B.V., compiled by: Editor,
James E. Bartlett III; Assistant Editors, Alexander P. Bosch and Vincent J.A. Goossen;
and Events & Jobs Editor, John Bartlett. The Ex/Im Daily Update is emailed every
 business day to approximately 8,000 readers of changes to defense and high-tech
 trade laws and regulations. We check the following sources daily: Federal Register,
Congressional Record, Commerce/AES, Commerce/BIS, DHS/CBP, DOE/NRC, DOJ/ATF, DoD/DSS,
DoD/DTSA, FAR/DFARS, State/DDTC, Treasury/OFAC, White House, and similar websites
of Australia, Canada, U.K., and other countries and international organizations.
  Due to space limitations, we do not post Arms Sales notifications, Denied Party

WASHAR0036348

listings, or Customs AD/CVD items.

* RIGHTS & RESTRICTIONS: This email contains no proprietary, classified, or export-controlled
information. All items are obtained from public sources or are published with permission
of private contributors, and may be freely circulated without further permission,
provided attribution is given to "The Export/Import Daily Bugle of (date)". Any
further use of contributors' material, however, must comply with applicable copyright
laws. If you would to submit material for inclusion in the The Export/Import Daily
Update ("Daily Bugle"), please find instructions here [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8pyh7WSS8xbqJ347NBYb6KJp5gIEtGt617EL_2nChpVKTQFw3YvlGLMkYobYRRoe1J15YaXJn0KFqcPOgRfpMB2GDlnI
weqcEQU9cBCdJzg-
gTEirkbnqtxDXGwbu82Cz32UUzONu5ZnX0YSKyoT4npaZzhusDK3iAlsdwylap2nD8d8RpPg1RhrHJsehFkn4QSE8XcF-
Vf38wUo9UTlgVyXM08bBeNT8ol1XRRlI0GjElZdOsKXqaU=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_
bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==].

* CAVEAT: The contents of this newsletter cannot be relied upon as legal or expert
advice.  Consult your own legal counsel or compliance specialists before taking
actions based upon news items or opinions from this or other unofficial sources.
  If any U.S. federal tax issue is discussed in this communication, it was not intended
or written by the author or sender for tax or legal advice, and cannot be used for
the purpose of avoiding penalties under the Internal Revenue Code or promoting,
marketing, or recommending to another party any transaction or tax-related matter.

* SUBSCRIPTIONS: Subscriptions are free.  Subscribe by completing the request form
on the Full Circle Compliance website [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8v9bQTN14HWbhzqeVT4rpHT4zlkDzQcRJQl9qrlsZz9CGwVI643URlu81We8umJzedsTv0aDgiPRhYYMzWUAC7J82paP
HZNHmFKAoNLqVx0uaZANKm2iiy9uZxfjI5qDrw==&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR
7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==].

* BACK ISSUES: An archive of Daily Bugle publications from 2005 to present is available
HERE [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8h4IWQ0qdbDpXezSXIVV2082C3NmgEdCd5ze0mjDCWJxGWs4R31yIyZpAdErW0sk96vAJ-
NbjHXHSuzzkHQ5e_SP_QxgiuhG02yI2WjvTzdOz1Y53QxjxjHtyLjoivNPC5jGUfi0aXGbCGDQM_WUp5KpEcmpVRSJNZtG_x1
o3wYLuWK7kXr9_oF5zrsOWT_q4E-
GrSawxRzoNqAPwtHTL3BbmcL9KM_bIFSmKCBhwVBlLvDyjEkBcgXKGB5nSDQj4kS9EsFX2uEA68Tcieiqh FNWlkeSMu2-
T6uzwNK74BS_&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFt
O3kF1jt5cEw6K6J91V4yRykQYc12OBJBADw==].

* TO UNSUBSCRIBE: Use the Safe Unsubscribe link below.

back to top

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


Stay Connected

View our profile on LinkedIn [http://r20.rs6.net/tn.jsp?f=001D-SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-
9gwn8uWT6G5UFtG5UWAYoyz2MqjCpXvvRX9fLp_9VP8UohzJ8ZrZM06PVWN0Tze89YcSRJ9IlRg9gsBogtD_WJAjEPsnCKXj
tScwQ8T-wRnptHZ6woSWhyP-
DVg=&c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cE
w6K6J91V4yRykQYc12OBJBADw==]

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


The Daily Bugle |  www.FullCircleCompliance.us [http://r20.rs6.net/tn.jsp?f=001D-
SVCoeNOsq5EQjqfEyspu54AXTKU9CLK65DF6mIiIXPaxP-9gwn8uWT6G5UFtG5KERwh4AS9mcaBGNVLWR6J-
4Q5Iz3zw59wc5YKBwqG9nXpAT38UfnzWz4EEybF9OjY5xJOs2SVlxfjGZtOfqtlh31RjkHl2VgBQNOP_gHGDlmTzXkUIYIkQ==&
c=NOJVF50Nwjj3pXdFK8H9nxOOY8fZJUT_uoOY34GRLhMW_bpJ0YZR7Q==&ch=3FcRjujAwR7yeoRRgFtO3kF1jt5cEw6K6J
91V4yRykQYc12OBJBADw==]

WASHAR0036349

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Copyright © 2018. All Rights Reserved.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Forward this email
http://ui.constantcontact.com/sa/fwtf.jsp?llr=ucvuy5nab&m=1114502747220&ea=$pauljm@state.gov$&a=1130963220746

This email was sent to pauljm@state.gov by jebartlett@fullcirclecompliance.eu.

Update Profile/Email Address
https://visitor.constantcontact.com/do?p=oo&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-b5f6-d4ae5275505f&ca=25226f37-455e-449a-9a72-b67b2886ad34

Instant removal with SafeUnsubscribe(TM)
https://visitor.constantcontact.com/do?p=un&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-b5f6-d4ae5275505f&ca=25226f37-455e-449a-9a72-b67b2886ad34
Privacy Policy:
http://www.constantcontact.com/legal/service-provider?cc=about-service-provider

FCC Advisory B.V. | Landgoed Groenhoven | Dorpsstraat 6 | Bruchem | 5314 AE | Netherlands

WASHAR0036350

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Friday, July 27, 2018 4:06 PM |
| **To:** | PM-Staffers Mailbox |
| **Cc:** | PM-All-Users; PM-Post-Officers-DL; PM-POLAD-DL; ISN-SCO-DL; PM-CPA; AVC-Press-DL; Fong, Isaac JY; Tucker, Maureen E; Ricci, Anthony; Fabry, Steven F; Rogers, Shana A; Abisellan, Eduardo; Cooper, John M; Sullivan, Jerry; Saghieh, Luana; Wyatt, James A; Darrach, Tamara A; Tian, Steven Y; Lao-Talens, Daniel N; Paolella, James H; Basley, Natasha M; McVerry, James; Carroll, Christienne |
| **Subject:** | PM NEWS CLIPS FOR JULY 23-27, 2018 |

PM NEWS CLIPS FOR July 23-27, 2018

Summary: This week saw extensive media coverage on the decision by the State Department and Department of Justice Department to reach a settlement in a lawsuit against Defense Distributed over the publishing of files for a 3D printed firearm. News of the settlement has drawn attention from multiple gun control organizations as well as a number of members of Congress. In response to the announcement a coalition of guns control organizations have jointly filed an emergency motion seeking a temporary restraining order to prevent the publishing of the designs, with the settlement going into effect August 1st. The issue was also brought up in a Senate Foreign Relations Committee hearing with Secretary of State Pompeo, and multiple members of House foreign Affairs and Judiciary Committees are seeking to have hearings on the matter in the near future.

Also of note this week is the expected passage of the 2019 National Defense Authorization Act, which includes a broad (though not simple or universal) waiver to CAATSA sanctions. The NDAA also specifically singled out Turkey, and would require a halt in the delivery of F-35 jets pending a report on defense trade and related issues. U.S-Turkish relations have been strained of late, with Turkey stating that they would not abide by U.S. sanctions on Iran and a recent announcement by President Trump that Turkey would be subject to sanctions if they did not release an American Pastor held in Turkish custody. Other developments of note are the U.S.-Australian ministerial meeting, the resumption of bombing against Houthi forces by the Saudi-led coalition, the repatriation of the remains of U.S. service members killed in the Korean War, an alleged meeting between senior U.S. officials and Taliban leaders to discuss peace negotiations, and the announcement that the U.S. would resume providing Egypt with Security Assistance funding that had been held since 2017 over human rights concerns.

(Editor's note: The PM News Clips is a digest of reports supplementing existing press clippings services that provides a representative sample of significant developments in the broader PM community of interest. Links to these news items do not reflect official endorsement.)

Front Office and Bureau Mentions

*    Virginia-Pilot, "Press Release: Janus Global Operations clears ISIS-placed explosive devices from essential Iraqi food processing facility"<https://pilotonline.com/business/jobs/article_3eb0047c-0f01-53fd-bc61-fc93cd2ce789.html>

*    Washington Times, "Turkey to continue importing Iranian oil, despite U.S. sanctions"<https://www.washingtontimes.com/news/2018/jul/25/turkey-to-continue-importing-iranian-oil-despite-u/>

*    Hankyoreh, "US pushes to increase South Korea's share of defense costs"<http://english.hani.co.kr/arti/english_edition/e_international/854833.html>
-------

WASHAR0036351

Special Coverage: Defense Distributed

*     Vice News, "Gun control groups are racing against the clock to stop 3D gun blueprints from going online"<https://news.vice.com/en_us/article/ev8b4p/gun-control-groups-are-racing-against-the-clock-to-stop-3d-gun-blueprints-from-going-online>

*     The Guardian, "DIY 3D-printed guns get go-ahead after Trump administration strikes court deal"<https://www.theguardian.com/us-news/2018/jul/23/3d-printed-guns-court-settlement-trump-administration-cody-wilson>

*     New York Post, "Chuck Schumer warns of 3-D printed 'ghost guns'"<https://nypost.com/2018/07/22/chuck-schumer-warns-of-3-d-printed-ghost-guns/>

*     My Statesman, "Editorial: Homemade 3-D printer guns should be regulated like any gun"<https://www.mystatesman.com/news/opinion/editorial-homemade-printer-guns-should-regulated-like-any-gun/j1wX4RxD8SOVfLz0SHXTVM/?utm_source=SND&utm_medium=Twitter&utm_campaign=mys>

*     The Sun, "WORLD WAR 3D How the rise of 'ghost guns' - which anyone can print in their own home - could flood Europe with lethal, undetectable weapons"<https://www.thesun.co.uk/news/6850692/ghost-guns-3d-print/>

*     Brady Campaign, "What You Need to Know About the 3D Printing of Guns on Demand"<http://www.bradycampaign.org/blog/what-you-need-to-know-about-the-3d-printing-of-guns-on-demand>

*     Giffords, "LEADING GUN SAFETY GROUPS TELL FEDERAL COURT THAT SETTLEMENT IN DOWNLOADABLE GUNS LAWSUIT IS DANGEROUS AND ILLEGAL"<https://giffords.org/2018/07/3d-guns-law-center-group-letter/>

*     Senate Foreign Relations Committee, "MENENDEZ CALLS ON SECRETARY POMPEO TO STOP ONLINE POSTING OF DO-IT-YOURSELF, 3-D PRINTABLE GUN BLUEPRINTS"<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints>

*     Prindlepost, "Debating the Permissibility of Printable Guns"<https://www.prindlepost.org/2018/07/debating-the-permissibility-of-printable-guns/>

*     Breitbart, "Government Admits AR-15s Are Not Weapons of War"<https://www.breitbart.com/big-government/2018/07/23/government-admits-ar-15s-not-weapons-war/>

*     USA Today, "Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1"<https://www.usatoday.com/story/tech/nation-now/2018/07/23/3-d-printing-guns-downloadable-gun-legal-august-1/820032002/>

*     Everytown for Gun Safety, "The US Just Made It Legal For Anyone to Download And Print Their Own Gun. Yes, Really"<https://www.sciencealert.com/the-us-just-made-it-legal-for-anyone-to-download-and-print-their-own-gun-yes-really>

*     3D Print, "We Have to Take a Stand on 3D Printed Guns"<https://3dprint.com/220327/we-have-to-take-a-stand-on-3d-printed-guns/>

*     KUT, "This Austinite Plans To Publish Designs Online For 3D-Printable Guns Next Week"<http://kut.org/post/austinite-plans-publish-designs-online-3d-printable-guns-next-week>

WASHAR0036352

*       CBS Philly, "New Jersey Attorney General Sends 'Cease And Desist' Letter To Halt Company's Publication Of 3D-Printed Gun Instructions"<https://philadelphia.cbslocal.com/2018/07/26/new-jersey-attorney-general-sends-cease-and-desist-letter-to-halt-companys-publication-of-3d-printed-gun-instructions/>

*       Truth About Guns, "The Defense Distributed Settlement Isn't a Done Deal...Here's What's Next"<http://www.thetruthaboutguns.com/2018/07/ttag-contributor/the-defense-distributed-settlement-isnt-a-done-deal-heres-whats-next/>

*       The Hill, "Anti-gun violence groups file to halt online posting of 3D-printed gun plans"<http://thehill.com/regulation/court-battles/399027-anti-gun-violence-groups-file-to-block-settlement-allowing-3d>

*       Economist, "Soon anyone will be able to learn how to print 3D guns"<https://www.economist.com/united-states/2018/07/28/soon-anyone-will-be-able-to-learn-how-to-print-3d-guns>

*       Snopes, "Did the U.S. State Department legalize the publication of instructions for 3D-printed guns?"<https://www.snopes.com/news/2018/07/26/3d-printed-guns-legal/>

*       Washington Post, "I'm a sheriff. Don't flood the country with 3D-printed guns."<https://www.washingtonpost.com/opinions/im-a-sheriff-dont-flood-this-country-with-3d-printed-guns/2018/07/26/38d9a9b8-9052-11e8-b769-e3fff17f0689_story.html?utm_term=.8c5b41557247>

*       Economist, "Why it is difficult to regulate 3D-printed guns"<https://www.economist.com/the-economist-explains/2018/07/26/why-it-is-difficult-to-regulate-3d-printed-guns>

*       ABC News, "State Department defends allowing publication of blueprints to 3D print guns"<https://abcnews.go.com/Politics/state-department-defends-allowing-publication-blueprints-3d-print/story?id=56817152>

*       CNN, "Pompeo commits to reviewing 3D-printed gun policy"<https://www.cnn.com/videos/politics/2018/07/25/3d-printed-guns-mike-pompeo-ed-markey-sot-lead-vpx.cnn>

*       Giffords, "THE DANGERS OF 3D-PRINTED GUNS"<https://giffords.org/2018/07/the-dangers-of-3d-printed-guns/>

Congressional & Public Affairs (PM/CPA)

USG/OTHER RELEASES

*       DOS, "2018 Australia-U.S. Ministerial Consultations<https://www.state.gov/r/pa/prs/ps/2018/07/284462.htm>"

*       DOS, "U.S. Condemns Deadly Attacks in Syria's Sweida Province<https://www.state.gov/r/pa/prs/ps/2018/07/284533.htm>"

*       DOS, "Pastor Brunson Moved to House Arrest<https://www.state.gov/secretary/remarks/2018/07/284536.htm>"

*       DOS, "Crimea Declaration<https://www.state.gov/secretary/remarks/2018/07/284508.htm>"

*       DOS, "An Update on American Diplomacy To Advance our National Security Strategy<https://www.state.gov/secretary/remarks/2018/07/284487.htm>"

*       DOS, "Secretary Pompeo's Call With Turkey's Foreign Minister Mevlut Cavusoglu<https://www.state.gov/r/pa/prs/ps/2018/07/284588.htm>"

WASHAR0036353

*    DOD, "Readout of Secretary of Defense James N. Mattis' Meeting with Omani Foreign Minister Yusuf bin Alawi<https://www.defense.gov/News/News-Releases/News-Release-View/Article/1586430/readout-of-secretary-of-defense-james-n-mattis-meeting-with-omani-foreign-minis/>"

HILL NEWS

*    Stars & Stripes, "Lawmakers prod Pentagon to consider more Europe-based troops"<https://www.stripes.com/news/lawmakers-prod-pentagon-to-consider-more-europe-based-troops-1.539189>

*    Firstpost, "US Congress asks Donald Trump administration to come up with strategy for 'measurable progress' on defence ties with India"<https://www.firstpost.com/world/us-congress-asks-donald-trump-administration-to-come-up-with-strategy-for-measurable-progress-on-defence-ties-with-india-4803241.html>

*    Defense News, "Hardware, end-strength, Russia and China sanctions. Here's the deal lawmakers reached on the huge defense policy bill."<https://www.defensenews.com/congress/2018/07/23/hardware-end-strength-russia-and-china-sanctions-heres-the-deal-lawmakers-reached-on-the-huge-defense-policy-bill/>

*    Defense News, "Jim Mattis warns Congress not to block Turkey from F-35 program"<https://www.defensenews.com/congress/2018/07/23/jim-mattis-warns-congress-not-to-block-turkey-from-f-35-program/>

*    Straits Times, "Final US defence spending Bill expands pushback against China"<https://www.straitstimes.com/asia/east-asia/final-us-defence-spending-bill-expands-pushback-against-china>

*    Washington Times, "Joni Ernst: U.S. must remain in Iraq to counter Iran, Russia"<https://www.washingtontimes.com/news/2018/jul/26/joni-ernst-us-must-remain-iraq-counter-iran-russia/>

*    Financial Express, "Indo-US relations: Bill to enhance strategic relationship with New Delhi introduced by American lawmakers"<https://www.financialexpress.com/defence/indo-us-relations-bill-to-enhance-strategic-relationship-with-new-delhi-introduced-by-american-lawmakers/1258981/>

REPORTS/JOURNALS/MULTIMEDIA/COMMENTARY

*    Japan Times, "It's too early to write off the Indo-Pacific strategy"<https://www.japantimes.co.jp/opinion/2018/07/24/commentary/japan-commentary/early-write-off-indo-pacific-strategy/#.W1c9C_lJG70>

*    The Wire, "The Case for a Free and Open Indo-Pacific"<https://thewire.in/diplomacy/free-and-open-indo-pacific-donald-trump-foreign-policy>

*    RealClear Defense, "An Indo-Pacific Joint Multinational Training Command and Readiness Center?"<https://www.realcleardefense.com/articles/2018/07/25/an_indo-pacific_joint_multinational_training_command_and_readiness_center_113648.html>

*    War on the Rocks, "Black Sea's Back, Alright? A New Special Series"<https://warontherocks.com/2018/07/black-seas-back-alright-a-new-special-series/>

*    National Interest, "Yemen Is Bad but It Would Be Worse Without U.S. Involvement"<https://nationalinterest.org/blog/middle-east-watch/yemen-bad-it-would-be-worse-without-us-involvement-26801>

WASHAR0036354

*       National Interest, "RIP Taiwan?"<https://nationalinterest.org/blog/skeptics/rip-taiwan-26676>

*       Defense One, "Use maritime-law trends to offset Beijing's gains in the South China Sea"<https://www.defenseone.com/ideas/2018/07/legal-strategy-offset-chinas-gains-south-china-sea/149989/?oref=d-channelriver>

*       Nikkei, "China's Belt and Road stirs up local anxieties"<https://asia.nikkei.com/Spotlight/Beyond-the-Silk-Road/China-s-Belt-and-Road-stirs-up-local-anxieties>

*       BESA Center, "Towards an Arab NATO?"<https://besacenter.org/perspectives-papers/arab-nato/>
-------

Regional Security, Arms Transfers, and Security Assistance (PM/RSAT & PM/SA)

        ARMS SALE POLICY

*       Newsclick, "Weapons Made in America"<https://newsclick.in/weapons-made-america>

*       Sputnik, "Pentagon Eyeing Lowering Transport Fees For Countries That Buy US Weapons"<https://sputniknews.com/military/201807231066625574-pentagon-transportation-fees-us-weapons-sales/>

*       Financial Times, "Strong defence exports will boost US manufacturing base"<https://www.ft.com/content/57db9114-8c10-11e8-affd-da9960227309>

*       The Intercept, "How a One-Word Loophole Will Make It Easier for the US to Sell Weapons to Governments That Kill Civilians"<https://theintercept.com/2018/07/20/trump-conventional-arms-transfer-policy/>

*       Reuters, "U.S. opens way for India to escape sanctions over Russia arms imports"<https://www.reuters.com/article/us-usa-russia-sanctions-india/u-s-opens-way-for-india-to-escape-sanctions-over-russia-arms-imports-idUSKBN1KG158>

SECURITY SECTOR ASSISTANCE POLICY

*       New York Times, "Despite Egypt's Dismal Human Rights Record, U.S. Restores Military Aid"<https://www.nytimes.com/2018/07/26/world/middleeast/egypt-human-rights-us-aid.html>

*       Defense News, "US acts to release $195M in suspended military aid to Egypt"<https://www.defensenews.com/global/mideast-africa/2018/07/25/us-acts-to-release-195m-in-suspended-military-aid-to-egypt/>

*       The Hill, "Final defense bill would limit US support to Saudi campaign in Yemen"<http://thehill.com/policy/defense/398457-final-defense-bill-includes-limit-on-us-support-to-saudi-campaign-in-yemen>

*       Dialogo Americas, "The Best Learn from the Best"<https://dialogo-americas.com/en/articles/best-learn-best>

*       Daily Maverick, "African Security: Band-Aids and Shotgun Wounds"<https://www.dailymaverick.co.za/article/2018-07-27-african-security-band-aids-and-shotgun-wounds/>

AF

WASHAR0036355

*       Deutsche Welle, "Double debt risk for African countries that turn to China"<https://www.dw.com/en/double-debt-risk-for-african-countries-that-turn-to-china/a-44819336?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*       Long War Journal, "Shabaab releases photos from inside joint US-Somali-Kenyan base"<https://www.longwarjournal.org/archives/2018/07/shabaab-releases-photos-from-inside-joint-us-somali-kenyan-base.php?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%207.25.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*       All Africa, "What peace will mean for Eritrea - Africa's 'North Korea'"<https://allafrica.com/stories/201807250454.html>

*       National Interest, "America ignores Africa to its peril"<https://nationalinterest.org/blog/buzz/america-ignores-africa-its-peril-26596>

*       Defence Web, "Suspected Boko Haram militants kill 18 in Chadian village"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=52505:suspected-boko-haram-militants-kill-18-in-chadian-village&catid=3:Civil%20Security&Itemid=113>

*       Taipei Times, "Xi arrives for visit in Africa as US interest wanes"<http://www.taipeitimes.com/News/front/archives/2018/07/22/2003697140>

*       Stars & Stripes, "Armed US drones up and running in Niger"<https://www.stripes.com/news/armed-us-drones-up-and-running-in-niger-1.538637?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2023.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*       Washington Post, "Extremists attack Somali military base in country's south"<https://www.washingtonpost.com/world/africa/extremists-attack-somali-military-base-in-countrys-south/2018/07/23/2fc1a9fe-8e7f-11e8-ae59-01880eac5f1d_story.html?utm_term=.d4cdf5ec4b89>

*       Bloomberg, "Anglophone Revolt Seen Raising Risk of Civil War in Cameroon"<https://www.bloomberg.com/news/articles/2018-07-24/anglophone-rebellion-seen-raising-risk-of-civil-war-in-cameroon>

*       Washington Post, "Nigeria farmer-herder conflict now deadlier than Boko Haram"<https://www.washingtonpost.com/world/africa/nigerias-farmer-herder-conflict-deadlier-than-boko-haram/2018/07/26/5ae6ed2a-90d6-11e8-ae59-01880eac5f1d_story.html?utm_term=.6e1eb61e8e1e>

*       All Africa, "AU military chiefs raise red flag on foreign military bases"<https://allafrica.com/stories/201807270523.html>

*       All Africa, "Troops carry massive security operation in Mogadishu"<https://allafrica.com/stories/201807260198.html>

*       The Intercept, "Cameroon Is a Close US Ally - and Its Soldiers Carried Out a Shocking Execution of Women and Children"<https://theintercept.com/2018/07/26/cameroon-executions-us-ally/>

*       The Intercept, "US Secret Wars in Africa Rage On, Despite Talk of Downsizing"<https://theintercept.com/2018/07/26/us-special-operations-africa-green-berets-navy-seals/>

WASHAR0036356

*      News24, "Africa's ability to deliver peace and security rests on fixing key relationships"<https://www.news24.com/Africa/News/africas-ability-to-deliver-peace-and-security-rests-on-fixing-key-relationships-20180726>

*      Washington Post, "This little-known conflict in Nigeria is now deadlier than Boko Haram"<https://www.washingtonpost.com/news/worldviews/wp/2018/07/26/this-little-known-conflict-in-nigeria-is-now-deadlier-than-boko-haram/?utm_term=.069a7dda0d3f>

*      Africa Prime News, "US Enhancing Military Partnerships In Africa, General Tod Says"<https://www.africaprimenews.com/2018/07/26/world/us-enhancing-military-partnerships-in-africa-general-tod-says/>

EAP

*      Business Insider, "Authorities respond to an explosion near the US Embassy in Beijing"<https://www.businessinsider.com/us-embassy-beijing-china-2018-7>

*      South China Morning Post, "Chinese and US armed forces to team up for Asia-Pacific health meeting despite trade and security turmoil"<https://www.scmp.com/news/china/diplomacy-defence/article/2157026/chinese-and-us-armed-forces-team-asia-pacific-health>

*      Asia Times, "Philippines teeters between war and peace"<http://www.atimes.com/article/philippines-teeters-between-war-and-peace/>

*      Marine Corps Times, "Marine Corps presence in Australia to rise to 2,500 as soon as possible"<https://www.marinecorpstimes.com/news/your-marine-corps/2018/07/24/marine-corps-presence-in-australia-to-rise-to-2500-as-soon-as-possible/?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%207.25.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*      Yahoo News, "Seoul considers reducing troops along N. Korea border zone (AFP)"<https://www.yahoo.com/news/seoul-considers-reducing-troops-along-n-korea-border-070630939.html>

*      Business Insider, "North Korea is dismantling a key missile testing site - and it's a big win for Trump"<https://www.businessinsider.com/north-korea-dismantles-sohae-missile-site-satellite-launch-vehicle-win-for-trump-2018-7>

*      Business Insider, "A World War II battleground is now another flash point in China's influence campaign in the Pacific"<https://www.businessinsider.com/growing-chinese-influence-in-guadalcanal-worrying-the-us-and-australia-2018-7>

*      Seattle Times, "CIA: China is waging a 'quiet kind of cold war' against US"<https://www.seattletimes.com/nation-world/nation-politics/apxcia-china-is-waging-a-quiet-kind-of-cold-war-against-us/>

*      Military Times, "US presses China and Russia to enforce sanctions on North Korea"<https://www.militarytimes.com/flashpoints/2018/07/22/us-presses-china-and-russia-to-enforce-sanctions-on-north-korea/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2023.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

WASHAR0036357

*       RealClear Defense, "It's time to stop China's seaward expansion"<https://www.realcleardefense.com/articles/2018/07/23/its_time_to_stop_chinas_seaward_expansion_113 639.html>

*       Washington Post, "Philippine rebel chief: 30,000 rebels to be disarmed in deal"<https://www.washingtonpost.com/world/asia_pacific/philippine-rebel-chief-30000-rebels-to-be-disarmed-in-deal/2018/07/24/0fc41b54-8f43-11e8-ae59-01880eac5f1d_story.html?utm_term=.4da8e0efeb2e>

*       Defense News, "US Air Force is giving away retired turboprop light attack aircraft to Philippines"<https://www.defensenews.com/global/asia-pacific/2018/07/24/us-air-force-is-giving-away-retired-turboprop-light-attack-aircraft-to-philippines/>

*       Washington Post, "The U.S. makes a new push to bolster Taiwan's military defenses. China won't like it."<https://www.washingtonpost.com/news/global-opinions/wp/2018/07/23/the-u-s-makes-a-new-push-to-bolster-taiwans-military-defenses-china-wont-like-it/?utm_term=.784eb515799e>

*       The Diplomat, "US-Philippines Alliance: Security Cooperation in the Headlines with Terror Aid Boost"<https://thediplomat.com/2018/07/us-philippines-alliance-security-cooperation-in-the-headlines-with-terror-aid-boost/>

*       Military Times, "Remains of fallen American troops headed back from North Korea"<https://www.militarytimes.com/news/pentagon-congress/2018/07/27/remains-of-fallen-american-troops-headed-back-from-north-korea/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2027.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*       National Interest, "The return of the Asia-Pacific Quad"<https://nationalinterest.org/feature/return-asia-pacific-quad-26891>

*       Channel  News Asia, "South Korea scrambles jets to intercept Chinese warplane"<https://www.channelnewsasia.com/news/asia/south-korea-scrambles-jets-to-intercept-chinese-warplane-10567936>

EUR

*       Business Insider, "Great-power competition is growing in the Arctic, but lawmakers want to cut funding for the US's next icebreaker"<https://www.businessinsider.com/lawmakers-protest-plans-to-cut-funding-for-coast-guard-icebreaker-2018-7?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*       US News, "U.S. General says future UK fighter jet must be compatible with F-35"<https://www.usnews.com/news/world/articles/2018-07-25/us-general-says-future-uk-fighter-jet-must-be-compatible-with-f-35?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*       Al Jazeera, "Turkey parliament approves new anti-terror law"<https://www.aljazeera.com/news/2018/07/turkey-parliament-approves-anti-terror-law-180725152308059.html?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

WASHAR0036358

\*      Washington Examiner, "Turkey vows to keep buying Iranian oil: 'We will not obey'"<https://www.washingtonexaminer.com/policy/defense-national-security/turkey-vows-to-keep-buying-iranian-oil-we-will-not-obey?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%207.25.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

\*      Stars & Stripes, "Lawmakers prod Pentagon to consider more Europe-based troops"<https://www.stripes.com/news/lawmakers-prod-pentagon-to-consider-more-europe-based-troops-1.539189?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%207.25.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

\*      Reuters, "Bulgaria issues request for proposals for fighter jets"<https://www.reuters.com/article/us-bulgaria-defence-jets/bulgaria-issues-request-for-proposals-for-fighter-jets-idUSKBN1KF10W?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%207.25.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

\*      War on the Rocks, "The real roots of Germany's defense spending problem"<https://warontherocks.com/2018/07/the-real-roots-of-germanys-defense-spending-problem/>

\*      Bloomberg, "F-35 transfers to Turkey held back under U.S. defense measure"<https://www.bloomberg.com/news/articles/2018-07-23/f-35-transfers-to-turkey-held-back-under-u-s-defense-measure>

\*      Financial Times, "Georgia pledges to forge ahead with Nato ambitions"<https://www.ft.com/content/e1a48320-8e53-11e8-b639-7680cedcc421>

\*      Russia Today, "Mattis slams 'authoritarian' Turkey but still wants it to buy F-35 jets - report"<https://www.rt.com/news/433868-mattis-turkey-f35-purchase/>

\*      Washington Times, "Pentagon to send $200 million military aid package to Ukraine"<https://www.washingtontimes.com/news/2018/jul/20/pentagon-send-200-million-military-aid-package-ukr/>

\*      The Times UK, "Moscow 'funds violence in Balkans' to thwart Nato expansion"<https://www.thetimes.co.uk/article/moscow-funds-violence-in-balkans-to-thwart-nato-expansion-lcwmgfkm6>

\*      Anadolu Agency, "Erdogan rejects reports on US prohibiting F-35 jet sale"<https://www.aa.com.tr/en/americas/erdogan-rejects-reports-on-us-prohibiting-f-35-jet-sale/1212791>

\*      International Policy Digest, "Baltic Peace Through NATO Strength"<https://intpolicydigest.org/2018/07/24/baltic-peace-through-nato-strength/>

\*      Act Media, "The minister of defence from Portugal confirmed that he would sell another five fighters F-16 to Romania"<https://www.actmedia.eu/daily/the-minister-of-defence-from-portugal-confirmed-that-he-would-sell-another-five-fighters-f-16-to-romania/76558>

\*      Reuters, "U.S., European allies map out larger role for F-35 fighter"<https://www.reuters.com/article/us-britain-airshow-lockheed-fighter/u-s-european-allies-map-out-larger-role-for-f-35-fighter-idUSKBN1KA2KE>

\*      Rustavi 2, "The US government will provide Georgia's coastal defense patrol boats for "Island" class"<https://translate.google.com/translate?hl=en&sl=auto&tl=en&u=http%3A%2F%2Frustavi2.ge%2Fka%2Fnews%2F109508>

WASHAR0036359

*     Sputnik, "Pentagon Awards $300Mln to Deliver Javelin Missiles to Ukraine, 5 Other States"<https://sputniknews.com/military/201807251066660034-pentagon-sells-javelin-missiles-ukraine/>

*     Al-Monitor, "Washington ratchets up sanctions threats against Turkey"<https://www.al-monitor.com/pulse/originals/2018/07/washington-ratchets-sanctions-threats-turkey.html>

*     Newsweek, "Russia has sent thousands of troops and weapons to its western border, near US military and NATO allies"<https://www.newsweek.com/russia-sent-thousands-troops-weapons-border-near-us-military-allies-1040868>

*     Defense News, "Poland switches gears to speed up Lockheed-made rocket launcher buy"<https://www.defensenews.com/land/2018/07/26/poland-switches-gears-to-speed-up-lockheed-made-rocket-launcher-buy/?utm_medium=social&utm_campaign=Socialflow&utm_source=twitter.com>

*     The Hill, "Trump threatens Turkey with 'large sanctions' over detained pastor"<http://thehill.com/regulation/court-battles/399027-anti-gun-violence-groups-file-to-block-settlement-allowing-3d>

*     Ahval, "Turkey secures $3.6 billion loan package from China"<https://ahvalnews.com/china-turkey/turkey-secures-36-billion-loan-package-china?utm_source=dlvr.it&utm_medium=twitter>

NEA     <http://www.reuters.com/article/us-nato-defence-baltics-germany-idUSKBN1691UR>

*     Reuters, "Islamic State kills 215 in southwest Syria attacks: local official"<https://www.reuters.com/article/us-mideast-crisis-syria-attack/islamic-state-kills-215-in-southwest-syria-attacks-local-official-idUSKBN1KF0DG?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*     Reuters, "Wary of U.S. ally, Syrian Kurds look to Damascus for talks"<https://in.reuters.com/article/mideast-crisis-syria-kurds/wary-of-u-s-ally-syrian-kurds-look-to-damascus-for-talks-idINKBN1KF2C1?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*     The Hill, "Mattis: No changes on Syria from Trump"<http://thehill.com/policy/defense/398611-mattis-no-changes-on-syria-from-trump?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%207.25.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*     Al-Monitor, "UAE talks up diplomacy as Congress curtails US involvement in Yemen war"<https://www.al-monitor.com/pulse/originals/2018/07/uae-diplomacy-congress-curtail-involvement-yemen-war.html>

*     Al Bawaba, "Continuing protests in Iraq leaves 14 dead, 700 injured"<https://www.albawaba.com/news/continuing-protests-iraq-leaves-14-dead-700-injured-1164232>

*     Washington Post, "Qatar to upgrade air base used by U.S. to fight terrorism"<https://www.washingtonpost.com/world/national-security/qatar-to-upgrade-air-base-used-by-us-to-fight-terrorism/2018/07/23/19e04c84-8eb7-11e8-b769-e3fff17f0689_story.html?utm_term=.38138a4c197c>

*     Business Insider, "Israel fires missiles, 'intercepts' Syrian warplane after intense fighting"<https://www.businessinsider.com/israel-fires-missiles-intercepts-syrian-sukhoi-warplane-2018-7>

10

WASHAR0036360

*       National Interest, "The real threat to America: Iran may close the Strait of Hormuz"<https://nationalinterest.org/blog/buzz/real-threat-america-iran-may-close-strait-hormuz-26606>

*       Asia Times, "Saudi canal plans signal Qatar crisis still raging"<http://www.atimes.com/article/saudi-canal-plans-signal-qatar-crisis-still-raging/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2023.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*       Business Insider, "Trump pivots to confronting Iran with the 'fire and fury' approach - and it could crush the Islamic republic"<http://www.businessinsider.com/trump-confronts-iran-with-fire-and-fury-approach-may-topple-regime-2018-7>

*       Small Wars Journal, "A brewing proto-insurgency: Is Bahrain the next target of Iran's regional ambitions?"<http://smallwarsjournal.com/jrnl/art/brewing-proto-insurgency-bahrain-next-target-irans-regional-ambitions>

*       Reuters, "Islamic State makes comeback in Iraq with switch to guerrilla tactics"<https://www.reuters.com/article/us-mideast-crisis-iraq-security/islamic-state-makes-comeback-in-iraq-with-switch-to-guerrilla-tactics-idUSKBN1KE0MH>

*       Reuters, "Russia and Qatar discuss S-400 missile systems deal TASS"<https://www.reuters.com/article/us-russia-qatar-arms/russia-and-qatar-discuss-s-400-missile-systems-deal-tass-idUSKBN1KB0F0>

*       Army Times, "US and Turkish troops coordinate patrols in tense Manbij region of Syria"<https://www.armytimes.com/news/your-air-force/2018/07/26/us-and-turkish-troops-coordinate-patrols-in-tense-manbij-region-of-syria/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2027.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*       Military Times, "Top Iranian general says his troops 'ready to confront US"<https://www.militarytimes.com/flashpoints/2018/07/26/top-iranian-general-says-his-troops-ready-to-confront-us/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2027.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*       Washington Post, "U.S. allies have killed thousands of Yemeni civilians from the air. After 22 died at a wedding, one village asks, 'Why us?'"<https://www.washingtonpost.com/world/middle_east/us-allies-have-killed-thousands-of-yemenis-from-the-air-after-22-died-at-a-wedding-one-village-asks-why-us/2018/07/25/3c3e4801-164e-42ae-ac08-bec09044e52a_story.html?utm_term=.a9f1c51b02e5>

*       Reuters, "Yemen's Houthis say they attacked Abu Dhabi airport using drone"<https://www.reuters.com/article/us-yemen-security-emirates-attack/yemens-houthis-say-they-attacked-abu-dhabi-airport-using-drone-idUSKBN1KG23W>

*       Reuters, "UAE ready to take on greater security burden in Middle East: minister"<https://www.reuters.com/article/us-yeneb-security-britain/uae-ready-to-take-on-greater-security-burden-in-middle-east-minister-idUSKBN1KG1G6>

*       Reuters, "Saudi Arabia halts oil exports in Red Sea lane after Houthi attacks"<https://www.reuters.com/article/us-yemen-security/saudi-arabia-halts-oil-exports-in-red-sea-lane-after-houthi-attacks-idUSKBN1KF0XN>

*       Arabian Aerospace, "Saudi Arabia grows its Black Hawk fleet with $194m contract"<http://www.arabianaerospace.aero/saudi-arabia-grows-its-black-hawk-fleet-with-194m-contract.html>

WASHAR0036361

\*   Reuters, "Saudi-led coalition renews strikes on Yemen's main port city"<https://www.reuters.com/article/us-yemen-security/saudi-led-coalition-renews-strikes-on-yemens-main-port-city-idUSKBN1KH1TU>

\*   Defense World, "Israel Eyes Fighters, Helicopters Purchase From Boeing Using US Military Aid"<http://www.defenseworld.net/news/23065/Israel_Eyes_Fighters__Helicopters_Purchase_from_Boeing_using_US_Military_Aid#.W1sjxvlJG70>

SCA

\*   The Atlantic, "'A sudden burst of movement' on the Afghan peace process"<https://www.theatlantic.com/international/archive/2018/07/afghanistan-us-taliban/565799/>

\*   Indian Express, "India, US set to sign pact for secure military communications"<https://indianexpress.com/article/india/india-us-set-to-sign-pact-for-secure-military-communications-5276454/>

\*   HIS Janes, "India finalising negotiations for 48 additional Mi-17-V5 helicopters from Russia"<http://www.janes.com/article/81928/india-finalising-negotiations-for-48-additional-mi-17-v5-helicopters-from-russia?utm_campaign=CL_%20Jane%27s%20360-July-25-2018_PC5308_e-production_E-13321_KP_0725_0615&utm_medium=email&utm_source=Eloqua>

\*   Long War Journal, "Taliban overruns 2 districts in eastern Afghanistan"<https://www.longwarjournal.org/archives/2018/07/taliban-overruns-2-districts-in-eastern-afghanistan.php?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%207.25.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

\*   BBC, "Pakistan election: Dozens killed as voters go to polls"<https://www.bbc.com/news/world-asia-44924384?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%207.25.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

\*   Business Insider, "The US government is okay with India's purchase of Russian weapons for now, but not for much longer"<https://www.businessinsider.in/The-US-government-is-okay-with-Indias-purchase-of-Russian-weapons-for-now-but-not-for-much-longer/articleshow/65118720.cms>

\*   ABC News, "'Cautious optimism' Afghanistan strategy working: US general"<https://abcnews.go.com/International/us-general-cautious-optimism-afghanistan-strategy-working/story?id=56764701>

\*   Stars & Stripes, "US munition drops on Afghanistan on pace to set record this year"<https://www.stripes.com/news/us-munition-drops-on-afghanistan-on-pace-to-set-record-this-year-1.538658?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2023.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

\*   Financial Express, "Pakistan's Parliament needs to define status of armed forces"<https://www.financialexpress.com/defence/parliament-needs-to-define-status-of-armed-forces/1255097/>

\*   Eurasian Times, "Indian Army to be equipped with high mobility, light weight US, Korean artillery"<https://eurasiantimes.com/indian-army-india-south-korea/>

\*   Future Directions, "The United States in South Asia: The Pakistan Factor"<http://www.futuredirections.org.au/publication/united-states-south-asia-pakistan-factor/>

WASHAR0036362

*	Business Insider, "The US government is okay with India's purchase of Russian weapons for now, but not for much longer"<https://www.businessinsider.in/The-US-government-is-okay-with-Indias-purchase-of-Russian-weapons-for-now-but-not-for-much-longer/articleshow/65118720.cms>

*	Foreign Policy, "India Is the Weakest Link in the Quad"<https://foreignpolicy.com/2018/07/23/india-is-the-weakest-link-in-the-quad/>

*	Reuters, "Islamic State claims suicide bombing targeting Afghan vice president-Amaq"<https://www.reuters.com/article/us-afghanistan-dostum-claim/islamic-state-claims-suicide-bombing-targeting-afghan-vice-president-amaq-idUSKBN1KC0Q4>

*	The Hill, "State Dept. official met with Taliban to kick-start Afghanistan peace talks: report"<http://thehill.com/policy/national-security/398861-state-dept-official-met-with-taliban-to-discuss-afghanistan-peace>

*	Defence Aviation Post, "US, India working 'hand in glove' to strengthen diplomatic, military relations ahead of '2+2' dialogue, says Washington"<https://defenceaviationpost.com/us-india-working-hand-in-glove-to-strengthen-diplomatic-military-relations-ahead-of-22-dialogue-says-washington/>

*	Devdiscourse, "Boeing complete inaugural flights of Apache, Chinook choppers for India"<https://www.devdiscourse.com/Article/93125-boeing-complete-inaugural-flights-of-apache-chinook-choppers-for-india>

WHA

*	Mintpress News, "US accuses China of seeking to build a "military base" in El Salvador commercial port"<https://www.mintpressnews.com/us-accuses-china-of-pursuing-military-base-in-el-salvador/246398/>

*	Boing Boing, "Could Brazil become a military dictatorship once again?"<https://boingboing.net/2018/07/25/could-brazil-become-a-military.html>

*	Sputnik, "Argentina ready to host several US military bases - reports"<https://sputniknews.com/latam/201807221066581210-argentina-usa-military-bases-host/>

*	World Bulletin, "Argentina to lift ban on army role in internal security"<http://www.worldbulletin.net/latin-america/204336/argentina-to-lift-ban-on-army-role-in-internal-security>

*	EFE, "Argentina's Macri announces "modernization" of armed forces"<https://www.efe.com/efe/english/world/argentina-s-macri-announces-modernization-of-armed-forces/50000262-3699746>

*	National Interest, "The Canadian Army is short on machine guns"<https://nationalinterest.org/blog/buzz/canadian-army-short-machine-guns-26361>

*	CGTN News, "Brazil's peacekeeping model"<https://news.cgtn.com/news/3d3d414d7a67544f78457a6333566d54/share_p.html>

*	National Interest, Russia's Next Big Military Sale: To Mexico?"<https://nationalinterest.org/blog/buzz/russias-next-big-military-sale-mexico-26371>

WASHAR0036363

* National Defense Magazine, "United States, Canada studying options to replace Arctic early warning radars"<http://www.nationaldefensemagazine.org/articles/2018/7/27/united-states-canada-studying-options-to-replace-arctic-early-warning-radars>

* CBS News, "Brazilian student gunned down in latest wave of violence in Nicaragua"<https://www.cbsnews.com/news/brazilian-student-gunned-down-in-latest-wave-of-violence-in-nicaragua/>

EXERCISES

* Newsclick, "Japan-India military exercises a harbinger of deeper ties"<https://newsclick.in/japan-india-military-exercises-harbinger-deeper-ties>

* Taiwan News, "Taiwan invited to join US National Guard exercise for third time"<https://www.taiwannews.com.tw/en/news/3489034>

* Ghana Web, "800 US soldiers in Ghana for jungle warfare training at Achiase"<https://www.ghanaweb.com/GhanaHomePage/NewsArchive/800-US-soldiers-in-Ghana-for-jungle-warfare-training-at-Achiase-671636>
-------

Directorate of Defense Trade Controls (PM/DDTC)

* Arab Weekly, "Chinese commercial drones bring new uncertainties to old conflicts"<https://thearabweekly.com/chinese-commercial-drones-bring-new-uncertainties-old-conflicts>

* Washington Examiner, "Treasury: Massachusetts smugglers helped Assad's chemical weapons program"<https://www.washingtonexaminer.com/policy/defense-national-security/treasury-massachusetts-smugglers-helped-assads-chemical-weapons-program?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2026.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

* WTOP, "How China, Russia, Iran target US with economic espionage"<https://wtop.com/asia/2018/07/how-china-russia-iran-target-us-with-economic-espionage/>
-------

Global Programs and Initiatives (PM/GPI)

PEACEKEEPING

* Front Page Africa, "U.S., International Community Applauded for UNMIL's Success in Liberia"<https://frontpageafricaonline.com/diaspora/u-s-international-community-applauded-for-unmils-success-in-liberia/>

* UN News, "INTERVIEW: 'Peacekeeping has a price,' says UN Peacekeeping chief, as risks grow and resources shrink"<https://news.un.org/en/interview/2018/07/1015672>

WOMEN, PEACE, & SECURITY

* News Deeply, "Using Data to Link the Status of Women to Peace and Security"<https://www.newsdeeply.com/peacebuilding/articles/2018/07/20/using-data-to-link-the-status-of-women-to-peace-and-security>

WASHAR0036364

MARITIME SECURITY

*      Defence Web, "All crew kidnappings to date this year in the Gulf of Guinea - IMB"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=52534:all-crew-kidnappings-to-date-this-year-in-the-gulf-of-guinea--imb&catid=108:maritime-security&Itemid=233>

*      Xinhua, "IMB urges vigilance amid spike in piracy in Gulf of Guinea"<http://www.xinhuanet.com/english/2018-07/24/c_137345788.htm>
-------

Weapons Removal & Abatement (PM/WRA)

*      Digital Trends, "Meet the gigantic machine that eats land mines for breakfast"<https://www.digitaltrends.com/cool-tech/landmine-munching-machine/>

*      Khmer Times, "CMAC needs $100 million for demining"<https://www.khmertimeskh.com/50514422/cmac-needs-100-million-for-demining/>

*      Khmer Times, "Mines unearthed during flooding"<https://www.khmertimeskh.com/50515574/mines-unearthed-during-flooding/>

*      EFE, "FARC dissidents burn mine clearance NGO's vehicle in Colombia"<https://www.efe.com/efe/english/world/farc-dissidents-burn-mine-clearance-ngo-s-vehicle-in-colombia/50000262-3696610>
-------

Security Negotiations & Agreements (PM/SNA)

*      Marine Corps Times, "Here's why the Okinawa government is building shelters to protect schoolchildren from Marines"<https://www.marinecorpstimes.com/news/your-marine-corps/2018/07/24/heres-why-the-okinawa-government-is-building-shelters-to-protect-schoolchildren-from-americans/?utm_source=Sailthru&utm_medium=email&utm_campaign=EBB%207.25.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

*      Yonhap News, "S. Korea, U.S. apart over 'operational military support' cost"<http://english.yonhapnews.co.kr/news/2018/07/24/0200000000AEN20180724004800315.html>

*      DOD, "U.S., South Korea Conclude 14th Integrated Defense Dialogue"<https://www.defense.gov/News/Article/Article/1585273/us-south-korea-conclude-14th-integrated-defense-dialogue/source/GovDelivery/>
-------

State-Defense Integration

*      No updates


**********************************************************************************************************************

Upcoming Think Tank Events

WASHAR0036365

Reports

*      Carnegie Endowment, "The Military's Immunity in Egypt<https://carnegieendowment.org/sada/76904>"

*      CFR, "Cameroon's Failure of Politics<https://www.cfr.org/blog/cameroons-failure-politics>"

*      Critical Threats/AEI, "America Ignores Africa to Its Peril<https://www.criticalthreats.org/analysis/america-ignores-africa-to-its-peril>"

*      CSIS, "NATO and the Claim the U.S. Bears 70% of the Burden: A False and Dysfunctional Approach to Burdensharing<https://www.criticalthreats.org/analysis/america-ignores-africa-to-its-peril>"

*      CSIS, "Essential Imperatives for U.S. Arms Transfer Policy<https://www.csis.org/analysis/essential-imperatives-us-arms-transfer-policy>"

*      POMED, Andrew Miller testimony before the U.S. House of Representatives Committee on Foreign Affairs Middle East and North Africa Subcommittee<https://pomed.org/pomeds-andrew-miller-testifies-on-egypt-before-the-house-committee-on-foreign-affairs/>

*      ISW, "Navigating the U.S.-Turkey Relationship Beyond the Quagmire<http://iswresearch.blogspot.com/2018/07/navigating-us-turkey-relationship.html>"

Events

7/30

*      No events of note.

7/31

*      Hudson Institute, "Reforming the Committee on Foreign Investment in the United States<https://www.hudson.org/events/1579-reforming-the-committee-on-foreign-investment-in-the-united-states72018>" a panel to discuss the drivers, prospects, and implications of CFIUS reform.

8/1-8/3

*      No events of note.

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

WASHAR0036366

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036367

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Tuesday, July 17, 2018 10:00 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Export Law Blog: Chronicle of a Death Foretold |

[cid:image001.png@01D29279.128F6050]
Chronicle of a Death Foretold
By Clif Burns
16 July 2018

Of course, the Interwebs are all abuzz with the news that the Directorate of Defense Trade Controls ("DDTC") settled the Defense Distributed case as if that were somehow remarkable.  Of course, it was about as remarkable as 100 degree days in DC in August or the All Star Game being a pointless, mind-numbing bore.  DDTC's position in this case was on life support, if not already dead, since last May when DDTC and BIS finally announced export control reform which would result in the transfer of most firearms and related technical data, including the types of firearms described in the 3-D printing plans at issue in the  case, from the jurisdiction of DDTC to that of the Bureau of Industry and Security ("BIS").

It is no secret that BIS and DDTC have radically different ideas about the consequences of putting something of the Internet.   As far as DDTC is concerned, putting anything of the Internet is an export of that item to every foreign country with access to the Internet, i.e.,  everywhere but the outer reaches of Mongolia.  BIS, on the other hand, takes the position that publication on the Internet means that an item is no longer subject to export controls.  As BIS said in its proposed notice of rulemaking:

[I]f a gun manufacturer posts a firearm's operation and maintenance manual on the Internet, making it publicly available to anyone interested in accessing it and without restrictions on further dissemination (i.e., unlimited distribution), the operation and maintenance information included in that published operation and maintenance manual would no longer be "subject to the EAR."

So once the Category I transition is complete, the fat tenor has sung and the game is over.

DDTC, of course, could have waited until the last notes of Nessun Dorma, but instead agreed to move ahead. To do that before the transition of the firearms in question to BIS was complete, there are several housekeeping matters that the settlement agreement needed to address. First, DDTC agreed to continue with the announced proposed rules and to adopt a final rule that would remove the plans at issue from Category I of the USML. Second, DDTC would announce a temporary modification of the rules to exempt the plans prior to the transition from the USML to the Commerce Control List becoming effective. Third, DDTC agreed to issue a letter saying that the plans had been approved for public release - something not really necessary in light of the temporary modification of the rules to exempt the plans. Fourth, an acknowledgment that the letter permitted people to do whatever they wanted with those plans - again something not really necessary in light of the temporary modification and the letter itself.

What comes as a surprise to me was not that DDTC dropped the case, or that it did so before the guns at issue were removed from the USML, but that it agreed to fork over $39,581 to the plaintiffs. Granted that's not a huge sum. Still, DDTC has not conceded that its position that putting USML technical data on the Internet is an export is wrong. Indeed, that will continue to be the case for items remaining on the USML. Well, I guess lawyers have to eat too.

Link: https://www.exportlawblog.com/archives/9207

WASHAR0036368

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED


Official
UNCLASSIFIED

WASHAR0036369

| | |
|---|---|
| **From:** | Mason, Julia N <MasonJN@state.gov> |
| **Sent:** | Friday, July 13, 2018 10:34 AM |
| **To:** | McKeeby, David I; Cavnar, Anna; Fabry, Steven F; Wall, Amanda J; PM-CPA; Cappiello, Cheryl A; Thibodeau, Jessica K; Ricci, Anthony; Freeman, Jeremy B |
| **Subject:** | RE: Reporter hoping to talk about legal settlement with Defense Distributed |

Thanks, Dave - much appreciated. ███████████████████████████████
████████████████████████████████████████

Thanks,
Julia

Official - Transitory
UNCLASSIFIED

From: McKeeby, David I
Sent: Friday, July 13, 2018 10:33 AM
To: Mason, Julia N <MasonJN@state.gov>; Cavnar, Anna <CavnarA@state.gov>; Fabry, Steven F <FabrySF@state.gov>;
Wall, Amanda J <WallAJ@state.gov>; PM-CPA <PM-CPA@state.gov>; Cappiello, Cheryl A <CappielloCA@state.gov>;
Thibodeau, Jessica K <ThibodeauJK@state.gov>; Ricci, Anthony <RicciA@state.gov>; Freeman, Jeremy B
<FreemanJB@state.gov>
Subject: RE: Reporter hoping to talk about legal settlement with Defense Distributed

Julia:

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Best,
Dave

_____
David I. McKeeby
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

* Phone:      202.647.8757 | *  BlackBerry:  202.550.3482 |
* e-mail:      mckeebydi@state.gov<mailto:mckeebydi@state.gov> | *  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036370

From: Mason, Julia N
Sent: Friday, July 13, 2018 10:31 AM
To: Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>; Fabry, Steven F
<FabrySF@state.gov<mailto:FabrySF@state.gov>>; Wall, Amanda J <WallAJ@state.gov<mailto:WallAJ@state.gov>>;
PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; Cappiello, Cheryl A
<CappielloCA@state.gov<mailto:CappielloCA@state.gov>>; Thibodeau, Jessica K
<ThibodeauJK@state.gov<mailto:ThibodeauJK@state.gov>>; Ricci, Anthony
<RicciA@state.gov<mailto:RicciA@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>
Subject: RE: Reporter hoping to talk about legal settlement with Defense Distributed

Good morning,

We received another query on this from the NYT this morning (attached) - ██████████████████████
████████████████████████████████

Thanks,
Julia

Official - Transitory
UNCLASSIFIED

From: Mason, Julia N
Sent: Monday, July 09, 2018 12:05 PM
To: Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>; Fabry, Steven F
<FabrySF@state.gov<mailto:FabrySF@state.gov>>; Wall, Amanda J <WallAJ@state.gov<mailto:WallAJ@state.gov>>;
PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; Cappiello, Cheryl A
<CappielloCA@state.gov<mailto:CappielloCA@state.gov>>; Thibodeau, Jessica K
<ThibodeauJK@state.gov<mailto:ThibodeauJK@state.gov>>; Ricci, Anthony
<RicciA@state.gov<mailto:RicciA@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>
Subject: RE: Reporter hoping to talk about legal settlement with Defense Distributed

████████████████████████████████████████

Official - Transitory
UNCLASSIFIED

From: Cavnar, Anna
Sent: Monday, July 09, 2018 11:53 AM
To: Fabry, Steven F <FabrySF@state.gov<mailto:FabrySF@state.gov>>; Wall, Amanda J
<WallAJ@state.gov<mailto:WallAJ@state.gov>>; Mason, Julia N <MasonJN@state.gov<mailto:MasonJN@state.gov>>;
PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; Cappiello, Cheryl A
<CappielloCA@state.gov<mailto:CappielloCA@state.gov>>; Thibodeau, Jessica K
<ThibodeauJK@state.gov<mailto:ThibodeauJK@state.gov>>; Ricci, Anthony
<RicciA@state.gov<mailto:RicciA@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>
Subject: RE: Reporter hoping to talk about legal settlement with Defense Distributed

WASHAR0036371

███████████████████████████████████████████████████

From: Fabry, Steven F
Sent: Monday, July 09, 2018 11:10 AM
To: Wall, Amanda J; Mason, Julia N; PM-CPA; Cappiello, Cheryl A; Thibodeau, Jessica K; Ricci, Anthony; Cavnar, Anna; Freeman, Jeremy B
Subject: RE: Reporter hoping to talk about legal settlement with Defense Distributed

███████████████████████████████████████████████████

Official - SBU
UNCLASSIFIED

From: Wall, Amanda J
Sent: Monday, July 09, 2018 11:03 AM
To: Mason, Julia N; PM-CPA; Cappiello, Cheryl A; Thibodeau, Jessica K; Fabry, Steven F; Ricci, Anthony
Subject: RE: Reporter hoping to talk about legal settlement with Defense Distributed

██████████████████████████████████████

Best,
Amanda


This email is UNCLASSIFIED.


From: Mason, Julia N
Sent: Monday, July 09, 2018 11:02 AM
To: PM-CPA; Cappiello, Cheryl A; Thibodeau, Jessica K; Wall, Amanda J
Subject: FW: Reporter hoping to talk about legal settlement with Defense Distributed

Colleagues, should we decline to comment citing pending litigation?

Thanks,
Julia

From: Andy Greenberg <agreenberg@wired.com<mailto:agreenberg@wired.com>>
Sent: Monday, July 09, 2018 10:55 AM
To: PA Press Duty <PAPressDuty@state.gov<mailto:PAPressDuty@state.gov>>
Subject: Reporter hoping to talk about legal settlement with Defense Distributed

State Department press contacts,

I'm a reporter with WIRED Magazine in New York, and I'm writing a story about the outcome of a three-year lawsuit brought against the State Department by a group called Defense Distributed and the Second Amendment Foundation.

It's my understanding that the plaintiffs were suing the State Department for allegedly unconstitutional attempts to prevent them from publishing technical digital files and models for guns on the web.

WASHAR0036372

Now Defense Distributed tells me that the State Department has offered a settlement that essentially concedes most points of their argument and allows them (and others) to publish those firearm files online.

I'm working on a feature about the outcome of this lawsuit and how Defense Distributed plans to exploit that outcome: They now intend to publish a collection of gun files online that they've been preparing for some time.

Can someone at the State Department please get in touch to talk about the thinking behind this settlement and what it represents for arms control in the US and abroad?

I'm afraid that my deadline is rather pressing: I'd really appreciate a chance to talk to someone today if possible, or tomorrow at the very latest.

Thanks very much for your help and hope to hear from you soon!

Andy Greenberg
Senior Writer
WIRED
1 World Trade Center, NY, NY 10007
(917) 348-5427
Official - Transitory
UNCLASSIFIED

WASHAR0036373

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Thursday, January 11, 2018 11:06 AM |
| **To:** | Monjay, Robert; Marquis, Matthew R; PM-DTCP-RMA |
| **Cc:** | PM-CPA; Miller, Michael F |
| **Subject:** | RE: CPA Media Monitoring: The Hill: Planned shift on gun exports kicks up storm |

From: Monjay, Robert
Sent: Thursday, January 11, 2018 11:03 AM
To: Marquis, Matthew R; PM-DTCP-RMA
Cc: PM-CPA; Miller, Michael F
Subject: RE: CPA Media Monitoring: The Hill: Planned shift on gun exports kicks up storm



Official
UNCLASSIFIED

From: Marquis, Matthew R
Sent: Thursday, January 11, 2018 10:50 AM
To: PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>
Cc: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>
Subject: CPA Media Monitoring: The Hill: Planned shift on gun exports kicks up storm

[cid:image001.png@01D29279.128F6050]
Planned shift on gun exports kicks up storm By Lydia Wheeler
11 January 2018

The Trump administration's expected plan to transfer the licensing of gun exports from the State Department to the Commerce Department has Democratic lawmakers and foreign policy advocates readying for a fight.

The proposal under review by the White House Office of Information and Regulatory Affairs (OIRA) has yet to be made public, but experts fear it will lead to less oversight of commercial sales of assault weapons like submachine guns and flame throwers to foreign buyers.

Less oversight, they warn, could make it easier for deadly weapons to end up in the hands of terrorists and drug cartels. "It's a major change," said Colby Goodman, director of the Security Assistance Monitor program at the Center for International Policy.

"It's opening up a lot more risk and a lot more opportunity for illegal and illicit trafficking."

1

The State Department said it is shifting responsibility to Commerce for approving exports of nonmilitary firearms and ammunition that are already commercially available - those under Categories I, II and III on the U.S. Munitions List. The goal is to reduce regulatory burdens on manufacturers and exporters.

Under the proposed rules, an administration official told The Hill, firearms and related articles that are uniquely military or that are not otherwise widely available for commercial sale would remain under State Department export licensing controls.

In shifting oversight, exporters and manufacturers, including small gunsmiths, would no longer have to register with the State Department's Directorate of Defense Trade Controls and pay the $2,250 annual registration fee.

But experts say if exporters aren't forced to register with the federal government, there will be no way to track and no one to prosecute when weapons end up in the wrong hands.

"There are plenty of cases when in regular processes weapons have been lost," said Jeff Abramson, a nonresident senior fellow at the Arms Control Association, adding that these are the weapons often used in human rights abuses.

Democrats are particularly upset with one potential change in the proposal.

Shifting oversight from the State Department to the Commerce Department, they say, would eliminate congressional review that's now required under the Arms Export Control Act for any commercial sales of lethal weapons worth $1 million or more.

"As you are aware, combat firearms and ammunition are uniquely lethal; they are easily spread and easily modified, and are the primary means of injury, death and destruction in civil and military conflicts throughout the world," Sens. Ben Cardin (D-Md.), Dianne Feinstein (D-Calif.) and Patrick Leahy (D-Vt.) wrote in a letter to Secretary of State Rex Tillerson in September opposing the planned move.

"As such, they should be subject to more - not less - rigorous export controls and oversight."

In the House, Rep. Norma Torres (D-Calif.) planned to introduce legislation Wednesday to block President Trump from transferring oversight of "significant military equipment" like automatic firearms and sniper rifles; their parts, accessories and components; flame throwers; and attachments or devices for launching ordnance to the Commerce Department.

In an interview with The Hill, Torres said the Commerce Department has a very different role than the State Department, which leads on foreign affairs.

"[Commerce's] interest is selling U.S.-made goods," she said. "They aren't looking at things from a public safety point of view."

Torres said the types of weapons being sold could cause a lot of problems in countries where democracy is fragile.

"The State Department has more knowledge about what's happening on the ground," she said.

The administration, however, disagrees.

"The Commerce Department is uniquely qualified to handle these rule changes," the administration official said in an email to The Hill.

WASHAR0036375

"In fact, the Department of Commerce has decades of experience in licensing firearms for export under the Export Administration Regulations. This involves the export, re-export, and transfer (in-country) of 12-gauge shotguns, optical sighting devices for firearms, and crime control equipment."

The official said each export license would go through a rigorous interagency review process that includes the Defense and State departments to ensure national security and human rights concerns are addressed.

"The proposed changes will allow the Commerce Department to use its expertise and resources through its in-agency law enforcement unit, and its robust end use verification program," the official said. "This transfer will not create opportunities to put weapons in the hands of bad actors."

Gun manufacturers and former Obama administration officials say the hysteria over the rule is overblown and premature.

The rule, after all, has been in the works since 2012 and is expected to mimic an Obama-era proposal that was slated for release, but stalled after 20 children and six adults were killed in the mass shooting at Sandy Hook Elementary School in Newtown, Conn.

Kevin Wolf, the former assistant secretary of Commerce for export administration, said gun rights and gun control groups should relax until they've seen the actual wording of the rule.

"Everybody just chill," he said. "Anyone who has any concerns should just relax until they see an actual rule to comment on."

Larry Keane, senior vice president for government and public affairs and general counsel for the National Shooting Sports Foundation, said he's been told the current rule isn't significantly or materially different than the Obama-era proposal.

"It is disingenuous for people like Sen. Cardin and other Democrats to now complain about the policy when the rules were over at [the Office of Management and Budget] and within hours of being published" under Obama, he said.

A former administration official familiar with the rule discussions said export licenses still would have been required for assault weapons under the Obama-era rule. Licensing requirements would have been eased, however, for the less sensitive gun parts like screws and springs.

"The assumption is the Commerce Department is less restrictive, but the difference is less sensitive items can be treated less sensitively, but more lethal items can be treated more aggressively," the former official said.

The push to change the rules is supported by the National Rifle Association, which says many people who never intend to export a firearm or firearm accessories, like gunsmiths and parts manufacturers, are now required to register with the State Department and pay high fees to operate their business.

"The NRA supports the Trump administration's efforts to complete the reforms and transfer law-abiding firearms and ammunition manufacturers from an export system designed for nuclear submarines and ballistic missiles into one designed around lawful commercial products," said NRA spokeswoman Jennifer Baker.

The State Department's proposed rule was sent to OIRA on Sept. 26 and is marked as pending review. The office has 90 days to review the rule, but that deadline can be extended indefinitely by the head of the rulemaking agency.

The Office of Management and Budget, which oversees OIRA, said it has a longstanding policy of not commenting on rules under review.

WASHAR0036376

Link: http://thehill.com/regulation/368425-planned-shift-on-gun-exports-kicks-up-storm


Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED

WASHAR0036377

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Thursday, July 26, 2018 4:47 PM |
| **To:** | Carter, Rachel; PM-Strategy; Legal-PM-DL |
| **Cc:** | PM-CPA; Brown, Stanley L; O'Keefe, Kevin P; Miller, Michael F; Mak, Daniella; Martin, Davette T; Dudding, Maria; Litzenberger, Earle D (Lee); Nute, Kathryn M; McVerry, James |
| **Subject:** | Defense Distributed Settlement Alerts for 25 July 2018 |

[cid:image001.png@01D29279.128F6050]
Defense Distributed Settlement Alerts for 25 July 2018

"Stop Defense Distributed From Releasing Downloadable Guns"<https://www.change.org/p/stop-defense-distributed-from-releasing-downloadable-guns?recruiter=890898140&utm_campaign=signature_receipt&utm_medium=twitter&utm_source=share_petition>, On August 1st, Defense Distributed plans to release downloadable gun blueprints to make untraceable, undetectable, plastic 3D printed guns. This could mean that anyone, including TERRORISTS, convicted FELONS, domestic ABUSERS and other dangerous people could print their own gun on demand.

"This Austinite Plans To Publish Designs Online For 3D-Printable Guns Next Week"<http://kut.org/post/austinite-plans-publish-designs-online-3d-printable-guns-next-week>, He argues the ITAR - the regulations the government used to block Wilson from publishing the files - lacked clear legal standards, deadlines and judicial review. He says it also puts the burden on individuals to prove they are not in violation of the regulations, rather than the government having to prove that they are.

"New Jersey Attorney General Sends 'Cease And Desist' Letter To Halt Company's Publication Of 3D-Printed Gun Instructions"<https://philadelphia.cbslocal.com/2018/07/26/new-jersey-attorney-general-sends-cease-and-desist-letter-to-halt-companys-publication-of-3d-printed-gun-instructions/>, "You are directed to cease and desist from publishing printable-gun computer files for use by New Jersey residents," Grewal said in the letter. "The files you plan to publish offer individuals, including criminals, codes that they can use to create untraceable firearms - and even to make assault weapons that are illegal in my state."

"The Defense Distributed Settlement Isn't a Done Deal...Here's What's Next"<http://www.thetruthaboutguns.com/2018/07/ttag-contributor/the-defense-distributed-settlement-isnt-a-done-deal-heres-whats-next/>, First, this settlement agreement is not the same as the final regulation. The settlement may be helpful in another, future lawsuit, but this settlement cannot bind the outcome of the final regulation. Furthermore, the final regulation may not even mention the settlement's definition of "Military Equipment." It is important that the State Department cement this distinction in a binding government document, like the pending new rule.

"Anti-gun violence groups file to halt online posting of 3D-printed gun plans"<http://thehill.com/regulation/court-battles/399027-anti-gun-violence-groups-file-to-block-settlement-allowing-3d>, "The Settlement Agreement raises very serious national and international security concerns and would cause immediate and irreparable harm to the United States and its citizens and the global community," the court documents read.

"Gun Safety Groups Race To Stop Company From Unleashing 'The Age Of The Downloadable Gun'"<https://www.huffingtonpost.com/entry/3d-printed-guns-lawsuit_us_5b589e43e4b0de86f4929ea8?qp>, Shortly after the settlement was announced, the Brady Campaign filed a Freedom of Information Act, hoping to get additional details about the reversal. But those documents likely won't be returned until after Defense Distributed reposts the blueprints online, at which point the gun safety groups say the potential damage would be "irreparable."

WASHAR0036378

"Gun-control advocates ask judge to block downloadable 3D guns"<https://www.idahostatesman.com/news/northwest/idaho/article215566770.html>, The Department of Justice quietly agreed to let a Texas man legally offer his downloadable plans to fabricate a 3D-printed gun starting Aug. 1. When news broke nationally about the agreement over the past week, three national gun safety groups quickly headed to court to try to block the action.

"Soon anyone will be able to learn how to print 3D guns"<https://www.economist.com/united-states/2018/07/28/soon-anyone-will-be-able-to-learn-how-to-print-3d-guns>, For gun-control advocates, this is a terrifying scenario. People who cannot pass a background check will be able to print a gun without a serial number, making the weapon impossible to trace, says Adam Skaggs of the Giffords Law Centre to Prevent Gun Violence. (Federal law requires licensed gun shops to run background checks, though this does not apply to private sales at fairs or on the internet.) His law centre is trying to get the courts to delay the settlement, at least.

"Did the U.S. State Department Legalize the Publication of Instructions for 3D-Printed Guns?"<https://www.snopes.com/news/2018/07/26/3d-printed-guns-legal/>, As of 1 August 2018, Defense Distributed will start publishing detailed steps on how to create a variety of guns that require no registration or background check to manufacture. While the broader issue may well be litigated further, the current stance of the U.S. State Department is that Defense Distributed will not be violating any export control laws when they do so.

"I'm a sheriff. Don't flood the country with 3D-printed guns."<https://www.washingtonpost.com/opinions/im-a-sheriff-dont-flood-this-country-with-3d-printed-guns/2018/07/26/38d9a9b8-9052-11e8-b769-e3fff17f0689_story.html?utm_term=.8c5b41557247>, Until recently, the State Department shared these concerns about the threat of downloadable, untraceable guns. For years, the agency had been fighting back a lawsuit from an online, open-source company that was forced by the department to pull down downloadable gun blueprints. That's because the department considered the online posting of the technology a violation of the International Traffic in Arms Regulations.

"Why it is difficult to regulate 3D-printed guns"<https://www.economist.com/the-economist-explains/2018/07/26/why-it-is-difficult-to-regulate-3d-printed-guns>, Chuck Schumer, now the Senate minority leader, summed up this fear in 2013 when he warned that 3D printing would allow any bunch of felons or terrorists to "open a gun factory in their garage."

"Lawsuit moves to keep the blueprints for 3D printed guns off the web"<https://mic.com/articles/190438/lawsuit-moves-to-keep-the-blueprints-for-3d-printed-guns-off-the-web#.F1MhgLWeJ>, On Tuesday, three prominent gun safety groups announced that they are preparing legal action in the coming days to prevent the U.S. State Department from allowing the blueprints for 3D-printed guns to be posted online. In an amicus brief on July 24, attorneys representing the Brady Center to Prevent Gun Violence, Everytown for Gun Safety and the Giffords Law Center to Prevent Gun Violence objected to an imminent governmental rule change that would upend the regulatory structure governing firearm exports.

"Online plans to print 3-D guns concern dad of MSD shooting victim, law enforcement, politicians"<https://www.wptv.com/news/state/online-plans-to-print-3-d-guns-concern-dad-of-msd-shooting-victim-law-enforcement-politicians>, U.S. Senator Bill Nelson and several other senators sent a letter to Attorney General Jeff Sessions about the issue. "We are alarmed by this settlement and request an immediate explanation for DOJ's and the State Department's abrupt and dangerous reversal of course," they wrote in the letter. "The settlement will allow these tutorials to be posted online for unlimited distribution to anyone - including felons and terrorists - both here in the United States and abroad."

"State Department defends allowing publication of blueprints to 3D print guns"<https://abcnews.go.com/Politics/state-department-defends-allowing-publication-blueprints-3d-print/story?id=56817152>, After a security analysis, "It was determined that certain firearms and related items that are widely available for commercial sale, and technical data

WASHAR0036379

related to those items, is of a type that does not offer a critical military or intelligence advantage to the United States," the State Department spokesperson said -- so they don't need to block publication.

"Pompeo commits to reviewing 3D-printed gun policy"<https://www.cnn.com/videos/politics/2018/07/25/3d-printed-guns-mike-pompeo-ed-markey-sot-lead-vpx.cnn>, Sen. Edward Markey (D-MA) asks Secretary of State Mike Pompeo not to allow downloadable blueprints for 3D-printed guns to be published online to prevent weapons from getting into the wrong hands.

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm /<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036380

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 10:37 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Giffords: THE DANGERS OF 3D-PRINTED GUNS |

[cid:image001.png@01D29279.128F6050]
THE DANGERS OF 3D-PRINTED GUNS
By David Chipman
24 July 2018

Most people think of serial numbers as something attached to the car or their new iPhone. As a law enforcement officer for 25 years, I saw serial numbers a bit differently. For me, they were a key clue to busting illegal gun runners and taking down the perpetrator of the Oklahoma City bombing. I learned early on that criminals will try to hide or destroy serial numbers so the weapons they use won't lead back to them.

That's why removing a serial number from a gun is a serious federal crime that can send you to prison for a decade. A firearm without a serial number can't be traced to its buyer, a fact criminals know all too well.

But the Trump Administration, which at every turn has claimed to be a defender of law enforcement, just issued a ruling that could upend the job of law enforcement officers across the country.

What exactly did they do?

The Trump Administration recently settled a lawsuit allowing anyone to 3D-print their own guns.

The Trump Administration's ruling will recklessly allow anyone to post their gun blueprints online for anyone to download. That means people who are unable to pass a background check-like terrorists, convicted felons, and domestic abusers-will be able to 3D-print a gun out of the same type of plastic used to make LEGOs-without any attached serial numbers. This could have severe repercussions a decade from now if we allow weapons of this kind to multiply.

Tracing serial numbers catches criminals.

Consider how tracing currently works today: In 2017, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) used serial numbers to trace guns over 400,000 times, a critical tool to help law enforcement solve crimes. ATF agents also used the results of these traces to identify the methods by which firearms entered the illegal market and devised strategies to disrupt these criminal networks.

Looking back on my career as a special agent for ATF, I often used serial numbers from guns to disrupt major firearms trafficking organizations. But it was the serial number recovered in Oklahoma City on the truck used to blow up the federal building which demonstrates most dramatically how imperative serial numbers are to police. Without that serial number, Timothy McVeigh may have escaped justice. A serial number stamped on the axle was a key piece of evidence tying a terrorist to the rental truck used as a bomb. Whether the tool of violence is a gun, a truck, or another device, criminals don't want a serial number to land them in prison.

Untraceable guns will make us less safe.

WASHAR0036381

Given that removing a serial number from a gun is a ten-year felony, it may surprise most Americans to learn that building a gun without the serial number in the first place is now completely legal. Law enforcement will now face significant threats due to this 3D-printed technology, and this ruling paves the way for even more advances in technology that make it all but inevitable that new and even more durable materials will be invented that can be printed.

When this day comes, the ability to make a gun from scratch in the home will be an existential threat to public safety if laws are not in place to regulate the manufacture and printing of firearms that cannot be traced by criminals or later used in crime.

Link: https://giffords.org/2018/07/the-dangers-of-3d-printed-guns/

_____
Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:       202.647.6968
e-mail:       MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036382

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Thursday, June 21, 2018 2:00 PM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Guns.com: Smith & Wesson: Export reform helps, but not a lot |

[cid:image001.png@01D29279.128F6050]
Smith & Wesson: Export reform helps, but not a lot By Christen Smith
21 June 2018

Top executives for Smith & Wesson downplayed the impact of proposed export reform rules on earnings this week, telling investors eased regulations will pay off, though not by much.

The new rules - which industry experts forecast will boost sales internationally - will eliminate expensive licensing fees currently barring many gun dealers from competing overseas. In the case of Smith & Wesson parent company American Outdoor Brands, the reforms would undo a regulatory hurtle forcing gun makers with more than $1 million worth of firearms to export first seek congressional approval.

Chief Financial Officer Jeffrey Buchanan told investors Wednesday he "wouldn't count it as a big mover for anything."

"I mean, it hasn't caused a problem for us before. Sometimes it makes you a little bit less competitive in your ability to react quickly versus a competitor that is out of the country," he said. "Of course, it so happens that a lot of our competitors ... are in the United States. So, a lot of them have the same restrictions as we do."

U.S. gun manufacturers shipped 343,456 firearms overseas in 2015 - the most recent year for which data is available. Records from the Bureau of Alcohol, Tobacco, Firearms and Explosives indicate the total declined nearly 21 percent over 2014 - a 20-year high for the industry.

James Debney, American Outdoor Brands' chief executive officer, appeared more optimistic about the effect on the company's exports in a conference call with investors Wednesday.

"I mean certainly we're removed on administrative burden," he said. "We can be more nimble and more timely in our delivery. So I would say in the long-term that have to be favorable as we better service our partners on a global basis."

The gun maker's "challenging" fiscal year came to an end April 30 with overall net sales down nearly 33 percent to just under $607 million - and the next 12 months look worse, Debney said.

"We don't see that as a long term dynamic. We think the market will return to growth," he said. "But when you do come out of periods of very robust buying, and we've certainly seen that over the last few years, you can expect a correction. And that can take up to two years."

Link: http://www.guns.com/2018/06/21/smith-wesson-export-reform-helps-but-not-a-lot/

_____
Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

WASHAR0036383

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web: www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED


Official
UNCLASSIFIED

WASHAR0036384

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, May 16, 2018 1:02 PM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Export Law Blog: DDTC's Buzzer Beater to Save Brokering Authority over Firearms Misses the Hoop |

[cid:image001.png@01D29279.128F6050]
DDTC's Buzzer Beater to Save Brokering Authority over Firearms Misses the Hoop By Clif Burns
16 May 2018

As noted in my post yesterday on the proposed rules to transition certain Category I, II and III items from the United States Munitions List to the Commerce Control List, DDTC attempted to preserve its brokering authority over the transferred firearms and related items by amending the brokering rules to contain items both on the United States Munitions List ("USML") and the United States Munitions Import List ("USMIL").  An alert reader pointed out, quite correctly, that this clever regulatory sleight-of-hand was, ahem, not authorized by the Brokering Amendment to the Arms Control Export Act. 22 U.S.C. § 2278(b)(1)(A)(ii).

The Brokering Amendment provides authority to DDTC to register brokers and license brokering transactions.   The problem is that it authorizes this only with respect to items on the USML.   It makes no reference to the USMIL and provides no authority to regulate brokers of, and brokering transactions related to, items on the USMIL.

Section 2278(b)(1)(A)(ii)(I) provides the statutory mandate and authority to require registration of brokers:

As prescribed in regulations issued under this section, every person (other than an officer or employee of the United States Government acting in official capacity) who engages in the business of brokering activities with respect to the manufacture, export, import, or transfer of any defense article or defense service designated by the President under subsection (a)(1), or in the business of brokering activities with respect to the manufacture, export, import, or transfer of any foreign defense article or defense service (as defined in subclause (IV)), shall register with the United States Government agency charged with the administration of this section.

Subclause III requires licensing for "brokering activities described in [the above-cited] subclause (I)".
The relevant language here then is "any defense article … designated by the President under subsection (a)(1)" and "any foreign defense article … as defined in subclause (IV)".  Both of these are, it turns out, references only to items on the USML

Subsection (a)(1), which gives the President the authority to designate defense articles subject to export controls, says this in the last sentence of the subsection:

The items so designated shall constitute the United States Munitions List.

Subclause IV only references the USML in its definition of "foreign defense article":

For purposes of this clause, the term "foreign defense article or defense service" includes any non-United States defense article or defense service of a nature described on the United States Munitions List regardless of whether such article or service is of United States origin.

WASHAR0036385

Not surprisingly, DDTC's discussion of these proposed rules fails to mention this little problem in relying on the Brokering Amendment or where it believes it can otherwise find statutory authority to extend its brokering rules to items on the USMIL.

Link: https://www.exportlawblog.com/archives/9169

Matthew Marquis

Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036386

| From: | McKeeby, David I <McKeebyDI@state.gov> |
|---|---|
| Sent: | Wednesday, July 25, 2018 4:59 PM |
| To: | Paul, Joshua M |
| Subject: | D2--MEDIA INQUIRY COUNT--16 so far |

JULY 24-25


*    NBC NEWS (ARKIN): DDTC: DEFENSE DISTRIBUTED SETTLEMENT

*    REUTERS (LYNCH): DDTC: DEFENSE DISTRIBUTED SETTLEMENT (PAUL)

*    KUT (LARGEY-AUSTIN, TX NPR AFFILIATEI): DDTC: DEFENSE DISTRIBUTED SETTLEMENT

*    FOLHA DE SAO PAULO (CARAZZAI-BRAZILI): DDTC: DEFENSE DISTRIBUTED SETTLEMENT

JULY 12-23


*    WASHINGTON POST (PAUL): DDTC: DEFENSE DISTRIBUTED SETTLEMENT

*    WASHINGTON TIMES (SHERFINSKI): DDTC: DEFENSE DISTRIBUTED SETTLEMENT

*    WASHINGTON EXAMINER (GEHRKE): DDTC: DEFENSE DISTRIBUTED SETTLEMENT

*    FOX NEWS (ROGERS): DDTC: DEFENSE DISTRIBUTED STTLEMENT

*    NBC NEWS (ROMERO): DDTC: DEFENSE DISTRIBUTED SETTLEMENT

*    BLOOMBERG (CAPPACCIO): DDTC: DEFENSE DISTRIBUTED STTLEMENT

*    NOW THIS (HARJAI): DDTC: DEFENSE DISTRIBUTED SETTLEMENT

*    CNET (ZHOU): DDTC: DEFENSE DISTRIBUTED SETTLEMENT

*    NY TIMES (HSU): DDTC: DEFENSE DISTRIBUTED SETTLEMENT

*    DALLAS MORNING NEWS (BRANHAM): DDTC: DEFENSE DISTRIBUTED SETTLEMENT

*    WIRED (GREENBERG): L-DDTC: DEFENSE DISTRIBUTED SETTLEMENT (STRIKE)

*    BLOOMBERG LAW (KRAMER) DDTC: DEFENSE DISTRIBUTED SETTLEMENT (STRIKE)

---

David I. McKeeby
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

*  Phone:      202.647.8757 |  *  BlackBerry:  202.550.3482 |

1

WASHAR0036387

\*  e-mail:        mckeebydi@state.gov<mailto:mckeebydi@state.gov> | \*  Web: www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036388

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
| Sent: | Wednesday, July 25, 2018 4:49 PM |
| To: | Steffens, Jessica L; PM-Strategy; Legal-PM-DL |
| Cc: | PM-CPA; Brown, Stanley L; O'Keefe, Kevin P; Miller, Michael F; Mak, Daniella; Martin, Davette T; Dudding, Maria; Litzenberger, Earle D (Lee); Nute, Kathryn M; McVerry, James |
| Subject: | Defense Distributed Settlement Alerts for 25 July 2018 |

[cid:image001.png@01D29279.128F6050]
Defense Distributed Settlement Alerts for 25 July 2018

"Security Expert on 3D Guns: 'More of a Novelty than Form of Mass Killing'"<https://sputniknews.com/analysis/201807251066659134-3d-guns-novelty-leading-security-explained/>, Gun rights activists in the United States will soon be able to post 3D printable gun plans online. In 2013, Cody Wilson, who describes himself as a post-left anarchist, posted plans for a 3D printed handgun called "The Liberator." The gun, which was made from plastic, had a metal firing pin and another piece of metal included to comply with the Undetectable Firearms Act.

"Editorial: Homemade 3-D printer guns should be regulated like any gun"<https://www.mystatesman.com/news/opinion/editorial-homemade-printer-guns-should-regulated-like-any-gun/j1wX4RxD8SOVfLz0SHXTVM/?utm_source=SND&utm_medium=Twitter&utm_campaign=mys>, Federal law allows hobbyists to build their own guns for personal use. But the landscape has changed with 3-D printers, precise digital plans, and devices like the Ghost Gunner that allow anyone with a computer and a credit card to become a gun manufacturer.

"WORLD WAR 3D How the rise of 'ghost guns' - which anyone can print in their own home - could flood Europe with lethal, undetectable weapons"<https://www.thesun.co.uk/news/6850692/ghost-guns-3d-print/>, Normally, Americans would need to pass a background check before they can buy a gun, but freely-available blueprints for 3D-printed weapons could offer a way to bypass this law.

"What You Need to Know About the 3D Printing of Guns on Demand"<http://www.bradycampaign.org/blog/what-you-need-to-know-about-the-3d-printing-of-guns-on-demand>, While Brady's legal team has filed Freedom of Information Act (FOIA) requests to find out how and why this decision was made, the self-proclaimed "crypto-anarchist" will move forward to publish the blueprints for anyone and everyone to use. The Brady Center, along with Everytown and Giffords, is urging a Texas federal court to consider just how dangerous this could be and will be filing legal action.

"LEADING GUN SAFETY GROUPS TELL FEDERAL COURT THAT SETTLEMENT IN DOWNLOADABLE GUNS LAWSUIT IS DANGEROUS AND ILLEGAL"<https://giffords.org/2018/07/3d-guns-law-center-group-letter/>, Attorneys representing the Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence and Everytown for Gun Safety have informed a Texas federal court that they anticipate filing legal action within days related to a settlement that would allow new designs for downloadable, untraceable guns to become public and available world-wide as early as August 1.

"MENENDEZ CALLS ON SECRETARY POMPEO TO STOP ONLINE POSTING OF DO-IT-YOURSELF, 3-D PRINTABLE GUN BLUEPRINTS"<https://www.foreign.senate.gov/press/ranking/release/menendez-calls-on-secretary-pompeo-to-stop-online-posting-of-do-it-yourself-3-d-printable-gun-blueprints>, U.S. Senator Bob Menendez, Ranking Member of the Senate Foreign Relations Committee, today called on U.S. Secretary of State Mike Pompeo to immediately intervene and review the surprising and sudden decision by his department to allow online public posting of 3-D printable gun blueprints in the next few days.

WASHAR0036389

"Debating the Permissibility of Printable Guns"<https://www.prindlepost.org/2018/07/debating-the-permissibility-of-printable-guns/>, Those opposed to the settlement argue that it is deeply problematic that there are no background checks required for printing a gun.  Convicted violent felons could print guns. People with a history of violent mental disorders could print guns. The government has a responsibility to look after the safety of its citizenry.  Deadly weapons shouldn't fall into the wrong hands.

"We Have to Take a Stand on 3D Printed Guns"<https://3dprint.com/220327/we-have-to-take-a-stand-on-3d-printed-guns/>, You can already make guns in the US, you just need a license to distribute guns. The essential part of the "homebrew" gun was already perfectly possible. If they really wanted to 3D print guns they could have already done this. Instead, they wanted to 3D print attention and everyone fell for it. They went looking for a law suit to prolong the window of attention on them.

"Government Admits AR-15s Are Not Weapons of War"<https://www.breitbart.com/big-government/2018/07/23/government-admits-ar-15s-not-weapons-war/>, Wilson and SAF fought the suit on First Amendment grounds and secured a settlement with the State Department and the Department of Justice, the latter of which finalizes the settlement. The amended regulations proposed in the settlement show the government will no longer look at semi-automatic firearms below .50 caliber as "military equipment" or weapons of war.

"Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1"<https://www.usatoday.com/story/tech/nation-now/2018/07/23/3-d-printing-guns-downloadable-gun-legal-august-1/820032002/>, A settlement earlier this year between the State Department and Texas-based Defense Distributed will let the nonprofit release blueprints for guns online starting Aug. 1, a development hailed by the group as the death of gun control in the United States.

"THE DANGERS OF 3D-PRINTED GUNS"<https://giffords.org/2018/07/the-dangers-of-3d-printed-guns/>, The Trump Administration's ruling will recklessly allow anyone to post their gun blueprints online for anyone to download. That means people who are unable to pass a background check-like terrorists, convicted felons, and domestic abusers-will be able to 3D-print a gun out of the same type of plastic used to make LEGOs-without any attached serial numbers. This could have severe repercussions a decade from now if we allow weapons of this kind to multiply.

"Email NOW: Stop the Threat of Downloadable Guns"<https://act.everytown.org/sign/stop-downloadable-guns/?source=twno_allsocial&refcode=twno_allsocial&utm_source=twno_allsocial&utm_medium=o&utm_campaign=allsocial>, Do-it-yourself, downloadable guns are incredibly dangerous. And a State Department special exemption would allow a company run by a self-proclaimed anarchist to post its gun blueprints online in the form of files that can be sent directly to a 3D printer to print guns on demand.

"The US Just Made It Legal For Anyone to Download And Print Their Own Gun. Yes, Really"<https://www.sciencealert.com/the-us-just-made-it-legal-for-anyone-to-download-and-print-their-own-gun-yes-really>, The lawsuit turns on whether or not the first and second amendment, allowing freedom of speech and the right to bear arms, protects someone like Wilson, who wishes to provide downloadable gun blueprints to make deadly, untraceable weapons.

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

WASHAR0036390

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036391

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Friday, July 20, 2018 2:42 PM |
| **To:** | PM-CPA |
| **Subject:** | FW: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms |

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, July 20, 2018 2:41 PM
To: 'Fite, David (Foreign Relations)' <David_Fite@foreign.senate.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Miller, Michael F <Millermf@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

We're working on putting something together and I have noted both the timeline you have indicated, as well as the obvious importance you place on this matter (a perspective we of course share), to our team, and will get back to you as soon as I have any updates.

Josh

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 2:33 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

State apparently agreed to invoke the suspension under 126.2 by 7/27.  Will State be doing this on the 27th for before? Will State do it before briefing us next week?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 2:25 PM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>

WASHAR0036392

Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

I will pass back these questions to our team, and we look forward to discussing them with you in person to the extent that they fall within the context of our responsibilities under the AECA.

Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 2:10 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

But it's State's changes that are allowing this to be implemented right? And it's these changes that State will take, especially pursuant to the authority in 126.2, that will allow this information to be disseminated worldwide without a license, without penalty, right?

Do you mean to tell us this question did not arise or was not fully considered during the (presumably) interagency deliberation on the settlement agreement?  Or do you have answers to these questions, but State isn't willing to tell us?

Additionally, State is about take an action to suspend the application of ITAR restrictions on the publication of controlled information/technology on the Internet for a temporary period of time, BEFORE the reg change transferring the defense items that the information/tech pertains to becomes final.  And what if that reg change does not become final, or is different from the draft rule?  In that instance, State will have allowed the worldwide transfer of export-controlled information "in the interest of the security and foreign policy of the United States"?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 2:01 PM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Hi David,

We would need to refer you to TSA or other law enforcement organizations on this question.  The DDTC nexus on this issue was/is limited to our role in controlling exports of tech data, which is the only reason we got involved in the first place.

Josh

Official - SBU

WASHAR0036393

UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 1:38 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Rice, Edmund
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Also, what are the law enforcement and counter-terrorism implications of this change?  Enabling the widespread
acquisition of undetectable or largely-undetectable firearms would seem to be a bad idea, especially in protection of
domestic and international airline flights from terrorist hijacking/attacks.  What changes will be required by TSA here
and abroad to deal with this?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:42 AM
To: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Fite, David (Foreign
Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Understood, and that's helpful information.  We'll round back and be in touch.

Official
UNCLASSIFIED

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:32 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Fite, David (Foreign Relations)
<David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

A phone call would be only a first step for we four.  I expect that as news of this settlement spreads, there will be a
requirement to brief a number of Congressional staff and then Members.

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:21 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Rice,
Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>

WASHAR0036394

Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Hello,

We've actually been in the process of putting together a briefing for you on this - with the intent being to provide a phone call early next week.  Would that work?

Josh

Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 11:10 AM
To: 'Rice, Edmund' <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

As well as State's view of State's legal liability to this suit in the first place.

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:03 AM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua <pauljm@state.gov<mailto:pauljm@state.gov>>; Darrach, Tamara <darrachta@state.gov<mailto:darrachta@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms
Importance: High

Mike, et.al<https://urldefense.proofpoint.com/v2/url?u=http-3A__et.al&d=DwQFAg&c=L93KkjKsAC98uTvC4KvQDTmmq1mJ2vMPtzuTpFgX8gY&r=qK7_ZRFYXD_2-oNGpZDaSv48Ivvk3sok_Kc-8ucoEbs&m=INcZ7Lzqeg9FRKxUQ74geJdNZKtHf7E_XypzmUYkPwY&s=WDbfGOTuqtofudKGj_R9heOE3es9SbkzJomT50T-7pA&e=>.:
This is to request a briefing on the terms of the settlement (attached) that the State Department entered into June 29th regarding Defense Distributed et al v. United States Department of State et al, Western District of Texas, Civil Docket # 1:15-cv-00372-RP. This is the suit brought by several persons who want to make available online software for manufacture via 3-D printing of firearms, including plastic firearms.
In particular, item 1(b) indicates that State will amend the ITAR to remove the subject software from the USML by July 27th.  Several House Members have brought this matter to Rep. Engel's attention and I have been asked to look into this ASAP. I expect that Jamie, David and Stacie also would need to know about this.
Perhaps this could be covered at our July 25th arms transfer meeting.  One way or another, I need a briefing on this prior to July 27th.
Ed

WASHAR0036395

Edmund B. Rice
Senior Professional Staff Member
Democratic Staff
House Foreign Affairs Committee
B-360 Rayburn House Office Bldg.
202-226-8467

WASHAR0036396

| From: | Jim Bartlett, Full Circle Compliance <jebartlett@fullcirclecompliance.eu> |
|---|---|
| Sent: | Monday, July 16, 2018 5:05 PM |
| To: | pauljm@state.gov |
| Subject: | 18-0716 Monday "Daily Bugle" |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Monday, 16 July 2018
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The Daily Bugle is a free daily newsletter from Full Circle Compliance, containing
changes to export/import regulations (ATF, DOE/NRC, Customs, NISPOM, EAR, FACR/OFAC,
FAR/DFARS, FTR/AES, HTSUS, and ITAR), plus news and events.  Subscribe here
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrPcaMQYRsMd5JK5
HQ1UbU5gfl5VPHkTt9JaQ2Hcz-dhMHQD9GvJVcILnkR0V8qNOo3g6aDhk_srPV7vUog5-slITsClzBsM0q-
RVZcMClLn_XsqD5Msz_wUVNtSXPp0OIqL-o9Q6uA9qKw13XtIZvCwU-
NdS4jOTbx9uVSSb2vt&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
for free subscription. Contact us [mailto:advertising@fullcirclecompliance.eu] for
advertising inquiries and rates.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ITEMS FROM FEDERAL REGISTER

1. Commerce Cancels 2nd Day of Public Hearing on Section 232 Investigation of Imports
of Automobiles
2. DHS/CBP: COAC to Meet on 1 Aug via Webinar

OTHER GOVERNMENT SOURCES

1. Items Scheduled for Publication in Future Federal Register Editions
2. Commerce/BIS: (No new postings.)
3. State/DDTC: (No new postings.)
4. Hong Kong Suspends all E-Services on 20 Jul

NEWS

1. BBC: "Iran Nuclear Deal: US Rejects EU Plea for Sanctions Exemption"
2. Expeditors News: "Israeli Customs Releases New Optional Method to Provide an
Invoice Declaration"
3. Reuters: "Mnuchin Says U.S. Will Consider Some Waivers on Iran Sanctions"
4. The Washington Free Beacon: "State Department Gives Up Case Against 3D Printed
Gun Pioneer"

1

WASHAR0036397

COMMENTARY


1. J. Helder, C. Klaui & D. Lund: "EU Trade Update: Trade Aspects of the July 2018
U.K. Government White Paper on the Future U.K. EU Relationship"
2. M. Volkov: "Episode 47 - Cybersecurity Threats and Compliance"

EX/IM MOVERS & SHAKERS


1. Monday List of Ex/Im Job Openings: 180 Jobs Posted This Week, Including 9 New
 Jobs

EX/IM TRAINING EVENTS & CONFERENCES


1. ECTI Presents United States Export Control (ITAR/EAR/OFAC) Seminar Training Focusing
on Issues Relevant to Universities, Research Labs & Other Institutions of Higher
 Learning in Columbus, OH
2. Full Circle Compliance Presents "Awareness Course U.S. Export Controls: ITAR
& EAR From a Non-U.S. Perspective", 2 Oct in Bruchem, the Netherlands

EDITOR'S NOTES


1. Bartlett's Unfamiliar Quotations
2. Are Your Copies of Regulations Up to Date? Latest Amendments: ATF (15 Jan 2016),
Customs (12 Jun 2018), DOD/NISPOM (18 May 2016), EAR (6 Jun 2018), FACR/OFAC (29
 Jun 2018), FTR (24 Apr 2018), HTSUS (8 Jun 2018), ITAR (14 Feb 2018)
3. Weekly Highlights of the Daily Bugle Top Stories
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


ITEMS FROM TODAY'S FEDERAL REGISTER
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


1. Commerce Cancels 2nd Day of Public Hearing on Section 232 Investigation of Imports
of Automobiles
(Source: Federal Register
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILenxupse
Pa_ecebSt8hruIpb4Q36-tN0qI5UgDoE9strcJqyZai565X-iEvtJvANDTH449W6BY4_GRBHKs-
fnGNXZfrtOoqbKWylBy0reOH_e4FsWkNfZCoBrR7Otp5ZhE0Hb3CCamHS5DKJoW_qi8hXZEA5WjM1dTPviwoAWpqeI=&c=
e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
16 July 2018.) [Excerpts.]
83 FR 32833: Public Hearing on Section 232 National Security Investigation of Imports
of Automobiles, Including Cars, SUVs, Vans and Light Trucks, and Automotive Parts;
Change of Date for the Public Hearing
* AGENCY: U.S. Department of Commerce.
* ACTION: Change of date for public hearing.
* SUMMARY: The Department of Commerce is cancelling one of the days of the two-day

2

WASHAR0036398

public hearing associated with the notice of request for public comments and public
hearing that appeared in the Federal Register on May 30, 2018. In the notice, the
Department encouraged interested public participants to participate in a hearing
 for the investigation assist the Department in determining whether imports of automobiles,
including cars, SUVs, vans and light trucks, and automotive parts threaten to impair
the national security and in recommending remedies if such a threat is found to
exist. The hearing was originally scheduled for July 19 and 20. Only 45 requests
 to testify were received. Because these requests can all be accommodated on a single
day, the second day of the hearing originally scheduled for July 20 is cancelled.
The hearing will be held on July 19 only. The hearing will begin at 8:30 a.m. and
will end at 5:30 p.m. The location of the hearing remains unchanged.
* DATES: The public hearing will be held on July 19, 2018, beginning at 8:30 a.m.
local time and concluding at 5:30 p.m. local time.
* ADDRESSES: The public hearing will be held at 1401 Constitution Avenue NW, Washington
DC, 20230.
* FOR FURTHER INFORMATION CONTACT: Sahra Park-Su, U.S. Department of Commerce (202)
482-2811. For more information about the section 232 program, including the regulations
and the text of previous investigations, see www.bis.doc.gov/232
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKocVBwbFrlmk9T_L
WzjllX7Iwoqbmg21WIFNBdfp7s7siVkxXJ7OioGvhwHRJY2rgUkC35f9bua-JBd_c4RaRCK-
DwbJi7PHa3DfWfoTuaQ7nste2ae5ZpVo0erVe55kqA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vI
nF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
* SUPPLEMENTARY INFORMATION:
The hearing is open to the general public and seating is on a first-come-first served
basis. We anticipate a high volume of interest and encourage all members of public
wishing to attend, to arrive early and be prepared to go through a security screening.
You must present a valid form of identification such as a driver's license, passport,
or state issued ID. ...
Dated: July 11, 2018.
Earl Comstock, Director, Office of Policy and Strategic Planning, U.S. Department
of Commerce.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


2. DHS/CBP: COAC to Meet on 1 Aug via Webinar
(Source: Federal Register
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeaz_4AG
KMUB5GxBbWMdklC0hkmBxp-KLGgNhWdJFPzknzkr4TKND89ilYAPysBosJPoP-3gMT0xX2-pIT66UNzKy0EvBAdT8zNjRu-
IVSdAjWBZqCFbaguuGPpCVih72ZdNZb8MlB-
UfYsZxk6gIygDTk6oSVs9Xj9YjSFKDyMEU=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
16 July 2018.) [Excerpts.]
83 FR 32885-32886: Commercial Customs Operations Advisory Committee (COAC)
* AGENCY: U.S. Customs and Border Protection (CBP), Department of Homeland Security
(DHS).
* ACTION: Committee management; notice of Federal Advisory Committee meeting.
* SUMMARY: The Commercial Customs Operations Advisory Committee (COAC) will hold
 its public meeting on Wednesday, August 1, 2018 via webinar. The meeting will be
open to the public.
* DATES: The COAC will meet on Wednesday, August 1, 2018 from 1:00 p.m. to 4:00
p.m. EST. Please note that the meeting may close early if the committee has completed

WASHAR0036399

its business.
* ADDRESSES: The meeting will be held via webinar. The webinar link and conference
phone number will be provided to all registrants by 5:00 p.m. on July 31, 2018.
For information on services for individuals with disabilities or to request special
assistance at the meeting, contact Ms. Florence Constant-Gibson, Office of Trade
Relations, U.S. Customs & Border Protection, at (202) 344-1440 as soon as possible.
...
* FOR FURTHER INFORMATION CONTACT: Ms. Florence Constant-Gibson, Office of Trade
Relations, U.S. Customs and Border Protection, 1300 Pennsylvania Avenue NW, Room
3.5A, Washington, DC 20229; telephone (202) 344-1440; facsimile (202) 325-4290;
or Mr. Bradley Hayes, Executive Director, Office of Trade Relations and Designated
Federal Officer for COAC at (202) 344-1440.
* SUPPLEMENTARY INFORMATION: ...
Agenda
The Designated Federal Officer will introduce the newly appointed, re-appointed,
and alternate COAC members. The COAC will also hear from the following subcommittees
on the topics listed below and then will review, deliberate, provide observations,
and formulate recommendations on how to proceed:
(1) The Exports Subcommittee will discuss a path forward for its work and the work
of the Export Manifest Working Group for the 15th Term COAC. There will also be
an update on the automated export manifest pilots, and on progress in implementing
a post-departure filing pilot as part of the ocean pilot.
(2) The Trusted Trader Subcommittee will present an update from the C-TPAT Minimum
Security Criteria Working Group on its recommendation regarding CBP's plans to roll
out new C-TPAT criteria. The subcommittee will also provide an update on the progress
on the Trusted Trader Strategy and the formation of a new Trade Compliance Working
Group.
(3) The Trade Modernization Subcommittee will discuss the progress of the Regulatory
Reform Working Group's efforts to identify and prioritize areas of regulations administered
by CBP which can be reformed and the Foreign Trade Zone Regulations Working Group.
In addition, the subcommittee will discuss the progress being made in the E-Commerce
Working Group.
(4) The Trade Enforcement and Revenue Collection (TERC) Subcommittee will provide
updates from the Anti-Dumping/Countervailing Duties (AD/CVD), Bond, Forced Labor
and Intellectual Property Rights Working Groups and will also speak to the lessons
learned from the risk-based bonding tabletop exercise.
Meeting materials will be available by July 31, 2018 here
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKjUXjRpHcoEJxljcbi7o
B1Eyfv6RCy4-
CYn6E8YyxRoKsktOXR4GuFH8O_sK_H0_MUiGXp6l4QsXXTI9ww0j9WCpSAoaNzFYY5XGZn8cA4sdXahLY8vP4Zc3gIR5H-
mY3p_AtMG41YN7Wo8pFHc4-
MBiDOCNi9FWioAHQWqn_ohA_AIps_KFG1QrQWNwyNnZIQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8
zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
Dated: July 11, 2018.
Bradley F. Hayes, Executive Director, Office of Trade Relations.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


OTHER GOVERNMENT SOURCES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

WASHAR0036400

3. Items Scheduled for Publication in Future Federal Register Editions
(Source: Federal Register
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuQemUGXodEyI9mJ
-Gn--T6dP6-pS4iSNW6CwFRha00v85tBBIso2QUL6PpAinczMt3XPRu3yecNlRhVutzRIKIhESO1_SBetOiowV-
uGtbBqPat6JNyuZm6wobWybqjbyhAZzQs_97TW3JFUAxJuRU=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8z
WDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==])
* Trade Representative, Office of United States; NOTICES; Proposed Modification
of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related
 to Technology Transfer, Intellectual Property, and Innovation [Publication Date:
17 July 2018.]
* U.S. Customs and Border Protection; NOTICES; Agency Information Collection Activities;
Proposals, Submissions, and Approvals [Publication Date: 17 July 2018.]:
- General Declaration
- Transfer of Cargo to a Container Station
* U.S. Customs and Border Protection; NOTICES; Quarterly IRS Interest Rates Used
 in Calculating Interest on Overdue Accounts and Refunds on Customs Duties [Publication
Date: 17 July 2018.]
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

4. Commerce/BIS: (No new postings.)
(Source: Commerce/BIS
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKo8GnozVEVdVEvTl8
fDpfKMAWFp0Vntj9XbTihVZMvd8b9vSWTStiB3eJ4zbIj4AERzxWPx9yQiAIGh2b1wfoUt4kVUfdUSA7sxpjY6MamGdYk1t6to
JrD8=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==])
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

5. State/DDTC: (No new postings.)
(Source: State/DDTC
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuDuvN-
jISVCyfAmMxI4s0oIqS1BscXSrUnqMksGGgxgD2XlEG2PSfImGfMZ7OAvuuT2FLm2WA2xX0tZnhWXjNWztLZWA7EERBXOn
GGx9-
ij3sWOe2jWXagdgBp8KNk_t4OvQNizWmjaRvzdhLFZeOzF7Tz4ILJz70FmarW6uYLo&c=e5HbzfQs7V1bba4WI34hGsbBLAID
CQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==])
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

6. Hong Kong Suspends all E-Services on 20 Jul
(Source: Hong Kong Trade and Industry Department
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtrjkyIVPTCP042RaIB
MKbh64j7UdSD3MFt05xVkzJ_5fwLxm1VvTzEKt5WIBc9RuYm3Kxy2jO4yMZt4twTAoz1ASVUiHS2BDzgW2PeGYJ8YmvGZku
2dDeMzmpuoSvsyqT09Wwj1EbFp81-gnpZGUNRXP-Xq4rtm9O5Rs-
jhxhYh&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
16 July 2018.)
All e-services of our website will be suspended from 18:30 to 23:00 on 20 July 2018

WASHAR0036401

(Friday) due to system maintenance.
back to top
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

NEWS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

7. BBC: "Iran Nuclear Deal: US Rejects EU Plea for Sanctions Exemption"
(Source: BBC
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeJCQ-
MsK4LRbXRbiX9Z0XcLPWOjpNnmT9B8vD2iyRTWJ3KJm36oA2psWJQ-
ZV4th8wFixCr49qYoNHax1l_dUiRlUnG_QrGefBEJC_2zranEn-
85PSwZHnaDJ0zV0SVZjvbDNHMWZRHohaXSwcaRbzA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1
vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
16 July 2018) [Excerpts.]
The US has rejected pleas from the EU to grant exemptions to European firms from
 the sanctions on Iran that will start to be reinstated next month.
Secretary of State Mike Pompeo and Treasury Secretary Steven Mnuchin wrote in a
letter that they wanted to exert "unprecedented" pressure on Tehran.
Waivers will only be given on national security or humanitarian grounds.
President Donald Trump ordered that the sanctions be re-imposed in May after abandoning
a nuclear deal with Iran.
The UK, France and Germany - which were also parties to the 2015 accord, along with
Russia and China - pledged to continue abiding by their commitments.
They said they would work on measures to counter the effects of the sanctions, but
major European companies like Peugeot and Total have since cut back their involvement
in Iran in order not to risk their business prospects in the US.
Iran has said it will stay in the deal if it still receives the economic benefits.
...
back to top
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

8. Expeditors News: "Israeli Customs Releases New Optional Method to Provide an
Invoice Declaration"
(Source: Expeditors News
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeUXLyfXs
MzFWMnSt9aG7xoqdah4ngB_Xy3jkgImEUETfTIMPtzxwui-Nb5hQpHpyWaIxparRE_0W-jMu4ZtwDrpMX66rqXnP--Q-
dlKG_zz4pYrYl7lIokrcuBXYHwxnRyx074o2TnLiMyGOmnclTABLVJQWxXyHye1YWWuDAxFsXM-
7VDDSu6BK6Wdye4Cn5tlELFqWb_mgQjv7JRyYzhxTONPLtpbxEpdMRp1dZlss=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn
6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
13 July 2018.)
Israeli Customs has released an alternative method of issuing a declaration of origin
newly titled "Invoice Declaration."
Israeli Customs has outlined several conditions for its use:
\* The document is on letterhead of the exporter or manufacturer.
\* The document should include the logo of the exporter or manufacturer, and identify
details of the exporter or manufacturer, including the address and the date of issue
of the document.
\* The document should be prepared and issued only by the United States manufacturer

WASHAR0036402

or exporter.
* The document should include the title "Invoice Declaration."
* The following information should appear in the rows following the title of the
document:
- The sales invoice number.
- Date of issue of the invoice.
- Where the invoice was issued.
* In cases where the goods are transferred to distribution centers in the U.S. or
in an intermediate country and the transaction invoice is issued by a U.S. company
or a company based in the third country, the "other commercial document" should
be issued by the U.S. company only. The document should specify the list of the
original goods entitled to customs preference.
* The "Other commercial document" should include an invoice declaration as stated
in Appendix A and B to this directive, with all required details.
The Israeli Customs press release may be found here
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILe0_RmZ
PRC3LZjfx-
zFZYn6Ge0pYlcMj3tAx3ieUDIZBeDHYWaAIbqHxTt7U40KWazJO1_vYQBMwmx6yzrWoxTAEfSGmbENUCP7TnCNAK8eXSHc
aYAPK3FgH6JO_nsdyxtcVIktT0eKFzylqrD3zKMiQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
 The U.S. Customs and Border Protection announcement may be found here
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILev1kCxk
0ComC5xx1lxlTBR1GRkAYdEJWTJSyg1pqDabzN4rJYc0Hg65W2tL9Qjvs_hUVLRZ9OetoOzxmc432ZxZEhbbuZTuwnTJtIdI8Or
FmMoa4Adylr6zFsSztq9hskcwbgT0lYbNAewFGDqPzLG56XyXDifO-
eoZjfgNlLDffPhGBRVP6gdE9jDHInOBOxJg0LN9P8w_Q=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vI
nF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
back to top
* * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


9. Reuters: "Mnuchin Says U.S. Will Consider Some Waivers on Iran Sanctions"
(Source: Reuters
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeIt8Pnz3
UBJwcLu--saeRzjIi-jD4OVWCfh98vIFyq-IvkSHOri2bI7naYIk_mpwxF-thkVcC_p3Dj-
G53z0eApsvTqiThqDj_IFvf_3b7VV72OftxSnsnOuB8oUzw4I0gwkWBUYyGElEBsunPVD9E2DCO6QUI2Jvg7XiW-
IsYxBogfVi8ESz0MiZKA-YzWHR4oz_YHCxmpEAHj4lRhKw8Kx9-
A4XiQECHpb1LIj6EKilAih3dbmNDI1NmdFQViUz&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
16 July 2018.)
The United States wants to avoid disrupting global oil markets as it reimposes sanctions
against Tehran and in certain cases will consider waivers for countries which need
more time to wind down their oil imports from Iran, U.S. Treasury Secretary Steven
Mnuchin said.
"We want people to reduce oil purchases to zero, but in certain cases if people
can't do that overnight, we'll consider exceptions," Mnuchin told reporters on Friday,
clarifying some U.S. officials' comments that there would be no exemptions. Mnuchin's
comments were embargoed for release on Monday.
Mnuchin was talking to reporters en route from Mexico where he was part of a high-level
U.S. delegation led by Secretary of State Mike Pompeo to meet Mexico's next president,
Andres Manuel Lopez Obrador.
The Trump administration is pushing countries to cut all imports of Iranian oil
from November when the United States reimposes sanctions against Tehran, after Trump

WASHAR0036403

withdrew from the 2015 nuclear deal agreed between Iran and six major powers, against
the advice of allies in Europe and elsewhere.
Mnuchin said he would meet with counterparts from developed and developing countries
on the sidelines of a G20 finance ministers' meeting in Buenos Aires on July 19-22.
U.S. sanctions against Iran are likely to be raised in his talks.
Pompeo, also speaking to reporters on Friday, said he had discussed U.S. plans to
reimpose sanctions on Iran with "all but one" country. He did not name the country
he had not yet consulted.
"What they've asked us to do is review how we get there and the timeline for that,"
he said, "and so I'm very confident they understand."
Iranian President Hassan Rouhani, speaking in remarks carried live on state television
on Saturday, said Washington was more isolated than ever over sanctions against
Iran, even among its allies.
His comments appeared to be trying to ease popular concerns fueled by Trump's decision
to withdraw from the deal with Iran on its nuclear program.
The likely return of U.S. economic sanctions has triggered a rapid fall of Iran's
currency and protests by bazaar traders usually loyal to the Islamist rulers.
Trump has said he asked Saudi Arabia to raise oil production if needed to ensure
 global oil supplies and the country has 2 million barrels per day of spare capacity.
The Organization of the Petroleum Exporting Countries agreed with Russia and other
oil-producing allies on June 23 to raise output from July, with Saudi Arabia pledging
a "measurable" supply boost, but giving no specific numbers.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

10. The Washington Free Beacon: "State Department Gives Up Case Against 3D Printed
Gun Pioneer"
(Source: The Washington Free Beacon
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILezfZGxQ
3jbAWWwvuH6d5uTVBfJIOa62EPDdh-BmCWMOlSy7zMqcdEY9BbO3h_6-TAYOO--y_NZSdiUSbCFDF0sJyLWMj7XMk_92-
aKDKeKFSTO-OVe_s6wKm-r_2xX5P2SUXyIRdlIuKe-Iz3B55Te6mWwGNEySrfgCD-
eeanx05YrQKQaaJE392QjwW7YuTJ&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
15 July 2018.)
The Department of State settled with the Second Amendment Foundation, Cody Wilson,
and his company Defense Distributed on Wednesday, dropping claims that posting firearms
designs on the internet violated an arms export law.
In the settlement, the State Department has agreed to waive prior restraint, which
was imposed in 2013
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgr0QxrMVsY_LCRyJ
qkMwmYG4IwwavNbpSVJ2zl4gyrbp38lYOMgHqZnGZb1j1ikrHvtnqZbbRCDXWMCZJb9BPjixQ_Jn8rz26VFfU0kj7Z0cn2kB-
hAEctGWEP4jAX1JrpLPhbD44EKbF_aatpJDSOKI3vWY3lL_5vH0cH_A0qGYigv_VSCTxuzQUV-
k7mcgg7t_GFlp6Cu_SmlNAOnXcCrLnVnboqE1A==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
against the plaintiffs, allowing Wilson and Defense Distributed to begin posting
 gun designs on the internet again. They also agreed to pay for what plaintiffs
described as a "significant portion" of their attorney's fees. Defense Distributed
will also be refunded the $10,000 in registration fees it had paid to the State
Department.
In an interview with the Washington Free Beacon, Wilson said he believes the settlement
was inevitable because he believes the State Department had a bad case.

WASHAR0036404

"I think by the end DOJ realized they don't actually want to argue with this because it's such a stinker from a First Amendment point of view," Wilson told the Free Beacon. "So, I really think they needed to get out from under it and they already had the export control reform so they literally offered me a modification of the ITAR. They literally rewrite the ITAR for Defense Distributed in an anticipation of the change in the rules. Who knows when that happens, like a year from now. I don't know. All this suggests they really needed to run away from it because we took it down to the mat."

Wilson said his company is planning to launch Defcad.com [http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILebXk6JrGnVj-IswgY8VzeXxsLegnV9dqrTN94dsQ1yp28-OgXXJYmlH3SJYezchJtg0t0ycjkkouz5YM8tnP0k6t5vvkkteXJKnpHO7IfT9A=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==] as a new resource for posting and sharing gun designs.

"Basically, because of the settlement, if you submit to me and we post through Defcad by these new rules in the ITAR, that information becomes public domain and so it becomes for all time," Wilson said. "So let's say Oprah gets elected in 2020 or whatever, and decides 'you know what this sucks, I'm not gonna do this anymore,' well, whatever got posted in the meantime on Defcad that's for all time, that's good, that's in the commons and nobody can come back and get that. And that's a very interesting thing that I don't think people understand yet."

He said that while he first gained notoriety over his innovative work with 3D-printed firearms and the State Department actions were in response to that, the settlement will allow people to share far more than designs intended for 3D-printers.

"People don't get what you mean when you say 3D," Wilson said. "We ain't just talking about 3D printers and liberator pistols. We're talking about all the engineered drawings, cad drawings, everything related to technical data of all the guns we know and care about. And, of course, the new things. The things we haven't seen yet."

Defcad, Wilson hopes, will become a hub for gun designers as well as hobbyists.

"We'll try to build a resource for our culture, our industry," he said. "Maybe it would help new companies form faster and other people collaborate together better. Because there's not really a standardized place right now."

He said the settlement will breathe new life into the online gun-rights community.

"The biggest takeaway is that this really is an opportunity for the Second Amendment to have new life on the Internet," Wilson told the Free Beacon. "It's not really about 3D printing. 3D printing's a good handle, but in essence that venture we had with 3D printing gave us access to a monopoly power to put all the data related to all guns on the Internet. It's a beautiful expansion. I would think it's actually difficult to overstate how important it might be to our movement."

Alan Gottlieb, Second Amendment Foundation founder, said the settlement was as much a win for the First Amendment as the Second.

"Not only is this a First Amendment victory for free speech, it also is a devastating blow to the gun prohibition lobby," he said in a statement. "For years, anti-gunners have contended that modern semiautomatic sport-utility rifles are so-called 'weapons of war,' and with this settlement, the government has acknowledged they are nothing of the sort."

Wilson said he expected the State Department's admission that AR-15s and other semiautomatic-only firearms are not inherently military weapons would be used in future litigation against bans on so-called assault weapons and other firearms.

"You've got the federal government being like literally for purposes of regulating weapons of war-the AR-15 is not a weapon of war," Wilson said. "You can take that

WASHAR0036405

to the bank. And I expect people will."
He said that while Brett Kavanaugh's nomination to the Supreme Court
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeKLD8W
XL6VqSZ6riNglqe6L99Vt2Fdgn0gxRa8fpFt62iNS7vTgJ3MLDk7qEjMHWyUvhLlI7rfPR7yUbUtbH-4Wu6TRKpC9FwP-
pWnLUSaPT6Us7obkRgnSUI9U_dd6D8ARuOXPVnnmLKpCltI73BACZ_rLx2kgbfceZYHCwfXuw=&c=e5HbzfQs7V1bba4WI34
hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
may lead to future legal victories for the gun-rights movement, the settlement between
his company and the State Department is a reason for gun-rights advocates to be
happy right now.
"This stuff here is good Second Amendment news right now, not stuff you have to
wait for two years from now," Wilson said.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

COMMENTARY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

11. J. Helder, C. Klaui & D. Lund: "EU Trade Update: Trade Aspects of the July 2018
U.K. Government White Paper on the Future U.K. EU Relationship"
(Source: Akin Gump Strauss Hauer & Feld LLP
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeihxSRtQ
U7zqqOmJ3HWOgXfVJrZ4gKDoYsEkRjR0cy75P8oHWGb2s3nD9fV5FXhhsHiSPrus-
wsSDBoNd0t5Drb03IkLhv_r1ukvslEk2kVAZXQdkU8HtW5ZnD04FRggT6MAxS630gRuelzu7YHlBN5f0sKM8DVtqUXViB-
tYpLzgA2tyR3w3BlZbW7kUnKU1kdX3ISMNm4aJzgxUlmM78lEJ1g93Rbmi&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oU
PF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
16 July 2018.)
* Authors: Jasper Helder, Esq., jasper.helder@akingump.com [mailto:jasper.helder@akingump.com],
+44 20-7661-5308; Chiara Klaui, Esq., chiara.klaui@akingump.com [mailto:chiara.klaui@akingump.com],
+44 20-7661-5342; and Daniel Lund, Esq., daniel.lund@akingump.com [mailto:daniel.lund@akingump.com],
+44 20-7012-9653. All of Akin Gump Strauss Hauer & Feld LLP.
Key Points

* The White Paper
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILecfb91Ak
tzIubZVikwkujal_-5DuExdK-
lOaDonO14s0acievGpAHSttfR5borPE7WAYRTRe4lT0MUAkrdDxnVP3HfP3iEFaevEDr3D6MgG_xfLDxQ2i6nKI5g9W-
xUMeTkoOqb17vFCW8MPS2_D1iuy-1IMWwRwBg1RWyVmHx1DMmWEsSFX0cfenH4YITWh0Y-
UsQFCdGE7maXg0c0axRSq5RNtSb37h6r_SacHMR9F-6YQmfs3pyDqdxN7qlkuGjzP8ZRYfo1cxU1KxW-
xJpHGvVAZeMYtF5RJjQ6tbbln980Y_1OuRENS-
dZbgG0SaH15bnbdBjYbheapEv8ZFjg==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
sets out in detail the shape and    scope of the U.K.'s desired future "association"
relationship with the EU    post Brexit. The U.K. government hopes that it will
accelerate    negotiations with the EU with a view to agreeing the substantive
 elements    of a "future framework" alongside the withdrawal formalities by the
end of    2018.

* The White Paper is wide-ranging and covers the    potential for a future economic
partnership, and a defence and security    partnership, as well as measures designed

10

to ensure appropriate democratic      accountability through joint institutional
arrangements.


* In particular, the White Paper sets out how the     U.K. government seeks to
achieve frictionless trade in goods between the    U.K. and the EU-despite the
 U.K. existing outside of the Customs Union and    the Single Market.


A Free Trade Area for Goods

The United Kingdom (U.K.) government takes the view that, to achieve a Brexit that
respects the outcome of the 2016 referendum, the U.K. must leave both the EU Single
Market and the EU Customs Union. However, the U.K. government aims to reduce the
 damage that this is likely to cause businesses by entering into a "deep and comprehensive"
economic partnership with the European Union (EU). At the heart of the U.K. government's
proposal is the creation of a free trade area for goods. The stated purpose of the
free trade area is to "avoid friction at the border [between the UK and EU] and
ensure that both sides meet their commitments to Northern Ireland and Ireland through
the overall future relationship."

The cornerstone of the U.K. government's free trade area is the implementation of
a Facilitated Customs Arrangement (FCA). The U.K. government hopes that the FCA
will enable near frictionless trade with the EU by essentially mirroring the existing
mechanisms of the Customs Union through a duty-remittance scheme and adherence to
a common rulebook. However, by remaining formally outside of the Customs Union,
the U.K. would not be bound by the EU's Common Commercial Policy, and, as such,
would be free to enter into new trade agreements with third countries (to the extent
that such agreements are compatible with its proposed commitments with the EU).

In terms of timing, the White Paper notes that the FCA would receive a "phased"
implementation. The U.K. has committed to remaining in the Customs Union during
the transition period, which is scheduled to end in December 2020. As such, it leaves
open the possibility that the U.K. may continue to stay within the Customs Union
 beyond December 2020 to introduce the FCA in a gradual manner, to the extent that
the U.K. and EU are not ready by January 2021.

The Introduction of a Duty Remittance Mechanism

In terms of mechanics, the U.K. would apply the EU's duties and trade policy measures
for all goods landing in the U.K. but destined for the EU. Where goods land and
are destined for the U.K., then the U.K. will apply its own duties and trade policy
measures (to the extent that they differ). The EU would not, however, be expected
to apply U.K. duties and trade policy measures at its borders. The U.K. has instead
proposed that the U.K. duties be settled as part of a wider duty-remittance mechanism.
The U.K. concludes that, because all goods entering the EU via the U.K. should have
complied with EU customs processes and duty measures, there would be no need to
introduce formal customs processes between the U.K. and the EU (notably rules of
 origin requirements).

The White Paper provides a worked example on how the U.K. government intends for
 importers to settle any duties owed at the point that goods enter the U.K. The
example states that, when the goods' destination can be "robustly" demonstrated
by a "trusted trader," the importer will pay the duty amount that corresponds to
 that destination. In contrast, where the goods' destination cannot be ascertained,
then the importer must pay the higher of the U.K. or EU duty and seek reimbursement
(if the goods' destination were to a lower-duty jurisdiction).

The example, while brief, raises a number of issues. First, it fails to clarify
what "robust" evidence "trusted traders" would need to provide with respect to validating
the final destination of a consignment. In addition, it raises the question as to

11

WASHAR0036407

whether importers that are not "trusted traders" but otherwise provide "robust" evidence will always be required to declare the higher duty rate. The White Paper also states that the U.K. and EU should "agree a new trusted trader scheme to allow firms to pay the correct tariff at the UK border." This calls into question how pre-existing schemes, notably Authorised Economic Operator (for which the White Paper proposes mutual recognition), will exist alongside any new requirements. For materials imported and subsequently processed in the U.K., the U.K. government proposes repayment as soon as possible, (e.g., at the point where the materials have been substantially transformed into U.K. goods). The U.K. government points to the pan-Euro-Mediterranean trade agreement as an example for rules of origin. More broadly, the proposal is likely to place several new compliance burdens on U.K. businesses. For example, importers often do not know the final destination of their goods upon initial entry into the EU, but now will be required to do so. Moreover, in instances where U.K. businesses seek to obtain a refund due to paying additional duty (because, for example, they cannot assert the final destination of their goods at import), such businesses would be required to track the goods and evidence their consumption within the EU.

A Common Rulebook for Trade in Goods

The U.K. government has conceded that, to maximize the possibility for frictionless trade in goods post Brexit, it will need to maintain a common rulebook relating to all rules necessary to facilitate such trade at the U.K.-EU border (e.g., product conformity legislation). In reality, the U.K. government appears to have accepted that this will require it to continue to implement certain EU legislation beyond the U.K.'s departure date, with the White Paper citing the Union Customs Code as one piece of EU legislation to which the U.K. would continue to adhere. As part of this, the U.K. government has requested participation in all EU technical committees and regulatory agencies relating to legislation that forms part of the common rulebook (such as the European Medicines Agency and the European Chemicals Agency). The U.K. government asserts that participation in these committees and agencies should mean, for example, that manufacturers have to undergo only one conformity assessment in either the U.K. or EU in order to place a product on both markets. The U.K. acknowledges, however, that it would not have voting rights in such committees and agencies. This raises the question as to how much influence the U.K. will continue to have over EU legislation that will directly impact the manufacturing requirements and product standards to which U.K. businesses must adhere. To this end, the U.K. government has proposed a series of institutional provisions designed to ensure that there are sufficient checks and balances in place to mitigate the risk that a change in EU legislation (that forms part of the common rulebook) does not adversely harm U.K. interests. If any such measure were to enter into force, then the U.K. government states that it would reserve the right not to implement ultimately (but acknowledges that this could have an adverse impact on the wider relationship). The White Paper also proposes an independent arbitration panel, including sectoral technical experts, to resolve disputes on regulation and could refer questions related to the common rule book to the European Court of Justice.

EU Response

The EU's initial reaction to the U.K. government's White Paper has been one of guarded optimism, perhaps due to the fact that it envisages a closer relationship between the U.K. and the EU than what has previously been suggested by the U.K. The EU has, however, previously stated that it would not entertain a "single market" for goods, since it deems this to be "cherry-picking." Moreover, when the U.K. government first raised the idea of a customs partnership between the U.K. and the EU earlier this year, the EU raised a number of substantive concerns regarding its viability, notably

WASHAR0036408

that the arrangement would be a target for customs and value added tax fraud. This
is no doubt exacerbated by the fact that the European Commission launched a £2.4
billion claim against the U.K. in March 2018 for unpaid customs duties relating
to fraudulent Chinese imports. The U.K. government acknowledges that the mechanics
of the proposed free trade area would require vigorous surveillance and enforcement;
however, the White Paper does not provide any detail on how this would be achieved.
If, therefore, the U.K. government's latest proposals as set out in the White Paper
fail to gain traction with the EU, then this is likely to make the U.K. government's
current leadership more unstable and a "no deal" situation more of a possibility.
As such, it is critical that businesses plan accordingly.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

12. M. Volkov: "Episode 47 - Cybersecurity Threats and Compliance"
(Source: Volkov Law Group Blog
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKpymiGcHOFRyFr1PI
dmOKKSztkNWXU2bDzvxBQdAIO6LX8rbn-
F4aDBbl1DdTZaTJP7XYfxed8Usw9HD1SH96qwPNMYhWNX4ZV9tEJ8u2iPWsOmsCope2lo=&c=e5HbzfQs7V1bba4WI34hG
sbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
15 July 2018. Reprinted by permission.)
* Author: Michael Volkov, Esq., Volkov Law Group, mvolkov@volkovlaw.com [mailto:mvolkov@volkovlaw.com],
240-505-1992.
Companies face evolving and significant cyber risks. The FBI estimates that ransomware
will generate at least $1 billion for criminals.  Businesses stand to lose at least
$400 billion each year from hacks.  The cyber defense, forensics and insurance industry
will be worth nearly $200 billion by the end of this decade.  Each year there is
an average of 1.5 million cyber attacks, or approximately 4000 per day.
In this episode
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILepUWTk
ePiSY50CtEs2T_RkZDcFkjUzbjAZ6vpqQC4wiCBqsmY7b-
wI9NzHzTEbiR_wK_1nquTbSHIZhvh_SpWCn93YVCv6aAEEZbPmEqBZIOms6vgH_3V6yNo82xnHKwgoYRHDfRur5SvKcQxN
4BtaOjKKc90khB69GiGuM3rONGONnaSp4yq5utIesnLAM4-
&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
Michael Volkov discusses cybersecurity threats and compliance strategies to mitigate
such risks.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EX/IM MOVERS & SHAKERS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

13. Monday List of Ex/Im Job Openings; 180 Jobs Posted This Week, Including 9 New
Jobs
(Source: Editor)
Published every Monday or first business day of the week. Please, send job openings
in the following format to jobs@fullcirclecompliance.eu [mailto:jobs@fullcirclecompliance.eu].
* COMPANY; LOCATION; POSITION TITLE (WEBLINK); CONTACT INFORMATION; REQUISITION

WASHAR0036409

ID

"#" New or amended listing this week

* Aerojet Rocketdyne; Huntsville, AL; International Trade and Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnMqwIZKWJKLDe2N
cf-lv1bHpGvk17yJLgbB0Z07opJEh5PqoLZcMC-g39uUJgqvztsfgaGFOtChvV-eKvOpDyfCEQjglc-
ZcsskyDrSYmRpODTjFOsXj2puxmF7Qq1bC_4AsgiePPMsuUbgS_XdALINuWK9Icqu11ZcXvQMIgJLpYGk_SMzr5o0FybTAXEH
ExR0vqPi5ZY0-YZFc5os1S4pzK7gcOJ6e9PQIT9yYjf-&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Aerojet Rocketdyne; Camden, AR; International Trade and Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnMqwIZKWJKLDe2N
cf-lv1bHpGvk17yJLgbB0Z07opJEh5PqoLZcMC-g39uUJgqvztsfgaGFOtChvV-eKvOpDyfCEQjglc-
ZcsskyDrSYmRpODTjFOsXj2puxmF7Qq1bC_4AsgiePPMsuUbgS_XdALINuWK9Icqu11ZcXvQMIgJLpYGk_SMzr5o0FybTAXEH
ExR0vqPi5ZY0-YZFc5os1S4pzK7gcOJ6e9PQIT9yYjf-&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Agility; Atlanta, GA; Export Compliance Administrator
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4y4Gp
4HBUtuXhh49aGmsiH_Si4TXLYsWW1_pJMNpPQYtl_DIZQ-DU2r1eH8qCueMjFV8QvFdm2wNXzKH-Kb-
C0UYe7r6OhMVaSl8KZpla7q8e3Ux2LoelKBe1B8OOXZxjs3eybuk7DaEHf5XKyltqUTgAcnxHDdcQtdRodFbH4Cjv18ZLPpIT_4
TRxQYr6apzgjLNUuPBm1_PD2jHzZbLQA2yWBykIvL8DS1qSUN96cDDZII6Rz8LPg==&c=e5HbzfQs7V1bba4WI34hGsbBLAID
CQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Agility; Houston, TX; Air Freight Export Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFYW0t3
BM1nsIHnA1Aue2aBl1DaF5imggMhv_3IdoWlHWRObrv4D-rCjY4RvZpp7a518TXAsAK-
z84xmMsQmT6EgE89WULkwNWYJF6H1QkrmgfjXRO2IfhWpYpm_uI0l16gA_Mnn_vGDbrfn9V4T4-
YSs5mymiCcI0A_tISTnasRjXsgFBTkgcRVqy1_9N9QYfdsm_IyOvyWt7UgBOvhXhjuWsyx07wbjIxyJOBcc4VTi4xySSAxzGBZw=
=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Agility; Boston, MA; Air Export Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY48tMx
CvtYpJamLxM89WG_-veWiIxUjbCRKLHYq67gvFXCX8Zrvb-
623k7uDb15SqLA1zh9Yb6F4TSgRVgyWUfeScCUsLQZeRTgQNKkghX81EjAeCsevgv7Z3G7ma8nYbRqCAlBrHLl21yAX_TnJHv
-
xohZCKDjrA9YR5lPGxr57UtEuYbma5v7zpwypBcKbEhmyFFGbBcxu4DcL42883HO3T72jJwoCN23X8SDTABkmI=&c=e5Hbzf
Qs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Agility; Boston, MA; Ocean Export Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFYzDAbl
6V4KcZOVhwWkGdaXm2W3lIJlTf8mMUXC2SxleVpc-58EBFuTwppng5bD-
_5JpvHiYu4fVJK4eyvDvktEtJxrj8Rc3XbbkXHuQ_hauqrgtkAkZMicna5nbilzOZnXTuS8qD7A2gf2pY39ThkVYWwEa4TE5VXoEc
uUrQ44wW1WE6V9vTw_THXbySL06Ilta0MMJEQtWBVqRd57-
BJ5zwZhHsDfli667jeDTwgu63s=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Agility; Bensenville, IL; Ocean Export Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFYBE9k
oOxjrzFXhH4ngawcwXz0J_YMtLFU_1G0rIORztEKLPrDF4E6hwndie-cw73N31v07BecVkVZZJkRV7wOaVM_PDf5i92-
f9KW9ACugNzVp0N2LAIyuCfVmVqdOCzqP4HRDM3kd1kKU-
fJOtevcM74SyPK_MSlGDAPBLSNo0Z7N4L9ukrC4eg2gxsYKHgB-zciOhagH8JcpZccm-
qbxu81YolkazWaB13T_8CwRCM=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Agility; Basel, Switzerland; International Exhibition Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFYVxXQ
x5RyvcczfCnJgZRI-70kLDPSzA3khtnzyDeO3UCi6NnVgrriUvK9yZD15-8PFYSL7V56sIWFqxoeR5uFbi2KtOJ-

WASHAR0036410

9_NEV6JfMeQg3jBriS2PN-xmPx77wieB2kjoRhmfsPmUJH1OYeNZ00W1bd4sWepA-
CT5ooP8Qt9RiaxpRitCZd8lO57gnfR6zfz5nK3GEZX69Vbs6CK82iJ69dBvdFbouQcN5x2XIMLwjh8kF1CFBlYqiQ==&c=e5Hbzf
Qs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Agility; Genf, Switzerland; Ocean Freight Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY40R3jb
xTIfo0GcsncFAnAyY9AMOMVqBheCMHJ3CO1d7MGuT1FzkoFSPL-
fk6cwzPZs40ikA0w0sQ2jutqnFjbsslas5uViOGhwv6I0I2kyCmsGcQb99y57TfMSQr3PvJyEXPPK-FmJ_zyxn9lpzX_RL8q-
cms0CksIqO3wBaQr7YxUOr_trIw2Y71VqoPy_0JNpse_NWMZj8JjW3fkTP629N39pIRDYz5B5dr-
XUZyno=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Agility; Coppel, TX; Air Import Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY47S1X
0Bim7gLI0vF1gjDC-Jhj2fyK5-
urbQkNRA7KW1Le7p7orrPyfeJWb7Mq0KPiEbEXLKSkW02yHM_zCY03yBJfNvTc_GRKhCrcObrENOQdZA0Bs6pKkPJj5QOtu
MNUymdNqRk6DZL7yFK7ZmZDhB7nG4vivChWCvifIe-HkC6n-
e7y42bwcemIjhqaVAXCnNYBjPxJlv4VtniaLH96v8mIUgfdqou-
XSa0U6lA2FU=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Agility; Burlingame, CA; Ocean Import Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4ElU6V
CRQnO1XTOaDqvoDld38elUrqIE9sHeErt79Xt4UsHEFcEs8hKDx05ROmz2X8T1AsLsgqJYwecAjlh7URys8fOCZkv9Yv3TZqPSP
kRt1h2KBP6QJqn2nZ2sWeSgTLhz-Ez7JpqhGEE-J8OUSjWOPY_o_zTMU9b20T-
B1I3sT0L3fapM1vuEMAZ_JM4IH30ccJKTRRZl2z1nAmWfXyULgGu5qUDgMqojZKAIjsVU=&c=e5HbzfQs7V1bba4WI34hGsb
BLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Agility; East Boston, MA; Entry Writer/Import Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY42Ff2O
px1xEQ6Tu0Hvm2Y0kpF2SlMVRX8EXrz2SCtztEerZ154sdjvm_-bolELpnpUbPJYdsS-_IOs30xXvZJXq27AE5-
V_VB_UfrXxWQOHphsWNdZF0-
bSDrgo8YRAaDsoLAKIVGvwIDvlJkfWkYONdUwameZirYtRjpvlAPEB3uIshJzs5pWoXYSdNdOSsvqbXvZtr7O84ugE-KDF4t-
u3yXB0kovyvjPA8LwwjQdt4FHVZouCbA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Agility; Dallas, TX;  Air Import Supervisor
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4XfUw
UdWQutqUHTuSKXBbLM1LiLCS1IFSv04_MvDs0k5uGKUtrs5Pt0jXadNNjnMruiRWhq9uNQ2Ew-0H_FvBwG-
PqSlgbZ9QcAEz1PLr0CHQfYC7w2gk_ZNiQXn90SewH50G-
wv1_0r9m2xegsUnQeJTynNHnJutBHAHk2tNaDlfHg2HBZUwPep-X0UNdefq-
dEUuai1eUHbrk2gT1MUWY4R_DvwdNXzuafwQHuvbLk=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw
1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
# Albemarle Corporation; Baton Rouge, LA; Logistics Specialist - Trade Compliance
and Marine Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeqdmjgx
c5LVdODRIRjbtG3mDzvDvWQI1N--CA5t8PUZqQA-TWWtkLVcvUrmzygGB5zOZbIPSjIhOCD6bNAMO6oXd--DSncKe-
YYdS6_1y2u1vz-rOVfo9XOgmP4HFVjxE5NU3P1fvEpTbFbqFeoyJmX77boOcSkr-ulp1T9INLmy3RjV0ZHUOTS-
XHmYBCfTiY7vi5h9l5O8R4DPuXL415xQzUNQpg9vyeMEN5pwMKH-t2trhCs6n8nTLlqkYfCfnQMZaWtwR-
PrQwDHptV8xTEAmafEkhyEs3Ri2ZRrzHgjyrbZa7UEeTt_6u-ebjYcnyKo0xqs-oQJ-
elBUw_BXeoJb5WmSGoKK7CrfDNDIG_msL7qL0rhJFajQrMqbzCKJuPD7q1LsABTT8ZnZhu2JJKMsNA3hrsV5xxBBODm6DJD
XfYhSFx5xEkVZPraNJBQqaAdX10ReQn52fuK0butkDq1a2H7jPhl_s6mDpBxTVKJuBEbVb-
7BTncnnVoNd9tCtUcjIZBeIR1F0LpCBQyRYSm9kFf0BZeP3RZ-
lUVIe8eDR4G7OZMWQET6YXwphfCcx_g_Yp9KnYtZNqQpQJVErGO3aClw3DEtOu0V0COw7IAoQu2ciyX7nq8gCZaGzomiz5
CFZ3HjBWHeqnPlq0ofVA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

WASHAR0036411

# Amazon; Seattle, WA; Head, Global Trade and Product Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILea3CKzK
ocofd7wOK2PrN2MWp6yVCUdxGFPnHPFnpffxdfvXMgj9nCMnpPZaVrbnLnI7jVvBkuhN8fCTogOxeqg-
gyYbVd3c3fJqBodyMTBVHPkr5CeIO3M-70Escd6zIx2kD7z5Kgabj73Kwb66Uf-oEgey8iHcleVm2JZWoThs-
ucu5hXP3X9VXKMTCAy_LOSZueC9BbPdKtnfdD2AyOheGt1rwN3aGqUViVHDYCfiNOAoERgH6caAeyCHL5sT7Wk-
eQFWfzhPBx5ugtaO3MDuYzFaSrk6-
Aa617oAHnMzgSMoXRYFVgaNdW6tQLnRnF00ZmpMHi1Z_ug8qMUJsliNC4ysdGCuPW3w3PIUs7TN9ULtadKEorkA9bxJZ8F
cJ3njVbnK1wHU4huvdLZOVFrxtwePcqOGYd2hA7C4hL67LMowqhdvYyJALtXqmgfwZRjSUx39ZCOH2mE47oo8UvTG9Ks_zi
DN71JA2hy5HnpnIlr36h9Yi5KR6hvb1SYLgDYvMOw3AjPVQHHNJoAn9Un_iCUPMbNNNAHl8Q9Nk4FczxZL-
J7NBLs37VlFGxuuoaDmdhBMJYQyHjs1Vk_6BtrkJUjksQE2DumXTliNg2AOPzHIj1b4h5f05SmbFVt_p1osxcZGytYSS4hyIe_Kc
gYg==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
# Amazon; Seattle, WA;  Global Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILesWa2T
Hi0bfwE1hU58FSR_DVr7Xd6m3EdISGJQB7zwffF_4HG-
pfpV_8sl_Tx2kThz4SID4JXTLhVOFoZcofr3hflqwz9z4OTu2Xb59mldZTxw-ciSLm5GT10vw6yweyooZOern2kxVPDspfppglOJr-
vKKdAC0KAV4LTrkkp4DKADMNOS51bbWfm1vOW0s0npAy6NAItJHucgn_rTtD5Yb4elTC6Vv_m2TMdwVmjdW6BgFtxoYsU
FjA_GJ0IfU8piwRAL62AxbU_z8q7g1NPj4pUSoNbwXKuPXoH0MFA66pPeQKwekjGK41lU2d5H_OTghFIBP8hiGkTyckGrWCV
EAXisp_MAgB1Jr1qUPL1pB_WFGsb1N_gn9gWKM3W3e-vs4pF-
OKGDrK8sG4VPfDWsAoVBWLy5TVJ4YeiIVCK8NpKP7SooPYtEjusyXDp-Yf8zjitYp4-
2HRbvPX5DVuq3lkRyRxUzlIEcmKbE0xMHksbUNPCXEP02XjHhTgukDJgv0Ibmtn4FSekIrVqTIKQmcd5Na_jyBCHIQQVdrIXo2S
afdXYmdfEj_hX8Kj-vH68Z-9NcLd9H940f7KczSZXaQHIX-
TsXDpvzKsD4m9f4BTCenRMBodl_NrRpNjl98wxsAplIzHwRBOzRuNPGhBT8-
w==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Arconic; Torrance, CA; Global Trade Compliance Manager - Import
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnMqwIZKWJKL1Y54
DAeAWeukzIHzQDd-b4M1K0qMGs-4aSzC1GXTyTu6dStOVo4iQv5B05GY7VuuSni_jo0FoBGkvkY7Wc-
y4X4P5nIEWwInDG9sZi-
GnWi5htRwTYOHphBrIIvs0vc67MYtO5mpkvdzUxDzmnXcSJpC08Z0LazWQ13hE11nVp38n6UJ6ujSX-
aFU8jbmT9UdHu5F6N82lz2Bf-BDBK8yQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Arent Fox LLP; Washington, D.C.; International Trade Associate
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtkF4uPI96X9qZPQZx
-
LoKbldPZaWdyOXynPYorXKuHRobnV1HzrSQtEwLAho1kNf1BxTZjK2V7P9sXtOR99BDfMxvAGHJxJAhhPwcm7tNX5A3H98W
A_sZrkcmvog-c1nlTX5L9DsWmhSCY9oLrEZWbmxooE1YGtXvLeMKcLfQIT_q3B66-QwFLwzSYhVuSFxazWa-
fE2JJiFWwrfUOR0WDknjLJNslndWybalsLpar5&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Arent Fox LLP; Los Angeles, CA; International Trade Associate
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtkF4uPI96X9Kqa_1k
-
TuAOCVkNyT39ewWr0bYqQK_azOVux9oTnVrCr2Cvtd2Yg6_i_aTMI46SSGMeom3kXqtQjQMsA6CncNhco9ha6j933e20ac4
mEM_Hk0vUYcVT-ZkRNbEgR3hzOrxD-tR9Tnj4rT1IW6EIwyIMmDcsfgVEdi58qK4rIqor-
rNhxj8grWg9z7MEDS6mQnfF7YjtUxTdFhFaI_2KwJj-
L79D_F9Ln&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Arm, Ltd.; Cambridge, UK; UK Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4Mo41
T1i-ALZBmUeKc59PRvC5_Ltqe4ZlpG2ClNXN0N3cO8BAdx1T1AT6yakyJtZHncFEezNvVW8ivghpE3eo-
UCtIaS51oRqR6H86Eq-
U9zSrvi2rNIsUG21NkbDqTVwYnfXetpq7ySgWATNf9ZljiI6z2y4LsW2E04OJC0L7tT5HRM7ccUhecedJVqJSrpJ86W_rTrc2Fbz2

WASHAR0036412

bUf8iwpjSQiQhZ4oAgFttuxqtp_Ial_TVSzvU1-q_ipZQoa_frMsGRiIYfDsa-
lHQzWRn4oKw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 13650
* Arrow; Shanghai, China; Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4KVNo
A2Cyu3HrzDuX1IllRPtVTYfne-ibANJ1kBqbqdAvLJDS8zdvdtY4S2MfRDGaFUSnVBRvNSgPfHIdgU_mZeQty6re7DLX-
S7NkZNd4CP-x7EpEWGdC7R7mIKxwJ6GpVQKcHXjxvmoDsipWffGhvhIeE6RZ9FmgwAoWOVDwF-
csbJw7tIb30cBQZjIQ7xWMF8XbQoMG1DBY-
PuQIHM3Q==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Arrow; Neu-Isenburg, Germany; Sachbearbeiter Export / Global Trade Management
& Compliance Officer (m/f) - befristet
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4-
LAMBueiyjEKlb_f8owQAT0UWWno2rgAYOQOg2sawUz61krmDYWjGWMfsGsQHMt8oYhdoV8YyEGQMyjUsbCRZAuwvYOI
QCrcgOVDUNGY7kfD1nFpZlR2xji9QstbmuG0pTk32DSDBUJcN-
0aqp3hN42wqiv1DnvgDmHIDIHyEVGlHpo0nYGvSoc_gEgDZOcEZOMdPUyxrGM24jQpNSmZcFlUuCZWaUK8TW_xOHyfXpb
pANS_UKgTTD4WBXJ_YOaVal1wqpPDCvFsBzUc5POgQLgdAUi-
c30zqAsyQJzrvxU=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Arrow; Houten, Netherlands; Junior Officer Global Trade Management and Compliance
- EMEA
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4ppyo
32vHW9tU8UL2Je_JKJ1CGXK2vubTGtmLO5gwfbbi67nsycB2KcZLI7VYnMJGDhrvYwVh1E8gT6Es2RTz4_bCgEIGrDpvqDfsqf
dCOeFJFQCUpgLh3Xyblm5pHqxfM-mjD8yCOtmcW-
PPc20crf9ZagGxD90M7XNA3Sg6j4CCjBKbUP75tu7qWpDpidSPR62bVHCN4mKcGHepGjgzrLh3eJqK7UTl7JoqWXWPwi8q3
g8yWkUxOezDtqAOCZKc&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
# Augusta Westland; Philadelphia, PA; Import Export Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeV46oGn
lYPcnUVg4xM-WHEVojIFk-4pA1tL3019vrsuIOsL7N4ZPwGlZNKkhKpHllUAyv5UMzTCBS-
wZnukMfpia7vZKWNb0gu3Qv1yKCSLqOYucUY2Gw1-1U8FIYK-tzAU7L3JMWKm-s7-
VZ2L45MUFtGVV2gFCEC38TXX7KteTnHofjVkBstTAFpNIYyXbDPRPCPWQBwNQm27spytSREKTiGZtgACOS2QKvv0xNKCTCg
VS2FIyUE_AtmbqMyXN6HN-jbTyy5Ka3lguytfVQ3qqzKe0Z1u_Rs7Wzez-6I-
i0jZfeYv8S1JnotMaJVUmW&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* AutoNation; Fort Lauderdale, FL; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgKcNFrDYyfH2qvM7
hhihMVtF59z-QkaBnzTdMB97fuPS0TbXDI_D5yZv9VSq-
9n2KVlxv1WDBsAG9mxAAGCNVtLMmBAy5Vr4whoAEWezxjmMY-
9FGDE47nbNzZRHJVQMHhHZEkKHmN16rcsfhJLasKQELIDdC56zsHy_n1v29HDAE2n345BeJ1hgexz5d_wUcij_mZyOf3ml3b
Y3oL2rcg=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* BAE Systems; Los Angeles, CA; Program Manager, International and Offset
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoO8c2C2pehkG9AN
c1IYLWWnvCO8Li5QJM1d4tMc4XC-B-3-
1F6SCqhG46c4jqxGm6APZOyIm8Z3P0cduMpoKzaJMvTJLN6DfSYHPAPOCYXSvNYJb-MLVGSESR5q-
YhcpDoWgY0nT7hKZe7ABjPQ5FGTrh91PRPGwegY74_LrJKnXRy4UbNPWKZwB-PERM-fijdMD1y_DkN8-
jdWFDqUPwhHb_bd7IjdUA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
; Requisition ID: 33778BR

WASHAR0036413

* BAE Systems; Rockville, MD; Compliance Specialist Senior
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnUzsljs7twYOtwglR
K4Y429uloWKCQAlPYnRA4O58DmdVnUd5HPf5JeEBePVdfyB3hbll8-
09Y42jgvP9qG5GGVrJGlyRrju_BuNGePx_coruE28s8yL96quB0T_jGnpE67kzeV4UhXKkrrJpftksQdPI4O_CCfWru-El80g6wQ-
hNLE-lKk13DLY6lGOy5MstDluhdsrcc&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 35809BR
* BAE Systems; Sterling, VA; Compliance Specialist Senior
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnUzsljs7twYOUMoe
aY8FT3kpLbjlLisCpcehv1b9TEpqUEL2esCX6yg0AL0qjLnJq5X4SMFseN5Oz_RcmNALqEWJbc7RgRi1r138fWsDu76mtw-
_igy_kcCDvBB1ZSsM0t847nvSFv68eUcw5M-
sjjyslaHAshg81aIoqTLA5yyATo4SiMsLYELu_P4szutmxPKoGllq8ZL&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA
8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 36370BR
* BAE Systems; Greenlawn, NY; International Trade Compliance Analyst I
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgKcNFrDYyfHe2b3K
PFH5wQCOtI-_Cxz3jyfj2BBZlfNWsMiYwKVbedf8j4m5vEcOdHX1lLxjug4CYpUR7FvcuzBt8IrcvVB9AWA49pC8pu-
DdlPhW0znezo8OqVQ0ZC294XmqG6pPMwMpgJAmtWonPT98N7NJbr8ECkfZEET-
pD9LXAUEytMCyPCLtw6xRAjpo4rPT_dKZMGKRZe3Qt6J7AUEEtL85i5Q==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oU
PF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 38433BR
* Boeing; Zoushan, China; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoru6KJgcJYDvlxejiMi
TYFEj3FXohsp_dgOoDsd6TNZNqQGo-gerOkeEuNz_WmRVy6CA0i-
LCPoPlWEvxXep89A4TNsqa0SZwIjvtTwIb3oGQ_reV2FcSSF2kL0dT2BhXnMxZ6n9QQ7ZhQ0uM4iATGZDmnjw1pXnSHs92c
__nlUiJ_SdW466GTcadcnKesR0w==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Cree, Inc.; Durham, NC; Export Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgKcNFrDYyfHXEfM9
JlBGSUQfutufzZte-8eczULIJ-L-M4KZSWjct55XY8JB2Hn5HLSShGQkM_zNRb0BA6exGiyp7mjX-
Aw2LaM192tLmjOWyNQaXn2YTg0TqTLzIbYaUoFAN5ZbKv1cA2xbo4QG2XtKk_dzCS6r4O89BQFtwJ5wfeO9pdB-
Y3hwjFIcMN5tF62UNBHCxMTrWAkEV1yrAsK3eOl_1bJzRSgGwvnLtrbzYH9YPQWq_biq2_9Z1xDuKbYZHm2uXDlO-
k95Z35MhvypIeoRVq33QleGWXvrd0ZmOIHXhCSKmG7hkSeuLhREk8eRcEBovcdg3rxxWyxwSwHHNTmNYHiuWM6U07PQ
Yni&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Contact asignorelli@cree.com [mailto:asignorelli@cree.com]; Requisition ID: 2018-6300
* Curtiss-Wright; Chanhassen, MN; Logistics & Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnMqwlZKWJKLo99u
vcmUeR0Vo7y4oIY6J4AapZBe5Zz2cjMvITyMFLnO5abQIaXZakBcfnH7s3v83qDsYRfWFKTgJwQZ3WzxmHdwfmzddmat0RA
nmTDfV0mGkaZXdlkJiN2fHZ_2Zmueo3rcRjaEJVpU3m5910erZKLYm-GLcSSLaFo7TGe6cRA2sarGBtORK_2Rdv4YGVcKqtEy-
ttH7yQvTT6R3sO99qdvu8vBtlHC844et2WRDXE=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 2835
# Dorman Products; Colmar, PA; Global Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeL1e2d4
Ps3xE5N23MXzMrxVb9KtCDNHi_FVWw0NUbcoeXIn4xuXtLCWtIZYx-
SCpCQo1aXxH_CRkoJTXiWNJYfGl94aMt1SAOvhQzE7h4zx_W7R0MbQ0JpFrFAFyFQjSmVHBD0vKDeB_I3pNkxhW0S31nX3
EzHWIj7veD5jxmyAq-
5b4HLohf31F1DmhPdlCxIKFIHsph3yI2L3clXK58g9xJOjJ04tHj94O1LAwthfry9S5prdLsgzzZSjFyv28wVwTK4Zgl77-
wp2CaXdJafyqeHEW_XRZAwUQ_lNal5IRPHCv1elmOjK_ZMFmH5PLoix-y34WEYzv2crjEjkJA-
DwZTlqGBgG9NZZMBjE4h_hu4uIsxjQ4xKF57wc3-
j1ofryhUcDeO5R_zoeoKDq_nlsbI5RtBk3VZnrg1han24MrTOaQwHgGk2HF2llP-

WASHAR0036414

RS97Ali5du3PZCGyIshN8LvzyxNT919wkbG8F3uzNpBFEvH7O_2LFYdipfps8phs7LhInkJk2Jbwj-
k2J8Ci1zg9A_3IHXM0qDL19lk8sOuzibsSuAudgh4A6DXZ3SR1NFmt9rsaNT7fqVmQQ7GXK1G8wkjtX6I3nXZumOmxOjVE4W
E7MV8OwzNsnkfB15Y6LBd1N7u4gWXav0ba_tGvmmxww==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zW
Dw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* DynCorp International; Tampa, FL; Foreign Disclosure Officer
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkwh6Y4PbCtrWdvT
Cr80q1n5GE9cinPLMcaozdBv_qsyDD30QrD_SCqOIrbKKtX1F24WngukDDEcNixJKkLRdWwXzr8rW0ZEJi3WH0B-3-
E7mMQWF5i0ESNxdfFzt1BRHruhqWz3HL1kT3VJUUN4kBv7FS3WZjAYoVVmnwwkseW67noNXeQJPG5IMxu1QL6A-dPT-
WQHMuvRKYP3PXlwVxF7W8PwGXMX6ILg4B5XpTzvlXPO0wpOJvU=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cj
GA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: PR1701977
* Eaton; Syracuse, NY; Global Logistics Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKpOxRatTnL5iwJaTCs
wyvJ048apKcM6pLCLO4aah39jp3BD-
2MW_1EvwQbTpWexCUfL7Yw7zHyn0fWI4TKrXG0zlhnx0SQLMhobVH8fMyVFhl1yJyJpr73OhEqyzruxprFopEMQgYtYyyIIc7
LPqY0XFi0k__Ku4z0tiEPK8lazy5Segd4MFzacpvVA-
B0ilPurbhtQ5ByAD&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 036620
* Eaton; Shanghai Shi, China; Global Ethics and Compliance Director, APAC
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKpOxRatTnL5i48OtTT
Kndv3t83YbagSvCG3tgUCc6v-nV_n5hOEiDShirUERXO9NBHCqNpDhZtyU4CdjJ2-_5invgw9eTNcPvGa_45O-
CKJVCSUYdmEPYUDXS5Cp_r-KFEeNZdpsr-OWyafQaRNslo639lvWO46nXrrRSqYautjYQ-
IWxv1ScOCVixlrM0AOOUVUnP9puk3XhgRXxorBsIqTBJsZyEdCELojadl1GX-
I&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 039260
* Edmonds Enterprise Services, Inc.; Washington, D.C.; Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgPXR1I4gnhILdq9m
vYufGqvjCQaeFYRSdN6l_s99aGdnYIyppYLojXjRAa_HQyNY-
6btbPEs9Q6uTYdr_9MxffgvKnECTtxogKVGuYylUSPtk_UCam7IOpNWzDS9Hyi70-ZRGGdPITYV4fZCwRQ-
UqgwdUv0t7T8lTNWJt5Oq-mHd51u4f-lQJ8SKQJ6wSX-Q7Iou-
2QJEBZI5FNsCXTro=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Department of State;tmarshall@edmondses.com [mailto:tmarshall@edmondses.com]; (703)
778-7070
* Elbit Systems of America; Fort Worth, TX or Merrimack, NH; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKk4TaNARKTv16Cl_xl
iCL7Bxskval44yqLMxlqIxvwOvdzkGlMMO_XNHARW515uKbsB-
0IgltweB01KbojaASg68MOcAQF16_YEaAX1BqLza4kYNkzqC3lXkUvrn_pZF-
3uJED1k2QJEhuNNfc3UxWu_VnS7M81nGVhSJh2SpuUc9pJrEx9veK8ni24lhP1O_iI6D9sBl_Rcm83EXkipvFjTgxe0rYJp8Opo5
MNtvnYgwP8hEqMfGruADCd7bKgY9ICiBneMJqm3oJlHxkPg0SJ4tGg2kaUtLnR-JU-
JgaHhYHQQ6LQKZHBeTZl5lvzErkTbbtybGSEn0nL8UoyZ1C3rBKTHY7yNdg==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6o
UPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
2018-5916
* Eli Lilly and Co.; Indianapolis, IN; Import/Export Trade Associate
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoIjnS5eFQx2F_xgq_
z6AJXh4sCYms80GFe-e0jnaNDtRaYceoUccB2-GZoU0DmuUsNPCfbSo6dWAwPyLei3c-
6WEcqUpqWGnTukZ0KPPvMYc_UNBsRU-
rvZaEmjtDemq15Oj9WemkXC&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Ensign-Bickford Aerospace & Defense Co.; Moorpark, CA; Import/Export Specialist

19

WASHAR0036415

[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoIjnS5eFQx2pHCmK
JClWMy3zeUcU6yqU8X8zsh9AQLTPbPcK199VPtgz2RG9N5WsZa236ERllCvXx_kZ3MUFcP1Aw3T-
i62PT5ZZBFgf2l8FcWBPDF012Jqk4gBYC89euXv1QueHXznw_y1_C0TYxMJbqVEQctFrIHaK05QBbf9BKOEb4OkBSYAviDKaq
nIsQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Missy Clark; maclark@eba-d.com
* EoTech Technologies; Ann Arbor, MI; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtlAAJWw5l8hT1TsR
SzVH1_QZ6YnMEfq33ACOFFseLRsUHk5JVLqOdOoDlz0eHwQzbXmt1nlvUqFFF9yHE69Fk9xk_LF_b46HsszCUrZurHGMhpG
6Ts5JwaI5L-lcCKSjzqQb9KMoZ7rGiY9yk7aO-
E7LChogWGHraHrypKKgmer4AknfAtB_VhAen2q2zqH0EfmPTAHCUX26856kQ7zb-dg9zci4tr-
A==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 092335
* Expeditors; Krefeld, Germany; Clerk Import / Export
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkwh6Y4PbCtrsmg5Y
JGoEm1Xdeu2pLm5ipu8aaBoBjzRFL5GyNm_AdeiU9U8N9KGK0zbbJ75XwRlZ334HF_0KmaIjXE-
WuhU1OJEfd3K1P_f_XGh2Z_XsI6vN4R5RjPLq1Y4SMfHHMPtxA--
IZNyZ5N3tMsMoJ0N3ory2TcHi0Sv&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Expeditors; Bedfont, United Kingdom; Customs Brokerage Clerk
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkwh6Y4PbCtrd6myy
0YkDaBTWOZ425ZPWyG3efjWhsclYcDIB2bCY38SVHrwX-
ZfpzJI0NLQfBGQmSDMniSeO60zM904xlF9TnQooumzBihTJgyJCBMCUNHdAadfNuzhihzQL-rNMjS-
TtWhS7gytLFX7EnXg22wy6rweqkHYrG7&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Expeditors; Dusseldorf, Germany; Clerk, Airfreight Import
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkwh6Y4PbCtrFtFMt
uMmJMSbO4WSFJ8GoA7kWjk_9I4Xzo38foqO5kz9_kfusL3ET6fPk0WuTIGotG-
tnIsfmGDCN2xSXXFozt1FQUp3KelUOgDBb889UgzZgHxi1JmL-
onjI5eT5Nm5GOUNXRZM1D45y86ZTKMmJXYUfOIa5RNO&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw
1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Export Solutions Inc.; Melbourne FL; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuwb9WEhFl985gpq
9K_C6MngxJ8DTzRhRnSTDlR0t59A1kX4_XAVIjYj25HdyuF6ZdgCHwmbWRv8-vRaiZDtU-
orda1YNZbbPxPMzpx_F5ZdWvd0ri7pMHV9a2A30DljbdfPPutWaCKD4ledWo1s5G8=&c=e5HbzfQs7V1bba4WI34hGsbBLAI
DCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
info@exportsolutionsinc.com [mailto:info@exportsolutionsinc.com]
# Flash Global; Mountain Lakes, NJ; Import and Export Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILe5kKnws
z-z9sd3YmEzJ6s2e9zXqdtXpzp3NaXsfa1-
bigWMLT8OxtJN99F77a_bd6N6Lr7m0QXFyFWNwHUP5_ZfXMu3Wz_X1snwnqocZkMiE0z8kGnZ4mqybzFXX_fPX5UqFcYay
GlxGqFaPjwjxGuVDxZ5l1HdeEj&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* FLIR; Arlington, VA; Senior Director, Global Export Licensing
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoru6KJgcJYD9AGK0
2ERndlqTSB--
wNecaXeuzXw7u6oNpe945DRZg4WoPbMWclEv0rEsdr1rGlyVdpENWJU4FsMNIDNBqZfKKrC79Wkb2eD2DnGgFI2NIMKL
WiLaMoxhR8C4NmNmIrpsVtwgWl7WsqHUpRBDCRCOP90JXKvxbWTKAJYoekjR1iHzq_F_LCB_uYjP_bUpONP1H4jB1rZVQP
9bKYZ_pL5Xhg0EsHifmTMhY_BZueNreKVIVmMN8ZcZ6sNotGvHevJ&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cj
GA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

WASHAR0036416

* FLIR; Billerica, MA; US Customs Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoru6KJgcJYDumCNYyYG7kvlm9A0Uvnt3SEjlc8vjhTIwZZNVa5UNnOscobqwfEGwpOIXkkkJWJSRIXH_AakqAzYkojhdbxp5pn4BGseYm8zrzfJ0OtikDlcLazxNMG-ToFXBbvndR0f9e9XNs1GPJGZnTYd7WAYAL0D987mQdh1O-nyXQrV3qlQMis_bCL3Zz0fwPbeFSqkmrWuC-QCkwNiBvqeCyiNSE3YEbgkUt1F&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* FLIR; Meer, Belgium; GTC EMEA Customs Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoru6KJgcJYDxrw4syOvLRAdNV1z4NE2BnMgOeYH8Z-3lzaZ0_EKaf_2fSUoADjeqBaMBPgcNI0ez4X2Kw59LFjtOCINZ6zplQQ6sujKw8s6SF4RpG7elHWziyObmIama7C3PpQRo8xSavSZfQVS422QbWmltbd2RWcgQ6cd7cM-sFMSTZUrQv15-dJOVOheT41w-U6K_Ch_WAoamiWglCMuO-X9wRKW7tLqVo5XCwlo&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* FLIR; Irving, CA; Sr. Manager Export Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKOvrwOt2ia6BXS2V94RL0YvwC_dDklBNzWjGfKWHEF3EoPg5us8clLhtqZYjFIgXcoWRMDy1dMQCHRSQ96GBjS4P43uALEUpCn5MOwmBmMhb2XSXURcmDJdklz5cd6rqj6wXnVfee8DbiyWut14RIiQU7JEv0kHF6ECoDdxo266X4X8UL_usnowz3PON5yZPh2wWsyXzY8mX-nwOmiEOe7f9ES0td2iVSk1fHFCk0SoA=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* FLIR; Nashua, NH; Global Trade Compliance Analyst, Traffic
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoru6KJgcJYDewfFcaAglYWQ5KcVPK0ELhw2BBDUsYu8tzcXe4N_hev9rM45_8RWcSxmp9lsJXS_Bzm4RPdQj9Hp6hMp1Q8c-Wpe3io7or2XRITTaS_KJEgU_qAFb789V8_TFAzlFgjjgyYqozziX6pdxdcRVCxnxGEsFHiohG3F2MaLbxOzfYsKZ5jGU2jQsaBQtSCjammQVK6QW6du1OX6NQDcLMbML0a9dTq1KTH8&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* FLIR; Billerica, MA; Global Trade Compliance Analyst, Licensing
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKm056WxbLHJt_K1Q9_rQDkj9zBi1dZKXFeTKhjfZNzVPxUwELOHmXple0s4pAMZB6zE2122vuR5JRtjDUm_2sxtpVFu9-co0wlwliKpB9VtVUm9KBMxb0f6PWnA7OTP8hpE5jnA6eWXsVCSAmsDDuH-QWOU0GCztlva5yjyjaNgOUhSBY8T5t7RhLXWXgOkhsV0qzRAmLtDiSClIMCIeFRIzOafyiL8Z-TazNwCmIZFf&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* FLIR; Nashua, NH; Global Trade Compliance Analyst, Licensing
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKm056WxbLHJt_K1Q9_rQDkj9zBi1dZKXFeTKhjfZNzVPxUwELOHmXple0s4pAMZB6zE2122vuR5JRtjDUm_2sxtpVFu9-co0wlwliKpB9VtVUm9KBMxb0f6PWnA7OTP8hpE5jnA6eWXsVCSAmsDDuH-QWOU0GCztlva5yjyjaNgOUhSBY8T5t7RhLXWXgOkhsV0qzRAmLtDiSClIMCIeFRIzOafyiL8Z-TazNwCmIZFf&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Full Circle Compliance; Bruchem, Netherlands; Legal Analyst, Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKj_WtTHigBDyaleIlYqyDiuRUr0Af9i54GlJHZ9mXEVVuPTc4lySqjWajr_PZhmLqEHcRCQNjmNCteEZKrPvfZ4Vpc5W-iz6wlXJFIow45tlmi5kDKSExaedGMfcOrboJ8ef0S4L0MC-8VNFyx2QYwzVioywmlBmO_rOCLgMfLVIlbOUBiL1D_ZI-FJCXRP4oUpJedssu0t3K6QGVBk4A8bk2-cktF0yx36nP-sGolzq&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* General Atomics; San Diego, CA; Director, Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-KstChSES1Np2Qz-Kk7NUghfVoRGTP01J8Lya7fMQeCDCE0fqZLXie898QzG_SPGfkC7_JyNJrKZpw3-QWL1425OKLJejIODkdqYaEzKJDR73S1I83SeqaARjes0JBkRB025ExRKuSYHbQp9brt-

WASHAR0036417

FETjtvbfclx8bkgB9nMMlXqTJEu9MmUKMuDOBw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 18549BR
* General Atomics; San Diego, CA; Government Regulatory Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-Kst6p_bHFuTdZU0ajZuxtGJIi9XN0S2NpI9eWv0J4dtbbrZ3iG7zZLH8HunNl6gQsEB2qvrh4-5yIJ6rp-1f60EVAJrT0jzoPmnBd-yurTiSb71YyPC5j_0dXrNW18ZZIyJ0WfRQWjKXcr6PEm5O938PgknomNZWGTX6gxHtnfctOXHZm_tyhRm-ZEMwiywe7lSjVXlZjpQMvnWLXM6uBUwNQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 18686BR
* General Atomics; San Diego, CA; Import/Export Trade Compliance Administrator -
 Licensing [http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-KstlroSzebyNXyclldi1OKmTzjuZmdmynA1G8g9c3WyhUbdXddpIdHRcGZuOfWbmSBA2wp0db7O4HenzIB2MxHBe8lA_A09ziDHKxe5c_7L8bjtH2NMMzjT_4CL_iYe10eXHF_WsOzp7w-y7zBCDElqoArmuHkWdlYfTl5g_WxPLRrazENDgOMZM5Ylixiqtp5e9N5j9Xv6R885MjSpykWHV3XNl0dznzqyt-47GuX4R-o=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 17968BR
* General Atomics; San Diego, CA; Senior Director of Import/Export Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-KstbdU6jTLjD9LJhLkVXjmECZCHhbX4E48xuMkf73MSAwlolPhZiheKgo_Pt02Iuc835mPtL5n6mMd3qJchhVu4xWiPwL2Utbo CRAyAMFBJ8DPU-8HDEmAYOKZrFL6Q4cAJdwege7Ul4SNKPCizAsOxIehqV_lAoDb1gCjyCBo5ikqDjH-gYCJu5ybbZ5SEMN9X4Q2Dme9fZ5UCrAQQLC_4gw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 13892BR
* General Atomics; San Diego, CA; Internal Auditor - Senior
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-KstkCCtzW6RcnYMGcKjVMPpZcTXppHY8TZxJioSZ_FriVlh6S1EmLD98QNT_Eo3h5i6XSX6SKzKwBIteeQeVFdUWb5gUZRROa_NfLLqeNMnxtVN-hDaQ4TXlR28ar-FO2Ew_jNNa0hwBaQpaKMso9ZYWsEqQMxs099dQUbx2Q8YISj5wb_6cfz5wydbWLHDjUuJ&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 17524BR
* General Dynamics; Falls Church, VA; Director, Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtttYY7_rUVQVdSEAGzPW0iGUXZZGbKzjeH_J-kHxN5816fP8GOkRvX31OXEk31s_q_xGUZpQlKkLHV8tq5ekTjD2fA_Y63gFaShxK071lcgC_xpNieM0B3MpwucCbw_fZs3Y8br e3fBC9uwxtQaUpl94AS5SQlw80KBJ4afQ8FgYCOD69_WJxtx_p30YlRQv-fZu0S1g1mEq639_bWW8-hRylVr0m8P_8w1l1k7ieLUiHNKkYwiTvCVGbooqUEN6SsqBgXWrz7s5ZU_iuuy2MsEuuj7ma3__WPR3VwKnZfUgicop5qHfE1JufWc5zofrx8JNzU__qYGlgX8nauPfCGpr1ZA7BAi6wT3TdTLVI2rAQC14wlpktUQ=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Job ID: 2018-1122
* GHY International; Pembina, ND (or remote); Ocean & Air Import Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtkF4uPI96X9uxIU0ZnzYGRmFAGrmwXwYk55x7qBSXgSOQpfVJKSHVmWTbqnk3OJ-fb0tt3X7W3-KbN-CpQUH6MqWYT7YmStCg5jNxoZw1PIH8W8AXYDePRUOW9DeIzP8IVKGRzp1I4YSD7MdO61Dec3UHQ4E9-tsTh8yHtvXrpYoRtAEd77Ri69pF4AgJ5wTQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Google; Mountain View, CA; Ethics and Compliance Associate Counsel, Export Control
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuuubMukWwHiSk3YSm_j65hm8I7KA7s86X7kuZumqt9YP1hpgHZC-ti87-Cwxum4Au1Xl7VqduvN-gl9vpc_zjagVqyMrGSOl1L1JyCSJ4PdSoDOseDFkj2puhmWlTwnrnqvB2W9awJwpEYJPXhIh3fZ12QyI7SrFGUznIMmn3wpv9a

WASHAR0036418

5xGHtZS9U3oSRMzsjeux0sw6CcJ0qlboJxoGwHPaLvHRVVOe1DbTsDtkX-QubUFpfRVYP8m6lkvyopyqIfe1X-bbZ6s5dIVwU0aQlUfKOj5aVdVKihbjY9yOs1-4z&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Harris Corporation; Palm Bay, FL; Technical Trade Compliance Engineer
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-KstNdTy1h0OhEarH7WZ0lyW0Kvmmb8Tx-AfBvtaYHDQTqjK7WrQMF2xnGpuCtdyePnEqHx2mDuwUhtAwJ_qzibKzKHy7sNGrQfYrh_8b50ffreL3ymJqVhrvBwWRUnhxSH3f8-ysWBccGvBoR5Oms0wovfOLK7juajwKlS7vnFqtsS6FPGUhrAdTeFkAHxyI2oE_cIKroXU3_GiLa0Nh7aAWWHVoJj4Gp_83219z19lmljsrDttGqQbrA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

Contact Laura Solomon [mailto:Laura.Solomon@harris.com]; Requisition ID: ES20171511-22019
* Harris Corporation; Clifton, NJ; Technical Trade Compliance Engineer
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-KstNdTy1h0OhEarH7WZ0lyW0Kvmmb8Tx-AfBvtaYHDQTqjK7WrQMF2xnGpuCtdyePnEqHx2mDuwUhtAwJ_qzibKzKHy7sNGrQfYrh_8b50ffreL3ymJqVhrvBwWRUnhxSH3f8-ysWBccGvBoR5Oms0wovfOLK7juajwKlS7vnFqtsS6FPGUhrAdTeFkAHxyI2oE_cIKroXU3_GiLa0Nh7aAWWHVoJj4Gp_83219z19lmljsrDttGqQbrA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Harris Corporation; Van Nuys, CA; Trade Compliance Senior Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuuubMukWwHiE5wQ-dFuR_dO5iXIcYGSK_TzuNb_Zx2cf2B_9DRGmGfnyUm8LOwHkexZ3Lt6N2yb4qtMSqWNWLgrKF9kmOyoZEdUaDXXuhy--EbD61aCbE_OMxXS8HoE36LEPahgFZbwcKPepGlG4JqaV7d0L99vgT2hrviZqta16Z60-JYdVzUH3ctms0g2pqfOZCIKttEdAupgpj5HuTPjV-MYJmgcyTqQblgukJU9PVT9fZdK384YbXSJRW2cXg==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

Requisition ID: ES20180706-25145
* Henderson Group Unlimited; Inc; Washington, DC; Process Improvement Mgr
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKogDrWe_p00tcXZdO5ji7P3VIfJkBfzipbKrnnEg9LVtGNm7WKgS2vzxV8rnnDsNHjga9NAuKrwxx3fMkHRWplJs4-PUQJvqEn-62e__QlBi0c8sLVpO2nt0YfgHaxC4rFw6g3BMApQq_m5pXlraeJ3ESUXZCY7Zj3P7F-b8rIkqrFzSL6BkqRWtz9AAGSzKjq4x232_JtVbmI0hTyDxhFNG3P8-kCn8gIAMeAHrH8f0v3N_Q6Wzp_PX2D_yBJMPUQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Henderson Group Unlimited; Inc; Washington, DC; Defense Control Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKogDrWe_p00tEWo57dJri3LUrcisl5k7xAnXlttRbjFo9WL_F51hJ6aXsMcugbZbqTtWBlgwueNKEjQ-DzrAy9PsS25f9LPlKkKHeguXIGBcVa69nVJMqyaIeKXLWOOBCgwHB2W-ttWOJyoAMAZMDqMRLz36PsxDebGhh4G28cuDGnbQEOGWYnHraJEzcmuCiihblmzRXNmO0A4TKnF6WQqoDqZUBxCTijYIm-kmMX9u1Pn0InxcQNJbaTfF2cv6Lg==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Henkel Corp.; Rocky Hill, CT; Global Trade Defense Information Manager
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoru6KJgcJYDQn-3TTu3BeOIBhkc0uog_TuheVxuyWRqWyalx406TDYT5c1aJR9KN3hh0kjQ5Ergpd30hXGPjwm7sH2F6YWJYPw7_C_zAxwu8D8DVN59VaGYh4tfaROrqWmgbVsLf22R1jmT6wMBvAu3sYNMW_LOWuAd-A_4qL6xh3TC7JKLzvw=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

Requisition ID: 180002QT
* Henkel Corp.; Rocky Hill, CT; Senior Global Trade Manager
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoru6KJgcJYDc1bo-54ZsbU_n-OolurdfOUBXG_AXM-kwqHUg9xmkMrPzu4pAV3eQLG3RW98OHmXGNlAhTM39c06xh26GTpBcUfvoDNzY-

WASHAR0036419

6AQqHG5PcfPhhgSGlH7rT0B7BYfjAvJV8e8y6aawI4HPl8Uw3X4XCfqxW8XS5QyHv4fZTM8YK6hzg=&c=e5HbzfQs7V1bba4
WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 18000307
* Hussman; Bridgeton, MO; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGypx9Qo
zsDfzdM_ffhkzhVoEbkY9nixUdKAaN0wtXNsXj6-3NCWgu9jYC-
9SUeb_lmkamcCl99Q59g_Xr8v7NT8XP9TKnj4GDSe5W2Apzd1zE7ka8CSHRCC_tHtOyo_XJLjPPsam1g6fmsEjBVkBUyFaQkI
2Ag9WwndyR9SXcFU3zhC7w-7tm0sSALRiClnc0Y_E3xxKiZapcf0eotUo4EpZGXoC1fB8rde2oUXZFaB-pEUVuHsF0-
BwXHlOELj6EtqoEQI5FwMoIAArDB8jZ9g_QgNVOK9GXtgPYt71Mrgk_ILQK0Z2BZdMNx8TaTPhSphVfkeLoGn5UAoj9vtVGK
HOVb6pqzzaSb8R-
MDU1QfhuNxyJqElzq4erlkXtoR3KEAonSHUlap1f9LA0hA463c5eGmZsrrR4PrTuWrMsir210Wx1k1t67KyG0NtebV612oScxO
aunV1LM8wiJuJMl4to_Bnecuu_7G7nxMcxxNuT-oR6nYV-isl-
8B2BrNIsaaoIJe8ZBVcUkWXMRIoZCYSRcHK9qLIa9KWKqiqZVafsWj77QhooMpEfxvS9mYrBZ8sD0GWSCCq3eGfUQv9g3XYj
pHK-f5Rzvl9biJz020-xwXHxHAejCVg==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Infineon Technologies; Melaka, Malaysia; Export Control Executive
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGy02o81
Tcx5Pynj_v4DISwUcFN32nrTS43RRd1IvbThCLTgQgVoC_pZA5fNhzXj63wbkHsAcYJxHuZunlOctOyJ0fETAQTdRHr9mCAqYU
Roevxvrq44YxmkplNnb0bCgAmIgC8VIZLOhPtX0FMU93jkP1BM-
uZEMi0oEIJOCRLdU8Xt0OMiPjit4MrSpUixCtvHCtkdrD5DE7CYPr_kfTpqg==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6o
UPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 26833
* Infineon Technologies; Porto (Maia) Portugal;  Trade Compliance Administrator
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGyJSMJN
YLhjYjOgkluN2JShHx-eNW0hvUaLYA_Sjd-s_T6fIPpwZOl0uO133Kziapp6HLbsjCol-8gX9MSoVw6d-
STDnOSof5I5YZTEaTpVihwyTg462l_VWGpekgESI-Vi2jAuSVGSGX634Tk9ZlPS5dvZwLB21ATlfkl-XL9q-
p6lwGnKpRZlF_L0dwIZdcvYGST2is5IG2W954Hxvwc93-
48i7hDVEZ&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 25550
* Infineon Technologies; Milpitas, CA; Export Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGy0gBeV
4IQ5IZY7caDNz9vlOyvcWiuqupZ-
V_VyTc6jA0_F9I4EMNX9i_U0mk1RDTuqukQ2mzhVOx42rF7JWIhLVgxZuNnPH8YadM2A8fMKhK75kkHBKtYat9D08bpudbl
KSCd1sAskpyp8rRQptoWBjWyMzSjjkvAkH0lbw5bXmqCWsj48BuZDdwNxUbWVMx30amIVG8Z4xLOxndKzgMAmp5DLM6
mTJjJ&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 26988
* Infineon Technologies; El Segundo, CA;  Export Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGyLXiayw
Fuw6JsrkNSNuqLTymCC4SErUvnW5H-c05cRygYz7p1j_cEofXYfZer-
w5X5Vl250_gilR4IoW_ktJJGtRgbDoIQTrsr26O8DRCuHQNu1HlmXRSZDVsiulk1VKRzzt6zxllJRbr7JZhQKDchuZ1yI2qS4kPEVC
DgWm61Tgcd89835rt_ut_ccR_6Uxyx-TfBvDlna-
kHPRVnoTBtM5sz6CFZdCx&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 26826
* InteliTrac Global Solutions; Herndon, VA; ITAR Compliance Official / Deputy Facility
Security Officer
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKvTcl4-
8IMNIEzDfApaJoxT60ARvWMuRrCttLDU8bH0b70HrDfEvb4K7eOC2lnm_ekbL98Y62BjfhWb6ev6AK57sq_luQRPG-
HMi5AWEe-QudI1n-ijHJyKhkqVtwR2njP-2DmkW_Hg0MCJAKwshnUCv-

WASHAR0036420

4m60oDRJdqYstRydVnqAX9gOiBdNYE=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* InteliTrac Global Solutions; Herndon, VA; ITAR Compliance Official
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKvTcI4-
8IMNIwP0lt1WMPBhn22xOxHVmjLKVDy3U_P29O813N3C_iCi9PakfpBhIHJQL2Ek2R4xezvBoJeXGn6fi6YVeAmwjqJBQxryz
h2NmzDVpv0VIQ5b6-E9R1-fbt6yLs--lnWjK-
J0XxDfPPH7H8e2GnndbLZJ0l3QJtsmrUCWL6ouLOco=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vIn
F-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

# Interra International; Atlanta, GA; Global Logistics Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILe5FlDpPk
L6RAFaS2dlm_nQR1NWHlgO2nidcHdaxYihTSmUWtFNuPeeKGW1mHeSMeO8UvzCMWuGS2hv1_Y3Tfl9pbqHv98FJ1Txt6l
J0IVrRPt7DFuFU463PYmk4e9UWoafK2o5bimMqWpJOO4uub1UgRGSAAmyFgRY4EzAbsTExMz5mqVUW2fkqnSfCnse5h6-
AcWbvGTkZS5Ak5x3il_bswLRs8r-
lGhkWTJCSgDf2_k6U0jWPDC7kKwK2Gwchll_UOzwARxqEmphoEtpEnzPexvjL9eXw5ef6kt5Kucb0ZjVnMUdlJaIdSqSdILIxoK
FDu9d0Gwh-ApSD6Kec76SotS1-lKvX_kdWEe7ibrBV06RDXBHxsE2mysKwbGUu27fA3QVUNdVoswgVTOsB18rLAvh-
REYNPvMQW-U0MVhlcC4we2zPWybTFXf7_s1gDvS9KCZZTthJbSiUuCV_WB9f3Dfe1w-kmKmOarO-
_A9fMUtRCBtOgP1CjiqkCLgJDbmWGALgNXBtCctUdGFJPMufnYbCjxzs-
ZPUWXwYTOCM3dXsj3UyVwVUZkZiCi6wjV6Pt7O6q_UtyG6yYjd3q48decAYw_RmTbc1OLnHma3og-
w75Jx__GR_ZVwHsrojXFggWHdNQZb3PRX0tzJzQckw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1
vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Johns Hopkins University; Baltimore, MD; Assistant Director, Export Control and
Facility Security [http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKjRz-
Iwr_rt1S0xSM5S1-
A_SD_470xReneEEIfMZCr7qXHEuH_n_EMwZqd1rVBmi4KaeT1ei0dyrONais5GbSJkyqzVIFImJPg1HYH_lC8oOP9wsNSjKzqN
-ZCZ7YrqKLrPfmrJAdI7KRP9H4Fou75gCSd1WWdQx-U_lMhK3UwSbpLFysT6R_efnyp6pNKEowFLE7KEG-
9juwjx5PKmWXpSBogIa_YXrQUkupfZvmoLPSY-
ps0GoHdE=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

* Johnson Controls; Milwaukee, WI; Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgKcNFrDYyfHq2YJxk
GAAnMZwI_UVdK8i1roMrYrDXufFdBSeeB_QRTdX_DAfMZ1VMuWqdLoZfpXROY3pmB0lw3ekLVy3e8wHfO9Ird_T4GwtW
DN2cAVGHI4A9oSta3JP6OMCtwEzVDHKWxwHVyr8sFAp6YeNjuCPZXQyCTpDmeElHNuXVl5RFP77nwMMe7abAcVF1XeIM
xc&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: WD30047348124

* Johnson Controls; Lithia Springs; Trade Compliance Specialist I
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgKcNFrDYyfHK07_F
HRYu8whWRzJASXN0WF2zkMXb7Sjkk-ytFFV-
QDA5ZUciXosu8DXM4MtWfZ74H3QUoyXZp_zfq3J2aj0bLyKBXoRiLlyzZ1kEEKy8yEehjz2wKYMWS6hDTfZUBBHA8eKJvY7H
e1YkO1LhLhgDOlOumBIy3nuz23wiwoRDXftHA0yi4n6c0UuENB5SBqYivsn6sQba70=&c=e5HbzfQs7V1bba4WI34hGsbBLAI
DCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: WD30047947142

* Komatsu; Milwaukee, WI; Senior International Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnMqwlZKWJKLDhX
GwUfVYE5v7jhs83U1xEnE5EZ2F-Fxiomqw-
W_T2Jq92sYgKRvOYRpkyqUgLbcdjJpyoV8_bTc2SFgd73_oOtAaplC7KLm2C3I33GLBSqq5nPhA2bjOtJ0egL48XTMQ6pSL4M
5eD5qgiyxfZ_c2zI6HsXkpdYSa73r_ZHF5iurVsLxio4odGhNb9UzKEr1ixs0569kkDR2wKZFjekqUVTmKQep5JEa6AGiUOWzjxm
rAYhSujf47Bth0kRfYnDSnVMDWSsSK5wNP6hXHmFz12MH96czsPvDfagWxm5D2bWZxEqcHt7rt31KT4LaKV3NWnSTVDd-
GOr5huJA3kFyAKakwZBDz4prYq5uHjRs8GPXBkh-C2D6sF-RLZvgajGtRFiUj-
EHdebRNj19Hp4tm1etJOjKComiWcunkqIIJ2kwCMhy-
wdEgZqolAHvcOYP8XqqoLPnPLsDVEDurOlLcZLg5mJeDy3ThL2e_LebNg8=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oU
PF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

WASHAR0036421

Requisition ID: 12728
* Lam Research Corp.; Fremont, CA;  Foreign Trade Intern
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGyP-6bkBxdlqW3PMpvd1J2etmTv7CCB1gkHXS6n4YLiMI4oQHODNHIIYRQhqCiAdQTHoWyBJYy7Z-2rksA6eishXoPnlAwLlgTvdsI05CBIkcI9RQi2butUS79hQsUOnBcAPkjPATEyd8jAczbbIo4L3mfcrAZNsEKNYTnCL9mZ_bOwgYOH1ROtXA-SgbUpcSMZjPE6h7looDOmJVSTHNg4CLkJIycSL7g&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Lam Research Corp.; Shanghai, China; Foreign Trade (FT) Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGysLP88yrMsVUjcWSm0xOBUiWESy_6OdES_x4LjOzethl0fQNKqu9JKtr9wU7nBh-WKCUnPE_vtxnl7XNR1Ykjmt4cmVHu13cfg-Obn1RV6XG_-IwjzHPHSVTFSp25YdS5-XIIBzXsGL7N9mGgCQi5TCOk2qMljEQr5tvedJWqYnNHB1aY2t-pDEEr_HO-Hhn8&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Lam Research Corp.; Fremont, CA; Foreign Trade Data Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGyzjKT9kTBkAHhVkM15QjhFPgBymZ5DsbH6ubPNmHVEvkgcJSrSVr8pdjD05aLgwDuimdV-axp8Jv1JjaGBI7pUwWdpyUBW8fqUa3-AINJ0zcEwUcbaTS98wLDlOoo-oAGCqv0ePOPhb1TJx4UikdzvJbYCmHYFWvWNOQd35rMIwfR2uAVEYR9rAQS5Qt3okmZgbADQxNREcE=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Leonardo DRS; Arlington, VA; Senior Customs & Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKi1_P97mNDJsCQMaWv-zmOsGdW0Wn4-MlFtOFLA5HfBQ9Ze42A_sks7P7F_sB3nCgShZETczoSIWaczpgktZdskWYrWejFXsslrFCc9o865ToFEbbIzEA6MeiFcJgk_gAfn8Ir7D4LrYSayt4vHLkl0_zYa4_VVU0Qbi4jP_JxLhuZSiQ4p16rML11WCO-I2SiNxvqlVzW8GTepo_6UH4CkzFIw3Trvzvx710NakP-h6nwOzmHUYnrQm8ZvMKsyAJs7mbATbeLIdJPNAI_Y8-1aj0d0Y3cRq1pMqmpTMMuxZ9Di5y2M8OsL6LvvRp50N4MK9wPWb8ReshYxDChyhJuNj9eRpnRNu4gqpt_0gyb1FlZ32SMT8pmCaVBkx9ikRLdKZ3V2_r4Zs2UzxM6V7bUwSWyP78AO2WiCUztNb4wv3uqpYZbGNUA8ODbnj-eSJkEmSXrpn1up-TETc3ZM4PsktoKzqSu00yheR5cy-2l-poUeBhqjlBlc=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 87488
* Leonardo DRS; St. Louis; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnPD-Ml9NClf-FNiFfQmWrhe4--F75q0ptKyVBIbqFt1PifWwJBOsh_snKP0faJj4SezadFR9AOmcCm5_tAONIHbbX_f6EXlCLPDDxkR1KmbuU3g6TzkfRT5J8ZssurQGOY9mwkvrEOCPx6g54ayfh1_LKXtgTsR5minq8ZDrQ4qNs1mSGB-y6UHbbQZV_a6-Olydc2djODu50pYsp7n6i6tu86Uaknv0ybCE8qUmRmKB2OgGZXRf3g5KuQfLa-MIQfVpNJdZDvG0BuGvpklV6VJ-8dFRtsRu74bN3B4Qovs&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 88127, or contact brandy.mormino@drs.com [mailto:brandy.mormino@drs.com]
* Lincoln Electric; Cleveland, OH; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-Kst2MQELs4Yc4uxcOoLyJvGlrxBWymLfUHuoMsyANdON3N3ezy7uGic3aNQdBTi7SZmG7KW2ncmcXMlOYGeMWbVvAF1piVyEUwelhEmsJaJiijtCoKdglUVp_PiRCa74o9KqQwnSVsEtPXgWSYClUUVtcMaUp6eHYvHkslNopnE0xFwUwFVZXxDm4RHhM4dB8JtM_IOTrw8khehASWoImnptOMRWkWaq6opFr6EshaZN5M=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Lockheed Martin; Manassass, VA; International Licensing
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgKcNFrDYyfHxJi3QryB0byp6RepHD2UjQTk4M-a8MgbwrZAiC6czCinfUxNYUR1Ux-UKPRN_Nf__zOeCdPSUXpzo9us4YZX-yrIfWY7eWTSTzUXS9_Slc4IyybnoKX108sKWFlvi0L8DG0N9ugNRFBGenjeMw9pMIiC893zuA6Pi8rZLgwfer6dCtFd5vIuKjoGV

WASHAR0036422

RIh0smCjDA1JbPL5gM=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 423306BR
* Lockheed Martin; Fort Worth, TX; Import Export Compliance Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuXgZQBJ0xVcrAfX5
mXPcG7rRyJmqmmUe7Nhkfqg2VCU5KfaFq83U3YtlYeNO4d2Es7tPQ33iCLNBTZuntgtZRuVvfiVHMOK6Puvy98YFRp-
1AY__tmC9xGcbOmYc5B8DddeOVL6q9O0ewMUEcPZDQZgIhrDJirBkPyTXT6y3YbZYkhZViRS7QZW0FXn_q1YakOzrRt28vo
R-fZig-S69St22E_baCQVW9XXDmYUxS2T&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Job ID: 397600BR
* Lockheed Martin; Fort Worth, TX; Export and Import Compliance Investigations Lead
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuXgZQBJ0xVcGllnP
h_gMqn-
pYNrbAGRsAQZSOJwGajrHSYRhk_vmbaMZi0NJgcatUUqulWkEY08wLNduV7CGwXq4JHQLsl15Q896KJ6psdOksK9CBuTqFU
TUaskDcG88xDemZ5VjS3WN5wSP2Sz8_pF2U1cfHIBTpoQjF9kyX167PUNn6YpePeDx_eiYZ7I6CfCwielVbYu8GQWY1Qebc2
0tJBjRP4EgK1zkw5JiC8EYcFIMBTkwhU=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Job ID: 427872BR
* Lockheed Martin; Fort Worth, TX; Licensing Integration and Support
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuXgZQBJ0xVcev5vL
2spSbKIMUXKflGMTW1FS30FMGAHZ0N9aNoro8rqivGXBfNxAAwPFAoboY9O2VZjHYa7eKWdPGf5q2lu_CTkH4Aw-
aHlappDdQ3wAB1ycVTPww2CxKtUe8h96YaQf_T170ooxPwGkwqnIXmJcCTJ7c716Z9U9_sVP1FiGB_G__3Qkin2VmlxKDXj3
cSi5SMnYQ9ye08X9oDzTpzVZw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Job ID: 433056BR
* Lockheed Martin; Fort Worth, TX; Regulatory Compliance Analyst Senior
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuXgZQBJ0xVcbGaJU
xuWabciAP10rN1AU6O7pKMls0Zr4Ge0qc7nWXpRvjBsYWDzCSxmELTZG1gck3D6aDKYOh0OkLH3ZDNsTvns6NOn9JuFzLk4
_sUKWoz_h8l5f88ZEoFsi9138Gwq-_cNiy5FCQU5_XZlynj3Kwo6APJPDhQHN-YhSkoCSU7D9FZE1eyR7eaTf06dXZ5vIsb-
EjFravvxhPpnZk5Vhl5xwwX6rq31&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Job ID: 433405BR
* Lockheed Martin; Orlando, FL; Senior International Licensing Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgKcNFrDYyfHWT8aK
qmFsYrfXRyGSNh9c7W7CAvsUsie7rT9jMAmzitNEQpqQdBR8ef4amFxCtDe-
jKuKG_ZNVvqT6aHUCzBo09PPPLqUAECDPDK6YWNrtRMaAKYVanWlBeTaeFT7jSd6EAKOja7l3ARqcrycl7dk395eOdd1BFhH
1U8dckaDFAKmJ-nrklWNCVfle_0IqsWBM3yuoyCmzXlXG-
1Tx7O89icpJC_DzbKyhvZqdiUgio=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 434225BR
* Lockheed Martin; Orlando, FL; International Licensing Analyst Sr
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuXgZQBJ0xVcqe9N8
1yOQrDVZyY-
5kpSPVMMg2nrOrwFzYIAAbzD1QD1CUw4wqO5hpk4fsC5qw1R7YrDZUPh41wShIeBg7K_mCuOU_vK13_uDdwxxc6EVK36
u6DuzSHRDW7xGltJ9bHshaOYSBdWG41_kf1Vv6aAlxEvruoo3fpxIrIhFRmjAiUwN2JC517nbDxFum3-
RhP_cG2mVfqjNcWaKih_DhWiYQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Job ID: 424151BR
* Lockheed Martin; Oswego, NY; Licensing Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuXgZQBJ0xVcijQq_X
OvpRiRKjFZZrmfG1aPXozrTDLty4leh9qsyd6Mv7Z_JH2f8mDKtgT-
xqmx1k8PuchZv5fXtqmdnPKCY6625bTlJyE9Ozpa87UVzGf97DjCo2vlal9Uas34gFP09lZYrLfK9AOCSnQG-

WASHAR0036423

DAc13bLdJ13sdyth5ojgAVdIjcG3M0qOdYQfLjdPcn5W3un&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw
1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Job ID: 415717BR
* Lockheed Martin; Oswego, NY; Licensing Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuXgZQBJ0xVcJqbnM
SSIsUXkKOoGkt6A-sk3bGWm7rUj0QJjfMt_FRcsGR3_3lbDjKrJpxak-e0Gmt3QTPW__znG8hHdGvplA87w-C-
rRdaSlCvRKELLeRtxAz7bFfBEOXZ-ayUwzbL4XOrgKcNwBsMaM8Q9SxByd-oTDHM-
WsvCyhmcJwQBw3FmxLF5ElwSc3g8nG8GsZ6b&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Job ID: 415708BR
* Luminar Technologies; Orlando, FL; Import/Export Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGyTZ7v6
q10n66uynI7OajqjPkALDcOC_RcGRQwgIRPar03R0KB52xgYlZlA37yt8uvhL1vjqYVstm6QlcUgTUBU1woSCCAyMpd7AllUIqJ
N1ppSSE9Qt4sLUYxnFyNvg1CfHpWT6sPIsg70aN3aVAUi4z6mb8UQJzXs7m0DyKEvWA=&c=e5HbzfQs7V1bba4WI34hGsbB
LAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* L-3 ALST; Orlando, FL; Contracts Manager / Empowered Official
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtlAAJWw5l8hRAbw
h4RsfMFbp_AshYBmNfd2sG6DfTTrRx7SypVijsTBNBm_fTOmIg4jNG_EH2GSctb9KYPiNBaeW5DHcNDl-
L7dqHP43QBgvrx2rc5OfI_djtFeh_uRx-GDITv-
Lg_BSCak0k8SX28zuX838m3dvbWK7JIkaqiUTtMUDi63S4Qtpkfrc6NyfjmEA0xTLozfP7e0B-
OBI1lU8yb50SD7IQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 093069
* L-3 Warrior Sensor Systems; Londonderry, NH; Purchasing & Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuXgZQBJ0xVcSzubY
PKrN12XuCHp8ZyKTvyPUtqjSQRo_aLVcvbvyz2RnfAqdKxAKaaQFZDqU6IqvFpN-
ZTjxpoUFVYn0SDjD07yCZrDvmXVLNhL6hjchFTkbGiNo66k-1vqBs-b93OYD_E-
FdsSCsyYSYe0oz8II3jnz7JmvImFT1DUDcTjzGFKDDbG7l6JFA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8z
WDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID:096596
* L-3 Warrior Sensor Systems; Middle East; International Business Development Manager
- Middle East Region
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtlAAJWw5l8h93wo9
GgunubAC_yfhij00vUuGYt-rj9bPkIRnImDOOera-zJ2Dmo3OWgC3GBUKO8WBNbcZUKAfIJWKMNnICYMztJZnlEn0oEN-
imA6kwEjKjpfx4JCI6NojRz3-
5gqHCPwOwdqgAG2rkg85ytNIVoUHx8AlCquNtZz_US6Lh_EfFxAkNlS4Tgq4I8qjk8wT92pwICyNqeLMF6ETtsn3QLA==&c=e
5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 093343
* L-3; Ann Arbor, MI; Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKi1_P97mNDJs9SisnK
Hw3SPCGmne6UhGZs7jUT4HIqUSDgx_ScKJ3XowZJodF2S1W7wFdx_evrbzmbZShkRZ6-
dAE71qJl4VTcLtRQYcQUOKv4Pj2ImYoRzCC3E4JZURw5ghLwcGMaNu1wPBTiaHIeeLWLPkE70UOdQE_GZI-97w-
JTs1Gl9yMw=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 092335
* L-3; Grand Rapids, MI; Sr. Trade Compliance Administrator
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGyLKap6f
aA7bFlS6qU0HyFmvd9RojadQaOfjjcqLnm4vZXCC6VV_blDt_fNmy10B_fNJd5hAs-NF2ot-gAnB9imDRnPC72Ay0-
ujafkWsdwotqVdyl3pOX1mZSA-CNXzcJkTX3-42dSa2k-ZnJuzSa5WA-
mpm34ssbAlZLgAEwiWzLQQ2wnBazIQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

WASHAR0036424

Requisition ID: 097197
* L-3; Arlington, TX; Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGyo96c_
DPLjFpUkt9TO8SSVSjrcQ1pffDjdCdD5iHDmgTKFcu_vRvHKlh7kx2ZDGwBwN4yF-
FAYxeWxVYqoaiEW4TTTruMsoOvuFaCS4a9ubPm7Kd74w4dP62iBUrXCGqcrJUgWi1iEfhP1H0GXm2DHykduaZXOsg1&c=e
5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 098246
* Mattson Technology; Fremont, California; Import/Export Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtR483EzVaGyu7K7I
UJVGEeFLiwXY2nLT09irBlsUH9xKKz_6GA_ZClgebSdP4ybrg1OmCaG4LGzfcZf7PCSWTL7A6uastydamSTfaadC_IF3igFJwdFlT
vd1upOgeisOl1-NAqtLNCPZndqJslxpZBhAX3LSTln-b0TtVmG01YTxA4-
CTaKF90=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Maersk/DAMCO; Agent de transit IMPORT - EXPORT
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKsQ7jEPRyWHAAEp8
uziR8g8iucTiQGXZU981uupjYm--
yCbAsh8PuQxqu2fPGOm4vFwVdwp2jUm3iwGJWeerR81uexf8m9aMjaXhBc58YPU6UEtj4JMSQA_XXyPCCzGlQ6DI77AEfQ
oX7HUYFTMM8WlN_1YCUvzyAztY1GZmxB_crzf8TVQ9FWc=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zW
Dw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Job Ref.: DC-164022
* Mattson Technology; Fremont, California; Import/Export Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnUzsljs7twY_QIQyQ
ICXLGQWggEKMmIzjFc2z6U5BdBIgJElRSYGvFyuIULTCTQbMWd1tZ8Mrr6Dw20lS39Nwtt_63kZh83q7sU0Tovov27mgflciup
oSyAIKy9hRDAqJTriam75_VMxDhPsojgmID3DXkHo0QPlSkm7FIpRgK5PoDFRZtaWTrN3STHKepRWxiQrmRAd-
0080wGTUXix0FtFwPqcg1CU-
sYyzQ8GXql_Iy0DL3NtgSnihUBkERgC6_s3zCUf_r90FicLxLzIxXMPn9wDYz0bejvyRFFTgO_OHl-
4VDE5PtxMX2_os_vRqdmNG_ZbF8faG-XDNHYHYoj2wBB9n4NaUenXyOkvMsyh3yRKUiay_CiLFiW0Rl10HXlWRH8T-
3IUct5wiNIHTbuDSY2IKAuiJRcFn5cf7MW7j_pko2acydNFQf0VfTb59fxB5GPtnMFwOemoytcMyoga8kdmFV0BtPPBGa0JHg
g2oljGEpq4ng=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Medtronic; Heerlen, The Netherlands; Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgKACSQY1jY6AihFW
9vkUHjXID5irzPJCpe-dXdBqSKp1DIaG-VUmdUxKUBZ1zDy4kwA2COdKIWwQ-_7bcwfi-WTjdpgprb1aympm-
shyHsdw9t_Gt6OpJFqXw0b4DNKlw7_el4qiXEvKKS8qm2G2gkEVUTsfbPFaHDlJizLshblOULepJa4C3d2D73ru5nzFA==&c=e5
HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 16000DYY
* Medtronic; Wash DC; Global Trade Lawyer
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKhHChqRw2H-
AJn7cFB3RjXrd4DFgxnaObv7lcAp3G_GXqVFrbWvVL0mVVOyFLwT1bofpNMCUryjdrwVDs-
LPwNkCTcXmWwfBfb0cKjw9LS5TPrcPE-fo7dvdYC7WudPx9qU5Ff2_ZkfBhEiruGSPAX7G5PmF-
De9RoNwSsuCTwmb6_1VWCmLlfDrAScQLrL6jQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
stacy.m.johnson@medtronic.com [mailto:stacy.m.johnson@medtronic.com]; Requisition
ID: 170002ON
* Meggit; Akron, OH; Manager, Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnPD-
MI9NClfJ37UHK8KItHOTSttSCOmoLcxETDvwTm1onLScFc3ElzHbK3Wv-lhxFJzYz0XFZI8PJV5fVKlRjLh-
DuERbq4w35mcvmqAYe4ufdCeS2De-j88PKobUBB2h45NG3phPpS-
BH0BB9Q_1H_z40bcJbcmH5dURVj2wXPp2j_liJWPEWnhiJIS3CBXSg_pUANfrKHO8Pp_gxS8KllySJJE-
2V70Z79k4fZjbWJdzm6XtwdfyUSdOVyjY-tdUzFhTX4U4TaIAu8mNLvOvKdiJS-

WASHAR0036425

D7ymRyPz7BdhsSz4RZVMyJssTFEOdMrt9s9BVUVZh54HT2xjRI9EvsoSrjZJoQgS8oSLP0eZAGQRJAtZjv_Mv5LA5g=&c=e5Hbz
fQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Meggit; Los Angeles, CA; Trade Compliance Officer
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoru6KJgcJYDLCZaxe
Xuh4vGavEHg5UcmmZ-2fYsxOlrlkf3ZA_etny844kG12MVMe8RRttRdApD6S_7LgZ8WZyi-
jjsp2Qw58m9Ioxoj72gp4LmUdDodSRWOrZtRoaTH7T1bjwmt4juylSqdDC9mTwyEYnH_aZLxUl46FCxnBD3NptJTPQwVw67l
FYcyEQVoHbPxkFDD-
yZqt59VnWTKFTIP4sfTZII8FR4dQl99wxnJGbNzSVWuUTDr3oCS4bbf8g_kdNI7d4Py0BjN2I_01Oe1OVtHnP6yjFx6G4bHLjvxs
vlwtDWblTVtn6ZBRgAx370PAuDNw-q2dNDpCbvqZ5Fqmj36KBCYRARwznSkA2CrYF-xp04FqrOXhQ_-
dJbHA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Mercury Systems; Andover, MA; International Trade Compliance Director
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnMqwlZKWJKLXNQ
8LkfB7y4ZMrWEBGqAeOUXKyDVne40tHaW01LVuubNja7D6RQFpYLmNm0ZUt_YyhO2vpW5zhi6o0KlCFXQm__BeHDVYh8
re19hdLHDmBb__oQbIJFPkN8rt8LHvSeDAD8Jg8rSUD6u1UcebPFaLeZBO50SgfFWa0j1Ibohu1COBQECOm0L65coEVVXFed
bEn470ZMmscrw2_TYFQczEw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 18-165
* Mitchell Martin, Inc.; Dallas, Texas; Export Regulatory Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKi1_P97mNDJsxBMx
89aLzllb4WCMcScY_hxRAn7djsu6oCCZfvOyV6MP_cBlBxNYRaLxcV9WohhzIJAqrSkO5JSSeo7bIbJUV7uGT5E8PpO3_SPYZ3l
3yYpLzFGbUBGc4s3lb0BhTssbH_MLhjHp_oOMLmxtnrxE4lUcfzOKV_pGOSQmFeLZwl_IyVM0QfQvQQslD-
b15J7owpE1eKdH61SyT4BLgwdUSw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 104405
* Moog; East Aurora, NY; Manager, Group Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKpOxRatTnL5ii_xcNK
LF0UWEN_86buQwN6FzBBiZmlzktt0ypehIQjfnYIN0KqXGyZgVfs4BZnG3AAFSGe7WYGXqO07FlCtdhgtidJLVT0Io3nIFYaKNEb
34iUDuPy0NSh4sSTndJCj0leTuzu339htdXtCYPXgQqKNbVLeMdRwF1GZ9ybQQatlY=&c=e5HbzfQs7V1bba4WI34hGsbBLAI
DCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Amy Hanavan, ahanavan@moog.com [mailto:ahanavan@moog.com]; Requisition ID: 182102
* Muscogee International, LLC; Washington, D.C.; DDTC Compliance Specialist II
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2H_99
7w4YW4jN7GG4pCgCWY0V50K4F74fT2vBmhSVandOjJSyh4c2oFcIn4N2wDUmlQFKZot_01qqW_pPUb2aHUFTAZXLL63dY-
iai2pqgOX_dQtZcy5XpXOyLHvF_NZoGUIUkBwfgMrbb0-
2Fw2tog8RP2FG51lZbJcfRdrrm1f6Rp_Yp59m4w==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Apply HERE
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2rJ6O5
E5EnX-
idKzepK3a8TAGE1mBKB5gAP5gMKRkmCF6drtpCIsuTliE1XWB4zSKvGqmB63oUY50Mq53_hRRCrl1lhSaHXcqbJ1E8DzaMsY
tz9c3H_2-
ERAZczfdrSieknlRG_CXvH6sDOv5oo8fQA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
or contact their recruiting team [mailto:recruiting@muscogeeinternational.com].
* Muscogee International, LLC; Washington, D.C.; DDTC Registration Analyst III
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2H_99
7w4YW4jN7GG4pCgCWY0V50K4F74fT2vBmhSVandOjJSyh4c2oFcIn4N2wDUmlQFKZot_01qqW_pPUb2aHUFTAZXLL63dY-
iai2pqgOX_dQtZcy5XpXOyLHvF_NZoGUIUkBwfgMrbb0-
2Fw2tog8RP2FG51lZbJcfRdrrm1f6Rp_Yp59m4w==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

WASHAR0036426

Apply HERE
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2rJ6O5E5EnX-
idKzepK3a8TAGE1mBKB5gAP5gMKRkmCF6drtpCIsuTliE1XWB4zSKvGqmB63oUY50Mq53_hRRCrl1lhSaHXcqbJ1E8DzaMsYtz9c3H_2-
ERAZczfdrSieknlRG_CXvH6sDOv5oo8fQA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
or contact their recruiting team [mailto:recruiting@muscogeeinternational.com].
* Muscogee International, LLC; Washington, D.C.; DDTC Policy Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2ioyWqWL9JsSecZAzTEaSNeQjGY_BVu3PChgllOhoG6E9DnmZ-
F8sW6AfDxQ_TCG7bffMo9f3MViPrQQRJlSTmEeqztxdrUw91bDuZoBED4GFyWWe11E4LmbVn8nqYC4Uf3iiGuq6xDYR-
jaDWlzt_3AO_JUeeFr42vw0_8j0Rf82G846F2tIOw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Apply HERE
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2rJ6O5E5EnX-
idKzepK3a8TAGE1mBKB5gAP5gMKRkmCF6drtpCIsuTliE1XWB4zSKvGqmB63oUY50Mq53_hRRCrl1lhSaHXcqbJ1E8DzaMsYtz9c3H_2-
ERAZczfdrSieknlRG_CXvH6sDOv5oo8fQA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
or contact their recruiting team [mailto:recruiting@muscogeeinternational.com].
* Muscogee International, LLC; Washington, D.C.; DDTC Records Auditor
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2j9vwjvY_HJQM3fa4W835yrCGV9xB4ircuAoJHl3fNni8ej7ArVjngq7SsN14eDIyURCY1mBlQL9l17COCXfQzTdyX9U-V7VuSo1C-AaLLs_1rIRJxslnSMYj-kB23QSr8Z9BIKvwcfvSA8HQ8B7fhsSixWTe9eYXAFZRUf0aXG-
Vj0xxahfCPw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Apply HERE
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2rJ6O5E5EnX-
idKzepK3a8TAGE1mBKB5gAP5gMKRkmCF6drtpCIsuTliE1XWB4zSKvGqmB63oUY50Mq53_hRRCrl1lhSaHXcqbJ1E8DzaMsYtz9c3H_2-
ERAZczfdrSieknlRG_CXvH6sDOv5oo8fQA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
or contact their recruiting team [mailto:recruiting@muscogeeinternational.com].
* Muscogee International, LLC; Washington, D.C.; DDTC Contract Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2Zzo8T4r5Xpt3PZT1lOrOidUD9sJY3ojROxd0P_Csz4wWCfWPejOQ5D3IuI5AZpPBkLKQBzOc5Tu1N7qEi-
0MJYnfE_sRIHTrti5kqbz1nFe-VrnRMC3dF4GWkIG5DbGQGvY-PvgiHADsTa9IjzHackYesntsEkm1Uhrf-D-
XvvPjzpdYhAX9EQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Apply HERE
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2rJ6O5E5EnX-
idKzepK3a8TAGE1mBKB5gAP5gMKRkmCF6drtpCIsuTliE1XWB4zSKvGqmB63oUY50Mq53_hRRCrl1lhSaHXcqbJ1E8DzaMsYtz9c3H_2-
ERAZczfdrSieknlRG_CXvH6sDOv5oo8fQA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
or contact their recruiting team [mailto:recruiting@muscogeeinternational.com].
* Muscogee International, LLC; Washington, D.C.; DDTC Service Support Desk Lead

WASHAR0036427

[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2JG5a
hn2HZrtRP-RfygGLgCCz-SGeqaGumiQLWMUpdb0uhG7WYPLSoO1Jo5-
4aOR6os_qXdzHXEDnnMn6fbFmCJCfyEatnToOHbD1P8-ukXZjrO56Zb7-
Z10YhD15m8cWx7u8YJdj0lFEn6JOIkizNV9PjjQOqZeJho-
PPDtXseSV74e5vM9ATQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Apply HERE
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2rJ6O5
E5EnX-
idKzepK3a8TAGE1mBKB5gAP5gMKRkmCF6drtpCIsuTliE1XWB4zSKvGqmB63oUY50Mq53_hRRCrl1lhSaHXcqbJ1E8DzaMsY
tz9c3H_2-
ERAZczfdrSieknIRG_CXvH6sDOv5oo8fQA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
or contact their recruiting team [mailto:recruiting@muscogeeinternational.com].
* Muscogee International, LLC; Washington, D.C.; DDTC Service Support Desk
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK21Mkb
8mMDEcjzFOBarvOxNbvH16AAVoTXlKz6gHWUqX3Z972IrKFdLGpNSxuwUKHM-g8-
n6t65GC3zEVJ071qsRj2L_5H35rPLpLN9JTU0jAEXrp90e76NtTvjMSvW0tqvYN4IWXOUsPKMZr3V70UrsAKfVYmNH77DRhN
wLWAYt9GAEDI469msA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Apply HERE
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2rJ6O5
E5EnX-
idKzepK3a8TAGE1mBKB5gAP5gMKRkmCF6drtpCIsuTliE1XWB4zSKvGqmB63oUY50Mq53_hRRCrl1lhSaHXcqbJ1E8DzaMsY
tz9c3H_2-
ERAZczfdrSieknIRG_CXvH6sDOv5oo8fQA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
or contact their recruiting team [mailto:recruiting@muscogeeinternational.com].
* Muscogee International, LLC; Washington, D.C.; DDTC Office Support I
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2C4QV
4r8jpZkhFEYYITa5DDjkFr0f7vteTyBx4YPuE2Qs5SrwXe6j4HGO5MAefwvxw5jgk9dojxgRc2j27PhYZ0OTE9qI5ZIs8_HAlhB3RY
FK6LgxSxYUWzCs4SPDQu9al3aacfe8GxR3PrjAhfZh7zPuJa4r1zeZ5Pc5PyGkZB3D0BuSF3jU8A==&c=e5HbzfQs7V1bba4WI3
4hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Apply HERE
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2rJ6O5
E5EnX-
idKzepK3a8TAGE1mBKB5gAP5gMKRkmCF6drtpCIsuTliE1XWB4zSKvGqmB63oUY50Mq53_hRRCrl1lhSaHXcqbJ1E8DzaMsY
tz9c3H_2-
ERAZczfdrSieknIRG_CXvH6sDOv5oo8fQA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
or contact their recruiting team [mailto:recruiting@muscogeeinternational.com].
* Muscogee International, LLC; Washington, D.C.; DDTC Office Support II
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2YK6Ul
Jgxn5RZt_dDZRDyhEP8KPh3KrozOlUtJk19lN82fgsefOvrEUScZkialqhniIquqdqJbpBfiYjQG4-2GLr4-
clkcimGtIOLCHSaKHhwf40ib87Pq4NjZ9_QTbAH-
G0cA08tNqEJifVpe3MCEKcYKidKNdCSeuXOWPBibYBgmYwDalHUEg==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1
cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Apply HERE
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2rJ6O5
E5EnX-
idKzepK3a8TAGE1mBKB5gAP5gMKRkmCF6drtpCIsuTliE1XWB4zSKvGqmB63oUY50Mq53_hRRCrl1lhSaHXcqbJ1E8DzaMsY

WASHAR0036428

tz9c3H_2-
ERAZczfdrSieknlRG_CXvH6sDOv5oo8fQA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
or contact their recruiting team [mailto:recruiting@muscogeeinternational.com].
* Muscogee International, LLC; Washington, D.C.; DDTC Office Support III
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKvx4q3hOpQLK2cTotY
PCgUwSU2k2dQ8Z5jyrbuunZlFcg302eL_vpp09ytYp8dXFak4pVhlXUY_Wf_MM20M5BplD3c3fB2pcqKvyBaIPMLfXP6CVaos
aumew3cTeRwDqc6RIZ4cI6H2zpcPPxzA-
uhk_zwYqP0Fftt8hRR9e8oPiDzCZgdCV8Ijg3lPRTUwnmeA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWD
w1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Apply HERE
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKvx4q3hOpQLK2rJ6O5
E5EnX-
idKzepK3a8TAGE1mBKB5gAP5gMKRkmCF6drtpCIsuTliE1XWB4zSKvGqmB63oUY50Mq53_hRRCrl1lhSaHXcqbJ1E8DzaMsY
tz9c3H_2-
ERAZczfdrSieknlRG_CXvH6sDOv5oo8fQA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
or contact their recruiting team [mailto:recruiting@muscogeeinternational.com].
* MTS Systems; Eden Prairie, MN; Global Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuxSaMsGWH5n-
B3ypM7bbSnDgtHTrj-wzzV_8h3-4vvkC4U4r6noWuX2F9rcAXQexi5rhc0jeIKcVHeyudl2am96dU--
_cToZASQNSKFUxYHPM4n_0wB9Vk9I3QX-7PLD1jlKy8dkZHCh0ODA-NShk_2lLaYp0V3bMa5ZFyGK5a7U9YvpqFiCKHtQjTX-
nYuIo4X6SoJBcPFD7OT3v-3Mxk=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 37841
* Northrop Grumman; Herndon, VA; Manager, International Trade Compliance 2
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKvx4q3hOpQLK2RsuV
M9m2H_E2aP3dKB4CVuUo35jtTq0nNvImvFL7b2qsBlhYUtTqTFL0w0_nGXh82gBnrLtZsOFZfWzKuhBCNNv3fpsdtGNTXwO
ww6bpyozYtDxmCv27pPGXhPbeG5QlU_7-
6MIlS_UzEpmqvz5Ao8IxFbx9cpFQ1LVQP5rg4hXS8iNaXy7QBteeqgTms60v4ow-
7b1eYdMyjGXF8pwssA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 18010381
* Northrop Grumman; Herndon, VA; Manager, International Trade Compliance 2
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKsK1I9bITRpBCFUN0
2BNsedEg-REHYRocZ8mdXE7gWzT9kfF_tzmppeCWy42VAYCNdBvhs-SVyIaV0UT-xDMI-
QomRkCo38hxRRqMgUKUkCGJhN9Q7eoHqKOKRRYq1NTRbCH6qlN3DN3kCDiigcEn1rMo_AOlnGh8GP0WdS5mi3Dlf-
QJoqpIbraqdRUEFGmqqxH7o8QljuZDryMctmf_OK0wGpn5F_r1w==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cj
GA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 17022803
* Northrop Grumman; Herndon, VA; Manager, International Trade Compliance 2
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKm056WxbLHJtXYGU
YLDuczotralOzr7bxMcQ9604bj96yh_zdIEKQyePB024llxn9MWomgESgScDONmsVBuosfB_Q2okKl9kt7l04zznkxc0wZ1zz0Q
KSMJFxaA02SnqsZTLgjPQta-X6vy-tIDsuyDa2vlunEfGU0VIRcmWKZ1P0fLhTKGXI3UPUV7dUxuf0CVFQf-
lNp1tYRVU80kUVtuqn35wefEVow==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 17022805
* Northrop Grumman; McLean, VA; International Trade Compliance Analyst 3
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKvx4q3hOpQLK2bNnN
J_zAkFBwSKg09mioN-T14cI0gNg2N3AnwH9Hh1_do7x60UuPytA3dJZZ-
OtJ4pff8zfmSxVQlSLkgitR3iJdglobG90nXQkv7jVNcmnNW2-
5wALfUIkl3xN7TF0ndlFxEsFV67fMT4ZpwCatA7Yl3AisQsBGji1NOp2HmD587fRdHpmG-

WASHAR0036429

RaDxsoRASaC62BUtDvmIvNVqrxpcI-6AA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 18012973
* Northrop Grumman; Herndon, VA; International Trade Compliance Analyst 3
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2HrnN
sSss-rC7cJdEjFLqgJE8eVG-LBsIZFdltbgpsZoc8E09g83752mswUkdqs1otE1h-XroURQHogZiNS57xKq3KwHEFqnFiq-
xeiZGc21vIU8ZLz36hik8R4cbvzSf7B7yLTxKnGp0eHBMG8GdmZTX6SPRc-RiU4c4-
MLnr5jeBYjDcBW5w7DEl4i8WLDNgpoPvOzJ0tib3O5saBnhow==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8
zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 18007859
* Northrop Grumman; San Diego, CA; International Trade Compliance Analyst 2
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2PqnX
QxEwQZ2-nmslxvhC5bQttL6laLXk0eQxVEEp-2oNE5hAa4O3736m69JJ_cH-1i1gfyf0DS4HfVEGQHePKG2IzE4bqVkIAv1uh7-
Md9DvBZr5IR0PWV0w_WgCO-
s808tx4AFU9U4EHA5HqR0rIr4Lg3_rCGVBRxODgtM4YvFAgYjyfx04ploecu6DFXABNKTbJyglf-
NpMlw19p1m2A==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 18012561
* Northrop Grumman; Redondo Beach, CA; or Rancho Bernardo, CA; or Melbourne, FL;
 or Falls Church, VA; Sr. Manager, International Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuuubMukWwHiZVQ
vUA3KN40JIajuvExYtkIkqVtSHeY2BgU4ineBhfW_R3IFJ4sDiAHZozJbPdFwSw20rayLxxOvNh27C8gQQ6lWMuX-
veAIcw9ssv1Wiej1rQBsDs0359kK8AUQWsmlHRoz-PLIy8-
JbvM5GGLTulUgHd2O9YAxmYMqFSaBt4Oi9F7qI4bCRxYzxtW2dscInvGE1tjI6ptX6WzKiPkA9w==&c=e5HbzfQs7V1bba4WI
34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 18012105; Contact Fred Czarske at 310.332.7606, fred.czarske@ngc.com
[mailto:fred.czarske@ngc.com].
# OCR Services, Inc.; Rockville, MD; Business Analyst, Global Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeeSAZ84
JeZGquQxM6ec3YBK3FQA65Pix0zRvNNgwbQbCs8-tkzu_9dpTUmHlTD-
HS_gGALPcpQkJPlnqi50nhNg3O9d0bk3UjDanxmmaWzhc3jjRn1cpQJwrd0bq58oy4gEmFBZq2P0ECDYMq5J3godIx8Nwaj7
9X3ifM3DI6niCkXFlm1w3BrdasBaHnh29rAWa09r2mJLXZ46uNY2w8C8S65oQ0Fhk6hEYI1cAcrfJtshS71yQm7_RMNJtFtGQ
dkevLqGnh6znSCO8P3FgNeY5ke4142IWhMj-jtlyckZG0BYCCjqnaKpIIn7-ka_QcfIRB6fhOl7nMiq6bne-
qeeOWLdCGggeUlMrDGq5gq4dyzPgarSPe-uxZZTkhY7xccrypkOZEoF0xZJ4Ovgo2J1mCfKNBr_mys7Pb3hE6zNe-
FtEHYNIPT0_Kqodo6ezsrCMdiVe6ZDbxNcTTT5H52HX0lEF9p_7Xd2j5wqgIrmcQF2wM0vPQWHBFc8UgyCdZLY_jGtB3wBO
xVAyQwGQBnWHCrc_z1I1gUvvoO7yNV_-
_6BRJjhNXKLJTej139xjcAu9k_ellYF_jQPdJBKqiC986HGzZqy8BGSg_ZzOjyH4=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6
oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Office of the Director of National Intelligence; McLean, VA; Associate General
 Counsel
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuxSaMsGWH5np_0
D5wwxBxMlCKc-gJ2iFz-4mOtxCEOksUgrStX88pZ2LGzvPikyVprGYAz6qwFmsspyYpK8RG38lvbgVlxDoSjy2n-
Q5qPR1dEm4xsL-
8C5UQz37acd0L0SJQtQSKLANLsDt3dWErdoYrzHaNmnJw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWD
w1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Oracle; Unspecified, United States; Customs Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuXgZQBJ0xVcXgFoA
qx4jhNnp1vlOIWEbN9YbnuQyaUlle_STuHoa4l_on5EnsCf3xMjj3zyVnKk6AR7yXUY6B9EzKmu782uU19GypwNjPMhGwqfj
NWEmi_X5orIPGMVwt2vTe5wkHqPyGb9Bwot4aD41GA6XOPbaR1_1pg9AeBXTSEAnlaPC7Hbnq30LcDB4uutY8VEh_DxnW
go5Ba1Skk=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

WASHAR0036430

Requisition ID: 18000H0N
* Oshkosh Corporation; Greenville, WI; Global Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoIjnS5eFQx2Ybnfce
16PXoiC3TZEs8o-
_T3v0r3xhiDmoy5CfPMa2qVZMhazjuhX93s4oxXqxia6n_sdA95djcuxUbJK1jUfqL8_V9BXFTcdt1jQ1KA9DM5sq6V21_h6liJ
mYXffRQMCh1VuZtzgwDFCdHq9vx3-
uJZgvimgiyO476xhguCE3VehGxJc6CMsBgdSe4uBqkAeAz4R0_EPFM4uoaoPQPFrER_2sufmgOO&c=e5HbzfQs7V1bba4WI3
4hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 182405
* PerkinElmer, Inc.; Shelton, CT; Systems Analyst, Trade Compliance Solutions
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKp1SSiV_Qn5qHAslc
U5JyD957KMr9kL5SxZauIAKb0z3AuDWuRm8QHsx3MEIVLy4PbuYJ1Vc7DVdkfa1FF0UYxzZaTLQ1dHrUCwdwVFchOfpucW
4CzCfRb22cTyn9DGmIJiSlg6Q1qCBDorBuA-D6Osby2tWJZmznEEkSLYFVf-w_r0-
W6PM9z3n0RERkMS8mUqanQcNOHjFMQgXih6nC85VeOp3f09iOtz0GZNOsj8oGaq63Iz8_5PEIe0HeCYUTBwA_kapdQYK&
c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* PerkinElmer, Inc.; Shelton, CT; International Trade Compliance Analyst - Export
Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnMqwlZKWJKLlZ0TF
t-QcTdPMB_x_ZFcyBgdsaB6z0_-
bLemBKgcQAm3lLXohMuXNgdILuofVAYJYEOeRIpomhGcInKAW4puZ3o_aiGRyCluWsPmfpMFqiJENkMRFvWsEG8nU89pPf
VB4RwzSmP3QdEkkPybwl961PwVizozWhFflxKlrHWxHNFqJvU123u3rg2ZU5MzSF3oK_yH2gW06aEOcIdq3IrZ0yarltBFUMF
_M77zPT87_TxuzagmYBeN_4hsBte4iUpkGBB4bOzOcvM=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw
1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: JR-001256
* PerkinElmer, Inc.; Hopkinton, CT;  International Trade Compliance Analyst - Export
Coordinator
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnMqwlZKWJKLlZ0TF
t-QcTdPMB_x_ZFcyBgdsaB6z0_-
bLemBKgcQAm3lLXohMuXNgdILuofVAYJYEOeRIpomhGcInKAW4puZ3o_aiGRyCluWsPmfpMFqiJENkMRFvWsEG8nU89pPf
VB4RwzSmP3QdEkkPybwl961PwVizozWhFflxKlrHWxHNFqJvU123u3rg2ZU5MzSF3oK_yH2gW06aEOcIdq3IrZ0yarltBFUMF
_M77zPT87_TxuzagmYBeN_4hsBte4iUpkGBB4bOzOcvM=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw
1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: JR-001256
* PerkinElmer, Inc.; Singapore; ITC Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnMqwlZKWJKL9rNcJ
R4lXoXxTMPzvaQvtjAgSdw473RmHfAqJDxvAstFS_-hvkdE2QJKLC1n8mS9MmWThFNslmW-
nnSXy4RKRAi6h8w4No5XwPA2keTiuWUJ4sCt66E1ZbVnbBhK1xMsF8bSKiOZdlo0CCJwzq_JIom4OJiRagYQmEG6fUv_5v2Kl
aZzQSbWeA54_1hH7FxJ0gUNGMyhX23nS5dFJg5hcw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1
vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: JR-003936
* Raytheon; El Segundo, CA; Global Trade Licensing Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-
KstWsCznV-sfvQfJx5uC9bWAAgnsZmt-
CNP9ZG335cPvgBW637coPwzDjjW5BLtyxUIOrE0Kd_zcUy7VYNgl_Coury1u7jKr7WYLzgfgnQUnzqPJXFqQCIbi01m4yTLAJEx
zWIx08SYhHzk43D82_3qeZICjHJIn82uh0JLCNmVi8A97yQVJBNe_o1EzSP-
Pgp6CJ62mOyfamI=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 114977BR
* Raytheon; El Segundo, CA; Global Trade Licensing Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-

WASHAR0036431

KstTwtUMOTjI3TjEZgXKjdljzXdnwVwOTDjuWHWM4E8oKgFnArDj50fuLH_ZAANlBunD-
oUsEFNvp3E50E6rKiJTrdiCN4PlSfHP4lDGb5Lh6pRdhurEpWF1OyLFCGztbO5bdOnqDegCHC8JTPhZqAuwugYdL_ENWwac7
NTvXjnKwn-
XRhKZpJ9yh876kvxqjXTkMXoHRwPBnI=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 115189BR
* Raytheon; El Segundo, CA; Sr. Export Licensing And Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-
KstS5UFefFzBsrauTj6ynNSoKzhxN_tXrB9f6_Yy7f360GwWeGKpBlQMdrbYo_St2ELdHtRPEkYrIjJSQqQWF68gYRJpLk--
jwCB4_evHFsfgd0wETgiFr_VHrl-XFF-MQM8VUbpz79xx09DG3V4WZSqLaFBuFV9zurhDAMusYD0FRbCm3-
5Oaqq_feg3BdgHSR9UB3HW7aC1w5DaQMvh13R9d6LUugfIoW&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8
zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 114077BR
* Raytheon; Tucson, AZ; Export Licensing And Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-
KstuDPu4IyW9qRN-3ExzE-C0FRa_KbftnVoZcs65O3ZMDOEuHDZDcBjPPGqZKMqGEovtpttU1ROB1UrtDqCZgwL1iJ2Ti3-
gH2r8zZ60XYHIUCY3OkS7kOSs6TiWZiu-
2yuKvV8CnEkh0cI1Vh3Qn4zNq_Y3AkYR7EjlZMdP9PoppEiRjPbw9cr_vX5iBwDB3mdb5YflirFltpVcm_hKNx29g==&c=e5Hbz
fQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 114936BR
* Raytheon; El Segundo, CA; Senior Principle, Global Trade Licensing
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuuubMukWwHiq1ic
FVINdKvSdBbEcwDK4D8VJG8Cjk9ynCDk_0mpCVybwc3ULxep8FTiYLjg1se15c1zD2Ep1GptFM1sZ3XoTraHMySsJNgXy5bXY
sVg2JmOUFgq1Z5wBUbWc_iKvxh-
avOvZhP8tEBCZENuR57XNGt4k5Gxv0OlgOzhOfNPibpU5vExtd9tzNh9Ovy_NvgEkOAjkqo_gtwpGW2qnJ3R0sHvkbG_NgpB
_NOQVaAEUIoi_XA9NkmA4xgKgb87Bp8VE8EQmC_OWILYuwHpOYi0XiBYmmYInkRsvfynSCXm71fMqwDNxwA8ng==&c=e
5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 117232BR
* Raytheon; El Segundo, CA; Manager III, Global Trade Licensing
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuuubMukWwHiNy9
Go3VosbeyOF_SGex0w6PvYUNH5rVLjMdSk6y297lH5x0LTUDNRaoFLq_9DWTyNfq4GNa0HIbug0iYBSwSC2egqDgdMurjeV
9VlkxizskJbZYvELEI687_-nqZKhVez0K2QBVFRF9BKnluAhcAt-R_Pz63pLAeCqTuZvitWONB6v67taXdZ3YH5R1YGC-
Z_Ut_30hl0LsXTWGmT-VkBne-
CEyBUH5rI0kizahqhDPA7QHVvoSUE_9YpimRiQZLsmrw4zHQt4ISHVLQWL_Ni_avhZPSVCJlhA1WUu9-
pfb5BUJ41qDyKQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 117235BR
* Raytheon; El Segundo, CA; Fullerton, CA; Goleta, CA; Aberdeen, MD; Plano, TX;
McKinney, TX; Principal Analyst, Global Trade Licensing
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuuubMukWwHiMIe
hZgFa7RV9irmOBQb_zOcZzBBD1nC0LqaMIw-258D2GRvA429OMeHHmwVyozVS_98y7YE6UbmhJKCHm580Egw_ErVbt-
2US9x_ct0ZYls_YMKoXgrl9YoR9ZApX2OgBaMtDT5JgJ_oqzQU0lL_cXurY9e2SbJA32d48NfY1LIM3PaW78ASZ9ShGyTdwZiD
N272u-TxljvaLBN9GBfOGtP3mxhXHIBocHsyz60jsXnTtMUP2M7nwC6EjmNnaJoECY5ST2XNyugS-
92cR1lfUDinz_vak4tRXx529Sbi1KXBdn1mRm4Er7g==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vIn
F-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 117247BR
* Raytheon; El Segundo, CA; Aberdeen, MD; McKinney, TX; Global Trade Licensing Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuuubMukWwHiNH
WIGifBjNKajyMcz6OUUhPdyQXwe-wDYmHzf4IEvu-z6Q-
ujjrrrZYAT3DxwEGdzyn9xBLf0Duv41YMmzcozFQ0T3OU8wDVnk4fhDNHjvj_0oUr7yvRV1zifYztsQ8cESxZOXMEgu34_LRKG

WASHAR0036432

SbC-b9KaTtqklaMv2HNgheQ7NOf3qCNu1z7wDgPCgXaczh8YY3PoqkAJOxyMYiVStBWDGABNIHRI3UzuaQ-
f_Kb1uLcHVIQobOxtRwrUXdh93fx7Kh53HWXZEPb4xw-
lVcY18hEmAaxqlQ41p4Y4jQ2esSvpyFGqZcU5g==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 116976BR
* Raytheon; El Segundo, CA; Ft. Wayne, IN; Aberdeen, MD; Global Trade Licensing
Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuuubMukWwHiN8C
Lh78UaOOfSM2LwyZMZFtUWERwmOgvSLhnGRJeZDLggrm_fxQac5N9lcln5_jteRf5qwxlyEVpDv-
tBgv7tnTFp5IqmAomBoevIeYU4lq7FQdM8FJGatKUtEJ4fSsNn14H0ogh78bgpIE3CSGG-jTwjfPNArC-
iL4yMDcJYP13_BgZR1JXGRGF6PbqdpKzKHHSoU0vVVgkvkw31jI0Hv5X60jIA_MHnuY2GSgfGuVXv7nke46kViEZQoZCAk6x9t
E2YRN08oS2U8UjWo3sB4eOvGs_AB-jNZzsPG9f5zwDay-
oulcRmg==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 118159BR
* SABIC; Houston TX; Senior Analyst, Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKj9wUQUJDHP9SbIo8
zvpHnNlKes7dRvnsF11My_AbjVJNM4nwMTjlNA1t_aLLd9dGez3k71LEOAdFoPO0IoFz8uHVJ5tPa2TxoyR0aTxUT3qYDDNW
QfzcUdYVSx5bxhbUTdZWn4MnZpRCuSHT3gFsMeGKtusFWTxgVVnPLEMj8M0JX1_zzTZYPKgfhuZLLxzvBWL6JXzX8hzuIjYrl
QPTvwyMLEZCrtexDoFX0sk4Owu3HwxH7gp33Ej1uFUfuGxRdw95zpEIKLvutOwvb0f38UiOtA7epJe5CVcEZMrdKzkbswP0r8
xPpMmnxHfgwL_C5buYhhATFBGog6i79BsduUl5NsjzNebTxrYOoJ7p3nv0C2NDAcaK3KL1sUXW5IsdjQV5b7L76m2&c=e5Hb
zfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Danielle.Cannata@sabic.com [mailto:Danielle.Cannata@sabic.com]; Requisition ID:
8411BR
* SABIC; Houston, TX; Senior Analyst, International Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKk4TaNARKTv1GqXo
RztpTCkmdKTHjnY8nTX_AZeprd33c9zCdOKl2ihFLuNYbTXZO546cft9-m2S2T2DwWShKKv_YFO3xPHfSC-
p___weFlb0S3BwBcyE2uSdfx8L7IpY9cO-wz1Cqj3Em9S_mrvQk71qaFw41LdFmSn4jawt1dg_4WKo4FJx9G-
nAGP8nJgyDDis7Kcinq7zlu5R3OzQCRMUVfxmfdg0v8QAWMl7TD0GePnV6PJBHbz5QbW14Zp5PptBFVfYrAAj4K3sG8J9eoa
huhP0GaBVezzS4Mq4D8xsELHXVBoqCMDwCEZ-sVZkmtvn-
Iwsdoq8bMMiXdLiId0YVadH0r4DA4XdLhhjsbEp8YInUpoSuP8cnO_6_Od8N5ATLjgbcHJr6jUS9u6BAKffLFsa-
uTUagM5q7fTEuN0yGMObipp6Hv-RZLuarNl8g==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID 8655; OR Contact: Jason Washington [mailto:Jason.washington@sabic.com]
* The Safariland Group; Jacksonville, FL; Counsel (International Trade Compliance)
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4DuTJ_
t7WLE6-PoWXDZQZhPeuhzuRa63IRBNKZHv36l0Y6_Cx6UJEnyNzEqnCKxeWzTqwiDlDYc1VrrUCHz2-
YMHtP6Pde657_Kys2o_VIAMvrXjsCteDXNoUX88cRKktOrQnTnwFU4bFXhhI7AdxljXCMBGWizS7&c=e5HbzfQs7V1bba4WI
34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* The Safariland Group; Jacksonville, FL; Sr. Export Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4KlMuf
qDAHM2F4WQSYWlDNg5pi1-jzxxV-rKlO0-
49LKYpilOLjMkiEfT4fAiLMI6cw6OS9YRkjgi6ylU72CWCZ70jlcNvktgU5y9Iemdw4RCjdcMJGil_4m9_CSTH8aFbXbVBFxgR12D
S-3JsYewoUG970Jor-
U5ivDjfulHvgxjHvJ8BU7nNo1wFGiqQ1P9&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Stockholm International Peace Research Institute (SIPRI); Solna, Sweden; Senior
Researcher on Dual Use and Arms Trade Controls
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuuubMukWwHi1ew
hJPP48BFYdziEh2lHa8erLM6cL45_SIoga5BMGTfDmcyWjei6ckGbUByAZuxpquVfiwmapAbCf811RW4K6Mbhad93g1cHK3

WASHAR0036433

W8Xkqi8jGV2jLLgIEhGnmqJcSMJwuBX2Sk6VH0vqWcPgoxFYRedfUAv5ttp5GQo2ME3HcqYVJbjuVOd1T27W8tN18df3KHr3
TWxtypux1TnqaMc45VAu90_4vyON4I&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Spirent; San Jose, CA; Global Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKsQ7jEPRyWHAHKgn
t22fzhxC3iSZdjcwGvYAn3uqn4sCJcQWZfUbOrKWK7Kui46fcuZpPaFZDVEDpKuAMC0CoEKe3OQXS6SrV_8phKvDIVvDR0Ipe
wQS9BFdxwMAd-djuhcWTEA-
bNatnqEuP3nf4J7FtPhV7e8DdH7283dsaf2bUQjLj6R0Z0ymLXOjqBOAbovgqVz4vxzSpiWCaKbqe_xBz_y_J1LP-
it7SNCtD1gda3nfO_VF-
tAlHmB9U6H1PKXKupmhESQBS8CozXxX9FQK8j1tELbePotZxDUH3tYLda6HDbQMI6nYfWogdpVUBuh6lf08GdymhaFLacA2
59Too2ePzyju1Ynu75t8lrE_-
BYZw_qMioQgFUNjpZ6gkNNUZOtxEXkg&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 4088
* Tech Data Corporation; Miami, FL; Sr. Regulatory Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4u3TZ
W7EfFl-7On2Jd1h5zrOIsQDBFU6dBXtf4Sjj-
L1rGHNcG1_MWo8jGETpXGAxjw_xZ0EXHBXWV5p7NJiuToJBgRynJdxRapY_1Yt2skAoanP4hCcD1ev8zrZTMBMiTiEd4pgtm
bEQhRjAvGZhv0Y9uvbPGt8Fo30cm57qriHlilGL9ShLBa1CpA4rOz_B&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjG
A8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Tech Data Corporation; Clearwater, FL; Sr. Regulatory Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4u3TZ
W7EfFl-7On2Jd1h5zrOIsQDBFU6dBXtf4Sjj-
L1rGHNcG1_MWo8jGETpXGAxjw_xZ0EXHBXWV5p7NJiuToJBgRynJdxRapY_1Yt2skAoanP4hCcD1ev8zrZTMBMiTiEd4pgtm
bEQhRjAvGZhv0Y9uvbPGt8Fo30cm57qriHlilGL9ShLBa1CpA4rOz_B&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjG
A8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Tech Data Corporation; Groveport, OH; Sr. Regulatory Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4u3TZ
W7EfFl-7On2Jd1h5zrOIsQDBFU6dBXtf4Sjj-
L1rGHNcG1_MWo8jGETpXGAxjw_xZ0EXHBXWV5p7NJiuToJBgRynJdxRapY_1Yt2skAoanP4hCcD1ev8zrZTMBMiTiEd4pgtm
bEQhRjAvGZhv0Y9uvbPGt8Fo30cm57qriHlilGL9ShLBa1CpA4rOz_B&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjG
A8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Tech Data Corporation; Duluth, GA; Sr. Regulatory Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4u3TZ
W7EfFl-7On2Jd1h5zrOIsQDBFU6dBXtf4Sjj-
L1rGHNcG1_MWo8jGETpXGAxjw_xZ0EXHBXWV5p7NJiuToJBgRynJdxRapY_1Yt2skAoanP4hCcD1ev8zrZTMBMiTiEd4pgtm
bEQhRjAvGZhv0Y9uvbPGt8Fo30cm57qriHlilGL9ShLBa1CpA4rOz_B&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjG
A8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Tech Data Corporation; Miami, FL; Regulatory Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4Yh24
uCMGY3YTckGxNM90H17Z6yE7B0lbAlshhCP-FsmkCUlfqN3s_aprHe-iXtZRa-
b9NIkUeTGGstVHGwuUyUbyUfUlMmk19r1IFIybzITuBinsQr1TFbx1jarW_qb1jOzeE2UBkqt0xKa8J9AGkT3ErrC30_yrac1toE
oq-8VUaj31F_tmzRVZ6PrWh0zV&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Tech Data Corporation; Clearwater, FL; Regulatory Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4Yh24
uCMGY3YTckGxNM90H17Z6yE7B0lbAlshhCP-FsmkCUlfqN3s_aprHe-iXtZRa-
b9NIkUeTGGstVHGwuUyUbyUfUlMmk19r1IFIybzITuBinsQr1TFbx1jarW_qb1jOzeE2UBkqt0xKa8J9AGkT3ErrC30_yrac1toE
oq-8VUaj31F_tmzRVZ6PrWh0zV&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Tech Data Corporation; Groveport, OH;  Regulatory Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4Yh24

WASHAR0036434

uCMGY3YTckGxNM90H17Z6yE7B0lbAlshhCP-FsmkCUlfqN3s_aprHe-iXtZRa-
b9NIkUeTGGstVHGwuUyUbyUfUlMmk19r1IFIybzITuBinsQr1TFbx1jarW_qb1jOzeE2UBkqt0xKa8J9AGkT3ErrC30_yrac1toE
oq-8VUaj31F_tmzRVZ6PrWh0zV&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Tech Data Corporation; Duluth, GA;  Regulatory Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuUYUej5mFY4Yh24
uCMGY3YTckGxNM90H17Z6yE7B0lbAlshhCP-FsmkCUlfqN3s_aprHe-iXtZRa-
b9NIkUeTGGstVHGwuUyUbyUfUlMmk19r1IFIybzITuBinsQr1TFbx1jarW_qb1jOzeE2UBkqt0xKa8J9AGkT3ErrC30_yrac1toE
oq-8VUaj31F_tmzRVZ6PrWh0zV&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Teledyne Benthos; Falmouth, MA; Export Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKjRz-
Iwr_rt1lwYMqZKUMEczOf17zsLuAij0H86OeYgOFXnvwDbo8LRr_oyKtBdD2RAEg4fvKbandY4_w1AXTE-
d10Dvm4FqIYzIsKWpBl_ViKYDVeqUTqKcwwXvB02niqYgkOUuqBSOlrJHlA4CASGjrm2pKW2YyDlHKe9SpPKZ-
aKbqi3POUPlRdphqqWGYORK52MsdjIg9HBN5-EbGUXmos_i1RafmIeT-
vDoDBYZ50wuYPSaTUzmV97_tfKNyXb0PUmjoK4mtXD-
XG5knffMHPLRe2MFdBBJoJZBvuhwCUsAoB9h6S0SaTrXTxQDMllPaX0epJwyhHI6yRUeFi4tI7ehzFGI50kQ3-
eY3rR4&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
* Teledyne Scientific & Imaging; Montgomeryville, PA; Contracts & Trade Compliance
Administrator
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-
KstSBUjjOmhi4o9GpDqtpTZUe6KwsVg4NrV_Kzw5ktsCJqjTn0p2I2pq5Ufjy8aEW6SDatnMBz1dniR377bvUXgahMOpFR7eY
n44WCdxZ--OY-OZfhWyI_C5mciTm4YlBNBJal2f_wSvsSOPDI6ua8aif54mjg-
zru0mRyOVG8oKiUheLZ5QiLDf2AxWfAiG5wQa91iSPFOsxxnct43UxFJnA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oU
PF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 6470
* Teva Pharmaceuticals; North Wales, PA; Senior Analyst, Customs & Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoIjnS5eFQx2cS0BS-
4jQOu_WiTUJ0mh8xwMbbJdizkOYZzA4rpgfy4fjWt1l4lyNDOUcj-
3PVF9Zbi_rW000SZTDFFPGNgJ0yH_KXY8h8c3_5yY_0zn1An3_oUh3M-
Xd5dCuu4pdqWo&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* TLR; San Fransisco, CA; Import CSR
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKpOxRatTnL5iFINRHl
96rXMPAQMGBycSd3MZ-
e6_1llEgugtW59nilhBt4eDb3qNp6G1feDZLpiWlzajm4pAOqfdNEH508ZEFc4On9XhlRaf9pFkvEFHqmwhoZs6qwoT2Lb-
2Abw9GzqIP48KghEar85vhqQUvQhTXhDlp2n0sAb&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
; Requisition ID: 1040
* Trek; Waterloo, WI; Global Trade & Logistics Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtSXdTdZGGiySfBhnq
9ThpwDa3QYnGBTIjB5U2VPnBVXPaxU_Q9A1RXzp4UKgVFhsoOzMqm4fSlcyZ9k3zXb5x57Uqck_74z4V9J5AnXdaNoWH32
0AU2IEKD8NFR9i1RoAigNFuizD7DglK3dqmCte1DaS6YRzUpOw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA
8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* United Technologies - Pratt & Whitney; East Hartford, CT; International Trade
Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnUzsljs7twYEvvSpSo
KcyqoVGBYrA2CHAElsuhX9YiqAZKVw4rClX1-lfrg-lC9GSUBeOpQbDML60E7H-
eJLS32uT2L3Aym0VSh9D2VutZ9qPaa9aOi1TAv36hEzfT3ry00scKNqoaqR8IxuvvwtK_9b1ltUzVaXC_q3RaWpCGxasWa7o8P
_eM1eRXiNInKdc5b7XijEfYhD9r4Y5GSx_Q9HHftRG4btw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWD
w1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];

WASHAR0036435

Requisition ID:  62176BR
* United Technologies - Pratt & Whitney; East Hartford, CT; International Trade
Compliance Authorizations Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnUzsljs7twYBMolbE
JtHJMsLzTpRCpSkOuc1nvPTdgjaDwYXoRgZTr24mFuC9YsAw6U0kt6kTnAzSHt4jPPBFCNWXGXxj94__DKtjb8ZvG1k-
ciXwjbIzYrHS1HVhSfDfRnlBmHCmlHaWroup6UUbzD4uzVzMZj1NAZQZiI9TuPD9dDXyLaMe0Sd8rw0jIqcLNjaAd5NTySpHI8
Hz9XM-dpk8cMbwLEovPI9CvzguJqHrvZfj9VXD0=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 63222BR
* United Technologies Corp, Pratt & Whitney; East Hartford, CT; ITC & ACE Compliance
Program Manager, ASC
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtttYY7_rUVQKPq1Y
wbzxKOq3P7nLCuo2mJj5c63ZRlzj0ZbyiRfvlngs__mFx7qBEmY81pIicQktbIkmgSpam8HYpA74WppHnNxdAbm-
NnI2B7AsK2HX7z3aJ3xu1BX5Sr0cFOn7qG-
ktjdG6Juvr0pzvjTtSjoMkJRzpoa_ywnqDOJGU4_7sQxIC46Mmk7p2pa_l2qzcQ4cO8Z7GH6-
23ZkmQsbQ1NbA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 58388BR
* Varian; Belgium, Switzerland, Netherlands, or UK; EMEIA Trade Lead - Senior Manager
Trade Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtkF4uPI96X9lUAtrhP
F3_YuXTYui6EdVXteI70LijLCnJ0Z9lShGSbt_xWdgJI9_L4S5N0-ufh-UHVTkYooCkn041ExpP_0MDm0qHxdQBzIR-54XtHk-
JD6UqphJYSCN92OFCnW5JsaMrafc_nFs9RrycbC2ELmluADyKjarxzLAy4zwl_Um1YH4vLhaw-
6M4hHXXrKLyTyhCzo7rFTptQayg-7yrfKnaPWxvB5WCK3RrWq7SLJ0Bf-
YLkTQIo_pQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 12301BR; Contact Gavin Tickner at Gavin.Tickner@varian.com [mailto:Gavin.Tickner@varian.com]
* Varian; Paolo Alto, CA; Senior Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtkF4uPI96X9U-
J2qNeWQiLp-F6c0Z9CL769ugDqw-Sc5P9-7_OHqQqBEeg3c1ywNHSzGJtLtqsSfXy-j5-
TTojyDKcNiE34UOtDYi5RoBU2605J2qEI1G86cClbDGMQ-
3M2e8XViUtmYkKhRB6NGUTw9K3P5DYOvzg8eL5OFoXYlloB3ZKpqWTFIbvgi-EEfIoSVG-lAy4KHTi6-
0B0MiNipIteQT1A6P8BnzdeaHXtcQh9oDqjyoKkC7Yi0zctKJOh4fDMLI-Z-d-Vem-Un7cGG8vFfvIkuga1cyE6JtCHph-
qMNMgE9g7WGS3dQayNw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 12735BR; Contact Uyen Tran at Uyen.Tran@varian.com [mailto:Uyen.Tran@varian.com]
* Vigilant; Negotiable Location, USA; Global Trade Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKjbsKeo5RV2iyMAAO
lcI6OBNkYSVgP5oSdmw9agF6XUn4dAn2rsDfXRCMPyaof2b1Zgti0I5nu83du36rCJi_v91kP50y7jCXi2YQa2touTJcYSl10hHGP
fimlMRdmCTY-_wSI6TnQ8__LVCdhnMGl50Pc9dYWpk-QE6iUXtbUx9rd_D5e0s5QViQG-_jZWNufc4TxKd6R8zL1cv4rN_2Q-
08bummYztRQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Vigilant; Negotiable Location, USA;  Global Trade Account Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2lawJC
L1wbss26K64QikzOnU8JJQoRPp7CD7ohKl24Qr3EdVMoVcJwV7kR8L9u1b8JvClY9dR2Rx7cj54CyELYTqhwrgcBGqbTzJ6MY0
DkV-K14kDK1qevgzUlqKDoP-
jz62TuJvTPQdLqO5tynV08ED392Q8UGPqIrsThy4FtCbxqpF7ZMP0Cf02BHYA4IOK7NKxSEUe0lf0y9Ex5v7FHg==&c=e5Hbzf
Qs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Vigilant; Budapest, Hungary; Jr. Compliance Analyst
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKv4q3hOpQLK2tb5H
HTco8M5GcLfhR-KcZ4u9PEJMvAOyySXIOzBBKHiXOKeAXjG0fxzv5-

WASHAR0036436

XbJJSPCfVmMzwYcaN4ZU8hjRXjM1G8QE8HRXiTh3mhfO95P9g9WU36Hl-
y1Q==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Virgin Galactic; Las Cruces, NM; Export Compliance Officer
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKsQ7jEPRyWHAob9n
YKifN8Qq4YoSUZoBs17WhJNwxFNeGdlg4-Qqh9pMO-
Xi_ZOgG_p6vJ14dr2eT5x4_qWlY9lf88l4nhPijPVYYKoxuSAHvFZ5pJzapcqK0nyAuDi0xsKyyTftLO7zP6ZaM1_D9JMIa3KtN36i
XdB5d7402gd5XsmcShtcpg_MxY3-
K8n00P8oP01ZbKhP&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 2018-3558
# Weyerhaeuser; Seattle, WA; Export Documentation Specialist / Global Trade Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeq8zlKpr
3bNbRva3Iw0ruTHperXDAP6bB03ou7rEqr7HvrDcML1Fcb-0-Hx-UM2doI_SGABErw0qT8cG8-
DCw0MbfD1PH3OoV6kd3okoZXdpRjXCAMMROCrD5gAIPieekl1PrHM5bDUvMiPVOR0uVWGrqIuRjFTzGI4wFKKj6w11pQu
YY8EYO8DgdyaH6i3c2WyyNRG0y7tU2YGnBctEjwCyfgEFEr9OybH28TWMfOWnyGi68Tvv04xDHuFu3Lt88FOQM2ALrGkgsk
rO0X8iKuCrGE5iWw8bT6cVA28MUpD2NZIEjBTIly14BlmUWGCElkJQBiWKYFV3eOWZrh5mOQhrWttaBK3HhtdK9MkiOZqS
b26dIJ3XYx8VN42egIeEYfUuWAkuct2wSHwA_pnGGSSasjxx-
hzik4mZbPfFa32pZksP_7_KMAw_8CCXPCxHJqJV7Eu44t3aABr57TaSU5JmRNYmBd1hpyAfBGLo3nof2fCS299ylr7tM0UEq9
d811JPAM97vmHqZGcuxFOTyttOkwSyhQeAVAxAfmZVEomziUGeR7Jhuzo_xU3jC8I5keFJBcAI_8No0V4uku_USchEheqF9T
YvvsjzK2clX7XwOPthj7zyqAWIrXdpkBIZ_CbwqjdhZH0BYWJvXLN1zMQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUP
F1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Williams International; Pontiac, MI; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKuxSaMsGWH5nMgA
zduxUrkm5N188mI2O7xtZ7Gvs7jBwdc-
WcAc2y4xLeWgI_ged4rvh9eiIE9p9bEgnUGJHx4Ht14hrQDnUsdte9GuMT1GgyXbnimbUJ-
_7GyK1YQupVOrH21eMJtpdub5S8ulfmr4dGrOlvoZKcGWyH8jUS_NKvKtvcCA77Fhf_6RG-
P3P7vIS79_0ijHh&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 17-0275
* Wurth Industry of North America; Indianapolis, IN; International Trade Compliance
Officer - Classification
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKkpvqdd9-KstdXeVD-
z7Pwg5YqDl_7gnsLWMPuybiCStUy_YeaP15oRX3IiKa3GhjMeGb3HmdPYV3T5T4S6RII77rQZJP8IIcuNt49R_qlW71081me5
GIXRgPZTj5hpX756i0OmbbXIEslpW4HYvt6jm8pRYaIA-rnkxNDq1PELfkf0thBP7QttneQFTz1C9_vaq7N5_3SFFxv95l-
W6IcwPRKlK-yH8MA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Xylem, Inc.; Remote, United States; Manager, Global Ethics & Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKtIAAJWw5l8h6C3dB
47Opu5dD5X6xQxtcv0BRDbQYFKkscJ4i0mZRmaGhwgWC7lejeWs_TFILBi_rIdqX2sTqghRa-
d3EosGEO3pJVscdlsA1mL21gfI_DYOEawULhKKQvg9rWxRuIuqxKe5aCxVolIteTMAjaR38FqISqScKhZq94at50K57v4g6urD1z
6fUIBqshJIUoxe5ilnQ_NDwow=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Xylem, Inc; Morton Grove, IL; Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoru6KJgcJYDsGy1zh
51dNoEHhiN-HWJ3U3PZLvkpyJhxhkojZJvw9BTAznIP3NHhxGUOYZ_YnOAkQEpRf0vZukMDWDErXo-
YptuTlxlJoXsZVio4KKjFZ_tr3NIY0QfGIEuTSkhXb5Fj_d-xXbSbhsqkp1e8WpsYJeWXdMAJnVjWFy-
fntOXCSwwfVeRb4Qbpi5StUS72kkOLuhO64Z4dU=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* YETI; Austin, TX; Global Trade Compliance Manager
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgKcNFrDYyfHz0uIk
MQ_fsB3e_PAdrifTNSOfDD3VoHBlmF0JhaGHHuU5GwvOxE-

WASHAR0036437

EKdw2Vz1gmYApcxDr5T6PK_3LH0MZkI5UX1ngynOrgvw8jISPNHqYSG1BHPIdCRMJsHKdVb7afvuwm4RsThpNQFgHQKPpp
HZIg==&c=e5HbzfQs7V1bba4WI34HGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
# Zagg Corp.; Midvale, UT; Global Trade Compliance Specialist
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeJvWsW
4QpUOxotHH7avg0zMI0RdbjpZccNd0HgxwGJ6J0v4uSXQiQDj8nC99h7Sr6y9VoWQqC9Mi5rlgB7IAoo__zFSOF3gvy5mg6jt
Dl1knkpBXdOO0vjFV8RMgNHaWfrswaXYwasAXwbgbLVm1NhTRmG8mhxHoMEUgOnZxTXn91PmECPJ6JjDgae0dbLiLwpsw
muLj5CoLxjwuvSSYOa0IGHqal_aTQAIUjsdBnXgxbBQXBVOVJfe6OpAW4_JCbTB767jt0fDUFl4tdpZ61isPXqaMqHetY-
YwSGe3B28o6Rl6JpDz3fiJIAYkiJj6GWMGFH69H3X6yN0tWMu8EV1-4oRq8JGbe-4L7p_i-9-
KvyXkiD9_ATLL_U3x0h5nCZcM0cX8QCMZ8vDJvM5DD9N-U-
Dlxab4dRAr75BijZ2am1rhYvpy3LqHrmNvK24gqZwejFgCbwaLsX-jlLchxUNSePzh4-tV5WJUcnBKkxH-
j6CuQCCyDEnn0r4bbFw8RxvvmKmMXpgQnPqRCeauQ5qLFj8FhmmzJmd2F5jDLn0OF5s7xcYl8HYsb3ZLD0pfOZIbt6BSOSze
5IXNgsDb_Pm2FOhq8owqB_mC2xegTdJ9zTwehjfYbUtYQCGndWCgU5qGmIZ6rpDI9osH6fACJ-
MA==&c=e5HbzfQs7V1bba4WI34HGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
* Zebra Technologies; Bourne End, UK; Trade Compliance Manager, NALA
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgKcNFrDYyfHlhasjjfg
1PXok7TvwRv3P_-VNppF1FascsfneiT0acoyAJYv4n5kHR1wjLWGJtcZkFfZusUl34-
05N8GH9erjsAxOKaMxYbncPTBswas6fM1JFWxreqKeWpwoWRIpG0ESxhUwIFx8jSbQ5hgNkVtiDif-
g5GaCwApSxlRXvwHBfRV-IN6Bz6tJMYnFbPSRXB&c=e5HbzfQs7V1bba4WI34HGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 46144
* Zebra Technologies; Lincolnshire, IL; Holtsville, NY; Mcallen, TX; Miramar, FL;
Agoura Hills, CA; Trade Compliance Manager, EMEA
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgKcNFrDYyfHJgL8y
WllHcYc-bxJ0CpS1ENBd-
EcHCs2n8JvH0_03fkejIF86FWkjAbDgY3mYpl3n64aERHw_ayn0nw7FOfUswq0dY1ZkX6_ZnNfuaMrlUkaTgmA4ePZerQPs4c
KiojvigQ7gvXLEElO2ox7ogqQgex9zvlb2evdi4Uq2WSFThb_1_NR562OEQ==&c=e5HbzfQs7V1bba4WI34HGsbBLAIDCQn6o
UPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==];
Requisition ID: 46146
back to top
* * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


EX/IM TRAINING EVENTS & CONFERENCES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


14. ECTI Presents United States Export Control (ITAR/EAR/OFAC) Seminar Training
Focusing on Issues Relevant to Universities, Research Labs & Other Institutions
of Higher Learning in Columbus, OH
(Source: Jill Kincaid; jill@learnexportcompliance.com [mailto:jill@learnexportcompliance.com])
* What: University Export Controls (ITAR/EAR/OFAC) Seminar in Columbus, OH
* When: September 17-20, 2018
* Where: Columbus, OH: The Blackwell Inn on the campus of The Ohio State University
* Sponsors: Export Compliance Training Institute (ECTI), Visual Compliance, Amber
Road
* ECTI Speaker Panel: John Black, Scott Gearity, & Melissa Proctor, with special
presentations by Kevin Wolf (Akin Gump), James Bartlett (Full Circle Compliance),
Felice Laird (Export Strategies), Jeanette Miller (OFAC), Jessa Albertson & Emily
Schriver & Jen Yucel (Ohio State University), Allen DiPalma (Univ. of Pittsburgh),
Mary Beran (Georgia Tech), Missy Peloso (Univ. of Penn.) and others

WASHAR0036438

* Register: Here
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrrgFrM5vILeK9DUI-
gLgxFeLWfBGOTNw8HbEYjc83wr7FQI_aI2HSW1FsFxzmFg-
GLLG0Ev3FyB02y2mNzFa87dQgwsChJ1NeUVQKQuypdQPXYHLERAJzXLglcR_LE0AvP3vPACqORGhM2ncnNDUr62DCAItRN
YBvIE_iBExONmbqpb7z42XNhMBlQQI3KZJpMeOpqXvNbC&c=e5HbzfQs7V1bba4WI34HGsbBLAIDCQn6oUPF1cjGA8zWD
w1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
or Jessica Lemon, 540-433-3977, jessica@learnexportcompliance.com [mailto:jessica@learnexportcompliance.com].
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


15. Full Circle Compliance Presents "Awareness Course U.S. Export Controls: ITAR
 & EAR from a Non-U.S. Perspective ", 2 Oct in Bruchem, the Netherlands
(Source: Full Circle Compliance, events@fullcirclecompliance.eu [mailto:events@fullcirclecompliance.eu].)
Our next academy course is specifically designed for beginning compliance officers
and professionals who want to enhance their knowledge on the latest ITAR/EAR requirements
and best practices. The course will cover multiple topics regarding U.S. export
controls that apply to organisations outside the U.S., such as: the regulatory framework,
including the latest and anticipated regulatory amendments, key concepts and definitions,
classification and licensing requirements, handling (potential) non-compliance issues,
and practice tips to ensure compliance with the ITAR and EAR.
* What: Awareness Course U.S. Export Controls: ITAR & EAR from a Non-U.S. Perspective
* When: Tuesday, 2 Oct 2018, 9 AM - 5 PM (CEST)
* Where: Landgoed Groenhoven, Bruchem, the Netherlands
* Sponsor: Full Circle Compliance
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKsTWJHmNCcdMXVB
bJhTnfDAmNH08fNH3_D2antf0VESkAGeSh-
rcyWvS8q6KdsUgUeiqxCNaDXEsxiDuwzzjbqx2h8dpGnINXTXL8nWMdIVh9FLMGBE4MPWCyw7XH0N3SA==&c=e5HbzfQs
7V1bba4WI34HGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
(FCC)
* Instructors: Ghislaine Gillessen, Mike Farrell, and Alexander P. Bosch
* Information & Registration: HERE
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKn8OGjrrOBy6jZDDB
WSJdG6ZKp4NZIaqDKF3-PGydFSLXiEO7wEKLzkbiK3f87xNGZNi4t4sDYMCKW6Xc_gzHSEYhQsfQjluGDlV-
oWPeY_PyVKqtzr3bZ-NiyU6I_XFIEm0OopT8vP-GWU8UNCu1_1L5DCS-Cz5KLVlBe0Omg-xin-lEfThAo-
6OGP4QAKOf4EfFuXrXDqH1RQJ3l6rQ3wn7Q9LG6tMbWA4-
QndNNXoM795ClbmZoDSowaUuVHvX6gsMf_slNWtt4mL5oLbFr_R3nFX7R4K6g==&c=e5HbzfQs7V1bba4WI34HGsbBLAID
CQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
or via events@fullcirclecompliance.eu [mailto:events@fullcirclecompliance.eu]
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


EDITOR'S NOTES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


16. Bartlett's Unfamiliar Quotations
(Source: Editor)
* Thomas Bulfinch (15 Jul 1796 - 27 May 1867; was an American writer born in Newton,
Massachusetts, best known for the book Bulfinch's Mythology, the standard for over

WASHAR0036439

a century and still in print 163 years after the first edition was published.)
- "Without a knowledge of mythology much of the elegant literature of our own language
cannot be understood and appreciated."
* Mary Baker Eddy (16 July 1821 - 3 Dec 1910; established the Church of Christ,
Scientist, as a Christian denomination and worldwide movement of spiritual healers.
She wrote and published the movement's textbook, Science and Health with Key to
the Scriptures and 15 other books. In 1908, at the age of 87, she founded The Christian
Science Monitor, a global newspaper that has won seven Pulitzer Prizes.)
- "Jealousy is the grave of affection."
back to top
* * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

17. Are Your Copies of Regulations Up to Date?
(Source: Editor)
The official versions of the following regulations are published annually in the
 U.S. Code of Federal Regulations (C.F.R.), but are updated as amended in the Federal
Register.  The latest amendments to applicable regulations are listed below.
* ATF ARMS IMPORT REGULATIONS
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrP3m7Qz_A_wEh3F
OSIBkU5KY9BNKFzPXrFMVJZjdCKQfzI2BMoryI_EbOcyQtgBdY_VxnVhjHWGjB_id2SjfPU2fqdv59UUSicdZjRoOTji1UbZ9BOp
mxgfL67l8DVMQtg4kL5TDmEuD-8hy3-
scqWWl1ZiUbdIXn0MLtXYpiq_ftoWjdHL5vkjCrFcbCgnB2CoVSqiiWRmyyr69xC7zQHc1jPVi2gkLfpWwMzzktWmewB97VE5l
YiBjvlLbMF1P1BhSeg4zqkKE7jFrVXIw-
S5ZGMWkyPJtg==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
27 CFR Part 447-Importation of Arms, Ammunition, and Implements of War
- Last Amendment: 15 Jan 2016: 81 FR 2657-2723
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKj9M6fVqb_lkkCgEHj
uSJoT1kGnEnm6YhxwiudsY_cRkxQadDRsYGNl9JxRlxEN1vpzd_VfIufUkyNnETso7PxZGyDDrMmVM3p1Iu2KK-
uyLkUq5U_EkKPwPiH_ENx8ZM6f65SiLvtDA9oY5wqb6lVKOEdXTg6LWBLh83_prsv-
k78V1p5tDC0Y=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
Machineguns, Destructive Devices and Certain Other Firearms; Background Checks for
Responsible Persons of a Trust or Legal Entity With Respect To Making or Transferring
a Firearm.
* CUSTOMS REGULATIONS
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrP3m7Qz_A_wUV0P
hdH33qZnHLtJngKeysdFPIl6lWg0WO6-8Lx1183xhO-
372fgnRHoA21cWUWoro9QQJWBHdstKKw6GQD7hhNzP83HKxmAcq-
gynh9RE4yU1uyXsDUXjZMFNQP_53uB7JdaySH9BTtPIxKoRny8ZTqsIXA14tj44nfXll34cWYcvcLtLszV4xTsarqU4dw6ZsU_do
Y6-SBZoalKxsqGirHMr-FPC18gkmXvA2WD9dTGTG-sZ_4O5mVS5aAdC-
F&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
19 CFR, Ch. 1, Pts. 0-199
- Last Amendment: 12 Jun 2018: 83 FR 27380-27407
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKjSLSSJ6zooubtr7XCB
BtSnPC1MoQvdyf_Nah6YiaXKv-nQQPUcbM649qR5AgAMCLe64yYOy2-
OdfcMrLaOeARbpzTZqOMkFG3D302FShW1HTdDrGEoPwwVvyKHKUH4thtocutbfC9FcNFykuc79YPfvDknQ2ORiDltQl-
gie_iEpj0GXhTPBp0=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
Air Cargo Advance Screening (ACAS)

WASHAR0036440

* DOD NATIONAL INDUSTRIAL SECURITY PROGRAM OPERATING MANUAL (NISPOM)
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrVrOloPRKx_Bsn5iP
BIbh0ZjFednIOKlhN--z-29vd2MJf5ZHnEAd9ApVgzafFKtAleZy_WEgZ9j7X7WGeyfUB5XVlf3ODjojdaY1un4V2Y84dTyCsJ-
kc5v8O2EcJolxa9cpb2af91yqndQa_ri4ltVosDhIEiwA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vI
nF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
DoD 5220.22-M
- Last Amendment: 18 May 2016: Change 2
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrVrOloPRKx_Bsn5iP
BIbh0ZjFednIOKlhN--z-29vd2MJf5ZHnEAd9ApVgzafFKtAleZy_WEgZ9j7X7WGeyfUB5XVlf3ODjojdaY1un4V2Y84dTyCsJ-
kc5v8O2EcJolxa9cpb2af91yqndQa_ri4ltVosDhIEiwA==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vI
nF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
Implement an insider threat program; reporting requirements for Cleared Defense
Contractors; alignment with Federal standards for classified information systems;
incorporated and cancelled Supp. 1 to the NISPOM (Summary here
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnGG8bfW0gCGUiuP
1qICJLybUwdFhu-ichDBqQrtYCrLtvFJhdNdYtqzaLgp4PTPsquJj6b9U25RNvUXuIaIZm8y52eKYjJa-
ofe62CtF9VAK_8CMZ5yhGawM_w7a-k188e00ay1LQoltnn_l2IX-
aQ5W4nUnmrGcfLRRrujyh2U&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].)
* EXPORT ADMINISTRATION REGULATIONS (EAR)
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnGG8bfW0gCG3wo
pxrwS9E9Slr0KvcCO5MR5Lp6Pmn8qGQvGhUHv3MKX7RH-Vup8BsNElxW6zkVS9qpZEPZ3N-qhs9B3S6dDN9tk4Ch0NjER-
V1pe4jLJwQere2voFYA3gmqn01gt7NHiuzmxCO2YAnJqxHfK27hqd-
ikKxRydYTmXdqmeR4MdQFG_THhwe_g6_cX7YqvLklSBJL-E1iHNoKSUCbIR_hBdiVXjKefvMWyHTsdnBTf1S_cj_Mg-
MKhvAGX4OKf6HEUmHVvniCW6k=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
15 CFR Subtit. B, Ch. VII, Pts. 730-774
- Last Amendment: 6 June 2018: 83 FR 26204-26205
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKgpx2eOqYftMXJZgBJ
f94mHMGMITR4442XdLgtYLkSI6wSUjEV6O6ddoY2CV6TZ5626lzWWsaRu0pXdVRaGDvi4Nv0DGXpgK2C5dTTgW9bFxJcA1
UIVcyhqgHhXXM4czfOmySWOUSztn2WTyU-
PHnyLusSerSZhkRNliCxo_3myjZyYYK5PoNi0=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
Unverified List (UVL); Correction
* FOREIGN ASSETS CONTROL REGULATIONS (OFAC FACR)
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrP3m7Qz_A_wFCi6S
E9WdKqF4Pc7H4BYq3Oa2KL0IeRK8M2U9GknuRj9MYAYuyXZq36L0MW18HUyElRKHKwtlzYQDnuRMgM9hfJDVv-
f9tmvEd3jCDXJYNDV1nBZ22pTYCtQEzGIRYUpZU4igGWktMX0yNPpsGTUt6T9aiAdUdz-
p6kVR5Y2Rg2uXEGBPAptD43nLotBYwfS4Kb5_4LJIIaEt1Gfp2yYpEJ9ASAmknQbczjKQkIOdyNVoO3b7d7j44p5AJCsf8aU&c=
e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
31 CFR, Parts 500-599, Embargoes, Sanctions, Executive Orders
- Last Amendment: 29 June 2018: 83 FR 30541-30548
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoL3Heo5U73UkJVPy
NRmpzpncVyngJSuySbGJZJuszqZcDkGfRoQg4ED57Uyq53gXRheZ4ODq1L6EBgIi8vG0QgFGcb53wUr8q3MJx5o59vbd94F63
2MbdP3wsOZqs7S_ricxlc4r2rr9lqiJWJJpjqY8NlbmSR-uzg3eYlxfhegOjpmR-
XtUfw=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
Global Magnitsky Sanctions Regulations; and 83 FR 30539-30541
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKoL3Heo5U73UL8LOI
57b5e6nDgSPBe5febzdANNYV3kB8req7pEF9Pb6nHbaRtbyFZrY2w5c9bU5YLEadiFBjZg4J3hIVkDYM8WYmyvK2yD2nlVie1c

WASHAR0036441

NDQJxXXnhTALw6rfVIAW2UybxRPj6FADnXkXfSgYB5pT1dx5msz0stIcyY3ZI2qMwgCE=&c=e5HbzfQs7V1bba4WI34hGsbBL
AIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
Removal of the Sudanese Sanctions Regulations and Amendment of the Terrorism List
Government Sanctions Regulations
* FOREIGN TRADE REGULATIONS (FTR)
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrP3m7Qz_A_wM36
TvkWWQf8PvkX1P_YpykPR1gjDMAUgEmIE-S0lAC23eJD097CVUYis3lOOQHKZaXJ58O7K8w-
Elhj4v_nH5PwlffVTJBNzVhjA4thWbipKsi1ZkP5Hcv7dDMgvKjVH139r4uI0kyxdZz9CKtqrscuEEcBcGzP3pwxTSXTKGxWnbd6y
UVv9tJT9AwzZdZGAMjbDsxzPKIj3All-uSY5NkrXIkSUL5fxykVORvmVniW08WQqRIjWosHnXTC-
Ah2I6Q_wJgkudrA=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
15 CFR Part 30
- Last Amendment: 24 Apr 2018: 3 FR 17749-17751
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKp1SSiV_Qn5q9sUXK
vqCYPJoct8Wq8UphdXFHZsghFjrum75gxXhZucbPSdM6KIEUSQQZZ-4BQa2DH__LKL8CXjnfmAWq-Q6-JwOFjovLzPxF-
bmGcQphZiidvQJujxIYdWYgJhNrRuSqY70JRmd73Gl3wZJ-
of1QMNxWgNdBbmLarRzD4FXhmY=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
Foreign Trade Regulations (FTR): Clarification on the Collection and Confidentiality
of Kimberley Process Certificates
- HTS codes that are not valid for AES are available here
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnOWcCPXbty_mzh7
_jKpffDwJ5y96DIABkJ9OCP1iBJls3H71FDlRJCuCylXbEgld4eBOxlnM50kmeAC8PBt8NkBYHbh3g4oWy9SpMlgTtLLm__QfNF
pLstuYtC7W3brd0nuOqPl8zpQ6rjFPVyWwC5r4CUS6EuEPl3DWgxAESlY1_NbSFLH1oYeyuyFHvJJCZF3x_FWQukp&c=e5Hbz
fQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
- The latest edition (30 Apr 2018) of Bartlett's Annotated FTR ("BAFTR"), by James
E. Bartlett III, is available for downloading in Word format. The BAFTR contains
 all FTR amendments, FTR Letters and Notices, a large Index, and approximately 250
footnotes containing case annotations, practice tips, Census/AES guidance, and explanations
of the numerous errors contained in the official text. Subscribers receive revised
copies in Microsoft Word every time the FTR is amended. The BAFTR is available by
annual subscription from the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKlTQuFdaZ8_9jtWZx3
yk-XVxfOBbfgCuMdqmGTcZF4n5JRgvJhJtbobvMQo_kAT4iludqXD8-
h6KTDkPJImN_EUeaYdxh5JQ9gfUXlnrhJpqNDmElhVadnFz6dAMsNiOrE7UL8538pwB&c=e5HbzfQs7V1bba4WI34hGsbBLA
IDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
BITAR subscribers are entitled to a 25% discount on subscriptions to the BAFTR.
Government employees (including military) and employees of universities are eligible
for a 50% discount on both publications at www.FullCircleCompiance.eu
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKucgQXOz7TWU_o0j
VkiXATrdE3yrAwcghh6ScyvtoblL9bskA32PGrqoRuOslLhQIapDlqn66wG20ukYa_MCvkJNIQFn-yGI4piShbrqVXllbQ-
VdlnYKjAZytAri61BDw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
* HARMONIZED TARIFF SCHEDULE OF THE UNITED STATES (HTS, HTSA or HTSUSA)
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrmnjgI0rSAG_ZkS3X
9mmuS6k06NVuVLFEkPW1GTTk54XbWEtH17ZWXHhlY3pFzCZsBB3k9A7dfBmLp_khcQSE_PKAc9G4ZtoaWoVlFxWqjTmEk
rDTJNcqdKK2W98w4zOg==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
1 Jan 2018: 19 USC 1202 Annex. ("HTS" and "HTSA" are often seen as abbreviations
 for the Harmonized Tariff Schedule of the United States Annotated, shortened versions
of "HTSUSA.")

WASHAR0036442

- Last Amendment: 8 Jun 2018: Harmonized System Update 1809
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKteu3swNR18B6Juvx
peJF-2uWhSwRKZmLsLv5oGsmtGtFlcKaSzE2Pdz35KnWWb2GCF_YoioCDBWK_L1vr5VdU02lwttMgHp5_Ld7QjUDu6rv0qc-
t0T2RK1XcwlYlSsbIGY5CuzX1k4jtQHFyuoTuzZ_fNLiL3nckWjQyiquFls7PI6vibms-
hmxWgmiA2Aja5cdVTHHYqOeG_2alfuTqe3acq8P-
VsWwZKJGh17Vkvw3HAL2GZFzrgCV0EAhXx9WhYdFrtiuuC&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWD
w1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==],
containing 901 ABI records and 192 harmonized tariff records.
- HTS codes for AES are available here
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnsivPrQgh4jfNRDdN
AOxAwpYKE26_PuGQMVltu8DdkVLkJ7Vi9XQMnllNOIX8YnStvw9iNh-ki5fxbyf-
kkQIPV3wXA1KUpDJU4gl9ovHtY1ofocFeI6mmPiinmnplCzM8oglGlncnLUq1QeXTec27m26CMmchW12hV2isDFyOV2dE_1f
mMgbls1naLDblw1T-LgXW3UOCt&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
- HTS codes that are not valid for AES are available here
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKnOWcCPXbty_mzh7
_jKpffDwuY5y96DIABkJ9OCP1iBJls3H71FDlRJCuCylXbEgld4eBOxlnM50kmeAC8PBt8NkBYHbh3g4oWy9SpMlgTtLLm__QfNF
pLstuYtC7W3brd0nuOqPl8zpQ6rjFPVyWwC5r4CUS6EuEPl3DWgxAESlY1_NbSFLH1oYeyuyFHvJJCZF3x_FWQukp&c=e5Hbz
fQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
* INTERNATIONAL TRAFFIC IN ARMS REGULATIONS (ITAR)
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrP3m7Qz_A_wFBGy
UIAnxU9LJNHZH9DwAKODLHEPSQmW8Fb_5vKJTxjvmxxDRqYRDrEg-7Y6X7jcZ8-CdBSKVa-
RKogU5IZvdnX0grjeMmFMlNWdTCfPAdSAqpUPM77d_v2-
0AmtGLJMPqCToswxA9bLw3GwbjPAm1vFNclJXhK6Pj8ehzWWnY8W48r3klWqmB5oW4sdEzEzUT6t6x3wprBVGxRpKh92T
fPLrIwP4SKKG9EisTV7aMsTV0s8M18Zhb_BthqF2nSb&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vIn
F-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
22 C.F.R. Ch. I, Subch. M, Pts. 120-130.
- Last Amendment: 14 Feb 2018: 83 FR 6457-6458
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKs7FXMZBZYkVSptap
5E22iV2J_lrgc4MD6nEqBtcwhjSueYR8LEiu7Cz3UMjOwzIGVkO4R2JLwNEWWO01NnvImMpEohXiCwDW974w4MR_1Tg9L
F1I0dt535ohWsGfXzHTYkA_1EYzSWV5URvu9x3ln3IEhPxEDmnvyB1mYGqE4yOohLPoDTzPuo=&c=e5HbzfQs7V1bba4WI3
4hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]:
Amendment to the International Traffic in Arms Regulations: Addition of South Sudan
[Amends ITAR Part 126.]
- The only available fully updated copy (latest edition: 25 Apr 2018) of the ITAR
with all amendments is contained in Bartlett's Annotated ITAR
("BITAR"), by James E. Bartlett III. The BITAR contains all ITAR amendments to date,
plus a large Index, over 800 footnotes containing amendment histories, case annotations,
practice tips, DDTC guidance, and explanations of errors in the official ITAR text.
Subscribers receive updated copies of the BITAR in Word by email, usually revised
within 24 hours after every ITAR amendment. The BITAR is available by annual subscription
from the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKsTWJHmNCcdMXVB
bJhTnfDAmNH08fNH3_D2antf0VESkAGeSh-
rcyWvS8q6KdsUgUeiqxCNaDXEsxiDuwzzjbqx2h8dpGnINXTXL8nWMdIVh9FLMGBE4MPWCyw7XH0N3SA==&c=e5HbzfQs
7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-
YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
BAFTR subscribers receive a 25% discount on subscriptions to the BITAR, please contact
us [mailto:jebartlett@fullcirclecompliance.eu]
to receive your discount code.

WASHAR0036443

back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

18. Weekly Highlights of the Daily Bugle Top Stories
(Source: Editor)
Review last week's top Ex/Im stories in "Weekly Highlights of the Daily Bugle Top
Stories" published here
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKucgQXOz7TWU_o0j
VkiXATrdE3yrAwcghh6ScyvtoblL9bskA32PGrqoRuOslLhQIapDlqn66wG20ukYa_MCvkJNIQFn-yGl4piShbrqVXllbQ-
VdlnYKjAZytAri61BDw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-
RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EDITORIAL POLICY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

* The Ex/Im Daily Update is a publication of FCC Advisory B.V., compiled by: Editor,
James E. Bartlett III; Assistant Editors, Alexander P. Bosch and Vincent J.A. Goossen;
and Events & Jobs Editor, John Bartlett. The Ex/Im Daily Update is emailed every
 business day to approximately 8,000 readers of changes to defense and high-tech
 trade laws and regulations. We check the following sources daily: Federal Register,
Congressional Record, Commerce/AES, Commerce/BIS, DHS/CBP, DOE/NRC, DOJ/ATF, DoD/DSS,
DoD/DTSA, FAR/DFARS, State/DDTC, Treasury/OFAC, White House, and similar websites
of Australia, Canada, U.K., and other countries and international organizations.
  Due to space limitations, we do not post Arms Sales notifications, Denied Party
listings, or Customs AD/CVD items.
* RIGHTS & RESTRICTIONS: This email contains no proprietary, classified, or export-controlled
information. All items are obtained from public sources or are published with permission
of private contributors, and may be freely circulated without further permission,
provided attribution is given to "The Export/Import Daily Bugle of (date)". Any
further use of contributors' material, however, must comply with applicable copyright
laws. If you would to submit material for inclusion in the The Export/Import Daily
Update ("Daily Bugle"), please find instructions here
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKh1Rj5rMpJmwgvN
WEqMIfJnwR1MEtiwpi4pUuZ1RiVUUiy3y1ZujdldW3MXF-cDvUwYB6AeriNqq8e6tqCnFzuWRsKRt-
vB_YqKhUxEOlUf9pyKWSZap1le9Y0uTfjPTWqpWKebKKZOSnjEU0Pn8t5pCv-USjENCZ-GirMbPo-IJEf44sUmm-
LJZxRiYxflvxG_KJ1cBbhhN8fIq6yyimK6FLVg_ibJvmUUTqLLauFBF25WLPPtAZH4=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDC
Qn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].
* CAVEAT: The contents of this newsletter cannot be relied upon as legal or expert
advice.  Consult your own legal counsel or compliance specialists before taking
actions based upon news items or opinions from this or other unofficial sources.
  If any U.S. federal tax issue is discussed in this communication, it was not intended
or written by the author or sender for tax or legal advice, and cannot be used for
the purpose of avoiding penalties under the Internal Revenue Code or promoting,
marketing, or recommending to another party any transaction or tax-related matter.
* SUBSCRIPTIONS: Subscriptions are free.  Subscribe by completing the request form
on the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001Ns77OOVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKucgQXOz7TWU_o0j

WASHAR0036444

VkiXATrdE3yrAwcghh6Scyvtobll9bskA32PGrqoRuOslLhQIapDlqn66wG20ukYa_MCvkJNIQFn-yGl4piShbrqVXllbQ-VdlnYKjAZytAri61BDw==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].

* BACK ISSUES: An archive of Daily Bugle publications from 2005 to present is available
HERE [http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKmT-RrmEztL_Nd5xEN2euxikcSApD780C_enkaZEKt_Q_dq1i889cjdsDJdwIxOyaA7kgmYfTdQP9VH2iOV_FOER53egp-KYriAECjL8FA_QuD0cz32PnC9XeIb_laizJNcCICsGi6i2xqtgJcxI7FlyLKS6Uv6IVCp8bWS_7dqoI35alyXAHslYjIbfVAKExCpo0S28FM_mwYwPGMHs08JZmmOy9-y2-pavG0czSFVMH9kkra86_oy8v8TmI5do3mIbGXpfgob2kwNg3m_pTNbSKabQPnUaEFPgMEn_eLoe&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==].

* TO UNSUBSCRIBE: Use the Safe Unsubscribe link below.
back to top
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Stay Connected
View our profile on LinkedIn
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrP3m7Qz_A_wtqGAMqDZHvGQad7i6ie-cG4UDtefZ3JhB72qX_dVrkwyac1P3kW5EkO1Hn8w10D6uHzkeardi7vErrHg0FpgQ07kpRmBELC6FhQT_u_sV-0=&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The Daily Bugle | www.FullCircleCompliance.us
[http://r20.rs6.net/tn.jsp?f=001Ns770OVQ7z9Zc580UM0xDjJVABOaoOoUvh7iXvUPyhnKUEWfV_JOKrP3m7Qz_A_wXjrdfPDe00K8ayataGj8S3Po0SC9kuEtg_5_m4LGmq9-XtFmx6L_XBJv2ecYssRlq6vm-owf7i70mO2G-KruejXRtLW3RJSLHo2tgqG1fcBzdKWle5IUAQ==&c=e5HbzfQs7V1bba4WI34hGsbBLAIDCQn6oUPF1cjGA8zWDw1vInF-RA==&ch=ZPRJJWtzRAmwsvLd-YRN3D4UXblUyTo2q5Ee1z6h7FLVOc_Cr38Uuw==]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Copyright © 2018. All Rights Reserved.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Forward this email
http://ui.constantcontact.com/sa/fwtf.jsp?llr=ucvuy5nab&m=1114502747220&ea=$pauljm@state.gov$&a=1130943913900

This email was sent to pauljm@state.gov by jebartlett@fullcirclecompliance.eu.

Update Profile/Email Address
https://visitor.constantcontact.com/do?p=oo&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-b5f6-d4ae5275505f&ca=a192588b-c653-4391-a99e-3404e4390e65

Instant removal with SafeUnsubscribe(TM)
https://visitor.constantcontact.com/do?p=un&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-b5f6-d4ae5275505f&ca=a192588b-c653-4391-a99e-3404e4390e65
Privacy Policy:
http://www.constantcontact.com/legal/service-provider?cc=about-service-provider

49

WASHAR0036445

FCC Advisory B.V. | Landgoed Groenhoven | Dorpsstraat 6 | Bruchem | 5314 AE | Netherlands

WASHAR0036446

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 10:40 AM |
| **To:** | Marquis, Matthew R |
| **Subject:** | RE: CPA Media Monitoring: USA Today: Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1 |

███████████████████████████████████

Official
UNCLASSIFIED

From: Marquis, Matthew R
Sent: Wednesday, July 25, 2018 10:39 AM
To: PM-DTCP-RMA <PM-DTCP-RMA@state.gov>
Cc: PM-CPA <PM-CPA@state.gov>; PM-DDTC-Directors-DL <PM-DDTC-Directors-DL@state.gov>; Miller, Michael F <Millermf@state.gov>
Subject: CPA Media Monitoring: USA Today: Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1

[cid:image001.png@01D29279.128F6050]
Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1 By Josh Hafner
24 July 2018

Americans will soon be able to make 3D-printed guns from their homes, widening the door to do-it-yourself versions of firearms.

The choices will include the AR-15, the gun of choice in American mass shootings. All 3D-printed guns will be untraceable, and since you can make them yourself, no background check is required.

A settlement earlier this year between the State Department and Texas-based Defense Distributed will let the nonprofit release blueprints for guns online starting Aug. 1, a development hailed by the group as the death of gun control in the United States.

"The age of the downloadable gun begins," Defense Distributed stated on its site. Its founder, Cody Wilson, tweeted a photograph of a grave marked "American gun control."

The plans being made freely available next month put firearms a few computer key clicks away from anyone with the right machine and materials. That reality has startled gun control advocates, who say it makes untraceable firearms all the more available.

For Wilson, August marks the end of a years-long legal battle: He designed a 3D-printable plastic pistol, the "Liberator .380," in 2012 and put the plans online. It was downloaded more than 100,000 times before federal officials blocked his site, citing international export law.

A lawsuit from Wilson followed. The State Department settled in June.

The Second Amendment Foundation, a nonprofit that partnered with Wilson in the lawsuit, put out a statement calling the settlement "a devastating blow to the gun prohibition lobby."

WASHAR0036447

Assembling guns at home isn't new. It is legal provided the made-at-home gun isn't sold. Defense Distributed already sells parts that help users build their own untraceable firearms, known as "ghost guns" for their lack of serial numbers.

"Legally manufacture unserialized rifles and pistols in the comfort and privacy of home," one product's description states.

David Chipman, who worked 25 years as an agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, told Vice News that the homemade guns favored by hobbyists have since become popular with criminals.

"Criminals have started using ghost guns as a way to circumvent assault weapon regulations," said Chipman, now an adviser to the gun control advocacy group Giffords. "I imagine that people will also start printing guns to get around laws."

Gun plans previewed on Defense Distributed's website feature the Liberator pistol along with an AR-15 and a VZ-58, a Czechoslovakian assault rifle.

The printers needed to make the guns can cost from $5,000 to $600,000, according to Vice News. The quality of plastic matters, too: An early design printed by federal agents shattered after one shot. A second gun, made from a higher grade resin, stayed intact.

William Bones, the chief of police in Boise, Idaho, told the Idaho Statesman that law enforcement agencies have followed developments in 3D-printed guns for "quite a while now."

"Measures are needed to ensure these weapons are safely built and to prevent access by children or those prohibited from owning a firearm," Bones told the newspaper.

"Hopefully we see some safe and responsible legislation soon as well as manufacturers taking measure to prevent access which might lead to tragedy."

Link: https://www.usatoday.com/story/tech/nation-now/2018/07/23/3-d-printing-guns-downloadable-gun-legal-august-1/820032002/

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036448

Official
UNCLASSIFIED

Official
UNCLASSIFIED

3

WASHAR0036449

**From:**          Miller, Michael F <Millermf@state.gov>
**Sent:**          Monday, July 23, 2018 2:11 PM
**To:**            Paul, Joshua M
**Subject:**       Accepted: SFRC/HFAC Brief on DD Settlement

1

WASHAR0036450

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Tuesday, May 29, 2018 2:37 PM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Forbes: The Good And The Bad Of Reforms To Firearms Export Controls |

[cid:image001.png@01D29279.128F6050]
The Good And The Bad Of Reforms To Firearms Export Controls By Ted Bromund
29 May 2018

In my last column, I summarized the origin of the proposed changes to the export controls on firearms, ammunition, and related materials, and dismissed some of the criticisms of these reforms as based on ignorance of how the system will work -- or on the presumption that if the Trump administration is doing it, it must be bad. In this column, I'll look at the up- and downsides of the proposed reforms.

The government itself gets a clear upside. The State Department's Directorate of Defense Trade Controls (DDTC) processes about 39,000 export license applications annually. Of these, about 10,000 are in the firearms and related items categories. And of these, about 6,000 are for items that will move to the Commerce Control List (CCL) - including the vast majority of non-automatic and semi-automatic firearms under .50 caliber, and their ammunition. So in a stroke, the DDTC will cut its license business by about 15 percent, which is 15 percent of its time and staff it can devote to processing other license applications more efficiently. It is a waste of time for an experienced license processor to spend his or her time examining the export of a single collectible shotgun to Britain - and applications like that are a surprisingly large amount of DDTC's workload.

For business, the reforms bring one clear and unavoidable downside . The current system of export controls for firearms is baroque and burdensome, but it is well known. By and large, business has adapted to cope with it. Switching to a new system, even if it is a better one, will be a lot harder than business - and I fear the government - realizes. It is entirely possible that the burden of that switch will create net losses, not gains, in the short term. In the long run, the proposed new system will be better, but business has to cope with the short run. This is an area where the government - in addition to tweaking the proposed reforms - needs to work with industry groups (especially the FireArms Import/Export Roundtable and the National Shooting Sports Foundation) to educate manufacturers and exporters. But all that said, it clearly makes no sense for industry to demand reforms and then to gripe about the burden imposed by the resulting changes when the reforms arrive.

This is particularly true because the proposed changes bring some very clear upsides. In summary:

   *   If the firearm (or part or component thereof) that you make is moving to the CCL, you no longer have to register as an exporter - which you have to do now even if you do not actually export - and pay the registration fee. That will save a lot of businesses a lot of money and bother.
   *   If your item is moving to the CCL, it may well be easier to employ non-U.S. nationals, as not all items on the CCL (depending on the technology and the country the employee is from) have controls on the export of technical data.
   *   If you want to make cosmetic changes to an item - if you want to sell a pink gun instead of a black one, for example - the more flexible Commerce Department licensing system will make it much easier to do so if that item is on the CCL.
   *   The CCL does not control defense services - such as training and assistance - so it will be vastly easier for U.S. firms to do business in this space.
   *   Under the CCL, you can publish technical data into the public domain if the data belong to you. Under the U.S. Munitions List, by contrast, you could go to jail if you publish data on a controlled item. Since almost every library in the

1

WASHAR0036451

U.S. has books containing data that were (and are) controlled (such as data on something as antique as a Brown Bess musket, circa 1722), this means that most educational institutions, public libraries, and publishers were in technical violation of the law.

  *   Small firms will find it easier to enter markets like engraving or stock manufacturing, as under the current rules even artistic or craft services related to firearms were controlled under the USML. If you take this into account, the new rules will likely cut license applications by more than 6,000 in practice, as many of these firms are now likely deterred from entering the market at all.

  *   Finally, and perhaps most significantly, the DDTC issues licenses only for actual exports. The Commerce Department, by contrast, has more flexibility to issue licenses on the basis of proposals or letters of intent. It is a major burden for U.S. exporters to try to bid on contracts without an export license in hand, because without a license they cannot guarantee delivery by a given date, or obtain financing necessary to build out a manufacturing line.

All of that leads me to welcome the proposed reforms. The proposed reforms are basically sensible, and the benefits are real . Of course, they are not a panacea, they are not decontrol, and they will not be painless. That said, two features about the proposed changes do trouble me.

  *   Not all items related to firearms are moving to the CCL. Most of the items staying on the USML - fully automatic firearms, mortars, and automatic stabilizers, for example - deserve to remain there. But noise suppressors (commonly if incorrectly known as silencers - the noise made by a firearm can be suppressed, but not silenced) will remain on the USML. This approach makes little sense. In most European nations, suppressors are an off-the-shelf purchase. Even if they do provide significant military capability, they are clearly not something on which the U.S. enjoys a monopoly, and we cannot hope to prevent others from using suppressors by controlling their export. The entire premise of export control reform was that we should not keep items on the USML if they are already widely available. Moreover, this decision contradicts the spirit of the wide support in the House for the Hearing Protection Act, which would make it easier to buy suppressors in the U.S. This is one area where the government needs to think again.

  *   The fact that automatic firearms will remain on the USML has the potential to partially vitiate the effect of the reforms, to impose truly burdensome costs, or even to lead to a restructuring of the firearms industry. Manufacturers commonly produce both automatic and semi-automatic firearms on the same line, or using the same parts. Under this rule, they might have to have separate production runs, build a new line for USML items, or even sell their automatic (or semi-automatic) business to a firm that will specialize only in USML (or CCL) items. Businesses in other defense sectors that have already been through export control reform have had to deal with the same problem. But the firearms sector is unique in that a lot of its end products should never really have been on the USML in the first place. As a result, it has a bigger lift in moving to the CCL.

I do not have a good answer for this issue, which appears to be inherent in the (correct) decision to keep fully automatic firearms on the USML. As long as fully automatic and semi-automatic firearms are made by the same firms with (most of) the same parts, this means that semi-automatic firearms may be captured more fully by the USML - even after the proposed reforms become final - than the administration appears to intend. This is an area where both industry and the government might benefit from doing a little more creative and cooperative thinking.

Both these issues are important. But that said, I welcome these proposed reforms. Over the next few weeks, we can expect the attorneys and manufacturers who know this business (and its rules and laws) best to weigh in, and they may bring to light concerns that are not obvious now. I trust that the government will listen to these concerns, and will continue to work in the same constructive and helpful spirit they have shown by proposing these reforms in the first place.

Link: https://www.forbes.com/sites/tedbromund/2018/05/29/the-good-and-the-bad-of-reforms-to-firearms-export-controls/#c1d9e5a6b9a6

Matthew Marquis

WASHAR0036452

Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:       202.647.6968
e-mail:       MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED

WASHAR0036453

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
|---|---|
| Sent: | Monday, July 02, 2018 10:16 AM |
| To: | PM-DTCP-RMA |
| Cc: | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| Subject: | CPA Media Monitoring: Boston Globe: No easy arms deals for dictators, no matter what Trump says |

[cid:image001.png@01D29279.128F6050]
No easy arms deals for dictators, no matter what Trump says By the Boston Globe
1 July 2018

President Trump has made no secret of his affinity for murderous dictators. Now, he wants the power to sell AR-15s and other semiautomatic weapons to those dictators without congressional oversight.

Lawmakers must block him.

At present, jurisdiction over foreign arms deals lies with the State Department, which is required to submit any proposed commercial sale of $1 million or more to Congress for review under the Arms Export Control Act. The president wants to transfer jurisdiction to the Commerce Department, which lacks the State Department's diplomatic and human rights expertise and faces no mandate for congressional review.

Representative Norma J. Torres, a California Democrat, has filed a bill that would keep jurisdiction at State, calling the administration's proposed change "dangerous."

"It is very likely," she wrote in a letter to colleagues describing her legislation, "that the administration's plan could be a boon for illegal weapons traffickers and their unsavory customers - from ISIS to Mexico's Sinaloa Cartel."

The president has shown no compunction about arming thugs. In May of last year, he signed off on the sale of 1,600 semiautomatic Sig Sauer pistols to Turkish President Recep Tayyip Erdogan's security detail.

The next day, as Globe reporter Annie Linskey noted in a recent story, some of Erdogan's bodyguards helped beat up American citizens peacefully protesting outside the Turkish ambassador's residence in Washington.

Congress stepped in and stopped the arms deal. But it wouldn't be able to do so again if the president has his way.

One can only imagine the liberties Trump would take. This is a president who told Philippine leader Rodrigo Duterte last year that he was doing an "unbelievable job on the drug problem," even as Duterte's government sanctioned shooting drug suspects in the street.

Unfortunately, the White House's worrisome behavior preceded Trump. President Obama approved a deal to sell 27,000 rifles to the Philippine national police in 2016, only to be blocked by Congress. And Obama proposed the same rules change that Trump is pushing now - pulling back only after the horrific school shooting in Newtown, Conn.

But the Obama administration was, at least, responsive to political pressure. Trump seems determined to do the bidding of the gun lobby, no matter what. And the National Shooting Sports Foundation says changing the arms deal approval process could increase firearms exports by as much as 20 percent.

WASHAR0036454

But the reality is that this would not be a significant financial boost for the gun industry. Some experts say the change would ultimately be minimal - perhaps 2 percent, with any growth built on a small base. Exports represent a tiny share of the American gun industry's sales.

When it comes to international arms sales, economics shouldn't be the driving force, anyway. Selling high-powered weapons to terrible people - people who have been condemned by Democrats and Republicans alike - will result in the loss of innocent life. Congress needs to recognize the urgency of this problem, and act.

Link: https://www.bostonglobe.com/opinion/editorials/2018/06/30/easy-arms-deals-for-dictators-matter-what-trump-says/pQ2n5faEEWBR8p217dSlRN/story.html

_____
Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>



Official
UNCLASSIFIED


Official
UNCLASSIFIED

WASHAR0036455

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Friday, July 20, 2018 2:01 PM |
| **To:** | Fite, David (Foreign Relations); Rice, Edmund; Miller, Michael F; Darrach, Tamara A |
| **Cc:** | McCormick, Jamie; Oliver, Stacie (Foreign Relations) |
| **Subject:** | RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms |

Hi David,

We would need to refer you to TSA or other law enforcement organizations on this question.  The DDTC nexus on this issue was/is limited to our role in controlling exports of tech data, which is the only reason we got involved in the first place.

Josh

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
Sent: Friday, July 20, 2018 1:38 PM
To: Paul, Joshua M <PaulJM@state.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Miller, Michael F <Millermf@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Also, what are the law enforcement and counter-terrorism implications of this change?  Enabling the widespread acquisition of undetectable or largely-undetectable firearms would seem to be a bad idea, especially in protection of domestic and international airline flights from terrorist hijacking/attacks.  What changes will be required by TSA here and abroad to deal with this?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:42 AM
To: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Understood, and that's helpful information.  We'll round back and be in touch.

Official
UNCLASSIFIED

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:32 AM

WASHAR0036456

To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Fite, David (Foreign Relations)
<David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

A phone call would be only a first step for we four.  I expect that as news of this settlement spreads, there will be a
requirement to brief a number of Congressional staff and then Members.

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:21 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Rice,
Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Hello,

We've actually been in the process of putting together a briefing for you on this - with the intent being to provide a
phone call early next week.  Would that work?

Josh

Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 11:10 AM
To: 'Rice, Edmund' <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>;
Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

As well as State's view of State's legal liability to this suit in the first place.

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:03 AM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua
<pauljm@state.gov<mailto:pauljm@state.gov>>; Darrach, Tamara
<darrachta@state.gov<mailto:darrachta@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David
(Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Oliver, Stacie (Foreign
Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms
Importance: High

WASHAR0036457

Mike, et.al<https://urldefense.proofpoint.com/v2/url?u=http-
3A__et.al&d=DwQFAg&c=L93KkjKsAC98uTvC4KvQDTmmq1mJ2vMPtzuTpFgX8gY&r=qK7_ZRFYXD_2-
oNGpZDaSv48Ivvk3sok_Kc-
8ucoEbs&m=INcZ7Lzqeg9FRKxUQ74geJdNZKtHf7E_XypzmUYkPwY&s=WDbfGOTuqtofudKGj_R9heOE3es9SbkzJomT50T-
7pA&e=>.:

This is to request a briefing on the terms of the settlement (attached) that the State Department entered into June 29th
regarding Defense Distributed et al v. United States Department of State et al, Western District of Texas, Civil Docket #
1:15-cv-00372-RP. This is the suit brought by several persons who want to make available online software for
manufacture via 3-D printing of firearms, including plastic firearms.

In particular, item 1(b) indicates that State will amend the ITAR to remove the subject software from the USML by July
27th.   Several House Members have brought this matter to Rep. Engel's attention and I have been asked to look into
this ASAP. I expect that Jamie, David and Stacie also would need to know about this.

Perhaps this could be covered at our July 25th arms transfer meeting.  One way or another, I need a briefing on this prior
to July 27th.

Ed


Edmund B. Rice
Senior Professional Staff Member
Democratic Staff
House Foreign Affairs Committee
B-360 Rayburn House Office Bldg.
202-226-8467

WASHAR0036458

| | |
|---|---|
| **From:** | Heidema, Sarah J <HeidemaSJ@state.gov> |
| **Sent:** | Friday, July 27, 2018 10:42 AM |
| **To:** | Mitchell, Yolanda X |
| **Subject:** | FW: Letter |
| **Attachments:** | Tab 2  Letter to Defense Distributed.docx |

Yolanda-

Can you please get a FedEx or UPS envelope together to send the attached letter today?  Mike is NOT to sign it yet...

Official
UNCLASSIFIED

From: Hart, Robert L
Sent: Friday, July 27, 2018 10:35 AM
To: Heidema, Sarah J <HeidemaSJ@state.gov>
Subject: Letter

Rob Hart
Chief (Acting), Regulatory and Multilateral Affairs Division Department of State | Directorate of Defense Trade Controls
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official
UNCLASSIFIED

1

WASHAR0036459

| | |
|---|---|
| **From:** | Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov> |
| **Sent:** | Monday, July 23, 2018 1:28 PM |
| **To:** | 'Darrach, Tamara A'; 'McCormick, Jamie'; Oliver, Stacie (Foreign Relations); 'Rice, Edmund' |
| **Cc:** | Paul, Joshua M |
| **Subject:** | RE: Monthly Arms Transfer - Reschedule |

Any of those work for me.

From: Darrach, Tamara A <DarrachTA@state.gov>
Sent: Monday, July 23, 2018 1:25 PM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; 'McCormick, Jamie'
<Jamie.McCormick@mail.house.gov>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>; 'Rice, Edmund' <Edmund.Rice@mail.house.gov>
Cc: Paul, Joshua M <PaulJM@state.gov>
Subject: RE: Monthly Arms Transfer - Reschedule

Hi everyone,

We are available tomorrow morning (7/24) at 9:30 am, 1:00 pm or 3:30 pm for an unclassified briefing.  Please let me know if a particular timeframe works best for you.

Thanks,
Tamara


Tamara Darrach | Congressional Advisor | Bureau of Legislative Affairs |  U.S. Department of State
2201 C St NW, Rm 7418 | (202) 647-8763 | DarrachTA@state.gov<mailto:DarrachTA@state.gov>



From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Monday, July 23, 2018 10:09 AM
To: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; 'McCormick, Jamie'
<Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations)
<Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; 'Rice, Edmund'
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Cc: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

Thanks.  In the meantime, can PM provide us with the rationale as to why ITAR 126.2's conditions that this suspension is in the "security and foreign policy of the United States"?  It's not immediately obvious.

From: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Sent: Monday, July 23, 2018 9:45 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>;
'McCormick, Jamie' <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie

WASHAR0036460

(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; 'Rice, Edmund'
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Cc: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

Hi David,

We are doing our best to line up briefers for tomorrow.  We will circle back.

Thanks,
Tamara

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Monday, July 23, 2018 9:23 AM
To: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; 'McCormick, Jamie'
<Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations)
<Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; 'Rice, Edmund'
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

I'm meeting with the PM A/S nominee at 2 on Tuesday.  Can we do it before then?

From: Fite, David (Foreign Relations)
Sent: Friday, July 20, 2018 4:12 PM
To: 'Darrach, Tamara A' <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; McCormick, Jamie
<Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations)
<Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Rice, Edmund
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

I'm nervous having the briefing on the 3D Gun Settlement Agreement postponed until Thursday, the day before State
has to suspend the regulations to apparently allow the publication of the production technology to the rest of the world.
Can we have that briefing on Tuesday?

From: Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Sent: Friday, July 20, 2018 4:08 PM
To: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David
(Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Oliver, Stacie (Foreign
Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Rice, Edmund
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Subject: RE: Monthly Arms Transfer - Reschedule

Apologies everyone, we have to reschedule since Secretary Pompeo will be testifying on Wednesday.  Any chance you
are available Thursday (7/26) at 10:00 am?

Thanks!
Tamara

From: Darrach, Tamara A [mailto:DarrachTA@state.gov]
Sent: Friday, July 13, 2018 2:26 PM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Oliver,
Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Rice, Edmund

WASHAR0036461

<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; McCormick, Jamie
<Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>
Subject: Monthly Arms Transfer

Good afternoon everyone,

Are you available for our monthly arms transfer briefing on July 25 at 10 am?  Let me know.

Thanks!
Tamara


Tamara Darrach | Congressional Advisor | Bureau of Legislative Affairs |  U.S. Department of State
2201 C St NW, Rm 7418 | (202) 647-8763 | DarrachTA@state.gov<mailto:DarrachTA@state.gov>

WASHAR0036462

**From:**        Jim Bartlett, Full Circle Compliance <jebartlett@fullcirclecompliance.eu>
**Sent:**        Tuesday, July 17, 2018 3:32 PM
**To:**          pauljm@state.gov
**Subject:**     18-0717 Tuesday "Daily Bugle"

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Tuesday, 17 July 2018
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The Daily Bugle is a free daily newsletter from Full Circle Compliance, containing
changes to export/import regulations (ATF, DOE/NRC, Customs, NISPOM, EAR, FACR/OFAC,
FAR/DFARS, FTR/AES, HTSUS, and ITAR), plus news and events.  Subscribe here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAI6tHIbDkGSTO6W7DV
rHaA1tDgUu6tnLHeeo9esb34gwEohGPHunnN2wxq_z0WWLXCOSXZYXgd-
3I_tLbV9PcwBxKocMEB3fn_Gs3K04KkQLPxT9_2FNjQQdell-
CeBi7r7uLWP3jwErGS07zX_9ygiYTP0BoRCfdEFacVjgQn0O&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS
1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
for free subscription. Contact us [mailto:advertising@fullcirclecompliance.eu] for
advertising inquiries and rates.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


ITEMS FROM FEDERAL REGISTER


1. DHS/CBP Seeks Comments on Form 7507, General Declaration
2. DHS/CBP Seeks Comments on Transfer of Cargo to a Container Station
3. DHS/CBP Posts Quarterly IRS Interest Rates Used in Calculating Interest on Overdue
Accounts and Refunds on Customs Duties
4. USTR Seeks Comments on Proposed Section 301 Action Concerning China's Acts, Policies,
and Practices Related to Technology Transfer, Intellectual Property, and Innovation


OTHER GOVERNMENT SOURCES


1. Items Scheduled for Publication in Future Federal Register Editions
2. Commerce/BIS: (No new postings.)
3. DoD/DSS Posts Notice on Hierarchy Change Request Form
4. State/DDTC Posts FAQ Concerning Public Domain Definition
5. EU Adopts Restrictive Measures in View of the Situation in the Maldives
6. EU Imposes Additional Restrictive Measures Against ISIL and Al-Qaeda
7. UK ECJU Posts Licensing Data for January to March 2018

NEWS


1. Defense News: "Trump Advances 'Buy American' Arms Sales Plans"

1

2. Epoch Times: "Chinese National Pleads Guilty to Stealing US Military Technology"
3. ST&R Trade Report: "U.S., UK Anticipate Post-Brexit FTA"

COMMENTARY


1. M. Volkov: "Four Current FCPA Enforcement Trends"
2. R.L. Magielnicki, R. Whitten & M. Levarlet: "Reform of Foreign Investment in
the U.S.: France and Other Allied Countries Might be Exempt"
3. R.C. Burns: "Chronicle of a Death Foretold"

EX/IM TRAINING EVENTS & CONFERENCES


1. Full Circle Compliance Presents "Awareness Course U.S. Export Controls: ITAR
& EAR From a Non-U.S. Perspective", 2 Oct in Bruchem, the Netherlands

EDITOR'S NOTES


1. Bartlett's Unfamiliar Quotations
2. Are Your Copies of Regulations Up to Date? Latest Amendments: ATF (15 Jan 2016),
Customs (12 Jun 2018), DOD/NISPOM (18 May 2016), EAR (6 Jun 2018), FACR/OFAC (29
 Jun 2018), FTR (24 Apr 2018), HTSUS (8 Jun 2018), ITAR (14 Feb 2018)
3. Weekly Highlights of the Daily Bugle Top Stories
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


ITEMS FROM TODAY'S FEDERAL REGISTER
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


1. DHS/CBP Seeks Comments on Form 7507, General Declaration
(Source: Federal Register
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOlvhC93NI_1
8aMmynepd246_jgjNY2pNfja_hPMq4TZOVFKJx_znbF89CRqsKdPZbNRiQT4la7VnmxhBpQyzaWAdBb2sisicH6Zl_XnGq7ik4
Akc9X1hVW2nvo5Ku6l5DaJdJ-
0GGj9AJBXIUqn0Y1PzMxFuFFPGPCyZk5jJ7OebK3Q=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxF
bxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
17 July 2018.) [Excerpts.]
83 FR 33234-33235: Agency Information Collection Activities: General Declaration
* AGENCY: U.S. Customs and Border Protection (CBP), Department of Homeland Security.
* ACTION: 60-Day notice and request for comments; extension of an existing collection
of information. ...
* DATES: Comments are encouraged and will be accepted (no later than September 17,
2018) to be assured of consideration. ...
* FOR FURTHER INFORMATION CONTACT: Requests for additional PRA information should
be directed to Seth Renkema, Chief, Economic Impact Analysis Branch, U.S. Customs
and Border Protection, Office of Trade, Regulations and Rulings, 90 K Street NE,
 10th Floor, Washington, DC 20229-1177, Telephone number (202) 325-0056 or via email
CBP_PRA@cbp.dhs.gov [mailto:CBP_PRA@cbp.dhs.gov]. Please note that the contact information
provided here is solely for questions regarding this notice. Individuals seeking

WASHAR0036464

information about other CBP programs should contact the CBP National Customer Service
Center at 877-227-5511, (TTY) 1-800-877-8339, or CBP website
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HACi1t4wOXvi5ZRJ7LQYs
qmUtWgWmmKMzvoqCM-kKNfngnjQT-
0Ej2ppgFCfvKHvMvpi7ZFbeTIn97AWWdx4LkjXIENj5_qvY1Wm5GOygREja7iuP06DocJY=&c=KBjLZvmD8ygUYnufyQmt2Qfv
AASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
* SUPPLEMENTARY INFORMATION: ...
- Title: General Declaration (Outward/Inward) Agriculture, Customs, Immigration,
 and Public Health.
- OMB Number: 1651-0002.
- Form Number: Form 7507.
- Action: CBP proposes to extend the expiration date of this information collection
with no change to the burden hours. There is no change to the information collected
or CBP Form 7507. ...
- Abstract: An aircraft commander or agent must file CBP Form 7507, General Declaration
(Outward/Inward) Agriculture, Customs, Immigration, and Public Health at the time
of arrival for all aircraft required to enter pursuant to 19 CFR 122.41 and at the
time of clearance for all aircraft departing to a foreign area with commercial airport
cargo pursuant to 19 CFR 122.72. This form is used to document clearance and inspections
by appropriate regulatory agency staffs. CBP Form 7507 collects information about
the flight routing, the number of passengers embarking and disembarking, the number
of crew members, a declaration of health for the persons on board, and details about
disinfecting and sanitizing treatments during the flight. This form also includes
a declaration attesting to the accuracy, completeness, and truthfulness of all statements
contained in the form and in any document attached to the form.
CBP Form 7507 is authorized by 42 U.S.C 268, 19 U.S.C. 1431, 1433, and 1644a; and
provided for by 19 CFR 122.43, 122.52, 122.54, 122.73, 122.144, 42 CFR 71.21 and
 71.32. This form is accessible here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhy5ybJSt3
cPrFfOE3n_--HoGpazOT-
PippRgVW49fAWL9VWh3zxX7WvtzAgtsIlMjyFm0yniPU4S6s9ZbUqt37mstkLPtHCHxzbNbd3Ei_tiVZu0fS34Y62g3Sp-
8kQOLzl2n-
6VgGkOKIgBEv_f2Hd01qOMjDKiHXeCttKw27kzIVqzwR4mgBw==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1y
TDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
...
Dated: July 12, 2018.
Seth D. Renkema, Branch Chief, Economic Impact Analysis Branch, U.S. Customs and
 Border Protection.
back to top
* * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


2. DHS/CBP Seeks Comments on Transfer of Cargo to a Container Station
(Source: Federal Register
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvh6Hm7AS
TKLOQFzG-bLuKEC_aKjRZslIwRn3bzYl3jn9bif6G_HZGibICpIujGsIBB0FmFKITqIs9-
dojYix38k5_2CDT4BgtjyUZAGdCi5bHrXxWxMrguMyGFtu7WJOE2X3Me5etpWstKqPancXfruf5CIP251Vi4KhXnnAXzg7k=&c
=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==],
17 July 2018.) [Excerpts.]
83 FR Agency Information Collection Activities: Transfer of Cargo to a Container
 Station

3

WASHAR0036465

* AGENCY: U.S. Customs and Border Protection (CBP), Department of Homeland Security.
* ACTION: 60-Day notice and request for comments; extension of an existing collection of information. ...
* FOR FURTHER INFORMATION CONTACT: Requests for additional PRA information should be directed to Seth Renkema, Chief, Economic Impact Analysis Branch, U.S. Customs and Border Protection, Office of Trade, Regulations and Rulings, 90 K Street NE, 10th Floor, Washington, DC 20229-1177, Telephone number (202) 325-0056 or via email CBP_PRA@cbp.dhs.gov [mailto:CBP_PRA@cbp.dhs.gov]. Please note that the contact information provided here is solely for questions regarding this notice. Individuals seeking information about other CBP programs should contact the CBP National Customer Service Center at 877-227-5511, (TTY) 1-800-877-8339, or CBP website [http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HACi1t4wOXvi5ZRJ7LQYsqmUtWgWmmKMzuocCM-kKNfngnjQT-0Ej2ppgFCfvKHvMvpi7ZFbeTIn97AWWdx4LkjXIENj5_qvY1Wm5GOygREja7iuP06DocJY=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
* SUPPLEMENTARY INFORMATION: ...
- Title: Transfer of Cargo to a Container Station.
- OMB Number: 1651-0096.
- Current Actions: CBP proposes to extend the expiration date of this information collection with no change to the burden hours or to the information collected. ...
- Abstract: Before the filing of an entry of merchandise for the purpose of breaking bulk and redelivering cargo, containerized cargo may be moved from the place of unlading to a designated container station or may be received directly at the container station from a bonded carrier after transportation in-bond in accordance with 19 CFR 19.41. This also applies to loose cargo as part of containerized cargo. In accordance with 19 CFR 19.42, the container station operator may make a request for the transfer of a container to the station by submitting to CBP an abstract of the manifest for the transferred containers including the bill of lading number, marks, numbers, description of the contents and consignee. ...
Dated: July 12, 2018.
Seth D. Renkema, Branch Chief, Economic Impact Analysis Branch, U.S. Customs and Border Protection.
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


3. DHS/CBP Posts Quarterly IRS Interest Rates Used in Calculating Interest on Overdue Accounts and Refunds on Customs Duties
(Source: Federal Register
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhy4NwD4jcIrYzbFm8ThoTKpBrSbhK2Ewlrjr2ObtiKy1bhD3NgFv50MCGxtsVIUYDhGrB3eLZv013w1kwyGl2uQDUvQ6n931sf8xds87FNvI9RCapysFYgeGl9pjooT54iIjNfEqgkMn7rkIcWPc0Kv1kDcufn_KVda5KTW0zy9Q=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
17 July 2018.) [Excerpts.]
83 FR 33232-33233: Quarterly IRS Interest Rates Used in Calculating Interest on Overdue Accounts and Refunds on Customs Duties
* AGENCY: U.S. Customs and Border Protection, Department of Homeland Security.
* ACTION: General notice.
* SUMMARY: This notice advises the public that the quarterly Internal Revenue Service interest rates used to calculate interest on overdue accounts (underpayments) and refunds (overpayments) of customs duties will remain the same from the previous quarter. For the calendar quarter beginning July 1, 2018, the interest rates for

WASHAR0036466

overpayments will be 4 percent for corporations and 5 percent for non-corporations, and the interest rate for underpayments will be 5 percent for both corporations and non-corporations. This notice is published for the convenience of the importing public and U.S. Customs and Border Protection personnel.
* DATES: The rates announced in this notice are applicable as of July 1, 2018.
* FOR FURTHER INFORMATION CONTACT: Shawn Kaus, Revenue Division, Collection Refunds & Analysis Branch, 6650 Telecom Drive, Suite #100, Indianapolis, Indiana 46278; telephone (317) 614-4485.
* SUPPLEMENTARY INFORMATION:
In Revenue Ruling 2018-18, the IRS determined the rates of interest for the calendar quarter beginning July 1, 2018, and ending on September 30, 2018. The interest rate paid to the Treasury for underpayments will be the Federal short-term rate (2%) plus three percentage points (3%) for a total of five percent (5%) for both corporations and non-corporations. For corporate overpayments, the rate is the Federal short-term rate (2%) plus two percentage points (2%) for a total of four percent (4%). For overpayments made by non-corporations, the rate is the Federal short-term rate (2%) plus three percentage points (3%) for a total of five percent (5%). These interest rates used to calculate interest on overdue accounts (underpayments) and refunds (overpayments) of customs duties are the same from the previous quarter. These interest rates are subject to change for the calendar quarter beginning October 1, 2018, and ending December 31, 2018.
For the convenience of the importing public and U.S. Customs and Border Protection personnel the following list of IRS interest rates used, covering the period from July of 1974 to date, to calculate interest on overdue accounts and refunds of customs duties, is published in summary format. ...
Dated: July 11, 2018.
Samuel D. Grable, Assistant Commissioner and Chief Financial Officer, Office of Finance.
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


4. USTR Seeks Comments on Proposed Section 301 Action Concerning China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation
(Source: Federal Register
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhHTNo7Pk
DhmyO6OQcfA_LV8VjZX_sdxa3D6b9MX3hPpxTLVaGu7bGraV1h1bfwUmN_3N_TbU8ULC4JDrJz-81w5IB4XDZZPm-lBia-
xZ7I8r-iTcUVKo6n0x482O6dlQ2_DgzH6PhcmL0NCKrj3OUdZ2zCMlJ7rT-
7an429WkRNY=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV
9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
17 July 2018.) [Excerpts.]
83 FR 33608-33728: Request for Comments Concerning Proposed Modification of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation
* AGENCY: Office of the United States Trade Representative.
* ACTION: Request for comments and notice of public hearing.
* SUMMARY: On June 20, 2018 (83 FR 28710), the U.S. Trade Representative (Trade Representative) provided notice of an initial action in the Section 301 investigation of the acts, policies, and practices of the Government of China related to technology transfer, intellectual property, and innovation. The initial action was the imposition of an additional 25 percent ad valorem duty on products of China with an annual trade value of approximately $34 billion, effective July 6, 2018. The June 20 notice

WASHAR0036467

also sought public comment on another proposed action, in the form of an additional
25 percent ad valorem duty on products of China with an annual trade value of approximately
$16 billion. The public comment process in connection with the proposed additional
action is ongoing. On July 6, 2018, China responded to the initial action by imposing
increased duties on goods of the United States. In light of China's decision to
respond to the investigation by imposing duties on U.S. goods, the Trade Representative
proposes a modification of the action taken in this investigation. The proposed
modification is to maintain the original $34 billion action and the proposed $16
billion action, and to take further action in the form of an additional 10 percent
ad valorem duty on products of China with an annual trade value of approximately
$200 billion. The products subject to this proposed supplemental action are classified
in the HTSUS subheadings set out in the Annex
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAlCHuBiPOlvhHTNo7Pk
DhmyO6OQcfA_LV8VjZX_sdxa3D6b9MX3hPpxTLVaGu7bGraV1h1bfwUmN_3N_TbU8ULC4JDrJz-81w5IB4XDZZPm-lBia-
xZ7I8r-iTcUVKo6n0x482O6dlQ2_DgzH6PhcmL0NCKrj3OUdZ2zCMlJ7rT-
7an429WkRNY=c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV
9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
to this notice. The Office of the U.S. Trade Representative (USTR) is seeking public
comment and will hold a public hearing regarding this proposed modification of the
action in the investigation.
* DATES: To be assured of consideration, you must submit comments and responses
in accordance with the following schedule:
- July 27, 2018: Due date for filing requests to appear and a summary of expected
testimony at the public hearing, and for filing pre-hearing submissions.
- August 17, 2018: Due date for submission of written comments.
- August 20-23, 2018: The Section 301 Committee will convene a public hearing in
the main hearing room of the U.S. International Trade Commission, 500 E Street
SW, Washington, DC 20436 beginning at 9:30 a.m.
- August 30, 2018: Due date for submission of post-hearing rebuttal comments.
* ADDRESSES: USTR strongly prefers electronic submissions made through the Federal
eRulemaking Portal: http://www.regulations.gov
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HACwNpJnTvIBRdo-
quwcV-rWgNHtq6ojjNigoxAc0-3ms9cKOYNIRm_DYfPDbf6PuQcJXLEfV45Nn8K6sGCuaa50jpISop-
5JkliiHSWezhzN8Jfh7ihQCzw=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWI
oqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
Follow the instructions for submitting comments in sections D and F below. The docket
number is USTR-2018-0026.
* FOR FURTHER INFORMATION CONTACT: For questions about the ongoing investigation
or proposed action, contact Arthur Tsao, Assistant General Counsel, or Justin Hoffmann,
Director of Industrial Goods, at (202) 395-5725. For questions on customs classification
of products identified in the Annex to this notice, contact Traderemedy@cbp.dhs.gov
[mailto:Traderemedy@cbp.dhs.gov].
* SUPPLEMENTARY INFORMATION: ...
USTR requests comments with respect to any aspect of the proposed supplemental action,
including:
- The specific tariff subheadings to be subject to increased duties, including whether
the subheadings listed in the Annex should be retained or removed, or whether subheadings
not currently on the list should be added.
- The level of the increase, if any, in the rate of duty.
- The appropriate aggregate level of trade to be covered by additional duties.
- In commenting on the inclusion or removal of particular tariff subheadings listed

WASHAR0036468

in the Annex
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhHTNo7Pk
DhmyO6OQcfA_LV8VjZX_sdxa3D6b9MX3hPpxTLVaGu7bGraV1h1bfwUmN_3N_TbU8ULC4JDrJz-81w5IB4XDZZPm-lBia-
xZ7I8r-iTcUVKo6n0x482O6dIQ2_DgzH6PhcmL0NCKrj3OUdZ2zCMlJ7rT-
7an429WkRNY=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV
9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
USTR requests that commenters address specifically whether imposing increased duties
on a particular product would be practicable or effective to obtain the elimination
of China's acts, policies, and practices, and whether maintaining or imposing additional
duties on a particular product would cause disproportionate economic harm to U.S.
interests, including small- or medium-size businesses and consumers. ...
Robert E. Lighthizer, United States Trade Representative. ...
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


OTHER GOVERNMENT SOURCES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


5. Items Scheduled for Publication in Future Federal Register Editions
(Source: Federal Register
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAId_vP7ofbVRcJBj3BH
MSWOyn3B9t8J18Pl0NZYxu_Dah795UQR-aAFIw1-
Hx3n3UVhxKOOSBv1OtUYBxp3EhOPfggWCmtqXCSVgCwoA9zbjj2u8CzzIhC44Anm7N8tMW3MvReS3we1B4juWXCvdJq4=
&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==])
[No items of interest noted today.]
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


6. Commerce/BIS: (No new postings.)
(Source: Commerce/BIS
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAM_Q1ZpYttHjt2PaquUg
V_Si2S1hEQbM0YlqcHlub-Iyqk82yAOKFhvxVPJCTwY_qpbOQEjOLRNT_vzV6NHAgKDM8AGWWkhIKIMVoXAxuq4EY-
TPYtO3KnVQ=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9
AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==])
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


7. DoD/DSS Posts Notice on Hierarchy Change Request Form
(Source: DoD/DSS
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HACKe8h6F7VbpgXzNUf
pJjcZT2zGaUbYm7xCyckw-wqEDRhmjCkf_r9TihXtmPwfZIxekGY0HFLL89ch6A39bUsMRhy0_q4-
xTNHN9qcmc5J5Ve7mlAF_gW8=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLY
WIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
17 July 2018.)
The Personnel Security Management Office for Industry has provided a direct link
 to download the Hierarchy Change Request (HCR) form, which can be found here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhJ5I79gv4i

WASHAR0036469

ZgeKD3-pgJwpLNW-LNZZc01PRw-sEekCBvJNrcMmsWvU4FhPGLj87eWRfMsVqGAYOVaINf0EIMERQw-
RAEmdTjd5sgxkrN5sBxxdIhtmn9gvsyhTJy1Uotb4J-Tsg-
QoCRyHTWBPUn6ow==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6o
tWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
back to top
* * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

8. State/DDTC Posts FAQ Concerning Public Domain Definition
(Source: State/DDTC
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhGLqMRru
h3fZCvmZ265VcIp2r2XZVh4F6FJyeTzLgm1DP8Hr9A6tF_kUsV9wu5hY6WbMHX1uWVX1xm7FhO29yzwZDgueuoCzbCkwTx
YlOfQhNCxRM0LlvktfM4rrHt9MZIzuciLsE2E0LR0yd9ujhSdRGIsDPgIEUSX_KjUTKDO4tHHjCztJbp-
SJ6rxakLO_NfVnt119KDpvrWl02_3es5Aj1fcW6krg&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFb
xw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
17 July 2018.)
Q: I found some information in a book at a library and I think it might be technical
data. Do I need authorization from DDTC to republish this information?
A:No. Information that is available in printed books, newspapers, journals, and
magazines that you can buy in a physical bookstore or newsstand, check out from
a public library, or receive in the mail through a subscription or 2nd class U.S.
mail does not need any approval from DDTC for republication. The Department is providing
this guidance to clarify the preamble of the June 3, 2015 Notice of Proposed Rulemaking
(80 FR 31525
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvh5tWix2V
DKrdAOyjurggx3UPlQmQUUgkOkIhwnuerRmZGQPYH7Nqp19vfC8_dbFdiRBg8wwqqnyUGhYG_aM5FGJViDq4cqHIBzsK7g
CCWYCBFGrw842m6WP61tcYQidwGwrroQY9sgH8-XB22WTWAa895m64uuPUoAwPjx_iyxdU-
GdwQL3gTm8OFaZwRJtkRTZtIAtZZt1HpK5MpfWbSyVZiIwUyGSTWTQfljV81Z0WwgF5QPFri7EDJD3TXz8Ou0XT1t1IuL7krP
1axlv61LA==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9Av
IzyCljegL-U0HJTACo_3qzGgu923IfEQ==]]
International Traffic in Arms: Revisions to Definitions of Defense Services, Technical
Data, and Public Domain; Definition of Product of Fundamental Research; Electronic
Transmission and Storage of Technical Data; and Related Definitions (Proposed Rule).
The Department received public comments and other feedback from the public that
raised questions about whether it was necessary to obtain the Department's approval
prior to republishing information found in books and academic journals.
back to top
* * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

9. EU Adopts Restrictive Measures in View of the Situation in the Maldives
(Source: Official Journal of the European Union
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhuObvzPH
YeMmFSVJsq8YcqkxJ0EraYaDZi0V0ab82A5baUfa8ZxhybiJl17f-d2HGjmPCBAGq7IvxrQAhQdBFa29PdNdltJyR2acQzez5-
pbwEEtYeKzd2XWKsER6jMabb0AUYWZzZdyaokHSMkIvI5WjIKrM9K4M8m_jXafG-
VneAJKk2sIlm4FSa7uyw7l7&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoq
K6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
17 July 2018.)
Regulations:
* Council Regulation (EU) 2018/1001
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhIdtz5I9n
UjXCD8ExckVW-I4JXFfRbKKvBcM6MG7IBarVmd4tC9no-

WASHAR0036470

KPWmsgQlU5EpnLU_12AalwjjbXC76BJP9HTocnl7jBaZ0s01KRuQxf5gBYZ4qzA9yBhM82sjWWf1YZtxqQQS1JRcsrxb4C7x6D
7QlvJiWtQBRbxo3oZlXcZ_-xqezGRDd6ViVsPB_0dwmCRFLaNtj-TmFEePrTB2vJ1f5-
37Ms_4fnZFVkLbNYGENeTogR29FnhbUSgEGU1&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw
==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
of 16 July 2018 concerning restrictive measures in view of the situation in the
Republic of Maldives
Decisions:
* Council Decision (CFSP) 2018/1006
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvh9VOl6IGB
CReb7IYYjli7YAoSYUQT1J8bRvaswCg5TabQasSdoW_1LizirYSzRq8Swk4CquXXw8k-
TGsFf6R_fPFcPX_KFQnZ7LvdsNJpMh61XNLzRPjbF9McQbEQrHBM5pN6RBPSRmn-
hfrWnn8R9ng5U14co5HGXXO9KRXe9yLbU2eIkab-
Nhh0hVjkh7bf9oxvbJzCw1epz24A40ZuURcgEwcO_VabIKg9UCfSrc6_R6nUdwl9ReDXTS1h5kTS&c=KBjLZvmD8ygUYnufyQ
mt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==]
of 16 July 2018 concerning restrictive measures in view of the situation in the
Republic of Maldives
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

10. EU Imposes Additional Restrictive Measures Against ISIL and Al-Qaeda
(Source: Official Journal of the European Union
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhwLg-
XKiurD3L8eWdUHVnXRJ4r4qqtDl2hF67NsL0MJwGJ73_VxtmLmafi4q8D9Av6d0dS07u2qTN2U9sr9iwUBc8LjEM1gZmG8ZS
cxpkAwo5ztsa-OMZvkG4R-
m3TfRf1YV_UZO8toxcfX5iGNsl8Y0gOOzCkKIxjXwkLpxi7CNoBoNrCqy5M_uOLfeI1j0z&c=KBjLZvmD8ygUYnufyQmt2QfvAA
SQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
16 July 2018.)
Regulations:
* Council Implementing Regulation (EU) 2018/999
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvh0a_p4Yu
xxBzFuo3cVsldvcADwKfehkj7rYvgV-6DJWqcCC713rUVoUTtNMzNE-
NLBZYJItp0rgb_zFRvorEAofGiA1jemBAKcb6ZZTCSb22TQIAn7jqGAWi5HQIYs_mwd_cj303Zr-
URz58_pNfiS1hEtNtdk68rerdqbk5TygFXfI0rTjBFzoNxsPOVSfY5oS2hLuNyApFGAxbaVzZHWKDQ7ll9wim1FsnZq1oxhiPSaic
b7jyPxsscanS-
lujx&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==]
of 16 July 2018 implementing Regulation (EU) 2016/1686 imposing additional restrictive
measures directed against ISIL (Da'esh) and Al-Qaeda and natural and legal persons,
entities or bodies associated with them.
Decisions:
* Council Decision (CFSP) 2018/1000
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvh05po8hI1
eJGIC1_eI_8vCQ8-eI_jGJK_Y2vDdjqfshPkGeagBHH86fcOT5R-
oQ8off3ZgNcyg8nKtsSUTjZUbkh0p13PUzLo51OfUupu5Qvxp4MahmJK0n3PyrNcq940ibsUKCrLYq6hSaigsSu0sCbECBgesuP
PU20rX0GABI98YeJEjUTaK7PHrybwmHujg-
KHpDL4LFBF9v3UuryMiwps_iBjJt0GPmCxM7I61CnZQPdLBG6CavMGgTMcI_cm&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyC
oM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
of 16 July 2018 amending Decision (CFSP) 2016/1693 concerning restrictive measures
against ISIL (Da'esh) and Al-Qaeda and persons, groups, undertakings and entities
associated with them.

9

WASHAR0036471

back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

11. UK ECJU Posts Licensing Data for January to March 2018
(Source: UK ECJU
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HABdVAYvJOQGKCbBqn
0sWKq8r3-
IGQJAEiUmMr0iyypg3REZa7cF0cM7MXJnasUnC4wwXUB_A5Cq6pZ6tAz9tqykV7vTnc_luN0VdT6Xkxs0j57HOaSpxK4BpxlT
Dlof3LazzZgTRa41T7AWo3X1oR_iTLJSM8IztgrdLhUVwfXNG1ZSfnObsF-
Q=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==],
17 July 2018.)
The added licensing data for January to March 2018 can be found here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhHDA05XS
xJaPn4MB8OiDSXgERHI15A2tX71JYuYH_yDXn46woOoP7H46uUQB9Zi8nKAZguG47-iD3soT0E3rkK3GoUQ-
jZXS86ArLY7L3KoZ7hecqvL35bgLA6cgb0oiMWPtPoCIP9ClUuBocibASmSDngtcMCr8GZ0l3eR59d5uOna4n-
98H6OxYi4BOGs0JddhEdyuGZehVxAEshQqNgCgoEFKV8VUcWpp9tL6ij-
UQ=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL
-U0HJTACo_3qzGgu923IfEQ==].
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

NEWS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

12. Defense News: "Trump Advances 'Buy American' Arms Sales Plans"
(Source: Defense News
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvh6hF_K2Ir
wmWci7HT-4hDnBSV_BorWYwFX0VKp3OUoPeSy5NdH-vXf3igmSy9F0DcV-
l0h9N0d9DbtKZEKI8eePOQh6urPDXHkUPI0CreJP4aFT-
UzcY1JOVWZF3XXLCdLd2cTFqe54mewMVd5m6sLLzmfgpJuK0FexdTVpm8pHK2IKOT53_T4TRmE-
lVPbxWhiHhyF7SzblHsRhUQ5WgxfZgkajF8bDaPpt2Cwjtz1BPQJMprKOgjA==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM
9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
17 July 2018.)
U.S. President Donald Trump has approved the State Department's implementation plan
for the administration's "Buy American" push for boosting weapons exports that emphasizes
the U.S. economy, the State Department announced Monday.
The Trump administration is undertaking an effort to support U.S. defense trade
overseas to strengthen security partnerships, encourage interoperability, and protect
American economic security and jobs, said the State Department's Tina Kaidanow,
who was in London leading the U.S. delegation at the Farnborough Airshow
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhhLINrVH
BZG5YpzxO44x4r9oiJN1uDkLnmujmuHO4KqgsiiY8eSrwzPeybNbanoWn18nMKJe9SAoDsKjMXZ8ITLLtWeq9fkkIjNDi-
zOaPkCq0Zcc95uBcokgOIeFvqOF_fFaKN7zg0Qbtut9OTdJbefQwP3EcPnGRIPa2DvrHSGMciwItmxwZ7u9LGOxw9Lb8JMVT
OnhduhyVZ8YPEHa5hvTD_Xmpu0fX_1w7vtxIFTfIIiPjm4_eC-
7oWHFVzWxVqJFJOjglVg=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK
6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
"The point is that it is exactly reflected in a place like Farnborough, where we
 are supporting U.S. economic security, and we are also achieving a number of national

WASHAR0036472

security goals in conjunction with our important partners and allies overseas,"
the principal deputy assistant secretary of state for political-military affairs
 said in a call with reporters.
The implementation plan for the rule changes, announced in April, are in part meant
to reverse the perception that the State Department is a frequent site of logjams
in the Foreign Military Sales process.
Officially called the Conventional Arms Transfer policy, it's intended to help private
U.S. defense firms directly sell some types of weapons and unmanned drones to allies
without the firms having to go through the U.S. government.
Since April, the U.S. government has been working on implementation plans with industry,
which hailed Monday's move.
Aerospace Industries Association CEO Eric Fanning said its recommendations for a
 strategic focus, whole-of-government coordination and enhanced accountability feature
prominently in the implementation plan.
"It is absolutely essential for our government and our industry to get to the right
answers on defense trade with our allies sooner so that we can continue to 'outpartner'
our adversaries," Fanning said. "Going forward, we commit to expanding our already
robust dialogue and partnership with the government's security cooperation enterprise
to sustain and grow the competitiveness of U.S. defense exports."
The U.S. already leads the world in arms transfers. In 2017, the State Department
approved $42 billion in government-to-government sales; and so far this year, 2018
is on track to beat last year at $46 billion.
The State Department, under its plans outlined Monday, would help allies to identify
critical capability requirements and employ a whole-of-government effort to expedite
transfers.
In February, Kaidanow led a large U.S. delegation to Asia's largest air show
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOlvhjIOeENKc
2cdUKp-Y6gifDifmbyUbqwUSqrcVOyPeFKsBOMGF56xUbmAPJDrK-
aOrFRiad8u_spoWt4QRjqbyiAFcXMoDWriMx84l1zO8OUn4uAmmvRphPYRiKYT3JypuK7jXSKY5WNQf_S9CM8M9Wi1phN
A8bSjmsTR7Cvre8Qf-oJjnCB2ZyrkUU8a_EP8etxhockuPxeAqHajWajyfrMG8ZeeRpOpSX-
mZWd_S6lyptpF99cSj1XrWexiEm3WNQR-
noMUuC3ob1sabuxgojQ==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoq
K6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
to pitch U.S. arms sales as China's military footprint and political influence are
surging. What's spelled out in State's plans is competition with adversaries by
"providing allies and partners with alternatives to foreign defense articles in
order to maintain U.S. influence in key regions."
The plans also call for State to work with the defense industry to build exportability
into its designs and development efforts, expanding support for non-program-of-record
systems, and by incentivizing increased production capacity and timely delivery.
The State Department would tweak relevant rules, like the International Traffic
in Arms Regulations framework; expand and enhance government advocacy and trade
promotion in support of the American defense industry; and avoid offsets that imperil
domestic jobs or reduce America's technological edge.
The implementation plan may finally give the Defense Department and military services
some much-needed direction on how to better align itself for arms deals.
The Air Force was standing by to hear from the White House - through the Defense
 Department - on how to move forward, its undersecretary, Matt Donovan, told Defense
News on the sidelines of Farnborough.
"We are waiting for implementation guidance from the White House," he said Monday
morning, just a couple hours before news hit of the approved plan. The Pentagon
"and folks like [Under Secretary of Acquisition and Sustainment] Ellen Lord are

WASHAR0036473

getting ready to posture us for when that implementation guidance comes out. But
as of right now, we're still waiting."
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

13. Epoch Times: "Chinese National Pleads Guilty to Stealing US Military Technology"
(Source: Epoch Times
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhLCuKRTVj
gPucDU9qZXZP4ZtUj7fxNrF9S_Uam25FLSb2XsRLaZSAopIP_yBrrV5Q9xvy8ORyQokF3_z5KPf1b5q0b6eO-
UWVJaSnAKmY_7Ijwqmj5nVIjrVYyfbHglKUevWaO09JP-36YW5TPSuOGxJ7ggGM0qlLg4_ceBBNcecn1-
yffyfifjKxfKJYXNZU34AySZNR1zcqNYo1koloE_dZBvY0yQp9&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS
1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
16 July 2018.)
[Editor's Note: Cathy Chen was already arrested 23 May 2017, as we reported in the
Wednesday 24 May 2017, Daily Bugle, item #6
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhpP6G8rh
VOPc2mi74Xj_b9p0cB9vtB_UYsgS9vZI-c2a4GL-
3Y8qylbAo48Y37zn5B4JxKKJfXL0mo5VHEsoa3N544ejVNS57HKof4vszGVj2AMhJqeb7bk7WLx92J_geqAa9HexT2mbIpNAU
CL0xN0YD8CPuo-S9T4UEOSYn96uEHvQunHQV2B5IrpOekciJ_TvIpI55bYMldc8LBHhOh-an-
umWIpD0vw1EXJqmrXKEFHOeR1GvrxlcF7UL3PXqJQTDBHtUietwOf131IDqCK7gH5DPXZ3sYSsUiuez1AUA2eH2IOUKsDJx2
u8u1N1SmaUjTvNuC6ukq6Y-
vdg7VSLcixHy3ni5bHzhJZ6d2HIPD7Tcx9uIF270p8QqmcmNipKDSZB2rbCefvSF7nlLjWP3z0k3Yx-
Msj9JqRdoGrOBoXl3xC9NhlCRzp6kZtY6AZS6hGHMR292POzL3KI7S5pcwA_-0g2bQ_KYoDxM-M-pumfMCudh9AJlgzO0m-
ygwBbyJ4SiaF8=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV
9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].]
A Chinese national living in California recently pleaded guilty to stealing U.S.
military technology on behalf of the Chinese regime.
Between 2013 and 2015, Cathy Chen, whose Chinese name is Chen Si, sent "advanced
radar, military-grade communications jammers, low-noise amplifiers, and Ka-band
space communications" to China via Hong Kong, without seeking approval from the
U.S. Department of Commerce, according to a July 12 report
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvh23P-
ZAs3dFU0YGvUk0Jn6cAFyetxT3ZzijPlS1fJwUlzb3g5jzfn33Y4eZSHYf2D2ZROmW9eXtehwzgTcN7bHuuHL05imVeS9YXAFk5x
V1FapL6daWkhHRxk9_zSMaPeeyRZkD1rNIIPG51XL6xH8qtPn85av01msaSFXs-
jTzXt2xu7KdYOiJC16b5GJFSv8dhFbc0hfe6nLs5ZTn1ZWg==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS
1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
by Orange County Weekly, a California newspaper, citing federal prosecutors. Products
with sensitive technology are under export control and require special permission
to ship overseas.

Chen, who used multiple aliases since arriving in the United States in 2007, was
able to obtain the technology through her role providing accounting services for
aerospace companies, including U.S. defense contractors.
She falsified immigration papers in order to continue staying in the country. In
2012, she married a Chinese man who graduated from a Communist Party military training
school in China.
Chen's father also has ties to the military, according to OC Weekly.
After obtaining the military equipment, Chen conspired with several companies based
in Shenzhen in southern China to conceal the true destination and user of the equipment.
The companies include Chen Archangel Systems Space, Century Electronic International
Co., and Star Aero Investment Ltd.
Federal agents obtained records showing that Chen used a disposable cell phone to

12

WASHAR0036474

reach a Chinese contact, who instructed her to, when asked, insist that the technology
would not leave the United States.
She received more than $200,000 in payments for making the shipments.
Chen faces a maximum of 50 years in prison and penalties up to $1.75 million. Her
sentence will be announced on Oct. 1.
A number of Chinese nationals have been caught by U.S. authorities stealing military
technology in order to support the Chinese regime's attempts to catch up with U.S.
military.
In September 2017, Yiheng Percival Zhang, a Chinese professor teaching biological
systems engineering at Virginia Tech, was charged with conspiring to defraud
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhA3COTIIs
ZaBN-p50UnwJdoNUO-AeP8IXHK7AFJ-
QqGr9jAYpH4sr0XI2zi0Y7nHFRyekKQkcg71y2hFjuj4nBE8b8jL9ipfDmRbD1BLbehhXFeq6Y9z4o0iBNc6TK72AX1jzzqU5dW-
yRX_FjrkRkh4HOc50LGUJt-2pdMBUATZFwhufiKCoInrj5ZwQwDcLs5UF0cPb0So7B-
gf_F5C3Sv9b4wTCFL9IqXgbvsC8ldtOYymylExM25_0AGg0vZh&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTD
RzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
the federal government. His research involved the U.S. Army, air forces, and the
National Defense University.
Two Chinese nationals were charged with economic espionage and theft of trade secrets
in 2015, after they conspired to steal source code and other key military technology
from their American employers, Avago Technologies in Colorado and Skyworks Solutions
in Massachusetts.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

14. ST&R Trade Report: "U.S., UK Anticipate Post-Brexit FTA"
(Source: Sandler, Travis & Rosenberg Trade Report
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvhVZol2drD
CkqVONBeld03D1LqTg9cIcNeH-B8JOY3bLsLKKn7nnJ73SIInRMANYIPHfS6qxfv2nJuW1gjquHDDWwW4hiyrK--
E3Olk08aYhJCxx5b2gR0IZDFryzIHG8--
dmaxkw4HJkUvjB4smKy1YvIunMEsP9OCmrftsCbJDeyHnRr13LcmomXC0linZph&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyC
oM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
17 July 2018.)
The leaders of the U.S. and the United Kingdom said after a July 13 meeting that
their countries plan to pursue a bilateral free trade agreement once the UK formally
leaves the European Union in March 2019. Lower-level officials met recently to discuss
specific trade-related items that could factor into future FTA talks.
Prime Minister Theresa May said she and President Trump agreed to pursue an "ambitious"
FTA that will build on the UK's independent trade policy, reduce tariffs, deliver
"a gold standard" in financial services cooperation, and "seize the opportunity
of new technology." Trump said his goal is for the two partners to trade without
any restrictions, which could "double, triple, quadruple" the current level of
two-way trade.
May denied reports that her most recent plan for withdrawing the UK from the EU
would limit London's ability to negotiate FTAs with other countries. She asserted
that once Brexit is complete the UK will no longer be in the EU customs union and
will therefore have an independent trade policy, which it will use to "do a trade
deal" with the U.S. and other countries. Although her reportedly said a day earlier
that May's plan "will probably kill" chances for a U.S.-UK FTA, Trump said after
talks with May that he has no preference for what the UK-EU relationship ultimately
looks like and is only concerned that the UK is "going to be able to trade with

WASHAR0036475

the United States."
Ahead of the two leaders' meeting the U.S.-UK Trade and Investment Working Group
met in London July 10-11. According to a press release from the Office of the U.S.
Trade Representative, this group is working to provide commercial continuity for
businesses, workers, and consumers as the UK leaves the EU and to lay the groundwork
for a potential future FTA. Toward that end last week's meeting covered topics such
as industrial and agricultural goods, services and investment, digital trade, intellectual
property rights, regulatory issues, and small and medium-sized enterprises.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

COMMENTARY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

15. M. Volkov: "Four Current FCPA Enforcement Trends"
(Source: Volkov Law Group Blog
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvh5n_4LSI
MH0sxMTZ59AAOqbUSOeyuf14FL2SQG-9WXXBxz8XFmpHvu10j-
EdVsyqAvLOqDgTMpVqeqJqA4KzM9LlW58AzHWYG5ym-
jxzFUmGaWjwn5HjL_j3qG0IYLTGLSE5QvsTsyM8eEsRiLVk3VHx7EQh3c4PJBc52Excp5YayNrtVtLhu8g==&c=KBjLZvmD8ygU
YnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==],
16 July 2018. Reprinted by permission.)
* Author: Michael Volkov, Esq., Volkov Law Group, mvolkov@volkovlaw.com [mailto:mvolkov@volkovlaw.com],
240-505-1992.
There are two distinct themes in FCPA enforcement - the first is consistency, i.e.,
that some enforcement actions are relatively consistent across the board and, in
the last five to ten years, the FCPA caseload has been fairly steady; the second
is variability, meaning that new policies have an impact on FCPA enforcement.  Some
minor and some major.  All of this may be another in my series of profound grasps
of the obvious.
While many have criticized the Justice Department and the SEC over their FCPA enforcement
practices, a closer look shows that the most significant impact continues to be
allocation of resources.  DOJ and the SEC have devoted significant resources to
increase the number of attorneys assigned to the DOJ's FCPA Unit and the SEC's FCPA
Unit, including leveraging of attorneys in US Attorney's Offices and SEC attorneys
in SEC field offices.  The dedication of three FBI squads has an impact as well.
When the government allocates personnel, the attorneys and agents are expected to
perform - to open investigations and prosecute cases.  Case numbers ebb and flow
each year, some years have more and some lower.  Significantly, the number of cases
brought each calendar year really does not reflect the amount of work completed
by DOJ and the SEC - the investigations continue at their own pace and re not tied
to any calendar year requirements (except when we observed completion of a number
of cases at end of Obama Administration).
To make myself clear, there has been no significant change in FCPA enforcement during
the Trump Administration or, to say it another way, resources always reflects policy.
The current Administration is no different than any other when it comes to FCPA
enforcement.  If changes were to occur, the Administration would have to reallocate
resources or make a significant policy shift which no one expects to occur.  So,
call it what you will, FCPA enforcement is here to stay for the foreseeable future.

14

WASHAR0036476

A second observation relates to the assignment of corporate monitors in FCPA cases. In 2016, FCPA enforcement hit a highwater mark and assigned corporate monitors in eight separate cases. This year, we have only had one corporate monitor assigned which was in the Panasonic enforcement action. To replace this requirement, DOJ and the SEC have pushed specific periodic review and reporting requirements. Whether this is a good or a bad idea depends on how much scrutiny DOJ and the SEC devote to review of the report. If such reports are not carefully reviewed and questioned, the self-reporting requirement is unlikely to have any significant impact; on the other hand, if DOJ reviews and questions the company's report, DOJ and the SEC can advance corporate accountability.

Another important area is the impact of the Yates Memorandum. There is no question that DOJ's commitment to the yates Memorandum has increased overall its enforcement against individual actors, particularly in the auto safety and emissions fraud prosecutions. In the FCPA enforcement area, we have seen a "new" trend in the use of non-FCPA charges, such as money laundering, against recipients of foreign bribes. As for "traditional" FCPA prosecutions of individuals, so far, six individuals have been charged in 2018.

Finally (and perhaps most significantly), DOJ and the SEC have raised their expectations with regard to corporate remediation efforts as part of an overall FCPA settlement. DOJ and the SEC hold companies accountable for imposing strict and aggressive discipline of officers and employees responsible for misconduct, stretching to supervisors who failed to hold employees accountable or who otherwise failed to investigate potential misconduct by staff members. Companies have to exercise a robust disciplinary response, including senior officers, or face the prospect of negligible credit for remediation. Even those companies that have designed and implemented effective ethics and compliance programs may earn negligible credit if they do not exact proper disciplinary actions against employees who engage in misconduct.

back to top

* * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

16. R.L. Magielnicki, R. Whitten & M. Levarlet: "Reform of Foreign Investment in the U.S.: France and Other Allied Countries Might be Exempt"
(Source: Sheppard Mullin LLP
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOlvhEdOt7wP
KZ75pzhfYv4WFsi5AtpOmTB42RUUotgQsc6OG3prBj4l2Ssh3BWX8_8oVNKL-
O7zIuigD1nV2U6ZLNSSrCTZdeBhjnpcsPzuGytKslKHGem780lp0U46OWr-giFnMs2CVDA9fZRH_p3QNCy_Hlq1feUAXxeMFv-
GXJcFeDXf2EcGixvvOaPcX_46BRqGZ95z0qRroV1YKLaD1cN8zbE79PqBu-
2CIPRWha9Y=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9A
vIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
13 July 2018.)
* Authors: Robert L. Magielnicki, Esq., rmagielnicki@sheppardmullin.com [mailto:rmagielnicki@sheppardmullin.com],
+1 202-747-1910; Reid Whitten, Esq., rwhitten@sheppardmullin.com [mailto:rwhitten@sheppardmullin.com],
+44 203.178.7831; Malika Levarlet, Esq., mlevarlet@sheppardmullin.com [mailto:mlevarlet@sheppardmullin.com],
+1 202-747-2182. All of Sheppard Mullin LLP.
The U.S. House of Representatives passed a bill on Tuesday, July 10, expanding and increasing the powers of the Committee on Foreign Investment in the United States (CFIUS). The bill is called the Foreign Investment Risk Review Modernization Act (FIRRMA).

The 400-2 passage in the House shows an overwhelming bipartisan momentum behind FIRRMA and signals that the bill is likely to be on the President's desk for signature as soon as the House and Senate reconcile their versions. The timing of the actions

WASHAR0036477

is not coincidental. It appears that the Trump Administration has decided to let
 Congress take the lead on increasing scrutiny of foreign investments.
We have reported on the proposed content of FIRRMA (here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvh_ZY0A-
ETXuV_NfO5qRHQZ-onYMVDrS4OiL_vj9A1tCXosOnrRky5KKrWGB0xv5RoAa8vwj-
6qAOLVZoerMd6_YzWUcLCwFcJkNwgDnJ3XMlxQZvOOdVKuQrQAjRero4i39-
wCeXMyS96RNgi5j47oayCNgj0hTl_mLa5Ll3xElY=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbx
w==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
and here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvh62Sfq4yI
8FXF1wzjBGDH-
9KCQjQ71jK3lDcBc4HhpAgZH0atsmQNjMYTCHPwPvzHVTroLmIxLIEyXWjki4wflpyFVE58sgTRk2f15I5FO0IkdAOKBmvsbJ9g
Fg1VekQ4yppzUKHwGle1M9G7P31Q6KpXrEI1Ulk6&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxF
bxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]),
and the list of the bill's main points have been recited throughout the law-blogging
world. However, now that the bill is on the brink of passage, we believe it is worth
examining three key elements that will have significant impact on foreign investors
and U.S. companies.
Exemptions from the CFIUS Process
It will come as good news for certain investors that the bill may make it easier
 for numerous U.S.-allied countries including France to invest in the United States.
The draft bill authorizes CFIUS to exempt from its review transactions in which
all foreign persons involved are from a country identified by the Committee (i)
as having processes which effectively safeguard national security interests the
country shares with the U.S.; (ii) is a NATO member country or is a major non-NATO
ally; or (iii) as adhering to nonproliferation control regimes. That likely creates
a list of candidates for exemption to include:
- The NATO Countries;
- Australia;
- New Zealand;
- South Korea;
- Japan; and
- The Philippines
Investments from that group of countries comprise the majority of foreign direct
 investment in the United States, particularly as we understand that Chinese investment
in the United States has dropped 90%.
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOIvht4AZpH9
Qy16SjJzHKj2q9y6csD0NEx2uqP2qSdpWtE9OQuD8SmYVZNlNnesJ_PjfCPnnXJ8v4JkupbTUxKF6wIBHI0lGvsQrlMiaV3vrFm
QmGuDJpcDKBJM92ck9wL2c7YEz8gOCpp76POtcOmytVzcesRDGJavPDrThtjfJiaVAOz-
FKgYt63JjJiEURvFPRVsN4FtU8gQ=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeL
YWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
Expansion of Covered Transactions
FIRRMA will significantly expand CFIUS's authority to review inbound foreign investments,
particularly in technology, even where those investments do not result in control
of the U.S. company by a foreign entity. The definition of "covered transactions,"
that is, transactions which CFIUS has jurisdiction to review, would be expanded
to include any investment (other than a passive investment) by a foreign person
in any U.S. critical technology company or U.S. critical infrastructure company,
 regardless of whether such investment would result in foreign control. It also
would include the purchase or lease of real estate located at a land, air or maritime
port, or that is in close proximity to a military installation or other sensitive
government facility.

WASHAR0036478

Enhanced Export Controls

Beyond the changes to CFIUS's mandate, FIRRMA would also require the update and enhancement of U.S. controls on exporting leading-edge technologies. Currently, U.S. export controls lag behind emerging technology. Much of the straight-from-science-fiction developments coming out of Silicon Valley and elsewhere are simply not contemplated by the years-old regulations.

FIRRMA would require a group of executive agencies, led by the Secretary of Commerce, to identify "emerging and foundational technologies" that "are essential to the national security of the United States." The bills do not specifically list technologies to target, but we can expect that robotics, autonomous vehicles, and artificial intelligence will be at the top of the list. None of those technologies are specifically controlled under current U.S. export regulations.

While the expansion of CFIUS powers would likely be implemented fairly directly through regulation, FIRRMA's export control changes would be promulgated through changes to the Export Administration Regulations already in place. Because the export control changes would require changing or adding to complex and nuanced rules, as well as years of established practice by exporters, it is possible, even likely, that changes by that route may take years to take any major effect.

The Takeaway

A wide variety of companies will be affected by FIRRMA. U.S. companies developing new technology or exporting controlled items, and non-U.S. companies considering investments in the United States will need to make planning adjustments based on the changes we see coming out of Congress this Summer.

back to top

* * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

17. R.C. Burns: "Chronicle of a Death Foretold"

(Source: Export Law Blog

[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAPLwEQulMHFO6yNyyi XLtjiJmuiLZnfMsXcASABEO4a4WEUj-Iba29opz4VCdoSSBnxErj4YtQ-0uzW6--AD7MmyZXM_cDHem_OFlkhi-GKUhdqKTTVEu2nOOg-4G0J-Ew==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljeg L-U0HJTACo_3qzGgu923IfEQ==],

17 July 2018. Reprinted by permission.)

* Author: R. Clifton Burns, Esq., Bryan Cave LLP, Wash DC, Clif.Burns@bryancave.com [mailto:Clif.Burns@bryancave.com], 202-508-6067).

Of course, the Interwebs are all abuzz with the news that the Directorate of Defense Trade Controls ("DDTC") settled the Defense Distributed case as if that were somehow remarkable.  Of course, it was about as remarkable as 100-degree days in DC in August or the All-Star Game being a pointless, mind-numbing bore.  DDTC's position in this case was on life support, if not already dead, since last May when DDTC and BIS finally announced export control reform which would result in the transfer of most firearms and related technical data, including the types of firearms described in the 3-D printing plans at issue in the  case, from the jurisdiction of DDTC to that of the Bureau of Industry and Security ("BIS").

It is no secret that BIS and DDTC have radically different ideas about the consequences of putting something of the Internet.  As far as DDTC is concerned, putting anything of the Internet is an export of that item to every foreign country with access to the Internet, i.e., everywhere but the outer reaches of Mongolia.  BIS, on the other hand, takes the position that publication on the Internet means that an item is

WASHAR0036479

no longer subject to export controls.  As BIS said in its proposed notice
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAHhlXfUmTFLhZGxMV
QtWegwlXMhkKQxk_ygUCpATTzVfqNCqVFoLWAQg6bGr7wewqcUcV5wQt3bMlX2UG7llRpNadU6kq1nN0RBvVdXoYNqG
ZReojmXJKgHhRlqD-
YvbVoOwNLulY2nPNF6Tpu4BhLmukqAmQdCW08ATsCsHLr7iq8ijza0brLrNf3_R3G9n88EJ9LKQl6uLndu4MZkVMVs=&c=KB
jLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==]
of rulemaking:
[I]f a gun manufacturer posts a firearm's operation and maintenance manual on the
Internet, making it publicly available to anyone interested in accessing it and
without restrictions on further dissemination (i.e., unlimited distribution), the
operation and maintenance information included in that published operation and maintenance
manual would no longer be "subject to the EAR."
So once the Category I transition is complete, the fat tenor has sung and the game
is over.
DDTC, of course, could have waited until the last notes of Nessun Dorma
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOlvhXIrc6H1P
MR9qJJZj4gN5Z6455um7fMY7U030Qlfm9Z62BPoAvlt9KDnvP7_8Rbz_Bz5VsMM5WbW8PAibnjzA5Vs8mB12lzSCIT2kM3Q
wTpE8jZK2cqEIUxqt-
PZHZYa1h8VaRazd3ks=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6o
tWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
but instead agreed to move ahead. To do that before the transition of the firearms
in question to BIS was complete, there are several housekeeping matters that the
 settlement agreement
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAICHuBiPOlvh6sArAlvi_
ULae-
wTDjyrRlK1evVnWbdJlTNp3u7EGlLMDnYEjwUnSBpSnpSIecjCx8IsVYPltQDENUdUTwtmcF6iwzdUiIQ8OGglgKlfHkyAwScB1
eJaijD52IV0YaeqEQvsNylWRdALKEmLybZSlU_jMQts_e_2mLeUGNNjNtLX4-8ftDEm7sa2zMYASx8Z-KYbTdpn-
FE=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==]
needed to address. First, DDTC agreed to continue with the announced proposed rules
and to adopt a final rule that would remove the plans at issue from Category I of
the USML. Second, DDTC would announce a temporary modification of the rules to exempt
the plans prior to the transition from the USML to the Commerce Control List becoming
effective. Third, DDTC agreed to issue a letter saying that the plans had been approved
for public release - something not really necessary in light of the temporary modification
of the rules to exempt the plans. Fourth, an acknowledgment that the letter permitted
people to do whatever they wanted with those plans - again something not really
necessary in light of the temporary modification and the letter itself.
What comes as a surprise to me was not that DDTC dropped the case, or that it did
so before the guns at issue were removed from the USML, but that it agreed to fork
over $39,581 to the plaintiffs. Granted that's not a huge sum. Still, DDTC has not
conceded that its position that putting USML technical data on the Internet is an
export is wrong. Indeed, that will continue to be the case for items remaining on
the USML. Well, I guess lawyers have to eat too.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


EX/IM TRAINING EVENTS & CONFERENCES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

WASHAR0036480

18. Full Circle Compliance Presents "Awareness Course U.S. Export Controls: ITAR
 & EAR from a Non-U.S. Perspective ", 2 Oct in Bruchem, the Netherlands
(Source: Full Circle Compliance, events@fullcirclecompliance.eu [mailto:events@fullcirclecompliance.eu].)
Our next academy course is specifically designed for beginning compliance officers
and professionals who want to enhance their knowledge on the latest ITAR/EAR requirements
and best practices. The course will cover multiple topics regarding U.S. export
controls that apply to organisations outside the U.S., such as: the regulatory framework,
including the latest and anticipated regulatory amendments, key concepts and definitions,
classification and licensing requirements, handling (potential) non-compliance issues,
and practice tips to ensure compliance with the ITAR and EAR.
* What: Awareness Course U.S. Export Controls: ITAR & EAR from a Non-U.S. Perspective
* When: Tuesday, 2 Oct 2018, 9 AM - 5 PM (CEST)
* Where: Landgoed Groenhoven, Bruchem, the Netherlands
* Sponsor: Full Circle Compliance
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAA0Dkxa23_BDG-
uccFli9-y23fXGLDTM7VNS9IJrHpAmi_QV2rAjy3_AM6KVxl-
FV4UmJiBGBY5HhI9lBWa4NLUtzLzOwPSPIF7w52guBLjR4yKXrzL0g6_Fe2RmlhUylQ==&c=KBjLZvmD8ygUYnufyQmt2QfvA
ASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
(FCC)
* Instructors: Ghislaine Gillessen, Mike Farrell, and Alexander P. Bosch
* Information & Registration: HERE
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAMXmHRP8c92eXZPxQ
V40PuI2zYprZFJhtH6daX_mDhWcE7SDubMhmpKz_rgLOWqh8mAZ2uagH1F7mwaUAkLEofIadPzU8VDls8fbEEqROD3BtbZI
mVT2sYe4RnCXVUEzPilaFDhRhZOrZtcUkGeg0s-
xz3IKzUiMTltKw46OaG3xqFZ_PVX61mf6SLnqm0wyBAq_MBPQoQBoRKkDBk6Glg7WvXJrZ_nOqHAAZe8QxAhiG2B9IOQ1k
nswcXVHFavoR0BT90tjRdSroFBkqPNYcRiJNJ9nMLaR1g==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS
1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
or via events@fullcirclecompliance.eu [mailto:events@fullcirclecompliance.eu]
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


EDITOR'S NOTES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


19. Bartlett's Unfamiliar Quotations
(Source: Editor)
* Isaac Watts (17 Jul 1674 - 25 Nov 1748; was an English Christian minister (Congregational),
hymn writer, theologian, and logician. He was a prolific and popular hymn writer
 and is credited with some 750 hymns, including Joy to the World, O God Our Help
 in Ages Past, and When I Survey the Wondrous Cross.  Watts is recognized as the
 "Godfather of English Hymnody;" many of his hymns remain in use today and have
been translated into numerous languages.)
- "Learning to trust is one of life's most difficult tasks."
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


20. Are Your Copies of Regulations Up to Date?
(Source: Editor)

WASHAR0036481

The official versions of the following regulations are published annually in the
U.S. Code of Federal Regulations (C.F.R.), but are updated as amended in the Federal
Register.  The latest amendments to applicable regulations are listed below.
* ATF ARMS IMPORT REGULATIONS
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HABYFyLpLqXdrtaFr3F75
oQNeNjhVflAYQ6C3vsdK_5q6w-
ufvoj2OzJX4pqHj3Y11zJtnB3CNmdii0coyblV7zozvBUbulrWKZG_8QNg051eSzODfgNwqr4WtrJ1RitoP7Z-
646koPfY8umc69yREv3idN2EAXUDfJ-
4cJQFZLfZHZ1EzUXDxT9pEVqMl8b59P1MUTK2vbukT_mpNB7ScV1oNzDJ8PQYJCVaikVMcAsfI0c6isTKG5ZH6BP4IlkcEI3Dg
VS513DXmp_2g-
xwjdMNdmvn4E1yRA==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6
otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
27 CFR Part 447-Importation of Arms, Ammunition, and Implements of War
- Last Amendment: 15 Jan 2016: 81 FR 2657-2723
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAEEurmy4WF-
4d0KLbvC_wDv-
YZ1RRkfr0FReSmbBCv9ixUWbPlO0KvbaGaZBf2H_smdVxyaHta77hVJtZqd7RMbOpm4YohkG4q2z3riQikRVOpULaUYoaC5
QTg2Ab0p2uH8icsdI9UsgkG-
vOyEOGksn2H53qkLNFPF6uEk7knkX7WVP5q1o0_k=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDx
Fbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
Machineguns, Destructive Devices and Certain Other Firearms; Background Checks for
Responsible Persons of a Trust or Legal Entity With Respect To Making or Transferring
a Firearm.
* CUSTOMS REGULATIONS
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HABYFyLpLqXdr5kuLS_L
df71OUU63ZvYKenCUy7oZgJLojL80g9NLZkAL8i5ZUZHD9uwRpTWwzyk_KkwFDxOZ_l1kmfPDs_u9jtHb2i8OfQlGOaOpisIms
CuvWW7tiwnWkAKjHNHyI86xDqqZ1NEFtlreaBpmwxWPF37eMf-
nSmAHx3NoWYpTvsen4uBESVQQpO_Z8kp2mcyhN8PdBEEEdNCQQKrIxjM9V7eTkgwnueh8Emu2FDbUtEk9dd97oNpIwCH
QBXTxyhaz&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIz
yCljegL-U0HJTACo_3qzGgu923IfEQ==]:
19 CFR, Ch. 1, Pts. 0-199
- Last Amendment: 12 Jun 2018: 83 FR 27380-27407
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAB5yUXhS7AxX3b46rX
RxlgYIH5jtNkvbHc8nPRqB2-pEWpXQHSJYGK7ZDJroBCfi_SE8aQW3cacxvjnYPZbzyeDCwQgVvyA9PaUu6pgkAZX2qb90am-
Wn-iNKvT7wJ2yDZ5aWNBe69Wxjn4kdNCObiZrC84pgjSEPL-
ygFPxsCL3fwvwtfkV2vA=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6
otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
Air Cargo Advance Screening (ACAS)
* DOD NATIONAL INDUSTRIAL SECURITY PROGRAM OPERATING MANUAL (NISPOM)
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAPrXPRIjJGD9CaL4jNsR
2FxTnvcStHu5Wllecpe8XNHddtDvt6I3VpsauApb6yj_hrA9IlgH4I_xssCRqB9nxz3i0vYQHqPZ5bfqxQpKtJgLSRek85SZkHkg-
aZ7QSANKmCp-
w8Re17EVm7G1g_UqjoKcI3abc3ukw==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=
KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
DoD 5220.22-M
- Last Amendment: 18 May 2016: Change 2
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAPrXPRIjJGD9CaL4jNsR
2FxTnvcStHu5Wllecpe8XNHddtDvt6I3VpsauApb6yj_hrA9IlgH4I_xssCRqB9nxz3i0vYQHqPZ5bfqxQpKtJgLSRek85SZkHkg-
aZ7QSANKmCp-
w8Re17EVm7G1g_UqjoKcI3abc3ukw==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=
KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
Implement an insider threat program; reporting requirements for Cleared Defense

WASHAR0036482

Contractors; alignment with Federal standards for classified information systems;
incorporated and cancelled Supp. 1 to the NISPOM (Summary here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAMemc_gh0R3Ub4sr5a
H0zZDHpTYtvqAkn9ggpwNFGPzXB8TKvrhhyE1tzY3NB78H_8VFrQZAisVLeq7y6tvxhH6YzcctgeC4aGcfGdT7-
9QYW1lw3YzK_1ErIuI77SLqv-
BP8QPP80b1IRW9J32b4pwjWvnoxtwQvVIrfZrDl04o&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxF
bxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].)
* EXPORT ADMINISTRATION REGULATIONS (EAR)
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAMemc_gh0R3U4Mpe
aVOcSG1-Vv2h6s8mSk3gGr30oavCLI4TPxpB3xpnUEvXa4FvOFw-SjfAu4Jss34Ieu_pdwi5wcey2PXbW-
PV5hL0PH1FVviL8EhU5Zpq89r64t-R5MAb3ui-4aQN7xaPvWpr23T8OZG8DmYsq_v6xi-xZWz7hHNEOv9q8Oi_ZKADw-
SBYMP6xXe-awW9VXCEU76r9Lmzv5wtqeGLjZxSkZB2IGazMqrITqzh2duvt-
XMblMOChEQYIsuFjuTlIEaqkAe3aE=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=Kxa
eLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
15 CFR Subtit. B, Ch. VII, Pts. 730-774
- Last Amendment: 6 June 2018: 83 FR 26204-26205
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HANpfKC503zy2uvBLjAe
dtILn7fV7txXTUPLi5w9jbT6-fdRfN71j6DyQJ7N1nqWzyiFE8_JNXXOq9gJSW5gPWbo4_HV4_qYapU9_6nFe7dvf-
IKU3skr9Gqc1OoTUFA7a0ZFgpiI5Dd6BQMTCgVASsRT-
OjhUeH5AsDlfBAHTkE31Lb0LXnZpoE=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=K
xaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
Unverified List (UVL); Correction
* FOREIGN ASSETS CONTROL REGULATIONS (OFAC FACR)
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HABYFyLpLqXdrb2Mv40
9tvIBy1u28xROPVWNmAZmbDlf0H0re0UNq-
JuMfKouZhW88DK2rxYWwhf0UxvoJNq28TnItM206kq2Pp9cc0jSYOdblyoiPaHKGhkRvwfheAlI-pdAkEAbUr-
8SHt8hrvb9nYBTUDXIMPDwNNBNhqCv9F1liuNw-
7KauePl9x4sOv3NA_WjxpPsLBrFAdx9PnwqrgWH2x2Pey9Q_qLUYBV9ckATUYciwSX1QWpezXDZRg50dQY5brB40DG&c=K
BjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==]:
31 CFR, Parts 500-599, Embargoes, Sanctions, Executive Orders
- Last Amendment: 29 June 2018: 83 FR 30541-30548
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAGfIa_iHh5IPp_OMSZE
NefG4VOB-
SfnJJhYJKeY9dimIpVMT9fslpQ0t2IVDFgtX4y6fEcuRN7ySjkPt7R6N0rTUkfajPbXRSe8_7RYUm0a0_p8i5tt6jvqB7Lg5CVielc4p
WTmVKxSpV1hHGbja4QmFzUn1IGN3TMwyLPnW8kF9bmJsurE8j4I=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHR
v1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
Global Magnitsky Sanctions Regulations; and 83 FR 30539-30541
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAGfIa_iHh5IPN_u-
g_p6HgckPSuSJ2Xgo7vfYiYXwo4ZzeHs4nH6p76wRhh00iNdtTQViDxNvS7EmHAjD_s8Q2OtKvR6eTXVDzAQQbpAUHjXb6EC
JkppXprkdbuMGdYnblL9ohdZCpdrbj6efphgkAmUCLye341RV2CCOt2zEFnpvOqJrp456Xc=&c=KBjLZvmD8ygUYnufyQmt2Q
fvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
Removal of the Sudanese Sanctions Regulations and Amendment of the Terrorism List
Government Sanctions Regulations
* FOREIGN TRADE REGULATIONS (FTR)
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HABYFyLpLqXdrKpylO7ro
F8uvhaMLbY5M6JJEPVNl9g9nk7nxXBk1yhWhYqllxF1hiGRXaipxfuxy4l1ple2FXUOMwsmkiLyEovkMsnQ3NVdWhRNmZyTm
RCbelmH9IqatBX5jVqzqDcL18k9wj5f8xec0fuN4MrSoqgCn2o5fQ4S6JhX4xdzn6GZe5fS0f0UpjDdWpmbvAwAvveyC_8XBpK
C7hpUWtSm-5FT1UTbMB6DOTXgEjfedYYCW29pEozEHbO-
1qo6H8RxnGXrTPFSpIow=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK
6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
15 CFR Part 30

WASHAR0036483

- Last Amendment: 24 Apr 2018: 3 FR 17749-17751
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAPKOFiNSA8VU2O_NT
BGQh61WSNwc6-teGTJxc2kMT9saf25CUwXbXqfQlYWMJ8MEANxTXljGwrnuKoYdhah-
Y2ZsxBpamqTIcgf_bvoKUrzcD1dZsTTIOOokl4ixyNQ19ASjslQt01ECrkqPNA-
pgT7gsdP2tw8786scSmmLSRvxzyWH5jT85TI=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw=
=&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
Foreign Trade Regulations (FTR): Clarification on the Collection and Confidentiality
of Kimberley Process Certificates
- HTS codes that are not valid for AES are available here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAMeCPih-
2XcUs52xWVXvW15xgLYmjEsy_AZ2NdM3ErCZ1TT3BimQZKss59I12SMENx0S9RDVb5ADYddOMnsZ7FYiYODYSUoFOS20Tt
4GksbSsoGYltxlpP1x_mZe8ZrlQeyRAR4VorzPT3kSliff13eVNuTgsC2unUsL7HFMVNFQ1aS4yr16jsOqKTXIRjj-
9Ei3K1wHoB7n&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9
AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
- The latest edition (30 Apr 2018) of Bartlett's Annotated FTR ("BAFTR"), by James
E. Bartlett III, is available for downloading in Word format. The BAFTR contains
 all FTR amendments, FTR Letters and Notices, a large Index, and approximately 250
footnotes containing case annotations, practice tips, Census/AES guidance, and explanations
of the numerous errors contained in the official text. Subscribers receive revised
copies in Microsoft Word every time the FTR is amended. The BAFTR is available by
annual subscription from the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAB1giqKLsa6Rimnph9T
Ky7mlZMmZNSUZzHgy1AAPugCXWIwEh9Sg-
0SwP2ZMWUKkx3cQL1tbYNrPmlXVfZWOdysYzJEGb0bPEmHtZjwn_e1zH19J715f9qSqm_cvcoduz7szLPp5h3zY&c=KBjLZv
mD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==].
BITAR subscribers are entitled to a 25% discount on subscriptions to the BAFTR.
Government employees (including military) and employees of universities are eligible
for a 50% discount on both publications at www.FullCircleCompiance.eu
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAPvEqfq154E7V1JlzvM
ND-
iAU0BXjeOT_E9OrzW2vQ2CC914FQToVr3eE956auQyxJHVCMMM_VyM5WKeAliLBBzHZ3iEaBVgsRyg7ao7ImDX4SRgwqb
KVM_uXyhSx1Nq9A==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6ot
Wj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
* HARMONIZED TARIFF SCHEDULE OF THE UNITED STATES (HTS, HTSA or HTSUSA)
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAGPinalLprjNOdUTJCif3
CIy9lNAZUPQni0ZdnfHTulMu6yv4xOHORcmKA7S8QB7rrOoZccXkDROIMrE7g4kunSZVmsJWN6aDGbUCw9xMeBp9hvFU7
5jRC1viz0sL8WV5w==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6ot
Wj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==],
1 Jan 2018: 19 USC 1202 Annex. ("HTS" and "HTSA" are often seen as abbreviations
 for the Harmonized Tariff Schedule of the United States Annotated, shortened versions
of "HTSUSA".)
- Last Amendment: 8 Jun 2018: Harmonized System Update 1809
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAAHQYjvjIkhc9jcgtvkIw
NDgZBXUBZlnxSj674GEEDTUuilmfhtcxSz6IMvg0z2hdagCSTVk8i-Dz3IPZTuqkFYJtLpfSDEgFqnS-
AOpWyUVfxFXtGRGW1uFegSyeiygHycUBXa8RhGIqNcNZfk7ZqvteSxXGbqC2xgdgnIrMZNBAmwF0-
gn7UP1Q7rCsh5ARvobrT04kCIQ70lZhadXMCg_mgkaXmNm1CKK5vjclgwgNwqZOnR9U7UPHkltpxZ4sYrRyg5mW83j&c=KB
jLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==],
containing 901 ABI records and 192 harmonized tariff records.
- HTS codes for AES are available here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWIyk2h3RmlnhzDO4AVm6Fo_67rP_HAGIPSO7sIeKjCG8Js9W

WASHAR0036484

dQ0H77vol027ilKuM00BFn9Kn_TRH7sPrAQPfi1qe2zwWOzRNnsZR2x0C5Qd9LD2eYu709a4NAKGKeOOEGQGOREZFMTtK
bHFD_AgPBN6dGVsxRo4kgEUZYEKoeLi7bAjUHjCK8WAyVxo9mLL625xxeTjBuQPF-
zlsYwvDuzArScxiW1oL23mWKz6p&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeL
YWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
- HTS codes that are not valid for AES are available here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAMeCPih-
2XcUs52xWVXvW15xgLYmjEsy_AZ2NdM3ErCZ1TT3BimQZKss59I12SMENx0S9RDVb5ADYddOMnsZ7FYiYODYSUoFOS20Tt
4GksbSsoGYltxlpP1x_mZe8ZrlQeyRAR4VorzPT3kSliff13eVNuTgsC2unUsL7HFMVNFQ1aS4yr16jsOqKTXIRjj-
9Ei3K1wHoB7n&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9
AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
* INTERNATIONAL TRAFFIC IN ARMS REGULATIONS (ITAR)
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HABYFyLpLqXdrn8STiT8y
h5n2fiWBTXPnRCLqDcnwJCR9hm76y9fTPWajC31FlTHPEN5fPdLPrRiIYabWQPfH8SfK_9rdEytPReGvMVRgFKnxEfPeyU__ar
u0SY9mtNUmNFvnzEDE0TCkaPd-X8mzc5FtoAf1QPMT-
QtEHE8idEY1hV_mWt_IXOx3x5dnHQcYYfidyQTi5gNZ6KQ8M3PTN012pm7HZei5WQ9C-
Lk9y0DQBWJ2jN2ZSouGRp4tvbmRZ7BqdPrKUeNX&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFb
xw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]:
22 C.F.R. Ch. I, Subch. M, Pts. 120-130.
- Last Amendment: 14 Feb 2018: 83 FR 6457-6458
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HABmtEGjjMfx7ixXq6LP
4Tj7KHXWBKofKG_sER8YNCgmcRr8SY5kKAV2KdqX8E3Kj90Am1yhiEGzw-
yPRpTtR3FXCD8_KKw1BL8ZtnhYEQazqSNGiWHj98AgYONInbVl8qE1_isW8A4a1vWLeGVPwOKBYHE0jR1XL81GUBFrxSgXH
Ik=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==]:
Amendment to the International Traffic in Arms Regulations: Addition of South Sudan
[Amends ITAR Part 126.]
- The only available fully updated copy (latest edition: 25 Apr 2018) of the ITAR
with all amendments is contained in Bartlett's Annotated ITAR
("BITAR"), by James E. Bartlett III. The BITAR contains all ITAR amendments to date,
plus a large Index, over 800 footnotes containing amendment histories, case annotations,
practice tips, DDTC guidance, and explanations of errors in the official ITAR text.
Subscribers receive updated copies of the BITAR in Word by email, usually revised
within 24 hours after each ITAR amendment. The BITAR is available by annual subscription
from the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAA0Dkxa23_BDG-
uccFli9-y23fXGLDTM7VNS9IJrHpAmi_QV2rAjy3_AM6KVxl-
FV4UmJiBGBY5HhI9lBWa4NLUtzLzOwPSPIF7w52guBLjR4yKXrzL0g6_Fe2RmlhUylQ==&c=KBjLZvmD8ygUYnufyQmt2QfvA
ASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
BAFTR subscribers receive a 25% discount on subscriptions to the BITAR, please contact
us [mailto:jebartlett@fullcirclecompliance.eu]
to receive your discount code.
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

21. Weekly Highlights of the Daily Bugle Top Stories
(Source: Editor)
Review last week's top Ex/Im stories in "Weekly Highlights of the Daily Bugle Top
Stories" published here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAPvEqfq154E7V1JlzvM
ND-
iAU0BXjeOT_E9OrzW2vQ2CC914FQToVr3eE956auQyxJHVCMMM_VyM5WKeAliLBBzHZ3iEaBVgsRyg7ao7ImDX4SRgwqb

WASHAR0036485

KVM_uXyhSx1Nq9A==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6ot
Wj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EDITORIAL POLICY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

* The Ex/Im Daily Update is a publication of FCC Advisory B.V., compiled by: Editor,
James E. Bartlett III; Assistant Editors, Alexander P. Bosch and Vincent J.A. Goossen;
and Events & Jobs Editor, John Bartlett. The Ex/Im Daily Update is emailed every
 business day to approximately 8,000 readers of changes to defense and high-tech
 trade laws and regulations. We check the following sources daily: Federal Register,
Congressional Record, Commerce/AES, Commerce/BIS, DHS/CBP, DOE/NRC, DOJ/ATF, DoD/DSS,
DoD/DTSA, FAR/DFARS, State/DDTC, Treasury/OFAC, White House, and similar websites
of Australia, Canada, U.K., and other countries and international organizations.
  Due to space limitations, we do not post Arms Sales notifications, Denied Party
listings, or Customs AD/CVD items.
* RIGHTS & RESTRICTIONS: This email contains no proprietary, classified, or export-controlled
information. All items are obtained from public sources or are published with permission
of private contributors, and may be freely circulated without further permission,
provided attribution is given to "The Export/Import Daily Bugle of (date)". Any
further use of contributors' material, however, must comply with applicable copyright
laws. If you would to submit material for inclusion in the The Export/Import Daily
Update ("Daily Bugle"), please find instructions here
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HANPxQZZhi9lJpif2-
8tCMYk1V7zuSHn3yzZOcUmT6XAzpbhpAItQeMFYjM8MrzQR5lDkhiIXbJJ7mhOYHMNlCNnhtacoKdumK9CpSlc1F2E5mVna
rxnD5a9yePP8JWByDJmO80o3VhGq4WAdLR5TuKKYqi0UUlwvFDEQHuT6PAJKPL6LMi6TAvZtKsz6OKgiW2rGgioEifIprNAIG
D7vh1EaYSOu8uuuv-WfUzgSF-
PmBzXbUTAOL6U==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0
rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
* CAVEAT: The contents of this newsletter cannot be relied upon as legal or expert
advice.  Consult your own legal counsel or compliance specialists before taking
actions based upon news items or opinions from this or other unofficial sources.
 If any U.S. federal tax issue is discussed in this communication, it was not intended
or written by the author or sender for tax or legal advice, and cannot be used for
the purpose of avoiding penalties under the Internal Revenue Code or promoting,
marketing, or recommending to another party any transaction or tax-related matter.
* SUBSCRIPTIONS: Subscriptions are free.  Subscribe by completing the request form
on the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAPvEqfq154E7V1JlzvM
ND-
iAU0BXjeOT_E9OrzW2vQ2CC914FQToVr3eE956auQyxJHVCMMM_VyM5WKeAliLBBzHZ3iEaBVgsRyg7ao7ImDX4SRgwqb
KVM_uXyhSx1Nq9A==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6ot
Wj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
* BACK ISSUES: An archive of Daily Bugle publications from 2005 to present is available
HERE
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HAINCi5lpvFEXd35LLuPxI
zNJ4PgkTUYsb21Pn2KqwMpXAQFewuUvy8xwodz4jAKF2BNqjrbDcqPPRvQBav7OXFaf1AVTAkBvmmWl9eu1-
sZVfeefonsHicZbEFOEg9MrM4Y5LTY1fB5v594U23EiUU6K2rQbznrqhUBcQJ0LrSepkqiOg9kzYCkJ-

WASHAR0036486

KIvXcjAuGZHTK83gq_agLciIUepuTUatlEg0rNRXqjYZMGaI3aI3M9hsrAR04V70N9pscs9NFEiBiTe2KtiYZOpEnMLlfXvG_JQvU
0UN2T0dchJZbUc&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0r
V9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==].
* TO UNSUBSCRIBE: Use the Safe Unsubscribe link below.
back to top
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Stay Connected
View our profile on LinkedIn
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HABYFyLpLqXdrDPWZ5k
CJx5k53CH_aNtCPOwPJsXgcl9dfq58OcyWNzGGmpHYw4Uhx2dLcLGfv4KLEcj3RZid_tAfmS9iOGZyViFBEZhllp08uqdP8hgdk
L8=&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxFbxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-
U0HJTACo_3qzGgu923IfEQ==]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The Daily Bugle  |  www.FullCircleCompliance.us
[http://r20.rs6.net/tn.jsp?f=001XnDqp6_UFoCquLkVl3ri0YXWlyk2h3RmlnhzDO4AVm6Fo_67rP_HABYFyLpLqXdr2SiUN8_
EtFDGNJCv9uVPD64k_hmGBXn2HWlkEcVuGLehAIRMPiq6xQ9dwvMf63mXr-1Uy3O6J4VaN-
4EdRRwj9lLqGGzqlC9CiouXgsypivH0sGM7CQeHg==&c=KBjLZvmD8ygUYnufyQmt2QfvAASQyCoM9gTgHRv1yTDRzS1uDxF
bxw==&ch=KxaeLYWIoqK6otWj0rV9AvIzyCljegL-U0HJTACo_3qzGgu923IfEQ==]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Copyright © 2018. All Rights Reserved.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Forward this email
http://ui.constantcontact.com/sa/fwtf.jsp?llr=ucvuy5nab&m=1114502747220&ea=$pauljm@state.gov$&a=113095069
6566

This email was sent to pauljm@state.gov by jebartlett@fullcirclecompliance.eu.

Update Profile/Email Address
https://visitor.constantcontact.com/do?p=oo&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-
b5f6-d4ae5275505f&ca=bfeebe36-7e02-4d8a-9d35-dfc9d73b8df3

Instant removal with SafeUnsubscribe(TM)
https://visitor.constantcontact.com/do?p=un&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-
b5f6-d4ae5275505f&ca=bfeebe36-7e02-4d8a-9d35-dfc9d73b8df3
Privacy Policy:
http://www.constantcontact.com/legal/service-provider?cc=about-service-provider

FCC Advisory B.V. | Landgoed Groenhoven | Dorpsstraat 6 | Bruchem | 5314 AE | Netherlands

WASHAR0036487

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 12:47 PM |
| **To:** | PM-DTCP-RMA; Legal-PM-DL |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Brady Campaign: What You Need to Know About the 3D Printing of Guns on Demand |

[cid:image001.png@01D29279.128F6050]
What You Need to Know About the 3D Printing of Guns on Demand By Jaime Bellemare
25 July 2018

On August 1st the state of our nation's gun laws will be severely threatened by the 3D printing of firearms.

The fact that we've even come this far, is curious at best. For five years, the State Department's legal team has been fighting and winning against a self described "crypto-anarchist" and his company, Defense Distributed, which has sought to make blueprints for 3D printed guns available online.

Only recently did the State Departments settle this case, completely reversing their prior position, and giving Defense Distributed everything they could have possibly wanted. While Brady's legal team has filed Freedom of Information Act (FOIA) requests to find out how and why this decision was made, the self-proclaimed "crypto-anarchist" will move forward to publish the blueprints for anyone and everyone to use. The Brady Center, along with Everytown and Giffords, is urging a Texas federal court to consider just how dangerous this could be and will be filing legal action.

5 THINGS YOU NEED TO KNOW ABOUT 3D PRINTED GUNS

Anyone, anywhere can build a gun on demand with no background check or without going through a licensed gun dealer.

3D printed firearms are untraceable, making the jobs of law enforcement  much more difficult. These guns cannot be traced back to their producer or owner, making it possible to repeatedly violate gun manufacturing and sales restrictions on gun sales without fear of consequence.

3D guns are made almost completely of plastic -- meaning that conventional security methods like metal detectors will be rendered ineffective.

Unlimited access online to blueprints for 3D printed guns and the potential export of untraceable firearms is a threat to national and international defense and  security.

3D gun blueprints are currently considered data that is governed by International Traffic in Arms Regulations (ITAR) and cannot be published without State Department authorization. The Trump Administration has proposed a new regulation to remove downloadable gun blueprints from this classification altogether, allowing anyone to post, repost, download, distribute and use 3D gun blueprints.

What can you do to stop this from becoming our new reality?

Call Attorney General Jeff Sessions

WASHAR0036488

Jeff Sessions is responsible for representing the best interests of the United States in all legal matters. Call Sessions' office today and tell him to immediately take action and ensure that this settlement,allowing the public dissemination of information to make 3D guns, is stopped before it's too late.

The Department of Justice Public Switchboard is 202-514-2007. Make your voice heard today!

Support Brady's Legal Team

The Brady Center is working with other leading gun violence prevention organizations to take immediate action challenging the legality of making blueprints for 3D printed guns publicly accessible online. You can support this effort by making a donation to the Brady Center today.

Link: http://www.bradycampaign.org/blog/what-you-need-to-know-about-the-3d-printing-of-guns-on-demand

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

2

WASHAR0036489

**From:**      Marquis, Matthew R <MarquisMR@state.gov>
**Sent:**      Friday, July 13, 2018 3:32 PM
**To:**        PM-Staffers Mailbox
**Cc:**        PM-All-Users; PM-Post-Officers-DL; PM-POLAD-DL; ISN-SCO-DL; PM-CPA; AVC-
               Press-DL; Fong, Isaac JY; Tucker, Maureen E; Ricci, Anthony; Fabry, Steven F; Rogers,
               Shana A; Abisellan, Eduardo; Cooper, John M; Sullivan, Jerry; Saghieh, Luana; Wyatt,
               James A; Darrach, Tamara A; Tian, Steven Y; Lao-Talens, Daniel N; Paolella, James H;
               Basley, Natasha M; McVerry, James; Carroll, Christienne (Baghdad)
**Subject:**   PM NEWS CLIPS FOR JULY 9-12, 2018

PM NEWS CLIPS FOR JULY 9-12, 2018

Summary: Leading PM-related news this week, several defense press outlets are previewing a heightened U.S. presence at Farnborough International Air Show this year. Meanwhile, the leaders of NATO countries met in Brussels to discuss the alliance. President Trump claimed that the summit was a success and that the relationship between the U.S. and NATO is stronger than ever. The President also claimed success in one of his major disagreements with a number of NATO countries, stating that he was able to secure promises for countries to increase their defense spending. Following the summit, President Trump travelled to the UK where he reaffirmed the special relationship between the U.S. and UK. After leaving the UK President Trump will head to Helsinki where he will meet with Russian President Vladimir Putin. When questioned at a press conference with Prime Minister Theresa May, President Trump stated that Ukraine, Syria, and non-proliferation will be on the agenda.

This week also saw India progressing towards its controversial purchase of the Russian S-400 missile system, with India's defense minister stating on Friday that they would proceed with the purchase despite the threat of CAATSA sanctions. The impending purchase is part of India's defense modernization plans, with the country also recently soliciting bids for over 110 new multirole combat aircraft, with Boeing and Lockheed both submitting proposals of U.S. aircraft. Indian officials also announced that a twice-delayed high-level dialogue will occur in September, where top defense and foreign affairs officials will discuss growing U.S.-Indian ties as well as shared strategic interests. Other developments of interest this week include the announcement of a number of potential arms sales to European countries including the approval of missile sales to the UK and Denmark as well as Slovakia's decision to purchase F-16s, reports on DDTC's settlement with Defense Distributed, Mexico's incoming president considers cancelling a purchase of helicopters, the resignation of the UK's Foreign Minister Boris Johnson over disagreements over Brexit, the capture by Syrian government forces of the city where the countries revolt originated, as well as calls by Amnesty International for an investigation into reports of atrocities committed by U.S. trained troops in Cameroon.

(Editor's note: The PM News Clips is a digest of reports supplementing existing press clippings services that provides a representative sample of significant developments in the broader PM community of interest. Links to these news items do not reflect official endorsement.)

Front Office and Bureau Mentions

·      DOS, "Ambassador Tina Kaidanow, Acting Assistant Secretary of State for Political-Military Affairs, Travels to Saudi Arabia, the United Kingdom, and Belgium<https://www.state.gov/r/pa/prs/ps/2018/07/283984.htm>"

·      Breaking Defense, "Farnborough Preview: Navarro Leads US Sales Push; Reaper Flies Atlantic To RIAT"<https://breakingdefense.com/2018/07/farnborough-preview-navarro-leads-us-sales-push-reaper-flies-atlantic-to-riat/>

WASHAR0036490

· Military.com, "Why Trump Is Sending a Key Deal-Maker to Farnborough Airshow"<https://www.military.com/dodbuzz/2018/07/12/why-trump-sending-key-deal-maker-farnborough-airshow.html>

· Defense One, "What to expect at Farnborough; New data on aerospace and defense; That $10,000 toilet seat, and more"<https://www.defenseone.com/business/2018/07/global-business-brief-july-12-2018/149668/>

· Politico, "The secret story of how America lost the drug war with the Taliban"<https://www.politico.com/story/2018/07/08/obama-afghanistan-drug-war-taliban-616316>
-------

Congressional & Public Affairs (PM/CPA)

USG/OTHER RELEASES

· DOS, "Under Secretary Thompson Travel to the United Kingdom<https://www.state.gov/r/pa/prs/ps/2018/07/284040.htm>"

· DOS, "State Department Terrorist Designation of al-Ashtar Brigades (AAB)<https://www.state.gov/r/pa/prs/ps/2018/07/283939.htm>"

· DOS, "Secretary Pompeo's Meeting With Vietnamese Leaders<https://www.state.gov/r/pa/prs/ps/2018/07/283897.htm>"

· DOS, "Secretary Michael R. Pompeo's Meeting With U.S. Forces-Afghanistan and Resolute Support Mission Troops<https://www.state.gov/r/pa/prs/ps/2018/07/283945.htm>"

· DOS, "Eritrea and Ethiopia End War and Adopt Joint Declaration of Peace and Friendship<https://www.state.gov/secretary/remarks/2018/07/283930.htm>"

· DOS, "Meeting of Foreign Ministers of the Global Coalition to Defeat ISIS at NATO HQ<https://www.state.gov/r/pa/prs/ps/2018/07/284052.htm>"

· DOS, "Secretary Pompeo's Meeting With Saudi Foreign Minister Adel al-Jubeir<https://www.state.gov/r/pa/prs/ps/2018/07/284048.htm>"

· DOS, "Secretary Pompeo's Meeting With Prime Minister Haider al-Abadi<https://www.state.gov/r/pa/prs/ps/2018/07/284047.htm>"

· DOD, "Readout of Secretary of Defense James N. Mattis' Meeting with Croatia Prime Minister Andrej Plenković<https://www.defense.gov/News/News-Releases/News-Release-View/Article/1573976/readout-of-secretary-of-defense-james-n-mattis-meeting-with-croatia-prime-minis/>"

· DOD, "Readout of Secretary of Defense James N. Mattis' Meeting with Croatia President Kolinda Grabar-Kitarović<https://www.defense.gov/News/News-Releases/News-Release-View/Article/1574276/readout-of-secretary-of-defense-james-n-mattis-meeting-with-croatia-president-k/>"

HILL NEWS

· Inside Defense, "White House opposes Senate appropriators' proposed restriction on F-35 transfers to Turkey"<https://insidedefense.com/insider/white-house-opposes-senate-appropriators-proposed-restriction-f-35-transfers-turkey>

WASHAR0036491

·　　TASS, "US sanctions against Russia not working — US senator Johnson"<http://tass.com/world/1012340>

·　　Homeland Prep News, "Senate committee approves bill extending US security assistance to Israel"<https://homelandprepnews.com/stories/29408-senate-committee-approves-bill-extending-us-security-assistance-israel/>

·　　Al-Monitor, "Top Democrats urge Gulf to drop demand for Houthi surrender in Yemen"<http://www.al-monitor.com/pulse/originals/2018/07/top-democrats-urge-gulf-drop-demand-houthi-surrender.html#ixzz5L3ZqdhWs>

REPORTS/JOURNALS/MULTIMEDIA/COMMENTARY

·　　Defence One, "Cancel Turkey's F-35s — and Maybe Its NATO Membership As Well"<https://www.defenseone.com/ideas/2018/07/cancel-turkeys-f-35s-and-maybe-its-nato-membership-well/149684/?oref=d-channelriver>

·　　National Interest, "A Strategic Reset for NATO"<http://nationalinterest.org/print/feature/strategic-reset-nato-25396>

·　　Al-Monitor, "Can Russia deliver on Trump's hope of ousting Iran from Syria?"<http://www.al-monitor.com/pulse/originals/2018/07/putin-trump-summit-iran-syria.html#ixzz5KsPLyVx0>

·　　The Diplomat, "The struggle for the Indo-Pacific: in search of Shangri-La"<https://thediplomat.com/2018/07/the-struggle-for-the-indo-pacific-in-search-of-shangri-la/>

·　　Second Line of Defense, "The Latin American Challenge and Shaping a Realistic Way Ahead"<https://sldinfo.com/2018/07/the-latin-american-challenge-and-shaping-a-realistic-way-ahead/>

·　　National Interest, "Taiwan in Dead Center of China's Greater Territorial Ambitions"<http://nationalinterest.org/feature/taiwan-dead-center-china%E2%80%99s-greater-territorial-ambitions-25616>

·　　Defense One, "This is how Russia could test NATO, warns former US Army Europe commander"<https://www.defenseone.com/threats/2018/07/how-russia-could-test-nato-warns-former-us-army-europe-commander/149530/>

·　　Asian Correspondent, "Is Russia looking to extend its influence in the Asia Pacific?"<https://asiancorrespondent.com/2018/07/is-russia-looking-to-extend-its-influence-in-the-asia-pacific/#tuHLOkQdmQV6GlIj.97>
-------

Regional Security, Arms Transfers, and Security Assistance (PM/RSAT & PM/SA)

　　ARMS SALE POLICY

·　　National Defense, "Wide Range of Outcomes Possible for New Drone Export Policies"<http://www.nationaldefensemagazine.org/articles/2018/7/9/wide-range-of-outcomes-possible-for-new-drone-export-policies>

·　　Defense News, "Lockheed to double Patriot missile production as orders explode"<https://www.defensenews.com/land/2018/07/11/lockheed-to-double-patriot-missile-production-as-orders-

WASHAR0036492

explode/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2012.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

· Reuters, "Trump says ready to help some NATO states buy U.S. arms"<https://www.reuters.com/article/us-nato-summit-trump-arms/trump-says-ready-to-help-some-nato-states-buy-u-s-arms-idUSKBN1K22US>

SECURITY SECTOR ASSISTANCE POLICY

· Task and Purpose, "The Dark Side Of America's 'Train, Advise, And Assist' Missions"<https://taskandpurpose.com/cameroon-train-advise-assist-missions/>

AF

· Independent UK, "Somalia attack: Al-Shabab claims responsibility for deadly Mogadishu bomb and gun assault"<https://www.independent.co.uk/news/world/africa/somalia-attack-alshabab-gun-bombing-interior-ministry-mogadishu-a8436071.html>

· All Africa, "Nigerian military hands over 184 reformed child soldiers to UN"<https://allafrica.com/stories/201807100022.html>

· Deutsche Welle, "Uganda and Congo forces clash in Lake Edward dispute"<https://www.dw.com/en/uganda-and-congo-forces-clash-in-lake-edward-dispute/a-44594461>

· Defence Web, "UN Force Intervention Brigade in DR Congo to be reconfigured"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=52332:un-force-intervention-brigade-in-dr-congo-to-be-reconfigured&catid=56:diplomacy-a-peace&Itemid=111>

· Defence Web, "French military helicopter crashes in Ivory Coast"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=52348:french-military-helicopter-crashes-in-ivory-coast&catid=124:military-helicopters&Itemid=282>

· All Africa, "South Sudan: govt accused of 'scorched earth' policy"<https://allafrica.com/stories/201807110232.html>

· Defence Web, "Mali receives Super Tucanos"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=52358:mali-receives-super-tucanos&catid=35:Aerospace&Itemid=107>

· All Africa, "Kenya, U.S. call for more efforts to stabilize Somalia"<https://allafrica.com/stories/201807120321.html>

· Bloomberg, "Africa Terror Fight to Suffer as China, Russia Take U.S. Focus"<https://www.bloomberg.com/news/articles/2018-07-11/africa-terror-fight-to-suffer-as-china-russia-take-u-s-focus>

· Reuters, "Cameroon investigates video showing apparent execution of women and children"<https://www.reuters.com/article/us-cameroon-security-video/cameroon-investigates-video-showing-apparent-execution-of-women-and-children-idUSKBN1K229M>

· Sputnik, "China Bolstering Africa Expansion by Selling Arms to the Continent"<https://sputniknews.com/analysis/201807111066238894-china-africa-weapons/>

WASHAR0036493

· Defence Web, "Ethiopian rebel group declares ceasefire"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=52374:ethiopian-rebel-group-declares-ceasefire&catid=56:diplomacy-a-peace&Itemid=111>

· Defence Web, "Armscor still adjudicating offers for Cessna 185s"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=52370:armscor-still-adjudicating-offers-for-cessna-185s&catid=35:Aerospace&Itemid=107>

EAP

· RealClear Defense, "Hard truths about the U.S.–Australia Alliance"<https://www.realcleardefense.com/articles/2018/07/09/hard_truths_about_the_usaustralia_alliance_113586.html>

· Defense News, "Another win for Boeing: New Zealand commits to the P-8 with $1.6 billion deal"<https://www.defensenews.com/air/2018/07/09/another-win-for-boeing-new-zealand-commits-to-the-p-8-with-16-billion-deal/>

· Defence Blog, "Singapore's Air Forces continue training in US"<https://defence-blog.com/aviation/singapores-air-forces-continue-training-us.html>

· Reuters, "South Korea scraps annual government war drill as talks with North go on"<https://www.reuters.com/article/us-northkorea-usa-southkorea-drills/south-korea-scraps-annual-government-war-drill-as-talks-with-north-go-on-idUSKBN1K005J>

· The Diplomat, "What's next for Singapore's F-16 fighter jet replacement?"<https://thediplomat.com/2018/07/whats-next-for-singapores-f-16-fighter-jet-replacement/>

· National Interest, "Taiwan under (diplomatic) siege"<http://nationalinterest.org/feature/taiwan-under-diplomatic-siege-25346>

· IHS Janes, "Taiwan seeking to buy M1A2 Abrams MBTs from US"<http://www.janes.com/article/81684/taiwan-seeking-to-buy-m1a2-abrams-mbts-from-us>

· The Diplomat, "China's island build-up: the view from space"<https://thediplomat.com/2018/07/chinas-island-build-up-the-view-from-space/>

· IHS Janes, "China lodges protests at New Zealand's comments on future South China Sea strategy"<http://www.janes.com/article/81671/china-lodges-protests-at-new-zealand-s-comments-on-future-south-china-sea-strategy>

· AP, "Pompeo urges NKorea to follow Vietnam's path"<https://www.apnews.com/0f7062d285b84529b9c8c140da32c5db/The-Latest:-Pompeo-urges-NKorea-to-follow-Vietnam's-path>

· Military.com, "US Air Force rescuer details high-risk Thai cave mission"<https://www.military.com/daily-news/2018/07/11/us-air-force-rescuer-details-high-risk-thai-cave-mission.html?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2012.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

WASHAR0036494

· South China Morning Post, "US is using Rimpac to woo Asean and counter its move towards China, but will it work?"<https://www.scmp.com/comment/insight-opinion/united-states/article/2154835/us-using-rimpac-woo-asean-and-counter-its-move>

· Fox News, "Two US warships sail through Taiwan Strait amid China trade war: officials"<http://www.foxnews.com/politics/2018/07/07/two-us-warships-sail-through-taiwan-strait-amid-china-trade-war-officials.html>

· Bloomberg, "Japan Snubs Homegrown Weaponry to Buy From the U.S."<https://www.bloomberg.com/news/articles/2018-07-10/trump-s-call-to-buy-american-means-weapons-not-cars-for-japan>

· Asia Times, "United front mounts against Duterte's China policy"<http://www.atimes.com/article/united-front-mounts-against-dutertes-china-policy/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2013..07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

EUR

· Hurriyet, "Russia is trying to 'flip' Turkey from NATO, Trump's envoy says"<http://www.hurriyetdailynews.com/russia-is-trying-to-flip-turkey-from-nato-trumps-envoy-says-134343>

· Defence-Blog, "Ukraine refutes reports of troubles with recently received Javelin ATGMs"<https://defence-blog.com/army/ukraine-refutes-reports-troubles-recently-received-javelin-atgms.html>

· The Hill, "US NATO envoy says alliance 'making progress' in defense spending"<http://thehill.com/policy/international/395992-us-nato-envoy-says-alliance-making-progress-in-defense-spending>

· Defense One, "Russia building up military sites on Poland's border before Trump-Putin meeting"<https://www.defenseone.com/technology/2018/07/satellite-photos-show-new-activity-russias-military-exclave-kaliningrad/149531/>

· Daily Mail, "Nato leaders to create 'borderless' European zone so tanks and troops can quickly respond to a Russian invasion"<http://www.dailymail.co.uk/news/article-5937029/Nato-leaders-create-borderless-military-zone-counter-Russia.html>

· IHS Janes, "NATO and Antonov negotiate additional airlift"<http://www.janes.com/article/81615/nato-and-antonov-negotiate-additional-airlift>

· Reuters, "Slovakia picks U.S. fighter planes to replace Russian-made jets"<https://www.reuters.com/article/us-slovakia-defence-usa/slovakia-picks-u-s-fighter-planes-to-replace-russian-made-jets-idUSKBN1K11JQ>

· AP, "NATO allies offer trainers, seek to set disputes aside"<https://www.apnews.com/655c6fea0d18477b8fb1867f86799dd4/NATO-allies-offer-trainers,-seek-to-set-disputes-aside>

· Defense News, "US approves air-to-air missile sales for UK and Denmark"<https://www.defensenews.com/digital-show-dailies/riat/2018/07/10/us-approves-amraam-sales-for-uk-and-denmark/>

· Defense News, "Slovakia selects F-16 over Gripen for new fighter"<https://www.defensenews.com/digital-show-dailies/riat/2018/07/11/slovakia-selects-f-16-over-gripen-for-new-

WASHAR0036495

fighter/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2012.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

·     Defense News, "NATO has a new Baltic command structure"<https://www.defensenews.com/smr/nato-priorities/2018/07/11/nato-has-a-new-baltic-command-structure/>

·     Defense News, "Macedonia formally welcomed by NATO — but with a warning"<https://www.defensenews.com/smr/nato-priorities/2018/07/11/macedonia-formally-welcomed-by-nato-but-with-a-warning/>

·     Defense News, "Turkey defiant on purchase of Russian S-400 anti-missile weapon"<https://www.defensenews.com/smr/nato-priorities/2018/07/11/turkey-defiant-on-purchase-of-russian-s-400-anti-missile-weapon/>

·     Wall Street Journal, "Trump Urges NATO to Double Military Spending Target to 4% of GDP"<https://www.wsj.com/articles/trump-calls-for-allies-to-increase-defense-spending-at-start-of-nato-summit-1531297516?mod=djemalertNEWS>

·     Al-Monitor, "Turkey clinches deal to sell 4 warships to Pakistan"<http://www.al-monitor.com/pulse/originals/2018/07/turkey-to-export-four-corvettes-to-pakistan.html#ixzz5KsQf4isk>

·     Government of Switzerland, "Air2030 - Transfer of RFQs to Government Agencies of Combat Aircraft Manufacturers"<http://www.defense-aerospace.com/cgi-bin/client/modele.pl?shop=dae&modele=release&prod=194571&cat=3>

·     CBS, "Boris Johnson resigns as UK foreign secretary"<https://www.cbsnews.com/news/boris-johnson-resigns-brexit-today-2018-07-09-live-updates/>

·     UPI, "NATO allies agree to partner for joint weapons purchases"<https://www.upi.com/Defense-News/2018/07/12/NATO-allies-agree-to-partner-for-joint-weapons-purchases/7001531403711/?utm_source=sec&utm_campaign=sl&utm_medium=4>

·     Voice of America, "With NATO Defense Buildup, US Weapons Makers Could Benefit"<https://www.voanews.com/a/with-nato-defense-buildup-us-weapons-makers-could-benefit/4480218.html>

·     Xinhua, "U.S. promises military aid for Croatia"<http://www.xinhuanet.com/english/2018-07/13/c_137320631.htm>

·     Stars & Stripes, "Trump doesn't rule out ending military exercises in the Baltics"<https://www.stripes.com/news/trump-doesn-t-rule-out-ending-military-exercises-in-the-baltics-1.537251?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2013..07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

·     Business Insider, "Russia admits defeat on its 'stealth' F-35 killer by canceling mass production of the Su-57 fighter jet"<http://www.businessinsider.com/russia-admits-defeat-su-57-not-going-into-mass-production-2018-7>

·     UPI, "SkyGuardian drone completes transatlantic flight from U.S. to U.K."<https://www.upi.com/Defense-News/2018/07/12/SkyGuardian-drone-completes-transatlantic-flight-from-US-to-UK/8831531407335/?utm_source=sec&utm_campaign=sl&utm_medium=3>

NEA     <http://www.reuters.com/article/us-nato-defence-baltics-germany-idUSKBN1691UR>

WASHAR0036496

·   Military Times, "Suspected US drone strike kills 7 al-Qaida members in Yemen"<https://www.militarytimes.com/flashpoints/2018/07/08/suspected-us-drone-strike-kills-7-al-qaida-members-in-yemen/>

·   Reuters, "Yemen's Houthis launch missile at Saudi Arabia's Jizan Economic City"<https://www.reuters.com/article/us-yemen-security/yemens-houthis-launch-missile-at-saudi-arabias-jizan-economic-city-idUSKBN1K01PQ>

·   Business Insider, "ISIS is putting up a stronger fight than the US anticipated, and that could complicate Trump's plans"<http://www.businessinsider.com/isis-putting-up-stronger-fight-than-us-anticipated-in-iraq-and-syria-2018-7>

·   Anadolu Agency, "Iraq PM vows to pursue Daesh beyond country's borders"<https://www.aa.com.tr/en/middle-east/iraq-pm-vows-to-pursue-daesh-beyond-countrys-borders/1199857>

·   War on the Rocks, "What does Assad's southwestern offensive mean for the future of Syria?"<https://warontherocks.com/2018/07/what-does-assads-southwestern-offensive-mean-for-the-future-of-syria/>

·   Al-Monitor, "Manbij holds the key to improved Turkish-US ties"<http://www.al-monitor.com/pulse/originals/2018/07/turkey-united-states-manbij-holds-the-key-to-improved-ties.html#ixzz5KxVLJrtA>

·   Jerusalem Post, "Fate of U.S. Syrian base in question"<https://www.jpost.com/Middle-East/Fate-of-US-Syrian-base-in-question-562180>

·   Defence-Blog, "Islamic State claims responsibility for suicide attack targeting Russian forces in Syria"<https://defence-blog.com/army/islamic-state-claims-responsibility-suicide-attack-targeting-russian-forces-syria.html>

·   Military.com, "New US military air hub in Kuwait set to open for business"<https://www.military.com/daily-news/2018/07/10/new-us-military-air-hub-kuwait-set-open-business.html?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2012.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

·   Al Jazeera, "Syrian government raises flag in Deraa, birthplace of revolt"<https://www.aljazeera.com/news/2018/07/syrian-government-raises-flag-deraa-birthplace-revolt-180712180058690.html>

·   Defense News, "Israel fires Patriot missile at drone that approached from Syria"<https://www.defensenews.com/unmanned/2018/07/11/israel-fires-patriot-missile-at-drone-that-approached-from-syria/>

·   Wall Street Journal, "ISIS Remnants Fight On, Despite U.S. Campaign"<https://www.wsj.com/articles/isis-remnants-fight-on-despite-u-s-campaign-1531147121>

·   Washington Post, "Amnesty urges 'war crimes' probe on UAE-run prisons in Yemen"<https://www.washingtonpost.com/world/middle_east/amnesty-urges-war-crimes-probe-on-uae-run-prisons-in-yemen/2018/07/12/4e936840-8592-11e8-9e06-4db52ac42e05_story.html?utm_term=.a6b4389d9bb2>

·   Defence Web, "More Rafales for Egypt?"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=52377:additional-rafale-sale-to-egypt-may-be-on-again&catid=35:Aerospace&Itemid=107>

WASHAR0036497

· New York Times, "Netanyahu says Putin agreed to restrain Iran in Syria"<https://www.nytimes.com/2018/07/12/world/middleeast/syria-israel-putin-netanyahu.html>

· The Drive, "Israel denies it met with the UAE over the F-35 despite growing ties between the countries"<http://www.thedrive.com/the-war-zone/22029/israel-denies-it-met-with-the-uae-over-the-f-35-despite-growing-ties-between-the-countries>

SCA

· Stars & Stripes, "Green Berets and Afghan commandos announce capture of ISIS stronghold"<https://www.stripes.com/news/middle-east/green-berets-and-afghan-commandos-announce-capture-of-isis-stronghold-1.536605>

· The Hindu, "India's 'Request For Information' for fighter jets get six bids"<https://www.thehindu.com/news/national/indias-request-for-information-for-fighter-jets-get-six-bids/article24366979.ece>

· The Diplomat, "The battle for Bangladesh: India vs. China"<https://thediplomat.com/2018/06/the-battle-for-bangladesh-india-vs-china/>

· Reuters, "At least 12 dead, including children, in Afghan suicide blast"<https://www.reuters.com/article/us-afghanistan-blast/at-least-12-dead-including-children-in-afghan-suicide-blast-idUSKBN1K00S6>

· Reuters, "Pakistan's army denies meddling, to deploy 371,000 troops to guard vote"<https://www.reuters.com/article/us-pakistan-politics-military/pakistans-army-denies-meddling-to-deploy-371000-troops-to-guard-vote-idUSKBN1K01S7>

· Inside Defense, "Congressional analysts see 'significant' geographic shift in Pentagon contracting dollars [to the Indo-Pacific]"<https://insidedefense.com/daily-news/congressional-analysts-see-significant-geographic-shift-pentagon-contracting-dollars>

· Reuters, "After discouraging year, U.S. officials expect review of Afghan strategy"<https://www.reuters.com/article/us-usa-afghanistan-exclusive/exclusive-after-discouraging-year-u-s-officials-expect-review-of-afghan-strategy-idUSKBN1K02TN>

· Nikkei, "India's new 'Modi doctrine' straddles the US-China divide"<https://asia.nikkei.com/Spotlight/Asia-Insight/India-s-new-Modi-doctrine-straddles-the-US-China-divide>

· Military Times, "Peace in Afghanistan more elusive as Taliban shrug off talks"<https://www.militarytimes.com/flashpoints/2018/07/12/peace-in-afghanistan-more-elusive-as-taliban-shrug-off-talks/?utm_source=Sailthru&utm_medium=email&utm_campaign=ebb%2012.07.18&utm_term=Editorial%20-%20Early%20Bird%20Brief>

· The Hill, "US officials preparing to review Afghanistan strategy: report"<http://thehill.com/policy/defense/396415-us-officials-preparing-to-review-afghanistan-strategy-report>

· Tribune India, "Military joins Sino-India thaw"<http://www.tribuneindia.com/news/editorials/military-joins-sino-india-thaw/618912.html>

· The Hill, "Blackwater founder makes new pitch for mercenaries to take over Afghan war"<http://thehill.com/policy/defense/396714-blackwater-founder-proposes-mercenary-takeover-in-afghanistan-amidst-mueller-probe>

WASHAR0036498

·     Reuters, "India says twice-delayed strategic talks with U.S. to be held in September"<https://www.reuters.com/article/us-india-usa/india-says-twice-delayed-strategic-talks-with-u-s-to-be-held-in-september-idUSKBN1K31P4>

·     Reuters, "Afghan forces 'kill civilians' in ground raid and air strike"<https://www.reuters.com/article/us-afghanistan-attacks/afghan-forces-kill-civilians-in-ground-raid-and-air-strike-idUSKBN1K310I>

·     The Hill, "US service member killed in Afghanistan, 2nd within week"<http://thehill.com/policy/defense/396717-us-service-member-killed-in-afghanistan-2nd-within-week>

WHA

·     Reuters, "Mexico's president-elect will cancel planned U.S. helicopter order"<https://www.reuters.com/article/us-mexico-usa-helicopters/mexicos-president-elect-will-cancel-planned-u-s-helicopter-order-idUSKBN1K1332>

·     Wall Street Journal, "Russia in Central America, Again"<https://www.wsj.com/articles/russia-in-central-america-again-1531074911>

·     CBS News, "U.S. orders non-emergency government personnel to leave Nicaragua"<https://www.cbsnews.com/news/nicaragua-us-advisory-today-non-emergency-government-personnel-to-leave-2018-07-06/>

·     Reuters, "Canada's NATO troops will stay in Latvia for another four years: Trudeau"<https://www.reuters.com/article/us-latvia-canada/canadas-nato-troops-will-stay-in-latvia-for-another-four-years-trudeau-idUSKBN1K00ZM>

·     EIN News, "United States: US, Salvadoran soldiers build structures and relationships"<https://military.einnews.com/article__detail/region/south-america/454901217-united-states-us-salvadoran-soldiers-build-structures-and-relationships?vcode=HPJZ>

·     CBC, "'No plans to double our defence budget,' Trudeau says"<http://www.cbc.ca/news/politics/SOMNIA-1.4740098>

·     City Paper Bogota, "Drones: Colombia's new air warriors join fight in eradicating coca"<https://thecitypaperbogota.com/news/drones-colombias-new-air-warriors-join-fight-in-eradicating-coca/20193>

·     Military.com, "Marines send more Embassy guards to Haiti as riots turn deadly"<https://www.military.com/daily-news/2018/07/11/marines-send-more-embassy-guards-haiti-riots-turn-deadly.html>

·     Business-Standard, "Thousands of Brazilian troops sweep Rio shantytowns"<https://www.business-standard.com/article/news-ians/thousands-of-brazilian-troops-sweep-rio-shantytowns-118071200036_1.html>

·     Skies Magazine, "King Air 350ER identified as solution for Special Forces ISR"<https://www.skiesmag.com/news/king-air-350er-identified-as-solution-for-special-forces-isr/>

·     Shephard Media, "US puts the brakes on Nicaraguan military training"<https://www.shephardmedia.com/news/training-simulation/us-puts-breaks-nicaraguan-military-training/>

·     The Guardian, "'Lesser evil': how Brazil's militias wield terror to seize power from gangs"<https://www.theguardian.com/world/2018/jul/12/brazil-militia-paramilitary-wield-terror-seize-power-from-drug-gangs>

WASHAR0036499

· Independent UK, "Justin Trudeau says Canada can lead Nato mission in Iraq"<https://www.independent.co.uk/news/world/europe/justin-trudeau-canada-nato-trump-iraq-military-defence-spending-a8442046.html>

EXERCISES

· Stars & Stripes, "U.S., Philippine navies train in South China Sea"<https://www.stripes.com/news/u-s-philippine-navies-train-in-south-china-sea-1.536694>

· Voice of America, "South China Sea Exercises Fortify Once Edgy U.S.-Philippine Relations"<https://www.voanews.com/a/south-china-sea-exercises-us-philippines/4481076.html>

· ZeroHedge, "Sea Breeze 2018: Who Wants To Disrupt Strategic Balance In The Black Sea Region?"<https://www.zerohedge.com/news/2018-07-12/sea-breeze-2018-who-wants-disrupt-strategic-balance-black-sea-region>
-------

Directorate of Defense Trade Controls (PM/DDTC)

· Wired, "A LANDMARK LEGAL SHIFT OPENS PANDORA'S BOX FOR DIY GUNS"<https://www.wired.com/story/a-landmark-legal-shift-opens-pandoras-box-for-diy-guns/>

· Daily Mail, "Activists predict 'Cambrian explosion' of 3D printed guns after DOJ rules files need to make them can be shared online without regulation"<http://www.dailymail.co.uk/sciencetech/article-5944319/Guns-rights-activist-predicts-explosion-3D-printed-firearms-DOJ-rules-files-shared.html>

· The Blaze, "2A WIN: Government will allow Cody Wilson to print and distribute plans for 3D-printed gun"<https://www.theblaze.com/video/2a-win-government-will-allow-cody-wilson-to-print-and-distribute-plans-for-3d-printed-gun>

· New America, "Printing 3D Firearms and Accessories Now Protected as Free Speech"<https://www.thenewamerican.com/usnews/constitution/item/29513-printing-3d-firearms-and-accessories-now-protected-as-free-speech>

· Outdoor Wire, "Export Control Reform and the Ammunition Industry"<http://www.theoutdoorwire.com/story/aebe8a4e-57a0-4265-8505-429b83eb2c9b>

· The Drive, "Houthi Rebels In Yemen Have Technical Trucks Armed With Vulcan Cannons"<http://www.thedrive.com/the-war-zone/22094/houthi-rebels-in-yemen-have-technical-trucks-armed-with-vulcan-cannons>

· Defense One, "Hacker Caught Selling Maintenance Manuals for Military Drones"<https://www.defenseone.com/technology/2018/07/hacker-caught-selling-maintenance-manuals-military-drones/149614/?oref=d-channelriver>

· Pueblo Chieftain, "Puebloan accused of illegally exporting munitions to Saudi Arabia."<https://www.chieftain.com/news/pueblo/puebloan-accused-of-illegally-exporting-munitions-to-saudi-arabia/article_c18ed6c6-85be-5c93-84f4-a08453ba4f71.html>

WASHAR0036500

· Defense World, "India Not To Recognize US CATSAA, Will Go Ahead With S-400 Buy"<http://www.defenseworld.net/news/22934/India_not_to_Recognize_US_CATSAA__will_Go_Ahead_with_S_400_Buy#.W0jUWflJG70>
-------

Global Programs and Initiatives (PM/GPI)

PEACEKEEPING

· Council on Foreign Relations, "Global Peacekeeping Operations Overwhelmingly African and in Africa"<https://www.cfr.org/blog/global-peacekeeping-operations-overwhelmingly-african-and-africa>


WOMEN, PEACE, & SECURITY

· ScienceNordic, "Women in Peacekeeping: Perspectives on Progress"<http://sciencenordic.com/content/women-peacekeeping-perspectives-progress>

MARITIME SECURITY

· Coast Week, "Kenya calls for commitment to eradicate piracy off Somalia coast"<http://www.coastweek.com/4128-Kenya-calls-for-commitment-to-eradicate-piracy-off-coast-of-Somalia.htm>
-------

Weapons Removal & Abatement (PM/WRA)

· Breitbart, "Taiwan Contributes $1M for U.S.-Led Efforts to Disable Bombs in Syria"<https://www.breitbart.com/big-government/2018/07/10/taiwan-contributes-1million-to-u-s-led-coalition-against-isis/>

· ReliefWeb, "Norway increases support for mine clearance in Iraq and Syria"<https://reliefweb.int/report/iraq/norway-increases-support-mine-clearance-iraq-and-syria>

· Total Croatia News, "Demining Progressing Thanks to American Chamber of Commerce Donations" <https://www.google.com/url?rct=j&sa=t&url=https://www.total-croatia-news.com/politics/29708-demining-progressing-thanks-to-american-chamber-of-commerce-donations&ct=ga&cd=CAEYACoUMTIxOTAyNDk4NzAyMzI2OTM0NTUyGjgyOGJjZGY5ZjUyNmRkNDg6Y29tOmVuOlVT&usg=AFQjCNHo7VKs8tFddlQGs91JyA0xMutMog>
-------

Security Negotiations & Agreements (PM/SNA)

· Korea Joongang Daily, "Trump's demands at NATO summit stir Seoul"<http://koreajoongangdaily.joins.com/news/article/article.aspx?aid=3050532>
-------

State-Defense Integration

· No updates

WASHAR0036501

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upcoming Think Tank Events

Reports

· World Peace Foundation, "Arms Trade Corruption and Political Finance<https://sites.tufts.edu/wpf/arms-trade-corruption-and-political-finance/>"

· CRS, "The Committee on Foreign Investment in the United States (CFIUS)"<https://fas.org/sgp/crs/natsec/RL33388.pdf>

· Amnesty, "Disappearances and torture in southern Yemen detention facilities must be investigated as war crimes<https://www.amnesty.org/en/latest/news/2018/07/disappearances-and-torture-in-southern-yemen-detention-facilities-must-be-investigated-as-war-crimes/>"

· Amnesty, "Cameroon: Credible evidence that Army personnel responsible for shocking extrajudicial executions caught on video<https://www.amnesty.org/en/latest/news/2018/07/cameroon-credible-evidence-that-army-personnel-responsible-for-shocking-extrajudicial-executions-caught-on-video/>"

· Atlantic Council, "NATO Deputy Secretary General Praises Trump Leadership on Defense Spending<http://www.atlanticcouncil.org/blogs/new-atlanticist/nato-deputy-secretary-general-praises-trump-leadership-on-defense-spending>"

· CSIS, "Department of Defense's Role in Foreign Assistance<https://www.csis.org/analysis/department-defenses-role-foreign-assistance>" (Congressional testimony)

Events

7/16-7/17

· No events of note.

7/18

· Heritage, "The Opportunities and Challenges of Cross-Strait Relations<https://www.heritage.org/event/the-opportunities-and-challenges-cross-strait-relations>" A one-day conference featuring regional experts and scholars focused on Taiwan, co-hosted by the Taiwan Foundation for Democracy.

7/19

· Atlantic Council, "No friends, no enemies? Trans-Atlantic relations after Trump's Europe trip<https://www.brookings.edu/events/no-friends-no-enemies-trans-atlantic-relations-after-trumps-europe-trip/>" A panel discussion examining recent developments in Europe and trans-Atlantic relations, including the outcomes of Trump's July trip to Brussels, London, and Helsinki.

· CSIS, "From Washington to Brussels: A Discussion on the 2018 NATO Summit<https://www.csis.org/events/washington-brussels-discussion-2018-nato-summit?utm_source=CSIS+All&utm_campaign=e61d83348b-

WASHAR0036502

EMAIL_CAMPAIGN_2017_08_30_COPY_02&utm_medium=email&utm_term=0_f326fc46b6-e61d83348b-194818309>"
A conversation with Senator Jeanne Shaheen (D-NH) and Senator Thom Tillis (R-NC), Co-Chairs of the Senate NATO Observer Group and members of the U.S. delegation to the July 11-12 NATO Summit, for post-summit analysis as well as a discussion of the vital role that bipartisan Congressional leadership plays in tackling transatlantic security challenges.

7/20

·      No events of note.

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036503

**From:**       McKeeby, David I <McKeebyDI@state.gov>
**Sent:**       Friday, July 27, 2018 10:13 AM
**To:**         Paul, Joshua M
**Subject:**    Re: Reported State Department Spokesperson Statement on 3D Guns


Josh:

That's not a quote, it's a paraphrase. We clearly have no control over that, Fite knows this perfectly well.

--D--

Sent from my BlackBerry 10 smartphone.
From: Paul, Joshua M
Sent: Friday, July 27, 2018 10:08 AM
To: PM-CPA
Subject: FW: Reported State Department Spokesperson Statement on 3D Guns


A reminder to stick precisely to the DOJ-cleared lines.

Official - SBU
UNCLASSIFIED

From: Paul, Joshua M
Sent: Friday, July 27, 2018 10:08 AM
To: 'Fite, David (Foreign Relations)' <David_Fite@foreign.senate.gov>; Darrach, Tamara A <DarrachTA@state.gov>;
Faulkner, Charles S <FaulknerCS@state.gov>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>; Edmund.Rice@mail.house.gov
(edmund.rice@mail.house.gov) <edmund.rice@mail.house.gov>; Jamie.mccormick@mail.house.gov
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

This is a mischaracterization – and a misquoting – of our statements to the press on this matter.  What we have told
media is that "the settlement in this case comes as the U.S. Government is reviewing comments on new proposed
regulations" (emphasis mine), not because of the regulations – this line is intended to provide context, not cause.

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 27, 2018 9:57 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S
<FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>;
Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>
(edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>)
<edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>;
Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>

1

Subject: Reported State Department Spokesperson Statement on 3D Guns

So there was this ABC news story that said this:


In a lengthy statement, the State Department spokesperson said that the Trump administration settled because new government regulations make the case moot. The Commerce Department is taking over the regulation of certain firearms -- a change that was implemented under the Obama administration, but accelerated under the Trump administration as it seeks "to create a simpler, more robust export control system that eases industry compliance, enhances enforceability, and better protects truly sensitive technologies."   https://abcnews.go.com/Politics/state-department-defends-allowing-publication-blueprints-3d-print/story?id=56817152

Is this is accurate, it would seem to be an admission of an intent to circumvent the CATs I-III regulatory legal process. What exactly did the State Dept person say?

WASHAR0036505

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
|---|---|
| Sent: | Tuesday, May 01, 2018 4:45 PM |
| To: | Steffens, Jessica L; PM-Strategy |
| Cc: | PM-CPA; Brown, Stanley L; O'Keefe, Kevin P; Miller, Michael F; Mak, Daniella; Martin, Davette T; Dudding, Maria; Litzenberger, Earle D (Lee) |
| Subject: | CPA Media Monitoring: 1 May 2018 |

[cid:image001.png@01D29279.128F6050]
Alerts for 1 May 2018

"What Is The Future Of Indo-US Relations?"<https://www.electiontamasha.in/what-is-the-future-of-indo-us-relations/>, In strategic, political, security, defence and economic terms relations between India and US will continue in a positive direction under President Trump. Impact of USA's relations with Pakistan may or may not affect India. As far as China is concerned it will remain an important factor in the Indo-US relations. The future of India-US relations lies in their capacity to a new quid pro quo.

"Syrians are returning to homes in Raqqa littered with landmines, but the U.S. may cut funds for clearing the city"<https://theintercept.com/2018/05/01/syria-isis-defeat-landmines-humanitarian-aid/>, In a special briefing earlier this month, Jerry Guilbert, chief of programs for the State Department's Office of Weapons Removal and Abatement, was also asked about the cuts. He replied, "We never went into this from the beginning with the view that the international community was going to clear Raqqa or clear Syria [from mines]. Ultimately, this has to be viewed as a Syrian problem that is in need of a Syrian solution."

"A Saudi-Backed "Assassination" Could Worsen Yemen's War"<https://www.newyorker.com/news/news-desk/a-saudi-backed-assassination-could-worsen-yemens-war>, The United States and United Kingdom are providing the Saudi-led coalition with targeting tools, logistical support, and weaponry. About fifty U.S. military advisers are in Saudi Arabia helping with the effort. A Pentagon spokesman said that American military forces did not participate in the strike shown in the videos.

"German defence ministry demands bigger budget"<https://www.ft.com/content/a33c12d2-4c6e-11e8-97e4-13afc22d86d4>, Bild said Ms von der Leyen's ministry might be forced to cancel a joint submarine project with Norway, or a plan to acquire six C-130 Hercules air transport planes that would be part of a Franco-German squadron based in Evreux in Normandy.

"Japan and US should put alliance on even footing, ex-minister says"<https://asia.nikkei.com/Politics/Japan-and-US-should-put-alliance-on-even-footing-ex-minister-says>, On the U.S.-Japan Status of Forces Agreement, Ishiba insisted that "Japanese law must be applied as far as possible to U.S. forces deployed in Japan," recalling a 2004 crash of an American military helicopter. Japanese authorities were unable to perform an on-site investigation due to the agreement, which gives the U.S. full jurisdiction over its bases.

"Russia's influence campaign in the Balkans has US military leaders on edge"<https://www.stripes.com/news/russia-s-influence-campaign-in-the-balkans-has-us-military-leaders-on-edge-1.524881>, In March, U.S. European Command chief Gen. Curtis M. Scaparrotti identified Russia's overt and covert "malign influence" in the region as one of his key concerns. "Russia is at work in the Balkans and we have kind of taken our eye off the area," he said during Senate testimony.

"U.S.-backed Syrian force resumes offensive against Islamic State"<https://www.washingtonpost.com/world/us-backed-force-resumes-offensive-against-isis-in-syria/2018/05/01/9af129f2-4d2f-11e8-b966-

1

WASHAR0036506

bfb0da2dad62_story.html?utm_term=.a1700042b8d7>, A U.S.-backed force in Syria announced Tuesday that it was resuming operations against the Islamic State after an earlier push stalled as fighters left for other battlefronts.

"US Assistant Secretary: Trump strongly supports NATO membership for Georgia"<http://agenda.ge/news/99817/eng>, The US Assistant Secretary at the Bureau of European and Eurasian Affairs Aaron Wess Mitchell stated at a NATO-Georgia public diplomacy forum in Tbilisi today that the US President Donald Trump supports the 2008 NATO Bucharest declaration and appeals to alliance member states to adhere to the obligations taken within the declaration.

"Trump administration agrees to supply Predator drones to India"<https://www.hindustantimes.com/india-news/trump-administration-agrees-to-supply-predator-drones-to-india/story-03t9x05AMfohGJEbnm2olM.html>, Although the Pentagon had cleared the sale of 22 Guardian naval surveillance drones to India, New Delhi was insistent that given the costs involved, it was in favour of acquiring an armed drone which operates over both land and sea.

"U.S. Soldiers Might Be Stuck in Korea Forever"<http://foreignpolicy.com/2018/05/01/u-s-soldiers-might-be-stuck-in-korea-forever/>, There may be a desire to disengage from the peninsula, but the wider U.S. foreign-policy establishment wants to hold the line against what it sees as an expansive China.

"Trump Aiming to Toss Ailing Gunmakers a Lifeline Worth Millions"<https://tytnetwork.com/2018/04/30/trump-aiming-to-toss-ailing-gunmakers-a-lifeline-worth-millions/>, The pending regulatory rule, which would transfer control of firearm exports from the State Department to the Commerce Department, could allow manufacturers to gain entry into foreign markets-a longstanding desire of the gun lobby.

"Pilot purges behind Turkey's air defence system purchases"<https://ahvalnews.com/turkish-armed-forces/pilot-purges-behind-turkeys-air-defence-system-purchases>, Turkey's recent heightened interest in air defence systems is likely partially due to the dismissal of 300 F-16 pilots, which left the Turkish Air Force greatly understaffed in the wake of the 2016 coup, Michael Peck wrote for the National Interest.

"Taiwan puts US Abrams battle tanks on military wish list"<http://www.scmp.com/news/china/diplomacy-defence/article/2142089/taiwan-puts-us-abrams-battle-tanks-military-wish-list>, Taiwan will decide by the end of this year whether it will buy a series of US battle tanks - and if so, how many - amid expectations of greater military pressure from mainland China.

"Buy American, Pack American: The New Conventional Arms Transfer Policy"<https://www.lexology.com/library/detail.aspx?g=8506658e-fb30-427f-9ee4-1c10d992165a>, The administration's expectation is that the new CAT and UAS policies will increase trade opportunities for U.S. companies, remove barriers to the global UAS market, and prevent ceding export opportunities to our competitors.

"Kratos gets green light to market potentially-armed Mako 'loyal wingman' drone to allies"<https://www.defensenews.com/air/2018/05/01/kratos-gets-green-light-to-market-potentially-armed-mako-loyal-wingman-drone-to-allies/>, The unclassified text of the new policy appeared to do little to scale back the "strong presumption of denial" that makes it difficult for companies to sell category-1 UAS capable of carrying 500-kilogram payloads for more than 300 kilometers, a description that pertains to most armed drones.

"Nigeria: Trump to Buhari - We'll Release Fighter Jets to Nigeria Soon"<https://www.dailytrust.com.ng/trump-to-buhari-we-ll-release-fighter-jets-to-nigeria-soon.html>, US President Donald Trump has assured that his country will soon release fighter jets worth $496 million to Nigeria to aid the fight against Boko Haram.

"Harboring Ambitions: Gulf States Scramble for Somalia"<https://www.nytimes.com/reuters/2018/05/01/world/middleeast/01reuters-somalia-gulf-analysis.html?rref=collection%2Fsectioncollection%2Freuters-world&action=click&contentCollection=world&region=stream&module=stream_unit&version=latest&contentPlacement=2&pgtype=sectionfront>, A battle for access to seaports is underway in one of the world's unlikeliest places: Somalia,

2

WASHAR0036507

now caught up in a regional struggle between Saudi Arabia and the United Arab Emirates on one side, with Qatar backed by Turkey on the other.

"White House Considers Restricting Chinese Researchers Over Espionage Fears"<https://www.nytimes.com/2018/04/30/us/politics/trump-china-researchers-espionage.html?rref=collection%2Fissuecollection%2Ftodays-new-york-times&action=click&contentCollection=todayspaper&region=rank&module=package&version=highlights&contentPlacement=1&pgtype=collection>, The Trump administration, concerned about China's growing technological prowess, is considering strict measures to block Chinese citizens from performing sensitive research at American universities and research institutes over fears they may be acquiring intellectual secrets, according to people familiar with the deliberations.

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036508

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 10:45 AM |
| **To:** | Paul, Joshua M |
| **Subject:** | RE: CPA Media Monitoring: USA Today: Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1 |

Ah, you mean LPM, just seeing the message before this

Official
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 10:40 AM
To: Marquis, Matthew R <MarquisMR@state.gov>
Subject: RE: CPA Media Monitoring: USA Today: Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1

PS - please forward to their distro all articles from past 3 days they've not been on.

Official
UNCLASSIFIED

From: Marquis, Matthew R
Sent: Wednesday, July 25, 2018 10:39 AM
To: PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>
Cc: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; PM-DDTC-Directors-DL <PM-DDTC-Directors-DL@state.gov<mailto:PM-DDTC-Directors-DL@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>
Subject: CPA Media Monitoring: USA Today: Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1

[cid:image001.png@01D29279.128F6050]
Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1 By Josh Hafner
24 July 2018

Americans will soon be able to make 3D-printed guns from their homes, widening the door to do-it-yourself versions of firearms.

The choices will include the AR-15, the gun of choice in American mass shootings. All 3D-printed guns will be untraceable, and since you can make them yourself, no background check is required.

A settlement earlier this year between the State Department and Texas-based Defense Distributed will let the nonprofit release blueprints for guns online starting Aug. 1, a development hailed by the group as the death of gun control in the United States.

"The age of the downloadable gun begins," Defense Distributed stated on its site. Its founder, Cody Wilson, tweeted a photograph of a grave marked "American gun control."

WASHAR0036509

The plans being made freely available next month put firearms a few computer key clicks away from anyone with the right machine and materials. That reality has startled gun control advocates, who say it makes untraceable firearms all the more available.

For Wilson, August marks the end of a years-long legal battle: He designed a 3D-printable plastic pistol, the "Liberator .380," in 2012 and put the plans online. It was downloaded more than 100,000 times before federal officials blocked his site, citing international export law.

A lawsuit from Wilson followed. The State Department settled in June.

The Second Amendment Foundation, a nonprofit that partnered with Wilson in the lawsuit, put out a statement calling the settlement "a devastating blow to the gun prohibition lobby."

Assembling guns at home isn't new. It is legal provided the made-at-home gun isn't sold. Defense Distributed already sells parts that help users build their own untraceable firearms, known as "ghost guns" for their lack of serial numbers.

"Legally manufacture unserialized rifles and pistols in the comfort and privacy of home," one product's description states.

David Chipman, who worked 25 years as an agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, told Vice News that the homemade guns favored by hobbyists have since become popular with criminals.

"Criminals have started using ghost guns as a way to circumvent assault weapon regulations," said Chipman, now an adviser to the gun control advocacy group Giffords. "I imagine that people will also start printing guns to get around laws."

Gun plans previewed on Defense Distributed's website feature the Liberator pistol along with an AR-15 and a VZ-58, a Czechoslovakian assault rifle.

The printers needed to make the guns can cost from $5,000 to $600,000, according to Vice News. The quality of plastic matters, too: An early design printed by federal agents shattered after one shot. A second gun, made from a higher grade resin, stayed intact.

William Bones, the chief of police in Boise, Idaho, told the Idaho Statesman that law enforcement agencies have followed developments in 3D-printed guns for "quite a while now."

"Measures are needed to ensure these weapons are safely built and to prevent access by children or those prohibited from owning a firearm," Bones told the newspaper.

"Hopefully we see some safe and responsible legislation soon as well as manufacturers taking measure to prevent access which might lead to tragedy."

Link: https://www.usatoday.com/story/tech/nation-now/2018/07/23/3-d-printing-guns-downloadable-gun-legal-august-1/820032002/

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

WASHAR0036510

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

3

WASHAR0036511

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Tuesday, May 29, 2018 11:59 AM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Forbes: Trump Administration's Proposed Reforms To Firearms Export Controls Are Good -- Mostly |

[cid:image001.png@01D29279.128F6050]
Trump Administration's Proposed Reforms To Firearms Export Controls Are Good - Mostly By Ted Bromund
29 May 2018

On May 24, 2018, the Federal Register's website officially posted proposed reforms to the export controls on firearms and some related items. By and large, the reforms are sensible and welcome - but the 45 day comment period that begins today is also welcome, because not everything in the new rules is on point. In this two part series, I'll explain the background of the proposed reforms, and then look at their up and down sides.

Export controls are an immensely complicated topic, and if you fall foul of them, you are in a world of hurt. If you are in the firearms business, I urge you to obtain competent legal advice, for which this post is no substitute. I also encourage you to submit polite and constructive comments on the proposed rules individually, through your industry association, or in other ways. It's important to remember that the goal in commenting is to make what are genuinely intended to be helpful changes even more helpful.

That said, here's some quick background to help you make sense of these reforms. First, they didn't originate with the Trump administration. It was the Obama administration that launched export control reform, and which completed 18 of the 21 categories of that reform.

The goal - then and now - was to move things that are not genuinely military off the U.S. Munitions List (the USML, controlled by the State Department) and onto the Commerce Control List (the CCL, controlled by the Commerce Department). The point of that, in turn, was to stop wasting time controlling bolts and truck tires that happened to be part of a weapon, and to focus more energy on controlling things like machine guns and fighter planes. The mantra of export control reform was higher walls around fewer items.

This was a very good idea, and the Obama administration deserves great credit for advancing it. Unhappily, though, they fell down at the last hurdle - or rather, at the first one. For reasons that are universally believed to be political, they never began the public process for the first three categories of the USML, which control small caliber firearms, ammunition, and large caliber guns respectively. I have been told privately many times that the rules for these three categories were ready to go as long ago as 2010, but the Obama administration refused to move them forward because it did not want to appear to be helping the firearms industry. The Trump administration has broken that roadblock.

The Obama administration's hesitation was foolish because - and this is the second point - these reforms have positively, absolutely nothing to do with the sale of firearms to civilians in the United States, and similarly nothing to do with the permanent import of firearms into the United States for the civilian marketplace. The Bureau of Alcohol, Tobacco, Firearms, and Explosives controls permanent imports of firearms, and nothing about this is changing. Similarly, the State Department is keeping brokering controls for all firearms globally.

Nothing about the proposed rule changes will make it easier to buy a firearm in the United States . If you oppose them on that ground, you are simply opposed to the legal manufacture of firearms in the United States and you might as well come out and say so.

WASHAR0036512

By far the most likely grounds of complaint about these proposed reforms is that, as some commentators have already claimed, the "Trump administration's policy of increasing arms exports and its attempts to rewrite US arms export regulations and processes, are a scandal" that "will lead to national and international insecurity, and contribute to violations of human rights and international humanitarian law."

It's pretty rich for progressives to be complaining about this as though it was all Donald Trump's idea. The export control reform process began under Obama; his administration presided over an unprecedented growth in U.S. defense exports, and it defended this largely on the grounds that it was a good way to keep high-paying defense jobs in the U.S. In fact, a quick look online will turn up dozens of articles from progressives criticizing Obama on precisely these grounds. For them to turn around now and gripe that this "scandal" began with Donald Trump is ridiculous.

In any event, these complaints are misguided, and based on a misunderstanding of - or ignorance about - what is going on. Even after the proposed reforms come into effect, all export licenses for firearms and related items will still be reviewed for compliance with U.S. conventional arms export policy, treaty requirements, and broader desirability and legality by the Departments of State and Defense. There is nothing unusual about this: all relevant departments can review any export license application for anything at all, from refrigerators to rifles.

In time, State will likely decide it no longer needs to review some firearms exports - such as those to governments of NATO allies. But that is not going to happen for a while, and there is no chance that exports into the civilian market, or outside the circle of the U.S.'s closest democratic allies, are going to be exempt from State review. In short, if you don't like some (or any) U.S. arms sales, that's your right, but these reforms are not a decontrol or an escape from State oversight. Blame the decision to sell, if you prefer to, but don't blame export control reform for it. The simple truth is this: if it needs a license today, it will need a license when controlled by Commerce.

That's the background of the proposed reforms. In my next post, I'll look at their advantages and disadvantages.

Link: https://www.forbes.com/sites/tedbromund/2018/05/29/trump-administrations-proposed-reforms-to-firearms-export-controls-are-good-mostly/#5fed62e9a331


Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036513

| | |
|---|---|
| **From:** | Jim Bartlett, Full Circle Compliance ("FCC") <jebartlett@fullcirclecompliance.eu> |
| **Sent:** | Friday, May 04, 2018 10:23 AM |
| **To:** | pauljm@state.gov |
| **Subject:** | 18-0503 Thursday "Daily Bugle" |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Thursday, 3 May 2018
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The Daily Bugle is a free daily newsletter from Full Circle Compliance, containing changes to export/import regulations (ATF, DOE/NRC, Customs, NISPOM, EAR, FACR/OFAC, FAR/DFARS, FTR/AES, HTSUS, and ITAR), plus news and events. Subscribe here [http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI0bZ7-A8CCRSAcxMzEux8kF3vDx1O-mFQn7zfmtSRUiBRu900BZnLZhXC5COTTEMp0r7qPqQbP43oSbLDLNPjGLGGoOy0C2hFwkC1-NBYUxOGTa-eHkLJkV8jr5Jv3COec3dE6s6W8AS0WvT8d7RNDrZH2we1lUkz6LCiEX4FeRp&c=l0fnDpxYIEkDklfM6UJWWv8r7-VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==] for free subscription. Contact us [mailto:advertising@fullcirclecompliance.eu] for advertising inquiries and rates. [Editor's note: We were unable to distribute the Wednesday and Thursday editions due to technical difficulties. Those problems have been resolved, and we are back on our regular schedule.]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ITEMS FROM FEDERAL REGISTER

[No items of interest noted today.]

OTHER GOVERNMENT SOURCES

1. Items Scheduled for Publication in Future Federal Register Editions 2. Commerce/BIS: (No new postings.) 3. DHS/CBP Announces Partial Ukraine-GSP Suspension 4. State/DDTC Launches Redesigned Website 5. UK DIT/EJCU Amends Open General Transshipment License Following Venezuela Sanctions 6. Japan METI Revises End-User List

NEWS

1. Washington Times: "Trump Officials to Roll Back Rules on Some Gun Exports"
2. WorldECR News Alert 3 May 2018

COMMENTARY

1. M. Volkov: "FLIR Systems Pays $15 Million Civil Penalty for AECA and ITAR Violations and Earns First DTCC Monitor (Part I of II)"
2. Gary Stanley's EC Tip of the Day

EX/IM TRAINING EVENTS & CONFERENCES

WASHAR0036514

1. ECS Presents "Mastering ITAR/EAR Challenges" on 22-23 May in Annapolis, MD

EDITOR'S NOTES


1. Bartlett's Unfamiliar Quotations
2. Are Your Copies of Regulations Up to Date? Latest Amendments: ATF (15 Jan 2016), Customs (12 Apr 2018), DOD/NISPOM (18 May 2016), EAR (5 Apr 2018), FACR/OFAC (19  Mar 2018), FTR (24 Apr 2018), HTSUS (25 Apr 2018), ITAR (14 Feb 2018) 3. Weekly Highlights of the Daily Bugle Top Stories
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ITEMS FROM TODAY'S FEDERAL REGISTER
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

[No items of interest noted today.]
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

OTHER GOVERNMENT SOURCES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

1. Items Scheduled for Publication in Future Federal Register Editions
(Source: Federal Register
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI1gKgkvD6Fu-hs82mX9Vc8LVR80bIFVgexGHMlXxhmCxThCIEqUzMkarD_mC0_LCsflc0KRTuf-ExU74NcirY-ygrwioCdqsOXRl-G7KlUUUTegwpZhUHT4WOIGl-jRrUmPQE7fujmg6Yt14732Ugow=&c=l0fnDpxYIEkDklfM6UJWWv8r7-VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==])
* Treasury; Foreign Assets Control Office; NOTICES; Blocking or Unblocking of Persons and Properties [Publication Date: 4 May 2018.] back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

2.
Commerce/BIS: (No new postings.)
(Source: Commerce/BIS
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI29wrjzYIhQIJktSx2zkIr8Agla-OftKzq6soqZfkmZhFx5NMmRKrz-1qdVwg7l6Ef1nEr-hONw-slJPg3VIAhs4Z4rFN_db57P7uvJ_GMJT1kJN74Fj-kI=&c=l0fnDpxYIEkDklfM6UJWWv8r7-VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==])
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

3. DHS/CBP Announces Partial Ukraine-GSP Suspension
(Source: CSMS #18-000320
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk60VipW-

WASHAR0036515

a2DifgAibw7SiyobciyUgostGWZgZx8D2cjiLzUtlTjpt3XYgVACPAwznJDMTPmpeDOYduzxh5JyjyrxTEQ7UCNvFAwABjCAa95a
l88YTiPbaLHGtJx4t4UYLbQQlgRl3w-XJa2O_ltjXoKroJhFuqN6QmSlYu7-ulvB-b3p-
g3g3Mzdv2pglk7tipRodsV4bm1NCJ_kcNPPacvZosxl4I3PmkGcphphZ9ppoXuR3aLw6xQQ==&c=l0fnDpxYIEkDklfM6UJWW
v8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==],
3 May 2018.)
In accordance with Presidential Proclamation 9687 of December 22, 2017 (Federal Register/Vol. 82, No.
247/Wednesday, December 27, 2017), articles of Ukraine listed in Annex III and entered or withdrawn from warehouse
on or after April 26, 2018 have had their GSP eligibility suspended, and should not be entered with the benefit of the
Generalized System of Preferences (GSP) benefits.
The complete Federal Register Notice, including Annex III, is available at here
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6Z3DDZZlQ
YmrzqlbDIP-ZjzklV4YJAraPf50F-
_V6Y16Wzn0efUGdeuBq2Z4QJBcFOvPPtuZ_vJd2QAanoEOUFS7eTxTeJ9hRiSJBvegL8UkAgaS32AZAdfxkyGeAGfjdWRDcLV
GVcbwYf5bkvceaZ5baIIxtJWJmS7Y8ItsDXvw=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
ACE programming has been completed.
Questions should be addressed to the Trade Agreements Branch at FTA@dhs.gov [mailto:FTA@dhs.gov].
Attachment(s):
- Proc_9687122217Ukraine_GSPExclusionsAnnexIII.pdf
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6APRc5vvC
_-oDOB4LuI0vL_4jPjjwNJtQTtpnxKmXb1YaOXBKy1TsYSheKVwOWMJTxb37_Vqz-
xR2cxjCmc_uzsvY8tySbSi39QjU0eLVAoSc8NtLFDzGfx3bxbgixXCBapvNYnsqXSmO0erbrwGK8ZdPzvC_YI_5PVr1u2DKyk8Qx
viEemk22S0vZ1CJI-FfhNnBp94hGDQ=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]
- Pres_Proc_9687_of_Dec_22,_2017,_Ukraine.pdf
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6VlaxqgSJ
Ghyh9hU1hQkx6KYpmo27E4CphgWagoE8jL8GHixQ4F70NciDXRFYDtbqwM49xMUtLngBu4Jyjq4TdEDw-
8XoUm7gdxjdqF4fKfVDzMR3G-KpRhViql0qREA5BFNCqEg6VAGvtFuleY9eUgQfMTaY-
3INWz842VYT6EbIgw0zb7HAJcoWc660g8Sb47jtmA-lQr0=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


4. State/DDTC Launches Redesigned Website
(Source: Editor, 30 Apr 2018.)
The State Department's Directorate of Defense Trade Controls (DDTC) has launched  a redesigned website
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI76tdsURGgI8Ooktxhf2k
vGr4BBNfzUf1OtodcrrKFLqWaqeFQnnRmWkK8e0HKTt4NHO-
g9XgZDDf3SmsPx9ozRavYbjKUks1MSKQFb4aJuIMZmyJJAG1Wj4-RV4hjw7Nw==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
The updated website features a number of improvements including navigation, searchability, and accessibility, with a
consistent, full-featured experience across mobile devices.
Updates to DDTC's website will continue.  DDTC staff is available at (202) 663-1282 or DDTCResponseTeam@state.gov
[mailto:DDTCResponseTeam@state.gov] for assistance.
back to top
* * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


5. UK DIT/EJCU Amends Open General Transshipment License Following Venezuela Sanctions

WASHAR0036516

(Source: UK DIT/EJCU
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6Me79iDj
mCupUAFr3P9j58WxCEgcu9FQ_gYiDmA5NUU57nIPNn8pUWE9pmmLe4CQaUH9_IbtCn4nbDg3GGrTbwDFjvlSinPWcUVa
qlQfUVWaIYEImoPqLKZ7lpFqeIYfp6julafMZuO5ZQsig3FEUXj7FfQ2jAmpwgyEaKQ9W_cil7m07t6Hcf_r8u0nxL_MueaVSj6T
Uk-faZBGzT7USxRFiwsJqM_J3aY8a_dH0g8omJj-
fIy1BzPccmQFjdIBTOAe75ZHIcsuaa5B8amTMj_wQ7ZtjmCF9M189b4GAmV_ANOycsdAzqdZj4DbBvaZnF6ks-
vbH_krWrtMmtpkrEQtHpf4_m--
54MoHSIhfIDkfNk9nXqspUnE3kbpf1ENcELysjw0LQfhU4Nyw8zHmVA==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==],
3 May 2018.)
The Export Control Joint Unit (ECJU) has amended and republished its open general transshipment license
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6UoEjW97
WnjttwoZ_JGFFZfcAttVC-mla6Z6M_e-HyC_k-Uv50e-66V9xrYhIIUW_gCn2bmTjMzsEzs-
hwEYBCE1hnmiExJMGGTNkqYtG9D6WazI0M7oSFepS0Tt-3Ic-eLpOksEP1iUOGVRMNcn3yLF1hFa74OB8WC4GrA0LpYg6g-
jFerpoEQ==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]
(OGTL) following an inadvertent omission when updating a number of licenses in response to the introduction of
Venezuela sanctions.
The sanction measures were summarized in notice to exporters 2017/25
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI38hduQ-
D6HhjrloAw1opjMaIRlLkBMmspJHBOjaoUMw5fdzEdNiu4iDMHah1rP3KrqeD4jW6BQvs3INdHaCluBxbWU8Gu88Euo_zIZlc
KcnQBMXzQzFo-
V_To4WbpkmWbUsnxZXJ2spipNDx3kB7jWnVtMczDVkehnXd50vEwlBmjlzXlpRQV6zQ5ZkLrAVVTGCzB3Ew7XXSTGPfKSEg
Wg_37Ujy5uAT5vKJXDqqI8sHWQOMZYImoZZmrRtnSVQmREIzEPNHxe_eA0OVGZFTR0bvOt8q5OLQu-
1LqNSRtWVQMwwCZTSFRJlQHjH6vrfgw==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
back to top
* * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


6. Japan METI Revises End-User List
(Source: METI
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIxJEbsRDInwz5C9ujYErfJ
A-p2WwXEO5Xzjqz7uDvTQc0ZdAZczAgcv4MiVA9GvJgoBNpYBBQRcG4p737w9kiTDHO0OKIxgp-
iExoLunAgOoP2OgrBp3lV6EDkAxjMvinBYEWHwTXMv9Z74Uro_MaBvecxQF732Ylf8FzBrR9MSDZDC_tocLguDkoXeJuSHs4
A==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==],
2 May 2018.)
The End User List has been revised
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk678GVpFw
lNkWJUx6YAVkKSiiIn3ZeWR_b3xCxLM2B4sNPfR__ghgUFG0wAPIlQNsB4ARMQN777yNqQDV1S2guCBfdsxW2RVtVMUdH
mU0yASrn4xoaP1-
mv0wgBS_n0N9JtlhyElGBgBC2HEiVNRewOdsldTCwFmG2DiCMziuYkwU=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]
based on the latest information to contain 529 entities (increased by 21 entities from the previous version) in 13
countries and regions.
The Ministry of Economy, Trade and Industry (METI) has issued the End User List,  providing exporters with information
on foreign entities for which concern cannot be eliminated regarding involvement in activities such as the development
of weapons of mass destruction (WMDs) and other items, for the purpose of enhancing the effectiveness of the catch-all
control* on cargos and other loads relating to WMDs and other items.
METI hereby announces that it has revised the End User List based on the latest information.

4

WASHAR0036517

For the purpose of enhancing the effectiveness of the catch-all control, the End  User List provides exporters with referential information on foreign entities for which concern cannot be eliminated regarding involvement in activities such as the development of WMDs or other items. It is not an embargo list. If the user of the cargos and other items to be exported is found in the list, exporters are required to submit an application for an export license except in the case where it is evident that the cargos or other items will not be used for activities such as the development of WMDs and other items. The list has been issued since the catch-all control was introduced in April 2002.

--------------

* Catch-all control is a system that obliges exporters to submit an application for an export license for goods that may be used for the development of WMDs even if they are not subject to export restrictions under international agreements.

back to top

* * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


NEWS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


7. Washington Times: "Trump Officials to Roll Back Rules on Some Gun Exports"
(Source: Washington Times
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6mMTPmg
pb0U4hYE23NHy8yIhucajdw6qlfzHuYVJIdDJMandffJq0r6MzGwzL8uqc4dFYZRlI1sWAgFCtYVWc2m-
ZVHHiYj7OnsPVPG6H_1zASg4Su0ie6qmuEqoszAIqhOLiJQlap-
7X7FRFGzHujUNGsM9fN0ejvzfHF68go0m5fZ9jh5rZCKuqtHjL1duj2vIjAA3SlS661zF71oNfWmiErr6-
cTln&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==],
1 May 2018.)
The Trump administration is preparing to deliver a long-sought win to the gun industry by loosening restrictions on certain commercially available firearms and ammunition exports.
The proposal would put the Commerce Department
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6w3FRvxH
pB-
Ng3Rf_lwqNduPCmrQaYG_JxspHtXt41uv_rZcvNrilgFPoJ1cwjkgGhoOH3TCMiivbJGZgDvu_3FTelQKqnXbiMHRzhBySRY4B
WgFTR3LJ9d_BnPTwEl6ClN7jx2oPFVjV3Gl-
2poev6BD2yoUpb6WdXBEcCECa4pKQVRF34sC3w==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]
in charge of overseeing exports of handguns and sporting rifles, separating those personal protection firearms from military-grade weaponry such as aircraft and missile exports, which will still be governed by the State Department
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6kElpm7m
08VJVAaMrFoLrFGUQj7M-ETKj6luL-
Ft2YmtTSiOswK1VhXS1fQ40WNTwAnQPQL7dDT5hY7IiEhGxC5iy_bV50i5U4BxlpjW1JRSgYCdKMhzHUbDQPcmdCxRw9-
q4R23ddtEJUb9jU3VODceJ5aKiSCtT&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
Firearms industry officials say the change will help cut down on the hurdles businesses and even individuals face.
"It's very onerous," said Larry Keane of the National Shooting Sports Foundation.
"[It's] very important to the industry - something we've been pursuing for many years."
The new rules could also nix an annual fee of $2,250 or more that gunmakers are required to pay to register with the State Department
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6kElpm7m
08VJVAaMrFoLrFGUQj7M-ETKj6luL-
Ft2YmtTSiOswK1VhXS1fQ40WNTwAnQPQL7dDT5hY7IiEhGxC5iy_bV50i5U4BxlpjW1JRSgYCdKMhzHUbDQPcmdCxRw9-
q4R23ddtEJUb9jU3VODceJ5aKiSCtT&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].

WASHAR0036518

That rule ends up snaring even some mom-and-pop operations, Mr. Keane said.
back to top
* * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

8. WorldECR News Alert 3 May 2018
(Source: WorldECR
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6XukO9B2
8yRSVZm_F5xWyzg28Z7EAvvLqDAigOktTRjECI5iwYUV3YmVKm6JRqCVq3X9mNbajm6VSOanBfcAAo_IU7cG_c6WFph9i667
qak1oaJ2a08HTitTZyCkk8Z1uFIQJjpMPAaWeQbNKJd6fiQQxkReXW66si_Jls3DAUjzECEJpNOCSVkKNjqronyG7j&c=l0fnDpx
YIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==],
3 May 2018)
(1) Myanmar: EU extends embargo as UK amends licences, removing country as a permitted destination
(2) Huawei investigated by US for suspected sanctions breaches
(3) Oregon company settles alleged breaches of US export laws
(4) UK court fines company for unlicensed exports of controlled chemicals
(5) OFAC designates fentanyl trafficking network [Editor's Note: Click on the source link below the item title to subscribe
to WorldECR, the journal of export controls and sanctions.] back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

COMMENTARY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

9. M. Volkov: "FLIR Systems Pays $15 Million Civil Penalty for AECA and ITAR Violations and Earns First DTCC Monitor
(Part I of II)"
(Source: Volkov Law Group Blog
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIxFMVswQe0mQp04rHe
XC3v9DtjsknOM_mSaLejdlPQTd-pr-L3IL-
5kuQb7PkBh4JCGXpIMNw4fHDu7A6SrTjn65v8wlB_GyCqKoJbmvVpS8l_ROuDZLuW0=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==],
3 May 2018. Reprinted by permission.)
* Author: Michael Volkov, Esq., Volkov Law Group, mvolkov@volkovlaw.com [mailto:mvolkov@volkovlaw.com], 240-
505-1992.
In an extraordinary enforcement action, the US Department of State reached a comprehensive settlement with FLIR
Systems, Inc. (FLIR) to resolve violations of the Arms Export Control Act and the International Traffic in Arms Regulations
(ITAR).  These acts are administered by the Office of Defense Trade Controls Compliance in the Department's Bureau of
Political-Military Affairs (DTCC).
Under the settlement, FLIR will pay a civil penalty of $15 million.  The DTCC agreed to suspend an additional $15 million
on the condition that the funds will be used for remedial compliance measures.  In a precedent setting move, the
settlement requires FLIR to hire an external Designated Official to oversee the Consent Agreement and requires FLIR to
conduct two external audits to assess and improve its compliance program during the three-year term of the
Agreement.
In 2015, FLIR agreed to a $9.5 million settlement with the SEC to resolve FCPA violations for funding a "world tour" by
Saudi government officials to influence their decision to purchase FLIR products.  In November 2014, two former
employees in FLIR's Dubai office agreed to pay the SEC $50,000 and $20,000, respectively for violating the  FCPA.
During this same time period, FLIR was experiencing a breakdown in its export compliance program and initiated
voluntary disclosures to the DTCC.  FLIR manufactures and exports advanced sensors and integrated sensor systems for
military and commercial applications to protect birders, gather intelligence and protect critical infrastructure.

WASHAR0036519

As outlined in the settlement documents (available here
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6vADOsFfy
3GoO9ob8o_GfxGBdWJqN059S7hNES-ajQd-iCyzrxsop1si1M3rBpXgiSdF1HsvtHjHCdOcFTUqahNbqO-XM86xl-
jTWxAyEtSJOVktyd7lcRCLQJSUCZOfoN6faurq4WXt12GK-E-HGwmaHqZGN579RT-
_saR_DpZYBA1JUMoP4YCrwkJZyAS1wHAGnxz-qHuO-Fdc4Rs64YbAjZ3CeqphQL-
eiZI9aZfTJ_Pslx69Tg7j00N00m3gVKNXoOOQMRU4=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==],
here
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk62tIbGXwd
QKwYx36OzuHtcFa3tC2Y2oUY2IGTeMJBdbjQ0Huz8qXJScghBSam3s_9SL4rpD0FXkCV2Hgym_hx_bhyGBnOLWGe-
eqnBMr8pnTxzJEll8amQQz7U6-sbsF_Q8Zk5kCjUDDjUiJL4w6WA9L1vwLOEIMUtFd3qClCilqJzbo8ZmNRz86fMwy6-
Os7kRlLYvychmu4rkd8M6rMJVaZQ36AfFlwVMo62WyXOwNT0yg7qwEq1_dynkCOeh6VcmwCxQX4cbE=&c=l0fnDpxYIEkD
klfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]
and here
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI3dbc7YKbbk6pPT8adAF
PXTGGKQifWKKpCFXUtDlInSeYZwMVv8aZzbJIeqL6Cpro_u11S1KB_6jok5yvJUSNiRcFkM3gmwDuwZ-
URt2YbUycfI5R7mqjK-jISKmlASqYEDbcUsUPgsuBxZ6DTJ07XzyUeHon-
kGAA2kKUE7rn069F83MZHBsxtnSrs25mtwklPHu0TN4Vo-
Gso7GMUAPdva1b3RBMxIjlluAEs6Dmr5b0I4esybZZQAkmuKTi7G4NOThGpcLu61sOpN9M-
vIsg=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]),
FLIR's violations of the AECA and ITAR involved a range of conduct, including unauthorized exports of defense articles
and technical data, unauthorized provision of defense services, violation of license conditions, and failure to maintain
required records.
 FLIR's unauthorized exports also included retransfer of ITAR-controlled technical data and providing defense services to
dual national employees of Iran, Iraq, Lebanon and Cuba.  FLIR voluntarily disclosed many of the violations, cooperated
with the DTCC review and instituted a number of compliance program improvements during the investigation.  As a
result, the DTCC determined that an administrative debarment of FLIR was not appropriate.
FLIR ultimately agreed to 347 separate charges for violating the AECA and ITAR.
 FLIR's conduct was not limited to any particular part of its operations, geographic region or product line.  As described
by the DTCC, FLIR's misconduct was systemic.
 Given the sheer number of violations, the DTCC did not provide a detailed explanation of FLIR's violations but divided
them, in general, into three categories: (1) unauthorized exports to foreign-person employees; (2) failure to apply for
and manage licenses and exemptions; and (3) undisclosed payments under Part 130.
Over the course of this review, FLIR submitted 14 separate voluntary disclosures  to the DTCC. Between 2008 and 2012,
FLIR submitted four voluntary disclosures related to unauthorized export of technical data and defense articles; and
unauthorized provision of defense services involving the design, manufacture and sale of thermal imaging camera
systems to dual nationals and country employees in 15 countries that were prohibited at the time.
In June 2014, FLIR notified the DTCC that the initial four voluntary disclosures  did not accurately describe the full scope
of the violations related to foreign-person employees and had not implemented the corrective measures that it had
previously  represented that it had completed. As described by FLIR, its internal management system for identifying and
restricting access to defense articles had resulted in the unauthorized access by approximately 1,350 foreign-born
persons to ITAR-controlled data in 22 non-US facilities.
With respect to its ITAR licensing management system, FLIR made various voluntary disclosures describing numerous
violations for failure to obtain required licenses, failure to comply with license conditions, misuse of exemptions,
inaccurate or missing shipping documents, and failure to obtain proper endorsements for specific products.
FLIR also reported the loss or theft of defense articles at international trade shows because of inadequate safeguards
and failed to notify the DTCC of the loss  or theft of such articles. Additionally, FLI reported one or more violations in
every one of its 32 temporary authorizations that it secured during the period of August 2007 to June 2013. The DTCC
specifically cited FLIR's weak license submission practices including confirmation of the parties involved in a proposed

WASHAR0036520

transaction and failure to perform end-user monitoring. FLIR submitted six separate applications for transactions involving prohibited entities.

In 2011, FLIR notified the DTCC of its failure to report payments of political contributions, fees and commissions as required under Part 130 of Chapter 22 of the CFR. Five years later, FLIR reported it had failed to file required notices for 19 technical assistance agreements and $8 million in commissions paid in relation to 10 of the 19 agreements.

back to top

* * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

10. Gary Stanley's EC Tip of the Day
(Source: Defense and Export-Import Update; 1 May 2018. Available by subscription  from gstanley@glstrade.com [mailto:gstanley@glstrade.com].)
* Author: Gary Stanley, Esq., Global Legal Services, PC, (202) 352-3059, gstanley@glstrade.com [mailto:gstanley@glstrade.com].
For purposes of the EAR, a "material" is any list-specified crude or processed matter that is not clearly identifiable as any of the types of items defined in § 772.1  under the defined terms, "end item," "component," "accessories," "attachments,"
 "part," "software," "system," "equipment," or "facilities." The exclusion from the definition of material for clearly identifiable items defined in § 772.1, such as for "parts" and "components," does not apply to the following ECCNs: 1C233, 1C234, 1C235, 1C236, 1C237, 1C239, 1C350, 1C395, 1C991, 1C992, and 1C995.

back to top

* * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EX/IM TRAINING EVENTS & CONFERENCES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

11. ECS Presents "Mastering ITAR/EAR Challenges" on 22-23 May in Annapolis, MD
(Source: Suzanne Palmer, spalmer@exportcompliancesolutions.com [mailto:spalmer@exportcompliancesolutions.com].)
* What: Seminar Level III: Mastering ITAR/EAR Challenges, Annapolis, MD
* When: May 22-23, 2018
* Where: Chart House Restaurant on Spa Creek
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI28pNThrKD5HtANSLrr
Q1C2OzXb1BSoC9vIZfZtvmf5MxMYxJQuyrf9oxSFtAmj2KJGckJBi-yH6G3s3ieTIJeJ785Hvs3m7L_iJgOpPkeMwAIjLVu_b-
j7PKoZC6Ljnw9FICskjeyKYGneLyAEJcTKGYGdNDVtij8VVBXrub5518xLXKQ9Rnk7UhLzua5z4uZSWfh5MNo_CiqyQpSKQiRGH
G3LvOV_uDcDMjWT1AhezNfFjd3-
XXe5zaS9heuBf3Kw7BJe2tXB4Cti64TltIVoufI54ciZa3Q==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]
* Sponsor: Export Compliance Solutions (ECS)
* ECS Speaker Panel:  Suzanne Palmer; Lisa Bencivenga; Timothy Mooney, Commerce/BIS; Matt Doyle, Lockheed Martin; Matt McGrath, McGrath Law, Debi Davis, Esterline
* Register Here [http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI9w-
fT9ydWxZ-
Ou3dqUADpiJnCETGDfUH_3Y7yMutuqwP3gO7Lec5ODpg9gnqYic4csNZRG0ELyuWMSU0iUIfv90cPCXKTQm40hXEFrUi08a
39hPcxhHQwrPCE3kbvSR9C7SDscD94BeuINmAfFD6qw4YWBq8Zzz1QeS_p2cgSDUuRJqDqW4idP4o63T0i7yaxfKSuXYjHZa
GnqytFVtCk1O7MAffcep3YDAU8-IRspi&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]
or by calling 866-238-4018 or e-mail spalmer@exportcompliancesolutions.com [mailto:spalmer@exportcompliancesolutions.com]

back to top

WASHAR0036521

* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EDITOR'S NOTES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

12. Bartlett's Unfamiliar Quotations
(Source: Editor)
* Niccolo Machiavelli (Niccolò di Bernardo dei Machiavelli; 3 May 1469 - 21 Jun 1527; was an Italian diplomat, politician, historian, philosopher, humanist, and  writer of the Renaissance period. He has often been called the father of modern political science. He also wrote comedies, carnival songs, and poetry. He wrote  his most well-known work The Prince (Il Principe) in 1513, having been exiled from city affairs.)
- "It is better to be feared than loved, if you cannot be both."
- "The first method for estimating the intelligence of a ruler is to look at the  men he has around him."
back to top
* * * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

13. Are Your Copies of Regulations Up to Date?
(Source: Editor)
The official versions of the following regulations are published annually in the  U.S. Code of Federal Regulations (C.F.R.), but are updated as amended in the Federal Register.  The latest amendments to applicable regulations are listed below.
* ATF ARMS IMPORT REGULATIONS
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIx068SbCDkJXUkvuVTwDHMpYg790A9buHGc-
9FrPGPNMG7pwUrF5WbPPB5jIjSXxeXRLu8n3wQkQ0YURCB5g3DpfFvdRg28EXJ8yieGWk9s4dEpCHsW0SGH1_6_Go4N9M_ymiX8wQ46IIcjfhfIIsDEkLPrRXP-blN8UTdYbe_ghi5IFRy2xrBSQdqpwRNjFOF41CN5ibPrJ73SY8-
LKQM0OsgdrKCo0gQoKbtsPFA4MFU7paR49p6W51ZkJzaTHMGYzxXln88Nt2YcD2Q25vkKzyYhDc4qZgA==&c=l0fnDpxYIEkDkIfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
27 CFR Part 447-Importation of Arms, Ammunition, and Implements of War
- Last Amendment: 15 Jan 2016: 81 FR 2657-2723
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI9xfl8oiYbMevUosvX0WFYXo21X-45RzNsQ0OF-sYbm_QV7Ptj_ktXviLvHT6pY_LayaGvZJWySa_EKxsM_P_VMf1IWmKDs557-
SB0tiuSbtdcIsE19Ke2_C4Face0Da1Sv6qaU8YA6qyaiZSET2lhksriZHc5c52pFvi6dg2JC-
XpbBIERexso=&c=l0fnDpxYIEkDkIfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
Machineguns, Destructive Devices and Certain Other Firearms; Background Checks for Responsible Persons of a Trust or Legal Entity With Respect To Making or Transferring a Firearm.
* CUSTOMS REGULATIONS
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIx068SbCDkJX13nKh_bc8SyJGl4cos9AsF_xUjrbDHdIUwGth618htgRayytg5u2uybWIZh2cGSYcP_0Rqe2AUTjXUnuFYVTQYALeBgn2017QjsWXu1px2HlFZblQsyFxu2fCn0lEoLgUR_RuslxOI4h9JqKdFp0HB3ZC6Qk1tHJCwMvpZYBFrOGJETR0tVQYQzOEhlikI2s6A_RzMDP2GXu5iG34qP3wU5T_CC4gVG4W5qejoUdYdT8BhulzBN0G_wD1xcKmED0&c=l0fnDpxYIEkDkIfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
19 CFR, Ch. 1, Pts. 0-199
- Last Amendment: 12 Apr 2018: 83 FR 15736-15740
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIyIoeFqqGIwf6guSm8Y_1cAckbpZ3zDiUhcR3-
i1QuVkJeUOaTPOFTCzVFgI1kiBm7kwdnCHsYRjsRrN0TUMj94eT2kkZ63ejtQF9GCAOkAyIqK8XjK7VVyII_AAU0WU-

WASHAR0036522

ELSZj_kcMnNDuL5GzVfuEzGODeusZ1KUidHdSVE8sWtysrC1sQiHWc=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksQdDO9Q==]:
CBP Decision No. 18-04; Definition of Importer Security Filing Importer (ISF Importer)
* DOD NATIONAL INDUSTRIAL SECURITY PROGRAM OPERATING MANUAL (NISPOM)
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIyKF_JNkMTs6VEqaeVN
KZN-J6KOfLEfjQYDuW2HcC8k7jQ40moP2HkfPiA7AW-hWJ9hpiHaC6CvLw-xd_RQum0VDxyec-
ztyO_70Rf3B6DTh3OiWR2m_EN12j9vmPusEjiF-
nG2Ng7BAkFART405q2t4WpSLJ2fVfw==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
DoD 5220.22-M
- Last Amendment: 18 May 2016: Change 2
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIyKF_JNkMTs6VEqaeVN
KZN-J6KOfLEfjQYDuW2HcC8k7jQ40moP2HkfPiA7AW-hWJ9hpiHaC6CvLw-xd_RQum0VDxyec-
ztyO_70Rf3B6DTh3OiWR2m_EN12j9vmPusEjiF-
nG2Ng7BAkFART405q2t4WpSLJ2fVfw==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
Implement an insider threat program; reporting requirements for Cleared Defense Contractors; alignment with Federal
standards for classified information systems; incorporated and cancelled Supp. 1 to the NISPOM (Summary here
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI2O9BS06bEWWZQdSR
gWDT7NYny8kQNze2O9_53B7UvialQBf5CyAq7pmmvX81L9Rm_EozkusQp-
_ONbdb3UMNAvjkII8N2PXdakq2EoWSpuZ5yrOpv2XvO1l2QvqEHs2qzgPraDDw8i-
T284hj9IBWPx5dMPZnIFNbWJ3dvX9BRg&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].)
* EXPORT ADMINISTRATION REGULATIONS (EAR)
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI2O9BS06bEWW9McM
HVnPl5RmFRcPU5ZVe1zHA5RCoxDoccGzVmb8NKA036UD1ogS9WgcICW4SNprP_N3GuxUyxPU5Pgl2DCXxp5bIqcDH7DxIp
Zf2Av3nCRbU5KzJAA2ZCoWoUdxRmCBWoFIMecHIn73t5dann4bqrYWPWehr4tm9nY15O40dJtLp-
TD2raUQIbw4SU3LUqxI9UMAo4ixj4alU2yoBWACGMIXvBoSMBP2GFxE1fbpPUR0QKvM3Ul7hXsxaw8RG5DEmkITVWk2cU
=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
15 CFR Subtit. B, Ch. VII, Pts. 730-774
- Last Amendment: 5 Apr 2018: 83 FR 14580-14583
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI28pNThrKD5Hi9sB2Jwk
4fi8_gsuJY9v4zhG3oWKmGFBwjDxvjShT96ctIKsneI3X_mHDVsiWbwimdk5tLnKqjUPvwKO0_RWXsU6ge1sybh0DWkok0X
MB9PICXFRYnJ015Ix1gAT4Ohz3zDk2IPzChQRFgVLqoT0-zFarPEuINKDWq7S4l762e0=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
Reclassification of Targets for the Production of Tritium and Related Development and Production Technology Initially
Classified Under the 0Y521 Series [Imposes License Requirements on Transfers of Specified Target Assemblies and
Components for the Production of Tritium, and Related "Development" and "Production" Technology.]
* FOREIGN ASSETS CONTROL REGULATIONS (OFAC FACR)
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIx068SbCDkJX8gfEKxmZ
op9w2LpR7fT7j8_hKa2Mjg0WIhMHseIhfvgkw0Re9VOzNBW6vRjoMbzg9NidWFz-
8FF9IDXkdMoUfONdxqGd3YC545Hj_uXkXwFFYUjyEO6sjUhvBLTJ_WONOL7Aw6F4cvYjqxTXIN2S8r9ZDYMQvwYBwTk-
YEIm6kW0JnF2SZlmJ0Tv1LP9ZbO9ndKct3LKz21X0bl62_CUOroUxhy19TE_NNFETy1olSWxWCJauiAGFwfSBN3C937u&c=l0f
nDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
31 CFR, Parts 500-599, Embargoes, Sanctions, Executive Orders
- Last Amendment: 19 Mar 2018: 83 FR 11876-11881
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIySfriFAg_ZrVdLA43QAu
2S9DrLmZWqVVwg1t0WAlolEy7feNG63vmqZvEvNYqrGBDweeimytv6DFa6_rXgkLhTFo3HxsUINsZTEY5StQUyTym2u_oqk
vHCxi-wJwKC7MjEuQH6z6DYPK5JP9RaqqX9Bp_awzl28CUlLVRYXjd4URqGrQ9fSAG0=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:

WASHAR0036523

Inflation Adjustment of Civil Monetary Penalties
* FOREIGN TRADE REGULATIONS (FTR)
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIx068SbCDkJX-
DU6gHscC5th5ds77MZMf9c2TP5WXOXVxPiWPb3hJS54yrd4eX-02TbgrfeIX8Y5gVp2JGofxPVtcgDFv7OEUY-
IN2DWRiXflmLMdB_SSgcz-4XFoN-
tEQraT_1kIwZv5GCa2LVXKVFQfNMdDbkfG3_K_cLOxsYbG9pnm57MQDtNrvytLCTDQrXqvf5QYl9akvAWLLqiD2EhRM812lz
BwnGLaqJ_W_ehLQ4qKKJahmVkMgBzA0rFhL1nPbaZe4s1cGCq2kH4sK8=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
15 CFR Part 30
- Last Amendment: 24 Apr 2018: 3 FR 17749-17751
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI29bM-
lqpozQfC4ri3FWUyXz_w7ym0mnwQtlBnFpGz61Y3FUVylzBTH0o0rcpOUHmPrf11CFspZIq0YJYsh1Cn5cg31Pe8Lxa13DZbzc
sA0gmEQ846PDsfCw7FVKK-
ysOe6iIeILOvGLqtWXMQCj7FYcCX0ByYFkWpLoH1JHKlMtdi6wsqqiGYo=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
Foreign Trade Regulations (FTR): Clarification on the Collection and Confidentiality of Kimberley Process Certificates
- HTS codes that are not valid for AES are available here
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI8Axb1n4zd6z0Q6ECBk
wx85Z9mZGDWtWyeuDnpaE9HNhkDX-mzZnrbENy2lTpNIxjPhkZCy8jiDG7I_mPTJPmqdlsltMcyH3T8-
d0u7oMwBLDv7O5WxW914PjnhCBIiYY6z2ZrlfkjwToHF6uCkVYv2U-
7dmzwlNZ4FHGXLpnaY2pr4yFxYDJSrRmMFlLu56I9J_jNHxSokB&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
- The latest edition (30 Apr 2018) of Bartlett's Annotated FTR ("BAFTR"), by James E. Bartlett III, is available for
downloading in Word format. The BAFTR contains  all FTR amendments, FTR Letters and Notices, a large Index, and
approximately 250 footnotes containing case annotations, practice tips, Census/AES guidance, and explanations of the
numerous errors contained in the official text. Subscribers receive revised copies in Microsoft Word every time the FTR
is amended. The BAFTR is available by annual subscription from the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI5NtJe665gwmlR6CAoJ2
EKqOtcqCG9E60290OZxuUWzrC0tLK1IjKBr5nCN3BG8cscCLnGKHUNddck-
vKbczav9MgMQPE8jXsBLTfptAzJ3huSUSMFNeLt7kRROtgeFT24h3ZGH7ZR2v&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
BITAR subscribers are entitled to a 25% discount on subscriptions to the BAFTR.
Government employees (including military) and employees of universities are eligible for a 50% discount on both
publications at www.FullCircleCompiance.eu
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI_BkyxGRUQquYa996vC
7w52hGH3gONCKJFxWjw-
LfdoK2M12MuKH18OEsqunErLP2uyPhA125TKUSzW29eu8ntqLQ5IJPmvkOAf0iQpbKTBJkFqe5wsKm9_sexIGbyvFEA==&c=
l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
* HARMONIZED TARIFF SCHEDULE OF THE UNITED STATES (HTS, HTSA or HTSUSA)
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI-dJrE2MmB60y90_s-
iEO-
rboejFtmnb09IEdNwAJbnnPgCooweFRG4oxkw0BjmyEc62_EVjJU9CqFJDztxJxQ9gARBIq2EWGFkdttG3uLzouIiVMs_lZL79v
DzpQGBRSA==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==],
1 Jan 2018: 19 USC 1202 Annex. ("HTS" and "HTSA" are often seen as abbreviations  for the Harmonized Tariff Schedule
of the United States Annotated, shortened versions of "HTSUSA".)
- Last Amendment: 25 Apr 2018: Harmonized System Update 1806
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIxxne7eQ-
PfPdWfFVtdFBnqE3XMlhSXQG3Ahme3sG33jRn5qkCFpL28ikArMWRKz4Df_lIlkMCRjM58fyP-B4bsBWnqil-lUFL06tP-UDiFa-
46417ZQ6J1TIM3i2B11TiR8Sv13JYCIw7MhbgRStrn0TKNHkO33wEl_KECyFZkl2_XatwMd01hG1rLZBC8JmQ==&c=l0fnDpxY

WASHAR0036524

IEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]
[contains 5,993 ABI records and 1,287 harmonized tariff records.]
- HTS codes for AES are available here
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI4hNZy8OFg1dje3uh0G
CZiTfUFa1lqrNGXDPo-aZFdCtSFK-h93p90IjmD1v4ctprBoIVyIDu9uMdSn7IP3iBXx54wKAVHmF1aXx-
v88GqqPFC5VojbX_t4GlBNdP5GW8rLWA1NZdZrKqquKmNsFlP9NyYrKJNSh-cB30n2X7Mlj8EjHMd2-
SSyzYAHuq4PH0qswZP3QBLQ1&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
- HTS codes that are not valid for AES are available here
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI8Axb1n4zd6z0Q6ECBk
wx85Z9mZGDWtWyeuDnpaE9HNhkDX-mzZnrbENy2ITPnIxjPhkZCy8jiDG7I_mPTJPmqdlsltMcyH3T8-
d0u7oMwBLDv7O5WxW914PjnhCBliYY6z2ZrlfkjwToHF6uCkVYv2U-
7dmzwlNZ4FHGXLpnaY2pr4yFxYDJSrRmMFlLu56I9J_jNHxSokB&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
* INTERNATIONAL TRAFFIC IN ARMS REGULATIONS (ITAR)
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIx068SbCDkJXxNY2e03q
mmjxmyOAu9LFelPFbuAhjyzBwaQVcAFzpIUolx0RcdSiqqRQSnNSXVVu2gJmSyoW_BwksoP6ueRp9Do2U6HGRZrA5UpHZK
s35IgoaL4KpvywRDgdnfqus06g_ULXUgbmXAPYs7u0psB1xjzUI66K3TdCUgkJzPASs8BQvWx-yK7VPWZfJ_5UtzGnIR_-
7gmu6T3dkl7Dd6nVM0HrfXTZeokkrQcXTsMtVG3KcJUxEYAWJxIrZup9B77Q&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
22 C.F.R. Ch. I, Subch. M, Pts. 120-130.
- Last Amendment: 14 Feb 2018: 83 FR 6457-6458
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI1mRwXBkSFcai-
nzX4kUbwk-
7xn05AjfojHNO2ZtcITgpF2inQW1bfbum4ATQ3n1NawszKBnyRS45p6W0B9gvU0mVHkuxfLgWoO8lvhSOQ0rcIQptS4v-
sRNeNT3CxqJRiU7t644cX1XjTHeEl3SeczVoQe7QsoGQlqSs10SlXGJlqmda7-832M=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]:
Amendment to the International Traffic in Arms Regulations: Addition of South Sudan [Amends ITAR Part 126.]
- The only available fully updated copy (latest edition: 25 Apr 2018) of the ITAR with all amendments is contained in
Bartlett's Annotated ITAR ("BITAR"), by James E. Bartlett III. The BITAR contains all ITAR amendments to date, plus a
large Index, over 800 footnotes containing amendment histories, case annotations, practice tips, DDTC guidance, and
explanations of errors in the official ITAR text.
Subscribers receive updated copies of the BITAR in Word by email, usually revised within 24 hours after every ITAR
amendment. The BITAR is available by annual subscription from the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI1d0N2Qg0pLAGqoOka
O41kN1ZtoFyX3kgBN_hmxxvSLbwIwSNTbRBfBOxk9Zy-RlZhz_4WoCutPK9kELglOqMSTi5MzFQXXz1LE3f-
In9tAdkc9vnMRcZcpI51tOlbEOKg==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
BAFTR subscribers receive a 25% discount on subscriptions to the BITAR, please contact us
[mailto:jebartlett@fullcirclecompliance.eu] to receive your discount code.
back to top
* * * * * * * * * * * * * * * * * * * * *

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

14. Weekly Highlights of the Daily Bugle Top Stories
(Source: Editor)
Review last week's top Ex/Im stories in "Weekly Highlights of the Daily Bugle Top Stories" published here
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI_BkyxGRUQquYa996vC
7w52hGH3gONCKJFxWjw-
LfdoK2M12MuKH18OEsqunErLP2uyPhA125TKUSzW29eu8ntqLQ5IJPmvkOAf0iQpbKTBJkFqe5wsKm9_sexIGbyvFEA==&c=

WASHAR0036525

l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
back to top
* * * * * * * * * * * * * * * * * * * *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EDITORIAL POLICY
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

* The Ex/Im Daily Update is a publication of FCC Advisory B.V., compiled by: Editor, James E. Bartlett III; Assistant Editors, Alexander P. Bosch and Vincent J.A. Goossen; and Events & Jobs Editor, John Bartlett. The Ex/Im Daily Update is emailed every  business day to approximately 8,000 readers of changes to defense and high-tech  trade laws and regulations. We check the following sources daily: Federal Register, Congressional Record, Commerce/AES, Commerce/BIS, DHS/CBP, DOE/NRC, DOJ/ATF, DoD/DSS, DoD/DTSA, FAR/DFARS, State/DDTC, Treasury/OFAC, White House, and similar websites of Australia, Canada, U.K., and other countries and international organizations.
  Due to space limitations, we do not post Arms Sales notifications, Denied Party listings, or Customs AD/CVD items.
* RIGHTS & RESTRICTIONS: This email contains no proprietary, classified, or export-controlled information. All items are obtained from public sources or are published with permission of private contributors, and may be freely circulated without further permission, provided attribution is given to "The Export/Import Daily Bugle of (date)". Any further use of contributors' material, however, must comply with applicable copyright laws.
* CAVEAT: The contents of this newsletter cannot be relied upon as legal or expert advice.  Consult your own legal counsel or compliance specialists before taking actions based upon news items or opinions from this or other unofficial sources.
  If any U.S. federal tax issue is discussed in this communication, it was not intended or written by the author or sender for tax or legal advice, and cannot be used for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter.
* SUBSCRIPTIONS: Subscriptions are free.  Subscribe by completing the request form on the Full Circle Compliance website
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI_BkyxGRUQquYa996vC7w52hGH3gONCKJFxWjw-
LfdoK2M12MuKH18OEsqunErLP2uyPhA125TKUSzW29eu8ntqLQ5IJPmvkOAf0iQpbKTBJkFqe5wsKm9_sexIGbyvFEA==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
* BACK ISSUES: An archive of Daily Bugle publications from 2005 to present is available HERE
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWI2Ziijk0NucnAb5Ye1cEJo_vdgk5OUgtXzPEACZI6UMr2bV3Mx_9O_LRvFZMKjxSpeZzJMf6vtGZAuNbM4HSTSww-G3g-oci-
mPyfAEaaCuI0LAus7TB_IKhQ6jgV-
Zqmhq9WSbgZk2HfpR3SUq5GWMca8eIBditIG0iPcrk7UbPWWATeo2aTsSGkRG3EkNWfCQlvzLzExrFdGSc-
9LUIebf2ejD68bbNdEnRtMiPcW3kaJJCb-iRM5lGfb66BHBSgJzDMKOH9OaylU8Y0oJh2QJiexXBJyFaCuFQQwlnd-
X&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==].
* TO UNSUBSCRIBE: Use the Safe Unsubscribe link below.
back to top
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Stay Connected
View our profile on LinkedIn
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIx068SbCDkJXuI2cdJsLSfc6BBcWLU4VK0okrWw9v2f9qvo3tgEDXkoTiLcx-
kzHz9w1OE03fGlH6Hr9Rt7q7KrS9JR1MiUi7e66w3etsQLwRaN33iSawNo=&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]

WASHAR0036526

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The Daily Bugle |  www.FullCircleCompliance.us
[http://r20.rs6.net/tn.jsp?f=001SugJDd0jInvaOikQOL_lzZ2kvEoPVoCET3zb1BQ3_WeaE9uVGCaWIx068SbCDkJXkfijRivT2T
RRaswkIxgPN_OB8a_hSEpPFHl2kFzCLlTu1R5yO0PYfry58nawpQ2oFuxDyYfozRG1qgQe83uFjlHcuGBZeRqs7F4UbrQNzLaW
fm3-yKPKEA==&c=l0fnDpxYIEkDklfM6UJWWv8r7-
VWFECkMu_JKYt5D7c5yaMEE9Pz5w==&ch=c7GOeMSzY0vIEZOi6iPtRk01mAOzgJ1ksNeoU68FxWK0ZkKV6dDO9Q==]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Copyright © 2018. All Rights Reserved.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Forward this email
http://ui.constantcontact.com/sa/fwtf.jsp?llr=ucvuy5nab&m=1114502747220&ea=$pauljm@state.gov$&a=113053012
1728

This email was sent to pauljm@state.gov by jebartlett@fullcirclecompliance.eu.

Update Profile/Email Address
https://visitor.constantcontact.com/do?p=oo&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-
b5f6-d4ae5275505f&ca=c9c8a393-39bd-4f94-b9f1-b0f38febd4da


Instant removal with SafeUnsubscribe(TM)
https://visitor.constantcontact.com/do?p=un&m=001YlWYpINQCyJkyin0zT949g%3D%3D&ch=c9ddae80-7d49-11e3-
b5f6-d4ae5275505f&ca=c9c8a393-39bd-4f94-b9f1-b0f38febd4da
Privacy Policy:
http://www.constantcontact.com/legal/service-provider?cc=about-service-provider




FCC Advisory B.V. | Landgoed Groenhoven | Dorpsstraat 6 | Bruchem | 5314 AE | Netherlands

WASHAR0036527

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Friday, July 20, 2018 2:24 PM |
| **To:** | Fite, David (Foreign Relations); Rice, Edmund; Miller, Michael F; Darrach, Tamara A |
| **Cc:** | McCormick, Jamie; Oliver, Stacie (Foreign Relations) |
| **Subject:** | RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms |

I will pass back these questions to our team, and we look forward to discussing them with you in person to the extent that they fall within the context of our responsibilities under the AECA.

Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
Sent: Friday, July 20, 2018 2:10 PM
To: Paul, Joshua M <PaulJM@state.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Miller, Michael F <Millermf@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

But it's State's changes that are allowing this to be implemented right? And it's these changes that State will take, especially pursuant to the authority in 126.2, that will allow this information to be disseminated worldwide without a license, without penalty, right?

Do you mean to tell us this question did not arise or was not fully considered during the (presumably) interagency deliberation on the settlement agreement?  Or do you have answers to these questions, but State isn't willing to tell us?

Additionally, State is about take an action to suspend the application of ITAR restrictions on the publication of controlled information/technology on the Internet for a temporary period of time, BEFORE the reg change transferring the defense items that the information/tech pertains to becomes final.  And what if that reg change does not become final, or is different from the draft rule?  In that instance, State will have allowed the worldwide transfer of export-controlled information "in the interest of the security and foreign policy of the United States"?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 2:01 PM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Hi David,

WASHAR0036528

We would need to refer you to TSA or other law enforcement organizations on this question.  The DDTC nexus on this issue was/is limited to our role in controlling exports of tech data, which is the only reason we got involved in the first place.

Josh

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 1:38 PM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Rice, Edmund
<Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Also, what are the law enforcement and counter-terrorism implications of this change?  Enabling the widespread acquisition of undetectable or largely-undetectable firearms would seem to be a bad idea, especially in protection of domestic and international airline flights from terrorist hijacking/attacks.  What changes will be required by TSA here and abroad to deal with this?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:42 AM
To: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Understood, and that's helpful information.  We'll round back and be in touch.

Official
UNCLASSIFIED

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:32 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Fite, David (Foreign Relations)
<David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

A phone call would be only a first step for we four.  I expect that as news of this settlement spreads, there will be a requirement to brief a number of Congressional staff and then Members.

WASHAR0036529

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:21 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Hello,

We've actually been in the process of putting together a briefing for you on this - with the intent being to provide a phone call early next week.  Would that work?

Josh

Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 11:10 AM
To: 'Rice, Edmund' <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

As well as State's view of State's legal liability to this suit in the first place.

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:03 AM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua <pauljm@state.gov<mailto:pauljm@state.gov>>; Darrach, Tamara <darrachta@state.gov<mailto:darrachta@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms
Importance: High

Mike, et.al<https://urldefense.proofpoint.com/v2/url?u=http-3A__et.al&d=DwQFAg&c=L93KkjKsAC98uTvC4KvQDTmmq1mJ2vMPtzuTpFgX8gY&r=qK7_ZRFYXD_2-oNGpZDaSv48Ivvk3sok_Kc-8ucoEbs&m=INcZ7Lzqeg9FRKxUQ74geJdNZKtHf7E_XypzmUYkPwY&s=WDbfGOTuqtofudKGj_R9heOE3es9SbkzJomT50T-7pA&e=>.:
This is to request a briefing on the terms of the settlement (attached) that the State Department entered into June 29th regarding Defense Distributed et al v. United States Department of State et al, Western District of Texas, Civil Docket # 1:15-cv-00372-RP. This is the suit brought by several persons who want to make available online software for manufacture via 3-D printing of firearms, including plastic firearms.

WASHAR0036530

In particular, item 1(b) indicates that State will amend the ITAR to remove the subject software from the USML by July 27th.   Several House Members have brought this matter to Rep. Engel's attention and I have been asked to look into this ASAP. I expect that Jamie, David and Stacie also would need to know about this.

Perhaps this could be covered at our July 25th arms transfer meeting.  One way or another, I need a briefing on this prior to July 27th.

Ed


Edmund B. Rice
Senior Professional Staff Member
Democratic Staff
House Foreign Affairs Committee
B-360 Rayburn House Office Bldg.
202-226-8467

WASHAR0036531

| From: | Gary Stanley <gstanley@glstrade.com> |
|---|---|
| Sent: | Thursday, May 24, 2018 11:13 PM |
| To: | Michael F.Miller |
| Subject: | Defense and Export-Import Update (May 24, 2018) |

**Dear All,**

**Good Day!**

***Gary Stanley's EC Tip of the Day:*** **ITAR § 123.26 provides that any person engaging in an export, reexport, transfer, or retransfer of a defense article or defense service pursuant to an exemption must maintain records of each such export, reexport, transfer, or retransfer. The records shall, to the extent applicable to the transaction and consistent with the requirements of IAR § 123.22 of this subchapter, include the following information: A description of the defense article, including technical data, or defense service; the name and address of the end-user and other available contact information (*e.g.*, telephone number and electronic mail address); the name of the natural person responsible for the transaction; the stated end-use of the defense article or defense service; the date of the transaction; the Electronic Export Information (EEI) Internal Transaction Number (ITN); and the method of transmission. The person using or acting in reliance upon the exemption shall also comply with any additional recordkeeping requirements enumerated in the text of the regulations concerning such exemption (*e.g.*, requirements specific to the Defense Trade Cooperation Treaties in ITAR §§ 126.16 and 126.17.**

**Today's Items:**

1. **State and Commerce Publish Previously Announced Proposed Changes on Firearms, Guns**
2. **OFAC Targets Procurement Networks and 31 Aircraft Associated with Mahan Air and Othe**
3. **White House Publishes Executive Order Prohibiting Additional Transactions with Venezue**
4. **UK Sanctions and Anti-Money Laundering Act 2018 Comes Law**
5. **DoD/DSS Announce Upcoming Release of DSS DSS Assessments and Authorization Proce**
6. **State Dept. to Hold Public Meeting on on Micro, Small and Medium- Sized Enterprises (MS International Trade Law (UNCITRAL) Commission Session for 2018**
7. **WTO News**
8. **U.S. Customs and U.S. Census/AES Updates**
9. **Commerce/Enforcement and Compliance and U.S. International Trade Commission Action**
10. **GAO Reports, Testimony, and Correspondence of Interest**

**Other Headlines**

11. **U.S. Bill Would Force Tech Companies to Disclose Foreign Software Probes**

1

WASHAR0036532

12. **U.S. Launches Auto Import Probe, China Says Will Defend Interests**

13. **Trump Identifies His Trade Weapon of Choice, to the Dismay of Congress**

14. **India Takes U.S. Steel Tariffs Complaint to the WTO**

15. **A Bid to Increase Gun Exports, Stalled After Sandy Hook, Moves Ahead**

16. **Pentagon Moving to Expedite Weapons Exports to Allied Nations**

17. **U.S. Senate Defense Bill Would Bar Turkey from Buying F-35 Jets**

18. **Is the US Out as Turkey's Top Western Arms Dealer?**

19. **Man Accused of Smuggling Grenade Launcher in Federal Custody**

20. **Canada Blocks Chinese Takeover of Aecon on National Security Grounds**

21. **NASA Chief Lays Out Lunar-Exploration Plans, Commits to Climate-Change Research**

22. **New Policy Directive Implements Commercial Space Regulatory Reforms**

23. **House Passes $717 Billion Defense Bill**

24. **Nafta Talks Stalled on U.S. Demands**

25. **GDPR Takes Effect on Friday—Here's What to Expect**

26. **Army AMC Head Wants to Stop Buying Ships**

27. **Air Force to Boost Rapid Prototyping Funding for Space Systems**

28. **Navy, Boeing Tout Block III Super Hornet as Partner for F-35**

29. **SEAL Teams Need Better Communications, Battery Tech**

30. **New Reconnaissance Tools Needed to Assist Special Operators, Partners**


**Upcoming Export Control and Other Trade Compliance Conferences**

# 1.  State and Commerce Publish Previously Announced Proposed Changes o

(83 Fed. Reg. 24198) - The U.S. Department of State's Directorate of Defense Trade Controls (DDTC) proposes to amend the International Traffic in Arms Regulations (ITAR) to revise Categories I (firearms, close assault weapons and combat shotguns), II (guns and armament) and III (ammunition and ordnance) of the U.S. Munitions List (USML) to describe more precisely the articles warranting export and temporary import control on the USML. Items removed from the USML would become subject to the Export Administration Regulations (EAR). Interested persons have until July 9, 2018, to submit their comments.

(83 Fed. Reg. 24166) - The U.S. Department of Commerce's Bureau of Industry and Security (BIS) has proposed changes to the EAR to address how articles the President determines no longer warrant control under United States Munitions List (USML) Category I – Firearms, Close Assault Weapons and Combat Shotguns; Category II – Guns and Armament; and Category III – Ammunition/Ordnance would be controlled under the Commerce Control List (CCL). This proposed rule is being published simultaneously with a proposed rule by the Department of State that would revise Categories I, II, and III of the USML to describe more precisely the articles warranting continued control on that list. Interested persons have until July 9, 2018, to submit comments.

WASHAR0036533

## 2.  OFAC Targets Procurement Networks and 31 Aircraft Associated with Ma

The U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) has designated nine individuals and entities procuring export-controlled, U.S.-origin goods for sanctioned Iranian airlines. They were designated as Specially Designated Global Terrorists (SDGTs) pursuant to Executive Order (E.O.) 13224, which targets terrorists and those providing support to terrorists or acts of terrorism. OFAC also identified 31 aircraft in which entities previously designated under E.O. 13224 have an interest. In particular, OFAC alerts the aviation community to the sanctions risk for those maintaining commercial relationships with Mahan Air and other designated Iranian airlines, including Caspian Air, Meraj Air, and Pouya Air. Persons operating in the civil aviation industry should implement appropriate controls to ensure compliance with their legal requirements. Potentially sanctionable activities include, but are not limited to: procurement of aircraft parts and equipment, maintenance contracts, airline ground services and catering, interline transfer and codeshare agreements, general sales agent services, ticketing services and sales, marketing services, cargo cooperation agreements, cargo sales agent services and agreements, and freight forwarding services and agreements. Click here for further information identifying the sanctioned individuals, entities, and aircraft.

## 3.  White House Publishes Executive Order Prohibiting Additional Transacti

(83 Fed. Reg. 24001) - As reported earlier in Item 3 of the May 21 edition of *Defense and Export-Import Update*, President Trump has issued a new Executive Order prohibiting certain additional transactions with respect to Venezuela. All transactions related to, provision of financing for, and other dealings in the following by a United States person or within the United States are prohibited:

- The purchase of any debt owed to the Government of Venezuela, including accounts receivable;

- Any debt owed to the Government of Venezuela that is pledged as collateral after the effective date of this order, including accounts receivable; and

- The sale, transfer, assignment, or pledging as collateral by the Government of Venezuela of any equity interest in any entity in which the Government of Venezuela has a 50 percent or greater ownership interest.

## 4.  UK Sanctions and Anti-Money Laundering Act 2018 Comes Law

The U.K. Sanctions and Anti-Money Laundering Act of 2018 has received royal assent and has thus become law. Click here for its legislative history.

## 5.  DoD/DSS Announce Upcoming Release of DSS DSS Assessments and Aut

The NISP Authorization Office (NAO) within the U.S. Department of Defense's Defense Security Service has announced the upcoming release of the DSS Assessments and Authorization Process Manual (DAAPM) 1.3 in its continuing effort to provide users with the most up-to-date requirements of the Risk Management Framework (RMF) process. This version update revolves around two specific areas of interest and goes into effect on June 4, 2018. Version 1.3 supersedes all previous versions of the DAAPM. First area of interest is

WASHAR0036534

the inclusion of a recommended 90-day submission period for RMF packages. This change is located at the beginning of Section 6, which has been renamed to "Assessment and Authorization Implementation Guidance." The rationale for the change is to ensure that both Industry and DSS allow time to sufficiently work the packages before and after submission. Next area of interest is defining who (cleared Industry or DSS) has responsibility for each step of the process. Contained in Section 6 is a walk-through of each RMF step with tasks and who is responsible for those tasks. In summary, Industry is responsible for Step 1, Step 2, Step 3, the first part of Step 4 and the first part of Step 6. DSS is responsible for the second part of Step 4, Step 5 and the second part of Step 6. Additionally, the flowchart in Section 5 is updated to reflect ownership of each step. Finally, the Concurrence Form has been eliminated. The intent of these updates is to eliminate confusion.

## 6.  State Dept. to Hold Public Meeting on on Micro, Small and Medium- Sizeᵈ Nations Commission on International Trade Law (UNCITRAL) Commissiᵒ

(83 Fed. Reg. 24145) - The U.S. Departmento of State's Office of the Assistant Legal Adviser for Private International Law has announced that the Advisory Committee on Private International Law (ACPIL) will hold a public meeting via teleconference to discuss several matters relating to small and medium-sized enterprises (MSMEs) in advance of the United Nations Commission on International Trade Law (UNCITRAL) Commission Session for 2018. The ACPIL public meeting will take place on Tuesday, June 12, 2018, from 10 AM to 12:00 PM EDT via teleconference. Public Those planning to participate should email pil@state.gov to obtain the call-in number. The UNCITRAL Commission Session, which will be held June 25 through July 13, will, among other things, finalize and adopt a Legislative Guide on Key Principles of a Business Registry (A/CN.9/940) and an instrument on Reducing the Legal Obstacles Faced by MSMEs (A/CN.9/941). Additionally, the Commission will consider a proposal by the Government of Italy on possible future work by UNCITRAL on alternative forms of organization to corporate like models (contractual networks) (A/CN.9/ 954). The Commission documents will be available here.

## 7.  WTO News

- DG AZEVÊDO IN PAPUA NEW GUINEA: 'WTO GIVES SMALLER ECONOMIES THE PLATFORM TO SUCCEED': Director-General Roberto Azevêdo visited Port Moresby, Papua New Guinea, on 24 May, meeting with Minister Rimbink Pato to discuss how trade can continue to serve the country in the years to come. The Director-General noted the importance of the WTO in giving smaller economies like Papua New Guinea the support and the platform they need to succeed in global markets. They discussed the role of trade in relation to recovery from natural disasters, the sustainability of oceans, and building a more inclusive global economy. The Director-General welcomed Papua New Guinea's ratification of the Trade Facilitation Agreement, which could potentially cut trade costs for the country by up to 13.9 per cent. While in Port Moresby, DG Azevêdo also spoke at the launch of a new APEC discussion series at the University of Papua New Guinea. His speech is available below.

## 8.  U.S. Customs and U.S. Census/AES Updates

4

- U.S. Customs - Notice of Issuance of Final Determination Concerning Country of Origin of Fleetcam Vehicle Cameras - CBP has issued a final determination concerning the country of origin of a vehicle digital video camera known as the FleetCam™. Based upon the facts presented, CBP has concluded that the processing in the United States does not substantially transform the imported digital video cameras for purposes of U.S. Government procurement.

- U.S. Customs - CSMS #18-000359 Title: Updated Truck Manifest Implementation Guides supporting In-bond Reg changes

- U.S. Customs - CSMS #18-000360 Title: Upcoming ACE Enhancements Announced

- U.S. Customs - CSMS #18-000361 Title: HTS Query

- U.S. Customs - CSMS #18-000362 Title: FDA End-Dating CDER Product Codes and New CDER Product Codes

- U.S. Customs - AES Letter of Intent

- U.S. Customs - Customs Bulletin and Decisions

  Index

  General Notices

  U.S. Court of International Trade Slip Opinions

- U.S. Census - Preliminary April steel imports were $3.1 billion (3.4 million metric tons) compared to the preliminary March totals of $2.8 billion (3.0 million metric tons).

## 9.  Commerce/Enforcement and Compliance and U.S. International Trade C

- USITC - Certain Amorphous Metal and Products Containing Same: Amending the Complaint and Notice of Investigation

## 10.  GAO Reports, Testimony, and Correspondence of Interest

- DEFENSE INFRASTRUCTURE: DOD Needs to Improve the Accuracy of Its Excess Capacity Estimates GAO-18-230: Published: May 24, 2018. Publicly Released: May 24, 2018.

- DOD MAJOR AUTOMATED INFORMATION SYSTEMS: Adherence to Best Practices Is Needed to Better Manage and Oversee Business Programs GAO-18-326: Published: May 24, 2018. Publicly Released: May 24, 2018.

- SMALL UNMANNED AIRCRAFT SYSTEMS: FAA Should Improve Its Management of Safety Risks GAO-18-110: Published: May 24, 2018. Publicly Released: May 24, 2018.

WASHAR0036536

- WARFIGHTER SUPPORT: An Assessment of DOD Documents Used in Previous Efforts to Rebalance to the Pacific GAO-18-192: Published: May 24, 2018. Publicly Released: May 24, 2018.

## Other Headlines

## 11. U.S. Bill Would Force Tech Companies to Disclose Foreign Software Prob

Reuters.com, May 24 - U.S. tech companies would be forced to disclose if they allowed American adversaries, like Russia and China, to examine the inner workings of software sold to the U.S. military under proposed legislation, Senate staff told Reuters on Thursday. The bill, approved by the Senate Armed Services Committee on Thursday, comes after a year-long Reuters investigation found software makers allowed a Russian defense agency to hunt for vulnerabilities in software that was already deeply embedded in some of the most sensitive parts of the U.S. government, including the Pentagon, the Federal Bureau of Investigation and intelligence agencies. Security experts say allowing Russian authorities to conduct the reviews of internal software instructions — known as source code — could help Russia find vulnerabilities and more easily attack key systems that protect the United States.

## 12. U.S. Launches Auto Import Probe, China Says Will Defend Interests

Reuters.com, May 23 - The Trump administration has launched a national security investigation into car and truck imports that could lead to new U.S. tariffs similar to those imposed on imported steel and aluminum in March. The national security probe under Section 232 of the Trade Expansion Act of 1962 would investigate whether vehicle and parts imports were threatening the industry's health and ability to research and develop new, advanced technologies, the Commerce Department said on Wednesday. "There is evidence suggesting that, for decades, imports from abroad have eroded our domestic auto industry," Commerce Secretary Wilbur Ross said in a statement, promising a "thorough, fair and transparent investigation."

## 13. Trump Identifies His Trade Weapon of Choice, to the Dismay of Congres

Wall Street Journal.com, May 24 - President Donald Trump's use of a national security law to threaten tariffs on imported cars drew widespread criticism Thursday, including sharp rebukes from senior members of his own Republican Party. Lawmakers, the auto industry and foreign trade partners were among those lambasting Mr. Trump's move Wednesday to order a review of imported vehicles and auto parts under Section 232 of the Trade Expansion Act, the same law Mr. Trump used to impose tariffs on imported steel and aluminum in March. "The president needs to use the national security waiver in ways that I think visibly meet the test," said Sen. Roy Blunt (R., Mo.). "I didn't think aluminum and steel met the test. I certainly don't think automobiles I meet the test."

## 14. India Takes U.S. Steel Tariffs Complaint to the WTO

Reuters.com, May 23 - India has launched a complaint against the United States to challenge U.S. President Donald Trump's tariffs on steel and aluminum, a filing published by the World Trade Organization showed on Wednesday. Indian officials told Reuters last month that their government would open a WTO dispute if the country's firms were not granted an

WASHAR0036537

exemption. Trump imposed the tariffs in March, levying 25 percent on steel imports and 10 percent on aluminum. He said they were justified by national security concerns and therefore outside the WTO's remit. India, China, Russia, Japan, Turkey and the European Union have all dismissed that claim, regarding the U.S. tariffs as "safeguards" under the WTO rules, entitling them to a combined $3.5 billion in annual compensation.

## 15. A Bid to Increase Gun Exports, Stalled After Sandy Hook, Moves Ahead

New York Times.com, May 23 - The Trump administration wants to streamline the process for exporting American firearms, a change sought for years by domestic gun companies as a way to increase sales. A proposed rule expected to be published in the Federal Register on Thursday would transfer jurisdiction of consumer gun exports from the State Department, where the licensing process is expensive and extensive, to the Commerce Department, which has a simpler application process. Publication of the rule kicks off a 45-day comment period, after which departments including State and Commerce will review corrections and suggestions and then send a revised draft to Congress before final publication. Gun industry groups said that the shift, which was first conceived during the Obama administration but halted after the Sandy Hook school shooting in 2012, would pare down a bureaucratic process that currently discourages American firearms companies from sending their products abroad.

## 16. Pentagon Moving to Expedite Weapons Exports to Allied Nations

National Defense Magazine.org, May 23 - The Defense Department is implementing a series of initiatives aimed at expediting weapons sales to foreign partners, said the undersecretary of defense for acquisition and sustainment May 23. One of the Pentagon's top priorities is to better streamline the foreign military sales process, said Ellen Lord during remarks at the National Defense Industrial Association's Special Operations Forces Industry Conference in Tampa, Florida. Lord's office wants to "promote allied readiness by enhancing military capacity through targeting improvements in foreign military sales," she said. The effort aligns with Secretary of Defense Jim Mattis' push to strengthen alliances and partnerships, she said. "History is very clear — nations with strong allies thrive while those without them decline," Lord said. "Interoperability underpins this line of effort as it is a priority for operational concepts, modular force elements, communications, information sharing and weapon systems."

## 17. U.S. Senate Defense Bill Would Bar Turkey from Buying F-35 Jets

Reuters.com, May 24 - A U.S. Senate committee passed its version of a $716 billion defense policy bill on Thursday, including a measure to prevent Turkey from purchasing Lockheed Martin F-35 Joint Strike Fighter jets. The amendment to the National Defense Authorization Act, or NDAA, from Democratic Senator Jeanne Shaheen and Republican Senator Thom Tillis, would remove Turkey from the F-35 program over its detention of U.S. citizen Andrew Brunson, Shaheen's office said. Brunson, a Christian pastor who could be jailed for up to 35 years, denied terrorism and spying charges in a Turkish court this month. He has been in pre-trial detention since 2016. It also faults NATO ally Turkey for its agreement with Russia in December to buy S-400 surface-to-air missile batteries. Ankara wants the system to boost its defense capabilities amid threats from Kurdish and Islamist militants at home and conflicts across its borders in Syria and Iraq.

WASHAR0036538

## 18. Is the US Out as Turkey's Top Western Arms Dealer?

DefenseNews.com, May 24 - Britain may replace the U.S. as Turkey's major Western weapons supplier, as the two European nations are set to take a "strategic" turn in an already growing defense relationship. Turkey and Britain have been negotiating a comprehensive trade agreement in anticipation for the latter's exit from the European Union. According to a British diplomat in Ankara, the two NATO allies agree on the importance of "doing the maximum in their capacity in the field of defense." "Both partners have a long-term, strategic view of their cooperation on defense technologies," he said. A Turkish presidential aide said both countries agree "a significant part of the [post-Brexit] trade deal will involve defense technologies and cooperation on several systems." Defense cooperation was a major part of government-to-government talks during Turkish President Recep Tayyip Erdogan's state visit to London on May 15. Turkey's top procurement officer, Ismail Demir, was, among other senior officials, in Erdogan's delegation.

## 19. Man Accused of Smuggling Grenade Launcher in Federal Custody

The Monitor.com, May 24 - A man attempting to smuggle a grenade launcher into Mexico made his initial appearance in federal court Tuesday. Miguel Angel Gutierrez stood before U.S. Magistrate Judge Peter E. Ormsby on Tuesday morning in connection with an attempt to smuggle a grenade launcher barrel into Mexico the day before. U.S. Customs and Border Protection officers arrested Gutierrez Monday in connection with a firearms trafficking investigation conducted by agents with the U.S. Department of Homeland Security Investigations. Earlier this month HSI agents, as part of ongoing investigation, seized a M203 launcher barrel from an unnamed individual in Brownsville who told agents that the barrel was supposed to be smuggled into Mexico. According to the complaint, the man, who is not identified in the complaint, told agents that the barrel was supposed to be smuggled into Mexico.

## 20. Canada Blocks Chinese Takeover of Aecon on National Security Grounds

Reuters.com, May 23 - Canada has blocked a proposed C$1.51 billion ($1.18 billion) takeover of construction company Aecon (ARE.TO) by a Chinese state builder on national security grounds, underscoring rising wariness of Chinese firms buying up assets in Western countries. Aecon's takeover by overseas investment and financing arm of China Communications Construction Co Ltd. was scheduled to close in February. But this was delayed after Canada extended a national security review. . . . The Canadian government has now ordered CCCC International Holding Ltd not to implement the proposed investment to protect national security, Canadian Innovation Minister Navdeep Bains said in a statement on Wednesday.

## 21. NASA Chief Lays Out Lunar-Exploration Plans, Commits to Climate-Chan

Wall Street Journal.com, May 23 - NASA chief James Bridenstine unequivocally told a Senate panel that human activity is the primary cause of climate change, reversing his earlier skepticism, and sketched out a five-year, $52-billion lunar-exploration program. In his first testimony on Capitol Hill following a lengthy confirmation process during which critics attacked him for controversial environmental positions, Mr. Bridenstine on Wednesday received bipartisan support for many policy priorities. Under his direction, the National Aeronautics and Space Administration seeks to pursue various private-public partnerships to

WASHAR0036539

develop a family of spacecraft intended to return astronauts to the Moon by the early 2020s.
. . . Mr. Bridenstine also reiterated that by 2023, the U.S. will launch the first proposed
building blocks of a government-funded "gateway" for exploring deeper into the solar
system. More than previous NASA spending blueprints, the current plan aims to better
coordinate human and robotic missions to develop technologies needed to eventually reach
Mars. And the agency foresees extended stays by astronauts on the lunar surface as vital
steps toward that ultimate goal.

## 22. New Policy Directive Implements Commercial Space Regulatory Reforms

SpaceNews.com, May 24 - A new policy President Trump will sign May 24 will implement a
series of regulatory reforms to support commercial space recommended by the National
Space Council earlier this year. Space Policy Directive (SPD) 2, to be signed by the president
at the White House, includes several sections to carry out streamlining of launch and remote
sensing regulations, creation of a "one-stop-shopping" office for commercial space, and
reviews of radiofrequency and export control policy. Scott Pace, executive secretary of the
National Space Council, told reporters on a conference call May 24 that the policy is intended
to carry out recommendations enacted by the council at its most recent public meeting Feb.
21. "SPD-2 directs new policy with regards to commercial space regulations," he said. "The
United States is the greatest spacefaring nation on the planet. President Trump recognizes
space is crucial to our security, economy and international leadership."

## 23. House Passes $717 Billion Defense Bill

Wall Street Journal.com, May 24 - The House on Thursday passed a $717 billion defense-
policy bill that would give the military a 2.6% pay increase, the largest in nine years. The
bipartisan 351-66 vote sends the measure to the Senate, where a panel completed a
companion measure in a closed-door session on Wednesday. The annual measure sets
policies and a budget outline for the Pentagon that are funded by a subsequent
appropriations bill that typically follows its parameters fairly closely. The military received a
significant budget increase under the terms of a bipartisan pact passed earlier this year that
the Pentagon's many allies in Washington promise will address shortfalls in military
readiness, such as pilot training, maintenance of equipment and procurement of new
weapons systems.

## 24. Nafta Talks Stalled on U.S. Demands

Wall Street Journal.com, May 23 - Talks to renegotiate the North American Free Trade
Agreement have reached a stalemate, with Mexico and the U.S. hardening their positions
and both sides accusing one another of intransigence and inconsistency. Mexico and the U.S.
have clashed in recent weeks over U.S. demands for tighter automobile manufacturing rules
and over the so-called America First provisions that President Donald Trump wants to put in
any new deal in a bid to bring manufacturing jobs back to the U.S. These include removing
the international arbitration panels that currently resolve commercial disputes and creating a
sunset clause that would end the deal every five years unless explicitly renewed. Both
Mexico and Canada have described those measures as unacceptable.

## 25. GDPR Takes Effect on Friday—Here's What to Expect

WASHAR0036540

Wall Street Journal.com, May 24 - On Friday, European Union privacy cops will start enforcing the new privacy law called GDPR, or the General Data Protection Regulation. Here are answers to some common questions about the deadline: What is actually happening on Friday? Following a two-year grace period after the law was enacted in 2016, data-protection authorities in EU member countries will start enforcing the new law. Privacy lawyers expect regulators to scrutinize worst offenders first, showing off the law's teeth with the easiest-to-prove violations. Small mom-and-pop shops that hold little data—and that might have discovered only last month that the law applied to them—are likely to get more time. "The approach of this office will also be in areas of greatest risk," said Dale Sunderland, deputy commissioner for Ireland's Data Protection Commissioner.

## 26. Army AMC Head Wants to Stop Buying Ships

Breaking Defense.com, May 24 - Gen. Gus Perna, head of Army Materiel Command, is a brave man. He came to Pacific Command's AOR and announced he wants the Army to stop building the transport ships and so-called watercraft that could be crucial to any conflict in the Indo-Pacific region. "I was in a meeting yesterday and I hit the mike and said, 'I think it's time for the Army to get out of the boat business," Perna said at AUSA's LANPAC conference, filled with representatives of 26 allies and partners from Australia to Vanuatu, many of whom would depend on those ships to carry essential supplies around the region in time of war. "We should not produce the next ship and eliminate the next capability. That is heresy, especially here out in the Pacific. Trust me, nobody hit the mike and said, 'Brilliant." Why would the Army want to do this? It's simple really: to help pay for the six top modernization priorities. The first one Perna mentioned, the one clearly at the top of the list, was Future Vertical Lift. "It's about what do we need and when do we need it," he said.

## 27. Air Force to Boost Rapid Prototyping Funding for Space Systems

National Defense Magazine.org, May 24 - Air Force leaders have signed off on a major increase in funding for the Space Enterprise Consortium, which speeds up the acquisition of new space technologies. The push to more rapidly acquire capabilities is happening as Pentagon officials have come to view space as a warfighting domain on part with air, land and sea. The consortium was created last year to better leverage innovation by nontraditional companies and other organizations that don't want to deal with the Defense Department's acquisition bureaucracy and traditional regulations. It is being organized by the Advanced Technology Institute. It uses other transaction authority contracts, which allows small businesses and non-traditional contractors to develop prototypes without adhering to the cumbersome Federal Acquisition Regulation. Congress recently modified the contracting vehicle to allow companies to go directly under contract after the prototyping phase is completed. It allows the contracting agencies to acquire new technology more quickly by making an end run around the FAR.

## 28. Navy, Boeing Tout Block III Super Hornet as Partner for F-35

Breaking Defense.com, May 23 - The Navy is upgrading its Super Hornet fighters with new sensors and networks so they can collaborate in combat with the F-35. Over the 2019-2024 budget plan, the service plans to pay Boeing to build 116 new Block III Super Hornets and convert many of its nearly 500 existing Super Hornets to Block II standard. Once touted by President Trump himself as an alternative to the F-35, the souped-up Super Hornet is now firmly established as its partner. Here's how that partnership might work in wartime, as

10

WASHAR0036541

depicted by Navy and Boeing officials in briefings for the press this morning. First, stealthy F-35Cs scout ahead into hostile airspace and spot enemy stealth fighters in flight. They report the Link-16 network back to an E-2D Hawkeye command plane circling far in the rear, out of range of enemy anti-aircraft fire, and under the protection of EA-18G Growler radar-jamming planes. The E-2D transmits the data over the higher-bandwidth TTNT network to F/A-18 Super Hornets, red icons popping up on the Block III's improved cockpit displays. While the hostiles are hard to pinpoint on radar, many Block III Hornets have advanced Infra-Red Search & Track sensors that can pick up their engine heat. Two ISRT-equipped Hornets intercept from different angles to triangulate their targets precisely, sharing data over TTNT, then open fire.

## 29. SEAL Teams Need Better Communications, Battery Tech

National Defense Magazine.org, May 24 - Special Operations Command is looking for a slew of new maritime technologies that will give operators — including SEALs — a tactical edge during dangerous missions, officials said May 23. "Power and energy is the one [area] that I think is probably the biggest need common across all the platforms," John Bailey, chief engineer at Special Operations Command's program executive office for maritime, told National Defense. The office — which oversees the procurement of Navy SEAL equipment and special operator watercraft among other maritime platforms — is engaged and committed to finding a safe, high-energy battery or other technology solution that can effectively power up many of the devices and equipment under its portfolio, he said at the National Defense Industrial Association's Special Operations Forces Industry Conference in Tampa, Florida. Lithium-ion batteries, which can sometimes present safety challenges, are usually not allowed on submarines. Special ops divers are often transported on such vessels, requiring alternative power sources, he said during remarks at the conference.

## 30. New Reconnaissance Tools Needed to Assist Special Operators, Partners

National Defense Magazine.org, May 24 - Special Operations Command requires new tools to help commandos sift through the vast amount of information they come across in the field, officials said May 24. "We are getting so much information that we can't go through it all," said Glen Cullen, program manager for sensitive site exploitation within the program executive office for special reconnaissance, surveillance and exploitation. That includes everything from physical documents to digital media. "We need to have it triaged. … We need to be able to identify what's important from massive volumes of information," he said during a session at the National Defense Industrial Association's annual Special Operations Forces Industry Conference in Tampa, Florida. Capability needs include artificial intelligence, data analytics, machine learning and systems that can help operators "get the gist" of a document without having to conduct a full translation, he said. "Our guys are operating worldwide, working in a country [where they] may not know the language," Cullen said. "You get a document, … it's got some key words in it and you're wondering, 'Hey, is this some high school kid's chemistry homework, or is it a formula to make a bomb?'"

## Upcoming Export Control and Other Trade Compliance Conferences

**June 4-8 - American University Washington College of Law - U.S. and International Anti-Corruption Law Certificate Program - Washington, DC - American University Washington College of Law**

WASHAR0036542

**June 5 - Strong & Herd - ITAR & EAR from a UK Perspective: Advanced - London - 45 Moorfields, 8th Floor Tenter House -** *Gary Stanley, Editor of Defense and Export-Import update, will conduct this all-day workshop.*

**June 5 - U.S. Dept. of Commerce/Small Business Development Center - AES/ACE Export Compliance Seminar - Houston - Bank of America Financial Center, 2302 Fannin Street, Suite 200**

**June 5-6 - American Conference Institute - 11th China Forum on Anti-Corruption - Shanghai - The Langham Hotel**

**June 5-6 - American Conference Institute - EAR Boot Camp - Chicago - The Metropolitan Hotel**

**June 6-7 - April 11-12 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The Trade Development Alliance of Greater Seattle - Complying with U.S. Export Controls - Seattle - Lynnwood Embassy Suites Hotel, 20610 44th Avenue West, Lynnwood, Washington 98036**

**June 6-7 - NielsonSmith - US Trade Controls Compliance in Europe 2018 - Munich - Le Meridien Hotel -** *Gary Stanley, Editor of Defense and Export-Import Update, will give an update on ITAR, EAR, CFIUS, and other U.S. trade compliance developments.*

**June 6-8 - American Association of Exporters & Importers (AAEI) - 97th Annual AAEI Conference & Expo - Baltimore - Baltimore Marriott Waterfront Hotel**

**June 7 - American Conference Institute - ITAR Boot Camp - Chicago - The Metropolitan Hotel**

**June 7 - U.S. Dept. of Commerce/Small Business Development Center - AES/ACE Export Compliance Seminar - Dallas - Renaissance Dallas Hotel**

**June 8 - Society for International Affairs - 2018 Spring Golf Outing - Upper Marlboro, Maryland - Lake Presidential**

**June 11 - Chatham House - Competition Policy 2018 - London**

**June 12 - U.S. Dept. of Commerce/U.S. Census Bureau & NCBFAA Educational Institute - Exporting Mechanics Webinar Series: Duty Drawback and Refunds - Online via Webinar - 1:00 - 2:00 PM EST**

**June 12-13 - C5 Group - 2nd Trade Compliance Nordics - Stockholm**

**June 12-13 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The Houston District Export Council - Complying with U.S. Export Controls - Houston, Texas - Norris Conference Center, 816 Town & Country Blvd., Suite 210**

**June 14 - U.S. Dept. of Commerce/Bureau of Industry and Security (BIS) & The Houston District Export Council - Technology and Software Controls - Houston, Texas - Norris Conference Center, 816 Town & Country Blvd., Suite 210**

WASHAR0036543

**June 14 - Massachusetts Export Center - Export Regulatory Compliance Update - 10:00 AM to 4:30 PM - Boston, Massachusetts - Foley Hoag Law Offices, Seaport West, 155 Seaport Boulevard**

**June 14 - National Defense Industries Association/Women in Defense - 2018 Women in Defense National Conference - Washington, DC - Washington Marriott Wardman Parkh**

**June 14 - Women in Defense - 2018 Women in Defense National Conference - Washington, DC - Washington Marriott Wardman Park hotel**

**June 17-19 - International Compliance Professionals Association (ICPA) - 2018 ICPA European Conference - Amsterdam - Holiday Inn Amsterdam**

**June 18-19 - American Conference Institute - 12th Advanced Forum on FCPA & Anti-Corruption for the Life Sciences Industry - New York - Park Lane Hotel**

**June 19-20 - American Conference Institute - 9th Advanced Forum on DCAA & DCMA Cost, Pricing, Compliance & Audits - Arlington, Virginia - Westin Crystal City**

**June 26-27 - American Conference Institute - 9th Midwest Anti-Corruption Compliance Forum - Chicago - The Blackstone Hotel**

**June 27-28 - C5 Group - 12th International Conference on Anti-Corruption London - London - Venue TBA**

**June 28 - Massachusetts Export Center - International Letters of Credit Webinar - 11:00 AM to 12:30 PM EDT**

**July 16-18 - Society for International Affairs - 2018 Summer Basics Conference - Washington, DC - Gaylord National Resort & Convention Center**

**July 25-26 - American Conference Institute - 9th Global Forum on Anti-Corruption Compliance in High Risk Markets - Washington, DC - Venue TBA**

**Sept. 5 - IDEEA, Inc. - ComDef 2018 - Washington, DC - National Press Club - *Gary Stanley, Editor of Defense and Export-Import Update, will again moderate the panel "Export Control Update" at this annual conference for the defense industry.***

**Sept. 13-17 - International Compliance Professionals Association (ICPA) -2018 ICPA@SEA - Galveston, TX to Cozumel**

**Sept. 19-20 - SMi Group - Defence Exports 2018 - Rome - Crowne Plaza Rome St. Peter's Hotel & Spa - *Gary Stanley, Editor of Defense and Export-Import Update, is proud to be once again chairing this event and conducting a related Sept. 18 workshop on "Jurisdiction, Classification, and Licensing: How to Police Your U.S. Suppliers"***

**Oct. 16-18 - Partnerships International, inc. - "Partnering for Compliance™" West 2018 - Fort Worth - Dallas-Fort Worth Marriott South Airport Hotel**

**Oct. 21-23 - International Compliance Professionals Association (ICPA) - 2018 ICPA Fall Conference - Grapevine, TX - Embassy Suites DFW Airport North**

13

WASHAR0036544

**Nov. 8-9 - International Compliance Professionals Association (ICPA) - 2018 Annual Conference - Shanghai - Four Seasons Hotel**

**Nov. 27-30 - American Conference Institute - 35th International Conference on the Foreign Corrupt Practices Act - Washington, DC - Gaylord Natonal Resort & Convention Center**

We hope this update proves helpful. If you have questions about any of these developments, please do not hesitate to call us. If you received this free newsletter from a colleague or friend and would like to subscribe directly, please just e-mail your name, title, company, and e-mail address to gstanley@glstrade.com.

Cordially yours,

Gary L. Stanley
President
Global Legal Services, PC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C.20015
Tel. +1 (202) 686-4854
Fax +1 (202) 686-2624
Mobile +1 (202) 352-3059
E-mail gstanley@glstrade.com

Unsubscribe

14

WASHAR0036545

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Tuesday, May 15, 2018 3:56 PM |
| **To:** | PM-DTCP-RMA |
| **Cc:** | PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F |
| **Subject:** | CPA Media Monitoring: Defense News: Selling guns abroad could get easier, thanks to the Trump administration |

[cid:image001.png@01D29279.128F6050]
Selling guns abroad could get easier, thanks to the Trump administration By Aaron Mehta
15 May 2018

WASHINGTON -- The Trump administration is moving forward with plans to make it easier to sell small arms abroad.

The State department has submitted a request to shift oversight on small-arms exports, such as semiautomatic rifles, from State to Commerce, kicking off a 45-day review period of the new policy, which has been long sought by the gun industry.

The move impacts any firearms that are "wifely available" in U.S. stores for commercial sale. However, State would maintain oversight on any weapons sold primarily for military use.

It's a move that arms manufacturers have sought for years, with hopes of selling more weapons abroad - one that aligns with the Trump administration's stance that economic security and national security are irrevocably linked.

But while the Trump administration is pushing forward the policy, discussion about moving such weapons to Commerce has been underway for years as part of the Obama administration's export reform efforts. Under that umbrella, the State department went through the various categories of export rules and looked to move as much as possible over to Commerce, in order to encourage exports and free up State regulators to spend more time on large defense items.

"These changes will significantly reduce the regulatory burden on the U.S. commercial firearms and ammunition industry, promote American exports, and clarify the regulatory requirements for independent gunsmiths, while at the same time prioritizing national security controls and continuing our ability to restrict exports where human rights, illicit trafficking, and related issues may be of concern," a State department spokesman told Defense News on background.

During the 45-day comment period, arms control groups are expected to object over fears such weapons may be used against civilian populations. While State continues to have oversight on military- grade weapons, sales of semiautomatic weapons for police forces would ow be outside the agency's jurisdiction.

In 2016, Senate Foreign Relations Committee member Ben Cardin, D-Md., helped block the sale of rifles to police in Philippines over human rights concerns. In a Tuesday statement, he warned that "Weakened Congressional oversight of international small arms and munitions sales is extremely hazardous to global security."

"Small arms and light weapons are among the most lethal weapons that we and other countries export because these are the weapons that are most likely to be used to commit atrocities and suppress human rights, either by individuals, non-state groups, or governmental security and para-military forces," said Cardin.

Link: https://www.defensenews.com/global/2018/05/15/selling-guns-could-got-easier-thanks-to-the-trump-administration/

1

WASHAR0036546

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State


Phone:      202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

WASHAR0036547

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Thursday, July 26, 2018 2:55 PM |
| **To:** | Fabry, Steven F |
| **Subject:** | RE: CPA Media Monitoring: Huffington Post: Gun Safety Groups Race To Stop Company From Unleashing 'The Age Of The Downloadable Gun' |

███████████████████████████████████████████████████████

Official - Transitory
UNCLASSIFIED

From: Fabry, Steven F
Sent: Thursday, July 26, 2018 2:53 PM
To: Paul, Joshua M <PaulJM@state.gov>
Subject: RE: CPA Media Monitoring: Huffington Post: Gun Safety Groups Race To Stop Company From Unleashing 'The Age Of The Downloadable Gun'

██████████████████████████████████████

Official - Transitory
UNCLASSIFIED

From: Paul, Joshua M
Sent: Thursday, July 26, 2018 2:42 PM
To: Marquis, Matthew R; PM-DTCP-RMA; Legal-PM-DL
Cc: PM-CPA; PM-DDTC-Directors-DL; Miller, Michael F
Subject: RE: CPA Media Monitoring: Huffington Post: Gun Safety Groups Race To Stop Company From Unleashing 'The Age Of The Downloadable Gun'

███████████████████████████████████████████████████████

Official - SBU
UNCLASSIFIED

From: Marquis, Matthew R
Sent: Thursday, July 26, 2018 2:38 PM
To: PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>; Legal-PM-DL <Legal-PM-DL@state.gov<mailto:Legal-PM-DL@state.gov>>
Cc: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; PM-DDTC-Directors-DL <PM-DDTC-Directors-DL@state.gov<mailto:PM-DDTC-Directors-DL@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>
Subject: CPA Media Monitoring: Huffington Post: Gun Safety Groups Race To Stop Company From Unleashing 'The Age Of The Downloadable Gun'

1

WASHAR0036548

Gun Safety Groups Race To Stop Company From Unleashing 'The Age Of The Downloadable Gun'
By Nick Wing
26 July 2018

CPA Note: Legal filings attached as .zip file

The nation's leading gun safety groups are asking a judge to block an online company's plan to publish downloadable blueprints for 3D-printed plastic firearms, information that they say would open the door for people to secretly produce fully functional, untraceable weapons.

In a Thursday filing in the U.S. District Court for the District of Western Texas, the organizations questioned the federal government's recent decision to settle a lawsuit with Defense Distributed. The settlement allows the Texas-based digital firearms nonprofit company to post its controversial gun blueprints online, which it will begin doing on Aug. 1, according to the Defense Distributed website.

Defense Distributed celebrated the decision, saying it would soon bring upon the "age of the downloadable gun." But in a letter to the judge this week, gun safety groups called the agreement "troubling," "dangerous" and "potentially illegal," while claiming it could have a "significant and permanent impact" on national security and public safety. The three organizations — the Brady Center to Prevent Gun Violence, Everytown for Gun Safety and Giffords Law Center to Prevent Gun Violence — are now seeking an emergency injunction to halt the publication of the blueprints. They want the court to have additional time to consider their concerns. A hearing is reportedly scheduled for Thursday afternoon.

In recent years, gun violence prevention advocates and lawmakers have raised fears about the rise of so-called "ghost guns" — homemade, often meticulously manufactured plastic or metal firearms made without serial numbers. As 3D printing technology becomes more widely accessible, they worry that this ghost gun ecosystem will only grow. And with advances in printing materials and an ever-expanding library of gun blueprints just a click away, they say the line between homemade firearms and professionally manufactured ones could become increasingly indistinct.

When police find guns at a crime scene, the Bureau of Alcohol, Tobacco, Firearms and Explosives can typically trace an attached serial number on the firearm back to a federally licensed dealer. This can help authorities identify suspects, crack down on bad actors and glean other vital information about how guns end up in the hands of criminals. But with ghost guns, there's no method of tracking and no way to deny a purchase by a prohibited individual because there's no point of sale.

Thursday's court filing request marks the latest chapter in a legal saga that began in 2013 when Defense Distributed founder and self-described anarchist Cody Wilson shot his way into headlines with a YouTube video. In the video, he shows off "the Liberator," a single-shot .380 caliber handgun made almost entirely of 3D-printed plastic.

A Liberator pistol appears on July 11, 2013 next to the 3D printer on which its components were made. The single-shot handgun was the first firearm made entirely with plastic components forged with a 3D printer and computer-aided design (CAD) files downloaded from the Internet.

The Liberator may look like a gun best suited for a Lego man, but it has since been shown to be able to fire a number of rounds without failing, so long as it's printed with a strong plastic. Months after Wilson released his video, Israeli reporters smuggled a weapon based on his design through a metal detector and into an event featuring Prime Minister Benjamin Netanyahu. Although the Liberator contains a small strip of metal — which Wilson included to make it compliant under a U.S. law banning undetectable firearms — the journalists were reportedly able to get it through unnoticed.

With media outlets around the world covering the Liberator, it quickly caught the government's attention. The State Department took action against Wilson in 2013, accusing him of violating arms export control laws by releasing "technical data" related to prohibited munitions. It demanded that he take down blueprints for the Liberator and nine

2

WASHAR0036549

other firearms posted on the Defense Distributed website. By the time Wilson complied, more than 100,000 people had already downloaded the files, ensuring that they'd live on forever in darker corners of the web.

In 2015, Wilson sued the State Department, claiming the motion against him had violated his First Amendment right to free speech. At first, Wilson appeared to be facing an uphill battle. Federal courts batted down his team's request for a preliminary injunction against the State Department in 2015. The case was eventually kicked up to the Supreme Court, where it was denied earlier this year. As recently as April, the government seemed prepared to see their defense through.

Then late last month, the feds changed course, entering into a settlement with Defense Distributed that said the company could post its gun blueprints online after all. The government also agreed to reimburse Defense Distributed for nearly $40,000 in legal fees.

In the settlement, lawyers for the Justice Department said that under a recent proposal to loosen foreign arms trafficking regulations, Wilson's "technical data" — in this case, computer-aided design models of firearms — would be exempted from stricter licensing requirements.

But gun safety groups have raised issue with that claim. Although the Trump administration published notice of the proposed rule change in May, the groups point out it hasn't officially gone into effect yet.

This discrepancy is an example of the administration "putting the cart before the horse," Avery Gardiner, co-president of the Brady Campaign, told HuffPost. She also raised broader questions about the nature of the settlement, saying the government had done "a complete about face." It didn't solicit input from any gun safety group before making the decision, Gardiner added, saying it has yet to offer a detailed explanation for what prompted the shift.

The State Department has said little publicly about the settlement, except to note that it was voluntary and agreed upon by both parties. Neither Defense Distributed nor the law firm representing the company immediately responded to HuffPost's request for comment.

Shortly after the settlement was announced, the Brady Campaign filed a Freedom of Information Act, hoping to get additional details about the reversal. But those documents likely won't be returned until after Defense Distributed reposts the blueprints online, at which point the gun safety groups say the potential damage would be "irreparable."

"Part of what we're asking the judge to do is to keep the status quo as it is until we can get more information about what caused the government to change its mind and to see if that's proper," said Gardiner.

"This isn't the way we're supposed to govern," she added. "We're supposed to govern by having open and transparent processes."

Ghost gun technology has evolved rapidly since the early days of Wilson's Liberator. Defense Distributed has already developed schematics for an AR-15 — or technically for each of the dozens of components needed to construct one of the semi-automatic rifles — which they intend to make available to the public. With these blueprints, anyone with a 3D printer and the ability to follow directions could build their own military-style rifle without anyone else's knowledge.

The surreptitiousness of DIY gunsmithing is a draw for some firearms enthusiasts. Defense Distributed has profited off and propelled the practice by selling a $1,500 "Ghost Gunner" milling machine that can be programmed to construct individual firearm components out of metal to be assembled by the user.

With conventional firearms already being so easy to get ahold of in the U.S., whether legally or illegally, concerns about 3D-printed ghost guns may not be at the forefront of many people's minds. 3D printers are still expensive, and models capable of printing a functional gun can range from several thousand dollars to more than $500,000. Although that may

WASHAR0036550

be a deterrent now, Wilson has said his ultimate vision is to develop blueprints that will deliver working firearms even on the cheapest 3D printers.

"Anywhere there's a computer and an Internet connection, there would be the promise of a gun," he told Forbes in 2012.

That prospect has raised alarm among gun safety groups and law enforcement alike. So far, these weapons rarely factor into crimes. Although, they have been used in a few deadly shootings, including one by a convicted felon in California who otherwise would have been barred from purchasing guns through legal channels.

Unfettered access to 3D-printed gun blueprints could also have much broader implications overseas, the gun safety groups say, where people could use them to circumvent tougher gun laws or establish another arms pipeline to criminals or terrorists.

Wilson meanwhile seems to be reveling in the idea that his campaign could disrupt efforts to regulate firearms in the U.S. and abroad. In a tweet after the announcement of the settlement this month, he appeared to celebrate the death of "American gun control."

Wilson later told Wired that he was on the verge of unleashing a "Cambrian explosion" of digital content related to firearms. He hoped it could extinguish the current youth-led movement for stronger gun laws that emerged in response to routine gun violence and high-profile mass shootings in places like Las Vegas or Parkland, Florida.

"All this Parkland stuff, the students, all these dreams of 'common sense gun reforms'? No. The internet will serve guns, the gun is downloadable," Wilson said. "No amount of petitions or die-ins or anything else can change that."

Over the past few days, congressional lawmakers have called for hearings on 3D-printed guns, as well as new legislation to block the release of Wilson's blueprints. At a Senate hearing on Wednesday, Secretary of State Mike Pompeo said he'd "take a look" at his department's policy on sharing that sort of data.

But with Aug. 1 rapidly approaching, Gardiner said she's worried the time to act is running out.

"We need to block this settlement from going into effect so that Congress can hold hearings and do its job as a check on the executive branch," said Gardiner. "It's unlikely that this all gets figured out and resolved unless there's a delay of the settlement going into effect."

Link: https://www.huffingtonpost.com/entry/3d-printed-guns-lawsuit_us_5b589e43e4b0de86f4929ea8?qp

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

4

WASHAR0036551

Official
UNCLASSIFIED


Official
UNCLASSIFIED

5

WASHAR0036552

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Thursday, July 19, 2018 4:45 PM |
| **To:** | Steffens, Jessica L; PM-Strategy |
| **Cc:** | PM-CPA; Brown, Stanley L; O'Keefe, Kevin P; Miller, Michael F; Mak, Daniella; Martin, Davette T; Dudding, Maria; Litzenberger, Earle D (Lee); Nute, Kathryn M; McVerry, James |
| **Subject:** | CPA Media Monitoring: 18 July 2018 |

[cid:image001.png@01D29279.128F6050]
Alerts for 19 July 2018

"India, U.S. Discuss Strengthening of Defense Ties at 7th Defense Technology and Trade Initiative Meeting"<http://www.indiawest.com/news/india/india-u-s-discuss-strengthening-of-defense-ties-at-th/article_b3424f24-8abd-11e8-8752-ab223816a8e4.html>, Indian and American defense officials July 18 discussed how to strengthen defense trade ties and create opportunities for co-production and co-development of military equipment even as the two countries are locked in an argument over the U.S. sanctions against Russia that have affected defense deals between New Delhi and Moscow.

"India, US push ahead with talks on making futuristic weapons"<https://timesofindia.indiatimes.com/india/india-us-push-ahead-with-talks-on-making-futuristic-weapons/articleshow/65047174.cms>, India and the US have decided to push ahead with their discussions on joint development and production of futuristic military systems, ahead of the first "two-plus-two" dialogue between defence minister Nirmala Sitharaman and foreign minister Sushma Swaraj with their American counterparts, Jim Mattis and Mike Pompeo, to be held here in early-November.

"Civilians killed in Afghanistan air strike: officials"<https://www.reuters.com/article/us-afghanistan-casualties/civilians-killed-in-afghanistan-air-strike-officials-idUSKBN1K92N3>, The incident underlined the risks from the increased use of air power under a U.S. strategy designed to force the Taliban to accept peace talks. As well as conducting more air strikes of its own, the United States is also heavily assisting the fledgling Afghan air force.

"Mattis Urges Congress Not to Hit Turkey With Lockheed F-35 Ban"<https://www.bloomberg.com/news/articles/2018-07-19/mattis-urges-congress-not-to-hit-turkey-with-lockheed-f-35-ban>, "At this time, I oppose removal of Turkey from the F-35," Mattis wrote in a previously undisclosed letter this month to lawmakers negotiating fiscal 2019 defense bills. He said a cutoff risks triggering an international "supply chain disruption" that would drive up costs and delay deliveries of the fighter.

"America has sold more weapons in six months than in all of 2017"<https://www.defensenews.com/digital-show-dailies/farnborough/2018/07/19/america-has-sold-more-weapons-in-six-months-than-in-all-of-2017/>, In an interview with Defense News, Lt. Gen. Charles Hooper, head of the Defense Security Cooperation Agency, said that through the first two quarters of this fiscal year, the U.S. has signed $46.9 billion in weapons sales to foreign partners and allies - smashing past the $41.9 billion figure from all of fiscal 2017.

"Allure of Domestic Arms Drives Turkey Toward Russian Missiles"<https://www.voanews.com/a/allure-of-domestic-arms-drives-turkey-toward-russian-missiles/4489495.html>, Turkey's strategic goal of developing a domestic arms industry is a driving force behind its intention to buy Russia's S-400 missile system, with Moscow including technology transfer as part of the deal. The technology transfer offer, analysts say, is impeding Washington's effort to persuade Ankara to buy the U.S. Patriot missile system instead.

WASHAR0036553

"Philippines free to enter into arms purchase with Russia, Roque says"<https://www.philstar.com/headlines/2018/07/19/1834974/philippines-free-enter-arms-purchase-russia-roque-says>, Roque said that the Philippines had absolute immunity on its actions related to its exercise of national defense although he said that the deal would undergo a review.

"Trump Admin Increases Lockheed Contract That Could be Devastating for the People of Yemen"<https://readsludge.com/2018/07/18/trump-admin-increases-lockheed-contract-that-could-be-devastating-for-the-people-of-yemen/>, The new $225 million contract functions as a modification to the previously-awarded contract for the four MMSC ships and so did not have to go through the same congressional approval process. But those concerned by Saudi Arabia's record of high civilian casualties in the war in Yemen believe that the Trump administration should use these opportunities to stop the contracts from moving forward.

"American official deems Taiwan partner in U.S. Indo-Pacific strategy"<http://focustaiwan.tw/news/aipl/201807190013.aspx>, In his speech, Schriver expounded on the U.S.' relations with both Taiwan and China under the U.S. Indo-Pacific strategy, and cited recent statements made by U.S. Secretary of Defense James Mattis at Shangri-La Dialogue and during a visit to Beijing.

"Cody Wilson on what's next for DefCad after 3D-printed gun court victory"<https://www.dailydot.com/debug/cody-wilson-defcad-interview/>, The Department of Justice's settlement wasn't technically in his favor, Wilson said-but it did grant him everything he'd wanted out of the case, so in essence, it's still a legal victory for a man once selected as one of Wired's 15 most dangerous people in the world. (And for many, the decision was not surprising: Export lawyer Robert Clifton Burns told Ars Technica that a change in these laws was inevitable, because saying that "putting something on the Internet is an export to the entire world is ridiculous.")

"U.S. military firepower arrives in Lebanon, bolsters partnership and fight against ISIS"<https://www.army.mil/article/208582/us_military_firepower_arrives_in_lebanon_bolsters_partnership_and_fight_against_isis>, USASAC's most recent delivery included eight Bradley Fighting Vehicles, along with hundreds of 40mm automatic grenade launchers and 155mm laser-guided artillery shells. The delivery was a strategic boost to the Lebanese Armed Forces' arsenal and supported its counterterrorism battle on the nation's Syrian border.

"Boeing looks to Airbus in upcoming bid for helicopter deal with Germany",<https://www.thenational.ae/business/aviation/boeing-looks-to-airbus-in-upcoming-bid-for-helicopter-deal-with-germany-1.751982> Mr Cunningham said the CH-47 was well positioned to win the contract given its performance, cost and the fact it is already in use by a number of Germany's Nato allies, including the Netherlands, Britain, Spain, Canada and Italy.

"Ellen Lord's Farnborough Schedule Change; She Went To India"<https://breakingdefense.com/2018/07/ellen-lords-farnborough-schedule-change-she-went-to-india/>, The relationship between India and the U.S. is one both sides want to nurture, but Russian military sales, the demands both sides are making over production, and and other tough issues remain to be ironed out.

"Cameroon arrests four soldiers suspected of executing women and children"<https://www.reuters.com/article/us-cameroon-security-video/cameroon-arrests-four-soldiers-suspected-of-executing-women-and-children-idUSKBN1K91YY>, Four Cameroonian military sources, including the officer in the Far North, told Reuters that the video did show Cameroonian soldiers. Two said the video was filmed in 2014 or 2015 in the early months of Cameroon's operations against Boko Haram.

"Consultations between Britain and US on draft Unficyp resolution"<https://cyprus-mail.com/2018/07/18/consultations-between-britain-and-us-on-draft-unficyp-resolution/>, The US has put forward a series of criteria concerning all peacekeeping missions in the world which they promote to all UN Security Council mandate renewal resolutions. They mainly have to do with the peacekeeping missions serving the purpose of the political process and for there to be an exit strategy.

WASHAR0036554

"IS kidnaps 12 demining staff in Afghanistan"<https://www.canindia.com/is-kidnaps-12-demining-staff-in-afghanistan/>, The kidnapping of the members of the Agency for Rehabilitation and Energy Conservation in Afghanistan (AREA), which clears mines, took place in Manogai province, provincial governor's spokesperson Abdul Ghani Musamim was quoted as saying by Efe news.

"US grants Philippines $26.5-M aid to boost counterterrorism"<https://news.mb.com.ph/2018/07/19/us-grants-26-5-m-aid-to-boost-counterterrorism/>, According to the US Embassy in Manila, the assistance will include training, equipment, and other support to build comprehensive law enforcement capacity within a rule of law framework to deny terrorist operations, funding, and movement.

"Senate to Weigh Large Cuts to Military Aid"<http://www.rollcall.com/news/policy/senate-weigh-large-cuts-military-aid>, The nearly $2.5 billion in recommended cuts is one of the largest changes to any category of defense spending in either the Senate's Pentagon appropriations bill or the House's, and it would stand out as one of the heftiest reductions to any single category of defense programs in recent memory, analysts said.

"China, Cameroon signs military assistance agreement"<http://www.defenceweb.co.za/index.php?option=com_content&view=article&id=52447:china-cameroon-signs-military-assistance-agreement&catid=56:diplomacy-a-peace&Itemid=111>, China and Cameroon have signed a military assistance agreement that includes China providing $8 million for the acquisition of military equipment.

"US sanctions on Russia could harm India. Congress is wrestling over a fix."<https://www.defensenews.com/congress/2018/07/18/congress-seeking-fix-for-russian-sanctions-that-hurt-india-us-allies/>, Instead of traditional waiver, the House passed a version of the NDAA containing a "special rule" to waive sanctions for 180 days for allies who have purchased Russian weapons. They must first have ended their relationship with Russia, be significantly scaling down that relationship or made other assurances about reducing that relationship.

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6908
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM


Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>


Official
UNCLASSIFIED


Official

WASHAR0036555

UNCLASSIFIED

WASHAR0036556

**From:**          Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:**          Friday, July 27, 2018 9:57 AM
**To:**            Paul, Joshua M (PaulJM@state.gov); Darrach, Tamara A; Faulkner, Charles S
**Cc:**             Oliver, Stacie (Foreign Relations); Edmund.Rice@mail.house.gov
                   (edmund.rice@mail.house.gov); Jamie.mccormick@mail.house.gov
**Subject:**       Reported State Department Spokesperson Statement on 3D Guns


So there was this ABC news story that said this:


In a lengthy statement, the State Department spokesperson said that the Trump administration settled because new government regulations make the case moot. The Commerce Department is taking over the regulation of certain firearms -- a change that was implemented under the Obama administration, but accelerated under the Trump administration as it seeks "to create a simpler, more robust export control system that eases industry compliance, enhances enforceability, and better protects truly sensitive technologies."   https://abcnews.go.com/Politics/state-department-defends-allowing-publication-blueprints-3d-print/story?id=56817152

Is this is accurate, it would seem to be an admission of an intent to circumvent the CATs I-III regulatory legal process. What exactly did the State Dept person say?

WASHAR0036557

| | |
|---|---|
| **From:** | Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov> |
| **Sent:** | Wednesday, July 25, 2018 10:52 AM |
| **To:** | 'Miller, Michael F (Millermf@state.gov)'; 'Darrach, Tamara A'; 'Paul, Joshua M (PaulJM@state.gov)' |
| **Cc:** | Oliver, Stacie (Foreign Relations); 'Edmund.Rice@mail.house.gov (edmund.rice@mail.house.gov)'; 'Jamie.mccormick@mail.house.gov'; Bartley, Megan (Foreign Relations); Ricchetti, Daniel (Foreign Relations) |
| **Subject:** | RE: "Temporary Suspension" |

To put in the context of the settlement agreement: how long does the agreement, as a matter of law and strict interpretation, require the 126.2 suspension to remain in effect?  The antecedent phrase in the agreement states, "while the above-referenced rule is in development"; if State understands or interprets the referenced "rule" as the CAT I-III regulatory change in process (and is that correct), what interpretation is State using for what "while" means?  For the length of duration of the development of the CAT I-III rule - which presumably extends to the end of the formal 38(f) process?  Or could "while" mean "during", a period of time not necessarily terminating with the legal completion of the CAT I-III rule process?

From: Fite, David (Foreign Relations)
Sent: Wednesday, July 25, 2018 9:20 AM
To: Miller, Michael F (Millermf@state.gov) <Millermf@state.gov>; 'Darrach, Tamara A' <DarrachTA@state.gov>; Paul, Joshua M (PaulJM@state.gov) <PaulJM@state.gov>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>; Edmund.Rice@mail.house.gov (edmund.rice@mail.house.gov) <edmund.rice@mail.house.gov>; Jamie.mccormick@mail.house.gov; Bartley, Megan (Foreign Relations) <Megan_Bartley@foreign.senate.gov>; Ricchetti, Daniel (Foreign Relations) <Daniel_Ricchetti@foreign.senate.gov>
Subject: "Temporary Suspension"

How long is "temporary" under ITAR 126.2?  Is there a minimum period of time, or is it completely at the discretion of the PM DAS?

WASHAR0036558

**From:** McKeeby, David I <McKeebyDI@state.gov>
**Sent:** Tuesday, July 17, 2018 3:45 PM
**To:** Cross-Durrant, Marlo S; PM-CPA
**Subject:** RE: Questions on recent settlement with Defense Distributed

Thanks, Marlo - we'll close the loop with Sherfinski.

Best,
Dave

_____

David I. McKeeby
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

* Phone:      202.647.8757 | *   BlackBerry:  202.550.3482 |
* e-mail:      mckeebydi@state.gov<mailto:mckeebydi@state.gov> | *  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

From: Cross-Durrant, Marlo S
Sent: Tuesday, July 17, 2018 3:02 PM
To: PM-CPA <PM-CPA@state.gov>
Subject: FW: Questions on recent settlement with Defense Distributed

Dear PM colleagues,
Please see below for press query from Washington Times.  Please let me know if you'd like to take care of this.

Thanks,
Marlo

From: David Sherfinski <dsherfinski@washingtontimes.com<mailto:dsherfinski@washingtontimes.com>>
Sent: Tuesday, July 17, 2018 1:04 PM
To: PA Press Duty <PAPressDuty@state.gov<mailto:PAPressDuty@state.gov>>
Subject: Questions on recent settlement with Defense Distributed

Hello,

WASHAR0036559

This is David Sherfinski with the Washington Times. I'm writing a story on this recent settlement between the administration and Defense Distributed and wanted to ask a few questions since it was negotiated by the State Department:

- Why did State choose to settle after years of litigation involving this case?

- What specifically did the administration win/gain by settling that it would not have otherwise?

- How did the administration's recent moves on export control reform factor into the decision?

Anyway, please let me know what you can on these - thanks very much.

Sincerely,

David

--
David Sherfinski
The Washington Times
Cell: 860-810-5307
dsherfinski@washingtontimes.com<mailto:dsherfinski@washingtontimes.com>


The information contained in this electronic transmission is intended for the exclusive use of the individuals to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is prohibited by law. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. In addition, any unauthorized copying, disclosure or distribution of the material in this e-mail and any attachments is strictly forbidden.

Official
UNCLASSIFIED

WASHAR0036560

**From:**       Clay, Noel C <ClayNC2@state.gov>
**Sent:**       Tuesday, July 24, 2018 1:33 PM
**To:**         PM-CPA
**Subject:**    Fw: media inquiry - Defense Distributed settlement


PM:

Was there a statement or did it come from guidance?

Noel

From: Estelita Hass Carazzai <estelita.hass@grupofolha.com.br>
Sent: Tuesday, July 24, 2018 10:34 AM
To: PA Press Duty
Subject: media inquiry - Defense Distributed settlement


Dear all, good morning!

Could you please send me the statement from the Department of State regarding the recent settlement with Defense Distributed? I am writing a piece about 3D firearms and it would be important to have it.

Thank you, and looking forward to your soonest reply!

Best regards,

Estelita Hass Carazzai
Folha de S.Paulo
Correspondent - Washington, DC
mobile +1 202-415-3637
twitter @estelitac
www.folha.com.br/internacional/

_____

AVISO: A informação contida neste e-mail, bem como em qualquer de seus anexos, é CONFIDENCIAL e destinada ao uso exclusivo do(s) destinatário(s) acima referido(s), podendo conter informações sigilosas e/ou legalmente protegidas. Caso você não seja o destinatário desta mensagem, informamos que qualquer divulgação, distribuição ou cópia deste e-mail e/ou de qualquer de seus anexos é absolutamente proibida. Solicitamos que o remetente seja comunicado imediatamente, respondendo esta mensagem, e que o original desta mensagem e de seus anexos, bem como toda e qualquer cópia e/ou impressão realizada a partir destes, sejam permanentemente apagados e/ou destruídos. Informações adicionais sobre nossa empresa podem ser obtidas no site http://www.folha.uol.com.br/folha/conheca/ .

NOTICE: The information contained in this e-mail and any attachments thereto is CONFIDENTIAL and is intended only for use by the recipient named herein and may contain legally privileged and/or secret information. If you are not the e-mail's intended recipient, you are hereby notified that any dissemination, distribution or copy of this e-mail, and/or any attachments thereto, is strictly prohibited. Please immediately notify the sender replying to the above mentioned e-mail address, and permanently delete and/or destroy the original and any copy of this e-mail and/or its attachments,

WASHAR0036561

as well as any printout thereof. Additional information about our company may be obtained through the site http://www1.folha.uol.com.br/folha/conheca/index-en.shtml .

WASHAR0036562

| | |
|---|---|
| **From:** | Dorosin, Joshua L <DorosinJL@state.gov> |
| **Sent:** | Thursday, May 31, 2018 6:14 PM |
| **To:** | Newstead, Jennifer G |
| **Cc:** | Fabry, Steven F; Wall, Amanda J |
| **Subject:** | FW: Defense Distributed |

Jennifer -

With apologies for not getting this to you earlier, I wanted to update you on the settlement proposal that Steve and I discussed with you a few weeks ago. Defense Distributed has agreed to settle the 3D firearm printing case in the amount $39,581 for attorneys fees and costs, and we've confirmed our support of that settlement to DOJ. ▮▮▮

▮▮▮

Best, Josh

Official - SBU
UNCLASSIFIED

From: Fabry, Steven F
Sent: Tuesday, May 29, 2018 1:05 PM
To: Soskin, Eric (CIV); Robinson, Stuart J. (CIV) (Stuart.J.Robinson@usdoj.gov)
Cc: Dorosin, Joshua L; Freeman, Jeremy B; Cavnar, Anna
Subject: RE: Defense Distributed

Eric, Stuart,

▮▮▮

Best regards,

-- Steve Fabry

Steven F. Fabry
Assistant Legal Adviser for
    Political-Military Affairs (L/PM)
Office of the Legal Adviser
U.S. Department of State
Tel.: (202) 647-9288

WASHAR0036563

Official - SBU
UNCLASSIFIED

From: Soskin, Eric (CIV) [mailto:Eric.Soskin@usdoj.gov]
Sent: Friday, May 25, 2018 9:16 AM
To: Cavnar, Anna; Hart, Robert L; Freeman, Jeremy B; Robinson, Stuart J. (CIV)
Cc: Monjay, Robert; Heidema, Sarah J
Subject: RE: Defense Distributed

███████████████████████████████████████████████████████████████████████

From: Cavnar, Anna [mailto:CavnarA@state.gov]
Sent: Friday, May 25, 2018 9:03 AM
To: Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed

███████████████████████████████████████████████████████████████████████

Official
UNCLASSIFIED

From: Soskin, Eric (CIV) [mailto:Eric.Soskin@usdoj.gov]
Sent: Thursday, May 24, 2018 8:12 PM
To: Hart, Robert L; Cavnar, Anna; Freeman, Jeremy B; Robinson, Stuart J. (CIV)
Cc: Monjay, Robert; Heidema, Sarah J
Subject: RE: Defense Distributed

███████████████████████████████████████████████████████████████████████

From: Hart, Robert L [mailto:HartRL@state.gov]
Sent: Thursday, May 24, 2018 9:52 AM
To: Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>; Cavnar, Anna
<CavnarA@state.gov<mailto:CavnarA@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>

WASHAR0036564

Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed

████████████████████████████████████████████

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official
UNCLASSIFIED

From: Soskin, Eric (CIV) <Eric.Soskin@usdoj.gov<mailto:Eric.Soskin@usdoj.gov>>
Sent: Monday, April 30, 2018 4:00 PM
To: Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Robinson, Stuart J. (CIV)
<Stuart.J.Robinson@usdoj.gov<mailto:Stuart.J.Robinson@usdoj.gov>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed

████████████████████████████████████████████

Thanks,
Eric

From: Cavnar, Anna [mailto:CavnarA@state.gov]
Sent: Monday, April 30, 2018 3:38 PM
To: Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed

████████████████████████████████████████████

Thanks,
Anna

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Hart, Robert L
Sent: Monday, April 30, 2018 3:25 PM
To: Freeman, Jeremy B; Robinson, Stuart J. (CIV); Soskin, Eric (CIV)
Cc: Monjay, Robert; Cavnar, Anna; Heidema, Sarah J

WASHAR0036565

Subject: RE: Defense Distributed

████████████████████████████████████████████████████████

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Hart, Robert L
Sent: Wednesday, April 25, 2018 4:04 PM
To: Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Robinson, Stuart J. (CIV)
<Stuart.J.Robinson@usdoj.gov<mailto:Stuart.J.Robinson@usdoj.gov>>; Soskin, Eric (CIV)
<Eric.Soskin@usdoj.gov<mailto:Eric.Soskin@usdoj.gov>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Cavnar, Anna
<CavnarA@state.gov<mailto:CavnarA@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed

Hi all,

████████████████████████████████████████████████████████

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Freeman, Jeremy B
Sent: Tuesday, April 24, 2018 6:48 PM
To: Robinson, Stuart J. (CIV) <Stuart.J.Robinson@usdoj.gov<mailto:Stuart.J.Robinson@usdoj.gov>>; Soskin, Eric (CIV)
<Eric.Soskin@usdoj.gov<mailto:Eric.Soskin@usdoj.gov>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>; Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>;
Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: Defense Distributed

Stuart and Eric -

████████████████████████████████████████████████████████

4

WASHAR0036566

█████████████████████████████████

Thanks,
Jeremy

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Robinson, Stuart J. (CIV) [mailto:Stuart.J.Robinson@usdoj.gov]
Sent: Thursday, April 19, 2018 5:39 PM
To: Soskin, Eric (CIV); Freeman, Jeremy B; Cavnar, Anna; Heidema, Sarah J
Cc: Monjay, Robert; Hart, Robert L
Subject: RE: Defense Distributed

That works for me as well.

Thanks,
Stuart

From: Soskin, Eric (CIV)
Sent: Thursday, April 19, 2018 5:28 PM
To: Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Cavnar, Anna
<CavnarA@state.gov<mailto:CavnarA@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>
Subject: RE: Defense Distributed

2:00 works for me.

From: Freeman, Jeremy B [mailto:FreemanJB@state.gov]
Sent: Thursday, April 19, 2018 5:16 PM
To: Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>; Cavnar, Anna
<CavnarA@state.gov<mailto:CavnarA@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>
Subject: RE: Defense Distributed

Eric -

█████████████████████████████████

Thanks,
Jeremy

WASHAR0036567

Official - SBU
UNCLASSIFIED

From: Soskin, Eric (CIV) [mailto:Eric.Soskin@usdoj.gov]
Sent: Wednesday, April 18, 2018 9:13 PM
To: Cavnar, Anna; Heidema, Sarah J; Robinson, Stuart J. (CIV); Freeman, Jeremy B
Cc: Monjay, Robert; Hart, Robert L
Subject: RE: Defense Distributed

State folks,



Thanks,
Eric

From: Cavnar, Anna [mailto:CavnarA@state.gov]
Sent: Thursday, April 12, 2018 2:52 PM
To: Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>; Hart, Robert L
<HartRL@state.gov<mailto:HartRL@state.gov>>
Subject: RE: Defense Distributed

Official
UNCLASSIFIED

From: Heidema, Sarah J
Sent: Thursday, April 12, 2018 2:51 PM
To: Robinson, Stuart J. (CIV); Cavnar, Anna; Freeman, Jeremy B; Soskin, Eric (CIV)
Cc: Monjay, Robert; Hart, Robert L
Subject: RE: Defense Distributed

Eric and Stuart-

WASHAR0036568



Official
UNCLASSIFIED

From: Robinson, Stuart J. (CIV) <Stuart.J.Robinson@usdoj.gov<mailto:Stuart.J.Robinson@usdoj.gov>>
Sent: Wednesday, April 11, 2018 11:57 AM
To: Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Freeman, Jeremy B
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Soskin, Eric (CIV)
<Eric.Soskin@usdoj.gov<mailto:Eric.Soskin@usdoj.gov>>
Cc: Monjay, Robert <MonjayR@state.gov<mailto:MonjayR@state.gov>>
Subject: Re: Defense Distributed

Thanks,
Stuart


-------- Original message --------
From: "Cavnar, Anna" <CavnarA@state.gov<mailto:CavnarA@state.gov>>
Date: 4/11/18 8:20 AM (GMT-08:00)
To: "Heidema, Sarah J" <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>, "Freeman, Jeremy B"
<FreemanJB@state.gov<mailto:FreemanJB@state.gov>>, "Robinson, Stuart J. (CIV)"
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>, "Soskin, Eric (CIV)"
<ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>
Cc: "Monjay, Robert" <MonjayR@state.gov<mailto:MonjayR@state.gov>>
Subject: RE: Defense Distributed

Here's the dial-in info. We'll talk to you all at 3pm.

Dial-in number: 1-888-684-8852
Participant code: 6477838#


Official
UNCLASSIFIED

From: Heidema, Sarah J
Sent: Tuesday, April 10, 2018 7:30 PM

7

WASHAR0036569

To: Freeman, Jeremy B; Cavnar, Anna; Robinson, Stuart J. (CIV); Soskin, Eric (CIV)
Cc: Monjay, Robert
Subject: Re: Defense Distributed

Great, and it looks like Rob Monjay can join the call as well, so please include him.

_____

From: Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>
Date: April 10, 2018 at 6:29:41 PM EDT
To: Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>, Robinson, Stuart J. (CIV)
<Stuart.J.Robinson@usdoj.gov<mailto:Stuart.J.Robinson@usdoj.gov>>, Soskin, Eric (CIV)
<Eric.Soskin@usdoj.gov<mailto:Eric.Soskin@usdoj.gov>>
Cc: Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: Re: Defense Distributed

3pm works for me, as well.

From: Cavnar, Anna
Sent: Tuesday, April 10, 2018 6:23 PM
To: Robinson, Stuart J. (CIV); Soskin, Eric (CIV)
Cc: Freeman, Jeremy B; Heidema, Sarah J
Subject: Re: Defense Distributed


3pm tomorrow works for me. We can circulate a call in number in the morning.

Sent from my BlackBerry 10 smartphone.
From: Robinson, Stuart J. (CIV)
Sent: Tuesday, April 10, 2018 6:19 PM
To: Soskin, Eric (CIV); Cavnar, Anna
Cc: Freeman, Jeremy B; Heidema, Sarah J
Subject: RE: Defense Distributed


Tomorrow afternoon would work for me.

Thanks,
Stuart

From: Soskin, Eric (CIV)
Sent: Tuesday, April 10, 2018 6:10 PM
To: Cavnar, Anna <CavnarA@state.gov<mailto:CavnarA@state.gov>>; Robinson, Stuart J. (CIV)
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>
Cc: Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: Re: Defense Distributed

I know I am booked in the morning, so maybe sometime in the afternoon will work?

WASHAR0036570

Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Cavnar, Anna" <CavnarA@state.gov<mailto:CavnarA@state.gov>>
Date: 4/10/18 5:57 PM (GMT-05:00)
To: "Soskin, Eric (CIV)" <ESoskin@civ.usdoj.gov<mailto:ESoskin@civ.usdoj.gov>>, "Robinson, Stuart J. (CIV)"
<strobins@CIV.USDOJ.GOV<mailto:strobins@CIV.USDOJ.GOV>>
Cc: "Freeman, Jeremy B" <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>, "Heidema, Sarah J"
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: Defense Distributed



Thanks,
Anna

Sent from my BlackBerry 10 smartphone.

WASHAR0036571

| From: | Marquis, Matthew R <MarquisMR@state.gov> |
|---|---|
| Sent: | Monday, July 16, 2018 4:45 PM |
| To: | Steffens, Jessica L; PM-Strategy |
| Cc: | PM-CPA; Brown, Stanley L; O'Keefe, Kevin P; Miller, Michael F; Mak, Daniella; Martin, Davette T; Dudding, Maria; Litzenberger, Earle D (Lee); Nute, Kathryn M; McVerry, James |
| Subject: | CPA Media Monitoring: 16 July 2018 |

[cid:image001.png@01D29279.128F6050]
Alerts for 16 July 2018

"Israeli interceptor missile shot down Russian unmanned air vehicle"<https://defence-blog.com/aviation/israeli-interceptor-missile-shot-russian-unmanned-air-vehicle.html>, As it became known later, the downed drone turned out to be a Russian unmanned air vehicle (UAV) called the Forpost. Ironically, but the downed five-meter-long Forpost UAV was manufactured at the Ural Civil Aviation Plant in Russia under licensed the Searcher technology from Israel.

"White House approves action plan for new conventional arms transfer policy"<https://insidedefense.com/insider/white-house-approves-action-plan-new-conventional-arms-transfer-policy>, A fact sheet provided by the State Department says the implementation plan's three lines of effort are "prioritizing strategic competition," "organizing for success," and "creating conducive environments."

"The US offers Turkey to Patriots to cancel the S-400 deal"<https://translate.google.com/translate?sl=el&tl=en&js=y&prev=_t&hl=en&ie=UTF-8&u=https%3A%2F%2Fhellasjournal.com%2F2018%2F07%2Foi-ipa-prosferoyn-stin-toyrkia-toys-patriots-gia-na-akyrothei-i-symfonia-gia-toys-s-400%2F&edit-text=&act=url>, The US Undersecretary added that Washington wanted to ensure that the systems acquired by US allies "remain in support of the strategic relationship between us and our allies, and in the case of Turkey these are Patriots."

"Romania to buy 5 more F-16 fighters from Portugal by year end"<https://www.romania-insider.com/romania-more-f-16-fighters-portugal-2018/>, Romania will buy five more F-16 fighter jets from Portugal by the end of this year and plans to purchase 36 other such aircraft in the future from other countries, such as US, Israel and Greece, according to defense minister Mihai Fifor.

"Saudi Arabia and the United Arab Emirates Have a Disastrous Yemen Strategy"<https://www.lawfareblog.com/saudi-arabia-and-united-arab-emirates-have-disastrous-yemen-strategy>, An outright coalition military win is unlikely, though the UAE-backed forces have a tremendous advantage in weaponry, numbers, and money, making the capture of Hodeida seem likely. However, the Houthis will continue to hold territory in their heartland, where much of Yemen's population lives.

"Trump advances 'Buy America' arms sales plans"<https://www.defensenews.com/digital-show-dailies/farnborough/2018/07/16/trump-advances-buy-america-arms-sales-plans/>, The Trump administration is undertaking an effort to support U.S. defense trade overseas to strengthen security partnerships, encourage interoperability, and protect American economic security and jobs, said the State Department's Tina Kaidanow, who was in London leading the U.S. delegation at the Farnborough Airshow.

"Pentagon eyes shrinking role in Syria as Trump and Putin negotiate deal"<https://www.al-monitor.com/pulse/originals/2018/07/pentagon-shrinking-role-syria-trump-putin-helsinki.html>, In the lead-up to the leaders' summit in Helsinki, the State Department's Near East Affairs Bureau appears ready to give up on a cease-fire

1

WASHAR0036572

zone in southwest Syria that has already been significantly truncated by Assad's recent victory in Daraa. National security adviser John Bolton, however, is pushing for a more aggressive US posture against Assad ally Iran.

"Surge in South China Sea Naval Exercises in 2018 Vexes Beijing"<https://www.voanews.com/a/south-china-sea-and-western-naval-exercises/4484354.html>, The foreign military exercises, naval ship passages and ports of call, along with one U.S. B-52 flyby have effectively stopped China from pushing ahead with expansion that's also opposed by five other maritime claimants in Asia, experts believe.

"New conventional arms sales policy implemented by Trump"<http://www.politicalhispanic.com/en/new-conventional-arms-sales-policy-implemented-by-trump/>, Efforts were highlighted to expand and enhance U.S. government advocacy and trade promotion to support its defense industry, and to explore mechanisms to reduce financial barriers to the procurement of American defense goods and services.

"The powerful combination that gives US the edge over China"<https://www.smh.com.au/world/north-america/the-powerful-combination-that-gives-us-the-edge-over-china-20180716-p4zrqn.html>, If the Quad does come together, it could conduct military exercises, "presence operations", in the South China Sea or Indian Ocean, and "a full range of activity is ultimately possible", says Schriver.

"UAVs in the Indian Armed Forces"<http://theindiasaga.com/defence-security/uavs-in-the-indian-armed-forces>, India has also been keen to acquire both armed as well as unarmed Predators from the United States. Indian Navy's request for 22 Guardian UAVs (maritime variant of Predator MQ-9) has already been approved by the US Govt. IAF's request for 100 Predator C Avenger drones appears to be in the process. Sale of armed UAVs has been a matter of discussion between the US and India. It is believed that it would have been one of the deliverables from the recently postponed July two + two dialogue.

"The U.S. Has Already Sold More Weapons This Year Than All Of 2017"<https://breakingdefense.com/2018/07/the-u-s-has-already-sold-more-weapons-this-year-than-all-of-2017/?_ga=2.36884128.1087316862.1531639178-2107329199.1520555607>, Tina Kaidanow, the State Department's acting Assistant Secretary for Political-Military Affairs told reporters on a conference call on Monday that "we have the entire weight of the U.S. government behind these efforts."

"U.S. slams claim of faulty weapons sold to Ukraine: 'Propaganda'"<https://www.washingtontimes.com/news/2018/jul/16/us-slams-claim-faulty-weapons-sold-ukraine/>, Tina Kaidanow, the State Department's acting assistant secretary for political-military affairs, said recent claims made on Russian state media outlets that a large number of FGM-148 Javelin anti-tank missiles sent to Ukrainian forces were defective is simply "outrageous and certainly not the case."

"Why a private US military firm is of value to China's belt and road mission"<https://www.scmp.com/news/china/diplomacy-defence/article/2155353/danger-zone-why-private-us-military-firm-value-chinas>, Last year, Prince sold more than 40 per cent of his FSG shareholding to Chinese state-owned conglomerate Citic Group, paving the way for FSG to set up more security branches on the Chinese mainland to expand its business.

"Boeing CEO: 'Free and open trade' vital for aerospace industry"<https://www.defensenews.com/digital-show-dailies/farnborough/2018/07/16/boeing-ceo-free-and-open-trade-vital-for-aerospace-industry/>, Trump has made manufacturing in America a key part of his national policy, and he has lashed out at American companies that move or increase manufacturing jobs abroad. But Boeing is trying to sell more equipment to Europe, and that often requires offsets and job creation locally to complete a sale.

"Ammonopoly: General Dynamics' sweet deal to supply Canada's ammunition"<https://www.theglobeandmail.com/business/rob-magazine/article-ammonopoly-general-dynamics-sweet-deal-to-supply-our-ammunition/>, Ottawa's reliance on the company is almost total. The company, in contrast, is

WASHAR0036573

among General Dynamics' least significant subsidiaries. Sometimes known by its acronym GD-OTS (pronounced "jee-dots"), it employs 1,450 and operates three plants in Quebec. Although there's little publicly available information about its finances, over the years it's been often suggested that half or more of its production is exported, mainly to the U.S.

"Afghan president seeks to soothe concerns over video showing government soldiers beating prisoners"<https://www.washingtonpost.com/world/afghan-president-ghani-seeks-to-soothe-concerns-over-video-showing-government-soldiers-beating-prisoners/2018/07/15/344ec7c8-8802-11e8-8589-5bb6b89e3772_story.html?utm_term=.007b2830d159>, The video, which has gone viral since it was released Friday, shows the aftermath of a small battle that occurred between Afghan Special Forces and bodyguards for Nizamuddin Qaisari, a police chief in Faryab who was arrested after, among other things, he threatened to kill government officials.

"The U.S. military is trying to manage foreign conflicts - not resolve them. Here's why."<https://www.washingtonpost.com/news/monkey-cage/wp/2018/07/16/the-u-s-military-isnt-trying-to-resolve-foreign-conflicts-but-manage-them-heres-why/?utm_term=.b8cc60488993>, It has three core elements: a light U.S. ground force commitment favoring special forces, heavy reliance on airpower and partnerships of convenience with local militias, insurgents, and governments.

"Trump's arms export rules will undermine US security and risk human rights abuses"<http://thehill.com/opinion/international/397096-trumps-arms-export-rules-will-undermine-us-security-promote-human>, This was the last week for public comments on the Trump administration's plan to reduce restrictions on the export of firearms from the United States. There was much to criticize. A number of arms control, human rights, and firearms safety groups have submitted detailed critiques of the proposed firearms export rule.

"Bell positions 505 as military trainer - but not for the US"<https://www.defensenews.com/digital-show-dailies/farnborough/2018/07/16/bell-positions-505-as-military-trainer-but-not-for-the-us/>, Bell president and CEO Mitch Snyder told reporters at the Farnborough Airshow that his company is actively offering the 505 as a trainer to several militaries around the world, although he declined to say which ones.

"'Downloadable Gun' Clears a Legal Obstacle, and Activists Are Alarmed"<https://www.nytimes.com/2018/07/13/business/downloadable-gun-allowed-alarming-activists.html>, The willingness to resolve the case - after the government had won some lower court judgments - has raised alarms among gun-control advocates, who said it would make it easier for felons and others to get firearms. Some critics said it suggested close ties between the Trump administration and gun-ownership advocates, this week filing requests for documents that might explain why the government agreed to settle.

"US in talks with Turkey to sell Patriots instead of Russian made S-400s, official says"<https://www.dailysabah.com/diplomacy/2018/07/16/us-in-talks-with-turkey-to-sell-patriots-instead-of-russian-made-s-400s-official-says>, "Ultimately we are concerned that by purchasing these systems from the Russians it will be supportive of some of the least good behavior that we have seen from them (Russia) in various places including Europe but also elsewhere," Kaidanow said. She said Washington wanted to ensure that systems acquired by U.S. allies "remain supportive of the strategic relationship between us and our allies, in the case of Turkey that is Patriots."

"We need more subs, says Taiwan, as it aims to bolster its naval defences in face of Beijing's increasing belligerence"<https://www.scmp.com/news/china/diplomacy-defence/article/2155280/we-need-more-subs-says-taiwan-it-aims-bolster-its-naval>, Taiwan's main defence priority is to upgrade its ageing submarines and build its own fleet of new subs, according to a long-time US defence contractor with Taiwan, as foreign companies offer competing designs for vessels that can be built on the island.

"At UK Air Show, CEOs and Military Leaders Talk Trump, Tariffs, and Allies"<https://www.defenseone.com/business/2018/07/uk-air-show-ceos-and-military-leaders-talk-trump-tariffs-and-allies/149735/?oref=d-channelriver>, A host of senior U.S. officials from the Pentagon, State Department, FAA, and NASA are expected to attend the Farnborough, which begins Monday. However, two high-ranking U.S. officials

WASHAR0036574

scheduled to attend - Peter Navarro, one of President Trump's top trade advisors, and Ellen Lord, the undersecretary of defense for acquisition and sustainment - were last-minute cancellations. The White House and Pentagon blamed scheduling conflicts.

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:     202.647.6968
e-mail:     MarquisMR@state.gov<mailto:MarquisMR@state.gov> |  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

4

WASHAR0036575

**From:** Monjay, Robert <MonjayR@state.gov>
**Sent:** Monday, May 14, 2018 6:18 PM
**To:** Heidema, Sarah J; Miller, Michael F
**Cc:** Hart, Robert L
**Subject:** RE: 1-3 brief

Washington Times article, out a bit late: https://www.washingtontimes.com/news/2018/may/14/trump-administration-moves-shift-small-arms-gun-ex/

Official
UNCLASSIFIED

From: Heidema, Sarah J
Sent: Monday, May 14, 2018 4:42 PM
To: Miller, Michael F <Millermf@state.gov>
Cc: Monjay, Robert <MonjayR@state.gov>; Hart, Robert L <HartRL@state.gov>
Subject: 1-3 brief



We expect the Wash. Times article on the rules a 5pm.  We'll send it along...

Sarah J. Heidema
Director
PM/DTCP
202-663-2809

Official
UNCLASSIFIED

1

WASHAR0036576

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 10:43 AM |
| **To:** | Paul, Joshua M |
| **Subject:** | RE: CPA Media Monitoring: USA Today: Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1 |

Will do, I believe there's only the one with Schumer that you had me send to only a few people

Official
UNCLASSIFIED

From: Paul, Joshua M
Sent: Wednesday, July 25, 2018 10:40 AM
To: Marquis, Matthew R <MarquisMR@state.gov>
Subject: RE: CPA Media Monitoring: USA Today: Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1

PS - please forward to their distro all articles from past 3 days they've not been on.

Official
UNCLASSIFIED

From: Marquis, Matthew R
Sent: Wednesday, July 25, 2018 10:39 AM
To: PM-DTCP-RMA <PM-DTCP-RMA@state.gov<mailto:PM-DTCP-RMA@state.gov>>
Cc: PM-CPA <PM-CPA@state.gov<mailto:PM-CPA@state.gov>>; PM-DDTC-Directors-DL <PM-DDTC-Directors-DL@state.gov<mailto:PM-DDTC-Directors-DL@state.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>
Subject: CPA Media Monitoring: USA Today: Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1

[cid:image001.png@01D29279.128F6050]
Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1 By Josh Hafner
24 July 2018

Americans will soon be able to make 3D-printed guns from their homes, widening the door to do-it-yourself versions of firearms.

The choices will include the AR-15, the gun of choice in American mass shootings. All 3D-printed guns will be untraceable, and since you can make them yourself, no background check is required.

A settlement earlier this year between the State Department and Texas-based Defense Distributed will let the nonprofit release blueprints for guns online starting Aug. 1, a development hailed by the group as the death of gun control in the United States.

"The age of the downloadable gun begins," Defense Distributed stated on its site. Its founder, Cody Wilson, tweeted a photograph of a grave marked "American gun control."

WASHAR0036577

The plans being made freely available next month put firearms a few computer key clicks away from anyone with the right machine and materials. That reality has startled gun control advocates, who say it makes untraceable firearms all the more available.

For Wilson, August marks the end of a years-long legal battle: He designed a 3D-printable plastic pistol, the "Liberator .380," in 2012 and put the plans online. It was downloaded more than 100,000 times before federal officials blocked his site, citing international export law.

A lawsuit from Wilson followed. The State Department settled in June.

The Second Amendment Foundation, a nonprofit that partnered with Wilson in the lawsuit, put out a statement calling the settlement "a devastating blow to the gun prohibition lobby."

Assembling guns at home isn't new. It is legal provided the made-at-home gun isn't sold. Defense Distributed already sells parts that help users build their own untraceable firearms, known as "ghost guns" for their lack of serial numbers.

"Legally manufacture unserialized rifles and pistols in the comfort and privacy of home," one product's description states.

David Chipman, who worked 25 years as an agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, told Vice News that the homemade guns favored by hobbyists have since become popular with criminals.

"Criminals have started using ghost guns as a way to circumvent assault weapon regulations," said Chipman, now an adviser to the gun control advocacy group Giffords. "I imagine that people will also start printing guns to get around laws."

Gun plans previewed on Defense Distributed's website feature the Liberator pistol along with an AR-15 and a VZ-58, a Czechoslovakian assault rifle.

The printers needed to make the guns can cost from $5,000 to $600,000, according to Vice News. The quality of plastic matters, too: An early design printed by federal agents shattered after one shot. A second gun, made from a higher grade resin, stayed intact.

William Bones, the chief of police in Boise, Idaho, told the Idaho Statesman that law enforcement agencies have followed developments in 3D-printed guns for "quite a while now."

"Measures are needed to ensure these weapons are safely built and to prevent access by children or those prohibited from owning a firearm," Bones told the newspaper.

"Hopefully we see some safe and responsible legislation soon as well as manufacturers taking measure to prevent access which might lead to tragedy."

Link: https://www.usatoday.com/story/tech/nation-now/2018/07/23/3-d-printing-guns-downloadable-gun-legal-august-1/820032002/

_____

Matthew Marquis
Office of Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

Phone:      202.647.6968
e-mail:      MarquisMR@state.gov<mailto:MarquisMR@state.gov> |   Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/> |Twitter: @StateDeptPM

WASHAR0036578

Stay connected with State.gov:

[cid:image001.png@01CF5314.69A33A30]<http://twitter.com/StateDept>[cid:image002.png@01CF5314.69A33A30]<http://statedept.tumblr.com/>[cid:image003.png@01CF5314.69A33A30]<http://www.state.gov/misc/echannels/66791.htm>[cid:image004.png@01CF5314.69A33A30]<http://www.facebook.com/usdos>[cid:image005.png@01CF5314.69A33A30]<http://www.flickr.com/photos/statephotos>[cid:image006.png@01CF5314.69A33A30]<http://www.youtube.com/user/statevideo>[cid:image007.png@01CF5314.69A33A30]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

Official
UNCLASSIFIED

Official
UNCLASSIFIED

WASHAR0036579

UNCLASSIFIED
Official

**Smith, Rickita L**

| | |
|---|---|
| **From:** | Marquis, Matthew R <MarquisMR@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 4:45 PM |
| **To:** | Steffens, Jessica L; PM-Strategy |
| **Cc:** | PM-CPA; Brown, Stanley L; O'Keefe, Kevin P; Miller, Michael F; Mak, Daniella; Martin, Davette T; Dudding, Maria; Litzenberger, Earle D (Lee); Nute, Kathryn M; McVerry, James |
| **Subject:** | CPA Media Monitoring: 25 July 2018 |



## Alerts for 25 July 2018

"State Dept. official met with Taliban to kick-start Afghanistan peace talks: report", Alice Wells, the deputy assistant secretary of State for South and Central Asia, led a U.S. delegation to Doha, Qatar, where they met with members of the Taliban's political commission, the Journal reported.

"Security Expert on 3D Guns: 'More of a Novelty than Form of Mass Killing'", Gun rights activists in the United States will soon be able to post 3D printable gun plans online. In 2013, Cody Wilson, who describes himself as a post-left anarchist, posted plans for a 3D printed handgun called "The Liberator." The gun, which was made from plastic, had a metal firing pin and another piece of metal included to comply with the Undetectable Firearms Act.

"The Case for a Free and Open Indo-Pacific", It is hard, however, to see that FOIP will destabilise Asia, as Michael D. Swaine argues. The the region is, after all, already unstable, thanks to Beijing's over-confident assertiveness, more than a decade of mixed messaging and half-hearted action from Washington, and 18 months of Trump's fickle and foolish personal diplomacy. It is not obvious that FOIP will make matters markedly worse, if it does indeed have an impact on the US's approach to the region, and there is reason to think it might make them better.

"Editorial: Homemade 3-D printer guns should be regulated like any gun", Federal law allows hobbyists to build their own guns for personal use. But the landscape has changed with 3-D printers, precise digital plans, and devices like the Ghost Gunner that allow anyone with a computer and a credit card to become a gun manufacturer.

"Pentagon Awards $300Mln to Deliver Javelin Missiles to Ukraine, 5 Other States", The US Army has awarded a $307 million Foreign Military Sales contract to Raytheon to supply more Javelin anti-tank missiles to Ukraine, Estonia and Lithuania as well as to Australia, Turkey and Taiwan, the Department of Defense said in a press release.

"WORLD WAR 3D How the rise of 'ghost guns' – which anyone can print in their own home – could flood Europe with lethal, undetectable weapons", Normally, Americans would need to pass a background check before they can buy a gun, but freely-available blueprints for 3D-printed weapons could offer a way to bypass this law.

UNCLASSIFIED
Official

WASHAR0036580

**UNCLASSIFIED**
**Official**

"What You Need to Know About the 3D Printing of Guns on Demand", While Brady's legal team has filed Freedom of Information Act (FOIA) requests to find out how and why this decision was made, the self-proclaimed "crypto-anarchist" will move forward to publish the blueprints for anyone and everyone to use. The Brady Center, along with Everytown and Giffords, is urging a Texas federal court to consider just how dangerous this could be and will be filing legal action.

"LEADING GUN SAFETY GROUPS TELL FEDERAL COURT THAT SETTLEMENT IN DOWNLOADABLE GUNS LAWSUIT IS DANGEROUS AND ILLEGAL", Attorneys representing the Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence and Everytown for Gun Safety have informed a Texas federal court that they anticipate filing legal action within days related to a settlement that would allow new designs for downloadable, untraceable guns to become public and available world-wide as early as August 1.

"MENENDEZ CALLS ON SECRETARY POMPEO TO STOP ONLINE POSTING OF DO-IT-YOURSELF, 3-D PRINTABLE GUN BLUEPRINTS", U.S. Senator Bob Menendez, Ranking Member of the Senate Foreign Relations Committee, today called on U.S. Secretary of State Mike Pompeo to immediately intervene and review the surprising and sudden decision by his department to allow online public posting of 3-D printable gun blueprints in the next few days.

"Debating the Permissibility of Printable Guns", Those opposed to the settlement argue that it is deeply problematic that there are no background checks required for printing a gun.  Convicted violent felons could print guns. People with a history of violent mental disorders could print guns. The government has a responsibility to look after the safety of its citizenry.  Deadly weapons shouldn't fall into the wrong hands.

"We Have to Take a Stand on 3D Printed Guns", You can already make guns in the US, you just need a license to distribute guns. The essential part of the "homebrew" gun was already perfectly possible. If they really wanted to 3D print guns they could have already done this. Instead, they wanted to 3D print attention and everyone fell for it. They went looking for a law suit to prolong the window of attention on them.

"Houthi rebels attack Saudi tanker in Red Sea: Coalition", Houthi rebels have attacked a Saudi oil tanker in the Red Sea, causing "minor damage" to the vessel, the Saudi-led Coalition said on Wednesday.

"Final US defence spending Bill expands pushback against China", Specifically, it calls for the Pentagon to adopt a more proactive role in assessing and strengthening Taiwan's ability to resist an invasion from China, which sees the democratically run island as a province.

"Government Admits AR-15s Are Not Weapons of War", Wilson and SAF fought the suit on First Amendment grounds and secured a settlement with the State Department and the Department of Justice, the latter of which finalizes the settlement. The amended regulations proposed in the settlement show the government will no longer look at semi-automatic firearms below .50 caliber as "military equipment" or weapons of war.

"Make an AR-15 at home: 3D printed 'downloadable guns' available Aug. 1", A settlement earlier this year between the State Department and Texas-based Defense Distributed will let the nonprofit release blueprints for guns online starting Aug. 1, a development hailed by the group as the death of gun control in the United States.

"THE DANGERS OF 3D-PRINTED GUNS", The Trump Administration's ruling will recklessly allow anyone to post their gun blueprints online for anyone to download. That means people who are unable to pass a background check—like terrorists, convicted felons, and domestic abusers—will be able to 3D-print a gun out

WASHAR0036581

UNCLASSIFIED
Official

of the same type of plastic used to make LEGOs—without any attached serial numbers. This could have severe repercussions a decade from now if we allow weapons of this kind to multiply.

"Anglophone Revolt Seen Raising Risk of Civil War in Cameroon", Advocacy groups including Human Rights Watch have said the government's heavy-handed response contributed to an escalation of the conflict. Last week, the New York-based organization released satellite imagery showing security forces had torched dozens of villages, and accused them of committing torture and summary executions.

"800 US soldiers in Ghana for jungle warfare training at Achiase", Mr Jackson said although the partnership was in full force there was no indication of an American military base as was feared and became the subject of heated discussions in the country when the US, Ghana Defense Cooperation Agreement came to light earlier this year as it was presented to Parliament for ratification.

"US to release $195 mln of suspended military aid to Cairo shortly: Sources", The United States will shortly release some military aid to Cairo it had suspended last year following talks with an Egyptian military delegation currently visiting Washington, sources close to the delegation told Ahram Online on Wednesday.

"UAE talks up diplomacy as Congress curtails US involvement in Yemen war", The conference report specifically demands that the Pentagon tell Congress whether US or Arab coalition forces violated federal law or Pentagon policy, while another provision restricts US refueling for the Yemen campaign unless the UAE and Saudi Arabia demonstrate efforts to support UN-backed peace talks, resolve the growing humanitarian crisis and cut down on civilian deaths.

"An Indo-Pacific Joint Multinational Training Command and Readiness Center?", Given the absence of a 'permanent' institution to plan Joint, Interagency, and Multinational (JIM) exercises, train personnel (professional military education (PME), conduct mission rehearsal exercises, as well as serving as a venue for developing joint/combined doctrine, standard operating procedures (SOPs) and tactics, techniques, and procedures (TTP) etc.: 1) could one be created, modelled conceptually on the North Atlantic Treaty Organization's (NATO) JMRC, and 2) would it disrupt/delay/reverse the improvements in interoperability already taking place?

"Bulgaria issues request for proposals for fighter jets", The ministry has called for bids for new or used jets from the United States (F-16 and F/A-18 Super Hornet), France (Dassault Rafale) and Sweden (Gripen C/D) as well as new jets from Germany (Eurofighter 3 Tranche) and used planes from Portugal (F-16), Israel (F-16) and Italy (Eurofighter Tranche 1).

"U.S. pastor on trial in Turkey moved to house arrest - CNN Turk", An American pastor on trial in Turkey on terrorism charges has been moved to house arrest, broadcaster CNN Turk said on Wednesday, a week after a court decided to keep him in jail in a case which has caused a rift with the United States.

"Email NOW: Stop the Threat of Downloadable Guns", Do-it-yourself, downloadable guns are incredibly dangerous. And a State Department special exemption would allow a company run by a self-proclaimed anarchist to post its gun blueprints online in the form of files that can be sent directly to a 3D printer to print guns on demand.

"The US Just Made It Legal For Anyone to Download And Print Their Own Gun. Yes, Really", The lawsuit turns on whether or not the first and second amendment, allowing freedom of speech and the right to bear arms, protects someone like Wilson, who wishes to provide downloadable gun blueprints to make deadly, untraceable weapons.

WASHAR0036582

**UNCLASSIFIED**
**Official**

<u>"India finalising negotiations for 48 additional Mi-17-V5 helicopters from Russia",</u> Official Indian sources told Jane's on 23 July that the deal for the twin-engine helicopters – 38 of which are earmarked for the IAF – is likely to be signed during Russian President Vladimir Putin's visit to India in early October for the annual bilateral summit between the leaders of the two countries.

---

**Matthew Marquis**
Office of Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

Phone:      202.647.6968
e-mail:     *__MarquisMR@state.gov__* |   Web:  *__www.state.gov/t/pm /__* |Twitter: *__@StateDeptPM__*

Stay connected with *State.gov*:



**Official**
**UNCLASSIFIED**

**Official**
**UNCLASSIFIED**

WASHAR0036583

**From:** Heidema, Sarah J <HeidemaSJ@state.gov>
**Sent:** Monday, April 02, 2018 1:50 PM
**To:** Miller, Michael F
**Cc:** Hart, Robert L
**Subject:** FW: PM Final: Defense Distributed offer of settlement
**Attachments:** DDTC DD Counteroffer v4.docx



Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Freeman, Jeremy B
Sent: Monday, April 2, 2018 10:27 AM
To: Hart, Robert L <HartRL@state.gov>; Cavnar, Anna <CavnarA@state.gov>; Fabry, Steven F <FabrySF@state.gov>;
Monjay, Robert <MonjayR@state.gov>
Cc: Heidema, Sarah J <HeidemaSJ@state.gov>
Subject: RE: PM Final: Defense Distributed offer of settlement

Rob -

Thanks,
Jeremy and Anna

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Hart, Robert L
Sent: Thursday, March 29, 2018 4:54 PM
To: Freeman, Jeremy B; Cavnar, Anna; Fabry, Steven F; Monjay, Robert
Cc: Heidema, Sarah J
Subject: RE: PM Final: Defense Distributed offer of settlement

WASHAR0036584

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Freeman, Jeremy B
Sent: Thursday, March 29, 2018 4:21 PM
To: Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Cavnar, Anna
<CavnarA@state.gov<mailto:CavnarA@state.gov>>; Fabry, Steven F <FabrySF@state.gov<mailto:FabrySF@state.gov>>
Cc: Heidema, Sarah J <HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: PM Final: Defense Distributed offer of settlement

Rob,



Thanks,
Jeremy and Anna

WASHAR0036585

Official - SBU (Attorney Work Product, Attorney-Client Privilege, Deliberative Process) UNCLASSIFIED

From: Hart, Robert L
Sent: Wednesday, March 28, 2018 3:51 PM
To: Cavnar, Anna; Fabry, Steven F
Cc: Freeman, Jeremy B; Heidema, Sarah J
Subject: RE: PM Final: Defense Distributed offer of settlement

███████████████████████████████████████████████████

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official - SBU
UNCLASSIFIED

From: Cavnar, Anna
Sent: Wednesday, March 28, 2018 10:34 AM
To: Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>; Fabry, Steven F
<FabrySF@state.gov<mailto:FabrySF@state.gov>>
Cc: Freeman, Jeremy B <FreemanJB@state.gov<mailto:FreemanJB@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>
Subject: RE: PM Final: Defense Distributed offer of settlement

Rob,

███████████████████████████████████████████████████

Best,
Anna

Official - SBU
UNCLASSIFIED

From: Hart, Robert L
Sent: Tuesday, March 27, 2018 5:02 PM
To: Fabry, Steven F
Cc: Freeman, Jeremy B; Cavnar, Anna; Heidema, Sarah J
Subject: FW: PM Final: Defense Distributed offer of settlement

███████████████████████████████████████████████████

WASHAR0036586

Thanks,

Rob Hart
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Tuesday, March 27, 2018 4:59 PM
To: Hart, Robert L <HartRL@state.gov<mailto:HartRL@state.gov>>
Cc: Dearth, Anthony M <DearthAM@state.gov<mailto:DearthAM@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Koelling, Richard W
<KoellingRW@state.gov<mailto:KoellingRW@state.gov>>; Paul, Joshua M
<PaulJM@state.gov<mailto:PaulJM@state.gov>>; PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-
StaffersMailbox@state.gov>>; Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>
Subject: PM Final: Defense Distributed offer of settlement

Rob,

PDAS Kaidanow approved without changes or comment.

Best,

Bill Hayes
PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
Staff Assistant
202-647-8089

Official - Transitory
UNCLASSIFIED

From: Kaidanow, Tina S
Sent: Tuesday, March 27, 2018 4:45 PM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Cc: Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>
Subject: RE: For Review: FW: Defense Distributed offer of settlement

approve

Official - Transitory
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Tuesday, March 27, 2018 2:57 PM
To: Kaidanow, Tina S <KaidanowTS@state.gov<mailto:KaidanowTS@state.gov>>
Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>; Steffens, Jessica L
<SteffensJL@state.gov<mailto:SteffensJL@state.gov>>
Subject: For Review: FW: Defense Distributed offer of settlement

PDAS Kaidanow,

WASHAR0036587

Please see attached for your clearance an offer of settlement of the Defense Distributed case currently before the U.S. District Court for the Western District of Texas.

Best,

Bill Hayes
PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
Staff Assistant
202-647-8089

Official - Transitory
UNCLASSIFIED

From: Steffens, Jessica L
Sent: Tuesday, March 27, 2018 2:47 PM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Subject: RE: For Jessica: FW: Defense Distributed offer of settlement

Hi. I haven't made it through all of my emails given all the trip prep meetings, but DTC was going to send up some background on this case.  That additional info should go up along with this approval request.
Thanks.


Official - Transitory
UNCLASSIFIED

From: PM-Staffers Mailbox
Sent: Tuesday, March 27, 2018 9:55 AM
To: Steffens, Jessica L <SteffensJL@state.gov<mailto:SteffensJL@state.gov>>
Cc: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>
Subject: For Jessica: FW: Defense Distributed offer of settlement

Jessica - please see attached for PDAS Kaidanow clearance an offer of settlement of the Defense Distributed case currently before the U.S. District Court for the Western District of Texas.  Rob Hart said he is available to answer any questions.

Best,

Bill Hayes
PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
Staff Assistant
202-647-8089

Official - SBU
UNCLASSIFIED

From: Hart, Robert L
Sent: Tuesday, March 27, 2018 9:50 AM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov<mailto:PM-StaffersMailbox@state.gov>>

WASHAR0036588

Cc: Dearth, Anthony M <DearthAM@state.gov<mailto:DearthAM@state.gov>>; Heidema, Sarah J
<HeidemaSJ@state.gov<mailto:HeidemaSJ@state.gov>>; Koelling, Richard W
<KoellingRW@state.gov<mailto:KoellingRW@state.gov>>; Paul, Joshua M
<PaulJM@state.gov<mailto:PaulJM@state.gov>>
Subject: Defense Distributed offer of settlement

Hello,

Attached for PDAS Kaidanow's review and clearance is an offer of settlement of the Defense Distributed case currently
before the U.S. District Court for the Western District of Texas. I will follow up with Alicia or Bill to explain in more detail
by phone. This document is being reviewed simultaneously by L/PM, but we request clearance on the substantive
aspects of the offer as an ITAR matter.

To meet L's timeline we would be grateful for clearance by COB today. Please call me if you have any questions.

Thanks,

Rob Hart
Chief (Acting), Regulatory and Multilateral Affairs Division Department of State | Directorate of Defense Trade Controls
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>


Official - SBU
UNCLASSIFIED

WASHAR0036589

**From:**     Fabry, Steven F <FabrySF@state.gov>
**Sent:**     Monday, July 09, 2018 11:10 AM
**To:**       Wall, Amanda J; Mason, Julia N; PM-CPA; Cappiello, Cheryl A; Thibodeau, Jessica K;
              Ricci, Anthony; Cavnar, Anna; Freeman, Jeremy B
**Subject:**  RE: Reporter hoping to talk about legal settlement with Defense Distributed

It's Anna Cavnar and Jeremy Freeman who have the lead on this one; adding them.

Official - SBU
UNCLASSIFIED

From: Wall, Amanda J
Sent: Monday, July 09, 2018 11:03 AM
To: Mason, Julia N; PM-CPA; Cappiello, Cheryl A; Thibodeau, Jessica K; Fabry, Steven F; Ricci, Anthony
Subject: RE: Reporter hoping to talk about legal settlement with Defense Distributed

Adding Steve and Tony, who are tracking this case.

Best,
Amanda


This email is UNCLASSIFIED.


From: Mason, Julia N
Sent: Monday, July 09, 2018 11:02 AM
To: PM-CPA; Cappiello, Cheryl A; Thibodeau, Jessica K; Wall, Amanda J
Subject: FW: Reporter hoping to talk about legal settlement with Defense Distributed

█████████████████████████████████

Thanks,
Julia

From: Andy Greenberg <agreenberg@wired.com>
Sent: Monday, July 09, 2018 10:55 AM
To: PA Press Duty <PAPressDuty@state.gov>
Subject: Reporter hoping to talk about legal settlement with Defense Distributed

State Department press contacts,

I'm a reporter with WIRED Magazine in New York, and I'm writing a story about the outcome of a three-year lawsuit brought against the State Department by a group called Defense Distributed and the Second Amendment Foundation.

It's my understanding that the plaintiffs were suing the State Department for allegedly unconstitutional attempts to prevent them from publishing technical digital files and models for guns on the web.

1

Now Defense Distributed tells me that the State Department has offered a settlement that essentially concedes most points of their argument and allows them (and others) to publish those firearm files online.

I'm working on a feature about the outcome of this lawsuit and how Defense Distributed plans to exploit that outcome: They now intend to publish a collection of gun files online that they've been preparing for some time.

Can someone at the State Department please get in touch to talk about the thinking behind this settlement and what it represents for arms control in the US and abroad?

I'm afraid that my deadline is rather pressing: I'd really appreciate a chance to talk to someone today if possible, or tomorrow at the very latest.

Thanks very much for your help and hope to hear from you soon!

Andy Greenberg
Senior Writer
WIRED
1 World Trade Center, NY, NY 10007
(917) 348-5427
Official - Transitory
UNCLASSIFIED

WASHAR0036591

| From: | Paul, Joshua M <PaulJM@state.gov> |
|---|---|
| Sent: | Friday, July 27, 2018 11:39 AM |
| To: | Rice, Edmund; Fite, David (Foreign Relations); Darrach, Tamara A; Faulkner, Charles S |
| Cc: | Oliver, Stacie (Foreign Relations); McCormick, Jamie |
| Subject: | RE: Reported State Department Spokesperson Statement on 3D Guns |

Certainly, here you go:  To be clear, these are our press talking points (and constitute the full extent of our talking points on this matter), not a statement - we've not released or drafted a statement as such.

Toplines


*      The United States strictly regulates the export of defense articles, including related manufacturing technologies and information, as an integral part of safeguarding U.S. national security and furthering U.S. foreign policy objectives in accordance with the Arms Export Control Act (AECA) and the International Traffic in Arms Regulations (ITAR).


*      This was a voluntary settlement entered into following negotiations between the Department of State and the plaintiffs. The court did not rule in favor of the plaintiffs in this case.  In other contexts, courts have upheld ITAR controls on technical data.

Additional Points


*      The settlement in this case comes as the U.S. Government is reviewing comments on new proposed regulations to transfer oversight from the U.S. Department of State to the U.S. Department of Commerce of exports of firearms and related items that do not provide the United States with a critical military or intelligence advantage or, in the case of weapons, are not inherently for military end use, including many items that are widely available in retail outlets in the United States and abroad.


*      These proposed regulations are part of an ongoing effort to create a simpler, more robust export control system that eases industry compliance, enhances enforceability, and better protects truly sensitive technologies.


*      In addition to reducing regulatory burden on U.S. industry, these proposed regulations would eliminate the ITAR requirements at issue in this case, including the ITAR requirement to obtain U.S. Government authorization to post to the Internet technical data related to certain firearms and related items that are commercially available, such as those at issue in this case.


*      In the course of formulating these proposed regulations, the U.S. Government conducted a national security analysis in the context of the rulemaking effort. Based on this analysis, it was determined that certain firearms and related items that are widely available for commercial sale, and technical data related to those items, is of a type that

WASHAR0036592

does not offer a critical military or intelligence advantage to the United States, per section 120.3 of the ITAR, and therefore warrants export licensing requirements under the U.S. Department of Commerce's jurisdiction.


Official
UNCLASSIFIED

From: Rice, Edmund <Edmund.Rice@mail.house.gov>
Sent: Friday, July 27, 2018 10:32 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Paul, Joshua M <PaulJM@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Faulkner, Charles S <FaulknerCS@state.gov>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>; McCormick, Jamie <Jamie.McCormick@mail.house.gov>
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

Same request

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 27, 2018 10:09 AM
To: 'Paul, Joshua M' <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

Can I get a copy of the statement?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 27, 2018 10:08 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S <FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>; Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov> (edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>) <edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>; Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>
Subject: RE: Reported State Department Spokesperson Statement on 3D Guns

This is a mischaracterization - and a misquoting - of our statements to the press on this matter.  What we have told media is that "the settlement in this case comes as the U.S. Government is reviewing comments on new proposed regulations" (emphasis mine), not because of the regulations - this line is intended to provide context, not cause.

Official - SBU
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 27, 2018 9:57 AM

2

WASHAR0036593

To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>; Faulkner, Charles S
<FaulknerCS@state.gov<mailto:FaulknerCS@state.gov>>
Cc: Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>;
Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>
(edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>)
<edmund.rice@mail.house.gov<mailto:edmund.rice@mail.house.gov>>;
Jamie.mccormick@mail.house.gov<mailto:Jamie.mccormick@mail.house.gov>
Subject: Reported State Department Spokesperson Statement on 3D Guns

So there was this ABC news story that said this:


In a lengthy statement, the State Department spokesperson said that the Trump administration settled because new
government regulations make the case moot. The Commerce Department is taking over the regulation of certain
firearms -- a change that was implemented under the Obama administration, but accelerated under the Trump
administration as it seeks "to create a simpler, more robust export control system that eases industry compliance,
enhances enforceability, and better protects truly sensitive technologies."   https://abcnews.go.com/Politics/state-
department-defends-allowing-publication-blueprints-3d-
print/story?id=56817152<https://urldefense.proofpoint.com/v2/url?u=https-3A__abcnews.go.com_Politics_state-
2Ddepartment-2Ddefends-2Dallowing-2Dpublication-2Dblueprints-2D3d-2Dprint_story-3Fid-
3D56817152&d=DwMFAg&c=L93KkjKsAC98uTvC4KvQDTmmq1mJ2vMPtzuTpFgX8gY&r=qK7_ZRFYXD_2-
oNGpZDaSv48Ivvk3sok_Kc-8ucoEbs&m=4S_yEixtZSsw89x2XhqgUdWAP44i4TJAmBEXVVW9qjU&s=HqHDqHN2-
Rqtmt73HXGVOBYpTujxf4uq0wK_ToXrREs&e=>

Is this is accurate, it would seem to be an admission of an intent to circumvent the CATs I-III regulatory legal process.
What exactly did the State Dept person say?

WASHAR0036594

**From:** Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>
**Sent:** Friday, July 20, 2018 12:13 PM
**To:** 'Paul, Joshua M'; Rice, Edmund; Miller, Michael F; Darrach, Tamara A
**Cc:** McCormick, Jamie; Oliver, Stacie (Foreign Relations)
**Subject:** RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Now, if we can just get to "transparency in a timely manner"...

From: Paul, Joshua M <PaulJM@state.gov>
Sent: Friday, July 20, 2018 12:00 PM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov>; Rice, Edmund <Edmund.Rice@mail.house.gov>; Miller, Michael F <Millermf@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

David,

We would be glad to discuss the question of timing when we brief you; our commitment to transparency hasn't changed, and we have been working to line up a briefing to you for some time, but as you will understand, on a complex matter like this, there are several wickets we have to go through.

Josh

Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 11:45 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

If this settlement was signed on June 29th, why weren't we informed earlier about it? Or did I miss the email?

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:42 AM
To: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie (Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>

1

WASHAR0036595

Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Understood, and that's helpful information.  We'll round back and be in touch.

Official
UNCLASSIFIED

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:32 AM
To: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>; Fite, David (Foreign Relations)
<David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

A phone call would be only a first step for we four.  I expect that as news of this settlement spreads, there will be a
requirement to brief a number of Congressional staff and then Members.

From: Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>
Sent: Friday, July 20, 2018 11:21 AM
To: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Rice,
Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

Hello,

We've actually been in the process of putting together a briefing for you on this - with the intent being to provide a
phone call early next week.  Would that work?

Josh

Official
UNCLASSIFIED

From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 11:10 AM
To: 'Rice, Edmund' <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>;
Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

As well as State's view of State's legal liability to this suit in the first place.

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>

2

WASHAR0036596

Sent: Friday, July 20, 2018 11:03 AM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua
<pauljm@state.gov<mailto:pauljm@state.gov>>; Darrach, Tamara
<darrachta@state.gov<mailto:darrachta@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David
(Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>; Oliver, Stacie (Foreign
Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms
Importance: High

Mike, et.al<https://urldefense.proofpoint.com/v2/url?u=http-
3A__et.al&d=DwQFAg&c=L93KkjKsAC98uTvC4KvQDTmmq1mJ2vMPtzuTpFgX8gY&r=qK7_ZRFYXD_2-
oNGpZDaSv48Ivvk3sok_Kc-
8ucoEbs&m=INcZ7Lzqeg9FRKxUQ74geJdNZKtHf7E_XypzmUYkPwY&s=WDbfGOTuqtofudKGj_R9heOE3es9SbkzJomT50T-
7pA&e=>.:
This is to request a briefing on the terms of the settlement (attached) that the State Department entered into June 29th
regarding Defense Distributed et al v. United States Department of State et al, Western District of Texas, Civil Docket #
1:15-cv-00372-RP. This is the suit brought by several persons who want to make available online software for
manufacture via 3-D printing of firearms, including plastic firearms.
In particular, item 1(b) indicates that State will amend the ITAR to remove the subject software from the USML by July
27th.  Several House Members have brought this matter to Rep. Engel's attention and I have been asked to look into
this ASAP. I expect that Jamie, David and Stacie also would need to know about this.
Perhaps this could be covered at our July 25th arms transfer meeting.  One way or another, I need a briefing on this prior
to July 27th.
Ed


Edmund B. Rice
Senior Professional Staff Member
Democratic Staff
House Foreign Affairs Committee
B-360 Rayburn House Office Bldg.
202-226-8467

WASHAR0036597

| | |
|---|---|
| **From:** | Heidema, Sarah J <HeidemaSJ@state.gov> |
| **Sent:** | Friday, July 20, 2018 11:21 AM |
| **To:** | Miller, Michael F |
| **Subject:** | RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms |

The fun never stops!

Official
UNCLASSIFIED

From: Miller, Michael F
Sent: Friday, July 20, 2018 11:18 AM
To: Heidema, Sarah J <HeidemaSJ@state.gov>
Subject: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms
Importance: High


Further to your point(s), Hill now asking to be briefed ASAP...



From: Fite, David (Foreign Relations) <David_Fite@foreign.senate.gov<mailto:David_Fite@foreign.senate.gov>>
Sent: Friday, July 20, 2018 11:10 AM
To: 'Rice, Edmund' <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>; Miller, Michael F
<Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M <PaulJM@state.gov<mailto:PaulJM@state.gov>>;
Darrach, Tamara A <DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Oliver, Stacie
(Foreign Relations) <Stacie_Oliver@foreign.senate.gov<mailto:Stacie_Oliver@foreign.senate.gov>>
Subject: RE: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms

As well as State's view of State's legal liability to this suit in the first place.

Official
UNCLASSIFIED

From: Rice, Edmund <Edmund.Rice@mail.house.gov<mailto:Edmund.Rice@mail.house.gov>>
Sent: Friday, July 20, 2018 11:03 AM
To: Miller, Michael F <Millermf@state.gov<mailto:Millermf@state.gov>>; Paul, Joshua M
<PaulJM@state.gov<mailto:PaulJM@state.gov>>; Darrach, Tamara A
<DarrachTA@state.gov<mailto:DarrachTA@state.gov>>
Cc: McCormick, Jamie <Jamie.McCormick@mail.house.gov<mailto:Jamie.McCormick@mail.house.gov>>; Fite, David
<david_fite@foreign.senate.gov<mailto:david_fite@foreign.senate.gov>>; Oliver, Stacie
<stacie_oliver@foreign.senate.gov<mailto:stacie_oliver@foreign.senate.gov>>
Subject: Request briefing on proposed ITAR change on 3-D printing software for plastic firearms
Importance: High


Mike, et.al.:

1

WASHAR0036598

This is to request a briefing on the terms of the settlement (attached) that the State Department entered into June 29th regarding Defense Distributed et al v. United States Department of State et al, Western District of Texas, Civil Docket # 1:15-cv-00372-RP. This is the suit brought by several persons who want to make available online software for manufacture via 3-D printing of firearms, including plastic firearms.

In particular, item 1(b) indicates that State will amend the ITAR to remove the subject software from the USML by July 27th.   Several House Members have brought this matter to Rep. Engel's attention and I have been asked to look into this ASAP. I expect that Jamie, David and Stacie also would need to know about this.

Perhaps this could be covered at our July 25th arms transfer meeting.  One way or another, I need a briefing on this prior to July 27th.

Ed


Edmund B. Rice
Senior Professional Staff Member
Democratic Staff
House Foreign Affairs Committee
B-360 Rayburn House Office Bldg.
202-226-8467

WASHAR0036599

| | |
|---|---|
| **From:** | Heidema, Sarah J <HeidemaSJ@state.gov> |
| **Sent:** | Friday, July 27, 2018 5:07 PM |
| **To:** | Wrege, Karen M |
| **Subject:** | Fwd: website announcement docs |
| **Attachments:** | Settlement Agreement.pdf; Second Amended Complaint.pdf |

Get Outlook for iOS<https://aka.ms/o0ukef> _____
From: Hart, Robert L
Sent: Friday, July 27, 2018 5:05:53 PM
To: Heidema, Sarah J
Subject: website announcement docs

The below text should be posted as a Notice in the "News & Events" section of our website. We should also have the two attached PDFs uploaded to the site, with hyperlinks to the respective documents added into the text in the highlighted locations below. Points of contact in IT for this request are Karen Wrege (WregeKM@state.gov<mailto:WregeKM@state.gov>), Quentin Murray (MurrayQT@state.gov<mailto:MurrayQT@state.gov>), and Dean Rock (RockD@state.gov<mailto:RockD@state.gov>).

Temporary Modification of Category I of the United States Munitions List

Consistent with the International Traffic in Arms Regulations (ITAR), 22 C.F.R. § 126.2, the Acting Deputy Assistant Secretary for Defense Trade Controls has determined that it is in the interest of the security and foreign policy of the United States to temporarily modify United States Munitions List (USML) Category I to exclude the following technical data identified in the Settlement Agreement for the matter of Defense Distributed, et al., v. U.S. Department of State, et al, Case No. 15-cv-372-RP (W.D. Tex.) (hereinafter "Defense Distributed"):

- "Published Files," i.e., the files described in paragraph 25 of the Second Amended Complaint in Defense Distributed.

- "Ghost Gunner Files," i.e., the files described in paragraph 36 of the Second Amended Complaint in Defense Distributed.

- "CAD Files," i.e., the files described in paragraph 40 of the Second Amended Complaint in Defense Distributed.

- "Other Files," i.e., the files described in paragraphs 44-45 of the Second Amended Complaint in Defense Distributed, insofar as those files regard items exclusively: (a) in Category I(a) of the USML, as well as barrels and receivers covered by Category I(g) of the USML that are components of such items; or (b) items covered by Category I(h) of the USML solely by reference to Category I(a), excluding Military Equipment.  Military Equipment means (1) Drum and other magazines for firearms to .50 caliber (12.7 mm) inclusive with a capacity greater than 50 rounds, regardless of jurisdiction of the firearm, and specially designed parts and components therefor; (2) Parts and components specially

1

WASHAR0036600

designed for conversion of a semi-automatic firearm to a fully automatic firearm; (3) Accessories or attachments specially designed to automatically stabilize aim (other than gun rests) or for automatic targeting, and specially designed parts and components therefor.

This temporary modification will remain in effect while the final rule referenced in paragraph 1(a) of the Settlement Agreement is in development.

Please see the Settlement Agreement [insert relevant hyperlink] and the Second Amended Complaint [insert relevant hyperlink] for additional information.

Rob Hart
Chief (Acting), Regulatory and Multilateral Affairs Division Department of State | Directorate of Defense Trade Controls
202.736.9221 | hartrl@state.gov<mailto:hartrl@state.gov>

Official
UNCLASSIFIED

WASHAR0036601

| | |
|---|---|
| **From:** | Paul, Joshua M <PaulJM@state.gov> |
| **Sent:** | Wednesday, May 16, 2018 7:59 AM |
| **To:** | PM-DAS's; PM-DDTC-Directors-DL; PM-DTCP-RMA |
| **Cc:** | PM-CPA |
| **Subject:** | CPA Media Monitoring: Proposed Rules Receive a Polarized Response |

[cid:image001.png@01D29279.128F6050]

As anticipated, the roll out of proposed rules to USML Categories I-III is receiving a polarized response after initially balanced media coverage.

Early media reporting on the proposed rules was spearheaded by the Washington Times who provided an overview<https://www.washingtontimes.com/news/2018/may/14/trump-administration-moves-shift-small-arms-gun-ex/> of the pros and cons of the proposals, quoting both Senators Cardin and Daines, and noting that the rules were originally drafted under the previous Administration.  Bloomberg's The Trace was next out off the line with a relatively balanced article<https://www.thetrace.org/rounds/gun-export-rules-trump-administration-plan/>, but one that only cited two sources: SEN Cardin, and Security Assistance Monitor's Colby Goodman, who told The Trace that "The world of firearms exports is full of questionable, dubious characters."  A balanced tone was also struck by Defense News<https://www.defensenews.com/global/2018/05/15/selling-guns-could-got-easier-thanks-to-the-trump-administration/>.  Yesterday's coverage was rounded out by The Hill<http://thehill.com/regulation/administration/387785-trump-administration-releases-plan-to-shift-gun-export-approvals>, who quoted State and Commerce Department officials, but also quoted advocate John Lindsay Poland, who argued that "We need international background checks to prevent gun exports to military and private groups that use them to commit violence or collude with organized crime."

Overnight, as anticipated, dueling narratives have begun to emerge.  Two notable organizations have announced their opposition to the proposed moves:  The Giffords Organization, founded by former REP Gabby Giffords and her husband, put out a statement arguing that<https://giffords.org/2018/05/trump-firearms-exports/> "In their zeal to sell even more firearms, gun manufacturers have continuously pushed politicians in Washington, D.C. to make it easier to sell their products in foreign markets. Today's announcement removes Congressional oversight and State Department expertise over small arms deals, setting a dangerous precedent that allows the Administration to act on its own and in the process create further instability in places where people are already suffering. Under the guise of reducing burdens to completing a sale, this Administration wants to make it easier for a dictator to use American firearms to oppress their people or for terrorists to build armories. It's clear the Administration will do anything to appease the gun lobby - even if it means putting profits over the safety of people around the world."  In a similar vein, Global Exchange and the Violence Policy Center put out a joint statement<https://www.scribd.com/document/379327612/Arms-Transfer-Press-Release-5-15-2018> expressing concern that "The proposed transfer of agency responsibility will likely lead to mroe U.S. guns getting into the hands of criminal organizations, human rights abusers, terrorist groups, and others who wreak harm." We anticipate further pronouncements in this vein in the coming days.

On the other hand, coverage from firearms press has been almost celebratory in its nature.  For example, Ammoland writes that<https://www.ammoland.com/2018/05/trump-state-department-looks-to-stream-line-firearms-exports-open-us-markets/#axzz5FfDPG453> "As many of our industry readers will confirm the current red tape burden under the State Department has prevented many opportunities for American firearm manufacturers to compete overseas. The logical step, of moving authority to the Commerce Department and treating gun makers as standard business exports, has been long sought by small arms manufacturers as a way to boost sales and employ even more Americans. #MAGA" On a more practical note, the National Shooting Sports Foundation has put out an advisory to its membership seeking

WASHAR0036602

comments<http://www.theoutdoorwire.com/story/6efc3e87-4450-481e-a3a5-69f39eb26d0d> on the proposed rules. CPA anticipates further comment from the NSSF, and possibly the NRA, in the next day or two.

We will continue to monitor coverage of these proposed rules and provide updates as the public comment period proceeds.

_____

Josh Paul
Director, Congressional & Public Affairs Bureau of Political-Military Affairs (PM/CPA) U.S. Department of State

* Phone:      202.647.7878 | *   BlackBerry: 202.679.6724 | 7  Fax: 202.647.4055
* e-mail:      PaulJM@State.Gov<mailto:PaulJM@State.Gov> | *  Web:  www.state.gov/t/pm
/<http://www.state.gov/t/pm%20/>

[https://g.twimg.com/twitter-bird-16x16.png]  http://twitter.com/StateDeptPM

Stay connected with State.gov:

[Twitter]<http://twitter.com/StateDept>[Tumblr]<http://statedept.tumblr.com/>[RSS Feed]<http://www.state.gov/misc/echannels/66791.htm>[Facebook]<http://www.facebook.com/usdos>[Flickr]<http://www.flickr.com/photos/statephotos>[YouTube]<http://www.youtube.com/user/statevideo>[Google Plus]<https://plus.google.com/u/0/102630068213960289352#102630068213960289352/posts>

This message is UNCLASSIFIED, per E.O. 12958

Official
UNCLASSIFIED

WASHAR0036603

| | |
|---|---|
| **From:** | PM-Staffers Mailbox <PM-StaffersMailbox@state.gov> |
| **Sent:** | Wednesday, July 25, 2018 6:15 PM |
| **To:** | Darrach, Tamara A; Reeser, Tiffany R |
| **Cc:** | Paul, Joshua M; Carter, Rachel; Chandler, Karen R; PM-Staffers Mailbox |
| **Subject:** | RE: PM Final: Additional Q&A for PM A/S Nominee R. Clarke Cooper's Hearing |
| **Attachments:** | DD QA.docx |

H colleagues,

AA/S Kaidanow approved the attached Q&A on a Defense Distributed issue as supplemental information for PM A/S Nominee Cooper's hearing book.

Please let us know if you have any questions.

Best,

Samantha Sison
PM/FO SharePoint<http://pm.t.state.sbu/fo/SitePages/Home.aspx>
202-647-0561

From: PM-Staffers Mailbox
Sent: Friday, July 13, 2018 4:40 PM
To: PM-Staffers Mailbox <PM-StaffersMailbox@state.gov>; Darrach, Tamara A <DarrachTA@state.gov>; Reeser, Tiffany R <ReeserTR@state.gov>
Cc: PM-CPA <PM-CPA@state.gov>; Steffens, Jessica L <SteffensJL@state.gov>; Chandler, Karen R <ChandlerKR@state.gov>
Subject: RE: PM Final: H Tasker for Nominee Issue Papers and Q&As

Adding a couple of other background materials that may be helpful.

Alicia Loucks
X76604


SBU
This email is UNCLASSIFIED.


From: PM-Staffers Mailbox
Sent: Friday, July 13, 2018 4:37 PM
To: Darrach, Tamara A; Reeser, Tiffany R
Cc: PM-CPA; PM-Directors; PM-Deputy-Directors; PM/RSAT Team Leaders; Litzenberger, Earle D (Lee); Steffens, Jessica L; Chandler, Karen R
Subject: PM Final: H Tasker for Nominee Issue Papers and Q&As

AA/S Kaidanow approved these issues papers and
Q&As<https://pm.t.state.sbu/FO/_layouts/listform.aspx?PageType=4&ListId=%7bF37F9DB8-9BB3-4EBB-92B0-

WASHAR0036604

8186758AFB38%7d&ID=2169&ContentTypeID=0x01006F899202C73FF943990E88459AF10749> for PM A/S Nominee R. Clarke Cooper's Hearing.

Alicia Loucks
X76604


SBU
This email is UNCLASSIFIED.


From: Reeser, Tiffany R
Sent: Monday, July 09, 2018 1:31 PM
To: PM-Staffers Mailbox; Paul, Joshua M
Cc: Darrach, Tamara A
Subject: H Tasker for Nominee Issue Papers and Q&As
Importance: High


Good Afternoon,



Thank You,

Tiffany

WASHAR0036605

Tiffany R. Reeser
Bureau of Legislative Affairs (H)
U.S. Department of State
Office: 202-647-3033
reesertr@state.gov<http://redirect.state.sbu/?url=mailto:penoyars@state.gov>


Official
UNCLASSIFIED

WASHAR0036606

**From:**        █████████
**To:**          DDTC Response Team
**Subject:**     Do not allow downloadable gun blueprints to be shared with anyone!
**Date:**        Friday, July 27, 2018 9:25:24 PM

Hi,

I am writing from Kansas City, Missouri, begging you to stop the special exception that will allow downloadable gun blueprints. It is terrifying to think of anyone having access to a gun without a background check or tracking of any sort. I am a nurse in the pediatric ICU, and one thing I have to worry about going to work is someone coming in and shooting me or my patients at work. I like to go to concerts and sporting events. I trust the metal detectors will keep out weapons that could harm me or my loved ones while trying to enjoy ourselves. We're also relying more on metal detectors at schools to protect children since we can't find a better way to prevent the mass murder of children. It is unacceptable to allow a future where metal detectors don't work, which they won't on 3D printed guns. We already have enough guns in this country. There is NO need to make it easier for anyone to have access to a DIY gun. Yes, people kill people, and they kill more people more easily with guns. Please do your job to protect the American people and don't make it any easier. Thank you.

--
████████████████████

**From:**   ▮▮▮▮▮▮
**To:**   DDTC Response Team
**Subject:**   3D guns
**Date:**   Friday, July 27, 2018 5:47:26 PM

To whom this may concern,
Why would it be okay for the blue prints of guns being uploaded and being able to be 3D printed? DON'T ALLOW THIS!

WASHAR0036608

**From:** 
**To:** DDTC Response Team
**Subject:** Stop 3-D Gun Printing
**Date:** Friday, July 27, 2018 5:43:53 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit).

Please consider our safety first. Thank you.

Best,

**From:**   ███████████
**To:**   DDTC Response Team
**Subject:**   STOP special exemption allowing downloadable guns
**Date:**   Friday, July 27, 2018 2:50:10 PM

If not, please tell me the advantages of downloadable guns. I'll wait.

████████████

Seattle, WA

WASHAR0036610

**From:** ▉▉▉▉▉▉▉▉
**To:** DDTC Response Team
**Subject:** Gun safety
**Date:** Friday, July 27, 2018 2:02:46 PM

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities.*

*Thank you,*

▉▉▉▉▉▉▉▉

| | |
|---|---|
| **From:** | ██████ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop the Special exemption for downloading 3D Printable Guns |
| **Date:** | Friday, July 27, 2018 1:53:45 PM |

This message is for Mike Pompeo

Stop the special exemption for downloading printable 3D guns. They will be free to access by those who cannot pass background tests such as prisoners and terrorists. These guns can go unnoticed by screenings and they will be untraceable. These guns will, without a doubt, be used in illegal, violent activity.

██████████

**From:**    █████████
**To:**      DDTC Response Team
**Subject:** Stop Downloadable guns
**Date:**    Friday, July 27, 2018 1:43:40 PM

I am calling because I want to tell someone I want you to stop the special exemption allowing downloadable guns. I am in Memphis, TN 38104



**From:** ██████
**To:** ██████  DDTC Response Team
**Subject:** Downloading of blueprints for 3D guns
**Date:** Friday, July 27, 2018 1:25:28 PM

No. Just no.

You must be crazy to even consider such a thing.



*Let knowledge like a breeze*

*In through the door of your belief*

*Blow through the rooms and the corridors*

*Knock cherished heirlooms to the floor*

*That wind can raise the roof sometimes*

*And leave you blinking at the sky*

*So if you stare into this glass*

*Beware that there's no going back*

*You'll say "Sun Rise!" but it will refuse*

*Instead, the earth itself will move*

*And spin you 'round from dawn to dawn*

*Amid the wonder of it all*

*Peter Mayer "Do You Really Want to Know?"*

WASHAR0036615

**From:** █████
**To:** DDTC Response Team
**Subject:** Defense Distributed Settlement
**Date:** Friday, July 27, 2018 11:47:41 AM

To whom it may concern,

I am deeply disturbed by the settlement with Defense Distributed (Cody Wilson) that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. This agreement needs to be terminated immediately.

Regulation of plastic guns began under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. These blueprints will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace.

Do not proliferate these dangerous weapons in our communities. This settlement sets a dangerous precedent that will only add to the epidemic of gun violence already plaguing our nation.

Thank you,
█████

**From:**
**To:** DDTC Response Team
**Subject:** NO 3-D PRINTED GUNS
**Date:** Friday, July 27, 2018 11:10:39 AM

Please note that I am 100% against the plans to allow for the publishing of guns that can be printed from a 3-D printer. My reasons for this are the fact that security checks at every facility - theme parks, sporting events, concerts, airports, etc all rely on metal detectors.

Anyone who wishes to legally own a gun has his or her choice of hundreds of thousands of gun stores to purchase one through the appropriate process.

Printing your own gun at home is only opening the door for those who cannot purchase guns legally, or those who wish to sneak them into places where they are prohibited, so they can do harm to others.

Once this wormhole is opened it will be impossible to close.

Please put a stop to this NOW.

Thank you,

| | |
|---|---|
| **From:** | ████████ on behalf of ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Downloadable Guns |
| **Date:** | Friday, July 27, 2018 10:31:35 AM |

Good morning,

I do not want people to be able to download plans to print 3D versions of guns. I also do not want people to be able to print 3D guns. These guns would be untraceable and would allow anyone to print them. These 3D printed guns could pass through metal detectors and could easily be brought into stadiums, schools, airports, etc. This will not make things safer in this country.

Don't allow this to happen. Don't allow the plans for the 3D guns to be published. Do not allow people to print 3D guns.

Thank you,

████████

**From:**
**To:**           DDTC Response Team
**Subject:**      Plastic guns
**Date:**         Friday, July 27, 2018 8:44:44 AM

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

**From:** ███
**To:** DDTC Response Team
**Subject:** 3D gun printing
**Date:** Friday, July 27, 2018 7:41:11 AM

Please try to reverse the ability of individuals to publish instructions to print guns. In my opinion, this opens the door for anyone without regard to age, mental stability or past violations, to obtain a gun. It opens the door to terrorists to bring  guns into our country without detection. It allows 9/11 to happen again. It allows individuals with a history of mental illness access to guns

I don't see a benefit to anyone and only risk

███

Registered voter

Sent from my iPhone

**From:**      ▮▮▮▮▮▮
**To:**        DDTC Response Team
**Subject:**   End special exemption for 3-D printing of online gun plans
**Date:**      Friday, July 27, 2018 7:33:13 AM

Dear Sir/Madam,

The State Department entered into a *secret* settlement on June 29, 2018, that permits Cody Wilson and Defense Distributed to publish plans, files and 3-D drawings of functioning firearms online for public download and use. Anyone, anywhere will be able to print undetectable, plastic, functioning firearms. Even worse, the settlement exempts such firearms from normal export restrictions. Legal downloads are set to begin on August 1.

What was your office thinking? Have you no concern for public welfare? I am disgusted.

I urge you to stop the implementation of the special exemption that allows plans of functioning guns to be downloaded and 3-D printed on demand. This is, quite simply, insane. Anyone will be able to obtain a gun, even individuals who can't pass background checks — terrorists, felons, and domestic abusers. Furthermore, since guns will be printed almost entirely in plastic, metal detectors cannot catch them.

I fear the destruction that uncontrolled access to cheap, undetectable printable guns will unleash on our society. I'm begging you to use common sense and stop this madness. Thank you.



https://www.cnn.com/2018/07/19/us/3d-printed-gun-settlement-trnd/index.html?ofs=fbia

| | |
|---|---|
| **From:** | ▉ |
| **To:** | DDTC Response Team |
| **Subject:** | 3D printed guns |
| **Date:** | Friday, July 27, 2018 3:03:15 AM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

▉

Phoenix, AZ 85004

**From:** ██████████
**To:** DDTC Response Team
**Subject:** No 3D printer guns
**Date:** Friday, July 27, 2018 1:50:23 AM

To Whom it May Concern,

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit, teenagers and kids). Please consider the safety of the innocent and vulnerable first. Further, if people start creating plastic guns, what's to prevent them from hijacking planes with them? This is an unsafe idea.

Thank you,
██████████

Studio City, CA 91602

**From:**   ▮▮▮▮▮
**To:**   DDTC Response Team
**Subject:**   No to plastic guns
**Date:**   Friday, July 27, 2018 12:33:32 AM

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

Sent from my Sprint Samsung Galaxy S7.

**From:**
**To:** DDTC Response Team
**Subject:** The insanity of 3-D printed weapons
**Date:** Friday, July 27, 2018 12:21:47 AM

Secretary Pompeo

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. I implore you to terminate this settlement agreement IMMEDIATELY.*

*Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue, rather it is about the safety and security, not only of the American people, but of any country where individuals have access to the internet.*

*You must be aware that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace.*

*DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

*Sincerely*

**From:**   ▮▮▮▮▮
**To:**   DDTC Response Team
**Subject:**   3D Gun Printing Fiasco
**Date:**   Thursday, July 26, 2018 10:54:11 PM

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

▮▮▮▮▮, *Wilmington, MA*

**From:** ▉▉▉▉▉▉
**To:** DDTC Response Team
**Subject:** 3D printed guns
**Date:** Thursday, July 26, 2018 8:21:24 PM

---

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

Sent from my iPhone

**From:** ███████████
**To:** DDTC Response Team
**Subject:** STOP SPECIAL EXEMPTION!
**Date:** Thursday, July 26, 2018 8:19:28 PM

You must stop the special exemption allowing instructions for 3-D guns to be downloaded and printed: Kids, people with zero fire safety awareness or training, those with mental health issues, felons who are not legally allowed to own guns… ANYONE will be able to freely download this information. These guns can be produced in plastic. Consider what havoc this will bring to airports or any institution relying on its detection system. For so many reasons this special exemption should not be allowed.

STAND UP AGAINST THIS ACTION.

Sincerely,



| | |
|---|---|
| **From:** | ███████ |
| **To:** | DDTC Response Team |
| **Subject:** | Please DO NOT ALLOW people to download 3D gun printing instructions |
| **Date:** | Thursday, July 26, 2018 8:10:42 PM |

Please please exercise common sense and DO NOT allow anyone to download plans to print functional guns.

This decision would enable ***anyone***, including terrorists, convicted felons, and domestic abusers, to download plans to print functional, untraceable guns out of plastic — **and all they would need is a 3D printer.** Plus, many of these guns would be undetected by metal detectors, putting our planes, our music festivals, and our government buildings in danger.

Please do not look to the House or Senate, as many of those members are in thrall of the NRA. When surveyed, most people want common sense gun safety laws, and police departments across the country do as well. Please exercise common sense and prohibit this.

Thank you.

███████████

Pacific Palisades, CA 90272

**From:** ███
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Thursday, July 26, 2018 8:08:29 PM

Please stop the special exemption allowing downloadable guns. I can't believe I even have to write this! In whose interest is it to have anyone be able to get a gun. Terrorists, domestic abusers, minors, felons. How are you planning to protect anyone when you can't even use a metal detector. Apparently, lawmakers are more afraid of the nra than they are of getting killed. Well, the nra isn't going to be able to save their seats this go around.

Stop this madness.

███

Longmont, Colorado

**From:**      ███████████
**To:**        DDTC Response Team
**Subject:**   3-D printer guns
**Date:**      Thursday, July 26, 2018 8:02:23 PM

Dear Secretary Pompeo,

Thank you for your service as our Secretary of State.

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, those with mental illness and terrorists, to make **untraceable guns** on their 3-D printers and without any background checks.

Allowing printable 3-D guns will put the American public in further danger at schools, festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable.

**Please do what is right** for the citizens you serve and stop the special exemption allowing downloadable guns!

███████████████

**From:**       ████████████
**To:**         DDTC Response Team
**Subject:**    3D guns
**Date:**       Thursday, July 26, 2018 7:58:24 PM

*To whom It May Concern,*

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

████████████

*Fairhaven, MA*

Sent from Yahoo Mail for iPhone

**From:** ▮
**To:** DDTC Response Team
**Subject:** Blueprints for 3D-Printed guns
**Date:** Thursday, July 26, 2018 7:38:29 PM

To Whom it May Concern,

I am astonished that you made an agreement with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. President Ronald Reagan began the regulation of plastic guns in 1988 with The Undetectable Firearms Act because it was and IS the right thing to do - the majority of the people who will use these blueprints are criminals and terrorists because they are easily and cheaply mass-manufactured AND all-plastic weapons are not detectable with metal detectors. These plastic guns also lack serial numbers and will likely be impossible to trace. The decision to allow this is so dangerous and ill-conceived that it boggles the mind!

I implore you to reconsider this needlessly dangerous and foolish decision. Do not allow the blueprints for 3D-printed guns to be published online.

Sincerely,

▮

Somerset, MA

02726

**From:**
**To:**          DDTC Response Team
**Subject:**     No Guns
**Date:**        Thursday, July 26, 2018 6:05:26 PM

Sent from my iPhone

**From:** ███████
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Thursday, July 26, 2018 4:53:47 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit)
Please consider our safety first.
Thank you-

███████

**From:** ▮▮▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Thursday, July 26, 2018 4:34:37 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it entirely too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit). I am honestly horrified that anyone could simply make their own gun.

Please consider the safety of all citizens and stop this exemption.

 Thank you.

Sincerely,

▮▮▮▮▮▮▮▮

WASHAR0036636

**From:**
**To:** DDTC Response Team
**Subject:** Please stop the 3D downloadable gun exemption
**Date:** Thursday, July 26, 2018 2:49:58 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns.

This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit).

Please consider our safety first.

Thank you,

**From:**        █████████
**To:**           [DDTC Response Team](#)
**Subject:**    3-D printers
**Date:**       Thursday, July 26, 2018 2:49:21 PM

Dear Secretary Pompeo,

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, those with mental illness and terrorists, to make **untraceable guns** on their 3-D printers and without any background checks.

Allowing printable 3-D guns will put the American public in further danger at schools, festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable.

**Please do what is right** for the citizens you serve and stop the special exemption allowing downloadable guns!

Sincerely,

████████████

**From:** ▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** 3D gun blueprints
**Date:** Thursday, July 26, 2018 2:42:30 PM

Please block all 3D gun blueprints from any public access now and in the future
Thank you
▮▮▮▮▮

Sent from my iPhone

**From:** ███████████
**To:** DDTC Response Team
**Subject:** downloadable guns
**Date:** Thursday, July 26, 2018 2:32:36 PM

Dear DDTC,

I'm a concerned citizen who has a request. Please stop the special exemption allowing downloadable guns. Allowing anyone to print guns on a 3D printer will mean people who can't pass a background check, such as terrorists, felons and domestic abusers can easily obtain one of these guns. Also, some of the guns are all plastic, and can pass through metal detectors.

Sincerely,

███████████

| | |
|---|---|
| **From:** | ████ |
| **To:** | DDTC Response Team |
| **Subject:** | Regulation of plastic guns |
| **Date:** | Thursday, July 26, 2018 2:29:31 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

Sent from Mail for Windows 10

**From:**
**To:** DDTC Response Team
**Subject:** special request
**Date:** Thursday, July 26, 2018 1:55:27 PM

Dear Mr Pompeo,

Thank you for your service as our Secretary of State, representing me and the rest of American citizens.

I am writing to appeal to you to PLEASE stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, and terrorists, to make untraceable guns on their 3D printers.

Allowing printable 3-D guns will put the American public in danger at festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable

Please do what is right for the citizens you serve and stop the special exemption allowing downloadable guns

**From:** ████████
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Thursday, July 26, 2018 1:40:44 PM

Please take measures to keep us safer and do not allow downloadable guns. Thank you!

Blessings,



There are two ways to live your life. One is as though nothing is a miracle. The other is as though everything is a miracle.
- Albert Einstein

**From:** ███████
**To:** DDTC Response Team
**Subject:** just, no
**Date:** Thursday, July 26, 2018 1:33:40 PM

So many people are killed by guns every year. Why on earth would plastic guns, which will be harder to detect in many security situations, be a good idea if you love your fellow man? Just, no to the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement.

Yours in humanity,
███████

WASHAR0036644

**From:**
**To:** DDTC Response Team
**Subject:** Stop the exemption on downloadable guns.
**Date:** Thursday, July 26, 2018 1:12:48 PM

It's the least you can do to help save lives!

WASHAR0036645

**From:**

**To:** DDTC Response Team

**Subject:** Stop Printable 3-D Guns!

**Date:** Thursday, July 26, 2018 1:10:36 PM

Dear Secretary Pompeo,

Thank you for your service as our Secretary of State.

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, those with mental illness and terrorists, to make **untraceable guns** on their 3-D printers and without any background checks.

Allowing printable 3-D guns will put the American public in further danger at schools, festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable.

**I beg you, please do what is right** for the citizens you serve and stop the special exemption allowing downloadable guns!

Sincerely,

Novato, CA 94949

| | |
|---|---|
| **From:** | ████ |
| **To:** | DDTC Response Team |
| **Subject:** | 3D printed gun blueprints |
| **Date:** | Thursday, July 26, 2018 12:46:29 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You have to know that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities.*

Sincerely,

████

**From:**      █████████
**To:**         DDTC Response Team
**Subject:**  STOP THE EXEMPTION ALLOWING DOWNLOADABLE GUNS
**Date:**      Thursday, July 26, 2018 12:39:25 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit)

Please consider our safety first. Thank you.

█████████
Berkeley, CA 94702

**From:**            ████████
**To:**              DDTC Response Team
**Subject:**         Stop Downloadable Guns
**Date:**            Thursday, July 26, 2018 12:13:43 PM

To whom it may concern,

I am reaching out because I am petrified by the news that gun blueprints will be released into the public, allowing 3D guns to be printed by anyone, Including those with mental health issues or a violent past. It's insane I have to even express to you that this is a terrible and terrifying idea. Please stop this downloadable gun act from happening. No one else needs to die on American soil at the hand of domestic terrorism like so many already have in the past few years.

A concerned citizen,

████████████

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Stop Downloadable Guns
**Date:** Thursday, July 26, 2018 12:11:29 PM

For all of our safety, please stop the special exemption allowing downloadable guns.

Thank you,

███████████

**From:** ▮▮▮▮
**To:** DDTC Response Team
**Subject:** Stop Special Exemption Allowing Downloadable Guns
**Date:** Thursday, July 26, 2018 12:09:53 PM

Hello,

as a very concerned citizen I am asking you to please stop the special exemption allowing downloadable guns.

Thank you for your time.

**From:** ▮▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Stop Downloadable guns
**Date:** Thursday, July 26, 2018 11:53:31 AM

To whom it may concern,

I am a Houston resident and I am writing to ask Secretary Pompeo to STOP the special exemption allowing downloadable guns. It is extremely concerning to think that people who would never pass a background check could print their own guns with a 3-D printer, and possibly in all-plastic. Please, stop this insanity. Not everybody has the right to a gun.

Thank you,

▮▮▮▮▮▮▮

**From:** ███████
**To:** DDTC Response Team
**Subject:** Stop Special Exemption Allowing Downloadable Guns
**Date:** Thursday, July 26, 2018 11:48:35 AM

To Whom it May Concern,

As a citizen, a concerned parent and an attorney, I am writing to urge you to stop the special exemption allowing downloadable guns. This information can be used by people who cannot pass background checks due to their history of mental illness, domestic violence or other violent action to procure a gun. They also can primarily be printed in plastic, thereby avoiding detection by metal detectors at our government facilities, airports and other public venues. Once this information is available on the internet, it cannot be taken back. Therefore, I urge you to take immediate action to stop this special exemption before it is too late.

Thank you,

███████████

Madison, WI

| | |
|---|---|
| **From:** | ██████████ |
| **To:** | DDTC Response Team |
| **Subject:** | 3D Guns |
| **Date:** | Thursday, July 26, 2018 11:47:00 AM |

Hi,

I was on hold for over 30 minutes trying to get through to your office today so sending an email while I continue to wait.

I'm calling to stop the special exemptions allowing downloadable guns. Its extremely careless to even think about passing this exemption and I'm urging you to stop it from moving forward.

Your constituent,
██████████

**From:** ████████
**To:** DDTC Response Team
**Subject:** Blueprints for downloadable guns
**Date:** Thursday, July 26, 2018 11:46:58 AM

PLEASE stop the special exemption that will make it possible to download 3D printable guns.

As a taxpayer, a hunter, an urban dweller and a voter please stop this. This will make all Americans lives significally more dangerous. We need common sense gun control.

Thank you for your time and consideration,

████████

█████████████

██████

**From:** ███████████
**To:** DDTC Response Team
**Subject:** STOP DOWNLOADABLE GUNS!!!
**Date:** Thursday, July 26, 2018 11:37:29 AM

**SEC POMPEO,**
**PLEASE STOP THE SPECIAL EXEMPTION TO ALLOW DOWNLOADABLE GUNS!**
**ITS KILLING OUR LOVED ONES!**

███████████████

**Sent from Yahoo Mail for iPhone**

**From:** 
**To:** DDTC Response Team
**Subject:** Stop Downloadable 3d weapons
**Date:** Thursday, July 26, 2018 11:25:26 AM

Hello,

I'm writing to as the State Department to stop the exception allowing downloadable blueprints for 3 D weapons (handguns, ARs, etc). The idea that ANYONE can procure a weapon this way and avoid complying with any current or future restrictions and regulation is terrifying, as well as the fact that these guns will be made of plastic and will be able to go undetected by metal detectors at airports, schools, government buildings, and anywhere else that is attempting to create a safe environment. The safety of Americans is at risk!

**From:**  [redacted]
**To:**  DDTC Response Team
**Subject:**  Printed Gun Deregulation
**Date:**  Thursday, July 26, 2018 11:14:24 AM

*I am deeply disturbed and even outraged by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. DO NOT DO THIS. Terminate this settlement agreement IMMEDIATELY.*

*Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know very well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors).*

*Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. Guns are regulated because they are dangerous, not because they are made of metal. Just because there is technology to print a gun does not mean it should be legal. This is a blatant effort to get around ALL gun regulations.*

*Chaos is going to ensue if you do this and I will hold you personally accountable for the bloodshed that occurs.*

[redacted]

**From:** 
**To:** DDTC Response Team
**Subject:** STOP DOWNLOADABLE GUNS
**Date:** Thursday, July 26, 2018 11:14:21 AM

Please STOP the exemption on downloadable guns!

A concerned citizen,

**From:** ███████████
**To:** DDTC Response Team
**Subject:** STOP exemption of downloadable guns
**Date:** Thursday, July 26, 2018 11:08:57 AM

I am emailing to convey the message to Sec Pompeo to STOP the special exemption if downloadable guns!!

Thank you.

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮ |
| **To:** | DDTC Response Team |
| **Subject:** | Re: NO downloadable guns |
| **Date:** | Thursday, July 26, 2018 11:08:41 AM |

I'll wait for a personal reply.

On Jul 26, 2018, at 11:00 AM, DDTC Response Team <DDTCResponseTeam@state.gov> wrote:

>     Thank you for your e-mail message. The Response Team makes every
>     effort to provide substantive responses to all e-mails within one business
>     day. That can vary, however, based on the volume of mail received
>     and personnel available to answer. In some cases it may be necessary
>     to consult other offices in the Directorate, which can also delay a reply.

WASHAR0036661

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** STOP downloadable guns
**Date:** Thursday, July 26, 2018 11:07:31 AM

Please stop this exemption from going through!

**From:** ███████
**To:** DDTC Response Team
**Subject:** STOP SPECIAL EXEMPTION!!!!!
**Date:** Thursday, July 26, 2018 11:06:32 AM

Please STOP the special exemption allowing downloadable guns. This will endanger ALL AMERICANS. Do not allow this to happen or there will be terrible consequences for our country.

███████

Chevy Chase MD

Sent from my iPad

**From:** ███████████
**To:** [DDTC Response Team](#)
**Subject:** NO downloadable guns
**Date:** Thursday, July 26, 2018 11:00:51 AM

No special exemptions for downloadable guns. For gods' sake, let's use some common sense to govern this.

I've been on hold for 60 minutes. Please respond personally to me so I know this was received by one of your analysts as your automated message declares.

| | |
|---|---|
| **From:** | ███████ |
| **To:** | DDTC Response Team |
| **Subject:** | 3D Guns |
| **Date:** | Thursday, July 26, 2018 10:56:29 AM |

Dear Sir or Madame,

Please say NO to release of blueprints for 3D guns. I am extremely opposed to this!!! I believe it would have devastating consequences.

Sincerely,

███████

San Diego, CA 92119

| | |
|---|---|
| **From:** | ▮ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop the special exemption for downloadable gun instructions |
| **Date:** | Thursday, July 26, 2018 10:53:53 AM |

To whom it may concern:

I am writing to voice my concern regarding the possibility of downloadable gun instructions becoming available online. These instructions will make our country less safe from terrorist attacks and from unbalanced people being able to obtain guns.

Secretary Pompeo should take action to stop the special exemption and keep our country safe from potentially untraceable and undetectable guns being produced by those who mean to harm us.

Thank you,

▮

Sent from my phone. Please excuse any inadvertent errors.

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Downloadable Guns
**Date:** Thursday, July 26, 2018 10:48:39 AM

"I'm writing to demand that the state department stop the special exemption of downloadable guns"

████████████████

Sent from my iPhone

WASHAR0036667

| | |
|---|---|
| **From:** | ████ |
| **To:** | DDTC Response Team |
| **Subject:** | 3-D Printable Guns?! Have you LOST your minds?! |
| **Date:** | Thursday, July 26, 2018 10:48:25 AM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

Sent from Mail for Windows 10

WASHAR0036668

**From:** █████████
**To:** DDTC Response Team
**Subject:** STOP 3-D guns Dangerous
**Date:** Thursday, July 26, 2018 10:48:25 AM

*To Secretary of State Mike Pompeo,*

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities.As you know America has an epidemic of gun violence that Republicans refuse to help with, they rather take NRA money to block safe gun laws. If you allow this, you will be held accountable for the ensuing bloodshed that occurs.*

*Sincerely,*

████████████████████████████████

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Date:** Thursday, July 26, 2018 10:45:05 AM

I'm writing to demand that he state department stop the special exemption of downloadable guns

▮▮▮▮▮▮

**From:**
**To:**          DDTC Response Team
**Subject:**     STOP the special exemption on downloadable guns
**Date:**        Thursday, July 26, 2018 10:42:46 AM

STOP the special exemption on downloadable guns

Sent from my iPhone

**From:** ▉▉▉▉▉
**To:** DDTC Response Team
**Subject:** STOP Downloadable guns
**Date:** Thursday, July 26, 2018 10:38:59 AM

Dear Secretary Pompeo:

I urge you to stop the special exemption allowing downloadable guns. I understand from Everytown for Gun Safety that this measure from the State Department could go into effect in a matter of days.

This will allow anyone to secure a gun via a 3D printer, which flies in the face of puttng in place background checks for those purchasing a gun as well as metal detectors, as the guns can be "printed" in plastic, which would cause them to be indetectable by such screening mechanisms.

Please put a stop to an initiative that would only increase the number of incidents of gun violence in a country that is still reeling from the many, many mass shootings in recent history.

Thank you for your time and attention to this matter. Especially as someone who has served as an educator, and who, as a public health graduate student, closely studied the events of the Sandy Hook school shootings, I seek your support: After perusing all official, governmental reports, I came to the understanding that no matter how prepared an institution is for an active shooter, lives have and will continue to be lost and still others shattered from this loss.

By stopping this special exemption,
you will prevent needless loss and suffering.

Sincerely,



**From:** ███████████
**To:** DDTC Response Team
**Subject:** STOP SPECIAL EXEMPTION!
**Date:** Thursday, July 26, 2018 10:36:49 AM

I was calling to leave Secretary Pompeo a message. He needs to STOP the special exemption that would allow downloadable guns. Is he nuts?! As an elementary school teacher in Illinois as well as a mother, I cannot think of a more ridiculous idea. Please pass this along.

**From:** ██████
**To:** DDTC Response Team
**Subject:** STOP exemption of downloadable guns
**Date:** Thursday, July 26, 2018 10:36:26 AM

I am writing to DEMAND that the State Department STOP exemption of downloadable guns



WASHAR0036674

| | |
|---|---|
| **From:** | ███████ |
| **To:** | DDTC Response Team |
| **Subject:** | Printable guns |
| **Date:** | Thursday, July 26, 2018 10:34:45 AM |

Dear Secretary Pompeo,

Thank you for your service as our Secretary of State.

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, those with mental illness and terrorists, to make **untraceable guns** on 3-D printers and without any background checks.

Allowing printable 3-D guns will put the American public in further danger at schools, festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable.

**Please do what is right** for the citizens you serve and stop the special exemption allowing downloadable guns!
Sincerely,
███████████

Larkspur 94939

| | |
|---|---|
| **From:** | ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop Exemption of Downloadable Guns |
| **Date:** | Thursday, July 26, 2018 10:32:26 AM |

I am emailing to demand that the State Department STOP the special exemption of downloadable guns.

████████

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

**From:**      ███████
**To:**        DDTC Response Team
**Subject:**   STOP exemption of downloadable guns
**Date:**      Thursday, July 26, 2018 10:31:30 AM

I am emailing to DEMAND that the State Department STOP exemption of downloadable guns.



WASHAR0036677

**From:** 
**To:** DDTC Response Team
**Subject:** STOP exemption of downloadable guns
**Date:** Thursday, July 26, 2018 10:30:09 AM

I am emailing to demand that the State Department STOP the special exemption of downloadable guns.

**From:** ███████
**To:** DDTC Response Team
**Subject:** downloadable exemption
**Date:** Thursday, July 26, 2018 10:29:31 AM

Please STOP the exemption that would allow downloadable, printable guns.

███████

Inver Grove Heights, MN 55077

**From:** █████████
**To:** DDTC Response Team
**Subject:** STOP exemption of downloadable guns
**Date:** Thursday, July 26, 2018 10:29:29 AM

I am emailing to demand that the State Department STOP the special exemption of downloadable guns.



**From:** █████████
**To:** DDTC Response Team
**Subject:** STOP exemption of downloadable guns
**Date:** Thursday, July 26, 2018 10:28:26 AM

I am emailing to demand that the State Department STOP the special exemption of downloadable guns.



STOP exemption of downloadable guns

WASHAR0036681

**From:**   ███████
**To:**   DDTC Response Team
**Subject:**   Downloadable guns
**Date:**   Thursday, July 26, 2018 10:26:37 AM

I urge you to stop the special exception that allows for downloadable guns. I fear for the safety of my small children as well as my family members who are police officers of anyone, including people who are terrorists, felons, violent criminals and other people who would have otherwise been denied the right to own a firearm, now have unlimited access. Some of these guns can be printed entirely in plastic, rendering the metal detectors at airports, government buildings and schools totally useless. If you love America and want to keep its citizens and it's police officers safe, you will stop this exception immediately.

███████████
Naperville, IL

███████

**From:** ████████
**To:** DDTC Response Team
**Subject:** STOP 3D guns
**Date:** Thursday, July 26, 2018 10:19:53 AM

I am emailing to ask that Secretary Pompeo PLEASE put a stop to the special exemption that would allow the blueprints for downloadable 3D guns to be available online.

Please protect our citizens.

████████

**From:** ▮▮▮▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Do Not allow exemption for downloadable guns via 3-d printer.
**Date:** Thursday, July 26, 2018 10:19:34 AM

What are we thinking? We want to allow anyone to make their own gun made out of plastic that can go thru metal detectors and into public allowing someone to kill anyone? This is nonsensical. This is actually sinister. The only people who will do this are people who would not be able
To get a gun any other way. Are we trying to destroy mankind?

▮▮▮▮▮▮▮

Please excuse typos from messages sent via phone

**From:** █████████
**To:** DDTC Response Team
**Subject:** STOP THE SPECIAL EXEMPTION ALLOWING DOWNLOADABLE GUNS
**Date:** Thursday, July 26, 2018 10:14:31 AM

Stop stop stop! The future of your country, constituents, and the world depends on it!

Winfield, IL 60190

| | |
|---|---|
| **From:** | ▉▉▉▉▉▉▉ on behalf of ▉▉▉▉▉ |
| **To:** | DDTC Response Team |
| **Subject:** | Downloadable Guns |
| **Date:** | Thursday, July 26, 2018 10:12:14 AM |

Good morning,

I do not want people to be able to download plans to print 3D versions of guns. I also do not want people to be able to print 3D guns. These guns would be untraceable and would allow anyone to print them. These 3D printed guns could pass through metal detectors and could easily be brought into stadiums, schools, airports, etc. This will not make things safer in this country.

Don't allow this to happen. Don't allow the plans for the 3D guns to be published. Do not allow people to print 3D guns.

Thank you,

▉▉▉▉▉

**From:** ▮▮▮▮
**To:** DDTC Response Team
**Subject:** Please stop the production of plastic guns
**Date:** Thursday, July 26, 2018 9:56:06 AM

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

▮▮▮▮

Sent from my iPhone

**From:** ▇▇▇▇▇▇
**To:** DDTC Response Team
**Subject:** plastic guns
**Date:** Thursday, July 26, 2018 9:49:49 AM

Dear Fellow Citizens,

How *can* it be a good idea, by *any* standard, to allow the printing of 3D guns that actually work? What universe is the NRA in to think this is a constitutional right? My constitutional right to *life* is far more important than the ways this can and will so easily be abused! Please move to disallow the printing of 3D guns! This is utter madness in an already mad world!



**From:** ▮
**To:** DDTC Response Team
**Subject:** 3D-printed guns - Legal Settlement with Defense Distributed
**Date:** Thursday, July 26, 2018 9:43:30 AM

I am equal parts horrified and dismayed at the legal settlement that has been reached with Defense Distributed. My understanding is that this settlement allows for publication of blueprints for 3D-printed guns starting in August. Because 3D printed guns can be made entirely from plastic, they pose a large threat to buildings or checkpoints that rely on metal detectors for security. This is why Republican President Ronald Reagan signed "The Undetectable Firearms Act of 1988" (this is clearly not a partisan issue - we all are harmed by this action). If this settlement is allowed to go through, criminals will have much greater access to easily and cheaply mass-manufacture ghost guns, circumventing weapon regulations, and making these printed weapons difficult if not impossible to trace to their owners at crime scenes.

I'm begging you to please please please...for the safety of the American people....please DO NOT let this settlement go through and proliferate these dangerous weapons in our communities.

Kind Regards,

▮

| | |
|---|---|
| **From:** | ▮▮▮▮ |
| **To:** | DDTC Response Team |
| **Subject:** | Printable 3-D Guns |
| **Date:** | Thursday, July 26, 2018 9:35:31 AM |

Dear Secretary Pompeo,

Thank you for your service to our country.

As a veteran of the Vietnam conflict, I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, those with mental illness and terrorists, to make untraceable guns on their 3-D printers. This download will essentially allow the purchase of a gun without any background checks.

Allowing printable 3-D guns will only increase the danger of gun violence at schools, festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. Finally, it will hamper law enforcement from catching criminals, since the 3-D printable guns are untraceable.

Please stop the special exemption allowing downloadable guns.

Sincerely,

▮▮▮▮▮▮

Novato, CA 94945

**From:**
**To:** DDTC Response Team
**Subject:** Printed Gun derugulation
**Date:** Thursday, July 26, 2018 8:56:37 AM

*I am deeply disturbed and outraged by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know very well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. Guns are regulated because they are dangerous, not because they are made of metal. Just because there is technology to print a gun does not mean it should be legal. This is a blatant effort to get around ALL gun regulations. Chaos is going to ensue if you do this and I will hold you personally accountable for the bloodshed that occurs.*

--

**From:**          ███████████
**To:**            DDTC Response Team
**Subject:**       3-D Printed Guns
**Date:**          Thursday, July 26, 2018 8:27:49 AM

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

████████

**From:**  ▮▮▮▮▮
**To:**  DDTC Response Team
**Subject:**  STOP downloadable blueprints of guns for 3d printers
**Date:**  Thursday, July 26, 2018 7:59:39 AM

*Dear Secretary Pompeo —*

*Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.*

*Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.*

*The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.*

▮▮▮▮▮▮▮

**From:**     ▮
**To:**       DDTC Response Team
**Subject:**  3D-printed guns settlement
**Date:**     Thursday, July 26, 2018 7:43:24 AM

*To whom it may concern,*

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. I am strongly requesting that you terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. When you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

*Thank you for your consideration in this matter.*

*Sincerely,*

▮

*Boothbay, Maine*

**From:**
**To:**      DDTC Response Team
**Subject:**  STOP
**Date:**    Thursday, July 26, 2018 2:35:09 AM

Please don't allow 3D printing for guns. Terrible, no-
common-sense policy, that would allow anyone to have a
gun without any background checks.


Sent from my iPhone

WASHAR0036695

**From:**     ▮
**To:**       DDTC Response Team
**Subject:**  3D printed guns
**Date:**     Thursday, July 26, 2018 2:11:22 AM

Please do not allow plans for guns that can be made in an easily obtained 3-D printer.  This will make virtually all aspects of our lives more dangerous.

I am concerned enough about my family's safety already.  Knowing how easy it might be for firearms to be brought through security screening will increase my anxiety.

**From:**      ■
**To:**        DDTC Response Team
**Subject:**   Please regulate plastic gun blueprints
**Date:**      Thursday, July 26, 2018 1:56:50 AM

To Whom It May Conern:

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. This is not a partisan issue: It is about the safety and security of the American people. These blueprints will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. Do not do this and proliferate these dangerous weapons in our communities.

Thank you,

■
California
92110

**From:** ▇▇▇▇▇
**To:** DDTC Response Team
**Subject:** 3D printed guns
**Date:** Thursday, July 26, 2018 12:33:21 AM

To whom it may concern,

It is deeply disturbing to me the very idea that I need to send an email to Express how incredibly insane this whole thing is. The second ammendment certainly was not intending to protect this. No serial numbers, no background check, no license. .. this whole thing is ludicrous. I am a US citizen, tax payer, business owner, registered voter. I 100% disapprove of the interpretation that creating, selling these guns or the blueprint for these guns is legal.

Get Outlook for Android

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **To:** | DDTC Response Team |
| **Subject:** | No downloadable Guns |
| **Date:** | Thursday, July 26, 2018 12:26:47 AM |

Dear Mr Pompeo,

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, and terrorists, to make untraceable guns on their 3D printers.

Allowing printable 3-D guns will put the American public in danger at festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable

Please do what is right for the citizens you serve and stop the special exemption allowing downloadable guns

Thank you,

▮▮▮▮▮

**From:**
**To:** DDTC Response Team
**Subject:** The Undetectable Firearms Act is for the safety of Americans
**Date:** Thursday, July 26, 2018 12:12:26 AM

*The settlement you negotiated with Defense Distributed (Cody Wilson) in June allowing anyone to publish blueprints for 3D-printed guns online starting August 1, 2018 is COMPLETELY UNACCEPTABLE. You need to terminate this settlement agreement IMMEDIATELY. In 1988, President Ronald Reagan enacted The Undetectable Firearms Act. It is NOT a partisan issue, it is about the safety and security of the American people. These "ghost guns" lack serial numbers, and you are opening Pandora's box.*

*DO NOT allow the proliferation of these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

| | |
|---|---|
| **From:** | ▮▮▮▮ |
| **To:** | DDTC Response Team |
| **Subject:** | 3d printed guns |
| **Date:** | Wednesday, July 25, 2018 11:55:24 PM |

*These are not my words but they are kinder and gentler than mine would be so read them very closely and act on them!!!!! I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

WASHAR0036701

**From:** ███████████
**To:** DDTC Response Team
**Subject:** 3D gun
**Date:** Wednesday, July 25, 2018 11:30:25 PM

*To State Department,*

*I urge you to stop the special exemption allowing functioning guns to be downloaded and 3-D printed on demand. This is insane, as this provides guns to anyone, including those who couldn't pass a background check such as terrorists, felons, and domestic abusers. Furthermore, guns would be printed entirely in plastic, so metal detectors won't catch them. I cannot imagine the destruction this would unleash in society. I'm begging you to use common sense and stop this madness. Thank you.*

███████████
*San Jose*
*95124*

**From:** ▮
**To:** DDTC Response Team
**Subject:** 3D printer gun blueprints
**Date:** Wednesday, July 25, 2018 11:25:35 PM

I'm very alarmed that blueprints for guns may soon be available for 3D printing. 3D printers are readily available and there will be no control over who has these blueprints. This is a terrible idea and should not happen. Criminals and domestic abusers should not have access to such things. No good can possibly come of this.

Sincerely,

▮

**From:**         ████████
**To:**           DDTC Response Team
**Subject:**      No 3D Gun Blueprints
**Date:**         Wednesday, July 25, 2018 11:17:15 PM

Dear Mr Pompeo,

Thank you for your service as our Secretary of State, representing me and the rest of American citizens.

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, and terrorists, to make untraceable guns on their 3D printers.

Allowing printable 3-D guns will put the American public in danger at festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable

Please do what is right for the citizens you serve and stop the special exemption allowing downloadable guns

Signed,
████████,
Greenbrae CA 94904

| | |
|---|---|
| **From:** | ████████████ |
| **To:** | DDTC Response Team |
| **Subject:** | BLOCK 3D-PRINTED-GUN BLUEPRINTS |
| **Date:** | Wednesday, July 25, 2018 11:11:23 PM |

To whom it may concern:

I am horrified by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. Please terminate this settlement agreement IMMEDIATELY.

Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people.

When you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

Thank you.

████████████

████████████
New York, NY 10023

**From:** ███
**To:** DDTC Response Team
**Subject:** Block 3D-printed-gun blueprints
**Date:** Wednesday, July 25, 2018 10:54:15 PM

Dear State Department

I am deeply disturbed by the settlement you negotiated with Defense Distributed, Cody Wilson, in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018.

You need to terminate this settlement agreement IMMEDIATELY.

Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act.

This is not a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors).

Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace.

DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs. Please choose life.

Sincerely,

███

**From:**
**To:** DDTC Response Team
**Subject:** I survived gun violence: Ban downloadable guns
**Date:** Wednesday, July 25, 2018 10:36:11 PM

Hello —

Three people I loved died in two separate shootings.

In 1978 my beloved grandfather — a physician who escaped Nazi Germany & earned a Bronze Medal for bravery in WWII — was shot & killed outside his home by a man who thought my grandfather was going to expose his medicaid fraud scheme.

In 1993 a man with a semi-automatic gun walked into a San Francisco office building, took the elevator to the 34th floor, and started shooting.  He killed 8 people that day, including my 35-year-old boss & our 30-year-old client — who both left 1 year old babies behind.

Please do everything in your power to ban internet access to downloadable guns.  The terrible pain of losing a loved one to guns never goes away.

Thank you,

**From:** █████████
**To:** DDTC Response Team
**Subject:** please stop the special exemption to allow downloadable guns
**Date:** Wednesday, July 25, 2018 10:31:26 PM

I am writing you to ask you to please stop the special exemption to allow downloadable guns.  If enacted, this exemption would allow terrorists, mentally ill people, convicted domestic violence perpetrators, and anyone to print their own guns, many of which would not be detectable with current security practices.  This is an incredibly dangerous policy, and I ask you as a mother and a citizen to please stop it.

Thank you.

Sincerely yours,



**From:** ███████
**To:** DDTC Response Team
**Subject:** Plastic guns
**Date:** Wednesday, July 25, 2018 10:19:25 PM

You've got to be kidding me, downloadable plastic guns? What is wrong with you? 96 Americans die every day by guns. Apparently you want to make it 1,000 — Or more? The agreement with Defense Distributed is perverted and wrong. Please stop it now before distribution begins.

███████

Antelope, California

Sent from my iPad

WASHAR0036709

**From:** 
**To:** DDTC Response Team
**Subject:** Permission of downloading/printing 3D guns
**Date:** Wednesday, July 25, 2018 10:09:25 PM

To whom it may concern:

I write to discourage the allowance of blueprints and printing of 3D guns. Printing weapons undetectable by metal detectors begs for more tragedies to occur, and the cons outweigh whatever "benefits" this may have for the gun hobbyist or persons who would go through such an endeavor.

Thank you for reading and weighing the consequences before taking action.

Sincerely,

**From:**
**To:**       DDTC Response Team
**Subject:**  Oppose 3-D printed gun blueprints
**Date:**     Wednesday, July 25, 2018 10:06:23 PM

Please terminate the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to start publishing blueprints for 3D-printed guns next month. The weapons created using these blueprints will endanger our communities even more than they already are. These blueprints will be used by people who can't legally purchase guns to easily and cheaply manufacture plastic weapons, without any background checks, that can't be traced because they lack serial numbers and can get through metal detectors at security checkpoints. There are too many illegal weapons in our communities already!

**From:**
**To:**            DDTC Response Team
**Subject:**       No 3-D Gun prints
**Date:**          Wednesday, July 25, 2018 9:55:08 PM

I'm really upset and disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018.

This settlement is not acceptable and needs to be terminated right now. Regulation of plastic guns began under Reagan in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people.

It doesn't take a fortune teller to know that when you let these blueprints go online, they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat metal detectors.

Not to mention, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. These dangerous weapons will saturate our communities. Stop this now before the blood is shed.

| | |
|---|---|
| **From:** | ▮▮▮▮ |
| **To:** | DDTC Response Team |
| **Subject:** | 3D-Printed Guns |
| **Date:** | Wednesday, July 25, 2018 9:54:26 PM |

*To whom it may concern:*

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. This settlement agreement needs to be terminated IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. Letting these blueprints go online will enable criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints. Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. Please DO NOT allow these dangerous weapons to infiltrate our communities.*

▮▮▮▮▮▮▮

Sent from my iPad

**From:**          █████████████
**To:**            DDTC Response Team
**Subject:**       3D guns
**Date:**          Wednesday, July 25, 2018 9:46:29 PM

Are you serious?  You want to allow exemptions that would allow downloadable plans for printing guns on 3D printers.  So now someone who can't pass a background check can just print one and its plastic so will go right through security.  Please don't allow that.  Its truly insanity.

███████████████
Longmont, Co 80501

**From:**
**To:**   DDTC Response Team
**Subject:**   Defense Distributed Settlement
**Date:**   Wednesday, July 25, 2018 9:36:22 PM

Dear Sir or Madam,

I am very concerned by the settlement negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement immediately. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know that when these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

Thank you for your time,



^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

**From:**

**To:** DDTC Response Team

**Subject:** 3D gun printing

**Date:** Wednesday, July 25, 2018 9:23:25 PM

Dear Mr Pompeo,

I am writing to express my concern about the decision to allow downloadable files that will allow anyone to make untraceable guns on their 3D printers. These guns will put Americans at risk of more gun violence than they already face. At schools, on planes, malls, churches, work, home. Domestic abusers could get guns. Guns are designed for one thing-killing, and this would allow literally anyone who can afford a 3d printer access to them. Domestic abusers, terrorists, political extremists, anyone. And the guns would be untraceable. And once the files are out on the internet, there is no getting them back. Please do what is right.

Sincerely,

Petaluma, California

Sent from my iPhone

**From:**
**To:**       DDTC Response Team
**Subject:**  Stop the special exemption allowing downloadable guns
**Date:**     Wednesday, July 25, 2018 9:20:07 PM

Dear Directorate of Defense Trade Controls Response Team,

I'm writing to ask you to please *stop* the special exemption allowing downloadable guns. This reckless decision would further endanger Americans, including our children. Gun lethality in the U.S. already occurs at disproportionately high rates, and routine mass shootings have already left our country in a state of trauma.

The exemption being considered would allow people to download *plastic* guns which can't be detected by metal detectors. Moreover, without background checks, we should expect terrorists, felons, and domestic abusers to more easily maim and kill the rest of us.

I am a mother of two and a patriot. I value both the free market and the 2nd Amendment. Our liberties, though, have always been governed by reasonable restraints. As a fellow citizen, I beg you to listen to common sense and prevent this move, which would certainly lead to more death and destruction, and further erode our republic.

Thank you,

| | |
|---|---|
| **From:** | ███ |
| **To:** | DDTC Response Team |
| **Subject:** | Plastic guns |
| **Date:** | Wednesday, July 25, 2018 9:01:09 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

*Thank you,*

███

*Springfield Illinois*

Sent from my iPad

| | |
|---|---|
| **From:** | |
| **To:** | DDTC Response Team |
| **Subject:** | 3D Printed Guns?! |
| **Date:** | Wednesday, July 25, 2018 8:59:24 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018.*

*You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

| | |
|---|---|
| **From:** | ■ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop Printable 3-D Guns! |
| **Date:** | Wednesday, July 25, 2018 8:53:29 PM |

Dear Secretary Pompeo,

Thank you for your service as our Secretary of State.

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, those with mental illness and terrorists, to make **untraceable guns** on their 3-D printers and without any background checks.

Allowing printable 3-D guns will put the American public in further danger at schools, festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable.

**Please do what is right** for the citizens you serve and stop the special exemption allowing downloadable guns!

Sincerely,

■

Novato, CA 94

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Date:** Wednesday, July 25, 2018 8:50:25 PM

STOP the exemption on downloadable guns

WASHAR0036721

**From:**
**To:** [DDTC Response Team](#)
**Subject:** Gun Safety
**Date:** Wednesday, July 25, 2018 8:48:34 PM

I object to any guns being carried concealed or copied by 3D printers.  The idea that anyone could make a gun and hand it off to anyone no matter the age gives me cold chills. Please do not allow this to happen.

Sincerely

**From:**
**To:** <u>DDTC Response Team</u>
**Subject:** BLOCK 3D-PRINTED-GUN BLUEPRINTS
**Date:** Wednesday, July 25, 2018 8:45:35 PM

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

--



**From:**  ████████████
**To:**  DDTC Response Team
**Subject:**  STOP exemption of downloadable guns
**Date:**  Wednesday, July 25, 2018 8:45:28 PM

---

Attention Secretary Pompeo,


We are voting citizens and we are contacting you to express our extreme concern over allowing downloadable guns. Please act now to stop special exemptions which

would allow 3-D downloadable guns. This is a matter that concerns the safety of every American citizen and has nothing to do with citizen rights. Thank you.


Respectfully,  ████████

WASHAR0036724

| | |
|---|---|
| **From:** | ▮▮▮▮▮ on behalf of ▮▮▮▮▮ |
| **To:** | DDTC Response Team |
| **Subject:** | BLOCK 3D-PRINTED-GUN BLUEPRINTS |
| **Date:** | Wednesday, July 25, 2018 8:39:15 PM |

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018.

**You need to terminate this settlement agreement IMMEDIATELY.**

Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities.

**From:**

**To:**        DDTC Response Team

**Subject:**    STOP the special exemption allowing 3-D Guns

**Date:**       Wednesday, July 25, 2018 8:28:06 PM

Attention Secretary Pompeo,

As a concerned, voting American citizen, I am imploring you to stop any legislation that would allow the printing of 3-D guns.  I cannot imagine the jeopardy

of every American citizen's life if permission such as this is permitted.  This a matter of citizen safety and Not citizen freedom.  Thank you.

Respectfully,

**From:**

**To:**      DDTC Response Team

**Subject:**  NO To Plastic Guns!!

**Date:**     Wednesday, July 25, 2018 8:26:27 PM

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

Thank you,

**From:**
**To:** DDTC Response Team
**Subject:** STOP 3D printed guns!!
**Date:** Wednesday, July 25, 2018 8:25:13 PM

ddtcresponseteam@state.gov

Dear Mr Pompeo,

Thank you for your service as our Secretary of State, representing me and the rest of American citizens.

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, and terrorists, to make untraceable guns on their 3D printers.

Allowing printable 3-D guns will put the American public in danger at festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable

Please do what is right for the citizens you serve and stop the special exemption allowing downloadable guns!

Signed,

**From:**        ███████
**To:**           DDTC Response Team
**Subject:**   No to 3D guns!!!!
**Date:**      Wednesday, July 25, 2018 8:16:29 PM

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

Thank You!!!

███████

| | |
|---|---|
| **From:** | ▓▓▓▓▓ |
| **To:** | DDTC Response Team |
| **Subject:** | 3D printable guns |
| **Date:** | Wednesday, July 25, 2018 8:15:25 PM |

To whom it may concern,

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

Sincerely,

▓▓▓▓▓

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Terminate the settlement agreement with Defense Distributed
**Date:** Wednesday, July 25, 2018 8:13:14 PM

To Whom It May Concern,

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018.

I call on you to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know all too well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors).

Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult, if not impossible to trace. Please DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs. As a mother of young children and a gun owner myself, I cannot condone the irresponsible proliferation of undetectable weapons.

Sincerely,

███████████

Evanston, IL

**From:**     ████████████████████
**To:**       DDTC Response Team
**Subject:**  Stop
**Date:**     Wednesday, July 25, 2018 8:05:07 PM

Dear Mr Pompeo,

Thank you for your service as our Secretary of State, representing me and the rest of American citizens.

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, and terrorists, to make untraceable guns on their 3D printers.

Allowing printable 3-D guns will put the American public in danger at festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable

Please do what is right for the citizens you serve and stop the special exemption allowing downloadable guns

Signed
████████████

Sent from my iPhone

**From:**
**To:**      DDTC Response Team
**Subject:**  3d gun printing
**Date:**    Wednesday, July 25, 2018 7:57:30 PM

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.
--
Sent from my Android phone with mail.com Mail. Please excuse my brevity.

| | |
|---|---|
| **From:** | ▮ |
| **To:** | DDTC Response Team |
| **Subject:** | BLOCK 3D-PRINTED-GUN BLUEPRINTS |
| **Date:** | Wednesday, July 25, 2018 7:52:13 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

**From:** ██████
**To:**      DDTC Response Team
**Subject:** 3D printed guns
**Date:**    Wednesday, July 25, 2018 7:48:08 PM

---

Hi,

I was told to you email and/or contact your department regarding the upcoming policy for the exemption regarding
3-D printed guns. I think allowing 3-D printed guns is a terrible idea. It will allow terrorists and criminals to print
these deadly devices without any regulation and they can be made with plastic fully so there's no way metal
directors can find them. please do not put the lives of the public at risk. Thank you

Sent from my iPhone

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Downloadable plastic guns?!
**Date:** Wednesday, July 25, 2018 7:43:24 PM

Dear Sir or Madam,

**I implore you to stop, and never allow, a special exemption for downloadable guns.**

This would put lethal weapons easily into all the wrong hands: terrorists, domestic abusers, the mentally ill, and felons. Of even greater alarm is the inability to detect these weapons using conventional methods.

The safety of our citizens is at risk.

████████████
Los Angeles, CA

**From:**
**To:** DDTC Response Team
**Subject:** Stop the Special Exemption Allowing Downloadable Guns
**Date:** Wednesday, July 25, 2018 7:35:11 PM

Dear Mr. Pompeo,

Thank you for your service as our Secretary of State, representing me and the rest of American citizens.

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, and terrorists, to make untraceable guns on their 3D printers.

Allowing printable 3-D guns will put the American public in danger at festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable.

<u>Please do what is right for the citizens you serve and stop the special exemption allowing downloadable guns.</u>



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

Please note that our e-mail addresses have changed to ███████████ Please update any contact lists or spam filters as needed

WASHAR0036737

**From:** ▮
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Wednesday, July 25, 2018 7:28:35 PM

Dear Mr Pompeo,

Thank you for your service as our Secretary of State, representing me and the rest of American citizens.

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, and terrorists, to make untraceable guns on their 3D printers.

Allowing printable 3-D guns will put the American public in danger at festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable.

Please do what is right for the citizens you serve and stop the special exemption allowing downloadable guns.

Sincerely,
▮

| | |
|---|---|
| **From:** | ▓▓▓▓▓ |
| **To:** | DDTC Response Team |
| **Subject:** | No 3D printed guns!! |
| **Date:** | Wednesday, July 25, 2018 7:27:24 PM |

**I'm a responsible gun owner, who believes in the 2nd amendment and has a CCW. But this 3D printed gun business is NONSENSE!**

I oppose the unconscionable pending special exception that will permit the downloading of blueprints and printing of 3D guns. This will bypass all current limitations on gun possession and invite criminals, kids, terrorists, and the mentally ill to own a gun printed at home or at a hobby shop that, if printed in plastic, will evade detection at airports, schools, government buildings, concerts, rallies, holiday events …. No sane person of any party can think this is a good idea.

▓▓▓▓▓

--

Make a Small Loan, Make a Big Difference - Check out ▓▓▓▓ to Learn How!



**From:** ▮▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Special exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 7:19:09 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it extremely easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit). Please consider our safety first.

Thank you,

▮▮▮

| | |
|---|---|
| **From:** | ▮▮▮▮ |
| **To:** | DDTC Response Team |
| **Subject:** | plastic guns |
| **Date:** | Wednesday, July 25, 2018 7:16:36 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

*Doesn't America have enough problems with guns without this? Tech savvy teenagers are going to take advantage of this.*

▮▮▮▮

*Nashua, NH*

**From:**
**To:**            DDTC Response Team
**Subject:**       RE: Defense Distributed
**Date:**          Wednesday, July 25, 2018 7:15:13 PM

---

Sorry. Forgot to sign

Coopersburg, PA

---

**From:**

**Sent:** Wednesday, July 25, 2018 7:13 PM

**To:** 'ddtcresponseteam@state.gov' <ddtcresponseteam@state.gov>

**Subject:** Defense Distributed

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

**From:** ███████████
**To:**          DDTC Response Team
**Subject:**     Defense Distributed
**Date:**        Wednesday, July 25, 2018 7:14:17 PM

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

| | |
|---|---|
| **From:** | ███████ |
| **To:** | DDTC Response Team |
| **Subject:** | PLASTIC GUNS |
| **Date:** | Wednesday, July 25, 2018 7:13:27 PM |

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

███████████████

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Stop downloadable guns!
**Date:** Wednesday, July 25, 2018 7:06:24 PM

Hello,

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit)

Please consider our safety first. Thank you. ▮▮▮▮

**From:** ██████████
**To:**  DDTC Response Team
**Subject:** DOWNLOADABLE GUNS
**Date:** Wednesday, July 25, 2018 6:59:28 PM

Stop the exemption on downloadable guns.

I do not want a person (quite frankly don't care that it violates ITAR, I'm more concerned about racist white American men on our own soil) to be able to print the plans for a plastic gun, and then print a plastic gun from a 3D printer, that wouldn't be detectable by metal detectors entering places like schools or airports.

Thanks,

████

Sent from my iPhone

WASHAR0036746

**From:**    ███████████
**To:**      DDTC Response Team
**Subject:** It's Insanity
**Date:**    Wednesday, July 25, 2018 6:59:16 PM

Dear Mr Pompeo,
As it is gun usage and ownership are extreme and clearly dangerous in America. If you allow 3D plastic guns to be allowed there will be no way to ever secure a plane, school, concert.. from mass shootings. This takes American insanity to a whole new level, please try and look at this from reasonable perspective.

Thank You,
███████████

**From:** ████
**To:** DDTC Response Team
**Subject:** Stop 3D Guns
**Date:** Wednesday, July 25, 2018 6:56:27 PM

We should not be having this conversation via email. Stop this madness.

████

**From:**     ████████████
**To:**       DDTC Response Team
**Subject:**  NO on downloadable/3D-printable guns
**Date:**     Wednesday, July 25, 2018 6:51:09 PM

It is incredible that this email even has to be written.

To allow the downloading and printing (manufacture) of guns is
unconscionable and downright crazy - just how are these new weapons
supposed to be kept track of or detected at public places? We cannot
bring a bottle of water thru TSA or to a concert but 3D-printed guns are
just fine?

This is yet another slap in the face to those affected by gun violence.
In the STRONGEST possible terms, you are urged to disallow this
egregious exception to the law.

The Second Amendment is being stretched out of all possible meaning and
relevance thanks to the pro-gun lobby. Time to put priorities back in
order. ENOUGH.

ENOUGH.

ENOUGH.


████████████

Liberty, Texas

**From:** ███████
**To:** DDTC Response Team
**Subject:** plastic guns
**Date:** Wednesday, July 25, 2018 6:48:13 PM

The settlement you negotiated with Defense Distributed (Cody Wilson) in June will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. This is a horrible decision for the American people. These undetectable weapons will not make us safer; quite the opposite. I urge you to terminate this settlement agreement IMMEDIATELY. This is NOT a partisan or Second Amendment issue. It is about the safety and security of the American people.

███████
Ada MI

**From:** ▮
**To:** DDTC Response Team
**Subject:** Plastic guns
**Date:** Wednesday, July 25, 2018 6:46:09 PM

Do not allow the availability of 3D plastic guns.
To allow the ability of people to obtain these weapons is asking for mass murders. And endangering children and law enforcement
▮

Sent from my iPhone

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** No special allowance for printable guns!
**Date:** Wednesday, July 25, 2018 6:46:07 PM

Hello,

We are absolutely horrified that our government would even consider allowing citizens to be able to download and print plastic guns. This circumvents any safety measures to keep guns out of the hands of those who should not have them and renders all of our metal detectors at airports and other public venues useless for protecting us as they will not be able to stop plastic weapons.

Please, please do not make special allowances for downloadable guns.

Sincerely,

▮▮▮▮▮▮▮▮▮▮
Sandia Park, New Mexico

**From:** ███████
**To:** DDTC Response Team
**Subject:** Special Exemption
**Date:** Wednesday, July 25, 2018 6:45:28 PM
**Attachments:** ███████
**Importance:** High

I'm writing to request that you immediately **STOP THE SPECIAL EXEMPTION TO ALLOW DOWNLOADABLE GUNS**. This puts all of us in danger. Anyone will be able to access the download plans and 3D print fully functioning **deadly** guns that can go undetected by metal detectors. Including felons and mentally unstable people. Please consider this. Thank you!
In Good Health,

**∷ CSg**

in 🐦 ▶ f

███████ information.

All emails in this message string and any attachments are the confidential information of CSG Systems International, Inc. (CSG), or its affiliates and subsidiaries, and may contain privileged and/or confidential material. If you are not an intended recipient, please delete it immediately and notify the sender; unintended recipients are not authorized to read or otherwise use the information contained herein.

WASHAR0036753

**From:**　　　███████
**To:**　　　DDTC Response Team
**Subject:**　　3D Guns
**Date:**　　　Wednesday, July 25, 2018 6:38:27 PM

Please stop the exemption allowing 3D printable guns. That's plain dangerous and crazy!

Thank you.

███████

Sent from my iPhone

**From:** █████
**To:** DDTC Response Team
**Subject:** No special exemption for downloadable guns
**Date:** Wednesday, July 25, 2018 6:37:15 PM

Please halt any consideration of a special exemption to allow downloadable guns.

The ability to Download and to 3-D print guns would put even more Americans at risk from gun violence. Stop the madness!

Thank you,

█████

Seattle, WA

*It's not about perfection. It's about progress.*

**From:** ▓
**To:** DDTC Response Team
**Subject:** 3D guns
**Date:** Wednesday, July 25, 2018 6:36:38 PM

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

▓

**From:**  ▮▮▮▮▮▮▮
**To:**  <u>DDTC Response Team</u>
**Subject:**  downloadable guns
**Date:**  Wednesday, July 25, 2018 6:34:38 PM

It was with some alarm this afternoon that I read about a special exemption being considered which would allow downloadable guns to be available to anyone: terrorists, felons, the mentally ill, etc.  Such guns could be made with a 3D printer and with such material (plastics, etc.), would be undetectable by metal detectors at our transportation hubs.  I am urging Sec. Pompeo to stop this special exemption from being enacted for the safety of everyday citizens who follow the law.

Sincerely,
▮▮▮▮▮▮▮▮

| From: | |
|---|---|
| **To:** | DDTC Response Team |
| **Subject:** | Plastic guns |
| **Date:** | Wednesday, July 25, 2018 6:33:08 PM |

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

Sent from my iPhone

**From:** ▇▇▇▇▇▇
**To:** DDTC Response Team
**Subject:** 3 D printed guns
**Date:** Wednesday, July 25, 2018 6:33:06 PM

As a nurse, and a mother, and the wife of a retired Navy Captain, please stop this insanity. These guns must not be allowed to proliferate.
This is a matter of public health. Stop these plans from becoming public without consequences for usage.

▇▇▇▇▇▇

| | |
|---|---|
| **From:** | ███████ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop 3D gun blueprints |
| **Date:** | Wednesday, July 25, 2018 6:31:30 PM |

As a now disenfranchised Reagan Republican but still a registered Republican….PLEASE demonstrate common sense and STOP the publication of 3D printed gun blueprints. I know numerous teens who do tons of 3D printings and print many things downloaded off the internet at home while parents are work. Our city library has a printer that anyone in the public can use with little oversight. You really think a crazy, a terrorist, gangs or a sane killer, couldn't do this with zero effort? You clearly do not understand how pervasive and easily accessible this is not just in the US but worldwide. It is the world wide web (www.).

Hold your own line on National security and Reagan's Undetectable Firearms Act and stop the release of 3D printed gun blueprints.

███████

Republican.

**From:** ▓▓▓▓▓▓
**To:** DDTC Response Team
**Subject:** opposition to 3D-printed guns
**Date:** Wednesday, July 25, 2018 6:31:11 PM

Dear State Department:

I am deeply disturbed by the settlement that was negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. This settlement agreement must be reversed IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. If these blueprints go online, they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT allow this and proliferate these dangerous weapons in our communities. We already have enough bloodshed from guns in America.

Thank you,

▓▓▓▓▓▓, killed at age 19 in a mass school shooting

| | |
|---|---|
| **From:** | ▉ |
| **To:** | DDTC Response Team |
| **Subject:** | 3D gun blueprints on-line |
| **Date:** | Wednesday, July 25, 2018 6:31:02 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

Sent from Mail for Windows 10

Sincerely,

▉

**From:** ███████████
**To:** DDTC Response Team
**Subject:** STOP 3D PRINTING OF GUNS
**Date:** Wednesday, July 25, 2018 6:28:30 PM

To Whom It May Concern,

I am writing because I would like ask you to STOP the special exemption allowing downloadable guns. This means people who have not passed any background checks, including terrorists, domestic abusers, and felons, will have access to guns. This would threaten every human's safety. If you want to be safe, your children to be safe, your family to be safe, WE NEED TO STOP THIS.

Please do what you know to be right and end this horror.

Sending Peace,



--
Best,

███████████████

**From:** ████████
**To:** DDTC Response Team
**Subject:** Downloadable gun
**Date:** Wednesday, July 25, 2018 6:25:43 PM

I find it completely unbelievable that anyone would pass legislation allowing 3-D printing of plastic guns. If this is in fact the case, everything in your power needs to be done to stop this action. There is absolutely no reason people need to be printing 3-D guns, least of all without permits, background checks, or any other verification of their eligibility to safely operate a firearm.

████

WASHAR0036764

| | |
|---|---|
| **From:** | ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Plastic Guns |
| **Date:** | Wednesday, July 25, 2018 6:25:27 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

████████████

*Lincoln, NE*

**From:** 
**To:** DDTC Response Team
**Subject:** Block downloadable, untraceable guns
**Date:** Wednesday, July 25, 2018 6:24:23 PM

Dear Secretary Pompeo:

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

*Sincerely,*

Sent from my iPhone

**From:**
**To:**          DDTC Response Team
**Subject:**     3D Printed Guns?
**Date:**        Wednesday, July 25, 2018 6:23:24 PM

Hello,

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

A concerned citizen,

"And this our life, exempt from public haunt
Finds tongues in trees, books in the running brooks
Sermons in stones, and good in everything"
-- William Shakespeare, As You Like It

| | |
|---|---|
| **From:** | ███████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Special exemption allowing downloadable guns |
| **Date:** | Wednesday, July 25, 2018 6:23:09 PM |

Hi,

I attempted to call and leave a message for you all, but have been holding for 30 minutes and am concerned I will not be able to get through at all.  I am contacting you about the special exemption that would allow downloadable guns which can be sent to a three D printer, and created out of plastic, regardless of who is making it.

This is a HUGE DISASTER waiting to happen!  We have background checks and other laws in place for good reasons! Criminals and domestic abusers are just two of the groups prohibited from having guns, for good reason.  I urge you to stop this nightmare before it begins! If you have any questions, please feel free to contact me at 360-551-7148.

Thank you,

███████████

Sent from my iPhone

**From:** ███████
**To:** [DDTC Response Team](#)
**Subject:** downloadable guns
**Date:** Wednesday, July 25, 2018 6:22:28 PM

please do not allow this to proceed.

Thanks ███████.

**From:**
**To:**     DDTC Response Team
**Subject:**   3D printed guns should not be allowed!
**Date:**   Wednesday, July 25, 2018 6:22:27 PM

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

*Listen to the people!*

| | |
|---|---|
| **From:** | ███████████ |
| **To:** | <u>DDTC Response Team</u> |
| **Subject:** | 3D Printed guns |
| **Date:** | Wednesday, July 25, 2018 6:22:16 PM |

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

████████████

Denver, CO

| | |
|---|---|
| **From:** | █████ |
| **To:** | DDTC Response Team |
| **Cc:** | █████ |
| **Subject:** | Do not allow exemption that enables people to download gun instructions |
| **Date:** | Wednesday, July 25, 2018 6:21:27 PM |

Hello,

I can't believe I'm writing this letter. Can you really be seriously considering an exemption that allows individuals to freely download instructions to produce their own 3D guns? Is this America? Is there sanity anywhere in Washington? You do know that plastic guns aren't detectable by X-ray. You do know that we have more deaths from gun violence than anywhere in the world.

Please do not allow this exemption.

Thank you,



**From:** ▇▇▇▇▇▇▇▇▇
**To:** DDTC Response Team
**Subject:** 3D guns
**Date:** Wednesday, July 25, 2018 6:20:36 PM

Stop the special exemption allowing downloadable 3D functioning guns.

WASHAR0036773

**From:** ███████
**To:** DDTC Response Team
**Subject:** 3-D Printed Guns | NO! PLEASE! STOP THE MADNESS!
**Date:** Wednesday, July 25, 2018 6:19:44 PM

Hello Secretary Pompeo & the U.S. State Department,

I am writing you all today because I would like to briefly express my strongest level of
opposition on the current situation surrounding the *potential* posting of downloadable (and
untraceable) gun blueprints for on-demand use. The fact that these weapons are untraceable,
can fall in the hands of literally anyone with an internet connection and a 3-d printer, and
cannot be detected through metal detectors is terrifying and undermines the federal and state
firearms laws.

Please, please, please, no. We don't need this.

Peace Be With You,



**From:** ▮
**To:** DDTC Response Team
**Subject:** Block 3D printed guns
**Date:** Wednesday, July 25, 2018 6:17:09 PM

Please block the move to allow 3D printed guns blueprints.
this does nothing for gun safety or gun rights. These weapons would be unregulated, could pass through security
scanners plus there have already been reports of these weapons misfiring with the potential to cause harm or death .
Allowing DIY style weapons and the potential reselling of these weapons without oversight .
Once these blue prints are out there there is no way to prevent them from being resold or pirated

Thank you

▮

Sent from my iPhone

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Stop
**Date:** Wednesday, July 25, 2018 6:15:22 PM

Stop the special exemption that allows for downloadable guns!

**From:**
**To:**          DDTC Response Team
**Subject:**     3D printable gun plans
**Date:**        Wednesday, July 25, 2018 6:15:20 PM

What the heck are you all thinking? You are allowing the release of plans for 3D printed guns which any crime group or gang with funds can manufacture and export? A firearm which can be used in crimes and is not traceable. And, you are settling with Cody Wilson, as well. Do you, actually, understand that public safety is at stake? Do you understand how this will hamstring law enforcement, and the justice system. Do you understand that these weapons can be brought on airplanes by terrorists, or can go through metal detectors. What the heck? Seriously, does anyone in your department have a brain. This is reckless. Once the plans are out there, they can't be taken back.

Stop it. Now. For God's sake. What kind of people are you? There will be blood on your hands.

**From:** ▮▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** 3D guns
**Date:** Wednesday, July 25, 2018 6:15:11 PM

Hi,

I am a concerned citizen and member of MOMS Demand Action for Gun Sense asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit)
and frankly sounds absolutely insane! These guns would be undetectable by metal detectors. How stupid an idea is that?

Allow this exemption and thousands more people could die every year. Can you live with that? I hope not.

Thanks,

▮▮▮▮▮▮

Los Angeles, CA 90065

| | |
|---|---|
| **From:** | ▮ |
| **To:** | DDTC Response Team |
| **Subject:** | Plastic guns - I'm very scared |
| **Date:** | Wednesday, July 25, 2018 6:12:27 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*


**************

"The only thing necessary for the triumph of evil is for good men [or women] to do nothing."
Edmund Burke

**From:**
**To:** DDTC Response Team
**Subject:** Downloadable Guns Exemption
**Date:** Wednesday, July 25, 2018 6:11:32 PM

To whom it may concern:

I implore you to stop the special exemption for downloadable guns.  Downloadable guns that can be 3-D printed in plastic to avoid metal detectors while potentially causing great harm and death should be regulated by common sense laws.  An exemption that allows anyone - even those on watch lists or those who have failed a background check - to download and print a weapon is ridiculous and unreasonable.

Concerned Citizen,

| | |
|---|---|
| **From:** | ██████████████ |
| **To:** | DDTC Response Team |
| **Subject:** | No exemptions for guns! |
| **Date:** | Wednesday, July 25, 2018 6:11:32 PM |

Good afternoon – I am writing to oppose the special exemption currently being considered to allow people access to a template for printing 3D guns. Please do not approve such an exemption.

Best, ██████

**From:**
**To:** DDTC Response Team
**Subject:** please stop the special exemption allowing downloadable 3D gun blueprints
**Date:** Wednesday, July 25, 2018 6:11:12 PM

It's abhorrent and terrifying,
Thank you,
--
▮▮▮▮▮▮▮▮▮ Mueller, ND
PS I was forwarded to a phone system from Everytown For Gun Safety, and this email address
was listed while I was on hold. Please forward to the appropriate personnel if this is not the
correct contact. Thank you!

| | |
|---|---|
| **From:** | ▮ |
| **To:** | DDTC Response Team |
| **Subject:** | RE: Stop Special Exemption |
| **Date:** | Wednesday, July 25, 2018 6:10:37 PM |

Thank you, I was on hold for 25 minutes when I called back to your phone line. The first time I called, the mail box was full. I'm sure there are quite a few concerned citizens who want to register their feelings about this issue.

▮

**From:** DDTC Response Team [mailto:DDTCResponseTeam@state.gov]
**Sent:** Wednesday, July 25, 2018 2:58 PM
**To:** Kelly Manring
**Subject:** RE: Stop Special Exemption
Thank you for your e-mail message. The Response Team makes every effort to provide substantive responses to all e-mails within one business day. That can vary, however, based on the volume of mail received and personnel available to answer. In some cases it may be necessary to consult other offices in the Directorate, which can also delay a reply.

**From:** ▮
**To:** DDTC Response Team
**Subject:** Anarchist 3-D downloadable guns
**Date:** Wednesday, July 25, 2018 6:09:51 PM

Hello,

Today I am writing as a member of Everytown Gun Safety and a concerned mother, daughter, human being. The State Dept has given a special exemption allowing downloadable guns to be made via files found on line on an Anarchist website. Some of these guns can be made entirely of plastic evading metal detectors completely. This is insane and violates so many Federal and State laws. These guns are untraceable. If we allow this anarchy to prevail, the whole world will be the wild west again via the internet. Those that have enough funds to buy a high quality 3-D printer will be able to download these files and make hand guns and semi-automatic weapons. No longer will airports, concert venues, the post office, grocery store be safe. There can be no reasonable assumption of safety when people who should not have access to guns, like criminals, domestic abusers, terrorists have access to guns! This is in direct contradiction to the basic truths that we hold to be self evident, life, liberty and the pursuit of happiness. Not just in America, but this would violate many international laws. Please, stop the special exemption allowing downloadable guns. It is set to take effect August 1, 2018 so time is of the essence. Please act now. No one can possibly benefit from this policy except criminals.

Thank you! Have a wonderful day!

--
▮

| | |
|---|---|
| **From:** | ■ |
| **To:** | DDTC Response Team |
| **Subject:** | We cannot let people have access to this |
| **Date:** | Wednesday, July 25, 2018 6:09:29 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

"The meaning of life is to find your gift. The purpose of life is to give it away." Pablo Picasso

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Stop exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 6:09:18 PM

I am extremely frustrated by your outgoing message. You do NOT "appreciate my patience" because if you did you would know what a reasonable and respectful wait time is (NOT OVER 30 Minutes!), and especially because the alternative, an email address, is spoken so quickly it's impossible to know whether she's saying ddtc or ddpc.

But my point is it's wrong and asinine to allow downloadable 3D printable guns!

████████████████

Fort Collins, CO 80526

WASHAR0036786

**From:**
**To:** DDTC Response Team
**Subject:** Stop special exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 6:08:06 PM

I am writing to voice my concern and absolute disapproval of the special exemption allowing downloadable 3D guns/plans. Please pass this on so I have at least the belief that I can do something to make this a safe country for my child. That is all any of us want, right? A safe world for our children. It's all anyone wants. More guns do not make for a safer nation. We need look no further than our own city streets and schools for the proof of this misconception, more guns do not make us safer.

**From:** ███████
**To:** DDTC Response Team
**Subject:** Please do not allow downloadable guns
**Date:** Wednesday, July 25, 2018 6:05:36 PM

Hi,

My name is ███████████ and I am a proponent of gun rights, however the State Department's consideration of allowing gun blueprints to be downloaded and 3D printed opens up our future to unforeseeable disasters with gun violence being harder to predict and detect in addition to increased accessibility to guns with even less of a screening process.

The issues associated with guns as they are is already something that needs to be addressed without further complications and disruptions. Please consider the colossal amount of tragedies our American families have suffered as a result of our current political climate around guns.

We are focusing so much of our effort in protecting America on the dangers presented by other countries, but we must remember how so much devastation is coming from within our own border.

There is no rush for this to happen. There is no immediate good to be done. Please do not allow for gun blueprints to be downloaded from the internet- that does not reflect the careful thought and consideration that America was built from.

Thank you,

███████
San Luis Obispo, California

**From:** ███████
**To:** DDTC Response Team
**Subject:** 3D Printed Guns
**Date:** Wednesday, July 25, 2018 6:04:23 PM

I spent as much time on telephone hold as I could without being connected.  I must in some way register with the government my complete and utter horror at the pending irresponsible legalization of the distribution of 3D printed guns and other weapons.  Disbelief at such a proposal leaves me speechless.  The end result of such a change will inevitably place guns in the hands of anyone with a few dollars at hand, including minors, children, terrorists, the mentally ill, and criminals.  With the increased robustness of plastics, guns will be undetectable at airports, schools, government buildings, and all mass gatherings of people at concerts, rallies, and holiday events.  What sane person thinks this is a good idea and why?  I cannot even imagine that the big business of arming the country — the manufacturers, gun lobbies, and the NRA would so blithely allow a circumvention of their traditional profit stream.  All current limitations on possession of weapons, weak as they are, would be rendered completely ineffective.

Stop this proposal.  Stop hoping the public, the nation, and humanity as a whole will not notice this stupidity.  Stop it now.

████████████

**From:**
**To:**     DDTC Response Team
**Subject:**  3-D printed gun blueprints
**Date:**     Wednesday, July 25, 2018 6:04:17 PM

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

**From:**
**To:** DDTC Response Team
**Subject:** STOP
**Date:** Wednesday, July 25, 2018 6:02:32 PM

> Please don't allow 3D printing for guns. Horrible, no-common-sense policy. Flabbergasted this is even an option.
>
> Sent from my iPhone

WASHAR0036791

**From:** ▮▮▮▮
**To:** DDTC Response Team
**Subject:** No 3-D Printed Guns!
**Date:** Wednesday, July 25, 2018 6:01:37 PM

To Whom It May Concern:

I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.

Thank you for stopping this dangerous policy.

▮▮▮▮

▮▮▮▮▮▮▮▮

*"Injustice anywhere is a threat to justice everywhere." - Martin Luther King, Jr.*

**From:** ▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** printable guns
**Date:** Wednesday, July 25, 2018 6:00:49 PM

I am a concerned citizen that wants to stop the special exemption for printable guns. People should not be able to have access to creating their own plastic guns so easily. This is extremely concerning and the potential for danger is staggering.

Thank you.

--
Regards,

▮▮▮▮▮▮▮

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Please stop downloadable guns
**Date:** Wednesday, July 25, 2018 6:00:44 PM

To Whom It May Concern,

Please stop the special exemption to allow downloadable guns.

Please!

███████████

**From:**      ███████
**To:**        DDTC Response Team
**Subject:**   Printed guns
**Date:**      Wednesday, July 25, 2018 6:00:17 PM

---

Hello,
It is absolutely unacceptable to to allow people to print 3D guns. Please stop this madness. Common sense gun control is what we need.
Thanks,
███████

Sent from my iPhone

| | |
|---|---|
| **From:** | ███████ |
| **To:** | DDTC Response Team |
| **Subject:** | Defense Distributed et al v. United States Department of State et al., (Case No. 15-CV-00372-RP). |
| **Date:** | Wednesday, July 25, 2018 6:00:06 PM |

NO to special exemption for 3D guns.

███████████

--
Raise your words, not your voice,
It is the rain that grows flowers,
Not the thunder.
**(Rumi - 13th century)**

| | |
|---|---|
| **From:** | ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | STOP downloadable guns |
| **Date:** | Wednesday, July 25, 2018 11:44:27 AM |

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

HOW CAN THIS POSSIBLY BE A GOOD IDEA????

Please act now!

████████

**From:**
**To:** DDTC Response Team; "adtcresponseteam@state.gov"
**Subject:** STOP the special exemption
**Date:** Wednesday, July 25, 2018 11:39:37 AM

Please stop the special exemption to allow downloadable guns.



Confidentiality Notice: The contents of this e-mail message and any attachments are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

**From:**    ▮
**To:**      DDTC Response Team
**Subject:** Downloadable Guns
**Date:**    Wednesday, July 25, 2018 11:37:25 AM

Please, please stop the special exemption allowing downloadable guns!!!

Thank you,

▮

**From:** ▮▮▮▮▮▮
**To:** [DDTC Response Team](#)
**Subject:** STOP the special exemption!
**Date:** Wednesday, July 25, 2018 11:29:06 AM

Please do whatever necessary to stop the special exemption to allow downloadable guns/ 3-D printed guns!



(Any typos by iPhone)

**From:** ███████████
**To:** DDTC Response Team
**Subject:** 3D Guns
**Date:** Wednesday, July 25, 2018 11:25:22 AM

Hello,

I would like to state my opposition to the special exemption allowing the sale of downloadable guns. Please stop this from passing.

Thank you,

███████████

**From:** ███
**To:** DDTC Response Team
**Subject:** Stop the special exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 5:58:23 PM

In what universe does this make good sense?
Please stop this madness.
Stop the special exemption allowing downloadable guns.

Our safety is in your hands.
███████

**From:** ▮▮▮▮▮
**To:** [DDTC Response Team](DDTC Response Team)
**Subject:** Stop Special Exemption
**Date:** Wednesday, July 25, 2018 5:58:09 PM

I tried to leave a voicemail but your system was full. I want to register my concern with allowing a special exemption that will allow people to download guns plans to a 3D Printer! How is this acceptable when no background checks can be performed? PLEASE STOP the upcoming special exemption!

▮▮▮▮▮
▮▮▮▮▮

**From:**  ▮▮▮▮▮
**To:**  DDTC Response Team
**Subject:**  Special Exemption Allowing Downloadable Guns
**Date:**  Wednesday, July 25, 2018 5:57:25 PM

To Secretary Pompeo and the State Department Staff:

I am writing to to request that the State Department stop the special exemption allowing downloadable guns.

Allowing this exemption would infringe upon my (and my family's) right to safely assemble under the First Amendment. It would also inherently endanger us because these weapons would not be detected by metal detectors in places such as airports and other federal buildings. Once these downloads are made available, it would be impossible to remove them completely from the internet.

I implore you and this Administration: Please do NOT allow this special exemption to go in to effect.

Sincerely,

▮▮▮▮▮▮

**From:** ████████████
**To:** DDTC Response Team
**Subject:** Stop the special exemption for downloadable handguns
**Date:** Wednesday, July 25, 2018 5:56:47 PM

Please add my name to the list requesting that the Special Exemption for downloadable handguns is stopped and not allowed to happen.

Anyone at all could create guns made entirely of plastic and not detectable by our current metal detectors used to protect our aircraft and any large public gathering.

Please return my email or call me directly at ████████████ so that I might voice my concerns.

████████████
La Mesa, CA

| From: | ███████████ |
|---|---|
| To: | DDTC Response Team |
| Subject: | 3D printed guns |
| Date: | Wednesday, July 25, 2018 5:56:07 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. You know darn well that when you let these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*

Get Outlook for Android

**From:** ██████████
**To:** bdtcresponseteam@state.gov; DDTC Response Team
**Subject:** Stop special exemption to allow downloadable guns
**Date:** Wednesday, July 25, 2018 5:55:39 PM

As a domestic violence survivor, I cannot fathom a world in which my government allows people like my abuser to download a blueprint for a gun off the internet and create it with an easily accessible 3-D printer. Please stop this dangerous initiative now.

██████

----
Marissa Jaross
██████████

| | |
|---|---|
| **From:** | ███████████ |
| **To:** | DDTC Response Team |
| **Subject:** | STOP the special exemption allowing downloadable guns!! from Anne Schabarum Arasheben |
| **Date:** | Wednesday, July 25, 2018 5:55:27 PM |

To: Secretary Pompeo and the US State Department and US Government representatives,

STOP the Special Exemption (law) Allowing Downloadable Guns from passing this week or ever! No one should be exempt from having to pass the law requiring permission, passing a background check, to have a gun. It is not ok or safe to pass a law/special exemption to allow persons with a criminal background to 3D print/make their own guns. These plastic and untracable guns could be used by those with out a gun permit to commit a crime or potentially carry them onto airplanes, into concerts, to harm others, etc. This is NOT a good law or work around the current gun law.

Please STOP the special exemption allowing downloadable guns!!!

Thank you!

███████████

Los Angeles, CA 90025

| | |
|---|---|
| **From:** | ■■■■ |
| **To:** | DDTC Response Team |
| **Subject:** | 3D gun settlement |
| **Date:** | Wednesday, July 25, 2018 5:54:30 PM |

*I am deeply disturbed by the settlement you negotiated with Defense Distributed (Cody Wilson) in June that will allow anyone to publish blueprints for 3D-printed guns online starting August 1, 2018. You need to terminate this settlement agreement IMMEDIATELY. Regulation of plastic guns was begun under President Ronald Reagan in this country in 1988 with The Undetectable Firearms Act. It is NOT a partisan issue. It is about the safety and security of the American people. When these blueprints go online they will be used by criminals and terrorists to easily and cheaply mass-manufacture all-plastic weapons that can defeat security checkpoints (metal detectors). Furthermore, "ghost guns" lack serial numbers. When they are found at crime scenes they are difficult if not impossible to trace. DO NOT do this and proliferate these dangerous weapons in our communities. If you do, you will be held accountable for the ensuing bloodshed that occurs.*


*Sincerely,*

■■■■

Sent from my iPad

**From:** ███████
**To:** DDTC Response Team
**Subject:** STOP special exemption allowing downloadable guns NOW!!!!
**Date:** Wednesday, July 25, 2018 5:54:30 PM

You absolutely MUST stop the special exemption allowing downloadable guns, it is beyond unsafe, inhumane, and insane to allow this exemption to go unchecked.
Please take action immediately to stop this proposal dead in it's tracks NOW.

Thank you in advance for your speedy reply,

███████████

**From:** ▮▮▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Please reject the special exemption on downloadable guns.
**Date:** Wednesday, July 25, 2018 5:54:23 PM

To whom it may concern:

My name is ▮▮▮▮▮▮ and I am a US citizen and I live in San Rafael, CA..
I am writing to ask you to reject the special exemption that would allow anyone to download and print a handgun on a 3D printer.
This is incredibly dangerous and should not be allowed.
I urge you to reject this exemption without delay.
I tried calling and was never connected.
Please confirm you have received my message.

Thank you,

▮▮▮▮▮▮

**From:**
**To:**                    DDTC Response Team
**Subject:**               STOP downloadable guns
**Date:**                  Wednesday, July 25, 2018 5:54:14 PM

Secretary Pompeo,

Please stop downloadable guns.

91340

**From:** ███████
**To:** DDTC Response Team
**Subject:** 3D printed guns
**Date:** Wednesday, July 25, 2018 5:53:15 PM

If the state department does not stop this unconscionable measure to allow people to download and print *plastic* guns, we will see planes fall from the sky like we did on 9/11 and people will blame YOUR DEPARTMENT. Use your head, and your heart.

Sent from my iPhone

**From:**   ▓▓▓▓▓
**To:**   DDTC Response Team
**Subject:**   DOWNLOAD GUNS
**Date:**   Wednesday, July 25, 2018 5:50:35 PM

PLEASE PLEASE PLEASE STOP THE SPECIAL EXEMPTION FOR DOWNLOADABLE
GUNS! THIS IS SO INSANE, I CAN'T BELIEVE PEOPLE ARE ACTUALLY
CONSIDERING THIS! DON'T PEOPLE REALIZE OUR BIGGEST THREATS DO NOT
COME FROM OUTSIDE THE COUNTRY BUT FROM WITHIN OUR OWN BORDERS!
THIS JUST MAKES IT EASIER FOR THE BAD BUYS! PLEASE DO NOT APPROVE
THIS!

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Stop special exemptions that allow downloadable/printable handguns
**Date:** Wednesday, July 25, 2018 5:50:29 PM

Dear Secretary Pompeo:

You cannot allow this to happen. On demand guns is the antithesis of what is needed in this country.

████████████

**From:**     ████████████████████
**To:**       DDTC Response Team
**Subject:**  Stop special exemption for downloadable guns
**Date:**     Wednesday, July 25, 2018 5:50:25 PM

Stop special exemption for downloadable guns – THIS IS CRAZY!!!!

| | |
|---|---|
| **From:** | ▮ |
| **To:** | DDTC Response Team |
| **Subject:** | downloadable guns |
| **Date:** | Wednesday, July 25, 2018 5:50:16 PM |

Dr. Mr Pompeo,

Thank you for your service as our Secretary of State, representing me and the rest of American citizens the best that you can.

I'm writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, and terrorists to make untraceable guns on their 3D printers.

Allowing printable 3-D guns will put the American public in danger at festivals, movie theaters, churches and other public gatherings. It will also increase the danger to women and children by domestic abusers. In addition, it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable.

Please do what is right for the citizens you serve and stop the special exemption allowing downloadable gun.

Sincerely, ▮

**From:** ▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** STOP SPECIAL EXEMPTION FOR DOWNLOADABLE GUNS
**Date:** Wednesday, July 25, 2018 5:50:13 PM

This is a preposterous idea - the notion that you'd allow plastic guns to bypass security systems for airplanes, venues, etc., is outlandish - so please do the right thing and stop this exemption immediately.

WASHAR0036818

**From:**
**To:**          DDTC Response Team
**Subject:**     Downloadable guns
**Date:**        Wednesday, July 25, 2018 5:49:25 PM

The majority of Americans would like to see better controls on gun ownership to protect our children, and all citizens. STOP the special exemption allowing downloadable guns. This exemption would put a gun in the hands of anyone who wants one, and could be used to produce guns that cannot be detected by security. Do not allow a loud and well-funded minority to put our citizens in danger.

Monroe, WA

**From:**          ██████████████
**To:**            DDTC Response Team
**Subject:**       Special exemption for 3-D Downloadable Guns
**Date:**          Wednesday, July 25, 2018 5:48:38 PM

Dear State Department,

I understand you are considering a special exemption for downloadable guns that will put guns in the hands of people with no background checks and willl make it possible to downlaod guns made of materials undetectable in metal detectors. I cannot imagine any rational reason for allowing this to happen. It will make us all less safe.

Is it really true that you are considering this exemption, and, if so, why and how can I register my alarm about it?

Thank you.

██████████████████████

**From:**    ■
**To:**      DDTC Response Team
**Date:**    Wednesday, July 25, 2018 5:47:12 PM

Stop.

Downloadable.

Guns.

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Stop downloadable guns
**Date:** Wednesday, July 25, 2018 5:46:33 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit). Please consider our safety first.

Thank you,

▮▮▮▮▮▮▮▮▮

**From:**        █████████
**To:**          DDTC Response Team
**Subject:**     Downloadable 3D Printable Guns
**Date:**        Wednesday, July 25, 2018 5:46:23 PM

Please tell tell Sec. Pompeo to stop downloadable 3D printable guns. There is enough gun violence in the US that we already cannot control or eliminate. This is a horrifying proposal.

Thank you.

-- 

| | |
|---|---|
| **From:** | ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | no exemption for printable guns |
| **Date:** | Wednesday, July 25, 2018 5:46:05 PM |

No on exemption for guns to be 3D printed without license or background check. I absolutely do not support this and wonder why this administration is against peace and true democracy.

doing this one handed while i care for my babies.

████ oregon, 97233

**From:**          ▮▮▮▮▮
**To:**           DDTC Response Team
**Subject:**    stop downloadable guns
**Date:**        Wednesday, July 25, 2018 5:44:33 PM

Stop the exemption that would permit the dissemination of information leading to ready access to downloadable guns. This is complete insanity. It would circumvent what little protections currently exist to keep guns out of the hands of the wrong people.

WASHAR0036825

**From:** ███████
**To:** DDTC Response Team
**Subject:** Stop exemption to 3D guns
**Date:** Wednesday, July 25, 2018 5:44:28 PM

Please stop the exemption to 3D printable guns

███████
Butte County

Sent from my iPhone

**From:**
**To:**  DDTC Response Team
**Subject:** Special exemption
**Date:** Wednesday, July 25, 2018 5:44:26 PM

Hi,

I am writing to IMPLORE you to STOP the special exemption that would allow blueprints for guns to be made available to ANYONE. Accessiblity to a 3-D printer is all it would take to endanger public safety.

PLEASE STOP THIS SPECIAL EXEMPTION!!!!


Chicago, IL

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** stop the exemption that allows posting of plans for 3-d printable guns!
**Date:** Wednesday, July 25, 2018 5:44:12 PM

Dear Department off State:

Now you support anarchists as well as enemies of the U.S. (such as Russia)?

Please stop the exemption that allows posting of plans for 3-d printable guns!

▮▮▮▮▮▮

**From:** ▓▓▓▓▓▓
**To:** DDTC Response Team
**Subject:** STOP THE SPECIAL EXEMPTION ALLOWING DOWNLOADABLE GUNS
**Date:** Wednesday, July 25, 2018 5:43:24 PM

STOP THE SPECIAL EXEMPTION ALLOWING DOWNLOADABLE GUNS

WASHAR0036829

**From:**            ▮▮▮▮▮▮
**To:**              DDTC Response Team
**Subject:**         STOP downloadable guns
**Date:**            Wednesday, July 25, 2018 5:43:16 PM

State Department,
STOP the special exemption that would allow downloadable guns. This is an outrageous and senseless exemption
that puts every American life at risk.
Thank you,
▮▮▮▮▮▮

WASHAR0036830

| | |
|---|---|
| **From:** | ▇▇▇▇▇▇ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop the exemption that will allow downloading guns from 3-d printers |
| **Date:** | Wednesday, July 25, 2018 5:42:16 PM |

You must ABSOLUTELY STOP any legislation that will allow downloading guns from 3-d printers!!!!!

▇▇▇▇▇▇

Sent from my iPhone

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Stop Exemption for Downloadable Guns
**Date:** Wednesday, July 25, 2018 5:42:10 PM

I am writing to request that the Special Exemption for Downloadable Guns be stopped. This exemption is irresponsible and dangerous!

███████████
Wailuku, HI 96793

| | |
|---|---|
| **From:** | ██████████ |
| **To:** | DDTC Response Team |
| **Subject:** | STOP Downloadable blueprints of GUNS for 3d printers |
| **Date:** | Wednesday, July 25, 2018 5:41:20 PM |

*Dear Secretary Pompeo —*

*Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.*

*Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.*

*The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.*

██████████

**From:** ████████
**To:** DDTC Response Team
**Subject:** No 3D gun printing
**Date:** Wednesday, July 25, 2018 5:39:13 PM

I am writing to let you know my concern for the 3-D printing of guns. I do not think this should be permissible. Many folks will be able to use this technology to print plastic guns. Also, how will we background check and screen out people who should not carry a gun?

Please let Pompeo Know I do not support this.

Have a great one!

WASHAR0036834

**From:** ███
**To:** DDTC Response Team
**Subject:** 3D Printer - GUNS
**Date:** Wednesday, July 25, 2018 5:38:34 PM

Please stop the possibility of 3D printing for guns.

Thank you,

███

**From:**
**To:**        DDTC Response Team
**Subject:**   Please STOP Downloadable guns!!!!
**Date:**      Wednesday, July 25, 2018 5:38:21 PM

Please STOP Downloadable guns!!!

**From:** ████
**To:** DDTC Response Team
**Subject:** STOP the special exemption allowing downloadable/printable guns
**Date:** Wednesday, July 25, 2018 5:38:16 PM

Dear State Department Analyst,

Furious with my spineless party, now a FORMER Republican, I am shocked and saddened by this administration's complete disregard for the safety of American citizens over the self-serving interests of the NRA, gun manufacturers, criminals, and other gun freaks. I urge you to stop the special exemption allowing downloadable/3-D printable guns. This seems so insane I wonder if it is a hoax, but given this administration's idiotic decisions, I have to assume it is true.

Please confirm that you have received this email.



**From:**
**To:**       DDTC Response Team
**Subject:**  stop downloadable guns
**Date:**     Wednesday, July 25, 2018 5:38:15 PM

To Whom It May Concern:

Stop the special exemption allowing downloadable guns.



**From:**
**To:** DDTC Response Team
**Subject:** Exemption
**Date:** Wednesday, July 25, 2018 5:37:57 PM

I am very concerned for the future of our country if the exemption to allow downloadable blueprints for 3-D machine-created guns is not stopped. Please, please, please stop this exemption. It's bad enough that our gun laws are so relaxed, but allowing anyone to download instructions to create their own gun, or arsenal of guns, without any kind of checks and balances is completely outrageous and profoundly irresponsible. How will we ever stop terrorists, gang members, and those who should not have access to guns--including children--from easily creating their own guns?! The task before us, in order to make the world a better and safer place for our children, is to make access to guns more challenging, not easier. Please kill the exemption!

--

**From:** ████████
**To:** [DDTC Response Team](#)
**Subject:** 3D Guns
**Date:** Wednesday, July 25, 2018 5:37:23 PM

Hello -

I wanted to speak to someone about the exemption being discussed for releasing 3D gun plans to ANYONE regardless of background. I cannot believe this would be considered. Even putting aside all the concerns about current gun use/35,000 gun deaths per year, these 3D guns would be particularly dangerous. They would escape metal detectors and be allowed for anyone who has access to a 3D printer, no matter what their previous mental health or criminal records. State Department exists to protect Americans, as far as I know. Allowing this exemption would most certainly NOT be protecting Americans.

I would appreciate a response on what is happening with this issue.

Thank you for your time.

████████

**From:** ████████
**To:** DDTC Response Team
**Subject:** Stop the special exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 5:36:38 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit). Please consider our safety first. Thank you.

████████

**From:** ████████
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Wednesday, July 25, 2018 5:35:31 PM

---

STOP the special exemption allowing downloadable guns in America.  I am a children's mental health clinician and am worried about these guns getting in the wrong hands.  Please honor the commitment made to schools around the country to do everything possible to stop gun violence including school shooting s. Thank you-

████████████████

Sent from my iPhone

**From:**
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Wednesday, July 25, 2018 5:35:27 PM

I am writing to urge you to stop the special exception allowing downloadable guns. It is amazing to me that I have to ask this. Clearly the NRA runs this country. Please, do the right thing for me and all of this country's inhabitants.

**From:**  ■■■■■■
**To:**  <u>DDTC Response Team</u>
**Subject:**  Please do not approve the exception which would permit the distribution of 3D printable plastic guns.
**Date:**  Wednesday, July 25, 2018 5:33:40 PM

I understandt that the Sec'y of Defense is considering approving an exception to a rule that would have the effect of allowing people to print 3-D guns at home or wherever they find a workable printer.

This is very, very bad policy. I do not understand why or how the State Dept could justify its decision to settle the lawsuit over this in such a way as to open the door to mass access to guns without any effective ability to control them.

Please do not take a further step toward making this unwise policy a reality.

Sincerely,



**From:**       ▮▮▮▮▮▮
**To:**         DDTC Response Team
**Subject:**    Downloadable guns
**Date:**       Wednesday, July 25, 2018 5:33:13 PM

Please add my name to those strenuously opposing the proposed exception which would permit to downloadable plans for firearms or other deadly weapons that can be printed on a 3-D printer. With terrorists and domestic abusers already exploiting every loophole in our gun laws, America must not create a new one!

▮▮▮▮▮▮▮
Helena, MT
Sent from Yahoo Mail for iPhone

**From:** ████████

**To:** DDTC Response Team

**Subject:** Vote against 3D gun printing

**Date:** Wednesday, July 25, 2018 5:31:35 PM

Good day,

Please vote against allowing 3-D guns to be printed and/or downloaded!

Sincerely,
A concerned citizen

████████

WASHAR0036846

**From:** ▮▮▮▮
**To:** DDTC Response Team
**Subject:** Stop downloadable guns
**Date:** Wednesday, July 25, 2018 5:30:36 PM

To whom it may concern, i am expressing my concern of Trump's latest idea to approve downloadable guns.

I urge you to Stop the special exemption to print downloadable 3D guns.

It would be a grave mistake to have more murderers and victims in our country due to poor leadership and ignorance.

You may call me, ▮▮▮▮▮▮▮▮ or reply to this email.

Thank you for your time.
▮▮▮

**From:**  ▮
**To:**  DDTC Response Team
**Subject:**  Special Exemption: Just, no
**Date:**  Wednesday, July 25, 2018 5:30:26 PM

Hey,

It's dangerous to allow downloadable plans for the printing of plastic guns...that's making deadly weapons available to terrorists and felons, plus they are untraceable and undetectable by metal detectors at our airports, federal buildings, theme parks, concerts, etc.

Please help keep Americans safe, and stop this special exemption.

Thank you!

--


**From:**  ▮
**To:**  DDTC Response Team
**Subject:**  STOP
**Date:**  Wednesday, July 25, 2018 5:29:14 PM

---

Stop the special exemption for downloading guns!

▮▮▮▮

Ashland OR 97520

WASHAR0036849

**From:** ███████████
**To:** [DDTC Response Team](#)
**Subject:** Stop allowing 3D printing of guns
**Date:** Wednesday, July 25, 2018 5:28:40 PM

---

STOP ALLOWING 3D PRINTING OF GUNS!!!

████████████

Sent from my iPhone

**From:** ████████
**To:** DDTC Response Team
**Subject:** Please stop the exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 5:27:33 PM

Please stop the exemption allowing downloadable guns. Thank you,
████ in Portland Oregon

Sent from my iPhone

**From:** ███████
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Wednesday, July 25, 2018 5:27:11 PM

To the State Department:

As a concerned citizen who is tired of the proliferation of guns on our street, do not allow the special exemption to allow downloadable guns. What on earth???!!!

Let's make it easy for terrorists, mentally ill, domestic abusers, felons and the like to obtain guns. Common sense please. Let's not put the profits above safety.

Sick and tired of this administration,

███████

WASHAR0036852

**From:** ██████████
**To:** DDTC Response Team
**Subject:** STOP
**Date:** Wednesday, July 25, 2018 5:26:50 PM

I am writing to ask that the State dept stops the special exception to allow people to download blueprints for a gun. This would allow people to carry plastic guns on planes among other terrible things. Again, please stop the special exemption that allows downloadable guns!

Thank you,

██████████

Aurora, CO

Sent from my iPhone

| | |
|---|---|
| **From:** | ██████████ |
| **To:** | DDTC Response Team |
| **Subject:** | STOP SPECIAL EXEMPTION ALLOWING DOWNLOADABLE GUNS!!!! |
| **Date:** | Wednesday, July 25, 2018 5:26:35 PM |

To Whom It May Concern:

I tried calling your number 3 times and was not able to speak with anyone. Please STOP the special exemption that would allow downloadable guns.  Who in his or her right mind would ever approve this?  Unfortunately our highly unintelligent and fraudulent president thinks it's a good idea to have blueprints floating around on the internet to 3-D print functional guns. This would permit felons, abusers, children, and others who should by no means ever have a gun to simply print one. Additionally, due to the material used in 3-D printers metal detectors as we know them would not detect a 3-D printed gun.  What is our country coming to?!?!?  Do we really want more guns out there murdering more innocent children, teens and adults?  This special exemption is absolutely insane and needs to be STOPPED now.

Kind Regards,

██████

Golden, CO

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Stop the special exemption
**Date:** Wednesday, July 25, 2018 5:26:34 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit). Given the funding, time, and energy put into keeping citizens safe at airports and elsewhere, this exemption is counterproductive and likely to increase the number of American deaths by gun violence.

Please consider our safety first. Thank you.

███████████

**From:**  ███████████
**To:**  DDTC Response Team
**Subject:**  Stop the special exemption allowing downloadable guns
**Date:**  Wednesday, July 25, 2018 5:26:27 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit). Please consider our safety first.

Thank you,

███████████
Burbank, CA

**From:** ██████
**To:** DDTC Response Team
**Subject:** STOP 3D print of functional guns!
**Date:** Wednesday, July 25, 2018 5:26:13 PM

I am writing to tell Sec Pompeo to STOP special exemption regarding downloadable guns! This is highly irresponsible and will put the security and safety of all US citizens in danger.

Thank you,

--


**From:**  ███████

**To:**  DDTC Response Team

**Cc:**  ███████

**Subject:**  STOP exemption for 3D gun printing

**Date:**  Wednesday, July 25, 2018 5:25:36 PM

Please add my name to request to stop the exemption allowing 3D-printing of guns.

Thank you,

**From:** ▮▮▮▮
**To:** DDTC Response Team
**Subject:** STOP the exemption on downloadable guns
**Date:** Wednesday, July 25, 2018 5:24:36 PM

Hi - I'm writing as a concerned citizen asking Secretary Pompeo to stop the exemption on downloadable guns.

Thank you.

▮▮▮▮

**From:** ███████████
**To:** DDTC Response Team
**Subject:** No downloadable 3D guns PLEASE
**Date:** Wednesday, July 25, 2018 5:23:18 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns.

This exemption makes it way too easy for guns to get in the wrong hands.

Please consider our safety - AND OUR KIDS - first.

Thank you,

███████████
Weston, MA 02493

| | |
|---|---|
| **From:** | ███████ |
| **To:** | DDTC Response Team |
| **Subject:** | Downloadable guns!!!!!!!! |
| **Date:** | Wednesday, July 25, 2018 5:22:28 PM |

Hello! My name is ███████ ! I am the mother of a three year old little girl. I am a VERY concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit). Please consider our safety first. Thank you

Sent from my iPhone

| | |
|---|---|
| **From:** | ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop State Department exception for Downloadable Guns |
| **Date:** | Wednesday, July 25, 2018 5:22:26 PM |

Dear Madam/Sir,

Stop the State Department exception for downloadable guns.

Thank your for registering my request.

Sincerely,

████████████

Sunnyvale, CA

**From:**

**To:**      DDTC Response Team

**Subject:**  Gun safety

**Date:**    Wednesday, July 25, 2018 5:22:06 PM

FOR HEAVEN'S SAKE, PLEASE DON'T ALLOW TERRORISTS, THE
MENTALLY ILL AND CRIMINALS TO DOWNLOAD AND 3D PRINT GUNS!

**From:** ▮
**To:** DDTC Response Team
**Subject:** Stop the special exemption allowing downloadable 3D guns
**Date:** Wednesday, July 25, 2018 5:22:06 PM

Dear DDTC Response Team,

Please STOP the State Department special exemption which would allow blueprints for downloadable 3D guns. I am a mom, teacher, and gun violence survivor and this is a terrible idea. It makes the public less safe everywhere and it makes the job of our amazing law enforcement professionals much more difficult. Please support common sense gun regulation. Do NOT allow 3D plastic guns to be a reality.

Thank you,

▮

Littleton, CO 80127

| | |
|---|---|
| **From:** | ███ |
| **To:** | DDTC Response Team |
| **Subject:** | STOP the Special Exemption |
| **Date:** | Wednesday, July 25, 2018 5:21:15 PM |

STOP the Special Exemption allowing downloadable, 3D printable guns!!

To allow downloadable guns is such a bad idea, giving criminals and known terrorists access to weapons. And not only all sorts of "bad guys" will get guns, but I am certain MANY curious children will, as well. Thinking it is 'cool,' many kids who would otherwise not have access to guns, will now have the ability to acquire / make them Such a bad, dangerous, terrible idea - it must be stopped !

███
90065
90065

Sent from my iPad

**From:** ▓▓▓▓▓
**To:** DDTC Response Team
**Subject:** STOP the Special Exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 5:19:13 PM

Stop the Special Exemption allowing downloadable guns! This is as alarming as it is irresponsible. Like the majority Americans, I want common sense gun laws, not this.

Regards,

▓▓▓▓▓

**From:**    █████████
**To:**     DDTC Response Team
**Subject:**  Stop Defense Distributed.
**Date:**    Wednesday, July 25, 2018 5:18:32 PM

Dear State Department,

I am an American citizen, and I beg you with all my heart: stop the special exemption on downloadable guns. This country cannot withstand any more bloodshed, lost family members, and dead children. We don't need more guns. We need peace at home.

Sincerely,

█████████████

**From:** ███████████
**To:** DDTC Response Team
**Subject:** STOP Printable gun design as
**Date:** Wednesday, July 25, 2018 5:18:26 PM

Please stop the printable gun design from being public and shareable. Guns will be in the hands of anyone who wishes to harm others and will result in horrific numbers of innocent lives lost including women and children. There must be common sense with this. This is a loop hole and must not be allowed. I am a voting American citizen. Americans do not support this.

████████████

| | |
|---|---|
| **From:** | ▮ |
| **To:** | DDTC Response Team |
| **Subject:** | Downloadable Guns |
| **Date:** | Wednesday, July 25, 2018 5:18:13 PM |

I am writing to ask Secretary Pompeo to stop the exemption that allows anyone download and print functional 3D guns on demand. This policy would allow dangerous people who could not pass a background check - like terrorists and domestic abusers - access to guns, many of which are fully printable on a plastic 3D printer. A plastic gun can't be detected on a metal detector - this would allow guns inside airplanes, schools and federal buildings without detection.

Thank you for listening to the American people.

Sincerely

▮

**From:**
**To:** DDTC Response Team
**Subject:** STOP exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 5:18:07 PM

Hello.

I am a concerned citizen, mother and member of the human race.

You need to STOP the exemption allowing downloadable guns. It's insane that the government would even consider it in the first place. GET YOUR HEADS OUT OF YOUR ASSES.

**From:** ███████
**To:** DDTC Response Team
**Subject:** Take action NOW!!
**Date:** Wednesday, July 25, 2018 5:17:36 PM

To whom it may concern

I am writing today to implore you to please stop the special exemption to allow downloadable guns! This is a truly dangerous move that could put guns in the hands of very dangerous criminals also undetected guns to be brought onto airplanes, government buildings, concerts etc! This is terrifying and so very dangerous for us all. Please have Secretary Pompeo stop this now!

Sincerely,

███████

**From:**
**To:**      DDTC Response Team
**Subject:**  3D print functional guns
**Date:**    Wednesday, July 25, 2018 5:17:26 PM

To whom this may concern,
I would like to voice my option about the fact that the US state dept is about to let anyone download and 3d print functional guns on demand? This seems a bit foolish, and dangerous.
I would like response please.
Cheers

--



**From:** ███████████
**To:** DDTC Response Team
**Subject:** 3D printable guns - STOP!
**Date:** Wednesday, July 25, 2018 5:16:41 PM

Dear Mr Pompeo,

Thank you for your service as our Secretary of State, representing me and the rest of American citizens.

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, and terrorists, to make untraceable guns on their 3D printers.

Allowing printable 3-D guns will put the American public in danger at festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable

Please do what is right for the citizens you serve and stop the special exemption allowing downloadable guns

█████████████████████

Mill Valley, CA

| | |
|---|---|
| **From:** | ■■■■ |
| **To:** | [DDTC Response Team](#) |
| **Subject:** | OPPOSE 3-D Downloadable Gun Plans |
| **Date:** | Wednesday, July 25, 2018 5:16:19 PM |

Hello - I have been on hold for over 30 minutes now, trying to call your office. I am calling and email your department to voice my vehement opposition to the special exemption for allowing downloadable 3-D guns. What an insane idea. This would make guns accessible to anyone, including people who have not/could not pass a background check. It would allow terrorists/would be terrorists to download these plans and print a gun. These guns can be 100% plastic, thus undetectable in a metal detector, threatening planes, venues, government offices, etc.

INSANE. Do not allow this absurd and dangerous exemption.

Thank you,

■■■■

WASHAR0036874

**From:** ▮▮▮▮
**To:** DDTC Response Team
**Subject:** STOP PRINTABLE GUNS
**Date:** Wednesday, July 25, 2018 5:15:40 PM

This email is to express my deep disgust at the prospect of printable guns being permitted in this country. It is a gross negligence and extremely harmful to all citizens. Please do what is morally and ethically right for the safety of our country.

Regards,

▮▮▮▮▮▮

**From:**  ▮▮▮▮▮▮▮
**To:**  DDTC Response Team
**Subject:**  Please STOP the passing of the bill for downloadable guns!
**Date:**  Wednesday, July 25, 2018 5:15:26 PM

I do not feel safe knowing that ANYONE has access to build an undetectable lethal weapon.

WASHAR0036876

**From:** ███████
**To:** DDTC Response Team
**Subject:** Special Exemption for downloadable guns
**Date:** Wednesday, July 25, 2018 5:15:24 PM

Hello,

I just heard that there is a vote coming up about wether to allow a special exemption to allow people to put the blueprints of how to make gun online. I really hope this is false information. The idea that it would be alright to allow this kind of info that would put guns into the hands of people who could not pass a background check is enraging. As a mother I want to keep guns out of the hands of terrorists so my son can grow up safe and as a friend I want to make sure my best friend isn't gunned down by the sick SOB who has stalked her and is prohibited from getting a gun. This change of law should end in both of their deaths. I don't see how this can help anyone. Please don't allow this. I am counting on you to make better choices.


Thanks, ███████
Nevada 89102

**From:** ■
**To:** DDTC Response Team
**Subject:** STOP THE SPECIAL EXEMPTION
**Date:** Wednesday, July 25, 2018 5:15:19 PM

I am a concerned US citizen writing to request that the State Department STOP the special exemption allowing downloadable 3D Blueprints for handguns to be posted on the internet.

It is absolutely ludicrous that our government would allow this to happen, giving ANYONE the ability to "print" a gun, circumventing background and mental health checks, allowing plastic weapons to go undetected in high security areas and allowing anarchist, terrorists, mentally unstable and spousal abusers alike the ability to create weapons at will do harm to public health and safety.

This special exemption must be stopped.

All my best,
■



**From:** ████████████
**To:** DDTC Response Team
**Subject:** Stop
**Date:** Wednesday, July 25, 2018 5:14:47 PM

Stop the special exemption that will allow downloading guns!
████████████

Sent from my iPhone

WASHAR0036879

**From:**   ███
**To:**   DDTC Response Team
**Subject:**   Downloadable gun- stop
**Date:**   Wednesday, July 25, 2018 5:11:14 PM

Hello,
 I would like to ask that the exemption allowing downloadable guns be stopped.
Thank you.

███████

Lakewood, Colorado


Sent from my iPad

**From:** ████████
**To:** DDTC Response Team
**Subject:** This is common sense -- no to downloadable gun blueprints!
**Date:** Wednesday, July 25, 2018 5:11:12 PM

Secretary Pompeo and staff -- for the safety of law enforcement, our children, our citizens, please stop the special exemption allowing downloadable guns!!!

Thank you, on behalf of all terrified citizens!

████████

**From:** ▮▮▮▮▮

**To:** DDTC Response Team

**Subject:** Stop special exception allowing downloadable guns

**Date:** Wednesday, July 25, 2018 5:10:50 PM

Hi,

I am writing from Kansas City, Missouri, begging you to stop the special exception that will allow downloadable gun blueprints. It is terrifying to think of anyone having access to a gun without a background check or tracking of any sort. I am a nurse in the pediatric ICU, and one thing I have to worry about going to work is someone coming in and shooting me or my patients at work. I like to go to concerts and sporting events. I trust the metal detectors will keep out weapons that could harm me or my loved ones while trying to enjoy ourselves. We're also relying more on metal detectors at schools to protect children since we can't find a better way to prevent the mass murder of children. It is unacceptable to allow a future where metal detectors don't work, which they won't on 3D printed guns. We already have enough guns in this country. There is NO need to make it easier for anyone to have access to a DIY gun. Yes, people kill people, and they kill more people more easily with guns. Please do your job to protect the American people and don't make it any easier. Thank you.

▮▮▮▮▮

**From:** 
**To:** DDTC Response Team
**Subject:** Stop exemption for 3D downloadable guns
**Date:** Wednesday, July 25, 2018 5:10:30 PM

Please stop the exemption for the 3D downloadable guns that anyone can access. Please listen!!

Thank you,

Sent from my iPhone

**From:**
**To:**          DDTC Response Team
**Subject:**     Don't Allow Downloadable Guns
**Date:**        Wednesday, July 25, 2018 5:10:24 PM

Hello,

Please do not allow a special exemption allowing downloadable guns. Undoubtably, people will eventually make harmful decisions using 3D printed guns. Allowing these guns to be printed is a stamp of approval for harm that is yet to be done.

I do not feel safe knowing that a person with no background check could create a lethal weapon. A lethal weapon that could pass through metal detectors. This would leave government officials unsafe, airplanes unsafe, and concert venues unsafe.

This allowance would also make it easier for underaged people to print their own guns at a time in their lives when they are still developing their judgement skills.

There are reasons for laws created around owning guns. Please do not allow an exemption that would make these laws easier to bypass.

Thank you!

Dillon, CO

**From:**  ▮▮▮▮▮
**To:**  [DDTC Response Team](#)
**Subject:**  3D printed guns
**Date:**  Wednesday, July 25, 2018 5:10:13 PM

To Whom this May Concern:

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit)

Please consider our safety first.

Thank you,

▮▮▮▮

**From:** ███████████
**To:** DDTC Response Team
**Subject:** No to 3D printed guns
**Date:** Wednesday, July 25, 2018 5:09:18 PM

I am emailing to make my opposition known of the special allowance of 3D printed guns and the posting of their plans. This would be a horrible mistake and danger. Please do not allow this to happen. Consider all the risk how many more deaths would occur in our country. This is the last thing we need.

██████████

**From:** 
**To:** DDTC Response Team
**Subject:** No to special exemption
**Date:** Wednesday, July 25, 2018 5:08:26 PM

Hello,
I am dismayed that the State Department is considering a special exemption for downloadable guns that would allow ANYONE, ANYWHERE, ANYTIME to print an undetectable weapon. Please pass along my concern to Mike Pompeo and specific request to **Stop** the special exemption for downloadable guns now.

I waited on hold 16 minutes to register my request but have to be back at work.

thank you,

**From:**
**To:** DDTC Response Team
**Subject:** STOP exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 5:07:12 PM

Hello,

I am writing to ask the Sec Pompeo and anyone else involved do everything they can to STOP the exemption that will allow for the release of downloadable blue-prints for 3-D printed guns. This would set a dangerous precedent, and is an incomprehensible move in a country that is already struggling with mass shootings, intimate partner violence, and suicide.

Please stop this, immediately. I understand that 3-D printers aren't common, that plastic guns aren't efficient. This doesn't matter. This exemption will make untraceable guns accessible without a background check, without a license. This is unconscionable. Don't let it happen.

Thank you for your time.

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Stop Special Exemption Allowing Downloadable Guns
**Date:** Wednesday, July 25, 2018 5:05:25 PM

Dear Secretary Pompeo,

Word has come out of new legislation that could be passed providing possibilities for there to be a special exemption for downloadable guns. Obviously, as a parent and citizen this is both horrifying and hard to even believe. If this exemption passes, it will not only allow domestic abusers, mentally unstable wackos, and terrorists to download printable guns for 3-D printers, but if used and printed, this poses a great deal of danger to the general public and flight passengers who could be on board with a terrorist that skipped through the metal detectors with an undetectable gun.

I ask you sincerely to consider the endless violence possibilities this special exemption would pose before allowing the exemption to pass. For the sake of our country and its citizens' safety, please stand up us all and put a halt to this dangerous proposal. We count on you as well as all of our leaders to keep us safe.

Thank you, and God bless,

███████████

(Boise, Idaho)

**From:**
**To:**          DDTC Response Team
**Subject:**     3d gun printing/downloading
**Date:**        Wednesday, July 25, 2018 5:05:11 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit)
Please consider our safety first. Thank you



**From:** ██████
**To:** DDTC Response Team
**Subject:** STOP DOWNLOADABLE GUNS
**Date:** Wednesday, July 25, 2018 5:04:07 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit). Please consider our safety first. Thank you.

Best,

██████
Portland, OR

| | |
|---|---|
| **From:** | ██████████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop Downloadable Guns |
| **Date:** | Wednesday, July 25, 2018 5:03:11 PM |

Hello,

I was on hold to speak to an agent and the recording said I could email instead. I want to voice my extreme concerns and urge the state department to STOP the exemption that would allow downloadable guns. This is, quite frankly, one of the scariest things I have ever heard of. I urge you to consider the implications and put the safety of the American people first.

Thank you,

████████

Sent from my iPhone

**From:** ████████████

**To:** DDTC Response Team

**Subject:** Stop special exemption for printing 3-D guns

**Date:** Wednesday, July 25, 2018 5:02:36 PM

To whom it may concern:

Please stop the special exemption that would allow people to 3-D print guns. This would be an extradorinarly dangerous exemption that would put guns in the hands of the most dangerous people, including terrorists and domestic abusers.

Sincerely,

████████████

**From:** █████
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Wednesday, July 25, 2018 5:02:29 PM

To Whom It May Concern:

Actually, this issue concerns all of us-- the prospect of making 'downloadable guns' available. Printable guns would make it possible for almost anyone in the home to have a gun with no background check. This could mean guns in the hands of domestic abusers, suicidal teens, terrorists, etc.

It is urgent that you stop the special exemption allowing downloadable guns.

Voters in my state elected representatives who have enacted common sense gun legislation. The federal government should not have the right to overrule the will of the people to put guns in the hands of anyone and everyone.

Act with sanity and regard for the safety of all of us!

█████
Catskill, NY

WASHAR0036894

**From:**

**To:** DDTC Response Team

**Subject:** Stop exemption for 3d printed guns

**Date:** Wednesday, July 25, 2018 5:02:27 PM

Hi,

I'm an educator and implore you to stop this special exemption for 3d printed guns. It puts us all at risk, especially our children, if anyone can simply 3d print a gun that can get through metal detectors. Please do NOT allow this to happen.



| | |
|---|---|
| **From:** | ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop the Special Exemption Allowing Downloadable Guns |
| **Date:** | Wednesday, July 25, 2018 5:01:20 PM |

Dear Mr Pompeo,

Thank you for your service as our Secretary of State, representing me and the rest of American citizens.

I am writing to appeal to you to stop the release of downloadable files that will allow people, including convicted felons, domestic abusers, and terrorists, to make untraceable guns on their 3D printers.

Allowing printable 3-D guns will put the American public in danger at festivals, movie theaters, churches, and other public gatherings. It will also increase the danger to women and children by domestic abusers. And it will hamper law enforcement from catching criminals since the 3-D printable guns are untraceable

Please do what is right for the citizens you serve and stop the special exemption allowing downloadable guns

████████████

Mill Valley, CA

**From:** ▮▮▮▮
**To:** DDTC Response Team
**Subject:** Downloadable gun exemption
**Date:** Wednesday, July 25, 2018 4:59:40 PM

Hello,

I am writing to voice my opposition and also request that the government STOP the special exemptions that will allow anyone, even children, mentally ill, terrorists, and criminals that would otherwise fail a background check to download and print a functioning gun. Especially one that would fail to be recognized by metal detectors designed to catch such items.

This is literally asking for a deranged person with ill intent to use such an item to harm others.

Please, please reconsider this decision and exemption.

Regards,
▮▮▮▮
Citizen from Colorado



**From:** ███████████
**To:** DDTC Response Team
**Subject:** Re: test
**Date:** Wednesday, July 25, 2018 4:59:14 PM

You must deny the special exemption of downloadable and printable 3D guns. Do we have any semblance of a democracy left or has the entire US Government just become a dangerous playground for dictator Trump to wreak havoc? It is outrageous that I should even have to ASK that you not allow such a dangerous exemption where ANYONE can get a gun to bring on a plane, in a school, through a metal detector. What a sad day in America that it is that this is the state of our government.

███████████

55364 Minnesota

---

**From:** DDTC Response Team <DDTCResponseTeam@state.gov>
**Sent:** Wednesday, July 25, 2018 3:54 PM
**To:** ███████████
**Subject:** RE: test

Thank you for your e-mail message. The Response Team makes every effort to provide substantive responses to all e-mails within one business day. That can vary, however, based on the volume of mail received and personnel available to answer. In some cases it may be necessary to consult other offices in the Directorate, which can also delay a reply.

**From:**
**To:** DDTC Response Team
**Subject:** Downloadable 3-D printed guns
**Date:** Wednesday, July 25, 2018 4:58:50 PM

Dear Secretary Pompeo,

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit). Please consider all our safety first.

Thank you,

**From:** ████████
**To:** DDTC Response Team
**Subject:** Stop Downloadable Guns
**Date:** Wednesday, July 25, 2018 4:58:42 PM

Hello,

I'm a concerned citizen writing to implore you NOT to allow blueprints of guns to be posted online. It is terrifying that anyone would be able to 3D print guns in light of this. Guns would be able to go to people on demand - regardless of background check - and get through metal detectors easily.

This is terrifying. Please STOP blueprints for downloadable guns and do NOT allow citizens to print their own guns. It is a violation of safety.

With thanks,
████████

**From:** ████████████
**To:** DDTC Response Team
**Subject:** STOP SPECIAL EXEMPTIONS FOR DOWNLOADABLE GUNS
**Date:** Wednesday, July 25, 2018 4:58:25 PM

State Department:

Please STOP THE VOTE ON THE SPECIAL EXEMPTION FOR DOWNLOADABLE GUNS.

This would allow anyone to download a gun - terrorists, felons, and domestic abusers who would normally be unable to pass a background check, and build the gun in PLASTIC and take it ANYWEHRE: to outdoor festivals and concerts, office buildings, GOVERNMENT buildings, MUSEUMS, AIRPLANES, SUBWAYS, Public Plazas...this list is endless

PLEASE STOP THIS VOTE.

Thank you,

████████████

Brooklyn, NY

**From:**        ███████████
**To:**          DDTC Response Team
**Subject:**     Please STOP the special exemption for downloadable guns
**Date:**        Wednesday, July 25, 2018 4:57:28 PM

PLEASE STOP THE SPECIAL EXEMPTION FOR DOWNLOADABLE GUNS!!!

No good can come of this! Printable guns, which will evade metal detectors, will make public transportation and flight more dangerous. It will put guns in the hands of people who can't pass a back-ground check (like domestic abusers, domestic terrorists and criminals) and make life that much more dangerous for citizens and the police.

We already have too much gun-related violence and this tips the scales against common sense.

Please please stop this special exemption, and protect the majority of people who want common-sense gun laws.

Thank you,

███████████

Pacific Palisades, CA 90272

**From:**  ████
**To:**  DDTC Response Team
**Subject:**  Downloading guns
**Date:**  Wednesday, July 25, 2018 4:57:25 PM

STOP this nonsense this needs to be stopped

████████████████████

Sent from my iPhone

WASHAR0036903

**From:**
**To:** DDTC Response Team
**Subject:** Downloadable printable guns
**Date:** Wednesday, July 25, 2018 4:56:24 PM

PLEASE STOP the special exemption that will allow for downloadable printable guns.

Please.

Brookings OR 97415

Sent from my iPhone

**From:** ████████████
**To:** DDTC Response Team
**Subject:** Downloadable Guns
**Date:** Wednesday, July 25, 2018 4:56:13 PM

---

Secretary Pompeo,

Stop the special exemption of 3D printed downloadable guns!

Thank you,


████████████████

Woodinville, Wa 98077

**From:**
**To:** DDTC Response Team
**Subject:** Downloadable 3d Printed guns?
**Date:** Wednesday, July 25, 2018 4:55:31 PM
**Attachments:** image001.png

In what possible situation would this be a good thing? Please STOP the special exemption allowing a downloadable gun to be posted on the internet! There has to be some way to prevent. Guns are at least regulated with serial numbers etc. These will be untraceable, untrackable and undetectable (airports/govt buildings). I am astonished and disappointed that the settlement that was agreed to includes/allows this provision. Step in! This is crazy!



**From:** ███████████████
**To:** DDTC Response Team
**Subject:** No to downloadable guns
**Date:** Wednesday, July 25, 2018 4:54:20 PM

STOP the exemption for downloadable guns now!! This is extremely dangerous to the citizens of the USA. It makes guns too easy to get into the wrong hands.

Thank you,

███████████

Sent from my iPhone

**From:** ████████████
**To:** [DDTC Response Team]
**Subject:** petition
**Date:** Wednesday, July 25, 2018 4:53:15 PM

To Whom It May Concern,

Please stop the special exemption allowing downloadable guns.

Sincerely,
████████████

**From:** ███████
**To:** DDTC Response Team
**Subject:** NO to downloading and printing guns
**Date:** Wednesday, July 25, 2018 4:52:15 PM

I sat on the phone for 30 minutes. I am writing to say Stop the exemption which would allow anyone (people who should not have guns) to download and print plastic guns that would get through security checks.
STOP! How many more mass deaths do you want?

WASHAR0036909

**From:**  ▮▮▮▮▮
**To:**  DDTC Response Team
**Subject:**  STOP NEW GUN LEGISLATION
**Date:**  Wednesday, July 25, 2018 4:51:47 PM

Sec. of State Pompeo:

I implore you to reject the SPECIAL EXEMPTION ALLOWANCE FOR
DOWNLOADABLE GUNS. This act will only make our regrettable epidemic of
gun violence worse. This is an entire new area of weaponry that merits years of
investigation.

Thanks,

▮▮▮▮▮▮▮

Studio City, CA 91604

**From:**       ████
**To:**         DDTC Response Team
**Subject:**    Stop special exemption allowing downloadable guns
**Date:**       Wednesday, July 25, 2018 4:47:20 PM

Please stop the special exemption allowing downloadable guns. Guns shouldn't be available to people who don't pass a background check. Downloading guns and printing them via a 3D printer removes any control of guns and will result in more deaths.

Stop special exemption allowing downloadable guns now.

████

**From:**          ████████████
**To:**            DDTC Response Team
**Subject:**       STOP the special exemption!!!!!
**Date:**          Wednesday, July 25, 2018 4:47:17 PM

STOP the special exemption allowing downloadable guns to be made. I am appalled!!!!

████████████

Portland, OR

**From:** ▮▮▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Stop the special exemption allowing the sale of downloadable guns
**Date:** Wednesday, July 25, 2018 4:43:30 PM

Hello,

I'm writing to ask you to STOP the special exemption allowing the sale of downloadable guns.

Thank you,
▮▮▮▮▮▮
San Francisco, CA

WASHAR0036913

| **From:** | █████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Please stop special exemption allowing downloadable guns |
| **Date:** | Wednesday, July 25, 2018 4:42:25 PM |

please do not grant the exemption allowing printable 3D blueprints

special exemption allowing downloadable guns.

| | |
|---|---|
| **From:** | ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop special exemption of downloadable guns !!! |
| **Date:** | Wednesday, July 25, 2018 4:42:16 PM |

Stop special exemption of downloadable guns!!

**From:** ▮
**To:** DDPCResponseTeam@state.gov; DDTC Response Team; EDPCResponseTeam@state.gov
**Subject:** 3D Gun Blueprint
**Date:** Wednesday, July 25, 2018 4:42:05 PM

I am shocked that this is even being considered. STOP the special exemption to allow downloadable gun blueprints. This would enable terrorists, felons and domestic abusers to avoid a background check, and the guns could be all plastic to evade security checks at airports, concerts, sporting events. STOP THIS NOW!



**From:** ▮
**To:** DDTC Response Team
**Subject:** Downloadable Guns
**Date:** Wednesday, July 25, 2018 4:41:39 PM

Stop special exemption of downloadable guns!!

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Stop the special exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 4:38:18 PM

To the office of Secretary Pompeo:

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit)
Please consider our safety first.

Thank you,
███████████

Los Angeles, California

WASHAR0036918

**From:**          █████████
**To:**            DDTC Response Team
**Subject:**       NO 3-D GUNS!!!
**Date:**          Wednesday, July 25, 2018 4:37:16 PM

I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit) Please consider our safety first. Thank you.

I can't believe I have to write this email!!!!!!

WASHAR0036919

**From:**          ███████
**To:**            DDTC Response Team
**Subject:**       3D guns
**Date:**          Wednesday, July 25, 2018 4:36:37 PM

Pardon but wtf ?
STOP special expedition to allow downloadable guns !


Sent from my iPhone

**From:** ███████████
**To:** DDTC Response Team
**Subject:** STOP downloadable guns!!
**Date:** Wednesday, July 25, 2018 4:36:29 PM

---

I am writing to IMPLORE you to STOP the special exemption allowing for downloadable guns.  This is the most insane thing our government could do right now with the soaring rates of gun violence.  I would like to know the government officials who are in support of this .

Sincerely,
███████████
Sent from my iPhone
Please overlook spelling errors

**From:**                    ████████
**To:**                       DDTC Response Team
**Subject:**              3D guns
**Date:**                    Wednesday, July 25, 2018 4:36:22 PM

Hi, I am a concerned citizen asking you to do the right thing and stop the special exemption allowing downloadable guns. This exemption makes it way too easy for guns to get in the wrong hands (terrorists, domestic abusers, felons, the mentally unfit.). This is obviously a massive public danger and will make security and violence prevention just about impossible for the foreseeable future.

Disseminating this information is very clearly not protected by the first or second amendment.

Thank you,

████████

**From:**
**To:**     DDTC Response Team
**Subject:**  STOP the Special Exemption for 3D printed guns
**Date:**   Wednesday, July 25, 2018 4:34:31 PM

Hello,

I cant believe it has to be stated or requested that our government NOT go forward with a special exemption the will allow distribution of printable gun designs that would allow ANYONE to print a firearm using a 3D printer. These guns could also be printed in plastic and thereby be undetectable using metal detectors. This is insanity. For the public as well as the police force aiming to stop violent crime.

STOP the Special Exemption that would allow 3D printable gun designs to be distributed.

**From:** ██████████
**To:** DDTC Response Team
**Subject:** 3-D printable guns
**Date:** Wednesday, July 25, 2018 4:34:08 PM

I am writing to you to PLEASE STOP the special exemption that will allow people to down load 3-D printable guns.
I am begging you not to let this happen. It will put all Americans Lives' in Jeopardy.
Thank you

██████████

**From:**  ███████████
**To:**  DDTC Response Team
**Subject:**  STOP allowing three dimensional printable guns.
**Date:**  Wednesday, July 25, 2018 4:29:14 PM

Please inform those in the State department that I am a concerned citizen who opposes allowing downloadable guns. This is wrong for the safety of all people and allows people to bypass the law of rightful gun ownership and print guns on 3D printers, even on plastic which can bypass metal detectors.

Please oppose this special application and STOP downloadable guns.

███████████

**From:** ▉▉▉▉
**To:** <u>DDTC Response Team</u>
**Subject:** Stop Exemption
**Date:** Wednesday, July 25, 2018 4:28:28 PM

I urge you to please stop the special exemption to allow guns to be 3D printed.
What is wrong with Trump to not see the extreme danger with this ridiculous idea.
Now ANYONE can print a plastic gun with no way of detecting it and no BG checks
PLEASE STOP THE MADDNESS AND SAVE US FROM THIS MAN



**From:** ███████
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Wednesday, July 25, 2018 4:28:17 PM

Hi,

I'm writing to ask you to please stop the exemption bill to download blueprints for guns. We shouldn't be moving backwards on this issue. Downloadable guns mean no background checks, metal detectors don't work on them and even MORE guns will be out there. We need to curb the amount of guns out in the public. Please stop this. You have the power. Please.

Thanks,

███████

Sent from my iPhone

**From:**
**To:**         DDTC Response Team
**Subject:**    Guns
**Date:**       Wednesday, July 25, 2018 4:27:29 PM

Stop the exemption for downloadable and printable gun. In no way does that meet the 2nd amendment.
Thank you,

Sent from my iPhone

**From:**
**To:**          DDTC Response Team
**Subject:**     Special exemption
**Date:**        Wednesday, July 25, 2018 4:26:17 PM

I'm emailing you as a concerned citizen asking you to block the special exemption allowing the sharing of data to 3D print firearms, and the printing of firearms. It is insanity that we even need to have this conversation. This exemption puts millions at risk, and the argument goes far beyond the freedom to share information and the right to bear arms. Our founding fathers could not have conceived of this technology, and it should not be protected under the umbrella of the second amendment. This exemption would allow a dangerous situation to grow exponentially, and could result in multiple tragedies. No background checks, no metal detectors. Parkland, Pulse Bataclan. It's happened too many times, and it's going to continue happening, until we do something about guns in this country, and this special exemption will open the flood gates. How much civilian loss of life will it take for laws to change? Is the second amendment more important than the lives of the people in the republic? It will soon be too late. Pathetic.

Sent from my iPhone

**From:** ▮▮▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** downloadable guns
**Date:** Wednesday, July 25, 2018 4:25:41 PM

---

Dear Secretary Pompeo,

If it is indeed true that there is an exemption allowing downloadable guns, I hope that will end immediately. I can't imagine that anyone would think a 3D functional plastic gun that could get through metal detectors and be accessible to terrorists and felons should be permitted. I hope I have misunderstood this, but if not, please make a change immediately. The last think we need is more guns and guns that won't be detected with current methods.

Sincerely,

▮▮▮▮▮▮▮

**From:**
**To:** DDTC Response Team
**Subject:** RE: 3D downloadable functional guns
**Date:** Wednesday, July 25, 2018 4:25:31 PM

Director Pompeo.

Please do not allow the special exemption for freely available 3D downloadable functional guns. Downloadable guns completely undermine our federal and state fire arm laws, which at their core black can access for the people who pose the most serious danger to the public.

Respectfully,

**From:** ███████
**To:** ddtcresponseteam@state.giv
**Cc:** ddtcresponseteam@state.giv
**Subject:** Stop the Exemption for Downloadable Guns
**Date:** Wednesday, July 25, 2018 4:24:40 PM

Stop the Exemption for downloadable guns.  The existence of downloadable/printable guns is unfathomable.....and allowing them to be legal is equally obscene!   Stop this insane contribution to homicide!

███████

Sent from my iPhone

**From:**  ███
**To:**  DDTC Response Team
**Subject:**  Guns
**Date:**  Wednesday, July 25, 2018 4:24:38 PM

Please stop the special exemption on downloadable guns.



**From:** 
**To:** DDTC Response Team
**Subject:** Stop special exemption for downloadable guns
**Date:** Wednesday, July 25, 2018 4:24:36 PM

Please stop the special exemption for downloadable 3-D printed guns that would allow evasion of background checks, and potentially put guns into the hands of many who are not legally allowed to possess them. This is a critical point of public safety.

WASHAR0036934

**From:** ████████
**To:** DDTC Response Team
**Subject:** Request to stop special exemption on downloadable guns
**Date:** Wednesday, July 25, 2018 4:23:15 PM

Hello,
I am writing to request a STOP on the special exemption to allow downloadable guns.

Thank you,
████████

**From:** ███
**To:** DDTC Response Team
**Subject:** Stop special exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 4:22:40 PM

This email is to express my concern for the possible allowance of downloading 3D printable guns.

STOP special exemption allowing downloadable guns.

Thank you,

███

**From:** ███
**To:** [DDTC Response Team]
**Subject:** 3D gun exemption
**Date:** Wednesday, July 25, 2018 4:21:29 PM

Hello,

My name is ███████ and I am emailing from Walla Walla Washington, where I live. I am emailing regarding the exemption for 3D gun printing- this exemption will allow terrorists, domestic abusers, and violent and dangerous people to print guns with no restrictions. These guns can be plastic, so metal detectors in airports, government buildings (probably like your office), music festivals, schools (I am scared for my brother, my friends, teachers, all american children), and anywhere else will no be able to detect them. This puts LITERALLY EVERYONE in danger, and I am so afraid. The regulations that we have in place clearly are already not enough, and this exemption is allow a loophole around these already inadequate regulations. Are you not afraid that this will lead to countless deaths? Are you unwilling to protect American citizens from ruthless gun violence and death? I am genuinely wondering why this exemption is being passed, because I truly do not understand. I look forwards to hearing fro you, and hope that you undo this exemption to keep Americans safe.

███████

Walla Walla, Washington

--
███

**From:** ████████
**To:** DDTC Response Team
**Subject:** Anti-downloadable 3D Guns
**Date:** Wednesday, July 25, 2018 4:20:27 PM

Hello,

I wanted to voice my concern with downloadable 3D guns and request you do not allow online public posting of 3-D printable gun blueprints.

████

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Stop 3D guns
**Date:** Wednesday, July 25, 2018 4:18:11 PM

Hello

I am a very concerned citizen, asking you to protect the people of this country from terrorists and lunatics.

Stop the special exemption allowing downloadable guns.

This is way to risky and dangerous, completely ignoring the importance of background checks. Please put our safety first.

Thank you

███████████

**From:**  ▮
**To:**  DDTC Response Team
**Subject:**  downloadable guns
**Date:**  Wednesday, July 25, 2018 4:17:36 PM

I am writing to request that you block the exception that allows people to download and print guns.

WASHAR0036940

**From:** ████████
**To:** DDTC Response Team
**Subject:** NO TO DOWNLOADABLE GUNS
**Date:** Wednesday, July 25, 2018 4:16:21 PM

Writing to tell Sec. Pompeo to absolutely put an end to the 3d printing of downloadable gun blueprints. This is a wreckless and irresponsible motion that puts every single person on American soil at huge risk of daily violence.

--


| | |
|---|---|
| **From:** | █████████ |
| **To:** | DDTC Response Team |
| **Subject:** | STOP the Downloadable Gun special exemption! |
| **Date:** | Wednesday, July 25, 2018 4:14:15 PM |

Dear Secretary Pompeo —

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Too many people, including children are dying every day by guns at the hands of people that should not have them - as a mother, and a human, I ask you to please stop this further unnecessary and unauthorized access to guns that can result in violence. No good can come of this.

Thank you,

████████████

**From:**          ▬▬▬▬
**To:**            DDTC Response Team
**Subject:**       Stop special exemption...
**Date:**          Wednesday, July 25, 2018 4:13:31 PM

Stop special exemption allowing 3D downloadable guns!!!

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**From:**         ████████████

**To:**           DDTC Response Team

**Subject:**      Stop exemption allowing downloadable guns

**Date:**         Wednesday, July 25, 2018 4:11:30 PM

---

Dear Madam or Sir:

I strongly urge you to stop the special exemption allowing downloadable guns.  This will allow terrorists, domestic abusers and others to 3-D print their own gun in plastic  so metal detectors will not catch them.

This will put us all in even more danger than we are already in due to the high numbers of people carrying guns in this country.

I have tried calling the State Department several times but cannot get through.

I would appreciate a call back regarding this issue.  My number is ████████.

Why would anyone think this is a good idea in a country that already leads the world in mass shootings??  What is the rationale behind this exemption?  Please help me understand this exemption and who is pushing for this?

Thanks for your help - I will await your reply!

Sincerely,

████████████

Pocatello Idaho

**From:** ███████
**To:** DDTC Response Team
**Subject:** STOP SPECIAL EXEMPTION THAT ALLOWS DOWNLOADABLE GUNS!
**Date:** Wednesday, July 25, 2018 4:11:21 PM

Please, as a mom, sister, wife, and US citizen, concerned about gun safety, the safety of my family, friends and neighbors, I implore you to STOP SPECIAL EXEMPTION THAT ALLOWS DOWNLOADABLE GUNS!

███████

| | |
|---|---|
| **From:** | ███████████████████████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Please STOP downloadable guns! |
| **Date:** | Wednesday, July 25, 2018 4:10:30 PM |

To Officials in the US State Department:

Please don't make it easy for terrorists to get guns.

Do NOT allow downloads of 3-D plans for guns to be made available to everybody. It would be a disaster.

Protect the American people.

███████████████

Alameda, CA

**From:**         ███████
**To:**           DDTC Response Team
**Subject:**      Downloadable guns
**Date:**         Wednesday, July 25, 2018 4:07:30 PM

STOP the special exemption that allows downloadable guns!

**From:** █████
**To:** DDTC Response Team
**Subject:** No downloadable guns!
**Date:** Wednesday, July 25, 2018 4:07:26 PM

Please record me among those citizens and voters who believe the idea of exempting downloadable guns is crazy, irresponsible, and absolutely out of the question for those of us who care about American society. For groups like the Russians who hope to undermine our society, it's probably considered a great idea for us, but they themselves wouldn't allow it in a heartbeat.

NO DOWNLOADABLE GUNS!!!!!

█████

**From:**  ■
**To:**  DDTC Response Team
**Subject:**  Special exemptions for downloadable guns
**Date:**  Wednesday, July 25, 2018 4:07:23 PM

I am a registered voter in the state of Arizona. Please do NOT allow the special exemption for downloadable guns to be enacted!! I'm having a hard time believing that this is considered a good idea. Anyone can get a gun this way: all the "bad guys":felons, terrorists,abusers, as well as anyone with mental health issues would now be able to get a gun easily without a background check. The fact that most of these guns can also be made entirely of plastic leaves them undetectable by metal detectors now being used to help protect our citizens. And you want to do this and leave us all, even you, exposed. How is this even being considered??!!
I will very interested to hear from you.
A very considered citizen,
■

Sent from my iPad

WASHAR0036949

**From:** ████████████
**To:** [DDTC Response Team](#)
**Subject:** stop downloadable blueprints for guns
**Date:** Wednesday, July 25, 2018 4:07:20 PM

Dear State Department Analyst,

Please do not move forward with the exemption that would allow the posting of downloadable blueprints which would allow for 3d printing of guns.

Thank you,

████████████

P.S. I was on hold for 30 minute today w/out an answer when I tried to call your line.

**From:** ▮▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Special Exemption
**Date:** Wednesday, July 25, 2018 4:04:45 PM

I am a constituent and I want to ensure that you STOP the Special Exemption that will allow for downloading gun prints to enable printing a gun on a 3D Printer.

This will allow ANYONE to print a usable gun, resulting in more of our children being killed in Concerts, Schools, restaurants, any where. Please stop this insane exemption.

--
▮▮▮▮▮▮▮

**From:** ████████
**To:** DDTC Response Team
**Subject:** Stop downloadable guns
**Date:** Wednesday, July 25, 2018 4:02:17 PM

STOP the exception where downloadable guns will be available on the internet PLEASE!!!  This is so unfortunate that our government officials don't care about the safety of our children!

████████

Sent from my iPhone

**From:**     ▮
**To:**       DDTC Response Team
**Subject:**  Please Stop the Exemption Allowing Downloadable Guns
**Date:**     Wednesday, July 25, 2018 4:02:16 PM

Hello,

I am very concerned for the future of our country if the exemption to allow downloadable blueprints for 3-D machine-created guns is not stopped. Please, please, please stop this exemption. It's bad enough that our gun laws are so relaxed, but allowing anyone to download instructions to create their own gun, or arsenal of guns, without any kind of checks and balances is completely outrageous and profoundly irresponsible. How will we ever stop terrorists, gang members, and those who should not have access to guns--including children--from easily creating their own guns?! The task before us, in order to make the world a better and safer place for our children, is to make access to guns more challenging, not easier. Please kill the exemption!

Many Thanks,

▮

**From:** 
**To:** DDTC Response Team
**Subject:** Stop 3 D gun prints
**Date:** Wednesday, July 25, 2018 4:01:58 PM

I request to stop the exemption to print 3D guns.

Lafayette CA 94549

**From:**
**To:**          DDTC Response Team
**Subject:**     Downloadable guns
**Date:**        Wednesday, July 25, 2018 3:59:23 PM

STOP this special exemption for downloadable 3D guns
This is irresponsible.

WASHAR0036955

**From:** ███████████
**To:** DDTC Response Team
**Subject:** NO to downloadable guns
**Date:** Wednesday, July 25, 2018 3:57:34 PM

Vote no on Downloadable guns!!!

This is an outrageous exemption that will endanger the lives of millions!

Nowhere will be safe. Metal detectors will be rendered useless.

It violates the 2nd Amendment as it can not be regulated in any way, much less well regulated.

NO NO NO, NOT EVER.

Any child could print one. Any mentally unstable person could print one. Any criminal could print one. anyone who can afford or has access to a printer can print one.

This MUST be stopped.

███████████
California

**From:** ▆▆▆▆▆▆
**To:** <u>DDTC Response Team</u>
**Subject:** Downloaded guns
**Date:** Wednesday, July 25, 2018 3:57:11 PM

Please Sec Pompeo,  stop the downloading  of guns for all including our future generations.  Let us live.

▆▆▆▆▆▆

Sent from my I to WE phone

**From:**
**To:** DDTC Response Team
**Subject:** No downloadable guns, please
**Date:** Wednesday, July 25, 2018 3:57:07 PM

Hello,

I am writing to ask that you stop the special exemption allowing downloadable 3-D printed guns.

Human lives are literally in your hands. Please do the right thing.

Kind regards,

Los Angeles, CA

**From:**          ■■■■■■

**To:**           DDTC Response Team

**Subject:**    NO to downloadable guns

**Date:**       Wednesday, July 25, 2018 3:56:25 PM

Vote no on Downloadable guns!!!

This is an outrageous exemption that will endanger the lives of millions!

Nowhere will be safe. Metal detectors will be rendered useless.

It violates the 2nd Amendment as it can not be regulated in any way, much less well regulated.

NO NO NO, NOT EVER.

Any child could print one. Any mentally unstable person could print one. Any criminal could print one. anyone who can afford or has access to a printer can print one.

This MUST be stopped.

■■■■■■

California

**From:**  ▮
**To:**  DDTC Response Team
**Subject:**  HALT special exemption allowiing downloadable guns!!!
**Date:**  Wednesday, July 25, 2018 3:56:22 PM

Dear Stae Dept:

I am writing as a very concerned citizen of the US. to request that you HALT the special exemption that will alllow downloadable 3D printable guns to be available to everyone without permiting or background checks.

thank you.

▮

**From:** 
**To:** DDTC Response Team
**Subject:** Don't allow special exemptions for downloadable guns!
**Date:** Wednesday, July 25, 2018 3:55:43 PM

I am a registered California voter demanding gun sense voting. Do not allow special exemptions for downloadable guns.

Thank you,

Sent from my iPhone

**From:** ▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Exemption for downloadable guns
**Date:** Wednesday, July 25, 2018 3:53:25 PM

To Whom it SHOULD Concern:

I am writing to ask you to stop the exemption proposed for downloadable guns.

Making it possible for anyone, regardless of mental health or criminal affiliation to have the plans to make a plastic, downloadable gun on a 3D printer will only increase the level of gun violence we as American citizens are subjected to. The thought that this administration would make it easier for people to obtain a workable gun that is able to evade metal detection and gives criminals and easy work around, with existing poorly enforced gun laws.

This administration is already on the wrong side of history. This is one area, where the administration could help American citizens, by stopping this insane proposed exemption.

Sincerely,

▮▮▮▮▮

*Colorado Springs, CO 80904*

**From:**     ███████████
**To:**       DDTC Response Team
**Subject:**  NO to downloadable guns
**Date:**     Wednesday, July 25, 2018 3:53:25 PM

Vote no on Downloadable guns!!!

This is an outrageous exemption that will endanger the lives of millions!

Nowhere will be safe. Metal detectors will be rendered useless.

It violates the 2nd Amendment as it can not be regulated in any way, much less well regulated.

NO NO NO, NOT EVER.

Any child could print one. Any mentally unstable person could print one. Any criminal could print one. anyone who can afford or has access to a printer can print one.

This MUST be stopped.

███████████

California

**From:** ███████
**To:** DDTC Response Team
**Subject:** Opposing downloadable guns
**Date:** Wednesday, July 25, 2018 3:52:31 PM

---

To whom it may concern:

I am writing to express my extreme concern about the prospect of downloadable guns in the very near future. Data show that having guns in the house is a risk factor for violence. Printable guns means that almost anyone can have a gun in the house (without a background check) pretty quickly, including domestic abusers, suicidal teens, and terrorists.

I urge you to stop the special exemption allowing downloadable guns. Voters in my state elected representatives who have enacted common sense gun legislation. The federal government should not have the right to overrule the will of the people to put guns in the hands of anyone and everyone.

███████
Brooklyn, NY

WASHAR0036964

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** NO to downloadable guns
**Date:** Wednesday, July 25, 2018 3:52:25 PM

Vote no on Downloadable guns!!!
This is an outrageous exemption that will endanger the lives of millions!
Nowhere will be safe. Metal detectors will be rendered useless.
It violates the 2nd Amendment as it can not be regulated in any way, much less well regulated.
NO NO NO, NOT EVER.
Any child could print one. Any mentally unstable person could print one. Any criminal could print one. anyone who can afford or has access to a printer can print one.
This MUST be stopped.

▮▮▮▮▮▮

California

**From:** ▮
**To:** DDTC Response Team
**Subject:** downloadable guns comment
**Date:** Wednesday, July 25, 2018 3:50:23 PM

Hello,

Please route this message to the appropriate recipient. PLEASE DO NOT ALLOW A SPECIAL EXEMPTION FOR 3D-PRINTED, ON DEMAND DOWNLOADABLE GUNS ARE YOU INSANE!

Almost every day we're brought news of dead Americans, students shot by a troubled classmate, women shot by their angry husbands or boyfriends, political figures targeted by paranoid and violent crazy people... In this environment you want to allow a new technology that will turn any terrorist or anarchist's basement into an untraceable weapons manufacturing facility?! No! Enough!

Thank you,

▮

Citizen opposed to violent dystopias

**From:** ███████████
**To:** [DDTC Response Team](#)
**Subject:** STOP the special exemption allowance for downloadable guns!!!!
**Date:** Wednesday, July 25, 2018 3:50:18 PM

Dear Secretary Pompeo,

Please stop the special exemption allowing downloadable guns.  This is insane!  Why would it EVER be a good idea to allow those that can't pass a background check, terrorists, felons, and domestic abusers to download and print a 3D functional plastic gun.  These guns could get through metal detectors and could lead to thousands of deaths! STOP this insanity!!!!!!!

Sincerely,
███████████

**From:** ███
**To:** DDTC Response Team
**Subject:** downloadable guns
**Date:** Wednesday, July 25, 2018 3:49:47 PM

To whom it may concern:

I am writing to express my extreme concern about the prospect of downloadable guns in the very near future. Data show that having guns in the house is a risk factor for violence. Printable guns means that almost anyone can have a gun in the house pretty quickly, including domestic abusers, suicidal teens, and terrorists.

I urge you to stop the special exemption allowing downloadable guns. Voters in my state elected representatives who have enacted common sense gun legislation. The federal government should not have the right to overrule the will of the people to put guns in the hands of anyone and everyone.

Sincerely,
███
Brooklyn, NY

**From:**
**To:** DDTC Response Team
**Subject:** Undetectable 3D Printable Guns
**Date:** Wednesday, July 25, 2018 3:46:22 PM

Like many, many people, we have a very good 3D printer.

You don't know us, but thanks to Sec. Pompeo and Donald Trump, by next week, we'll ALL be able to make a gun. A simple gun that will be untraceable, undetectable and unstoppable.

You must have a plan to prevent the potential bloodshed.

Do not fail to get back to us with that.

With all due respect,
Taxpayers:



**From:** █████████████
**To:** DDTC Response Team
**Subject:** printable guns
**Date:** Wednesday, July 25, 2018 3:45:23 PM

Please STOP the bill allowing guns to be manufactured using a 3D printer. This is completely unacceptable and an unimaginable public safety issue.
Thank you, ████████████

**From:** 
**To:** DDTC Response Team
**Subject:** STOP THE EXCEPTION ALLOWING DOWNLOADABLE GUNS
**Date:** Wednesday, July 25, 2018 3:45:12 PM

Stop the exception allowing downloadable guns. Citizens should not have access to plans for printing their own weapons.

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** 3D special exemption
**Date:** Wednesday, July 25, 2018 3:44:13 PM

No on special exemption for 3D guns!

Sent from my iPhone

**From:** ▮
**To:** DDTC Response Team
**Subject:** Downloadable gun blueprints
**Date:** Wednesday, July 25, 2018 3:43:41 PM

Hello,
I am writing to ask for a stop to the exemption that would allow gun blueprints for 3D printers to be available online.

This is a matter of public safety. This exemption would allow people who fail background checks to access a gun--an untraceable, unregulated gun--easier.

It would also nullify state laws that prevent the sale of guns to people cannot clear a background check.

Thank you for your time.

▮

Parker CO 80134

**From:**
**To:** [DDTC Response Team](#)
**Subject:** STOP the exemption!!!
**Date:** Wednesday, July 25, 2018 3:42:21 PM

STOP: The special exemption to allow downloadable blueprints for gun manufacture. This is insanity!! Please, please, please, please, haven't we seen enough death?????

PLEASE!!!!



This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or Health Insurance Portability and Accountability Act (PL104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

**From:** ███████
**To:** DDTC Response Team
**Subject:** 3D printable guns
**Date:** Wednesday, July 25, 2018 3:42:17 PM

Please do not allow downloadable 3D printing of guns.  This would allow anyone to easily make a gun including TERRORISTS.

Regards,

Michael Trahan, CID

**From:** ▮
▮ Response Team
**Subject:** Downloadable gun prints
**Date:** Wednesday, July 25, 2018 3:41:45 PM

Hello,
I am writing to ask you to stop exemptions that would allow downloadable plans for printing guns on 3D printers.
▮

Sent from my iPad

**From:** 
**To:** DDTC Response Team
**Subject:** Stop Downloadable Guns!
**Date:** Wednesday, July 25, 2018 3:40:41 PM

I find it absolutely unbelievable that with school shootings and other gun violence on the rise our government would be allowing more unregistered guns to be available to anyone with a computer and 3D printer. PLEASE STOP THE SPECIAL EXEMPTION THAT ALLOWS DOWNLOADABLE GUNS.

Thank you for your attention to this important issue that further threatens the safety of our country.

Beth DeHaven

**From:**  ███████
**To:**  DDTC Response Team
**Subject:**  Stop special exemption allowing downloadable guns
**Date:**  Wednesday, July 25, 2018 3:40:14 PM

Hi there,

Please stop the special exemption allowing downloadable guns.

Thank you,



**Confidentiality Notice:** This communication may contain confidential or
medically privileged information and is intended only for the use of
the addressee(s). If you have received this communication in error, please notify me immediately by reply email and delete
the message. Thank you.

**From:** ███████
**To:** DDTC Response Team
**Subject:** Re: Exemption for 3D printable downloaded guns
**Date:** Wednesday, July 25, 2018 3:39:36 PM

Thank you for your response.

On Wed, Jul 25, 2018, 12:31 PM DDTC Response Team <DDTCResponseTeam@state.gov> wrote:

> Thank you for your e-mail message. The Response Team makes every effort to provide substantive responses to all e-mails within one business day. That can vary, however, based on the volume of mail received and personnel available to answer. In some cases it may be necessary to consult other offices in the Directorate, which can also delay a reply.

WASHAR0036979

| | |
|---|---|
| **From:** | ▮ |
| **To:** | DDTC Response Team |
| **Subject:** | STOP the special exemption to allow 3D printable guns! |
| **Date:** | Wednesday, July 25, 2018 3:37:30 PM |

Please do NOT allow this to happen!!!! I **do not** want 3D printable guns to be legal.

Sincerely,
Matthew Tigert

**From:** ███
**To:** DDTC Response Team
**Subject:** Downloadable, 3D printable guns
**Date:** Wednesday, July 25, 2018 3:37:28 PM

Good afternoon,

I am writing to ask you to stop consideration of allowing downloading and printing of 3D guns.

Thank you,

███

Pismo Beach, CA. 93449

Sent from my iPad

**From:** ██████████
**To:** DDTC Response Team
**Subject:** Stop the exemption for downloadable guns!
**Date:** Wednesday, July 25, 2018 3:36:39 PM

To whom it may concern:

Stop this special exemption for downloadable guns!

Allowing downloadable guns to be made and used would be a serious threat to national security.

Thanks you,

██████████

**From:** ███████
**To:** DDTC Response Team
**Cc:** ███████
**Subject:** registering disapproval
**Date:** Wednesday, July 25, 2018 3:36:24 PM

This email is to register the profound disapproval by ████████████ of an exemption the Trump Admin wants to allow that would permit dissemination and downloading of the detailed instructions for making lethal plastic firearms - that would not be seen in metal detectors or noted by TSA or be registered.

**From:**            ▉
**To:**              DDTC Response Team
**Subject:**         Downloadable Guns!!??
**Date:**            Wednesday, July 25, 2018 3:35:14 PM

Please stop the special exemption allowing downloadable guns. Thank you.

▉▉▉▉▉

Sent from my iPhone

| | |
|---|---|
| **From:** | ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Fwd: PLEASE STOP!! Special exemption for downloadable guns |
| **Date:** | Wednesday, July 25, 2018 3:33:26 PM |

Begin forwarded message:

**From:** ████████████████████
**Subject: PLEASE STOP!! Special exemption for downloadable guns**
**Date:** July 25, 2018 at 12:28:22 PM PDT
**To:** dttcresponseteam@state.gov

To Whom it May Concern

I've been on hold for a long time on the phone.

Here's my plea:

Please let Secretary Pompeo know that people are absolutely alarmed at the thought that anyone with access to a downloadable printer will be able to print a gun if Secretary Pompeo allows this to occur. This will not keep American safe.

Please stop the special exemption allowing downloadable guns.

I would appreciate a reply that this message has been read.

Sincerely

████████████
Seattle, WA
98117

| | |
|---|---|
| **From:** | ██████ |
| **To:** | DDTC Response Team |
| **Cc:** | ██████ |
| **Subject:** | No exemption for 3D gun blueprints! |
| **Date:** | Wednesday, July 25, 2018 3:33:25 PM |

I'm writing because I'm very concerned about news that in a few days anyone will be able to download blueprints for guns to be produced with 3D printers.

I urge the state department to cancel the special exemption that would allow these blueprints to be made available online!

Plastic guns pose a huge threat to our airports, schools and government buildings. Domestic abusers and criminals who can't pass background checks should NOT be able to print their own guns.

Cancel this exemption immediately for the safety of all Americans!

██████

Portland, Oregon

**From:** ███████
**To:** DDTC Response Team
**Subject:** 3-D gun printing
**Date:** Wednesday, July 25, 2018 3:32:13 PM

What is the possible rationale for allowing an exemption that will permit 3-D printing of guns? This is insane. No policy could do a better job of ensuring anarchy, civil war, and authoritarian crackdown. Does our government seriously want lunatics with some tech knowledge to be able to build their own weapons--and without even any background check?

Please respond. I tried to call your phone response line but could not get through.

███████

**From:** ▮▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Exemption for 3D printable downloaded guns
**Date:** Wednesday, July 25, 2018 3:31:15 PM

I am opposed to an exemption for 3D downloadable gun plans. Stop this exemption.

▮▮▮▮▮▮▮

Sequim, WA

**From:** ■■■■■
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Wednesday, July 25, 2018 3:30:42 PM

Please reject The exemption for downloadable guns. This would be a travesty!



(Sent from my iPhone. Please excuse typos.)

**From:** ███████
**To:** DDTC Response Team
**Subject:** STOP special exemption
**Date:** Wednesday, July 25, 2018 3:29:24 PM

Hi, my name is ███████. I live in Santa Monica, CA and I am writing to ask you to STOP the Special Exemption that will allow for downloadable guns. This is imperative in keeping our country, our children, safe. I trust the government will do the right thing and not put weapons into the 3D printing devices of who-knows-who?? This is not a political issue, it is a common sense issue.

Thank you,

███████

| | |
|---|---|
| **From:** | ▮▮▮▮ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop the release of 3D print details for gun production |
| **Date:** | Wednesday, July 25, 2018 3:29:18 PM |

I was unable to get through to a person on the phone so I am sending this email.

Please STOP the release of the printable 3D guns. As a nurse, I see this as a public health crisis as guns will be accessible to anyone without background checks or any record of the gun itself.

Please return my call at

▮▮▮▮▮▮

Thank you

▮▮▮▮▮▮

**From:** ███████
**To:** DDTC Response Team
**Subject:** 3D-printed guns
**Date:** Wednesday, July 25, 2018 3:28:12 PM

hi!
i am demanding that you stop the exemption allowing downloadable guns. how could anyone possibly think this is ok????!!!!
thank you,
███████

| | |
|---|---|
| **From:** | ██████████ |
| **To:** | DDTC Response Team |
| **Subject:** | downloadable guns |
| **Date:** | Wednesday, July 25, 2018 3:25:09 PM |

As a concerned citizen, taxpayer and voter, I am demanding that you STOP THE SPECIAL EXEMPTION ALLOWING DOWNLOADABLE GUNS.

██████████

**From:**
**To:** DDTC Response Team
**Subject:** downloadable guns
**Date:** Wednesday, July 25, 2018 3:23:32 PM

please stop the special exemption allowing downloadable guns.

thank you.

WASHAR0036994

**From:**
**To:**        DDTC Response Team
**Subject:**   Vote
**Date:**      Wednesday, July 25, 2018 3:21:33 PM

To whom it may concern:

I am reaching out to my representative to vote STOP on special exemption on downloadable guns.

Thank you,

| | |
|---|---|
| **From:** | █████████ |
| **To:** | DDTC Response Team |
| **Subject:** | 3-d printable guns |
| **Date:** | Wednesday, July 25, 2018 3:20:15 PM |

Dear Secretary Pompeo,

I was on hold for 25 minutes trying to reach your office, so I'm sorry to say that I may now have forgotten all I had planned to say. I imagine the lines may be busy there because of the matter about which I called.

I'm deeply troubled by this news that on Aug. 1, instructions for 3-D printing guns will become available to anyone. This is utter craziness. Please work to immediately stop this.

I'm sure I don't need to elaborate in any way about why or how this is dangerous or illogical. Thank you in advance for your swift diligence in this matter.

Sincerely,

█████████

Tacoma, WA

Sent from my iPhone

**From:** ████████████
**To:** DDTC Response Team
**Subject:** Stop the Special Exemption
**Date:** Wednesday, July 25, 2018 3:19:25 PM

Hello,

I was attempting to call to ask that you STOP the special exemption allowing downloadable guns to be 3D printed.

Thank you,
████████████
Orange County, CA

**From:**
**To:** DDTC Response Team
**Subject:** Please stop the special exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 3:17:11 PM

Dear Directorate of Defense Trade Controls Response Team,

I'm writing to ask you to please *stop* the special exemption allowing downloadable guns. This reckless decision would further endanger Americans, including our children. Gun lethality in the U.S. already occurs at disproportionately high rates, and routine mass shootings have already left our country in a state of trauma.

The exemption being considered would allow people to download *plastic* guns which can't be detected by metal detectors. Moreover, without background checks, we should expect terrorists, felons, and domestic abusers to more easily maim and kill the rest of us.

I am a father of two and a patriot. I value both the free market and the 2nd Amendment. Our liberties, though, have always been governed by reasonable restraints. As a fellow citizen, I beg you to listen to common sense and prevent this move, which would certainly lead to more death and destruction, and further erode our republic.

Thank you,



**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** STOP the special exemption
**Date:** Wednesday, July 25, 2018 3:17:10 PM

Please STOP the special exemption allowing downloadable gun blueprints to be sold, thereby further endangering our schools, community gathering places, government offices, and businesses.

Thank you,
▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮

**From:**
**To:**          DDTC Response Team
**Subject:**     Special Exemption
**Date:**        Wednesday, July 25, 2018 3:16:39 PM

---

STOP the special exemption allowing downloadable guns!  This is pure lunacy.

Sent from my iPhone

| | |
|---|---|
| **From:** | ███ |
| **To:** | DDTC Response Team |
| **Subject:** | 3D guns |
| **Date:** | Wednesday, July 25, 2018 3:16:35 PM |

To Whom It May Concern,

I am troubled by the special exemption to allow printing of 3-D guns. I am writing to express my opposition and ask that it not be allowed.

There is no way to monitor who is able to print these guns. Individuals barred from purchasing firearms by other means can now have unfettered access to firearms. Criminals, terrorists, and mentally unbalanced individiuals can get ahold of a gun that much more easily.

Another problem is that these guns can be made entirely of plastic making them undetectable. This would make schools, airports, courthouses, etc. vulnerable to a firearme attack.

Cleared individuals can already purchase firearms through a variety of l reasources.

This is an extremely dangerous idea. And it doesn't matter whether one is on the right or left politically. Or how one feels about gun ownership. Any extremist on any side of the political divide can do harm to the other. Please do not allow this amendment to pass.

Thank you for your time.

Sincerely,

███

**From:** ███████████
**To:** DDTC Response Team
**Subject:** No downloadable guns!
**Date:** Wednesday, July 25, 2018 3:16:27 PM

---

OMG. Please stop the exemption which would allow downloadable guns. There are too many guns in the hands of the violent or mentally ill now- this would increase that and would bypass metal detectors which makes any social situation unsafe.
Please! Keep us safe.

███████████
Denver CO

Sent from my iPhone

**From:**
**To:**     DDTC Response Team
**Subject:**   3D Gun Plans
**Date:**    Wednesday, July 25, 2018 3:15:34 PM

Hello,

I just learned that the State Department is about to allow a special exemption for a specific company (Defense Distributed) to put it's plans for 3D-printable guns online. I don't understand who could possibly think this a good idea! Why is this even being considered? This would enable anyone - regardless of mental status, criminal background or age -  access to untraceable and undetectable weapons. People who are not able to pass background checks will now be able to make their own guns! PLEASE don't allow this to happen!

Thanks,

Logan, UT 84321

**From:** ██████████
**To:** DDTC Response Team
**Subject:** PLEASE STOP
**Date:** Wednesday, July 25, 2018 3:14:28 PM

Please stop that special exemption allowing downloadable guns.

Constituent from California,

██████████

**From:** ▮▮▮▮
**To:** DDTC Response Team
**Subject:** STOP special exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 3:13:20 PM

I am writing to strongly encourage those with any authority to do so to STOP the special exemption allowing downloadable guns.

I've heard about this issue through a number of venues and believe it would be a terrible mistake for our authorities to allow any transmission of plans permitting someone to print a gun. I feel that this is something that I shouldn't even have to stand up to oppose because it's just obvious.

Thank you for working on this issue.

Sincerely,
▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ - Kalamazoo, MI

| | |
|---|---|
| **From:** | ▮▮▮▮ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop the Special Exemption for Downloading 3D Printable Guns |
| **Date:** | Wednesday, July 25, 2018 3:12:12 PM |

This message is for Mike Pompeo

Stop the special exemption for downloading printable 3d guns. They will be free to access by those who cannot pass background tests such as prisoners and terrorists. These guns can go unnoticed by screenings and they will be untraceable. These guns will, without a doubt, be used in illegal, violent activity.

▮▮▮▮▮▮▮

| | |
|---|---|
| **From:** | ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | STOP the special exemption allowing downloadable guns!!! |
| **Date:** | Wednesday, July 25, 2018 3:12:10 PM |

Thank you,



https://www.usatoday.com/story/tech/nation-now/2018/07/23/3-d-printing-guns-downloadable-gun-legal-august-1/820032002/

**From:** ████████
**To:** DDTC Response Team
**Subject:** STOP downloadable guns
**Date:** Wednesday, July 25, 2018 3:12:06 PM

Dear Sir or Madam,

I am a concerned citizen, and I am writing to request that the **special exemption allowing downloadable guns be stopped immediately**. You can be assured that I will be voting this November.

Sincerely,

████████████

**From:** ▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** half an hour on hold
**Date:** Wednesday, July 25, 2018 3:11:28 PM

Please register my strong opposition to any exemption allowing for downloading of directions for home made guns. You would render all the
strong work by TSA and law enforcement across the country nearly irrelevant if it became easy to use a 3D printer and make lethal plastic firearms, able to evade Imaging at the airport and able to pass through metal detectors.

▮▮▮▮▮

New Mexico

WASHAR0037009

**From:** ████████
**To:** DDTC Response Team
**Subject:** STOP special exemption of downloadable guns
**Date:** Wednesday, July 25, 2018 3:11:26 PM

STOP special exemption of downloadable guns!

Thank you,

████████████

**From:** ██████████
**To:** DDTC Response Team
**Subject:** Block implementation of Downloadable Gun Special Exemption
**Date:** Wednesday, July 25, 2018 3:11:08 PM

My name is ████████ in Kirkland WA. My phone number is ████████. I am outraged that my government would allow a special exemption for downloadable guns! This will further endanger our citizens and law enforcement officers by undermining state and federal laws requiring background checks and traceable serial numbers. Stop implementation of this insane exemption!

Sent from my iPad


We are all one in spirit regardless of our form.

**From:**
**To:**                DDTC Response Team
**Subject:**        SPECIAL EXEMPTION FOR 3D printing
**Date:**           Wednesday, July 25, 2018 3:09:59 PM

Hello, I am writing today as an extremely concerned citizen. This country has been rattled with inexcusable gun violence in schools, theaters, concerts and malls.

I would like to passionately request that your office does NOT allow for the passage of a special exemption for 3d blueprints and printing of guns. You will be placing innocent citizens as well law enforcement, TSA and our airlines at risk!

DO THIS FOR THE GOOD OF ALL AMERICAN CITIZENS - THERE SHOULD NOT BE A SPECIAL PROVISION to allow for such careless opportunity for guns to fall into the hands of irresponsible people and TERRORISTS. I implore you to act on behalf of the people that put you in your roles!

Thank you, VERY CONCERNED CITIZEN -

**From:** ▮▮▮▮▮▮▮
**To:** [DDTC Response Team](#)
**Subject:** STOP EXEMPTION ALLOWING 3D PRINTABLE FUNCTIONAL GUNS
**Date:** Wednesday, July 25, 2018 3:08:16 PM

This is unconscionable . As a CITIZEN AND HUMAN , I EXPECT THE state Dept. to protect my rights to life. Pompeo is wrong on this issue.

▮▮▮▮▮▮▮

**From:** ███████
**To:** [DDTC Response Team](#)
**Subject:** Printable guns
**Date:** Wednesday, July 25, 2018 3:07:43 PM

Hello,

Please stop the exemption for downloadable 3-D guns. It's is absurdly and utterly irresponsible to allow guns to be printed by terrorists or people who cannot pass a background check.


Sincerely,
███████████

**From:** ▇▇▇▇▇▇▇
**To:** DDTC Response Team
**Subject:** NO EXEMPTION FOR DOWNLOADABLE GUNS
**Date:** Wednesday, July 25, 2018 3:06:30 PM

I have been on hold with your office for over 15 minutes to try to convey the message:

Please STOP exemptions for downloadable guns.

This is a crazy policy that would put untraceable guns into the hands of those who would never pass a background check, including criminals, terrorists, domestic abusers.

Please stop this.

Thank you,

▇▇▇▇▇▇▇

WASHAR0037015

| | |
|---|---|
| **From:** | ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | I am trying to register my opinion on 3d guns but couldn"t get rhrough |
| **Date:** | Wednesday, July 25, 2018 3:05:06 PM |

I waited on the line for 20 minutes - frankly it almost felt that you had me wait on hold so I would give up or forget my point.

My point is this - the State Department and Mike Pompeo should NOT allow an exemption for people to get the ability to download blueprints to guns adn then print them in 3d. This would bypass the waiting time, the background checks and allow those such as domestic abusers and even terrorists have more access to guns.

Please act now and also confirm receipt of this email

nancy



**From:** ███████
**To:** DDTC Response Team
**Subject:** No exemption for downloadable guns
**Date:** Wednesday, July 25, 2018 3:04:46 PM

Please don't allow the exemption for downloadable guns - innocent people will die because of it.

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

WASHAR0037017

**From:**
**To:**          DDTC Response Team; ddtcresponseteam@states.gov
**Subject:**     Please ban all Downloadable Weapons
**Date:**        Wednesday, July 25, 2018 3:04:44 PM

As a citizen, tax-payer and registered voter I ask you to please prevent all downloadable weapons from being produced. Thank you.

--



**From:**
**To:** DDTC Response Team
**Subject:** Downoadable and printable firearms
**Date:** Wednesday, July 25, 2018 3:02:39 PM

To whom it may concern on DDTC Response Team:

I understand the State Department may allow downloadable firearm plans to be fabricated on 3-D printers.
If this is true, even being considered, I absolutely oppose any such action, and assume every form of law enforcement would agree. There would be no control over who can do this! That is outrageous and extremely dangerous and foolish! We have enough problems with free-wheeling ownership and use of firearms in this country.

Beyond sincerely,



**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Attn Sec Pompeo Stop special exemption for downloadable 3D printer guns
**Date:** Wednesday, July 25, 2018 3:02:37 PM

Dear Secretary Pompeo,

For the safety and security of our Nation, please stop the special exclusion for downloadable 3D printer guns. It would be foolhardy to allow terrorists free access to these print on demand guns.
Sincerely,
▮▮▮▮▮▮

Sent from my iPhone

**From:** ▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Special exemption regarding downloadable gun plans
**Date:** Wednesday, July 25, 2018 3:00:38 PM

I am dead set against this. The NRA is officially out of control.
What's the point of this?  The second amendment should have nothing to do with very dangerous " special exemption".
Thank you,
▮▮▮▮▮
Very concerned citizen

Sent from my iPhone

**From:** ███████
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Wednesday, July 25, 2018 2:59:36 PM

Stop the special exemption allowing downloadable guns. Allowing guns to be printed is a terrible and unsafe idea.

███████

Texas resident 75110

Sent from my iPad

**From:** ███████
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Wednesday, July 25, 2018 2:57:29 PM

Hello.

I recently learned that the state department is strongly considering passing a special exemption so that blueprints for downloadable guns will be available online (at the State Department website?) I am outraged beyond words and I urge you in the strongest possible terms to stop this special exemption.
These guns can be made with plastic so they are undetectable, and anyone, ANYONE, could make a gun and use it against ANYONE, ANYWHERE. Stop this ridiculous special exemption now.

Thank you.

Very Sincerely,

███████

Sent from my iPhone

**From:** ████████████

**To:** DDTC Response Team

**Subject:** Stop the exemption to allow downloadable guns

**Date:** Wednesday, July 25, 2018 2:55:35 PM

To Whom It May Concern,

We are writing to express our dismay and outrage at the proposed exemption to allow downloadable guns. We have the worst rate of gun violence as it is, and now we want to make it possible for anyone with a 3D printer to acquire a useable plastic gun that can make it through any metal detector?! It would render background checks useless. Our children are already sitting ducks in their schools, and this would no doubt lead to many more school shootings.

We are asking Secretary Pompeo to please stop the exemption that would allow these weapons to be cheaply and easily created.

Thank you,

████████████████

Westlake Village, CA 91361

**From:** ████████
**To:** DDTC Response Team
**Subject:** Please *stop* the exemption for downloadable guns
**Date:** Wednesday, July 25, 2018 2:54:19 PM

Dear Secretary Pompeo and team,
Please stop the exemption for downloadable guns set to go public on August 1st. This type of access presents a clear threat to the safety of our citizens, given that anyone, *anyone* can download these: terrorists, convicted felons, mentally ill people, etc. I am a moderate on gun control, but this makes no sense. Please <u>stop</u> this exemption.

Respectfully,

████████████

**From:** ██████████
**To:** DDTC Response Team
**Subject:** Stop Special Exemption
**Date:** Wednesday, July 25, 2018 2:54:10 PM

The state department needs to please stop the special exemption allowing downloadable plans for 3-printing of guns.

This is just common sense people. Come on. I own a printing company. I know what is the probably outcome of this.



**From:** ███████████
**To:** [DDTC Response Team](#)
**Subject:** Plastic GUNS
**Date:** Wednesday, July 25, 2018 2:53:16 PM

Stop the exemption allowing downloadable guns . This is a national security DANGER !!!!!

████████████████

Kentifled, CA 94904

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** No exemption for downloadable guns
**Date:** Wednesday, July 25, 2018 2:52:15 PM

Hi there,

I am extremely concerned about the proposed exemption for downloadable guns. Allowing anyone to access and 3D print guns puts us all at risk. We have background checks for a reason, and allowing people who otherwise could not pass a background check, including children, to have access to guns is dangerous and scary. We need tighter restrictions on gun access, not looser. For the sake of all of our children, parents, coworkers, friends, and loved ones - please do not allow an exemption for downloadable guns.

Best,

▮▮▮▮▮▮▮▮

Concerned citizen - Oakland, CA 94612

**From:** ███████
**To:** DDTC Response Team
**Subject:** Concern about 3-D Printed Guns!
**Date:** Wednesday, July 25, 2018 2:51:27 PM

Hello,

I'm writing to ask Secretary Pompeo to STOP downloadable guns! This loop-hole will undoubtably put guns into the hands of dangerous people. Allowing this access to guns-on-demand serves no greater good for our communities.

Thank you for your consideration.

███████

Los Angeles, CA

**From:** ▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Wednesday, July 25, 2018 2:50:26 PM

Please stop the exemption to allow downloadable guns!

Kelly Hunter
▮▮▮▮▮

WASHAR0037030

| | |
|---|---|
| **From:** | █████████ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop 3D Printed Guns |
| **Date:** | Wednesday, July 25, 2018 2:48:15 PM |

To State Department,

I urge you to stop the special exemption allowing functioning guns to be downloaded and 3-D printed on demand. This is insane, as this provides guns to anyone, including those who couldn't pass a background check such as terrorists, felons, and domestic abusers. Furthermore, guns would be printed entirely in plastic, so metal detectors won't catch them. I cannot imagine the destruction this would unleash in society. I'm begging you to use common sense and stop this madness. Thank you.

Best,

█████

**From:** ▮
**To:** DDTC Response Team
**Subject:** 3D Printing of Guns
**Date:** Wednesday, July 25, 2018 2:48:13 PM

Hello,

My name is ▮. My zip code is 95864. I am a mother of two young children. I am very scared about the prevalence of school shootings in our country. Many days I wonder if my kids will be safe at their day care when I go to work. I don't quite understand what the State Department has to do with gun-making rules. But I have just heard that the State Department is contemplating a special exemption to allow downloadable guns, which could then be 3D printed - and that such printing could be done entirely in plastic, which could avoid metal detectors. Anyone could print such guns - including domestic abusers with an axe to grind. It is horrifying to me. I know this Administration is very much aligned with the NRA - but since these printed guns wouldn't seem to benefit the sale of guns by gun manufacturers - it seems like perhaps the Administration could make an exception here? I am begging the State Department to please stop the special exemption allowing downloadable guns. This is much scarier to me - and would have a much bigger impact on my life than some of the pressing international issues of the day.

Thank you,

▮

**From:** ████████████
**To:** DDTC Response Team
**Subject:** Stop special exemption allowing downloadable guns
**Date:** Wednesday, July 25, 2018 2:47:11 PM

I want to voice my opinion that I think the special exemption is ludicrous.   This is one more loophole for people who are not allowed to buy guns to have a gun.  It also greatly endangers our airplanes and big event venues.
████████████████████

St Simons Island, GA 31522

**From:**
**To:**          DDTC Response Team
**Subject:**     Fwd: STOP Special Exemption for Downloadable Guns!
**Date:**        Wednesday, July 25, 2018 2:45:26 PM

Hello,

I'm writing in response to the Special Exemption for Downloadable guns. This is extremely dangerous and should not be allowed.

STOP this Special Exemption from endangering our families and communities.

Concerned Constituent of Seattle, WA,

**From:** ▮
**To:** <u>DDTC Response Team</u>
**Subject:** stop ABS plastic guns.
**Date:** Wednesday, July 25, 2018 2:45:11 PM

To State Department,

I urge you to stop the special exemption allowing functioning guns to be downloaded and 3-D printed on demand. This provides guns to anyone, including those who couldn't pass a background check such as terrorists, felons, and domestic abusers. Furthermore, guns would be printed entirely in plastic, so metal detectors won't catch them. I cannot imagine the destruction this would unleash in society.

I'm begging you to use common sense and stop this madness.

Thank you
▮
Sunnyvale, CA 94087

**From:**                ███
**To:**                  DDTC Response Team
**Subject:**             3D guns
**Date:**                Wednesday, July 25, 2018 2:44:40 PM

Please do not grant the special exemption to allow 3D printable guns.

Sent from my iPad

**From:**  ▮
**To:**  DDTC Response Team
**Subject:**  STOP SPECIAL EXEMPTION ALLOWING DOWNLOADABLE GUNS!!
**Date:**  Wednesday, July 25, 2018 2:41:30 PM

I can't imagine how or why this proposal has come to the table.

But the person or people at the State Department who proposed it clearly needs to be educated about the need to curb gun violence through enforcement of the current gun regulation laws and by initiating and supporting new laws which could make it more difficult for the wrong people (young, mentally ill, terrorist suspects, etc.) from getting guns and from limiting the type of gun a single homeowner can obtain.

The bottom line is that TODAY they must STOP THE SPECIAL EXEMPTION ALLOWING DOWNLOADABLE GUNS!!

And I would like to know the reasons that Secretary Pompeo would support such a measure.  It absolutely makes no sense.  We need to make guns less accessible not MORE.

Sincerely,

▮

**From:**          ████████
**To:**            DDTC Response Team
**Subject:**       Downloadable instructions to be able to produce a GUN on a 3D printer ??
**Date:**          Wednesday, July 25, 2018 2:37:15 PM

Secretary of State Pompeo,

PLEASE ... PLEASE ... PLEASE ... DO NOT DO THIS ... THIS WOULD MEAN THAT ANYONE WITH ACCESS TO A 3D PRINTER COULD PRODUCE FUNCTIONING GUNS (3D PRINTERS NO LONGER COST THOUSANDS OF DOLLARS, SO THEY ARE MORE AVAILABLE TO THE GENERAL PUBLIC), AND SELL THEM TO WHOMEVER THEY WANT WITHOUT NEEDING TO GO THROUGH THE BACKGROUND CHECK THAT ARE IN PLACE TO KEEP THIS FROM HAPPENING !! WHAT IS WRONG WITH THE PEOPLE IN THIS ADMINISTRATION ?? HAVE THEY LOST ALL CONSCIENCENESS OF PLAYING BY THE RULES & THE LAWS OF THE LAND, OR DO THEY THINK THAT THOSE LAWS ONLY APPLY TO OTHERS ?? THIS IS THE MOST TERRIFYING THING YOU PEOPLE HAVE DONE, SHORT OF PLAYING "CHICKEN" WITH NUCLEAR POWERS!! HOW CAN YOU PUT ALL AMERICANS IN HARMS WAY, SINCE LETTING THIS HAPPEN COULD PRODUCE FUCTIONING GUNS MADE OF PLASTIC THAT COULD NO LONGER BE DETECTED IN AIRPORTS, GOVERNMENT BUILDINGS, ETC. THIS JUST PROVES THAT THIS ADMINISTRATION IS IN THE POCKET OF THE NRA, WITHOUT ANY CONSIDERATION OF WHAT HAPPENS TO THE AMERICAN POPULATION !! SAD ... SAD ... SAD, THAT THEY DO NOT HAVE MORE SENSE THAN THIS !!

YES, THIS IS ALL IS CAPS, BECAUSE I AM YELLING !!!



| | |
|---|---|
| **From:** | ███████ |
| **To:** | DDTC Response Team |
| **Subject:** | Re: Stop issuance of special exemption to permit download of 3D guns |
| **Date:** | Wednesday, July 25, 2018 2:35:46 PM |

## Thank you for your quick response.

On Wed, Jul 25, 2018 at 1:32 PM DDTC Response Team <DDTCResponseTeam@state.gov>
wrote:

> Thank you for your e-mail message. The Response Team makes every effort
> to provide substantive responses to all e-mails within one business day. That
> can vary, however, based on the volume of mail received and personnel
> available to answer. In some cases it may be necessary to consult other
> offices in the Directorate, which can also delay a reply.

WASHAR0037039

**From:** ▮▮▮▮▮▮
**To:** DDTC Response Team
**Subject:** Please stop this exemption
**Date:** Wednesday, July 25, 2018 2:34:17 PM

As I understand it the state department is planning an exemption that would allow anyone to print out downloadable 3d guns. This is truly frightening and a very bad idea.Please stop this from happening. Thank you.
Sincerely,
▮▮▮▮▮▮

Sent from Yahoo Mail on Android

| | |
|---|---|
| **From:** | ▮ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop issuance of special exemption to permit download of 3D guns |
| **Date:** | Wednesday, July 25, 2018 2:32:51 PM |

**Dear Secretary Pompeo,**

**Please do not issue an exemption to permit the downloading and printing of 3D guns. These permits would allow guns to be printed and used by persons who would not be eligible for a gun permit, and further could be sneaked aboard airplanes with the potential to cause harm to many.**

**Issuing such a permit makes no sense. It is beyond the purview of your department. It is an irresponsible action and an insult and danger to the citizens of our country.**

**Thank you,**

**From:** ███████
**To:** DDTC Response Team
**Subject:** Exemption for Downloadable Gun Printing
**Date:** Wednesday, July 25, 2018 2:23:23 PM

Please do not allow an exemption to allow instructions to print guns in plastic.  This would allow even more risk to innocent people that access to guns without background checks would increase.

███████

Sun City Center, FL

Sent from my iPhone

**From:** ██████
**To:** DDTC Response Team
**Subject:** Printable guns?
**Date:** Wednesday, July 25, 2018 2:14:42 PM

---

I am a VERY concerned citizen writing to ask that the State Department stop the special exemption allowing the downloading of blueprints for 3D printable guns.  It is beyond belief that this is even being considered.  If the special exemption is granted, ANYBODY will be able to print a gun that will be undetectable by metal detectors: anarchists, terrorists, felons, people with mental illness.  There will be no background checks.  No regulations of any kind to keep me and my family safe.

I'm just wondering how anybody in the government of my country can even be considering this.  ARE WE ALL TOTALLY EXPENDABLE?

████████

Salem, OR

**From:** ████████
**To:**    DDTC Response Team
**Subject:** stop special amendment
**Date:**  Wednesday, July 25, 2018 2:08:00 PM

Please stop the ability to download 3D and print functional guns on demand.  It would be a disaster for this country.

Thank you,

████████

Needham, MA

WASHAR0037044

**From:** ███████████
**To:** DDTC Response Team
**Subject:** Please stop the exemption allowing 3D PRInting of guns!
**Date:** Wednesday, July 25, 2018 2:01:15 PM

I don't want citizens to be able to print 3D guns.
Thank you -

███████████
Oakland,Ca 94506

Sent from my iPhone

| | |
|---|---|
| **From:** | ███████ |
| **To:** | DDTC Response Team |
| **Subject:** | Stop the special 3D gun exemption |
| **Date:** | Wednesday, July 25, 2018 2:00:14 PM |

To State Department,

I urge you to stop the special exemption allowing functioning guns to be downloaded and 3-D printed on demand. This is insane, as this provides guns to anyone, including those who couldn't pass a background check such as terrorists, felons, and domestic abusers. Furthermore, guns would be printed entirely in plastic, so metal detectors won't catch them. I cannot imagine the destruction this would unleash in society. I'm begging you to use common sense and stop this madness.

Thank you.
███████████

**From:** ████████████
**To:** DDTC Response Team
**Subject:** downloadable guns
**Date:** Wednesday, July 25, 2018 1:47:41 PM

hello - i was wondering if i could speak with someone in the state department about this exemption on downloadable guns.

i can be reached at this email or at ████████

sorry for typos - sent from phone

WASHAR0037047

**From:**   ▇▇▇▇▇▇
**To:**   DDTC Response Team
**Subject:**   Downloadable 3D guns?? WTH??!!
**Date:**   Wednesday, July 25, 2018 1:47:25 PM

I am asking that you stop this insane exemption that would allow terrorists, domestic abusers, etc to print out a 3 D gun.  Have you lost your minds??!!  How can you possibly even consider this??!!  This will put us all in danger!,

▇▇▇▇▇▇

Sent from my iPad

**From:** █████████
**To:** DDTC Response Team
**Subject:** Downloadable guns
**Date:** Wednesday, July 25, 2018 1:46:46 PM

Please call me at █████████

████████████

**From:** ███████
**To:** DDTC Response Team
**Subject:** Stop downloadable guns
**Date:** Wednesday, July 25, 2018 1:36:44 PM

I'm a mom in Silver Spring, MD and am terrified of the deathly mayhem that would ensue if downloadable gun blueprints become available to anyone. Pompeo, STOP the exemption from passing. Living and dying in constant fear is not freedom.

Sincerely,

██████

Sent from my iPhone

**From:** ███████
**To:** DDTC Response Team
**Subject:** NO TO 3D PRINTABLE GUNS. STOP THE SPECIAL EXEMPTION.
**Date:** Wednesday, July 25, 2018 1:34:41 PM

Please stop the special exemption allowing downloadable and 3D-printable guns to be put in the hands of countless people regardless of their mental status or intention. This is a huge threat to the safety and well-being of our country.

**From:** █████████

**To:** DDTC Response Team

**Subject:** No exemptions for downloadable gun plans

**Date:** Wednesday, July 25, 2018 1:34:11 PM

I have serious concerns that downloadable plans for guns will result in criminals having guns. We have too many guns in our society already. Please remove the exemption

Thank you

**From:** 
**To:** [DDTC Response Team](#)
**Subject:** 3d Printers
**Date:** Wednesday, July 25, 2018 1:27:34 PM

I, ████████, would like you to put a stop to the special exemption allowing for the printing of downloadable guns.

Thank you,

████

--



**From:** █████████
**To:** [DDTC Response Team](#)
**Subject:** 3d printable guns
**Date:** Wednesday, July 25, 2018 1:23:30 PM

Please stop the bill that will allow fully functioning guns to be printed on a 3d printer and used by anyone without a background check. I am seriously concerned that people with mental illness will have access to these guns.

Thank you,

█████████

**From:** ███████
**To:** DDTC Response Team
**Subject:** Stop the Special Exemption for Downloadable Guns
**Date:** Wednesday, July 25, 2018 1:21:28 PM

To Whom it May Concern

It is simply outrageous that the State Department is even considering the idea of allowing the blueprint for downloadable plastic guns to be made widely available. How could anyone even think that this idea is appropriate. i hope that someone with common sense will be able to stop this stupid and extremely dangerous idea.

Please let me know that you have sent this message to someone with authority.

Thank you.

███████

Evanston, Illinois

**From:** ███████████
**To:** DDTC Response Team
**Date:** Wednesday, July 25, 2018 1:18:36 PM

Mr Pompeo,

I ask that you stop the special exemptions allowing downloadable gun blueprints. It would absolutely allow more terrorism on American soil and around the world.



WASHAR0037056

**From:**        ████████████
**To:**          DDTC Response Team
**Subject:**     To pompeo
**Date:**        Wednesday, July 25, 2018 1:17:03 PM

STOP the special exemption allowing downloadable handguns.

████████████

Sent from my iPhone

| | |
|---|---|
| **From:** | ████████████████ |
| **To:** | DDTC Response Team |
| **Subject:** | STOP DOWNLOADABLE GUNS |
| **Date:** | Wednesday, July 25, 2018 1:13:38 PM |

I am writing to ask you to stop the special exemption allowing downloadable guns.

I cannot imagine what this increase in gun availability will do to increase the violence in our country and I am calling on you to stop this before it gets out of hand.

I am a college student. I am a woman and I am of color. I am scared to think about what will happen to my family, my friends and my fellow students with this exemption. I hope you consider my words.


Thank you,

████████████████

WASHAR0037058

**From:**   ███████
**To:**   DDTC Response Team
**Subject:**   Fwd: Please Stop the Special Exemption to allow people access to 3D printable guns
**Date:**   Wednesday, July 25, 2018 1:06:46 PM

Dear Secretary Pompeo,

Please stop the special exemption which will allow an Anarchist owned company to post gun specs on the internet for everyone to access. This will allow all kinds of unfit people to print 3D functional guns, many of which will be made only of plastic parts which will make them undetectable by metal detectors putting our children, government official, airports and society in danger.

Please put a stop to this. We need stricter gun laws NOT printable guns!!!!

Thank you,

███████

New York

**From:**      ████████████████████
**To:**        DDTC Response Team
**Subject:**   Stop the special exemption
**Date:**      Wednesday, July 25, 2018 1:05:39 PM

Please stop the special exemption for downloadable guns

**From:** ███████
**To:** DDTC Response Team
**Subject:** Special exemption
**Date:** Wednesday, July 25, 2018 1:04:39 PM

Please stop the special exemption for downloadable guns.

Sent from my iPhone

**From:**
**To:**       DDTC Response Team
**Subject:**  downloadable guns
**Date:**     Wednesday, July 25, 2018 12:56:39 PM

To Whom it May Concern:

I write to implore anyone who will listen to STOP THE SPECIAL EXEMPTION
ALLOWING DOWNLOADABLE GUNS!

I am a pediatrician and mother, and cannot understand how any sane or half-way intelligent
person could possibly support this very obviously, extremely dangerous and stupid exemption.
I cannot imagine how this could benefit anyone other than people attempting to obtain guns
for illegal activities, most importantly, the murder of innocent people. People wishing to hunt
to feed their families have been figuring out how to purchase guns legally for this purpose
since the advent of guns and laws.

Please take this opportunity, for once, to protect the people of this country who do not happen
to be elected officials receiving money from the NRA.

Sincerely,

**From:** ███████
**To:** DDTC Response Team
**Subject:** Stop downloadable guns
**Date:** Wednesday, July 25, 2018 12:50:49 PM

Dear Secretary Pompeo:

I'm writing from Minnesota to demand that you stop the special exemption for downloadable guns. We need fewer ways for people to access dangerous firearms, especially those who should not be using guns, such as terrorists, domestic abusers or people who are unstable or have untreated mental illness. Keep our churches, workplaces, concert venues and all public places safe for all Americans.

Thank you,

███████
Minneapolis, MN

**From:** ████████
**To:** DDTC Response Team
**Subject:** No downloadable guns!
**Date:** Wednesday, July 25, 2018 12:42:34 PM

I'm writing because I'm horrified at the prospect of downloadable guns. Our background checks for gun purchases are already horrifyingly weak, but to allow terrorists and felons to be able to circumvent them easily is irresponsible. These will also allow guns to be plastic, meaning they can get through metal detectors, being taken on airplanes and into schools and courtrooms.

No downloadable guns!

████████████ Omaha, NE 68105

WASHAR0037064

**From:**       ▮▮▮▮▮▮▮
**To:**         DDTC Response Team
**Subject:**    Stop Downloadable Guns
**Date:**       Wednesday, July 25, 2018 12:30:16 PM

I am asking, begging, imploring you and your fellow policy makers to STOP the special exemption allowing downloadable guns. It is truly common sense to prevent felons, terrorists, and abusers from making a gun at home that not only bypasses background screenings but also goes undetected by metal detectors. This exemption opens the door for severe and unnecessary attacks.

Thank you-
▮▮▮▮▮▮▮
Los Angeles, CA

**From:**
**To:**          DDTC Response Team
**Subject:**     STOP the special exemption for downloadable guns
**Date:**        Wednesday, July 25, 2018 12:29:39 PM

Hello, Secretary Pompeo,

Please OPPOSE the special exemption for allowing the downloading of blue prints of guns.

Thank you,

Centennial, Colorado

| | |
|---|---|
| **From:** | ███████ on behalf of ███████ |
| **To:** | DDTC Response Team |
| **Subject:** | gun blueprints |
| **Date:** | Wednesday, July 25, 2018 12:21:33 PM |

I'm writing as a very concerned mother of a child starting Kindergarten this fall...

Please STOP the special exemption for downloadable guns. This is absolutely frightening and unnecessary. I cannot accept this as a responsible citizen and cannot believe I'm actually having to write this after the atrocities that have happened with irresponsible gun use in the last few years.

Please continue to do what you can to help our children to have futures at all.

Thank you,

███████
Portland, Oregon

**From:**  ███████
**To:**  DDTC Response Team
**Subject:**  STOP exemption no gun instructions online
**Date:**  Wednesday, July 25, 2018 12:03:26 PM

Hello,

I would like a call back.  I demand the state department not provide this exemption.    Our government cannot enable or be an accessory to gun crimes and violations of gun law.

███████



**United States Department of State**

*Washington, D.C.   20520*

<u>UNCLASSIFIED</u>                                                                April 16, 2019


### SUMMARY OF DUPLICATIVE MATERIALS


Beginning July 23, 2018, the Department received emails generated by a page on the website "everytown.org," which provided a portal in which individuals could enter their first and last name, email address, and zip code to send an email to the address DDTCResponseTeam@state.gov.  That address is designed as a point of contact for exporters to send inquiries regarding issues such as status information for licenses or commodity jurisdiction requests.  An image of the page on the website "everytown.org" is included on page 2 of this summary.  The page may be accessed at:


https://act.everytown.org/sign/stop-downloadable-guns/?source=etno_ETHomepage&utm_source=et_n_&utm_medium=_o&utm_campaign=ETHomepage&refcode=ETHomepage&_ga=2.184026213.2128109203.1532728356-2129703753.1532728356


The Department has identified 105,555 such emails received between July 23 and July 27, 2018.  Because the contents of such emails—apart from the personally identifiable information ("PII") which the Department has determined should be redacted from public production—are identical, inclusion of all such emails would unnecessarily expand the Administrative Record in this matter to unwieldy proportions, without adding any additional substantive content to that Record.  Accordingly, as a substitute for production of all 105,555 emails, the Department is producing this Summary, along with a sample of four of these emails, as part of the Supplemental Administrative Record.[1]

---

[1] The Department has conferred with the Plaintiffs in *State of Wash., et al. v. Dep't of State, et al.*, Case No. 2:18-cv-01115-RSL (W.D. Wash.), who do not object to the Department's approach regarding these emails.

<u>UNCLASSIFIED</u>

UNCLASSIFIED

-2-





WASHAR0037070

**From:** ▮
**To:** DDTC Response Team
**Subject:** ▮ in 23320: please stop the release of downloadable guns
**Date:** Monday, July 23, 2018 6:20:33 PM

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

▮ in 23320

**From:**
**To:** DDTC Response Team
**Subject:** ▮▮▮▮ in 22201: please stop the release of downloadable guns
**Date:** Monday, July 23, 2018 11:37:06 PM

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

▮▮▮▮▮▮▮ in 22201

**From:**        █████████
**To:**          DDTC Response Team
**Subject:**     ███ in 92881: please stop the release of downloadable guns
**Date:**        Tuesday, July 24, 2018 1:27:20 PM

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

████████████ in 92881

| | |
|---|---|
| **From:** | ████████ |
| **To:** | DDTC Response Team |
| **Subject:** | ████ in 02420: please stop the release of downloadable guns |
| **Date:** | Friday, July 27, 2018 11:59:25 PM |

Dear Secretary Pompeo,

Please stop the release of downloadable files that will allow people, including convicted felons and terrorists, to make untraceable guns on their 3D printers.

Do-it-yourself, downloadable guns are incredibly dangerous. The State Department is planning a special exemption letting the company Defense Distributed release schematics for these guns — information that would enable terrorists, convicted felons and domestic abusers to simply download files online and print their own illegal and untraceable guns. It's unconscionable to allow criminals to print untraceable guns on demand — and Defense Distributed says it will post its plans on August 1.

The State Department can act to prevent this deadly and dangerous outcome. It should not grant this special exemption to endanger the public — and instead should continue to block this deadly information from being published online.

Thank you,

████████████ in 02420