# PUBLIC SUBMISSION

**As of:**August 04, 2015
**Received:**June 08, 2015
**Status:**Posted
**Posted:**June 11, 2015
**Tracking No.**1jz-8jb1-fwqy
**Comments Due:**August 03, 2015
**Submission Type:**Web

**Docket:**DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:**DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:**DOS-2015-0023-0002
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:**Michael Papas

## General Comment

This regulation is blatantly unconstitutional and a gross violation of the public trust. Not only would it do nothing to prevent actual crime but it would shut down thousands upon thousands of law abiding, law loving firearm enthusiast blogs, video channels, television, and writing commitments, generating not only a multi million dollar industry, but tax dollars as well. Moreover, it will only serve corporate interests who will pay a premium in order to go through proper channels. Bluntly, this rule censors the First Amendment while attacking the Second. If this goes through it will be challenged in court and it will be struck down at a total waste of taxpayer time and money, in the mean time setting a dangerous precedent that the written and visual opinions of US citizens are somehow goods that can be tarriffed, embargoed, and sold.

Quite frankly this impacts me because firearms are a large part of not only my job but my recreation as well. This unfairly puts another burden on an entire industry of reviewers and professional writers and experts. Simply put, the gun industry generated $38 billion in 2014, and this rule would put an unfair burden on the industry that other massive, taxable industries do not have. I feel as though GM, Ford, and Toyota do not have to ask State Department approval before showing off their vehicle specs--but imagine that, cars have metal, oil, and gasoline in them, and so does some of our military equipment. By this logic they should be beholden to the same rules.

It is not a sustainable rule, will do nothing to prevent misconduct, and indeed, will be so overbearing that jobs and tax revenue will be lost. I urge you to reconsider and to drop this rule. Thank you.

# PUBLIC SUBMISSION

**As of:**August 04, 2015
**Received:**June 11, 2015
**Status:**Posted
**Posted:**June 11, 2015
**Category:**NA
**Tracking No.**1jz-8jd2-fkiw
**Comments Due:**August 03, 2015
**Submission Type:**API

**Docket:**DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:**DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:**DOS-2015-0023-0004
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:**Wade Brown
**Address:**
   2008 112th Court NE
   Blaine,  MN,  55449-6110
**Email:** wade@dajanibrown.com
**Phone:** 763-498-3685
**Submitter's Representative:** Tim Emmers
**Organization:** Personal
**Government Agency:** None

## General Comment

I am very concerned with the ITAR AmendmentRevisions to Definitions; Data Transmission and Storage. that was published in the Federal Register on June 3, 2015. I feel it is unnecessary to protect national security and is very questionable restriction when the First Amendment is taken into consideration. I would appreciate it if you could assist the citizens of the United States by contacting the appropriate people at the state department and express my concern. I hope that you are against this redefinition of ITAR items, but if you are not I would appreciate hearing from you why not.

I am a firearms enthusiast who works very hard to increase the accuracy of the guns that I shoot, I do this both for the personal pleasure and for competing. Like many others I use the internet as an information source in the quest for higher accuracy, when I am having trouble with accuracy I may ask a question like "The neck tension on my 6mmBR is inconsistent while seating Berger 105 g Hybrid Bullets". The responses that follow could be considered technical data yes, but the methodologies we employ to achieve consistent neck tension are not transferable to mass production of ammunition. So I find it hard to understand how this technical data is applicable to defense items.

Before I continue I should probably give you a little sketch of my vocational experience. I have worked in the defense industry first for a small company doing research in vehicle signatures and other signature related areas. I left the small company and went to work for the largest defense contractor in the world Lockheed Martin. While at Lockheed Martin I was the subject matter expert in optics both day and night, in that role I worked with ITAR-covered data every day. In the area of night vision technical data needs to be held very closely as all of the secrets are not known to the world. Furthermore, the capabilities of our optical systems are extremely sensitive as we can't allow our foes and potential foes understand what are sensing capabilities are.

In addition to my duties as the optical SME I was the lead engineer on a small unmanned aerial vehicle (UAV) product line called Desert Hawk, we sold Desert Hawk I+ and III to the British Army. As lead engineer I was working with citizens of the UK almost on a daily basis as was the rest of my engineering team, so I understand ITAR issues better than most shooters. Every aspect and detail of the Desert Hawk system that was not in the public domain was covered by ITAR regulations, for good reason because at that time there were very few UAV's flying so keeping the book closed at how we were able to build and fly the Desert Hawk UAVs was very important. I understand that leakages of sensitive information can and will cause unnecessary loss of life and assets.

Let's look ahead and assume we allow the discussion of firearm technical data on the internet to be covered by ITAR regulations why would we allow topics in computer science to be discussed on the same venues without approval from the state department? Theoretical academic discussions of computer cryptology and security are far closer to technical data that is applicable to defense systems then a few people talking about neck tension on 6mmBR cartridges. Continuing on the same path many classes in computer science taught in schools in the United States would have to be restricted to US nationals and the lectures held in a secure environment. When I taught Physics at the college level I would oftentimes use examples of firearms to clarify a point I would need to limit that discussion to secure facilities with only US nationals.

I don't know about you but I do not want to live in a society that puts such extreme limits on my freedom of speech, I thought my freedom of speech was protected by the First Amendment. It could be I was asleep when the supreme court found the First Amendment no longer constitutional, but I do not think that is the case.

Thanks,
wade

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 09, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Tracking No.** 1jz-8jbr-725u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-0008
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

This proposed ruling will negatively affect the following outside of infringing on the 1st and 2nd amendments: Employment rates, the economy, competence regarding safe handling of firearms, and good people being charged for crimes when after all this time have only been expressing their freedom of speech.

The internet will always be a place for information sharing. The majority of the firearms information that is out there is not used with criminal intent and if anything educates the community more so than ever before in regard to firearms, etc. If the information was such a threat or so criminalistic why has it not been addressed up until now?

It is hard to believe that our government is wasting their time with such matters when there is so many more important things to worry about and make positive changes towards. It is unfortunate how the government has been more and more of a let down as the years go by for me. The incompetence of those involved with the proposed ruling is embarassing, yet holds such unjustifiable power and influence.

# PUBLIC SUBMISSION

**As of:**August 04, 2015
**Received:**June 10, 2015
**Status:**Posted
**Posted:**June 11, 2015
**Tracking No.**1jz-8jcf-1nc2
**Comments Due:**August 03, 2015
**Submission Type:**Web

**Docket:**DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:**DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:**DOS-2015-0023-0012
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:**Adam Goodman
**Address:**
    7182 Sonya Drive
    Nashville,  TN,  37209
**Email:** adamtgoodman@me.com
**Phone:** 615-305-9989

## General Comment

It is my understanding that the ITAR definition is planning to be changed to include internet content such as gun reviews and all other firearms related videos. I wholeheartedly oppose any changes that would make this type of information illegal. As a lawful gun owner I look to online content to teach me about my weapons and how to use them safely. I feel that banning this type of content online is not only an attack to my Second Amendment rights, but to my First Amendment rights as well. I like to believe that I still live in a free country where I can post a review of a firearm online and enjoy firearms related content as well. I shoot pistols and rifles competitively and truly love my hobby. Just like anyone with a hobby I enjoy learning about it anyways that i can. Please don't allow this attack on our civil rights to take place.

Sincerely,

Adam Goodman, MBA
7182 Sonya Drive
Nashville, TN 37209

email: adamtgoodman@me.com

# PUBLIC SUBMISSION

**As of:**August 04, 2015
**Received:**June 10, 2015
**Status:**Posted
**Posted:**June 11, 2015
**Category:**NA
**Tracking No.**1jz-8jcf-racs
**Comments Due:**August 03, 2015
**Submission Type:**Web

**Docket:**DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:**DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:**DOS-2015-0023-0017
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:**Andrew Barton

## General Comment

ITAR AmendmentRevisions to Definitions; Data Transmission and Storage
Please do not take the ITAR regulations into the realm of information control. I believe the lack of clarity regarding Technical Data, in the proposal opens the door to possible information censorship and would be an infringement of our first amendment rights. I would like to see some clarity of "Technical Data."

Opening this can of worms as far as censorship goes, on firearms, could set a bad precedence for further censorship regulation impacting all Americans.

# PUBLIC SUBMISSION

**As of:**August 04, 2015
**Received:**June 11, 2015
**Status:**Posted
**Posted:**June 11, 2015
**Tracking No.**1jz-8jcs-6zdf
**Comments Due:**August 03, 2015
**Submission Type:**Web

**Docket:**DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:**DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:**DOS-2015-0023-0025
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:**Albert Kelley

## General Comment

The proposed revision of definitions concerning technical data on firearms are chilling to say the least. To regulate internet content concerning what are otherwise legal pursuits is an egregious violation of both the first and second amendment. While other countries may restrict their people's right to both won and discuss firearms, it is not and should not be the policy of the United States of America. Such regulations, which run the risk of restricting the natural rights of citizens, should only be considered by an elected and accountable Congress and a duly appointed court system. This is not the purview of the State Department.

DOSWASHINGTON000455

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 10, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Tracking No.** 1jz-8jch-7tb9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-0028
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:** Darren Krumwiede

## General Comment

The idea that simple text and information relating to firearms should be 'controlled' the same way a large shipment of arms would be is simply ridiculous.
I cannot see how basic speech and images about a legal topic should be cause for censorship and criminal charges.

# PUBLIC SUBMISSION

**As of:**August 04, 2015
**Received:**June 10, 2015
**Status:**Posted
**Posted:**June 11, 2015
**Tracking No.**1jz-8jch-3lyp
**Comments Due:**August 03, 2015
**Submission Type:**Web

**Docket:**DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:**DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:**DOS-2015-0023-0029
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:**Joel Anonymous

## General Comment

With the new proposal published on June 3, the State Department claims to be clarifying the rules concerning technical data posted online or otherwise released into the public domain. To the contrary, however, the proposal would institute a massive new prior restraint on free speech. This is because all such releases would require the authorization of the government before they occurred. The cumbersome and time-consuming process of obtaining such authorizations, moreover, would make online communication about certain technical aspects of firearms and ammunition essentially impossible.

Penalties for violations are severe and for each violation could include up to 20 years in prison and a fine of up to $1 million. Civil penalties can also be assessed. Each unauthorized export, including to subsequent countries or foreign nationals, is also treated as a separate violation.

Gunsmiths, manufacturers, reloaders, and do-it-yourselfers could all find themselves muzzled under the rule and unable to distribute or obtain the information they rely on to conduct these activities. Prior restraints of the sort contemplated by this regulation are among the most disfavored regulations of speech under First Amendment case law.

This new regulation is ludicrous and very poorly worded. It allows for unprecedented violations of free speech of everyone who has discussed firearm information on the internet. Do not allow this to pass.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 10, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Tracking No.** 1jz-8jcg-p4we
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-0032
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:** Arthur St John
**Address:**
9803 Garrison Way
Westminster, CO, 80021
**Email:** art3006@outdrs.net
**Phone:** 303-940-1648

## General Comment

I respectfully submit my opposition to the proposed revision to the ITAR Amendments. It appears the proposed definitions could be used to prosecute persons writing technical articles on sport shooting such as new developments in bullets and/or propellants or accuracy improvements to existing firearms. A citizen who writes an article regarding new techniques in loading hunting or target shooting ammunition or improving performance could be fined or jailed although the information would not impact our military. I feel this revision is ambiguous enough that the rules could be used to arbitrarily censor articles which are open knowledge and are not classified for military applications. There are adequate safeguards in place to prevent transfer of classified military technology under the "National Security Information" or "Official Use Only" rules in place.

# PUBLIC SUBMISSION

**As of:**August 04, 2015
**Received:**June 10, 2015
**Status:**Posted
**Posted:**June 11, 2015
**Tracking No.**1jz-8jcg-5ptp
**Comments Due:**August 03, 2015
**Submission Type:**Web

**Docket:**DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:**DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:**DOS-2015-0023-0035
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:**C Giunta

## General Comment

I find the recent promulgation of regulations regarding the dissemination of information on firearms ("ITAR Amendment Revisions to Definitions; Data Transmission and Storage.") odious and most likely unconstitutional and I object strenuously.
This is in direct contravention to and in violation of multiple portions of the constitution including, but not limited to, the First and Second amendments, prior restraint, etc.
Please proceed o further in this direction.

C Giunta

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 11, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Category:** NA
**Tracking No.** 1jz-8jcs-4dt2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-0117
Comment on DOS_FRDOC_0001-3265

---

## Submitter Information

**Name:** Mark Penning

---

## General Comment

The Department of State issued a notice on June 3rd in the Federal Register that they wanted to make some changes to the International Traffic in Arms Regulations (ITAR) the documents that restrict what gear, tech, and info can be exported outside the United States. The focus of these changes isnt on the hardware itself, but instead trying to lock down the information. The proposed changes seem to be pointed squarely at online exchanges which include technical specifications (gun reviews), schematics (3D printing diagrams), and training (RFs beloved Self Defense Tip series, and other articles). It seems like a pretty blatant attack on the First Amendment as a workaround to stifle the Second, to me.Gun reviews and other associated postings should be exempt from the regulations. Simply posting the caliber of a firearm online could be considered ITAR restricted technical data and incur millions of dollars in fines. Its all down to how they implement the changes, and whos got their finger on the button.
I have to wonder if the individuals writing this type of orders are on drugs. This is nothing short of a violation of the First Amendment and is ultimately illegal. This is a punch in the face of the American people. I am sorry, but I must fight this. This is wrong, and I have not a thing more to say.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 10, 2015 |
| **Status:** Posted |
| **Posted:** June 11, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jcf-de9w |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-0171
Comment on DOS_FRDOC_0001-3265

---

## Submitter Information

**Name:** John Hughes

---

## General Comment

"ITAR Amendment Revisions to Definitions; Data Transmission and Storage."

The proposed changes requiring permission from the government to post information about firearms is a gross overreach of the executive branch. This is an infringement on my First Amendment right to free speech as well as my 2nd Amendment right to bear arms. Technical specifications are needed in order to make an informed decision on which arms to purchase and how to use them.

I also believe this is an attempt to shut down access to 3D CAD designs for weapons, an art in its infancy.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 09, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Category:** NA
**Tracking No.** 1jz-8jbz-56sq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-0298
Comment on DOS_FRDOC_0001-3265

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

The new ITAR regulations that Obama is attempting to impose are not in the best interest of the people
of the United States of America. In reading the proposed regulations and analyzing the information I
come to realize they are making an attempt to mute, stifle, and strip us of our basic rights. Not only that,
they are attempting to cripple any industry who attempts to securely transmit data inside and outside the
borders of the United States of America. This will increase the overhead cost of almost every company
that is required to use 3D programs and/or encrypt any type of data.

These attempts are getting over bearing and repetitive. They must be stopped. Do not expect us, the
citizens of the United States of America, to ignore these obvious attempts in removing our God given
rights. They wrote the Constitution of United States to withstand time and any who oppose it.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 10, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Category:** NA
**Tracking No.** 1jz-8jck-1uty
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-0421
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

Hello, thank you for your time. I just would to voice my opinion on ITAR. Ever since i kid i wanted to work in the gun industry and make a difference in it. When i became of age i started watching this potentially banned content. This content allowed me to further my knowledge by light years, and pushing me into the direction I want my life going. By banning this not only is it a huge loss to our community (whole reason its trying to be passed) but its a violation of our first and second amendments. I understand you can not just go after our guns in general and you have to do it in more subtle way, until our rights are all gone. Its not right for someone to tell law bidding citizens what they can and cant do. And as far as the 3D printed guns... Its just not right, you cant just print assemble and shoot. It takes many hours and many skills to get it to work. And even the people that came up with this idea can barely get them to work. And if you have the knowledge to do it. You wont. You will take a solid piece of alloy stock and machine it. And by BATF rules that is 100% legal to manufacture a fire arm as long as you have no intentions to sell it. This bill is a huge infringement on all of our rights. I would like to hear a valid statement on what they think this will do to protect our safety. I feel like all these new bills are just chisels to our second amendment. All of them have the huge flaws and holes where they can be proven will help nothing. How would these new "laws" make our founding fathers feel? Here is an idea, Make the unlawful possession of firearms a bigger deal. Thats just my two cents. Thank you for your time and would really like if you took all of our comments into consideration before passing something that will not stop crime or illegal activity.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 08, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Tracking No.** 1jz-8jb1-fkwp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-0509
Comment on DOS_FRDOC_0001-3265

---

## Submitter Information

**Name:** Jeremy Moore

---

## General Comment

I have grave concerns about the proposed changes to current ITAR regulations, and how those changes would stifle development of new technology. By redefining export to include posting on the internet, and requiring state department review to do so, the proposed rules are essentially a prior restraint on the first amendment for both "arms" and "software that could support arms". This would have drastic implications for online communities such as Drone Code, whose online software forums and open source development could now be included by these draconian regulations. In addition to this, any videos, or forums for historic firearm collectors, hobby gunsmiths, and innovative designers starting in the firearm industry would have their main means of collaboration subject to State Department prior restraint.
I understand the need to protect critical defense technology, but the rules should specifically exempt the following categories:
1. Hobbyist and small drone software code (regardless of whether the code could potentially be used in the future on a weaponized drone).
2. Historic firearm technical data (drawings, specs, assembly diagrams, CAD files, etc.).
3. New firearm technical data provided the firearm would be legal for ownership by the US populace. (Drawings, specs, assembly diagrams, CAD files, etc.).
4. Online forums and media for gunsmiths, firearm innovators/developers, drone enthusiasts, and drone developers.
5. Technical data of firearm accessories available to the general public.
6. Software that supports firearm accessories available to the general public.
Prior restraint of the first amendment should not be forced upon the inventors and hobbyists of the nation under the guise of guarding defense technology.

# PUBLIC SUBMISSION

**As of:**August 04, 2015
**Received:**June 09, 2015
**Status:**Posted
**Posted:**June 11, 2015
**Category:**NA
**Tracking No.**1jz-8jbr-k9et
**Comments Due:**August 03, 2015
**Submission Type:**Web

**Docket:**DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:**DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:**DOS-2015-0023-0561
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:**Anonymous Anonymous

## General Comment

This is a complete violation to the First Amendment as guaranteed by the United States Bill Of RIGHTS. Let me reiterate: Bill of RIGHTS! This cannot and must not be allowed to pass. "shall not be infringed" should apply to all of the Bill of RIGHTS!

These back door attempts at gun control are wrong and a horrible idea in general! Admiral Isoroku Yamamoto once said "You cannot invade the mainland United States. There would be a rifle behind each blade of grass." He had a very good point! Keeping the people armed adds a good level of security against those who would do harm against us as a nation! What about all the people that the media refuses to report stories on where disaster is thwarted by people using a gun for good?! People are able to protect themselves and their families every day instead of becoming victims because of the Second Amendment! Trying to restrict firearms, particularly by trying to choke it via restricting the First Amendment, is a terrible idea and whole-fully unconstitutional!

For those who believe that more laws prevent gun related crime, look at cities & states with the strictest gun control laws. They have some of the highest gun related crime rate! Places like Wyoming and Vermont with the least amount of gun control laws have some of the lowest gun related crime rates in the entire United States!!! It doesn't take a genius to see which policy is actually working well.

The politicians who are pushing to have firearms restricted are generally the ones who either have no idea what they're talking about or are blatantly lying to the public to push their position based on emotion, fear mongering, and incorrect information. There is a YouTube Video of a senator just throwing buzz words (and giving very incorrect information namely over the rate of fire of a firearm) in effort to scare the general public into submission! If the general public were properly (accurately) informed and not led astray by biased media and dishonest / misinformed politicians, the stigma surrounding firearms wouldn't exist!

Let's address the double standard surrounding the First and Second Amendments! There was a TV anchor who brought a standard capacity 30 round magazine in Washington D.C. on network TV (Illegal) and no charges were pressed! Guess he was protected under the First Amendment maybe? Where's the justice? If anyone else got caught with a 30 round magazine in D.C., they'd be jailed and fined in an instant! What about the man who had an empty shotgun cartridge as a souvenir and got arrested for it? Why was he not protected under the Second Amendment? Where's the justice?

DOSWASHINGTON000465

It's time for both sides of the political spectrum to come together and introduce / pass bipartition legislation that would make it illegal to by any means attempt to or restrict or deny any part of the Bill Of RIGHTS and also make it likewise illegal to pass any legislation with the possibility of consequences that restrict the Bill of Rights. This back-door attempt at restricting the Second Amendment by means of choking the First Amendment is a prime example of what should be outlawed!

In the wake of 3D printing technology, the Federal Government is once again trying to control the people! The Government should be working FOR the people, not AGAINST the people! If someone wishes to 3D print a firearm or firearm parts, who's to say the person can't or shouldn't? People who would break the law in the first place sure aren't going to pay any attention to new laws anyway. So suppose a bill was introduced as a compromise to require the person who wishes to print a 3D firearm to go through a background check or already have a Concealed Weapon Permit which requires a background check every 5 years in most states. That would do nothing to stop someone who is going to do it anyway and hinder the good law-abiding citizens; but it'd be enough to give the gun-grabbing politicians something to go home and brag about until they get another bee in their bonnet. "Shall not be infringed" is painfully clear in definition but to the general public, it seems that there are those in power to which the meaning isn't obvious.

In summary, any restriction on any piece or section of the Bill Of RIGHTS is unconstitutional and should cease immediately. This proposed legislation cannot be allowed to pass. Once one of rights guaranteed by the Bill of RIGHTS is taken away, the rest will fall like dominoes and we would find ourselves in a scenario not dissimilar to George Orwell's "1984"! The First Amendment and the Second Amendment has been under attack since the times of The American Revolution! Our forefathers fought and died to guarantee these rights for the American people and now we have people in power in our own Government who would try to take away these rights piece by piece!

Our country is one of liberty and justice and once we start losing either, we've lost who we are and what we stand for as a nation. I challenge you to NOT LET THIS HAPPEN!

# PUBLIC SUBMISSION

<div>

**As of:** August 04, 2015
**Received:** June 10, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Tracking No.** 1jz-8jch-aukq
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-0661
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:** Jonathan Mulholland

## General Comment

Information in the public domain is public and protected under the first amendment; it is not up to
unelected bureaucrats to declare what is in the public domain or not. Nor was our government, based on
the US constitution, setup to give unelected bureaucrats the right to write new laws on the fly in order to
avoid court sanctions (see Defense Distributed case) or the will of american citizens. Nowhere in the
Constitution is the federal government given the authority to demand pre-approval of political speech
prior to its public dissemination, particularity if the speech contains material taken from the public
domain. This rule is nothing more than an other unlawful attempt to push anti-gun legislature on the
american people by curtailing their constitutional rights. If the President wishes to pass a law banning
any and all materials and data used in the fabrication of firearms by non-federal firearms licensees, then
he should work with congress to create such a law, get it passed and then the president can sign it into
law, that is how our government works under the U.S. Constitution. The president should not attempt to
do this via unelected bureaucratic proxy.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 09, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Category:** NA
**Tracking No.** 1jz-8jbr-d9ls
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-0722
Comment on DOS_FRDOC_0001-3265

---

## Submitter Information

**Name:** Lafe Short
**Address:**
  362 Bellevue Way NE
  Apt 224
  Bellevue,  WA,  98004
**Email:** lafeshort@yahoo.com
**Phone:** 3032421050

---

## General Comment

I am opposed to the proposed changes to the ITAR AmendmentRevisions to Definitions; Data
Transmission and Storage.

The proposed changes seem to be pointed squarely at online exchanges which include technical
specifications (gun reviews), schematics (3D printing diagrams), and training (RFs beloved Self Defense
Tip series, and other articles). It seems like a pretty blatant attack on the First Amendment.

An expanded definition of public domain now includes the internet, as well as any mechanism where
further distribution of the information is not prohibited. The government wants to require anyone who
wants to post technical data to this expanded definition of the public domain (forum posts on the internet,
videos on YouTube, articles on gun blogs, old-school print magazines even) to apply to the government for
permission before publication. If permission is not granted, the fines could range into the millions of
dollars. Posting information to the internet is now considered equivalent to exporting that information.
Even if no one outside the US ever reads it.

These changes will impose an unfair burden on law-abiding Americans and they are unconstitutional.

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** June 09, 2015 | |
| **Status:** Posted | |
| **Posted:** June 11, 2015 | |
| **Category:** NA | |
| **Tracking No.** 1jz-8jbv-5m2r | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1111
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:** Clancy McNulty-Gimbel

## General Comment

I would like to comment on the current changes to the ITAR definitons of defense services, technical
data, and public domain and how this relates to the distrubution of pertinent information online. The
current wording of the changes to the International Traffic in Arms Regulation are such that any
*Technical Detail* could range from schematics/blueprints to simple firearm caliber or disseambly, and
could be completely barred from the internet without specific permission. Infromation regarding such
Firearms (under 50 caliber) has been disseminated throught social media and the internet for years and
has posed no threat whatsoever to public safety or military/governmental weapons technology.
Redefining these laws and interpretations will protect no governmental secrets, and will infrigment upon
the first ammendment. Small arms *Technical Details* are overwhelmingly not CAD files, or specific
schematics, but simple demonstrations as to firearms operation, maintenance, and overall safety. This
online information is vital to safe, responsible and intelligible gun ownership in the United States, and is
entirely separate from the *Technical Details* required to illegally or fraudulently engineer/produce a
firearm. The issue many draw from these changes is the ambiguity in the wording of the law. Restrcition
of 3D, CAD, and comprehensively intregal documents required for the production of
military/governmental firearms is not debated, it is the vague nature in which the law is reworded that is
concerning. I would like to state that I am, as well as many others, are very alarmed with the new
proposed rendition of ITAR. I do not beileve that any modification or reinterpretation of the law is
needed, and that the current alterations would infringe upon the first ammendment and provide none, if
only psuedo-protection from the misuse of *Technical Details*. I sincerely hope that these changes be
pulled or rewritten to better protect the free exchange of domestic information regarding the mere
maintenance, safe operation and understanding of Americaned owned firearms.

Excerpt 1:

The Department proposes to revise the definition of ''technical data'' in ITAR § 120.10 in order to update and clarify the scope of information that may be captured within the definition.

Paragraph (a)(1) of the revised definition defines ''technical data'' as information ''required'' for the ''development,'' ''production,'' operation, installation, maintenance, repair, overhaul, or refurbishing of a ''defense article,'' which harmonizes with the definition of ''technology'' in the EAR and the Wassenaar Arrangement. This is not a change in the scope of the definition, and additional words describing activities that were in the prior definition are included in parentheticals to assist exporters.

Excerpt 2:

Paragraph (a)(1) also sets forth a broader range of examples of formats that ''technical data'' may take, such as diagrams, models, formulae, tables, engineering designs and specifications, computer-aided design files, manuals or documentation, or electronic media, that may constitute ''technical data.'' Additionally, the revised definition includes certain conforming changes intended to reflect the revised and newly added defined terms proposed elsewhere in this rule.

Excerpt 3:

The proposed revised definition also includes a note clarifying that the modification of the design of an existing item creates a new item and that the ''technical data'' for the modification is ''technical data'' for the new item.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 08, 2015 |
| **Status:** Posted |
| **Posted:** June 11, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jb7-oasy |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1133
Comment on DOS_FRDOC_0001-3265

## Submitter Information

**Name:** Micheal Horton

## General Comment

I oppose this new rule, as it could be broadly interpreted to include discussions of the technical aspects of firearms that are commercially manufactured and sold in the US, as well as penalize people for discussing technical data that is either directly related to commercially available firearms or has been made available to the public by various mediums. For example, in excerpt 1 in the attached PDF, the definition of technical data is so vague that it could apply to Youtube videos showing the field stripping or modification of civilian weapons the US military has used or are the basis of civilian firearms, such as the AR-15 (which the M16 is based on) or the M249 (which has a civilian, semi-automatic version in production).

In excerpt 2, the formats for technical data include many examples of data that are relevant and vital to the civilian firearm community and those generally interested in military history, such as diagrams, models, tables, formulas, manuals/documentation, and electronic media. The firearms community and industry in particular heavy relies on this data for maintaining and improving older weapons, producing better ammunition, and creating replacement parts for out-of-production items. Also, since many military technologies eventually diffuse into the civilian market, penalizing people for publishing some of this data will be impractical and possibly illegal.

In excerpt 3, there is mention that modifying the design of an item creates technical data for a new item. In such a case, individuals and corporations could be penalized for distributing diagrams, pictures, or files of their creations, should their product be considered related to a "defense article." For example, someone could create a 3D printable hand guard for an imported rifle or shotgun, then release it on the

DOSWASHINGTON000471

Internet for free so people can more easily comply with 18 USC 922R. Under this executive order, that could be considered distributing technical data on a defense article and lead to prosecution.

Care must be taken to avoid infringing on the rights of law abiding Americans when executive orders like this are crafted. In its zeal to prevent global arms trafficking, the current administration can easily turn thousands of citizens into criminals, especially when most people discussing these topics or releasing what might be considered technical data about defense items on the Internet do not know this proposed executive order EXISTS. No action should be taken until the consequences of this order, as it is currently written, are carefully studied and considered, in order to avoid harming individuals and organizations that use and disseminate information that might be caught in this executive order's umbrella.

# Attachments

exec  order  excerpts

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 07, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Tracking No.** 1jz-8jao-2x4y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1142
Comment on DOS_FRDOC_0001-3265

---

## Submitter Information

**Name:** Larry Pruss

---

## General Comment

I am absolutely opposed to the latest ITAR AmendmentRevisions to Definitions; Data Transmission and Storage. The proposed changes seem to be focused on online exchanges including gun reviews, schematics (including 3D printing diagrams), and training. It seems like a pretty blatant attack on the First Amendment as a workaround to stifle the Second. I will be writing my representatives regarding this proposal.

# PUBLIC SUBMISSION

<div>

**As of:** August 04, 2015
**Received:** June 08, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Category:** NA
**Tracking No.** 1jz-8jb2-l0c0
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1308
Comment on DOS_FRDOC_0001-3265

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

This is nothing more than an attempt on thr part of the government to control the internet, as the prsident
mentioned before. He want's to be able to "shut down" segments of the internet during periods of social
unrest, Like in the arab spring. What is it about the 1st amendment and the 2nd amentment you people
don't understand? I believe this was started because of the 3D printer information on building a gun.
Have any of you actually looked into this or is this just knee jerk, liberal reaction?
If this passes, It WILL be challenged in court as a violation of the 1st amendment. Good luck with that

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 07, 2015 |
| **Status:** Posted |
| **Posted:** June 11, 2015 |
| **Tracking No.** 1jz-8jam-lcff |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1398
Comment on DOS_FRDOC_0001-3265

---

## Submitter Information

**Name:** Curtis Cook

---

## General Comment

Dear sirs,
I have just read the text of the proposed "Revisions to Definitions" that are the subject of the proposed regulations upon which I am commenting. Totally aside from its being unwarranted prior restraint of free speech it is also exceedingly nonspecific and will likely cause many unwary and innocent citizens to commit infractions unwittingly. Depending upon the redefinitions adopted in the final rules many of the processes that advance research into this or unrelated areas become punishable infractions.
To give one example: Suppose I were to give details on replacing certain plastic parts with nonferrous metallic parts of similar configuration in a 3D printed object in an online forum, in order to improve the service life of an ultrasound emitter. Even though my intent was to reduce the costs of a medical device, are not the same principals applicable to firearms or sonar? Since this forum is unclassified and available internationally, have I now set myself up for sanctions under the new rule? If I link to an article that contains similar information have I committed an infraction? How can I know? The proposal as written does not define the answers to these questions or a host of others.
I admit that the existing rule has quite useful purpose in protecting defense technology from proliferation. But, the way the "redefinition" it is written could be misused to quash unrelated innovation or stifle political interests.
I would request that this proposal be withdrawn. If the purpose of the proposal is still found to be in the public interest then: 1) Carefully define the terms prior to resubmitting the proposal so that the people have some idea what may actually result in an infraction and 2) more narrowly tailor the focus of the proposal so that it meets only the intended objective and thus would be less likely to be misused.
Thank you for your consideration.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 09, 2015
**Status:** Posted
**Posted:** June 11, 2015
**Tracking No.** 1jz-8jbt-rtf6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1514
Comment on DOS_FRDOC_0001-3265

---

## Submitter Information

**Name:** caleb schafer

---

## General Comment

i saw a video on youtube about a law you want to apply banning just about everything to do with
firearms on the internet and its just bs. I love guns and gun videos i used to be bullied and borderline
depressed and a boring individual before firearms came into my life and i just cant stand to lose it.
Firearms have been in my family for generations and i have used youtube to make myself familiar with
firearms so ive made friends and connect with people on a social enviroment this law is not going to
make the world a better place or the u.s inparticular this is just stupid. Please for the good in our freedom,
in the u.s, in yourselves and me dont go through with this the 3d print stuff can go though thats scary af.
Thanks you for your time

-Caleb Schafer
MN

DOSWASHINGTON000476

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jft-6qmi |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1632
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Philip Wadsworth
**Address:**
   34624 Chestnut
   Wayne, MI, 48184
**Email:** pd_wads@yahoo.com
**Phone:** 734 467-1797

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Philip Wadsworth

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jft-i0lv |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1633
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jamie Greene

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jamie Greene

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jft-vhfs |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1634
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jeff shermer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Jeff Shermer

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jft-31c9
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1635
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Tulowitzky
**Address:**
    2902 Plantation Rd NW
    Concord,  NC,  28027
**Email:** tulowstar45@twc.com
**Phone:** 9807772069

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Tim Tulowitzky

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jft-bsmq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1636
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Rodrigues
**Address:**
   1016 W. McDaniel Street
   Apartment A2
   Buffalo, MO, 65622
**Email:** mak91@msn.com
**Phone:** 4172885588

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Joseph Rodrigues
1016 W. McDaniel St. Apt.A2
Buffalo, MO. 65622

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jft-sar7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1637
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** NW Kec

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jft-3mtx
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1638
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tommy Salem
**Address:**
   801 County Rd 403
   Marble Falls,  TX,  78654

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

Tommy Salem
801 County Rd 403
Marble Falls, TX 78654

DOSWASHINGTON000485

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-rmq3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1639
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Jones

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Mike A. Jones

# PUBLIC SUBMISSION

<div>
As of: August 04, 2015<br>
Received: June 15, 2015<br>
Status: Posted<br>
Posted: June 15, 2015<br>
Tracking No. 1jz-8jft-6eie<br>
Comments Due: August 03, 2015<br>
Submission Type: Web
</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1640
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jft-y014 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1641
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Marty Scott

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-u7g6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1642
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Collins
**Address:**
   8806 Smoketree Cove
   Austin, TX, 78735
**Email:** richarddeecollins@gmail.com
**Phone:** 5124967606

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jft-7be3 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1643
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Hurst

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John J Hurst

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-cidh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1644
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, John

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-5g70
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1645
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Dungan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Edward Dungan
Boise, ID

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jft-4yj4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1647
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Figarsky
**Address:**
   8 Warblers CV
   Little Rock,  AR,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jft-vlvc
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1648
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Norbert Bybee

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-yrfm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1649
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Nothdurft

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Eric Nothdurft

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-7c6m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1650
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Pro 1st & 2nd Amendment Citizen

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** June 15, 2015 | |
| **Status:** Posted | |
| **Posted:** June 15, 2015 | |
| **Tracking No.** 1jz-8jft-bfha | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1651
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Retter

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-blza
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1652
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Smith
**Address:**
    258 Mt Hope ave
    Bangor,  ME,  04401
**Email:** Marksmith477@ymail.com
**Phone:** 207-949-1685

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Mark Smith

DOSWASHINGTON000498

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-tf6d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1653
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bob and Dana Kern
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Bob and Dana Kern

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-evm3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1656
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lawrence Eng
**Address:**
    504 Arnon Ridge Ct
    GREAT FALLS,  22066
**Email:** lawrence.eng@gmail.com
**Phone:** 703-728-9128

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Lawrence Eng

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jft-mcpp
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1657
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Easter

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Bruce Easter

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 12, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jdx-3kkb<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1658
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Isaac

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Eric Isaac

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-9hma
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1659
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sidney Wing

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

Sincerely,

Sidney E. Wing

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-g7pe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1660
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Redder

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language, which includes making technical data available via a publicly available network (e.g., the Internet), could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, William Redder

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-1k0o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1661
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Hansen
**Address:**
   P.O. Box 24
   Oxford Junction,  IA,  52323
**Email:** adam_h24@hotmail.com
**Phone:** 563-826-2503

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Adam Hansen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-9q5w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1662
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cheryl Holiday

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-pr8p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1663
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nick Verhagen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Nick Verhagen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-8kn6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1664
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** scott courdin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
SSG Courdin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-vgo4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1665
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerrold Pesz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Jerrold Pesz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-osi4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1666
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sean Casey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Sean C

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-eloo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1667
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Rowland

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

David M Rowland

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-3h1y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1668
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anthony Philipp
**Address:**
   201 Foxglove Court
   Lincoln,  CA,  95648
**Email:** tony.philipp@gmail.com
**Phone:** 916-253-3913

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Anthony C. Philipp

DOSWASHINGTON000513

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-1q3z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1669
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alex Vallesteros

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Alex Vallesteros

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-ex2h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1670
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Troy Eyring

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Troy Eyring

DOSWASHINGTON000515

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jft-57gv
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1671
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tyler Lawton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jft-oo5x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1672
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Scott Bjorke

DOSWASHINGTON000517

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jft-n2ji
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1673
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne PRIMEAUX

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Wayne Primeaux

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jft-rh7s
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1676
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Hilton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 15, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jft-km4c<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1677
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randy Jenkins

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jft-hgla
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1678
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Hatzo
**Address:**
    50 Kentucky Ave
    Sharpsburg, GA, 30277
**Email:** 2008hdfxd@gmail.com
**Phone:** 4042296526

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Chris Hatzo

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jft-rv4b |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1679
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Matthew Welton

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Matthew Welton

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jft-gzgt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1682
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Martin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jft-6stg
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1683
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J Edward Livezey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-2o82
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1685
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brent Fiedler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfs-tzwg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1686
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kelley Sands
**Address:**
    3965 Yarrow St.
    Wheat Ridge,  CO,  80033
**Email:** sweetiepiearts@comcast.net
**Phone:** 303-477-5435

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

As a free American, I WILL enforce these amendments to the death as will tens of thousands of other patriotic Americans!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-506p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1687
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dennis Murray

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jfs-5f2v
Comments Due: August 03, 2015
Submission Type: Web

Docket: DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

Comment On: DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

Document: DOS-2015-0023-1688
Comment on DOS-2015-0023-0001

---

## Submitter Information

Name: Randy Lebel
Address:
    600 Spring Rd
    #97
    Moorpark,  CA,  93021
Email: randy.lebel@gmail.com
Phone: 805-298-0442

---

## General Comment

To whom it may concern:

I understand that there is concern with certain groups accessing secret information, or WMD data and the
like, but to attempt to punish the just for the actions of the unjust and to try and throttle our Constitutional
right is wrong.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This

DOSWASHINGTON000530

means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-fl0u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1690
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** April Ford

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-4n7n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1691
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Andrew Langston

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!
still the law of the land.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jfs-j4fh |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1692
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language which includes making technical data available via a publicly available network (e.g., the Internet) could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON000534

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfs-cbin
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1693
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Peter Anonymous

## General Comment

To whom it may concern:

This is nothing but another attack on the "First Amendment"...Freedom of Speech.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-9and
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1694
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Tresco

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-u50c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1695
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Widmar

---

## General Comment

Dear State Department Arms Control Regulators,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet. Any re-write of gun-related speech on the Internet is a violation of the First and Second
Amendments.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines. Sportsmen and gun enthusiasts could be punished for merely sharing technical info
and/or their passion for hunting or firearms collecting with like-minded folks.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety as it violates the First and Second
Amendments!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-rspw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1696
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William James
**Address:**
   63 Windermere Blvd
   Amherst,  NY,  14226
**Email:** wjames63@gmail.com
**Phone:** 7168326529

---

## General Comment

To The United States State Department, particularly the Directorate of Defense Trade Controls (DDTC):

I strongly oppose the rewrite of the State Departments International Traffic in Arms Regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

Under these new regulations and revisions electronically posting information on virtually any firearm or ammunition could be defined by the Obama administration, or future administrations, as requiring, not only government permission, but potentially a government license to do so. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of our land!

Sincerely,

William James
Amherst, NY

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jfs-lqb7
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1697
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Vanessia Oden

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. How can hunters and firearm enthusiasts troubleshoot firearm function issues or share their common interests if they can't chat about it on the Internet?

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jfs-hv9o |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1698
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Munroe
**Address:**
   Mansfield,  OH,  44903

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-289x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1699
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-v5tb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1701
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Arron Thompson
**Address:**
    5018 N. Lincoln
    Spokane, WA, 99205
**Email:** fj62_1989@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-4e6h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1702
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Beau Nichols

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Beau Nichols
3240 Willow Rd
Springfield, OH 45502

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jfs-7k76 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1703
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karl Lerchenfeld

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfs-j8sl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1704
Comment on DOS-2015-0023-0001

---

## Submitter Information

---

**Name:** Steve Howard

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jfs-cme3
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1705
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Evans
**Address:**
   PO Box 1442
   Keene,  NH,  03431
**Email:** attorneyevans@injury-rights.com
**Phone:** 603-352-2347

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-vagx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1706
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Williams

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfs-794e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1707
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Jacob F

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** June 15, 2015 | |
| **Status:** Posted | |
| **Posted:** June 15, 2015 | |
| **Tracking No.** 1jz-8jfr-wkz0 | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1708
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-7w56
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1709
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-az95
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1711
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Aaron Robinson

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-j1u4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1712
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfr-41qw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1713
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-dgyf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1714
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** K W Hipps
**Address:**
   18351 SR 194
   Pullman,  WA,  99163
**Email:** KHipps@aol.com
**Phone:** 5093353033

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-5br3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1715
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language which includes making technical data available via a publicly available network (e.g.,
the Internet) could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 15, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jfr-irx5<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1716
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

These changes in arms control regulations are ridiculous and unconstitutional. These changes would in no way protect people from arms related crimes or injury, and serve only to take away the rights of the American People.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-ygg1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1717
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfr-1jps
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1719
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Greg Mackey
**Address:**
   Westminster,  CO,  80031

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR).

I feel this could grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language which includes making technical data available via a publicly available network (e.g., the Internet) could put anyone who violates this provision in danger of facing decades in prison and massive fines. Therefore, posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license.

I also oppose the addition of the word software into these regulations, as it looks to be an effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land and these regulations are defying them!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-snsz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1721
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Warren Buschman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-gwnw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1722
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfr-6bud
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1726
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Mike Hannum

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-1eqm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1727
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jfr-zwl2 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1728
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** douglas scouten
**Address:**
    207 norwood street
    painted post,  NY,  14870
**Email:** spoon2675@yahoo.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-7bs5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1730
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Ditmore

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Please read these petitions advocating municipal environmental
contraception funding, which is increasingly politically realistic due

to The Big Sort in more and more towns, and helps women's rights, quality of life, and school taxes as well as being at
least 5 times more cost-effective than any other environmental effort.
http://tinyurl.com/townBC2
http://www.feminist.org/news/newsbyte/uswirestory.asp?id=12874
http://tinyurl.com/towncontraception
http://www.nyc.gov/html/doh/html/condoms/condoms.shtml
http://www.facebook.com/alan.ditmore
https://secure.prochoiceamerica.org/site/Advocacy?cmd=display&page=UserAction&id=5319
http://nwhn.org/newsletter/node/1383
http://action.biologicaldiversity.org/p/dia/action/public/?action_KEY=5999
http://tinyurl.com/opcensor
http://www.change.org/petitions/asheville-lgbt-rights-for-environment
http://www.change.org/petitions/view/transfer_all_environmental_funds_to_contraception
http://www.thepetitionsite.com/1/transfer-all-environmental-funds-to-contraception-especially-municipal/
http://groups.yahoo.com/group/childfreetown/
http://www.thebigsort.com/maps.php

The prochoice and contraception movements are placing too high a priority on defensive actions in the red states when we should be going on the offensive, the side of "change", in the blue states, and cities. The worst places
will get even worse no matter what we do, but the unrealized political potential, the low hanging fruit, is in making the best places even better. This opportunity is being caused by The Big Sort. Mayors are not answerable to rural voters, unlike governors and presidents.
http://www.nationalpartnership.org/site/News2?
abbr=daily4_&page=NewsArticle&id=34158&security=1521&news_iv_ctrl=-1
http://www.nationalpartnership.org/site/News2?
abbr=daily4_&page=NewsArticle&id=27823&security=1521&news_iv_ctrl=-1
http://www.nationalpartnership.org/site/News2?
abbr=daily4_&page=NewsArticle&id=27825&security=1521&news_iv_ctrl=-1
http://www.nationalpartnership.org/site/News2?
abbr=daily4_&page=NewsArticle&id=32477&security=1521&news_iv_ctrl=-1
http://www.feminist.org/news/newsbyte/uswirestory.asp?id=12891
https://secure.ppaction.org/site/Advocacy?cmd=display&page=UserAction&id=12828
http://www.amplifyyourvoice.org/end_abonly
http://www.npr.org/templates/story/story.php?storyId=5041388
We americans love cars more than babies, Very soon we will have to choose, and we will choose cars.
http://www.projectprevention.org/


All immigration, even environmental engineers, pollutes the environment, with the possible exceptions of low fertility gay immigration and those immigrants who can prove that they are permanently sterile and childless.
http://tinyurl.com/townBC2

Gay neighbors mean lower school tax.

Public schools harm the environment by exploiting childless taxpayers.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-zixm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1731
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff Knippa

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfr-60de
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1732
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Dunn
**Address:**
  PO Box 534
  Cicero,  IN,  46034
**Email:** brucedunn@macallister.com
**Phone:** 317-984-6299

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfr-an58
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1733
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Russell Lord

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfr-s5ly
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1734
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nick Degerness

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfr-viih
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1735
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ricky Ford
**Address:**
   3 overlook cir
   Palmyra, VA, 22963-3345
**Email:** orion1958@centurylink.net
**Phone:** 434-589-3879

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 15, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jfq-vw34<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1740
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Martin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfq-qlth
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1741
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Louis Perrotta
**Address:**
   80 Demarest Place
   Maywood,  NJ,  07607-1805
**Email:** LPerrotta3rd@gmail.com
**Phone:** 6313741278

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfq-7pdl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1745
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfq-qfjk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1746
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Guyer
**Address:**
   5799 Pigeon Cove Road
   Needmore,  17238
**Email:** eguyer52@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfq-qiao
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1747
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfq-c445
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-1749
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank T Plumberg
**Address:**
  Tom Plumberg
  Baldwin City,  KS,  66006
**Email:** tplum@mchsi.com
**Phone:** 785-691-8720

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON000577

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfq-xcfn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1750
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Zanussi

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jfq-zun1 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1752
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sean anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfq-46iu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1754
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Otto Burgess
**Address:**
  3840 lightfoot street
  apt 438
  chantilly,  VA,  20151
**Email:** otto.burgess@gmail.com
**Phone:** 9376094784

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jfq-tcwa |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1755
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kurtis Yearsley Ph.D.

---

## General Comment

To Nameless unelected bureaucrat:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfq-47nm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1756
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Richard Gibbs

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfq-24c6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1757
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To Whom it may Concern:
The proposed changes to ITAR constitute a grave infringement of both the first and second amendment,
in response to what constitutes a hypothetical problem. While 3d printed guns could possibly become a
problem in the future, at present the technology isn't developed enough to present a real threat. There
exist numerous better methods to produce firearms with conventional handtools and metals.
The experience of child pornography regulations is also relevant here. Despite international efforts, it still
remains relatively easy to access. The internet makes it so that if one wishes to access certain
information, one can with enough effort. This rule change would unduly burden and criminalize
hobbyists and lawful enthusiasts, while doing little or nothing to stop those that truly present a threat. As
a life long democrat, I implore Mr Obama and his state department to strike this order from the record, as
this is punitive censorship at its most foul.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfq-tpw0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1758
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lawrence Kettinger III

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfq-ojet
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1760
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfq-r8vr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1761
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Andy Squires

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are the law of the land!

DOSWASHINGTON000586

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfq-g6pm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1763
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfq-7pnq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1764
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Hummer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfq-ig21
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1766
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Andrew Stryker

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfq-zdac
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1767
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Allen Sanders
**Organization:** Gun Owner's of America
**Government Agency Type:** State

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfq-dlqd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1770
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Felix
**Address:**
   626 East Ash Place
   Griffith, IN, 46319
**Email:** thomasfelix@att.net
**Phone:** 219-923-1614

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-oobq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1771
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Jackson
**Address:**
    525 Nokomis Rd.
    Lancaster,  TX,  75146
**Email:** saradunn@swbell.net
**Phone:** 9722274560

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-7gul
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1772
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Victor Iturralde
**Address:**
    720 Kipling St.
    Lakewood, CO, 80215
**Email:** vi_elp@hotmail.com
**Phone:** 3032396535

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Category: NA
Tracking No. 1jz-8jfp-u1n4
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1773
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matt Lail

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-9znw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1774
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Wright

---

## General Comment

To whom it may concern:

As an American who supported and defended our Constitution for 24 years I strongly oppose the rewrite
of the State Departments arms control regulations (ITAR), which could potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Brian G. Wright

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-gzzx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1775
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-j6qh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1776
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Wilson
**Address:**
   1154 Wellesley Green
   Tuscaloosa, AL, 35406
**Email:** bwilson@syscononline.com
**Phone:** 2052423628

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON000597

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-fqms
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1777
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne Langdon
**Address:**
   712 Kate Street
   Copperas Cove,  TX,
**Email:** Wlangdon@Hot.rr.com

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfp-dq1l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1778
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Todd Kabella

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-ls96
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1779
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Pleasants

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-yfc0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1780
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-cknk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1781
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-jfvp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1782
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfp-m973
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1784
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Gerstenkorn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-64x3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1787
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Greg Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-a1l4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1789
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dean Frederick

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfp-sbew
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1790
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jfp-1zm8
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1792
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joshua Bell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-d3yx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1793
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Nail

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-ykl9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1794
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nancy Higgins
**Address:**
   W3507 Cty. Hwy. B
   Rio,  WI,  53960 9256
**Email:** dahlhiggins@centurytel.net
**Phone:** 920-992-3359

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON000610

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-dlho
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1795
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Burnett

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-4iib
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1796
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Toomey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-o17m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1798
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfp-hnki
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1799
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Baehr
**Address:**
   304 W. Wetz St.
   Marion, TX,  78124
**Email:** jim.baehr825@gmail.com
**Phone:** 210.363.6350

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-3xge
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1800
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** S Kane

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-s62o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1802
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Zoch

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-gr0p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1803
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Danny Cruzan

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-4xo3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1804
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-82t2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1805
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-8pik
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1806
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Andrew Jaffee

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-z5co
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1807
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sally Kramar

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-v81k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1809
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tracey Lackey

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-3bvv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1810
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Glosser

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfo-u66z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1811
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Murray
**Address:**
    2000 Valley Springs Circle
    Powhatan, VA, 23139
**Email:** douglas.murray@comcast.net
**Phone:** 804-379-4767

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you agree with it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-4rf0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1813
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Angerhofer

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Larry Angerhofer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-eeho
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1814
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Len Langmeyer
**Address:**
  Lowell,  IN,
**Email:** lchgroup396@yahoo.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfo-ing2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1816
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** William Winstanley
**Address:**
    101 BARBARY
    WHITNEY, TX, 76692
**Email:** byrdsarms@gmail.com
**Phone:** 254-694-3436

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-ud4e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1818
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-hu92
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1819
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-6a2n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1821
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** rick norton
**Address:**
  2511 fm 66
  waxahachie, TX, 75167
**Email:** razor_681@yahoo.com
**Phone:** 9364439431

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-d7rn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1822
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Caleb Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-h2jp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1823
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Shibler

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-8t8z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1824
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rob Taylor
**Address:** United States,
**Email:** rtaylor@opex.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Thank You, Rob Taylor

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-ecjs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1825
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** MICHAEL WENCL

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-shi3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1826
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-237q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1827
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Ray DeFillips

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban
3-D printers. I urge you to repeal these new regulations in their entirety.

Whether you like it or not, the First and Second Amendments are still the law of the land!

Ray DeFillips
240 Ibis Drive
Melbourne Beach, FL 32951

DOSWASHINGTON000636

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-n2ey
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1828
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Concerned Citizen

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

<div style="border:1px solid black;">

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-ebuu
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1829
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Barry Kirk-Greenwald
**Address:**
  915 East Mason Avenue
  York,  PA,  17403

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-tqpf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1830
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfo-quoc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1831
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Walton Starling

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 15, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jfo-wau4<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1832
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Simon Gruzmark
**Address:**
    2727 Ocean Pkwy
    Brooklyn,  NY,  11235
**Email:** swordbearer69@gmail.com
**Phone:** 347-922-5915

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfn-rjh1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1834
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Frisch

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfn-if5m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1835
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rex Hines
**Address:**
   rxhns@yahoo.com
   Culpeper, VA, 22701
**Email:** rxhns@yahoo.com
**Phone:** 5402293728

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Rex Hines

DOSWASHINGTON000643

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 15, 2015
Status: Posted
Posted: June 15, 2015
Category: NA
Tracking No. 1jz-8jfn-sl1l
Comments Due: August 03, 2015
Submission Type: Web

Docket: DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

Comment On: DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

Document: DOS-2015-0023-1837
Comment on DOS-2015-0023-0001

---

## Submitter Information

Name: Rich Milchman

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfn-xyi9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1838
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Pumphrey
**Address:**
    296 Jack Thomas Drive
    Manchester,  37355
**Email:** pump2go@bellsouth.net
**Phone:** 931-728-4607

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant
the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

DOSWASHINGTON000645

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfn-9yo0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1839
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfn-i8xh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1840
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Earl Reynolds

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON000647

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfn-pmqh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1841
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerry Trout
**Address:**
    9591 Woodland Drive
    Woodsboro, MD, 21798
**Email:** jtrout@FrederickCountyMD.gov
**Phone:** 301-845-4678

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 15, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jfn-l8e4<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1843
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Noel Harris
**Address:**
  PSC 303, Box 26
  APO,  CA,  96204
**Email:** kanagawaken@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jfm-wlbi |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1845
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terry Compton
**Address:**
  909 Vicksburg
  Belleville,  IL,  62221
**Email:** terry.compton@us.af.mil
**Phone:** 618-256-2387

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet. The new language -- which
includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates
this provision in danger of facing decades in prison and massive fines. So posting information on virtually any firearm or
ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a
government license. This means violators would potentially face significant criminal penalties. I also oppose the addition of
the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers. I urge you to repeal
these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law
of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfm-xamb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1846
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfm-xg5y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1847
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Coleman
**Address:**
   840 South Spring St.
   Burlington,  NC,  27215

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

<table>
<tr><td><b>As of:</b> August 04, 2015</td></tr>
<tr><td><b>Received:</b> June 15, 2015</td></tr>
<tr><td><b>Status:</b> Posted</td></tr>
<tr><td><b>Posted:</b> June 15, 2015</td></tr>
<tr><td><b>Tracking No.</b> 1jz-8jfm-sq9a</td></tr>
<tr><td><b>Comments Due:</b> August 03, 2015</td></tr>
<tr><td><b>Submission Type:</b> Web</td></tr>
</table>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1848
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff Davis
**Address:**
   42 Guys Way
   Eliot, ME, 03903
**Email:** jdjcklprm@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfm-mvpy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1849
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rob V

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfm-g9nd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1850
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfm-xuxs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1851
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Toscino

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfm-3vcy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1852
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Spitzer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfl-xaho
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1854
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are the
law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfl-lkxt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1856
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** R Christofferson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 15, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jfl-8506<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1857
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** arthur baus
**Address:**
  1417 Oriole Ave.
  Orlando, FL, 32803
**Email:** dipfidle@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfl-epbo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1858
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Cable

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfl-6bmb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1860
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Andrew McFarland

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jfk-r05s |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1861
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Paul Major
**Address:** United States,

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfk-h3rt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1863
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Doss

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfj-v8ov
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1866
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Wittenberg
**Address:**
    2559 Montgomery Avenue
    Cardiff by the Sea,  CA,  92007
**Email:** wittfin@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfj-hoqv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1867
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** GREG D.
**Organization:** GOA

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfj-zmum
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1868
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Paulson
**Address:**
   1251 170th Ave. N.E.
   Bellevue, WA, 98008
**Email:** jpaulson_38@msn.com
**Phone:** 206 730 7900

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 15, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8jfg-170y<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1877
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David L Lyle
**Address:**
    380 E Ft Lowell Rd #246
    Tucson,  AZ,  85705
**Email:** McPainterDave@Yahoo.com
**Phone:** 520-981-0592

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David L. Lyle

DOSWASHINGTON000669

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfg-jh8u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1879
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jon Morton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfg-315g
**Comments Due:** August 03, 2015
**Submission Type:** Web

# PUBLIC SUBMISSION

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1882
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Sorgenfrei

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfg-3itn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1883
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Sicular

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

<table>
<tr><td><b>As of:</b> August 04, 2015</td></tr>
<tr><td><b>Received:</b> June 15, 2015</td></tr>
<tr><td><b>Status:</b> Posted</td></tr>
<tr><td><b>Posted:</b> June 15, 2015</td></tr>
<tr><td><b>Tracking No.</b> 1jz-8jfg-9qca</td></tr>
<tr><td><b>Comments Due:</b> August 03, 2015</td></tr>
<tr><td><b>Submission Type:</b> Web</td></tr>
</table>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1884
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dustin Thatcher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jff-1kno
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1887
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 14, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8jff-gcco<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1893
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cosmo Stallone
**Address:**
    482 Welton Street
    Harpursville, NY, 13787
**Email:** cosmo_stallone@hotmail.com
**Phone:** 6076933008

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jff-188z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1894
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** T Chambers

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jff-grlq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1904
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jff-2om7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1905
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 14, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jfe-pui7
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1906
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. This could even squelch safety information that should be readily available.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfe-rh9f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1907
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Lewis
**Address:**
   307 N. 20th St.
   Leavenworth,  KS,  66048
**Email:** Travlnyank@aol.com
**Phone:** 913-240-5867

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfe-9lmp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1908
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Menz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfe-aa2e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1911
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Straub
**Address:**
    po box 40
    Greenwood Lake, NY, 10925
**Email:** Lonecat@aol.com
**Phone:** 9176569218

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Gregory Straub

DOSWASHINGTON000682

# PUBLIC SUBMISSION

<div>

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfe-5lck
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1912
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Corbett
**Address:**
    5801 Quiet Pine Circle
    Apt 102
    Chester, VA, 23831
**Email:** corbett.16@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfe-cyio
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1913
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roy Callahan

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfe-ml06
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1914
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Wuenschel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfe-k0m8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1915
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Argabrite

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Gary Argabrite
3161 Victoria Place Dr.
Loganville, GA 30052
678-410-5992

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfd-bc1o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1918
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Francisco Trujillo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: June 14, 2015
Status: Posted
Posted: June 15, 2015
Category: NA
Tracking No. 1jz-8jfd-1bre
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1919
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Smith
**Address:**
    5036 W Daisy Way
    Fremont,  MI,  49412
**Email:** Smilargor@gmail.com
**Phone:** 2319242406

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfd-7g5i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1921
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfd-qy8t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1922
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scotty Drye
**Address:**
    19 L J Lane
    Zebulon,  NC,  27597-5857
**Email:** dryes@bellsouth.net
**Phone:** 9192694653

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfd-bs1a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1924
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Stuby
**Address:**
    6476 Warden Rd.
    New Tripoli,  18066
**Email:** ispamhate@gmail.com
**Phone:** 6107602306

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfd-m26w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1925
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne Bradford

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfd-zxg4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1928
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Barrington
**Address:**
   P.O. Box 241387
   Apple Valley,  MN,  55124
**Email:** barrpaul@charter.net

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfd-i7y0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1929
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 14, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jfc-is0g
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1934
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfc-jcag
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1935
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfc-4303
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1936
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Anderson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfc-owyx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1938
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON000698

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfc-skog
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1939
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glenn Bohmann
**Address:**
    43075 Joy Lane
    Hollywood, MD, 20636
**Email:** glenn.bohmann@verizon.net
**Phone:** 301-373-3625

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jfc-ja0k |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1940
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Davis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfc-rgkz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1941
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Morgan
**Address:** United States,
**Email:** bigjohntssg@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfc-iljo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1943
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack Hansen
**Address:**
   Eldorado,  CA,  95623

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfc-9jrr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1945
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** George&Linda Wandell

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfc-fnmj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1946
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Tannery
**Address:**
  5797 Huntington Dr
  Ypsilanti, MI, 48197
**Email:** gftiv@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfc-upwx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1947
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frederick Hagemeyer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfc-339m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1948
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Liberty
**Address:**
  6904 Trestle Court
  Lorton, VA, 22079

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfc-e47p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1950
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Larrabee
**Address:**
   303 Malletts Bay Ave
   Winooski, VT, 05404
**Email:** machz_man@yahoo.com
**Phone:** 8026550725

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON000707

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfc-y6jb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1952
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfb-l999
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1954
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

o whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfb-ry8r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1956
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerald Frye

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 14, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jfb-kife
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1961
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jeff smith

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfb-doab
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1970
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** R. Holland

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments to the Bill of Rights are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfa-lkg5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1975
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Brandwein
**Address:**
  2443 Fern St
  <erced,  CA,  95348
**Email:** brandymb@sbcglobal.net

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 14, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jfa-vv8u
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1977
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

-------------------------------------------------------------------------------
Please do not reply directly to this message, as your reply will bounce back as undeliverable.
Click here to share this article with Friends and Family!
Gun Owners of America
8001 Forbes Place, Suite 102
Springfield, VA 22151 703-321-8585
www.gunowners.org
Contact Form
If this alert was forwarded to you, you can subscribe to receive alerts directly by clicking here.

DOSWASHINGTON000715

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfa-hluu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1978
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shawn Tilbury

---

## General Comment

To The Department Of State
To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfa-yfl7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1980
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Whitlock

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfa-h7h4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1982
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfa-5lx0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1983
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jfa-r0lf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-1985
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** D.j. Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amend are still
the law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jfa-cuum
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1986
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** kenny Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf9-gal3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-1989
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the
law of the land!

Sincerely,

Bruno DiGennaro

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf9-aqki
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1992
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Mitchell
**Address:**
  8 Springmeadow Drive
  Carrollton, KY, 41008

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf9-wtrc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1997
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf9-yuzg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-1999
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Sugarman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf9-x6st
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2003
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Mccallie
**Address:**
   41 valley view dr
   Flintstone,  GA,  30725
**Email:** Tdmccallie@hotmail.com
**Phone:** 4236456946

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf9-re0k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2004
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roy Gray

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf8-qu2f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2008
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom VanHook
**Address:**
    po box 305
    Lincoln, IL,  62656
**Email:** tvhook9@gmail.com
**Phone:** 2177352171

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf8-lrq4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2010
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf8-kewn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2012
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** tracy simonds
**Address:**
    303 w. broad st
    clinton, TN, 37769
**Email:** iceetrey@yahoo.com
**Phone:** 865-789-5985

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf8-660y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2013
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Bennett

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.
The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf8-zw22
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2014
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Marsolf

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 14, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jf8-lhyk<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2015
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** anonymous anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 14, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jf8-85nd<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2016
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JC Payne

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf8-fwmg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2017
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Winstanley
**Address:**
   101 BARBARY
   WHITNEY, TX, 76692
**Email:** byrdsarms@gmail.com
**Phone:** 254-694-3436

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf8-oef5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2018
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Barnes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf8-wdbu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2022
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Acheson

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!


Richard Acheson

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** June 14, 2015 | |
| **Status:** Posted | |
| **Posted:** June 15, 2015 | |
| **Tracking No.** 1jz-8jf8-238q | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2027
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Henry Chu

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf8-jh7i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2028
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dion B

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Dion B

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jf8-3vh9 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2031
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Curnow

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Respectfully, Gary Curnow

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf8-o44c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2032
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Nellis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Thank you,

Scott Nellis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf8-ei2g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2033
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ralph Slider

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Ralph Slider

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf8-fu8l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2036
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jf7-5adt |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2039
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf7-9cln
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2040
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jon Caltabiano
**Address:**
   6917 Helen
   GGarden City,  MI,  48135
**Email:** joncaltabiano@gmail.com
**Phone:** 7346126260

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jon Caltabiano

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf7-ghco
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2041
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Dave Jones
Sheboygan, WI

2015 - Gun Owners of America

DOSWASHINGTON000748

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf7-f7nz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2042
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Petersen
**Address:**
  617 Parkhill Dr.
  Chillicothe, IL, 61523
**Email:** pete0266@yahoo.com

---

## General Comment

:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf7-gdhq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2043
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas York

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf7-dwgn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2044
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lawrence Zucal
**Address:**
   10509 Idaho St
   Oscoda, MI, 48750
**Email:** lzucal@charter.net
**Phone:** 9897470363

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON000751

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf7-9e95
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2050
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf7-qmc1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2052
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RODGER STEVISON

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

--------------------------------------------------------------------------------

DOSWASHINGTON000753

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf7-icgo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2054
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Sabin
**Address:**
103 Wilderness Lane
Williamsburg, VA, 23188

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Respectfully,
James A. Sabin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf7-srgn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2056
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Byron Winchell

---

## General Comment

To Whom It May Concern:

Re: ITAR AmendmentRevisions to Definitions; Data Transmission and Storage

I must enter the strongest objection to this proposed rule that would fundamentally change the spirit and
letter of these laws (International Traffic in Arms Regulations (ITAR), and the federal Arms Export
Control Act (AECA).

This proposed rule change would trample our First Amendment Right to Freedom of Speech and the
Freedom of the Press.

This proposed rule would also have no effect on crime, except to criminalize the actions of law abiding
citizens and journalists. Information publicly accessible on the internet would now have to be secured
(adequately, which is not defined in the Federal Register notification) or the journalist/private individual
would be subject the Export Licensure requirements (including the penalties for not having a license: Up
to 20 Years in Federal Prison, a $1 Million fine, and potential Civil Penalties). If a criminal wants any
such information that would be forbidden by this ill-conceived rule there are many publications that are
freely available at any library or book store or will be accessible on servers located outside the United
States.

Posting of any information via email, internet article or blog, social media sites related to firearms &
ammunition, including performance, technical specifications, maintenance instructions are considered

Public Domain and not subject to ITAR. 22 CFR 120.11 Paragraph (b) gives the Federal Government the right to determine what is and is not in the Public Domain.

According to 22 CFR 120.11 Paragraph (b), I would need authorization from one of the listed agencies to publish that information on my personally owned firearms, even the results from my most recent competition/training shoot. And, as in the Defense Distributed case, the process can easily be abused with prior restraint in place until the government has acted, wherein it then would have no reason to rule in order to achieve suppression.

The Rights enumerated in the Bill of Rights are sacred to me and critical to our free and open society and may not be modified in any way unless through a change to the Constitution of the United States of America.

The Federal Government of United States of America is a government of the people, for the people, and by the people. The Executive Branch does NOT have the authority to make law that authority belongs to the United States Congress (which is also bound by the Constitution) and this proposed rule does not meet the spirit or letter of ITAR or AECA.

This proposed rule (Public Notice 9149) must not be implemented.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf7-gw7q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2062
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf6-qqlo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2066
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Andrew Houle

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf6-hnu4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2068
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RODGER STEVISON

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!
I AND ABOUT 200 MILLION OTHER AMERICANS ARE VERY TIRED OF THE STATE DEPT.
TRYING TO KILL OUR CONSTITUTION

--------------------------------------------------------------------------------

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf6-72qe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2069
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Bronson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf6-bhuu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2076
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ruth Kabitzke
**Address:**
    1197 Dennler Dr
    Alleman, IA, 50007
**Email:** rkabitzke@hotmail.com
**Phone:** 515-965-1343

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON000761

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 14, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jf6-eest
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2078
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** C S Riley

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf6-11kr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2082
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JEFF BISHOP
**Address:**
    428 highway 240
    fayette, MO, 65248
**Email:** jeffbishop1964@gmail.com
**Phone:** 6602482729

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON000763

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf6-5peb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2089
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Tschann

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf6-dd6p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2090
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf6-suhn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2091
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Iris Hooke
**Address:**
    491 Mill Lane
    Monterey,  24465
**Email:** ibhooke@htcnet.org
**Phone:** 540-468-2375

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf6-dnia
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2092
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Suarez
**Address:**
    4532 W. Kennedy Blvd
    Tampa, FL, 33609
**Email:** politika@rfopti.com
**Phone:** 9494006462

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Chris Suarez

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf6-sdqa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2095
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gordon Poole
**Address:**
  1109 Center St.
  Lebanon,  TN,  37087
**Email:** gandjpoole@charter.net
**Phone:** 615-449-5254

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf6-bohh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2096
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Bennett

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

<div style="border:1px solid black">

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf5-ozba
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2099
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joel Hedgpeth

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf5-luwy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2101
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ronald warren
**Address:**
  36755 co hwy 34
  ogema, MN, 56569
**Email:** whiteearth69@hotmail.com
**Phone:** 2189833649

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf5-kabh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2109
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sarge Grant

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jf5-uk49 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2116
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jf5-qvy7 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2118
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous honest gun owner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf5-acx6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2119
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Zachary Gerken

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Zachary Gerken

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf5-k6mc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2123
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf5-qx95
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2126
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf5-fryx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2130
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Wills

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf4-wu9c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2132
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf4-bwzp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2135
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf4-5n1z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2139
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ray Leporati

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf4-ma2k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2140
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Coughlin

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land! Thank you, Craig Coughlin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf4-1idw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2142
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

While I see the logic in preventing the wide distribution of blueprints for 3-D firearms (which clearly
present a potential safety issue at airport checkpoints, for example), I strongly oppose the proposed
amendments to the State Departments arms control regulations (ITAR), which could potentially grant the
Department of State excessive power in terms of monitoring and controlling virtually ANY gun-related
speech on the Internet.

The new language, which includes making technical data available via a publicly available network (e.g.,
the Internet), could effectively place anyone who violates this provision in danger of facing a hefty prison
sentence and/or significant fines. Depending on interpretation, the expanded scope could even include
firearms enthusiasts sharing instructions on how to strip a Glock 17 or demonstrating how to reload a
specific rifle cartridge on YouTube.

I strongly urge you to abandon the proposed amendments, which pose a clear threat to my rights under
the 1st Amendment.

Thank you.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 14, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jf4-k21e<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2150
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas McNamara
**Address:**
    35 Dunham Pond Road
    Greenfield Center,  NY,  12833
**Email:** hipoint93@gmail.com
**Phone:** 518-469-7389

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Thomas S. McNamara

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf4-3f18
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2152
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jf4-qafo |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2153
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf4-aw6h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2155
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Walsh

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Tom Walsh

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf4-r6bc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2156
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Iozzno

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf4-rhlr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2158
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patsy Wright

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf4-qdfa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2160
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J L

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf4-780h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2164
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Corey LaSalle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-a1z5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2170
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-ausm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2173
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-1rcr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2174
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joel Hay
**Address:**
  20014 N. Pecos Valley Trail
  Katy,  TX,  77449
**Email:** haysiva@yahoo.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which
could potentially grant the State Department a wide-ranging power to monitor and control gun-related
speech on the Internet.
The new language -- which includes making technical data available via a publicly available
network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing
decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration
as requiring, not only government permission, but potentially a government license. This means
violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to
be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not,
the First and Second Amendments are still the law of the land!
Thank you

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf3-yrqg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2177
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Adams
**Address:**
    PO Box 89
    Atlantic, VA, 23303-0089
**Email:** gl1500rider@sbcglobal.net
**Phone:** gl1500rider@sbcglobal.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jf3-m3ko |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2179
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf3-u5xz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2181
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-r1ay
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2183
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf3-4mjx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2184
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Hojnacki
**Address:**
  3011 Ridgemont
  Commerce, MI, 48382
**Email:** george7626@att.net
**Phone:** 2483639668

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-nftm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2187
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff Hawn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-u6a5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2188
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

R.Romero

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-pfro
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2190
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** R C
**Address:**
    PO Box 2775
    Columbia Falls, MT, 59912
**Email:** robertmt@yahoo.com
**Phone:** 4062127655

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-hodb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2191
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chad Wyss

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-bl0s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-2192
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Morgan

---

## General Comment

I do NOT support any regulations.

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Michael Morgan
Louisville, KY

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-tqgj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2193
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Troy Bunke
**Address:**
   3328 W. Longfellow Avenue
   Spokane,  WA,  99205-1720
**Email:** troybunke@netzero.net
**Phone:** 509-327-1340

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

DOSWASHINGTON000806

effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments
are still the law of the land!

DOSWASHINGTON000807

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-jwpi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2197
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Demetrios Papadopoulos

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties. I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers. I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-nefg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2205
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** fred thebert

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-suxn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2209
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry St Denis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf3-eenr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2210
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** john huston

---

## General Comment

i strongly oppose the rewrite of the state department's arms control regulations(ITAR),which could potentially grant the state department a wide-ranging power to monitor and control gun-related speech on the internet. the new language which includes "making technical data available via a publicly avaliable network(e.g. the internet) could put anyone who violates this provision in danger of facing decades in prison and massive fines.so posting information on virtually any firearm or ammunition could be defined by the obama administration as requiring,not only goverment permission,but potentially a goverment license.this means violators would potentially face significant criminal penalties. i also oppose the addition of the word "software" into these regulations,as it appears to be a not-so-veiled effort to ban 3-d printers.i urge you to repeal these new regulations in their entirety.whether you like it or not,the first and second amendments are the law of the land.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jf3-g1us |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2215
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON000813

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf2-w7nu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2229
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed R.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf2-psv4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2230
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phillip Perry

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments

are still the law of the land!

DOSWASHINGTON000815

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf2-tk5k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2233
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John S.

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf2-umhj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2234
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Dineen
**Address:**
  382 E Bannerstone Ct
  Midland, MI, 48640
**Email:** xds45iwb@gmail.com
**Phone:** 989-832-7046

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf2-bntf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2240
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Fuges
**Address:**
　　3771 Swetland dr
　　Doylestown,  PA,  18902
**Email:** Scfuges@1791.com
**Phone:** 2674714338

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jf2-c119 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2242
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harold Shull

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf2-l7rd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2243
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf2-zffm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2244
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf2-szkd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2254
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne DelRossi

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf2-ck6e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2257
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JOHN HOLOHAN

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 14, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jf2-s77v
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2259
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Phillip Gain

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf2-jkj3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2264
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Goff
**Address:**
   4306 Staunton Drive
   Swartz Creek,  MI,  48473
**Email:** cldwdiver@aol.com
**Phone:** 810-732-8848

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf2-x1gr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2267
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Elizabeth Walters

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf2-k8mj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2284
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Josh Mullens
**Address:** United States,
**Phone:** 8507187818

---

## General Comment

I think changing this is a mistake. You are infringing on the rights of your own people. Freedom of
speech is absolute. Thomas Jefferson said the blood of tyrants and Patriots have to be spilled to renew
freedoms. Let's not let it get to that. What yall are doing is wrong following the orders of the elite. There
will be a time when its to late to go back to what's right. Yall can't even handle the responsibility
bestowed upon you now. Would love someone to explain to me why what you are doing is right. Because
half of the stuff I watch on line will disappear. Or that I can't download cad files on how to make gun
parts. Please you are wanting to start something with the gun owners in this countrt not including all the
vets that you don't trust coming home from fighting yours for bullshit. Then when they get home you
treat them like criminals. There is a change coming and you are pushing it hard forward

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf2-6t3k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2286
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf1-z3xp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2297
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Andrew Litz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf1-fb1j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2298
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Garten

---

## General Comment

Mr Secretary,

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR) as proposed. This potential
grant to the State Department of a wide-ranging power to monitor and control gun-related speech on the Internet
chafes the oath of office you took to support and defend the Constitution of the United States of America.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- would put anyone who emailed a friend the procedure to simply render a firearm safe in violation of this
provision and in danger of facing decades in prison and massive fines. Posting information on virtually any firearm
or ammunition could be defined by the Executive branch as requiring, not only government permission, but
potentially government license. Violators face significant criminal penalties. This smacks of prior restraint of free
speech and would significantly impede a citizen's right to keep and bear arms.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printing, computer aided design, computer numeric control machining, and nearly any other use of a
computer where something attached to, related to, or comprising an explosive propelled projectile delivery system
(gun) is supported by digital computation, word processing, digital imaging, or any number of advances available to
mankind thanks to Alan Turing.

I urge you to withdraw these new proposed regulations in their entirety. It would be consistent with our oath to
support and defend the Constitution which contains the First and Second Amendments. They, too, are still the law
of the land.

Sincerely,
David Garten

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf1-7l4a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2300
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joshua Kern
**Address:**
    708 32nd Ct. NE
    Rochester,  MN,  55906
**Email:** audiservice@charter.net
**Phone:** 507-271-1841

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 14, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jf1-d1p1
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2302
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred Cockerham
**Address:**
   433 County Road 143
   Oakland, AR, 72661
**Email:** myroncockerham@wildblue.net
**Phone:** 501-529-6121

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Second Amendment supporters will never accept these unconstitutional "rules" and will challenge them in every way possible. Organizations like the NRA and Gun Owners of America will support our efforts to keep our freedoms.

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 14, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jf1-jtbq
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2304
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Murray
**Address:**
  3330 Midland Drive
  APT C108
  West Haven,  UT,  84401
**Email:** joseph_b_murrayiii@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the

State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --

could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,

not only government permission, but potentially a government license. This means violators would potentially face significant

criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban

3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments

are still the law of the land!

Sincerely,

Joseph B Murray
Major USMC (ret)

DOSWASHINGTON000835

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf1-y238
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2307
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Malafy
**Address:**
   280 Centerville Harp Rd
   French Creek, WV, 26218
**Email:** smalafy@gmail.com
**Phone:** 13044601511

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf1-yj2s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2310
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Opria

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 14, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jf1-sw44
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2314
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leonard Hunt
**Address:**
   201 Governor St
   Clark,  MO,  65243

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf1-esj6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2316
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf1-vphr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2320
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Smith
**Address:**
   5418 Rock Quarry rd
   Elm City,  27822
**Email:** larryandcheryl@embarqmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

What has happened to our government in the last few years, have you all been living in a different country? I spent 10 years in the service to protect my 1st & 2nd amendment rights, and we the people are not going to let you undermine them. Remember terms are limited and a new head will make changes to the leadership as needed.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf1-5e2u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2324
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Greg Meng
**Address:**
   2146 Chael Drive NE
   Solon,  IA,  52333
**Email:** gregmeng@aim.com
**Phone:** 3196243393

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Regards,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf1-8059
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2335
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf1-furp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2337
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anoonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf1-n29w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2338
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf1-98lv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2340
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerry Travers
**Address:**
  13123 3rd Ave nE
  Marysville, WA, 98271

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf1-d0rp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2341
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Boatright
**Address:**
   1719 scuffletown
   Bristol, GA, 31518
**Email:** dose@accessatc.net
**Phone:** 912-288-4442

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf1-mtia
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2342
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Ayers

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf0-qwfl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2343
Comment on DOS-2015-0023-0001

---

# Submitter Information

**Name:** James Reamer
**Address:**
  265 Mary Drive
  Chapin,  SC,  29036
**Phone:** 803-767-6891

---

# General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf0-szoc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2346
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill Crawford
**Address:**
  306 N. Church St.
  Fayetteville, TX, 78940
**Email:** Bill77019@hotmail.com
**Phone:** 713-256-0735

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON000850

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jf0-xk1i |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2347
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Benjamin Sutherland

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jf0-u1f8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2348
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf0-xymh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2350
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Beckwith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf0-469s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2351
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Derek Keller

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf0-qguu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2352
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Haendiges
**Address:**
    10200 Buffalo Trace Rd. NW
    Ramsey, IN, 47166
**Email:** khaendiges@gmail.com
**Phone:** 812-572-6383

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf0-cqsb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2353
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf0-rfq3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2354
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON000857

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf0-qj6h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2356
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Blosch

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

William Blosch

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jf0-espl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2357
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Woodard

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jez-2a4d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2358
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** F Heitman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jez-4ppn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2359
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Moragne
**Address:**
    57456 Hwy. 1074
    Bogalusa, LA, 70427
**Email:** moragnepaul@yahoo.com
**Phone:** 985-285-6982

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land. Leave the first and second amendments alone.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jez-x228
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2360
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dr Michael Penley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Dr Michael O. Penley

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jez-or5j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2361
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Ronnie Dyer

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jez-qnbr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2364
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Phillip Hale

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Phillip Hale

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jez-ma6b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2365
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phillip Hale
**Address:**
   1080 Moore Rd NE
   Floyd,  VA,  24091
**Email:** plhale@swva.net
**Phone:** 5402303464

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Phillip Hale
Floyd, VA

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jez-4pkx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2366
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carl Pietro III

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jey-edyp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2367
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J G

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jey-z8tu |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2369
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jex-rboj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2374
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edmond Finizie
**Address:**
    3020 Country Dancer Ave.
    North Las Vegas,  NV,  89081
**Email:** edfinizie@gmail.com
**Phone:** 7022172313

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Remember, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jew-m45u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2376
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jew-9amy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2377
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed Gillett
**Address:**
218 Tyler dr
Cranberry twp, PA, 16066

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jew-v0o5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2378
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ANONYMOUS Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jev-cu1c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2380
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Jimmy Betz

## General Comment

Dear Sir or Madam:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet. The Internet shall remain free speech territory.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines. Surely you understand that?

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land! My Constitution says so. Check it out. Article Six,
Paragraph two.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jev-jizm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2381
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jev-g153
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2382
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jev-fc8k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2384
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Justn Kirk
**Address:** United States,
**Email:** JustinlKirk2015@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 14, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jev-xqtp
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2385
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Crump
**Address:**
    Lancaster,  OH,  43130

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeu-by84
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2386
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeu-df2z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2387
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeu-3hwu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2390
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel E Warrensford
**Address:**
  40 Uranus Ave
  Merritt Island, FL, 32953-3158
**Email:** warrensd@bellsouth.net
**Phone:** 3214532217

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I Demand that you to repeal these new regulations, in their entirety, forthwith! Whether you like it or not, the
First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeu-w82u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2391
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Casebeer
**Address:**
    1430 24th ave
    galva,  KS,  67443
**Email:** capoper@hometelco.net
**Phone:** 620-334=0788

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!
Regards,
Charles Casebeer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeu-e7h9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2392
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Lewark

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jet-qtii
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2393
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jet-t4ih
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2394
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jet-5p24
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2396
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Toby Scott
**Address:**
    3607 N 1050 W
    Pleasant View, UT, 84414
**Email:** tobytscott@yahoo.com
**Phone:** 801-737-4646

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jet-b3sj |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2397
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Vincent Andrews

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jet-i7l9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2398
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** charles casebeer
**Address:**
   1430 24th ave
   galva,  KS,  67443
**Email:** capoper@hometelco.net
**Phone:** 620-334-0788

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!
with regards, Charles Casebeer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jet-2jbt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2399
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jet-7ede |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2400
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Kase

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jet-pbwt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2401
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Pesl

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jet-9j7k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2403
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joshua Amundson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jet-5cw0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2404
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Kahn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Thank you,

Michael Kahn

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 14, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jes-bgc0 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2405
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jes-wjp8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2406
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jes-gvg0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2409
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Hass
**Address:**
   43329 W. Chisholm Dr
   Maricopa,  AZ,  85138
**Email:** ehass40062@yahoo.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 14, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jes-9dsa<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2411
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jes-ax9f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2412
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Tobin
**Address:**
   134 Sinclair St. SE
   Port Charlotte,  FL,  33952
**Email:** sltobin@gmail.com
**Phone:** 309-648-6000

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jes-sv76
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2413
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger M. Foszcz
**Address:**
  910 W. 11th St
  Port Angeles, WA, 98363
**Email:** rvfoz@olypen.com
**Phone:** 360-457-8330

---

## General Comment

To whom it may concern:To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 14, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jes-plyl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2415
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shawn Grammont
**Address:**
  14511 Banquo Terrace
  Silver Spring,  MD,  20906
**Email:** Green17842@msn.com
**Phone:** 2407010650

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jer-q856
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2416
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Micah Haber
**Address:**
   10201 Cedar Lake Road
   Apt. 303
   Minnetonka,  MN,  55305
**Email:** micahhaber@gmail.com
**Phone:** 603-769-9145

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jer-m047
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2417
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bernard Pavlik

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jer-7tvf
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2418
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jer-v42j
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2420
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Newell
**Address:** United States,
**Email:** tn1228@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jer-f2jj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2421
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Watson
**Address:**
226 Clark Lane
Pikeville,  TN,  37367
**Email:** watsongang@bledsoe.net
**Phone:** 4232983339

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jer-2u2j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2422
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tanya Watson
**Address:**
   226 Clark Lane
   Pikeville,  TN,  37367
**Email:** tanyawatsonp@aol.com
**Phone:** 4232983336

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jer-tt3z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2424
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Hancock
**Address:**
   823 Johnson Street
   Minonk,  IL,  61760
**Email:** paulahancock@hotmail.com
**Phone:** 3094323398

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

DOSWASHINGTON000907

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Bill Hancock

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jer-1rlb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2425
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** T Bill

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jer-rlbe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2426
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Notes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Joseph Notes

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jer-i03t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2427
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ricky RedBear
**Address:**
   305 San Jose DR
   Toledo,  43615
**Email:** MysticDrkBear@yahoo.com
**Phone:** 4192149588

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land

DOSWASHINGTON000911

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jer-jvkg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2428
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the current or any
future administration as requiring, not only government permission, but potentially a government license.
This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jer-e53t |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2429
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sue Antel

---

## General Comment

To whom it may concern,
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the internet.
The new language--which includes "making technical data available via a publicly available network (the internet)"--could put
anyone who violates this provision in danger of facing decades in prison and massive fines. So posting information on
virtually any firearm and ammunition could be defined by the Obama administration as requiring, not only government
permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word "software" into the regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jer-5fzr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition
of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition
of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-2432
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Hankins
**Address:**
    2314 N. Park Dr.
    Stillwater, OK, 74075
**Email:** thankins45@yahoo.com
**Phone:** 405-762-6566

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive
fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON000914

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jer-mpdo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2433
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON000915

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jer-pfhu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2436
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Antel

---

## General Comment

To whom it may concern;
I strongly oppose the rewrite of the Stats Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun- related speech on the internet.
The new language--which includes "making technical data available via a publicly available network (e.g., the internet)"--
could put anyone who violates this provision in danger of facing decades in prison and massive fines. So posting information
on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government
permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word "software" into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jer-sybt |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2437
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** MJ Jens

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

MJ Jens

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jer-epgo
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2438
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terry Trombley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-dep0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2439
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Don Berry

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-30co
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2440
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marvin Thomey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-q7x4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2442
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-via9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2443
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeq-j6on
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2444
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Fallavollita
**Address:**
   PO Box 343
   Travelers Rest, SC, 29690
**Email:** pfallavollita@yahoo.com
**Phone:** 8647874231

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeq-r8aj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2446
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Watson
**Address:**
 81 Pendleton Lane
 Londonderry, NH, 03053
**Email:** watson_gary@comcadt.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-tlxj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2448
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott C

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. The Constitution with the First and Second
Amendments are still the law of the land.
Thank you for your time.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeq-mmja
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2451
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Theodore Cahoon
**Address:**
  18585 Montevina Rd.
  Los Gatos, CA, 95033
**Email:** tjcahoon@yahoo.com
**Phone:** 408 674-1974

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-jmhk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2452
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Liggett
**Address:**
  9226 Booth Rd.
  Mulberry,  AR,  72947
**Email:** ar15deerhunter@hotmail.com
**Phone:** 479-651-8360

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, William Liggett

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-3y4i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2453
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ray Taylor
**Address:**
  1275 4th Lane
  Vero Beach,  FL,  32962
**Email:** FloydRayTaylor@Gmail.com
**Phone:** 7725673718

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and CONTROL gun-related SPEECH on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-c548
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-2454
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Susan Liggett
**Address:**
    9226 Booth Rd.
    Mulberry, AR, 72947
**Email:** liggett90@hotmail.com
**Phone:** 479-651-8360

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Susan Liggett

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-4q50
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2455
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rex Larson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-6bx6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2456
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry DeBoni

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeq-9mem
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2457
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranTo whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

Second Amendments are still the law of the land!ging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-n6rl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2458
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Judith Dollar
**Address:**
    20518 Hwy. 74 East
    Elkins, AR, 72727
**Email:** jfdollar01@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Judith Dollar

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-l345
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2459
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Bott
**Address:**
   20 Cutlass Rd
   Kinnelon,  NJ,  07405
**Email:** digger4559@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jeq-tgt3
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2460
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-4xlb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2462
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** roger Anonymous
**Address:**
   VA,  22835

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON000937

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-2kj4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2463
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Larson

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-zuco
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2464
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Hoecherl
**Address:**
    3511 Stacy Park Circle
    Katy,  TX,  77449
**Email:** mchoecherl@att.net
**Phone:** 7135166532

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Michael C. Hoecherl

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeq-kvb7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2465
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Penny Dean
**Address:**
   59 Warren Street
   Concord,  NH,  03301
**Phone:** 603-230-9999

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-610o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2466
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Neuman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Category: NA
Tracking No. 1jz-8jep-dpcu
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2467
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chad Lockwood

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jep-kpek
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2468
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J Barb

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

<div style="border:1px solid">

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jep-ioa8
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2469
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Dorsey
**Address:**
    1483 Brockton Loop
    Jefferson, GA, 30549
**Email:** usafshooter@yahoo.com
**Phone:** 6786301729

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jep-hrgc |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2470
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-78ow
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2471
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Puma

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-j541
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2472
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-44vg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2473
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bernard F Brzostek Jr
**Address:**
   3752 Harton Rd
   Virginia Beach,  VA,  23452-3725
**Email:** thewraith@msn.com
**Phone:** 757-498-0381

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON000948

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-2r1f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2474
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JoAnn Hawkins

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jep-r6m6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2475
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Stan;ey F. Moskal II, M.S.

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-cby1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2476
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Hawkins

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-ba8l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2477
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rich Gaglie

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jep-xsp0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2478
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Aaron Dimmette

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jep-9btg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2479
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** vincent mikalinis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-d97z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2480
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-a0hh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2481
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Richardson
**Address:**
   11 Sunview Circle
   Arden, NC, 28704
**Email:** jpr9@earthlink.net
**Phone:** 8287683520

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. As a blogger, I would be expected to pay a fee and submit my content for pre-approval. This is unacceptable.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-y58y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2483
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Justin Velasquez

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Justin Velasquez

DOSWASHINGTON000957

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-hx15
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2484
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-5ybz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2485
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Thank you otherwise for your service to our nation.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jep-77sn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2486
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed Walters

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-enl4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2487
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jep-f87n
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2488
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** A Yarbrough
**Address:**
    Dayton,  OH,  45419
**Email:** awyarbr@live.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-18qe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2489
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-n9yf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2490
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Brooks
**Address:**
    4109 North Rd, Geneseo, NY 14454-9410
    Geneseo,  NY,  14454
**Email:** mrbrooks64@gmail.com
**Phone:** 585-243-7765

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON000964

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-ee91
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2492
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Gugumuck

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-wsy1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2493
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Micolucci
**Address:**
  P.O.Box 324
  Beach Lake,  PA,  18405-0324
**Email:** jcmic56@yahoo.com
**Phone:** 570-729-7704

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Mr. Joseph C. Micolucci

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-u5gw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2494
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Doug Spittler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jep-wqzo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2495
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Davis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

sincerely

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-so71
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2497
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ron

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jeo-7sn9 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2498
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Williams

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet. The new language -- which includes making technical data available via a publicly
available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing
decades in prison and massive fines. So posting information on virtually any firearm or ammunition
could be defined by the Obama administration as requiring, not only government permission, but
potentially a government license. This means violators would potentially face significant criminal
penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Scott Williams

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jeo-kcg7
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2500
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-xz56
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2501
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Micolucci
**Address:**
  P.O. Box 324
  Beach Lake,  PA,  18405-0324
**Email:** jcmic56@yahoo.com
**Phone:** 570-729-7704

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!
Mr, Joseph C. Micolucci

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeo-6rnv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2502
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Holinka
**Address:**
    1261 Saddle Dr.
    Nazareth,  PA,  18064
**Phone:** 610-759-4104

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-51vz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2503
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sam Massenburg

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

<div style="border:1px solid black; padding:4px;">

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeo-7es4
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2504
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jeo-xju6
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2505
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Francisco DelValle

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeo-cqet
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2506
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Vassaras
**Address:**
   1015 Royal Ave
   Franklinville, NJ, 08322
**Email:** gvassaras@comcast.net
**Phone:** 8566943584

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON000977

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jeo-hoxp
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2507
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-u2pt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2508
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joel Turner

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeo-dvie
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2509
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeo-1cre
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2510
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Cramer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-comj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2512
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Zane

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-moiy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2513
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeo-d4sp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2514
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** brian flickinger

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeo-8opy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2515
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ron Lowe

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-3jzz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2516
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonmous
**Address:**
   MT,  59911

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jeo-ou3p |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2517
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joe Krause

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined as requiring, not only
government permission, but potentially a government license. This means violators would potentially
face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-c2ty
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2518
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Tipton

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-lj8q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2519
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dwayne Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-n05b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2520
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Pandora Barnhart

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-dh6q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2521
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J.D. Schechter
**Address:**
    2800 S. Mission Rd.
    #15202
    Tucson, AZ, 85713
**Email:** AmericanIcon@cox.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-pylk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2522
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anna Long

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeo-2rxn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2523
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Bass

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeo-9hsa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2524
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randy Coates
**Address:**
    2624 N Clark Bench Rd.
    Kanab,  UT,  84741
**Email:** rlcoates38@gmail.com
**Phone:** 435-899-1358

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jen-4fk4 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2526
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Haupt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-qr9e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2528
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Schmidt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jen-biyl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2529
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Spitzer
**Address:**
  4412 E Mulberry St #372
  Fort Collins, CO, 80524
**Email:** paulfish@bajabb.com
**Phone:** 970-402-2971

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jen-ajym
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2530
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Raymond McKee

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-hov2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2531
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Myer

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-wkk6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2532
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jen-v6av |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2533
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Judy Hare

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land

Sincerely,

Judy Hare

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-kcvs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2534
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Barwin
**Address:**
  P.O. Box 4273
  Muskegon,  MI,  49444
**Email:** rbarwin@frontier.com
**Phone:** 231-733-9546

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-pb02
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2535
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J Craig Manion
**Address:**
    873 Greenwich Place
    The Villages,  FL,  32163
**Email:** jcraigm@earthlink.net
**Phone:** 407-366-6506

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-fvf9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2536
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven O'Harra
**Address:**
   3595 Quail View St.
   Spring Valley, CA, 91977
**Email:** steven_oharra@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-hjsg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2537
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** christopher voorhees

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-dyq3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2538
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-uyop
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2539
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed Miller
**Address:**
  P O Box 115
  Hudson,  IN,  46747-0115

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-ba9l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2541
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Fyffe

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Jeffrey H Fyffe

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-bw5f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2543
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mikel Conner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-scl2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2544
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Lorson

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
In addition, I took an oath many years ago to defend the Constitution from all enemies foreign and
DOMESTIC. I take any encroachment on the Bill of Rights very seriously.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-dits
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2546
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jen-rm2h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2547
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shannon Baker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-p79h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2550
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Thank you.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-dhrr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2551
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Grunwald
**Address:**
   15227 Windy Cove Dr
   Houston,  TX,  77095
**Email:** nev-r-est@sbcglobal.net
**Phone:** 713-859-5815

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, The CONSTITUTION including the First and Second Amendments is still the law of the land!

John Grunwald

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-ylk5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2553
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** C C

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-6i7x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2554
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jamie Frank

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-kmgo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2555
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tony Karian
**Address:**
4863 Aurora Drive
Ventura,  93003-3901

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-zqoq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2556
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ethan Hall
**Address:**
  7624 Wellcrest
  Dallas,  TX,  75230

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-6qqh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2558
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ron Bailey
**Address:**
   195 Fox Run Dr
   Pikeville,  NC,  27863
**Email:** rnldlbl@aol.com
**Phone:** 9193425496

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON001019

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jen-mn04
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2559
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** thomas palethorpe

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 13, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jen-u6km<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2560
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cole Pugh

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-2f4h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2561
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-hwju
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2562
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** DML REILLY
**Address:**
    135 NORTH ST
    SHELBURNE FALLS,  MA,  01370
**Email:** rkangel777@yahoo.com

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-3a7v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2563
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Cataldi

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jem-9rji
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2564
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Shetron
**Address:**
    2148 Palomino Way
    Oakdale, CA, 95361
**Email:** c.shetron@comcast.net
**Phone:** 510-406-0344

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jem-y5t2 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2565
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Errol Thomason
**Address:**
  651 N Soboba St
  Hemet, CA, 92544
**Email:** errol.thomason@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jem-nqly
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2566
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dave Farrell

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-wozu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2567
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** steve fletcher

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-liaq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2568
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marcus Cervantes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Marcus S. Cervantes

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-ca73
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2569
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Connelly
**Address:**
    701 West Castleberry Rd
    Artesia,  NM,
**Email:** rdcguns@gmail.com
**Phone:** 575-308-3331

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Also, as a small business gunsmith, I have forgone becoming a manufacture due the State Department's current requirement of manufacuters registering with ITAR for $2500.00 per year. This is an unnecessary expense for a small firearms manufacturing business that does not intend to export any firearms. Please consider changing this requirement so that small business can thrive.

Richard Connelly

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-gzha
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2570
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    2371 sarus crane dr
    Clinton,  UT,
**Email:** Bubbshandy@gmail.com
**Phone:** 80177587000

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-tlkh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2572
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary HARPER

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-o9ht
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2574
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce McCloud

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 13, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jem-26cj<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2575
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryan Rictelli
**Address:**
    4 Walden Dr
    Annandale,  NJ,  08801
**Email:** Brianriccit@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-rhv5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2576
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paluke Morgan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land despite Obama's attempt to nullify them.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-2hi8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2577
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ralph T. DeAngelo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-185r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2579
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Demnicki

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

---

# Attachments

1 stay armed

Armanian Genocide

black names to know

armed_citizen

DOSWASHINGTON001039

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-88n0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2580
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Peter Giger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Category: NA
Tracking No. 1jz-8jem-gmm5
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2581
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Phillip Baker

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jem-qark |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2582
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Zink

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-nck4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2583
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dusty Weaver

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jem-5ndv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2584
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Wright
**Address:**
    415 Meringer Place
    Simpsonville,  29680-7271
**Email:** drngo@aol.com
**Phone:** 8649625430

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON001044

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-atze
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2586
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Campbell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Robert Stephen Campbell

Rochester Hills, MI 48309-4315

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-jjqy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2587
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Farris
**Address:**
   1709 Chessington Ln
   McKinney,  TX,  75070
**Email:** larrysfarris@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-w7ll
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2588
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bret Hughes

---

## General Comment

I totally oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I demand you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001047

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jel-xwul
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2589
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nathan Potts

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-2dns
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2591
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** David Shrewsberry

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-3lwq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2592
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scot Villwock

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-cvzm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2594
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-ildj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2595
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ron Miller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

<table>
<tr><td><strong>As of:</strong> August 04, 2015</td></tr>
<tr><td><strong>Received:</strong> June 13, 2015</td></tr>
<tr><td><strong>Status:</strong> Posted</td></tr>
<tr><td><strong>Posted:</strong> June 15, 2015</td></tr>
<tr><td><strong>Tracking No.</strong> 1jz-8jel-kmub</td></tr>
<tr><td><strong>Comments Due:</strong> August 03, 2015</td></tr>
<tr><td><strong>Submission Type:</strong> Web</td></tr>
</table>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2596
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Wilson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Regards,
Robert Wilson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-renr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2598
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jim steck
**Address:**
    8906 Darke County Line
    Brookville,  OH,  45309
**Email:** jim@new-rims.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jel-wv9e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2599
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phyllis Pryor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-rsnh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2601
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas G. Hull

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-q4i6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2602
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-f2cv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2603
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jel-g4ya
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2604
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom R.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-4ry4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2605
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lorraine Baus

---

## General Comment

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-mull
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2606
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terry Carlson

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., "the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not
only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety.

Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-rlvv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2608
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam C Lucas
**Address:**
    11625 Moyer Rd
    Webberville,  MI,  48892
**Email:** acl45acp@gmail.com
**Phone:** 5174683216

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-zwzt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2609
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

<table>
<tr><td><b>As of:</b> August 04, 2015</td></tr>
<tr><td><b>Received:</b> June 13, 2015</td></tr>
<tr><td><b>Status:</b> Posted</td></tr>
<tr><td><b>Posted:</b> June 15, 2015</td></tr>
<tr><td><b>Tracking No.</b> 1jz-8jel-dzqc</td></tr>
<tr><td><b>Comments Due:</b> August 03, 2015</td></tr>
<tr><td><b>Submission Type:</b> Web</td></tr>
</table>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2610
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** john fyock
**Address:**
　　322 s locust
　　acme,  PA,  15610
**Email:** davefyock@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jel-a4ea
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2611
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jel-koj6
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2613
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Hill

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-pg6d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2614
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ken Eggleston
**Address:**
    160 Holmes Rd
    Argyle,  NY,  12809
**Email:** kndegg@hvwisp.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jel-pqcb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2615
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Herbert Woodbury
**Address:**
  9204 Bellagio Rd
  Santee, CA, 92071
**Email:** woodburyhl@cox.net
**Phone:** 619-889-9204

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. Something as simple as a discussion about ammunition types and brands or mechanical/technical problems with a firearm means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-6p8x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2616
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Gemmell
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

<div>

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-y0yg
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2617
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Charles Mc Glynn

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jel-ewn7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2618
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

Let's use some good common sense on these new ITAR regulations. I'm a competitive shooter and rely on sharing gunsmithing tips, reloading data, shooting gear information and reviews on the internet. I'm a hard working railroad employee and pay more than my fair share of taxes. I realize, somehow you're scared of people 3D printing guns. Are you aware that it's perfectly legal for an individual to hand craft their own firearms? Granted, a felon should not be allowed to purchase or possess a firearm, but do you really think you can stop that felon from making a gun, bomb or any other sort of destructive device? Stop stomping on the rights of law abiding citizens trying to control those who are not. Go after the disease and quit trying to cure the symptoms at every law abiding citizen's expense. Making it illegal for us, in the shooting community, to share information about shooting, gun cleaning, scope calibrating, gun accessories and so on is absolutely ludicrous. It's a violation of my first amendment right and clearly a back door to restrict my second amendment right.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-ff6g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2620
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jek-49ok
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2621
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Greg Thompson

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties. I also oppose the addition of the word software into these regulations, as it appears to be a
not-so-veiled effort to ban 3-D printers. I urge you to repeal these new regulations in their entirety.
Whether you like it
or not, the First and Second Amendments are still the law of the land!

TSgt. Greg Thompson, USAF (Ret.)