# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-yu7r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2622
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Brackhan

---

## General Comment

I wish to add my own comment and that is that I am quite outraged by your attempt to censor the internet.

Joseph Brackhan.

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001074

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-f8tl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2623
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joanne Meadows
**Address:**
   5512 Anderson Grade Rd.
   Yreka, CA, 96097
**Email:** cowrazy@live.com
**Phone:** 5308410352

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jek-kp8n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2625
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Todd Kokensparger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-pb3p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2626
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Sforza
**Address:**
    108 Ashley Drive
    Winchester, VA, 22602
**Email:** marinevet90@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001077

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-26lu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2627
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Lucas
**Address:**
    1545 E. suffock ave.
    Kingman, AZ, 86409
**Email:** calvchpl@yahoo.com
**Phone:** 928-486-0760

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-rdx8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2630
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremiah Burdette
**Address:**
    61 McCloud Rd.
    White Sulphur Springs,  WV,  24986
**Email:** jbburd.burdette@gmail.com
**Phone:** 3046131762

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-fka0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2631
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karen Morin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jek-prfu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2633
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dexter Wang
**Address:**
    828 Old Road to Nine Acre Corner
    Concord,  MA,  01742
**Email:** dexterwang9@gmaail.com
**Phone:** 9788532905

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-n0nb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2634
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** thomas jefferson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jek-1vxx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2635
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Elwood Groves II
**Address:**
  P O Box 255
  Maxwelton,  WV,  24957
**Email:** elgroves2nd@gmail.com
**Phone:** 3046538886

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-gstg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2636
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed Howell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ed Howell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-hbsx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2639
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Larry Rossow

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-4al2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2640
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Langman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-ap48
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2641
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Bollhoefer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-dohv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2642
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Burke

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jek-q8wx |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2643
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-hr85
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2644
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Michael Landis

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-n05u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2645
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Mauser

---

## General Comment

To whom it may concern:

Enough is enough.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-hxco
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2648
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terry Heintz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-xn6i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2649
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dave Wordinger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-szy1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2650
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** R Espinosa

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jek-tibh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2651
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Galbraith
**Address:**
    524 Cleveland Avenue
    Baxter Springs,  KS,  66713
**Email:** shovelguy79@yahoo.com
**Phone:** 6203041310

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-yqzp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2653
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether anyone likes it or not, the First and Second Amendments are still the law of the land!

Sincerely,


Carl Swinney
State Chair
Libertarian Party of New Mexico

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-kszt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2654
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Manor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jej-xj2a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2655
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Michael Thorn

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-4njc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2656
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jej-bmsi |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2657
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred Mosley
**Address:**
  5441 Cypress Links Blvd
  Elkton, FL, 32033
**Email:** fred.mosley@comcast.net
**Phone:** 9043471923

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-2u5q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2658
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Campbell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land.


William Campbell
Fmr. State Central Committee, G.O.P. Virginia

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-a1cf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2659
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Reed

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jej-m0mm |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2660
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Price
**Address:**
    8122 Holm Oak Way
    Citrus Heights, CA, 95610
**Email:** mikedprice@hotmail.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban
3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments
are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jej-1yiq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2661
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Patterson
**Address:**
  4429 Jinx Ave
  Austin, TX, 78745
**Email:** chrisepatterson@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-v9bq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2662
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Martha McCauley

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-p84m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2663
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Benningfield

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-mjam
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2664
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred Penar
**Address:**
  20838 Kaidon Ln
  North Fort Myers,  FL,  33917

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Fred Penar

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jej-qv6j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2665
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Miller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-ywxf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2666
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Dailey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jej-jxu1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2667
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Justin Rohde
**Address:**
  111 S Morgan St
  Unit 725
  Chicago, IL,  60607
**Email:** justin.rohde@gmail.com
**Phone:** 9522501839

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-7jep
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2669
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RONALD JONES

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-uzjt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2671
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Walter Giegerich
**Address:**
   5809 Long St.
   Richmond, VA, 23231
**Email:** waltgiegerich@yahoo.com
**Phone:** 804-222-4865

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-lhmi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2672
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank E. Higgins
**Address:**
    W3507 Cty. Rd. B
    Rio,  WI,  53960
**Email:** dahlhiggins@centurytel.net
**Phone:** 920-992-3359

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-55qv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2673
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Breckenridge

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jej-k6dw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2674
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robb Feldhege

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-jy3h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2675
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sharon Strauss

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jej-jqlk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2676
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Evans

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001117

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-4k60
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2677
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carl King
**Address:**
    716A Youpon St
    Florence,  SC,  29501
**Email:** carl418@sc.rr.com

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-wo3y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2678
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harley Vogt

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-cvxg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2679
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leonard B. Wallace
**Address:**
   4833 Glendale Ave. NE
   Salem, OR, 97305
**Email:** pikespeakguy@gmail.com
**Phone:** 719-306-6642

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-ifuh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2680
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** joseph bode
**Address:**
    1170 Florence st
    Enumclaw,  98022
**Email:** joebpittpa@gmail.com
**Phone:** 253-251-2676

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!
sincerely
Joseph H. Bode

DOSWASHINGTON001121

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-8rz4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2681
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shane Larson
**Address:**
    422 N Ludington St
    columbus,  WI,  53925
**Email:** dahlhiggins@centurytel.net
**Phone:** 920-623-2053

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001123

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-sf9y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2683
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Duey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jej-r5th
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2684
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001125

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jej-o5dx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2685
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Hoppen
**Address:**
    1658 Westhill Rd.
    Richmond, VA, 23226-3834
**Email:** bushpigbiker@yahoo.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jej-zl30
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2686
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Milo Hoffman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jej-1fl6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2687
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jei-gyrm
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2688
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Dave Fedio

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-357r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2689
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bob Shooner
**Address:**
  7760 Julynn Rd
  Colorado Springs,  CO,  80919
**Email:** bobshooner@aol.com
**Phone:** 719-264-8552

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-7cnr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2690
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Davis
**Address:**
   10215 Park Ridge Dr.
   Indianapolis,  46229
**Email:** rarert@hotmail.com
**Phone:** 317-430-4000

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-dvoa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2691
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** John Bone

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jei-ishu |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2692
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-wogf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2694
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Theis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to entirely repeal these new regulations. Whether you like it or not, the First and Second
Amendments are still the Supreme Laws of the land! The Constitution itself states that it is the
SUPREME LAW and no other law can stand against it, and ALL STATES agree to abide by the U.S.
Constitution when they join the Union. Stop acting unconstitutionally or you will eventually be
prosecuted for violating the Supreme Law of the United States.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-imsr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2695
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

It's very sad when honest citizens are reluctant to provide contact information when dissenting from a
decree of His Majesty.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-2skh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2696
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Washington Citizen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

A Washington Cutizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jei-9rg8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2697
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mr Hurley
**Address:**
4407 Powder Mill Rd
Beltsville, MD, 20705

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-1756
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2698
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Schmidt Jr
**Address:**
    3846 4th Rd
    Bremen,  IN,  46506
**Email:** rsschmidtjr@yahoo.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-3dke
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2699
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Lasco

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jei-etdr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2700
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** GUY POWELL
**Address:**
   1137 7TH ST N
   FARGO, ND, 58102
**Email:** GUYNJRBOY@CABLEONE.NET

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-da6w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2701
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cody Gardner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-b2k9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2702
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-hsfe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2703
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Ivan Hance

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-goc2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2704
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cipher Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-gl6s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2705
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-g80w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2706
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chuck Sawyer
**Address:**
    516 Orange Dr.
    Apt. 13
    Altamonte Springs, FL, 32701
**Email:** chazzsaw@embarqmail.com
**Phone:** 407-260-2824

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON001146

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

These continuous waves of assaults on our Second Amendment rights are more than wearisome. I am sick and tired of the moronic gun-grabbing progressive movement (a gross misnomer) and it's inability to understand the language in the U.S. Constitution which says, and I quote, "........shall not be infringed.". The horse is DEAD, stop kicking it! STOP trying to circumvent The Constitution. It is the most perfect document ever written and, until the moronic progressives came upon the scene, has withstood the test of time! By the way, leave the First Amendment alone too!

DOSWASHINGTON001147

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-1n81
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2707
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Savino
**Address:**
    4553 Eastwood drive
    Okemos, MI, 48864
**Email:** jsavino54@gmail.com
**Phone:** 517 203 5804

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by any administration as
requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-bhkc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2708
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Harris
**Address:**
  P O Box 256
  Ivor,  VA,  23866
**Email:** gunwagn@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.
I urge you to repeal these new regulations in their entirety.
To my knowledge you folks weren't elected by the citizens of this country to represent anyone. The

DOSWASHINGTON001149

current administration
is on its way out. Perhaps you should keep that in mind as I don't believe you were promised a lifetime
position either.

Whether you like it or not, the First and Second Amendments are
still the law of the land!

DOSWASHINGTON001150

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-5pbo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2709
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jei-5d8b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2710
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-lsd3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2711
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Beaird
**Address:**
  2009 Fawnhollow Ct
  Arlington,  TX,  76001-5662
**Email:** prov6@yahoo.com
**Phone:** 2149293943

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-xz21
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2712
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Weir

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jei-12vp |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2713
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jeff cahill

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jeff Cahill

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jei-7v0w |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2714
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jackson Harvey
**Address:**
  13935 Aquila Avenue
  Savage,  55378
**Email:** jch.liberty@gmail.com
**Phone:** (952) 403-7843

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-odx3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2715
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Losch
**Address:**
    Rochester, MA,  02770
**Email:** wlosch@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-mqpl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2716
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick Emry
**Address:**
   719 crest ct
   copperas cove,  76522
**Email:** emry.patrick@gmail.com
**Phone:** 2543196905

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,Patrick Emry

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-223v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2717
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Colby

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely. MSG Richard M. Colby, USA, Retired

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jei-1kcx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2718
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jei-o1pm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2719
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ken Firestone
**Address:**
  4701 N. 68th St. #139
  Scottsdale,  AZ,  85251
**Email:** kenfirestone.az@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jeh-rd65 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2721
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-z0b1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2722
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Fritz
**Address:**
    714 cobblestone trail
    Macedon,  NY,  14502
**Email:** Mjfritz07@gmail.com
**Phone:** 585-704-8124

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jeh-jg68
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2724
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ryan Massie

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-soeh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2726
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Russell
**Address:**
　PO Box 293
　Stewartstown,  PA,  17363-0293
**Email:** russ.war56@yahoo.com
**Phone:** 717-676-0938

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

William A.Russell

DOSWASHINGTON001165

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-6lie
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2727
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban or severely regulate 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you agree or not, the First and Second Amendments are still the law of the land and this rewrite appears to broadly cast an unconstitutional net of unlawful regulation (restriction of freedom of speech and severely limiting access to information pertinent to the safe operation and maintenance or firearms and ammunition as it relates to their lawful use congruent to our Second Amendment right) over millions of law abiding firearms owners in the United States.

Thank you for your consideration,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-y9jj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2728
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
An American Cititzen.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeh-zsoh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2730
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** NATHAN DILLEY

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-u5e2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2731
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Quentin Ireland

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Quentin W. Ireland

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-2l84
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2733
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marcus York

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeh-ku53
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2734
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-cuyw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2735
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Luben Tuikov

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Luben Tuikov

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-gtpv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2736
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

Quit trying to decrease or take away our freedoms.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-ne9p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2738
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-kwow
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2739
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Farrell
**Address:**
   PO Box 375
   Bristol,  NH,  03222
**Email:** mcso@metrocast.net
**Phone:** 6036308362

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!


Kevin Farrell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeh-ndmh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2740
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Dabney

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-i9f3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2741
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Padwa
**Address:**
    67 King Street
    Warren, RI, 02885
**Email:** tomp@qis.net
**Phone:** 401-247-3004

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Tom Padwa

DOSWASHINGTON001178

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-3v4k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2743
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ken hancock

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, ken hancock

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeh-dgtw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2744
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Raymond Scipioni

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-ug8s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2745
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ken Ford
**Address:**
    12315 Davis Blvd
    Ft.Myers,  FL,  33905
**Email:** eman3399@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-bmvo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2746
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Christian

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-njh6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2747
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-vs4e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2748
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lewis Brown

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Lewis Brown

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeh-rm8k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2749
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff Kaminski
**Address:**
    129 Pine St.
    Lockport, NY,  14094
**Email:** hands637@aol.com
**Phone:** 7164337151

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001185

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-btyw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2750
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Emanuel
**Address:**
  47046 Sugarbush
  Chesterfield, MI, 48047
**Email:** robemanuel@rocketmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-oahl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2752
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric White

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-91yb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition
of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition
of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-2753
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Gramlich

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive
fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Mike Gramlich
POB 284
Holden, ME
04429

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-xztf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2754
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kim Jorensen
**Address:**
    14150 Tilford Road
    Sturgis,  57785
**Email:** jorki@wescomm.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-w9ak
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2755
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** T Anderson

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001190

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-fglr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2756
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lee Wentz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

Posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties for posting information on virtually
any firearm on the internet.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban the use of 3-D printers.

I urge you to repeal these new regulations in their entirety. Do not forget: the First and Second
Amendments are still the law of the land and are our natural, civil and human rights.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeh-f79v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2757
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ricky Salyer
**Address:**
　755 SE 550
　Knob Noster,  MO,  65336
**Email:** sargesarms@hotmail.com
**Phone:** 6604410604

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeh-5eze
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2759
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** PG Anonymous

---

## General Comment

To whom it may concern:

We strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

We also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

We urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-jtey
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2760
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Stumper
**Address:**
    137 Villere Drive
    Destrehan, LA, 70047-2507
**Email:** dstumper@aol.com
**Phone:** 9857643137

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-rsep
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2761
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Carmody

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put folks who violate this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Unconstitutional regulations are just that --
Unconstitutional. Whether you like it or not, the First and Second Amendments are still the law of the
land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeh-1zm3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2762
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeh-tjl3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2763
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Renee Townsend

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeg-is2g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2765
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Townsend

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-ge97
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2767
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jeg-kj23
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2768
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Zach Jr.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001200

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeg-9yo9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2769
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-hf19
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2770
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Escue

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet. This is contrary to the First Amendment and out of scope for the State Department's authority.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers. This is extremist and IT issues are also out of scope for the ITR.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeg-tocl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2771
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karl Karl

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-rqzg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2772
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian F. Nelson Hathaway
**Address:**
    1602 Frankford Avenue Unit 15228
    Philadelphia,  PA,  19125-4435
**Email:** bfhtemplar@aol.com

---

## General Comment

Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeg-o1zl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2773
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick Walker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Patrick Walker

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-hkdi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2774
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William H Mumford

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001206

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-oato
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2775
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-f5iq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2776
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chuck Crosthwait

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments to the
Constitution of These United States of America are the law of the land. They do not require further
definition and are not subject to alliteration or hyperbole.

The right to free speech in all forms across all methods of communication. "Congress shall make no law

[...] abridging the freedom of speech..." This is an absolute statement and requires no further definition. We The People have the right in our country to speak as we will about what we will. Rights shall not be infringed and it is not a privilege in our country.

The right to keep and bear arms is not a privilege, it is a guarantee. "[...] the right of the people to keep and bear arms shall not be infringed." This statement is exclusive of the pretext within the Second Amendment and it is what guarantees the right regardless of liberal redefinition of the language in which it was written. The prepositional phrase stands on its own. It matters not that the pretext phrase provides also the freedom to assemble a state or local militia which is also a guaranteed right belonging to the people of These United States.

You must stop trying to curtail the rights and liberties of the people of this country. You do not have the right or privilege, outside of a Convention of States as set forth in Article V of the Constitution, to rewrite, redefine, reinterpret, or revoke any right guaranteed by the Constitution. The President does not possess any such right or privilege either. It is, however, your sworn duty to block such attempts made by any governing body to limit, curtail, prohibit, or ban any such attempt within These United States.

"I, [name], do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God. 5 U.S.C. 3331

That is the oath of office for all federal employees not covered under other forms of the oath of office for various branches of the military or legislative branches of the federal government. You took that oath, now you must keep it.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-inay
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2777
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sarah Shelton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jeg-kqvo |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2778
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Clifford Flores

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-lpmw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2781
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-dxbe
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2783
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Hannon
**Address:**
  10523 N. Hauser Lake Rd.
  Hauser, ID, 83854
**Email:** hannont517d@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Thomas Hannon

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-quff
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2784
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-lrec
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2785
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** justin porterfield

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-h171
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2786
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeg-9f39
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2787
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** steve Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-qger
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2788
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerald Bassett

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR).

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-7t57
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2789
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-w737
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2790
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** DrTimothy-Allen Albertson
**Address:**
    2739 4th Avenue
    Council Bluffs,  IA,  51501-3541
**Email:** timothyallen.albertson@gmail.com
**Phone:** 712-326-8761

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

If your agency adopts any regulation which, in any way, infringes upon or chills the exercise by myself, or others, of their rights under the First and Second Administration I will urge my Senators and Member of Congress to cut funding of your agency necessary to implement the same as well as not funding salary and benefits of those responsible for adopting te same regulatios.

DOSWASHINGTON001220

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-2xut
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2792
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Carey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-583y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2794
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001222

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-eg4k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2795
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Ward

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-mrfq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2796
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Susan Cunningham
**Address:**
    502 Bellevue Ave
    Dayton,  OH,  45406
**Email:** ijettsett@gmail.com
**Phone:** 9373671877

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON001224

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-176v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2797
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Watson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-2o58
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2798
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brett Baylor
**Address:**
   1 South Main Street
   Dayton, OH, 45402
**Email:** brettcbaylor@gmail.com
**Phone:** 9373044469

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001226

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-o2yg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2799
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lee Nakasone

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeg-g0aa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2801
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

Posting information on virtually any firearm or ammunition issue could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether or not you like it, the First and Second
Amendments are still the law of the land! You have a constitutional responsibility NOT to censor the
speech of Americans for political expediency!!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-4zvv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2802
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matt Bjork

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeg-pn24
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2803
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Lester Marlatt

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001230

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeg-kg07
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2805
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-1ybl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2806
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-1acu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2807
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** M. Hughes
**Address:**
  P.O. Box 211
  Baldwin, NY, 11510
**Email:** electric711@yahoo.com
**Phone:** 5185896452

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-svvb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2808
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Don Gockley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-ujn7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2809
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ron Stone
**Address:**
   7999 Elm Ave.
   Wyndmoor,  PA,  19038
**Email:** americanlegion1@comcast.net
**Phone:** 2152335694

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Ron Stone

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-iz20
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2810
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Simmons
**Address:**
   2251 State Rute 49
   West Monroe,  NY,  13167
**Email:** davidrsimmons@msn.com
**Phone:** 315-247-5141

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON001236

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-1tl7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2812
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Boehlke
**Address:**
  19846 E. Calle De Flores
  Queen Creek,  AZ,  85142
**Email:** rich.bellkey@cox.net
**Phone:** 4807605982

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-4uij
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2813
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Greenwald
**Address:**
  177 Roselawn Dr.
  Xenia,  OH,  45385-1965
**Email:** sgreenwald@fuse.net
**Phone:** 9373723314

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001238

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-1zfa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2814
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Allen Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-70us
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2815
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Bowen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-qrai
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2816
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RONALD WILLIAMS
**Address:**
   1341 VIA MARCOS
   CATHEDRAL CITY,  CA,  92234
**Email:** ronwilliams@dc.rr.com
**Phone:** don't call

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

There is no law within the 50 U.S. Codes that authorizes this action. If such unknown authority exists,
then the proposed new regulations will need to include such authority.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-x9js
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2817
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Organization:** GOA

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-3frp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2818
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Brian Blair

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeg-2z40
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2819
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** daniel nauenburg
**Address:**
  13741 mercado dr
  del mar,  CA,  92014
**Email:** evildanny@hotmail.com
**Phone:** 858-481-6747

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-b30w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2820
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Phillips

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-xtec
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2821
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Stull

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jef-np19 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2822
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-29wj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2823
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Middleton
**Address:**
  1667 Gamay Lane
  Brentwood,  CA,  94513

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-g7xp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2824
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert McMurray

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet, thus violating the first
amendment to the Constitution of these United States of America.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by unelected bureaucrats as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments
are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-9kg5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2825
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Howard Jeffers III

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-4vyb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2826
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Schwartz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-akn0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2827
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Swan
**Address:**
    10580 North McCarran Blvd.
    Reno,  NV,  89503

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-slnp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2828
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Ken Smith

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jef-nkil
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2830
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Rogers

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-gtfx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2831
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill Hawley

---

## General Comment

the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-iomp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2833
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-669n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2834
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Illson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001257

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-8zse
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2835
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Woodman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-7nec
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2836
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-gfji
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2837
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Spencer
**Address:**
    Indianola,  WA,  98342
**Email:** tanagra_1@yahoo.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-3c17
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2839
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J. J. Bradshaw

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

I suggest that you do not have the authority to implement such broad-based regulation/treaty without a
vote of the congress.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-v7yh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2840
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Dierking
**Address:**
    416 Hickory St
    Omaha, NE, 68108
**Email:** mark_dierking@hotmail.com
**Phone:** 402-557-8622

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jef-qgqg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2841
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-p7i3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2842
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** A. Regini
**Address:**
 1072 Misty Cliff Drive
 Dickinson,  TX,  77539
**Email:** alregini@comcast.net

---

## General Comment

Obamas State Department Could Gag Firearms Communications over the Internet

------------------------------------------------------------------------------

Not a GOA member yet? You can join Gun Owners of America today for a mere $20!

------------------------------------------------------------------------------

A rewrite of the State Departments arms control regulations could potentially grant the State Department
a wide-ranging power to monitor and control gun-related speech on the Internet.

The State Department is updating the International Traffic in Arms Regulations (ITAR) and has amended
the existing regs to include making technical data available via a publicly available network (e.g., the

Internet).

This restriction on Internet speech is wholly new language and puts anyone who violates this provision in danger of facing decades in prison (up to 20 years) and massive fines (up to $1 million).

The language is so broad that it could potentially include virtually any gun-related communication of a functional how to nature.

The language includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics up to .50 caliber; (3) other firearms of special military application; (4) shotguns with a barrel length less than 18 inches; and (5) components, parts, and ammunition for all of these.

In other words, electronically posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license.

And again, violators would potentially face significant criminal penalties.

Revised definitions could license (a.k.a., ban) 3-D printers

Another threat to gun rights is found in the revised definition of defense article, which has been redefined to be any item, software, or technical data....

So posting certain gun-related software to the Internet would first require a license -- and a huge license fee. While the term software is new, the State Department contends that this is a mere tweaking and represents no substantive change.

But if theres one unbreakable rule in politics, its that, when drafters take the time and effort to add a provision to the underlying text, it is never, never, ever without reason.

And if theres a second unbreakable rule, its that the drafters will inexorably lie and say theyre only codifying current law.

What software should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs seems to be an effort to outlaw this technology by executive fiat.

San Antonio gun author Nick Leghorn, who writes for The Truth About Guns, predicts an end to Encryption programs like TrueCrypt as well as 3D models of firearms....

There is much more thats involved with these regulations, and you can read about it in greater detail here.

ACTION: You can submit comments to the State Department in opposition to the proposed arms control regulations by going here. Simply cut-n-paste the text below into the online comment box. And if you wish to read the State Department regulations, you can do so here.

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jef-eub4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2843
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Brenneisen
**Address:**
   144 Brookshire Creek Dr
   Wentzville, MO, 63385
**Email:** mikeb41@centurytel.net
**Phone:** 636-887-5571

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Michael Brenneisen

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jef-xewx |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2844
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Krutki

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
John Krutki

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-9crk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2845
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Zaleski
**Address:**
    POB 678
    Jackson, NJ, 08527
**Email:** mzaleski@att.net
**Phone:** 7329874157

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the government as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Our Constitution and the First and Second Amendments
are more important than whatever minor improvement in our security is achieved by creating exceptions to them.

Cordially, Michael Zaleski

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-zng6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2846
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Gordon
**Address:**
  1734 Houston Ave
  Bremerton,  WA,  98312

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-sdsw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2847
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Gregg Glenn

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-srdz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2848
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** stephen Geller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-5o59
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2849
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-zyol
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2850
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Alvarez
**Address:**
   2609 N. Pines Rd.
   Apt. 18
   Spokane Valley,  99206
**Email:** k.r.alvarez.99016@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

DOSWASHINGTON001275

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ken Alvarez

DOSWASHINGTON001276

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-m5r2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2851
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronn Ybarra

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-hguj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2852
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Hill

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-rf0f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2853
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** M R

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-fpey
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2855
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Lawrence Smith

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-ona9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2856
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** tom Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-r9ma
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2857
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ken and Mary Geis

---

## General Comment

To whom it may concern:

We strongly oppose the re-write of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control Second Amendment-
related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Soetoro
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

We also oppose the addition of the word software into these regulations, as it is an effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001282

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-q681
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2858
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** tom lish

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Please!!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-jihk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2859
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roland Schama
**Address:**
   4469 Shelly Dr
   Seven Hills,  OH,  44131
**Email:** rnschama@cox.net
**Phone:** 2162173323

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Since when did we become a communist country and begin ignoring the Constitution?

Sincerely,

# PUBLIC SUBMISSION

<div style="border:1px solid">

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jef-htqd
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2860
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas & Kathleen Patton
**Address:**
  4622 Narrot St.
  Torrance,  CA,  90503

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-7btm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2861
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Gacek

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001287

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** June 13, 2015 | |
| **Status:** Posted | |
| **Posted:** June 15, 2015 | |
| **Category:** NA | |
| **Tracking No.** 1jz-8jef-py6k | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2862
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jef-djxx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2863
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Savage
**Address:**
   2122 O'Day Rd.
   Fort Wayne,  IN,  46818
**Email:** craigsvg@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-lhsf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2864
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-9z0g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2865
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-1kg5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2867
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001292

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-82tw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2868
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jef-v5yv |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2870
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James N Carter Jr
**Address:**
    58 Girth Ln
    Shenandoah Junction,  WV,  25442
**Email:** bengals86@comcast.net
**Phone:** 3042684308

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-uw9i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2872
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Henry Bishop

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Henry Bishop

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-y1x3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2873
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-g6wp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2874
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jef-k5mt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2875
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bob Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jef-ftd0 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2876
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Newman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jef-itbx |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2877
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Hill
**Address:**
    38417 NE 94th AVE
    La Center,  WA,  98629
**Email:** soldierb92@gmail.com
**Phone:** 3602634089

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jef-9zz7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2878
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Wilson
**Address:**
    200 S.East St
    Vassar, MI, 48768
**Email:** cwilson1@chartermi.net
**Phone:** 9898232020

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001301

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-m7a8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2880
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-4sxp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2881
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Burger
**Address:**
   PO Box 1023
   Edgewood, NM, 87015
**Email:** rbatman3210@q.com
**Phone:** 505-281-1629

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-f3mx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2882
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cheryl smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

<div>

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jef-whmv
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2883
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Weddle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-5z69
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2884
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Friess

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-k7xh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2885
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jef-wxhs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2887
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jef-bypn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2888
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terry Miller

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Terry Miller

DOSWASHINGTON001309

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-j14o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2889
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Keenum

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-erol
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2890
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gabino Cortez

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jef-9m7s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2891
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Tanner
**Address:**
  122 Willis Ave.
  Jefferson,  OH,  44047
**Email:** jimt2099@yahoo.com
**Phone:** 4405761575

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-rm0g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2892
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-sa55
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2893
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jef-fnon |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2894
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tony Dunn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jef-ibx0 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2895
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roy Tolson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jef-24l9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2896
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Horgan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-uo6e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2898
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Rodgers
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jee-utn1
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2899
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-38pb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2900
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001320

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-q41k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2901
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** CALVIN BLUMHORST
**Address:**
   2525 STATE ROUTE 235 S
   SAINT PARIS, OH, 43072
**Email:** cblumhorst@hotmail.com
**Phone:** 7656741055

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-nlk5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2902
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Howland

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-od32
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2903
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

> **As of:** August 04, 2015
> **Received:** June 13, 2015
> **Status:** Posted
> **Posted:** June 15, 2015
> **Tracking No.** 1jz-8jee-gybs
> **Comments Due:** August 03, 2015
> **Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2904
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** CHUCK ANDREWS
**Address:**
    121 CIDER HILL ROAD
    YORK,  ME,  03909-5213
**Email:** ciderhillassoc@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jee-17ww |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2905
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** larry renney

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-i8t7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2906
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Campbell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-tl58
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2907
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Walsh

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

M.W.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-ei7e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2908
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Byrd

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-mowd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2909
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Martin
**Address:**
    1157 Fenwick St.
    Coos Bay,  OR,  97420
**Email:** edward.martin59@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!
AMEN

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-zgw1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2910
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Vernon Austin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties and turn law abiding citizens into
criminals. Trying to license what is our 1st Amendment rights is not only non-American but blatantly
tyrannical.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land! And no, not one, Administration or government
bureaucracy has the power or the right to trample on the Constitutional rights of Americans!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-9mnf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2911
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jon Baer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-iyur
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2912
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Casey Mahoney
**Address:**
  PO Box 30265
  Santa Barbara,  CA,  93130
**Phone:** 805 563 1959

---

## General Comment

To whichever bureaucrat it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

STILL THE LAW OF THE LAND!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-t8zp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2913
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-i8a6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2915
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Poteet

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-ytue
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2917
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dennis Venneman
**Address:**
    911 South Bridge Street
    Belding, MI, 48809
**Email:** dvman@chartermi.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-culf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2918
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-50mq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2919
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Pamela Ginder-Darby

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001337

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-7fze
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2920
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Halstead

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-xvgw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2921
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Perry M. Points
1245 Peavy Road
Howell, MI 48843
Cell: 517-304-0094

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-tki9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2922
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Max Effort

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-gxz7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2923
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-qzkg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2924
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** MIKE SWANSON
**Address:**
    IA,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-bpbt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2925
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joshua Kirchman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Joshua Kirchman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-6iz4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2926
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Fischer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-i98z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2927
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harell Coley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-td1c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2928
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-8f32
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2929
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-uek0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2930
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darren Ryland

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Darren Ryland

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-uqby
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2931
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    49346

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-hgp9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2932
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sgt. Anonymous
**Address:**
    NY,  12534
**Phone:** N/A

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-b1iy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2933
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Moran

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-g405
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2934
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Woodruff
**Address:**
   13513 Meadowvale Rd
   Elk River,  MN,  55330
**Email:** patwoodruff@charter.net
**Phone:** 763-241-7839

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Gary P. Woodruff

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-t3sw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2935
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Souther
**Address:**
  7 Taylor Drive
  Tijeras,  NM,  87059
**Email:** tmsouther@gmail.com
**Phone:** 5059261174

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-20uu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2937
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-pzpa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2938
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Sayles

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Charles Sayles
SFC/USA(RET)

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-t45z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2939
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Gary Erne

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Remember the Battle of Athens, coming to a town near you!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-k65z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2940
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** thomas ochs
**Address:**
    704 e dixon
    charlevoix, MI, 49720
**Email:** ochsman_north@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

Second Amendments are still the law of the land!

Sincerely,

Tom Ochs
Charlevoix, Michigan

DOSWASHINGTON001358

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-o1rj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2941
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-576o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2942
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** keith higginbotham

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-7sg1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2943
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Wenger
**Address:**
> PO Box 4227
> Show Low,  AZ,  85902
**Email:** spwenger@spw-duf.info

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Stephen P. Wenger

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-49o4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2944
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001362

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-pnu1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2945
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Raymond Oliver
**Address:**
    3001 E Vista Drive
    Phoenix, AZ, 85032
**Email:** rtocro@msn.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jee-qbuq |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2946
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Murphy

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-vtn7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2947
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Garret Clark
**Address:**
   11417 Foreman Farms Ct
   Lowell, MA, 49331
**Email:** clarkga69@sbcglobal.net
**Phone:** 6168977346

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Garret Clark

DOSWASHINGTON001365

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-nx3z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2948
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-hh0o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2949
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Fuher
**Address:**
    1323 SE 17th Street, #441
    Fort Lauderdale, FL, 33316
**Email:** Orville2nd@aol.com
**Phone:** 9542601679

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-t94d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2950
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Baker Jr

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Kenneth Baker Jr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-sjzb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2951
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Norman A Raymond

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001369

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-ncip
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2953
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-wfn1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2954
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ben Bural

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Regards,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-5ggi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2955
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Corey Salo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001372

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-kgfn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2957
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Fast
**Address:**
   1052 Briarwood Road
   Fort Collins,  CO,  80521

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-nq8l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2958
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-5j9f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2959
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Swift

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-k3tf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2960
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Mark Dunn

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Mark Dunn

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jee-7w1y |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2961
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Resciniti
**Address:**
   1076 Rivermeade Drive
   Hebron, KY, 41048
**Email:** rs7977@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-radj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2962
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Scull

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Mr David Scull

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-53jy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2963
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Boyer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jee-rmik
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2964
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Martin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-ef89
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2965
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern: I strongly oppose the rewrite of the State Departments arms control regulations
(ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control
gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-h2lw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2966
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffery Delph
**Address:**
    74 EMS D18C LN
    Syracuse, IN, 46567
**Email:** jeff.delph@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-pa8y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2967
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Derek Cyr

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jee-kmv2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2968
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Mewborn

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-pvyl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2969
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Holden
**Address:**
   1470 E 310th Rd
   Pittsburg,  65724-9600
**Email:** sah@nutritionucanlivewith.com
**Phone:** 417-852-1248

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001385

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-q3o1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2971
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terrence Miller
**Address:**
　6047 San Gabriel Apt E
　Kalamazoo,  MI,  49009
**Email:** terrence.miller51@comcast.net
**Phone:** 2692177847

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-q9jn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2972
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Kurzej

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-1uy0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2973
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jed-c98n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2974
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Duane Dahlin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-qc7o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2975
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed Gilstrap
**Address:**
  154 Autry Ave
  Mooresville, NC, 28117

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- would essentially outlaw all sorts of writing that is protected by both the first and
second amendment -- making speech punishable by years in prison.

So posting information on virtually any firearm or ammunition could be defined by the any future
administration as requiring, not only government permission, but potentially a government license.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-th3l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2977
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Sanner
**Address:**
   3802 Bramblewood Drive
   Brunswick, OH, 44212
**Email:** tjsanner@yahoo.com
**Phone:** 440-263-7272

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-bjq6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2979
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Desberg
**Address:**
    7126 Susquehanna Dr.
    Tobyhanna,  18466
**Email:** tanman360magnum@yahoo.com
**Phone:** 5162976641

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-tm4z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2980
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-e92v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2981
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Luke Cowles
**Address:**
　208 Woodard Ave.
　B
　Louisville,  OH,  44641
**Email:** 10333rd@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety, not only for these reasons, but for the incontrovertible fact that they are clear and blatant violations of the First and Second Amendments.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-s1ei
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2983
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kurt Asplund

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-qehi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2984
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** NW Botting
**Address:**
   4585 W Hwy 24
   Florissant,  CO,  80816
**Email:** neil.open@gmail.com
**Phone:** 7197483003

---

## General Comment

To appropriate females and males:

Regulations trying to trump the constitution are a waste of time and those employed to write them must be terminated from taxpayer funded employment.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jed-o2m7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-2985
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Brown
**Address:**
  43 Pond Street
  Essex, MA, 01929
**Email:** jb3147@gmail.com
**Phone:** 978-810-1332

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-r3xl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2986
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Guy Hodges

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-ay4e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2987
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Pratt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jed-6o67
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2988
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed Frye
**Address:**
   9243 S NC Hwy 150
   Linwood,  NC,  27299
**Email:** rofrye06@gmail.com
**Phone:** 3367524030

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

If you do not repeal these regulations, you are complicit in an ongoing (and often illegal) effort by this administration to rewrite the laws, and Constitution of the United States by executive fiat. This republic was designed by our founding fathers to be ruled by majority determination of the citizens - - not by the whim of a single man who holds himself above the law of the land. Return the decision making to the majority!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jed-zdcb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2989
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Samuel Adams

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land! Thank you for your attention to this most important
matter. Sincerely, Sam

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-a3uk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2990
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dennis Marietta, USAF Ret.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jed-vsad
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2991
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Roop

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jed-i4ck
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2993
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Combs
**Address:**
  PO Box 75
  Lohman,  MO,  65053
**Email:** combs2000@yahoo.com
**Phone:** 5736443570

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-l0tx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2994
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** matthew m

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

If more time and money was spent on the kids and the elderly as they spend on taking away your 2nd
amendment rights, we would have the smartest and healthiest people in the country.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-vm5l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2995
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-hl7o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2997
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lydia Acuff

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-hz3i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-2998
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roy Tarbutton
**Address:**
    5121 Wiggins Lake Road
    Walnut Hill, FL, 32568
**Email:** roy@tarbutton.net
**Phone:** 8503276672

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jed-pfhd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-2999
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Peter Young

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring,
not only government permission, but potentially a government license. This means violators would
potentially
face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments
are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-bwbm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3000
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Williams
**Address:**
    1052 Henry Brandon Rd. Ext.
    Alton,  VA,  24520
**Email:** charlesw04.cw@gmail.com
**Phone:** 3362605598

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-nt69
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3001
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jed-nj7p |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3002
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-6cd4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3003
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tony Alvelo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-1uxm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3004
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tony Naples

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-nngh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3005
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Jim Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-swno
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3006
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-vcfx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3007
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-ib1j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3008
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

American Gun Owner

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-edeq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3009
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Howe

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jed-vr8a |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3010
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robb Nicholson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-7r4o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3011
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-oyf2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3012
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jed-oawp
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3013
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Mandeville

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-pyx3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3014
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nathan Young
**Address:**
    205 Lakeview Court
    Marysville, OH, 43040
**Email:** young6709@gmail.com
**Phone:** 937-209-0844

---

## General Comment

To whom it may concern:

As an avid supporter of the U.S. Constitution and the Bill of Rights, I strongly oppose the rewrite of the
State Departments international traffic in arms regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

Posting information on virtually any firearm or ammunition online could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties. Many avid gun enthusiasts enjoy
openly discuss different types of firearms and ammunition, as some people enjoy the hobby of reloading
ammunition.

This would also effect trade as this will put restrictions on venues such as YouTube and social media

DOSWASHINGTON001425

sites like Facebook, Twitter, and Instagram and make it difficult for firearm accessory companies to advertise their products. The first amendment is definitely at stake as these discussions are not discussing Special Forces or SEAL training tactics, but the enjoyment of different types of firearms and ammunition among law abiding citizens for all lawful purposes. This regulation would make criminals of law abiding citizens, something we can do freely today would be a criminal offense after this type of regulation passes.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jed-vgwd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3016
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001427

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-jaoa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3017
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John GOLDBERG

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-djv4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3019
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Massingill

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001429

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jed-yrr5 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3020
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Buchheim
**Address:**
  3500 Kings Lake Drive
  Virgiinia Beach,  VA,  23452
**Email:** pbuchheim@cox.net
**Phone:** 7579448261

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are
still the law of the land!

DOSWASHINGTON001431

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jed-jcun
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3021
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Newton
**Address:**
    249 Powell chapel road
    Pulaski,  38478
**Email:** Tnrat@swampshack.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-a8vq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3022
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-9jr9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3023
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Wehrmann

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mr. James Conrad Wehrmann

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-y8zs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3024
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Bollinger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not
only government permission, but potentially a government license. This means violators would potentially
face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are
still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-kxqu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3025
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Calverley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-prz7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3026
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kris Skeem

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jed-xzx8 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3027
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Theodore Johnson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-45jb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3028
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harold Anonymous
**Address:**
   MO, 63382

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-pq8c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3029
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tommy Thombs

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Thank you for your time and consideration.

Sincerely,

Tommy W. Thombs
Belfair, WA 98528

DOSWASHINGTON001440

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-e54o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3031
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Turner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Roger Turner

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-hdnz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3034
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Abraham Del Rio

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-4npf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3035
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cynthia Jones
**Address:**
   P O Box 406
   Valley Lee,  MD,  20692
**Email:** singingblonde@hotmail.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-hau2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3036
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-ocr5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3037
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jed-e4xr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3038
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ralph Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jec-7jzg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3039
Comment on DOS-2015-0023-0001

---

## Submitter Information

---

**Name:** James Nunn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-nvh5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3041
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Sponar
**Address:**
   1826 Ridgeview Drive
   Carlisle, PA, 17013
**Email:** ctsponar@gmail.com
**Phone:** 7172410323

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-qe86
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3042
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001449

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jec-fgiv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3043
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ward Barker

---

## General Comment

To whom it may concern:

I strongly oppose any rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments--the Bill of Rights were plainly and openly implied as God-given, innate rights of
people and beyond any right of any government to alter--remain the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jec-qq03
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3045
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Azze

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-cmpr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3046
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-5wxx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3047
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leo Carling
**Address:**
    455 Boyds Mill Ln
    Bentonville,  VA,  22610

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines. Posting information on virtually any firearm or ammunition could be defined by the
Obama administration as requiring, not only government permission, but potentially a government
license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-h1j9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3048
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-dnnr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3049
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jec-3nku
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3050
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Henry Rodriguez

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-wwug
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3051
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jec-wkbs
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3052
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Bob Lambert

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-hi15
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3053
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-dfln
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3054
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Wolf
**Address:**
  5 Monroe Street
  New York City,  NY,  ste
**Email:** steppenwolf@hushmail.com
**Phone:** 212963440

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Steven Wolf

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jec-mhzl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3055
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nathan Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-56qd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3056
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Mack

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-hunt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3057
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Herb Rowder
**Address:**
   8956 SW 76th Place
   Portland, OR, 97223
**Email:** rdr99@comcast.net

---

## General Comment

To whom it may concern:

Since the proposed changes are too broad and not well defined...

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-f6ns
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3058
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phillip York

---

## General Comment

strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-mm6j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3059
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Robbins
**Address:**
    10500 Leeke Rd
    Grass Lake,  MI,  49240
**Email:** snowman485@gmail.com
**Phone:** 734-475-7410

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON001465

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jec-lg72 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3060
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Mason

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-s7zu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3062
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

Obamas State Department Could Gag Firearms Communications over the Internet


Created: Friday, 12 June 2015
Written by Gun Owners of America
----------------------------------------------------------
Not a GOA member yet? You can join Gun Owners of America today for a mere $20!
----------------------------------------------------------

A rewrite of the State Departments arms control regulations could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The State Department is updating the International Traffic in Arms Regulations (ITAR) and has amended the existing regs to include making technical data available via a publicly available network (e.g., the Internet).

This restriction on Internet speech is wholly new language and puts anyone who violates this provision in danger of facing decades in prison (up to 20 years) and massive fines (up to $1 million).

The language is so broad that it could potentially include virtually any gun-related communication of a functional how to nature.

The language includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics up to .50 caliber; (3) other firearms of special military application; (4) shotguns with a barrel length less than 18 inches; and (5) components, parts, and ammunition for all of these.

In other words, electronically posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license.

And again, violators would potentially face significant criminal penalties.

Revised definitions could license (a.k.a., ban) 3-D printers

Another threat to gun rights is found in the revised definition of defense article, which has been redefined to be any item, software, or technical data....

So posting certain gun-related software to the Internet would first require a license -- and a huge license fee. While the term software is new, the State Department contends that this is a mere tweaking and represents no substantive change.

But if theres one unbreakable rule in politics, its that, when drafters take the time and effort to add a provision to the underlying text, it is never, never, ever without reason.

And if theres a second unbreakable rule, its that the drafters will inexorably lie and say theyre only codifying current law.

What software should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs seems to be an effort to outlaw this technology by executive fiat.

San Antonio gun author Nick Leghorn, who writes for The Truth About Guns, predicts an end to Encryption programs like TrueCrypt as well as 3D models of firearms....

There is much more thats involved with these regulations, and you can read about it in greater detail here.

ACTION: You can submit comments to the State Department in opposition to the proposed arms control regulations by going here. Simply cut-n-paste the text below into the online comment box. And if you wish to read the State Department regulations, you can do so here.

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-wc3m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3063
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Williams

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-wm2b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3064
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Hogberg
**Address:**
    2064 E. Ranch Ct.
    Gilbert,  AZ,  85296
**Email:** rahphx@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON001471

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-4pzz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3065
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Baggett

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001472

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-t5j8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3067
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Pruitt
**Address:** United States,
**Email:** steve.pruitt@twc.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. They are a direct confrontation to the the First
and Second Amendments.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-h53t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3068
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** An American Citizen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-jdpv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3070
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Walt Shiel

---

## General Comment

To Anti-Constitutional Bureaucrats Rewriting ITAR:

I am absolutely appalled at and strongly oppose the rewrite of the State Departments arms control
regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor
and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I am fed up with this kind of executive overreach and urge you to repeal these new regulations in their
entirety. Whether you like it or not, the First and Second Amendments are still the law of the land! You
do remember those, right?

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-d3a8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3071
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Siemens
**Address:**
    3943 Haines Rd N
    St.Petersburg,  FL,  33713
**Email:** captdfs@yahoo.com
**Phone:** 727-421-9365

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-1rm7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3072
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Hines
**Address:**
    990 Old Harrisburg Road
    Gettysburg, PA, 17325
**Email:** sewvacman@gmail.com
**Phone:** 717-752-6741

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON001477

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-v28k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3073
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Kevin Meyer

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-hoqb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3074
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Roger Styskal

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-lvc2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3075
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert D Studley Jr
**Address:**
    67 Martland Av
    Brockton,  MA,  02301
**Email:** stockwood9@comcast.net
**Phone:** 5085837458

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jec-iv5r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3076
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Hammond

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-uyi1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3077
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-2cdo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3078
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Harrison

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-w5vq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3079
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Lose
**Address:**
   1435 Camp Rd
   Charleston,  SC,  29412
**Email:** jwlose@gmail.com
**Phone:** 843-795-2479

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jay Lose
Charleston, SC 29412

DOSWASHINGTON001485

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jec-e75n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3080
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris & Susie Brintnell
**Address:** United States,
**Submitter's Representative:** Chris
**Organization:** CH4U
**Government Agency Type:** Federal
**Government Agency:** VETS

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-1rtp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3081
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-kfqv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3082
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001488

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-8mcg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3083
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff Tatreau

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001489

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-iy5c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3084
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-g8hv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3085
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff Cheatham

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-u3kw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3086
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** You fail the Constitution

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-fn33
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3087
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dennis Forward
**Address:**
  10601 93rd St. SE
  Oakes, ND, 58474
**Email:** dsforward@drtel.net
**Phone:** 701-783-4478

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-rmn9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3088
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Royce Withey
**Address:**
    26 Captain Parker Drive
    Lee,  NH,  03861
**Email:** royce_w@yahoo.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001494

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-2qeh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3089
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jared Black

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-em0d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3090
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Carter

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jec-nrag
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3091
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** james s warren jr
**Address:**
  3204 pond hollow st
  wesley chapel,  FL,  33543

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jec-l70v |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3092
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-zng1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3093
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Pekol

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jec-b742
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3094
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Bell

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Free speech is guaranteed by the Constution and the Government has no place regulating it!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-chne
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3095
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Williams

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-gguq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3096
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frederick Everitt

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001502

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-7bfb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3097
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** PHYLLIS OLLEY

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-t3ou
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3098
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dr. Brian Campbell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Brian Campbell, DO, MPH

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-x2ey
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3099
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Olley
**Address:**
    4813 Old Jackson Rd
    BELLS,  TN,  38006
**Email:** scottolley1957@aol.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jec-bcvs |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3100
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Melvin Schaupp
**Address:**
    555 Woodland
    Mora,  55051
**Email:** mel.schaupp@gmail.com
**Phone:** 320-679-4926

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-m7g1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3102
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** fred pakulski

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-hn8r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3103
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Dunlap
**Address:**
   1071Carbon,Rd.
   Greensburg,  PA,  15601
**Email:** tdunn11@verizon.net
**Phone:** 7248365840

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jec-dktt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3104
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John R. Graves

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-ttqq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3105
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Gibbons

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jec-u2s9 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3106
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Olson

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jec-va6t |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3107
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryan Faulkenburg
**Address:**
    5025 Jessica Ln.
    Owensboro, KY,  42303
**Email:** scrappywelds@gmail.com
**Phone:** 2704784334

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001512

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-yquw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3108
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Randall

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jec-vy9t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3109
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Morrison
**Address:** United States,

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

Robert Morrison

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-r2p7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3110
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001515

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-derd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3111
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-j1ny
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3112
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-p41b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3113
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David L

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-5r7q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3114
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick O'Malley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeb-fz3p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3115
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Calvin Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-807h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3116
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerald Briley

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-gp6d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3117
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ernest Tidlund

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Ernest & Cheryl Tidlund
Shutesbury, Ma.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeb-1ide
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3118
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred Heath

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-5iw6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3119
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lance Higdon
**Address:**
    2811 Mount Olivet Road
    Bowling Green, KY, 42101
**Email:** Lahigdon@gmail.com
**Phone:** 2705353691

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-g6q3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-3120
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Corrin
**Address:**
  N. Chesterfield, VA, 23235
**Email:** CSMJim2010@Yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license.
This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety.
Whether you like it or not, the First and Second Amendments are still the law of the land!
Obama and Kerry are ignoring and trying to destroy it; but, the Constitution of the United States of America is
still in effect!!!!!!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-p3ez
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3121
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Respectfully submitted,
Timothy J. Smith

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-h4vl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3122
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven S

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** June 13, 2015 | |
| **Status:** Posted | |
| **Posted:** June 15, 2015 | |
| **Category:** NA | |
| **Tracking No.** 1jz-8jeb-ls3w | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3123
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kurt Hoffman
**Address:**
    P.O. Box 15296
    Savannah, GA, 31416
**Email:** khof1@yahoo.com
**Phone:** 912-999-9999

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-fqfm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3124
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,Oris Hutchins

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-p4ym
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3126
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JOSEPH WOKAS

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Regards,

Joseph G. Wokas (Patriot)
Milford, MI

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeb-jrk7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3127
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-lkkm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3128
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Diane Gorby

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-9uxi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3129
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terry Gorby

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-u7un
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3130
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick Rupertus
**Address:**
 1685 Centerville Parke Lane
 Manakin Sabot, VA, 23103
**Email:** Rupertus@comcast.net
**Phone:** 8043377312

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-iwad
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3131
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul DeCausemacker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-tbyv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3132
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Hollis
**Address:**
    1034 County Road 4700
    Winnsboro, TX, 75494
**Email:** fehollis@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Frank Hollis

DOSWASHINGTON001536

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-ehk3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3133
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Leaf

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Sincerely
John Leaf

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeb-rdel
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3134
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeb-pz56
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3135
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Len Bullington
**Address:**
   109 GRAYSON AVE
   MADISON, AL, 35758
**Email:** lbull@knology.net
**Phone:** 2566516453

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001539

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-wzcl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3136
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darren M

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-7wf4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3137
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-h84y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3138
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-88n8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3139
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001543

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-trps
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3140
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael A Velte
**Address:**
    2106 Riverside dr ne
    Grand Rapids,  MI,  49505
**Email:** gray_squirrel@att.net
**Phone:** 616.299.8925

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-yn2e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3141
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Howard McNinch

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-umqd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3143
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Walsh
**Address:**
  12 Gary St.
  Nashua, NH, 03062
**Email:** rrwjr.nh@comcast.net
**Phone:** 603.595.2975

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face significant
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are
still the law of the land!

DOSWASHINGTON001547

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-8d69
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3144
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael T

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001548

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-dh60
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3145
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Myers

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001549

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-6ffv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3146
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** James Choate
**Address:**
  6501 N. Brindale Dr.
  Muncie, IN, 47304
**Email:** j_choate@comcast.net

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeb-g6ro
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3147
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Heck

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jeb-bly1 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3148
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** peter cook

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-qgog
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3149
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael A Velte
**Address:**
  2106 Riverside dr ne
  Grand Rapids,  MI,  49505
**Email:** mvelte54@gmail.com
**Phone:** 616.299.8925

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jeb-sfuc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3150
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Moe

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-rxog
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3151
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Caporusso

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jeb-8q98 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3152
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Williams

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-xpte
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3153
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** michael collins

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Michael Collins
33 Florence st.
Natick, MA
01760

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jeb-y4m1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3154
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Kirkland
**Address:**
   148 Country Club Blvd
   St. George,  29477
**Email:** kirklandcharles@gmail.com
**Phone:** 8438188863

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jea-gn4n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3155
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Earl Weir II

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-p1go
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3156
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Whitaker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jea-hzf0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3157
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Dumont
**Address:**
    3231 Johnson Road
    Felicity,  OH,  45120
**Email:** ddumont1956@hotmail.com
**Phone:** 513 330-8146

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-eqni
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3158
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** anonymous anonymous

---

## General Comment

To whom it may concern

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-qjwi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3159
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RICHARD MARINO
**Address:**
   6303 KEMARY AVE SW
   NAVARRE, OH, 44662-9018

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-fbtd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3160
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Lee Watts

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jea-87ki
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3161
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerome B. Halgren

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-uiwd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3162
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Ryan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-g6mt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3163
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Neal Wells
**Address:**
24 Wesson Road
Lancaster,  NH,  03584
**Phone:** (603) 788-4432

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** June 13, 2015 | |
| **Status:** Posted | |
| **Posted:** June 15, 2015 | |
| **Category:** NA | |
| **Tracking No.** 1jz-8jea-jqeu | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3164
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** michael henecke

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-zr8c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3165
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Larson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-jztv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3166
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ryan Benn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Ryan Benn

DOSWASHINGTON001570

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-pjm5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3167
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Larsen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-zvks
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3168
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cyril Timko
**Address:**
   1237 Seidersville Rd
   Bethlehem, PA, 18015
**Email:** ctimko@ptd.net
**Phone:** 6107589111

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON001572

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-m109
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3170
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** gordon huber
**Address:**
    3571 gaines rd
    anton,  TX,  79313
**Email:** gmaxh@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-r0pd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3171
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Panzarella
**Address:**
    211 Arbutus Ln
    Milford, PA, 18337-7419
**Email:** panzar2@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-pbb8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3172
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jea-ippd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3173
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Seward French

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jea-5my3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3174
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Luedke

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-su3c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3175
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randy Van Dongen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-zuel
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3176
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Green
**Address:**
   221 Highland Circle
   Shelbyville,  TN,  37160
**Email:** jgreen37160@charter.net
**Phone:** 931-680-7427

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jea-c7kr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3177
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Allard
**Address:**
   3575 E. Thames Circle
   San Tan Valley, AZ, 85140
**Email:** rwallard@centurylink.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-5t5d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3178
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rob Gilmore

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-u6tq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3179
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Leeak
**Address:**
    PO Box 25
    Dimondale, MI, 48821
**Email:** dleeak@att.net
**Phone:** 5176466848

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jea-2byr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3180
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-ygu2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3181
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Sherwood

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-fgik
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3182
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Williams
**Address:**
   29 Augusta Lane
   Hurricane, WV, 25526

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-wdfq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3183
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karen Sensenig
**Address:**
   28 Nursery Lane
   Lancaster,  PA,  17603
**Email:** ksensenig@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-ss87
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3184
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** D. Cadle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
D. Cadle

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je9-pt7n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3185
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harold Moon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-f0so
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3186
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John McGuire

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-5las
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3187
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-bpc6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3189
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Spivy

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-mtxw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3190
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Coleman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je9-4cm3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3191
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Beasley
**Address:**
   310 Oak Leaf Dr
   Stockbridge, GA, 30281
**Email:** gbeasley0724@live.com
**Phone:** 7704743354

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-qu3x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3192
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Rogers

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Thomas Rogeres

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-y3jj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3193
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Haynes
**Address:**
   1200 Woodrow Ave, Apt 16 B
   Modesto,  CA,  95350
**Email:** halowebmarketing@gmail.com
**Phone:** 209-846-1587

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-bbd6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3194
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rick Thorne

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-jh2z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3195
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-bd1j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3196
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Raul Rivera

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-6qqt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3197
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David A Espinosa

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Truly,
David A. Espinosa

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je9-pkwy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3198
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je9-ltqc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3199
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** DAVE CHOQUETTE

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8je8-x8kz |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3200
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** KEN CRAWFORD

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON001602

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je8-eoox
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3201
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sean Lips
**Address:**
   1413 Wheeler St
   Vincennes, IN, 47591
**Email:** Seanlips@hotmail.com
**Phone:** 8128815551

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je8-qbsn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3203
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nick Varnadore

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8je8-8y52
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3204
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cheryl Lupkes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines. So posting information on virtually any firearm or ammunition could be defined by the
Obama administration as requiring, not only government permission, but potentially a government license.
This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I am aware that the Chinese government has issued an edict to President Obama, demanding that American
citizens be disarmed before millions of communist Chinese citizens invade our country to stay. Apparently
that's part of the secret "debtor-nation deal" which Barack Obama is negotiating with China. But the
American people won't permit such a deal, nor will the American people permit Barack Obama to
undermine our 2nd Amendment Rights, nor our First Amendment Rights, both of which are guaranteed by
the U.S. Constitution! Like it or not, both are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je8-y3xt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3205
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je8-n9ck
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3206
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je8-caff
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3207
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leonard DeGiglio

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je8-7oty
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3208
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Laing

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Charles Laing

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je8-dwxd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3209
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill Charette
**Address:**
   38084 S 670 Rd
   Jay,  OK,  74346
**Email:** mustang15@gmail.com
**Phone:** 9512161196

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

I think it is high time that you feds started respecting the United States Constitution! The first and second amendments were written in unequivocal language for a reason. To prevent people like the drafters of these "regulations" from running roughshod over our cherished fundamental rights. Behave yiourself or you may likely find yourselves out of employment.

DOSWASHINGTON001611

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je8-1a41
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3210
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Patrick

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je8-phcy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3211
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karl Pifer
**Address:**
    1503 E. Indigo St.
    Mesa, AZ, 85203
**Email:** piferk1@gmail.com
**Phone:** 4805294308

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

p.s. The U.S. Government is Of the People, By the People, and For the People. You do not control us - We control you, through our collective vote, and through our Congressional Representatives. Obama is not a King.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8je8-l0y4 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3212
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack Dumm

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je8-lg0x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3213
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** K Sundberg

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je8-caqm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3214
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dwayne RING

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je8-ospm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3215
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je7-1w4t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3216
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Hancock

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je7-ine2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3217
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jo Ann Thometz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je7-xilo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3218
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Walter Beard
**Address:**
   1404 Coyote Circle
   Black Hawk, CO, 80422
**Email:** roguemale53@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je7-ydz7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3219
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stanley Meager
**Address:**
  49317 State Hwy 96
  Seiad Valley,  CA,  96086
**Email:** sgmeager@sisqtel.net
**Phone:** 5304963503

---

## General Comment

U.S. Dept. of State:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je7-rln0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3220
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary David

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je7-n3q9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3221
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Ziebart

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** June 13, 2015 | |
| **Status:** Posted | |
| **Posted:** June 15, 2015 | |
| **Tracking No.** 1jz-8je7-9jg8 | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3222
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rudolph Lipinski

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je7-qemp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3223
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ken Michael

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-b3l9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3224
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-ooim
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3225
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Hamilton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001628

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8je6-gx3t |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3226
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Morgan Goring
**Address:**
  4904 Raylene Way
  Saint Cloud, FL, 34771

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-lov0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3227
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-5xfu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3228
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je6-6ukb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3229
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Traylor
**Address:**
  P O Box 433
  Pacific City,  OR,  97135
**Email:** stevescolt@embarqmail.com
**Phone:** 503 965 2224

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-3908
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3230
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick McConnell

---

## General Comment

To whom it may concern:I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Patrick McConnell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-6i0h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3231
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Alexander

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-i1xr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3232
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Bennett
**Address:**
    25 Macedonia Road
    Buckhannon,  WV,  26201
**Email:** Scudplucker@msn.com
**Phone:** 304-472-1280

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON001635

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-aqva
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3233
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Baranowski

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON001636

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je6-5ijp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3234
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Howard Krivoy

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-h0h4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3235
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Citizen who votes USA

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-1n7d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3237
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harry Uland

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je6-yqdn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3238
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Renaud

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-6ayj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3239
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Nelson
**Address:**
   105 Drexel Ave.
   Lansdowne, PA, 19050
**Email:** twnelson@erols.com
**Phone:** (610) 626-2577

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-pmob
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3240
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** k h

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-5n3l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3241
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Cunningham
**Address:**
  1446 Whisperwood court
  Lawrenceville,  GA,  30043
**Email:** jakerc612@gmail.com
**Phone:** 516 581-8493

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Kevin cunningham

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-vlhr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3242
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** CAGLAR SINGLETARY
**Address:**
    PO BOX 27
    ELMIRA,  NY,  14902
**Email:** captbike@yahoo.com
**Phone:** 16077321142

---

## General Comment

To whom it may concern,Government,or Congress:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
Pistols should not be required to have a permit for ownership in New York State ;shurikens and
numchuks and other such Kenpo(Kungfu) Weapons or Ninjutsu should be legal in new York State ,nor a
license for an Airgun in New York City should be required,
In light of Elvis Presley ,Annie Oakley, and Bruce Lee,Guns,moreover,should be cheaper and able to be
mailed legally without the bullying of the Federals, Pro-Heterosexual too although with a LOVE for

everybody.

To whom it may concern,Government,or Congress:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

Pistols should not be required to have a permit for ownership in New York State ;shurikens and numchuks and other such Kenpo(Kungfu) Weapons or Ninjutsu should be legal in new York State ,nor a license for an Airgun in New York City should be required,

In light of Elvis Presley ,Annie Oakley, and Bruce Lee,Guns,moreover,should be cheaper and able to be mailed legally without the bullying of the Federals, Pro-Heterosexual too.

https://www.youtube.com/watch?v=fKlOy7Xr-VQ

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land,(XPBICTA)!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-710p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3243
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:** United States,
**Email:** queesamor@gmail.com

---

## General Comment

To whom it may concern:

I have strong concerns about the rewrite/additions/changes of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

It seems that at some later point in time, these changes could be interpreted in such a way that posting information on virtually any firearm or ammunition could be defined by the Obama (or later) administration(s) as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also am very concerned about the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to carefully consider the short- and long-term repercussions of these changes, especially as administrations change and time passes without close examination, and repeal these new regulations now in their entirety before their terrible implications can be realized. Whether this fact is convenient and expedient or not, the First and Second Amendments are still the law of the land; we must exercise all diligence to preserve their integrity and not weaken their authority with laws and regulations such as these.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-x3wt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3244
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chad Ritchie
**Address:**
    45 Robin Road
    Portsmouth, RI, 02871
**Email:** shovel1966@gmail.com
**Phone:** 757-478-6748

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8je6-2xbk |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3245
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerard Black
**Address:**
    333 olive street
    pittsburgh,  PA,  15237
**Email:** piccolo834@gmail.com
**Phone:** 267 886 3487

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-phdi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3248
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffery Brooks
**Address:**
    4813 S. Low Way Ct
    Spokane Valley,  WA,  99206
**Email:** jeffbrookspt@reagan.com

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-830s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3249
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-qftv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3250
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** craig bergman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je6-llif
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3251
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** bruce emmons

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 13, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8je5-89wp
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3254
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Barnes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-1iiy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3255
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Kim

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-ec02
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3256
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Edward Ramsey

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-27xn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3257
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-q691
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3260
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Luke
**Address:**
   121 N Allen
   Centralia,  MO,  65240
**Email:** djluke55@socket.net
**Phone:** 573 682 5221

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-j4pb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3261
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harvey Pitcher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je5-v2va
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3262
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roy Norman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-fzru
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3263
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Jones

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je5-swb8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3264
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-3jry
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3265
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 13, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8je5-1730<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3266
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** N. M. Byrne
**Address:**
    6013 57th Ave SE
    Lacey,  WA,  98513

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8je5-rm23 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3267
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** M. Edward Byrne
**Address:**
 6013 57th Ave SE
 Lacey,  98513

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je5-ywbo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3268
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bob H Wampler
**Address:**
  6090 NW 208th Ave
  Portland, OR, 97229
**Email:** wambo6911@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8je5-ezm9 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3269
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bradley Buck
**Address:**
　　3806 Secrest Shortcut Rd
　　Monroe, NC, 28110
**Email:** bradley.d.buck@gmailc.om
**Phone:** 7045770726

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-ujzn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3270
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je5-3rla
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3271
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael H.
**Address:**
   MN,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-dco8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3272
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je5-gy00
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3273
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Selover

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je5-o6m7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3274
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Blake Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Blake M.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8je5-mwn0 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3275
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jayna Williams

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-pypv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3277
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je5-1bp4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3278
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je5-ha7y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3279
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Scheibner
**Address:**
    30042 Sharon Lane
    Warren, MI, 48088
**Email:** scheibs55@hotmail.com
**Phone:** 5862236951

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8je5-gfbj |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3280
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** christopher condon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-uodv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3281
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Vukovic

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, John J Vukovic

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-m7x6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3283
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ben Garvin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je5-py71
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3284
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-ma7q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3285
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brad Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-fn9j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3286
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shawn Grammont
**Address:**
    14511 Banquo Terrace
    Silver Spring,  MD,  20906
**Email:** Green17842@msn.com
**Phone:** 2407010650

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-bl4z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3289
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Magyar

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je5-2oq7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3290
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Dennison
**Address:**
    308 Bluebonnet St
    Trinidad,  TX,  75163
**Email:** imagesunlt@socket.net
**Phone:** 573-881-5185

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je5-h2zv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3291
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Smith
**Address:**
    3295 Lack Rd.
    Russellville,  KY,  42276
**Email:** dlsmith@logantele.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-jzox
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3292
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ray Sypher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-lsd5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3293
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land! STOP THIS OUTRAGEOUS ASSAULT ON OUR FREEDOMS NOW!!!

Sincerely,
Steve

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-kohp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3294
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Harrell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je5-fiao
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3295
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Capri Maybrun

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je4-mtvv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3297
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Daniel Ramos

DOSWASHINGTON001689

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je4-375h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3298
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harry Maybrun
**Address:**
  3647 Bridle Ln
  Chico, CA, 95973
**Email:** hcmaudio@digitalpath.net
**Phone:** 5309661679

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON001690

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je4-hp08
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3299
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Graybill

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8je4-w6ur
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3300
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je4-nwfz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3301
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Ketchum
**Address:**
    26831 Hilltop Road
    Evergreen,  CO,  80439
**Email:** Chrisk@wispertel.net
**Phone:** 303-674-7337

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Respectfully,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je4-hpt7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3303
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Perry Hecker

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je4-rao7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-3304
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Mc Inroy
**Address:**
  16408 N. 45th Lane
  Glendale,  AZ,  85306-2116
**Email:** dmcinroy@cox.net
**Phone:** 602-915-0147

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 13, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8je4-vw6v |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3305
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Swientek

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je4-vgov
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-3306
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William White
**Address:** United States,
**Email:** SirrColville@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Please, I ask you go read the Constitution and the Bill of Rights Learn them and understand that is the Law of this Land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 13, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8je4-yijy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-3307
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!