# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-azxu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4592
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-zxql
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4593
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Sam Vailencour

DOSWASHINGTON002950

# PUBLIC SUBMISSION

<div>

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-nv8l
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4594
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Carl Dennis
**Address:**
  21843 Unbridled Avenue
  Parker, CO, 80138-3082
**Email:** rdennis303@aol.om
**Phone:** 303-841-1924

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Respectfully,

Ronald Carl Dennis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-oi5w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4595
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark North
**Address:**
   21032 State Route 18
   Defiance, OH, 43512
**Email:** manorth01@gmail.com
**Phone:** 419-769-0987

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Mark A. North

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-k0r9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4596
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Hand

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-603v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4598
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Blackwell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-juun
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4599
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kurt Kolanko
**Address:**
    2825 Bagley Drive West
    Kokomo, IN, 46902
**Email:** valmike01@hotmail.com
**Phone:** 7652715151

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Kurt J. Kolanko

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-urdm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4600
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON002958

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-n16y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4601
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Tuttle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 12, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8jdx-dz61<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4602
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony Koo
**Address:**
    62 Ketch Rd
    Morristown,  NJ,  07960
**Email:** Tkoo@optonline.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Anthony Koo

DOSWASHINGTON002961

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-d4e0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4603
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ADC P.G. Coulombe USN/Ret

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

These requests carry the weight of my strongest personal desires.

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-psh8
**Comments Due:** August 03, 2015
**Submission Type:** Web

# PUBLIC SUBMISSION

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4604
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Todd Chesney
**Address:**
    678 N. Fire Sky Ln.
    Chino Valley, AZ, 86323
**Email:** tchesney@cvaz.net
**Phone:** 928-642-7985

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-yi7x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4605
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Just Ken

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON002964

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-hf4l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4606
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nam Pham

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON002965

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-jm89
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4607
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Decker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-zgik |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4608
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeff R.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Just so you know...we WILL NOT COMPLY.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ycfy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4610
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Vigen
**Address:**
   1110 24th St Apt B9
   Anacortes,  WA,  98221
**Email:** kokopelli67@gmail.com
**Phone:** 3602206606

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON002968

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 12, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jdx-2qg5<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4611
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-qcgh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4612
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Brunner

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Thank You

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 12, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jdx-w1jn
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4613
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** keltie tuttle

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-q1lq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4614
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON002972

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-gtgj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4615
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-yhzg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4616
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Dennis O'Connor
**Address:**
   4957 Warwick Court
   Prince George, VA, 23875

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-x0da
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4617
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** E. Byrd
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-dd5z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4618
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mirando Ketner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-sgao
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4619
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Konieczki
**Address:**
  419 Calhoun St
  Peru,  IL,
**Email:** Forrdlgs@yahoo.com
**Phone:** 815-220-0266

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-poew
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4620
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Paul
**Address:**
    414 Monroe Ave
    Dixon,  IL,  61021

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-zxxh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4621
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON002979

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jdx-hcnc |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4622
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Walters
**Address:**
    7357 Old River Road
    Brooklet, GA, 30415
**Email:** waltersg58@gmail.com
**Phone:** 9123469535

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-8aiv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4623
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Si Simonsen
**Address:**
    PO Box 548
    Redmond,  OR,  97756
**Email:** siinor@bendbroadband.com
**Phone:** 5415984116

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

DOSWASHINGTON002981

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

This is an inappropriate attack on free speech. Perhaps you could be as vigilant in prosecuting criminals as you seem to be in trying to impact law abiding citizens!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-mo2g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4624
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Snyder

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-96kq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4625
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Franklin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-elan
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4626
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve DeFalco

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-yt0c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4627
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Schultz
**Address:**
    149 Nineteen North Court
    Pgh,,  PA,  15237
**Email:** alan202@verizon.net
**Phone:** 412-367-5785

---

## General Comment

To whom it may concern:

Please note, before reading a more flowery, possibly polite version of comment, the following. You might think about it too. Who is the dummy or dummies who perhaps in the throws of a "wet dream", brainstormed this particularly stupid idea together? The more flowery version follows immediately below, but pay particular attention to my Plain English version.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This

means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-ad58
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4628
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Stopani

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-el5y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4629
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Duvall

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-s8nb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4630
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Shreaves

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON002990

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-h9ds
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4631
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Josh Apple
**Address:**
   2522 Netherwood Drive
   Greensboro, NC, 27408
**Email:** mrapplerocks@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON002991

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-xpg6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4632
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger German
**Address:**
   3066 N. Taylor
   Decatur, IL, 62526
**Email:** ocs@att.net
**Phone:** 2178757414

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-2uhq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4633
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Fairbank

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-qr3l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4634
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Wardell

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-5scf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4635
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darin Yohe
**Address:**
  419 SE 16th ST
  Cape Coral,  FL,  33990
**Email:** dyohe@fgcu.edu

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-lzc7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4636
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Mark Cozad
**Address:**
  PO Box 150
  Clintonville,  PA,  16372
**Email:** macozad@zoominternet.net

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the

State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)

-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,

not only government permission, but potentially a government license. This means violators would potentially face

DOSWASHINGTON002996

significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON002997

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-u8i0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4637
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land! Stop violating our 1st and 2nd Amendment rights!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-4dom
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4638
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-gw2q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4639
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
A concerned citizen

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 12, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jdx-6oq0
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4640
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

No thanks to you clowns, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-qvxf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4641
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Davey anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-qufo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4642
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Hollander

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Bruce Hollander

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-9ekn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4643
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Brian McLinn

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Brian McLinn

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-cdtg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4644
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Nicholson
**Address:**
    24404 Needham Rd
    Porter,  TX,  77365
**Email:** nicholl12@embarkmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Thank you,
Larry Nicholson

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-725y |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4645
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Stover

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-5g0m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4646
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-xx69
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4647
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** WILLIAM WINSTANLEY
**Address:**
   101 BARBARY
   WHITNEY, TX, 76692
**Email:** byrdsarms@gmail.com
**Phone:** 254-694-3436

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003008

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-d683
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4648
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joyce White
**Address:**
   6907 Kipling Pkwy
   District Heights,  MD,  20747
**Email:** joyce.y.white@verizon.net
**Phone:** 301-568-2796

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-2fn2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4649
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Botts

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-kxip
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4650
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-gyqw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4651
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Thomas Wilbur

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-pr72
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4652
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Wayne Rohde

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-7xva
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4653
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-f71m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4654
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-8bgj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4655
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dax Moore

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-hbne
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4656
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-8avo |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4657
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-az1q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4658
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Lasco
**Address:**
   27 Fayette Street
   Apt. 1
   Brooklyn, NY, 11206
**Email:** NYYankees82870@aol.com
**Phone:** 347-512-7451

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-qf29
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4659
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003020

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-5anv |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4660
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Peterson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003021

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ood0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4661
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Wilsey
**Address:**
  22118 Brier rd.
  Brier,  WA,  98036-8022
**Email:** gwilsey60@hotmail.com
**Phone:** 206 300 4094

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-gb1z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4662
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jason reeder

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003023

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-1eny
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4663
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lane Holmes
**Address:**
    2305 Cleary Ave
    #220
    Metairie,  70001

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-63w7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4664
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Chase

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 12, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jdx-5oup
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4665
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin McAnally
**Address:**
25346 S. Valley Dr.
Claremore, OK, 74019

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-7ii6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4666
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Wagner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-di2a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4667
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ce3v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4668
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mitchell Anonymous

---

## General Comment

To whom it may concern:

Apparently you people need a reminder of the supreme law of these United States. That would be the
Constitution.

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise
thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to
assemble, and to petition the Government for a redress of grievances."

Notice the key words, "..abridging the freedom of speech..."

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003030

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-isf2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4669
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Korry Tessen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-nm9c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4670
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** charles dallas
**Address:**
    po box 814
    lafayette,  TN,  37083
**Email:** constabletn@nctc.com

---

## General Comment

once again I find myself disgusted with the unconstitutional action of this administrations, To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-yumx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4671
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Meskimen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-na7f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4672
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jdx-9q4p |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4673
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Corporon
**Address:**
   3908 River Oaks Drive
   Kingsland, TX, 78639
**Email:** gene_corporon@verizon.net
**Phone:** 3253884349

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-325m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4674
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Duprey
**Address:**
    175 Donahue rd
    peru,  NY,  12972
**Email:** sf49ers01@hotmail.com
**Phone:** 5186436868

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

DOSWASHINGTON003036

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,


David Duprey

DOSWASHINGTON003037

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ch1j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4675
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Atkinson, MD.
**Address:**
   Simpsonville,  SC,  29681

---

## General Comment

letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-updm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4676
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lloyd Baker

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-7x0h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4677
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nick Kaufer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003040

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ruvr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4678
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerald Brickwood
**Address:**
　400 Moran Rd.
　Little Meadows,  PA,  18830

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by this or any other administration
as requiring, not only government permission, but potentially a government license.
This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban
3-D printers.

I urge you to cancel these new regulations in their entirety.
The idea of a Department that is supposed to represent US to the world using the First Amendment to suppress
the Second Amendment is despicable!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-4w77
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4679
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Winstanley
**Address:**
　101BARBARY
　WHITNEY, TX, 76692
**Email:** tweetibyrdenterprises@gmail.com
**Phone:** 254-694-3436

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003042

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-a6tw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4681
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alexander Stewart

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-wxwj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4682
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-lrm6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4683
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Aberle

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-o2yu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4684
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brad Meyer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-x5t8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4685
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Marks

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-dbto
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4686
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Thompson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-puk4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4687
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ross Primrose
**Address:**
    3537 Days Ln
    Catlett, VA, 20119
**Email:** roscoe@dcaudiodiy.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003049

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-y764
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4688
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Troy Thacker

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-hq3m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4689
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Hamitlon

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-gayh |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4690
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Derrick King

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-2clj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4691
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Newby

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Mr. & Ms Jason Newby

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-u7oa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4692
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shane Svatos

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-b5gl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4693
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-7a6e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4694
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Prater
**Address:**
   30026 Sleepy Brook Ln
   Magnolia, TX, 77355
**Email:** gary.prater@sbcglobal.net
**Phone:** 281-705-4929

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-hgoh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4695
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerald Kasuga

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-hes7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4696
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-jcc6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4697
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Warnol

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Craig Warnol

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-i5ap
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4698
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Hooten

---

## General Comment

To whom it may concern:

I strongly oppose the changes imposed by the State Departments arms control regulations (ITAR), which would potentially grant the State Department the power to monitor and control gun-related speech on the Internet.

Language such as making technical data available via a publicly available network (e.g., the Internet) -- would put anyone who violates this provision in danger of facing decades in prison and massive fines.

Posting information on virtually any firearm or ammunition could be defined any current or future administration as requiring, not only government permission, but potentially a government license. This violates constitutionally protected free speech.

Further, I oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printed plans for firearm related files.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-7ozh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4699
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dave Rentschler
**Address:**
    20 W. Main Street
    Hohenwald,  TN,  38462
**Email:** daver@controlreps.com
**Phone:** 931 209 5720

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-f6e4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4700
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** wayne veino

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-pzhw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4701
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** richard weatherill
**Address:**
  6835 Lonewood dr.
  colorado springs,  CO,  80925
**Email:** rsweatherill@gmail.com
**Phone:** 719-471-2978

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!
Thank-You Richard Weatherill

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-c8ri
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4702
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dennis Corl
**Address:**
  Falls Church,  VA,  22044
**Email:** dpcorl@aol.com
**Phone:** 703.717.1566

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-6vgr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4703
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Jackson
**Address:**
   1708 S. Fargo Drive
   Safford,  AZ,  85546
**Email:** packrats@cableone.net
**Phone:** 928-322-6531

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-nvgk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4704
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Warren

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-zldb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4705
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** scott simmons

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-uv9x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4706
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Wixom

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-qlae
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4707
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Forrest Musick

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Thank you.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-jeco
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4708
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jill Silberberg

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-l2ko
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4709
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Noah Russell

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

The First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-yfha
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4710
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Timothy Baumgartner

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003072

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-myri
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4711
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

<div style="border:1px solid;">

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-n9eu
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4712
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Truman Handy
**Address:**
  76 Queen St
  Gorham, ME, 04038
**Email:** thandy2@maine.rr.com
**Phone:** 207-222-2692

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-wdxf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4713
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joe Biddle
**Address:**
   1905.Weaver rd
   Henagar,  AL,  35978

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003075

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-3s0v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4714
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brett McFarland

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-lxr3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4715
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Barnes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-imb9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4716
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kris Sheets

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-otc2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4717
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harford Ellis
**Address:**
 476 MS Hwy. 15
 Ackerman,  MS,  39735
**Email:** sonny.ellis@gmail.com
**Phone:** 6622852991

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-ddlf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4718
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph M

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-z0xa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4719
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christian Robinson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-9ltn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4720
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Jay Anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003082

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-4yhx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4721
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Brown

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-67s2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4722
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jennifer Senn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-3v35
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4724
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** R K

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-yxhp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4725
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-gyeg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4726
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kyle M.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-ypfl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4727
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kathryn Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
-Kathryn Chow, R.T.(R) (ARRT)

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-757b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4729
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karen D

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant
the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet)
-- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. First and Second Amendments are still the law of the land!

DOSWASHINGTON003089

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-w7cn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4730
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Warren Peterson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-w70a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4731
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Klopfer
**Address:**
   39 Denise Dr.
   Edison,  NJ,  08820
**Email:** Hockeyjim9@yahoo.com
**Phone:** 732 742-9263

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003091

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-rexn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4732
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Oakden
**Address:**
   6 Shirleen Drive
   Hilton,  NY,  14468-8701
**Email:** gary.oakden@gmail.com
**Phone:** 585-392-8032

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring,
not only government permission, but potentially a government license. This means violators would
potentially face significant
criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D
printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments
are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-sh09
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4733
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ken W

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-evoh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4734
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, R.Bradley Stoughton

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jdx-2ez0 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4736
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Schmidt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Steve Schmidt

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-7wzo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4737
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-c850
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4738
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-2zw2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4739
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Egelhoff
**Address:**
    3002 Highwall Way
    Columbus, OH, 43221
**Email:** tjegelhoff@gmail.com
**Phone:** 614-595-1923

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-z1dw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4740
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Bergen
**Address:**
   13124 Walnut Dr
   Burnsville, MN, 55337
**Email:** billb41@centurylink.net
**Phone:** 952-894-5725

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-6ihv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4741
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Pinson
**Address:**
    1901 Merrill CK PKWY
    A405
    Everett,  WA,  98203
**Email:** sp36@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** June 12, 2015 | |
| **Status:** Posted | |
| **Posted:** June 15, 2015 | |
| **Category:** NA | |
| **Tracking No.** 1jz-8jdx-yerk | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4742
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike E.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-4w8g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4743
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wendy M

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003102

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-icvc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4744
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Tarlo Sr
**Address:**
   3129 Garden Ave
   Royal Oak, MI, 48073
**Email:** ait16fast@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003103

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-fj8u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4745
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-2r75
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4746
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Demos Doulou

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-336r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4747
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ryan Brush

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-2gon
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4748
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-6qe7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4749
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    46842 Lacroys Point Terrace
    Sterling, VA, 20165
**Email:** jpiwonski@aol.com
**Phone:** 703-404-0826

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-ydmp |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4750
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kyle Clements

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-hpsy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4751
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles L Bloss Jr

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-2bnk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4752
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Vivian

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-dexb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4753
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darcey Kobs

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jdx-uttf |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4754
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne Hames
**Address:**
    5920 Waterlevel Hwy
    Cleveland, TN, 37323
**Email:** wahames@hotmail.com
**Phone:** 7067660193

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-l8ub
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4755
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cynthia Lantz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments
are still the law of the land!

DOSWASHINGTON003114

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-fsbs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4756
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Overstreet

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-toho
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4757
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Allen Godin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-579h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4758
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Picton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Craig Picton

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-4slh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4759
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Devan Jones
**Address:**
    2905 5th Ave NE G204
    Puyallup,  WA,  98372
**Email:** jones.devan.r@gmail.com
**Phone:** 2535073664

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003118

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-etq9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4760
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roy Hoffer
**Address:**
   453 Haverhill Road
   Lancaster,  PA,  17601
**Email:** royhoffer@aol.com
**Phone:** 717-314-6681

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-71t5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4761
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-nkac
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4762
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dana Holgate
**Address:** United States,
**Email:** dana.holgate@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-i1xf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4763
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003122

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-g95h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4764
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Smith

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-4l08
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4765
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jackie K. Ertz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-qfnl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4766
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-xyli
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4767
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-722n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4768
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-lmtf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4769
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-30ii
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4770
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RICHARD BRIGGS

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-53hm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4771
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Richmond

---

## General Comment

Obamas State Department Could Gag Firearms Communications over the Internet


Created: Friday, 12 June 2015
Written by Gun Owners of America
-----------------------------------------------------------
Not a GOA member yet? You can join Gun Owners of America today for a mere $20!
-----------------------------------------------------------

A rewrite of the State Departments arms control regulations could potentially grant the State Department
a wide-ranging power to monitor and control gun-related speech on the Internet.

The State Department is updating the International Traffic in Arms Regulations (ITAR) and has amended
the existing regs to include making technical data available via a publicly available network (e.g., the
Internet).

This restriction on Internet speech is wholly new language and puts anyone who violates this provision in
danger of facing decades in prison (up to 20 years) and massive fines (up to $1 million).

The language is so broad that it could potentially include virtually any gun-related communication of a
functional how to nature.

The language includes (1) non-automatic and semi-automatic firearms up to .50 caliber; (2) automatics up to .50 caliber; (3) other firearms of special military application; (4) shotguns with a barrel length less than 18 inches; and (5) components, parts, and ammunition for all of these.

In other words, electronically posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license.

And again, violators would potentially face significant criminal penalties.

Revised definitions could license (a.k.a., ban) 3-D printers

Another threat to gun rights is found in the revised definition of defense article, which has been redefined to be any item, software, or technical data....

So posting certain gun-related software to the Internet would first require a license -- and a huge license fee. While the term software is new, the State Department contends that this is a mere tweaking and represents no substantive change.

But if theres one unbreakable rule in politics, its that, when drafters take the time and effort to add a provision to the underlying text, it is never, never, ever without reason.

And if theres a second unbreakable rule, its that the drafters will inexorably lie and say theyre only codifying current law.

What software should we be concerned about? Well, to start with, 3-D printer programming almost certainly falls within this category and these regs seems to be an effort to outlaw this technology by executive fiat.

San Antonio gun author Nick Leghorn, who writes for The Truth About Guns, predicts an end to Encryption programs like TrueCrypt as well as 3D models of firearms....

There is much more thats involved with these regulations, and you can read about it in greater detail here.

ACTION: You can submit comments to the State Department in opposition to the proposed arms control regulations by going here. Simply cut-n-paste the text below into the online comment box. And if you wish to read the State Department regulations, you can do so here.

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Daniel Richmond

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-hjj8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4772
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Golob
**Address:**
    4810 Lytham Court
    Lothian, MD, 20711
**Email:** lonestar_0@hotmail.com
**Phone:** 4109568200

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003133

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-thhj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4773
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rodger Bird

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-rudv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4774
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-9jnk |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4775
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by any administration as
requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties for mere exercising of 1st amendment rights.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

These regulations would restrict both the First and Second Amendments and are, as such,
unconstitutional.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-3esv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4776
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kip Wells

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely - Kip Wells

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-6nk5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4777
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dave Isom

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-l0l6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4779
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** DAVID RAYNARD
**Address:**
  5622 W. ALAMEDA RD.
  GLEDALE, AZ, 85310
**Email:** GARMR13@GMAIL.COM
**Phone:** 6028825881

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-b334
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4780
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-hezf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition
of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition
of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related
Definitions

**Document:** DOS-2015-0023-4781
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy Gauuruder
**Address:**
  7843 N Oakwood Dr
  Eagle Mountain, UT, 84005
**Email:** jgauruder@gmail.com
**Phone:** 2086401737

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive
fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003141

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-7202
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4782
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Layton
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-u2jl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4783
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Capron Illinois

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-v0w6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4784
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike MacDonald
**Address:**
  2447 W. Acoma Dr
  Phoenix,  AZ,  85023
**Email:** mikermac2011@gmail.com
**Phone:** 4806340280

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003144

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-9tsw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4785
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard L. Anderson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ycs7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4786
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-rgcl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4788
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jackie sampsel

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003147

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-md3j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4789
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Lopez

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Regards,

Jonathan Lopez

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-hwf5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4790
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Highley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-utqs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4791
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Burroughs
**Address:**
    10840 PONDEROSA TIMBERS DR
    CONROE,  TX,  77385
**Email:** wburroughs@consolidated.net
**Phone:** 281-363-1967

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-358y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4792
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tyson Richmond

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003151

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-d3sw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4793
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glenn McCrea

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003152

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-ywau
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4794
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-kh4b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4795
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Janet Bell

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-mopn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4796
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ROBERT REID

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 12, 2015
Status: Posted
Posted: June 15, 2015
Category: NA
Tracking No. 1jz-8jdx-aan0
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4797
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Gossett

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-yy88
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4798
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003157

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-4dfo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4799
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-yldo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4800
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shawn Galloway

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-9gf9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4801
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tyler Leishman
**Address:**
  5975 SE Lois Street
  Hillsboro,  OR,  97123
**Email:** tytheherbguy@hotmail.com
**Phone:** 503-781-5623

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the current administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Please respect all of the rights of the United States
citizens, including the right of free speeach and the right to keep and to bear arms.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-kpv6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4802
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Bruce

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 12, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jdx-7i6m<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4803
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harry Dursema
**Address:**
    PO Box 189
    Arivaca, AZ, 85601
**Email:** 1965mgmidget@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-6r9x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4805
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Blaski

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Robert Blaski

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-yzmj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4806
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carol Zimmerman
**Address:**
  3305 Hutchinson Road
  Cumming, GA, 30040

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

This is the United States of America and we are to be the land of the free. Start following the Amendments for America and quit trying to put your own private agendas through and forcing them down all American peoples throats! This is wrong and you know it!! The writers of our great Amendments knew what they were doing so, follow their leadership as it was the greatest ever!! Your leadership is woefully lacking and you are working for yourself and not our Country. Please wake up and follow the will of the people who live here! The people are speaking and your are ignoring them. Listen to the people!! AGAIN, THE FIRST AND SECOND AMENDMENTS ARE THE LAW OF THE LAND!!

DOSWASHINGTON003164

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-n317
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4807
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Young

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-huka
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4808
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nathan Swan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-3eje
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4809
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** daniel Brunette
**Address:**
   540 E 111th Pl
   Northglenn, CO, 80233
**Email:** dbrunette@generalair.com
**Phone:** 3363142208

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-26bu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4810
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Laurence Little

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: June 12, 2015
Status: Posted
Posted: June 15, 2015
Category: NA
Tracking No. 1jz-8jdx-nqep
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4811
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Cliff
**Address:**
    5191 W. Kesler Lane
    Chandler, AZ, 85226
**Email:** wigach@sbcglobal.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003169

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-krab
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4812
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ryan Nahapetian

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-yl7s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4813
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** R. Creel

---

## General Comment

Dear Sirs:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-o20i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4814
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Brown

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Robert Brown

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-gte0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4815
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Concerned Citizen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-a1yz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4816
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Youse
**Address:**
   140 Cherry Tree Lane
   Cherry Hill,  NJ,  08002
**Email:** jimyouse@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003174

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-770x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4817
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Ward

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-4wnc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4818
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-96mu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4819
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joshua Cleveland

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Joshua Cleveland

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-84de
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4820
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Griffin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-9axx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4821
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003179

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-p247
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4822
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ng5z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4823
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jon Grandstaff

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

This is a First Amendment issue, and regardless of what you might think, we aren't living in China, where
common knowledge and technical information such as firearms info, or any other technical data, is
controlled.

These new regulations seek to infringe upon the 1st Amendment, and that is a very dangerous thing.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-7ysj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4824
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Susan Wojtkiewicz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-tc5n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4825
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Young

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-sfp9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4826
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bill Wilson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003184

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-4ish
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4827
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Salema

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-in4n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4828
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mr. and Mrs. Frederik den Hartog

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-ywc3 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4829
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Morgan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Steve Morgan

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-azoi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4830
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Smith

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-pw6e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4831
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Earsing

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-rl05
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4832
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-m4r8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4833
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Margol

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-mgvz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4834
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Bermudez

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-m2f5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4835
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Max Munoz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ovcw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4836
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carol Ehlers

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Carol Ehlers

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-38nb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4837
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chuck Townsend
**Address:**
    PO Box 681
    Calera,  OK,  74730
**Email:** ctnwtf@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003195

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-vpa3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4838
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-p1yq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4839
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jed Hendrickson
**Address:**
   141 La Vista Grande
   Santa Barbara,  CA,  93103
**Email:** jedh@cox.net
**Phone:** jedh@cox.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-le8h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4840
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    824 N 6th Ave
    Chatsworth,  GA,  30705
**Email:** offset.pressman@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-hy6p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4841
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** BEN GEDZYK

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jdx-8oeh |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4842
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Duran

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Joseph N. Duran

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 12, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jdx-e0kc
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4843
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-qtcc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4845
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** david cole

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-is6v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4846
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Perry Conrad

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-7jkb |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4847
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karl Leffler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Karl Leffler
Portland, OR

DOSWASHINGTON003204

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-hv4h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4848
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Kovaleski
**Address:**
   100B Moore Rd
   Lake Ariel,  PA,  18436
**Email:** davekovaleski@yahoo.com
**Phone:** 570-241-5893

---

## General Comment

Hello:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-qmuh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4849
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frederick Ehlers

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Frederick J Ehlers

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-44z5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4850
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Sawyer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-f24p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4851
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-7mwm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4852
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roberto Gouveia

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Roberto Gouveia

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-jg02
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4853
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jared Wallis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-7b3m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4854
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kathy O'Donnell

---

## General Comment

To whom it may concern:

I totally oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

Repeal these new regulations in their entirety; whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-1tev
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4855
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick OConnor
**Address:**
   1677 Independence Ct
   1677 Independence CT
   Henrico,  23238
**Email:** poconnor@visi.com
**Phone:** 804-297-2316

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-rtey
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4856
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Curtice Thompson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Curtice Thompson USN(Ret)

DOSWASHINGTON003213

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-b0zx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4857
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ernie Velas

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-agnu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4858
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Allan Segal
**Address:**
   17 Lindsay Dr.
   Beaver Falls,  PA,  15010
**Email:** alseg@aol.com
**Phone:** 4128898202

---

## General Comment

To the State Department in charge of ITAR:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

Rest assured, I am NOT a "gun nut" nor militia member. In fact, I am a board certified surgeon.

Action such as this violates First amendment rights.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-uye7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4859
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John A.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-zpml
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4862
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** CHARLES SMITH

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003218

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-mr9a |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4863
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Maynard Altizer

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-2f46
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4864
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Claude Villar
**Address:**
    8355 Mangrove Drive
    Cordova,  TN,  38016
**Email:** cvillar@communitymtg.com
**Phone:** 901-756-0788

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-ryj9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4865
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-meec
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4866
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Doug Reynolds

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-hpab
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4867
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Norman Hesse

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-i9bm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4868
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-uagl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4869
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Helfrich
**Address:**
  PO Box 341
  Vaughn, MT, 59487
**Email:** jimhelfrich@hughes.net
**Phone:** 406 964 8822

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jdx-sq92 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4870
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Hudson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Chris Hudson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-jcux
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4872
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Hayes Parten

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-uhmr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4873
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Thanks,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-mssi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4874
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matt van Wersch
**Address:**
    PO BOX 104
    ENUMCLAW,  WA,  98022
**Email:** matvan@mac.com
**Phone:** 360 802 4735

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-i8pf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4875
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne Hennacy

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-zoz4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4876
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Neil Schultheiss

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 12, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8jdx-pm45<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4877
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Henninger
**Address:**
  345 Old Morris Rd
  Harleysville, PA, 19438
**Email:** pehlltsol@verizon.net
**Phone:** 717-371-6483

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-v7y4 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4878
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

bgf

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-gx1n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4879
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sam Patello

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-729t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4880
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dave Farrell
**Address:**
   3245 Rhapsody Lane
   New Franklin,  OH,  44216
**Email:** pointers01@hotmail.com
**Phone:** 3308258235

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-2dvj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4881
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wasey Ryder

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-5cji
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4882
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jennifer Henderson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jdx-y4si |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4883
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Brown
**Address:**
    508 Birchwood Ct
    Raymore,  MO,  64083
**Email:** rgbrown508@yahoo.com
**Phone:** 8163312151

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003238

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-x6o0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4884
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ted Martino Jr
**Address:**
  446 E Street
  Springfield, OR, 97477
**Email:** tmartinojr@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-m8ef
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4885
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-1t4x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4886
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** W Gombert

---

## General Comment

Good Afternoon:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-hjl9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4887
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Carson
**Address:**
    38 Patricia Drive
    Greensburg,  PA,  15601
**Email:** mcarson.pop@gmail.com
**Phone:** 4123269065

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-7fsg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4888
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Barrett

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-9gto
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4889
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Olga ILINA

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ctfs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4890
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Ramey
**Address:**
  2847 county raos G
  glenwood city,  WI,  54013
**Email:** wg0g@arrl.net
**Phone:** 6127471244

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-4jft
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4891
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Hodge

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-4r69
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4892
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Don Krause

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-lyee
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4893
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** wayne smyly
**Address:**
    3312 harvey lane
    milton, FL, 32571
**Email:** Namvet049@aol.com
**Phone:** 850 994 1443

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003248

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-h1c3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4894
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Moles

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-8547
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4895
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harry Rose

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-1nc6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4896
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Swiss

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-osn0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4897
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** joe pugliese
**Address:**
   36 buena vista dr.
   plantsville,  06479
**Email:** jaypug06791@hotmail.com
**Phone:** 860-426-0766

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003252

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-d4ee
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4898
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne Bulvan
**Address:**
   21260 Prince Lkae Dr
   Crest Hill,  IL,  60403-1513
**Email:** sammiesam0850@sbcglobal.net
**Phone:** 815-577-9878

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-fi9r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4899
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dave Kostic

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-spqm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4900
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Adams

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-4cun
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4901
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** rick kane

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-350b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4902
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dustin Curtis
**Address:**
   616 Helen Ave.
   Modesto, CA, 95354
**Email:** dctrucker@gmail.com
**Phone:** 12097655211

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-gpuk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4903
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-zp3l
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4904
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-tl4z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4905
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Garrison Clarke

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-802y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4906
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** MARK NICHOLS

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ll2w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4907
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Andrew Mathias

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-riep
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4908
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Benson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-zdx0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4909
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-wpgj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4910
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lenvil King

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Lenvil King

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Tracking No.** 1jz-8jdx-ruui |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4911
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Haselhoff

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jeffrey Haselhoff

DOSWASHINGTON003266

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-h7fu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4913
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-z6l0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4914
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003268

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-nbjm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4915
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Aureli

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ymwl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4916
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Judson Dosher

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-9cyq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4917
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control firearms-related
speech on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-vyo7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4918
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003272

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-aium
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4919
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Hazeltine

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 12, 2015
Status: Posted
Posted: June 15, 2015
Tracking No. 1jz-8jdx-p6o2
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4920
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randall Strickland
**Address:**
    203 Imogene Rd
    Lambsburg,  24351
**Email:** randallstrickland@yahoo.com
**Phone:** 2767553077

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-cgr5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4921
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** adam rojas

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Adam Rojas

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-addt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4922
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** dave brown

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. They are clearly contrary to both the spirit and the letter of the First and Second Amendments as tehy abirdge free speech and infringe on keeping and bearing arms.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-3lno
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4923
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Clifton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-harb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4924
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003278

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-h8ls
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4925
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick Callahan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-t59w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4926
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Lindquist

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-ebxp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4927
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bernie Rulle, Msgt USAF (Ret.)

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003281

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-vl27
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4928
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brandon Enea
**Address:**
    332 Cedar Dr
    Columbus,  MS,  39705
**Email:** brandon.enea@gmail.com
**Phone:** 6623524966

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003282

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-6sv0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4929
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kay Sheil
**Address:**
   237 Alma Drive
   Highland, AR, 72542
**Email:** mksheil@centurytel.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003283

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 12, 2015 |
| **Status:** Posted |
| **Posted:** June 15, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jdx-pfqi |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4930
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-vrta
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4931
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-fslr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4932
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kyle Heaton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-tcpq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4933
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darrold Sisler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 12, 2015<br>**Status:** Posted<br>**Posted:** June 15, 2015<br>**Tracking No.** 1jz-8jdx-oq3l<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4934
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Cattani
**Address:**
    11485 La Garita Pass
    Littleton, CO, 80127

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ethq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4935
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kirk Jess
**Address:**
   3006 W Via De Pedro Miguel
   Phoenix,  AZ,  85086
**Email:** jesscadd@gmail.com
**Phone:** 6232428862

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** August 04, 2015 | |
| **Received:** June 12, 2015 | |
| **Status:** Posted | |
| **Posted:** June 15, 2015 | |
| **Category:** NA | |
| **Tracking No.** 1jz-8jdx-2smt | |
| **Comments Due:** August 03, 2015 | |
| **Submission Type:** Web | |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4936
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** kenneth beveridge

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Kenny Beveridge

DOSWASHINGTON003290

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-e387
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4937
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J.E. Baker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
J.E.Baker

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-usk4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4938
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Schleiger

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003292

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-r5op
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4939
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Martin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

James Martin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-krla
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4940
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Hughes

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-iyh5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4941
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Brumbles

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Chris Brumbles

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-bizx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4942
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dwayne Rich
**Address:**
   98 bass hound cir
   Fuquay Varina,  NC,
**Email:** Drichnews@gmail.com
**Phone:** 9199066146

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003296

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-e41x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4944
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jon Winters

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jon Winters

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-3y28
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4945
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Taylor
**Address:**
    155 NE 192nd Ave
    Portland,  OR,
**Email:** eric.cbrn@gmail.com
**Phone:** 503-473-9095

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Eric J. Taylor

DOSWASHINGTON003299

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-zlh5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4946
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Toczek
**Address:**
   GA,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-4iiw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4947
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Hicks

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-8atk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4948
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Arthur Cameron

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-kexu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4949
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Parks Morgan
**Address:**
   2457 Cameron Mill Rd
   La Grange, GA, 30240
**Email:** phm2457@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and

Second Amendments are still the law of the land!

Sincerely,

Parks Morgan

DOSWASHINGTON003304

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-xelh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4950
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Evy Ganfield

---

## General Comment

To Whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties. It would also become another source of revenue, another
way to re-order this country away from its intended vision.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land! I have remained silent, believing my elected officials would speak
for me and uphold my rights. Now I speak, and I ask you to do your job.

Sincerely,
Evy Ganfield

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-qp8m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4951
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-fijh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4952
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** American Citizen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-apv4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4953
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dean Van Alstyne
**Address:**
  PO Box 537
  Lula,  GA,  30554
**Email:** dvanalstyne0@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-or5u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4954
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring,
not only government permission, but potentially a government license. This means violators would potentially face
significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are
still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-n4xr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4955
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Gommo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Paul Gommo

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-a0ub
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4956
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RICHARD JACOBS
**Address:**
    9028 W. PALM LANE
    PHOENIX, AZ, 85037
**Email:** 1945carguy@gmail.com
**Phone:** 480-356-1662

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could grant the State Department the power to control all speech on the Internet!

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-bfmt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4957
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sean Gillen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ffg7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4958
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Neal Jordan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-oatt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4959
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gene Cothron

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments have been The Law of the Land for over 223 years. Stop trying to change that!

Sincerely,

Gene Cothron

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-xqwa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4960
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-ddpb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4961
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ryan Reeves

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ryan Reeves

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-h469
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4962
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian G

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Brian G

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-xi1v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4963
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Rahto
**Address:**
    2 Luther Street
    Madrid, IA, 50156
**Email:** tim.rahto@gmail.com
**Phone:** 443-392-4284

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-124g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4965
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Darby

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-1w1j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4966
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Shawn Horan

DOSWASHINGTON003320

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-9l7o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4967
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jamison Tyler Rucks
**Address:**
  P.O. Box 1091
  391 Willow Dr.
  McQueeney,  TX,  78123
**Email:** jamison.rucks@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State

Department a wide-ranging power to monitor and control gun-related speech on the Internet. The new language -- which

includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates

this provision in danger of facing decades in prison and massive fines. So posting information on virtually any firearm or

ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a

government license. This means violators would potentially face significant criminal penalties. I also oppose the addition of the

word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers. I urge you to repeal these

new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-chp6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4968
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Craig Schmidt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-jya4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4969
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Doney

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-ezw0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4970
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Allan Dredge
**Address:**
  9370 Red Baron Blvd
  Reno,  NV,  89506
**Email:** allandredge@hotmail.com
**Phone:** (775) 384-1440

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-gr4w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4971
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** dan slater

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
dan slater

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-wxsh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4972
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Melvin Carner
**Address:**
    10012 SW Conestoga Dr #146
    Beaverton,  97008
**Email:** carnermr@gmail.com
**Phone:** 5033525413

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-m16h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4973
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Monte Russell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-si0p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4974
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-loer
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-4975
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Andrew Bowers

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

An American who values the Constitution above all else.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-7aa8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4976
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Simon Gilliland

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-m4en
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4977
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jose Gamez

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-p6sy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4978
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shane Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-k7gy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4979
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Irwin Schaefer

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-1rho
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4980
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jon Valentine

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jdx-2eoj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-4981
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Silver Wings

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdx-a3xt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-4982
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy Swanson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Jeremy Swanson
United States Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 12, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Category:** NA
**Tracking No.** 1jz-8jdp-a5nn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5035
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jay Morgan
**Address:**
   Atlanta, GA,

---

## General Comment

There is a lot of speculation in the press regarding this proposed rule. Due to the significant technical language (which I would consider obfuscatory), it is difficult to determine what would be restricted under this rule. I think clarification in normal language should be provided to make it clear what is being restricted from dissemination. If technical specifications or plans are created under direct contract with the government on a classified project, then I agree that those plans or specifications should be restricted from dissemination, but should be obviously classified as such. However, if a person or company provides details on a product they designed independently, or makes commentary or reviews of products that are available for public sale legally in the US, that data should not be restricted. Any restriction of such activity would be an abridgment of their first amendment rights. For example, the 3D printing plans for creating a gun by Defense Distributed should not be restricted by ITAR. These plans were not created under government contract for a classified project, and were independently developed. Restriction of dissemination of this material is an offense to the creators' first amendment rights. Furthermore, it ridiculous to think that with today's technology, you can stop dissemination of technical details of publicly available products. This includes plans of weapons available on the free market, detailed reviews of such items, encryption software that is available on the free market, or any other item that can be freely purchased in the U.S.

I certainly hope that this administration is not trying to use this proposed rule to restrict peoples' first amendment rights.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 11, 2015
**Status:** Posted
**Posted:** June 15, 2015
**Tracking No.** 1jz-8jd5-hf2v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5182
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Aaron Hankins
**Address:**
  2125 Pitney Road
  Parkville, MD, 21234
**Email:** udaaronha@gmail.com

---

## General Comment

I understand that "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." That does not however make it okay for a cabinet level department in charge of "international" relations to subject the citizens of the United States to an interest balancing test for exercise of their liberty.

While I am sure there are smarter people than myself that can tell me all the foreign relation issues that might arise from talking about firearms, ammunition, or distributing 3d printer files online, those possibilities pale in comparison to the impact I would feel with the muzzling of free speech. Perhaps, the state department should focus on fixing their mission disasters such as Benghazi, Fast and Furious, Russia, and their current handling of ISIS before they attempt to become the internet speech police. These proposed regulations, just like the attempt at regulating ammunition, is a deplorable abuse of the powers that come with the Office of the President. Worse, we are conceding freedom long fought for and enshrined to people that don't even pay taxes here!

My simple answer to your proposed regulation for ITAR is; this is garbage and you know it. Thus, if you enact these regulations, I will NOT personally comply in any instance where you abridge the compact made between this country and her citizens with respect to the liberty protected by the Bill of Rights; in this instance BOTH the 1st and the 2nd amendments.

In conclusion: I am opposed to these regulations.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh1-zg5h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5214
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael McGrath
**Address:**
  3015 NC 210 S
  Lillington,  27546
**Email:** macthemic@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Michael McGrath

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jh0-6sqd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5220
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** K Thompson

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh0-nkn0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5221
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dennis Smith
**Address:**
    1752 Arlin Pl. Apt.C
    Fairborn,  OH,  45324
**Email:** de-smith@woh.rr.com
**Phone:** 9376570317

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh0-yoqs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5222
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Concerned Citizen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Sincerely,
Concerned Citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jh0-i5qx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5223
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Grim

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Richard D. Grim

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh0-3msh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5226
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jaime Martinez
**Address:**
    Alexandria,  VA,

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgz-g97b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5227
Comment on DOS-2015-0023-0001

---

## Submitter Information

---

**Name:** Charles Brown

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgz-j2qu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5229
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Freeman
**Address:**
　1 Pearl St
　Akron,  NY,  14001

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 17, 2015
Status: Posted
Posted: June 17, 2015
Tracking No. 1jz-8jgz-5mxg
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5230
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shane Snedecor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Thank you,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgz-rq2g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5232
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Leaf

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgy-hk60
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5234
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony Slatcoff

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003350

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgy-ezgg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5236
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgw-w54b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5241
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments ITAR policy, which could potentially grant the
State Department an over reaching power to monitor and control gun-related content on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines. This is a blatant violation of the first amendments freedom of press.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still God given rights!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgw-ghx2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5243
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Wall

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgv-mbh0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5246
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Colin Gallagher

---

## General Comment

To Whom It May Concern: I understand that you are accepting comments on this proposed rule (on International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions) until August 3, 2015. As such, I am submitting my below comments for your review, consideration, and inclusion in the record.

1) As a general remark, your rule should be revised so that it does not have the effect of "censoring the maker." The maker culture in America long predates the use of electronic transmission and storage of technical data and 3-D printers which tend to get media attention. Specifically, it has been long-standing legal precedent in the United States that if a person makes a weapon in their home for their own purpose, the receiver that the person makes (and the weapon that the person finishes) need not be serialized or registered and it is legal insofar as it it is not transferred to another person (no sale to another person nor any sort of transfer to another). From a civilian use standpoint, to make a weapon in this context (in the recent past), this is often done beginning with an "eighty percenter" kit which does not involve electronic transmission and storage of technical data in the process, but in the case of use of 3-D printers, which involve printing out something from scratch rather than ordering a kit, would necessarily involve "electronic transmission and storage of technical data." The 3-D printers are a wave of the future - that's where it's all going, you simply can't stop this stuff - and it is a reactionary move to "censor the maker" and attempt to restrain the maker's use of his or her tools. Better you just deal with it and learn how to integrate them into a "permissionless innovation" process, as the US government is already clamoring to increase the use of 3-D printing technology anyway, and hindering it isn't going to help.

2) While anyone can "run plans" to accomplish the finishing from an eighty-percent complete receiver to one hundred percent complete with a simple jig that can can be bought online from any one of a number of manufacturers (and finished off with a router or drill press ~ and do not involve electronic transmission and storage of technical data), there are vital elements which make it important that you should not create legal obstacles for people to do the same thing from a 3-D printer with electronic plans (which involve electronic transmission and storage of technical data).

One of them is simple, you want to maintain permissionless innovation. number two, you want to ensure that the constitutional right to keep and bear arms is not infringed and that people remain able to use modern technology to build (as they have in the past, but using the technology of today) a weapon for personal use in their home, without regulatory restraint, and three, the infeasibility and utter ridiculousness of exposing people (a lot of people!) to a gigantic new and serious proposed set of penalties which correspond to any violations of this rule were the proposed rule to become final, is, as I've mentioned, just ridiculous. None of what is being proposed is worth pursuing people over or putting anyone in jail over. Period.

3) As part of all this, the proposed rule suggests that the current text of 120.6 be made into a new paragraph (a), into which software would be added to the list of things that are a defense article because software is being removed from the definition of technical data. I profoundly disagree with the categorization of software as a "defense article" and the militarization of the notion and concept of software. Similarly, I am opposed to the Department's proposal to revise the definition of technical data in ITAR 120.10 to "update and clarify the scope of information that may be captured within the definition" (...) defin(ing) technical data as information required for the development, production, operation, installation, maintenance, repair, overhaul, or refurbishing of a defense article, which harmonizes with the definition of technology in the EAR and the Wassenaar Arrangement." I am opposed to this portrayal of software as proposed. The proposed rule also suggests, "Paragraph (a)(5) of the revised definition defines technical data as also including information to access secured technical data in clear text, such as decryption keys, passwords, or network access codes." This is completely unnecessary and I oppose such a revised definition. Finally, the revised definition of the public domain is unacceptable as it places far too much authority in the hands of the US government regarding software and what would be considered technical data.

In sum, I suggest that this proposed rule be scrapped entirely. It offends the heart and mind. Retract it in full and start over completely.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgu-kou4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5249
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Samuel Snow
**Address:**
   17948 A Road 232
   Poterville,  CA,  93257
**Email:** snow3819@sbcglobal.net
**Phone:** 559-784-8370

---

## General Comment

To whom it may concern: I strongly oppose the the rewrite of The State Department arms control
regulations (ITAR), Which could potentially grant the Obama Administration to much power over
free sp

The definitions of what gun-related information cannot be "exported" without the approval of the
State Department are already very broad.

But what is missing is a broad definition of "export" that would actually allow the Obama
administration to move and take advantage of this regulatory infrastructure.

And what these regulations would do is define "export" to include potentially any gun-related
communication on the internet or social media.

With this final keystone in place, the Obama Administration would have the regulatory framework
to comprehensively regulate gun-related speech in cyberspace, to whatever extent it desires.

Changing Definitions

The definition of what communication is an "Export" that triggers the requirement of the State

Department approval is expanded dramatically in these regs.

The term "export" would be expanded "making technical data available via a publicly available network (e.g., the internet)" This is wholly new language.

NOTE, that anyone who did this could face could face decades in prison and massive Fines.

NOTE, further, what this provision does and does not say. It does not require that technical date be made available to the public for illegality to occur. It applies to all private communications, so long as the "network"(e.g., the internet) is, in general, publicly available.

Thus, any electronic communication concerning gun-related"technical data" would potentially subject the sender to these significant criminal penalties.

That said, it is alarming enough that the obvious of this paragraph is to give the Obama administration authority to comprehensively regulate gun-related speech on the internet.

So the next question is: Given that the proposed regulations would more clearly grant the Obama Administration the power to regulate gun-related speech on the internet, how broad would its mandate be?

The answer is that,based, in part, on preexisting definitions, that the power would be very broad indeed.

Broadening the Concept of Gun-Related Speech to be Regulated.

The definition of "technical date" which would Regulated

The definition of " technical data" which would require government permission in order to be posted on the Internet, in part:

i could go on with technical of this International Traffic in Arms and Definitions of Defense services.

The new language-which includes making technical data avail via a publicly available network(e.g.,the internet)
could put anyone violates this provision danger of facing decades in prison and massive fines.

i also oppose the addition of the word solfware into these regulations, as appears to be a not-so-veiled to ban
3-D printers.

I urge you to repeal these new regulation in their entirety ,

Whether you know it or not, the First and Second Amendments are still the LAW OF THE LAND !!!!!!!!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgu-38mf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5251
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** charles casebeer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgs-wkre
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5260
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brandon Ware

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Thank you,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgs-v3co
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5262
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Pat Requena

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgr-ihvw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5271
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerome Sayler
**Address:**
  421 5th Street South
  Wishek, ND, 58495
**Email:** jsayler1955@yahoo.com
**Phone:** 7014522266

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Jerome Sayler

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgr-vlff
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5277
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fredric Pravato

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Fredric C. Pravato

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgq-9c60
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5280
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Nick Targansky
**Address:**
   25068 catkin st
   Corona, CA, 92883
**Email:** Nickx81@aim.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 16, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jgq-qbw8 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5283
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Devin Stargel

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgq-az2q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5287
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Littleton
**Address:**
   442 South State #105
   Clearfield,  UT,  84015
**Email:** littletongeorge@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgp-h2so
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5294
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** W Chiskers

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgp-aou5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5295
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** DANNY THOMAS

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Danny Thomas
Mn Voter

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgp-8p8o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5297
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Phillip Cardon
**Address:**
    1341 Bishop Road
    Saline,  MI,  48176

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Phil Cardon

DOSWASHINGTON003368

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgp-vvup
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5298
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Mark

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgp-ci1x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5307
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ted Gersztyn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgp-qmpy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5309
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Solin
**Address:**
   5106 Gold Crest Ct.
   Austin, TX, 78730
**Email:** david@solin.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by an unelected rule-maker as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
--David Solin, Austin TX

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgp-6dis
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5310
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerry Beilgard

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgp-6oy9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5312
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgo-pdxo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5314
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgo-e0ao
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5326
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Thank you,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 16, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Tracking No.** 1jz-8jgo-eszg |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5329
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgo-6hxz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5331
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

DOSWASHINGTON003377

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgn-2s7h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5337
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Seth Whiting

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 16, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jgn-e8id |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5344
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Russell

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Mark Russell

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgn-qxig
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5345
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Stewart

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama

DOSWASHINGTON003380

administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

I will not sit idly by and watch this happen.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgm-a25r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5356
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bradley Thompson
**Address:**
   122 South Elm Drive
   Beverly Hills,  CA,  90212
**Email:** hbthompson@roadrunner.com
**Phone:** 310-486-6372

---

## General Comment

To the State Department:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

Posting information on virtually any firearm or ammunition could be defined by any administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it could be stretched to ban 3-D printers.

I urge you to repeal these new regulations in their entirety to stay within the spirit and letter of the First and Second Amendments to the US Constitution.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgm-p001
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5359
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Fredericks

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgm-ggs0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5372
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cheri Scott
**Address:**
    79 Living Water Road
    Edgewood,  NM,  87015
**Email:** cscott709@yahoo.com
**Phone:** 505 281-1840

---

## General Comment

----- Pre-written letter to the Department of State -----

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Cheri Scott

DOSWASHINGTON003385

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgm-8k8s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5373
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** RUSSELL SCHUCKERT
**Address:**
    520 PAULINE CT
    CUYAHOGA FALLS,  OH,  44221
**Email:** gambit_1961@att.net
**Phone:** 330-929-8823

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Russell Schuckert

DOSWASHINGTON003387

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgm-ora9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5377
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Harvey Pitcher

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgm-dsnv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5383
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Mucci

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Ronald Charles Mucci Sr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgm-xjhs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5385
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremiah Rhoads

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still
the law of the land, and should be supported and adhered to!

Sincerely,
Jeremiah Rhoads

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgm-bq4n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5392
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgm-8u7n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5393
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carmine Aile

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the
State Departments arms control
regulations (ITAR), which could
potentially grant the State
Department a wide-ranging power
to monitor and control gun-related
speech on the Internet.

The new language -- which
includes making technical data
available via a publicly available
network (e.g., the Internet) -- could
put anyone who violates this
provision in danger of facing
decades in prison and massive
fines.

So posting information on virtually
any firearm or ammunition could be

defined by the Obama
administration as requiring, not
only government permission, but
potentially a government license.
This means violators would
potentially face significant criminal
penalties.

I also oppose the addition of the
word software into these
regulations, as it appears to be a
not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new
regulations in their entirety.
Whether you like it or not, the First
and Second Amendments are still
the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgl-10vi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5404
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be

defined by the Obama
administration as requiring, not
only government permission, but
potentially a government license.
This means violators would
potentially face significant criminal
penalties.

I also oppose the addition of the
word software into these
regulations, as it appears to be a
not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new
regulations in their entirety.
Whether you like it or not, the First
and Second Amendments are still
the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgl-3br8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5407
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lloyd Hofer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Lloyd Hofer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgl-gvz9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5413
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ralph Cheney

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Ralph Cheney

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgl-2zv8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5416
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Eric

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgl-vsih
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5418
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Lugo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Michael Lugo

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 16, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jgk-onux |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5438
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Lemon
**Address:** United States,
**Email:** lemonrw@earthlink.net
**Phone:** 360-263-3094

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgk-b0by
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5444
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Thomas

---

## General Comment

While I believe this regulation is intended to target those who are endeavoring to build their own
firearms, e.g. 3D printing and the like, a subject that in and of itself is a topic of debate, it would appear
that this proposal also would preclude members within legal gun clubs from sharing information to help
others maintain and legally modify their personal firearms.

I would like to ask that this be considered carefully as this proposal appears to target Americans who
wish to legally share firearm knowledge with other like minded individuals in various electronic forms.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgk-k4x3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5445
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brad Lewis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003402

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 16, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Tracking No.** 1jz-8jgk-xbxu |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5447
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott MacDonald

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Scott MacDonald

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgk-9gcf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5455
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Cunningham
**Address:**
   3775 Bellingham Dr.
   Reno,  NV,  89511
**Email:** mike702@ymail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Mike Cunningham

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgk-v481
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5458
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgj-7occ
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5463
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
JD

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgj-vf95
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5465
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgj-t9r8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5466
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language which includes making technical data available via a publicly available network (e.g.,
the Internet) could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgj-umw6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5467
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
David Combs

DOSWASHINGTON003409

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgj-7pvt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5473
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** michael orth

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgj-ua0b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5480
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Ridenhour
**Address:**
    412 Forest Run Drive
    Eureka, MO, 63025
**Email:** mach1mustang@sbcglobal.net
**Phone:** 6366928689

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003411

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgj-gaql
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5484
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgi-6ul0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5497
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Johnson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

Last time I checked, this was the United States of America and NOT Nazi Germany, we have the Second
Amendment to the United States Constitution that gives US the freedom to bear arms. The First
Amendment also grants US the right of FREE SPEECH, which this UNCONSTITUTIONAL attempt
VIOLATES!

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Thomas Johnson

DOSWASHINGTON003414

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgi-9x5k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5500
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Huddleston

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 16, 2015<br>**Status:** Posted<br>**Posted:** June 17, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8jgi-ojgc<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5507
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** TERRY D.

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Dr. Terry D. and Family
Louisiana

DOSWASHINGTON003416

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgi-a5nd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5510
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgi-rlp9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5511
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** william travis
**Address:**
 503 exeter ct
 hampton,  VA,  23666
**Email:** dubtravis@hotmail.com
**Phone:** 7578252443

---

## General Comment

o whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003418

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgi-ovo3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5512
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Pitts
**Address:**
   9180 Welch Court
   Jonesboro,  GA,  30238
**Email:** gcp611@bellsouth.net
**Phone:** 7704781723

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgi-leg5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5513
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgi-wwaq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5516
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Brown
**Address:**
    202 Mulberry Place
    Douglassville,  PA,  19518
**Email:** cwb7375@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgh-5bdo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5519
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frederick Everitt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgh-cm56
**Comments Due:** August 03, 2015
**Submission Type:** Web

# PUBLIC SUBMISSION

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5520
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** anonymous anonymous

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Thank you,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgh-a9nn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5521
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard DeSpain

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Richard DeSpain

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgh-65ww
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5522
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joe Leary

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgh-ubez
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5524
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Todd Brower

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 16, 2015<br>**Status:** Posted<br>**Posted:** June 17, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8jgh-s8cn<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5526
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred Kelly
**Address:**
    14644 Stillwell Rd
    Chardon,  OH,  44024
**Email:** hdrider80@hotmail.com
**Phone:** 440-635-0742

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003427

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 16, 2015
Status: Posted
Posted: June 17, 2015
Tracking No. 1jz-8jgh-4v6c
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5527
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wayne Wells
**Address:**
    3279 Espada
    New Braunfels, TX, 78132
**Email:** survtex@att.net
**Phone:** 530-713-6615

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Wayne Wells

DOSWASHINGTON003429

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgh-1ula
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5528
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ernest Purcell

---

## General Comment

To whom it may concern:
I strongly oppose the Proposed rewrite of the State Departments arms control regulations (ITAR), which
could potentially grant the State Department a wide-ranging authority and power, to monitor and control
gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
The language is so broad that it could potentially include virtually any gun-related communication of a
functional how to nature.
In other words, electronically posting information on virtually any firearm or ammunition could be
defined by the Obama administration as requiring, not only government permission, but potentially a
government license.
And again, violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgh-i83i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5529
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lisa Allen

---

## General Comment

To the Government of the United States...

MY Government as a United States, Law Abiding Citizen. I am using my voice, my right, to state that I
strongly oppose the rewrite or clarification of the rules relating to your overhaul of the ITAR in regard to
the AECA.

While WE THE PEOPLE do expect our ELECTED GOVERNMENT OFFICIALS to ensure our safety
and the safety of our citizens, country, information, etc. IT SHALL NOT BE AT THE EXPENSE OF
OUR RIGHTS AND FREEDOMS AS AMERICAN CITIZENS as outlined in the CONSTITUTION and
BILL OF RIGHTS.

Specifically, the proposed new definition of defense article , the addition of the word software, the ban
on 3-D Printed Gun Files Online are all violations of our RIGHT to FREEDOM of SPEECH. There are
ways to ensure our safety WITHOUT taking away the RIGHTS of American Citizens.

Additionally, the proposal that WE THE PEOPLE must apply for, wait, receive APPROVAL (to exercise
our already provided for RIGHT of Freedom of Speech, and then pay excessive fees to do so is a
violation of our FIRST, SECOND and EIGHTH AMENDMENT RIGHTS. Our Country was founded on
these principles and WE will NOT see them stripped away one by one.

Congress shall make no law abridging the freedom of speech, or the press; or the right of the people
peaceably to assemble, and to petition the Government for a redress of grievances. First Amendment

This Amendment guarantees our right to express and to be exposed to a wide range of opinions and views. It was intended to ensure a free exchange of ideas EVEN if the ideas are unpopular, or if our Government does not bless it. It also guarantees our right to physically gather with a group of people to picket or protest; or associate with others in groups for economic, political or religious purposes. Additionally, it guarantees our right to petition the government for a redress of grievances.

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed. Second Amendment

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted. Eighth Amendment

This Amendment protects WE THE PEOPLE from having bail or fines set at an amount so high that it would be impossible for all but the richest defendants to pay and also protects people from being subjected to cruel and unusual punishment.

Thank you for your time and attention.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgg-jp2e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5537
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred Thebert

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgg-a2b8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5540
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Cerny
**Address:**
   5805 Comstock Ave
   Baltimore,  MD,  21206
**Email:** vrefb@aol.com
**Phone:** 443 418-0612

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgg-fbs5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5544
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama

administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgg-7rt6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5551
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** martin Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgg-y3c8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5552
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), and I oppose your attempt to control gun-related speech on the Internet.

I oppose your attempts to put anyone using their first amendment rights who violates this provision in danger of facing criminal charges with penalties of decades in prison and massive fines.

Posting of information on firearm or ammunition in accordance with past practice shall not be infringed upon. The Obama administration is changing law circumventing Congress and should be impeached.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D
printers.

I urge you to repeal these new regulations in their entirety as this is a blatant attack on US first and second amendment rights.

Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 16, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jgg-z2f2 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5553
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgg-cvfc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5556
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patrick Whalen

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgg-ek1b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5557
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Shoenberger
**Address:**
  144 Pacer Drive
  Henrietta, NY, 14467
**Email:** shoenberger_knives@yahoo.com
**Phone:** 5854063410

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgf-ejpg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5566
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy Ingram

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Jeremy Ingram

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgf-4jsq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5568
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Derek Vasselin
**Address:**
    SC,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the
State Departments arms control
regulations (ITAR), which could
potentially grant the State
Department a wide-ranging power
to monitor and control gun-related
speech on the Internet.

The new language -- which
includes making technical data
available via a publicly available
network (e.g., the Internet) -- could
put anyone who violates this
provision in danger of facing
decades in prison and massive
fines.

So posting information on virtually

any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgf-x8fo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5574
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jane Pullis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgf-7dlt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5576
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jge-o90o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5577
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Lonnberg

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Mr. Adam Lonnberg

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jge-ael6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5578
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Henry
**Address:**
  168 Grant City Drive
  Sikeston, MO, 63801-7149
**Email:** wa0wik@gmail.com
**Phone:** 573-472-2916

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jge-q8k9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5579
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jge-mjbb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5580
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Adam Gifford
**Address:**
  1616 Peppers Ferry Rd.
  Pulaski, VA, 24301
**Email:** afgiff4d@gmail.com
**Phone:** 5402503868

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003450

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 16, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Tracking No.** 1jz-8jge-nehp |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5581
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama

DOSWASHINGTON003451

administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgd-2yvl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5582
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Palucci

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 16, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jgd-xdyb |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5586
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jareth Thomas

---

## General Comment

ITAR AmendmentRevisions to Definitions; Data Transmission and Storage

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003455

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgd-9i3p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5587
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terry Redcay

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003456

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgc-2ynj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5589
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ron Seiden

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined as requiring, not only
government permission, but potentially a government license. This means violators would potentially
face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still law in the United States of America.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgc-q2kw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5590
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dan Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgc-er2s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5591
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eric Barkhurst

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgc-k6os
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5592
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bruce Clouser

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgc-418w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5593
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy Allen

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgc-ly47
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5594
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harold Shannon
**Address:**
   14960 Collier Blvd
   #4118
   Naples,  FL,  34119
**Email:** captkenshannon@aol.com
**Phone:** 941-720-8265

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgb-sa1c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5595
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgb-72rp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5596
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Ceglia

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgb-vzlt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5598
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rob Maher
**Address:**
    4273 Black Hills Drive
    Sparks,  NV,  89436

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jgb-8d9s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5599
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ryan Stewart

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jgb-k4mo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5600
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Drago

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jga-ue85
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5604
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chase Hicklin

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jga-imj4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5605
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Rouse

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Thanks,

Tim Rouse

DOSWASHINGTON003469

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jga-drg1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5606
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003470

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jga-qewj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5607
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rodger Reed

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jga-c6sx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5608
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Heiser

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Read the constitution!! It's time to stop the assault on our rights.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg9-h7nq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5611
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Robinette, Jr
**Address:**
    106 Mist Lane
    Lot #2
    Lexington,  SC,  29073
**Email:** robinettec@midlandstech.edu
**Phone:** 803-667-0771

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg9-7o1s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5612
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Mr. Munoz

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg9-u05i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5613
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 16, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Tracking No.** 1jz-8jg9-o78h |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5616
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Thompson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

William Thompson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg9-lb5r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5617
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003477

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jg8-1ou8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5620
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Skylar Tafoya
**Address:**
    4836 Allesandro St
    Chino, CA, 91710
**Email:** skylars1994@hotmail.com
**Phone:** 909 662 5082

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled

effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Skylar Tafoya.

DOSWASHINGTON003479

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg6-e2cj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5623
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Spencer Strickland

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jg6-vm8o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5624
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Howard Heminger
**Address:**
  323 Snowmoody Way
  Ontario, OR, 97914
**Email:** bkplus@q.com
**Phone:** 541-889-7528

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003481

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jg6-zd03
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5625
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jacob Cary

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003482

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg5-hy68
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5626
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** frank woodall

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg5-xhbp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5627
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bobby Ratliff

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. If this information does nothing to harm
National Security of The United States of America, then it should not and cannot Constitutionally be
prohibited!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jg5-ywyb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5629
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Scarboro

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003485

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg4-u3vl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5634
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Wilkinson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land! Censorship of any material would inhibit the Public's freedom!

Sincerely,

Mark Wilkinson

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 16, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg4-1u1s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5635
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Leslie Bentley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg3-2w9r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5644
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Gallegos
**Address:**
   4631 Hampshire Way
   Fremont, CA, 94538-3325
**Email:** larry@larrygallegos.com
**Phone:** 5106231550

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Larry Gallegos

DOSWASHINGTON003489

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg3-imtj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5645
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

David K

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg2-ar9g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5651
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bismarck Flores

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jg2-n81i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5652
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** A. Morphis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg2-hm8f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5654
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Darren Ryland

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Darren Ryland

DOSWASHINGTON003493

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jg2-bvsd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5659
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Inman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg2-5lwm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5662
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Hull

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
James Hull

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jg2-8hy2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5664
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg1-i2pl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5667
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg1-pj71
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5672
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randy Young
**Address:**
   8949 Tyler Road
   Battle Ground,  IN,  47920
**Email:** tclp@centurytel.net
**Phone:** 765-567-4300

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg1-5yk6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5675
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ryan Montoure

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Concerned citizen

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 15, 2015<br>**Status:** Posted<br>**Posted:** June 17, 2015<br>**Tracking No.** 1jz-8jg1-y1zb<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5677
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Edwards

---

## General Comment

To whom it may concern:

Why is the State Dept getting involved with firearms Regulations? The 1st Amendment allows for unfettered speech, even if you don't like it, that's not your call.

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

James H. Edwards, Jr.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg1-i078
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5680
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John E. Bartley, III
**Address:**
   9330 SW Bailey St #21
   Wilsonville,  OR,  97070
**Email:** john.bartley@gmail.com
**Phone:** 5032278539

---

## General Comment

To whom it may concern:

The rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet, is thoroughly
unconstitutional, and I thoroughly oppose it.

Anyone who violates this regulatory provision is in danger of facing decades in prison and massive fines,
thanks to the new language -- which includes making technical data available via a publicly available network
(e.g., the Internet).

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers, which I see as a vital force to streamline our economy.

These new regulations must be repealed in their entirety. The First and Second Amendments are still the law
of the land, and there's no point in crippling our economy.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg0-x9yf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5682
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Loper
**Address:**
  1400 13th Ave NW
  Minot, ND, 58703
**Email:** loperg60@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Gary W Loper

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg0-dvau
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5683
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeanne Bilodeau

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jg0-il1u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5684
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Organization:** goa

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg0-2cxs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5685
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chandlor Freeman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Chandlor Freeman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg0-hgqp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5686
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** patrick spencer

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003506

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg0-zlbm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5687
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jg0-h5g3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5689
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be

defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg0-x0h7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5690
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Trout
**Address:**
   11099 Roanoke River Court
   Rancho Cordova,  CA,  95670
**Email:** fourtrout@sbcglobal.net

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg0-glp9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5691
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Shaffer
**Address:**
　　2211 E Arrowhead Dr.
　　New Albany,  IN,  47150
**Email:** jshaffer@msn.com
**Phone:** 5027738046

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language which includes making technical data available via a publicly available network (e.g., the Internet) could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003512

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg0-vfff
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5692
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Judith Harrod

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg0-g364
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5694
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bradley Bassano

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jg0-o0oi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5696
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Sotomayor
**Address:**
    618 West 11th Avenue
    Hutchinson, KS, 67501
**Email:** virtualmike@cox.net
**Phone:** 620-665-0956

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

DOSWASHINGTON003515

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jg0-ysv0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5698
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ben Messinger

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which would
directly infringe the right to freedom of speech regarding gun-related content on the Internet.

The new language -- which includes requiring pre-approval before making technical data available via a
publicly available network (e.g., the Internet) -- is draconian and unacceptable. I will not subject my
speech to governmental pre-approval.

Online posting of information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers, design software, and computer numerical control (CNC) technology.

I urge you to repeal these new regulations in their entirety.

Thank you,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfz-6tge
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5700
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Danny Steffens

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfz-lhz0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5702
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Johnson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfz-kskv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5703
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Brown
**Address:**
   2017 Alta Ave
   Louisville, KY, 40205
**Email:** jbrown87ky@gmail.com
**Phone:** 502-265-6497

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfz-h4c3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5705
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Holguin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfz-lter
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5706
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeremy King
**Address:**
 1020 E 45TH ST
 APT 243
 AUSTIN,  TX,  78751
**Email:** jeremyking@utexas.edu
**Phone:** 2817442796

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

This yields posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties. This is not my America. This is
censorship, opening the door to oppression. In his incessant attacks on the Second Amendment, President
Obama has now decided to attack the First alongside it, and this behavior is completely unacceptable. I
encourage you to look at the nations of the world that censor speech on the internet - Russia, the People's

Republic of China, and North Korea to name a few - and ask yourself if they are the countries whose footsteps America should follow in.

I also oppose the addition of the word software into these regulations, as it appears to be a blatant effort to ban 3-D printers. I am an engineering student at the University of Texas at Austin, and while I am no expert I can assure you wholeheartedly that 3-D printing is the future of manufacturing, perhaps even a second Industrial Revolution. The aim of this attack on 3-D printing is no doubt rooted in the proliferation of CAD files for the Liberator, the printable pistol designed by Defense Distributed which plastered headlines in 2013. This is an incredibly shortsighted maneuver on the part of the Obama administration. Printable firearms are only one application of 3-D printing, and in the mean time I'm not sure they even can be; printable polymers simply lack the strength of the polymers used in mainstream firearm production. To the contrary, the most important application, in my opinion, is in fact the health industry. Here at UT Austin and all over the world 3-D printing technology is being used to make splints and casts of various types, models of patient's body parts taken from molds, and even prosthetic limbs. This progress is revolutionizing parts of the medical field, and needs the freedom to grow further. However, President Obama has taken it upon himself to pursue gun control with a blood lust, and has lost sight of the collateral damage he is causing with his numerous, questionably constitutional executive orders. Please do not allow him to place a stumbling block in the path of progress in the name of his political agenda.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still laws of the land, and our President has either forgotten this reality or he has no respect for it.

Sincerely,
Jeremy King

DOSWASHINGTON003522

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfz-yfam
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5707
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Wakefield

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfz-qexc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5709
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** T.Mike Curry
**Address:**
    3552 East Winn Road
    Sturgeon,  MO,  65284
**Email:** tmikecurry@gmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who could (rather easily) violate this provision in danger of facing decades
in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by President Obama's
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfz-9bvg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5710
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Vollmer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
David Vollmer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfz-k3rb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5711
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Raymond Setters

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfz-j30i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5713
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

Dear Sir or Madam:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfz-d1yt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5714
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anita Teschek
**Address:**
    47 Turkey Hill Rd
    POB 990
    Newport,  NH,  03773
**Email:** anita@gsrs.com
**Phone:** 603-863-1818

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON003528

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfz-7u8v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5715
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dale Willett
**Address:**
    1450 S Hollister Road
    Ovid,  MI,  48866
**Email:** dale.willett@aol.com
**Phone:** 5177563301

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

DOSWASHINGTON003529

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

dale willett

DOSWASHINGTON003530

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfy-5kxw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5717
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Sullivan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfy-hbnf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5718
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Ponn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Tracking No.** 1jz-8jfy-kk5r |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5719
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** gary nau

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfy-g3lj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5722
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Alborn
**Address:** United States,
**Email:** alborn@earthlink.net

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!
Douglas H. Alborn

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfy-sg8f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5723
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfy-84a2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5724
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan McNutt

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfy-i2hh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5725
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Greg Gross

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfy-3sgc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5726
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anthony McGaugh
**Address:**
    13927 Woodforest Blvd
    Houston, TX, 77015
**Email:** legendsedge@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Anthony McGaugh

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfy-acr5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5727
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John La Fever
**Address:**
   103 Wayfair Overlook Drive
   Woodstock, GA, 30188
**Email:** jlafever@completesb.com
**Phone:** 6784013353

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the
law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfy-fttf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5729
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** kenneth Lane
**Address:**
   48 E 5th St
   corning,  NY,  14830
**Email:** lanekr1@gmail.com
**Phone:** 6979374348

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfy-j5vf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5730
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rocky Bensch
**Address:**
　　PO Box 392
　　147 Song Bird Trail
　　Pickens,  29671
**Email:** rockybensch@gmail.com
**Phone:** 864-552-0399

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003541

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfy-y8t1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5732
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cole Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfy-bsqc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5735
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Gabor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfy-yb8r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5737
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Nezzer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfy-osaz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5739
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** jeff anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfy-v6cj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5740
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kerry Morris
**Address:**
    2921 180th St.
    Belmond, IA, 50421
**Email:** kmorris620@gmail.com
**Phone:** 6414447317

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Kerry Morris

DOSWASHINGTON003547

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfy-zae0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5742
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Navy Veteran

Viet Nam

DOSWASHINGTON003548

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfx-xc54
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5743
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003549

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfx-8mk0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5744
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Harry Irrgang

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Harry Irrgang

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfx-fa4o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5747
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian Crouch

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003551

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfx-jikq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5749
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bobby Klement
**Address:**
    408 Cedar AVE
    Sultan,  WA,  98294
**Email:** ncis.security@gmail.com
**Phone:** 3604907626

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003552

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfx-6zab
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5751
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ernest Lo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfx-xqms
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5752
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Baker

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfx-55mj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5756
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rick Staal

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfx-awh5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5757
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Dropkin

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfx-pj2r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5758
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfx-kwn7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5760
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Nall

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfx-aizf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5761
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Evans

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers. Please quit wasting my tax dollars trying to violate my constitutional rights.
Work on something that actually matters, lets say a major foreign threat from radical Muslim group.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfw-l3fs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5762
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Barnard

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-21bz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5763
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JERRY WELCH
**Address:**
2900 BANNOCK
LOVINGTON, NM, 88260
**Email:** MAWJRW@YAHOO.COM
**Phone:** 575-396-5758

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON003561

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-o7xi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5764
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark krug

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Mark Krug

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-t1di
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5765
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joel Schneider

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Joel Schneider 90278

DOSWASHINGTON003563

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfw-adkp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5766
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-ts4c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5767
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Golden
**Address:**
  3 Bennett way
  Newmarket,  NH,  03857
**Email:** kgtuning@yahoo.com
**Phone:** 6032925430

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the
State Departments arms control
regulations (ITAR), which could
potentially grant the State
Department a wide-ranging power
to monitor and control gun-related
speech on the Internet.

The new language -- which
includes making technical data
available via a publicly available
network (e.g., the Internet) -- could
put anyone who violates this
provision in danger of facing
decades in prison and massive

DOSWASHINGTON003565

fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-rr0j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5768
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So, posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also strongly oppose the addition of the word software into these regulations, as it appears to be a not-
so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-zr08
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5770
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Goss

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. These go directly against the First
Amendment

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-wuh2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5771
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gabriel Weeks
**Address:**
  37629 Phelps Rd
  Zephyrhills, FL, 33541
**Email:** gabeweeks@yahoo.com
**Phone:** 8137782815

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on THE INTERNET.

The new language -- which includes making technical data available via a publicly available network (e.g., the
INTERNET) -- could put anyone who violates this provision in danger of facing decades in prison and massive
fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word SOFTWARE into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Gabriel Weeks

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfu-vjt7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5773
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Baltazar Barron jr

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfu-pfxt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5774
Comment on DOS-2015-0023-0001

---

## Submitter Information

---

**Name:** Robert Keeler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Robert Keeler

GOA Media Clips

GOA's Larry Pratt on Fox & Friends

GOA on Armed American Radio

Obama's bullet grab sparks rebellion

Gun rights advancing despite Democrat push-back

GOA's State of the Union

God, guns & stupid anti-gun antics

The Horrendous Failure of Gun Control

More Videos

GOF-CFC

2015 - Gun Owners of America

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-na98
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5776
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David sanchez

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfu-unzy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5777
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** E Dahl

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
E. Dahl

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-df6c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5778
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Austin

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Robert Austin

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-xedm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5779
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Josh wilson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfu-8s1n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5780
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Derek Armstrong

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Derek Armstrong

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-ph5z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5781
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003579

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Tracking No.** 1jz-8jfw-3uth |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5782
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Zerangue
**Address:**
    104 Chicory Lane
    Lafayette,  LA,  70506
**Email:** kzerangue@hotmail.com
**Phone:** 3375018730

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfu-7jjj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5783
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Hendershot

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Gary W Hendershot

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-k57h
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5784
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Hickman
**Address:**
   211703 E Cochran Rd
   Kennewick,  WA,  99337
**Email:** dhickman53@hotmail.com
**Phone:** (509)582-3874

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely, Donald Hickman

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfu-gf2s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5785
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ernie Davidson

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003583

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jfw-alc9 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5786
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Borg

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Donald Borg

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-74wu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5787
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Will Alexander
**Address:**
   352 Indiana
   Berthoud, CO, 80513

---

## General Comment

To whom it may concern, Senators, Congressmen, representatives:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which would grant
the State Department vast over reaching power to monitor and control gun-related speech on the Internet.
(ITAR is already an over reach of government intervention that has absolutely no use in defense of the
country. It is a veiled political weapon only).

The new language, which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive
fines. This is a first amendment violation.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to immediately repeal these new regulations in their entirety.

Thank you,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-3ded
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5788
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Scott Vittoe

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Scott Vittoe

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfw-6tew
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5791
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Austin J Richards

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-hhpr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5792
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Danzey
**Address:**
 8144 SVL Box
 Victorville,  CA,  92395
**Email:** rick@rickdanzey.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Richard E Danzey Jr

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfw-bat2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5793
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003589

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jfv-qves |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5794
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Smith

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-qxdf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5795
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Overton
**Address:**
   599 Grovania Rd
   Hawkinsville,  GA,  31036
**Email:** kenoverton@windstream.net

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-de8r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5796
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jeremy Miller

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfv-ktj9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5797
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-du0n
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5798
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Brommer
**Address:**
    1215 S Shields St
    Fort Collins, CO, 80521
**Email:** dbrommer@generalair.com
**Phone:** 970-221-0697

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-zyza
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5799
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Corey Brinkman
**Address:**
   4837 Vogel Dr.
   Toledo,  OH,  43613
**Email:** cbrinkm2@gmail.com
**Phone:** 4199026625

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfv-v5o4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5800
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-dmit
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5801
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patricia Clayborn

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

P Clayborn
California, USA

DOSWASHINGTON003597

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfv-dqk9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5802
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Hagan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Michael Hagan

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jfv-d7f3 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5803
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patricia Bedford

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,
Patricia Bedford

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-6qov
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5805
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Saxton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the administration as
requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land! It's time for you to start upholding your oath to the
Constitution!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfv-ip01
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5806
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Nickelman JONES

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-tgw8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5807
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Richard
**Address:**
  6 Highland Ct
  Pittsburgh, 15206
**Email:** Paulsrichard@gmail.com
**Phone:** 504-388-6052

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Paul S Richard, MD

DOSWASHINGTON003603

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-2omt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5808
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Troy Taylor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Troy Taylor

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-858f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5809
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Wammack
**Address:**
  187 Oak St.
  Summerville, GA, 30747
**Email:** knighthawke69@hotmail.com
**Phone:** (706) 802-7691

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State
Department a wide-ranging power to monitor and control gun-related speech on the Internet. The new
language -- which
includes making technical data available via a publicly available network (e.g., the Internet) -- could put
anyone who violates
this provision in danger of facing decades in prison and massive fines. So posting information on virtually
any firearm or
ammunition could be defined by the Obama administration as requiring, not only government permission, but
potentially a
government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban
3-D printers. I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First
and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-m2v3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5810
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jonathan Butler

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jfv-mjib |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5811
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Manning

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

William Manning

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-ib1o
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5812
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Gettman
**Address:**
   3919 Griffin Rd.
   Syracuse,  NY,  13215
**Email:** mikeanon@twcny.rr.com
**Phone:** 315-469-6125

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-nwcy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5813
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JOHN OBRIEN

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-d3li
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5814
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Krenik

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-nrlm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5815
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Matlock
**Address:**
   902 Hazel Falls Dr
   Manchester, MO, 63021
**Email:** cmatlock2001@sbcglobal.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Charles D Matlock

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-f4lj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5816
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gloria Costanza

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003612

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfv-16hs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5818
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Howard Trimble
**Address:**
    1480 Soldier Creek Road
    Grants Pass, OR, 97526
**Email:** hltrimble@hotmail.com
**Phone:** 541-226-9223

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfu-mgrb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5819
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frederick Giannini
**Address:**
    140 Elgin Way
    Bushkill,  PA,  18324
**Email:** caligula54@aol.com
**Phone:** 570-588-2587

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,
Frederick Giannini

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-x0v8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5820
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-rf8u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5821
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-o461
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5823
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Christopher Quick

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Christopher S. Quick

DOSWASHINGTON003618

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 15, 2015<br>**Status:** Posted<br>**Posted:** June 17, 2015<br>**Tracking No.** 1jz-8jfu-gvvf<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5824
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Erik Grooves

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Law abiding tax paying citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-o7rt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5826
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Granger
**Address:**
  485 Belloak Drive
  Spring Creek,  NV,  89815
**Email:** mogranger@digis.net

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-1id5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5827
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dwayne Gallups
**Address:**
 30 Hancock Road
 Phenix City,  AL,  36869

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-t0dg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5828
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
An American citizen

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-am4r
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5830
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Burrows

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Jeffrey Burrows
Clinton, UT

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-rdns
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5831
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William D. King
**Address:**
   19005 Rock Maple Drive
   Hagerstown,  MD,  21742
**Email:** GoTeam95@aol.com
**Phone:** 301-964-6147

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Respectfully,

William D. King

DOSWASHINGTON003625

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-hjhf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5832
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Weber
**Address:**
  1689 Four Notch Rd
  Carrollton,  GA,  30116
**Email:** weberj@live.com
**Phone:** 770-809-9046

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land.

Sincerely,
Joseph Weber

DOSWASHINGTON003626

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfu-d23v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5833
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Devin Castor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

Posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-x20a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5835
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** W. Cabe
**Address:**
    7664 Stonebridge Rd.
    Carnesville, GA, 30521
**Email:** wccabe@gfb.org
**Phone:** 706-384-2222

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 15, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jfu-w4qi |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5836
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chris Garland
**Address:**
    367 Hazlettville Rd.
    Hartly,  DE,  19953
**Email:** garlandc@netbox.com
**Phone:** 847-477-7235

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. I believe this is a violation of our First Amendment rights!

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

Chris Garland

DOSWASHINGTON003630

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-k3u3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5837
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stuart MacIntyre

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-2kb3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5838
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Todd Albright

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-6z30
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5839
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Walton
**Address:**
    13851 Greenfield Avenue
    P. O. Box 488
    Maugansville,  MD,  21767-0488
**Email:** spring1903@verizon.net
**Phone:** 301-739-6742

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely, Robert Walton

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-fwfu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5840
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Beverly Kelly
**Address:**
  5115 N. Dysart Rd.
  Litchfield Park,  AZ,  85340
**Email:** bjk38@cox.net
**Phone:** 6233935729

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-gydi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5841
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joe Acosta

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Joe Acosta

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-6dvz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5842
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Marshall
**Address:**
   2875 Westwood Lane
   Apt 2
   Carmichael,  CA,  95608
**Email:** Jamarshall78@gmail.com
**Phone:** 9162618392

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

John Marshall

DOSWASHINGTON003637

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jfu-jz5e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5843
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brandon Hamilton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 15, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jfu-7p4s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of
Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5844
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Galletti
**Address:**
    6222 Nelwood Road
    Parma Heights, OH, 44130
**Email:** mjgalletti@gmail.com
**Phone:** 2162245940

---

## General Comment

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially
grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the
Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as
requiring, not only government permission, but potentially a government license. This means violators would
potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to
ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Michael Galletti

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: June 17, 2015
Status: Posted
Posted: June 17, 2015
Tracking No. 1jz-8jh8-g9xl
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5846
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Conrad McDowell
**Address:**
    216 W 4th St.
    Cameron,  MO,  64429
**Email:** conradmcdowell@gmail.com
**Phone:** 8167245774
**Organization:** Gun Owners of America

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 17, 2015 |
| **Status:** Posted |
| **Posted:** June 17, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jh8-uy0b |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5849
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glennon Nenninger
**Address:**
  229 Saint Lawrence Blvd
  Northville,  MI,  48168-1567
**Email:** gnenning@comcast.net

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003641

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh8-ydx2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5850
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Geoffrey Hoffa
**Address:**
  3120 W. Carefree Highway
  Suite 1, PMB# 529
  Phoenix, AZ, 85086

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jh8-5afh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5851
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Barton Phelps

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh8-5a08
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5852
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Holley

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh8-m76p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5853
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** wil,liaM PETERSON

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh7-64hr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5858
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Murray

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh6-ehot
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5860
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003647

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jh6-2g05
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5866
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh5-tske
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5873
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh4-ud1b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5877
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Craig Workman
**Address:**
   9558 Schiller BLVD
   Franklin Park,  IL,  60131
**Email:** workmanc@gmail.com
**Phone:** 7732096351

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

DOSWASHINGTON003650

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jh4-t3u6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5878
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lou Fisher

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jh4-fp2e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5879
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ray McKinney
**Address:**
  3215 Canal St.
  Ruston, LA, 71270
**Email:** pshot22@aol.com
**Phone:** 318-255-0318

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. Rewriting "regulations" by those who will enforce those regulations debases us from "a government by laws to a government by men." You can take whatever license with words that you choose to create any meaning you desire, rather than the intent of laws as passed by Congress.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003652

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh4-fgi8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5880
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Thank you,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh4-ueck
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5885
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I fully agree with the following comment.

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Thank you,

DOSWASHINGTON003654

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh3-3ubt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5888
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Thank you,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Category:** NA
**Tracking No.** 1jz-8jh2-c66q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5905
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

The proposal is unconstitutional and serves no greater purpose for the people and feels like just another
attempt to further silence and suppress us and keep us from living as true Americans.

I urge you to repeal these new regulations in their entirety.

Thank you,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh2-y0ok
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5908
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ben Swartz

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 17, 2015
Status: Posted
Posted: June 17, 2015
Tracking No. 1jz-8jh2-krsm
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5914
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Jeff Hendrix Sr

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh2-kxq5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5915
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh1-1y6f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5916
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J.P. Garfield

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh1-j7ja
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5917
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet. I believe it violates both the First and Second Amendments to our Constitution.

Anyone who violates this regulatory provision is in danger of facing decades in prison and massive fines,
thanks to the new language -- which includes making technical data available via a publicly available
network (e.g., the Internet).

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers, which I see as a vital force to streamline our economy.

These new regulations must be repealed in their entirety. The First and Second Amendments are still the
law of the land, and there's no point in crippling our economy.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 17, 2015
**Tracking No.** 1jz-8jh1-l9q1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5922
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James A Thornhill Jr

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003662

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jht-cyca
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5926
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Brookshire

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely, Robert Brookshire

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhr-a3uo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5933
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhr-so71
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5935
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J Rusnak

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhq-6j8k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5937
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Knapp
**Address:**
    10102 SW 82nd Lane
    Gainesville, FL, 32608
**Email:** kubby.communications@gmail.com
**Phone:** 3525050671

---

## General Comment

The only reasonable answer to this proposal is "no."

The State Department doesn't get to control press or speech, online or off.

You don't have to like it. That's how it is whether you like it or not.

The following, intended to be incorporated into this comment, is an op-ed (for newspaper publication) which I just wrote:

Speech and Guns: Freedom is Indivisible
by Thomas L. Knapp

A few years ago libertarian novelist and essayist L. Neil Smith wrote a prescient piece on victim disarmament (called, by its supporters, "gun control"). Smith is a prescient guy -- he also predicted, among other things, the digital watch and the fall of the Soviet Union. I can't find the piece at the moment, so I'll paraphrase:

It's impossible to effectually outlaw guns without also outlawing writing, speaking and thinking about guns. And it's impossible to effectually outlaw writing, speaking and thinking about guns without outlawing writing, speaking and thinking, period.

Thinking isn't a strong suit among victim disarmament advocates, but I guess one of them read the article. A couple of years ago, the US State Department ordered Cody Wilson of Defense Distributed to remove 3D printing files for the "Liberator" pistol from the Internet, pending a ruling on whether the posting of those plans constituted an illegal "weapons export." In early June, the US State Department filed a new rule proposal on the Federal Register.

The rule is in a combination of bureaucratese and technical jargon, but it boils down to the US government requiring anyone who wants to publish "technical data" on the Internet (where it can be downloaded by foreigners, making it an "export"), relating to how to build weapons, to get the State Department's permission.

We've been around this tree before. Back in the 1990s, the government went after proponents of "strong crypto" for making their software available globally, treating cryptographic algorithms as "munitions" for "export" purposes. Hilarity ensued as cypherpunks arrived at airports wearing t-shirts with the following three lines of Perl on them:

```
#!/bin/perl -sp0777i<X+d*lMLa^*lN%0]dsXx++lMlN/dsM0<j]dsj
$/=unpack('H*',$_);$_=`echo 16dio\U$k"SK$/SM$n\EsN0p[lN*1
lK[d2%Sa2/d0$^Ixp"|dc`;s/\W//g;$_=pack('H*',/((..)*)$/)
```

Those three lines of code implemented the RSA cryptographic algorithm. Which meant that flying abroad wearing the t-shirt constituted "unauthorized export of a munition."

The government ended up backing away from that battle. As a result, all of us now have relatively easy access to tools that help us protect the privacy of our information. Now they're back, trying to throttle free speech in the name of "arms proliferation control" abroad and, implicitly, "gun control" here at home.

The right to think, speak and publish as we please is inseparably linked -- both morally and practically -- to the right to keep and bear arms. It's impossible to support one without supporting the other. And as we can see, the State Department now intends to destroy the latter by destroying the former.

The required "comment period" runs through August 3rd. You can read the proposal and register your opposition to it at:

http://www.regulations.gov/#!documentDetail;D=DOS-2015-0023-0001

If legal opposition doesn't work, the necessary next step is open defiance. This is not a battle Americans can afford to lose.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhq-5ukr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5938
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Thomas

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Category:** NA
**Tracking No.** 1jz-8jhq-nnb1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5939
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose this rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control software- and gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines. For telling someone how to make a 3d printer? Or how to load a firearm they legally own?

So posting information on virtually any 3d printer part, firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Thank you.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhq-ci2s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5941
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Maribel Arpero

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Maribel Arpero

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhq-ac4k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5942
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jesrel Mitre

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Jesrel Mitre

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhq-pgr9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5944
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Linda Lewis
**Address:**
    22523 Mayfield Rd.
    Fayetteville, AR, 72703

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Department's arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language--which includes "making technical data available via a publicly available network (e.g., the Internet)" --could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violator would potentially face significant criminal penalties.
I also oppose the addition of the word "software" into these regulations, as it appears to be a not -so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!!

DOSWASHINGTON003672

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jho-5itv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5949
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Shepard

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jho-a39g
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5954
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jho-tyf1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5955
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous
**Organization:** Gun Owners of America

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhm-zjxm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5957
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** MIKE DEWALT

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,Mike A DeWalt

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 18, 2015 |
| **Status:** Posted |
| **Posted:** June 18, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jhm-hrym |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5958
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Wilfredo Dizon
**Address:**
  2045 Rock Lake Loop
  Virginia Beach,  VA,  23456
**Email:** Chilly_willy_dizon@yahoo.com
**Phone:** (757)613-2181

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Category:** NA
**Tracking No.** 1jz-8jhi-raa6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5963
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anomymous Anomymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety and please stop trying to weave around the Constitution.

Thank you,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Category:** NA
**Tracking No.** 1jz-8jhi-powi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5964
Comment on DOS-2015-0023-0001

---

## Submitter Information

---

**Name:** Michael H

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the administration as requiring, not only government permission, but potentially a government license. This means violators could potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be an effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety and rewrite them.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhg-bwe8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5968
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Norman Sterrett
**Address:**
    MD,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003681

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 18, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhg-6k7m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5969
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Benjamin Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhe-nh0b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5976
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

The rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet, is
unconstitutional, and I thoroughly oppose it. Any infringement on our First Amendment Rights is
unacceptable. One can not pick and choose which speech (written, verbal, electronic, etc) is acceptable
and which is not, that in itself flies in the face of why the First Amendment was written.

Anyone who violates this regulatory provision is in danger of facing decades in prison and massive fines,
thanks to the new language -- which includes making technical data available via a publicly available
network (e.g., the Internet).

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers, which I see as a vital force to streamline our economy.

These new regulations must be repealed in their entirety. The First and Second Amendments are still the
law of the land, and there's no point in crippling our economy.

DOSWASHINGTON003683

# PUBLIC SUBMISSION

<table>
<tr><td><b>As of:</b> August 04, 2015</td></tr>
<tr><td><b>Received:</b> June 17, 2015</td></tr>
<tr><td><b>Status:</b> Posted</td></tr>
<tr><td><b>Posted:</b> June 18, 2015</td></tr>
<tr><td><b>Category:</b> NA</td></tr>
<tr><td><b>Tracking No.</b> 1jz-8jhe-z0f4</td></tr>
<tr><td><b>Comments Due:</b> August 03, 2015</td></tr>
<tr><td><b>Submission Type:</b> Web</td></tr>
</table>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-5977
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** J Toomer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

J Toomer

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhd-irfg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5979
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Ramsey
**Address:**
   600 Atlantic St
   Roseville,  CA,  95678
**Phone:** 916-783-7267

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhd-ktm6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5980
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** william doench
**Address:**
  247 wheaton ct
  loveland,  OH,  45140
**Email:** supersoul55@msn.com
**Phone:** 5136831695

---

## General Comment

strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Please do not reply directly to this message, as your reply will bounce back as undeliverable.
Click here to share this article with Friends and Family!
Gun Owners of America
8001 Forbes Place, Suite 102
Springfield, VA 22151 703-321-8585
www.gunowners.org
Contact Form
If this alert was forwarded to you, you can subscribe to receive alerts directly by clicking here.


Unsubscribe

Powered by CQRC Engage

Too many newsletters? You can unsubscribe.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhd-dbfu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5981
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003688

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhd-fvt8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5982
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** carol sebastian

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 17, 2015
Status: Posted
Posted: June 18, 2015
Tracking No. 1jz-8jhd-r5i5
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5983
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerry Day

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhc-gdu4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5986
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Littleton
**Address:**
    442 South State #105
    Clearfield, UT, 84015
**Email:** littletongeorge@yahoo.com
**Phone:** 84015

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhc-f2ui
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5990
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhb-w4i8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5991
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** B.R. Kelso

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhb-kkzs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5993
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** LARRY ROETTGER

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined as requiring, not only
government permission, but potentially a government license. This means violators would potentially
face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be an effort to ban
3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003694

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 17, 2015 |
| **Status:** Posted |
| **Posted:** June 18, 2015 |
| **Tracking No.** 1jz-8jhb-1zfa |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-5994
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen Ippolito
**Address:**
   356 Springhouse Drive
   Lewisburg, PA, 17837

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003695

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jhb-laus
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-5995
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Kerber

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.
The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003696

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jha-g08y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6001
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Guy Bivens
**Address:**
  12271 Yankeetown Pike
  Mount Sterling,  OH,  43143
**Email:** gusbiv@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003697

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Category:** NA
**Tracking No.** 1jz-8jha-2nda
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6004
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:
I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.
The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.
So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.
I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.
I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jha-34lo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6006
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cynthia Upton

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jha-4cej
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6008
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sharon J

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jh9-pesh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6014
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lee Davis

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Lee Davis

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 17, 2015
**Status:** Posted
**Posted:** June 18, 2015
**Tracking No.** 1jz-8jh9-3ux7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6018
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gerald Biggs
**Address:**
674 Stage Road
Sanbornton,  NH,  03269
**Email:** biggsbrothers@hotmail.com
**Phone:** 603-744-3806

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration
as requiring, not only government permission, but potentially a government license. This means violators
would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort
to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 13, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jyi-mva1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6025
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 10, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jwl-zuw5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6060
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** D. Connors

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003704

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 09, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jvx-cqi4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6100
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffrey Mathis
**Address:**
    3701 Woodcrest Road NW
    Roanoke,  VA,  24012
**Email:** lisanjeff2@cox.net
**Phone:** 5405978731

---

## General Comment

To whom it may concern:

As a citizen and armed service veteran of the United States, I strongly oppose the proposed rewrite of the State Departments arms control regulations (ITAR). Changes as found in the current proposed rules could potentially grant the State Department wide-ranging powers to monitor, control and hence penalize innocuous gun-related free speech on the Internet.

The new language under consideration would interpret the posting of any and all technical data via a United States public network (e.g., the Internet) -- as a violation of this provision and places said individual, group or organization in danger of facing litigation by the full fury of the United States Government.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. As an example, the mere act of a fathers boast in the blog of your choice on the dimensions of their child's shot groupings is performance data hence dissemination of technical data via an unsecured communication domain accessible by foreign entities. Thus making such free speech subject to significant criminal

penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I do not support adoption of the proposed rule change and urge repeal of these regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land. Thank you!

DOSWASHINGTON003706

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** July 09, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jvp-vucq |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6144
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stephen skinner

---

## General Comment

The attempt to hallucinate a new definition to "exports," thereby outlawing the free speech to discuss and
share information on firearms and Cody Wilsons's 3-D gun blueprint/download for "The Liberator," if a
joke.

Do you really think that Americans are so stupid as to believe this? Do NOT outlaw free speech and Mr.
Wilson's 3-D gun blueprints. Guns are here to stay. The technology exists and you cannot magically
erase it.

The proposed rule under discussion is blatantly illegal, and it is so obvious that the US Dept of State is
becoming an embarrassing joke. Save what little integrity the Dept still has and do not enact this rule.
Thank you.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 08, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jv6-797f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6157
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dr. Jodi Zender

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 07, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8juf-o9du
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6164
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Howard Shucart

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** July 06, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8ju3-isqw |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6167
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Warner

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 06, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8ju1-1b6b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6169
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 06, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jtw-2gmo
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6175
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Yvonne Bonfield

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 06, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jtl-ebaa
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6182
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003713

All citizens must obey the laws. Enforcing laws on the American citizens while disregarding constitutional rights is wrong. It's especially wrong when thousands upon thousands of illegal immigrant criminals are released upon the USA streets and millions more more freely break the laws of the land , yet the law abiding legal citizens constitutional rights to freedom of speech and self protection could become punishable offenses. That's wrong. I hope you will be wise to not take away our constitutional rights. Especially now when our own government DOJ was trafficking weapons last year to the drug cartels in Mexico. Please don't punish the USA citizens when there's so much lawlessness and corruption that is never punished but rewarded. That's wrong. Please keep our constitutional rights in order

Thank you for considering the American citizens & our constitutional rights.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 05, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jte-mspq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6183
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Terencde Charles

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

DOSWASHINGTON003716

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 05, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jtb-ozc0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6184
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 05, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jt9-pa8q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6186
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Constantine

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 05, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jt8-7yof
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6188
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cristian Banu

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003719

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 05, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jt7-bzi4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6189
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Woodruff
**Address:**
  235 Eaton Rd. SE
  Rio Rancho,  87124
**Email:** sewoodruff@cableone.net
**Phone:** 5053503157

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003720

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 05, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jsu-z7nb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6195
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 05, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jst-kvls
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6196
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Eustina Carlton

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** July 04, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jsj-kx65 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6198
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chuck Otto

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet and bypass the powers of Congress to make laws and protect Constitutional rights. These new "regulatory rewrites" seriously infringe upon every U.S. Citizen's first AND second amendment rights.

The new language, which includes making technical data available via a publicly available network," puts anyone who violates this very broad regulatory language in danger of facing criminal prosecution, decades in prison and crushing fines.

Posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring not only government permission, but also potentially a government license, and violators could face serious criminal penalties for exercising the Constitutional rights guaranteed for all citizens.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them, as well as any other software for use in manufacturing ammunition or firearms by private persons - or anyone, for that matter.

I urge you to repeal these new regulations in their entirety because, whether you or anyone else agrees or not, the First and Second Amendments are still the law of our land! Allowing such arbitrary rules to function as laws will ultimately bring on costly, time consuming litigation throughout the federal court system.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 04, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jsd-j6yd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6199
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kathryn Cason

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not,
the First and Second Amendments are still the law of the land!

Kathryn L Cason
Arkansas

DOSWASHINGTON003724

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 04, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jsb-ypdg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6200
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Shane Gainan

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the administration as requiring, not only government permission, but potentially a government license. This means violators could potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be an effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety and rewrite them.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 03, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8js2-1gq8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6201
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** rae H

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,


President of PreparedGunOwners.com


UGAR LLC | 2215 Plank Road #111 | Fredericksburg, VA 22401 | United States
Obama should be impeached as many have indicated. It is fellt that he is out to destroy the USA as we know it.

It's time to fish or cut bait!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 03, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jrr-mllc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6203
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** July 03, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jrr-5e9j |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6205
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Simmons

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 03, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jrq-s0l4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6206
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 03, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jrq-hlbg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6207
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Douglas Story

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the administration as
requiring, not only government permission, but potentially a government license. This means violators
could potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be an effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety and rewrite them.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 02, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jr4-7y8m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6215
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Noemi Soto
**Address:**
    10259 S Parker Rd str 109
    Parker, CO, 80134
**Email:** rchristensen07@gmail.com
**Phone:** 7203390142

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003732

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 02, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jr4-wjt5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6216
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Randal Christensen
**Address:**
   10259 S Parker Rd str 109
   Parker, CO, 80134
**Email:** rchristensen07@gmail.com
**Phone:** 7203390142

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 02, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jr4-syai
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6217
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Ockler
**Address:**
    8061 Cole Rd.
    Colden,  NY,  14033
**Email:** harleedawg@aol.com
**Phone:** 7169974798

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003735

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** July 02, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jr3-ka37 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6219
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** frank tuft

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 02, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jr3-7rvj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6220
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and
massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second
Amendments are still the law of the land!

Sincerely,

Norman Beers

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 02, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jr0-86pg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6223
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Doug Tabor

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqr-4ui4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6226
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the administration as requiring, not only government permission, but potentially a government license. This means violators could potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be an effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety and rewrite them.

I will also write my Congressmen alerting them that this is alarming to me and poses a threat to civil rights! I find this type regulation to be offensive for an American to have our government see the 2nd Amendment right to bear arms as a threat, it is a right. I do however feel the obligation to follow laws and stringent safety. We are not the enemy.

Sincerely,

DOSWASHINGTON003739

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqq-qzy0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6228
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Chad Messer

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqp-nd4k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6232
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alfred Grimaldi
**Address:**
    5 Collyer Drive
    Ossining,  NY,  10562
**Email:** bmg500@verizon.net
**Phone:** 914 941 9264

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqn-ybmr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6234
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqj-huel
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6239
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kevin Johnson

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqj-4h8b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6240
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marion Howard
**Address:**
   2890 Belden Street
   Sacramento,  CA,  95815-1731
**Email:** onephantom2003@yahoo.com
**Phone:** N/A

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003745

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqj-x8wi
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6241
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their proposed state.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqi-ahbq
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6242
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Betts

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqi-mfkw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6243
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqi-kkk9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6244
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jqi-w4gj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6245
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ed Campbell

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqi-rdmy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6246
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mary Ellen Litton

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jqg-ij6x
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6249
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Patsy Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

President of PreparedGunOwners.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqf-3hok
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6252
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Haldy

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jqf-uk51
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6253
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daniel Peer
**Address:** United States,
**Email:** danielwpeer@gmail.com
**Phone:** 2108441148

---

## General Comment

I have a serious concerns about these changes, specifically, the "clarification" of the term "Technical Data" and the revision to the definition of "Public Domain." The concerns I have are founded in the changes to what qualifies as "technical data" and what requirements are put on the any data that would be considered "Public Domain." The chief concern here is that common citizens exercising their 1st Amendment rights via the internet could be found to be violating ITAR simply because the internet could be deemed to be a method of distributing/exporting the technical data internationally. Additionally, I am concerned that these changes censor the producers of firearms and, thereby, restrict what can enter the Public Domain, effectively circumventing free speech. It also appears that the changes would effect the distribution of 3D-print plans for firearms that would enable widespread public production of the firearms - if it does or is intended to, then the Congress should establish Laws concerning this and the DOS should not modify Government code to effectively write law concerning this issue.

Changes of note:
1. Paragraph (a)(1) of the revised definition defines technical data as information required for the development, production, operation, installation, maintenance, repair, overhaul, or refurbishing of a defense article
2. The requirements of paragraph (b) are not new. Rather, they are a more explicit statement of the ITAR's requirement that one must seek and receive a license or other authorization from the Department

or other cognizant U.S. government authority to release ITAR controlled technical data, as defined in 120.10. A release of technical data may occur by disseminating technical data at a public conference or trade show, publishing technical data in a book or journal article, or posting technical data to the Internet. This proposed provision will enhance compliance with the ITAR by clarifying that technical data may not be made available to the public without authorization. Persons who intend to discuss technical data at a conference or trade show, or to publish it, must ensure that they obtain the appropriate authorization.

Information on firearm maintenance, repair, installation of parts/modifications, refurbishing the weapon, and certainly the operation of the weapon are all things that should be freely allowed to be distributed over the internet per the 1st amendment. I, and any other firearm owners or prospective owners, need technical specifications and other information to make informed buying decisions and to have access to training materials for proper upkeep, repair, and usage of our firearms. Any legislation that prevents firearms manufacturers from releasing to the public any specifications on their firearms without government consent effectively prohibits free speech because it controls what enters the "Public Domain." Furthermore, preventing those people with knowledge of these specifications from disseminating that information on the internet, though it may be gained through their LEGAL experience in use and/or ownership of the firearms and not a technical manual, directly prohibits the free speech of any US citizen that wishes to speak about a firearm. Concerning any firearms that US Citizens may legally obtain (Upon which, there should also be no limit), there should be no statute that prevents a person from stating their own opinions about the use of a firearm, providing video instruction of how to disassemble/repair/clean/maintain a firearm, providing written instructions on how to disassemble/repair/clean/maintain a firearm, or distribute copies of service manuals that are not protected by copyright laws - all via the internet. It cannot be truthfully said that the dissemination of technical specifications on any firearms currently available for sale to the public constitutes a risk to the safety of US Miltary forces or the US Public.

I request that careful consideration of the effects of these changes be made to insure that The People's Freedom of Speech is not infringed and that assurances be provided in the language of the rule to The People that our liberties are not being challenged. Great care should be taken to insure that no violations of the 1st (Or, 2nd) Amendment arise as a result of any the proposed changes to ITAR. As an example, if this change were to prevent bloggers, video bloggers, online publications, publications made freely available online, etc from disseminating information, such as available calibers or instructions on how to disassemble a firearm, then it would be a clear violation of our 1st Amendment Right and this change should not be adopted. These changes should instead be modified to protect 1st Amendment Rights, as Protecting The People's Rights should be the chief concern of our government.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqf-o1qm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6254
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew Gulfo
**Address:** United States,
**Email:** mpconstructs@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqf-obz7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6256
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Willey
**Address:**
　　636 Cathedral Dr. # 703
　　Rapid City,  SD,  57701
**Email:** edwlms@juno.com
**Phone:** 605-791-5808

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003758

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqe-fpp6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6257
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Marcia Hoy

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqe-c84k
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6258
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** mike Turner
**Address:**
   4719 Frank Gay Rd
   Marcellus,  NY,  13108
**Email:** mike.turner@welchallyn.com

---

## General Comment

o whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqe-psye
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6261
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Johnson
**Address:**
   6988 E Lk. Carlos DrNE
   Carlos, MN, 56319
**Email:** pkj@gctel.net
**Phone:** 320-762-8850

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jqc-i5mx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6263
Comment on DOS-2015-0023-0001

## Submitter Information

**Name:** Anonymous Anonymous

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jqc-6b6e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6264
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqb-ap0q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6265
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David LeBlanc

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqa-1xii
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6266
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003765

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jqa-6hje
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6267
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jack Baker
**Address:**
  7745 W Calla Rd
  Canfield, OH, 44406

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq9-5e0q
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6268
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thoran Menser

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq8-coyy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6269
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Johnny Castillo

---

## General Comment

(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or

not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

President of PreparedGunOwners.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jq6-olnl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6271
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** william m. van ginneken
**Address:**
  552 u.s. route 2w
  wilton, ME, 04294
**Email:** teddy555@myfairpoint.net
**Phone:** 207-645-2204

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

DOSWASHINGTON003770

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

President of PreparedGunOwners.com

UGAR LLC | 2215 Plank Road #111 | Fredericksburg, VA 22401 | United States

UGAR LLC | 2215 Plank Road #111 | Fredericksburg, VA 22401 | United States

DOSWASHINGTON003771

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** July 01, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jq5-yjwb |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6272
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Matthew McKamey

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jq5-6f4y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6273
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James j Daly
**Address:**
    1326 so 3rd st
    Philadelphia,  PA,  19147
**Email:** Jimd429@gmail.com
**Phone:** 215 439 3023

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq5-ov3s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6274
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq4-nwwf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6275
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Fred Clark
**Address:**
    311 Knob Rd
    Pikeville,  TN,  37367
**Email:** fcipa@myway.com
**Phone:** 423 881 5818

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because the First and Second Amendments were passed to protect Americans from over broad laws that make it possible for ordinary speaking situations to become illegal and subject to penalties.

DOSWASHINGTON003776

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq4-ei3z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6276
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jq4-iyxc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6277
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steve Johnston

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** July 01, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq4-4so0
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6278
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Smith

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq3-ubkv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6279
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Vickie Triana
**Address:**
    2004 Overglen Dr
    Plano,  TX,
**Email:** tianarp@gmail.com
**Phone:** 972-423-2896

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003780

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq2-gkog
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6280
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mark Wilson

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 30, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jq2-kv5g
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6281
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq2-kgx4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6283
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim Reddick
**Address:**
  718 Hibiscus Ave
  Lake Wales,  FL,  33853
**Email:** res1fc8x@verizon.net

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003784

# PUBLIC SUBMISSION

<div style="border">

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jq2-3ujx
**Comments Due:** August 03, 2015
**Submission Type:** Web

</div>

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6284
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Donald Brady
**Address:**
   1007 Honeysuckle Ct
   Berea, KY, 40403
**Email:** brute2@windstream.net
**Phone:** 859-353-7467

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jq1-fl3z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6285
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Bonds

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq1-6p4z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6286
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Frank Van Dyke

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 30, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jz-8jq1-40yd |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6287
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Sparks

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 30, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jq1-91iv
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6288
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Carroll

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq1-opm9
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6289
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Dieter Nuebel

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jq1-5nv8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6290
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Rossi
**Address:**
    26351 Stonewall Lane
    Bonita Springs,  FL,  34135
**Email:** rossinautfla@icloud.com
**Phone:** 239 777 o357

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them. Give me Liberty or give me death.

P.S. About 15 years ago, a burglar broke into my condo on the 5th floor. He was about 250 lbs, black and with his hands full of some of our stolen items in our condo. I am only about 5 feet - 6 inches tall, and about 150 lbs. I was only able to chase him out of our condo with an iron barbell that I had under my bed. Back then it was the only weapon I had. Needless to say, after that horrifying experience, I now own a pistol and I keep in in short distance from my be, but safely up at the top of a shelf. I will not sleep without it...to protect my wife and myself....ever again. "You will have to pry my gun from my cold, dead hands"....as somebody once said.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jq0-w4nu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6295
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jq0-7v6s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6296
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** charles dickerson

---

## General Comment

----- Pre-written letter to the Department of State -----
(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

DOSWASHINGTON003794

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

DOSWASHINGTON003795

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpz-sd0v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6297
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert & Teri L Yzaguirre

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land! And this of course, would then open the door ultimately, to any speech(conversation) they deem unacceptable, leaving all of our interactions monitored. That is UNACCEPTABLE.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpz-jc6v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6298
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Renee Esch
**Address:**
    1022 William Drive
    Goshen, IN, 46526
**Email:** maggie.esch@juno.com
**Phone:** 574-534-2826

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpz-wkus
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6299
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

F

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpz-5vwb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6301
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpz-e2fs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6302
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpz-rdng
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6303
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** PHILLIP CLARK

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpz-by6a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6306
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Roger Castle

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003802

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpz-7kih
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6307
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

----- Pre-written letter to the Department of State -----(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I can't believe that this administration continually freely brakes the laws of the land which were put into place so that we could continue to move forward not backwards and things just like this r just another example of what's going to happen after this parties reign is over with . I firmly believe that the law will firmly be enacted when the time comes and reality will hit all of you and hard ,"HARD"!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpy-xml2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6308
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** BRADLEY ANDERSON
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpy-u4ij
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6309
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpy-vzbd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6310
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** frank stines

---

## General Comment

Pre-written letter to the Department of State -----
(Copy and Paste The Below To the State Department's Comment Page)


To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle

effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,


President of PreparedGunOwners.com


UGAR LLC | 2215 Plank Road #111 | Fredericksburg, VA 22401 | United States

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 30, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jpy-zm5p |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6311
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpy-woeh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6312
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpy-6a51
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6313
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003811

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpy-9b7v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6314
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Howard Papineau
**Address:**
   P.o. Box 124
   Perkinsville, VT, 05151
**Email:** Hpapineau@icloud.com
**Phone:** 802-591-2170

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpy-rool
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6316
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cathy Jackson

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpy-617v
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6317
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Russell S Harris Jr
**Address:**
    345 Faciane Lane
    Slidell, LA, 70460-3519
**Email:** harrirs@gmail.com
**Phone:** 985-639-3834

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003815

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpy-eu1u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6318
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jim H

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpy-qbhh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6319
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites INFRINGE upon every American's FIRST AND SECOND AMENDMENT
RIGHTS in our CONSTITUTION.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also OPPOSE the addition of the word SOFTWARE and "HARDWARE" into these regulations, as it
appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or
not, the US Constitution as well as the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpx-8w2p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6320
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Mike Gaiser
**Address:** United States,

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpx-8ox1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6321
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** james becquart

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

DOSWASHINGTON003819

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 30, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jpx-f8n6 |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6322
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joan Weber

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 30, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jpx-qa03
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6323
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpx-wbkm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6324
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Ryan
**Address:**
   45 Juniper Street
   So. Farmingdale,  NY,  11735-5318
**Email:** bryan45@sprintmail.com
**Phone:** (516)454-1575

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003823

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpx-i2yx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6325
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Sagers

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpx-6qpp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6327
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpx-hn4a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6328
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Thompson

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpx-ng6t
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6329
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Douglas Shaw

---

## General Comment

o whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpx-u737
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6330
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Arthur Roach

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpx-yfte
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6331
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bryan Pritchard

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpx-dfbb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6332
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Schultz

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpx-au7a
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6333
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jean Passineau
**Address:**
   3 Wedgewood Ct
   Alamogordo, NM, 88310
**Email:** cpasineau6959@msn.com
**Phone:** 575-434-6959

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpx-wpmx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6334
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Cindy Abbott

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and Second Amendments are still the law of the land!

Sincerely Serious!

# PUBLIC SUBMISSION

```
As of: August 04, 2015
Received: June 30, 2015
Status: Posted
Posted: July 13, 2015
Category: NA
Tracking No. 1jz-8jpw-egk7
Comments Due: August 03, 2015
Submission Type: Web
```

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6335
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jeffery Sheely

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-l5v7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6336
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** carl kerstetter
**Address:**
    8438 w.sweetwarer ave. peoria,az.85381
    peoria,  AZ,  85381
**Email:** carlk48@hotmail.com
**Phone:** 623-255-6718

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-pijz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6337
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Ryman

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

President of PreparedGunOwners.com

DOSWASHINGTON003836

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-4nmm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6338
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** joe b holguin

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-ek88
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6340
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Choate

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 30, 2015<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jz-8jpw-mxc1<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6341
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Rende

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

This government did not mind my skill with and use of firearms in the 20 years of my US Army career. This veteran feels this new regulation update is an insult to my character and my steadfast love of this country.

Also, the casual communication with a friend concerning an owned firearm is covered by the First Amendment of the U.S. Consitiution. How does this government figure it has to right to modify/restrict a citizen's right to free speech? It doesn't involve any antigovernment conspiracy.

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-fcph
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6342
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003841

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-1thv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6343
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003842

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpw-vt9j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6345
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kenneth Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-2m2w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6346
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Tuttle

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-50vy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6347
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Bagby

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-e5p8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6348
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Joseph Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpw-t458
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6349
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Potter
**Address:** United States,

---

## General Comment

----- Pre-written letter to the Department of State -----
(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003847

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-3uix
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6350
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-auj1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6351
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Kent Townley
**Address:**
 725 Harmony St
 Lebanon, OR, 97355
**Email:** kent@greenberry.com
**Phone:** 541-738-2141

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003849

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpw-lp98
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6352
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Crum

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpw-mb42
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6353
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Karen Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-373z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6354
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JIM MILLSAP
**Address:**
  214 E. CENTER St.
  COLLINSVILLE, OK, 74021
**Email:** jimmillsap1@hotmail.com
**Phone:** 9188536080

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 30, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jpw-vzgy
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6355
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James Stamulis

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else's agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpw-b6ar
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6356
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** pam Rivi
**Address:**
   3047 Greenwood Ave
   Highland Park,  IL,  60035
**Email:** gonegolfing1@aol.com
**Phone:** 8474325117

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-7lwg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6357
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JoAn Cullinane

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-edzc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6358
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ANONYMOUS ANONYMOUS

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-i10i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6359
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** BARBARA STEWART

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-dho4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6360
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** JOHN YERGER

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpw-l1zk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6361
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** James silverthorn

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpv-18nd
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6362
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpt-d9cv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6364
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Daron Johnson

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!
Daron Johnson

DOSWASHINGTON003861

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpr-l6f7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6366
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** conner bagshaw

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 30, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpp-baro
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6368
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Glenn Ackerman

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

-------------------------------------------------------------------------------

DOSWASHINGTON003864

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jpf-dp3s
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6372
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Rickey Newman
**Address:**
    100 Odlin Avenue
    Dayton, OH, 45405
**Email:** rickeyln@roadrunner.com
**Phone:** 9376209121

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003865

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpf-gnm3
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6373
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the administration as
requiring, not only government permission, but potentially a government license. This means violators
could potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be an effort to ban
3-D printers.

I urge you to repeal these new regulations in their entirety and rewrite them.

Sincerely,

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpa-ptnl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6382
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** gary toothman

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jpa-xip5
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6383
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Neal Skoubo

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. The First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jp9-d2h1
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6384
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Hovater

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I strongly urge you to repeal these new regulations in their entirety. Not only does this conflict with my Second Amendment, it also would take away my First Amendment and the last I checked these two Amendments are still the law pertaining to me as an American citizen.

Sincerely,

Thomas L. Hovater

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jp8-asvu
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6387
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** William Douglass
**Address:**
    410 Waterford Drive
    Jonesboro,  GA,  30238
**Email:** bdouglass@hotmail.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else's agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jp7-b2gg
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6388
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** EMS Anonymous

---

## General Comment

whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could potentially grant the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama administration as requiring, not only government permission, but potentially a government license. This means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and Second Amendments are still the law of the land!

--------------------------------------------------------------------------------

DOSWASHINGTON003872

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jp5-aroz
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6393
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Brian J Morgan
**Address:**
  3117 Birchwood Ave
  Bellingham, WA, 98225
**Email:** bjm42602@msn.com
**Phone:** 3603198881

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jp5-lcmx
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6394
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** ron winslow
**Address:**
   3558 w sands dr
   glendale, AZ, 85310
**Email:** winslow_ronald@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jp4-tia4
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6396
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Lena Hitt

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jp4-tjoh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6398
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Gross
**Address:**
   15253 S. Stanford Way
   Sparks, NV, 89431
**Email:** agross1455@gmail.com
**Phone:** 775-221-4638

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jp3-kuqp
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6399
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** MICHAEL MYERS

---

## General Comment

(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

DOSWASHINGTON003878

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jp3-o0vm
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6401
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jp2-sc5u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6402
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Shearer
**Address:**
    49822 2nd Ave,
    Grand Junctiion, MI, 49056
**Email:** shearerrl@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

DOSWASHINGTON003880

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else's agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jp1-miy7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6404
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** linda eberline

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

Sincerely,
Linda Eberline

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jp0-bsk7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6405
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 29, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8joz-njaj |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6407
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Noland

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jox-wiap
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6409
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jow-q99w
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6410
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 29, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jz-8jou-gp5d |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6415
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** mike smith

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jou-f83f
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6418
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern: I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet. These new rewrites strongly infringe upon every American's first AND second amendment rights ... The new language -- which includes making technical data available via a publicly available network (e.g., the Internet# -- could put anyone who violates this #very broad# language in danger of facing decades in prison and crushing fines. So posting information on virtually any firearm or ammunition could be defined by the Obama #or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties. I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them. I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land! .

DOSWASHINGTON003888

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 29, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jos-slg8
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6420
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alice Hatfield

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 28, 2015
Status: Posted
Posted: July 13, 2015
Category: NA
Tracking No. 1jz-8jor-jkqk
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6421
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Bobbie Arthur
**Address:**
    205 S Griffith St
    Elnora,  IN,
**Email:** Bobbiearthur3@aol.com
**Phone:** 8127870426

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jor-m4ap
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6422
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includesmaking technical data available via a publicly available network
(e.g., the Internet)-- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8joq-u25z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6423
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

----- Pre-written letter to the Department of State -----
(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joq-pclk
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6424
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Michael Hendrick
**Address:**
    291 Alcott Avenue
    Inwood, WV, 25428-4426
**Email:** hendrick_mike@yahoo.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003893

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joq-mral
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6425
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Henry Stahl

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jop-aj1i
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6428
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Thomas Brandon
**Address:**
   6327 Old Jacksonboro Rd
   Ravenel, SC, 29470
**Email:** tbrandon20@aol.com

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jop-umt2
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6429
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003896

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jop-yxmc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6432
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** John Gearhart

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jop-rxnr
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6434
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8joo-kbsc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6435
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** LYLE SHECKLER
**Address:**
    7241 DORR STREET
    TOLEDO, OH, 43615-4109
**Email:** lyle.sheckler@sbcglobal.net
**Phone:** 4199446489

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on THE INTERNET.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data AVAILABLE via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D PRINTERS and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses AGREES or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joo-ku7p
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6436
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Larry Scrivner

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joo-57uy
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6437
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tom Gallagher

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joo-jwgc
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6438
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Noska

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003902

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jon-fjq6
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6440
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

----- Pre-written letter to the Department of State -----
(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jon-i8qt
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6442
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Tim Cyr

---

## General Comment

To whom it may concern:

I strongly oppose the rewrite of the State Departments arms control regulations (ITAR), which could
potentially grant the State Department a wide-ranging power to monitor and control gun-related speech
on the Internet.

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this provision in danger of facing decades in prison
and massive fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama
administration as requiring, not only government permission, but potentially a government license. This
means violators would potentially face significant criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-veiled
effort to ban 3-D printers.

I urge you to repeal these new regulations in their entirety. Whether you like it or not, the First and
Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jom-ymfj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6443
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Steven Keeran
**Address:**
    3916 N Potsdam Ave # 2898
    Sioux Falls, SD, 57104
**Email:** usmcrd72@gmail.com
**Phone:** 651-437-7660

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jom-xzzf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6444
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8jom-y31z
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6445
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Anonymous

---

## General Comment

Pre-written letter to the Department of State -----
(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.



I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

President of PreparedGunOwners.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jom-7mpv
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6447
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Bradshaw
**Address:**
    4667 Diamond St
    Claremont, NC, 28610
**Email:** rdbrad09@gmail.com
**Phone:** 8284591675

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jom-d7ux
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6448
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Clare Keeling

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 28, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jol-e3rs
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6451
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jol-431e
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6452
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Alan Tarlo

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jol-5n36
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6453
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jerry Robison

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jol-ru3j
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6454
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003915

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jol-5x0u
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6455
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Sue Blackmore

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land

DOSWASHINGTON003916

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jol-g0zl
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6456
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ivan Jenkins

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includesmaking technical data available via a publicly available network (e.g., the Internet)-- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jok-yusj
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6457
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Pat Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land

DOSWASHINGTON003918

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 28, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jok-rcys
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6458
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Pender
**Address:**
  PO Box 795
  Springtown, TX, 76082
**Email:** rpender25@yahoo.com
**Phone:** 817-716-0154

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 28, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8jok-2p5q
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6459
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Richard Cotton
**Address:**
   1865 A1A S.
   St. Augustine, FL, 32080
**Email:** brenrichcot@att.net
**Phone:** 904-468-0085

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

DOSWASHINGTON003921

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,


President of PreparedGunOwners.com

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 28, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8jok-rqsp |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6460
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gary Taylor
**Address:** United States,
**Email:** garytaylor95988@sbcglobal.net

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8jok-6ojs
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6461
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Jason Evans

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003924

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8joj-c1uf
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6463
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** c batten

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joj-amkb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6464
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Vern Lenox

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

DOSWASHINGTON003926

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joj-q533
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6465
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joj-doo7
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6467
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ronald Bailey

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joj-372b
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6468
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Olivia Tuttle
**Address:**
    307 jasmine dr.,
    madison,  AL,  35757
**Email:** o_tuttle@hotmail.com
**Phone:** 2566145971

---

## General Comment

whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joj-fulh
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6469
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Robert Durough

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joi-ia8y
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6470
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Anonymous Anonymous

---

## General Comment

(Copy and Paste The Below To the State Department's Comment Page)

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.



I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

President of PreparedGunOwners.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Category:** NA
**Tracking No.** 1jz-8joi-2zft
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6472
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Charles Lincoln
**Address:**
   15635 Livingston Road
   Accokeek,  MD,  20607
**Email:** charleslincoln635@yahoo.com
**Phone:** 301-292-9678

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the
State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) --
could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration
as requiring--not only government permission--but also potentially a government license. And violators

could face serious
criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect
3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone else agrees or not, the First and
Second Amendments are still the law of the land!

DOSWASHINGTON003934

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015<br>**Received:** June 28, 2015<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Category:** NA<br>**Tracking No.** 1jz-8joi-sxeo<br>**Comments Due:** August 03, 2015<br>**Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6474
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gregory Johnston
**Address:** United States,

---

## General Comment

----- Pre-written letter to the Department of State -----
(Copy and Paste The Below To the State Department's Comment Page)


To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,

President of PreparedGunOwners.com

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joi-2rfn
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6475
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Aaron Sherer

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 28, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Category:** NA |
| **Tracking No.** 1jz-8joi-x1kf |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6476
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** cody baker

---

## General Comment

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.These new rewrites strongly infringe upon every American's first AND second amendment rights ...The new language -- which includesmaking technical data available via a publicly available network (e.g., the Internet)-- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joi-mzra
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6477
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Gloria Merriman
**Address:**
  Cape May,  NJ,  08204
**Email:** emailgloria@comcast.net

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

Signed,
Gloria Merriman
Freedom Loving American

ITAR would take away freedom of expression for law-abiding citizens; levying fines and making them CRIMINALS. It will not alleviate violence - it will only increase the size (and cost) of government and it's reach into our lives.

The First and Second Amendments also give us transparency - for knowledge and discussion, and that is very important, too.

DOSWASHINGTON003940

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joi-sc2m
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6478
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Paul Stockton

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joi-xosb
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6479
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Ben Mikell

---

## General Comment

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the president (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joh-8x7d
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6481
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** George Goff
**Address:**
   17330 S.W. 58th Street
   Southwest Ranches,  FL,  33331
**Email:** gegoff2003@bellsouth.net
**Phone:** 7863671329

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003943

# PUBLIC SUBMISSION

As of: August 04, 2015
Received: June 28, 2015
Status: Posted
Posted: July 13, 2015
Tracking No. 1jz-8joh-738q
Comments Due: August 03, 2015
Submission Type: Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain; Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and Related Definitions

**Document:** DOS-2015-0023-6484
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** David Kuipers

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future) administration as requiring--not only government permission--but also potentially a government license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not, the First and Second Amendments are still the law of the land!

DOSWASHINGTON003944

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joh-fonw
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6486
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Carley Franklin

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

# PUBLIC SUBMISSION

| |
|---|
| **As of:** August 04, 2015 |
| **Received:** June 28, 2015 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jz-8joh-dvzb |
| **Comments Due:** August 03, 2015 |
| **Submission Type:** Web |

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data; and
Related Definitions

**Document:** DOS-2015-0023-6487
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Keith Luxton

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on the
Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network (e.g.,
the Internet) -- could put anyone who violates this (very broad) language in danger of facing decades in
prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any future)
administration as requiring--not only government permission--but also potentially a government license. And
violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle effort
to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or not,
the First and Second Amendments are still the law of the land!

That's it!

# PUBLIC SUBMISSION

**As of:** August 04, 2015
**Received:** June 28, 2015
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jz-8joh-nd3c
**Comments Due:** August 03, 2015
**Submission Type:** Web

**Docket:** DOS-2015-0023
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Comment On:** DOS-2015-0023-0001
International Traffic in Arms: Definitions of Defense Services, Technical Data, and Public Domain;
Definition of Product of Fundamental Research; Electronic Transmission and Storage of Technical Data;
and Related Definitions

**Document:** DOS-2015-0023-6488
Comment on DOS-2015-0023-0001

---

## Submitter Information

**Name:** Stewart Hink

---

## General Comment

To whom it may concern:

I strongly oppose the updates to the State Departments arms control regulations (ITAR), which could
potentially give the State Department a wide-ranging power to monitor and control gun-related speech on
the Internet.

These new rewrites strongly infringe upon every American's first AND second amendment rights ...

The new language -- which includes making technical data available via a publicly available network
(e.g., the Internet) -- could put anyone who violates this (very broad) language in danger of facing
decades in prison and crushing fines.

So posting information on virtually any firearm or ammunition could be defined by the Obama (or any
future) administration as requiring--not only government permission--but also potentially a government
license. And violators could face serious criminal penalties.

I also oppose the addition of the word software into these regulations, as it appears to be a not-so-subtle
effort to affect 3-D printers and the software that is utilized by them.

I urge you to repeal these new regulations in their entirety because whether you or anyone elses agrees or
not, the First and Second Amendments are still the law of the land!

That's it!

I'll keep you informed of our progress with this matter as we continue to fight these Gun Grabbers!

For Our Freedoms,


President of PreparedGunOwners.com